# Case Assignment
# Standard Civil Assignment

Case number **3:23CV-431-GNS**

Assigned : Chief Judge Greg N. Stivers
Judge Code : 4416

Assigned on 8/18/2023 11:56:51 AM
Transaction ID: 78711

Request New Judge Return