**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | | |
|---|---|---|
| **KEETA R. FOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) **CIVIL ACTION NO.** | 3:23-CV-431-GNS |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S DISCLOSURE STATEMENT**

Defendant, The Lincoln National Life Insurance Company, files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.
2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Dated this 18th day of August 2023.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Motion for Admission *Pro Hac Vice* Forthcoming)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all known counsel of record by Electronic Mail and US Priority Mail, Delivery Confirmation requested on the 18th day of August 2023.

Robert A. Florio, Esq.
1500 Story Avenue, Ste 2B
Louisville KY 40206
Email: rafloriooatty@hotmail.com

/s/ Iwana Rademaekers
Iwana Rademaekers