***UNITED STATES DISTRICT COURT***
***WESTERN DISTRICT OF KENTUCKY***
***OFFICE OF THE CLERK***
***601 W. Broadway, Room 106***
***Louisville, KY 40202***
***502-625-3500 (ph) 502-625-3880 (fax)***
***www.kywd.uscourts.gov***

***James J. Vilt, Jr.***
***Clerk of Court***

***Melinda T. Sunderland***
***Chief Deputy Clerk***

# NOTICE

August 18, 2023

**KEETA R. FOX** **PLAINTIFF**

**v.**

**LINCOLN NATIONAL LIFE INSURANCE CO** **DEFENDANT**

Notice is hereby given that the above-styled civil action has been removed from the **Jefferson Circuit Court, Case No. 23-CI-002187,** and filed in the Western District of Kentucky at **Louisville,** on August 18, 2023.

This action has been assigned civil action number **3:23-cv-000431-GNS.**

Sincerely,
James J. Vilt, Jr., Clerk

by __s/ DeAnna Whitney__________
Deputy Clerk

cc: Counsel of Record/Parties
Clerk, Jefferson Circuit Court