**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | |
|---|---|
| **KEETA R. FOX,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO. 3:23-cv-00431-GNS** |
| **v.** | ) |
| | ) |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2, Iwana Rademaekers, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant, The Lincoln National Life Insurance Company, and states as follows:

1. I am licensed to practice law in the State of Texas. I am an attorney in good standing who actively practices law in the State of Texas and am in good standing with the Supreme Court of Texas. Attached is a Certificate of Good Standing from that court.

2. I am also a member in good standing of the bars of the following Federal Courts:

- Eastern District of Texas
- Northern District of Texas
- Western District of Texas
- Southern District of Texas
- Eastern District of Arkansas
- Western District of Arkansas
- District of Colorado
- Eastern District of Michigan

- Western District of Michigan
- Eastern District of Missouri
- District of New Mexico
- District of North Dakota
- Eastern District of Oklahoma
- Western District of Oklahoma
- Eastern District of Tennessee
- Western District of Tennessee
- Eastern District of Wisconsin
- Western District of Wisconsin
- U.S. Courts of Appeals for the 4th, 5th, 8th, 9th, 10th, and 11th Circuits.

3. I have never been disbarred, suspended from practice or subject to any disciplinary action by any court, state, territory or the District of Columbia.

4. By my signature below, I hereby consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. The prescribed fee is enclosed herewith and I have completed on-line electronic case filing training.

WHEREFORE, the undersigned counsel, on behalf of Defendant, The Lincoln National Life Insurance Company, requests that the court enter an order allowing Iwana Rademaekers admission pro hac vice to appear on behalf of and represent Defendant, The Lincoln National Life Insurance Company, in the above-captioned matter.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Robert A. Florio, Esq.
Email: raflorioatty@hotmail.com

August 18, 2023 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers