**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | |
|---|---|
| **KEETA R. FOX,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO. 3:23-cv-00431-GNS** |
| **v.** | ) |
| | ) |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**REPORT OF PARTIES' RULE 26(f) PLANNING MEETING**

Pursuant to the Court's August 29, 2023, and October 5, 2023, Orders, Plaintiff Keeta R. Fox ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln" or "Defendant") submit their Joint Report.

As the above-styled action is a claim by Plaintiff for recovery of disability benefits, Plaintiff and Defendant agree Plaintiff's claims are governed by the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. §1001, et seq. ("ERISA"). As such, the parties believe the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and briefing schedule. Accordingly, the parties request a scheduling order containing the deadlines suggested in Paragraph (c) below in lieu of the deadlines requested in a standard schedule.

A meeting was held on October 11, 2023, and was attended by Robert Florio (on behalf of Plaintiff) and Iwana Rademaekers (on behalf of Defendant) and the Parties discussed the nature and basis of their claims and defenses, the possibility for a prompt settlement or resolution of this case, and a proposed discovery plan. Defendant has already produced to Plaintiff a copy of the

ERISA administrative record. The parties agree that this production will satisfy the requirement for Initial Disclosures for both parties pursuant to FRCP 26(a)(1)(B).

(a) As this is an ERISA benefits case, Defendant believes no discovery beyond the Administrative Record is appropriate. Plaintiff reserves the right to seek conflict of interest discovery. The parties anticipate that discovery can be reasonably completed on or before January 28, 2023.

(b) The Parties to not anticipate joining any additional parties and propose a deadline of November 15, 2023, to amend pleadings.

(c) As stated above, this is an ERISA benefits case and the parties believe the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and briefing schedule. To facilitate the submission of the case to the Court, the parties propose the following deadlines in lieu of the deadlines requested in a standard schedule:

1. January 29, 2024 - Deadline to Complete Discovery.
2. February 12, 2024 - Deadline to file Stipulated Administrative Record.
3. March 11, 2024 - Deadline to file cross motions for summary judgment.
4. April 8, 2024 - Deadline to file response briefs.
5. April 22, 2024 - Deadline to file reply briefs.

(d) As this is an ERISA benefits case, the parties believe the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and briefing schedule. Accordingly, the parties propose the deadlines in paragraph (c) above in lieu of the deadlines requested in a standard schedule.

(e) See (d) above.

(f) In the unlikely event that the parties do not resolve the case through settlement or cross motions for summary judgment, and as jury trials are not available under ERISA, the parties will request a bench trial and anticipate that it will take 8-12 hours to present the evidence in this case.

The Parties will not consent to the referral of this case to a Magistrate Judge.

Respectfully submitted this 11th day of October 2023.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By: /s/Robert A. Florio
Robert A. Florio
1500 Story Avenue
Louisville KY 40206
PH: (502) 587-0228
Email: robertfloriolaw@outlook.com

COUNSEL FOR PLAINTIFF