**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**KEETA FOX** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:23-cv-00431-GNS**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** **DEFENDANT**

**ORDER**

The Court has reviewed the Joint Report of Parties' Planning Meeting [12] and the following schedule is established:

1. The stipulated administrative record shall be filed in the record no later than **February 12, 2024**.

2. Any motion to amend pleadings or motion to join additional parties shall be filed by **November 15, 2023**.

3. Discovery, if any, shall be completed by **January 29, 2024**. Motions pertaining to unresolved discovery disputes may not be filed without first having a joint telephonic conference with the undersigned arranged through the undersigned's Case Manager Theresa Burch via email (theresa_burch@kywd.uscourts.gov).

4. Motions for summary judgment shall be filed by **March 11, 2024**.

5. Simultaneous briefs shall be filed by **April 8, 2024.** Simultaneous responses shall be filed no later than **April 22, 2024**. At that time the case will stand submitted.

6. The parties may request a status or settlement conference at any time by contacting Ms. Burch.

Colin H Lindsay, Magistrate Judge
United States District Court

November 1, 2023

cc: Counsel of record