**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | | |
|---|---|---|
| **KEETA R. FOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:23-cv-00431-GNS-CHL** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATED ADMINISTRATIVE RECORD**

Plaintiff Keeta R. Fox and Defendant The Lincoln National Life Insurance Company file Stipulated Administrative Record pursuant to the Scheduling Order entered by the Court on November 1, 2023 (Document10).

1. Group Disability Income Policy (Lincoln/Fox 0001-0046);

2. December 7, 2022, correspondence containing decisions on appeal (Lincoln/Fox 0129-0149);

3. The Administrative Record (Lincoln/Fox 0047-0128, 0150-2593).

Dated this 12th day of February 2024.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By: /s/Robert A. Florio

Robert A. Florio
1500 Story Avenue
Louisville KY 40206
PH: (502) 587-0228
Email: robertfloriolaw@outlook.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Robert A. Florio
Email: robertfloriolaw@outlook.com

February 12, 2024 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers