**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 10310112 Claim Last Updated 12/06/2022 Printed On 6/28/2023

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | KEETA R FOX | SSN | | Birth Date | |
| Address | | Salary Amount $ | 22435.14 | Mode | M |
| | | Date of Hire | 07/05/1993 | | |
| | | Last Work Date | 02/03/2020 | | |
| | | Federal Tax | Employee Option | State Tax | Yes |
| Phone | | Phys Demands | Sedentary | | |

JobDesc SR. VICE PRESIDENT CORPORATE CONTROLLER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 07/24/2020 |
| Disability Date | 02/04/2020 | Close Date | 08/04/2022 | Reopen Date | 02/16/2021 |
| Sick Days Left | 182 | Max Ben Date | 11/05/2033 | RTW FT / PT | |
| Ben Begin Date | 08/04/2020 | Apprv Thru Date | 08/03/2022 | Gross Ben $ | |

Diagnosis 1 Code/Desc M35.0 Sicca syndrome [Sjogren]

Diagnosis 2 Code/Desc I95.1 Orthostatic hypotension

Policyholder Information

Customer ID 08 - 036548 PAPA JOHN'S INTERNATIONAL, INC

Subsidiary CORP CORPORATE

Location 30010900 ADMIN/CORPORATE FIN

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2013

Class 01 ALL ACTIVE FT CORP STAFF, PJ FOOD SERV QUALITY CONTROL CENTER EXEMPT

Waiting Period: New/Mode-Current/Mode 30 Day 30 Day Days in WRKWK

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 09/01/1993 |
| PD | 01 | STD | 04 | 09/01/1993 |

Additional Information:



Lincoln/Fox 0047

EXHIBIT

3

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 9761441 Claim Last Updated 08/11/2020 Printed On 6/28/2023

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | KEETA R FOX | SSN | | Birth Date | |
| Address | | Salary Amount $ | 5177.34 | Mode | W |
| | | Date of Hire | 07/05/1993 | | |
| | | Last Work Date | 02/03/2020 | | |
| | | Federal Tax | Table | State Tax | Yes |
| Phone | | Phys Demands | Sedentary | | |

JobDesc SR. VICE PRESIDENT CORPORATE CONTROLLER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 02/04/2020 |
| Disability Date | 02/04/2020 | Close Date | 08/04/2020 | Reopen Date | 05/04/2020 |
| Sick Days Left | | Max Ben Date | 08/03/2020 | RTW FT / PT | |
| Ben Begin Date | 02/11/2020 | Apprv Thru Date | 08/03/2020 | Gross Ben $ | |

Diagnosis 1 Code/Desc R41 Oth symptoms and signs w cognitive functions and awareness

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 08 - 036548 PAPA JOHN'S INTERNATIONAL, INC

Subsidiary CORP CORPORATE

Location 30010900 ADMIN/CORPORATE FIN

Symb PD Numeral 01 Product STD Funding ASO Bank Y Calcs Y Cntr Eff 01/01/2013

Class 04 ALL FT DIRECTOR LEVEL AND ABOVE EES, EXCLUDING TEMP AND SEASONAL EE:

Waiting Period: New/Mode-Current/Mode 30 Day 30 Day Days in WRKWK 5

Elimination Period: Days/Type 7 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 14 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 09/01/1993 |
| PD | 01 | STD | 04 | 09/01/1993 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
* **Claim/Event/Leave Number** 10310112 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**05/26/2023 7:33 AM - OVERPMT Note 8**
Claim/Event/Leave: 10310112
NoteSub ect : OP/SS
Other Sub ect : VENDOR UPDATE
Text: 05/26/2023 - DREW, JESSICA FROM: AWARDS AWARDS DCKLAW.COM SENT: THURSDAY, MAY 25, 2023 3:27 PM TO: DREW, JESSICA JESSICA.DREW LFG.COM SUBJECT: RE: KEETA FOX - CLAIM ID 10310112 THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER. HELLO, NO RESPONSE FROM CLAIMANT AS OF YET. WE WILL CONTINUE TO FOLLOW UP. THANK YOU,

**05/25/2023 7:45 AM - OVERPMT Note 7**
Claim/Event/Leave: 10310112
NoteSub ect : OP/SS
Other Sub ect : VENDOR UPDATE
Text: 05/25/2023 - DREW, JESSICA FROM: DREW, JESSICA SENT: THURSDAY, MAY 25, 2023 7:45 AM TO: AWARDS AWARDS DCKLAW.COM SUBJECT: KEETA FOX - CLAIM ID 10310112 GOOD MORNING, UPON REVIEW, WE HAVE NOT YET RECEIVED AN UPDATE REGARDING THE OVERPAYMENT. SINCE I WAS UNABLE TO CONFIRM A STATUS THROUGH THE PORTAL, PLEASE PROVIDE AN UPDATE REGARDING THE RECOVERY OF THE OVERPAYMENT BALANCE. THANK YOU,

**04/19/2023 8:50 PM - CLAIM Note 257**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN REASSIGNED TO JESSICA DREW.

**04/17/2023 9:07 AM - OVERPMT Note 6**
Claim/Event/Leave: 10310112
NoteSub ect : OP/SS
Other Sub ect : REFERRAL DETAILS
Text: 04/17/2023 - DREW, JESSICA DUPLICATE REFERRAL RECEIVED - CONFIRMED SS OFFSETS ARE ACCURATE AND IN PLACE. REJECTED AS DUPLICATE

**04/14/2023 8:50 PM - CLAIM Note 256**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO JESSICA DREW.

**04/13/2023 8:50 PM - CLAIM Note 255**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: NOA IN DOC LIST. OFFSET NOT ADDED BECAUSE CLAIM HAS BEEN CLOSED. PLEAS REVIEW AND CALCUATE POTENTIAL OVERPAYMENT.

**04/13/2023 2:38 PM - OVERPMT Note 5**
Claim/Event/Leave: 10310112
NoteSub ect : OP/SS
Other Sub ect : OVP VENDOR EMAIL
Text: 04/13/2023 - DREW, JESSICA ON BEHALF OF JACKI JOHNSON FROM: DREW, JESSICA SENT: THURSDAY, APRIL 13, 2023 2:38 PM TO: AWARDS AWARDS DCKLAW.COM SUBJECT: KEETA FOX - CLAIM ID 10310112 GOOD AFTERNOON. PLEASE SEE THE OVERPAYMENT SUMMARY BELOW. PLEASE CONTACT THE CLAIMANT REGARDING THIS

BALANCE AND NOTIFY LINCOLN NATIONAL LIFE WITH ANY UPDATES. OVERPAYMENT CALCULATION ORIGINALLY PAID 8/1/2020 THROUGH 8/3/2022 $214,514.43 LESS: SHOULD HAVE PAID 8/1/2020 THROUGH 8/3/2022 $161,038.50 OVERPAYMENT DUE $53,475.93 LESS: RECOVERY OF PRIOR OVERPAYMENT $0.00 LESS: ATTORNEY FEES $2,900.00 LESS: EXCESS FEE $4,300.00 AMOUNT DUE $46,275.93 THANK YOU,

**04/13/2023 2:38 PM - OVERPMT Note 4**
Claim/Event/Leave: 10310112
NoteSub ect : OP/SS
Other Sub ect : OVP CREATED
Text: 04/13/2023 - DREW, JESSICA ON BEHALF OF JACKI JOHNSON THE OVERPAYMENT DUE IS $46,275.93 FOR THE PERIOD OF 08/01/20 THRU 08/03/22. CLAIMANT WAS ORIGINALLY PAID $214,514.43. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $161,038.50. TOTAL OVERPAYMENT BALANCE DUE IS $50,575.93. CLAIMANT OWES $46,275.93 AND VENDOR OWES $4,300.00 FOR EXCESS FEES. DETAILED OP LETTER SENT TO CLAIMANT AND OVERPAYMENT INFORMATION EMAILED TO VENDOR. FOLLOW UP SET FOR REPAYMENT. ATTORNEY FEES AND EXCESS FEES WERE CREDITED IN THE AMOUNT OF $7,200.00. RECOVERY STRATEGY: CLAIMANT ELECTED EFT WITH DOHERTY AND LINCOLN.

**04/13/2023 2:08 PM - CLAIM Note 254**
Claim/Event/Leave: 10310112
NoteSub ect : Social Security
Other Sub ect : SS NOA
Text: 04/13/2023 - COONEY, ABIGAIL SS VENDOR: DCKA DATE OF ENTITLEMENT 08/01/2020 BENEFIT AMOUNT IS $3126.00 RETRO: $102,424.90. OFFSET NOT IN SYSTEM BECAUSE EE NO LONGER RECEIVING PAYMENTS. NO DEPENDENTS. PLEASE REFER TO DOC LIST FOR DETAILED AWARD INFORMATION. REFERRED TO FRS TO CALCULATE POTENTIAL OVERPAYMENT. 04/13/2023 - COONEY, ABIGAIL MATRIX LETTER SENT.

**04/13/2023 8:15 AM - OVERPMT Note 3**
Claim/Event/Leave: 10310112
NoteSub ect : OP/SS
Other Sub ect : NOA
Text: 04/13/2023 - HANNAN, STEPHANIE INFORMATION RECEIVED TODAY FROM THE SOCIAL SECURITY VENDOR, DCKA. THE CLAIMANT HAS BEEN AWARDED A SOCIAL SECURITY BENEFIT. THE DOC LIST WILL BE UPDATED WITHIN 5 BUSINESS DAYS OF THE NOTICE OF AWARD RECEIPT AT THE SCANNING FACILITY.

**03/24/2023 12:05 PM - OVERPMT Note 2**
Claim/Event/Leave: 10310112
NoteSub ect : OP/SS
Other Sub ect : NOA NEEDED
Text: 03/24/2023 - CHARLESTON, KATRINA FOR JACKI JOHNSON PER DCKA PORTAL NOTIFIED 2/24/23 THAT CLMT WAS AWARDED BUT NO PAYMENT DOCS YET. EXTENDED FOLLOW UP

**02/28/2023 8:50 PM - CLAIM Note 253**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN REASSIGNED TO JAC UELINE JOHNSON.

**12/06/2022 2:24 PM - CLAIM Note 252**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect : OUT
Text: 12/06/2022 - KING, JERRONDA MAINTAIN DENIAL. THE INFORMATION RECEIVED ON APPEAL WOULD NOT ALTER THE PRIOR CLAIM DETERMINATION. NOTIFIED CLMT

**12/06/2022 11:41 AM - CLAIM Note 251**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect : DIRECTOR REVIEW
Text: 12/06/2022 - BICK, KAYLA REVIEWED FILE IN ITS ENTIRETY AND AGREE WITH UPHOLD

**12/05/2022 7:52 AM - CLAIM Note 250**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect : MANAGER REVIEW
Text: 12/05/2022 - ARVENITIS, KERRY 56 YEAR OLD FEMALE, SR. VICE PRESIDENT (SEDENTARY) SINCE 7/5/1993. DOD: 2/4/20 CLMT WENT OOW DUE TO REPORTS OF MULTIPLE SYMPTOMS INCLUDING BUT NOT LIMITED TO HEADACHES, BLURRED VISION, BACK PAIN, CERVICAL PAIN, FATIGUE, WIDESPREAD PAIN, GASTRO SYMPTOMS, CHRONIC FATIGUE, ANXIETY AND TINGLING. DX WITH SJOGREN'S SYNDROME, ORTHOSTATIC INTOLERANCE ANXIETY AND DEPRESSION, CERVICALGIA, IBS, CHRONIC FATIGUE. BENEFITS WERE PAID THROUGH 8/3/22 AND THE CLAIM CLOSED AS NOT DISABLED ANY OCCUPATION. ADDITIONAL MEDICAL RECORDS RECEIVED AND EVALUATED ON APPEAL. THE CLAIM UNDERWENT A PEER REVIEW WITH OCC MED/INTERNAL MEDICINE FOLLOWED BY RIGHT TO REVIEW AND RESPOND AND ADDENDUM. ALTHOUGH THE CLAIMANT HAS MULTIPLE COMPLAINTS, BASED ON OVERALL REVIEW OF THE CLAIM, THE MEDICAL EVIDENCE DOES NOT SUPPORT THE INABILITY TO SUSTAIN FULL-TIME WORK CAPACITY. 12/05/2022 - ARVENITIS, KERRY THEREFORE, I AGREE

WITH UPHOLD.

**12/01/2022 2:18 PM - CLAIM Note 249**
Claim/Event/Leave: 10310112
NoteSub ect : Peer Review
Other Sub ect : VENDOR PAYMENT
Text: 12/01/2022 - MAURICE, DANIELLE INVOICE RECEIVED ON 12/01/2022 AND DATED 11/28/2022 FROM EXAM COORDINATORS NETWORK, LLC. INV BOCA 166352, IN THE AMOUNT OF $295.00 FOR PEER REVIEW PERFORMED BY LOUISE Y BANKS, MD WITH A SPECIALTY IN INTERNAL MEDICINE/OCCUPATIONAL MEDICINE. DATE OF SERVICE 11/16/2022. INVOICE PAID IN FULL

**12/01/2022 11:57 AM - CLAIM Note 248**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : MANAGEMENT
Text: 12/01/2022 - KING, JERRONDA DOD: 2/4/2020, BBD 8/4/2020, CLAIM PAID THRU 8/3/2022. DENIED NOT TD AO. MULTIPLE REVIEWS HAVE BEEN COMPLETED. REVIEW PRIOR TO CLOSURE WAS FROM DR. PACHMAN WHO SUPPORTED FT LIFT / CARRY 20 POUNDS OCC, 10 POUNDS FRE , NO HEIGHTS / CLIMBING. TSA IDENTIFIED CONTROLLER AND VICE PRESIDENT. EE APPEALED WITH VARIOUS EMAILS AND MEDICAL DOCUMENTATION. REVIEW WAS COMPLETED BY DR. BANKS WHO DID NOT SUPPORT FUNCTIONAL IMPAIRMENT. RTR WAS PROVIDED AND EE PROVIDED ADDITIONAL DOCUMENTATION, ARTICLES, SSA GUIDELINES, ETC. DR. BANKS DID NOT ALTER HIS ORIGINAL FINDINGS. ARS IS RECOMMENDING UH OF THE CLAIM BASED ON THE REPORT DETERMINING NO FUNCTIONAL IMPAIRMENT FROM AUGUST 3, 2022 FORWARD.

**11/29/2022 12:05 PM - CLAIM Note 247**
Claim/Event/Leave: 10310112
NoteSub ect : Peer Review
Other Sub ect : DR. BANKS
Text: 11/29/2022 - KING, JERRONDA ADDENDUM REPORT REC'D

**11/16/2022 8:50 PM - CLAIM Note 246**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : SCORE REFERRAL
Text: 11/16/2022 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**11/16/2022 1:14 PM - CLAIM Note 245**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : RECORDS REC'D
Text: 11/16/2022 - KING, JERRONDA FROM: DEKLE, HALEY HALEY.DEKLE GENEXSERVICES.COM SENT: WEDNESDAY, NOVEMBER 16, 2022 11:39 AM TO: KING, JERRONDA JERRONDA.KING LFG.COM BOCALEGACY LEGACY ECNIME.COM SUBJECT: RE: (SECURE) LINCOLN FINANCIAL GROUP INDEPENDENT REVIEW - CLAIM: 10310112 THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER. HI JERRONDA, RECORDS RECEIVED, 77 PAGES TOTAL. THANK YOU HALEY DEKLE INTAKE COORDINATOR/IME-PEER SERVICES/BOCA ECN, A DIVISION OF GENEX SERVICES MAIN OFFICE: 877-463-9463 DIRECT: 561-293-2490 FAX: 561-417-8911

**11/16/2022 1:13 PM - CLAIM Note 244**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : NEW REFERRAL
Text: 11/16/2022 - KING, JERRONDA FROM: ECN-NO-REPLY ECNIME.COM ECN-NO-REPLY ECNIME.COM SENT: WEDNESDAY, NOVEMBER 16, 2022 11:29 AM TO: KING, JERRONDA JERRONDA.KING LFG.COM SUBJECT: NEW REFERRAL CLAIM 10310112 FOX, KEETA THIS EMAIL IS FROMAN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER. HELLO, A NEW REFERRAL WAS RECEIVED FOR THE ABOVE REFERENCED CLAIMANT. OUR OFFICE IS IN THE PROCESS OF SCHEDULING THIS SERVICE. THANK YOU, ECN 6111 BROKEN SOUNDPARKWAY, NW SUITE 207 BOCA RATON, FL 33487

**11/16/2022 11:03 AM - CLAIM Note 243**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : RE UEST FOR ADDENDUM
Text: 11/16/2022 - KING, JERRONDA RE UEST SENT FOR ADDENDUM WITH ADDITIONAL DOCUMENTATION PROVIDED AND RE UEST FOR ADDITIONAL AP CONTACT WITH DR. POTTS

**11/15/2022 3:28 PM - CLAIM Note 242**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : FILE COPY
Text: 11/15/2022 - PILAR, SARAH COPY OF RE UESTED LETTER ONLY SENT TO EE VIA ONEDRIVE.

**11/15/2022 11:09 AM - CLAIM Note 241**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : FILE COPY

Other Sub ect : FILE COPY
Text: 11/15/2022 - HOFFNER, FAYE POLICY ONLY RE UEST SUBMITTED TO PROVIDED CLAIMANTS EMAIL
BCC SPECIALIST FOR REFERENCE OF SUBMISSION.

**11/15/2022 9:38 AM - CLAIM Note 240**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect : POLICY
Text: 11/15/2022 - VALLIERE, TAWNYA ADDT'L COPY OF LTD POLICY TO BE SENT TO CLMT VIA EMAIL - FORWARDED TO HO ADMIN FOR PROCESSING AS FILE SI E EXCEEDED 1MB AND COULD NOT BE SENT VIA CORRESPONDENCE

**11/15/2022 9:37 AM - CLAIM Note 239**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect : EMAIL FROM CLMT
Text: 11/15/2022 - VALLIERE, TAWNYA EMAIL REC'D FROM CLMT DATED 11/14/22 RE UESTING ANOTHER COPY OF LTD POLICY AS SHE STATES SHE WAS HAVING PRINTING PROBLEMS WHEN ATTEMPTING TO PRINT IT PREVIOUSLY. CLMT IS ALSO RE UESTING ADDTL P2P CONTACT WITH DR. GREGPOTT'S ASSISTANT.

**11/14/2022 12:03 PM - CLAIM Note 238**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect : LTD POLICY TO EE
Text: 11/14/2022 - DANIELL, JANE SENT COPY OF LTD POLICY TO EE

**11/14/2022 11:19 AM - CLAIM Note 237**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect : CALLED EE
Text: 11/14/2022 - DANIELL, JANE CALLED EE AND LEFT A VMM TO CONFIRM RECEIPT OF ADDL INFO AND TO CONFIRM IF IT COMPLETES EVERYTHING FOR HER RESPONSE.

**11/14/2022 11:15 AM - CLAIM Note 236**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect : STATUS
Text: 11/14/2022 - DANIELL, JANE RECD ADDL INFORMATION FROM EE - INLCUDING A 1/27/21 LETTER FROM DR STEVEN STERN, COMMENTS FROM EE PERTAINING TO DR LOUISE BANKS OCC MED PEER REPORT, 2/21/20 ENDOSCOPY REPORT, 3/17/20 FINAL PATHOLOGY REPORT FOR EPIDERMAL NERVE FIBER DENSITY, AND 7/7/21 ENDOSCOPY BIOPSY REPORT. MEDICAL INFO UNDER REVIEW.

**11/11/2022 10:05 AM - CLAIM Note 235**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : SS BLUE BOOK
Text: 11/11/2022 - KING, JERRONDA SS BLUE BOOK INFO FOR SJOGREN'S REC'D.

**11/11/2022 9:57 AM - CLAIM Note 234**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : ARTICLE
Text: 11/11/2022 - KING, JERRONDA ARTICLE REC'D FROM THE WASHINGTON POST

**11/08/2022 11:01 AM - CLAIM Note 233**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect :
Text: 11/08/2022 - KING, JERRONDA AUTONOMIC REFLEX SCREEN RESULTS REC'D FROM 10/16/2020

**11/04/2022 12:53 PM - CLAIM Note 232**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 11/04/2022 - ALVELO LOPE , ASHLEY INVOICE RECEIVED ON 11/03/2022 AND DATED 11/02/2022 FROM EXAM COORDINATORS NETWORK, LLC. INV BOCA 163932, IN THE AMOUNT OF $295.00 FOR PEER REVIEW PERFORMED BY LOUISE Y BANKS WITH A SPECIALTY IN INTERNAL MEDICINE/OCCUPATIONAL MEDICINE . DATE OF SERVICE 10/27/2022. INVOICE PAID IN FULL

**11/04/2022 12:14 PM - CLAIM Note 231**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect :
Text: 11/04/2022 - KING, JERRONDA SEND DR. BANKS ADDENDUM REPORT TO EE AND CONFIRMED DEADLINE DATE OF 11/14 TO PROVIDE ANY ADDITIONAL DOCUMENTATION.

**11/04/2022 12:13 PM - CLAIM Note 230**
Claim/Event/Leave: 10310112
NoteSub ect : Peer Review
Other Sub ect : DR. BANKS
Text: 11/04/2022 - KING, JERRONDA ADDENDUM REC'D FROM DR. BANKS DOCUMENTING PHONE CONVERSATIONS AND NEED FOR ADDITIONAL DOCUMENTATION

**11/02/2022 9:29 AM - CLAIM Note 229**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : FILE RESEND
Text: 11/02/2022 - NILES, CATHY RE UEST TO RESEND THE POLICY FILE LINK HAS BEEN COMPLETED. SENT TO EMAIL THRU OUTLOOK.

**11/02/2022 7:29 AM - CLAIM Note 228**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 11/02/2022 - KING, JERRONDA EMAIL REC'D FROM EE ASKING TO RESEND POLICY AS LINK HAS EXPIRED. FORWARDED RE UEST TO ADMIN

**11/02/2022 7:27 AM - CLAIM Note 227**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect :
Text: 11/02/2022 - KING, JERRONDA EMAIL REC'D FROM EE ASKING FOR PROVIDER CONTACT TO BE ESTABLISHED. LETTER SENT TO EE ADVISING SHE STILL HAS UNTIL 11/14 TO PROVIDE ADDITIONAL DOCUMENTATION AND ONCE ALL INFO HAS BEEN REC'D WE WILL FORWARD TO VENDOR WITHRE UEST FOR ADDITIONAL CONTACT.

**11/01/2022 8:25 AM - CLAIM Note 226**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 11/01/2022 - KING, JERRONDA EMAIL REC'D FROM EE RE UESTING EXTENSION AS PROVIDER WILL BE OUT ON VACATION UNTIL 11/7. EXTENSION GRANTED TO 11/14 TO PROVIDE ADDITIONAL DOCUMENTATION AND ADVISED THAT WE WILL ASK FOR ADDITIONAL PROVIDER CONTACT ONCE ALL INFO HAS BEEN REC'D.

**10/31/2022 9:46 AM - CLAIM Note 225**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : FILE COPY
Text: 10/31/2022 - NILES, CATHY RE UEST TO SEND A COPY OF THE POLICY ONLY HAS BEEN COMPLETED. SENT TO EMAIL THRU ONEDRIVE.

**10/28/2022 10:32 AM - CLAIM Note 224**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : ADMIN
Text: 10/28/2022 - KING, JERRONDA REFERRAL SENT TO ADMIN TO SEND A COPY OF THE POLICY TO THE CLAIMANT

**10/28/2022 10:21 AM - CLAIM Note 223**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : INFO FROM EE
Text: 10/28/2022 - KING, JERRONDA DISABILITY INFO REC'D REGARDING SJOGREN'S AND CFS

**10/27/2022 11:37 AM - CLAIM Note 222**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : INFO FROM EE
Text: 10/27/2022 - KING, JERRONDA SS AND MAYO INFO REC'D FROM EE

**10/27/2022 8:33 AM - CLAIM Note 221**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect :
Text: 10/27/2022 - KING, JERRONDA LETTER SENT TO EE ADDRESSING LETTERS REC'D AND 11/7 DEADLINE TO PROVIDE ANY ADDITIONAL DOCUMENTATION FOR REVIEW

**10/27/2022 8:22 AM - CLAIM Note 220**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : RE UEST AP CONTACT
Text: 10/27/2022 - KING, JERRONDA LETTER SENT FROM EE RE UESTING ADDITIONAL AP CONTACT. LETTER ALSO REC'D

ASKING DR. POTTS TO SEND MEDICAL FROM 2022 TO ARS

**10/26/2022 9:41 AM - PHONE Note 51**
Claim/Event/Leave: 10310112
NoteSub ect : EE Called
Other Sub ect :
Text: 10/26/2022 - KING, JERRONDA T/C FROM EE, SHE RECEIVED LETTER IN THE MAIL SAYING SHE WAS NOT APPROVED FOR DISABILITY. SHE NOTED SHE SENT 4 SEPARATE LETTERS STATING SHE WAS DISABLED. HER PROVIDERS ARE NOT GOING TO DO MORE. SHE SENT AN EMAIL WITH UESTIONS. LOOKED AT THE UESTIONS SENT AND ADVISED THAT THIS WOULD NEED TO GO BACK TO THE REVIEWING PHYSICIAN BUT ARS WOULD RECOMMEND HER SENDING EVERYTHING THAT SHE WOULD LIKE CONSIDERED. ADVISED ONCE WE GET EVERYTHING WE WILL FORWARD THIS INFORMATION TO THE REVIEWING PHYSICIAN FOR REVIEW AND CONSIDERATION AND THE PROVIDER CAN ADDRESS ANY UESTIONS OR CONCERNS NOTED IN HER RESPONSE. SHE DOES NOT KNOW HOW THEY CAN DENY HER OR SHE DO 40 HOURS. SHE LOST COBRA, HER DOCTOR WAS HER WORKING DOCTOR.SHE NOTED THE PROVIDER NOTED HE NO LONGER TREATS HER THEREFORE HE WAS NOT GOING TO COMMENT. ADVISED HER THAT IF HER PROVIDER IS NO LONGER AN ACTIVE TREATMENT PROVIDER SOMETIMES THEY WILL NOT RESPOND BUT THAT IS UP TO HER PROVIDER IF THEY WANT TO PROVIDE A RESPONSE OR COMMENT REGARDING CAPACITY. SHE NOTED PROVIDERS ARE SCARED OF LTD COMPANIES. SHE NOTED THEY SAY PEOPLE ARE BEING REJECTED. SHE WANTS ADDITIONAL CONTACT. ADVISED WHEN WE SEND OVER EVERYTHING TO BE CONSIDERED WE CAN ASK FOR ADDITIONAL PROVIDER CONTACT. SHE NOTED SHE WILL BE SENDING ADDITIONAL INFORMATION AND SHE MAY NEED OVER THE 11/7 DEADLINE DATE. ADVISED EE THAT IF SHE IS GETTING CLOSE TO 11/7 AND SHE NEEDS ADDITIONAL TIME TO ADVISE ARS. EE NOTED SHE DID NOT KNOW HOW ARS DID THIS. NF .

**10/19/2022 11:53 AM - CLAIM Note 219**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 10/19/2022 - MUELLER, JAC UELINE INVOICE RECEIVED ON 10/14/2022 AND DATED 10/13/2022 FROM EXAM COORDINATORS NETWORK INV BOCA 161567 IN THE AMOUNT OF $1615.00 FOR IM OCC MED PEER REVIEW BY LOUISE BANKS INVOICE PAID IN FULL.

**10/18/2022 9:32 AM - CLAIM Note 218**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect : RIGHT TO REVIEW
Text: 10/18/2022 - KING, JERRONDA RTR MAILED AND EMAILED TO EE PROVIDING UNTIL 11/7/2022 TO RESPOND.

**10/18/2022 9:31 AM - CLAIM Note 217**
Claim/Event/Leave: 10310112
NoteSub ect : Peer Review
Other Sub ect :
Text: 10/18/2022 - KING, JERRONDA OCC MED / IM REVIEW REC'D.

**10/17/2022 3:08 PM - CLAIM Note 216**
Claim/Event/Leave: 10310112
NoteSub ect : Social Security
Other Sub ect : RE FOR RECS
Text: 10/17/2022 - BUSS, HEATHER GOOD MORNING, MS. FOX HAS A HEARING SCHEDULED FOR 1/4/2023. CAN YOU FORWARD WHAT YOU HAVE FOR MEDICAL WHEN YOU GET A CHANCE THANKS PATRICK DOHERTY DOHERTY, CELLA, KEANE ASSOCIATES, LLP 100 CUMMINGS CENTER,SUITE 335N BEVERLY, MA 01915 TOLL FREE: 800-211-4736 DIRECT: 978-922-0411 SSDILAW DCKLAW.COM WWW.SOCIAL-SECURITY-LAW.COM

**10/03/2022 7:16 AM - CLAIM Note 215**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : MEDS REC'D
Text: 10/03/2022 - KING, JERRONDA FROM: ECN-NO-REPLY ECNIME.COM ECN-NO-REPLY ECNIME.COM SENT: THURSDAY, SEPTEMBER 29, 2022 2:33 PM TO: KING, JERRONDA JERRONDA.KING LFG.COM SUBJECT: CLAIM 10310112 THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLYOPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER. HELLO, WE HAVE RECEIVED THE MEDICAL RECORDS FOR THE ABOVE-REFERENCED PR. THANK YOU FOR THE REFERRAL. HAVE A GREAT DAY ECN, A DIVISION OF GENEX 6111 BROKEN SOUND PARKWAY NW SUITE207 BOCA RATON, FL 33487 1-877-463-9463

**09/29/2022 8:50 PM - CLAIM Note 214**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : SCORE REFERRAL
Text: 9/29/2022 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**09/29/2022 1:55 PM - CLAIM Note 213**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : MEDS SENT
Text: 09/29/2022 - KING, JERRONDA FROM: RAND, REBECCA REBECCA.RAND LFG.COM SENT: THURSDAY, SEPTEMBER 29, 2022 12:25 PM TO: KING, JERRONDA JERRONDA.KING LFG.COM CC: COUTURE, JILLIAN

25, 2022 12:25 PM TO: KING, JERRONDA JERRONDA.KING LFG.COM CC: COUTURE, JILLIAN JILLIAN.COUTURE LFG.COM SUBJECT: FW: (SECURE) LINCOLN FINANCIALGROUP INDEPENDENT REVIEW - CLAIM: 10310112 HELLO, YOUR REFERRAL HAS BEEN SENT TO AN EXTERNAL VENDOR AS NO ICP IS AVAILABLE TO HANDLE IT. PLEASE NOTE THAT YOU DO NOT NEED TO SEND MEDICAL RECORDS TO THE VENDOR. THE CLINICAL SUPPORT SERVICES TEAM WILL SEND THE RECORDS VIA SE UOIA. SHOULD ADDITIONAL MEDICAL BE RECEIVED POST CRT REFERRAL SUBMISSION, PLEASE SEND THE NEW MEDICAL ONLY DIRECTLY TO THE VENDOR. SEE ATTACHED FOR THE VENDOR ASSIGNMENT. ECN BOCALEGACY GENEXSERVICES.COM MLS - REFERRALS MLS-IME.COM NMR NMRDSPEERREVIEW NMREXAMWORKS.COM RRS CSR RELIABLERS.COM THANK YOU, REBECCA RAND CLINICAL SUPPORT SPECIALIST CLINICAL SUPPORT SERVICES

**09/28/2022 12:32 PM - CLAIM Note 212**
Claim/Event/Leave: 10310112
NoteSub ect : Action Plan
Other Sub ect :
Text: 09/28/2022 - KING, JERRONDA DOD: 2/4/2020, BBD 8/4/2020 AND CLAIM WAS PAID THROUGH 8/3/2022. DENIED NOT TD AO. MULTIPLE REVIEWS WERE COMPLETED BY INTERNAL MEDICINE, OCCUPATIONAL MEDICINE AND RHEUMATOLOGY. DR. PACHMAN DETERMINED FT LIGHT PDL WAS SUPPORTED. TSA IDENTIFIED CONTROLLER AND VICE PRESIDENT AS OCCUPATIONS. CLAIM WAS DENIED 8/4/2022 AND APPEALED WITH ADDITIONAL DOCUMENTATION. CLAIM HAS BEEN REFERRED TO A MD DUAL BOARD CERTIFIED IN OCC MED AND IM. LETTER TO EE PROVIDED 10/27 DEADLINE FOR REPORT.

**09/14/2022 7:12 AM - CLAIM Note 211**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect :
Text: 09/14/2022 - KING, JERRONDA LETTER SENT TO EE OUTLINING ALL MEDICAL REC'D SINCE THE 8/4 DETERMINATION LETTER.

**09/14/2022 6:55 AM - CLAIM Note 210**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : LETTER FROM EE
Text: 09/14/2022 - KING, JERRONDA EMAIL REC'D FROM EE ASKING IF ARS HAD SS INDEPENDENT DOCTOR'S NOTES.

**09/12/2022 4:08 PM - OVERPMT Note 1**
Claim/Event/Leave: 10310112
NoteSub ect : OP/SS
Other Sub ect : SS PENDING
Text: 09/12/2022 - CARMICHAEL, CHERYL REFERRAL CLOSED. FILE CURRENTLY WITH VENDOR/ATTORNEY (DOHERTY CELLA). IF AWARDED WILL RE-OPEN REFERRAL AND CALC OVERPAYMENT.

**09/12/2022 2:04 PM - PHONE Note 50**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : COMPLETE APPEAL
Text: 09/12/2022 - KING, JERRONDA VM REC D 1:36 PM (T) KETA FOX, SORRY MISSED CALL, SHE ASKED FOR A R/C. SHE NOTED THERE ARE A COUPLE OF OTHER THINGS SHE WANTS TO CONFIRM RECEIPT OF. SHE WANTED TO CONFIRM LETTER FROM DR. YEE AND PICTURE WITH LADY IN A SUIT. SHE NOTED HER PROVIDER IS TRYING TO APPROVE FOR IVIG INFUSION. NO DATE FOR THAT, PENDING APPROVAL. SHE WILL ALSO HAVE SOME ADDITIONAL LABS THIS HAS NOT BEEN DONE TO DATE. SHE JUST WANTED TO MENTION IT. SHE ALSO WANTED TO CONFIRM SLEEP STUDY. SHE IS ON 4 NEW MEDS DOCUMENTED BY DR LENT . SHE NOTED THIS DOES COMPLETE HER APPEAL.

**09/12/2022 11:22 AM - PHONE Note 49**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :
Text: 09/12/2022 - KING, JERRONDA T/C TO EE AT LEFT A VM MESSAGE ADVISING ARS HAS NOT REC D THE LETTERS FROM DR. POTTS DATED 8/29/2021, DR. STERN DATED 1/27/2021 AND DR. LENT DATED 8/25/2022. ASKED FOR A R/C TO CONFIRM COMPLETE APPEAL.

**09/09/2022 7:16 AM - CLAIM Note 209**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : DR. LENT
Text: 09/09/2022 - KING, JERRONDA LETTER REC'D FROM DR. LENT DATED 8/25/2022

**09/09/2022 7:15 AM - CLAIM Note 208**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : LETTER FROM DR. STER
Text: 09/09/2022 - KING, JERRONDA LETTER WAS RECEIVED DATED 1/27/2021 FROM DR. STEVEN STERN REGARDING VISIT 1/11/2021

**09/06/2022 8:39 AM - CLAIM Note 207**
Claim/Event/Leave: 10310112

NoteSub ect : Med Records Rcvd
Other Sub ect : DR. POTTS
Text: 09/06/2022 - KING, JERRONDA 8/29/2022 LETTER FROM DR. POTTS

**09/01/2022 9:45 AM - CLAIM Note 206**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : DR. GREG POTTS
Text: 09/01/2022 - KING, JERRONDA LETTER FROM AP DATED 8/29

**08/25/2022 1:40 PM - CLAIM Note 205**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect :
Text: 08/25/2022 - CARIGNAN, HEATHER RECD VIA EMAIL ON 8/24/22 FROM CLMT - MEDICALS ATTACHED STATES WAITING FOR DR POTTS AND DR LENT DOCUMENTATION. MEDICAL RECORDS ATTACHED: DEPT FOR DISABILITY DETERMINATION FRANKFORT, KY: DR J RICHIE EXAM 1/6/22

**08/22/2022 1:05 PM - CLAIM Note 204**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect :
Text: 08/22/2022 - GRYGIEL, COURTNEY MEDICAL RECORDS RECD FROM PAMELA YEE, MD DATED 8/18/22

**08/18/2022 9:37 AM - PHONE Note 48**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :
Text: 08/18/2022 - KING, JERRONDA ( T/C TO EE AND WENT OVER INFORMATION REC D. EE REPORTED THAT SHE IS PENDING SOME ADDITIONAL INFORMATION FROM 2 PROVIDERS. THEY NOTED IT CAN TAKE A COUPLE OF WEEKS TO GET AS THEY ARE BUSY. SHE NOTED SHE WOULD F/U WHEN THEY ARE SENDING TO ARS. ADVISED SHE DOES STILL HAVE A DEADLINE OF 9/14.

**08/18/2022 8:19 AM - CLAIM Note 203**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : LENT
Text: 08/18/2022 - KING, JERRONDA 7/7/2022, 7/28/2022 OV WITH DR. KIMBERLY LENT , LABS

**08/17/2022 1:49 PM - CLAIM Note 202**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : EBV PANEL
Text: 08/17/2022 - KING, JERRONDA EBV PANEL REC'D

**08/17/2022 9:29 AM - CLAIM Note 201**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : LABS
Text: 08/17/2022 - KING, JERRONDA LAB REPORTS REC'D

**08/16/2022 10:33 AM - PHONE Note 47**
Claim/Event/Leave: 10310112
NoteSub ect : EE Called
Other Sub ect :
Text: 08/16/2022 - KING, JERRONDA T/C FROM KEETA FOX. SHE NOTED SHE HAS 2 NEW PROVIDERS. WENT OVER EVERYTHING REC D TO DATE. SHE NOTED SHE WILL SEND AN EMAIL REGARDING HER DIAGNOSIS. ON THE SSA LTD APPEAL, SHE NOTED SHE USED THE 3RD PARTY VENDOR. SHE ASKED UESTIONS ABOUT HOW RECOVERY WILL BE OBTAINED FROM THE VENDOR. ADVISED SHE MAY WANT TO REACH OUT TO THE VENDOR FOR ASSISTANCE. SHE NOTED SHE WILL GET THE IME REPORT FROM SSA. SHE INDICATED THAT THE REVIEWING PHYSICIAN ADVISED HER THAT SHE WOULDBE APPROVED BASED ON HER SJOGREN S BUT SSA DENIED HER. SHE WILL GET A COPY OF THE REPORT AND PROVIDE TO ARS. ADVISED SHE HAS UNTIL 9/14 TO HAVE ANY ADDITIONAL INFORMATION PROVIDED AND IF SHE NEEDS ADDITIONAL TIME BEYOND 9/14 AS SHE IS STILL WORKINGWITH SSA TO GET THAT REPORT, TO CALL ARS AND ADVISE. EE THANKED ARS FOR ALL HER ASSISTANCE AND HELP. NF .

**08/16/2022 9:57 AM - PHONE Note 46**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :
Text: 08/16/2022 - KING, JERRONDA VM REC D 7:31 PM (T) KEETA FOX, SPOKE REGARDING HER LTD CLAIM. SHE RE UESTED LAST WEEK, SHE RE UESTED THE SSA IME REPORT AND SHE DOES NOT KNOW IF THAT WILL BE SENT WITHIN 30 DAYS. SHE NOTED IS THERE A DIRECTEMAIL TO SEND TO ARS. SHE NOTED SHE WAS SENDING EMAILS TO HEATHER. SHE ALSO HAS A NEW PROVIDER FROM INDIANAPOLIS. SHE MAY HAVE SOME ADDITIONAL UESTIONS, ASKED FOR A R/C. R/C TO EE AND NOTED SHE CURRENTLY HAS UNTIL 9/14 TO PROVIDE ANY ADDITIONAL INFORMATION INCLUDING HER IME FROM SSA AND HER MEDICAL FROM ANY NEW PROVIDERS. ALSO PROVIDED EMAIL ADDRESS OF

INCLUDING HER IME FROM SSA AND HER MEDICAL FROM ANY NEW PROVIDERS. ALSO PROVIDED EMAIL ADDRESS OF DISABILITYDOCUMENTS LFG.COM TO SEND MEDICAL. PROVIDED ARS S FAX NUMBER AS WELL.

**08/15/2022 2:21 PM - CLAIM Note 200**
Claim/Event/Leave: 10310112
NoteSub ect : Action Plan
Other Sub ect :
Text: 08/15/2022 - KING, JERRONDA DOD: 2/4/2020, BBD 8/4/2020, CLAIM WAS PAID THRU 8/3/2022 AND DENIED NOT TD AO. APPEAL: EE NOTED DX OF SJOGREN S, CFS, FIBROMYALGIA, GUT MOTILITY ISSUES, ERYTHORMELAGIA, CTS, CUBITAL TUNNEL SYNDROME, TENNIS ELBOW, SLEEPDISORDER, KNEE ARTHRITIS, SMALL FIBER NEUROPATHY, SIBO, EPSTEIN BARR VIRUS, MAST CELL ACTIVATION SYNDROME, POTS, LYME DISEASE AND MOOD ILLNESS. ADDITIONAL DX INCLUDES CERVICAL STENOSIS TREATED BY DR. VILLANUEVA AND REFERRAL TO PT. POLYSOMNOGROPHYREORT REC D DATED 8/8/2022, SSA CORONAVIRUS UPDATE INFO REC D. INFO ON SJOGREN S. IT WAS NOTED THAT DR. GREG POTTS WILL SEND A LETTER IN THE NEXT 2-3 WEEKS. EE NOTED SHE WOULD ALSO REACH OUT TO DR. YEE AND HAVE HER RESPOND TO THE UESTIONNAIRE. EENOTED NOT BEING ON LTD DUE TO CTS. EE NOTED SHE WOULD ALSO GET A COPY OF THE SSA IME. NEW PROVIDERS NOTED DR. JOSEPHINE MEI (T) 502-587-8000 DR. KIMBERLY LENT (T) 307-708-3708. 8/8 EMAIL RE UESTED A COMPLETE COPY OF THE CLAIM FILE TO BE SENT VIA MAIL. EE NOTED SHE WOULD REACH OUT TO NEW HORI ONS INTEGRATIVE MEDICINE, DR. WENT AND DR. MEI, SLEEP SPECIALIST PULMONOLOGIST AT NORTON. LETTER SENT TO EE PROVIDING HER 30 DAYS TO SUPPLEMENT HER APPEAL. DEADLINE DATE OF 9/14 PROVIDED.

**08/15/2022 2:20 PM - PHONE Note 45**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :
Text: 08/15/2022 - KING, JERRONDA T/C TO EE AND ADVISED ARC REVIEWED HER EMAILS AND DOCUMENTATION SENT. ADVISED A COPY OF HER CLAIM FILE AS FORWARDED TO HER EMAIL TODAY. CONFIRMED EMAIL ADDRESS. SHE WILL BE PROVIDING INFORMATION FOR HER APPEAL. ADVISEDHER TO REVIEW THE CLAIM FILE SENT TODAY AND THAT WILL LET HER KNOW WHAT INFORMATION IS MISSING FOR HER APPEAL. ADVISED ARC WILL SEND HER A LETTER TODAY WITH ARS CONTACT INFORMATION AND FAX NUMBER TO HAVE ANY ADDITIONAL MEDICAL SENT. ADVISED THE LETTER WILL PROVIDE 30 DAYS TO SEND IN ANY OUTSTANDING MEDICAL. EE WAS IN A DOCTOR S APPT. ADVISED ARS WILL PUT ALL INFORMATION IN THE LETTER AND EMAIL TO HER SHORTLY. EE UNDERSTOOD AND THANKED ARC. SHE NOTED HER PROVIDERS WERE WAITING ON HER DCM TOLET THEM KNOW OK TO RELEASE INFORMATION. ADVISED HER PROVIDERS DID NOT NEED OUR AUTHORI ATION THEY CAN PROVIDE ANY UPDATED MEDICAL ON HER BEHALF. EE UNDERSTOOD.

**08/15/2022 11:07 AM - CLAIM Note 199**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : FILE COPY
Text: 08/15/2022 - NILES, CATHY RE UEST TO SEND A COPY OF THE COMPLETE CLAIM FILE HAS BEEN COMPLETED. SENT TO EMAIL THRU ONEDRIVE.

**08/15/2022 9:38 AM - CLAIM Note 198**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : REFERRAL REC'D
Text: 08/15/2022 - MILLER, SHERRY APPEAL ASSIGNED TO JERRONDA KING

**08/12/2022 8:52 PM - CLAIM Note 197**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Appeals
Other Sub ect : SCORE REFERRAL
Text: 8/12/2022 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**08/12/2022 3:56 PM - CLAIM Note 196**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : MANAGER REVIEW
Text: 08/12/2022 - JOHNSON, ALICIA MANAGER AGREES WITH ARU REF

**08/12/2022 3:47 PM - CLAIM Note 195**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : MGR RVW - APPEAL
Text: 08/12/2022 - BUSS, HEATHER RECOMMEND REFERRAL TO APPEALS. RECEIVED EE RE UEST FOR APPEAL ALONG WITH UPDATED MEDICAL RECORDS INDICATING THAT EE/PROVIDERS WILL SEND ADDTL RECORDS.

**08/12/2022 3:45 PM - CLAIM Note 194**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect : RE
Text: 08/12/2022 - BUSS, HEATHER RECD RE FOR APPEAL

**08/12/2022 3:45 PM - CLAIM Note 193**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd

NoteSub ect : Med Records Rcvd
Other Sub ect : MUTLIPLE
Text: 08/12/2022 - BUSS, HEATHER RECD ADDTL MEDICAL RECORDS - SLEEP STUDY DATED 8/8/22 FROM DR. MEI, DOC OUTLINING SJOGRENS SYMTPTOMS, OUTLINING SSA DISABILITY EVAL FOR IMMUNE DISORDERS

**08/12/2022 3:43 PM - CLAIM Note 192**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : UPDATES/ UESTIONS
Text: 08/12/2022 - BUSS, HEATHER RECD MULTIPLE E-MAILS W/ MEDICAL UPDATES AND EE UESTIONS

**08/09/2022 8:50 PM - CLAIM Note 191**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO REBEKAH LATOUR.

**08/08/2022 8:51 PM - CLAIM Note 190**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: CLOSED W/ SS PENDING

**08/08/2022 5:46 PM - CLAIM Note 189**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect :
Text: 08/08/2022 - BUSS, HEATHER PER EE RE SENT COPY OF CLS LTR AND MED RVW SECURELY

**08/08/2022 5:35 PM - PHONE Note 44**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : RTC
Text: 08/08/2022 - BUSS, HEATHER ADVISED EE THAT COMPLETED MEDICAL REVIEWS AND VOC REVIEWS TO MAKE ANY OCC DETERM, BASE DON MEDICALLY SUPPORTED R/L'S FOUND ALT OCC'S W/IN R/L'S AND ALSO W/IN GAINFUL WAGES WHICH IS AT LEAST WHAT EE WAS BEING PAID UNDER LTD, CS ADVISED THAT THIS MEANS THAT EE IS NOT CONSIDERED DISABLED FORM NAY OCC AND CS HAD TO CLOSE LTD CLAIM, CS ADVISED EE THAT SHE DOES HAVE APPEAL RIGHTS AND SHE CAN SEND IN ANY ADDTL MEDICAL THAT SHE AND HER PROVIDERS FEEL WILL SUPPORT THAT SHEIS DISABLED FROM ANY OCC, BASICALLY THAT EE DOES NOT HAVE SUSTAINED FT WORK CAPACITY EVEN OF A SEDENTARY NATURE, EE ST THAT SHE DOE SNOT HAVE SUSTAINED WORK CAPACITY, SHE CANTO WORK FULL -TIME, EE STS THAT HAS BARTONELLA, WAS DX APPRX 1 MO, TX PLANFOR 1 YEAR, WILL BE ON STRONG ANTIBIOTICS, NEW HORI ONS INTEGRATIVE MEDICINE IN INDIANAPOLIS, REFERRED BY DR. YEE, SEVERE INSOMNIA SO SEEING NEW SLEEP DOCTOR, NEW SLEEP MEDS, JUST DID SLEEP STUDY, HAS BECOME VERY BAD, NO RESULT FOR SLEEP STUDY YET, UNSURE WHY EE HAVING SLEEP ISSUES, EE C/O HAND/FOOT PAIN, EE STS THAT SHE HAS NEVER BEEN ONE TO TAKE ADVANTAGE OF SYSTEM, CS ACK AND ADVISED THAT NOBODY SAYING THAT EE IS DOING THAT, ADVISED EE THAT ANY ADDTL INFO FROM NEW PROVIDERS SUCH AS OVN'S, TEST RESULTS, R/L'S WILL BE HELPFUL IN ANY ONGOING RVW FOR APPEAL, CS ALSO SUGGESTED TO EE THAT SHE MAY WANT TO TAKE COPIES OF LTR TO APS TO RVW AND SO SHE AND THEY CAN CONFIRM WHAT ADDTL INFO THEY CAN PROVIDE TO SUPPORT THAT EE DOES NOT HAVE SUSTAINEDWORK CAPACITY, EE ASKE DIF DR. POTTS SAID SHE AHS FT WORK CAPACITY, CS RVWD REVIEW AND REVIEWER P/C W/ DR. POTTS, EE ACK AND ADVISED THAT SHE WILL CONTACT DR. POTTS, EE ASKED IF DR. YEE AND DR. STERN ADVISED HAS FT CAPACITY, CS RVWD W/ EE THAT SENT RAR LTR W/ RE TO RVW AND COMMENT TO BOTH PRVODERS, DR. YEE DI DNTO RESPOND, DR. STERN RESPONDED WITH OVN'S AND PRIOR LETTER, WAS REVIEWED BY PHYSICIAN, ADVISED EE THAT ALSO REACHEDOTU TO DR. BLACKBURN AND PT FOR UPDATED MEDS AS EE HAD ADVISED OFCARPAL TUNNEL AND LATERAL EPICONDYLITIS TX, DR. BLACKBURN ADVISED THAT NO R/LS BASED ON THOSE DX, EE ACK AND AGREED THAT DR. BLACKBURN NOT RESTRICTING,DOES NTO UNDERSTAND WHY RE THOSE RECS, CS ADVISED THAT RE AS DO RE RECS FOR ALL POTENTIALLY DISABLING DX, ALSO HAD RE FOR PSYCH AND EE AND AP HAD AGREED THAT EE NOT DISABLED FROM PSYCH DX, EE ACK THAT IS CORRECT, EE STS THAT PHYSICAL DX'S ARE WHAT IS DISABLING, CS ACK AS EE AND PSYCH HAD CONFIRMED SUCH, ADVISED EE THAT HER PSYCH CANTO COMMENT ON PHYSICAL DX ONLY M/N DX, EE ACK, EE ASKED ABOUT PARTIAL DISABILITY AND CS EXPLAINED THAT PARTIAL DISABILITY PROVISION DOES NTO APPLY HERE AS IF EE WERE FOUND TO HAVE ONLY PARTIAL WORK CAPACITY OR THAT EE WAS PARTIALLY DISABLED THAT EE WOULD BE CONSIDERED DISABLED FROM ANY OCC, EE AGAIN EXPRESSED THAT'S EH CANNOT WORK FT, CS ACK AND UNDERSTANDS EE POSTION, ADVISED THAT EE DOES HAVE APPEAL RIGHTS AND EXPLAINED WHAT INFO EE MAY WANT TO SEND IN FOR APPEAL, EE ACK AND ADVISED CS THAT SHE WANTSCOPY OF INFO, CS OCNF W/ EE THAT SHE WANTS COPY OF CLS LTR AND REVIEW, ALSO WANTS COPY F FULL CLAIM FILE, CS ACK AND ADVISED EE TO SEND E-AIL RE FOR FULL CLAIM FILE COPY AND WILL HAVE ADMN SEND TO HER ELECTRONICALLY, EE EXPRESSED HER FRUSTRATION W/PROCESS AND DOE SNTO UNDERSTAND WHY STILL EVAL FOR SSDI W. DCK, STS THAT THIS WILL MEE SUP HER SSDI, CS ADVISED EE THAT SSDI AND LTD HAVE DIFFERENT RE UIREMENTS FOR DISABILITY AND THAT WILL BE EVALUATED SEPARATELY, ADVISED EE THAT ANY EVALUATIONSFOR SSDI CAN ASO BE SENT IN AS PART OF HER APPEAL ALSO, CS CONFIRME DGAIN W/ EE THAT WILL SEND HER COPY OF CLOSE LETTER AND REPORT VIA E-MAIL, EE TO SEND RE FOR FULL CLAIM FILE, EE ACK EE ENDED CALL

**08/08/2022 4:33 PM - PHONE Note 43**
Claim/Event/Leave: 10310112
NoteSub ect : EE Called

Other Sub ect : RTC
Text: 08/08/2022 - BUSS, HEATHER LM FOR CS THAT RECD MSG, CALLING FOR UPDATE, PLS RTC

**08/04/2022 4:23 PM - PHONE Note 42**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : CLS
Text: 08/04/2022 - BUSS, HEATHER ( LM FOR EE THAT HAS UPDATE RE: CLM, SENDING LTR AS WELL, MAY CALL CS W/ ANY UESTIONS

**08/03/2022 1:05 PM - CLAIM Note 188**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : MGR REVIEW
Text: 08/03/2022 - RICHARD, LINDSAY REVIEWED AND AGREE WITH CLAIM CLOSURE FOR NOT TD AO

**08/03/2022 9:25 AM - CLAIM Note 187**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : MGR RVW-NOT TD AO
Text: 08/03/2022 - BUSS, HEATHER RECOMMEND CLOSURE FOR NOT TD AO. 55 YO FEMALE, LDW 02/03/20, DOD 02/04/20, CID 08/04/22, OWN OCC: SR. VICE PRESIDENT FINANCE (SEDENTARY PER OA), DX: ORTHOSTATIC INTOLERANCE, SJOGREN S SYNDROME, CERVICALGIA, CARPAL TUNNEL,CUBITAL TUNNEL, IBS, CHRONIC FATIGUE. COMORBID: DEPRESSION, ANXIETY. PER OCC MED RVW AND ADDENDUM (3/2022, 7/2022), R/LS AS FOLLOWS: BASED ON THE RHEUMATOLOGICAL (SJOGREN S SYNDROME) CONDITION: ONLY OCCASIONAL ACTIVITY IN VERY DRY ENVIRONMENTS WITHOUT A HUMIDIFIER BASED ON THE AUTONOMIC/NEUROLOGICAL (ORTHOSTATIC INTOLERANCE) CONDITION: NO ACTIVITIES AT HEIGHTS NO CLIMBING BASED ON THE ORTHOPEDIC (CERVALGIA/NECK PAIN) CONDITION: NO MOVING WEIGHTS GREATER THAN 20LBS OCCASIONALLYNO MOVING WEIGHTS GREATER THAN 10LBS FRE UENTLY. THERE IS INSUFFICIENT MEDICAL EVIDENCE TO REASONABLY SUPPORT A MEDICALLY BASED RESTRICTION OR LIMITATION OF ENGAGEMENT IN SEDENTARY ACTIVITIES. GIVEN THE RELATIVE PERSISTENCE OF SYMPTOMS DESPITE MAXIMAL MEDICAL EVALUATION AND TREATMENT, THE RECOMMENDED RESTRICTIONS AND LIMITATIONS CAN MORE LIKELY THAN NOT CONTINUE TO BE CONSIDERED AS PERMANENT. PER AP CONTACT, DR. POTTS (PCP) INDICATED HE BELIEVES CLAIMANT'S PRIMARY IMPAIRING SX IS MENTAL ANDPHYSICAL FATIGUE. DR. WINLAND (PSYCHIATRY) ADVISED NO PSYCH IMPAIRMENT OR R/LS. DR. BLACKBURN (ORTHO)/HAND INDICATED NO R/LS FOR UPPER EXTREMITY CONDITIONS- CARPAL AND CUBITAL TUNNEL. RAR LTR W/ RE UEST FOR RESPOSNE SENT TO DR. YEE, DR. VILLNUEVA, DR. BRILEY, DR. POTTS (PER EE RE ) WITH NO RESPOSE TO DATE. TSA FOUND ALT OCCS INCLUDING EE OWN OCC. THEREFORE, EE IS NOT TD FROM ANY OCC.

**07/27/2022 12:43 PM - CLAIM Note 186**
Claim/Event/Leave: 10310112
NoteSub ect : Voc Rehab
Other Sub ect : TSA
Text: 07/27/2022 - ASHWORTH, LORI THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN THE PHYSICAL ABILITIES AND IDENTIFIED SKILLS LEVEL.

**07/26/2022 8:51 PM - CLAIM Note 185**
Claim/Event/Leave: 10310112
NoteSub ect : Voc Rehab
Other Sub ect : CLAIM/EVENT TO VCM
Text: 7/26/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**07/25/2022 2:58 PM - CLAIM Note 184**
Claim/Event/Leave: 10310112
NoteSub ect : Peer Review
Other Sub ect : ADDENDUM
Text: 07/25/2022 - BUSS, HEATHER RECD OCC MED ADDENDUM

**07/25/2022 11:39 AM - CLAIM Note 183**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Managed Care
Other Sub ect : ADDENDUM
Text: 07/25/2022 - BUSS, HEATHER REF FOR OCC MED ADDENDUM

**07/22/2022 3:24 PM - PHONE Note 41**
Claim/Event/Leave: 10310112
NoteSub ect : AP Called
Other Sub ect :
Text: 07/22/2022 - PERRY, HALEY NURSE FROM BAPTIST HEALTH GASTROENTEROLOGY CALLED, ADVISED THEY DO NOT DO LTD WILL ONLY DO FMLA, ALL NOTES FROM THEIR OFFICE ARE SENT TO DR. POTTS THOUGH SO ANY OF THOSE FINDING WILL BE ABLE TO BE OBTAINED IN HIS NOTES. CXWILL NOTE THIS FOR DCM.

**07/19/2022 6:19 PM - CLAIM Note 182**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : TUDOR/ PINNACLE PHYS
Text: 07/19/2022 - MCCROREY, KHYA RECVD RECORDS FROM 2/1/2022 - 7/15/2022

Text: 07/19/2022 - MCCROREY, KHYA RECVD RECORDS FROM 2/1/2022 - 7/15/2022

**07/19/2022 4:42 PM - CLAIM Note 181**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : LOUISVILLE ARM HAN
Text: 07/19/2022 - MOORE, LENETTE RECD 21 PAGES - DR. BLACKBURN COMPLETED APS - OV NOTES DATED 6/14/2019 THROUGH 4/25/2022

**07/18/2022 6:17 AM - CLAIM Note 180**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : STERN (RHEUM)
Text: 07/18/2022 - BUSS, HEATHER CONF THAT LTR DATED 1/27/21 IS RESPONSE TO RAR

**07/15/2022 8:50 PM - CLAIM Note 179**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Voc Rehab
Other Sub ect : SCORE REFERRAL
Text: 7/15/2022 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**07/15/2022 5:16 PM - CLAIM Note 178**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : DOCUMENT CHANGE
Text: 07/15/2022 - HOFFNER, FAYE RESI ED TWO PROVIDED AUTHS AND ADDED TO CLAIM

**07/15/2022 4:29 PM - CLAIM Note 177**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : STERN, RHEUM
Text: 07/15/2022 - BUSS, HEATHER RECD 3/16/22 OVNS, F/U 6 MOS

**07/15/2022 3:43 PM - CLAIM Note 176**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to AP
Other Sub ect : BLACKBURN
Text: 07/15/2022 - BUSS, HEATHER FAXED RE FOR RECS 1/1/22 TO P - EE REPORTED NEW DX CUBITAL TUNNEL

**07/15/2022 3:29 PM - PHONE Note 40**
Claim/Event/Leave: 10310112
NoteSub ect : Called AP
Other Sub ect : BRILEY
Text: 07/15/2022 - BUSS, HEATHER 502-893-0220 OPT S/W CALVIN - ADVISED THAT RECD RN RTC, BUT UNABLE TO GET THROUGH W/ OPT 3 TO S/W MED PROVIDER, CALVIN ADVISED THAT THEY ARE SHORT STAFFED AND UNABLE TO GET THROUGH RIGHT NOW, REVIEWED TO SEE IF RE RECD, DOES NOT SEE BUT ADVISED THAT SHOULD HEAR BACK BY TUESDAY,CS THANKED, CALL ENDED

**07/15/2022 3:21 PM - PHONE Note 39**
Claim/Event/Leave: 10310112
NoteSub ect : Called AP
Other Sub ect : BRILEY
Text: 07/15/2022 - BUSS, HEATHER (502)893-0220 OPT 3 - NO ANSWER, JUST RANG

**07/15/2022 3:19 PM - PHONE Note 38**
Claim/Event/Leave: 10310112
NoteSub ect : AP Called
Other Sub ect : BRILEY
Text: 07/15/2022 - BUSS, HEATHER SHARON ATKINS, RN - RTC TO CS, LM FOR CS THAT CALL BACK IS 502-893-0220

**07/15/2022 12:59 PM - PHONE Note 37**
Claim/Event/Leave: 10310112
NoteSub ect : Called AP
Other Sub ect : BRILEY (GASTRO)
Text: 07/15/2022 - BUSS, HEATHER (502) 893-0220 S/W TAYLOR - FAX IS (502)893-0563, SENT MSG TO AP STAFF TO CONFIRM RE: IF NEED TO SEND RE: ANYONE ATTN OT IF ALT FAX

**07/15/2022 12:51 PM - CLAIM Note 175**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to AP
Other Sub ect : BRILEY
Text: 07/15/2022 - BUSS, HEATHER SENT RAR LTR AND REPORT PER EE RE

**07/15/2022 12:51 PM - CLAIM Note 174**
Claim/Event/Leave: 10310112

NoteSub ect : LTR to AP
Other Sub ect : POTTS
Text: 07/15/2022 - BUSS, HEATHER SENT RAR LTR TO DR. POTTS PER EE RE

**07/15/2022 12:50 PM - PHONE Note 36**
Claim/Event/Leave: 10310112
NoteSub ect : Called AP
Other Sub ect : BLACKBURN
Text: 07/15/2022 - BUSS, HEATHER OPT 1 APPTS - S/W PRISCILLA - MOST RECENT OV WAS 4/25/22

**07/15/2022 12:41 PM - PHONE Note 35**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : UPDATES/REPORT SENT
Text: 07/15/2022 - BUSS, HEATHER S/W EE AND CONFIRMED THAT RECD RECS FORM PSYCH DR. WINLAND, PER AP ADVICE EE NOT DISABLED FROM PSYCH CONDITIONS, EE ACK AND ADVISED THAT YES, CORRECT, SHE IS NOT EXP IMPAIRMENT AND NOT DISABLED DUE TO PSYCH, EE STS THAT ISDUE TO HER PHYSICAL CONDTS, CS ADVISED EE THAT COMPLETED PHYSICIAN REVIEW FOR PHYSICAL CONDTS AND AHS SENT COPY OF REPORT TO HER PROVIDERS FOR REVIEW AND COMMENT, SENT ADDTL RE TO DAY W/ RE FOR PROVDERS TO RESPOND BY 7/22/22, SENT TO YEE, VILLANUEVA, STERN AND BLACKBURN, CS ADVISED THAT DID ALSO CALL OFFICES RE: SENDING REPORT, FOR REVIEW E STS THAT YEE, POTTS, BLACKBURN, BRILEY, VILLENUEVA, STERN ARE ALL CURRENT TXING PROVIDERS, EE ADVISED TO SEND REPORT TO POTTS AND BRILEY, CS ACK AND WILL DO SO,EE ALSO NOTES THAT HAS HAD MULTIPE RECENT DENTAL PROCEDURES - EXTRACTIONS, SX FOR PERIODONTAL DISEASE, EE ADVISED THAT NOT CONTRIB TO DISABILITY, CITES RHEUMATOLOGIC ISSUES, EPSTEIN BARR, GASTRO ISSUES, SJOGRENS, FATIGUE AS CONTRIB TO DISABILITY EE STS THAT NOW TRYING TO DO SLEEP STUDY DUE TO SOME INSOMNIA - JUST DID LAST WEEK, TRYING TO GET SLEEP ISSUE, DR. JOSEPHINE MEI, NO RECS YET, MAY NEED TO REDO, AS SOON AS HAVE RECS CAN SEND, EE STS THAT NOW HAS CUBITAL/CARPAL TUNNEL IN LEFT ARM, ELBOW FLARED, JUST DX 2 MOS. AGO BY DR. BLACKBURN, HA SBEEN IN PT FOR AT PINNACLE PT ON TAYLORSVILLE ROAD IN LOUSIVILLE, PH (502)499-5959 BRIAN WOODRUFF, STARTED 2MOS AGO FOR NECK AND THEN ELBOW FLARED, ALSO TX'D SCIATICA, CS ACK AND WILL SEND COPY OF REPORT TO ADDTL DOCS BRILEY AND POTTS, WILL ALSO REACH OUT TO PT FOR ADDTL PT NOTES AS MAY BE HELPFUL, EE ACK, CS ADVISED EE THAT IF HAS ANY UESTIONS OR UPDATES TO REACH OUT, EE ACK AND HAD NF , CALL ENDED

**07/15/2022 12:17 PM - PHONE Note 34**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : YEE/BLUM CTR
Text: 07/15/2022 - BUSS, HEATHER (914) 652-7800 OPT 3 FOR FRONT DESK- S/W MEGAN - ASKED TO CONF RECD RE TO REVIEW REPORT AND COMMENT, CONF THAT DOES HAVE RE AND WILL MAKE NOTE FOR AP TO RVW, CS ASKED TO ALSO NOTE THAT RESENT RE AGAIN TODAY AND RE THATAP RESPOND BY 7/22/22, MEGAN ACK AND TOOK CS PH , CS THANKED, CALL ENDED

**07/15/2022 12:04 PM - CLAIM Note 173**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Voc Rehab
Other Sub ect : TSA
Text: 07/15/2022 - BUSS, HEATHER REF FOR TSA

**07/15/2022 12:01 PM - PHONE Note 33**
Claim/Event/Leave: 10310112
NoteSub ect : Called AP
Other Sub ect : VILLANUEVA (NEUROSX)
Text: 07/15/2022 - BUSS, HEATHER (502) 259-5955 OPT 5 - S/W KATE - PUT CS ON HOLD WHILE S/W AP OFFICE - ADVISED CS THAT AP OFFICE DID NOT RECEIVE, GAVE FAX 502-259-5954, CS ACK AND WILL RESEND, THANKED, CALL ENDED

**07/15/2022 11:55 AM - PHONE Note 32**
Claim/Event/Leave: 10310112
NoteSub ect : Called AP
Other Sub ect : BLACKBURN
Text: 07/15/2022 - BUSS, HEATHER (502) 629-4263 OPT 2 - MED UESTIONS - S/W REP - DOES NOT SEE IN CHART, CONF FAX AS 502-629-4282, CS ACK AND FAXED TO THAT , ASKE IF ANYONE SHOULD SEND TO DIRECTLY, REP ADVISED NO TO ENSURE AP NAME AND PATIENT NAME DOB ONFAX, CS ACK THAT IT IS, REP ADVISED THAT WILL PUT NOTE ON AND HAVE CALL CS TO CONFIRM RECD, CS THANKED, CALL ENDED

**07/15/2022 11:31 AM - CLAIM Note 172**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to AP
Other Sub ect : STERN
Text: 07/15/2022 - BUSS, HEATHER SENT ADDTL RE W/ NOTE TO CLARIFY IF LTR DATED 1/27/21 IS PROVIDER RESPONSE TO RAR

**07/15/2022 11:30 AM - CLAIM Note 171**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to AP
Other Sub ect : ALL

Text: 07/15/2022 - BUSS, HEATHER RESENT RAR LETTER TO VILLANUEVA, BLACKBURN, YEE/BLUM CENTER - RESPOND BY 7/25/22

**07/15/2022 11:15 AM - PHONE Note 31**
Claim/Event/Leave: 10310112
NoteSub ect : Called AP
Other Sub ect : STERN
Text: 07/15/2022 - BUSS, HEATHER (502) 583-5836 LM FOR VICKI MA FOR DR. STERN - LM THAT HAD PREVIOUSLY SENT COPY OF PHYSICIAN REVIEW/REPORT AND HAD RECD A LETTER DATED 1/2/21 ADVISING OF CONDITIONS AND R/L'S, WANT TO CONFIRM IF THIS IS DR. STERN'S RESPONSE TO RE TO REVIEW REPORT AND COMMENT, IF ADVISING THAT NO CHANGES THAT CONDT STILL SAME AND R/L'S STILL SAME, PLS ADVISE, IF ADDTL INFO PLS FAX TO (603)334-8042, MAY CALL W/ ANY UESTIONS, CS WILL RESEND RE IN CASE NEED AS REFERENCE

**07/13/2022 2:00 PM - CLAIM Note 170**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 07/13/2022 - SRP041, SRP041 INVOICE RECEIVED FROM RELEASEPOINT. , INV 716944, IN THE AMOUNT OF $164.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**06/13/2022 11:57 AM - CLAIM Note 169**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : WINLAND (PSYCH)
Text: 06/13/2022 - BUSS, HEATHER RECD OVN'S DATED 1/92/0 TO 6/7/22, TX LETTER DATED 4/28/21, FMSE DATED 2/9/22

**06/10/2022 10:14 AM - CLAIM Note 168**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to AP
Other Sub ect : MULTIPLE
Text: 06/10/2022 - BUSS, HEATHER SENT 2ND RE FOR RAR TO BLACKBURN, STERN ,VILLANEUVA, YEE

**06/08/2022 12:13 PM - CLAIM Note 167**
Claim/Event/Leave: 10310112
NoteSub ect : Action Plan
Other Sub ect : RTW AO AUG 2022
Text: 06/08/2022 - BUSS, HEATHER 54 YO FEMALE, LDW 02/03/20, DOD 02/04/20, CID 08/04/22, OWN OCC: SR. VICE PRESIDENT FINANCE (SEDENTARY PER OA),DX: SYMPTOMSAND SIGNS INVOLVING COGNITIVE FUNCTIONS AND AWARENESS, SJOGREN S SYNDROME, 6/2/21 IM /RHEUMATOLOGYPEER REVIEW CONCLUDED GIVEN THE LACK OF FUNCTIONAL IMPROVEMENT WITH THE MEDICATIONS, TOTAL WORK RESTRICTION WOULD BE EXTENDED UNTIL 08/01/2021. PER 6/3/21 P/C W/ EE, REFERRED TO NEW GI AND WILL HAVE BATTERY OF TESTS AND F/U MID/LATE AUG W/ DR, BRILEY (GI). WILL ALSO HAVE ADDTL TESTING AND F/U W/ PCP (POTTS) AND RHEUMATOLOGIST (STERN). REASONABLE TO ALLOW FOR UPCOMING TESTING. WORK-UPS AND RE-EVALUATIONS W/ GI, RHEUMATOLOGIST AND PCP. UPDATED RECORDS AND CID FORMS RE AND DUE BY 2/19/22. ACTION PLAN: ONCE UPDATED RECS AND FORMS RECD, REFER FOR CLINICAL RVW AND TSA AS NEEDED TO MAKE ANY OCC DETERM.

**05/13/2022 4:04 PM - PHONE Note 30**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : RTC/UPDATE
Text: 05/13/2022 - BUSS, HEATHER ( LM FOR EE THAT RECD PSYCH CONTACT INFO, RE RECS FORM 1/2020 TO P, WANT TO ENSURE THAT INVESTIGATE FOR PSYCH OCNDT AS WELL AS MAY BE CONTRIBUTIG TO DISABILITY, WILL KEEP EE POSTED ON RECS, ADVISED THAT REVIEW COMPLETED ON PHYSICAL CONDTS AND HAS SENT OCPIES TO PROVODERS THAT WERE NOT ABLE TO CONTACT DURING REVIEW - YEE, STERN, VILLANUEVA , BLACKBURN - FOR THEIR COMMENT AND ANY ADDTL CLARIFICATION/INFORMATION TO INCLUDE IN ONGOING REVIEW TO CONFIRM FI EEWILL BE TD FROM ANY OCC, IF EE HAS ANY UESTIONS MAY CALL CS UPON RTO 5/24/22

**05/13/2022 3:47 PM - CLAIM Note 166**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect : NP
Text: 05/13/2022 - BUSS, HEATHER SENT NP LTR FOR PSYCH RECS 6/1/20 TO P - DR. WINLAND, DUE 7/26/22 05/13/2022 - BUSS, HEATHER CORRECTION: 1/1/20 TO P

**05/13/2022 3:43 PM - CLAIM Note 165**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : RP - WINLAND
Text: 05/13/2022 - BUSS, HEATHER RE ALL RECS 6/1/2020 TO P 05/13/2022 - BUSS, HEATHER CORRECTION: RE RECS 1/1/20 TO P

**05/10/2022 10:41 AM - CLAIM Note 164**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to AP
Other Sub ect : RAR

Other Sub ect : RAR
Text: 05/10/2022 - BUSS, HEATHER SENT ARA W/ OCC MED REPORT AND RE TO RESPOND BY 5/25/22 05/10/2022 - BUSS, HEATHER TO YEE (INTEGRATIVE MED), VILLANEUVA/TUDOR, BLACKBURN (ORTHO), STERN (RHEUMATOLOGY)

**05/10/2022 10:38 AM - PHONE Note 29**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : UPDATES/PSYCH
Text: 05/10/2022 - BUSS, HEATHER LM FOR EE THAT ON REVIEW WAS NOTED THAT EE TXING W/ PSYCH, PER CONVO W/ DR. POTTS NOTED THAT EE TX W/ PSYCH MONTHLY AND ALSO NOTED THAT PER DR. POTTS - PRIMARY IMPAIRING SX MENTAL FATIGUE, ADVISED EE THAT WILL NEED TO GETPSYCH NOTES ON FILE TO EVAL FOR PSYCH RELATED IMPAIRMENT, PLS RTC TO CS AT EARLIEST CONVENIENCE W/ PSYCH CONTACT INFO INCLUDING NAME, PHONE AND FAX, I F NO CONTACT PLS LEAVE DETAILED MESSGE

**05/09/2022 5:14 PM - CLAIM Note 163**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 05/09/2022 - SRP041, SRP041 INVOICE RECEIVED FROM RELEASEPOINT. , INV 716533, IN THE AMOUNT OF $171.91 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**04/14/2022 2:27 PM - CLAIM Note 162**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 04/14/2022 - YEREMIAN, KEVORK INVOICE RECEIVED ON 04/14/2022 AND DATED 04/13/2022 FROM COVENTBRIDGE (USA) INC. INV CBR903590, IN THE AMOUNT OF $1142.40 FOR SURVEILLANCE SERVICES. PAID INVOICE IN FULL

**03/29/2022 11:07 AM - CLAIM Note 161**
Claim/Event/Leave: 10310112
NoteSub ect : Peer Review
Other Sub ect :
Text: 03/29/2022 - BUSS, HEATHER RECD OCC MED RVW

**03/08/2022 1:24 PM - CLAIM Note 160**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 03/08/2022 - YEREMIAN, KEVORK INVOICE RECEIVED ON 03/08/2022 AND DATED 03/07/2022 FROM GENEX SERVICES LLC. INV BOCA 133019, IN THE AMOUNT OF $860.00 FOR ADDENDUM PEER REVIEW PERFORMED BY OLUYEMISI O AWOBOKUN, MD WITH A SPECIALTY OF RHEUMATOLOGY. PAID INVOICE IN FULL

**03/08/2022 8:49 AM - CLAIM Note 159**
Claim/Event/Leave: 10310112
NoteSub ect : Peer Review
Other Sub ect : RHEUMATOLOGY
Text: 03/08/2022 - BUSS, HEATHER RECD RHEUMATOLOGY PEER REVIEW

**02/24/2022 8:51 PM - CLAIM Note 158**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : SCORE REFERRAL
Text: 2/24/2022 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**02/24/2022 11:12 AM - CLAIM Note 157**
Claim/Event/Leave: 10310112
NoteSub ect : Social Security
Other Sub ect : UPDATE
Text: 02/24/2022 - BUSS, HEATHER PER DCK E-MAIL 02/24/2022 - BUSS, HEATHER THE RECONSIDERATION CLAIM WAS FILED ON 8/20/21. THAT CLAIM IS CURRENTLY PENDING. THANKS. DOHERTY, CELLA, KEANE ASSOCIATES, LLP 100 CUMMINGS CENTER, SUITE 335N BEVERLY, MA 01915 TOLL FREE: 800.211.4736 FAX: 978.922.1644

**02/24/2022 11:07 AM - CLAIM Note 156**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Managed Care
Other Sub ect : PEER REVIEW
Text: 02/24/2022 - BUSS, HEATHER REFERRED FOR RHEUMATOLOGY REVIEW

**02/24/2022 10:39 AM - CLAIM Note 155**
Claim/Event/Leave: 10310112
NoteSub ect : Social Security
Other Sub ect : UPDATE
Text: 02/24/2022 - BUSS, HEATHER FOLLOW UP ON SS STATUS E-MAILED DCK FOR UPDATES

**02/24/2022 10:34 AM - CLAIM Note 154**

Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : DESK CONSULT
Text: 02/24/2022 - BUSS, HEATHER FILE REVIEWED IN DESK CONSULT W/ DR. MILLSTEIN. BASED ON REVIEW OF MEDICAL ON FILE AND PRIOR REVIEWS, RECOMMEND REFERRAL TO RHEUMATOLOGY FOR REVIEW TO ASSESS FOR ONGOING IMPAIRMENT AND RESTRICTIONS. CONSIDER IME. MAY REFERBACK TO CCS/DESK CONSULT FOR ADDITIONAL CLAIM DIRECTION.

**02/23/2022 8:51 PM - CLAIM Note 153**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Special Invest
Other Sub ect : SCORE REFERRAL
Text: 2/23/2022 - REFERRED TO COVENTBRIDGE FOR SIU VENDOR SERVICES.

**02/23/2022 6:12 PM - CLAIM Note 152**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Special Invest
Other Sub ect : ACTIVITY CHECK
Text: 02/23/2022 - BUSS, HEATHER REF FOR ACTIVITY CHECK

**02/17/2022 1:51 PM - CLAIM Note 151**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : SIU
Text: 02/17/2022 - MOORE, CURTIS REVIEWED AND AGREE WITH 2-3 DAYS OF SURVEILLANCE PRIOR TO CID TO ASSESS ACTIVITY LEVEL.

**02/15/2022 7:47 AM - CLAIM Note 150**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : YEE
Text: 02/15/2022 - BUSS, HEATHER RECD OVN'S DATED 9/15/21 TO 12/29/21

**02/04/2022 4:54 PM - CLAIM Note 149**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect :
Text: 02/04/2022 - MULLEN, AIMEE SENT BLANK AUTH TO EE TO COMPLETE

**02/04/2022 4:51 PM - CLAIM Note 148**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect :
Text: 02/04/2022 - MULLEN, AIMEE RECEIVED NOTICE FRON RP/DR. PILKINGTON-NEED FACILITY AUTH

**01/31/2022 1:03 PM - CLAIM Note 147**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : GREENMAN
Text: 01/31/2022 - BUSS, HEATHER RECD 6/24/21 AFTERVISIT SUMMARY

**01/31/2022 1:01 PM - CLAIM Note 146**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : YEE/BLUM
Text: 01/31/2022 - BUSS, HEATHER RECD AFTERVISIT SUMMARIES DATED 8/1721 TO 9/15/21

**01/31/2022 12:35 PM - CLAIM Note 145**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : YEE, MD
Text: 01/31/2022 - BUSS, HEATHER RECD AFTER VISIT SUMMARIES DATED 10/4/21 TO 11/8/21

**01/31/2022 12:33 PM - CLAIM Note 144**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : BATEMAN HORNE CTR
Text: 01/31/2022 - BUSS, HEATHER RECD ORTHOSTATIC INTOLERANCE TEST DATED 10/20/21 - SIGNED BY PCP POTTS

**01/31/2022 12:31 PM - CLAIM Note 143**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : UPDATES
Text: 01/31/2022 - BUSS, HEATHER EE CONF LAST DOS W/ PILKINGTON 3/21/21

**01/31/2022 12:20 PM - CLAIM Note 142**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : YEE
Text: 01/31/2022 - BUSS, HEATHER RECD 12/29/21 AFTER VISIT SUMMARY (VIRTUAL VISIT)

**01/31/2022 8:57 AM - CLAIM Note 141**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : PILKINGTON/BLACKBURN
Text: 01/31/2022 - BUSS, HEATHER RECD OVN'S, LABS/DX DATED

**01/31/2022 8:54 AM - CLAIM Note 140**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : BRILEY
Text: 01/31/2022 - BUSS, HEATHER RECD BIOPSY AND PATH REPORT RESULTS DATED 7/7/21 TO 11/16/21 - SMALL INTESTINE

**01/31/2022 8:51 AM - CLAIM Note 139**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : LABCORP
Text: 01/31/2022 - BUSS, HEATHER RECD LABS DATD 10/5/21 TO 10/21/21 - CONF MAST CELL ACTIVIATION

**01/31/2022 8:47 AM - CLAIM Note 138**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : VILLANEUVA/TUDOR
Text: 01/31/2022 - BUSS, HEATHER RECD OVN DATED 1/12/22

**01/26/2022 11:09 AM - CLAIM Note 137**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : RP UPDATE - BROWN
Text: 01/26/2022 - BUSS, HEATHER NAME: FOX, KEETA POLICY/CLAIM/CERT: 10310112 RP ID: 8701751 INS. CO: LINCOLN FINANCIAL GROUP PROVIDER: UOFL PHYSICIANS - NEUROLOGY ORIGINAL PROVIDER: BROWN, DR. MARTIN TRANSID: 55643691 IDENTIFIER/RE BY: HBUSS IDENTIFIER 2: H BUSS IDENTIFIER 3: CASE MGR/SUPP EMAIL: PLEASE BE ADVISED THAT RELEASEPOINT HAS SUSPENDED THIS ORDER FOR THE FOLLOWING REASON: WE RECEIVED RECORDS THAT IS OUTSIDE THE RE UESTED DATE OF SERVICE. WE TRY TO REVERIFY THE PATIENT RECORDS BUT UNABLE TO REACH SOMEONE FROM THE FACILITY. KINDLY ADVICE US HOW YOU LIKE US TO PROCEED. THANK YOU.

**01/25/2022 1:22 PM - PHONE Note 28**
Claim/Event/Leave: 10310112
NoteSub ect : Called AP
Other Sub ect : BROWN
Text: 01/25/2022 - BUSS, HEATHER 502-588-480 OPT 1 APPTS/SCHEDULING -- LAST DOS 9/25/20

**01/25/2022 1:18 PM - CLAIM Note 136**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : RP
Text: 01/25/2022 - BUSS, HEATHER SENT RE TO RP TO MAKE ADDTL CALLS TO DR.YEE, DR. BROWN AND DRE. VILLANEUVA FOR STATUS UPDATES ON RECORDS RE

**01/25/2022 1:11 PM - CLAIM Note 135**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect : E-MAIL
Text: 01/25/2022 - BUSS, HEATHER E-MAILED EE W/ NP UPDATES

**01/25/2022 1:00 PM - CLAIM Note 134**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect : NP
Text: 01/25/2022 - BUSS, HEATHER SENT SUBSE UENT NP LTR

**01/25/2022 12:59 PM - CLAIM Note 133**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : NP RVW
Text: 01/25/2022 - BUSS, HEATHER MISSING RECS AS FOLLOWS: 1/9/21 TO P - PILKINGTON, 10/1/20 TO P - BROWN, VILLANEUVA AND 1/1/21 TO P - YEE

**01/13/2022 9:43 AM - CLAIM Note 132**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : BLACKBURN
Text: 01/13/2022 - BUSS, HEATHER RECD OVNS DATED 11/29/21

**01/11/2022 9:49 AM - CLAIM Note 131**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : RP UPDATE - KEMPF
Text: 01/11/2022 - BUSS, HEATHER NAME: FOX, KEETA POLICY/CLAIM/CERT: 10310112 RP ID: 8701755 INS. CO: LINCOLN FINANCIAL GROUP PROVIDER: BAPTIST HEALTH ORIGINAL PROVIDER: DR. JAMIE KEMPF TRANSID: 55643691 IDENTIFIER/RE BY: H BUSS IDENTIFIER 2: H BUSS IDENTIFIER 3: CASE MGR/SUPP EMAIL: PLEASE BE ADVISED THAT RELEASEPOINT HAS SUSPENDED THIS ORDER FOR THE FOLLOWING REASON: - CNR: MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME RE AND/OR PROVIDER LISTED E-MAIL NOTICE TO CUSTOMER RE UESTED - CNR: BE ADVISED, PER RESPONSE, PATIENT HAS NO RECORDS WITHIN SCOPE. WE HAVE CALLED THEM BACK HOWEVER, WE WERE INFORMED THAT THEY CANNOT CONFIRM IF PATIENT WAS SEEN BY ANY OTHER PROVIDERS WITHIN SCOPE.

**01/07/2022 11:25 AM - CLAIM Note 130**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect : NP
Text: 01/07/2022 - BUSS, HEATHER SENT SUBSE UENT NP

**01/07/2022 11:23 AM - CLAIM Note 129**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : RP
Text: 01/07/2022 - BUSS, HEATHER RE ALL RECS 1/1/21 TO P - YEE, BLUM CTR (INTEGRATIVE MED)

**01/05/2022 8:09 AM - CLAIM Note 128**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : BRILEY(GASTRO)
Text: 01/05/2022 - BUSS, HEATHER RECD OVN'S DATED 6/1/21 TO 10/18/21

**01/05/2022 8:06 AM - CLAIM Note 127**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : RP UPDATE- SINGER
Text: 01/05/2022 - BUSS, HEATHER NAME: FOX, KEETA POLICY/CLAIM/CERT: 10310112 RP ID: 8701758 INS. CO: LINCOLN FINANCIAL GROUP PROVIDER: MAYO CLINIC ORIGINAL PROVIDER: DR. WOLFGANG SINGER TRANSID: 55643691 IDENTIFIER/RE BY: H BUSS IDENTIFIER 2: H BUSS IDENTIFIER 3: CASE MGR/SUPP EMAIL: PLEASE BE ADVISED THAT RELEASEPOINT HAS SUSPENDED THIS ORDER FOR THE FOLLOWING REASON: PLEASE BE ADVISED THAT THE REP RESPONDED TO THE RESCAN, STATING: THE DOS YOU ARE ASKING FOR 01/01/2021- TODAY ARE THE SAME RECORDS I SENT AND THERE ARE NO RECORDS FOR DR WOLFGANG

**01/05/2022 8:03 AM - CLAIM Note 126**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : GEORGE
Text: 01/05/2022 - BUSS, HEATHER RCD OVN'S 11/24/20 TO 12/8/20

**12/30/2021 3:47 PM - CLAIM Note 125**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect :
Text: 12/30/2021 - MULLEN, AIMEE RECEIVED CSS, CIF, A , AVS 1/28/21 FROM DR. PILKINTON, 7/27/21-7/29/21 FROM MAYO CLINIC, 10/20/21-12/15/21 NOTES FROM DR. BRILEY, TMT NOTES DATED 9/15/21-11/8/21 FROM DR. YEE, DR. BLACKBURN DATED 4/19/21-11/29/21

**12/30/2021 1:57 PM - CLAIM Note 124**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : DOCUMENT CHANGE
Text: 12/30/2021 - HOFFNER, FAYE SEPARATED FORMS FROM MEDICAL AND PLACED IN CLAIM

**12/30/2021 11:36 AM - PHONE Note 27**
Claim/Event/Leave: 10310112
NoteSub ect : EE Called
Other Sub ect : UPDATES
Text: 12/30/2021 - BUSS, HEATHER EE LM FOR CS W/ UPDATES - IS DOCUMENTATION IN MIAL , RECD RE FOR UPDATED FORMS , SENDING W/ FORMS AND MED REPORTS, DOCTOR IN NY, D.R YEE - DX W/ MONO THAT REACTIVIATED - SNCE JULY, MAST CELL ACTIVATION SYNDROME, LYME DISEASE, ALSO BELIEVES THAT HAS POTS, DID DO TESTS AND CAME

BACK POSITIVE, STS THAT NOT FEELING ALOT BETTER AT THIS POINT, FEELING ABOUT SAME, DID GET BOOSTER FOR COVID AND MADE PRETTY SICK AS WELL, DAYS THAT EE CONTINUES TO BE BEDRIDDEN STILL, MAY CALLFOR ANY ADDTL INFO

**12/30/2021 11:30 AM - CLAIM Note 123**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : FORMS
Text: 12/30/2021 - BUSS, HEATHER RECD AUTH, CIF, CSS, A

**12/29/2021 10:39 AM - PHONE Note 26**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : UPDATES
Text: 12/29/2021 - BUSS, HEATHER ( LM FOR RTC TO PROVIDE ANY UPDATES RE: CONDT AND ONGOING TXMNT, MAY ALSO LEAVE DETAILED MSG IF NO CONTACT, CS WILL F/U NEXT WEEK, WISHED WELL

**12/27/2021 10:51 AM - CLAIM Note 122**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : POTTS
Text: 12/27/2021 - BUSS, HEATHER RECD OVN'S DATED 3/5/21 TO 12/2/21, RF DATED 12/21/21

**12/21/2021 4:49 PM - PHONE Note 25**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : RTC
Text: 12/21/2021 - BUSS, HEATHER LM FOR EE THAT RECD RTC, SORRY MISSED HER, WILL TRY BACK NEXT WEEK WHEN RTO, IF EE HAS UPDATES MAY ALSO LEAVE DETAILED MSG

**12/21/2021 4:46 PM - PHONE Note 24**
Claim/Event/Leave: 10310112
NoteSub ect : EE Called
Other Sub ect :
Text: 12/21/2021 - BUSS, HEATHER LM THAT RECD CS CALL FOR UPDATED INFO, MAY RTC AT

**12/20/2021 3:12 PM - CLAIM Note 121**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : STERN (RHEUM)
Text: 12/20/2021 - BUSS, HEATHER RECD OVN'S DATED 5/5/21 TO 11/5/21

**12/17/2021 12:11 PM - PHONE Note 23**
Claim/Event/Leave: 10310112
NoteSub ect : AP Called
Other Sub ect :
Text: 12/17/2021 - BUSS, HEATHER CLORA W/ GASTRO HEALTH PARTNERS, RECD RE FOR MISSING RECS, WHAT RECS MISSING RF CAME WITH RE , STS THAT OFFICE DOES NOT FILL OUT RF, PLS RTC 502-452-9567

**12/16/2021 8:43 AM - CLAIM Note 120**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : AUTHS
Text: 12/16/2021 - BUSS, HEATHER RECD NORTON HEALTH AND BAPTIST HEALTH AUTHS

**12/16/2021 8:10 AM - CLAIM Note 119**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : RP UPDATE
Text: 12/16/2021 - BUSS, HEATHER NAME: FOX, KEETA POLICY/CLAIM/CERT: 10310112 RP ID: 8701752 INS. CO: LINCOLN FINANCIAL GROUP PROVIDER: BURNS, DR FRANK ORIGINAL PROVIDER: BURNS, DR FRANK TRANSID: 55643691 IDENTIFIER/RE BY: H BUSS IDENTIFIER 2: H BUSS IDENTIFIER 3: CASE MGR/SUPP EMAIL: PLEASE BE ADVISED THAT RELEASEPOINT HAS SUSPENDED THIS ORDER FOR THE FOLLOWING REASON: - CNR: MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME RE AND/OR PROVIDER LISTED E-MAIL NOTICE TO CUSTOMER RE UESTED - CNR: WE WERE ADVICE THAT THE PATIENT WAS NOT SEEN FOR THE DATE OF SERVICE RE UESTED. WE TRIED TO REVERIFY PATIENT RECORDS BUT WE JUST REACH A VOICEMAIL. KINDLY ADVICE US HOW TO PROCEED WITH THIS RE UEST.

**12/14/2021 11:09 AM - CLAIM Note 118**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : HUELSMAN(DERM)
Text: 12/14/2021 - BUSS, HEATHER RECD PH NOTE DATED 9/16/21

**12/13/2021 9:08 AM - CLAIM Note 117**
Claim/Event/Leave: 10310112

Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : MAYO CLINIC - ALL
Text: 12/13/2021 - BUSS, HEATHER RECD LABS, CT RESULTS, OVN'S DATED 1/27/21 TO 10/27/21

**12/13/2021 8:57 AM - CLAIM Note 116**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : LOUSIVILLE GASTRO
Text: 12/13/2021 - BUSS, HEATHER KREASE, MD - RECD OVN'S DATED 8/5/2020

**12/09/2021 1:04 PM - CLAIM Note 115**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : RP
Text: 12/09/2021 - BUSS, HEATHER NAME: FOX, KEETA POLICY/CLAIM/CERT: 10310112 RP ID: 8701748 INS. CO: LINCOLN FINANCIAL GROUP PROVIDER: MAYO CLINIC ORIGINAL PROVIDER: MAYO CLINIC TRANSID: 55643691 IDENTIFIER/RE BY: H BUSS IDENTIFIER 2: HBUSS IDENTIFIER 3: CASE MGR/SUPP EMAIL: PLEASE BE ADVISED THAT RELEASEPOINT HAS SUSPENDED THIS ORDER FOR THE FOLLOWING REASON: PLEASE BE ADVISED THAT THIS RE UEST IS A DUPLICATE OF RP NUMBER 8701758. THE RECORDS SEEN BY MAYO CLINIC WILL BE INCLUDED ON THAT RE UEST. PLEASE ADVISE US ON HOW TO PROCEED. PLEASE CONFIRM IF THE ORDER CAN BE CANCELLED AS A DUPLICATE OR ADVISE US HOW TO PROCEED.

**12/08/2021 7:38 AM - CLAIM Note 114**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect :
Text: 12/08/2021 - BUSS, HEATHER E-MAILED RP RE FOR BAPTIST HEATH AND NORTON HEALTH AUTHS

**12/08/2021 7:34 AM - CLAIM Note 113**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : RP UPDATE
Text: 12/08/2021 - BUSS, HEATHER DATE: 12/07/2021 REFERENCE ID: 8701749 MEDICAL FACILITY/PROVIDER: NORTON HEALTHCARE PLEASE BE ADVISED THAT WE HAVE BEEN INFORMED THAT YOUR MEDICAL PROVIDER IS RE UESTING A SIGNED HIPAA COMPLIANT AUTHORI ATION TO BE SIGNED BEFORE RECORDS WILL BE RELEASED. PLEASE USE THE INCLUDED LINK TO HAVE THE CLAIMANT SIGN THE ATTACHED HIPAA AUTHORI ATION FORM. RETRIEVAL ACTIVITIES WILL RESUME UPON RECEIPT OF THE AUTHORI ATION RE UESTED. PLEASE BE ADVISED, THIS FACILITYRE UIRE THE PATIENT TO FILL OUT THEIR OWN AUTHORI ATION AS THEY REJECT LINCOLN FINANCIAL RELEASE FORM. PLEASE HAVE THE PATIENT COMPLETELY FILL OUT AND SIGN THE FACILITY SPECIFIC AUTHORI ATION WE ATTACHED SO WE MAY PROCEED. THANK YOU, CARL

**12/08/2021 7:28 AM - CLAIM Note 112**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : RP UPDATE
Text: 12/08/2021 - BUSS, HEATHER DATE: 12/07/2021 REFERENCE ID: 8701750 MEDICAL FACILITY/PROVIDER: BAPTIST HEALTH PLEASE BE ADVISED THAT WE HAVE BEEN INFORMED THAT YOUR MEDICAL PROVIDER IS RE UESTING A SIGNED HIPAA COMPLIANT AUTHORI ATION TO BE SIGNED BEFORE RECORDS WILL BE RELEASED. PLEASE USE THE INCLUDED LINK TO HAVE THE CLAIMANT SIGN THE ATTACHED HIPAA AUTHORI ATION FORM. RETRIEVAL ACTIVITIES WILL RESUME UPON RECEIPT OF THE AUTHORI ATION RE UESTED. PLEASE BE ADVISED, THIS FACILITY RE UIRE THE PATIENT TO FILL OUT THEIR OWN AUTHORI ATION AS THEY REJECT LINCOLN FINANCIAL RELEASE FORM. PLEASE HAVE THE PATIENT COMPLETELY FILL OUT AND SIGN THE FACILITY SPECIFIC AUTHORI ATION WE ATTACHED SO WE MAY PROCEED. THANK YOU, CARL

**12/07/2021 5:15 PM - CLAIM Note 111**
Claim/Event/Leave: 10310112
NoteSub ect : Action Plan
Other Sub ect : RTW AO AUG 2022
Text: 12/07/2021 - BUSS, HEATHER 54 YO FEMALE, LDW 02/03/20, DOD 02/04/20, CID 08/04/22, OWN OCC: SR. VICE PRESIDENT FINANCE (SEDENTARY PER OA),DX: SYMPTOMSAND SIGNS INVOLVING COGNITIVE FUNCTIONS AND AWARENESS, SJOGREN S SYNDROME, 6/2/21 IM /RHEUMATOLOGYPEER REVIEW CONCLUDED GIVEN THE LACK OF FUNCTIONAL IMPROVEMENT WITH THE MEDICATIONS, TOTAL WORK RESTRICTION WOULD BE EXTENDED UNTIL 08/01/2021. PER 6/3/21 P/C W/ EE, REFERRED TO NEW GI AND WILL HAVE BATTERY OF TESTS AND F/U MID/LATE AUG W/ DR, BRILEY (GI). WILL ALSO HAVE ADDTL TESTING AND F/U W/ PCP (POTTS) AND RHEUMATOLOGIST (STERN). REASONABLE TO ALLOW FOR UPCOMING TESTING. WORK-UPS AND RE-EVALUATIONS W/ GI, RHEUMATOLOGIST AND PCP. UPDATED RECORDS AND CID FORMS RE AND DUE BY 2/19/22. ACTION PLAN: ONCE UPDATED RECS AND FORMS RECD, REFER FOR CLINICAL RVW AND TSA AS NEEDED TO MAKE ANY OCC DETERM.

**12/07/2021 5:00 PM - CLAIM Note 110**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect : NP/CID
Text: 12/07/2021 - BUSS, HEATHER SENT NP LTR W/ CID LANG FOR RECS BLACKBURN(ORTHOSX) 4/20/21 - P, BURNS(OPTH) 3/9/21 - P, HUELSMAN(DERM) 12/15/20 - P, PILKINGTON(UROGYNE) 1/9/21 - P, POTTS(PCP) 7/30/20 - P, STERN(RHEUM) 3/11/21

3/9/21 - P, HUELSMAN(DERM) 12/15/20 - P, PILKINGTON(UROGYNE) 1/9/21 - P, POTTS(PCP) 7/30/20 - P, STERN(RHEUM) 3/11/21 - P, MAYO CLINIC 1/28/21 -P, SINGER (NEURO) 1/1/21 - P, BROWN (NEURO) 10/1/20 - P, KEMPF (CARDIO) 10/1/20 - P, VILLANUEVA (NEUROSX) 10/1/20 - P, GEORGE(GENSX) 11/1/20 - P, BRILEY (GI) 1/1/21 - P AND CID FORMS. DUE 2/19/22.

**12/07/2021 3:34 PM - CLAIM Note 109**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : RP
Text: 12/07/2021 - BUSS, HEATHER RE ALL RECS BLACKBURN(ORTHOSX) 4/20/21 - P, BURNS(OPTH) 3/9/21 - P, HUELSMAN (DERM) 12/15/20 - P, PILKINGTON(UROGYNE) 1/9/21 - P, POTTS(PCP) 7/30/20 - P, STERN(RHEUM) 3/11/21 - P, MAYO CLINIC 1/28/21 - P, SINGER (NEURO) 1/1/21 - P, BROWN (NEURO) 10/1/20 - P, KEMPF (CARDIO) 10/1/20 - P, VILLANUEVA (NEUROSX) 10/1/20 - P, GEORGE(GENSX) 11/1/20 - P, BRILEY (GI) 1/1/21 - P

**12/07/2021 3:05 PM - PHONE Note 22**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : UPDATES
Text: 12/07/2021 - BUSS, HEATHER LM FOR RTC TO PROVIDE UPDATES AFTER ADDTL TESTING AND OV'S W/ GI (DR. BRILEY), DR. STERN (RHEUM) AND DR. POTTS (PCP), AKSED EE TO CONF ANY NEW TX PROVIDERS OR REFERRALS TO NEW PROVIDERS ALONG W/ DOS, ALSO UPDATES RE: TXNTPLANS AND MEDICAL CONDT, UPDATES RE: FUNCTIONAL CAPACITY - EE HAVING DIFFICULTY W/ ADLS OR OTHER ACTIVITIES CS WILL RE UPDATED RECS FORM CURRENT PROVIDERS AND SEND EE LTR ADVISING AS WELL, PLS F/U W/ ANY UPDATES, OKAY TO LV DETAILED MSG

**10/13/2021 2:06 PM - CLAIM Note 108**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 10/13/2021 - SRP041, SRP041 INVOICE RECEIVED FROM RELEASEPOINT. , INV 715052, IN THE AMOUNT OF $358.05 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**10/05/2021 8:42 AM - CLAIM Note 107**
Claim/Event/Leave: 10310112
NoteSub ect : Action Plan
Other Sub ect : NP DEC 2021
Text: 10/05/2021 - BUSS, HEATHER 54 YO FEMALE, LDW 02/03/20, DOD 02/04/20, CID 08/04/22, OWN OCC: SR. VICE PRESIDENT FINANCE (SEDENTARY PER OA),DX: SYMPTOMSAND SIGNS INVOLVING COGNITIVE FUNCTIONS AND AWARENESS, SJOGREN S SYNDROME, 6/2/21 IM /RHEUMATOLOGYPEER REVIEW CONCLUDED GIVEN THE LACK OF FUNCTIONAL IMPROVEMENT WITH THE MEDICATIONS, TOTAL WORK RESTRICTION WOULD BE EXTENDED UNTIL 08/01/2021. PER 6/3/21 P/C W/ EE, REFERRED TO NEW GI AND WILL HAVE BATTERY OF TESTS AND F/U MID/LATE AUG W/ DR, BRILEY (GI). WILL ALSO HAVE ADDTL TESTING AND F/U W/ PCP (POTTS) AND RHEUMATOLOGIST (STERN). REASONABLE TO ALLOW THRU EO AUG FOR UPCOMING TESTING. WORK-UPS AND RE-EVALUATIONS W/ GI, RHEUMATOLOGIST AND PCP. GOAL: NP DEC 2021, PLAN: UPDATES SEPT /OCT2021, IF NO RTW , UPDATE MEDICAL RECORDS. REFER CLINICAL RVW. UPDATE EE FORMS ACCORDINGLY. MONITOR SSDI

**07/13/2021 9:26 AM - CLAIM Note 106**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : RP UPDATE
Text: 07/13/2021 - BUSS, HEATHER NAME: FOX, KEETA POLICY/CLAIM/CERT: 10310112 RP ID: 7812913 INS. CO: LINCOLN FINANCIAL GROUP PROVIDER: BROWN, DR. MARTIN ORIGINAL PROVIDER: DR MARTIN BROWN TRANSID: 55036133 IDENTIFIER/RE BY: V CASTAGNO IDENTIFIER 2: V CASTAGNO IDENTIFIER 3: CASE MGR/SUPP EMAIL: PLEASE BE ADVISED THAT RELEASEPOINT HAS SUSPENDED THIS ORDER FOR THE FOLLOWING REASON: - CNR: MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME RE AND/OR PROVIDER LISTED E-MAIL NOTICE TO CUSTOMER RE UESTED - CNR: PLEASE BE ADVISED, PER RESPONSE, THERE ARE NO RECORDS FOUND DURING THE DATES OF SERVICE RE UESTED, LAST DATE OF SERVICE WAS ON 09/25/2020. PLEASE ADVISE ON HOW YOU WOULD LIKE US TO PROCEED.

**06/25/2021 12:46 PM - CLAIM Note 105**
Claim/Event/Leave: 10310112
NoteSub ect : Social Security
Other Sub ect : PENDING
Text: 06/25/2021 - BUSS, HEATHER RECD E-MAIL FROM DCK THAT FILE STILL PENDING

**06/24/2021 5:03 PM - CLAIM Note 104**
Claim/Event/Leave: 10310112
NoteSub ect : Social Security
Other Sub ect : UPDATE
Text: 06/24/2021 - BUSS, HEATHER FOLLOW UP ON SS STATUS E-MAILED DCK FOR UPDATE

**06/14/2021 11:25 AM - CLAIM Note 103**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 06/14/2021 - HERTERICH, KIMBERLY INVOICE DATED 6/2/2021 FROM EXAM COORDINATORS NETWORK . INV BOCA 109544 IN THE AMT OF $720.00 FOR PEER REVIEW BY OLUYEMISI AWOBOKUN WITH A SPECIALTY IN RHEUMATOLOGY. INVOICE PAID IN FULL.

**06/07/2021 2:01 PM - CLAIM Note 102**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : SIU
Text: 06/07/2021 - BUSS, HEATHER RECD SOC MEDIA SEARCH RESULTS

**06/03/2021 8:50 PM - CLAIM Note 101**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Special Invest
Other Sub ect : SCORE REFERRAL
Text: 6/3/2021 - REFERRED TO SIU FOR DATABASE SEARCH. TYPE OF SERVICE(S) RE UESTED: - SOCIAL MEDIA.

**06/03/2021 12:27 PM - CLAIM Note 100**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : SIU DATABASE INFO
Text: 06/03/2021 - LOTO, FRANK RE UEST FORWARDED TO COVENTBRIDGE, THEIR REPORT WILL BE LOADED TO EDM WHEN COMPLETED.

**06/03/2021 11:26 AM - CLAIM Note 99**
Claim/Event/Leave: 10310112
NoteSub ect : Action Plan
Other Sub ect : RTW OO SEPT 2021
Text: 06/03/2021 - BUSS, HEATHER 54 YO FEMALE, LDW 02/03/20, DOD 02/04/20, CID 08/04/22, OWN OCC: SR. VICE PRESIDENT FINANCE (SEDENTARY PER OA),DX: SYMPTOMSAND SIGNS INVOLVING COGNITIVE FUNCTIONS AND AWARENESS, SJOGREN S SYNDROME, 6/2/21 IM /RHEUMATOLOGYPEER REVIEW CONCLUDED GIVEN THE LACK OF FUNCTIONAL IMPROVEMENT WITH THE MEDICATIONS, TOTAL WORK RESTRICTION WOULD BE EXTENDED UNTIL 08/01/2021. PER 6/3/21 P/C W/ EE, REFERRED TO NEW GI AND WILL HAVE BATTERY OF TESTS AND F/U MID/LATE AUG W/ DR, BRILEY (GI). WILL ALSO HAVE ADDTL TESTING AND F/U W/ PCP (POTTS) AND RHEUMATOLOGIST (STERN). REASONABLE TO ALLOW THRU EO AUG FOR UPCOMING TESTING. WORK-UPS AND RE-EVALUATIONS W/ GI, RHEUMATOLOGIST AND PCP. GOAL: RTW OO SEPT 2021, PLAN: UPDATES SEPT2021, IF NO RTW , UPDATE MEDICAL RECORDS APPRX 09/2021. REFER CLINICAL RVW. UPDATE EE FORMS ACCORDINGLY. MONITOR SSDI

**06/03/2021 11:09 AM - PHONE Note 21**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : UPDATES
Text: 06/03/2021 - BUSS, HEATHER ADVISED EE THAT , EE STS THAT SHE HAS NEW GI DOC IN LOUISVILLE, KY DR. BRILEY W/ BAPTIST EAST HEALTH GROUP, TAKING OVER WHERE MAYO LEFT OFF, HAS HAD A LOT OF DIFFERENT, MAYO DID TEST 2 WEEKS AGO AND SHOWED MALABSORPTION ISSUE, EE STS THAT SHE IS NO LONGER TAKING MEDS FOR SJOGRNE'S AS WAS MAKING NAUSEOUS, ALMOST ALL MEDS ON HOLD, EE IS TALKING DULOXETINE, GI WILL RX MED TO HELP WITH DIGESTIVE ISSUES, WILL DO ADDTL BATTERY OF GI TESTS, ENDO/COLONOSCOPY 8/18/21, OTHERTESTS NOT SCEHDULED YET BUT ANTICIPATED THAT WILL BE COMPLETED .WIN NEXT 2 TO 3 WEEKS - CT SCAN, PANCREASE EE WILL HAVE F/U W/ GI PROVIDER AFTER TESTING COMPLETED, EE WILL HAVE ONGOING OV'S DR. POTTS - WILL HAVE NEXT WEE AS EE WILL HAVE ADDTL BLOOD WORK, ALSO CONTINUES TO SEE DR. STERN, RHEUM - THINKS OV IN AUGUST, NO OTHER TX PROVIDERS, EE STS THAT SHE HAS BEEN OFF MEDS FOR 3 WEEKS, STS THAT MEDS WERE NOT EFFECTIVE, DON'T THINK WILL GO BACK ON THAT MED, WAS MAKING VERY NAUSEATED, THROWING UPAS WAS ON HIGHEST DOSAGE AND NO RESULTS, EE STS THAT SHE IS SLEEPING ABOUT 14 HRS PER DAY, CHRONIS FATIGUE SEVERE, GI ISSUES SEVERE, ONGOING PAIN, TAKES EE AWHILE TO GET GOING, EE CAPABLE OF ADL'S AT THIS TIME, DOES TAKE A LITTLE EXTRA TIME, EE STS THAT NO PAIN MGMT., STS THAT AT MAYO WENT THRU FIBRO CLINIC AND TAUGHT HER SOME THINGS SHE CAN DO TO HELP, EE STS THAT SHE DOE SEE PSYCH FOR MENTAL HEALTH ISSUES DUE TO PAIN BUT STS THAT IS STABLE AT THIS TIME, EE STS THAT CURRENT DISABLING CONDITIONS ARE GI ISSUES, SJOGRENS, CHRONIC PAIN, CHRONIC FATIGUE/FIBRO, EE STS THAT IF SPENDS TOO MUCH TIME ON PHONE HAND/FINGERS HURT, ALSO WHEN WRITING - MAKES HAND ACHE A LOT, CM AKC AND THANKED FOR UPDATES, ADVISED EE THAT SINCE SHE HAS MULTIPLE F/U AND OV'S IN AUG, WILL F/U SEPT 2021 FOR UPDATES RE: CONDT/TXMNT, EE ACK AND AGREED, ADVISED TO ALSO KEEP UPDATED ON SSDI STATUS AND ANY RTW PLANS, EE ACK, CM WISHED WELL, CALL ENDED

**06/03/2021 10:26 AM - CLAIM Note 98**
Claim/Event/Leave: 10310112
NoteSub ect : Action Plan
Other Sub ect : RTW OO AUG 2021
Text: 06/03/2021 - BUSS, HEATHER 54 YO FEMALE, LDW 02/03/20, DOD 02/04/20, CID 08/04/22, OWN OCC: SR. VICE PRESIDENT FINANCE (SEDENTARY PER OA),DX: SYMPTOMSAND SIGNS INVOLVING COGNITIVE FUNCTIONS AND AWARENESS, SJOGREN S SYNDROME, 6/2/21 IM /RHEUMATOLOGYPEER REVIEW CONCLUDED GIVEN THE LACK OF FUNCTIONAL IMPROVEMENT WITH THE MEDICATIONS, TOTAL WORK RESTRICTION WOULD BE EXTENDED UNTIL 08/01/2021. GOAL: RTW OO AUG 2021, PLAN: UPDATES AUG 2021, IF NO RTW , UPDATE MEDICAL RECORDS APPRX 08/2021. UPDATEEE FORMS ACCORDINGLY. MONITOR SSDI

**05/26/2021 5:25 PM - CLAIM Note 97**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect :
Text: 05/26/2021 - MULLEN, AIMEE RECEIVED RECORDS FROM DR. BLACKNBURN 12/21/20-4/19/21

**05/24/2021 8:51 PM - CLAIM Note 96**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : SCORE REFERRAL
Text: 5/24/2021 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**05/24/2021 5:21 PM - CLAIM Note 95**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : PEER ADDENDUM
Text: 05/24/2021 - BUSS, HEATHER REF FOR PEER ADDENDUM - IM/RHEUM

**05/24/2021 1:32 PM - PHONE Note 20**
Claim/Event/Leave: 10310112
NoteSub ect : EE Called
Other Sub ect : UPDATES/RECD RECS
Text: 05/24/2021 - BUSS, HEATHER EE ADVISED THAT RECD LTR RE: MISSING MEDS, WANTS TO CHECK MEDS FOR SPECIFIC AP -BLACKBURN, EE ADVISED THAT'S EH SENT IN VIA MY CHART, CM RVWD AND SEES THAT RECD WHILE OUT OF OFFICE, SO SHOULD HAVE ALL ON FILE NOW, CM ADVISED THAT WILL RVW AND LIKELY SEND FOR MED RVW, EE ASKED IF RCES WILL BE SENT FOR MED RVW EACH TIME AS WAS JUST RVWD FOR APPROVAL IN MARCH, CM ACK AND ADVISED THAT WILL RVW RECS AND PREVIOUS MED RVW, IF NO MED RVW NEEDED AT THIS TIME WILL CONTACT EETO ADVISE, MORE THAN LIKELY WILL NEED MED RVW TO CONF ONGOING R/L'S, IF MED RVW NORMALLY TAKES 2 TO 3 WEEKS W/ AP CONTACT, EE ACK AND ADVISED THAT PRIMARY TX PROVIDERS ARE DR. POTTS AND DR. STERN, ALL OTHER PRVIDERS SHE AHS TX WITH BUT POTTS AND STERN (PCP AND RHEUM) ARE WHO ACTIVELY TX FOR CONDT, CM ACK AND OCNF W/ EE THAT PCPC AND RHEUM ARE PRVIDERS THAT ACTIVELY TX AND ARE ADVISING FOR R/L'S, EE ACK AS CORRECT, CM ACK AND ADVISED EE THAT IF NAY CHANGE STO PLANS FOR RVW WILL CONTACT EE TO ADVISE, EE ACK AND HAD NF , CALL ENDED

**05/14/2021 2:13 PM - CLAIM Note 94**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect : N P
Text: 05/14/2021 - BUSS, HEATHER SENT SUBSE UENT N P LTR

**05/14/2021 1:29 PM - PHONE Note 19**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : 45/N P
Text: 05/14/2021 - BUSS, HEATHER ADVISED EE THAT F/U W UPDATES RE: CLAIM, ADVISED THAT CLAIM RE ASSIGNED TO THIS CM, ADVISED THAT MISSING RECS FORM DR. BLACKBURN, EE ACK AND ADVISED THAT SHE CAN SEND INFO FORM PORTAL, MAY BE SUMMARY AND NOT SURE IF ALLRECS NEED BUT WILL SEND, CM ACK AND WILL SEND E-MAIL W/ CONTACT INFO AND SECURE E-MAIL ADDRESS TO SEND RECS, EE ACK AND ADVISED THAT BLACKBURN ONLY GIVING STEROID INJECTIONS, NO OTHER TXMNT, CM ACK AND WILL CALL EE WHEN RTO TO CONF THAT HAS ALL, EEACK, CALL ENDED 05/14/2021 - BUSS, HEATHER

**05/11/2021 12:16 PM - CLAIM Note 93**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : PILKINGTON
Text: 05/11/2021 - BUSS, HEATHER RECD AFTER VISIT SUMMARY DATED 1/28/21

**05/11/2021 12:13 PM - CLAIM Note 92**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : NORTON UROGYNECOLOGY
Text: 05/11/2021 - BUSS, HEATHER RECD VISIT SUMMARY DATED 3/31/21

**05/11/2021 12:10 PM - CLAIM Note 91**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : MAYO CLINIC
Text: 05/11/2021 - BUSS, HEATHER RECD OVN'S, EKG/CARDIO, LABS/DX, OP REPORTS, CONSULTS DATED 10/13/20 TO 1/27/21

**05/10/2021 5:17 PM - CLAIM Note 90**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect : CICM
Text: 05/10/2021 - BUSS, HEATHER SENT CICM LTR

**05/05/2021 7:22 AM - CLAIM Note 89**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : STERN

Text: 05/05/2021 - CASTAGNO III, VINCENT RECD MEDICAL RECORDS DATED 11/30/20 THROUGH 03/10/21

**05/04/2021 7:38 AM - CLAIM Note 88**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect :
Text: 05/04/2021 - CASTAGNO III, VINCENT RECD EMAIL FROM EE IN REF TO THE OUTSTANDING RECORDS RE UEST: DCM PROVIDED THE FOLLOWING RESPONSE: GOOD MORNING MRS. FOX, YOUR BENEFITS WILL NOT BE SUSPENDED BUT, THE OVERALL DUE DATE OF ANY OUTSTANDING INFORMATION AS OF THIS EMAIL IS DUE BY JUNE 12, 2021. BASED ON THE INFORMATION PROVIDED BELOW I HAVE REMOVED THE FOLLOWING PHYSICIANS FROM THE MEDICAL RECORDS RE UEST: DR VILLANEUVA, DR BROWN AND DR KEMP. WITH THE REMOVAL OF THE MEDICAL PROVIDERS LISTED ABOVE, WE CONTINUE TO FOLLOW UP FOR YOUR MEDICAL RECORDS FOR THE PERIOD OF OCTOBER 1, 2020 THOUGH THE PRESENT DATE FROM DR. BLACKBURN, DR. PILKINGON AND DR. STERN. AS LINCOLN FINANCIAL FOLLOWS UP WITH THESE MEDICAL PROVIDERS FOR THEIR SUBMISSION OF RECORDS, I WOULD SUGGEST THAT YOU ALSO FOLLOW UP WITH THE MEDICAL OFFICES FOR THE SUBMISSION OF RECORDS. WITH BOTH OF US CONTACTING THE MEDICAL PROVIDERS IN ORDER TO ENCOURAGE THEIR RESPONSE TO THE RECORDS RE UEST, THAT TYPICALLY LEADS TO A POSITIVE RESULT. THANK YOU, VINCE

**04/29/2021 10:00 AM - CLAIM Note 87**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : AP UPDATE
Text: 04/29/2021 - CASTAGNO III, VINCENT EE PROVIDED THE FOLLOWING UPDATE TO THE NOTED MEDICAL PROVIDERS: DR SINGER IS ONLY MAYO DOC ON THIS ALSO AS A POINT OF CLARIFICATION I HAVE NOT SEND DR BROWN ( LOCAL NEUROLOGIST AND THEN WENT TO MAYO TO SEE DRSINGER WITH MORE EXPERTISE) DR VILLANUEVA ( HE CONFIRMED CERVICAL STENOSIS AND SAID COME BACK WHEN NEED SURGERY) AND DR KEMP ( SHE WANTED ME TO GO TO MAYO FOR HEART SYMPTOMS RESULTING IN MAYO ORTHOSTATIC INTOLERANCE DIAGNOSIS) IN A LONG TIME EITHERMOST RECENT NEW DOC IS DOC MARJORIE PILKINGTON WHO IS A UROGYNECOOGIST. SHE IS IN LOUISVILKE KENTUCKY NORTON. MAYO RECOMMENDED I HAVE A UROLOGIST TO MONITOR ONGOING BLOOD IN URINE DR STERN IS RHEUMATOLOGIST WITH BEST UPDATES DR BLACKBURN ISHAND DOCTOR THROUGH NORTON WHO GIVES ME STEROID INJECTIONS FOR CARPAL TUNNEL SYNDROME

**04/29/2021 8:57 AM - CLAIM Note 86**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 04/29/2021 - CASTAGNO III, VINCENT RECD EMAIL FROM EE WHICH STATES THAT SHE HAS NOT TREATED AT THE MAYO CLINIC SINCE 10/2020 04/29/2021 - CASTAGNO III, VINCENT ISSUED EMAIL RESP TO EE: GOOD MORNING MRS. FOX, FOR GOOD MEASURE COULD YOU ADVISE ME AS TO WHICH OF THE FOLLOWING MEDICAL PROVIDERS WOULD BE ASSOCIATED WITH THE MAYO CLINIC AND FOR WHICH YOU HAVE NOT TREATED WITH SINCE OCTOBER 2020 AS NOTED BELOW. - DR. BLACKBURN - DR. BROWN - DR. KEMP - DR. PILKINGTON - DR. SINGER - DR. STERN- DR. VILLANUEVA THANK YOU, VINCE

**04/29/2021 6:59 AM - CLAIM Note 85**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 04/29/2021 - CASTAGNO III, VINCENT RECD NOTIFICATION THAT BAPTIST HEALTH AUTH RE UIRED, AUTH FORWARDED TO EE FOR COMPLETION

**04/28/2021 11:21 AM - PHONE Note 18**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : 30 DAY F/U
Text: 04/28/2021 - CASTAGNO III, VINCENT TCT EE IN REF TO 30 DAY F/U WITH N P DUE 06/12/21, DCM LEFT VMM ADVISING EE THAT EFFORTS CONTINUE FOR HER MEDICAL RECORDS DURING THE PERIOD 10/01/20 THRU PRES FROM THE MAYO CLINIC, BLACKBURN, BROWN, KEMP, PILKINGTON, SINGER, STERN AND VILLANUEVA, THE DCM RECMD THAT THE EE CONTACT THE NOTED MEDICAL PROVIDERS IN ORDER TO ENCOURAGE THEIR RESP TO THE RECORDS RE UEST.

**04/27/2021 3:50 PM - CLAIM Note 84**
Claim/Event/Leave: 10310112
NoteSub ect : Notice/Proof Review
Other Sub ect : 30 DAY F/U
Text: 04/27/2021 - CASTAGNO III, VINCENT 30 DAY F/U: DUE 06/12/21, MED RE UEST FOR THE PERIOD 10/01/20 THRU PRES TO THE MAYO CLINIC, DR. BACKBURN, DR. BROWN, DR. KEMP, DR. PILKINGTON, DR. SINGER, DR. STERN AND DR. VILLANUEVA HANDLED THROUGH RELEASEPOINT,REISSUED N P LETTER TO EE TO ADVISE

**04/26/2021 12:05 PM - CLAIM Note 83**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : BURNS
Text: 04/26/2021 - CASTAGNO III, VINCENT RECD MEDICAL RECORDS DATED 10/06/20 THROUGH 03/08/21

**04/26/2021 10:50 AM - CLAIM Note 82**

Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : HUELSMAN
Text: 04/26/2021 - CASTAGNO III, VINCENT RECD MEDICAL RECORDS 12/01/20 THRU 12/14/20

**04/23/2021 9:31 AM - CLAIM Note 81**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 04/23/2021 - CASTAGNO III, VINCENT RECD TCF EES COMPLETED FORMS, THE FOLLOWING ADDITIONAL MEDICAL PROVIDERS WERE NOTED: MAYO CLINIC, DR. BLACKBURN, DR. BROWN, DR. BURNS, DR. HUELSMAN, DR. KEMP, DR. PILKINGTON, DR. SINGER AND DR. VILLANUEVA / MED RE UEST ISSUED FOR THE PERIOD 10/01/20 THROUGH PRESENT VIA RP: YOUR WEBORDER TRANSACTION ID IS: 55036133 TRANSACTION DATE: 2021-04-23 06:31:34

**04/13/2021 10:08 AM - PHONE Note 17**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : 15 DAY F/U
Text: 04/13/2021 - CASTAGNO III, VINCENT TCT EE IN REF TO 15 DAY F/U AND N P DUE 06/12/21, DCM SPOKE WITH EE AND ADVISED THAT THE FOLLOWING MEDICAL RECORDS WERE OUTSTANDING: 10/01/20 THRU PRES FROM DR. STERN, EE STATED UNDERSTANDING, EE ALSO STATED THAT SHE DID COMPLETE THE EE FORMS AND PLACED THEM IN THE MAIL, THEY SHOULD RBE RECD SHORTLY.

**04/12/2021 6:14 PM - CLAIM Note 80**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : DR POTTS
Text: 04/12/2021 - CASTAGNO III, VINCENT RECD MEDICAL RECORDS DATED 09/12/17 THROUGH 05/22/20

**04/12/2021 11:45 AM - CLAIM Note 79**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : DR. POTTS
Text: 04/12/2021 - CASTAGNO III, VINCENT PER LAURA FROM THE FACILITY, THERE ARE NO RECORDS FOR THIS PATIENT WITHIN THE TIME FRAME WE HAVE RE UESTED. LAST DATE OF SERVICE WAS 8/5/2020.

**04/12/2021 9:37 AM - CLAIM Note 78**
Claim/Event/Leave: 10310112
NoteSub ect : Notice/Proof Review
Other Sub ect : 15 DAY F/U
Text: 04/12/2021 - CASTAGNO III, VINCENT 15 DAY F/U WITH N P DUE 06/12/21, MED RE UEST FOR THE PERIOD 10/01/20 THRU PRES TO DR. POTTS AND DR. STERN HANDLED THROUGH RELEASEPOINT, REISSUED N P LETTER WITH THE FOLLOWING EE FORMS ENCLOSED: ACT, AUTH, CI, CSS,SS

**04/05/2021 7:27 AM - CLAIM Note 77**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : STERN
Text: 04/05/2021 - CASTAGNO III, VINCENT RECD MEDICAL RECORDS DATED 11/30/20 THRU 03/10/21

**03/30/2021 11:27 AM - CLAIM Note 76**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect : N P DUE 06/12/21
Text: 03/30/2021 - CASTAGNO III, VINCENT FILE PLACED ON N P DUE 06/12/21 FOR ALL MEDICAL RECORDS FROM ALL MEDICAL PROVIDERS DURING THE PERIOD 10/01/20 THROUGH PRESENT, SPECIFIC RE UEST ISSUE DTO DR. POTTS AND DR. STERN VIA RELEASPOINT, ALSO INCLUDE ARE THE FOLLOWING EE FORMS: ACT, AUTH, CI, CSS, SS / YOUR WEBORDER TRANSACTION ID IS: 54977993 TRANSACTION DATE: 2021-03-30 08:27:25

**03/30/2021 10:54 AM - PHONE Note 16**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :
Text: 03/30/2021 - CASTAGNO III, VINCENT TCT EE, DCM SPOKE WITH EE AND WAS ADVISED THAT THERE HAS BEEN O MATERIAL CHANGE IN HER MEDICAL CONDITION, SINCE 01/01/21 SHE HAS ONLY TREATED WITH THE FOLLOWING APS: DR. POTTS (PCP) AND DR. STEVEN STERN (RHEUMATOLOGIST), LOV APPRX 1 MONTH AGO, NOV SCHEDULED FOR APPRX 2 MONTHS FROM NOW, THE EE STATED NO NEW MEDICAL CONDITIONS, SHE WAS DENIED FROM A TRIAL PROGRAM FROM JOHN HOPKINS BASED ON AVAILABILITY, THE EE IS ABLE TO COMPLETE HER ALDS WITHOUT ASSISTANCE, ISABLE TO DRIVE A CAR WITHOUT ASSISTANCE AND IS ABLE TO GET TO THE STORE FOR STANDARD ITEMS SUCH AS MILK AND BREAD WITHOUT ASSISTANCE, THE DCM ADVISED THE EE OF THE N P RE UEST FOR HER UPDATED RECORDS AS WELL AS THE NEED FOR UPDATE TO THE CLAIMANT FORMS, THE EE STATED UNDERSTANDING AND POSED NO UESTIONS AT THIS TIME, THE DCM CONFIRMED WITH THE EE THAT SHE WAS WORKING WITH THE SS VENDOR.

**03/15/2021 7:12 AM - CLAIM Note 75**
Claim/Event/Leave: 10310112

Claim/Event/Leave: 10310112
NoteSub ect : Social Security
Other Sub ect : DOHERTY UPDATE
Text: 03/15/2021 - CASTAGNO III, VINCENT THE SOCIAL SECURITY DISABILITY INITIAL CLAIM FOR MS. FOX HAS BEEN FILED WITH HER LOCAL DISTRICT OFFICE.

**03/11/2021 4:34 PM - CLAIM Note 74**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : PYMT SVCS OFFSET
Text: 03/11/2021 - MONAHAN, JA UELINE UPDATED DATES/AMOUNTS REFERRAL RECEIVED FOR SEVERANCE OFFSET AND ADD TO SCHEDULE PAYMENT FOR PERIOD: 01/27/21 - 02/03/21 IN FLAT AMOUNT $2826.83 FOR PERIOD 02/04-03/03/21 IN FLAT AMOUNT $12114.97 FOR PERIOD 03/04/21 - 10/03/21 IN PRORATED AMOUNT $22435.14 AND FOR FINAL OFFSET PERIOD 10/04/21 - 11/03/21 IN FLAT AMOUNT $9288.14.

**03/10/2021 3:00 PM - CLAIM Note 73**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : PYMT SVCS OFFSET
Text: 03/10/2021 - MONAHAN, JA UELINE REFERRAL RECEIVED FOR SEVERANCE OFFSET TO ADD AND SCHEDULE PAYMENT FOR PERIOD: 08/04/2020 - 08/03/2022, WITH SLCT OFFSET FOR PERIOD 01/27/2021 - 03/03/2021 (36 DAYS), FLAT AMOUNT OF $26,922.17 TO PAY MINIMUM BENEFIT THEN FOR PERIOD 03/04/2021 - 10/03/2021, PRORATED AMOUNT OF $22,435.14, MINIMUM BENEFIT WILL BE PAID AND FINAL PERIOD 10/04/21 - 10/26/21 (23 DAYS) FLAT AMOUNT OF $17,200.27 TO PAY MINIMUM BENEFIT. SIGNED SEVERANCE AGREEMENT IN DOC LIST TO START OFFSET AS OF 01/27/2021 AND CONTINUE FOR 10 MONTHS THROUGH 10/26/2021. 03/11/2021 - MONAHAN, JA UELINE INCORRECT AMOUNTS/DATES FOR OFFSET - SEE UPDATED PYMT SVCS OFFSET NOTE

**03/04/2021 8:16 AM - CLAIM Note 72**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 03/04/2021 - CASTAGNO III, VINCENT RECD THE EES SIGNED SEVERANCE AGREEMENT FROM THE EMPLOYER
03/04/2021 - CASTAGNO III, VINCENT NOTIFICATION ISSUED TO PSU

**02/26/2021 8:50 PM - CLAIM Note 71**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to SS Vendor
Other Sub ect : SCORE REFERRAL
Text: 2/26/2021 - REFERRED TO DOHERTY AND ASSOCIATES AS SS ADVOCATE.

**02/26/2021 7:06 AM - CLAIM Note 70**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 02/26/2021 - CASTAGNO III, VINCENT RECD WRITTEN NOTIFICATION FROM THE EE RE UESTING REFL TO DOHERT FOR SSD APPLICATION ASSISTANCE, SCORE COMPLETED

**02/25/2021 2:57 PM - PHONE Note 15**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :
Text: 02/25/2021 - CASTAGNO III, VINCENT TCT EE, DCM ADVISED EE OF LTD APPROVAL, DCM ADVISED EE OF THE PENDING BENEFIT PAYMENT AND THE NEED FOR HER SEVERANCE DOCUMENTS, THE EE STATED UNDERSTANDING, THE E STATED THAT HER EMPLOYMENT BEING SEVERED WAS D/T ARESTRUCTURE, DCM ADVISED EE OF FOR THE NEED TO APPLY FOR SSD BENEFITS, THE EE STATED UNDERSTANDING AND PRIOR TO AGREEING TO THEIR ASSISTANCE SHE WANTED TO CONVERSE WITH HER HUSBAND

**02/19/2021 3:26 PM - CLAIM Note 69**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 02/19/2021 - MITCHELL, CATHERINE INVOICE DATED 2/8/2021 FROM ECN INV BOCA 101274 IN THE AMT OF $200.00 FOR RHEUMATOLOGY PEER REVIEW INVOICE PAID IN FULL.

**02/18/2021 3:11 PM - CLAIM Note 68**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : PYMT SVCS REOPEN
Text: 02/18/2021 - MONAHAN, JA UELINE REOPEN REFERRAL RECEIVED TO SCHEDULE PAYMENT ON APPEAL SCHEDULED PAYMENT FOR PERIOD: 08/04/2020 - 08/03/2022 AND PER ER INFO IN DOC LIST OFFSETS FOR SALARY RECEIVED AS FOLLOWS: 08/10-08/16/20 $445.28, 11/09-11/15/20 $445.28, AND 02/01-02/07/21 $8801.49 PER CCM RE UEST.

**02/17/2021 8:51 PM - CLAIM Note 67**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other

Other Sub ect : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF REOPEN CLAIM (SUCCESSIVE/EXTENSION) HAS BEEN REASSIGNED TO JA UELINE MONAHAN.

**02/16/2021 8:51 PM - CLAIM Note 66**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF REOPEN CLAIM (SUCCESSIVE/EXTENSION) HAS BEEN RECEIVED AND ASSIGNED TO JESSICA KEEFER.

**02/16/2021 8:50 PM - CLAIM Note 65**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : PMT SVC
Text: FOR REOPEN CLAIM (SUCCESSIVE/EXTENSION). BEN BEG:8/4/2020 BEN END:8/3/2022 COMMENTS: FILE HAS BEEN REOPENED ON APPEAL

**02/16/2021 12:07 PM - CLAIM Note 64**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 02/16/2021 - CASTAGNO III, VINCENT SCORE TO PSU COMPLETED

**02/16/2021 12:07 PM - CLAIM Note 63**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to ER
Other Sub ect :
Text: 02/16/2021 - CASTAGNO III, VINCENT AUTO NOTIFICATION ISSUED TO ER

**02/16/2021 12:07 PM - CLAIM Note 62**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect :
Text: 02/16/2021 - CASTAGNO III, VINCENT APPROVAL LETTER ISSUED TO EE

**02/16/2021 10:14 AM - CLAIM Note 61**
Claim/Event/Leave: 10310112
NoteSub ect : Action Plan
Other Sub ect : RTW OO JUL 2021
Text: 02/16/2021 - CASTAGNO III, VINCENT KEETA FOX, 54 YO FEMALE, LDW 02/03/20, DOD 02/04/20, DOH 07/05/93, LTD EDOC 09/01/93, EE CONTRIB NO, PRE X N/A, WC N/A, LTD BBD 08/04/20, CID 08/04/22, OWN OCC: SR. VICE PRESIDENT FINANCE (SEDENTARY BY WAY OF OA),DX: SYMPTOMSAND SIGNS INVOLVING COGNITIVE FUNCTIONS AND AWARENESS, SJOGREN S SYNDROME, 02/08/21 IM PEER REVIEW CONCLUDED THE TREATING PROVIDER INDICATED IN A PEER DISCUSSION THAT SHE WAS IMPROVING GRADUALLY ON IMMUNOSUPPRESSIVE THERAPY. GIVEN THE NEWDIAGNOSIS OF SJOGREN S SYNDROME AND ONGOING SYMPTOMS, IT WOULD BE REASONABLE THAT THE CLAIMANT WOULD NEED TOTAL WORK RESTRICTION TO ALLOW FOR ONGOING MEDICAL MANAGEMENT AND ADJUSTMENT, AS WELL AS REST IN ORDER TO SAFELY RETURN TO WORK. THEREFORE, TOTAL WORK RESTRICTION WOULD BE INDICATED FROM AUGUST 2020 TO ONGOING AND WOULD BE REASONABLE UNTIL 03/15/2021 TO ALLOW TO RE-EVALUATION, GOAL: RTW OO JUL 2021, PLAN: 1) MAINTAIN REASONABLE EE CONTACTS 2) UPDATE MEDICAL RECORDS APPRX 04/2021 3) UPDATEEE FORMS ACCORDINGLY 4) F/U FOR SSD APPLICATION VERIFICATION

**02/16/2021 10:13 AM - CLAIM Note 60**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect :
Text: 02/16/2021 - BROOKS, TABITHA OT LETTER SENT TO EE

**02/16/2021 10:12 AM - CLAIM Note 59**
Claim/Event/Leave: 10310112
NoteSub ect : Reopen
Other Sub ect :
Text: 02/16/2021 - CASTAGNO III, VINCENT BASED ON ARU REVIEW FILE RECMD FOR TD OO

**02/16/2021 9:14 AM - CLAIM Note 58**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect : OUT/OT
Text: 02/16/2021 - BROOKS, TABITHA APPEAL REVIEW COMPLETE. DENIAL OVERTURN. REVIEW OF CLAIM FILE DOCUMENTATION AND INFORMATION RECEIVED ON APPEAL DOES OFFER FINDINGS TO ALTER THE PRIOR DECISION TO DENY BENEFITS. CLAIM FILE RETURNED TO FIELD FOR ONGOINGCLAIM MANAGEMENT.

**02/11/2021 10:08 AM - CLAIM Note 57**
Claim/Event/Leave: 10310112

NoteSub ect : Appeal
Other Sub ect : DIRECTOR REVIEW
Text: 02/11/2021 - TOM, RICHARD REVIEWED AND AGREE TO OT BASED ON UPDATED CLINICAL REPORT INCLUDING AP CONTACT THAT DOES SUPPORT OCC IMPAIRMENT ON A MEDICAL BASIS. DETAILS OF ANY RTW PLAN WILL NEED TO BE SECURED TO ENSURE ACCURATE CLAIM/BENEFIT PROCESSING.

**02/10/2021 2:58 PM - CLAIM Note 56**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to ER
Other Sub ect :
Text: 02/10/2021 - BROOKS, TABITHA EMAIL SENT TO CONFIRM INCOME RECEIVED FROM DOD TO PRESENT AS WELL AS UESTION IF CONSULTING ROLE ACCEPTED AND IF SO RE UESTED DURATION OF ROLE, HOURS PLANNED TO WORK, AND SALARY INFO

**02/10/2021 7:05 AM - CLAIM Note 55**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect : MANAGER REVIEW
Text: 02/10/2021 - SKOGLUND, JENNIFER AGREE WITH OT BASED ON PEER ADDENDUM AFTER AP CONTACT. 02/10/2021 - SKOGLUND, JENNIFER SENT TO R.TOM FOR DIRECTOR LEVEL REVIEW.

**02/09/2021 12:40 PM - CLAIM Note 54**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect : STATUS
Text: 02/09/2021 - BROOKS, TABITHA REFERRED TO MGR FOR REVIEW

**02/02/2021 3:51 PM - CLAIM Note 53**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 02/02/2021 - DEVLIN, TAMIE INVOICE RECEIVED FROM VENDOR ECN, INV BOCA100114, DATED 1/22/2021, IN THE AMOUNT OF $660.00, FOR PEER REVIEW: RHEUMATOLOGY. INVOICE PAID IN FULL.

**02/01/2021 8:49 AM - CLAIM Note 52**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to Other
Other Sub ect :
Text: 02/01/2021 - BROOKS, TABITHA EMAIL RE UEST FOR ADDITIONAL PEER CONTACT ATTEMPTS SENT TO VENDOR

**01/27/2021 11:31 AM - PHONE Note 14**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :
Text: 01/27/2021 - BROOKS, TABITHA TO DISCUSS EMAIL AND R2R. EE STATED THAT AP POTTS, WHO IS GP WITH ER, WENT TO HR AFTER REVIEWING THE PEER REVIEW SINCE HE ATTEMPTED MULTIPLE TIMES TO REACH REVIEWING CP AND WAS UNSUCCESSFUL. EE STATED MANY DIAGNOSES WERENOT ADDRESSED IN PEER REVIEW. ARC ADVISED THAT CP WILL LIST DISABLING DX AND COMORBIDS THAT THEY DETERMINED BUT ALL MEDICAL RECORDS IN FILE WERE REVIEWED. ARC ADVISED SHE WOULD DISCUSS WITH VENDOR ABOUT THE PHONE CALLS AND REVIEWED R2R. EE STATED SHE HAD ANOTHER APPT WITH AP STERN AND WOULD HAVE LETTER AND OVN SENT IN. STATED AP STERN SAID SHE IS SEVERELY DISABLED FOR THE PAST YEAR. ARC ADVISED TREATING AP CAN SAY THAT BUT MEDICAL RECORDS AND OBJECTIVE FINDINGS NEED TO SUPPORT DISABILITY WHICHMEANS INABILITY TO PERFORM A SED OCC. EE THEN STATED SHE IS VERY DISAPPOINTED OF LEVEL OF CUSTOMER SERVICE AND RECOMMENDED TO ER TO LOOK AT OTHER CARRIERS FOR DISABILITY. ARC ADVISED REGARDLESS OF THIS STATEMENT THE CLAIM WOULD BE HANDLED PROFESSIONALLY AND ACCORDING TO APPEAL PROCESS AND DISABILITY POLICY. ADVISED IF ADDTNL MEDICAL RCVD DID NOT ALTER DETERMINATION NEXT STEP WOULD BE LEGAL ACTION. ARC ADVISED EE TO SEND IN MEDICAL AND SHE WOULD REACH OUT TO VENDOR FOR ADDTNL ATTEMPTS TO TREATINGAP. NO OTHER UESTIONS AND C/E

**01/26/2021 2:36 PM - PHONE Note 13**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :
Text: 01/26/2021 - BROOKS, TABITHA LVM FOR EE RE: EMAIL RCVD. RE UESTED R/C TO DISCUSS AND ALSO REVIEW RE UEST FOR A 3 WAY CALL WITH ER

**01/25/2021 9:26 AM - PHONE Note 12**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :
Text: 01/25/2021 - BROOKS, TABITHA LVM FOR EE RE: RECENT PEER REVIEW AND R2R EMAIL. RE UESTED R/C

**01/25/2021 8:29 AM - CLAIM Note 51**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE

NoteSub ect : LTR to EE
Other Sub ect :
Text: 01/25/2021 - BROOKS, TABITHA R2R SENT TO EE WITH PEER REVIEW. RESPONSE DEADLINE 2/14

**01/11/2021 11:37 AM - CLAIM Note 50**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : ADMIN
Text: 01/11/2021 - NILES, CATHY RE UEST TO SEND A COPY OF ALL DOCS IN THE DOC LIST EXCEPT OUTGOING CORRESP AND INVOICES TO ECN HAS BEEN COMPLETED. SENT TO EMAIL LEGACY ECNIME.COM THRU ONEDRIVE

**01/08/2021 2:35 PM - CLAIM Note 49**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect : EMAIL
Text: 01/08/2021 - PELLETIER, BRANDY SENT EMAIL CORRESPONDENCE TO CLMT WITH SUMMARY OF CALL AND EXPLANATION RE: SUCCESSIVE PROVISION

**01/08/2021 2:27 PM - PHONE Note 11**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : RTC
Text: 01/08/2021 - PELLETIER, BRANDY PLACED RTC TO CLMT ON BEHALF OF TC MESSAGE BELOW IN WHICH CLMT HAD UESTIONS SURROUNDING OPTIONS FOR LTD IN THE EVENT SHE WERE TO TAK ONE A CONSULTANT ROLE FOR A CLOSED PERIOD OF 3 MOS. CLMT WAS DRIVING BUT SAID IT WAS OKAY TO TALK, AS THIS WAS URGENT ON HER END SO SHE APPRECIATED THE PROMPT CALL BACK. DCM CLARIFIED THAT HER CLAIM IS CURRENTLY IN ARU AND IF DETERMINED THAT THE CLAIM IS REOPENED AND APPROVED, SHOULD SHE TAKE A CONSULTANT POSITION, WE WOULD TREATTHIS AS A SUCCESSIVE MANAGEMENT FOR A RTW OF 3 MOS. EXPLAINED THAT WHILE SHE MAY ONLY BE WORKING A LIMITED AMOUNT OF HOURS, SINCE THE ER WOULD BE PAYING HER FULL SALARY, WE WOULD CLOSE THE CLAIM IN THE SYSTEM FOR THE 3 MONTH PERIOD, BUT BE ABLE TO REOPEN SUCCESSIVE AS SHE CONTINUES TO BE DISABLED PER THE POLICY. SHE THANKED FOR THIS INFORMATION AND RE UESTED A SUMMARY IN WRITING BE SENT TO HER HOME EMAIL: DCM AGREED TO SEND. NO FURTHER UESTIONS. SHE APPRECIATED THE CALLBACK- C/E

**01/08/2021 11:36 AM - PHONE Note 10**
Claim/Event/Leave: 10310112
NoteSub ect : EE Called
Other Sub ect : W/ ER
Text: 01/08/2021 - BROOKS, TABITHA ARC HAD CONVERSATION WITH EE AND DIRECTOR OF BENEFITS REGARDING EE BEGIN TERMINATED AS OF MARCH HOWEVER THEY ARE GOING TO BE PAYING HER FULL SALARY TO BE A CONSULTANT AVAILABLE FOR CALLS WITH THE NEW CFO ON AN AS NEEDEDBASIS. SHE IS GETTING PAID A FULL SALARY WHILE CONSULTING FOR THE NEXT 3 MONTHS. EE ASKED HOW THIS WOULD AFFECT HER DISABILITY IN THE EVENT THE CLAIM IS REOPENED AND APPROVED. HAD UESTIONS REGARDING SUCCESSIVE PERIOD AS WELL. ARC ADVISED THIS MAY AFFECT THE CLAIM BUT THIS CONVERSATION WOULD BE BEST HANDLED BY A DCM OR MANAGER AS THE CLAIM WOULD BE RETURNED TO THE FIELD FOR ONGOING MANAGEMENT IF APPEAL OVERTURNS PRIOR DECISION AND APPROVED FOR ONGOING MANAGEMENT. ARC ADVISED SHE WOULD PASS INFOALONG TO THE FIELD. EE ADVISED THAT DECISION NEEDS TO BE MADE REGARDING CONSULTING ROLE BY MONDAY SO ASKED IF SHE COULD BE CONTACTED TODAY. EE STATED SHE WOULD RELAY THIS INFO.

**01/07/2021 8:51 PM - CLAIM Note 48**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : SCORE REFERRAL
Text: 1/7/2021 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**01/06/2021 2:52 PM - CLAIM Note 47**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect :
Text: 01/06/2021 - SKOGLUND, JENNIFER DISCUSSED IN CC WITH DR. GEIMER RECOMMENDS STARTING WITH A RHEUMATOLOGY REVIEW

**01/04/2021 12:05 PM - CLAIM Note 46**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect : INITIAL REVIEW
Text: 01/04/2021 - BROOKS, TABITHA PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 02/04/2020. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD OO, DATE OF DENIAL WAS 10/05/2020. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 04/03/2021. LETTEROF APPEAL RECEIVED 12/22/2020. CONFIRMED COMPLETE APPEAL RCVD ON 12/28. ACTION PLAN: CLAIM REFERRED FOR MEDICAL REVIEW FOR NEXT STEPS. ACK/MED REVIEW LETTER SENT TO EE

**12/28/2020 2:49 PM - PHONE Note 9**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :

Text: 12/28/2020 - BROOKS, TABITHA INTRODUCED MYSELF AS ARC AND CONFIRMED CLOSURE LETTER RCVD AND REVIEWED. REVIEWED APPEAL LETTER AND ADDITIONAL INFORMATION RCVD. CONFIRMED WITH EE ALL MEDICAL RCVD AND COMPLETE APPEAL ON FILE. EE STATED SHE IS TREATING WITH NEURO, RHEUM, AND DERMATOLOGY. STATED SHE HAD 16 INCHES OF COLON REMOVED BY AP ANTHONY GEORGE ON 11/13. STATES PCP AP GREG POTTS WOULD BE THE BEST TO DISCUSS CURRENT CONDITION AND RLS. ARC ADVISED OF TIMELINE AND MEDICAL REVIEW. ADVISED EE WOULDBE NOTIFIED WHEN APPEAL REVIEW COMPLETED. NO FURTHER UESTIONS AND C/E

**12/24/2020 7:41 AM - CLAIM Note 45**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect : REFERRAL RECD
Text: 12/24/2020 - COTE, SHANA ASSIGNED TO TABITHA BROOKS

**12/23/2020 8:50 PM - CLAIM Note 44**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Appeals
Other Sub ect : SCORE REFERRAL
Text: 12/23/2020 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**12/23/2020 8:36 AM - CLAIM Note 43**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 12/23/2020 - CASTAGNO III, VINCENT SCORE TO ARU COMPLETED

**12/23/2020 8:26 AM - CLAIM Note 42**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : MGR REVIEW
Text: 12/23/2020 - BREWSTER, TRISHA AGREE WITH RECOMMENDATION AS OUTLINED TO REFER CLAIM TO THE ARU

**12/23/2020 7:38 AM - CLAIM Note 41**
Claim/Event/Leave: 10310112
NoteSub ect : Appeal
Other Sub ect :
Text: 12/23/2020 - CASTAGNO III, VINCENT RECD THE EES WRITTEN STATEMENT OF APPEAL AND ADDITIONAL INFORMATION, DCM RECMDS REFL TO ARU FOR REVIEW AND COMMENT

**12/11/2020 5:00 PM - CLAIM Note 40**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 12/11/2020 - SRP041, SRP041 INVOICE RECEIVED FROM RELEASEPOINT. , INV 713209, IN THE AMOUNT OF $108.44 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**10/14/2020 11:47 AM - CLAIM Note 39**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : YOUNG
Text: 10/14/2020 - CASTAGNO III, VINCENT RECD MEDICAL RECORD DATED 05/28/20

**10/08/2020 6:50 AM - CLAIM Note 38**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 10/08/2020 - CASTAGNO III, VINCENT MRO RECORDS INVOICE FORWARDED FOR PROCESSING

**10/06/2020 11:43 AM - PHONE Note 8**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :
Text: 10/06/2020 - CASTAGNO III, VINCENT RECD MESSAGE FROM EE TO DISCUSS THE OUTCOME OF THE MEDICAL REVIEW AND DENIAL DETERMINATION, DCM RETURNED CALL, EE EXPRESSED EXTREME FRUSTRATION WITH THE OUTCOME OF THE REVIEW, EE STATED THAT SHE MAY HAVE A TERMINALDISEASE WHICH IS STILL UNDER EVAL, DCM ADVISED THAT BASED ON THE DOCUMENTATION CONTAINED IN THE CLAIM FILE SHE HAS SUPPORTED SEDENTARY CAPACITY WHICH IS IN LINE WITH HER OCC IN THE NATIONAL ECONOMY, THE EE STATED THAT SHE HAS TO WORK 60 TO 80 HOURSPER WEEK, THE DCM EXPRESSED APPRECIATION FOR THE TIME SHE INVESTS IN A WEEK FOR THE ER BUT INDICATED THAT DISABILITY IS EVAL BASED ON A 40 HOUR WORK WEEK, THE EE STATED THAT ALL OF HER MEDICAL PROVIDERS HAVE STATED SHE IS UNABLE TO RTW, ONE OF WHICHIS PAPA JOHNS PHYSICIAN DR POTTS, DCM ADVISED THE EE THAT THE MEDICAL FINDINGS WERE ISSUED TO DR POTTS OFFICE ON 09/23/20 WITH A RE RESP DATE OF 10/03/10 AND AS OF THE DATE OF THIS CALL NO RESPONSE HAS BEEN RECD FROM DR POTTS, AGAIN THE EE EXPRESSEDDISPLEASURE WITH THE DETERMINATION AND ADVISED THAT SHE WOULD BE CONTACTING HER HR DEPARTMENT AND DR POTTS, THE EE ALSO STATED THAT SHE WILL BE PROVIDING AN EMAIL RE UEST FOR A COPY OF HER CLAIM FILE AND LTD POLICY.

**10/06/2020 10:27 AM - PHONE Note 7**

**10/06/2020 10:27 AM - PHONE Note 7**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :
Text: 10/06/2020 - CASTAGNO III, VINCENT TCT EE IN REF TO NOT TD OO DENIAL OF THE LTD APPLICATION, DCM LEFT VMM ADVISING THAT THE MEDICAL RECORDS CONTAINED IN HER CLAIM FILE DO NOT SUPPORT R LS AT SUCH A SEVERITY LEVEL TO PRECLUDE HER FROM A SEDENTARY OCCUPATION, ON THIS BASIS THE LTD APPLICATION HAS BEEN DENIED, DETERMINATION LETTER HAS BENE ISSUED WITH FULL PARTICULARS AND RIGHTS TO FILE AN APPEAL.

**10/05/2020 8:35 AM - CLAIM Note 37**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to AP
Other Sub ect :
Text: 10/05/2020 - CASTAGNO III, VINCENT AUTO NOTIFICATION ISSUED TO ER

**10/05/2020 8:35 AM - CLAIM Note 36**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect :
Text: 10/05/2020 - CASTAGNO III, VINCENT NOT TD OO DENIAL LETTER ISSUED TO EE

**10/05/2020 8:34 AM - CLAIM Note 35**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : MGR REVIEW
Text: 10/05/2020 - CRAM, BRIAN AGREE WITH DENIAL.

**10/05/2020 7:38 AM - CLAIM Note 34**
Claim/Event/Leave: 10310112
NoteSub ect : Denied
Other Sub ect : RECDM NOT TD OO
Text: 10/05/2020 - CASTAGNO III, VINCENT KEETA FOX, 53 YO FEMALE, LDW 02/03/20, DOD 02/04/20, DOH 07/05/93, LTD EDOC 09/01/93, EE CONTRIB NO, PRE X N/A, WC N/A, LTD BBD 08/04/20, CID 08/04/22, OWN OCC: SR. VICE PRESIDENT FINANCE (SEDENTARY), DX: SYMPTOMSAND SIGNS INVOLVING COGNITIVE FUNCTIONS AND AWARENESS, 05/2020 IM PEER REVIEW CONCLUDED THE EE HAS TREATED WITH PULMONARY, GASTROENTEROLOGY, NEUROLOGY AND RHEUMATOLOGY WITH DIAGNOSIS OF DIVERTICULOSIS, COLON POLYPS, AND BULBOUS EMPHYSEMA WITH POST INFLAMMATORY CHANGES OF THE LUNG, HOWEVER, THERE IS NO DOCUMENTATION OF ANY OF THE MED CONDITIONS SUPPORTING IMPAIRMENT, NO R LS NOT APPLICABLE FROM 5/3/20 TO ONGOING, 06/2020 IM CP REVIEW CONCLUDED DUE TO SPINAL STENOSIS, RESTRICTED FROM LIFTING/CARRYING MORE THAN 25 LBS AND FROM OVERHEAD ACTIVITIES UNTIL 07/22/20. TESTING ON 02/27/20 SHOWED A SMALL-FIBER SENSORY NEUROPATHY, A CONDITION WITHOUT ASSOCIATED, PHYSICAL DYSFUNCTION. OTHER DIAGNOSES AND CONDITIONS HAVE BEEN SUSPECTED, NOT CONFIRMED, AND LACK SUPPORT. RHEUMATOLOGIST DR. STERN DESCRIBED THE CLAIMANT S CONDITION AS (A UNI UE ONE OF A KIND IMMUNOLOGIC CONDITION), WHICH IS REFLECTIVE OF THE LACK OF A DIAGNOSIS, 09/23/20 IM CP REVIEW SUPPORTED SOME ACCOMMODATION FOR REST PERIODS OF A FEW MINUTES SEVERAL TIMES PER HOUR WHEN USING HER HANDS AND FINGERS TO OPERATE A COMPUTER KEYBOARD OR OTHER ACTIVITIES FOR PROLONGED PERIODS, NO OTHER RESTRICTIONS OR LIMITATIONS ON OTHER PHYSICAL ACTIVITIES, THE EE HAS SUSTAINED CAPACITY FOR FULL TIME WORK WITH THE ACCOMMODATIONS NOTED, OA COMPLETED WHICH DOCUMENTED THE ES OWN OCC AS SEDENTARY IN NATURE, BASED ON THE MEDICAL EVIDENCE CONTAINED IN THE CLAIM FILE THE EE DOES NOT HAVE R LS SUPPORTED AT SUCH A SEVERITY LEVEL WHICH WOULD PRECLUDE HER FROM A SEDENTARY OCC, ON THIS BASIS THE DCM RECMDS A NOT TD OO DENIAL OF THE LTD APPLICATION.

**10/02/2020 4:28 PM - CLAIM Note 33**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 10/02/2020 - HOLT , JORDAN INVOICE RECEIVED ON 9/22/2020 AND DATED 9/7/2020 FROM MRO. INV 37012646, IN THE AMOUNT OF $40.03 FOR MEDICAL RECORDS FROM CHAGRIN FALLS FAMILY HEALTH CTR. INVOICE PAID IN FULL.

**09/30/2020 3:57 PM - CLAIM Note 32**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : NO RECORDS
Text: 09/30/2020 - YOUNGBERG, TODD RECEIVED RESPONSE FROM RELEASE POINT, CANNOT LOCATE RECORDS FROM DR KEMP FOR TIME FRAME/PROVIDER LISTED.

**09/29/2020 7:48 AM - CLAIM Note 31**
Claim/Event/Leave: 10310112
NoteSub ect : Voc Rehab
Other Sub ect : OA
Text: 09/29/2020 - ASHWORTH, LORI OA REFERRAL COMPLETED AND CLOSED. REPORT DROPPED IN DOC LIST. THE EMPLOYER RE UIREMENTS OF THE JOB ARE SEDENTARY TO THAT OF THE NATIONAL RE UIREMENTS OF THE OCCUPATION. THE OCCUPATION IS MOST OFTEN PERFORMED AT THE SEDENTARY LEVEL IN THE NATIONAL ECONOMY, PER THE DOT WITH OCCASIONAL REACHING, HANDLING, FINGERING FRE UENT KEYBOARDING.

**09/28/2020 8:52 PM - CLAIM Note 30**

Claim/Event/Leave: 10310112
NoteSub ect : Voc Rehab
Other Sub ect : CLAIM/EVENT TO VCM
Text: 9/28/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**09/25/2020 8:51 PM - CLAIM Note 29**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Voc Rehab
Other Sub ect : SCORE REFERRAL
Text: 9/25/2020 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**09/25/2020 3:00 PM - PHONE Note 6**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :
Text: 09/25/2020 - CASTAGNO III, VINCENT RECD TCF EE, EE RE UESTED STATUS OF CLAIM, DCM ADVISED THAT IM REVIEW WAS IN THE FINAL STAGES, EE STATED UNDERSTANDING

**09/25/2020 1:55 PM - CLAIM Note 28**
Claim/Event/Leave: 10310112
NoteSub ect : Voc Rehab
Other Sub ect :
Text: 09/25/2020 - CASTAGNO III, VINCENT SCORE FOR OA COMPLETED

**09/23/2020 1:05 PM - CLAIM Note 27**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to AP
Other Sub ect :
Text: 09/23/2020 - CASTAGNO III, VINCENT IM CP FINDINGS FORWARDED TO DR POTTS FOR REVIEW AND POSSIBLE COMMENT, RE RESP BY 10/03/20

**09/23/2020 8:23 AM - CLAIM Note 26**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to ER
Other Sub ect :
Text: 09/23/2020 - CASTAGNO III, VINCENT ISSUED EMAIL TO ER FOR A COPY OF THE ES JD

**09/23/2020 8:19 AM - CLAIM Note 25**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : IM CP REVIEW
Text: 09/23/2020 - CASTAGNO III, VINCENT PAUL E. STANDER, MD, MBA, FACP CONCLUDED FROM THE AVAILABLE MEDICAL EVIDENCE: THE CLAIMANT HAS SOME LIMITED IMPAIRMENT IN HER ABILITY TO RELIABLY PERFORM HER USUAL LIFE AND WORK ACTIVITIES FROM 2/1/2020 TO THE PRESENT AND GOING FORWARD INDEFINITELY. THE CLAIMANT NEEDS SOME ACCOMMODATION FOR REST PERIODS OF A FEW MINUTES SEVERAL TIMES PER HOUR WHEN USING HER HANDS AND FINGERS TO OPERATE A COMPUTER KEYBOARD OR OTHER ACTIVITIES FOR PROLONGED PERIODS. SHE HASNO OTHER RESTRICTIONS OR LIMITATIONS ON OTHER PHYSICAL ACTIVITIES AND HAS SUSTAINED CAPACITY FOR FULL TIME WORK WITH THE ACCOMMODATIONS NOTED ABOVE, FROM 2/5/2020 TO THE PRESENT AND GOING FORWARD.

**09/15/2020 6:56 AM - CLAIM Note 24**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : MRS YOUNG NP
Text: 09/15/2020 - CASTAGNO III, VINCENT RECD MEDICAL RECORDS DATED 05/27/20 THROUGH 08/11/20

**09/14/2020 7:03 AM - CLAIM Note 23**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 09/14/2020 - CASTAGNO III, VINCENT YOUR REFERRAL RE UEST WITH RE UESTED SPECIALTY OF MEDICINE - INTERNAL OR FAMILY FOR CLAIM NUMBER 10310112 HAS BEEN ASSIGNED TO DR. PAUL STANDER. THE ANTICIPATED DUE DATE FOR THIS RE UEST IS 09/25/2020.

**09/10/2020 7:53 AM - CLAIM Note 22**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 09/10/2020 - CASTAGNO III, VINCENT FILE HAS BENE REFD TO IM PHYSICIAN FOR REVIEW, AP CONTACT RE UESTED TO DR POTTS

**08/27/2020 7:49 AM - CLAIM Note 21**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : BENEFIT CALCULATION

Text: 08/27/2020 - DUBOIS, ASHLEY SET UP SCHEDULED PAYMENT BASED ON SALARY VERIFICATION IN DOC LIST FOR PPE 02/02/20. BME CALC IS $5,177.34 WKLY 52 WKS/ 12 MOS $22,435.14. THE BENEFIT IS 60% OR $13,461.08. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST. ABOVE LIMIT, SENT TO MGR FOR AUTHORI ATION.

**08/26/2020 2:39 PM - CLAIM Note 20**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 08/26/2020 - CASTAGNO III, VINCENT RECD THE EES COMPLETED BAPTIST AND CLEVELAND CLINIC AUTHS, DOCS UPLOADED TO RELEASEPOINT

**08/25/2020 11:31 AM - CLAIM Note 19**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect :
Text: 08/25/2020 - CASTAGNO III, VINCENT ISSUED CLEVELAND CLINIC AND BAPTIST AUTH TO EE VIA EMAIL

**08/25/2020 11:28 AM - PHONE Note 5**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : 30 DAY F/U
Text: 08/25/2020 - CASTAGNO III, VINCENT TCT EE IN REF TO 30 DAY F/U AND N P DUE 09/09/20, DCM SPOKE WITH EE AND ADVISED EE THAT THE FOLLOWING MEDICAL RECORDS WERE OUTSTANDING AND THAT NOTIFICATION FROM BOTH PROVIDERS WAS THE LFG AUTH WAS NOT SUFFICIENT FOR THE RELEASE OF THE RECORDS, BOTH PROVIDERS RE UESTED THAT THE FACILITY AUTHORI ATIONS BE PRESENTED: DR KEMP AND YOUNG, THE EE RE UESTED THAT THE AUTHORI ATIONS BE EMAILED TO HER ATTENTION, THE DCM ADVISED THE AUTHS WOULD BE EMAILED AS RE UESTED.

**08/24/2020 8:59 AM - CLAIM Note 18**
Claim/Event/Leave: 10310112
NoteSub ect : Notice/Proof Review
Other Sub ect : 30 DAY F/U
Text: 08/24/2020 - CASTAGNO III, VINCENT 30 DAY F/U WITH N P DUE 09/09/20, MED RE UEST FOR THE PERIOD 01/01/20 THRU PRES FROM DR KEMP HANDLED THROUGH RELEASEPOINT, REISSUED MED RE UEST VIA RIGHT FAX TO MRS. YOUNG (REISSUED), REISSUED N P LETTER AS WELL ASPENDED NOTIFICATION LETTER TO EE TO ADVISE.

**08/24/2020 7:58 AM - CLAIM Note 17**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 08/24/2020 - CASTAGNO III, VINCENT RECD NOTIFICATION THAT CLEVELAND CLINIC FOUNDATION AUTH RE UIRED, AUTH FORWARDED TO EE FOR COMPLETION

**08/19/2020 1:35 PM - CLAIM Note 16**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect : BAPTIST HEALTH
Text: 08/19/2020 - CASTAGNO III, VINCENT RECD NOTIFICATION THAT BAPTIST HEALTH AUTH RE UIRED, AUTH FORWARDED TO EE FOR COMPLETION

**08/19/2020 10:33 AM - CLAIM Note 15**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 08/19/2020 - CASTAGNO III, VINCENT ISSUED MED RE UEST TO MRS YOUNG NP THROUGH RELEASEPOITNT, UPLOADED EES AUTH TO RELEASEPOINT / YOUR WEBORDER TRANSACTION ID IS: 54508918 TRANSACTION DATE: 2020-08-19 07:32:52

**08/19/2020 10:28 AM - CLAIM Note 14**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 08/19/2020 - CASTAGNO III, VINCENT RECD THE EES COMPLETED FORMS

**08/17/2020 7:23 AM - CLAIM Note 13**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : YOUNG
Text: 08/17/2020 - CASTAGNO III, VINCENT MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME RE AND/OR PROVIDER LISTED

**08/14/2020 1:57 PM - PHONE Note 4**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect :
Text: 08/14/2020 - CASTAGNO III, VINCENT RECD VMM FROM EE IN REF TO EE FORMS, DCM RETURNED CALL AND SPOKE

Text: 08/14/2020 - CASTAGNO III, VINCENT RECD VMM FROM EE IN REF TO EE FORMS, DCM RETURNED CALL AND SPOKE WITH EE, EE STATED THAT SHE COMPLETED HER FORMS AND PLACED THEM IN THE MAIL ON 08/13/20, DCM PROVIDED THE E WITH A STATUS UPDATE IN REF TO THE RECORDS RE UEST, THE DCM ADVISED THE EE THAT EFFORTS CONTINUE FOR HER RECORDS FROM DR KEMP, DR SHAH AND DR YOUNG, THE EE STATED THAT DR SHAH COULD BE REMOVED FROM THE RE UEST AS THE PROVIDER HAD VERY LIMITED EXPOSURE TO HER AND SHE HAS NO PLANS ON RETURN ING TO THE AP, THE EE STATED THAT DR POTTS WOULD HAVE ALL INFORMATION SURROUNDING DR SHAH, DCM ADVISED THE AP WOULD BE REMOVED FROM THE RE UEST, THE EE STATED UNDERSTANDING AND AGREEMENT TO THE REMOVAL.

**08/14/2020 10:07 AM - CLAIM Note 12**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : PAYMENT SERVICES
Text: 08/14/2020 - DUBOIS, ASHLEY REACHED OUT TO ER FOR SALARY INFO. EMAIL SAVED TO DOC LIST.

**08/10/2020 9:27 AM - PHONE Note 3**
Claim/Event/Leave: 10310112
NoteSub ect : Called EE
Other Sub ect : 15 DAY F/U
Text: 08/10/2020 - CASTAGNO III, VINCENT TCT EE IN REF TO 15 DAY F/U AND N P DUE 09/09/20, DCM LEFT VMM ADVISING EE THAT EFFORTS CONTINUE FOR HER MEDICAL RECORDS FOR THE PERIOD 01/01/20 THRU PRES FORM DR KEMP, DR. SHAH AND YOUNG NP, DCM ALSO ADVISED THE NEED FOR COMPLETION OF THE ISSUED EE FORMS: ACT, AUTH, CI, CC, SS, FI, SS, TEE

**08/07/2020 8:42 AM - CLAIM Note 11**
Claim/Event/Leave: 10310112
NoteSub ect : Notice/Proof Review
Other Sub ect : 15 DAY F/U
Text: 08/07/2020 - CASTAGNO III, VINCENT 15 DAY F/U WITH N P DUE 09/09/20, MED RE UEST FOR THE PERIOD 01/01/20 THRU PRES TO DR KEMP, DR. SHAH, YOUNG NP HANDLED THROUGH RELEASEPOINT, REISSUED N P LETTER TO EE WITH THE FOLLOWING EE FORMS ENCLOSED ACT, AUTH, CI, CCSS, FI, SS, TEE

**08/04/2020 8:51 PM - CLAIM Note 10**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO ASHLEY DUBOIS.

**08/04/2020 8:51 PM - CLAIM Note 9**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**08/04/2020 10:27 AM - CLAIM Note 8**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect :
Text: 08/04/2020 - CASTAGNO III, VINCENT BASED ON EMPLOYER NOTIFICATION ALL RE UESTS FOR RECORDS TO ANNA STONE ARE TO CEASE IMMEDIATELY, NOTIFICATION TO CEASE EFFORTS ISSUED RELEASEPOINT

**08/04/2020 7:12 AM - CLAIM Note 7**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : HARRIS NP
Text: 08/04/2020 - CASTAGNO III, VINCENT RECD MEDICAL RECORDS DATED 01/08/20 THROUGH 06/02/20

**07/31/2020 7:41 AM - CLAIM Note 6**
Claim/Event/Leave: 10310112
NoteSub ect : Med Records Rcvd
Other Sub ect : DR. POTTS
Text: 07/31/2020 - CASTAGNO III, VINCENT RECD MEDICAL RECORDS DATED 01/16/20 THROUGH 07/29/20

**07/28/2020 12:24 PM - CLAIM Note 5**
Claim/Event/Leave: 10310112
NoteSub ect : Notice/Proof Review
Other Sub ect :
Text: 07/28/2020 - CASTAGNO III, VINCENT ISSUED MED RE UEST FOR THE PERIOD 01/01/20 THROUGH PRESE TO DR KEMP, YOUNG NP AND HARRIS NP THROUGH RELEASEPOINT: YOUR WEBORDER TRANSACTION ID IS: 54459728 TRANSACTION DATE: 2020-07-28 09:23:31

**07/28/2020 12:11 PM - PHONE Note 2**
Claim/Event/Leave: 10310112
NoteSub ect : Initial EE Interview

Other Sub ect :
Text: 07/28/2020 - CASTAGNO III, VINCENT LATE ENTRY, INITIAL INTERVIEW COMPLETED THE AFTERNOON OF 07/27/20, EE CONFIRMED LDW AS 02/03/20, EE CEASED WORKING D/T A NUMBER OF MEDICAL CONDITIONS AND SYMPTOMS, THE WORSE CONDITION BEING THE SMALL FIBER NEUROPATHY WITH PAIN AND TINGLING IN HER FINGERS AND LEGS, THE EE ALSO STATED THAT HER HEART PALPITATIONS ARE VERY CONCERNING, CURRENTLY HAS A HEART MONITOR FOR THE NEXT 30 DAYS, THERE IS A POSSIBILITY THAT SHE SUFFERS FROM POTTS, HAS BEN RECMD TO VISIT VANDERBILT MEDICAL CENTER AND/OR MASS GENERAL FOR FURTHER EVAL, THE EE ALSO NOTED GASTROPARESIS AS A MEDICAL CONDITION, THE EES MAIN TREATING PROVIDER IS DR POTTS, HER CARDIOLOGIST IS DR KEMPF, HER PCP IS DR MELLISSA YOUNG AND SHE SEES DR BROWN AT THE UNIVERSITY OF LOUISVILLE (NP IS JOHANNA HARRIS), NO OTHER MEDICAL PROVIDERS AT THIS TIME, THE EE IS ABLE TO COMPLETE HER ALDS WITHOUT ASSISTANCE, IS ABLE TO DRIVE HER CAR WITHOUT ASSISTANCE, IS ABLE TO GET TO THE STORE FOR STANDARD ITEMS SUCH AS MILK AND BREAD WITHOUT ASSISTANCE, THE EE IS MARRIED WITH NO CHILDREN UNDER AGE 19, EE IS 5 FOOT 7 INCHES AND APPRX 134LBS, NONSMOKER, THE EE IS RECING STD BENEFIT ONLY, NO OTHER INCOME, THE EE EXPRESSED THE WANT TO RTW ASAP OR ONCE SHE HAS A DIAGNOSIS THAT CAN BE TREATED EFFECTIVELY, THE EE HAS BENE IN CONSTANT CONTACT WITH THE CFO OF THE EMPLOYER MR. STEVE KOCH, DCM ADVISED THE EE OF THE N P RE UEST AND THE NEED FOR COMPLETION OF THE ISSUED EE FORMS, THE EE STATED UNDERSTANDING.

**07/27/2020 8:50 PM - CLAIM Note 4**
Claim/Event/Leave: 10310112
NoteSub ect : Ref to Other
Other Sub ect : SCORE REFERRAL
Text: 7/27/2020 - REFERRED TO TCMS FOR REVIEW AND POTENTIAL MANAGEMENT.

**07/27/2020 11:54 AM - CLAIM Note 3**
Claim/Event/Leave: 10310112
NoteSub ect : LTR to EE
Other Sub ect : N P DUE 09/09/20
Text: 07/27/2020 - CASTAGNO III, VINCENT FILE PLACED ON N P DUE 09/09/20 FOR ALL MEDICAL RECORDS FROM ALL MEDICAL PROVIDERS FOR THE PERIOD 01/01/20 THROUGH PRESENT, SPECIFIC RE UEST ISSUED TO DR. POTTS, DR. SHAH AND MRS. STONE, AS WELL AS THE FOLLOWING EEFORMS: ACT, AUTH, CI, CCSS, FI, SS, TEE / RELEASEPOINT YOUR WEBORDER TRANSACTION ID IS: 54456581 TRANSACTION DATE: 2020-07-27 08:54:22

**07/27/2020 11:49 AM - CLAIM Note 2**
Claim/Event/Leave: 10310112
NoteSub ect : Action Plan
Other Sub ect : INITIAL LIABILITY
Text: 07/27/2020 - CASTAGNO III, VINCENT KEETA FOX, 53 YO FEMALE, LDW 02/03/20, DOD 02/04/20, DOH 07/05/93, LTD EDOC 09/01/93, EE CONTRIB NO, PRE X N/A, WC N/A, LTD BBD 08/04/20, CID 08/04/22, OWN OCC: SR. VICE PRESIDENT FINANCE (SEDENTARY), DX: SYMPTOMSAND SIGNS INVOLVING COGNITIVE FUNCTIONS AND AWARENESS, 05/2020 IM PEER REVIEW CONCLUDED THE EE HAS TREATED WITH PULMONARY, GASTROENTEROLOGY, NEUROLOGY AND RHEUMATOLOGY WITH DIAGNOSIS OF DIVERTICULOSIS, COLON POLYPS, AND BULBOUS EMPHYSEMA WITH POST INFLAMMATORY CHANGES OF THE LUNG, HOWEVER, THERE IS NO DOCUMENTATION OF ANY OF THE MED CONDITIONS SUPPORTING IMPAIRMENT, NO R LS NOT APPLICABLE FROM 5/3/20 TO ONGOING, 06/2020 IM CP REVIEW CONCLUDED DUE TO SPINAL STENOSIS, RESTRICTED FROM LIFTING/CARRYING MORE THAN 25 LBS AND FROM OVERHEAD ACTIVITIES UNTIL 07/22/20. TESTING ON 02/27/20 SHOWED A SMALL-FIBER SENSORY NEUROPATHY, A CONDITION WITHOUT ASSOCIATED, PHYSICAL DYSFUNCTION. OTHER DIAGNOSES AND CONDITIONS HAVE BEEN SUSPECTED, NOT CONFIRMED, AND LACK SUPPORT. RHEUMATOLOGIST DR. STERN DESCRIBED THE CLAIMANT S CONDITION AS (A UNI UE ONE OF A KIND IMMUNOLOGIC CONDITION), WHICH IS REFLECTIVE OF THE LACK OF A DIAGNOSIS, GOAL: INITIAL LIABILITY, PLAN: 1) COMPLETE EE INTERVIEW 2) PLACE FILE ON N P FOR ALL MEDICAL RECORDS FROM ALL TREATING PROVIDERS FOR THE PERIOD OF 01/01/2020 THROUGH PRESENT 3) F/U FOR COMPLETION OF THE ISSUED EE FORMS

**07/27/2020 11:48 AM - PHONE Note 1**
Claim/Event/Leave: 10310112
NoteSub ect : Initial EE Interview
Other Sub ect :
Text: 07/27/2020 - CASTAGNO III, VINCENT TCT EE IN REF TO EE INTERVIEW, DCM LEFT VMM RE UESTING CALL BACK

**07/27/2020 10:10 AM - CLAIM Note 1**
Claim/Event/Leave: 10310112
NoteSub ect : Other
Other Sub ect : CLMT ASSIGNED
Text: 07/27/2020 - YOUNGBERG, TODD CLAIM ASSIGNED TO DCM CASTAGNO.

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info
Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt
Tasks

Claim
* **Claim/Event/Leave Number** 9761441 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**12/31/2020 10:17 PM - CLAIM Note 45**
Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR RE UESTED LEAVE COMPLETE

**08/11/2020 2:17 PM - CLAIM Note 44**
Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : LEAVE END
Text: THE LEAVE WAS CLOSED FOR RE UESTED LEAVE COMPLETE BECAUSE THE DISABILITY CLAIM WAS CLOSED FOR MAXIMUM DURATION/SWITCHED TO LTD.

**08/11/2020 2:15 PM - CLAIM Note 43**
Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 04/28/2020 AND THE LEAVE END DATE IS 08/03/2020.

**08/11/2020 2:15 PM - CLAIM Note 42**
Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : RE UEST END DATE CHG
Text: THE RE UESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**08/11/2020 2:15 PM - CLAIM Note 41**
Claim/Event/Leave: 9761441
NoteSub ect : Approved
Other Sub ect : EXT
Text: 08/11/2020 - HACKNEY, LISA WILL EXT THRU 8/3. ACTION PLAN: CLOSE

**07/27/2020 10:12 AM - CLAIM Note 40**
Claim/Event/Leave: 9761441
NoteSub ect : Other
Other Sub ect : CLM REASSIGNED
Text: 07/27/2020 - YOUNGBERG, TODD CLAIM REASSIGNED TO DCM HACKNEY FOR ONGOING CASE MANAGEMENT.

**07/23/2020 8:52 AM - CLAIM Note 39**
Claim/Event/Leave: 9761441
NoteSub ect : Escalation
Other Sub ect : CLM ASSIGNED
Text: 07/23/2020 - MCRORIE, BRITTANY TO M. LABOSSIERE.

**07/22/2020 4:02 PM - CLAIM Note 38**
Claim/Event/Leave: 9761441
NoteSub ect : Other
Other Sub ect : MANAGER REVIEW
Text: 07/22/2020 - REYES, OMAR AGREE WITH RECOMMENDATION TO ESCALATE TO LTD

**07/22/2020 3:02 PM - CLAIM Note 37**
Claim/Event/Leave: 9761441

NoteSub ect : Escalation
Other Sub ect : TO LTD
Text: 07/22/2020 - HACKNEY, LISA 54 YOF. LDW 2/3 DOD 2/4. DX PARESTHESIA/FECAL INCONTINENCE/LUMBAR DEGENERATIVE DISC DISEASE/INSOMNIA. EE STATES SHE WS HAVING TREMORS AND COULDN T TYPE AT WORK. EE WENT THRU TESTING AND IS RESTRCTD FROM WORKING. EE WORKSAS A SR. VICE PRESIDENT IN FINANCE W/SEDENTARY JOB DUTIES.

**06/23/2020 3:55 PM - CLAIM Note 36**
Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 04/28/2020 AND THE LEAVE END DATE IS 06/23/2020.

**06/23/2020 3:54 PM - CLAIM Note 35**
Claim/Event/Leave: 9761441
NoteSub ect : LTR to ER
Other Sub ect : EMAIL
Text: 06/23/2020 - REYES, OMAR EMAIL RE UEST TO EXTEND BENS THROUGH 7/31/20 PLACED IN DOC LIST

**06/23/2020 10:53 AM - MDS Note**
Claim/Leave: 9761441
Episode : 2
Nurse Name: MASSEY, ANITRA
Service : 16953958
Service Date: 06/23/2020
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, LISA, HACKNEY
Note Type: INFORMATION OBTAINED DESC
Text: CONSULT WITH M1 OMAR REYES. CLINICAL MANAGER DISCUSSED CLAIM WITH M1 AND AGREED THAT FURTHER CLINICAL REVIEW IS WARRANTED BASED ON THE COMPLEXITY OF THE EE'S CONDITIONS AND EE'S CURRENT TREATMENT PLAN. CLINICAL MANAGER WILL REFER FILE FOR FULL FILE REVIEW WITH OCCUPATIONAL MEDICINE. NO FURTHER MDS ACTIVITY AT THIS TIME.

**06/19/2020 4:07 PM - CLAIM Note 34**
Claim/Event/Leave: 9761441
NoteSub ect : Ref to Managed Care
Other Sub ect : FFR LEVEL 1
Text: 06/19/2020 - REYNOLDS, ANDREA 54 YOF. LDW 2/3 DOD 2/4. DX: PARESTHESIA/FECAL INCONTINENCE/LUMBAR DEGENERATIVE DISC DISEASE/INSOMNIA. EE STATES SHE WS HAVING REALLY BAD TREMORS AND COULDN T TYPE AT WORK. BASED ON MRS RCVD IS IT REASONABLE TO EXTEND CLM AND IF SO FOR WHAT DURATION

**06/19/2020 10:54 AM - CLAIM Note 33**
Claim/Event/Leave: 9761441
NoteSub ect : Reopen
Other Sub ect :
Text: 06/19/2020 - REYES, OMAR CLAIM RE-OPENED PER ER RE UEST TO PROVIDE ADDITIONAL TIME FOR MEDICAL RECORDS AND RE UESTING ADDITIONAL CLINICAL REVIEW ONCE REVIEWED

**06/10/2020 10:03 AM - PHONE Note 14**
Claim/Event/Leave: 9761441
NoteSub ect : Called EE
Other Sub ect :
Text: 06/10/2020 - HACKNEY, LISA CALLED EE ADVSD WE ARE UNABLE TO SUPPORT AN EXT ON THE CLAIM. WE RE NOT SHOWING WHERE EE IS UNABLE TO COMPLT HER JOB DUTIES. EE UPSET STATES SHE DOESN T UNDERSTAND WHY WE ARE FORCING HER RTW. ADVSD WE CANNOT FORCE HER TO RTW, BUT WE RE ARE UNABLE TO SUPPORT THE CLAIM. ADVSD EE SHE CAN SUBMIT FOR AN APPEAL W/ADDTNL MR. ADVSD BEST OPTION MAY BE TO SUBMIT THE LETTER TO HER AP. AP CAN PROB DEVELOP A PLAN OF ACTION. EE STATES SHE WILL REACH OUT 2 HER ER REGARDING THE CLAIM. THANKD, ENDED CALL.

**06/10/2020 9:43 AM - CLAIM Note 32**
Claim/Event/Leave: 9761441
NoteSub ect : LTR to EE
Other Sub ect :
Text: 06/10/2020 - HACKNEY, LISA DENIAL

**06/03/2020 4:18 PM - CLAIM Note 31**
Claim/Event/Leave: 9761441
NoteSub ect : Other
Other Sub ect : MANAGER REVIEW
Text: 06/03/2020 - REYES, OMAR AGREE WITH DECISION TO CLOSED CLAIM FOR STD BASED ON MEDICAL EVIDENCE ON FILE AND FINDINGS OF MDS REVIEW- INFORMATION RECEIVED DOES NOT PROVIDE RESTRICTIONS AND LIMITATIONS THAT WOULD PRECLUDE EE FROM PERFORMING OCCUPATION

**06/03/2020 3:05 PM - CLAIM Note 30**
Claim/Event/Leave: 9761441
NoteSub ect : Denied
Other Sub ect : RECOMMEND DENIAL
Text: 06/03/2020 - HACKNEY, LISA DENYING CLAIM FOR NOT TD. PUSHD TO MGR FOR REVW.

**05/28/2020 11:47 AM - CLAIM Note 29**
Claim/Event/Leave: 9761441
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 05/28/2020 - HERTERICH, KIMBERLY INVOICE DATED 5/26/2020 FROM MLS GROUP. INV 82114-1 , IN THE AMT OF $525.00 FOR PEER REVIEW BY JEFFERY GRIMES WITH A SPECIALTY IN INTERNAL MEDICINE. INVOICE PAID IN FULL.

**05/27/2020 8:28 AM - CLAIM Note 28**
Claim/Event/Leave: 9761441
NoteSub ect : Other
Other Sub ect :
Text: 05/27/2020 - HACKNEY, LISA RECVD INV-SENT TO JB.

**05/21/2020 10:13 PM - CLAIM Note 27**
Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR NO ADDITIONAL MEDICAL RECEIVED

**05/19/2020 11:40 AM - PHONE Note 13**
Claim/Event/Leave: 9761441
NoteSub ect : EE Called
Other Sub ect :
Text: 05/19/2020 - HACKNEY, LISA EE CALLD IN FOR STATUS. ADSVD CLAIM IS STILL UNDER CLINICAL REVW. ADVSD IT HAS GONE TO A HIGHER LEVEL OF REVW. ADVSD I WILL FLLW UP ONCE REVW IS COMPLT. THANKD, ENDED CALL.

**05/15/2020 8:50 PM - CLAIM Note 26**
Claim/Event/Leave: 9761441
NoteSub ect : Ref to Other
Other Sub ect : SCORE REFERRAL
Text: 5/15/2020 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**05/15/2020 2:40 PM - CLAIM Note 25**
Claim/Event/Leave: 9761441
NoteSub ect : Other
Other Sub ect :
Text: 05/15/2020 - HACKNEY, LISA SENT MR OVER FOR REVW.

**05/13/2020 9:05 AM - MDS Note**
Claim/Leave: 9761441
Episode : 1
Nurse Name: ROCKETT, ABIGAIL
Service : 16934929
Service Date: 05/13/2020
Activity: COORD SERVICES, LM CONSULTING PHYSICIAN
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: NDC REFERRED FILE THROUGH CRT FOR IM PHYSICIAN LEVEL OF REVIEW, WITH A DUE DATE OF 5/28/20, SEE DOC LIST. CS ADVISED. NO FURTHER NDC ACTIVITY, REMOVE FROM ASSIGNMENT.

**05/13/2020 8:45 AM - MDS Note**
Claim/Leave: 9761441
Episode : 1
Nurse Name: ROCKETT, ABIGAIL
Service : 16934910
Service Date: 05/13/2020
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, LISA, HACKNEY
Note Type: INFORMATION OBTAINED DESC
Text: SEE NURSE MEMORANDUM IN DOC LIST.

**05/11/2020 12:54 PM - PHONE Note 12**
Claim/Event/Leave: 9761441
NoteSub ect : EE Called
Other Sub ect :
Text: 05/11/2020 - HACKNEY, LISA EE CALLD IN FOR STATUS. ADVSD CLAIM IS CURRENTLY REVW W/OUR CLINICAL STAFF. ADVSD I WILL FLLW UP ONCE REVW IS COMPLT. THANKD, ENDED CALL. 05/11/2020 - HACKNEY, LISA .

**05/06/2020 5:04 PM - CLAIM Note 24**

**05/06/2020 5:04 PM - CLAIM Note 24**
Claim/Event/Leave: 9761441
NoteSub ect : Ref to Managed Care
Other Sub ect : FFR LEVEL 1
Text: 05/06/2020 - REYNOLDS, ANDREA 54 YOF. LDW 2/3 DOD 2/4. DX: PARESTHESIA/FECAL INCONTINENCE/LUMBAR DEGENERATIVE DISC DISEASE/INSOMNIA. EE STATES SHE WS HAVING REALLY BAD TREMORS AND COULDN T TYPE AT WORK. BASED ON MRS RCVD IS IT REASONABLE TO EXTEND CLM AND IF SO FOR WHAT DURATION

**05/06/2020 5:02 PM - CLAIM Note 23**
Claim/Event/Leave: 9761441
NoteSub ect : Med Records Rcvd
Other Sub ect : STONE
Text: 05/06/2020 - REYNOLDS, ANDREA RCVD RESTRICTIONS FORM, OV SUMMARY, AND TEST RESULTS

**04/28/2020 2:54 PM - CLAIM Note 22**
Claim/Event/Leave: 9761441
NoteSub ect : LTR to EE
Other Sub ect :
Text: 04/28/2020 - HACKNEY, LISA NP

**04/28/2020 2:52 PM - CLAIM Note 21**
Claim/Event/Leave: 9761441
NoteSub ect : LTR to EE
Other Sub ect :
Text: 04/28/2020 - HACKNEY, LISA FAXED MRR TO AP STONE 4/1-PRES

**04/28/2020 2:46 PM - PHONE Note 11**
Claim/Event/Leave: 9761441
NoteSub ect : Called AP
Other Sub ect :
Text: 04/28/2020 - HACKNEY, LISA CALLED AP ANNA STONE 502 931 5958 NO ANS NML.

**04/28/2020 2:43 PM - PHONE Note 10**
Claim/Event/Leave: 9761441
NoteSub ect : EE Called
Other Sub ect :
Text: 04/28/2020 - HACKNEY, LISA EE CALLED IN-STATES SHE CANNOT RTW AT THIS TIME. TREATING W/DR. ANNA STONE 502 931 5958. ADVSD WE WILL RE MR FROM AP STONE. LOV 4/28. EE STATE SSHE MAY RTW PART TIME. ADVSD WE WILL RE PAYSTBS FROM ER ADVSD PERCENTAGE WILL BE THE SAME 60%. ADVSD I WILL RE MR AND FLLW UP. THANKD, ENDED CALL.

**04/28/2020 10:28 AM - CLAIM Note 20**
Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**04/28/2020 10:28 AM - CLAIM Note 19**
Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 04/28/2020 AND THE LEAVE END DATE IS 05/03/2020.

**04/27/2020 10:17 PM - CLAIM Note 18**
Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**04/06/2020 11:53 AM - CLAIM Note 17**
Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : RE UEST END DATE CHG
Text: THE RE UESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**04/06/2020 11:52 AM - CLAIM Note 16**
Claim/Event/Leave: 9761441
NoteSub ect : Approved
Other Sub ect : EXT
Text: 04/06/2020 - HACKNEY, LISA WILL EXT THRU 5/3. ACTION PLAN: CX RTW.

**04/06/2020 11:52 AM - PHONE Note 9**

Claim/Event/Leave: 9761441
NoteSub ect : EE Called
Other Sub ect :
Text: 04/06/2020 - HACKNEY, LISA EE CALLED IN RET CALL. CX RECPT OF MR. AP HAS EE OOW THRU 5/3. ADVSD I WILL EXT THRU 5/3. RE EE C/B IF SHE ISN T ABLE TO RTW. THANKD, ENDED CALL.

**04/06/2020 11:46 AM - PHONE Note 8**
Claim/Event/Leave: 9761441
NoteSub ect : Called EE
Other Sub ect :
Text: 04/06/2020 - HACKNEY, LISA CALLED EE NO ANS LFT MESG REGARDING RTW DATE

**03/30/2020 12:39 PM - PHONE Note 7**
Claim/Event/Leave: 9761441
NoteSub ect : Called EE
Other Sub ect : RET CALL
Text: 03/30/2020 - HACKNEY, LISA CALLED EE RET CALL. ADVSD I FAXED THE MRR TO AP POTTS. RE EE REACH OUT 2 CX RECPT. THANKD ,ENDED CALL. 03/30/2020 - HACKNEY, LISA .

**03/30/2020 12:39 PM - CLAIM Note 15**
Claim/Event/Leave: 9761441
NoteSub ect : LTR to EE
Other Sub ect :
Text: 03/30/2020 - HACKNEY, LISA FAXED MR TO AP POTTS.

**03/16/2020 9:42 AM - CLAIM Note 14**
Claim/Event/Leave: 9761441
NoteSub ect : Other
Other Sub ect : PR DURATION
Text: 03/16/2020 - REYES, OMAR AGREE WITH PR DURATION

**03/11/2020 12:54 PM - CLAIM Note 13**
Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : RE UEST END DATE CHG
Text: THE RE UESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**03/11/2020 12:54 PM - CLAIM Note 12**
Claim/Event/Leave: 9761441
NoteSub ect : Approved
Other Sub ect : EXT
Text: 03/11/2020 - HACKNEY, LISA WILL EXT THRU 3/31. ACTION PLAN: FLLW UP REGARDING NXT STEPS.

**03/11/2020 12:54 PM - PHONE Note 6**
Claim/Event/Leave: 9761441
NoteSub ect : Called EE
Other Sub ect :
Text: 03/11/2020 - HACKNEY, LISA CALLED EE-RET CALL NO ANS LFT MESG REGARDING EXT THRU 3/31.

**03/11/2020 12:53 PM - CLAIM Note 11**
Claim/Event/Leave: 9761441
NoteSub ect : Med Records Rcvd
Other Sub ect :
Text: 03/11/2020 - HACKNEY, LISA RECVD RESTRCTNS FROM AP POTTS 2/3-3/31. OVN 1/16-2/3

**03/11/2020 12:28 PM - PHONE Note 5**
Claim/Event/Leave: 9761441
NoteSub ect : EE Called
Other Sub ect : ACD
Text: 03/11/2020 - CALDWELL, MARJORYCE EE CALLED AND LVM ON DCM VM ASKING FOR ADCM TO GIVE HER A CALL BACK ABOUT EXTENDING OUT HER CLAIM.

**02/13/2020 10:33 AM - PHONE Note 4**
Claim/Event/Leave: 9761441
NoteSub ect : Called EE
Other Sub ect :
Text: 02/13/2020 - HACKNEY, LISA CALLED EE NO ANS LFT MESG REGARDING APPRVL.

**02/13/2020 10:28 AM - CLAIM Note 10**
Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN

COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**02/13/2020 10:28 AM - CLAIM Note 9**
Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : RE UEST END DATE CHG
Text: THE RE UESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**02/13/2020 10:27 AM - CLAIM Note 8**
Claim/Event/Leave: 9761441
NoteSub ect : Approved
Other Sub ect :
Text: 02/13/2020 - HACKNEY, LISA 54 YOF. LDW 2/3 DOD 2/4. DX: PARESTHESIA/FECAL INCONTINENCE/LUMBAR DEGENERATIVE DISC DISEASE/INSOMNIA. EE STATES SHE WS HAVING REALLY BAD TREMORS AND COULDN T TYPE AT WORK. EE IS CURRENTLY GOING THRU TESTING. AP HS RESTRCTD EE FROM WORKING. WILL APPRV THRU FOR 6WKS THRU 3/17. ACTION PLAN: FLLW UP REGARDING NEXT STEPS IN TREATMENT.

**02/13/2020 10:20 AM - CLAIM Note 7**
Claim/Event/Leave: 9761441
NoteSub ect : Med Records Rcvd
Other Sub ect :
Text: 02/13/2020 - HACKNEY, LISA RECVD RESTRCTNS FROM AP POTTS 2/3-3/31. OVN 1/16- 2/3

**02/06/2020 3:23 PM - CLAIM Note 6**
Claim/Event/Leave: 9761441
NoteSub ect : LTR to EE
Other Sub ect :
Text: 02/06/2020 - HACKNEY, LISA NP

**02/06/2020 3:20 PM - CLAIM Note 5**
Claim/Event/Leave: 9761441
NoteSub ect : LTR to AP
Other Sub ect :
Text: 02/06/2020 - HACKNEY, LISA FAXED MRR TO AP POTTS

**02/06/2020 3:07 PM - DOCUMENT Note 2**
Claim/Event/Leave: 9761441
NoteSub ect : eSignature
Other Sub ect : Document Signed

**02/06/2020 3:00 PM - PHONE Note 3**
Claim/Event/Leave: 9761441
NoteSub ect : Initial EE Interview
Other Sub ect : COMPLT
Text: 02/06/2020 - HACKNEY, LISA EE CALLD IN-RET CALL. LDW 2/3 DOD 2/4. UNDER AP CARE TREATING W/NEURO AP. STATES SHE WS HAVING REALLY BAD TREMORS COULDN T TYPE AT WORK. COULD BE LYME OR ALS AP ISN T SURE. EE IS CURRENTLY GOING THRU TESTING. TREATING W/DR. GREG POTTS 502 240 5900. SENT ESIGN WHILE ON THE LINE. ADVSD I WILL RE MR AND FLLW UP. THANKD, ENDED CALL.

**02/06/2020 3:00 PM - PHONE Note 2**
Claim/Event/Leave: 9761441
NoteSub ect : Called AP
Other Sub ect :
Text: 02/06/2020 - HACKNEY, LISA CALLED AP GREG POTTS 502 240 5900 NO ANS NML. ONLINE F : 502 240 5905

**02/06/2020 2:53 PM - DOCUMENT Note 1**
Claim/Event/Leave: 9761441
NoteSub ect : eSignature
Other Sub ect : Document Re uested

**02/06/2020 2:25 PM - PHONE Note 1**
Claim/Event/Leave: 9761441
NoteSub ect : Initial EE Interview
Other Sub ect : ATTMPT 1
Text: 02/06/2020 - HACKNEY, LISA CALLED EE NO ANS LFT MESG W/CONTCT INFO.

**02/05/2020 8:39 PM - CLAIM Note 4**
Claim/Event/Leave: 9761441
NoteSub ect : Telephonic Intake
Other Sub ect : ERS RE UEST
Text: 02/05/2020 - HARRINGTON, SUSAN PER LOADING INSTRUCTIONS ERS RE UEST EMAILED

**02/04/2020 9:51 AM - CLAIM Note 3**
Claim/Event/Leave: 9761441

Claim/Event/Leave: 9761441
NoteSub ect : FMLA
Other Sub ect : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 02/04/2020 AND THE LEAVE END DATE IS 02/19/2020.

**02/04/2020 9:50 AM - CLAIM Note 1**
Claim/Event/Leave: 9761441
NoteSub ect : Internet Intake
Other Sub ect : SURGERY INFO
Text: EE REPORTED CLAIM. DX- POSSIBLE NEUROLOGICAL DISORDER. COMPLICATIONS OF TROUBLE WRITING AND USING HANDS, DISCOMFORT ON FEET/LEGS, LIGHT HEADED AND DI Y, NO RLS REPORTED. EE BEING TREATED BY DR. GREG POTTS P5022405900 F.

**02/04/2020 9:50 AM - CLAIM Note 2**
Claim/Event/Leave: 9761441
NoteSub ect : Internet Intake
Other Sub ect : ADDITIONAL INFO
Text: LOV- 2.3.2020. NOV- UNKNOWN. ERTW- UNKNOWN. MAY BE CHECKING IN TO CLINIC FOR MORE TESTING

**This report contains claimant information collected from the employer interview. You will need to confirm this information with the employee.**

| | |
|---|---|
| Claim Number or Leave ID: | 9761441 |
| Reorted by Portal User ID: | RANESHA.MATTHEWS@LFG.COM |
| Accident Date: | 1/1/1900 |
| Accident Time: | 12:00 AM |
| Job Description: | |
| Employee Subsidiary: | |
| Employee Location: | |
| Employee Class: | |
| Work Status: | |
| Salary Type: | |
| Earnings: | $0.00 |
| Return to Work Date: | 1/1/1900 |
| Product: | |
| Premium Employer Contribution: | |
| Premium Employee Contribution | |
| Employee Benefit Percent: | |

**The Employer Contact has indicated that the employee's injury or illness was work related, and the status of their WC claim is either accepted or pending.**

| | |
|---|---|
| WC Carrier | |
| WC Carrier Contact | |
| WC Carrier Contact Phone: | |

**The Employer Contact has indicated that the employee will be receiving another source(s) of income for a portion of the absence, or the entire absence, covered by this claim.**

**Other Income 1**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 2**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 3**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 4**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 5**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 6**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 7**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 8**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 9**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 10**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

April 19, 2023

LINCOLN LIFE ASSURANCE CO. OF BOSTON
PO BOX 2578
OMAHA, NE 68172-0688

FROM: SUMMONS DIVISION
SECRETARY OF STATE

RE: CASE NO: 23-CI-02187

COURT: Circuit Court Clerk
Jefferson County, Division: 11
700 West Jefferson St.
Louisville, KY 40202
Phone: (502) 595-3055

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

**(1) Your attorney, or**
**(2) The attorney filing this suit whose name should appear on the last page of the complaint, or**
**(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

| AOC-105 Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | CIVIL SUMMONS | Case No. 23 CI 02187<br>Court ☑ Circuit ☐ District<br>County Jefferson |
|---|---|---|

JEFFERSON CIRCUIT DIVISION

PLAINTIFF

KEETA R. FOX

VS.

DEFENDANT

LINCOLN LIFE ASSURANCE CO. OF BOSTON
PO BOX 2578
OMAHA NE 68172-0688

RECEIVED
APR 14 2023
SECRETARY OF STATE
COMMONWEALTH OF KY

**Service of Process Agent for Defendant:**
SECRETARY OF STATE

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: APR 07 2023, 2______

DAVID L. NICHOLSON, CLERK ______ Clerk

By: [signature] ______ D.C.

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

______

this _____ day of ______, 2_____.

Served by: ______

______ Title

JEFFERSON CIRCUIT COURT
COMMONWEALTH OF KENTUCKY
DIVISION 23 CI 02187

KEETA R. FOX ,

Plaintiff,

v. Civil Action No.________

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON
PO BOX 2578
OMAHA NE 68172-0688

Defendant.

## PLAINTIFF'S ORIGINAL COMPLAINT

## PRELIMINARY STATEMENT

1. Plaintiff KEETA R. FOX, hereinafter referred to as "Plaintiff," brings this ERISA action against the Lincoln Life Assurance Company of Boston in its capacity as Administrator of the Papa Johns International Inc. (hereinafter "Papa Johns") Long Term Disability Plan, hereinafter referred to as "Defendant". Plaintiff brings this action to secure all disability benefits, whether they be described as short term, long term and/or waiver of premium claims to which Plaintiff is entitled under a disability insurance policy underwritten and administered by Defendant. Plaintiff is covered under the policy by virtue of her employment with Papa Johns.

## PARTIES

2. Plaintiff is a citizen and resident of Louisville, KY.

3. Defendant is a properly organized business entity doing business in the Commonwealth of Kentucky.

A COPY
ATTEST: DAVID L. NICHOLSON, CLERK
JEFFERSON CIRCUIT COURT
LOUISVILLE, KENTUCKY
BY________________D.C.

4. The disability plan at issue in the case at bar was funded and administered by Defendant. Defendant is a business entity doing business in Jefferson County, Kentucky. Defendant may be served with process by serving its registered agent, by and through the Secretary of State pursuant to the Kentucky Long Arm Statute

**JURISDICTION AND VENUE**

5. This court has con-current jurisdiction to hear this claim pursuant to pursuant to 29 U.S.C. § 1132(a), (e), (f), and (g) of the Employee Retirement Security Act of 1974, 29 U.S.C. § 1101, et seq. ("ERISA") and 28 U.S.C. § 1331, as this action involves a federal question. Specifically, Plaintiff brings this action to enforce her rights under section 502(a)(1)(B) of the Employee Retirement Income Security Act, (ERISA), which provides "[a] civil action may be brought . . . (1) by a participant or by a beneficiary . . . (B) to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan." 29 U.S.C. § 1132(a)(1)(B).

6. Venue in the Jefferson Circuit Court is proper by virtue of Defendant doing business in Jefferson County, Kentucky. Under the ERISA statute, venue is proper "in the district where the plan is administered, where the breach took place, or where a defendant resides or may be found." 29 U.S.C. § 1132(e)(2). Therefore, venue may also be proper under the third prong of ERISA's venue provision, specifically "where a defendant resides or may be found." (*Id.*) Here, Defendant is "found" within the Western District of Kentucky, as it does business here, and the court has personal

jurisdiction over Defendant, as it has sufficient ties to the United States.

## CONTRACTUAL AND FIDUCIARY RELATIONSHIP

7. At all relevant times, Plaintiff has been a participant within the meaning ofSection 3(7) of ERISA, 29 U.S.C. § 1002(7), in the Long-Term Disability Plan Claim No. 10310112.

8. Plaintiff obtained the disability policy at issue by virtue of Plaintiff's employment with employer, with coverage beginning on her first date of employment.

9. Said policy became effective that same date.

10. At all relevant times, Defendant has been the claims administrator of the disability policy within the meaning of Section 3(16)(A) of ERISA, 29 U.S.C. § 1002(16)(A).

11. At all relevant times, Defendant has been a fiduciary within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. § 1002(21)(A).

12. Defendant has a fiduciary obligation to administer the Plan fairly and to furnish disability benefits according to the terms of the Plan.

13. Finally, under its fiduciary duty, Defendant is required to take active steps to reduce bias and ensure claims are conducted in a manner that is consistent with the interests of the claimant's.

14. Disability benefits under the Plan have been insured in accordance and pursuant to Policy No. GF3-860-066619-01 issued by Defendant.

15. Under the terms of the policy, Defendant administered the Plan and

retained the sole authority to grant or deny benefits to applicants.

16. Because the Defendant both funds the Plan benefits and retains the sole authority to grant or deny benefits, Defendant has an inherent conflict of interest.

17. Because of the conflict of interest described above, this Court should consider Defendant's decision to deny disability benefits as an important factor during its review in determining Defendant's wrongful denial of benefits.

**STANDARD OF REVIEW**

18. Except as stated in paragraph 21_ below, benefit denials governed under ERISA are generally reviewed by the courts under a *de novo* standard of review. *Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101 (1989).

19. In order for the Plan Administrator's decisions to be reviewed by this Court under an "arbitrary and capricious" standard and not a "de novo" standard, the Plan must properly give the Plan Administrator "discretion" to make said decisions within the plain language in the Plan.

20. Through Kentucky's Advisory Opinion 2020-01, KRS 304.14-130(1)(b) instructs the Department to disapprove any form filed if the form "contains or incorporates by reference…any inconsistent, ambiguous, or misleading clauses, or exceptions and conditions which deceptively affect the risk purported to be assumed in the general coverage of the contract." Discretionary clauses by their nature alter the risk and terms of the agreement by allowing the insurer to have final authority to interpret and construe the eligibility and benefits under the contract. It is the Department's position that discretionary clauses deceptively affect the risk purported to be assumed in

any policy and as such, any forms containing discretionary clauses may be disapproved.

21. Plaintiff contends that under KRS 304.14-130(1)(b), the Plan's purported discretionary authority is disapproved and invalid.

22. Plaintiff further contends that the Plan fails to properly give Defendant discretion under the Policy.

23. Further, when a Defendant violates the Department of Labor regulations, Defendant effectively forfeits its discretionary authority.

24. When denying a claim for benefits, a plan's failure to comply with the Department of Labor's claims-procedure regulation, 29 C.F.R. § 2560.503–1, will result in that claim being reviewed de novo in federal court, unless the plan has otherwise established procedures in full conformity with the regulation and can show that its failure to comply with the claims-procedure regulation in the processing of a particular claim was inadvertent *and* harmless. *Halo v. Yale Health Plan, Dir. Of Benefits & Records Yale Univ.*, 819 F. 3d 42 (2nd Cir. 2016). See also *Fessenden v. Reliance Standard Life Ins. Co.*, 927 F.3d 998, 1001-02 (7th Cir. 2019) and *Slane v. Reliance Stand. Life Ins. Co.*, CV 20-3250, 2021 WL 1401761 (E.D. La. Apr. 14, 2021).

25. Defendant committed the following violations demonstrating its failure furnish a full and provide review:

i. Inadequate notice of reasons for denial. 29 C.F.R. § 2560.503-1(g)(1)(i);
ii. Inadequate notice of the information needed to perfect Plaintiff's appeal. 29 C.F.R. § 2560.503-1(g)(1)(iii);
iii. Failure to follow Defendant's own claims procedures 29 C.F.R. § 2560.503-1(b);
iv. Failure to adopt guidelines to ensure that similarly situated claims are

administered correctly and consistently. 29 C.F.R. § 2560.503-1(b)(5);

v. Failure to administrative Plaintiff's claim consistently 29 C.F.R. § 2560.503-1(b)(5);

vi. Failure to provide requested relevant documents timely. 29 C.F.R. § 2560.503-1(h)(2)(iii);

vii. Failure to describe the guidelines and protocols relied upon. 29 C.F.R. § 2560.503-1(g)(1)(v) and 29 C.F.R. § 2560.503-1(j)(5);

viii. Failure to obtain the review of appropriate medical professional. 29 C.F.R. § 2560.503-1(h)(3)(iii);

ix. Failure to obtain an appeal review of a different non-subordinate medical professional. 29 C.F.R. § 2560.503-1(h)(3)(v);

x. Failure to obtain an appeal review that does not defer to the prior determination. 29 C.F.R. § 2560.503-1(h)(3)(iii);

xi. Failure to obtain an appeal review that is conducted by a different non-subordinate individual. 29 C.F.R. § 2560.503-1(h)(3)(iii);

xii. Failure to give a claimant an opportunity to review and refute the report of a reviewing physician obtained during the appeal review. 29 C.F.R. § 2560.503-1(h)(4);

xiii. Failure to take into account all comments, documents, records, and other information submitted to the claimant or by the claimant relating to the claim. 29 C.F.R. § 2560.503-1(h)(2)(iv).

26. Defendant's violations of the regulations were not inadvertent or harmless.

27. Plaintiff contends that because Defendant failed to furnish a full and fair review, Defendant has relinquished its discretionary authority under the Plan.

28. Further, Defendant has a fiduciary obligation to administer the Plan fairly and to furnish disability benefits according to the terms of the Plan.

**ADMINISTRATIVE APPEAL**

29. Plaintiff was previously employed by Papa Johns as a Senior Manager.

30. Her occupation is classified under the Dictionary of Occupational Titles as having a Sedentary exertional level. This occupation also has an SVP of 8 and is highly skilled work.

31. This occupation was very demanding in that it required Plaintiff to compute

cost factors and prepare estimates used for management purposes such as planning, organizing and scheduling work, preparing bids and selecting vendors.

32. Due to Plaintiff's disabling conditions, Plaintiff ceased actively working on February 4, 2020.

33. Plaintiff alleges that she became disabled on February 4, 2020.

34. Plaintiff filed for short term disability benefits with Defendant.

35. Short term disability benefits were approved.

36. Plaintiff filed for long term disability benefits through the Plan administered by the Defendant.

37. The Plan defines "Disability" or "Disabled" as follows:

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
   ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

38. The Plan defines "Own Occupation" as follows:

*"Own Occupation" means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed at Toyota Motor Engineering & Manufacturing North America, Inc.*

39. The Plan defines "Any Occupation" as follows:

*"Any Occupation" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

40. Long Term Disability benefits were approved from February 4, 2020 to

August 23, 2022.

41. The Plan provides for monthly benefits in excess of $10,000.

42. On August 4, 2022, Defendant terminated Plaintiff's long term disability benefits.

43. Defendant's termination letter said her symptoms were not severe enough to render her unable to perform the duties of the occupations identified as being within her functional capacity and vocational skills under the Any Occupation definition and allowed Plaintiff 180 days to appeal this decision.

44. Defendant's termination letter failed to consider Plaintiff's restrictions, limitations, and inability to perform necessary vocational requirements of her own or any occupation related to her medical conditions.

45. Defendant's termination letter failed to state what specific information was missing and/or necessary for Plaintiff to perfect her appeal. On this front, Defendant's letter states only that, "If there is additional information, documents, or records that you believe would impact this benefit decision please submit it to us for consideration."

46. Subsequently, Plaintiff pursued her administrative remedies set forth in the Plan by requesting administrative reviews of the denial of benefits.

47. Plaintiff timely perfected her administrative appeals pursuant to the Plan by sending letters requesting same to the Defendant.

48. Plaintiff submitted additional information including medical records to show that she is totally disabled from the performance of both her own and any other occupation as defined by the terms of the Plan.

49. Upon information and belief, the Social Security Administration issued a fully favorable decision on Plaintiff's claim for disability benefits under Title II and Title XVI of the Social Security Act, finding that Plaintiff is "disabled" during the relevant time period. Notably, the SSA's definition of disability is significantly more restrictive than Defendant's as SSA requires the claimant to be unable to work in "any occupation in the National Economy."

50. Defendant was provided documentation of the Social Security Administration's finding that Plaintiff was found to be totally disabled under Title II and Title XVI of the Social Security Act.

51. Plaintiff suffers from a litany of disabling conditions including, but not limited to, central sensitization syndrome or systemic inflammatory response syndrome.

52. On or about May 26, 2020 Defendant's internal consultant, Dr. Jeffery Grimes, MD,, performed a paper review of Plaintiff's claim file.

53. Shortly thereafter Dr, Grimes concluded the medical documentation did not support central sensitization syndrome or systemic inflammatory response syndrome,

54. The claim was next reviewed by Plaintiff's hired physician Dr. Paul Stander, MD in another paper review. Dr. Stander concluded the medical records demonstrate some limited impairment and Plaintiff would need special accommodations to engage in an occupation. The Defendant chose to believe that this diagnoses precluded coverage under the plan,

55. On or about January 22, 2021, Defendant's paid consultant, Dr.

Oluyesmisi Awokbokum, M.D., internal medicine, performed a peer review of Plaintiff's claim file. Sadly, Dr. Awokbokum tried but failed to contact Plaintiff's treating physician Dr. Potts, who on several occasions stated that Plaintiff was permanently impaired and not capable of full time work under the dictates of the LTD plan. Ultimately Dr. Awokbokum agreed that Plaintiff had a litany of impairments, but still concluded no single impairing condition was identified. Dr. Awokbokum did not opine if the combination of impairments disabled Plaintiff.

56. During the review period the Defendant hired a surveillance team to track Plaintiff's activity. The team tracked Plaintiff from April 8, 2022 to April 9, 2022. No activity was observed.

57. Plaintiff also retained Dr. Joseph Pachman to review the File. Dr. Pachman verified Plaintiff's many illnesses but, apparently, did not opine on Plaintiff's fitness for full time employment.

58. Defendant's peer reviews of Plaintiff's file are unreliable and unreasonable as a basis for denial because:

a. The reviewers' opinions were infected by conflict and bias;

b. The reviewers' conclusions lack foundation and are conclusory;

c. The reviewers failed to consider the degenerative nature of Plaintiff's condition(s) and the lack of significant improvement;

d. The reviewers lacked appropriate qualifications to comment on Plaintiff's conditions;

e. The reviewers never examined Plaintiff in-person, which is particularly

relevant, given the complexity of Plaintiff's conditions and treatment;

f. The reviewers failed to consider all relevant information, including Plaintiff's relevant own occupational demands;

g. The reviewers failed to acknowledge that medications neither effectively resolved her pain nor were appropriate for long-term treatment of Plaintiff;

h. The reviewers based their opinions on a summary reports of other underqualified opinions; and

i. The reviewers' conclusions were inconsistent with the weight of the evidence.

59. Defendant's consultants completed their reports without examining Plaintiff.

60. Defendant notified Plaintiff that Defendant upheld its original decision to terminate Plaintiff's claim for long term disability benefits.

61. Defendant also notified Plaintiff that Plaintiff had exhausted her administrative remedies.

62. Defendant, in its final denial, discounted the opinions of Plaintiff's treating physicians, among others, and the documented limitations from which Plaintiff suffers including the effects of Plaintiff's impairments on her ability to engage in work activities.

63. The Plan gave Defendant the right to have Plaintiff submit to a physical examination at the appeal level.

64. A physical examination; with a full file review, provides an evaluator with more information than a medical file review alone.

65. More information promotes accurate claims assessment.

66. Despite having the right to a physical examination, Defendant did not ask Plaintiff to submit to one.

67. Plaintiff has now exhausted her administrative remedies, and her claim is ripe for judicial review pursuant to 29 U.S.C. § 1132.

**MEDICAL FACTS**

68. Plaintiff suffers from multiple medical conditions resulting in both exertional and nonexertional impairments.

69. Plaintiff suffers from 16 distinct impairments any of which would trigger coverage under the LTD plan and especially when said impairments are taken as a whole and reflect the damage each impairment has in concert with others. Plaintiff suffers from severe mental and physical fatigue to where she becomes easily exhausted after physical or mental exertion. Plaintiff also suffers from thrombocytosis, which may be secondary to her brain injury.

70. Treating physicians document continued chronic pain, radicular symptoms, as well as decreased range of motion and weakness.

71. Plaintiff's treating physicians have opined that Plaintiff is unable to work.

72. Plaintiff's treating physicians disagree with Defendant's hired peer reviewers.

73. Plaintiff's multiple disorders have resulted in restrictions in activity, have severely limited Plaintiff's range of motion, and have significantly curtailed her ability to engage in any form of exertional activity.

74. Physicians have prescribed Plaintiff with multiple medications, including narcotic pain relievers, in an effort to address her multiple symptoms.

75. However, Plaintiff continues to suffer from breakthrough pain, discomfort, and limitations in functioning, as documented throughout the administrative record.

76. Plaintiff's documented pain is so severe that it impairs her ability to maintain the pace, persistence and concentration required to maintain competitive employment on a full-time basis, for an 8-hour day, day after day, week after week, month after month.

77. Plaintiff's medications cause additional side effects in the form of sedation and cognitive difficulties.

78. The aforementioned impairments and their symptoms preclude Plaintiff's performance of any work activities on a consistent basis.

79. As such, Plaintiff has been and remains disabled per the terms of the Plan and has sought disability benefits pursuant to said Plan.

80. However, after exhausting her administrative remedies, Defendant persists in denying Plaintiff her rightfully owed disability benefits.

**DEFENDANT'S CONFLICT OF INTEREST**

81. At all relevant times, Defendant has been operating under an inherent and structural conflict of interest as Defendant is liable for benefit payments due to Plaintiff and each payment depletes Defendant's assets.

82. Defendant's determination was influenced by its conflict of interest.

83. Defendant's reviewing experts are not impartial.

84. Upon information and belief, Defendant's peer reviewers have conducted reviews in connection with numerous other individuals insured by Defendant.

85. Defendant knows, or has reason to know, that its in-house medical consultants and the medical consultants hired and/or retained to complete file reviews serve only insurance companies and never individual claimants.

86. Upon information and belief, Defendant pays substantial sums of money to its medical consultants, whether in-house or independent contractors, to conduct reviews for claimants under Defendant's Plan(s).

87. Upon information and belief, Defendant's reviewing experts receive financial incentive to proffer opinions aiding in Defendant's denial of claims.

88. Defendant has failed to take active steps to reduce potential bias and to promote accuracy of its benefits determinations.

**COUNT I:**

**WRONGFUL DENIAL OF BENEFITS UNDER ERISA, 29 U.S.C. § 1132**

89. Plaintiff incorporates those allegations contained in paragraphs 1 through 106 as though set forth at length herein.

90. Defendant has wrongfully denied disability benefits to Plaintiff in violation of Plan provisions and ERISA for the following reasons:

a. Plaintiff is totally disabled, in that she cannot perform the material duties of her own occupation, and she cannot perform the material duties of any other occupation which her medical condition, education, training, or experience would reasonably allow;

b. Defendant failed to afford proper weight to the evidence in the

administrative record showing that Plaintiff is totally disabled;

c. Defendant's interpretation of the definition of disability contained in the policy is contrary to the plain language of the policy, as it is unreasonable, arbitrary, and capricious; and

d. Defendant has violated its contractual obligation to furnish disability benefits to Plaintiff.

**COUNT II: ATTORNEY FEES AND COSTS**

91. Plaintiff repeats and realleges the allegations of paragraphs 1 through 107 above.

92. By reason of the Defendant's failure to pay Plaintiff benefits as due under the terms of the Plan, Plaintiff has been forced to retain attorneys to recover such benefits, for which Plaintiff has and will continue to incur attorney's fees. Plaintiff is entitled to recover reasonable attorney's fees and costs of this action, pursuant to Section 502(g)(1) of ERISA, 29 U.S.C. §1132(g)(1).

WHEREFORE, **Plaintiff demands judgment for the following:**

A. Grant Plaintiff declaratory relief, finding that she is entitled to all past due long term disability benefits yet unpaid;

B. Order Defendant to pay past due long term disability benefits retroactive to April 30, 2021 through the present in the monthly amount specified in the Plan and subject to such offsets as are permitted in the Plan, plus pre-judgment interest;

C. Order Defendant to remand claim for future administrative review and continue to make future long term disability benefits in the monthly amount specified in

the Plan and subject to such offsets as are permitted in the Plan until such time as Defendant makes an adverse determination of long-term disability consistent with ERISA and Plaintiff's entitlements under the Plan;

D. Order Defendant to pay for the costs of this action and Plaintiff's attorney's fees, pursuant to Section 502(g) of ERISA, 29 U.S.C. § 1132(g); and

E. For such other relief as may be deemed just and proper by the Court.

Respectfully submitted,

ROBERT A. FLORIO
ATTORNEY FOR PLAINTIFF
1500 STORY AVE.
LOUISVILLE KY 40206
502-587-0228
robertfloriolaw@outlook.com

| Overpayment Calculation | | | | |
|---|---|---|---|---|
| Originally Paid | *8/1/2020* | *through* | *8/3/2022* | $214,514.43 |
| Less: Should have Paid | *8/1/2020* | *through* | *8/3/2022* | $161,038.50 |
| Overpayment Due | | | | $53,475.93 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $2,900.00 |
| Less: Excess Fee | | | | $4,300.00 |
| **Amount Due** | | | | **$46,275.93** |

# Calculation Worksheet

**Claimant Name:** Keeta Fox

**Customer: PAPA JOHN'S INTERNATIONAL, INC**

**Claim Number (s):** 10310112

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 8/1/2020 | From Date | 8/1/2020 |
| Thru Date | 8/3/2022 | Thru Date | 8/3/2022 |
| Total | $214,514.43 | Total | $161,038.50 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $2,900.00 |
| Excess Fees | $4,300.00 |
| Total: | $7,200.00 |

| | |
|---|---|
| Overpayment Amount: | $ 46,275.93 |
| Underpayment Amount: | $0.00 |

| | |
|---|---|
| Tax Aging: | $0.00 |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 9761441 | 101984161 | 24852606 | 8/1/2020 | 8/3/2020 | 8/11/2020 | $ 621.28 | $ - | $ 621.28 | $ 138.04 | $ 483.24 |
| 10310112 | 103520897 | 25671127 | 8/4/2020 | 3/3/2021 | 3/11/2021 | $ 94,227.56 | $ 14,941.80 | $ 79,285.76 | $ - | $ 79,285.76 |
| 10310112 | 103643036 | 25729438 | 3/4/2021 | 4/3/2021 | 3/29/2021 | $ 13,461.08 | $ 12,114.97 | $ 1,346.11 | $ - | $ 1,346.11 |
| 10310112 | 103854103 | 25836710 | 4/4/2021 | 5/3/2021 | 4/27/2021 | $ 13,461.08 | $ 12,114.97 | $ 1,346.11 | $ - | $ 1,346.11 |
| 10310112 | 104089291 | 25957637 | 5/4/2021 | 6/3/2021 | 5/28/2021 | $ 13,461.08 | $ 12,114.97 | $ 1,346.11 | $ - | $ 1,346.11 |
| 10310112 | 104311195 | 26061357 | 6/4/2021 | 7/3/2021 | 6/28/2021 | $ 13,461.08 | $ 12,114.97 | $ 1,346.11 | $ - | $ 1,346.11 |
| 10310112 | 104542719 | 26174556 | 7/4/2021 | 8/3/2021 | 7/28/2021 | $ 13,461.08 | $ 12,114.97 | $ 1,346.11 | $ - | $ 1,346.11 |
| 10310112 | 104800127 | 26284788 | 8/4/2021 | 9/3/2021 | 8/30/2021 | $ 13,461.08 | $ 12,114.97 | $ 1,346.11 | $ - | $ 1,346.11 |
| 10310112 | 105028325 | 26375067 | 9/4/2021 | 10/3/2021 | 9/27/2021 | $ 13,461.08 | $ 12,114.97 | $ 1,346.11 | $ - | $ 1,346.11 |
| 10310112 | 105280937 | 26485407 | 10/4/2021 | 11/3/2021 | 10/28/2021 | $ 13,461.08 | $ 9,288.14 | $ 4,172.94 | $ - | $ 4,172.94 |
| 10310112 | 105518994 | 26586435 | 11/4/2021 | 12/3/2021 | 11/29/2021 | $ 13,461.08 | $ - | $ 13,461.08 | $ - | $ 13,461.08 |
| 10310112 | 105748623 | 26690245 | 12/4/2021 | 1/3/2022 | 12/28/2021 | $ 13,461.08 | $ - | $ 13,461.08 | $ - | $ 13,461.08 |
| 10310112 | 105997330 | 26795438 | 1/4/2022 | 2/3/2022 | 1/28/2022 | $ 13,461.08 | $ - | $ 13,461.08 | $ - | $ 13,461.08 |
| 10310112 | 106214294 | 26884437 | 2/4/2022 | 3/3/2022 | 2/25/2022 | $ 13,461.08 | $ - | $ 13,461.08 | $ - | $ 13,461.08 |
| 10310112 | 106437770 | 26978061 | 3/4/2022 | 4/3/2022 | 3/28/2022 | $ 13,461.08 | $ - | $ 13,461.08 | $ - | $ 13,461.08 |
| 10310112 | 106670123 | 27079990 | 4/4/2022 | 5/3/2022 | 4/27/2022 | $ 13,461.08 | $ - | $ 13,461.08 | $ - | $ 13,461.08 |
| 10310112 | 106907771 | 27184726 | 5/4/2022 | 6/3/2022 | 5/30/2022 | $ 13,461.08 | $ - | $ 13,461.08 | $ - | $ 13,461.08 |
| 10310112 | 107119283 | 27274452 | 6/4/2022 | 7/3/2022 | 6/27/2022 | $ 13,461.08 | $ - | $ 13,461.08 | $ - | $ 13,461.08 |
| 10310112 | 107365632 | 27382036 | 7/4/2022 | 8/3/2022 | 7/28/2022 | $ 13,461.08 | $ - | $ 13,461.08 | $ - | $ 13,461.08 |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $323,687.20 | $109,034.73 | $214,652.47 | $138.04 | $214,514.43 |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | Salary Continuance | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **9761441** | **101984161** | **24852606** | **8/1/2020** | **8/3/2020** | **8/11/2020** | **$ 621.28** | **$312.60** | | **$0.00** | **$ 308.68** | **$ 138.04** | **$ 170.64** | **$ -** |
| 10310112 | 103520897 | 25671127 | 8/4/2020 | 3/3/2021 | 3/11/2021 | $ 94,227.56 | $21,919.80 | $14,941.80 | $0.00 | $ 57,365.96 | $ - | $ 57,365.96 | $ 19,332.40 |
| 10310112 | 103643036 | 25729438 | 3/4/2021 | 4/3/2021 | 3/29/2021 | $ 13,461.08 | $3,144.00 | $22,435.14 | $0.00 | $ 1,346.11 | $ - | $ 1,346.11 | $ - |
| 10310112 | 103854103 | 25836710 | 4/4/2021 | 5/3/2021 | 4/27/2021 | $ 13,461.08 | $3,144.00 | $22,435.14 | $0.00 | $ 1,346.11 | $ - | $ 1,346.11 | $ - |
| 10310112 | 104089291 | 25957637 | 5/4/2021 | 6/3/2021 | 5/28/2021 | $ 13,461.08 | $3,144.00 | $22,435.14 | $0.00 | $ 1,346.11 | $ - | $ 1,346.11 | $ - |
| 10310112 | 104311195 | 26061357 | 6/4/2021 | 7/3/2021 | 6/28/2021 | $ 13,461.08 | $3,144.00 | $22,435.14 | $0.00 | $ 1,346.11 | $ - | $ 1,346.11 | $ - |
| 10310112 | 104542719 | 26174556 | 7/4/2021 | 8/3/2021 | 7/28/2021 | $ 13,461.08 | $3,144.00 | $22,435.14 | $0.00 | $ 1,346.11 | $ - | $ 1,346.11 | $ - |
| 10310112 | 104800127 | 26284788 | 8/4/2021 | 9/3/2021 | 8/30/2021 | $ 13,461.08 | $3,144.00 | $22,435.14 | $0.00 | $ 1,346.11 | $ - | $ 1,346.11 | $ - |
| 10310112 | 105028325 | 26375067 | 9/4/2021 | 10/3/2021 | 9/27/2021 | $ 13,461.08 | $3,144.00 | $22,435.14 | $0.00 | $ 1,346.11 | $ - | $ 1,346.11 | $ - |
| 10310112 | 105280937 | 26485407 | 10/4/2021 | 11/3/2021 | 10/28/2021 | $ 13,461.08 | $3,144.00 | $9,288.14 | $0.00 | $ 1,346.11 | $ - | $ 1,346.11 | $ 2,826.83 |
| 10310112 | 105518994 | 26586435 | 11/4/2021 | 12/3/2021 | 11/29/2021 | $ 13,461.08 | $3,144.00 | | $0.00 | $ 10,317.08 | $ - | $ 10,317.08 | $ 3,144.00 |
| 10310112 | 105748623 | 26690245 | 12/4/2021 | 1/3/2022 | 12/28/2021 | $ 13,461.08 | $3,145.70 | | $0.00 | $ 10,315.38 | $ - | $ 10,315.38 | $ 3,145.70 |
| 10310112 | 105997330 | 26795438 | 1/4/2022 | 2/3/2022 | 1/28/2022 | $ 13,461.08 | $3,161.00 | | $0.00 | $ 10,300.08 | $ - | $ 10,300.08 | $ 3,161.00 |
| 10310112 | 106214294 | 26884437 | 2/4/2022 | 3/3/2022 | 2/25/2022 | $ 13,461.08 | $3,161.00 | | $0.00 | $ 10,300.08 | $ - | $ 10,300.08 | $ 3,161.00 |
| 10310112 | 106437770 | 26978061 | 3/4/2022 | 4/3/2022 | 3/28/2022 | $ 13,461.08 | $3,161.00 | | $0.00 | $ 10,300.08 | $ - | $ 10,300.08 | $ 3,161.00 |
| 10310112 | 106670123 | 27079990 | 4/4/2022 | 5/3/2022 | 4/27/2022 | $ 13,461.08 | $3,161.00 | | $0.00 | $ 10,300.08 | $ - | $ 10,300.08 | $ 3,161.00 |
| 10310112 | 106907771 | 27184726 | 5/4/2022 | 6/3/2022 | 5/30/2022 | $ 13,461.08 | $3,161.00 | | $0.00 | $ 10,300.08 | $ - | $ 10,300.08 | $ 3,161.00 |
| 10310112 | 107119283 | 27274452 | 6/4/2022 | 7/3/2022 | 6/27/2022 | $ 13,461.08 | $3,161.00 | | $0.00 | $ 10,300.08 | $ - | $ 10,300.08 | $ 3,161.00 |
| 10310112 | 107365632 | 27382036 | 7/4/2022 | 8/3/2022 | 7/28/2022 | $ 13,461.08 | $3,161.00 | | $0.00 | $ 10,300.08 | $ - | $ 10,300.08 | $ 3,161.00 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $323,687.20 | $75,801.10 | $181,275.92 | $0.00 | $161,176.54 | $138.04 | $161,038.50 | $50,575.93 |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

April 14, 2023

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

We are writing in reference to your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

We have been informed that you were awarded Social Security benefits.

As we have discussed, **Papa John's International, Inc's** disability Policy requires us to reduce your disability benefits by the amount of income received by you from other sources, including Social Security.

Specifically, the Policy states:

*Other Income Benefits means:*

> *4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:*
>
> > *a. the Covered Person receives or is eligible to receive; and*
> > *b. his spouse, child or children receives or are eligible to receive because of his Disability; or*
> > *c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.*

As you know, during the time it took the Social Security Administration (SSA) to make its decision, Lincoln paid you unreduced disability benefits. *In effect, we advanced you the money we expected Social Security would ultimately pay, and you signed an agreement to repay the advance upon receiving Social Security benefits.*

Your SSA award notice indicates both the monthly Social Security disability benefit you will receive and your retroactive benefit award.

Accordingly,

- We will begin reducing the monthly LTD benefit we pay you to offset your monthly Social Security benefits.
- You must repay any overpayment immediately, upon notification to you of the amount owed to Lincoln. Please set aside your retroactive payment from Social Security to repay this obligation.
- Upon receipt of all documentation, a member of our Financial Review Services unit will provide you with a written calculation of any overpayment due. Please contact that representative should you have any questions regarding the financial reconciliation of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Abigail Cooney
Social Security Specialist I
Phone No.: (888) 437-7611 Ext. 69187
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

April 14, 2023

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Your disability claim file was referred to Financial Review Services for an overpayment calculation as you were awarded Social Security Disability benefits with an effective date of August 1, 2020. This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period August 1, 2020 through August 3, 2022 with no reduction for Social Security Benefits, you are now overpaid under the terms of your Policy.

**Total Overpayment Amount: $50,575.93**

The Lincoln National Life Insurance Company will work with Doherty, Cella, Keane & Associates regarding the collection of this overpayment. You will be contacted by a representative from Doherty, Cella, Keane, and Associates regarding repayment of this overpayment, however if you wish to reach out to them directly, they can be reached at:

Doherty, Cella & Keane - (800) 211-4736

If payment is not received by May 4, 2023, under the terms of your Policy The Lincoln National Life Insurance Company also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Jessica Drew
Recalc & Recovery Specialist II
On Behalf Of: Jacqueline Johnson
Phone No.: (888) 437-7611 Ext. 16446
Secure Fax No.: (603) 334-0401

Attachments: 10310112-RECOVERY/REPAYMENT-CORRESPONDENCE-04.13.2023

| Overpayment Calculation | | | | |
|---|---|---|---|---|
| Originally Paid | *8/1/2020* | *through* | *8/3/2022* | $214,514.43 |
| Less: Should have Paid | *8/1/2020* | *through* | *8/3/2022* | $161,038.50 |
| Overpayment Due | | | | $53,475.93 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $2,900.00 |
| Less: Excess Fee | | | | $4,300.00 |
| **Amount Due** | | | | **$46,275.93** |

Subject: FW: Keeta Rhenee Fox, Claim Number: 10310112
From: Claims_SSVA <Claims_SSVA@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2023-04-11 15:12:10

--------------------------------------------------------------------------------
From: Awards <awards@dcklaw.com>
Sent: Tuesday, April 11, 2023 7:11:26 PM (UTC+00:00) Monrovia, Reykjavik
To: Claims_SSVA <Claims_SSVA@lfg.com>
Cc: Kim Ostrowski <kostrowski@dcklaw.com>
Subject: Keeta Rhenee Fox, Claim Number: 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Linda McManama
Doherty, Cella, Keane & Associates, LLP
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll Free: 800-211-4736
Direct: 978-922-0411
Fax: 978-922-1644
awards@dcklaw.com
www.social-security-law.com
<http://www.social-security-law.com/>

************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.

DOHERTY CELLA KEANE, LLP
Attorneys at Law | Practice Limited to Social Security Disability
www.dcklaw.com

# Lincoln Life NOA Cover sheet

**Date:** April 11, 2023

**NOA**

| | |
|---|---|
| Claimant #: | 10310112 |
| Claimant Name: | Keeta Rhenee Fox |
| EFT: | Y |
| Date of Referral: | 2/26/2021 |
| Dependents: | N |
| Dependent Name & DOB: | |
| Award Level: | H |
| Date of Entitlement: | 08/20 |
| Past Due Benefit Amount: | $102,424.90 |
| Past Due Benefits Time Period: | 08/20 through 02/23 |
| DOE for Medicare Part A: | 08/22 |
| DOE for Medical Part B: | 03/23 |

**Payment History**

| | |
|---|---|
| Initial Entitlement Amount: | 08/20 - $3,126.00 |
| COLA: | 12/20 - $3,166.80 |
| CAE: | 01/21 - $3,184.80 |
| COLA: | 12/21 - $3,372.70 |
| CAE: | 01/22 - $3,389.60 |
| COLA: | 12/22 - $3,684.40 |
| CAE: | 01/23 - $3,698.60 |
| STAT/WC offset? | N |

If Benefit reduction – what is full benefit amt:

**Fees**

| | |
|---|---|
| Agreed Attorney Fee Amount: | $2,900.00 |
| Excess Fees Paid by SS: | $4,300.00 |

**Additional Comments:**

The claimant's retro payment of $95,224.90 was released 4/4/23.

**Please forward op calculations to: awards@dcklaw.com**

**Doherty, Cella, Keane & Associates , LLP** 100 Cummings Center, Suite 335-N, Beverly MA 01915
Tel. (800)211-4736 I Fax (978) 922-1644 I E-mail: ssdilaw@dcklaw.com

PDF processed with CutePDF evaluation edition www.CutePDF.com

M3

# Social Security Administration
# Retirement, Survivors, and Disability Insurance
## Notice of Award

Southeastern PSC
Birmingham Social Security Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, Alabama 35285-0001
Date: April 5, 2023
BNC#: 23M1794E77416-A

KEETA R FOX

We are writing to let you know that you are entitled to monthly disability benefits from Social Security beginning August 2020.

### Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums and worker's compensation offset. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| August 2020 | $ 3,126.20 | Entitlement began |
| December 2020 | $ 3,166.80 | Cost of living adjustment |
| January 2021 | $ 3,184.80 | Credit for additional earnings |
| December 2021 | $ 3,372.70 | Cost of living adjustment |
| January 2022 | $ 3,389.60 | Credit for additional earnings |
| December 2022 | $ 3,684.40 | Cost of living adjustment |
| January 2023 | $ 3,698.60 | Credit for additional earnings |

### What We Will Pay

We pay Social Security benefits for a given month in the next month. For example, we pay Social Security benefits for March in April.

- Your first check is for $95,224.90.

SEE NEXT PAGE

- This is the money you are due through February 2023.
- Your next scheduled payment of $3,533.00 which is for March 2023, will be received on or about the second Wednesday of April 2023.
- After that, you will receive $3,533.00 on or about the second Wednesday of each month.
- The day of the month you receive your payments depends on your date of birth.

## Other Information

We are sending a copy of this notice to your representative.

## The Date You Became Disabled

We found that you became disabled under our rules on February 3, 2020.

You have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. Your first month of entitlement is August 2020.

## Information About Medicare

You are entitled to hospital insurance under Medicare beginning August 2022.

You are entitled to medical insurance under Medicare beginning March 2023.

If you want medical insurance to start earlier, you can choose to have it start in August 2022. If you want this benefit to start earlier, you must do the following things within 60 days after the date of this notice:

- tell us in writing that you want the medical insurance benefits beginning August 2022;
- pay us $1,180.30 (this covers the premiums due from August 2022 through February 2023); or,
- tell us we can withhold this amount from the check.

If you want the benefits beginning August 2022 but find it hard to pay the premium amount in a lump sum, ask us about other ways to pay the money.

For Medicare services received before October 1, 2022, Medicare Part B benefits may be paid only if the service provider submits a claim on or before September 30, 2023. Please give your providers a copy of this letter; ask them to include a

SEE NEXT PAGE

copy of this letter when submitting these claims to Medicare.

We charge a monthly premium for your Medicare Part B (Medical Insurance). The rates are shown below:

| Beginning Date | Amount |
|---|---|
| March 2023 | $ 164.90 |

We are taking Part B (Medical Insurance) premiums due through April 2023 out of the check you will receive around April 12, 2023. These premiums total $329.80. We will deduct premiums 1 month in advance.

*04031TCK.O000026* 0000004

## Medicare Prescription Drug Plan Enrollment

Now that you are eligible for Medicare, you can enroll in a Medicare prescription drug plan (Part D).

To learn more about the Medicare prescription drug plans and when you can enroll, visit www.medicare.gov or call 1-800-MEDICARE (1-800-633-4227; TTY 1-877-486-2048). Medicare also can tell you about agencies in your area that can help you choose your prescription drug coverage.

If you have limited income and resources, we encourage you to apply for the extra help that is available to assist with Medicare prescription drug costs. The extra help can pay the monthly premiums, annual deductibles and prescription co-payments. To learn more or apply, please contact us.

## Information About Representatives Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $102,424.90 for August 2020 through February 2023. Under the fee agreement, the representative cannot charge you more than $7,200.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

We are paying the representatives from the benefits we withheld. Therefore, we must collect a service charge from each of them. The service charge is 6.3 percent of the fee amount we pay, but not more than $113, which is the most we can collect in each case under the law. When 6.3 percent of the combined payments exceeds $113, we divide the $113 service charge based on the individual fee amounts. We will subtract part of the service charge from the fee amount payable to each representative.

SEE NEXT PAGE

A representative cannot ask you to pay for the service charge. If a representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## How to Ask Us to Review the Fee

You, your representative, or the person who decided your case can ask us to review the amount of the fee we say your representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

ERIC ANSCHUETZ
SOUTHEASTERN PROGRAM SERVICE CENTER
1200 REV. ABRAHAM WOODS, JR. BLVD.
BIRMINGHAM, AL 35285-0001

Your representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or your representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $7,200.00 from your past-due benefits to pay the representative.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away. We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits". It will tell you what must be reported and how to report. Be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

SEE NEXT PAGE

## Things To Remember

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## Do You Think We Are Wrong?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

SEE NEXT PAGE

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-888-280-5851.

SOCIAL SECURITY
STE 50
10503 TIMBERWOOD CIR
LOUISVILLE KY 40223

How are we doing? Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

Enclosure(s):
SSA Pub No 05-10153

Subject: FW: Keeta Rhenee Fox, Claim Number: 10310112
From: Claims_SSVA <Claims_SSVA@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2023-02-27 11:00:17

From: Awards <awards@dcklaw.com>
Sent: Friday, February 24, 2023 12:02 PM
To: Claims_SSVA <Claims_SSVA@lfg.com>
Subject: Keeta Rhenee Fox, Claim Number: 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good afternoon,

Please be advised the SS disability claim for the above claimant has been approved. We do not have specific award data yet but will forward to you upon receipt.

Thank you,

Larissa W. Herring
Doherty, Cella, Keane & Associates, LLP
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com
<https://nam04.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.social-security-law.com%2F&data=05%7C01%7CClaims_SSVA%40lfg.com%7Cf0fadddce14e4b71275c08db1688d3dc%7C873a355e15b143df8da4f98426fb7241%7C1%7C0%7C638128549146988840%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=HAES4nAmWlh4LX1AkMch5j%2Fj3GYl4gB7bBdtwfpsL%2FE%3D&reserved=0>

************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
************************************************************************

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, December 6, 2022 2:29:36 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | bvnfixqygjp1jwnqoatp_14129741.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 6, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

We reviewed your appeal request for Long Term Disability ( LTD ) benefits and maintained the decision to deny benefits beyond August 3, 2022.

**Initial Claim Decision**

You submitted a claim for your absence from work as of February 4, 2020. Your LTD benefits began on August 4, 2020, therefore the change in definition of disability occurred on August 4, 2022, and to receive benefits beyond 24 months you must be disabled from any occupation as defined in the Policy. Benefits beyond August 3, 2022, were denied as the evaluation concluded you were no longer disabled as defined by the Policy.

The basis for the decision was outlined in a letter dated August 4, 2022. You were provided an opportunity to request an appeal review of the denial, stating the reasons why you felt that your claim should not have been denied, and submit additional information to support your claim. Specifically, you were advised to submit the following information: In your request for review please include the following documentation: *All documentation from Dr. Potts, Dr. Yee, Dr. Villanueva, Dr. Blackburn, Dr. Briley and / or any of your other treating providers that would show evidence that you do meet the definition of disability continuously from Any Occupation as of August 4, 2022 and beyond, such as: test results with positive findings, such as an MRI or CT Scan, office visit notes that document physical exam findings, hospitalization records, lists of prescription medications with their start date/dosages, a detailed treatment plan which would outline a description of your specific restrictions and limitations, and any physical or occupational therapy records. It may also be helpful for you to provide any of the following types of records / reports: An Independent Medical Examination (IME) or Functional Capacity Evaluation (FCE) report with valid medical evidence indicating your current capacity and functionality A full copy of your Social Security Administration (SSA) disability benefit claim file including any IMEs that may have been performed on behalf of the SSA. You should also provide any additional information that you feel will support your claim.*

**<u>Appeal</u>**

An email was received dated August 8, 2022, documenting your diagnoses of small fiber neuropathy and mast cell activation syndrome.

> *An information flyer entitled "This is Sjogren's…." was received.*
>
> *Coronavirus updates were received from The Social Security Administration including the listing section for Immune System Disorders – Adult.*
>
> *A polysomnography report was received from Norton Sleep Center, by Dr. Josephine Mei, dated August 8, 2022. The study was completed July 11, 2022.*

An email was received dated August 10, 2022, outlining your diagnoses, and treating providers.

In an email on August 11, 2022, you documented having cervical stenosis treated by Dr. Villanueva requiring physical therapy which was not beneficial.

Correspondence was sent to you dated August 15, 2022, providing you until September 14, 2022, to provide any additional documentation for your appeal.

> *Medical documentation was received from New Horizons Integrative Medicine , Dr. Kimberly Lentz. You were seen July 7, 2022, for ongoing evaluation and treatment considerations. You reported some mild symptoms for about ten years. Your diagnoses included Lyme disease and chronic Epstein Barr Virus. You had a phone consult on July 28, 2022, to discuss test results. It was documented that your primary issues were Bartonella and EBV and your treatment plan was pharmaceutical treatment.*
>
> *Labs and diagnostic reports were received.*
>
> *A letter was received from Dr. Pamela Yee, Blum HealthMD, dated August 18, 2022. It was documented that you consulted with Dr. Yee from September 15, 2021, through May 25, 2022, and you were diagnosed with several conditions including mast cell activation syndrome, postural orthostatic tachycardia, and tick born infections. Dr. Yee provided a medical summary of your findings.*
>
> *A Disability Determination Services review by Dr. Jamaal Richie, dated January 6, 2022, revealed your chief complaints were Sjogren's syndrome, chronic fatigue syndrome, fibromyalgia, neuropathy, cecal volvulus, cervical stenosis, carpal tunnel syndrome, small intestinal bacterial overgrowth, and gastritis. Your examination noted antalgic gait, stable station, mild difficulty getting on and off the examination table, no swelling, erythema, atrophy, anatomic deformity, spasm, tenderness, or active rheumatoid arthritis. You exhibited 3/5 bilateral grip strength and 4/5 bilateral lower extremity strength with limited range of motion and no focal neurological deficits. Imaging of the knee noted grade 3 advanced degenerative joint disease with no findings of fractures or notable pathology. It was opined that you were limited in your ability to sit, stand, and ambulate by history, with*

*findings supported by the physical examination. It was documented that you required the use of an ambulatory assist although one was not present on examination. You did not demonstrate significant limitations in performance of fine motor task. You were documented to be dependent on others for most activities of daily living. It was opined that your physical deficits and medical conditions may make it difficult to perform certain tasks and to maintain a job.*

*A letter was received from Papa Cares, Dr. Greg Potts, dated August 29, 2022, noting your medical diagnoses of Sjogren's syndrome, mast cell activation syndrome, small intestine bacterial overgrowth, postural orthostatic tachycardia syndrome / orthostatic intolerance, Lyme disease and chronic Epstein Barr Syndrome, fibromyalgia, chronic fatigue syndrome and other conditions such as carpal and cubital tunnel syndrome, cervical spine stenosis and bilateral knee osteoarthritis. Your symptomology was documented and it was noted that the severity and frequency vary day to day with significant overlap in symptoms. It was opined that you would be severely limited in your ability to be gainfully employed due to episodic flu-like symptoms and fever, frequent trips to the restroom, exposure that might trigger or worsen one or more of these conditions, profound fatigue, and physical discomfort. It was opined that you are awarded full disability.*

*A letter was received from Kimberly Lentz dated August 25, 2022, noting you have been under her care since July 2022 and you are currently on treatment for positive of Borellia, Bartonella and Epstein Barr Virus. It was documented that you are experiencing flares of your symptoms which are debilitating at times. Your symptoms include chronic fatigue, nerve pain, fever, joint pain, muscle pain, polyneuropathies, and insomnia. It was documented that complicating your recovery was other diagnoses including mast cell activation syndrome, Epstein Barr Virus (EBV) and postural orthostatic tachycardia (POT). The symptoms that accompany these diagnoses include syncope, tachycardia, headaches, nausea, debilitating fatigue and dysregulation of your temperature, pulse, and blood pressure. You were struggling to go up and down stairs, and your symptoms were noted to be sporadic and unpredictable. It was documented that it would be best if you could undergo treatment and recover at home. Dr. Lentz indicated that she did not see how any limitations at the workplace would enable you to continue working with your current diagnoses.*

*A letter was received from Dr. Steven Stern dated January 27, 2021, noting you were a patient in the Arthritis Center and being helped for underlying immunologic disorder. It was documented that your condition involves multiple organ systems and is permanent in nature. Dr. Stern requested that you be given disability based on your condition and other conditions diagnosed by the Mayo Clinic. It was opined that you will not be able to work at your job or any job.*

On September 12, 2022, you confirmed that your appeal submission was complete.

On September 14, 2022, we received an email asking if the medical documentation from Social Security Disability was received. We sent to you on September 14, 2022, a detailed list of all medical documentation received since August 4, 2022.

**Initial Evaluation**

A medical review was received from Dr. Jeffery Grimes, board certified in internal medicine, dated May 26, 2020. Dr. Grimes was able to speak to Dr. Potts who reported that you had significant fatigue believed to be due to sick building syndrome . You were noted to have significant mold in your home. Your EMG was reportedly normal. You had not been seen by Dr. Potts in three months due to COVID-19. You were communicating via phone and seeing a functional medicine nurse practitioner. It was indicated that you had an appointment at the Cleveland Clinic in functional-integrative medicine and you were seeing a psychiatrist. It was reported that your psychiatrist did not believe that your condition was primarily a mental health issue. Dr. Potts did not believe that you were capable of performing your high stressed job. You were noted to be improving but not at a level of having functional capacity.

Dr. Grimes was able to speak to Anna Stone, nurse practitioner. Ms. Stone practices functional medicine . She reported that mold in your home had made you ill. She indicated that this started in December when you spent five hours in a damp basement. She believed that the mold had caused a chronic inflammatory response syndrome. It was reported that your major symptoms were fatigue, depression, left hand tremor and constipation. She admitted that you were very sad and depressed. She believed that you would be able to return to work in 30-60 days and you were very motivated to return to work.

Dr. Grimes did not attempt to reach Dr. Jaimin Shah, neurology. It was noted that you were referred to psychiatry pain rehabilitation center and found to have an essentially normal physical examination with normal EMG.

Based on the medical documentation, Dr. Grimes opined that you did not have an impairing diagnosis. Your comorbid diagnoses included cervical degenerative disc disease, lumbar degenerative disc disease and fatigue. Dr. Grimes documented that you had seen multiple providers for your conditions and symptoms. Although you had an abnormal cervical MRI with degenerative changes, mild spinal stenosis, and foraminal stenosis, it was opined that there was no documentation that would support any impairment. You had a normal EMG of upper and lower extremities. In addition, there was no recent physical examination to support any impairment. You had seen pulmonary, gastroenterology, neurology, and rheumatology with diagnosis of diverticulosis, colon polyps, and bulbous emphysema with post inflammatory changes of the lung. However, there was no documentation of any of your conditions translating to or supporting any impairment. Therefore, it was concluded that restrictions and limitation were not applicable from May 3, 2020 forward.

Dr. Grimes also concluded that the medical documentation did not support central sensiti ation syndrome or systemic inflammatory response syndrome.

A medical review was received from Dr. Robert Swotinsky, board certified in occupational medicine, dated June 29, 2020.

Based on the medical documentation, Dr. Swotinsky concluded that the primary impairing diagnoses were cervical spinal stenosis and lumbosacral spinal stenosis with comorbid diagnoses of small fiber sensory neuropathy. Dr. Swotinsky opined that due to spinal stenosis you were limited to lifting and carrying no more than 25 pounds and restricted from overhead activities until July 22, 2020.

You were diagnosed with small fiber sensory neuropathy by skin biopsy in February 2020. Your

records failed to show abnormalities in balance and muscle function. Your cervical MRI from January 2020 revealed foraminal narrowing. Dr. Swotinsky concluded that the medical documentation lacked examination findings that clarified the degree of functional impairment involving the cervical spine. It was opined that it was not unreasonable to restrict heavy and overhead lifting and 25 pounds lifting restriction was recommended with avoidance of overhead work related to your cervical and lumbar spinal stenosis. Restrictions and limitations were supported for six months after the January 2020 or until July 2020. Inflammatory rheumatologic disease was ruled out as the rheumatologist found that you did not have inflammatory rheumatologic disease. Mold related disease and gastroparesis were also ruled out.

On July 27, 2020, you reported you ceased work due to a number of medical conditions and symptoms. You indicated your worse condition was small fiber neuropathy with pain and tingling in the fingers and legs. You also reported heart palpitations that were also concerning as well as gastroparesis.

On August 14, 2020, you reported that Dr. Shah could be removed from your medical records request as this provider had very limited exposure to you and you had no plan of returning to this provider. You reported that Dr. Potts would have all information from Dr. Shah. You were advised that medical documentation was still pending from Dr. Kemp and Dr. Young.

Medical documentation was received from Dr. Young, Cleveland Clinic, from May 2020 to August 2020. The medical reflected you were seen for mold and Lyme disease. It was noted that you would be working on your diet plan discussed with the nutritionist allowing for gentle detoxification and decreasing inflammation.

Your claim was reviewed in a consultation with Dr. Paul Stander, board certified in internal medicine, dated September 22, 2020. Dr. Stander concluded that the medical records demonstrated some limited impairment in your ability to reliably perform your usual life and work activities from February 1, 2020, to the present and ongoing indefinitely. It was indicated that you would need some accommodation for rest periods of a few minutes several times per hour when using your hands and fingers to operate a computer keyboard or other activities for prolonged periods. No other restrictions and limitations were documented.

An Occupational Analysis dated September 29, 2020, concluded that your occupation of Vice President was performed at a sedentary physical demand level in the national economy with occasional reaching, handling, fingering and frequent keyboarding.

Based on the medical review findings and the demands of your occupation, it was determined that you were not precluded from performing the demands of your occupation and a denial determination was rendered on October 5, 2020.

Additional medical documentation was received for review and consideration. The October 2020 determination was appealed.

A medical review was completed by Dr. Oluyemisi Awokbokun, board certified in internal medicine and rheumatology, dated January 22, 2021. Attempts were made to reach Dr. Potts; no contact was established.

Based on the review of the medical documentation, Dr. Awokbokun concluded the primary diagnosis from a rheumatological standpoint was Sjogren s syndrome with comorbid conditions of gastroparesis, volvulus, and Lyme disease.

Dr. Awokbokun opined considering the entire clinical picture, the provided documentation did not support a level of impairment that translated into restrictions and limitations from August 2020 forward from a rheumatological standpoint. It was documented that you had a long and complicated medical history positive for multiple gastrointestinal disorders. It was stated that you had a history of Lyme disease, irritable bowel syndrome, and gastroparesis and had been utili ing holistic medications and supplements. You also had been exposed to ongoing mold issues. On October 15, 2020, you were seen by a rheumatologist and was found to meet the criteria for Sjogren's syndrome. It was stated that they discussed possible trials of medications for ongoing redness present in your hands and you were advised to discuss possible IVIG with neurology. However, although you had a multitude of symptoms and had undergone surgical intervention for a cecal volvulus in November 2020, the provided documentation was limited from a rheumatological standpoint to support restrictions and limitations.

An addendum report was received by Dr. Awokbokun dated February 8, 2021, after contact was established with Dr. Potts. Dr. Potts reported that you were not formally diagnosed with a rheumatic disorder until the last quarter of the year in 2020 after having visited multiple physicians. He reported that you were formally diagnosed with Sjogren s syndrome and you were gradually improving on immunosuppressive therapy. It was mentioned that you did have the complication of needing emergency bowel surgery in November with limitation of no work for six weeks post-surgery. Dr. Potts reported that you were not able to work full time.

Dr. Awokbokun opined considering the provided documentation and the peer to peer conversation with Dr. Potts, total impairment was supported and you had restrictions and limitations from August 2020 to the present from a rheumatological perspective based on the new diagnosis of Sjogren s syndrome and ongoing symptomology to allow for ongoing medical management, rest, and adjustment. Dr. Awokbokun opined that it was reasonable to re-assess your functionality in March 2021.

Another addendum was completed June 2, 2021, by Dr. Awokbokun. Attempts were made to reach Dr. Gregory Potts and Dr. Steven Stern; no contact was established.

The additional medical documentation indicated that you were hospitali ed in November 2020 for severe abdominal pain and diagnosed with cecal volvulus. You had exploratory laparotomy with surgical resection of the cecum. You were seen by rheumatology in on March 10, 2021. You were utili ing A athioprine with no difference in your symptoms. You endorsed ongoing joint pain and difficulty walking.

Dr. Awokbokun concluded that the additional documentation indicated that you continued to struggle with your Sjogren s syndrome as well as comorbid diagnoses. Dr. Awokbokun indicated that the medical documentation did not clearly indicate the presence of ongoing functional deficits and given the lack of functional improvement with medications, total work restriction was extended until August 1, 2021, to allow submission of additional documentation to support the need for ongoing restrictions and limitations.

An addendum report was completed by Dr. Awokbokun dated March 7, 2022. Dr. Awokbokun opined that there was no impairing diagnosis identified. You were documented to have comorbid conditions of carpal tunnel syndrome, positional orthostatic hypotension syndrome, Sjogren s syndrome and mononucleosis.

Dr. Awokbokun concluded taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the supportive level of impairment did not translate into restrictions and limitations from August 1, 2021, to present and beyond for any duration. While records indicated that you had a history of Sjogren s syndrome, with reports of various aches and pains, gastrointestinal issues, possible carpal tunnel syndrome, cervical stenosis, POTS, and mononucleosis, the treating physician did not elaborate on how any of these diagnoses and/or symptoms were specifically affecting your ability to function on a daily basis. There were some reports of fatigue, slight reduction in range of motion of the neck as noted on July 27, 2021, with varying reports of uncontrollable diarrhea, bloating, and flatulence. However, aside from some reports that fatigue could be debilitating, there was no supporting evidence that the conditions individually or in combination were impairing you from completing activities of daily living or work-related duties. It was opined that the physician would need to elaborate further on how each of these conditions were affecting you and preventing you from working in any capacity.

Previously, it was determined that you required total restriction from August 2020 with an evaluation to be conducted by March 2021 due to a new diagnosis of Sjogren's syndrome. The total restrictions were then extended until August 1, 2021, to allow for the submission of additional documentation to support the need for ongoing restrictions and/or limitations. However, based upon the currently provided information, while it was noted that you continued to treat symptoms of Sjogren s syndrome, the medical evidence did not support that you were significantly impaired because of these conditions. You reported fatigue and claimed to have low-grade fevers from time to time, but did not elaborate on how these symptoms were preventing you from completing activities of daily living or work-related duties.

It was documented while you were reportedly diagnosed with POTS, based on a tilt table test and the NASA lean score on November 8, 2021, there were no other records supporting that this condition was causing significant dysfunction. Therefore, you did not require restrictions or limitations because of POTS. The mast cell activation diagnosis likewise was not found to have caused impairments. The small intestinal bacterial overgrowth (SIBO) was also not impairing. While you reported episodes of uncontrollable diarrhea with fecal urgency, this was not found to be occurring on a routine basis requiring restrictions and limitations. As for mononucleosis (reportedly diagnosed in the summer), the treating physician did not specify that this was causing you difficulties in functioning. Therefore, while Sjogren's will likely require treatment for flareups, the provided documentation did not elaborate on how this condition was specifically affecting you on a daily basis and preventing you from engaging in the work environment. The treating physician did not indicate that you needed to work on a part-time basis or could work full-time with or without work restrictions and/or limitations. It as opined that the treating physician would need to provide a breakdown of what diagnoses were causing impairments and specify how they affected your ability to use your upper and lower extremities, your spinal regions, your cardiovascular function, your cognition, etc.

It was further documented that peer-to-peer conversation had been unsuccessful and was needed in order to gain a better perspective regarding how you were functioning throughout the day.

Unsuccessful attempts were made to reach Dr. Steven Stern, Dr. Pamela Yee, and Dr. Gregory Potts. It was concluded that until the treating physician could provide this information, there was no support for impairments.

An additional medical review was completed by Dr. Joseph Pachman, board certified in occupational medicine, dated March 18, 2022.

Based on the review of the medical documentation, Dr. Pachman concluded the primary impairing diagnoses were anxiety, depression, orthostatic intolerance and Sjogren s syndrome with comorbid conditions of cervicalgia, irritable bowel syndrome and chronic fatigue.

The medical history was remarkable for an intestinal torsion that resulted in a partial colon resection on November 16, 2020. Your primary complaint appeared to be related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. You also had complaints of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain was reportedly noncontributory.

You also had complaints of gastrointestinal symptoms, including constipation, flatulence, urgency, and bloating. You were diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and irritable bowel syndrome by your alternative medicine physician Dr. Yee. Dr. Stern noted on November 5, 2021, that gut symptoms are improving .

The Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent di iness. As per Dr. Yee (in her note on December 29, 2021) you believed that the Mayo Clinic attributed your symptoms to be in her head . You also obtained an extensive evaluation at the Cleveland Clinic. You were diagnosed with Sjogren s syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, your primary medical provider, Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records.

Dr. Potts also noted that you were treating with a psychiatrist once per month, and Dr. Yee noted in her December 29, 2021 note that you had received psychiatric treatment for years . (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in an attending physician discussion, and there was also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced severe mood swings . Your attending gastroenterologist noted a heavy alcohol intake , with reference to multiple daily drinks, but there was later reference from providers that your alcohol consumption had decreased. You continued to be prescribed medication for anxiety, depression, and insomnia. Anxiety and depression were listed as comorbid conditions.

You were also treated by your spine surgeon Dr. Villaneuva, who had diagnosed cervical stenosis. No reference to frank myelopathic signs were noted. The MRI report of the cervical spine on January 22, 2020, was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. You were diagnosed with small fiber neuropathy at one point but this was also

apparently ruled out at Mayo Clinic. You had also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical examination findings and negative electrophysiological results. On December 21, 2020, Dr. Blackburn noted that you were 70% improved (regarding your report of pain and tingling in your wrists) with continued relief, and able to (now) sleep without braces . There was also reference in the records to a diagnosis of erythromelagia. This was documented to be another rare condition that can result in burning pain and skin redness. On November 5, 2021, Dr. Stern noted that .skin symptoms are much improved , with treatment that included antihistamines and proton pump inhibitors.

Other diagnoses that had been suggested to explain the variety of reported symptoms included reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and chronic inflammatory response syndrome. The latter diagnosis was hypothesi ed by your alternative provider, Dr. Yee, to be the result of mold exposure. The records indicate that you attributed mold exposure at home to much of your conditions. However, on December 29, 2021, Dr. Yee documented that you were feeling better and not sure why , and that you were functioning fine.

Dr. Pachman opined that you had full-time work capacity with restrictions and limitations of only occasional activity in very dry environments without a humidifier, no activities at heights or climbing, and no moving weights greater than 20 pounds occasionally and 10 pounds frequently.

Surveillance was conducted on April 8, 2022, and April 9, 2022, and no activity was observed.

A copy of Dr. Pachman s report was shared with Dr. Pamela Yee, Dr. Ethan Blackburn, Dr. Wayne Villanueva, and Dr. Steven Stern. Your providers were provided until May 25, 2022, to review the report and provide a response.

A response was received from Dr. Steven Stern dated January 27, 2021. Dr. Stern noted you have been a patient in the Arthritis Center to manage your underlying immunologic disorder involving multiple organ system manifestations and is permanent in nature and will continue to last the rest of your life and well past a year. Dr. Stern asked for consideration for disability based on your conditions. Dr. Stern opined that you were not able to work at your job or any job during the last 12 months.

Medical documentation was received from Dr. Denise Winland, psychiatry, from February 2019 through February 2022. A letter was received dated April 28, 2021, noting you were seen since 2004 for treatment of mild depression and anxiety. You were seen for supportive psychotherapy and medication management. It was documented that you had depression and grief, coping with the loss of function and loss of your ability to perform at high levels. You were prescribed Duloxetine for treatment of mood symptoms, physical pain, and fatigue. You were also prescribed Ambien for insomnia. You were treated monthly. A functional mental status evaluation form was received dated February 9, 2022.

Medical documentation was received from Dr. Stern. You were seen March 16, 2022, for follow up for Sjogren s syndrome and new diagnoses. You were status post complete dental extraction due to infections. You reported your teeth were sent to testing and Lyme disease was confirmed. It was documented that your Western Blot test had two positive bands but your ELISA was negative. Your small intestine bacterial growth was a little better. You were started on supplements and you

reported that it was making a difference. You endorsed pain that was waking you up at night and worsening hip pain which you blamed on a bulging disc. You were also noted to have left posterior pelvic misalignment which you were self-correcting several times a day. It was suggested that you wear a pelvic belt. Your diagnoses included systemic involvement of connective tissue and abnormal weight loss. You were also noted to have cecal volvulus with resection and appendectomy showing pre-cancerous lesions, cervical stenosis, sick building syndrome from water damage, chronic sensiti ation syndrome, mast cell activation syndrome, CIBO syndrome and Epstein Barr Virus reactivation syndrome with overwhelming fatigue. You were instructed to follow up in six months.

A copy of Dr. Pachman s report was sent to Dr. Lauren Briley, gastroenterology, and Dr. Stern. Dr. Briley and Dr. Stern were provided until July 22, 2022, to review the report and provide a response.

An Attending Physician Statement was received from Dr. Ethan Blackburn noting diagnoses of left lateral epicondylitis, and bilateral carpal tunnel syndrome. It was documented that you had left elbow pain and intermittent numbness and tingling in the bilateral hands. You were noted to be able to continuously lift various weights, stand, walking, sit, balance, stoop, kneel, finger, crouch, crawl, grasp, climb, push, pull, bend and reach. It was documented that you were able to return to work full time on July 18, 2022. Your visits were received from June 2019 through April 25, 2022. You presented with left elbow pain described as burning and aching with left hand numbness. You were treated previously with bracing and steroid injections. Your last injection was November 29, 2021, with some benefit reported. You were continuing to wear night splints with continued reports of numbness and tingling. Your EMG from November 2019 revealed bilateral median nerve neuropathy at the wrists and left ulnar nerve neuropathy.

Medical documentation was received from Pinnacle Physical Therapy from February 2022 to June 2022 for left lateral epicondylitis, cervical degenerative disc disease and cervical strain.

An additional medical assessment was received from Dr. Pachman dated July 25, 2022, considering the updated medical from Dr. Stern, and Dr. Blackburn. Records from Dr. Winland were acknowledged; however, no psychiatric restrictions were indicated and it was documented that you agreed that you did not have a psychiatric impairment.

Dr. Pachman opined that the updated information did not alter the prior medical assessment s findings. It was documented that based on Dr. Winland s report, anxiety and depression were no longer recommended as an impairing diagnoses. Dr. Pachman did conclude given the persistence of symptoms despite maximal medical evaluation and treatment, the recommended restrictions and limitations outlined in the March 2022 assessment could more than likely be considered permanent.

Your claim was previously reviewed by a vocational consultant, for a transferrable skills analysis based on your prior work history, educational background, and/or life experience and capacity within the restrictions and limitations outlined and was determined that you could perform the following occupations: Controller, and Vice President.

**Appeal Evaluation**

During the review of your appeal, your claim was reviewed by Dr. Louise Banks, an independent physician who is board certified in occupational and internal medicine. Attempts were made to

reach Dr. Pamela Yee, and Dr. Ethan Blackburn; no contact was established.

Dr. Lent reported on October 5, 2022, that she has only seen you once and that was July 7, 2022. She advised that she did not do functional assessments on her patients.

Dr. Villaneuva was contacted on October 4, 2022, Sierra returned the call stating that Dr. Villaneuva had advised that he would not be commenting on the claim.

Dr. Stern s office was contacted on October 3, 2022, and October 4, 2022. Amanda informed Dr. Banks that Dr. Stern was on vacation. Dr. Banks asked to speak with a physician assistant and was transferred to Vicky who reported that she was not comfortable commenting on the case.

Dr. Potts reported on October 5, 2022, that he was no longer your primary care physician. He reported that you had severance from your previous employer and as a part of your severance agreement you were allowed to continue seeing Dr. Potts, company physician, for 18 months after your severance. Dr. Potts advised that he would no longer comment on your functional status.

Based on his review of the medical records, Dr. Banks concluded that there were no functional impairing diagnoses from August 3, 2022 forward. Dr. Banks noted that you had been advised to pursue surgical treatment of carpal tunnel and cubital tunnel syndrome . You had some cervical spinal degenerative disease on imaging, and Dr. Wayne Villanueva has advised that at some point you would likely require a C5 corpectomy. However, Dr. Banks noted the clinical examinations and the results of electrodiagnostic studies do not indicate that this is currently a functionally impairing condition. You were advised to pursue epidural steroid injections for treatment of neck pain complaints, and it was documented that you did not seem to have pursued this. Dr. Lent diagnosed you with Lyme disease. Dr. Banks noted that it is not evident that you meet CDC criteria for Lyme disease. You seemed to have had an episode of Epstein-Barr recurrence serologically, and Dr. Lent advised that he was treating you with Valacyclovir for this. You had been advised to seek treatment or opinion from an Infectious Disease consultant and Dr. Banks noted it does not seem that you have done this. Dr. Banks indicated that he was not certain that the treatment for alleged Lyme disease or Epstein-Barr virus was indicated in this case. The recommendations for topical treatments for sicca syndrome are very reasonable. It was noted that at one time, you were advised that you should be on immunosuppressive therapy for Sjogren syndrome. It was noted that you seemed to have been intermittently compliant with this. It was opined that you do not seem to have functional impairment from a rheumatologic disease from August 3, 2022 forward.

In regard to the diagnoses of mast cell activation syndrome, postural orthostatic tachycardia syndrome (POTS), small intestinal bacterial overgrowth (SIBO), fibromyalgia, spinal stenosis, knee pain, irritable bowel syndrome and Epstein-Barr virus, Dr. Banks reported the following:

> *"i. **Mast cell activation syndrome** is treated appropriately in this case with antihistamines and proton pump inhibitors, and there is no indication on documented clinical examinations that the insured has functional impairment from this diagnosis.*
>
> *ii. **POTS**. There was no definitive diagnosis made of POTS. There was an increase in heart rate with the NASA lean test documented by one of her providers; however, there was no concomitant drop in blood pressure, and as one consultant said, anxiety seems to have played a role in the increase in heart rate. There is no evidence that the insured has*

*functional impairment or even meets standard criteria for a diagnosis of POTS. Evaluation was never escalated to include standard tilt table testing, and treatment was never escalated to include thigh-high compression stockings or use of appropriate medications. This is not because of an oversight on the part of her treating physicians but rather because she does not seem to have required any escalation in evaluation or treatment related to that diagnosis.*

*iii. **SIBO, small intestine bacterial overgrowth**. A consultant at the Mayo Clinic opined that this was likely a contaminant. The insured has received appropriate treatment for that diagnosis in the form of Xifaxan. She was also advised by one consulting gastroenterologist to trial some rotating antibiotics; however, she declined. There is no evidence that the insured has functional impairment from a diagnosis of SIBO or even that she meets standard criteria for that diagnosis.*

*iv. **Fibromyalgia syndrome**. This is not a functionally impairing diagnosis.*

*v. **Spinal stenosis**. There is evidence that the insured has some degenerative disc disease in the cervical spine; however, there is no evidence clinically or by electrodiagnostic study that she has neural compromise which would result in functional impairment from this diagnosis. She has elected not to pursue the recommended treatment of epidural steroid injection.*

*vi. **Knee pain**. The insured reports knee pain and there does not seem to be any consistent functional impairment from this diagnosis. The disability evaluator opined that she had significant osteoarthritis; however, he was the only documented evaluator to have that finding. On 03/16/2021 Samuel Carter, MD, an orthopedic surgeon, evaluated the insured and found that she had full range of motion, normal strength, and evidence of mild osteoarthritis. He advised conservative treatment with steroid injections on an as-needed basis and physical therapy. In follow up of 04/16/2021, Dr. Carter advised that the insured could pursue MRI in order to evaluate for a possible meniscal tear and/or pursue viscosupplementation. She seems to have declined either, and her functional knee exams are documented as unremarkable. Therefore, no functional impairment and no work activity restrictions are attributable to that diagnosis.*

*vii. **Irritable bowel syndrome**. This is not a functionally impairing diagnosis.*

*viii. **Epstein-Barr virus reactivation**. There is no evidence in the records provided for this review that the insured has functional impairment as a result of that diagnosis. Documented clinical examinations are unremarkable."*

Correspondence was sent to you dated October 19, 2022, providing a copy of Dr. Banks report for your review. You were provided until November 7, 2022, to review the report and provide a response.

As part of your response the following information was received.

An email dated October 19, 2022, asking how Dr. Banks responded to your provider stating that you were unable to work 40 hours per week, and how did Dr. Banks address Dr. Jamall Richie statement

noting that your deficit may make it difficult to perform certain task and maintain a job (Social Security Rep). You noted that five providers have indicated that you are unable to work 40 hours per week including Dr. Stern, rheumatologist. You asked for a definition of functional impairment. You also asked that diagnoses the reviewer disagreed with. You provided your list of diagnoses and treatment. You asked that your communication was in writing and you noted that you would be providing all related documentation from Doherty, Celle, Keane and Associates.

As Dr. Jamall Richie s report was an Independent Medical Assessment by the Social Security Administration, this report has been reviewed and considered in Dr. Banks assessment; however, this report was utili ed by the Social Security Administration in their assessment of your capacity based on their guidelines for Social Security Disability. Our assessment is based on our independent review off the entire claim file including the medical documentation contained within your Short Term and Long Term Disability claims.

Another email was received asking Dr. Banks to reach out to Dr. Potts, Dr. Yee, Dr. Stern and Dr. Lent to describe her reasons for not being able to work 40 hours per week. You also asked that we reach out to your new rheumatologist, Dr. Jacqueline Smith.

An email was received dated October 27, 2022, indicating that you were attaching the qualifications for chronic fatigue syndrome under Social Security. You indicated that when you combine the diagnosis of chronic fatigue syndrome, fibromyalgia, orthostatic intolerance, and chronic, long lasting EBV, you should qualify. You asked, how can I work when I have flu like symptoms on a regular basis? .

> *Information was received titled "Providing Medical Evidence for Individuals with Myalgic Encephalomyelitis / Chronic Fatigue Syndrome (ME /CFS)"*
>
> *Information was received titled "Disability and Sjogren's Syndrome – Filing for SSDI and SSI"*

Correspondence was sent to you dated October 27, 2022, noting we had received a letter from Dr. Potts dated August 29, 2022, and the last actual medical documentation that we had was from October 5, 2021, and December 2, 2021. We asked that if there was additional documentation to provide to please provide this information to our office for review. We noted in regard to additional contact with your treating providers, we would wait until all information was received and we would forward all information to be reviewed and ask for additional provider contact. You were advised that you had until November 7, 2022, to provide any additional documentation for review.

On October 28, 2022, you provided an email noting that Dr. Potts agreed to speak to Dr. Banks to give an update through the date that he was your provider. You noted the third party attorney had requested medical from Dr. Potts and he was getting inundated with request. You asked for an extension of time as Dr. Potts was on vacation until November 7, 2022.

In response to how your employer described functional impairment, a copy of the LTD policy was forwarded for your review on October 28, 2022. On November 1, 2022, you reported that the LTD policy expired before you were able to open it, you asked that it was resent.

An addendum report was provided from Dr. Banks dated November 2, 2022, noting he had received

two calls from your providers.

On October 26, 2022, Dr. Stern, rheumatologist, returned the call to Dr. Banks. He reported that his last encounter with you was on March 16, 2022. He reported that you didn t fit the mold of any particular rheumatologic diagnostic category and he could not offer an opinion on restrictions from the standpoint of his specialty. He noted that it was his understanding that you had a congenital frontal lobe problem and pulmonary fibrosis; however, he did not comment specifically on any functional impairment for those diagnoses.

On October 27, 2022, Dr. Pamela Yee, returned the call to Dr. Banks. She reported that her last encounter with you was via telemedicine in May 2022. Dr. Yee stated that you had multiple things going on and that given your frequent symptomatic flares of gastrointestinal problems, mast cell activation syndrome and recent Epstein Barr Virus reactivation, she felt that you could not perform work on a sustained, predictable basis. Dr. Yee also noted that she thought that you had a recent tilt-table test with diagnosis of POTS.

Dr. Banks noted that the two provider s discussions did not change his opinion in the prior report. He did note that it may have been helpful to see records regarding the frontal lobe, current pulmonary situation, and tilt table results.

Correspondence was sent to you dated November 2, 2022, noting that you could provide Dr. Potts assistance information and when we have all medical documentation, we can ask for additional provider contact and reach out to the assistant. You were advised that you had until November 14, 2022, to provide all additional documentation that you would like considered.

The November 2, 2022 addendum report from Dr. Banks was sent for your review on November 4, 2022. You were advised that you had until November 14, 2022, to provide any additional documentation for your appeal. It was outlined that additional documentation may be needed regarding your frontal lobe, current pulmonary situation, and tilt table results.

On November 5, 2022, you provided the Mayo testing from October 2020. You also noted that you would be seeing a new neurologist in Lou KY for an update on small fiber neuropathy and rheumatologist, Dr. Jacqueline Smith, wants to start IVIG treatment. You indicated that this is one of your worst symptoms with significant ongoing pain.

> *Autonomic reflex screen was received from the Mayo Clinic. It was concluded that there was no evidence of autonomic failure. There was evidence of symptomatic orthostatic tachycardia which can be seen in deconditioning, dehydration, a constitutional trait and in hyper-adrenergic states (including anxiety). It was note that the observed resting sweating activity may favor the later.*

An email was received dated November 8, 2022, noting you had two appointments with Dr. Potts. You attached the notes from the March 25, 2022 visit. You also noted that you had another visit in July 21, 2022 and Dr. Potts had no record of that appointment.

> *Your March 25, 2022 visit noted you needed refill of Tramadol and Restasis as well as recheck on EBV. You were prescribed Cyclosporine Emulsion ophthalmic drops and Tramadol 50 mg orally twice as day if needed. Your assessment noted lumbar back pain*

*with radiculopathy affecting the lower extremity, bilateral dry eyes, unspecified chronic fatigue, other specified disorders involving the immune mechanism, and Epstein Barr infection. Your Tramadol was for treatment of your low back pain and your eye drops were for treatment of dry eye. The handwritten note indicated flu symptoms. Your diagnosis listed included Sjogren's syndrome, chronic fatigue, lumbar radiculopathy, and chronic EBV.*

An email was received dated November 8, 2022, providing a copy of the January 16, 2020 head CT. You commented on the response from Dr. Stern was very off base and inaccurate, getting way outside of his lane / expertise on commenting on frontal lobe problems and pulmonary fibrosis .

*Your head CT noted small areas of benign appearing mineralization in both cerebral hemispheres, no acute process identified. Your findings documented bilateral basal ganglia calcification with additional areas of calcification / mineralization in the bilateral cerebral whit matter with at least three small dense areas of mineralization. There was no evidence of acute infarction, hemorrhage, midline shift or mass effect.*

*Your CT heart calcium score without contrast dated December 6, 2019, revealed a total coronary artery calcium score of zero, no identifiable atherosclerotic plaque. Under findings it was noted that there were small blebs present in the right lower lobe and some mild right lower lobe fibrosis.*

On November 10, 2022, you provided the following documentation:

*An article from the Washington Post, by William Schwalbe dated June 28, 2020.*

*A flyer titled "This is Sjogren's", from the Sjogren's Foundation*
*Coronavirus (COVID-19) Updates – FEMA and State Resource for Hurricane Ian. Listing for 14.00 Immune System Disorders – Adult was provided from the Social Security Administration.*

*A duplicate copy of the "Providing Medical Evidence for Individuals with Myalgic Encephalomyelitis / Chronic Fatigue Syndrome (ME / CFS)"*

In your email you noted you were unable to find a functional impairment definition in the Papa John s LTD Policy. You noted you found own occupation and any occupation . You also noted that Sjogren s diagnosis should be included vs SICCA as it has now been given it s own diagnosis code.

You provided a copy of Dr. Banks report with handwritten comments and suggested revisions. You also included for review and consideration:

*An EGD report from the Louisville Endoscopy Center dated February 21, 2020. The history and present illness section noted you were diagnosed with oral candidiasis and you were placed on Nystatin by your primary care provider. You reported problems swallowing with denial of pain or food getting stuck. You were also noted to have vaginal candidiasis. You were noted to have some weight loss and some dry heaves. Your impression was normal mucosa. It was documented that you had a significant amount of*

*retained food in the stomach, gastroparesis was suspected.*

*A final pathology report was received dated March 17, 2020, noting left thigh skin biopsy noted significant reduced epidermal nerve fiber density consistent with small fiber neuropathy. Left calf skin biopsy was significant for reduced epidermal nerve fiber density, consistent with small fiber neuropathy.*

On November 11, 2022, you provided a copy of the letter from Dr. Stern dated January 27, 2021. You indicated that the letter was consistent with all conversations subsequent to that date. You also noted this was inconsistent with the conversation with Dr. Stern on October 26, 2021, that indicated that you did not fit the mold of any rheumatological diagnosis and he could not give his opinion on restrictions. You noted the letter clearly defined limitations.

*The letter from Dr. Stern dated January 27, 2021, noted the Arthritis Center helps manage your underlying immunologic disorder involving multiple organ system manifestations. It was noted this was permanent in nature and will last the rest of your life. It was noted that consideration was given for disability based on this condition and the other conditions diagnosed by the Mayo Clinic. It was opined that you were not able to work at your job, or any job, during the last 12 months while under his care.*

On November 14, 2022, you asked for another copy of the LTD Policy. This was forwarded for your review.

On November 16, 2022, correspondence was sent to you outlining all medical documentation that had been received since the October 19, 2022 correspondence providing a copy of Dr. Banks report. You were advised that the additional documentation had been provided to Dr. Banks for his review and consideration. He was also asked to reach out to Dr. Potts assistant at the number provided to establish contact.

An addendum report was provided from Dr. Banks indicating that the additional documentation did not alter his original report findings. It was noted that the autonomic reflex screen of October 16, 2020, was reported as showing no evidence of autoimmune failure and was positive for symptomatic orthostatic tachycardia without hypotension, and this was ascribed as likely secondary to anxiety. The articles from The Washington Post and from the Social Security Administration do not provide any information about yourself and therefore, it was opined that this information did not change the prior opinion.

Arrangements were made with Dr. Potts assistant and contact was established on November 21, 2022. Dr. Potts noted he was not sure why he was asked to speak to the reviewer. He noted it was his understanding that the reviewer was requesting additional medical information from him. Dr. Potts noted he was unable to provide any additional documentation. He reported as far as he could recall he had not seen you in three to four months and when he checked his records, he reported it was probably March 2022 since he last saw you in person. He noted he did not have any additional medical documentation or opinions to provide. Dr. Potts noted he was not aware of whether you saw a neurologist and to his knowledge the infectious disease workup was unrevealing.

In review of the original report completed by Dr. Banks, Dr. Banks did not support functional impairment from August 3, 2022, to the present. His report further outlined that the diagnoses of

mast cell activation syndrome, postural orthostatic tachycardia syndrome, small intestinal bacterial overgrowth, fibromyalgia, spinal stenosis, knee pain, irritable bowel syndrome and Epstein-Barr virus also did not impose functional impairment. This means that these conditions would not impose work related restrictions and limitations that would preclude work capacity or your ability to function.

In response to your request for the policy s definition of functional impairment. Per the policy the definition of Disability is defined as

***"Disability" or "Disabled"** means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

***i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and***

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

Based on the findings of Dr. Banks report not supporting ongoing impairment, restrictions, or limitations beyond August 3, 2022, you would not satisfy the definition of disability per the policy and no further benefits would be payable beyond August 3, 2022.

We are aware that your claim for Social Security Disability Income benefits is being processed. It should be noted that any ruling by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of the Papa John s International, Inc. s Group Disability Income Policy.

**Conclusion**

We conducted a thorough and independent review of your entire claim. In summary, we acknowledge that you may have continued to experience some symptoms associated with your conditions beyond August 3, 2022. However, the available information does not contain physical or mental examination findings, diagnostic test results or other forms of medical documentation supporting your symptoms remained of such severity that they resulted in restrictions or limitations rendering you unable to perform the duties of the occupations identified as being within your functional capacity and vocational skills after that date.

Having carefully considered all of the information submitted in support of your claim, our position remains that proof of your continued disability in accordance with the Policy provisions after August 3, 2022, has not been provided. Therefore, no further benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

**Policy Provisions**

In order to continue receiving benefits, you must satisfy the requirements of all Policy provisions

that state, in part:

***"Disability" or "Disabled"*** *means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*iii. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*iv. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots, and crewmembers of an aircraft:*

***"Disability" or "Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by The Lincoln National Life Insurance Company and to submit any additional information he wished to be considered as part of the appeal. The Lincoln National Life Insurance Company has conducted a full and fair review of your appeal and accompanying materials, and has concluded that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by The Lincoln National Life Insurance Company and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The Papa John s International, Inc. s Group Disability Income Policy contains the below provisions:

***Legal Proceedings***

*A claimant or the claimant's authorized representative cannot start any legal action:*

*1. until 60 days after Proof of claim has been given; or*
*2. more than three years after the time Proof of claim is required.*

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.

Your employer's policy has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is August 4, 2025.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any The Lincoln National Life Insurance Company rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by The Lincoln National Life Insurance Company are based on the provisions outlined in Papa John s International, Inc. s Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł ninizingo saad hosiniłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

**Louise Y. Banks, M.D.**
**Occupational Medicine/Internal Medicine**
800 Plaza Drive, Suite 210, Belle Vernon, PA 15012
Tel: (724) 379-1940 | Fax: (724) 379-1941

| | |
|---|---|
| **CLAIMANT NAME:** | **Keeta Fox** |
| **EXAMINER:** | **Louise Y. Banks, M.D.** |
| **ECN #:** | **166473-7** |
| **CLAIM #:** | **10310112** |
| **DATE OF INJURY:** | **02/04/2020** |
| **DATE OF ADDENDUM:** | **11/23/2022** |
| **CASE TYPE:** | **Long-Term Disability** |

## ADDENDUM

I was asked to review the following additional medical records:

1. Emails from 10/19/2022 through 11/08/22 between the claimant and Disability Documents.

2. Correspondence dated 11/10/2022 with an attachment from The Washington Post dated 06/28/2022 regarding the author's personal experience with small fiber neuropathy.

3. An attachment from what appears to be the Social Security Administration's website regarding myalgic encephalitis/chronic fatigue syndrome.

4. Copy of my Peer Review dated 10/13/2022 with the insured's handwritten suggestions for revision.

5. Copy of my addendum dated 11/02/2022.

6. Report of CT cardiac calcium score dated 12/06/2019.

7. Report of CT of the brain without contrast dated 01/15/2020.

8. Procedure report of esophagogastroduodenoscopy dated 02/21/2020.

9. Surgical pathology report dated 03/17/2020.

10. Report of autonomic reflex screen dated 10/16/2020.

11. Letter, "To Whom It May Concern" by Dr. Stern dated 01/27/2021.

12. Colonic pathology reports dated 07/07/2021 with additional tests reported 11/16/2021.

13. Handwritten record by Dr. Gregory Potts dated 03/25/2022.

14. Finally, what appears to be another page from the Social Security Administration's website with a star next to Sjogren's syndrome and several other handwritten annotations.

1. **Please review the additional medical information and advise if it alters your prior opinion stated in your report. Please explain why or why not.**

I was asked to review the additional medical records and advise as to whether it changed my prior opinion and why or why not. The above does not change my prior opinion. The additional medical records were reviewed for prior report. The autonomic reflex screen of 10/16/2020 was reported as showing no evidence of autoimmune failure and was positive for symptomatic orthostatic tachycardia without hypotension, and this was ascribed as likely secondary to anxiety. The articles from The Washington Post and from the Social Security Administration do not provide any information about the claimant herself and therefore do not change my prior opinion.

2. **Please make additional attempts to reach Dr. Greg Potts (T) 502-240-5900, please contact his assistant at the number listed and set up a peer-to-peer contact.**

I was also asked to discuss the case again with Dr. Potts. I made arrangements through Dr. Potts' assistant and on 11/21/ 2022, he called my office at 1 p.m. He was polite but told me that he was not sure why he was asked to speak to me, and it was his understanding that I was requesting additional medical information from him and that he was unable to provide any. As far as he can recall, he had not seen the insured for at least 3-4 months and when he checked his records, he told me it seemed like it was probably 03/2022 since he had seen the insured in person. He advised that he did not have any additional medical information or additional opinions to provide. I asked if he was aware of whether or not she had ever seen a neurologist, and he said that he did not know and that to his knowledge, the infectious disease workup had been unrevealing

The above does not change my prior opinion. The additional medical records were reviewed for prior report. The autonomic reflex screen of 10/16/2020 was reported as showing no evidence of autoimmune failure and was positive for symptomatic orthostatic tachycardia without hypotension, and this was ascribed as likely secondary to anxiety. The articles from The Washington Post and from the Social Security Administration do not provide any information about the claimant herself and therefore do not change my prior opinion.

Sincerely,

Louise Y. Banks, M.D.
Board Certified in Occupational Medicine/Internal Medicine
Pennsylvania License # MD047820L

**From:**Russell, Joshua <Joshua.Russell@genexservices.com>
**Sent:**Mon, 28 Nov 2022 15:48:47 +0000
**To:**VendorReferrals
**Subject:**K. Fox CL# 10310112
**Attachments:**Addendum.pdf, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,
Attached please find the Addendum and Invoice for the above referenced claimant.
Please advise if we can further assist you with this file.
Thanks for the referral,

**Joshua Russell**
*Quality Assurance Coordinator*
Exam Coordinators Network, a division of Genex Services
**T**: 877-463-9463
**F**: 561-392-5881
**Access our portal at:** View My Cases

urac
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 166352** **Date** **11/28/2022**

***Bill To:***

**Jerronda King**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 10310112
**Date of Loss:** 2/4/2020
**ECN #** 166473-7
**Account #**

**Claimant** Keeta Fox

| | | |
|---|---|---|
| 11/16/2022 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Louise Y Banks, MD<br>Specialty: Internal Medicine/Occupational Medicine | $295.00 |
| | **SubTotal** | $295.00 |
| | **Final Invoice Total** | $295.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Jerronda King
Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611 x14674
Fax: (603) 430-1797

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | PAPA JOHN'S INTERNATIONAL, INC | Date Sent: | 11/16/2022 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | KEETA R FOX | Claim #: | 10310112 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 2/4/2020 |
| Zip: | | Primary Diagnosis: | Sicca syndrome [Sjogren] |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Occupational and Environmental Medicine | Physician: Phone/Fax | see below |

Referral Questions:

Vendor Chosen: Exam Coordinators - ECN

Claimant Name: KEETA R FOX

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please review the additional documentation provided by the claimant to include emails, duplicate letter from Dr. Steven Stern dated January 27, 2021, comments, and suggested edits to peer report by Dr. Louise Banks, EGD report dated February 21, 2020, final pathology report dated March 17, 2020, tissue pathology examination, physicians guide for chronic fatigue syndrome from Social Security, Social Security Blue Book qualifications for Sjogrens, flyer with lady with hand written comments, and coronavirus updates, information from the Washington Post, CT of the heart dated December 6, 2019, head CT January 2020, March 25, 2022 telephone encounter and visit with Dr. Potts, autonomic reflex screen, Social Security information for individuals with myalgic encephalomyelitis / chronic fatigue syndrome, and information on Disability and Sjogren's syndrome – filing for SSDI and SSI.

1. Please make additional attempts to reach Dr. Greg Potts (T) 502-240-5900, please contact his assistant at the number listed and set up a peer to peer contact.

2. Does the additional documentation alter your October 13, 2022 report findings? Please provide rationale for your response.

Instructions For Vendor:

Claimant Name: KEETA R FOX

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Request for addendum by Dr. Louise Banks, occupational medicine / internal medicine.

Attorney Information (if applicable):

Claimant Name: KEETA R FOX

From: LFGNotifications@LFG.com
Sent: Wednesday, November 16, 2022 11:08:09 AM
To:
CC:
BCC:
Subject: [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox
Attachments: ptmuvxdocx6bmlrlkl7l_14000576.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 16, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Since the October 19, 2022 correspondence was sent to you with Dr. Louise Banks report, the following information has been received:

> *Emails, duplicate letter from Dr. Steven Stern dated January 27, 2021, comments and suggested edits to peer report by Dr. Louise Banks, EGD report dated February 21, 2020, final pathology report dated March 17, 2020, tissue pathology examination, physicians guide for chronic fatigue syndrome from Social Security, Social Security Blue Book qualifications for Sjogrens, flyer with lady with hand written comments, and coronavirus updates, information from the Washington Post, CT of the heart dated December 6, 2019, head CT January 2020, March 25, 2022 telephone encounter and visit with Dr. Potts, autonomic reflex screen, Social Security information for individuals with myalgic encephalomyelitis / chronic fatigue syndrome, and information on Disability and Sjogren's syndrome – filing for SSDI and SSI.*

The additional documentation has been forwarded to Dr. Banks for review and consideration. He has also been asked to reach out to Dr. Pott s assistance at the number provided to establish contact.

We should receive a response from Dr. Banks, depending on date of contact, within 2-3 weeks from this correspondence. If additional time is needed, you will be contact in writing.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

November 15, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

As per your November 14, 2022 reqeust, please find enclosed a copy of your Long Term Disability Policy.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Tawnya Valliere
Claim Resolution Specialist
On Behalf Of: Jerronda King
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

Attachments: 10310112-EMPLOYER-CORRESPONDENCE-10.28.2022

Liberty Life Assurance Company of Boston

# GROUP DISABILITY INCOME POLICY

**Sponsor:** **Papa John's International, Inc.**

**Policy Number:** **GF3-880-036548-01**

**Effective Date:** **January 1, 2013**

**Governing Jurisdiction** is **Kentucky** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each January 1st beginning in 2014.

Liberty Life Assurance Company of Boston (hereinafter referred to as Liberty) agrees to pay benefits provided by this policy in accordance with its provisions. This policy provides Long Term Disability coverage.

PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Person's agent. Under no circumstances will the Sponsor be deemed the agent of Liberty.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any subsequent amendments.

The following pages including any amendments, riders or endorsements are a part of this policy.

Signed at Liberty's Home Office, 175 Berkeley Street, Boston, Massachusetts, 02117

SECRETARY

PRESIDENT

NON-PARTICIPATING

FORM ADOP

## TABLE OF CONTENTS

SECTION 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SCHEDULE OF BENEFITS

SECTION 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DEFINITIONS

SECTION 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ELIGIBILITY AND EFFECTIVE DATES

SECTION 4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DISABILITY INCOME BENEFITS

SECTION 5. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EXCLUSIONS

SECTION 6. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TERMINATION PROVISIONS

SECTION 7. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . GENERAL PROVISIONS

SECTION 8. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PREMIUMS

SECTION 9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPLICATION

# SECTION 1 - SCHEDULE OF BENEFITS

## ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS

**Minimum Hourly Requirement:**

Employees working a minimum of 32 regularly scheduled hours per week

**Long Term Disability Benefits:**

Class 1: All active full-time corporate staff, Papa John's Food Service Quality Control Center, exempt & non-exempt administrative support Employees, PJ Food Service Corporation Employees, Trans Papa Logistics, Preferred Marketing Solutions & Corporations exempt Employees, excluding TPL Delivery Specialists and seasonal and temporary Employees

Class 2: All active full-time, non-exempt Papa John's Food Service Quality Control Center (PJFS QCC) Employees, excluding seasonal and temporary Employees

Class 3: All active Papa Logistics Delivery Specialists excluding seasonal and temporary Employees

**Note:** Temporary and seasonal Employees and Employees who are not United States citizens or legal residents working in the United States are not covered under this policy.

**Eligibility Waiting Period:**

1. If the Covered Person is employed by the Sponsor on the policy effective date -
First of the month following 1 full month or first of the month following 1 full month from the date of promotion to full-time.

2. If the Covered Person begins employment for the Sponsor after the policy effective date -
First of the month following 1 full month or first of the month following 1 full month from the date of promotion to full-time.

**Employee Contributions Required:**

No

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

LONG TERM DISABILITY COVERAGE

**Elimination Period:**

The greater of:

a. the end of the Covered Person's Short Term Disability Benefits; or

b. 180 days

**Amount of Insurance:**

60.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $20,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

**Maximum Basic Monthly Earnings on which the Benefit is Based:** $33,333.33

**Own Occupation Duration:**

24 Month Own Occupation

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

LONG TERM DISABILITY COVERAGE (Continued)

**Minimum Monthly Benefit:**

The Minimum Monthly Benefit is $100.00 or 10.00% of the Covered Person's Gross Monthly Benefit, whichever is greater.

**Maximum Benefit Period:**

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | Greater of SSNRA* or to age 65 (but not less than 5 years) |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

* SSNRA means the Social Security Normal Retirement Age as figured by the 1983 amendment to the Social Security Act and any subsequent amendments and provides:

| Year of Birth | Normal Retirement Age |
|---|---|
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943-1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and after | 67 |

## SECTION 2 - DEFINITIONS

In this section Liberty defines some basic terms needed to understand this policy. The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1. on a full-time basis and paid regular earnings;

2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

   a. at the Sponsor's usual place of business; or
   b. at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);
2. holidays (except when the holiday is a scheduled work day);
3. paid vacations;
4. any non-scheduled work day;
5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Liberty Life Assurance Company of Boston, 9 Riverside Road, Weston, MA 02493.

## SECTION 2 - DEFINITIONS
(Continued)

**"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

**"Application"** is the document designated in Section 9; it is attached to and is made a part of this policy.

**"Appropriate Available Treatment"** means care or services which are:

1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;
2. accessible within the Covered Person's geographical region;
3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;
4. in accordance with generally accepted medical standards of practice.

Applicable to Class 1, 2:

**"Basic Monthly Earnings"** means the Covered Person's monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

Applicable to Class 3:

**"Basic Monthly Earnings"** , means the Covered Person's monthly average of piecework earnings averaged over a rolling 12 consecutive months, recalculated each month. However, such earnings will not include commissions, bonuses, overtime pay, or any other extra compensation.

**"Consumer Price Index"** means the government publication "The Consumer Price Index for Urban Wage Earners and Clerical Workers" provided monthly by the U.S. Department of Labor, or its successor or in the event of no successor a similar Index of comparable purpose chosen by Liberty.

**"Covered Person"** means an Employee insured under this policy.

## SECTION 2 - DEFINITIONS
(Continued)

**"Disability"** or **"Disabled"** means:

1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

   i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

   ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:

   **"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.

**"Disability Benefits under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan due to Disability as defined in that plan; and
2. does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the Disability had not occurred. (If the payment does cause such a reduction, it will be deemed a Retirement Benefit as defined in this policy.)

## SECTION 2 - DEFINITIONS
(Continued)

**"Eligibility Date"** means the date an Employee becomes eligible for insurance under this policy. Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligibility Waiting Period"** means the continuous length of time an Employee must be in Active Employment in an eligible class to reach his Eligibility Date.

**"Elimination Period"** means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.

If the Covered Person returns to work for any thirty or fewer days during the Elimination Period and cannot continue, Liberty will count only those days the Covered Person is Disabled or Partially Disabled to satisfy the Elimination Period.

**"Employee"** means a person in Active Employment with the Sponsor.

**"Enrollment Form"** is the document completed by the Covered Person, if required, when enrolling for coverage. This form must be satisfactory to Liberty.

## SECTION 2 - DEFINITIONS
(Continued)

**"Extended Treatment Plan"** means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.

**"Family and Medical Leave"** means a leave of absence for the birth, adoption or foster care of a child, or for the care of the Covered Person's child, spouse or parent or for the Covered Person's own serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 (FMLA) and any amendments, or by applicable state law.

**"Gross Monthly Benefit"** means the Covered Person's Monthly Benefit before any reduction for Other Income Benefits and Other Income Earnings.

**"Hospital"** or **"Institution"** means a facility licensed to provide Treatment for the condition causing the Covered Person's Disability.

## SECTION 2 - DEFINITIONS
(Continued)

**"Indexed Basic Monthly Earnings"** means the Covered Person's Basic Monthly Earnings in effect just prior to the date Disability or Partial Disability began adjusted on the first anniversary of benefit payments and each anniversary thereafter.

**"Initial Enrollment Period"** means one of the following periods during which an Employee may first enroll for coverage under this policy:

1. for an Employee who is eligible for insurance on the policy effective date, a period before the policy effective date set by the Sponsor and Liberty.

2. for an Employee who becomes eligible for insurance after the policy effective date, the period which ends 31 days after his Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this policy:

1. any Disability which begins more than 60 days after an Injury will be considered a Sickness; and

2. any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

**"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

## SECTION 2 - DEFINITIONS
(Continued)

**"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.

**"Monthly Benefit"** means the monthly amount payable by Liberty to the Disabled or Partially Disabled Covered Person.

**"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

## SECTION 2 - DEFINITIONS
(Continued)

**"Partial Disability" or "Partially Disabled"** means the Covered Person, as a result of Injury or Sickness, is able to:

1. perform one or more, but not all, of the Material and Substantial Duties of his Own Occupation or Any Occupation on an Active Employment or a part-time basis; or

2. perform all of the Material and Substantial Duties of his Own Occupation or Any Occupation on a part-time basis; and

3. earn between 20.00% and 80.00% of his Basic Monthly Earnings.

**"Physician"** means a person who:

1. is licensed to practice medicine and is practicing within the terms of his license; or

2. is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the state where the Treatment is received and is practicing within the terms of his license.

It does not include a Covered Person, any family member or domestic partner.

## SECTION 2 - DEFINITIONS
(Continued)

**"Proof"** means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;

2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and

3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

**"Regular Attendance"** means the Covered Person's personal visits to a Physician which are medically necessary according to generally accepted medical standards to effectively manage and treat the Covered Person's Disability or Partial Disability.

**"Retirement Benefit under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;

2. does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and

3. is payable upon:

   a. early or normal retirement; or
   b. Disability, if the payment does reduce the amount of money which would have been paid under the plan at the normal retirement age.

## SECTION 2 - DEFINITIONS
(Continued)

**"Retirement Plan"** means a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(K) or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom this policy is issued.

**"Sponsor's Retirement Plan"** is deemed to include any Retirement Plan:

1. which is part of any Federal, State, Municipal or Association retirement system; or
2. for which the Employee is eligible as a result of employment with the Sponsor.

**"Substance Abuse"** means alcohol and/or drug abuse, addiction or dependency.

**"Treatment"** means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

# SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Eligibility Requirements for Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

An Employee in an eligible class will qualify for insurance on the later of:

1. this policy's effective date; or
2. the day after the Employee completes the Eligibility Waiting Period shown in the Schedule of Benefits.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Effective Date of Insurance**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Liberty through the Sponsor in a form or format satisfactory to Liberty.

An Employee will be insured on his Eligibility Date.

**Delayed Effective Date for Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Family and Medical Leave**

An Employee's coverage may be continued under this policy for an approved family or medical leave of absence for up to 12 weeks following the date coverage would have terminated, subject to the following:

1. the authorized leave is in writing;

2. the required premium is paid;

3. the Covered Person's benefit level, or the amount of earnings upon which the Covered Person's benefit may be based, will be that in effect on the date before said leave begins; and

4. continuation of coverage will cease immediately if any one of the following events should occur:

   a. the Covered Person returns to work;
   b. this group insurance policy terminates;
   c. the Covered Person is no longer in an eligible class;
   d. nonpayment of premium when due by the Sponsor or the Covered Person;
   e. the Covered Person's employment terminates.

**Rehire Terms**

If a former Employee is re-hired by the Sponsor within 30 days of his termination date, all past periods of Active Employment with the Sponsor will be used in determining the re-hired Employee's Eligibility Date. If a former Employee is re-hired by the Sponsor more than 30 days after his termination date, he is considered to be a new Employee when determining his Eligibility Date.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Leave of Absence**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is given a leave of absence

The Covered Person's coverage will not continue beyond a period of 3 months from when the leave begins. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Lay-off**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is temporarily laid off

The Covered Person's coverage will not continue beyond a period of 3 months from when the lay-off begins. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Transfer Provision**

In order to prevent loss of coverage for an individual because of transfer of insurance carriers, this policy will provide coverage for certain individuals as follows:

**Failure to be In Active Employment Due to Injury or Sickness:**

Subject to premium payments, this policy will cover individuals who:

1. at the time of transfer are covered under the prior carrier's policy; and
2. are not in Active Employment due to Injury or Sickness on the effective date of this policy.

Benefits will be determined based on the lesser of:

1. the amount of the Disability benefit that would have been payable under the prior policy and subject to any applicable policy limitations; or
2. the amount of Disability benefits payable under this policy. If benefits are payable under the prior policy for the Disability, no benefits are payable under this policy.

**Disability Due to a Pre-Existing Condition**

If an individual was insured under the prior carrier's policy at the time of transfer and was in Active Employment and insured under this policy on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

If the individual can satisfy this policy's Pre-Existing Condition Exclusion, the benefit will be determined according to this policy.

If the individual cannot satisfy this policy's Pre-Existing Condition Exclusion, then:

1. Liberty will apply the Pre-Existing Condition Exclusion of the prior carrier's policy and;
2. if the individual would have satisfied the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time coverage under this policy; and the prior carrier's policy, the benefit will be determined according to this policy. However, the Maximum Monthly Benefit amount payable under this policy shall not exceed the maximum monthly benefit payable under the prior carrier's policy.

No benefit will be paid if the individual cannot satisfy the Pre-Existing Condition Exclusions of either policy.

# SECTION 4 - DISABILITY INCOME BENEFITS

## LONG TERM DISABILITY COVERAGE

**Disability Benefit**

When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:

1. Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.

The Monthly Benefit will not:

1. exceed the Covered Person's Amount of Insurance; or
2. be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

**Amount of Disability Monthly Benefit**

To figure the amount of Monthly Benefit:

1. Take the lesser of:
   a. the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or
   b. the Maximum Monthly Benefit shown in the Schedule of Benefits; and then
2. Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this policy), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability**

When Liberty receives Proof that a Covered Person is Partially Disabled and has experienced a loss of earnings due to Injury or Sickness and requires the Regular Attendance of a Physician, he may be eligible to receive a Monthly Benefit, subject to any other provisions of this policy. To be eligible to receive Partial Disability benefits, the Covered Person may be employed in his Own Occupation or another occupation, must satisfy the Elimination Period and must be earning between 20.00% and 80.00% of his Basic Monthly Earnings.

A Monthly Benefit will be paid for the period of Partial Disability if the Covered Person gives to Liberty Proof of continued:

1. Partial Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Partially Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Partial Disability, the Injury must occur and Partial Disability must begin while the Employee is insured for this coverage.

**Proportionate Loss Monthly Calculation**

To figure the Amount of Monthly Benefit the formula (A divided by B) x C will be used.

A = The Covered Person's Basic Monthly Earnings minus the Covered Person's earnings received while he is Partially Disabled. This figure represents the amount of lost earnings.

B = The Covered Person's Basic Monthly Earnings.

C = The Monthly Benefit as figured in the Disability provision of this policy plus the Covered Person's earnings received while he is Partially Disabled, (but, not including adjustments under the Cost of Living Adjustment Benefit, if included).

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability** (Continued)

**Proportionate Loss Monthly Calculation** (Continued)

On the first anniversary of benefit payments and each anniversary thereafter, for the purpose of calculating the benefit, the term "Basic Monthly Earnings" is:

1. replaced by "Indexed Basic Monthly Earnings"; and

2. increased annually by 7.00%, or the current annual percentage increase in the Consumer Price Index, whichever is less.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Mental Illness and/or Substance Abuse Limitation**

The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

LONG TERM DISABILITY COVERAGE (Continued)

**Rehabilitation Incentive Benefit**

Liberty will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program. Liberty must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit. If Liberty does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under the terms of this policy. To be eligible for a Rehabilitation Incentive Benefit, the Covered Person must:

1. be Disabled and receiving benefits under this policy; and

2. be fully participating in a Rehabilitation Program approved by Liberty.

**Increased Monthly Benefit**

If the Covered Person is eligible for a Rehabilitation Incentive Benefit, the benefit percentage shown in the Schedule of Benefits, will be increased to 70.00%. The increased benefit will begin on the first day of the month after Liberty receives written Proof of the Covered Person's full participation in the Rehabilitation Program.

**Decreased Monthly Benefit**

If the Covered Person, at any time, declines to fully participate in an approved Rehabilitation Program recommended by Liberty, the benefit percentage shown in the Schedule of Benefits will be reduced to 40.00% beginning on the first day of the month following the Covered Person's declination to fully participate in the approved Rehabilitation Program. If Liberty recommends rehabilitation, benefits will be paid at the reduced amount from the date recommendation is made until Liberty receives the Covered Person's written agreement to fully participate in the Rehabilitation Program.

**Discontinuation of the Rehabilitation Incentive Benefit**

The Rehabilitation Incentive Benefit will cease:

1. when the Covered Person is no longer fully participating in a Rehabilitation Program approved by Liberty;

2. in accordance with the provision[s] entitled "Discontinuation of the Long Term Disability Benefit"; or

3. when the Rehabilitation Program ends.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit** (Continued)

For the purpose of this provision, **"Rehabilitation Program"** means a comprehensive individually tailored, goal oriented program to return a Disabled Covered Person to gainful employment. The services offered may include, but are not limited to, the following:

1. physical therapy;
2. occupational therapy;
3. work hardening programs;
4. functional capacity evaluations;
5. psychological and vocational counseling;
6. rehabilitative employment; and
7. vocational rehabilitation services.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Workplace Modification Benefit**

If a Covered Person is Disabled or Partially Disabled and receiving a benefit from Liberty, a benefit may be payable to the Sponsor as part of the Covered Person's benefit for modifications to the workplace to accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

Liberty will reimburse the Sponsor for up to 100% of reasonable costs the Sponsor incurs for the modification, up to the greater of:

1. $1,000.00; or

2. the equivalent of 2 months of the Covered Person's Monthly Benefit.

To qualify for this benefit:

1. the Disability or Partial Disability must prevent the Covered Person from performing some or all of the Material and Substantial Duties of his occupation; and

2. any proposed modifications must be approved in writing and signed by the Covered Person, the Sponsor and Liberty; and

3. the Sponsor must agree to make the modifications to the workplace to reasonably accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

The Sponsor's costs for the approved modifications will be reimbursed after:

1. the proposed modifications have been made; and

2. written proof of the expenses incurred by the Sponsor has been provided to Liberty; and

3. Liberty has received proof that the Covered Person has returned to and/or remains at work.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

LONG TERM DISABILITY COVERAGE (Continued)

**Other Income Benefits and Other Income Earnings**

**Other Income Benefits** means:

1. The amount for which the Covered Person is eligible under:

   a. Workers' or Workmen's Compensation Laws;
   b. Occupational Disease Law;
   c. Title 46, United States Code Section 688 (The Jones Act);
   d. any work loss provision in mandatory "No-Fault" auto insurance;
   e. Railroad Retirement Act;
   f. any governmental compulsory benefit act or law; or
   g. any other act or law of like intent.

2. The amount of any Disability benefits which the Covered Person is eligible to receive under:
   a. any other group insurance plan of the Sponsor;
   b. any governmental retirement system as a result of his employment with the Sponsor ; or
   c. any individual insurance plan where the premium is wholly or partially paid by the Sponsor. However, Liberty will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.

3. The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:

   a. the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and
   b. the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

   a. the Covered Person receives or is eligible to receive; and
   b. his spouse, child or children receives or are eligible to receive because of his Disability; or
   c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.

5. Any amount the Covered Person receives from any unemployment benefits.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings** (Continued)

**Other Income Earnings** means:

1. the amount of earnings the Covered Person earns or receives from any form of employment including severance; and

2. any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Liberty pays a benefit. The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Estimation of Benefits**

Liberty will reduce the Covered Person's Disability or Partial Disability benefits by the amount of Other Income Benefits that we estimate are payable to the Covered Person and his dependents.

The Covered Person's Disability benefit will not be reduced by the estimated amount of Other Income Benefits if the Covered Person:

1. provides satisfactory proof of application for Other Income Benefits;

2. signs a reimbursement agreement under which, in part, the Covered Person agrees to repay Liberty for any overpayment resulting from the award or receipt of Other Income Benefits;

3. if applicable, provides satisfactory proof that all appeals for Other Income Benefits have been made on a timely basis to the highest administrative level unless Liberty determines that further appeals are not likely to succeed; and

4. if applicable, submits satisfactory proof that Other Income Benefits have been denied at the highest administrative level unless Liberty determines that further appeals are not likely to succeed.

Liberty will not estimate or reduce for any benefits under the Sponsor's pension or retirement benefit plan according to applicable law, until the Covered Person actually receives them.

In the event that Liberty overestimates the amount payable to the Covered Person from any plans referred to in the Other Income Benefits and Other Income Earnings provision of this policy, Liberty will reimburse the Covered Person for such amount upon receipt of written proof of the amount of Other Income Benefits awarded (whether by compromise, settlement, award or judgement) or denied (after appeal through the highest administrative level).

**Social Security Assistance**

Liberty may help a Covered Person in applying for Social Security Disability Income Benefits. In order to be eligible for assistance the Covered Person must be receiving a Monthly Benefit from Liberty. Such assistance will be provided only if Liberty determines that assistance would be beneficial.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

LONG TERM DISABILITY COVERAGE (Continued)

**Lump Sum Payments**

Other Income Benefits from a compromise, settlement, award or judgement which are paid to the Covered Person in a lump sum and are meant to compensate the Covered Person for any one or more of the following:

1. loss of past or future wages;
2. impaired earnings capacity;
3. lessened ability to compete in the open labor market;
4. any degree of permanent impairment; and
5. any degree of loss of bodily function or capacity;

will be prorated on a monthly basis as follows:

1. over the period of time such benefits would have been paid if not in a lump sum; or
2. if such period of time cannot be determined, the lesser of:
   a. the remainder of the Maximum Benefit Period; or
   b. 5 years.

**Cost of Living Freeze**

After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under the Other Income Benefits and Other Income Earnings provision of this policy. This provision does not apply to increases received from any form of employment.

**Prorated Benefits**

For any period for which a Long Term Disability benefit is payable that does not extend through a full month, the benefit will be paid on a prorated basis. The rate will be 1/30th for each day for such period of Disability.

**Discontinuation of the Long Term Disability Benefit**

The Monthly Benefit will cease on the earliest of:

1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;
2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Discontinuation of the Long Term Disability Benefit** (Continued)

The Monthly Benefit will cease on the earliest of: (Continued)

3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;

4. the date the Covered Person refuses to receive Appropriate Available Treatment;

5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;

6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;

7. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;

   Because the Covered Person's current earnings may fluctuate, Liberty will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.

8. the date the Covered Person is no longer Disabled according to this policy;

9. the end of the Maximum Benefit Period; or

10. the date the Covered Person dies.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Successive Periods of Disability**

With respect to this policy, **"Successive Periods of Disability"** means a Disability which is related or due to the same cause(s) as a prior Disability for which a Monthly Benefit was payable.

A Successive Period of Disability will be treated as part of the prior Disability if, after receiving Disability benefits under this policy, a Covered Person:

1. returns to his Own Occupation on an Active Employment basis for less than six continuous months; and

2. performs all the Material and Substantial Duties of his Own Occupation.

To qualify for a Successive Periods of Disability benefit, the Covered Person must experience more than a 20% loss of Basic Monthly Earnings.

Benefit payments will be subject to the terms of this policy for the prior Disability.

If a Covered Person returns to his Own Occupation on an Active Employment basis for six continuous months or more, the Successive Period of Disability will be treated as a new period of Disability. The Covered Person must complete another Elimination Period.

If a Covered Person becomes eligible for coverage under any other group long term disability coverage, this Successive Period of Disability provision will cease to apply to that Covered Person.

## SECTION 5 - EXCLUSIONS

### GENERAL EXCLUSIONS

This policy will not cover any Disability due to:

1. war, declared or undeclared, or any act of war;

2. intentionally self-inflicted injuries, while sane or insane;

3. active Participation in a Riot;

4. the committing of or attempting to commit a felony or misdemeanor;

5. cosmetic surgery unless such surgery is in connection with an Injury or Sickness sustained while the individual is a Covered Person; or

6. a gender change, including, but not limited to, any operation, drug therapy or any other procedure related to a gender change.

No benefit will be payable during any period of incarceration.

With respect to this provision, **Participation** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the Covered Person, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to police officers and fire fighters.

With respect to this provision, **Riot** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

## SECTION 5 - EXCLUSIONS
(Continued)

LONG TERM DISABILITY COVERAGE

**Pre-Existing Condition Exclusion**

This policy will not cover any Disability or Partial Disability:

1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and

2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage, unless he received no Treatment of the condition for any three consecutive months after his effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.

## SECTION 6 - TERMINATION PROVISIONS

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1. the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;

2. the date the Covered Person is no longer in an eligible class;

3. the date the Covered Person's class is no longer included for insurance;

4. the date employment terminates. Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:

   a. the Elimination Period; and
   b. any period during which premium is being waived.

5. the date the Covered Person ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

Liberty reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

## SECTION 6 - TERMINATION PROVISIONS
(Continued)

**Policy Termination**

1. Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2. If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period. The Sponsor may terminate this policy by advance written notice delivered to Liberty at least 31 days prior to the termination date. This policy will not terminate during any period for which premium has been paid. The Sponsor will be liable to Liberty for all premiums due and unpaid for the full period for which this policy is in force.

3. Liberty may terminate this policy on any premium due date by giving written notice to the Sponsor at least 31 days in advance if:

   a. the number of Employees insured is fewer than 10; or

   b. less than 100.00% of all the Employees eligible for any non-contributory insurance are insured for it; or

   c. the Sponsor fails:

      i. to furnish promptly any information which Liberty may reasonably require; or
      ii. to perform any other obligations pertaining to this policy.

4. Liberty may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months. Liberty will provide written notice of such termination to the Sponsor at least 31 days before the termination is effective.

5. Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

# SECTION 7 - GENERAL PROVISIONS

**Assignment**

No assignment of any present or future right or benefit under this policy will be allowed.

**Complete Contract - Policy Changes**

1. This policy is the entire contract. It consists of:

   a. all of the pages; and
   b. the attached signed Application of the Sponsor.

2. This policy may be changed in whole or in part. Only an officer of Liberty can approve a change. The approval must be in writing and endorsed on or attached to this policy.

3. No other person, including an agent, may change this policy or waive any part of it.

**Conformity with State Statutes**

Any provision of this policy which, on its effective date, is in conflict with the statutes of the governing jurisdiction of this policy is hereby amended to conform to the minimum requirements of such statute.

**Employee's Certificate**

Liberty will provide a Certificate to the Sponsor for delivery to Covered Persons. It will state:

1. the name of the insurance company and the policy number;
2. a description of the insurance provided;
3. the method used to determine the amount of benefits;
4. to whom benefits are payable;
5. limitations or reductions that may apply;
6. the circumstances under which insurance terminates; and
7. the rights of the Covered Person upon termination of this policy.

If the terms of a Certificate and this policy differ, this policy will govern.

**Examination**

Liberty, at its own expense, may have the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Liberty. This right may be used as often as reasonably required.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Furnishing of Information - Access to Records**

1. The Sponsor will furnish at regular intervals to Liberty:

   a. information relative to Employees:

      i. who qualify to become insured;
      ii. whose amounts of insurance change; and/or
      iii. whose insurance terminates.

   b. any other information about this policy that may be reasonably required.

   The Sponsor's records which, in the opinion of Liberty, have a bearing on the insurance will be opened for inspection at any reasonable time.

2. Clerical error or omission will not:

   a. deprive an Employee of insurance;
   b. affect an Employee's Amount of Insurance; or
   c. effect or continue an Employee's insurance which otherwise would not be in force.

**Interpretation of the Policy**

Liberty shall possess the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder. Liberty's decisions regarding construction of the terms of this policy and benefit eligibility shall be conclusive and binding.

**Incontestability**

The validity of this policy shall not be contested, except for non-payment of premiums, after it has been in force for two years from the date of issue. The validity of this policy shall not be contested on the basis of a statement made relating to insurability by any person covered under this policy after such insurance has been in force for two years during such person's lifetime, and shall not be contested unless the statement is contained in a written instrument signed by the person making such statement.

**Legal Proceedings**

A claimant or the claimant's authorized representative cannot start any legal action:

1. until 60 days after Proof of claim has been given; or

2. more than three years after the time Proof of claim is required.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Misstatement of Age**

If a Covered Person's age has been misstated, an equitable adjustment will be made in the premium. If the amount of the benefit is dependent upon an Employee's age, the amount of the benefit will be the amount an Employee would have been entitled to if his correct age were known.

A refund of premium will not be made for a period more than 12 months before the date Liberty is advised of the error.

**Notice and Proof of Claim**

1. **Notice**

   a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.

   b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.

2. **Proof**

   a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.

   b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

   c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.

Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

**Payment of Claims**

The benefit is payable to the Covered Person. But, if a benefit is payable to a Covered Person's estate, a Covered Person who is a minor, or who is not competent, Liberty has the right to pay up to $1,000 to any of the Covered Person's relatives or any other person whom Liberty considers entitled thereto by reason of having incurred expense for the maintenance, medical attendance or burial of the Covered Person. If Liberty in good faith pays the benefit in such a manner, any such payment shall fulfill Liberty's responsibility for the amount paid.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Right of Recovery**

Liberty has the right to recover any overpayment of benefits caused by, but not limited to, the following:

1. fraud;
2. any error made by Liberty in processing a claim; or
3. the Covered Person's receipt of any Other Income Benefits.

Liberty may recover an overpayment by, but not limited to, the following:

1. requesting a lump sum payment of the overpaid amount;
2. reducing any benefits payable under this policy;
3. taking any appropriate collection activity available including any legal action needed; and
4. placing a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any Other Income Benefits, whether on a periodic or lump sum basis.

It is required that full reimbursement be made to Liberty.

**Statements**

In the absence of fraud, all statements made in any application are considered representations and not warranties (absolute guarantees). No representation by:

1. the Sponsor in applying for this policy will make it void unless the representation is contained in the signed Application; or

2. any Employee in enrolling for insurance under this policy will be used to reduce or deny a claim unless a copy of the Enrollment Form, signed by the Employee if required, is or has been given to the Employee.

**Subrogation and Reimbursement**

When a Covered Person's Injury or Sickness appears to be someone else's fault, benefits otherwise payable under this policy for loss of time as a result of that Injury or Sickness will not be paid unless the Covered Person or his legal representative agree(s):

1. to repay Liberty for such benefits to the extent they are for losses for which compensation is paid to the Covered Person by or on behalf of the person at fault;

2. to allow Liberty a lien on such compensation and to hold such compensation in trust for Liberty; and

3. to execute and give to Liberty any instruments needed to secure the rights under 1. and 2. above.

Further, when Liberty has paid benefits to or on behalf of the injured Covered Person, Liberty will be subrogated to all rights of recovery that the Covered Person has against the person at fault. These subrogation rights will extend only to recovery of the amount Liberty has paid. The Covered Person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to Liberty.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Workers' Compensation**

This policy and the coverages provided are not in lieu of, nor will they affect any requirements for coverage under any Workers' Compensation Law or other similar law.

## SECTION 8 - PREMIUMS

**Premium Rates**

Liberty has set the premiums that apply to the coverage(s) provided under this policy. Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

A change in the initial premium rate(s) will not take effect within the first 3 years except that Liberty may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

1. a change occurs in the policy design;

2. a division, subsidiary or Associated Company is added to or deleted from this policy;

3. when the number of Covered Persons changes by 15.00% or more from the number insured on this policy's effective date; or

4. a change in existing law which affects this policy.

No premium may be changed unless Liberty notifies the Sponsor at least 31 days in advance. Premium changes may take effect on an earlier date when both Liberty and the Sponsor agree.

**Payment of Premiums**

1. All premiums due under this policy, including adjustments, if any, are payable by the Sponsor on or before their due dates at Liberty's Administrative Office, or to Liberty's agent. The due dates are specified on the first page of this policy.

2. All payments made to or by Liberty shall be in United States dollars.

3. If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.

4. The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only. It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of a Covered Person's Insurance" provision of this policy.

5. If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorated adjustment on the next premium due date.

6. Except for fraud and premium adjustments, refunds of premiums or charges will be made only for:

    1. the current policy year; and

    2. the immediately preceding policy year.

## SECTION 8 - PREMIUMS
(Continued)

**Grace Period**

This is the 45 days following a premium due date, other than the first, during which premium payment may be made. During the grace period this policy shall continue in force, unless the Sponsor has given Liberty written notice 31 days in advance of discontinuance of this policy.

**Waiver of Premium**

Premium payments for a Covered Person are waived during any period for which benefits are payable. If coverage is to be continued, premium payments must be resumed following a period during which they were waived.

# AMENDMENT NO. 1

It is agreed the following changes are hereby made to this policy: GF3-880-036548-01

| Changes | Additions | Deletions |
|---|---|---|

The effective date of this change is October 14, 2015.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 3rd day of November, 2015.

Issued to and Accepted by:

Papa John's International, Inc.
**Sponsor**

By ______________________________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**



# AMENDMENT NO. 2

It is agreed the following changes are hereby made to this policy: GF3-880-036548-01

| Changes | Additions | Deletions |
|---|---|---|
| Updated the Class 2 Eligibility Waiting Period | FORM ADOP-SCH-1 R (1) | FORM ADOP-SCH-1 |

The effective date of this change is January 1, 2016.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 23rd day of November, 2016.

Issued to and Accepted by:

Papa John's International, Inc.
**Sponsor**

By ______________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**

Stephen J. McAnena

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

November 14, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Papa John s International, Inc. s Group Disability Income Policy. Enclosed is a copy of the Papa John s International, Inc. s LTD policy.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Jane Daniell
Claim Resolution Specialist
On Behalf Of: Jerronda King
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

**From:** DisabilityDocuments
**Sent:** Monday, November 14, 2022 5:16 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Papa Johns LtD policy claim 10310112

---

From: Keeta Fox < ı>
Sent: Monday, November 14, 2022 10:16:06 PM (UTC+00:00) Monrovia, Reykjavik
To: DisabilityDocuments
Subject: Papa Johns LtD policy claim 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi there can you please send another copy of the long-term disability policy I was having printer problems the other day and couldn't print it thanks

Also you can now reach out to my GP Dr. Greg Potts assistant at 502-240-5900 to schedule a peer to peer appointment

Keeta Fox

I do not have any other materials to forward to you however I would like a confirmation of all materials received to date during appeal period as I'm gonna longer get the confirmation emails every day for some reason

Sent from my iPhone

**From:** DisabilityDocuments
**Sent:** Friday, November 11, 2022 1:02 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim 103112

---

**From:** Keeta Fox < >
**Sent:** Friday, November 11, 2022 5:54:44 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim 103112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Claim 10310112

Attached are my comments and suggested edits to most recent medical evaluation by Dr Banks.

I have also attached some supporting labs if that helps.

Could Dr Banks please include a definition of functional impairment as I still cannot find a definition in the Papa John's LTD policy.

As well Sjogrens diagnosis should be included vs SICCA as it has now been officially given its own diagnosis code, as detailed in previous Social Security Blue Book info sent.

Thanks

Keeta Fox

**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]

**Louise Y. Banks, M.D.**
**Occupational Medicine/Internal Medicine**
800 Plaza Drive, Suite 210, Belle Vernon, PA 15012
Tel: (724) 379-1940 | Fax: (724) 379-1941

See Comments and Suggested Revisions 12/11/22

| | |
|---|---|
| **CLAIMANT NAME:** | **Keeta Fox** |
| **EXAMINER:** | **Louise Y. Banks, M.D.** |
| **ECN #:** | **166473-5** |
| **CLAIM #:** | **10310112** |
| **DATE OF INJURY:** | **02/04/2020** |
| **DATE OF REVIEW:** | **10/13/2022** |
| **CASE TYPE:** | **Long-Term Disability** |

## PEER REVIEW

### MEDICAL RECORDS REVIEWED:

I have been asked to review medical records on behalf of ECN, including the following:

1. Report of confidential investigation dated 06/04/2021.
2. Occupational analysis dated 09/29/2020.
3. Transferrable skills analysis dated 07/27/2022.
4. Claim correspondence from 06/23/2020 through 09/07/2022.
5. Claim records from 07/27/2020 through 08/15/2022.
6. Authorizations to Disclose Health Information from 08/26/2020 through 12/10/2021.
7. Lincoln Financial Group Questionnaires dated 08/07/2020 through 12/20/2021.
8. Claimant's Letter of Appeal dated 12/07/2020.
9. Letter to Gregory Potts, MD, from Wayne Villanueva, MD, dated 03/11/2020.
10. MLS Review by Jeffery Grimes, MD, dated 05/26/2020.
11. ICP memo by Robert Swotinsky, MD, dated 06/29/2020.
12. Case Review by Oluyemisi Awobokun, MD, dated 01/22/2021 with Addendum through 03/07/2022.
13. Clinical review memo by Joseph Pachman, MD, dated 03/18/2022 with Addendum dated 07/25/2022.
14. ICP memo by Paul Stander, MD.
15. Reports of CT of the abdomen and pelvis dated 09/12/2017 and 01/28/2020.
16. Report of MRI of the cervical spine dated 01/22/2020.
17. Report of MRI of the lumbar spine dated 01/22/2020.
18. Report of MRI of the brain with and without contrast dated 01/30/2020.
19. Laboratory reports dated 09/12/2017 through 07/07/2022.
20. Consultation by Douglas Boyce, MD, dated 10/03/2017.
21. Reports of gastrointestinal pathology dated 04/04/2018 and 02/24/2020.
22. EGD and colonoscopy reports by Dr. Boyce dated 04/04/2018.
23. Records from Steven Stern, MD, from 01/08/2020 through 03/16/2022.
24. Emergency department record by Jack Gerughty, MD, dated 01/15/2020.
25. Records from Michael Krease, DO, from 01/16/2020 through 08/05/2020.
26. Pulmonary consultation by Vinay Nidadavolu, MD, dated 01/17/2020.
27. Report of sleep study dated 01/20/2020.

28. SIBO report dated 01/24/2020.
29. Handwritten records by Dr. Potts from 01/21/2020 through 12/02/2021.
30. Medical history by claimant dated 02/05/2020.
31. Records from Johanna Harris, APRN, from 02/06/2020 through 06/02/2020.
32. Lincoln Financial Group restrictions forms by Dr. Potts dated 02/07/2020 and 12/21/2021.
33. Report of electrodiagnostic study by Martin Brown, MD, dated 02/12/2020.
34. Esophagogastroduodenoscopy report by Dr. Krease dated 02/21/2020.
35. Report of epidermal nerve fiber density dated 03/17/2020.
36. Letter to Dr. Potts from Laura Tudor, APRN, dated 03/06/2020.
37. Lincoln Financial Group restrictions form by Anna Stone, APRN, dated 05/04/2020.
38. Lincoln Financial Group Nursing Memorandum by Abigail R., RN, dated 05/13/2020.
39. Dr. Potts' response to the Lincoln Financial Group dated 06/29/2020.
40. Records from Frank Burns, MD, from 10/06/2020 through 03/08/2021.
41. Records from Wolfgang Singer, MD, from 10/13/2020 through 10/16/2020.
42. Consultation by Mark Frye, MD, dated 10/15/2020.
43. Records from Thomas Osborn, MD, dated 10/15/2020.
44. Records from Jean Fox, MD, from 10/22/2020 through 07/29/2021.
45. Records from Amber Klindworth, PA-C, from 10/22/2020 through 01/27/2021.
46. Records from Christopher Anstine, MD, from 10/26/2020 through 11/17/2020.
47. Consultation by Rachel Miest, MD, dated 10/28/2020.
48. Consultation by Karna Sundsted, MD, dated 10/30/2020.
49. Consultation by Raevti Bole, MD, dated 11/05/2020.
50. Records from Anthony George, Jr., MD, from 11/19/2020 through 12/08/2020.
51. Office record from Meagan Huelsman, MD, dated 12/01/2020.
52. Records from Ethan Blackburn, MD, from 01/14/2019 through 11/29/2021.
53. After Visit Summary by Marjorie Pilkinton, MD, dated 01/28/2021.
54. Records from Samuel Carter, MD, from 03/16/2021 through 04/16/2021.
55. Letter from Denise Winland, MD, to whom it may concern, dated 04/28/2021.
56. Gastrointestinal pathology report dated 07/07/2021.
57. Consultation by Ariana Hutchinson, APRN, dated 03/31/2021.
58. Office record from Thomas Osborn, MD, dated 07/27/2021.
59. Consultation by Danielle Greenman, MD, dated 08/17/2021.
60. Records from Pamela Yee, MD, from 09/15/2021 through 12/29/2021.
61. Records from Lauren Briley, MD, from 10/20/2021 through 12/15/2021.
62. Lincoln Financial Group restrictions form by Dr. Potts dated 12/21/2021.
63. Disability Examination by Jamaal Richie, MD, dated 01/06/2022.
64. Office record by Laura Tudor, APRN, dated 01/12/2022.
65. Physical therapy records from 02/01/2022 through 06/30/2022.
66. Lincoln Financial Group Functional Mental Health Status Evaluation form by Dr. Winland dated 02/09/2022.
67. Records from Kimberly Lentz, MD, dated 07/07/2022 through 08/11/2022.
68. Lincoln Financial Group Attending Physician Statement by Dr. Blackburn dated 07/18/2022.
69. Report of polysomnography dated 07/11/2022.

70. Letter "To Whom it May Concern" by Dr. Yee dated 08/18/2022.
71. Letter to whom it may concern by Dr. Lentz dated 08/25/2022.
72. Letter to whom it may concern by Dr. Potts dated 08/29/2022.
73. Consultation by Erin Moore, APRN, dated 04/25/2022.
74. Handwritten notes by claimant dated 01/04/2020 through 06/07/2022.
75. Mayo Clinic problem list dated 03/19/2020.
76. Neuromuscular evaluation by Jaimin Shah, MD, dated 03/16/2020.
77. Consultation by Dawn Francis, MD, dated 03/17/2020.
78. Report of EMG/NCV dated 03/16/2020.
79. Report of MRI of the thoracic spine dated 03/09/2020.
80. Report of magnetic resonance abdominal and pelvic enterography dated 03/18/2020.
81. Functional Medicine Assessment by Melissa Young, NP, dated 05/28/2020 and records from Ms. Young through 08/11/2020.
82. Report of molecular breast imaging dated 11/05/2020.
83. Report of CT urogram dated 11/04/2020.
84. Occupational Therapy consult dated 11/02/2020.
85. Consultation by Nattawat Klomjit, MD, dated 10/29/2020.
86. Report of Nuclear Medicine GI transit scan dated 10/17/2020.
87. Report of anorectal manometry dated 10/22/2020.
88. Report of CT of the chest without contrast dated 10/22/2020.
89. Report of exercise stress test dated 10/16/2020.
90. Report of autonomic reflex screen dated 10/16/2020.
91. Report of sweat test dated 10/14/2020.

Pain, neuropathy, temperature dysregulation and

**HISTORY OF PRESENT ILLNESS:**

The insured is a 55-year-old Certified Public Accountant and former Senior Vice President for Finances who went off work in 02/2020 for a variety of symptoms, mainly fatigue and gastrointestinal complaints. She had a long history of musculoskeletal complaints as well. On 06/14/2019 the insured saw Ethan Blackburn, MD, a hand surgeon who diagnosed carpal tunnel syndrome and recommended hand braces. She also went for EMG studies and on 12/09/2019 was said to have wished to proceed with carpal tunnel release; however, that procedure does not seem to have occurred.

On 01/08/2020 she consulted Steven Stern, MD, for a positive ANA and skin rash. Dr. Stern noted that the skin rash had been treated with a steroid taper and that the insured had already seen Cardiology for left chest pressure and workup had been unremarkable. She had had GI workup previously in 10/2017 as well as in 04/2018 without significant abnormal findings. She was also complaining of headaches, dry eyes, dizziness, and lightheadedness of several years' duration. She had been referred to Neurology for followup of the headaches but did not attend the appointment. She complained of a pressure in her midback for 10 years and had been diagnosed with pulmonary fibrosis by MRI; however, she had not followed up with a pulmonologist. On exam that day, blood pressure was 119/80 with a pulse of 89. She was afebrile and there was myofascial tenderness to palpation but an otherwise unremarkable

not correct saw neurologist at Mayo Clinic and Vinay

Not correct; went to UC neurology

examination including full strength and functional range of motion. Dr. Stern ordered laboratory workup. CT scan basal ganglia calcification

On 01/15/2020 the insured presented to the emergency department for headache of 3 months' duration. Workup was ~~unremarkable~~. The following day, she consulted gastroenterologist, Michael Krease, DO, regarding seepage of stool. There was an unremarkable examination and Dr. Krease recommended fiber and antispasmodics. He ordered testing for lactose and sucrose breath studies. The following day, the insured consulted pulmonologist, Vinay Nidadavolu, MD, ~~who found a normal examination~~. High-resolution CT, alpha one antitrypsin, and a sleep study were ordered. The home sleep study was reported to have revealed mild obstructive sleep apnea in the supine position only. Lung CT changes showed no change from 12/14/19. Mayo Clinic recommended CT scans every 2 to 3 yrs

On 02/06/2020 the insured was evaluated by Johanna Harris, APRN. She was self-referred for concerns about possible amyotrophic lateral sclerosis. The insured reported twitching, tingling, and muscular weakness. Ms. Harris found serial fasciculations of the right extensor digitorum brevis and high-frequency low-amplitude tremor of both hands, left greater than right. There was also an intention tremor on the left. There was slightly reduced temperature sensation on the right forearm and the dorsum of the right foot. She ordered NCV/EMG.

On 02/12/2020 Martin Brown, MD, performed electrodiagnostic studies and found only a mild very distal right peroneal mononeuropathy.

The insured followed up with Dr. Krease on 02/19/2020. She had been diagnosed by her primary care physician with oral candidiasis and vaginal candidiasis. She reported trouble swallowing and lack of appetite and had lost 10 pounds. There was a normal examination. EGD stool studies were ordered and promethazine was refilled.

On 02/21/2020 Dr. Krease performed the EGD and obtained biopsies for Helicobacter pylori. The evaluation ~~was unremarkable.~~ was consistent with gastroparesis.

On 03/16/2020 the insured consulted Jaimin Shah, MD, for a neuromuscular evaluation. Dr. Shah's evaluation was that her examination was essentially unremarkable. The impression was of central sensitization syndrome and she was advised to see pain medicine specialists. The following day the insured had a consultation by gastroenterologist, Dawn Francis, MD, regarding recent onset of melena. Upper GI and blood work were ordered. Dr. Francis doubted that there was gastroparesis and retained food was secondary to nausea and vomiting. Magnetic resonance imaging studies were obtained, which were reported as unremarkable. (See Dr Fox Mayo Clinic follow up in Oct 2020)

On 04/22/2020 the insured had telemedicine followup with Dr. Stern. She had been evaluated in Mayo Clinic and still felt that she had not been given a good explanation for her many symptoms. She had been started on duloxetine for small fiber neuropathy and Amitiza for constipation. She had also been prescribed thyme and clove supplements for oral and vaginal candidiasis by an alternative medicine practitioner. She was having her house tested for mold, and Dr. Stern found that from a rheumatologic standpoint there was no inflammatory disease. She also conducted nerve biopsy which was positive for small fiber neuropathy

The following day, Anna Stone, APRN, stated that the insured had "SIRS" and diffuse itching and fatigue which were preventing work. She then went on to comment that "CIRS" is a biotoxin illness.

On 05/22/2020 there was telemedicine followup with Dr. Krease without significant change in management.

On 05/28/2020 the insured had a virtual Functional Medicine Assessment by Melissa Young, MD, who recommended mycotoxin evaluation and exercise.

On 06/02/2020 Ms. Fox followed up with Ms. Harris of the Neurology service. The insured reported that mold had been found in her house and car and symptoms had improved somewhat since she had stopped driving the car and was having mold remediation done on the house. She still reported some twitching. Small fiber neuropathy symptoms were better controlled on duloxetine 90 mg a day. She was also seeing a biologic dentist and starting supplementation with vitamin A, magnesium glycinate, and undergone silver and Lyme testing. There was a largely unremarkable examination except for decreased sensation reported on the dorsum of the left foot and decreased vibratory sensation throughout. Ms. Harris' diagnosis was systemic inflammatory response syndrome due to infection as well as idiopathic small fiber neuropathy and paresthesias. ~~[illegible]~~ mold exposure

On 06/19/2020 the insured followed up with Dr. Potts, who felt that most of the insured's illness symptoms were secondary to small fiber neuropathy, ~~whether from mold or other etiology.~~ He also felt that Ms. Fox suffered from "sequelae of other neuropathy" and "SIRS" or ~~sick building syndrome~~. Dr. Potts stated, "Some type of inflammatory phenomenon is going on in this patient." He noted that cervical stenosis was complicating the insured's symptoms and suspected that her gastroparesis might be an autonomic problem connected to the small fiber neuropathy.

as recommended by Dr Jamie Kemp Cardiologist

On 08/05/2020 the insured followed up with Dr. Krease via telemedicine. She reported concern regarding small intestinal fungal overgrowth and was going to be seen at Vanderbilt Autonomic Disorder Center. She was hesitant to take the antibiotic suggested by Dr. Krease. Vanderbilt never scheduled.

On 10/06/2020 the insured saw Frank Burns, MD, regarding dry eyes. Dr. Burns recommended that she start artificial tears. ~~She declined to start the recommended steroid injec~~tions. They discussed further possible treatment for her dry eyes including punctual plugs and/or cyclosporine. He diagnosed Keratoconjunctivitis Sicca.

On 10/13/2020 the insured saw Wolfgang Singer, MD, a neurologist at the Cleveland Clinic who ordered multiple tests. The same day, she was evaluated by Mark Frye, MD, a psychiatrist.

On 10/15/2020 the insured saw Thomas Osborn, MD, a rheumatologist, regarding Sjogren's. She reported dry mouth for 2-3 years. An ophthalmologist had also diagnosed keratoconjunctivitis sicca and had symptoms of erythromelalgia. On examination, there was full rotation of the cervical spine and some decreased lateral bending. There was an otherwise unremarkable

(tachycardia and nystagmus (intermittently)

examination including normal vibration sense. The impression was of Sjogren syndrome, neuropathy of unclear etiology, and erythromelalgia. They discussed trials of Imuran, CellCept, rituximab. Ms. Fox asked about possible immunoglobulin infusions and was advised to discuss this with her neurologist. The following day she followed up with Dr. Singer to discuss test results. There were unremarkable results to the sweat test and autonomic reflex test. There was no evidence of autonomic failure. There was some sympathetic component of orthostatic tachycardia and ~~evidence that anxiety might have been driving~~ this. There was an elevated FFA. Cardiovascular evaluation had been unremarkable, and celiac serologies were normal. Tryptase was also reported as normal. Dr. Fry's impression from a psychiatric standpoint was of somatic symptom preoccupation, and he suggested increasing duloxetine and engaging in cognitive behavioral therapy. no? via tilt table test

On 10/21/2020 the insured saw Christopher Anstine, MD, a general internist at the Mayo Clinic. He ordered additional testing and followed up on 10/26/2020 with reports of Jean Fox, MD, evaluation which had shown small bowel transit time below the mean and a normal colonic transit time. Anorectal manometry was reported as consistent with pelvic floor dysfunction. Around that time, she had also undergone gynecological evaluation by Amber Klindworth, PA-C, who was in agreement that the insured should engage in pelvic floor physical therapy, which she did in Louisville, KY @ Gunn Physical Therapy

On 10/28/2020 the insured saw dermatologist, Rachel Miest, MD, regarding erythromelalgia. Dr. Miest's impression was of purpura simplex and she prescribed amitriptyline and ketamine topical ointment. The following day, the insured had a nephrology consultation regarding polyuria. The impression was that the insured urinated frequently, likely because of atrophic vaginitis.

On 10/30/2020 Karna Sundsted of the Fibromyalgia and Chronic Fatigue Clinic evaluated Ms. Fox for fatigue and pain symptoms. Trigger areas were tender, and there was an otherwise unremarkable examination. The impression was of fibromyalgia syndrome (and Chronic Fatigue Syndrome) by newer criteria, and there was a recommendation for continuing duloxetine and engaging in comprehensive non-pharmacologic self-management strategies.

On 11/05/2020 the insured saw Raevti Bole, MD, a urologist regarding hematuria. There was an unremarkable evaluation including CT urogram and cystoscopy.

On 11/17/2020 the insured followed up with gastroenterologist, Jean Fox, MD, who noted that claimant had been admitted to a local hospital with cecal volvulus and had surgical resection of the cecum and approximately 30 cm of terminal ileum.

The next record is a Discharge Summary by Anthony George, Jr., MD, regarding the insured's hospital stay from 11/13/2020 through 11/19/2020. In a postoperative visit of 11/24/2020 Dr. George noted that there had been "fecalization" of distal small bowel, suggesting a chronic condition. Dr. George advised no heavy lifting for 1 month.

On 11/30/2020 there was video followup with Dr. Stern. The insured reported that she was doing well on Imuran for her Sjogren's and topical treatment for erythromelalgia. She also had another rash that she attributed to prior shingles. ← Imuran dis continued later as was not very effective

On 12/01/2020 dermatologist, Megan Huelsman, MD, performed a punch biopsy. The dermatopathology was reported to show nonspecific inflammation. Prior biopsy showed dermatitis

A week later, there was followup with Dr. George. The insured reported that she was doing all right in terms of bowel function but reported significant fatigue. Dr. George's impression was of "strictured ileocolonic anastomosis" related to Crohn disease. He advised diet and activity as tolerated.

On 12/21/2020 the insured returned to hand surgeon, Ethan Blackburn, MD, complaining of bilateral hand tingling and locking up which had improved with prior injection. There was an equivocal Phalen sign and an otherwise unremarkable examination, including normal strength, range of motion, and light touch sensation.

The next record is a video followup with Dr. Stern dated 01/11/2021. The insured reported having lost her job and was requesting assistance to obtain disability. She noted she could not use her primary care physician, Dr. Potts, for this process as he was the company doctor for her former employer. The doctors at the Mayo Clinic were not interested in becoming involved with the disability process. They had been titrating the azathioprine dose upward. Dr. Stern dictated a letter for disability.

Six days later, the insured followed up with Dr. Stern regarding a planned vacation in Florida. There was no examination documented. Dr. Stern recommended consideration of a second opinion. He advised continuing azathioprine at the current dose and recommended paraffin baths for her hands for treatment of the Reynaud symptoms. The insured had gynecologic consultation by Ms. Klindworth and Marjorie Pilkinton, MD, on 01/27/2021 and 01/28/2021. The impression was of pelvic floor dysfunction.

On 03/08/2021 the insured returned to Dr. Burns regarding brief blurry visual loss. The impression was of ophthalmoplegic migraine. Two days later, Ms. Fox had video followup with Dr. Stern and she reported having the whole house cleaned and was replacing the furniture secondary to concerns about mold contamination. She was not sure it was making a difference. She had changed her diet and discontinued alcohol. She was looking into transcranial direct current stimulation as a treatment for Sjogren syndrome.

On 03/16/2021 Ms. Fox consulted Samuel Carter, MD, an orthopedic surgeon, regarding knee pain. Dr. Carter found normal functional evaluation of both knees. X-rays were reported to have been consistent with mild osteoarthritis. He performed a steroid injection and advised conservative treatment. Steroid injection ineffective

On 04/07/2021 the insured saw Gregory Potts, MD, for headaches and tinnitus. Notes are handwritten and difficult to read. It seems that she may have taken herself off of azathioprine and was starting treatment with lymphatic massage. Documented examination is unremarkable.

On 04/16/2021 the insured returned to Dr. Carter still reporting knee pain. He advised that she consider viscosupplementation versus MRI to evaluate possible meniscal tear. Three days later, the insured returned to Dr. Blackburn for injections of the bilateral carpal tunnels.

Confirmed Mayo / Dr Fox after

On 05/05/2021 there was again video followup with Dr. Stern, who reported that the insured had not started CellCept as she was having "GI issues" and was afraid that the medication might make this worse. ~~Her small intestinal bacterial overgrowth diagnosis had been overturned at the Mayo Clinic, and she reported confusion over this.~~ Ms. Fox also told Dr. Stern that she was fearful that she had scleroderma, and she had not started pelvic floor physical therapy. She had been having lymphatic massage and had joined a support group. She had started limbic retraining. Dr. Stern recommended starting Rituxan to avoid gastrointestinal medications.

SIBO Scope endoscope by Dr. Briley

for Sjogren's

On 07/27/2021 the insured presented to Thomas Osborn, MD, at the Mayo Clinic. She had brought a chart regarding Sjogren's and a list of 19 different articles that she wished to discuss. The examination showed dry eyes and mucus membranes consistent with Sjogren syndrome and was otherwise unremarkable. Dr. Osborn prescribed hydroxychloroquine 300 mg daily.

Two days later, Ms. Fox followed up with Dr. Fox, gastroenterologist at the Mayo Clinic, and reported that she was still unable to work secondary to disabling gastrointestinal symptoms. She reported that Xifaxan had provided temporary relief. Dr. Fox suggested rotating antibiotics to treat the small intestinal bacterial overgrowth.

On 08/17/2021 there was virtual consultation with Daniel Greenman, MD. There is no examination and a problem list was provided. The insured was noted to be taking diflucan topical eyedrops for her Sjogren syndrome, doxycycline, B12, and she was advised to take mushroom, elderberry, and other extracts and to attend pelvic floor therapy, which she did

On 09/15/2021 the insured consulted Pamela Yee, MD, in a virtual consultation as Dr. Yee was located in another state. Dr. Yee recommended laboratories including workup for bartonella with skin and blood samples, and she advised Ms. Fox to do the NASA lean test with her local physician.

This was also confirmed by Dr Greg Potts

In virtual followup of 10/04/2021 Ms. Fox reported having been bedridden for several days in the previous week and "feels she has mast cell issues." Mold had been found in the basement of her home again, and the insured reported a flare of gastrointestinal symptoms which she associated to this. She asked Dr. Yee about low-dose naltrexone. Dr. Yee advised Ear, Nose, and Throat for a deep biopsy of the sinuses, and Dr. Yee documented that restaining of the insured's prior gastrointestinal biopsies confirmed that the insured had mast cell activation syndrome. She was advised to start famotidine and cetirizine. Dr. Yee also noted that there was EBV antibody VCA IgM positivity, indicating Epstein-Barr virus recrudescence.

7/7/21 Duodenal aspirate performed by Dr Lauren Briley, gastroenterologist. Consistent with SIBO started Xifaxan.

Dr Callen diagnosed Dermatographia (dermatologist) starting 180mg Fexofenadine
Dr Pam Yee diagnosed Mast Cell Activation Syndrome via Small Intestine Staining (immunohistochemical CD117 stain)

On 10/20/2021 Ms. Fox consulted gastroenterologist, Lauren Briley, MD, regarding gas and bloating. Dr. Briley noted that a gastric emptying study had shown delay at 2 and 4 hours and that the 6-hour small bowel transit time was below the mean. The insured reported itching. She had stopped taking pancreatic enzyme replacements as she felt they were not helpful. She reported that she was going to see an infectious disease specialist regarding Epstein-Barr reactivation. There was an unremarkable examination, and Dr. Briley advised fiber and antispasmodics.

On 11/05/2021 there was virtual visit with Dr. Stern. Ms. Fox reported doing better on high-dose antihistamines and a proton pump inhibitor. She is hesitant regarding hydroxychloroquine as she feels that immunosuppression should be avoided at that time. Dr. Stern's impression was of sick building syndrome and Epstein Barr reactivation syndrome with overwhelming fatigue. Three days later, there was virtual visit with Dr. Yee, and Ms. Fox advised she was feeling better. Dr. Yee advised adding oral Cromolyn for treatment of the mast cell activation syndrome. for recurring SIBO

On 12/15/2021 there was followup with Dr. Briley. Documented examination is unremarkable, and Dr. Briley advised starting fiber with probiotics and repeating the course of Xifaxan. In virtual followup with Dr. Yee dated 12/29/2021, Dr. Yee reported that she felt the mast cell activation syndrome still needed to be quelled, and she suggested natural options as well as continuing Xifaxan and a probiotic for the insured's history of vaginal candidiasis.

On 01/06/2022, Jamaal Richie, MD, evaluated the insured for a disability examination. Dr. Richie documented an antalgic gait without use of an assistive device, 3/5 grip strength, 4/5 lower extremity strength, and stated that knee films were suggestive of advanced osteoarthritis. He reported that the insured's symptoms required use of an assistive device and that while there was no fine motor deficit on examination, her history and medical symptoms could present limitations if not treated. She was also noted to be dependent on others for most of her activities of daily living. Dr. Richie concluded that the insured's deficits may make it difficult to perform certain tasks and to maintain a job.

On 01/12/2022 the insured presented to Laura Tudor, APRN, regarding neck pain. Ms. Fox advised that she would like to pursue "diagnostic therapies" to determine "what works for her." She declined cubital tunnel release or carpal tunnel release. Ms. Tudor found tender occipitocervical areas and an otherwise unremarkable examination including distal neurovascular. She recommended starting occipital blocks, and to consider radiofrequency ablation. She also advised starting physical therapy. The insured seems to have attended physical therapy from 02/01/2022 through 06/06/2022.

There is virtual consultation with Dr. Stern dated 03/16/2022. Dr. Stern noted that there had been dental extractions and teeth had been sent for DNA/PCR testing for Lyme disease, and those results had been equivocal. The insured reported that her small intestinal bacterial overgrowth was better with treatment for what she described as a rare infection. Ms. Fox also

which she completed with Dr. Daniel Barrett on 2/24/2022. Adverse side effects

reported hip pain which she attributed to pelvic misalignment. Dr. Stern advised following up with Infectious Disease regarding the diagnosis of Lyme disease.

On 04/25/2022 the insured saw Erin Moore, APRN, regarding elbow pain. The impression was of left lateral epicondylitis and left cubital tunnel syndrome as well as bilateral carpal tunnel syndrome. Normal strength and range of motion were documented, and the insured was advised occupational therapy.

On 07/07/2022 the insured consulted Kimberly Lentz, MD, who noted mild muscle tenderness and an otherwise unremarkable examination. Dr. Lentz ordered full tickborne testing through IGeneX.

Three weeks later, Dr. Lentz and the insured had a phone consultation regarding lab results. The insured reported that she was having muscle twitching and internal vibration when trying to relax. Dr. Lentz stated that she feels the "primary issues" are bartonella and Epstein-Barr virus. Dr. Lentz prescribed azithromycin and rifampin as well as nystatin to prevent yeast infections. Valacyclovir should be considered for chronic Epstein-Barr virus infection.

On 08/11/2022 there was again phone consultation with Dr. Lentz as the insured was reporting symptoms related to treatment. Dr. Lentz advised drinking water with lemon or lime and baking soda and also taking extra vitamin C and Epsom salt baths.

On 07/11/2022 polysomnography had been reported as showing poor sleep efficiency and no rapid eye movement sleep.

**PHYSICIAN OUTREACH:**

On 10/03/2022 at 10:30 a.m. Eastern Standard Time, I called the office of Dr. Pamela Yee at 914-652-7800 and followed the phone tree prompts. There was no option to reach Dr. Yee, and the automated system simply said, "Goodbye."

On 10/04/2022 at 11:17 a.m. Eastern Standard Time, I called the same number for Dr. Yee, again reached a phone tree that did not offer an option to leave a message for the physician and simply told me goodbye at the end.

On 10/03/2022 at 10:32 a.m. Eastern Standard Time, I called the office of Dr. Kimberly Lentz at 317-708-3708, followed the phone tree prompts and reached Amanda, who told me that the doctor was in a room with patients. I left a detailed message including callback number.

On 10/04/2022 at 11:19 a.m. Eastern Standard Time, I called Dr. Lentz's office at the same number and reached voicemail. I left a detailed message including callback number.

On 10/05/2022 at 10 a.m. Eastern Standard Time, Dr. Lentz returned my call and advised that she had seen the insured in person only once and that was on 07/07/2022. She also advised that she does not do functional assessments on her patients.

On 10/03/2022 at 10:34 a.m. Eastern Standard Time, I called the office of Dr. Wayne Villanueva at 502-259-5955, followed the phone tree prompts, and reached Polly, who put me on hold. At 10:41 a.m. the phone began to ring again and I reached Polly again. I left a detailed message including callback number.

On 10/04/2022 at 11:21 a.m. Eastern Standard Time, I again called Dr. Villanueva's office and reached Kathy, who said that neither the doctor nor his advanced practice RN, Laura Tudor, were available. I left a detailed message including callback number. At 11:55 a.m. that same day, Sierra returned my call and said that Dr. Villanueva had advised that he would not be commenting on the case.

On 10/03/2022 at 10:42 a.m. Eastern Standard Time, I called the office of Dr. Ethan Blackburn at 502-629-4263, followed the phone tree prompts, and reached Destiny, who said that the doctor was in clinic. I left a detailed message including callback number.

On 10/04/2022 at 11:24 a.m. Eastern Standard Time, I called Dr. Blackburn's office at the same number and again reached Destiny, who said, "Someone should be getting back to you today."

On 10/03/2022 at 10:46 a.m. Eastern Standard Time, I called the office of Dr. Steven Stern at 502-583-5836, followed the phone tree prompts, and reached Amanda, who said that the doctor was out of the office but that his assistant would be checking messages and forwarding them..

On 10/04/2022 at 11:26 a.m. Eastern Standard Time, I called Dr. Stern's office again and reached Judy. She told me that the doctor was on vacation. I asked if I could speak with a physician assistant and she transferred me to Vicky, who advised that she was a medical assistant, not a physician assistant, and did not feel comfortable commenting on the case.

On 10/03/2022 at 10:49 a.m. Eastern Standard Time, I called the office of Dr. Gregory Potts at 502-240-5900 and reached Udeemi, who advised that Dr. Potts was out of the office. I left a detailed message including callback number.

On 10/04/2022 at 9:50 a.m. Eastern Standard Time, I again called Dr. Potts' office at the same number and reached Eugenie, who advised that Dr. Potts would call me the following day at 2:15 p.m. Eastern Standard Time. Dr. Potts did return my call on 10/05/2022 at 2:15 p.m. Eastern Standard Time. He said that he was no longer Ms. Fox's primary care physician. He told me that she had had severance from her previous employer in 02/2020 when her department was moved to another state. As part of her severance agreement, she was allowed to continue seeing him, even though he was the company physician, for 18 months after severance. Dr. Fox advised that he could no longer comment on Ms. Fox's functional status from the time period in question ongoing.

**RESPONSE TO QUESTIONS:**

I was asked to respond to the following questions:

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

   There are no functionally impairing diagnoses in this case during the time period in question.

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

   This is not applicable as there is no evidence of functional impairment in this case during the time period in question.

3. **Do medical records support any restrictions and limitations that were recommended by treating providers for the timeframes in question?**

   Timeframe in question is 08/03/2022 forward. Dr. Lentz indicated in a letter dated 08/25/2022 forward that she felt the insured was not capable of any work activity. There is no evidence in the records made available for this review or in conversations with the insured's treating providers that this is the case.

4. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

   for most sores only

   The insured has been advised to pursue surgical treatment of carpal tunnel and cubital tunnel syndrome and she seems to have declined to do so. She has some cervical spinal degenerative disease on imaging, and Dr. Wayne Villanueva has advised that at some point she will likely require a C5 corpectomy. However, clinical examinations and the results of electrodiagnostic studies do not indicate that this is currently a functionally impairing condition. She was advised to pursue epidural steroid injections for treatment of her neck pain complaints, and she does not seem to have pursued this. Dr. Lentz has diagnosed the insured with Lyme disease. To me, it is not evident that the insured meets CDC criteria for Lyme disease. She seems to have had an episode of Epstein-Barr recurrence serologically, and Dr. Lentz advised that she was treating the insured with valacyclovir for this. The insured has been advised to seek treatment or opinion from an Infectious Disease consultant and it does not seem that she has done this. I am not certain that the treatment for alleged Lyme disease or Epstein-Barr virus was indicated in this case. The recommendations for topical treatments for sicca syndrome are very reasonable. The insured was, at one time, advised that she should be on immunosuppressive therapy for Sjogren syndrome. She seems to have been intermittently compliant with this, and in any case, she does not seem to

Why?

Done Dr Diffley — Pursued w/ Dr Daniel Barnett; not effective — Sjogrens not sicca?

Roeres concurred w/ EBV ; no possible treatment

How? Why?

have functional impairment from a rheumatologic disease during the time periods in question.

5. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts- child or elder care issues, or legal issues) that may adversely impact work?**

No circumstances of those natures were identified in the records made available for this review.

6. **Taking into consideration the entire clinical picture including standards of care and evidence based medicine and any medication or any other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from August 3, 2022 to the present? Please identify any impairing diagnosis as well as any comorbid conditions that may be impacting functionality. Please explain your medical rationale as to why or why not.** Sjogrens (?)

The insured does not have functional impairment during the time period in question based on the records made available for this review and the conversations that I had with her treating providers. A primary diagnosis of sicca syndrome was assigned to this case. The insured does not seem to have any functional impairment by documented examinations during the time period in question. She was advised to use topical treatments for control of her symptoms. She also seems to have been advised to use immunosuppressants. However, even in the absence of compliance with this treatment, she does not seem to have any functional impairment from that diagnosis. Secondary diagnoses of mast cell activation syndrome, POTS, SIBO, fibromyalgia, spinal stenosis, knee pain, IBS, and IBV will be addressed in turn.

i. Mast cell activation syndrome is treated appropriately in this case with antihistamines and proton pump inhibitors, and there is no indication on documented clinical examinations that the insured has functional impairment from this diagnosis. (?)

Sort Tilt Table test

ii. POTS. There was no definitive diagnosis made of POTS. There was an increase in heart rate with the NASA lean test documented by one of her providers; however, there was no concomitant drop in blood pressure, and as one consultant said, anxiety seems to have played a role in the increase in heart rate. There is no evidence that the insured has functional impairment or even meets standard criteria for a diagnosis of POTS. Evaluation was never escalated to include standard tilt table testing, and treatment was ~~never escalated to~~ include thigh-high compression stockings or ~~use of appropriate medications~~. This is not because of an oversight on the part of her treating physicians but rather because she does not seem to have required any escalation in evaluation or treatment related to that diagnosis.

iii. SIBO, small intestine bacterial overgrowth. A consultant at the Mayo Clinic opined that this was likely a contaminant. The insured has received appropriate treatment for that

included and high water intake

(?) Still use Xifaxan, which is effective

diagnosis in the form of Xifaxan. She was also advised by one consulting gastroenterologist to trial some rotating antibiotics; however, she declined. There is no evidence that the insured has functional impairment from a diagnosis of SIBO or even that she meets standard criteria for that diagnosis. (?)

iv. Fibromyalgia syndrome. This is not a functionally impairing diagnosis.

v. Spinal stenosis. There is evidence that the insured has some degenerative disc disease in the cervical spine; however, there is no evidence clinically or by electrodiagnostic study that she has neural compromise which would result in functional impairment from this diagnosis. She has elected not to pursue the recommended treatment of epidural steroid injection. Did

vi. Knee pain. The insured reports knee pain and there does not seem to be any consistent functional impairment from this diagnosis. The disability evaluator opined that she had significant osteoarthritis; however, he was the only documented evaluator to have that finding. On 03/16/2021 Samuel Carter, MD, an orthopedic surgeon, evaluated the insured and found that she had full range of motion, normal strength, and evidence of mild osteoarthritis. He advised conservative treatment with steroid injections on an as-needed basis and physical therapy. In followup of 04/16/2021, Dr. Carter advised that the insured could pursue MRI in order to evaluate for a possible meniscal tear and/or pursue viscosupplementation. She seems to have declined either, and her functional knee exams are documented as unremarkable. Therefore, no functional impairment and no work activity restrictions are attributable to that diagnosis. Steroid injections normal MRI conducted

vii. Irritable bowel syndrome. This is not a functionally impairing diagnosis.

viii. Epstein-Barr virus reactivation. There is no evidence in the records provided for this review that the insured has functional impairment as a result of that diagnosis. Documented clinical examinations are unremarkable. (?) flu like with fever?

7. **If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please include duration for restrictions.**

   Functional impairment is not supported during the time period in question in this case. Therefore, work activity restrictions are not supported. As noted, clinical examinations are unremarkable.

8. **Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from August 3, 2022 to present? Please explain your medical rationale.**

Yes, the medical evidence does not support that the insured has any impairment in endurance, and therefore, she has to ability to sustain full-time work capacity. Cardiovascular workups have been unremarkable.

9. **Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.**

The insured seems to have had variable compliance with prescribed medications. During our recent conversation, Dr. Lentz alluded to the fact that she had a phone conversation with the insured in August regarding "issues" with the rifampin. However, there is no documented evidence that these "issues" were functionally impairing.

10. **Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported pain, fatigue, decreased motor strength, disorders in the cervical and lumbar spine and knee, symptomology from Sjogren's disease, mast cell activation syndrome, SIBO, POTS, Lyme Disease, fibromyalgia and carpal and cubital tunnel syndrome consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How do these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

As stated previously, the insured has had extensive workups and has been found to have some cervical spinal as well as upper extremity syndromes that may benefit from surgical intervention and/or epidural steroid injection. However, documented examinations do not indicate that there is functional impairment from any of these conditions and her orthopedic providers have recommended treatment that would address her reports of pain. There was a sleep study that indicated that the insured had poor sleep efficiency. However, treatment was never escalated to include any efforts at improving the insured's sleep. She has never been documented to appear as drowsy or have cognitive impairment attributable to fatigue during the time period in question. In short, the insured's reported symptoms have not been found to correlate with any functional impairment either clinically or in exhaustive workup by her local clinicians and by the Mayo Clinic.

Started Ambisome XR 12/22

11. **If your conclusions are different from the conclusions in the review by Dr. Joseph Pachman, please explain the medical rationale and evidence used in your coming to the different conclusions.**

Dr. Pachman seems to have indicated that the insured should be limited in lifting and carrying by her reports of pain and fatigue. He does not provide functional evidence that the insured has any weakness. His recommendation that the insured should not work in a dry

---

environment without use of a humidifier seems reasonable as she reports dry eyes and mouth; however, this seems to be a reasonable accommodation for comfort and not a necessary work restriction due to functional impairment. The insured seems to have had variable compliance with her ophthalmologist's recommendation even for the use of artificial ~~tears, and as noted,~~ she was not compliant with her rheumatologist's suggestion of treatment with azathioprine for her Sjogren syndrome.

Using Xidra OR Restasis intermittently

Sincerely,

L. Banks

Louise Y. Banks, M.D.
Board Certified in Occupational Medicine/Internal Medicine
Pennsylvania License # MD047820L

Louisville
Endoscopy
Center

*1400 POPLAR LEVEL RD*
*LOUISVILLE, KY 40217*
*PH: (502) 636-2003*
*FAX: (502-636-4032)*

# EGD Report

**Date:** 2/21/2020 7:30 AM

**Patient Name:** **KEETA R. FOX**
**Account #:** EAST14968
**Endoscopist(s):** MICHAEL KREASE, DO
**Gender:** Female
**DOB (age):** (53)
**Instrument(s):** GIF 867*(GIF H180J 0867)


upper third of the esophagus


lower third of the esophagus


retained food in stomach


stomach antrum


pylorus


duodenal bulb


second part of the duodenum


retroflexed view of the cardia


incisura


middle third of the esophagus


upper third of the esophagus

**Referring Physician:** GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**PCP:** GREGORY J. POTTS, MD
**Anesthesia Provider:** Bessie Christensen, CRNA
**Nurse(s):** Lisa Courtney, RN (Pre-op phone call)
Amanda Carter, RN (Pre-Procedure)
Louise Shadwick, RN (Post-Procedure)
**Staff:** Kristine Sledge-Delk, RN (Intra-Procedure)
John Nicholas, Endo Tech

**ASA Class:** P2 - 2/21/2020 7:18 AM Bessie Christensen, CRNA

**History of Present Illness:**

Ms. Fox is a 53F presenting for follow-up evaluation. Since her last visit she is been having some new issues. She was diagnosed with oral candidiasis about 4 days ago. Her primary care physician has put her on nystatin swish and swallow. She now is having some trouble swallowing. She denies pain with swallowing. She denies food getting stuck, she does feel however that things are going down normally. She also has vaginal candidiasis and is worried that she could've candida all over.

She has no appetite. She has lost about 10 pounds. She has some dry heaves. She has no blood in her vomit. She has no blood in her stools.

She had an EGD and colonoscopy in 2018. She was found have a fundic gland polyp in the fundus of her stomach.

**Administered Medications:** lidocaine 50 mg IV
propofol 500 mg IV

**Indications:** Dysphagia: 787.20 - R13.10

**Vital Signs:**

| *Weight (lbs/oz)* | *Height (ft/in)* | *BMI* |
|---|---|---|
| 143 / | 5 / 7 | 22.39 |

| *BP (mmHg)* | *Pulse (ppm)* | *Rhythm* | *Resp/min* | *Temp* | *SPO2 (%)* |
|---|---|---|---|---|---|
| 108/72 | 81 | Regular | 14 | 98.9 (F) | 98 |

**Physical Exam:**

*Physical exam was performed prior to anesthesia on 2/21/2020 at 7:21 AM.*

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.

**Respiratory:**

*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.
*Auscultation:* normal breath sounds; no rubs, wheezes, rales or rhonchi.

**Cardiovascular:**

*Auscultation:* normal rhythm, S1 and S2; no rubs, murmurs or gallop.

**Gastrointestinal/Abdomen:**

*Abdomen:* nontender, nondistended, with normoactive bowel sounds, and no masses or guarding, no resonance or tympany.
*Liver/Spleen:* no hepatosplenomegaly.

**Psychiatric:**

*Judgment/insight:* within normal limits.
*Mood and affect:* Mood and affect are appropriate, no agitation.

**Procedure:**

The procedure, indications, preparation and potential complications were explained to the patient, who indicated understanding and signed the corresponding consent forms. MAC Anesthesia was administered by the nurse anesthetist. Continuous pulse oximetry, blood pressure, and cardiac monitoring was done. Supplemental oxygen was used. Patient was placed in left lateral decubitus position and bite block secured in mouth. The endoscope was introduced through mouth and advanced under direct visualization until second part of the duodenum reached. The Z-line was noted at 41 centimeters. Patient tolerance to the procedure was good. The procedure was not difficult.

**Limitations/Complications:** There were no apparent limitations or complications

**Findings:**

| | | |
|---|---|---|
| *Esophagus* | *Mucosa* | Normal mucosa was noted in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. Cold forceps biopsies of the lower, middle, and upper esophagus were performed. |
| *Stomach* | *Mucosa* | Normal mucosa was noted in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. Cold forceps biopsies were performed for H. pylori |

assessment in the stomach antrum. IHC will be performed if indicated based on pathologists interpretation.

*Duodenum* *Mucosa* Normal mucosa was noted in the whole duodenum. Cold forceps biopsies were performed.

**Impressions:**

- Normal mucosa in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. (Biopsy).
- Normal mucosa in the duodenum. (Biopsy).
- Normal mucosa in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. (Biopsy H-Pylori).

**Plan:** Patient to call office for pathology results in 7-10 days, (502) 452-9567.
Biopsies were taken to rule out the presence of a bacterial stomach infection called Helicobacter pylori. If found on biopsy, antibiotics may be prescribed.
Significant amount of retained food noted in stomach, suspect a component of gastroparesis.
Continue neurologic workup for etiology of her other symptoms.

**Samples:**

Jar # 1 :
Biopsy in the second part of the duodenum
Findings: Normal, R/O Celiac Sprue
Test(s) requested: Histology

Jar # 2 :
Biopsy in the duodenal bulb
Findings: Normal, R/O Celiac Sprue
Test(s) requested: Histology

Jar # 3 :
Biopsy in the stomach antrum and stomach body
Findings: Normal, R/O H pylori
Test(s) requested: Histology

Jar # 4 :
Biopsy in the lower third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

Jar # 5 :
Biopsy in the upper third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

Jar # 6 :
Biopsy in the middle third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

**Pathology:** Pathology was sent to lab; patient will be notified via patient portal, mail or phone call.

MICHAEL KREASE, DO
Electronically signed on 2/21/2020 8:01:23 AM by MICHAEL KREASE, DO

THERAPATH
NEUROPATHOLOGY

Therapath
545 West 45th Street
New York, NY 10036
800-681-4338
www.therapath.com

# FINAL PATHOLOGY REPORT
## EPIDERMAL NERVE FIBER DENSITY

**PATIENT: FOX, KEETA**
*D.O.B:* *AGE:* 53 *SEX:* F
*PHYSICIAN:* Johanna Harris NP
*COPY TO:*

**ACCESSION NUMBER: B20-01574**
*DATE COLLECTED:* 02/27/2020
*DATE RECEIVED:* 02/29/2020
*DATE REPORTED:* 03/17/2020

**Clinical History:**
G90.09, R20.2; Tingling/paresthesias BLE/BUE fluctuate intensity with gastroporesis and cardiac autonomic dysfunction. ? POTS.

**DIAGNOSIS:**

A. Lt Thigh, skin biopsy: **Skin with significantly reduced Epidermal Nerve Fiber Density, consistent with small fiber neuropathy.**

B. Lt Calf, skin biopsy: **Skin with significantly reduced Epidermal Nerve Fiber Density, consistent with small fiber neuropathy.**

Lt Thigh



Lt Calf



Each image above is magnified 400X and represents 3-4% of the total epidermis examined by the pathologist.

**MICROSCOPIC DESCRIPTION:**

A. Frozen sections are stained by the immunoperoxidase method for PGP9.5, a marker of nerve fibers. From the sections that have been examined, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are focal and this analysis does not exclude the diagnosis.

B. Frozen sections are stained by the immunoperoxidase method for PGP9.5, a marker of nerve fibers. From the sections that have been examined, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are focal and this analysis does not exclude the diagnosis.

**EPIDERMAL NERVE FIBER DENSITY TEST:**

| Specimen | Result Value | ABNORMAL | LOW NORMAL |
|---|---|---|---|
| A. Lt Thigh | 3.98 | < 8.3 | 8.3 - 9.1 |
| B. Lt Calf | 3 | < 4.3 | 4.3 - 5.3 |

THERAPATH NEUROPATHOLOGY

Therapath
545 West 45th Street
New York, NY 10036
800-681-4338
www.therapath.com

**PATIENT:** FOX, KEETA

**ACCESSION NUMBER:** B20-01574

**GROSS DESCRIPTION:**

A. Specimen received fixed in 2% PLP in one vial labeled "Lt Thigh". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.4 cm.

B. Specimen received fixed in 2% PLP in one vial labeled "Lt Calf". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.3 cm.

**Electronically Signed By:** Ethan Stolzenberg MD
03/16/2020 23:40

**INTERPRETATION OF RESULTS:**

The epidermal nerve fiber density (ENFD) of each sample is determined by using the published counting rules (Lauria G et al. Eur J Neurol 2005; 12:1-12 and Kennedy WR et al. In Dyck PJ, Thomas PK [eds] Peripheral Neuropathy, 4th ed. Philadelphia: WB Sanders, 2004, pp 869-95). The ENFD (fibers per millimeter of epidermal length) is first calculated by determining the number of epidermal fibers that cross the dermal epidermal junction divided by the epidermal length in each section and then calculating the average value from 5 sections.

The ENFD is compared to the values in specimens from normal control subjects as determined by Therapath. The lower limit of normal is defined as the 5th percentile of the age and gender specific normal control values. Lower ENFD values are considered to be significantly decreased and consistent with the diagnosis of small fiber neuropathy.

Values that are in the low normal range, between 10th percentile and 5th percentile, may be suspicious for early or mild neuropathy.

On occasion, the ENFD can be normal, but morphological examination reveals structural abnormalities such as axonal swelling or excessive branching. These are considered to be pre-degenerative changes that are also associated with small fiber neuropathy (Lauria et al, J Neurol Sci 1999; 164: 172-8; Lauria et al, Neurology 2003; 61: 631-6).

Small fiber neuropathies can be length-dependent or non-length dependent which includes multifocal disorders. Length dependent neuropathies usually begin in the feet with loss of sensation in a stocking distribution in the lower extremities. When the condition is more advanced, a glove-like loss in the upper extremities also may occur. Occasionally, patients with a length-dependent neuropathy can feel symptoms in the hands before the lower extremities. In non-length dependent neuropathies, symptoms may involve the trunk, face, arms, upper extremities, proximal limbs, or other focal areas. (Tavee et al, Cleve Clin J Med.2009; 76:297-305 and Hsieh, Acta Neurol Taiwan. 2010; 19:82-89).

The presence of normal ENFD does not by itself rule out a diagnosis of small fiber neuropathy. An abnormally reduced ENFD also does not indicate a particular cause for the neuropathy or predict a response to therapy. The diagnosis and treatment of any medical condition depends on the patient's clinical presentation and the results of all laboratory investigations as interpreted by the physician.

**Disclaimer:** This report may include laboratory-developed tests (LDTs). These assays were developed and their performance characteristics determined by Therapath. They have not been cleared or approved by the US Food and Drug Administration (FDA). The FDA does not require these tests to go through premarket FDA review. These tests are used for clinical purposes. They should not be regarded as investigational or for research. This laboratory is certified under Clinical Laboratory Improvement Amendments (CLIA) as qualified to perform high-complexity clinical laboratory testing.

Laboratory Director: Jamie A. Jacobsohn, MD

**CPT CODES:** 88305x2, 88314x2, 88356x2, 88342x2

# TISSUE PATHOLOGY EXAM - Details

## Comments from the Doctor's Office

No significant inflammation seen on any biopsy. Neg for changes suggesting celiac. Negative for h pylori. Duodenal aspirate is consistent with SIBO - rec trial xifaxan (sent to pharmacy). Schedule follow up

## Images

Click here to view test result

Click here to view test result

## Component Results

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| **Addendum 2** | Your Value<br>Please see the completely scanned consultation report from Mayo Clinic below. | | |

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| **Addendum** | Your Value<br>Further testing is performed at the request of Dr. Briley. Utilizing an appropriate positive and negative control immunohistochemical stain CD117 is performed on all blocks. In specimen designated "terminal ileum" mast cells enumerate up to 40 per 40x high power field. No spindle shapes or clustering is identified. In specimen #2 designated "stomach" mast cells enumerate up to 25 per 40x high power field. No spindle shapes or clustering are noted. In specimens #3 designated "colon random" mast cells enumerate up to 60 per 40x high power field with single small clustering of up to 4 cells. No spindle shapes are noted. In specimen #4 designated "transverse colon" mast cells enumerate up to 35 per 40x high power field. No clustering nor spindle shapes are identified.<br><br>Clinical and serologic correlation is recommended.<br><br>mec/pkm | | |
| **Case Report** | **Your Value**<br>**Surgical Pathology Report Case: SV21-11985**<br>**Authorizing Provider: Briley, Lauren C., MD Collected: 07/07/2021 12:03 PM**<br>**Ordering Location: BAPTIST HEALTH LOUISVILLE Received: 07/07/2021 01:23 PM**<br>**ENDO SUITES**<br>**Pathologist: Cobb, Mahoney E, MD**<br>**Specimens: 1) - Small Intestine, Duodenum, DUODENAL BIOPSIES**<br>**2) - Stomach, RANDOM GASTRIC BIOPSIES**<br>**3) - Large Intestine, RANDOM COLON BIOPSIES**<br>**4) - Large Intestine, Transverse Colon, TRANSVERSE COLON POLYP** | | |

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| **Final Diagnosis** | Your Value<br>1. Duodenum, Biopsy: Benign small bowel mucosa with<br>A. Normal intact villous surface.<br>B. No significant inflammation, no granulomas.<br>C. No viral inclusions or other organisms on routinely stained sections.<br><br>2. Stomach, Biopsy: Oxyntic and antral type gastric mucosa with<br>A. No significant inflammation.<br>B. No metaplasia, dysplasia nor malignancy.<br>C. No H. pylori-like organisms identified.<br><br>3. Colon, Biopsy: Benign colonic mucosa with<br>A. No hyperplastic or tubulovillous change.<br>B. No significant inflammation.<br>C. No crypt distortion or basement membrane thickening.<br>D. No viral inclusions or other organisms on routinely stained sections.<br>E. Melanosis coli.<br><br>4. Colon, Transverse, Biopsy: Colonic mucosa with<br>A. Mild superficial hyperplastic epithelial change.<br>B. No tubulovillous change nor malignancy.<br><br>mec/jse | | |
| **Gross Description** | Your Value<br>1.The specimen is received in formalin labeled with the patient's name and further designated 'duodenal biopsy' are multiple small fragments of gray-tan tissue. The specimen is submitted for embedding as received.<br><br>2.The specimen is received in formalin labeled with the patient's name and further designated 'random gastric biopsy' are multiple small fragments of gray-tan tissue. The specimen is submitted for embedding as received.<br><br>3.The specimen is received in formalin labeled with the patient's name and further designated 'random colon biopsy' are multiple small fragments of gray-tan tissue. The specimen is submitted for embedding as received.<br><br>4.The specimen is received in formalin labeled with the patient's name and further designated 'transverse colon polyp biopsy' is a small fragment of gray-tan tissue. The specimen is submitted for embedding as received. | | |

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| **Microscopic Description** | Your Value<br>Performed, incorporated in diagnosis. | | |

## General Information

Ordered by Lauren C. Briley

Collected on 07/07/2021 12:03 PM from Small Intestine, Duodenum (Tissue)
Collected on 07/07/2021 12:06 PM from Stomach (Tissue)
Collected on 07/07/2021 12:17 PM from Large Intestine (Tissue)
Collected on 07/07/2021 12:23 PM from Large Intestine, Transverse Colon (Tissue)

Resulted on 11/16/2021 5:45 PM

Result Status: Edited Result - FINAL

This test result has been released by an automatic process.

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

**From:** DisabilityDocuments
**Sent:** Friday, November 11, 2022 1:09 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim 10310112

---

**From:** Keeta Fox <
**Sent:** Friday, November 11, 2022 6:07:59 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi there

Attached is a letter from Dr Stern dated 012721 that references their help in " managing her underlying inmmunological disorder." ( Sjogrens). This letter is consistent with all conversations subsequent to this date. This is very inconsistent with the conversation you had with Dr Stern on October 26 2022 that I did not fit the mold of any rheumatologicial diagnosis and he could not give his opinion on restrictions. This letter clearly defines limitations.

Again if there is a transcript of that call with Dr Stern please forward that to me.

Thanks.

Keeta Fox

**Error : unloaded OLE object or mail attachment]**

KENTUCKIANA
RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

Name: Keeta Fox
Date of Birth:
Provider: Steven Stern MD
Date of Visit: 1/11/2021

January 27, 2021

RE: Keeta R Fox
DOB:

To Whom It May Concern:

I write to you in regards to Ms. Keeta Fox who is a patient in our Arthritis Center for whom we help to manage her underlying immunologic disorder. This involves multiple organ system manifestations and is permanent in nature and will continue to last for the rest of her life and certainly well past one year. Please give her all due consideration for giving her disability based on this condition and the other conditions diagnosed by the Mayo Clinic. Ms. Fox was not able to work at her job, or any job, during the last 12 months while under my care. I am attaching a copy of her symptom list as well.

Sincerely,

Steven H. Stern MD

*Provider:*
Stern, Steven 01/26/2021 1:53 PM

Document generated: 01/26/2021

**From:** DisabilityDocuments
**Sent:** Thursday, November 10, 2022 6:32 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim 10310112

---

**From:** Keeta Fox < >
**Sent:** Thursday, November 10, 2022 11:27:53 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This Washington Post Article sums of Sjogrens very well.This person is working 2 days a week now, which would eventually be my goal but not physically ready yet.

Relative to the Papa John's disability policy I see a whole section on part time disability. Does that apply for my policy and if so how would that work.

Thanks
Keeta Fox
**[Error : unloaded OLE object or mail attachment]**

The Washington Post



**Health**

# Pains, chills, fatigue, vomiting and vertigo plague me. Small fiber neuropathy causes it all.

By William Schwalbe
June 28, 2020

More than three years ago, I came down with a mysterious illness I thought might be a flu, but turned out to be something entirely different.

My blizzard of symptoms began innocuously in November 2016 with terribly cold feet. So cold that even when I got under the covers with a hot water bottle between them, and they were warm to the touch, they still felt like painful ice-blocks. At other times, I had the equally unpleasant sensation that my feet and shins were burning or already burnt.

A few weeks later, I started to experience intense throbbing pain in all my toes, as if someone had seconds before stomped on them with heavy boots, which made walking or standing difficult. Often my legs were so heavy that I could barely move them. Occasionally, my feet turned bright red. And every few hours came shooting pains, electric shocks that traveled up my legs. In my 55 years on earth, I'd never felt pain like that — except when a dentist drilled without Novocain.

All the symptoms increased at night, so sleep became elusive. I wound up sticking my feet outside the covers because even a sheet brushing against them proved too painful to bear. Before long, the same panoply of pains had moved to my hands and then arms — and occasionally my face and stomach.

Heat made the symptoms worse; cold and damp made them much worse. But often these pains flared for no discernible reason.

Totally unrelated, or so I thought, were other things that began to go wrong with me over the next few months: I often found myself pouring with sweat from my forehead, but became unable to sweat on my legs and arms; I lost all the hair on my lower legs; I was increasingly faint and

dizzy, with my heart racing whenever I changed position or had a shower; and I was experiencing a fatigue and bone-pain so profound that every few hours I needed to stop whatever I was doing and lie down on the floor.

The exhaustion, which feels like the start of the flu, was particularly severe a day or two after I exercised.

Then, in early spring, I started getting vertigo after eating a full meal and hours later would vomit up undigested food. For someone who lives to eat, and frequently edits cookbooks for my job as an editor at a publishing house, that was worst of all.

Even though my problems had been multiplying, I kept delaying a checkup. I was almost constantly on the road to promote a book I'd written while working hard to keep up with my day job. Given that, I was certain that I just needed to rest. When I finally saw my internist, four months after the symptoms began, he suggested I see a cardiologist, a vascular specialist, and a neurologist, whom I approached in that order.

The first two told me that my heart and veins were in great shape; they didn't know what was wrong with me. But in May 2017, when I started rattling off my crazy, random symptoms to Teena Shetty, a neurologist at Hospital for Special Surgery in New York, she wasn't puzzled at all.

"I think I know what you have," she said. "Small fiber neuropathy."

Small fibers are the body's temperature and pain sensors. (Large nerve fibers control muscles, feel vibration and let you know where your limbs are in space). Small fibers also work behind the scenes as part of what is called the autonomic (think: automatic) nervous system, influencing your circulation, breathing, digestion, and immune and glandular functions. That is why small fiber neuropathy typically causes such a diverse range of symptoms across almost every part of your body.

When you have small fiber neuropathy, the small fibers within the nerve bundles become damaged and start misfiring — causing pain and, often, systemic chaos. It's at their tips that nerve fibers usually start to malfunction and can eventually shrink back, which is why peripheral neuropathies so often begin in the feet. It's not the dead bits at the end that hurt; pain signals come from the more central ailing parts sending out an alarm.

Small fiber neuropathy is one of many kinds of peripheral neuropathy — that is, problems that affect the nerves that extend beyond your central nervous system. (Basically, any nerve that isn't inside your brain or spinal cord.)

These days, small fiber neuropathy can be diagnosed with about 90 percent certainty by using a painless skin biopsy. Any doctor or nurse can take a pencil-eraser-sized sample from the side of your lower leg and then send it to an accredited lab to count the nerve fiber density within your skin's surface and compare it to densities from skin biopsies of healthy people of your sex, race and age. It can also be diagnosed by testing sweat gland function. Unlike most more common neuropathies, small fiber neuropathy cannot be diagnosed by tests that use electrical impulses on the muscles and nerves.

Many cases of small fiber neuropathy cases are caused by diabetes. Other causes include some autoimmune disorders, such as Sjogren's syndrome, some cancers and chemotherapies, HIV and certain HIV drugs, alcohol abuse, vitamin B6 toxicity, Celiac disease and several rare genetic disorders.

But in at least 40 percent of cases, including mine, no cause has yet been found, so doctors use the placeholder diagnosis of idiopathic small fiber neuropathy. Idiopathic means of unknown origin.

It's unclear how many people have small fiber neuropathy. A 2013 study suggested about 175,000 people in the United States and 4 million orldwide might have it. But recent research indicates that as many as 50 percent of people diagnosed with another condition, fibromyalgia, hich causes widespread musculoskeletal pain, have reduced nerve density consistent with small fiber neuropathy.

Small fiber neuropathy can develop at all ages, including in previously healthy children, although more commonly it begins in adolescence to nid-adulthood.

lthough the skin biopsy test for it was introduced in the 1990s, the condition isn't on the radar of most primary care doctors. And the varied ymptoms make it challenging for generalists to spot.

ven neurologists who routinely diagnose the related large and mixed fiber peripheral neuropathies, which affect as many as 20 million people n the United States, will often miss small fiber neuropathy.

avid Simpson, director of the Neuromuscular Diseases Division at the Icahn School of Medicine at Mount Sinai, says that "if a patient comes in ith symptoms that might be neuropathic, when they get a normal result on the electrodiagnostic tests, the neurologist will often say, 'Well, it's ot neuropathy, so who knows what it is?' Most physicians are not knowledgeable about the role of skin biopsy in diagnosis. And so outside of he neuromuscular specialists, I would say most neurologists are not pursuing the diagnosis."

As a result, many patients suffer for years or even decades with doctors who don't know what tests to run — or who may not believe their symptoms.

"The main importance is to screen patients for the treatable causes of it," says Louis Weimer, a professor of neurology at Columbia University Medical Center (who is also treating me), "so that for the majority — meaning more than 50 percent — the cause can be addressed before the damage is more severe. Sometimes it's just as simple as behavioral modification. For example, neuropathy can be a red flag that brings a patient's attention to diabetes before they develop a full-blown case of it."

Depending on the cause, prompt treatment can even reverse the disease's progression and allow symptoms to resolve.

After I got an abnormal skin biopsy that proved my neurologist was right, I found my way to NeuropathyCommons.org, a website created by neurologist Anne Louise Oaklander, director of the Nerve Unit at Massachusetts General Hospital. (She is the most widely-cited scientist in the field and her lecture "Small Fibers, Big Pain," part of a Radcliffe Institute series on epidemics, has been viewed more than 25,500 times on YouTube.) The site includes a checklist of blood tests for all common treatable causes of small fiber neuropathy.

Since my blood didn't reveal any of them — which is why my condition is classified as "idiopathic"— all I can do for now is try to treat the symptoms with medicine approved to reduce these symptoms in other neuropathic diseases.

Every four hours while I'm awake, I use pyridostigmine, a drug approved for myasthenia gravis — an autoimmune neuromuscular disease that causes weakness in skeletal muscles. It helps me digest food and gives me a bit more stamina. Before bed, I take the anticonvulsant Gabapentin, a sleep inducer that dulls the shooting pains I feel.

I have better days and worse days. I often need to cancel plans when I'm in too much pain or too nauseated and dizzy. Thanks to the Family and Medical Leave Act, an understanding employer and my profession, I'm lucky to be able to work from home on those two or so days a week. (And now that my office had to go largely virtual in the wake of covid-19, working remotely when I'm feeling ill is even less of an issue.) I've also found helpful advice at the website of the Foundation for Peripheral Neuropathy.

But I have a lot of hope. There is exciting new research into causes and treatments.

Oaklander presented promising findings about treating young patients who have evidence of immune causes of their small fiber neuropathy with corticosteroids or intravenous immune globulin (IVIG), a human blood product. IVIG is expensive (as much as $10,000 per month or

nore) and insurers will approve it only if there is evidence that an immune disorder is the cause. Unfortunately, since there's no evidence that ınything is wrong with my immune system, it's not right for me.

Several biotech companies are working on new drugs to treat all kinds of pain based on what has been learned from studying genetic mutations hat affect the way our small fibers function. People like me are potential subjects for these trials. The hope is that pain medicines that are more argeted and not addictive will help doctors fight the opioid epidemic without depriving people of the pain relief they need.

And other trials, funded by the National Institutes of Health, of other medicines and approaches are underway.

Walter J. Koroshetz, director of the National Institute of Neurological Disorders and Stroke at NIH, considers small fiber neuropathy to be "a vexing problem. It causes a lot of disability; and we don't feel we have good treatments. So, anything that works would be fine with me. But what we'd like to do is prevent it."

**From:** DisabilityDocuments
**Sent:** Thursday, November 10, 2022 8:51 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim 10310112

---

**From:** Keeta Fox < >
**Sent:** Friday, November 11, 2022 1:47:08 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Fwd: Claim 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from my iPhone

Begin forwarded message:

**From:** Keeta Fox <
**Date:** November 10, 2022 at 6:52:06 PM EST
**To:** disabilitydocuments@lfg.com
**Subject: Claim 1031002**

Hi there

Attached is the Social Security blue book qualification criteria for LTD for Sjogens. Social Security disability is based on inability to hold any full time occupation. Is that not the same as Papa John's LTD policy criteria ( after 2 years goes from own occupation to any occupation).

You will see from the documentation attached I meet the criteria (14.10A) for Social Security Sjogrens disability.

Thanks
Keeta Fox

**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]

# This is Sjögren's...

"I look healthy on the outside, however my disease is attacking my internal organs and destroying me from the inside out"

"Sjögren's has started to attack my lungs and I have difficulty breathing and performing everyday tasks"

"I rarely smile or talk in public since my inability to produce saliva has caused embarrassing tooth decay"

"I lost my passion for dining out because Sjögren's has affected my ability to chew and digest most foods"

"Joint pain, aching muscles and inability to sleep is an everyday occurrence for me"

"My inability to produce tears causes extreme eye discomfort and makes me prone to chronic eye infections"

"This terrible disease sets a 'new normal' way of life, which is 'not normal' at all"

"I wake up each day hoping a treatment is developed that will allow me to live an active and normal life again"

Sjögren's ("SHOW-grins") is a systemic autoimmune disease that affects the entire body. Along with symptoms of extensive dryness, other serious complications include profound fatigue, chronic pain, major organ involvement, neuropathies and lymphomas.




Sjögren's FOUNDATION

Learn more
sjögrens.org

SF_20106.05F

Coronavirus (COVID-19) Updates

FEMA and State Resources for Hurricane Ian

We will launch a new website. You can preview it now and share your feedback.

Social Security

Medical/Professional Relations

Adult Listings (Part A)

Childhood Listings (Part B)

General Information

Evidentiary Requirements

Listing of Impairments (overview)

Disability Claims Process Video Series

Revisions to Rules Regarding the Evaluation of Medical Evidence

# Disability Evaluation Under Social Security

## 14.00 Immune System Disorders - Adult

**Section**

**14.01** Category of Impairments, Immune System Disorders

**14.02** Systemic lupus erythematosus

**14.03** Systemic vasculitis

### 14.00 Immune System Disorders

**A.** *What disorders do we evaluate under the immune system disorders listings?*

1. *We evaluate immune system disorders that cause dysfunction in one or more components of your immune system.*

a. The dysfunction may be due to problems in antibody production, impaired cell-mediated immunity, a combined type of antibody/cellular deficiency, impaired phagocytosis, or complement deficiency.

b. Immune system disorders may result in recurrent and unusual infections, or inflammation and dysfunction of the body's own tissues. Immune system disorders can cause a deficit in a single organ or body system that results in extreme (that is, very serious) loss of function. They can also cause lesser degrees

**14.04**
Systemic sclerosis (scleroderma)

**14.05**
Polymyositis and dermatomyositis

**14.06**
Undifferentiated and mixed connective tissue disease

**14.07**
Immune deficiency disorders, excluding HIV infection

**14.08**
[Reserved]

**14.09**
Inflammatory arthritis

**14.10**
Sjögren's syndrome

**14.11**

of limitations in two or more organs or body systems, and when associated with symptoms or signs, such as severe fatigue, fever, malaise, diffuse musculoskeletal pain, or involuntary weight loss, can also result in extreme limitation.

c. We organize the discussions of immune system disorders in three categories: Autoimmune disorders; Immune deficiency disorders, excluding human immunodeficiency virus (HIV) infection; and HIV infection.

2. *Autoimmune disorders (14.00D).* Autoimmune disorders are caused by dysfunctional immune responses directed against the body's own tissues, resulting in chronic, multisystem impairments that differ in clinical manifestations, course, and outcome. They are sometimes referred to as rheumatic diseases, connective tissue disorders, or collagen vascular disorders. Some of the features of autoimmune disorders in adults differ from the features of the same disorders in children.

3. *Immune deficiency disorders, excluding HIV infection (14.00E).* Immune deficiency disorders are characterized by recurrent or unusual infections that respond poorly to treatment, and are often associated with complications affecting other parts of the body. Immune deficiency disorders are classified as either *primary* (congenital) or *acquired*. Individuals with immune deficiency disorders also have an increased risk of malignancies and of having autoimmune disorders.

4. *Human immunodeficiency virus (HIV) infection (14.00F).* HIV infection may be characterized by increased susceptibility to common infections as well as opportunistic infections, cancers, or other conditions listed in 14.11.

**B.** *What information do we need to show that you have an immune system disorder?* Generally, we need your medical history, a report(s) of a physical examination, a report(s) of laboratory findings, and in some instances, appropriate medically acceptable imaging or tissue biopsy reports to show that you have an

(iii) Extra-articular features of inflammatory arthritis may involve any body system; for example: Musculoskeletal (heel enthesopathy), ophthalmologic (iridocyclitis, keratoconjunctivitis sicca, uveitis), pulmonary (pleuritis, pulmonary fibrosis or nodules, restrictive lung disease), cardiovascular (aortic valve insufficiency, arrhythmias, coronary arteritis, myocarditis, pericarditis, Raynaud's phenomenon, systemic vasculitis), renal (amyloidosis of the kidney), hematologic (chronic anemia, thrombocytopenia), neurologic (peripheral neuropathy, radiculopathy, spinal cord or cauda equina compression with sensory and motor loss), mental (cognitive dysfunction, poor memory), and immune system (Felty's syndrome (hypersplenism with compromised immune competence)).

(iv) If both inflammation and chronic deformities are present, we evaluate your impairment under the criteria of any appropriate listing.

7. *Sjögren's syndrome (14.10).*

a. *General.*

(i) Sjögren's syndrome is an immune-mediated disorder of the exocrine glands. Involvement of the lacrimal and salivary glands is the hallmark feature, resulting in symptoms of dry eyes and dry mouth, and possible complications, such as corneal damage, blepharitis (eyelid inflammation), dysphagia (difficulty in swallowing), dental caries, and the inability to speak for extended periods of time. Involvement of the exocrine glands of the upper airways may result in persistent dry cough.

Several systems affected as underlines Kiata Fox

(ii) Many other organ systems may be involved, including musculoskeletal (arthritis, myositis), respiratory (interstitial fibrosis), gastrointestinal (dysmotility, dysphagia, involuntary weight loss), genitourinary (interstitial cystitis, renal tubular acidosis), skin (purpura, vasculitis), neurologic (central nervous system disorders, cranial and peripheral neuropathies), mental (cognitive dysfunction, poor memory), and neoplastic (lymphoma). Severe fatigue and malaise are frequently

swollen lymph nodes

reported. Sjögren's syndrome may be associated with other autoimmune disorders (for example, rheumatoid arthritis or SLE); usually the clinical features of the associated disorder predominate.

b. *Documentation of Sjögren's syndrome.* If you have Sjögren's syndrome, the medical evidence will generally, but not always, show that your disease satisfies the criteria in the current "Criteria for the Classification of Sjögren's Syndrome" by the American College of Rheumatology found in the most recent edition of the *Primer on the Rheumatic Diseases* published by the Arthritis Foundation.

## E. How do we document and evaluate immune deficiency disorders, excluding HIV infection?

1. *General.*

a. Immune deficiency disorders can be classified as:

(i) *Primary* (congenital); for example, X-linked agammaglobulinemia, thymic hypoplasia (DiGeorge syndrome), severe combined immunodeficiency (SCID), chronic granulomatous disease (CGD), C1 esterase inhibitor deficiency.

(ii) *Acquired;* for example, medication-related.

b. Primary immune deficiency disorders are seen mainly in children. However, recent advances in the treatment of these disorders have allowed many affected children to survive well into adulthood. Occasionally, these disorders are first diagnosed in adolescence or adulthood.

2. *Documentation of immune deficiency disorders.* The medical evidence must include documentation of the specific type of immune deficiency. Documentation may be by laboratory evidence or by other generally acceptable methods consistent with the prevailing state of medical knowledge and clinical practice.

**D.** Repeated manifestations of inflammatory arthritis, with at least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss) and one of the following at the marked level:

1. Limitation of activities of daily living.

2. Limitation in maintaining social functioning.

3. Limitation in completing tasks in a timely manner due to deficiencies in concentration, persistence, or pace.

Back to Top

Meet #1+2 Keith Fox

***14.10 Sjögren's syndrome***. As described in 14.00D7. With:

**A.** Involvement of two or more organs/body systems, with: Yes

1. One of the organs/body systems involved to at least a moderate level of severity; and Yes

Yes Yes

Yes 2. At least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss).

Fibromyalgia
Chronic Fatigue Syndrom

OR

**B.** Repeated manifestations of Sjögren's syndrome, with at least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss) and one of the following at the marked level:

1. Limitation of activities of daily living.

2. Limitation in maintaining social functioning.

3. Limitation in completing tasks in a timely manner due to deficiencies in concentration, persistence, or pace.

**Back to Top**

**14.11 *Human immunodeficiency virus (HIV) infection.*** With documentation as described in 14.00F1 and one of the following:

**A.** Multicentric (not localized or unicentric) Castleman disease affecting multiple groups of lymph nodes or organs containing lymphoid tissue (see 14.00F3a).

OR

**B.** Primary central nervous system lymphoma (see 14.00F3b).

OR

**C.** Primary effusion lymphoma (see 14.00F3c).

OR

**D.** Progressive multifocal leukoencephalopathy (see 14.00F3d).

OR

**E.** Pulmonary Kaposi sarcoma (see 14.00F3e).

OR

**F.** Absolute CD4 count of 50 cells/mm3 or less (see 14.00F4).

OR

**From:** DisabilityDocuments
**Sent:** Thursday, November 10, 2022 7:09 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim # 10310112

---

**From:** Keeta Fox ‹
**Sent:** Friday, November 11, 2022 12:06:51 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim # 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is the physicians guide for needed documentation for Chronic Fatigue Syndrome for Social Security. I have identified all my related co conditions and/or symptoms.

How would I not be approved based on the any occupation condition used by SS which I thought was fairly consistent with yours.

By the way I still cannot find a functional impairment definition in the Papa John;s LTD policy.Can you please send that related excerpt to me. I only found own occupation and any occupation which was not specific enough.

Thanks
Keeta Fox

**[Error : unloaded OLE object or mail attachment]**

# Providing Medical Evidence for Individuals with Myalgic Encephalomyelitis/Chronic Fatigue Syndrome (ME/CFS)

Contents


| | |
|---|---|
| A Guide for Health Professionals | 1 |
| Definition of Disability | 1 |
| What We Need from You | 2 |
| Evaluating Disability for Individuals with ME/CFS | 3 |
| Contacting Social Security | 3 |


Fox 11/9/22
See ME/CFS
Co conditions
attached

## A Guide for Health Professionals

This fact sheet is a guide to assist you in providing the kinds of medical evidence we need to evaluate disability claims filed by individuals with ME/CFS (also known as exertion intolerance disease, or SEID). When an individual with ME/CFS applies for Social Security disability benefits, we must decide whether he or she is disabled under the law. We make our determination or decision based on the information you provide and other evidence, including information provided by the individual.

We appreciate your assistance in providing us with timely reports and other medical records. You may send medical records to us by mail or by using Social Security's Electronic Records Express service to fax documents or submit them online via Social Security's secure website.

## Definition of Disability

Federal law requires a very strict definition of disability. While some programs give money to people with partial disability or short-term disability, Social Security does not. An individual is considered disabled by Social Security if he or she is unable to do any substantial gainful work activity because of a medical condition(s) that has lasted, or can be expected to last, for at least 12 months, or that is expected to result in death. A child under the age of 18 is considered disabled if he or she suffers from any medical condition(s) that results in marked and severe functional

limitations that has lasted, or can be expected to last, for at least 12 months or that is expected to result in death.

The medical condition(s) must be shown to exist by means of medically acceptable clinical and laboratory findings. Under the law, symptoms alone cannot be the basis for a finding of disability, although the effects of symptoms may be an important factor in our determination or decision whether an individual is disabled. If the medical evidence alone shows that an individual is clearly disabled or not disabled, we decide the case on that information. Otherwise, we go on to consider other factors, such as functional capacity in light of the individual's medical condition(s), age, education, and work background. If a child under age 18 has a functional limitation because of his or her medical condition(s), we consider the child's functioning in relation to other children of the same age who do not have the medical condition(s). You can find more detailed information about our disability evaluation process on the Disability Evaluation Under Social Security page of the Medical/Professional Relations section of our website.

## What We Need from You

We need information from you that will help us to determine the existence, severity, and duration of the individual's impairment(s).

Medical reports you provide to us should include a thorough description of the individual's medical history with the information on the diagnosis, onset, duration, and prognosis of the individual's ME/CFS and any other conditions. Longitudinal clinical records and detailed historical notes discussing the course of the disorder, including any treatment prescribed and the individual's response to treatment, are very useful for us since we are interested in the impact of the illness over a period of time.

Include in your reports all clinical findings (such as results of physical examinations and mental status examinations) and laboratory findings (such as blood tests, magnetic resonance imaging, or any other clinically accepted form of testing), both positive and negative. It is essential that you submit all available objective findings concerning your patient's condition, even if they relate to another disorder or establish that the individual has a co-occurring condition other than ME/CFS.

Please report any medical signs you have observed. Examples include:

- Orthostatic intolerance (symptoms worsen on maintaining upright posture and improve by lying down); Yes
- Palpably swollen or tender axillary or cervical lymph nodes; Yes
- Persistent, reproducible muscle tenderness on examinations; Yes
- Abnormal immune function, including frequent viral infections with prolonged recovery; and Yes — 2 plus EBV, Yes, Bartonella
- Non-exudative pharyngitis.

Also, include in your reports any symptoms or other effects of ME/CFS, such as:

- Persistent or relapsing fatigue resulting in reduction or impairment in ability to carry out daily or work-related activities Yes
- Post-exertional malaise (worsening of symptoms after physical, cognitive, or emotional effort) Yes
- Waking unrefreshed (individual is still fatigued after sleep); Yes
- Disturbed sleep patterns, such as insomnia or prolonged sleeping; Yes
- Cognitive impairment(s) such as having difficulty with information processing, short-term memory, reduced concentration and attention;
- Persistent muscle pain, tenderness, stiffness, or weakness; Yes
- Multi-joint pain without swelling or redness; Yes
- Headaches of a new type, pattern or severity; Yes
- Sore throat that is frequent or that reoccurs;
- Cardiovascular abnormalities, such as palpitations; Yes

- Gastrointestinal discomfort (for example, nausea, bloating, or abdominal pain); Yes
- Respiratory difficulties, such as labored breathing or sudden breathlessness;
- Urinary or bladder problems, such as urinary frequency, nocturia, dysuria, or pain in the bladder region); or Yes
- Visual difficulties, such as difficulty with visual focus, impaired depth perception, or severe photosensitivity. Yes

Your descriptions of any functional limitations you noted throughout the time you examined or treated the patient are very important. If possible, provide your opinion of the individual's ability to do daily activities or work-related physical and mental activities. Tell us your opinions about both the individual's physical and mental functions and, to the extent possible, the reasons for your opinions, such as the clinical findings and your observations of the individual.

Examples of work-related functions include:

- Physical functions: Walking, standing, sitting, lifting, pushing, pulling, reaching, carrying, and handling.
- Mental functions: The ability to understand, remember, and carry out simple instructions, the ability to use appropriate judgment, and the ability to respond appropriately to supervision, co-workers, and usual work situations, including changes in a routine work setting.

## Evaluating Disability for Individuals with ME/CFS

As you may know, state Disability Determination Services (DDS) evaluate claims for Social Security. The DDS adjudication team consists of a physician or psychologist and a specially trained disability examiner. In evaluating disability for individuals with ME/CFS, the team looks at all of the available evidence, including the clinical course from the onset of the illness, and considers the impact of the illness on each affected body system.

If the team determines there is not enough information to make a determination, they may call or write you to find out if you have the needed information. If you do not, they may ask you or, in some circumstances, an independent medical source, to provide the information by performing tests or an examination for a fee paid by the DDS.

## Contacting Social Security

The most convenient way to contact us anytime, anywhere is to visit ***www.socialsecurity.gov*** where you can also take care of some business with an online *my* Social Security account.

Call us toll-free at **1-800-772-1213** or at **1-800-325-0778** (TTY) if you're deaf or hard of hearing. We can answer your calls from 7 a.m. to 7 p.m., week days. Or use our automated services via telephone, 24 hours a day. We look forward to serving you.

Securing today and tomorrow

**Social Security Administration**
Publication No. 64-063 | ICN 953800
January 2018
Providing Medical Evidence for Individuals with Myalgic Encephalomyelitis/Chronic Fatigue Syndrome (ME/CFS)
Produced and published at U.S. taxpayer expense

**From:** DisabilityDocuments
**Sent:** Tuesday, November 8, 2022 6:57 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 2022 GP (Dr Greg Potts) Appts Claim 10310112

---

**From:** Keeta Fox <
**Sent:** Tuesday, November 8, 2022 11:55:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 2022 GP (Dr Greg Potts) Appts Claim 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I had 2 appts in 2022 with Dr Greg Potts. The notes from the 03/25/2022 appt are attached. ( that detailed continued flu like symptoms) However I had another appointment on July 21,2022 and Dr Greg Potts has no records of that appt.

Keeta Fox**[Error : unloaded OLE object or mail attachment]**

FOX, Keeta DOB: 11/06/1966 (55 yo F) Acc No. 102136 DOS: 03/25/2022

**Fox, Keeta**

55 Y old Female, DOB:

Provider: POTTS, GREGORY J

Telephone Encounter

| | | |
|---|---|---|
| **Answered by** | POTTS, GREGORY J | Date: 03/25/2022<br>Time: 12:19 PM |
| **Reason** | Other | |
| **Message** | pt off of insurance in few months so a noncomputer pt; needs refills on Tramadol and Restasis as well as reck on EBV | |
| **Refills** | Start cycloSPORINE Emulsion, 0.05 %, Ophthalmic, 1 Bottle, 1 drop into affected eye, Twice a day, 30 days, Refills=0<br>Start traMADol HCl Tablet, 50 MG, Orally, 30, 1 - 2 tablets, Twice a day if needed, 30 days, Refills=0 | |

**Reason for Appointment**

1. Other

**Assessments**

1. Lumbar back pain with radiculopathy affecting left lower extremity - M54.16 (Primary)
2. Dry eyes, bilateral - H04.123
3. Chronic fatigue, unspecified - R53.82
4. Other specified disorders involving the immune mechanism, not elsewhere classified - D89.89
5. Epstein Barr infection - B27.90

**Treatment**

**1. Lumbar back pain with radiculopathy affecting left lower extremity**
Start traMADol HCl Tablet, 50 MG, 1 - 2 tablets, Orally, Twice a day if needed, 30 days, 30, Refills 0

**2. Dry eyes, bilateral**
Start cycloSPORINE Emulsion, 0.05 %, 1 drop into affected eye, Ophthalmic, Twice a day, 30 days, 1 Bottle, Refills 0

Provider: POTTS, GREGORY J 03/25/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Papa Cares

SEE BACK

Date: 03/25/2022

Name: Keeta Fox DOB: ______ Team Member #: 10136
B/P: 118/80 P: 97 R: 16 T: 99.5 SaO2: 97% Wght: 157 Hght: 5'7" BMI: ______ Waist: ______
Meds: Reviewed ____ Updated ____ No Change ____ ALLERGIES: Aspirin / Butalbital / acetaminophen Hx anaphylaxis ______
CC: ~~Mult issues – eval c flu~~
HPI: ~~c/o V & Gu to P.T. for cervical & lumbar issues – now c lumbar radiculopathy ... (L) ... P.T. ... not Δ 3-4 wks ✓ MRI again~~
~~SEE BACK~~

ROS: (Mark circle if wnl)

- GEN: weight changes, insomnia, fatigue, fever chills, night sweats
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol,
- ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations ______

PMH: [ ] unchged [ ] see note SH: [ ] unchged [ ] see note
FH: [ ] unchged [ ] see note HX Form From __/__/__ Rev'd
Surg Hx: [ ] unchged [ ] see note
Rev'd/Updated Immunization/Preventive Screening

PHYSICAL EXAM:

GEN: (A&O, NAS, WD) confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ABD: soft. ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, (DTRs = bilat, CN) II-IX intact, sensation
- BACK: CVA tenderness (SLR) neg, paraspinal TTP, spinal TTP — neg on R, positive (L)
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl. bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: (appropriate mood, appropriate affect,) depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: ______
TEST RESULTS Rev'd: ______
SCHEDULED LABS/TESTS: ______
RETURN to OFFICE: ______
REFERRAL ______

IMPRESSION:
1. Sjogren's syndrome — refer
2. Chronic fatigue — ✓ labs
3. Prev visit — ✓ labs
4. Lumbar radiculopathy (L)
5. Chronic EBV — to ID

PLAN:
Restasis / stg mgmt
— cont P.T.
— will call in tramadol ... / last fill 2019

2015

**From:** DisabilityDocuments
**Sent:** Tuesday, November 8, 2022 6:42 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim 10310112

---

**From:** Keeta Fox <
**Sent:** Tuesday, November 8, 2022 11:41:24 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

As requested, copy of Jan 16 2020 Head CT. Baptist East Hospital called it Basal Ganglia Calcification. Also reviewed by Mayo Clinic in Oct 2020 and they said could have been there since birth but not sure. The neurologist said these can cause seizures, but I have had none to date.

Not sure why Dr Stern, Rheumatologist, weighed in on this. Not his expertise at all (congenital front lobe problem). Dr Stern was treating me for Sjogrens after Mayo diagnosis. So very confused on why he is now saying that Ms Fox "did not fit the mold of any particularly rheumatological diagnostic category". Do you have a transcript of this conversation with Dr Stern? If so, I would like to get a copy of it as his comments seem very off base and inaccurate. getting way outside his lane/expertise commenting on frontal lobe problems and pulmonary fibrosis. He agreed with Mayo and was treating for Sjogrens and agreed that EBV virus complicated alot of things.**[Error : unloaded OLE object or mail attachment]**

# CT HEAD WO CONTRAST - Details

## Study Result

### Impression

1. Small areas of benign-appearing mineralization in both cerebral hemispheres.
2. No acute process identified.

Radiation dose reduction techniques were utilized, including automated exposure control and exposure modulation based on body size.

This report was finalized on 1/16/2020 10:07 AM by Dr. Timothy Newcomer, M.D.

### Narrative

CT OF THE BRAIN WITHOUT CONTRAST 01/15/2020

HISTORY: Headache.

TECHNIQUE: Axial images were obtained through the brain without intravenous contrast.

FINDINGS: There is bilateral basal ganglia calcification. Additional areas of calcification/mineralization are seen in the bilateral cerebral

white matter with at least 3 small dense areas of mineralization seen on images 19, 23 and 24.

There is no evidence of acute infarction, hemorrhage, midline shift or mass effect.

No bony abnormalities are seen.

## Component Results

There is no component information for this result.

## General Information

Ordered by Jack Gerughty

Collected on 01/15/2020 8:01 PM

Resulted on 01/16/2020 10:07 AM

Result Status: Final result

This test result has been released by an automatic process.

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

**From:** DisabilityDocuments
**Sent:** Tuesday, November 8, 2022 6:47 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim #10310112

---

**From:** Keeta Fox < >
**Sent:** Tuesday, November 8, 2022 11:45:49 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim #10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

As requested, 120619 scan of heart that showed mild right lower lobe fibrosis.

**[Error : unloaded OLE object or mail attachment]**

HIGH FIELD & OPEN MRI
The Leader in Advanced Patient-Friendly Imaging

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

**To:** JAMIE D KEMP, MD
JAMIE KEMP MD
3900 KRESGE WAY STE 60
LOUISVILLE KY 40207

**Name:** KEETA FOX
**MRN #:** 216404
**Phone:** 5022350765
**DOB:**
**Exam Start:** 12/06/2019
**Referring Phys.:** KEMP, MD, JAMIE
**Referring Phys Ph.:** 502 8937710
**Referring Phys Fax:** 502 8931391

**Exam:** **CT HEART CALCIUM SCORE WO CONTRAST 75571 75571**

CT CORONARY CALCIUM SCORE, 12/6/2019

HISTORY:
Screening. Positive family history of coronary artery disease and pacemaker placement.

TECHNIQUE:
Noncontrast thin section CT images with targeted small field of view through the heart. Radiation dose reduction techniques included automated exposure control. Radiation audit for CT and nuclear cardiology exams in the last 12 months: 0.

FINDINGS:
Limited images through the mediastinum and heart show normal caliber ascending thoracic aorta and central pulmonary arteries. No pericardial effusion. Visualized midlungs are clear and demonstrate evidence of underlying obstructive lung disease. Small blebs are present in the right lower lobe and there is some mild right lower lobe fibrosis.

CORONARY ARTERY CALCIUM SCORE:
* Left main coronary artery, 0.
* Left anterior descending coronary artery, 0.
* Left circumflex coronary artery, 0.
* Right coronary artery, 0.
* Posterior descending coronary artery, 0.

TOTAL CORONARY ARTERY CALCIUM SCORE: 0.

IMPRESSION:
1. Total coronary artery calcium score: 0.
2. Calcium score category: No identifiable atherosclerotic plaque.
Clinical risk category: Very low cardiovascular disease risk.

Signer Name: Jason Yewell, MD
Signed: 12/6/2019 2:30 PM
Workstation Name: HFSVIR01
Radiology Specialists of Louisville

12/16/19 8 30 pm
D/w pt c findings
Rec ✓ CT scan c 1 yr chest
& PFT's c & s bronchodilator
[illegible]

**From:** DisabilityDocuments
**Sent:** Saturday, November 5, 2022 2:51 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Tilt table and other autonmic testing Claim 10310112

---

**From:** Keeta Fox < >
**Sent:** Saturday, November 5, 2022 6:50:36 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Tilt table and other autonmic testing Claim 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

As requested based on Mayo testing in Oct 2022 ( Neurologist Dr Wolfgang Singer).

will also be seeing a new neurologist in Lou KY for update on Small Fiber neuropathy. Rheumatologist, Dr Jacqueline Smith, wants to start IVIG treatment. This is one of my worst symptoms with significant on going pain.

Keeta Fox

**[Error : unloaded OLE object or mail attachment]**

# Test Results

Name: Keeta Fox | DOB: | MRN: 12-608-867 | PCP:

## AUTONOMIC REFLEX SCREEN - Details

### Study Result

**Narrative**

FINAL REPORT AUTONOMIC REFLEX SCREEN

12-608-867 Age: 53 Location: ROCHESTER
Lab #: 202004839-01
Fox, Keeta Sex: F Order ID: 2222624343008
Date: 10/16/2020
DOB:
Autonomic Consultant: Wolfgang Singer, M.D. (4-7170)

CONCLUSION

There is no evidence of autonomic failure. There is evidence of symptomatic orthostatic tachycardia, which can be seen in deconditioning, dehydration, as a constitutional trait, and in hyper-adrenergic states (including anxiety). The observed resting sweat activity may favor the latter.

QUANTITATIVE AXON REFLEX SWEAT TEST (QSWEAT)

Test Latency Sweat Output Sweat
Output Normal Cutoff
Side Site Current Duration (min) (uL) 5th
(10th) Percentile
(mA) (min)

L Forearm 2 10 1.0 1.15 F:
0.08 (0.13)
L Proximal Leg 2 10 0.8 2.07 F:
0.19 (0.31)
L Distal Leg 2 10 0.7 1.41 F:
0.14 (0.23)
L Foot 2 10 0.7 1.12 F:
0.07 (0.14)

Comments on Sudomotor Test: QSART responses were normal at all sites. Resting sweat activity was noted at all sites.

DEEP BREATHING & VALSALVA MANEUVER RESPONSES

DEEP BREATHING & VALSALVA MANEUVER RESPONSES

Result
Normal Cutoff

Deep Breathing Heart Rate Range (bpm) 24.8
> 9

BP recovery time (sec) 0.5
< 3.38

Comments on Deep Breathing:
Heart rate responses to deep breathing were normal.

Comments on Valsalva maneuver:
(A) Heart rate responses to the Valsalva maneuver were normal.
(B) Beat-to-beat blood pressure responses to the Valsalva maneuver were normal.

BLOOD PRESSURE AND HEART RATE RESPONSES TO TILT

BP (mmHg) Heart Rate (BPM)
Supine 116/74 85
Tilt 1 min 116/76 111
Tilt 2 min 120/78 119
Tilt 3 min 118/80 120
Tilt 5 min 126/82 117
Tilt 10 min 124/84 119

Comments on Tilt: Patient was tilted for 10 minutes. Orthostatic hypotension was not detected. Heart rate response was excessive. The patient reported lightheadedness, tingling in the feet, and slight shortness of breath.

-99 = missing value

## Images

Scan on 10/16/2020 11:28 AM

## Component Results

There is no component information for this result.

## General Information

Ordered by Wolfgang Singer, M.D.

Collected on 10/16/2020 8:00 AM

Resulted on 10/16/2020 11:28 AM

Result Status: Final result

This test result has been released by an automatic process.

Lincoln/Fox 0290

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, November 4, 2022 12:15:43 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | nohi4fqy8hdrfattmest_13922295.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 4, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

The additional documentation was received from the vendor. I am sending this to you for you review. You currently have until November 14, 2022, to provide any additional documentation for your appeal.

It was noted in the response that additional documentation may be helpful regarding your frontal lobe, current pulmonary situation, and tilt table results.

Please have all information provided by the November 14, 2022 deadline date.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-11.02.2022

**Louise Y. Banks, M.D.**
**Occupational Medicine/Internal Medicine**
800 Plaza Drive, Suite 210, Belle Vernon, PA 15012
Tel: (724) 379-1940 | Fax: (724) 379-1941

**CLAIMANT NAME:** **Keeta Fox**
**EXAMINER:** **Louise Y. Banks, M.D.**
**ECN #:** **166473-6**
**CLAIM #:** **10310112**
**DATE OF INJURY:** **02/04/2020**
**DATE OF REVIEW:** **11/02/2022**

**ADDENDUM**

I received late peer-to-peer return calls from two of Ms. Fox's Providers.

**AP RETURNED CALLS:**

On October 26, 2022 at noon Eastern, Steven Stern, MD, the insured's rheumatologist, returned my call. He said he had last encountered Ms. Fox on March 16, 2022. Dr. Stern stated that Ms. Fox "didn't fit the mold" of any particular rheumatologic diagnostic category and that he could not offer an opinion on restrictions from the standpoint of his specialty. Dr. Stern said that his understanding was that the insured had a congenital frontal lobe problem and pulmonary fibrosis, but did not comment specifically on any functional impairment from those diagnoses.

On October 27, 2022 at 9:40 am Eastern Dr. Pamela Yee returned my call. Dr. Yee reported that she had last encountered the insured via telemedicine in May 2022. Dr. Yee stated that Ms. Fox had "multiple things going on", and that given frequent symptomatic flares of GI problems, Mast Cell Activation Syndrome and recent Epstein Barr Virus reactivation, she felt that Ms. Fox could not perform work on a sustained, predictable basis. Dr. Yee also stated that she thought the insured had had a recent tilt-table test with diagnosis of POTS.

The above AP opinions do not currently change my opinion as was noted in the prior peer review; however, it might be helpful to see records regarding the frontal lobe, current pulmonary situation and tilt table results.

Sincerely,

[signature]

Louise Y. Banks, M.D.
Board Certified in Occupational Medicine/Internal Medicine
Pennsylvania License # MD047820L

**Louise Y. Banks, M.D.**
**Occupational Medicine/Internal Medicine**
800 Plaza Drive, Suite 210, Belle Vernon, PA 15012
Tel: (724) 379-1940 | Fax: (724) 379-1941

| | |
|---|---|
| **CLAIMANT NAME:** | **Keeta Fox** |
| **EXAMINER:** | **Louise Y. Banks, M.D.** |
| **ECN #:** | **166473-6** |
| **CLAIM #:** | **10310112** |
| **DATE OF INJURY:** | **02/04/2020** |
| **DATE OF REVIEW:** | **11/02/2022** |

## ADDENDUM

I received late peer-to-peer return calls from two of Ms. Fox's Providers.

**AP RETURNED CALLS:**

On October 26, 2022 at noon Eastern, Steven Stern, MD, the insured's rheumatologist, returned my call. He said he had last encountered Ms. Fox on March 16, 2022. Dr. Stern stated that Ms. Fox "didn't fit the mold" of any particular rheumatologic diagnostic category and that he could not offer an opinion on restrictions from the standpoint of his specialty. Dr. Stern said that his understanding was that the insured had a congenital frontal lobe problem and pulmonary fibrosis, but did not comment specifically on any functional impairment from those diagnoses.

On October 27, 2022 at 9:40 am Eastern Dr. Pamela Yee returned my call. Dr. Yee reported that she had last encountered the insured via telemedicine in May 2022. Dr. Yee stated that Ms. Fox had "multiple things going on", and that given frequent symptomatic flares of GI problems, Mast Cell Activation Syndrome and recent Epstein Barr Virus reactivation, she felt that Ms. Fox could not perform work on a sustained, predictable basis. Dr. Yee also stated that she thought the insured had had a recent tilt-table test with diagnosis of POTS.

The above AP opinions do not currently change my opinion as was noted in the prior peer review; however, it might be helpful to see records regarding the frontal lobe, current pulmonary situation and tilt table results.

Sincerely,

Louise Y. Banks, M.D.
Board Certified in Occupational Medicine/Internal Medicine
Pennsylvania License # MD047820L

**From:**Samuelsohn, Stephanie <Stephanie.Samuelsohn@genexservices.com>
**Sent:**Wed, 2 Nov 2022 20:29:08 +0000
**To:**VendorReferrals
**Subject:**K. Fox, CL: 10310112
**Attachments:**Invoice_8878488BOCA.docx.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good afternoon,

Please find the attached invoice for the above mentioned claim.

If we can further assist you with this file, please don't hesitate to give us a call.

Thank you for trusting ECN/Genex with your referral. We value your partnership and look forward to working with you.

**Stephanie Samuelsohn**
*Billing Specialist 3*
ECN, a division of Genex Services
**T**: 561-293-2825
**F**: 561-402-7791

**Upcoming PTO:**

urac
ACCREDITED
Independent
Medical
Examinations
Expires 04/01/2024

**Access our portal at: View My Cases**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination,

forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

**From:**Norman, Kyras <Kyras.Norman@genexservices.com>
**Sent:**Wed, 2 Nov 2022 17:47:48 +0000
**To:**VendorReferrals
**Subject:**K. Fox Claim # 10310112
**Attachments:**Addendum_8875998BOCA.PDF

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Attached is the Late P2P Callback Addendum for the above referenced claimant; the Invoice will follow.

If we can further assist you with this file, please don’t hesitate to give us a call.

Thanks for the referral,

**Kyras Norman**
*Quality Assurance Coordinator*
Exam Coordinators Network, a division of Genex Services
**T**: 424-292-4317
**F**: 561-392-5881

urac
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

**Access our portal at: View My Cases**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network A division of Genex Services, LLC
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 163932**

**Date** **11/2/2022**

***Bill To:***

**Jerronda King**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 10310112
**Date of Loss:** 2/4/2020
**ECN #** 166473-6
**Account #**

**Claimant** Keeta Fox

| | | |
|---|---|---|
| 10/27/2022 | Late P2P Call back Addendum - Long Term Disability: Addendum<br>Provider: Louise Y Banks, MD<br>Specialty: Internal Medicine/Occupational Medicine | $295.00 |

**SubTotal** $295.00

**Final Invoice Total** $295.00

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, November 2, 2022 7:26:59 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | r1679fn09atg4qslukgt_13897568.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 2, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

This letter is in response to the email received November 1, 2022. You can provide me with the assistant s information and when we have all the additional documentation that you would like considered we will forward your claim over for an addendum with provider contact.

At that time, the vendor will call the assistant and set up a time for your provider and the reviewing physician to speak. This will not be done, until we also have all additional documentation so the reviewing physician is able to review the additional documentation in addition to speaking with your provider.

Again, you currently have until November 14, 2022, to provide all additional documentation that you would like considered for the appeal. Once all additional documentation has been received, your claim will at that time be forwarded back to the vendor for an additional review of the newer information and additional contact with your provider.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

**From:** DisabilityDocuments
**Sent:** Tuesday, November 1, 2022 12:20 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim 10310112

---

**From:** Keeta Fox <
**Sent:** Tuesday, November 1, 2022 4:19:41 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms King
My GP has requested that someone call his office this week to set up an appt /discussion next week His assistant will be able to help with this.Would you be able to help with that ?

Dr Greg Potts
(502)240-5900

Thanks

Keeta Fox

**From:** DisabilityDocuments
**Sent:** Tuesday, November 1, 2022 12:45 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim # 10310112

---

**From:** Keeta Fox <l
**Sent:** Tuesday, November 1, 2022 4:44:38 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim # 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ms King
The LTD policy file for Papa John's expired before I could open it. Can you resend it please?

Thanks
Keeta Fox

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, November 1, 2022 8:24:32 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | bal2vpzk5ufi9oaxauqi_13886557.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 1, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Per your email dated October 28, 2022, additional time as been provided as you noted in your correspondence that Dr. Potts is on vacation until November 7, 2022. We will provide until November 14, 2022, to provide any additional medical documentation needed for your appeal.

In regard to provider contact with Dr Potts, this will not be established until we have all additional documentation that you want the reviewing physician to review and consider.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

**From:** DisabilityDocuments
**Sent:** Friday, October 28, 2022 2:38 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: extension of time please Case 10310112

---

**From:** Keeta Fox <keetafox.us@gmail.com>
**Sent:** Friday, October 28, 2022 6:36:38 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; GJP <gpottsmd@yahoo.com>
**Subject:** extension of time please Case 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms King
My GP, Dr Greg Potts, has graciously agreed to talk to Dr Banks again to give an update through the date he was my Doctor at end of July. Think you also need 2022 records from him correct? ( The 3rd party attorney requested them as well so he is getting inundated with requests now)

I need an extension of time please as Dr Potts is on vacation until Nov 7th. Based on my discussion with you you recommended he give  couple dates and times that work for him for a phone call. (times he does chart updates, paperwork etc).

How should he provide those times and dates. Via this email and you will pass along to doctor or another approach? Please advise.

Thanks much
Keeta Fox

# SYSTEMONE FILE COPY REQUEST FORM

| | |
|---|---|
| Requested By: | Jerronda King |
| Date of Request: | October 28, 2022 |
| Claimant Name: | Madison Binkley |

**Claim number(s)** *Please list only the claims required for the file copy (i.e., LTD, STD, STAT, etc.)*

| | | | | | | |
|---|---|---|---|---|---|---|
| **10310112** | | | | | | |

**Required for delivery via OneDrive:**

| | |
|---|---|
| Recipient Email Address: | |
| Recipient Name (if other than claimant): | Keeta Fox |

*All SystemOne files copies are delivered via a secure link through OneDrive. If you require delivery by another method, please inquire with Claims Support by emailing ClaimsHOAdmin@lfg.com.

**Please select one of the following options:**

☐ **Request for Administrative Record (COMPLETE FILE)**

*Administrative Record will include the following for each claim number specified above.*

- Claim Note(s)
- Coversheet(s)
- ALL documents & letters in Doc List and Correspondence Link
- Surveillance video (*obtained by CE, if any*)
- Applicable policy (*obtained by CE*)

☐ **Request for Specific Records Only**

- ☐ Claim Note(s)
- ☐ Coversheet(s)
- ☐ Specific Letters in Correspondence Link/Doc List:

  Letter Name/date Letter Name/date
  
  Letter Name/date Letter Name/date

| | |
|---|---|
| **Special Requests or Handling Instructions** | Please send a copy of the policy in the EDM dated 10/28 to claimant via secure email. |

**Please email completed file copy request to Claims Support team:** ClaimsHOAdmin@lfg.com

- Requests will be completed within 2 business days.
- Please Note: secure OneDrive links expire with 24 hours.
- The password for the secure OneDrive link, unless otherwise specified in this request, is the first two letters of the claimant's first name followed by date of birth in the format **MMDDYYYY**. The first letter of the claimant name is uppercase, and password is case sensitive. **Ex: Ja08102010**.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 28, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Please find a copy of the LTD Policy for your employer.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

Attachments: 10310112-EMPLOYER-CORRESPONDENCE-10.28.2022

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston

# GROUP DISABILITY INCOME POLICY

**Sponsor:** **Papa John's International, Inc.**

**Policy Number:** **GF3-880-036548-01**

**Effective Date:** **January 1, 2013**

**Governing Jurisdiction** is **Kentucky** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each January 1st beginning in 2014.

Liberty Life Assurance Company of Boston (hereinafter referred to as Liberty) agrees to pay benefits provided by this policy in accordance with its provisions. This policy provides Long Term Disability coverage.

PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Person's agent. Under no circumstances will the Sponsor be deemed the agent of Liberty.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any subsequent amendments.

The following pages including any amendments, riders or endorsements are a part of this policy.

Signed at Liberty's Home Office, 175 Berkeley Street, Boston, Massachusetts, 02117

SECRETARY

PRESIDENT

NON-PARTICIPATING

FORM ADOP

# TABLE OF CONTENTS

SECTION 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SCHEDULE OF BENEFITS

SECTION 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DEFINITIONS

SECTION 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ELIGIBILITY AND EFFECTIVE DATES

SECTION 4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DISABILITY INCOME BENEFITS

SECTION 5. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EXCLUSIONS

SECTION 6. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TERMINATION PROVISIONS

SECTION 7. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . GENERAL PROVISIONS

SECTION 8. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PREMIUMS

SECTION 9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPLICATION

## SECTION 1 - SCHEDULE OF BENEFITS

### ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS

**Minimum Hourly Requirement:**

Employees working a minimum of 32 regularly scheduled hours per week

**Long Term Disability Benefits:**

Class 1: All active full-time corporate staff, Papa John's Food Service Quality Control Center, exempt & non-exempt administrative support Employees, PJ Food Service Corporation Employees, Trans Papa Logistics, Preferred Marketing Solutions & Corporations exempt Employees, excluding TPL Delivery Specialists and seasonal and temporary Employees

Class 2: All active full-time, non-exempt Papa John's Food Service Quality Control Center (PJFS QCC) Employees, excluding seasonal and temporary Employees

Class 3: All active Papa Logistics Delivery Specialists excluding seasonal and temporary Employees

**Note:** Temporary and seasonal Employees and Employees who are not United States citizens or legal residents working in the United States are not covered under this policy.

**Eligibility Waiting Period:**

1. If the Covered Person is employed by the Sponsor on the policy effective date -
First of the month following 1 full month or first of the month following 1 full month from the date of promotion to full-time.

2. If the Covered Person begins employment for the Sponsor after the policy effective date -
First of the month following 1 full month or first of the month following 1 full month from the date of promotion to full-time.

**Employee Contributions Required:**

No

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

LONG TERM DISABILITY COVERAGE

**Elimination Period:**

The greater of:

a. the end of the Covered Person's Short Term Disability Benefits; or

b. 180 days

**Amount of Insurance:**

60.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $20,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

**Maximum Basic Monthly Earnings on which the Benefit is Based:** $33,333.33

**Own Occupation Duration:**

24 Month Own Occupation

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

LONG TERM DISABILITY COVERAGE (Continued)

**Minimum Monthly Benefit:**

The Minimum Monthly Benefit is $100.00 or 10.00% of the Covered Person's Gross Monthly Benefit, whichever is greater.

**Maximum Benefit Period:**

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | Greater of SSNRA* or to age 65 (but not less than 5 years) |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

* SSNRA means the Social Security Normal Retirement Age as figured by the 1983 amendment to the Social Security Act and any subsequent amendments and provides:

| Year of Birth | Normal Retirement Age |
|---|---|
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943-1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and after | 67 |

## SECTION 2 - DEFINITIONS

In this section Liberty defines some basic terms needed to understand this policy. The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1. on a full-time basis and paid regular earnings;

2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

    a. at the Sponsor's usual place of business; or
    b. at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);
2. holidays (except when the holiday is a scheduled work day);
3. paid vacations;
4. any non-scheduled work day;
5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Liberty Life Assurance Company of Boston, 9 Riverside Road, Weston, MA 02493.

## SECTION 2 - DEFINITIONS
(Continued)

**"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

**"Application"** is the document designated in Section 9; it is attached to and is made a part of this policy.

**"Appropriate Available Treatment"** means care or services which are:

1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;
2. accessible within the Covered Person's geographical region;
3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;
4. in accordance with generally accepted medical standards of practice.

Applicable to Class 1, 2:

**"Basic Monthly Earnings"** means the Covered Person's monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

Applicable to Class 3:

**"Basic Monthly Earnings"** , means the Covered Person's monthly average of piecework earnings averaged over a rolling 12 consecutive months, recalculated each month. However, such earnings will not include commissions, bonuses, overtime pay, or any other extra compensation.

**"Consumer Price Index"** means the government publication "The Consumer Price Index for Urban Wage Earners and Clerical Workers" provided monthly by the U.S. Department of Labor, or its successor or in the event of no successor a similar Index of comparable purpose chosen by Liberty.

**"Covered Person"** means an Employee insured under this policy.

## SECTION 2 - DEFINITIONS
(Continued)

**"Disability"** or **"Disabled"** means:

1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

    i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

    ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:

    **"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.

**"Disability Benefits under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan due to Disability as defined in that plan; and
2. does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the Disability had not occurred. (If the payment does cause such a reduction, it will be deemed a Retirement Benefit as defined in this policy.)

## SECTION 2 - DEFINITIONS
(Continued)

**"Eligibility Date"** means the date an Employee becomes eligible for insurance under this policy. Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligibility Waiting Period"** means the continuous length of time an Employee must be in Active Employment in an eligible class to reach his Eligibility Date.

**"Elimination Period"** means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.

If the Covered Person returns to work for any thirty or fewer days during the Elimination Period and cannot continue, Liberty will count only those days the Covered Person is Disabled or Partially Disabled to satisfy the Elimination Period.

**"Employee"** means a person in Active Employment with the Sponsor.

**"Enrollment Form"** is the document completed by the Covered Person, if required, when enrolling for coverage. This form must be satisfactory to Liberty.

## SECTION 2 - DEFINITIONS
(Continued)

**"Extended Treatment Plan"** means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.

**"Family and Medical Leave"** means a leave of absence for the birth, adoption or foster care of a child, or for the care of the Covered Person's child, spouse or parent or for the Covered Person's own serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 (FMLA) and any amendments, or by applicable state law.

**"Gross Monthly Benefit"** means the Covered Person's Monthly Benefit before any reduction for Other Income Benefits and Other Income Earnings.

**"Hospital"** or **"Institution"** means a facility licensed to provide Treatment for the condition causing the Covered Person's Disability.

## SECTION 2 - DEFINITIONS
(Continued)

**"Indexed Basic Monthly Earnings"** means the Covered Person's Basic Monthly Earnings in effect just prior to the date Disability or Partial Disability began adjusted on the first anniversary of benefit payments and each anniversary thereafter.

**"Initial Enrollment Period"** means one of the following periods during which an Employee may first enroll for coverage under this policy:

1. for an Employee who is eligible for insurance on the policy effective date, a period before the policy effective date set by the Sponsor and Liberty.

2. for an Employee who becomes eligible for insurance after the policy effective date, the period which ends 31 days after his Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this policy:

1. any Disability which begins more than 60 days after an Injury will be considered a Sickness; and

2. any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

**"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

## SECTION 2 - DEFINITIONS
(Continued)

**"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.

**"Monthly Benefit"** means the monthly amount payable by Liberty to the Disabled or Partially Disabled Covered Person.

**"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

## SECTION 2 - DEFINITIONS
(Continued)

**"Partial Disability" or "Partially Disabled"** means the Covered Person, as a result of Injury or Sickness, is able to:

1. perform one or more, but not all, of the Material and Substantial Duties of his Own Occupation or Any Occupation on an Active Employment or a part-time basis; or

2. perform all of the Material and Substantial Duties of his Own Occupation or Any Occupation on a part-time basis; and

3. earn between 20.00% and 80.00% of his Basic Monthly Earnings.

**"Physician"** means a person who:

1. is licensed to practice medicine and is practicing within the terms of his license; or

2. is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the state where the Treatment is received and is practicing within the terms of his license.

It does not include a Covered Person, any family member or domestic partner.

## SECTION 2 - DEFINITIONS
(Continued)

**"Proof"** means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;

2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and

3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

**"Regular Attendance"** means the Covered Person's personal visits to a Physician which are medically necessary according to generally accepted medical standards to effectively manage and treat the Covered Person's Disability or Partial Disability.

**"Retirement Benefit under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;

2. does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and

3. is payable upon:

   a. early or normal retirement; or
   b. Disability, if the payment does reduce the amount of money which would have been paid under the plan at the normal retirement age.

## SECTION 2 - DEFINITIONS
(Continued)

**"Retirement Plan"** means a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(K) or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom this policy is issued.

**"Sponsor's Retirement Plan"** is deemed to include any Retirement Plan:

1. which is part of any Federal, State, Municipal or Association retirement system; or

2. for which the Employee is eligible as a result of employment with the Sponsor.

**"Substance Abuse"** means alcohol and/or drug abuse, addiction or dependency.

**"Treatment"** means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

# SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Eligibility Requirements for Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

An Employee in an eligible class will qualify for insurance on the later of:

1. this policy's effective date; or
2. the day after the Employee completes the Eligibility Waiting Period shown in the Schedule of Benefits.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Effective Date of Insurance**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Liberty through the Sponsor in a form or format satisfactory to Liberty.

An Employee will be insured on his Eligibility Date.

**Delayed Effective Date for Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Family and Medical Leave**

An Employee's coverage may be continued under this policy for an approved family or medical leave of absence for up to 12 weeks following the date coverage would have terminated, subject to the following:

1. the authorized leave is in writing;
2. the required premium is paid;
3. the Covered Person's benefit level, or the amount of earnings upon which the Covered Person's benefit may be based, will be that in effect on the date before said leave begins; and
4. continuation of coverage will cease immediately if any one of the following events should occur:
   a. the Covered Person returns to work;
   b. this group insurance policy terminates;
   c. the Covered Person is no longer in an eligible class;
   d. nonpayment of premium when due by the Sponsor or the Covered Person;
   e. the Covered Person's employment terminates.

**Rehire Terms**

If a former Employee is re-hired by the Sponsor within 30 days of his termination date, all past periods of Active Employment with the Sponsor will be used in determining the re-hired Employee's Eligibility Date. If a former Employee is re-hired by the Sponsor more than 30 days after his termination date, he is considered to be a new Employee when determining his Eligibility Date.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Leave of Absence**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is given a leave of absence

The Covered Person's coverage will not continue beyond a period of 3 months from when the leave begins. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Lay-off**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is temporarily laid off

The Covered Person's coverage will not continue beyond a period of 3 months from when the lay-off begins. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Transfer Provision**

In order to prevent loss of coverage for an individual because of transfer of insurance carriers, this policy will provide coverage for certain individuals as follows:

**Failure to be In Active Employment Due to Injury or Sickness:**

Subject to premium payments, this policy will cover individuals who:

1. at the time of transfer are covered under the prior carrier's policy; and
2. are not in Active Employment due to Injury or Sickness on the effective date of this policy.

Benefits will be determined based on the lesser of:

1. the amount of the Disability benefit that would have been payable under the prior policy and subject to any applicable policy limitations; or
2. the amount of Disability benefits payable under this policy. If benefits are payable under the prior policy for the Disability, no benefits are payable under this policy.

**Disability Due to a Pre-Existing Condition**

If an individual was insured under the prior carrier's policy at the time of transfer and was in Active Employment and insured under this policy on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

If the individual can satisfy this policy's Pre-Existing Condition Exclusion, the benefit will be determined according to this policy.

If the individual cannot satisfy this policy's Pre-Existing Condition Exclusion, then:

1. Liberty will apply the Pre-Existing Condition Exclusion of the prior carrier's policy and;
2. if the individual would have satisfied the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time coverage under this policy; and the prior carrier's policy, the benefit will be determined according to this policy. However, the Maximum Monthly Benefit amount payable under this policy shall not exceed the maximum monthly benefit payable under the prior carrier's policy.

No benefit will be paid if the individual cannot satisfy the Pre-Existing Condition Exclusions of either policy.

## SECTION 4 - DISABILITY INCOME BENEFITS

### LONG TERM DISABILITY COVERAGE

**Disability Benefit**

When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:

1. Disability;

2. Regular Attendance of a Physician; and

3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.

The Monthly Benefit will not:

1. exceed the Covered Person's Amount of Insurance; or

2. be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

**Amount of Disability Monthly Benefit**

To figure the amount of Monthly Benefit:

1. Take the lesser of:

   a. the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or

   b. the Maximum Monthly Benefit shown in the Schedule of Benefits; and then

2. Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this policy), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability**

When Liberty receives Proof that a Covered Person is Partially Disabled and has experienced a loss of earnings due to Injury or Sickness and requires the Regular Attendance of a Physician, he may be eligible to receive a Monthly Benefit, subject to any other provisions of this policy. To be eligible to receive Partial Disability benefits, the Covered Person may be employed in his Own Occupation or another occupation, must satisfy the Elimination Period and must be earning between 20.00% and 80.00% of his Basic Monthly Earnings.

A Monthly Benefit will be paid for the period of Partial Disability if the Covered Person gives to Liberty Proof of continued:

1. Partial Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Partially Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Partial Disability, the Injury must occur and Partial Disability must begin while the Employee is insured for this coverage.

**Proportionate Loss Monthly Calculation**

To figure the Amount of Monthly Benefit the formula (A divided by B) x C will be used.

A = The Covered Person's Basic Monthly Earnings minus the Covered Person's earnings received while he is Partially Disabled. This figure represents the amount of lost earnings.

B = The Covered Person's Basic Monthly Earnings.

C = The Monthly Benefit as figured in the Disability provision of this policy plus the Covered Person's earnings received while he is Partially Disabled, (but, not including adjustments under the Cost of Living Adjustment Benefit, if included).

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability** (Continued)

**Proportionate Loss Monthly Calculation** (Continued)

On the first anniversary of benefit payments and each anniversary thereafter, for the purpose of calculating the benefit, the term "Basic Monthly Earnings" is:

1. replaced by "Indexed Basic Monthly Earnings"; and

2. increased annually by 7.00%, or the current annual percentage increase in the Consumer Price Index, whichever is less.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Mental Illness and/or Substance Abuse Limitation**

The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

LONG TERM DISABILITY COVERAGE (Continued)

**Rehabilitation Incentive Benefit**

Liberty will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program. Liberty must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit. If Liberty does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under the terms of this policy. To be eligible for a Rehabilitation Incentive Benefit, the Covered Person must:

1. be Disabled and receiving benefits under this policy; and

2. be fully participating in a Rehabilitation Program approved by Liberty.

**Increased Monthly Benefit**

If the Covered Person is eligible for a Rehabilitation Incentive Benefit, the benefit percentage shown in the Schedule of Benefits, will be increased to 70.00%. The increased benefit will begin on the first day of the month after Liberty receives written Proof of the Covered Person's full participation in the Rehabilitation Program.

**Decreased Monthly Benefit**

If the Covered Person, at any time, declines to fully participate in an approved Rehabilitation Program recommended by Liberty, the benefit percentage shown in the Schedule of Benefits will be reduced to 40.00% beginning on the first day of the month following the Covered Person's declination to fully participate in the approved Rehabilitation Program. If Liberty recommends rehabilitation, benefits will be paid at the reduced amount from the date recommendation is made until Liberty receives the Covered Person's written agreement to fully participate in the Rehabilitation Program.

**Discontinuation of the Rehabilitation Incentive Benefit**

The Rehabilitation Incentive Benefit will cease:

1. when the Covered Person is no longer fully participating in a Rehabilitation Program approved by Liberty;

2. in accordance with the provision[s] entitled "Discontinuation of the Long Term Disability Benefit"; or

3. when the Rehabilitation Program ends.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit** (Continued)

For the purpose of this provision, **"Rehabilitation Program"** means a comprehensive individually tailored, goal oriented program to return a Disabled Covered Person to gainful employment. The services offered may include, but are not limited to, the following:

1. physical therapy;
2. occupational therapy;
3. work hardening programs;
4. functional capacity evaluations;
5. psychological and vocational counseling;
6. rehabilitative employment; and
7. vocational rehabilitation services.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

LONG TERM DISABILITY COVERAGE (Continued)

**Workplace Modification Benefit**

If a Covered Person is Disabled or Partially Disabled and receiving a benefit from Liberty, a benefit may be payable to the Sponsor as part of the Covered Person's benefit for modifications to the workplace to accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

Liberty will reimburse the Sponsor for up to 100% of reasonable costs the Sponsor incurs for the modification, up to the greater of:

1. $1,000.00; or
2. the equivalent of 2 months of the Covered Person's Monthly Benefit.

To qualify for this benefit:

1. the Disability or Partial Disability must prevent the Covered Person from performing some or all of the Material and Substantial Duties of his occupation; and
2. any proposed modifications must be approved in writing and signed by the Covered Person, the Sponsor and Liberty; and
3. the Sponsor must agree to make the modifications to the workplace to reasonably accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

The Sponsor's costs for the approved modifications will be reimbursed after:

1. the proposed modifications have been made; and
2. written proof of the expenses incurred by the Sponsor has been provided to Liberty; and
3. Liberty has received proof that the Covered Person has returned to and/or remains at work.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

LONG TERM DISABILITY COVERAGE (Continued)

**Other Income Benefits and Other Income Earnings**

**Other Income Benefits** means:

1. The amount for which the Covered Person is eligible under:

   a. Workers' or Workmen's Compensation Laws;
   b. Occupational Disease Law;
   c. Title 46, United States Code Section 688 (The Jones Act);
   d. any work loss provision in mandatory "No-Fault" auto insurance;
   e. Railroad Retirement Act;
   f. any governmental compulsory benefit act or law; or
   g. any other act or law of like intent.

2. The amount of any Disability benefits which the Covered Person is eligible to receive under:
   a. any other group insurance plan of the Sponsor;
   b. any governmental retirement system as a result of his employment with the Sponsor ; or
   c. any individual insurance plan where the premium is wholly or partially paid by the Sponsor. However, Liberty will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.

3. The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:

   a. the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and
   b. the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

   a. the Covered Person receives or is eligible to receive; and
   b. his spouse, child or children receives or are eligible to receive because of his Disability; or
   c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.

5. Any amount the Covered Person receives from any unemployment benefits.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings** (Continued)

**Other Income Earnings** means:

1. the amount of earnings the Covered Person earns or receives from any form of employment including severance; and

2. any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Liberty pays a benefit. The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Estimation of Benefits**

Liberty will reduce the Covered Person's Disability or Partial Disability benefits by the amount of Other Income Benefits that we estimate are payable to the Covered Person and his dependents.

The Covered Person's Disability benefit will not be reduced by the estimated amount of Other Income Benefits if the Covered Person:

1. provides satisfactory proof of application for Other Income Benefits;

2. signs a reimbursement agreement under which, in part, the Covered Person agrees to repay Liberty for any overpayment resulting from the award or receipt of Other Income Benefits;

3. if applicable, provides satisfactory proof that all appeals for Other Income Benefits have been made on a timely basis to the highest administrative level unless Liberty determines that further appeals are not likely to succeed; and

4. if applicable, submits satisfactory proof that Other Income Benefits have been denied at the highest administrative level unless Liberty determines that further appeals are not likely to succeed.

Liberty will not estimate or reduce for any benefits under the Sponsor's pension or retirement benefit plan according to applicable law, until the Covered Person actually receives them.

In the event that Liberty overestimates the amount payable to the Covered Person from any plans referred to in the Other Income Benefits and Other Income Earnings provision of this policy, Liberty will reimburse the Covered Person for such amount upon receipt of written proof of the amount of Other Income Benefits awarded (whether by compromise, settlement, award or judgement) or denied (after appeal through the highest administrative level).

**Social Security Assistance**

Liberty may help a Covered Person in applying for Social Security Disability Income Benefits. In order to be eligible for assistance the Covered Person must be receiving a Monthly Benefit from Liberty. Such assistance will be provided only if Liberty determines that assistance would be beneficial.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

LONG TERM DISABILITY COVERAGE (Continued)

**Lump Sum Payments**

Other Income Benefits from a compromise, settlement, award or judgement which are paid to the Covered Person in a lump sum and are meant to compensate the Covered Person for any one or more of the following:

1. loss of past or future wages;
2. impaired earnings capacity;
3. lessened ability to compete in the open labor market;
4. any degree of permanent impairment; and
5. any degree of loss of bodily function or capacity;

will be prorated on a monthly basis as follows:

1. over the period of time such benefits would have been paid if not in a lump sum; or

2. if such period of time cannot be determined, the lesser of:

   a. the remainder of the Maximum Benefit Period; or
   b. 5 years.

**Cost of Living Freeze**

After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under the Other Income Benefits and Other Income Earnings provision of this policy. This provision does not apply to increases received from any form of employment.

**Prorated Benefits**

For any period for which a Long Term Disability benefit is payable that does not extend through a full month, the benefit will be paid on a prorated basis. The rate will be 1/30th for each day for such period of Disability.

**Discontinuation of the Long Term Disability Benefit**

The Monthly Benefit will cease on the earliest of:

1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;

2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Discontinuation of the Long Term Disability Benefit** (Continued)

The Monthly Benefit will cease on the earliest of: (Continued)

3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;

4. the date the Covered Person refuses to receive Appropriate Available Treatment;

5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;

6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;

7. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;

   Because the Covered Person's current earnings may fluctuate, Liberty will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.

8. the date the Covered Person is no longer Disabled according to this policy;

9. the end of the Maximum Benefit Period; or

10. the date the Covered Person dies.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Successive Periods of Disability**

With respect to this policy, **"Successive Periods of Disability"** means a Disability which is related or due to the same cause(s) as a prior Disability for which a Monthly Benefit was payable.

A Successive Period of Disability will be treated as part of the prior Disability if, after receiving Disability benefits under this policy, a Covered Person:

1. returns to his Own Occupation on an Active Employment basis for less than six continuous months; and

2. performs all the Material and Substantial Duties of his Own Occupation.

To qualify for a Successive Periods of Disability benefit, the Covered Person must experience more than a 20% loss of Basic Monthly Earnings.

Benefit payments will be subject to the terms of this policy for the prior Disability.

If a Covered Person returns to his Own Occupation on an Active Employment basis for six continuous months or more, the Successive Period of Disability will be treated as a new period of Disability. The Covered Person must complete another Elimination Period.

If a Covered Person becomes eligible for coverage under any other group long term disability coverage, this Successive Period of Disability provision will cease to apply to that Covered Person.

## SECTION 5 - EXCLUSIONS

### GENERAL EXCLUSIONS

This policy will not cover any Disability due to:

1. war, declared or undeclared, or any act of war;
2. intentionally self-inflicted injuries, while sane or insane;
3. active Participation in a Riot;
4. the committing of or attempting to commit a felony or misdemeanor;
5. cosmetic surgery unless such surgery is in connection with an Injury or Sickness sustained while the individual is a Covered Person; or
6. a gender change, including, but not limited to, any operation, drug therapy or any other procedure related to a gender change.

No benefit will be payable during any period of incarceration.

With respect to this provision, **Participation** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the Covered Person, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to police officers and fire fighters.

With respect to this provision, **Riot** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

## SECTION 5 - EXCLUSIONS
(Continued)

LONG TERM DISABILITY COVERAGE

**Pre-Existing Condition Exclusion**

This policy will not cover any Disability or Partial Disability:

1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and

2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage, unless he received no Treatment of the condition for any three consecutive months after his effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.

# SECTION 6 - TERMINATION PROVISIONS

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1. the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;

2. the date the Covered Person is no longer in an eligible class;

3. the date the Covered Person's class is no longer included for insurance;

4. the date employment terminates. Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:

   a. the Elimination Period; and
   b. any period during which premium is being waived.

5. the date the Covered Person ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

Liberty reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

## SECTION 6 - TERMINATION PROVISIONS
(Continued)

**Policy Termination**

1. Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2. If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period. The Sponsor may terminate this policy by advance written notice delivered to Liberty at least 31 days prior to the termination date. This policy will not terminate during any period for which premium has been paid. The Sponsor will be liable to Liberty for all premiums due and unpaid for the full period for which this policy is in force.

3. Liberty may terminate this policy on any premium due date by giving written notice to the Sponsor at least 31 days in advance if:

   a. the number of Employees insured is fewer than 10; or

   b. less than 100.00% of all the Employees eligible for any non-contributory insurance are insured for it; or

   c. the Sponsor fails:

      i. to furnish promptly any information which Liberty may reasonably require; or
      ii. to perform any other obligations pertaining to this policy.

4. Liberty may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months. Liberty will provide written notice of such termination to the Sponsor at least 31 days before the termination is effective.

5. Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

# SECTION 7 - GENERAL PROVISIONS

**Assignment**

No assignment of any present or future right or benefit under this policy will be allowed.

**Complete Contract - Policy Changes**

1. This policy is the entire contract. It consists of:

    a. all of the pages; and
    b. the attached signed Application of the Sponsor.

2. This policy may be changed in whole or in part. Only an officer of Liberty can approve a change. The approval must be in writing and endorsed on or attached to this policy.

3. No other person, including an agent, may change this policy or waive any part of it.

**Conformity with State Statutes**

Any provision of this policy which, on its effective date, is in conflict with the statutes of the governing jurisdiction of this policy is hereby amended to conform to the minimum requirements of such statute.

**Employee's Certificate**

Liberty will provide a Certificate to the Sponsor for delivery to Covered Persons. It will state:

1. the name of the insurance company and the policy number;
2. a description of the insurance provided;
3. the method used to determine the amount of benefits;
4. to whom benefits are payable;
5. limitations or reductions that may apply;
6. the circumstances under which insurance terminates; and
7. the rights of the Covered Person upon termination of this policy.

If the terms of a Certificate and this policy differ, this policy will govern.

**Examination**

Liberty, at its own expense, may have the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Liberty. This right may be used as often as reasonably required.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Furnishing of Information - Access to Records**

1. The Sponsor will furnish at regular intervals to Liberty:

   a. information relative to Employees:

      i. who qualify to become insured;
      ii. whose amounts of insurance change; and/or
      iii. whose insurance terminates.

   b. any other information about this policy that may be reasonably required.

   The Sponsor's records which, in the opinion of Liberty, have a bearing on the insurance will be opened for inspection at any reasonable time.

2. Clerical error or omission will not:

   a. deprive an Employee of insurance;
   b. affect an Employee's Amount of Insurance; or
   c. effect or continue an Employee's insurance which otherwise would not be in force.

**Interpretation of the Policy**

Liberty shall possess the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder. Liberty's decisions regarding construction of the terms of this policy and benefit eligibility shall be conclusive and binding.

**Incontestability**

The validity of this policy shall not be contested, except for non-payment of premiums, after it has been in force for two years from the date of issue. The validity of this policy shall not be contested on the basis of a statement made relating to insurability by any person covered under this policy after such insurance has been in force for two years during such person's lifetime, and shall not be contested unless the statement is contained in a written instrument signed by the person making such statement.

**Legal Proceedings**

A claimant or the claimant's authorized representative cannot start any legal action:

1. until 60 days after Proof of claim has been given; or

2. more than three years after the time Proof of claim is required.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Misstatement of Age**

If a Covered Person's age has been misstated, an equitable adjustment will be made in the premium. If the amount of the benefit is dependent upon an Employee's age, the amount of the benefit will be the amount an Employee would have been entitled to if his correct age were known.

A refund of premium will not be made for a period more than 12 months before the date Liberty is advised of the error.

**Notice and Proof of Claim**

1. **Notice**

   a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.

   b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.

2. **Proof**

   a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.

   b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

   c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.

Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

**Payment of Claims**

The benefit is payable to the Covered Person. But, if a benefit is payable to a Covered Person's estate, a Covered Person who is a minor, or who is not competent, Liberty has the right to pay up to $1,000 to any of the Covered Person's relatives or any other person whom Liberty considers entitled thereto by reason of having incurred expense for the maintenance, medical attendance or burial of the Covered Person. If Liberty in good faith pays the benefit in such a manner, any such payment shall fulfill Liberty's responsibility for the amount paid.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Right of Recovery**

Liberty has the right to recover any overpayment of benefits caused by, but not limited to, the following:

1. fraud;
2. any error made by Liberty in processing a claim; or
3. the Covered Person's receipt of any Other Income Benefits.

Liberty may recover an overpayment by, but not limited to, the following:

1. requesting a lump sum payment of the overpaid amount;
2. reducing any benefits payable under this policy;
3. taking any appropriate collection activity available including any legal action needed; and
4. placing a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any Other Income Benefits, whether on a periodic or lump sum basis.

It is required that full reimbursement be made to Liberty.

**Statements**

In the absence of fraud, all statements made in any application are considered representations and not warranties (absolute guarantees). No representation by:

1. the Sponsor in applying for this policy will make it void unless the representation is contained in the signed Application; or

2. any Employee in enrolling for insurance under this policy will be used to reduce or deny a claim unless a copy of the Enrollment Form, signed by the Employee if required, is or has been given to the Employee.

**Subrogation and Reimbursement**

When a Covered Person's Injury or Sickness appears to be someone else's fault, benefits otherwise payable under this policy for loss of time as a result of that Injury or Sickness will not be paid unless the Covered Person or his legal representative agree(s):

1. to repay Liberty for such benefits to the extent they are for losses for which compensation is paid to the Covered Person by or on behalf of the person at fault;

2. to allow Liberty a lien on such compensation and to hold such compensation in trust for Liberty; and

3. to execute and give to Liberty any instruments needed to secure the rights under 1. and 2. above.

Further, when Liberty has paid benefits to or on behalf of the injured Covered Person, Liberty will be subrogated to all rights of recovery that the Covered Person has against the person at fault. These subrogation rights will extend only to recovery of the amount Liberty has paid. The Covered Person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to Liberty.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Workers' Compensation**

This policy and the coverages provided are not in lieu of, nor will they affect any requirements for coverage under any Workers' Compensation Law or other similar law.

## SECTION 8 - PREMIUMS

**Premium Rates**

Liberty has set the premiums that apply to the coverage(s) provided under this policy. Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

A change in the initial premium rate(s) will not take effect within the first 3 years except that Liberty may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

1. a change occurs in the policy design;
2. a division, subsidiary or Associated Company is added to or deleted from this policy;
3. when the number of Covered Persons changes by 15.00% or more from the number insured on this policy's effective date; or
4. a change in existing law which affects this policy.

No premium may be changed unless Liberty notifies the Sponsor at least 31 days in advance. Premium changes may take effect on an earlier date when both Liberty and the Sponsor agree.

**Payment of Premiums**

1. All premiums due under this policy, including adjustments, if any, are payable by the Sponsor on or before their due dates at Liberty's Administrative Office, or to Liberty's agent. The due dates are specified on the first page of this policy.
2. All payments made to or by Liberty shall be in United States dollars.
3. If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.
4. The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only. It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of a Covered Person's Insurance" provision of this policy.
5. If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorated adjustment on the next premium due date.
6. Except for fraud and premium adjustments, refunds of premiums or charges will be made only for:
    1. the current policy year; and
    2. the immediately preceding policy year.

## SECTION 8 - PREMIUMS
(Continued)

**Grace Period**

This is the 45 days following a premium due date, other than the first, during which premium payment may be made. During the grace period this policy shall continue in force, unless the Sponsor has given Liberty written notice 31 days in advance of discontinuance of this policy.

**Waiver of Premium**

Premium payments for a Covered Person are waived during any period for which benefits are payable. If coverage is to be continued, premium payments must be resumed following a period during which they were waived.

# AMENDMENT NO. 1

It is agreed the following changes are hereby made to this policy: GF3-880-036548-01

| Changes | Additions | Deletions |
|---|---|---|

The effective date of this change is October 14, 2015.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 3rd day of November, 2015.

Issued to and Accepted by:

Papa John's International, Inc.
**Sponsor**

By ______________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**

# AMENDMENT NO. 2

It is agreed the following changes are hereby made to this policy: GF3-880-036548-01

| Changes | Additions | Deletions |
|---|---|---|
| Updated the Class 2 Eligibility Waiting Period | FORM ADOP-SCH-1 R (1) | FORM ADOP-SCH-1 |

The effective date of this change is January 1, 2016.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 23rd day of November, 2016.

Issued to and Accepted by:

Papa John's International, Inc.
**Sponsor**

By ______________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, October 28, 2022 10:29:13 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | y9xdegkl0pkm8igp5pte_13868663.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 28, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Per your request for functional ability or impairment as per Papa John s policy. Your request has been forwarded to administration to send you a copy of the policy securely to your email. Please continue to check your email as the link that will be sent to the policy will be time sensitive and password protected.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

**From:** DisabilityDocuments
**Sent:** Thursday, October 27, 2022 1:41 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: Disability Qualifications CFS

---

**From:** Keeta Fox < .
**Sent:** Thursday, October 27, 2022 5:39:39 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Disability Qualifications CFS

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

The attached details the qualifications for Chronic Fatigue Syndrome disability under Social Security. When you combine my CFS and Fibromyalgia diagnoses from Mayo Clinic with Chronic/ Long Lasting EBV from Dr Potts, Dr Yee and Dr Reeves, Infectious Disease Doctor with Orthostatic Intolerance ( Mayo Clinic) it appears I should qualify. How are Lincoln Standards different?

How can I work when I have flu like symptoms on a regular basis , which has been documented by my physicians?

Keeta Fox**[Error : unloaded OLE object or mail attachment]**

# Providing Medical Evidence for Individuals with Myalgic Encephalomyelitis/Chronic Fatigue Syndrome (ME/CFS)

Fox 10/27/22

Contents


| | |
|---|---|
| A Guide for Health Professionals | 1 |
| Definition of Disability | 1 |
| What We Need from You | 2 |
| Evaluating Disability for Individuals with ME/CFS | 3 |
| Contacting Social Security | 3 |


Mayo Clinic Diagnosis coupled w/ Chronic EBV (Dr Potts, Dr Yee, Dr Reeves Infectious Disease)

## A Guide for Health Professionals

This fact sheet is a guide to assist you in providing the kinds of medical evidence we need to evaluate disability claims filed by individuals with ME/CFS (also known as exertion intolerance disease, or SEID). When an individual with ME/CFS applies for Social Security disability benefits, we must decide whether he or she is disabled under the law. We make our determination or decision based on the information you provide and other evidence, including information provided by the individual.

We appreciate your assistance in providing us with timely reports and other medical records. You may send medical records to us by mail or by using Social Security's Electronic Records Express service to fax documents or submit them online via Social Security's secure website.

## Definition of Disability

Federal law requires a very strict definition of disability. While some programs give money to people with partial disability or short-term disability, Social Security does not. An individual is considered disabled by Social Security if he or she is unable to do any substantial gainful work activity because of a medical condition(s) that has lasted, or can be expected to last, for at least 12 months, or that is expected to result in death. A child under the age of 18 is considered disabled if he or she suffers from any medical condition(s) that results in marked and severe functional

limitations that has lasted, or can be expected to last, for at least 12 months or that is expected to result in death.

The medical condition(s) must be shown to exist by means of medically acceptable clinical and laboratory findings. Under the law, symptoms alone cannot be the basis for a finding of disability, although the effects of symptoms may be an important factor in our determination or decision whether an individual is disabled. If the medical evidence alone shows that an individual is clearly disabled or not disabled, we decide the case on that information. Otherwise, we go on to consider other factors, such as functional capacity in light of the individual's medical condition(s), age, education, and work background. If a child under age 18 has a functional limitation because of his or her medical condition(s), we consider the child's functioning in relation to other children of the same age who do not have the medical condition(s). You can find more detailed information about our disability evaluation process on the Disability Evaluation Under Social Security page of the Medical/Professional Relations section of our website.

## What We Need from You

We need information from you that will help us to determine the existence, severity, and duration of the individual's impairment(s).

Medical reports you provide to us should include a thorough description of the individual's medical history with the information on the diagnosis, onset, duration, and prognosis of the individual's ME/CFS and any other conditions. Longitudinal clinical records and detailed historical notes discussing the course of the disorder, including any treatment prescribed and the individual's response to treatment, are very useful for us since we are interested in the impact of the illness over a period of time.

Include in your reports all clinical findings (such as results of physical examinations and mental status examinations) and laboratory findings (such as blood tests, magnetic resonance imaging, or any other clinically accepted form of testing), both positive and negative. It is essential that you submit all available objective findings concerning your patient's condition, even if they relate to another disorder or establish that the individual has a co-occurring condition other than ME/CFS.

Please report any medical signs you have observed. Examples include:

- Orthostatic intolerance (symptoms worsen on maintaining upright posture and improve by lying down); Met + Provided
- Palpably swollen or tender axillary or cervical lymph nodes; Met + Provided
- Persistent, reproducible muscle tenderness on examinations; Met + Provided
- Abnormal immune function, including frequent viral infections with prolonged recovery; and Chronic EBV and Sjogrens Fibro myalgia
- Non-exudative pharyngitis. Met

Also, include in your reports any symptoms or other effects of ME/CFS, such as:

- Persistent or relapsing fatigue resulting in reduction or impairment in ability to carry out daily or work-related activities Met
- Post-exertional malaise (worsening of symptoms after physical, cognitive, or emotional effort) Met
- Waking unrefreshed (individual is still fatigued after sleep); Met
- Disturbed sleep patterns, such as insomnia or prolonged sleeping; Met
- Cognitive impairment(s) such as having difficulty with information processing, short-term memory, reduced concentration and attention;
- Persistent muscle pain, tenderness, stiffness, or weakness; Met
- Multi-joint pain without swelling or redness; Met
- Headaches of a new type, pattern or severity; Met
- Sore throat that is frequent or that reoccurs;
- Cardiovascular abnormalities, such as palpitations; Met

- Gastrointestinal discomfort (for example, nausea, bloating, or abdominal pain); Met
- Respiratory difficulties, such as labored breathing or sudden breathlessness; Met
- Urinary or bladder problems, such as urinary frequency, nocturia, dysuria, or pain in the bladder region); or Met (Prostate worse)
- Visual difficulties, such as difficulty with visual focus, impaired depth perception, or severe photosensitivity. Met

Your descriptions of any functional limitations you noted throughout the time you examined or treated the patient are very important. If possible, provide your opinion of the individual's ability to do daily activities or work-related physical and mental activities. Tell us your opinions about both the individual's physical and mental functions and, to the extent possible, the reasons for your opinions, such as the clinical findings and your observations of the individual.

Examples of work-related functions include:

- Physical functions: Walking, standing, sitting, lifting, pushing, pulling, reaching, carrying, and handling.
- Mental functions: The ability to understand, remember, and carry out simple instructions, the ability to use appropriate judgment, and the ability to respond appropriately to supervision, co-workers, and usual work situations, including changes in a routine work setting.

Typing / writing difficult

## Evaluating Disability for Individuals with ME/CFS

As you may know, state Disability Determination Services (DDS) evaluate claims for Social Security. The DDS adjudication team consists of a physician or psychologist and a specially trained disability examiner. In evaluating disability for individuals with ME/CFS, the team looks at all of the available evidence, including the clinical course from the onset of the illness, and considers the impact of the illness on each affected body system.

If the team determines there is not enough information to make a determination, they may call or write you to find out if you have the needed information. If you do not, they may ask you or, in some circumstances, an independent medical source, to provide the information by performing tests or an examination for a fee paid by the DDS.

## Contacting Social Security

The most convenient way to contact us anytime, anywhere is to visit ***www.socialsecurity.gov*** where you can also take care of some business with an online *my* Social Security account.

Call us toll-free at **1-800-772-1213** or at **1-800-325-0778** (TTY) if you're deaf or hard of hearing. We can answer your calls from 7 a.m. to 7 p.m., week days. Or use our automated services via telephone, 24 hours a day. We look forward to serving you.

Securing today and tomorrow

**Social Security Administration**
Publication No. 64-063 | ICN 953800
January 2018
Providing Medical Evidence for Individuals with Myalgic Encephalomyelitis/Chronic Fatigue Syndrome (ME/CFS)
Produced and published at U.S. taxpayer expense

**From:** DisabilityDocuments
**Sent:** Thursday, October 27, 2022 12:45 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Sjogrens disability criteria per Social Security claim # 10310112

---

**From:** Keeta Fox <l >
**Sent:** Thursday, October 27, 2022 4:43:24 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Fwd: Sjogrens disability criteria per Social Security claim # 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from my iPhone

Begin forwarded message:

> **From:** Keeta Fox < >
> **Date:** October 27, 2022 at 1:02:36 AM EDT
> **To:** disabilitydocuments@lfg.com
> **Subject: Sjogrens disability criteria per Social Security**
>
> Please forward to doctor. per attached I meet the disability criteria for Sjogrens per Social Security. If Lincolns criteria are different than please advise in writing. Thanks
>
> Keeta Fox

**[Error : unloaded OLE object or mail attachment]**

Keith Fox
10/27/22

# Disability and Sjogren's Syndrome - Filing for SSDI and SSI

If your only symptoms Sjogren's are fatigue, dry mouth, and dry eyes, you're not likely to get disability benefits.

**Free evaluation for disability benefits. Get up to $3,345 per month.**

Answer a few questions to check your eligibility.

How old are you? Select An Answer

Sjogren's syndrome is an autoimmune disorder that is characterized by dry eyes and a dry mouth. As well as having dry eyes and a dry mouth, people with Sjogren's syndrome also sometimes experience prolonged fatigue, skin rashes, a persistent cough, swollen salivary glands, involuntary weight loss, malaise, and joint pain. Sjogren's syndrome may progress from causing dry eyes and dry mouth to damaging other parts of the body, such as kidneys, liver, lungs, and nerves. People with Sjogren's syndrome often have other immune system disorders, such as lupus or rheumatoid arthritis.

NOLO
What are your chances of getting disability benefits?

2/3 of all initial disability applications get denied, but our experts prepared a simple quiz to help you understand your potential to receive benefits.

Take Quiz

While some people with Sjogren's disorder have only mild symptoms of dry eyes and mouth that they are able to treat, others have disabling symptoms such as blurred vision; difficulty swallowing, eating, and speaking; and debilitating fatigue and joint pain. Individuals with severe symptoms can get disability benefits either by meeting the requirements of Social Security's disability listing for Sjogren's syndrome, meeting a related disability listing such as the listing for lupus or rheumatoid arthritis, or by showing that their limitations are so severe that they rule out work.

You could be eligible for up to **$3,345** per month In SSDI Benefits

Check Eligibility

See Doctors records: these criteria are met

## Qualifying for Disability Under the Listing for Sjogren's Syndrome

In order to meet the SSA disability listing for Sjogren's syndrome, your condition must fall into one of the the two following scenarios:

- The Sjogren's syndrome must affect at least two body organs or systems, such as the eyes and the digestive system, and Yes meet
- The Sjogren's syndrome must cause at least two of the following symptoms.
  - frequent fatigue resulting in low activity Yes Meet
  - frequent fever Yes Meet
  - malaise (feelings of physical discomfort resulting in low activity), and/or Yes Meet

**From:** DisabilityDocuments
**Sent:** Thursday, October 27, 2022 12:45 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Disability Qualifications CFS Claim 10310112

---

**From:** Keeta Fox < >
**Sent:** Thursday, October 27, 2022 4:42:52 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Fwd: Disability Qualifications CFS Claim 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from my iPhone

Begin forwarded message:

> **From:** Keeta Fox < ı>
> **Date:** October 27, 2022 at 1:39:39 AM EDT
> **To:** disabilitydocuments@lfg.com
> **Subject: Disability Qualifications CFS**
>
> The attached details the qualifications for Chronic Fatigue Syndrome disability under Social Security. When you combine my CFS and Fibromyalgia diagnoses from Mayo Clinic with Chronic/ Long Lasting EBV from Dr Potts, Dr Yee and Dr Reeves, Infectious Disease Doctor with Orthostatic Intolerance ( Mayo Clinic) it appears I should qualify. How are Lincoln Standards different?
>
> How can I work when I have flu like symptoms on a regular basis , which has been documented by my physicians?
>
> Keeta Fox

**[Error : unloaded OLE object or mail attachment]**

# Providing Medical Evidence for Individuals with Myalgic Encephalomyelitis/Chronic Fatigue Syndrome (ME/CFS)

Fox 10/27/22

Contents

| | |
|---|---|
| A Guide for Health Professionals | 1 |
| Definition of Disability | 1 |
| What We Need from You | 2 |
| Evaluating Disability for Individuals with ME/CFS | 3 |
| Contacting Social Security | 3 |

Mayo Clinic Diagnosis coupled w/ Chronic EBV (Dr Potts, Dr Yee, Dr Reeves Infectious Disease)

## A Guide for Health Professionals

This fact sheet is a guide to assist you in providing the kinds of medical evidence we need to evaluate disability claims filed by individuals with ME/CFS (also known as exertion intolerance disease, or SEID). When an individual with ME/CFS applies for Social Security disability benefits, we must decide whether he or she is disabled under the law. We make our determination or decision based on the information you provide and other evidence, including information provided by the individual.

We appreciate your assistance in providing us with timely reports and other medical records. You may send medical records to us by mail or by using Social Security's Electronic Records Express service to fax documents or submit them online via Social Security's secure website.

## Definition of Disability

Federal law requires a very strict definition of disability. While some programs give money to people with partial disability or short-term disability, Social Security does not. An individual is considered disabled by Social Security if he or she is unable to do any substantial gainful work activity because of a medical condition(s) that has lasted, or can be expected to last, for at least 12 months, or that is expected to result in death. A child under the age of 18 is considered disabled if he or she suffers from any medical condition(s) that results in marked and severe functional

limitations that has lasted, or can be expected to last, for at least 12 months or that is expected to result in death.

The medical condition(s) must be shown to exist by means of medically acceptable clinical and laboratory findings. Under the law, symptoms alone cannot be the basis for a finding of disability, although the effects of symptoms may be an important factor in our determination or decision whether an individual is disabled. If the medical evidence alone shows that an individual is clearly disabled or not disabled, we decide the case on that information. Otherwise, we go on to consider other factors, such as functional capacity in light of the individual's medical condition(s), age, education, and work background. If a child under age 18 has a functional limitation because of his or her medical condition(s), we consider the child's functioning in relation to other children of the same age who do not have the medical condition(s). You can find more detailed information about our disability evaluation process on the Disability Evaluation Under Social Security page of the Medical/Professional Relations section of our website.

## What We Need from You

We need information from you that will help us to determine the existence, severity, and duration of the individual's impairment(s).

Medical reports you provide to us should include a thorough description of the individual's medical history with the information on the diagnosis, onset, duration, and prognosis of the individual's ME/CFS and any other conditions. Longitudinal clinical records and detailed historical notes discussing the course of the disorder, including any treatment prescribed and the individual's response to treatment, are very useful for us since we are interested in the impact of the illness over a period of time.

Include in your reports all clinical findings (such as results of physical examinations and mental status examinations) and laboratory findings (such as blood tests, magnetic resonance imaging, or any other clinically accepted form of testing), both positive and negative. It is essential that you submit all available objective findings concerning your patient's condition, even if they relate to another disorder or establish that the individual has a co-occurring condition other than ME/CFS.

Please report any medical signs you have observed. Examples include:

- Orthostatic intolerance (symptoms worsen on maintaining upright posture and improve by lying down); Met + Provided
- Palpably swollen or tender axillary or cervical lymph nodes; Met + Provided
- Persistent, reproducible muscle tenderness on examinations; Met + Provided
- Abnormal immune function, including frequent viral infections with prolonged recovery; and Chronic EBV and Sjogrens Fibro myalgic Mayo
- Non-exudative pharyngitis. Met

Also, include in your reports any symptoms or other effects of ME/CFS, such as:

- Persistent or relapsing fatigue resulting in reduction or impairment in ability to carry out daily or work-related activities Met
- Post-exertional malaise (worsening of symptoms after physical, cognitive, or emotional effort) Met
- Waking unrefreshed (individual is still fatigued after sleep); Met
- Disturbed sleep patterns, such as insomnia or prolonged sleeping; Met
- Cognitive impairment(s) such as having difficulty with information processing, short-term memory, reduced concentration and attention;
- Persistent muscle pain, tenderness, stiffness, or weakness; Met
- Multi-joint pain without swelling or redness; Met
- Headaches of a new type, pattern or severity; Met
- Sore throat that is frequent or that reoccurs;
- Cardiovascular abnormalities, such as palpitations; Met

- Gastrointestinal discomfort (for example, nausea, bloating, or abdominal pain); Not
- Respiratory difficulties, such as labored breathing or sudden breathlessness; Met
- Urinary or bladder problems, such as urinary frequency, nocturia, dysuria, or pain in the bladder region); or Not
- Visual difficulties, such as difficulty with visual focus, impaired depth perception, or severe photosensitivity. Met

Your descriptions of any functional limitations you noted throughout the time you examined or treated the patient are very important. If possible, provide your opinion of the individual's ability to do daily activities or work-related physical and mental activities. Tell us your opinions about both the individual's physical and mental functions and, to the extent possible, the reasons for your opinions, such as the clinical findings and your observations of the individual.

Examples of work-related functions include:

- Physical functions: Walking, standing, sitting, lifting, pushing, pulling, reaching, carrying, and handling.
- Mental functions: The ability to understand, remember, and carry out simple instructions, the ability to use appropriate judgment, and the ability to respond appropriately to supervision, co-workers, and usual work situations, including changes in a routine work setting.

## Evaluating Disability for Individuals with ME/CFS

As you may know, state Disability Determination Services (DDS) evaluate claims for Social Security. The DDS adjudication team consists of a physician or psychologist and a specially trained disability examiner. In evaluating disability for individuals with ME/CFS, the team looks at all of the available evidence, including the clinical course from the onset of the illness, and considers the impact of the illness on each affected body system.

If the team determines there is not enough information to make a determination, they may call or write you to find out if you have the needed information. If you do not, they may ask you or, in some circumstances, an independent medical source, to provide the information by performing tests or an examination for a fee paid by the DDS.

## Contacting Social Security

The most convenient way to contact us anytime, anywhere is to visit ***www.socialsecurity.gov*** where you can also take care of some business with an online *my* Social Security account.

Call us toll-free at **1-800-772-1213** or at **1-800-325-0778** (TTY) if you're deaf or hard of hearing. We can answer your calls from 7 a.m. to 7 p.m., week days. Or use our automated services via telephone, 24 hours a day. We look forward to serving you.

Typing / writing difficult

Securing today and tomorrow

**Social Security Administration**
Publication No. 64-063 | ICN 953800
January 2018
Providing Medical Evidence for Individuals with Myalgic Encephalomyelitis/Chronic Fatigue Syndrome (ME/CFS)
Produced and published at U.S. taxpayer expense

**From:** DisabilityDocuments
**Sent:** Thursday, October 27, 2022 7:22 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox

---

**From:** Keeta Fox < >
**Sent:** Thursday, October 27, 2022 11:19:39 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Fwd: [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from my iPhone

Begin forwarded message:

> **From:** Keeta Fox < >
> **Date:** October 27, 2022 at 5:57:57 PM EDT
> **To:** LFGNotifications@lfg.com
> **Subject: Re: [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox**
>
> Thanks
>
> Can you please defined functional ability or impairment as per Papa John's policy thanks
>
> Sent from my iPhone
>
> > On Oct 27, 2022, at 8:32 AM, LFGNotifications@lfg.com wrote:

This message was sent securely using Zix®

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

This message was secured by **Zix®**.

**[Error : unloaded OLE object or mail attachment]**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 27, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

This letter is in response to your correspondence regarding the records from Dr. Potts. We received a letter from Dr. Potts dated August 29, 2022. The last actual medical documentation that was received was from October 5, 2021, and December 2, 2021. If there is additional documentation to provide, please have Dr. Potts to provide that information to our office. Information can be faxed to (603) 334-0401.

Your letter also addressed Social Security Disability items, no items were attached. As discussed on October 26, 2022, the Social Security Administration uses the Blue Book in their determinations, our office uses your employer's policy to determine eligibility for benefits. The two programs are governed by different rules and regulations.

In regard to the request for additional contact with your providers. As discussed on October 26, 2022, once we receive all the information that you would like for the office to consider, we can request additional contact. You still currently have until November 7, 2022, to provide any additional documentation that you would like considered for your appeal.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, October 27, 2022 8:32:37 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | 8nagmcdsybdkhixo6zkr_13857388.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 27, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

This letter is in response to your correspondence regarding the records from Dr. Potts. We received a letter from Dr. Potts dated August 29, 2022. The last actual medical documentation that was received was from October 5, 2021, and December 2, 2021. If there is additional documentation to provide, please have Dr. Potts to provide that information to our office. Information can be faxed to (603) 334-0401.

Your letter also addressed Social Security Disability items, no items were attached. As discussed on October 26, 2022, the Social Security Administration uses the Blue Book in their determinations, our office uses your employer s policy to determine eligibility for benefits. The two programs are governed by different rules and regulations.

In regard to the request for additional contact with your providers. As discussed on October 26, 2022, once we receive all the information that you would like for the office to consider, we can request additional contact. You still currently have until November 7, 2022, to provide any additional documentation that you would like considered for your appeal.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

**From:** DisabilityDocuments
**Sent:** Wednesday, October 26, 2022 10:20 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: Disability

From: Keeta Fox < >
Sent: Wednesday, October 26, 2022 2:18:54 PM (UTC+00:00) Monrovia, Reykjavik
To: DisabilityDocuments
Cc: Greg Potts; Dr.
Subject: Disability

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ms King

Please have Dr Banks reach back out Dr Potts, Dr Yee Dr Stern and Dr Lentz to describe my reasons and limitations for not being able to work 40 hrs ( I know she has more questions than what their letters addressed)

Also reach out to my new Rheumatologist , Dr Jacqueline Smith at Rheumatology Associates. 502 893 3963 At my next appointment which is early December she wants to discuss starting intraveneous immunoglobulin treatment for my neuropathy

Dr Potts please address the time you were my doctor. They know you're no longer my GP after cobra expiration but still really need your assessment prior to cobra expiration since you were my doctor for 10 plus yrs

Dr Yee please call Dr Banks I have a number not sure if right or not They need a time convenient for you to talk Please advise by replying to this email what time works for you

Dr Louise Banks (724) 379 1940

Social Security Blue Book Disability Items
Sjogrens ( which is not the old Sicca ICD code)
Lyme/Bartonella
Peripheral neuropathy
Chronic EBV

Ms King
Please make sure Dr Banks is familiar with each of these Social Security disability items

Thanks

Keeta Fox

Everyone I am still trying to avoid getting an outside attorney to represent me ( even though Ms King said that is absolutely my right) So please, as my doctors, give it your all so we can keep this as simple and

painless as possible  Think about this is not just helping me but helping others who potentially are in my situation in the future we can make a difference for them also.

Thanks again

Sent from my iPhone

**From:** DisabilityDocuments
**Sent:** Wednesday, October 26, 2022 10:31 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: Dr Potts records

---

From: Keeta Fox < >
Sent: Wednesday, October 26, 2022 2:30:07 PM (UTC+00:00) Monrovia, Reykjavik
To: DisabilityDocuments
Subject: Dr Potts records

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms King
Your letter indicates you have not received medical records from Dr Potts since 12/02/21. Is that correct?
If so Dr Potts can you send all 2022 records to Ms King via this email

Thanks
Keeta Fox

Sent from my iPhone

**From:** DisabilityDocuments
**Sent:** Wednesday, October 19, 2022 1:35 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Disability Appeal

---

**From:** Keeta Fox < >
**Sent:** Wednesday, October 19, 2022 5:33:40 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Disability Appeal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Mrs King

I definitely need to discuss next steps with you on this appeal. I have some corrections to make to the letter that I will send later as well.

My overall questions are as follows:

How did Dr Banks address items 70-72 ( letters from my doctors that stated I could not perform a 40 hr work week.).

How did Dr Banks address Dr Jamall Richie MD statement that concluded that "insured's deficit may make it difficult to perform certain tasks and maintain a job". That is a Social Security doctor rep.

I really need that to described to writing to me with a follow up letter describing how these letters were wrong or insufficient

Five doctors said I cannot work 40 hours per week including Dr Stern Rheumatologist. How did they get it wrong? Can you define functional impairment for me in writing so I can better understand this.

What diagnoses does the Dr Disagree with? SIBO was confirmed by Dr Fox at Mayo Clinic and Dr Briley, Baptist East, but not sure that is clear in this document. EBV was confirmed by Dr Greg Potts and Dr Jeffrey Reeves, Infectious Disease Doctor

POTS diagnosis was Dr Yee.Mayo called it Orthostatic Intolerance. Was confirmed vial Tilt Table Test at Mayo with prescription for compression socks and increased water and salt intake?

Infectious Disease Dr, Dr Jeffrey Reeves, who confirmed EBV, but said no treatment with on going fevers etc. Do you need his records?

Small Fiber Neuropathy is also one of disabling conditions confirmed by UL neurology punch biopsy with a new referral to Norton Neurology in December. This is a significant diagnoses and I want to make sure the doctor understands the magnitude of it.

Sjogrens treatment of Imuran did not work and I did not want to start another immunosuppresant during COVID esp. I have now switched Rheumatologists to Dr Jacqueline Smith ( Rheumatology Associates Louisville KY), who you should contact. She wants me to start IVIG treatment for Small Fiber Neuropathy in 2023 when approved and on new health insurance (switching from health care exchange to a policy under my spouse). Small Fiber Neuropathy has worsened again even with 120 mg Duloxetine and creating significant pain and flu like symptoms now, coupled with EBV.

02/21/2020 EGD was not unremarkable. They had a bad report issued and retracted it and concluded Gastroparesis ( later diagnosed Small Intestinal Bacterial Overgrowth as confirmed by Dr Fox at Mayo)

I did seek treatment for Cervical Stenosis through Baptist East Pain Management via cervical epidural injections which actually made very sick with adverse reaction so Dr discontinued them.

Dr Potts is no longer my GP but can comment through end of July which he has done via his letter dated 08/29/2022

Diagnosis code for Sjogrens is now in system so not sure why using Sicca Code? ICD 10 code is M35.0 I believe. If this doctor, is not familiar with Sjogrens she should reach out to Dr Potts or new Rheumatologist Dr Jacqueline Smith to learn more. Sjogrens can now be considered debilitating for Social Security purposes as well. I think I sent you that info but can resend if necessary

MCAS is not under control, even though taking anithistamines, and will be addressing at next Dr appt with Dr Jeffrey Callan, Dermatologist in 2023 (cant see him in 2022 as health insurance exchange does not accept him but trying to get insurance that does)

Dr Lentz diagnosed bartonella; This was confirmed via Igenex lab test. How is this not confirmed.? Again I need to have this is writing as if you are saying this a bad test I am going to send a report to Igenex lab and make them respond accordingly

Clerical Correction Dr Mayo is with Mayo Clinic not Cleveland Clinic

Thanks

Keeta Fox

Going forward it will be best to communicate in writing so I can process and understand everything and easily send the communications to my current doctors for their assessment and evaluation.

I will be providing all related documentation to Doherty, Cella, Keane and Associates going forward who is representing me for Social Security Disability. They will use all Doctors letters acknowledging my limitations and impairments

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 19, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Papa John s International, Inc. s Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached the medical assessment completed on appeal, which is new or additional evidence in connection with your appeal. You may review these and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or **November 7, 2022**, we will proceed with making a determination on your appeal.

***Attempts were made to reach Dr. Yee, Dr. Lentz, Dr. Wayne Villaneuva, Dr. Ethan Blackburn, and Dr. Steven Stern; no contact was established. You can share a copy of the report with any of your treating providers for review and comment.***

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by **November 7, 2022**, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond

Lincoln s control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-10.13.2022

**Louise Y. Banks, M.D.**
**Occupational Medicine/Internal Medicine**
800 Plaza Drive, Suite 210, Belle Vernon, PA 15012
Tel: (724) 379-1940 | Fax: (724) 379-1941

| | |
|---|---|
| **CLAIMANT NAME:** | **Keeta Fox** |
| **EXAMINER:** | **Louise Y. Banks, M.D.** |
| **ECN #:** | **166473-5** |
| **CLAIM #:** | **10310112** |
| **DATE OF INJURY:** | **02/04/2020** |
| **DATE OF REVIEW:** | **10/13/2022** |
| **CASE TYPE:** | **Long-Term Disability** |

# PEER REVIEW

## MEDICAL RECORDS REVIEWED:

I have been asked to review medical records on behalf of ECN, including the following:

1. Report of confidential investigation dated 06/04/2021.
2. Occupational analysis dated 09/29/2020.
3. Transferrable skills analysis dated 07/27/2022.
4. Claim correspondence from 06/23/2020 through 09/07/2022.
5. Claim records from 07/27/2020 through 08/15/2022.
6. Authorizations to Disclose Health Information from 08/26/2020 through 12/10/2021.
7. Lincoln Financial Group Questionnaires dated 08/07/2020 through 12/20/2021.
8. Claimant's Letter of Appeal dated 12/07/2020.
9. Letter to Gregory Potts, MD, from Wayne Villanueva, MD, dated 03/11/2020.
10. MLS Review by Jeffery Grimes, MD, dated 05/26/2020.
11. ICP memo by Robert Swotinsky, MD, dated 06/29/2020.
12. Case Review by Oluyemisi Awobokun, MD, dated 01/22/2021 with Addendum through 03/07/2022.
13. Clinical review memo by Joseph Pachman, MD, dated 03/18/2022 with Addendum dated 07/25/2022.
14. ICP memo by Paul Stander, MD.
15. Reports of CT of the abdomen and pelvis dated 09/12/2017 and 01/28/2020.
16. Report of MRI of the cervical spine dated 01/22/2020.
17. Report of MRI of the lumbar spine dated 01/22/2020.
18. Report of MRI of the brain with and without contrast dated 01/30/2020.
19. Laboratory reports dated 09/12/2017 through 07/07/2022.
20. Consultation by Douglas Boyce, MD, dated 10/03/2017.
21. Reports of gastrointestinal pathology dated 04/04/2018 and 02/24/2020.
22. EGD and colonoscopy reports by Dr. Boyce dated 04/04/2018.
23. Records from Steven Stern, MD, from 01/08/2020 through 03/16/2022.
24. Emergency department record by Jack Gerughty, MD, dated 01/15/2020.
25. Records from Michael Krease, DO, from 01/16/2020 through 08/05/2020.
26. Pulmonary consultation by Vinay Nidadavolu, MD, dated 01/17/2020.
27. Report of sleep study dated 01/20/2020.

28. SIBO report dated 01/24/2020.
29. Handwritten records by Dr. Potts from 01/21/2020 through 12/02/2021.
30. Medical history by claimant dated 02/05/2020.
31. Records from Johanna Harris, APRN, from 02/06/2020 through 06/02/2020.
32. Lincoln Financial Group restrictions forms by Dr. Potts dated 02/07/2020 and 12/21/2021.
33. Report of electrodiagnostic study by Martin Brown, MD, dated 02/12/2020.
34. Esophagogastroduodenoscopy report by Dr. Krease dated 02/21/2020.
35. Report of epidermal nerve fiber density dated 03/17/2020.
36. Letter to Dr. Potts from Laura Tudor, APRN, dated 03/06/2020.
37. Lincoln Financial Group restrictions form by Anna Stone, APRN, dated 05/04/2020.
38. Lincoln Financial Group Nursing Memorandum by Abigail R., RN, dated 05/13/2020.
39. Dr. Potts' response to the Lincoln Financial Group dated 06/29/2020.
40. Records from Frank Burns, MD, from 10/06/2020 through 03/08/2021.
41. Records from Wolfgang Singer, MD, from 10/13/2020 through 10/16/2020.
42. Consultation by Mark Frye, MD, dated 10/15/2020.
43. Records from Thomas Osborn, MD, dated 10/15/2020.
44. Records from Jean Fox, MD, from 10/22/2020 through 07/29/2021.
45. Records from Amber Klindworth, PA-C, from 10/22/2020 through 01/27/2021.
46. Records from Christopher Anstine, MD, from 10/26/2020 through 11/17/2020.
47. Consultation by Rachel Miest, MD, dated 10/28/2020.
48. Consultation by Karna Sundsted, MD, dated 10/30/2020.
49. Consultation by Raevti Bole, MD, dated 11/05/2020.
50. Records from Anthony George, Jr., MD, from 11/19/2020 through 12/08/2020.
51. Office record from Meagan Huelsman, MD, dated 12/01/2020.
52. Records from Ethan Blackburn, MD, from 01/14/2019 through 11/29/2021.
53. After Visit Summary by Marjorie Pilkinton, MD, dated 01/28/2021.
54. Records from Samuel Carter, MD, from 03/16/2021 through 04/16/2021.
55. Letter from Denise Winland, MD, to whom it may concern, dated 04/28/2021.
56. Gastrointestinal pathology report dated 07/07/2021.
57. Consultation by Ariana Hutchinson, APRN, dated 03/31/2021.
58. Office record from Thomas Osborn, MD, dated 07/27/2021.
59. Consultation by Danielle Greenman, MD, dated 08/17/2021.
60. Records from Pamela Yee, MD, from 09/15/2021 through 12/29/2021.
61. Records from Lauren Briley, MD, from 10/20/2021 through 12/15/2021.
62. Lincoln Financial Group restrictions form by Dr. Potts dated 12/21/2021.
63. Disability Examination by Jamaal Richie, MD, dated 01/06/2022.
64. Office record by Laura Tudor, APRN, dated 01/12/2022.
65. Physical therapy records from 02/01/2022 through 06/30/2022.
66. Lincoln Financial Group Functional Mental Health Status Evaluation form by Dr. Winland dated 02/09/2022.
67. Records from Kimberly Lentz, MD, dated 07/07/2022 through 08/11/2022.
68. Lincoln Financial Group Attending Physician Statement by Dr. Blackburn dated 07/18/2022.
69. Report of polysomnography dated 07/11/2022.

70. Letter "To Whom it May Concern" by Dr. Yee dated 08/18/2022.
71. Letter to whom it may concern by Dr. Lentz dated 08/25/2022.
72. Letter to whom it may concern by Dr. Potts dated 08/29/2022.
73. Consultation by Erin Moore, APRN, dated 04/25/2022.
74. Handwritten notes by claimant dated 01/04/2020 through 06/07/2022.
75. Mayo Clinic problem list dated 03/19/2020.
76. Neuromuscular evaluation by Jaimin Shah, MD, dated 03/16/2020.
77. Consultation by Dawn Francis, MD, dated 03/17/2020.
78. Report of EMG/NCV dated 03/16/2020.
79. Report of MRI of the thoracic spine dated 03/09/2020.
80. Report of magnetic resonance abdominal and pelvic enterography dated 03/18/2020.
81. Functional Medicine Assessment by Melissa Young, NP, dated 05/28/2020 and records from Ms. Young through 08/11/2020.
82. Report of molecular breast imaging dated 11/05/2020.
83. Report of CT urogram dated 11/04/2020.
84. Occupational Therapy consult dated 11/02/2020.
85. Consultation by Nattawat Klomjit, MD, dated 10/29/2020.
86. Report of Nuclear Medicine GI transit scan dated 10/17/2020.
87. Report of anorectal manometry dated 10/22/2020.
88. Report of CT of the chest without contrast dated 10/22/2020.
89. Report of exercise stress test dated 10/16/2020.
90. Report of autonomic reflex screen dated 10/16/2020.
91. Report of sweat test dated 10/14/2020.

**HISTORY OF PRESENT ILLNESS:**

The insured is a 55-year-old Certified Public Accountant and former Senior Vice President for Finances who went off work in 02/2020 for a variety of symptoms, mainly fatigue and gastrointestinal complaints. She had a long history of musculoskeletal complaints as well. On 06/14/2019 the insured saw Ethan Blackburn, MD, a hand surgeon who diagnosed carpal tunnel syndrome and recommended hand braces. She also went for EMG studies and on 12/09/2019 was said to have wished to proceed with carpal tunnel release; however, that procedure does not seem to have occurred.

On 01/08/2020 she consulted Steven Stern, MD, for a positive ANA and skin rash. Dr. Stern noted that the skin rash had been treated with a steroid taper and that the insured had already seen Cardiology for left chest pressure and workup had been unremarkable. She had had GI workup previously in 10/2017 as well as in 04/2018 without significant abnormal findings. She was also complaining of headaches, dry eyes, dizziness, and lightheadedness of several years' duration. She had been referred to Neurology for followup of the headaches but did not attend the appointment. She complained of a pressure in her midback for 10 years and had been diagnosed with pulmonary fibrosis by MRI; however, she had not followed up with a pulmonologist. On exam that day, blood pressure was 119/80 with a pulse of 89. She was afebrile and there was myofascial tenderness to palpation but an otherwise unremarkable

examination including full strength and functional range of motion. Dr. Stern ordered laboratory workup.

On 01/15/2020 the insured presented to the emergency department for headache of 3 months' duration. Workup was unremarkable. The following day, she consulted gastroenterologist, Michael Krease, DO, regarding seepage of stool. There was an unremarkable examination and Dr. Krease recommended fiber and antispasmodics. He ordered testing for lactose and sucrose breath studies. The following day, the insured consulted pulmonologist, Vinay Nidadavolu, MD, who found a normal examination. High-resolution CT, alpha one antitrypsin, and a sleep study were ordered. The home sleep study was reported to have revealed mild obstructive sleep apnea in the supine position only.

On 02/06/2020 the insured was evaluated by Johanna Harris, APRN. She was self-referred for concerns about possible amyotrophic lateral sclerosis. The insured reported twitching, tingling, and muscular weakness. Ms. Harris found serial fasciculations of the right extensor digitorum brevis and high-frequency low-amplitude tremor of both hands, left greater than right. There was also an intention tremor on the left. There was slightly reduced temperature sensation on the right forearm and the dorsum of the right foot. She ordered NCV/EMG.

On 02/12/2020 Martin Brown, MD, performed electrodiagnostic studies and found only a mild very distal right peroneal mononeuropathy.

The insured followed up with Dr. Krease on 02/19/2020. She had been diagnosed by her primary care physician with oral candidiasis and vaginal candidiasis. She reported trouble swallowing and lack of appetite and had lost 10 pounds. There was a normal examination. EGD stool studies were ordered and promethazine was refilled.

On 02/21/2020 Dr. Krease performed the EGD and obtained biopsies for Helicobacter pylori. The evaluation was unremarkable.

On 03/16/2020 the insured consulted Jaimin Shah, MD, for a neuromuscular evaluation. Dr. Shah's evaluation was that her examination was essentially unremarkable. The impression was of central sensitization syndrome and she was advised to see pain medicine specialists. The following day the insured had a consultation by gastroenterologist, Dawn Francis, MD, regarding recent onset of melena. Upper GI and blood work were ordered. Dr. Francis doubted that there was gastroparesis and retained food was secondary to nausea and vomiting. Magnetic resonance imaging studies were obtained, which were reported as unremarkable.

On 04/22/2020 the insured had telemedicine followup with Dr. Stern. She had been evaluated in Mayo Clinic and still felt that she had not been given a good explanation for her many symptoms. She had been started on duloxetine for small fiber neuropathy and Amitiza for constipation. She had also been prescribed thyme and clove supplements for oral and vaginal candidiasis by an alternative medicine practitioner. She was having her house tested for mold, and Dr. Stern found that from a rheumatologic standpoint there was no inflammatory disease.

The following day, Anna Stone, APRN, stated that the insured had "SIRS" and diffuse itching and fatigue which were preventing work. She then went on to comment that "CIRS" is a biotoxin illness.

On 05/22/2020 there was telemedicine followup with Dr. Krease without significant change in management.

On 05/28/2020 the insured had a virtual Functional Medicine Assessment by Melissa Young, MD, who recommended mycotoxin evaluation and exercise.

On 06/02/2020 Ms. Fox followed up with Ms. Harris of the Neurology service. The insured reported that mold had been found in her house and car and symptoms had improved somewhat since she had stopped driving the car and was having mold remediation done on the house. She still reported some twitching. Small fiber neuropathy symptoms were better controlled on duloxetine 90 mg a day. She was also seeing a biologic dentist and starting supplementation with vitamin A, magnesium glycinate, and undergone silver and Lyme testing. There was a largely unremarkable examination except for decreased sensation reported on the dorsum of the left foot and decreased vibratory sensation throughout. Ms. Harris' diagnosis was systemic inflammatory response syndrome due to infection as well as idiopathic small fiber neuropathy and paresthesias.

On 06/19/2020 the insured followed up with Dr. Potts, who felt that most of the insured's symptoms were secondary to small fiber neuropathy, whether from mold or other etiology. He also felt that Ms. Fox suffered from "sequelae of other neuropathy" and "SIRS" or sick building syndrome. Dr. Potts stated, "Some type of inflammatory phenomenon is going on in this patient." He noted that cervical stenosis was complicating the insured's symptoms and suspected that her gastroparesis might be an autonomic problem connected to the small fiber neuropathy.

On 08/05/2020 the insured followed up with Dr. Krease via telemedicine. She reported concern regarding small intestinal fungal overgrowth and was going to be seen at Vanderbilt Autonomic Disorder Center. She was hesitant to take the antibiotic suggested by Dr. Krease.

On 10/06/2020 the insured saw Frank Burns, MD, regarding dry eyes. Dr. Burns recommended that she start artificial tears. She declined to start the recommended steroid injections. They discussed further possible treatment for her dry eyes including punctual plugs and/or cyclosporine.

On 10/13/2020 the insured saw Wolfgang Singer, MD, a neurologist at the Cleveland Clinic who ordered multiple tests. The same day, she was evaluated by Mark Frye, MD, a psychiatrist.

On 10/15/2020 the insured saw Thomas Osborn, MD, a rheumatologist, regarding Sjogren's. She reported dry mouth for 2-3 years. An ophthalmologist had also diagnosed keratoconjunctivitis sicca and had symptoms of erythromelalgia. On examination, there was full rotation of the cervical spine and some decreased lateral bending. There was an otherwise unremarkable

examination including normal vibration sense. The impression was of Sjogren syndrome, neuropathy of unclear etiology, and erythromelalgia. They discussed trials of Imuran, CellCept, rituximab. Ms. Fox asked about possible immunoglobulin infusions and was advised to discuss this with her neurologist. The following day she followed up with Dr. Singer to discuss test results. There were unremarkable results to the sweat test and autonomic reflex test. There was no evidence of autonomic failure. There was some sympathetic component of orthostatic tachycardia and evidence that anxiety might have been driving this. There was an elevated FFA. Cardiovascular evaluation had been unremarkable, and celiac serologies were normal. Tryptase was also reported as normal. Dr. Fry's impression from a psychiatric standpoint was of somatic symptom preoccupation, and he suggested increasing duloxetine and engaging in cognitive behavioral therapy.

On 10/21/2020 the insured saw Christopher Anstine, MD, a general internist at the Mayo Clinic. He ordered additional testing and followed up on 10/26/2020 with reports of Jean Fox, MD, evaluation which had shown small bowel transit time below the mean and a normal colonic transit time. Anorectal manometry was reported as consistent with pelvic floor dysfunction. Around that time, she had also undergone gynecological evaluation by Amber Klindworth, PA-C, who was in agreement that the insured should engage in pelvic floor physical therapy.

On 10/28/2020 the insured saw dermatologist, Rachel Miest, MD, regarding erythromelalgia. Dr. Miest's impression was of purpura simplex and she prescribed amitriptyline and ketamine topical ointment. The following day, the insured had a nephrology consultation regarding polyuria. The impression was that the insured urinated frequently, likely because of atrophic vaginitis.

On 10/30/2020 Karna Sundsted of the Fibromyalgia and Chronic Fatigue Clinic evaluated Ms. Fox for fatigue and pain symptoms. Trigger areas were tender, and there was an otherwise unremarkable examination. The impression was of fibromyalgia syndrome by newer criteria, and there was a recommendation for continuing duloxetine and engaging in comprehensive non-pharmacologic self-management strategies.

On 11/05/2020 the insured saw Raevti Bole, MD, a urologist regarding hematuria. There was an unremarkable evaluation including CT urogram and cystoscopy.

On 11/17/2020 the insured followed up with gastroenterologist, Jean Fox, MD, who noted that claimant had been admitted to a local hospital with cecal volvulus and had surgical resection of the cecum and approximately 30 cm of terminal ileum.

The next record is a Discharge Summary by Anthony George, Jr., MD, regarding the insured's hospital stay from 11/13/2020 through 11/19/2020. In a postoperative visit of 11/24/2020 Dr. George noted that there had been "fecalization" of distal small bowel, suggesting a chronic condition. Dr. George advised no heavy lifting for 1 month.

---

On 11/30/2020 there was video followup with Dr. Stern. The insured reported that she was doing well on Imuran for her Sjogren's and topical treatment for erythromelalgia. She also had another rash that she attributed to prior shingles.

On 12/01/2020 dermatologist, Megan Huelsman, MD, performed a punch biopsy. The dermatopathology was reported to show nonspecific inflammation.

A week later, there was followup with Dr. George. The insured reported that she was doing all right in terms of bowel function but reported significant fatigue. Dr. George's impression was of "strictured ileocolonic anastomosis" related to Crohn disease. He advised diet and activity as tolerated.

On 12/21/2020 the insured returned to hand surgeon, Ethan Blackburn, MD, complaining of bilateral hand tingling and locking up which had improved with prior injection. There was an equivocal Phalen sign and an otherwise unremarkable examination, including normal strength, range of motion, and light touch sensation.

The next record is a video followup with Dr. Stern dated 01/11/2021. The insured reported having lost her job and was requesting assistance to obtain disability. She noted she could not use her primary care physician, Dr. Potts, for this process as he was the company doctor for her former employer. The doctors at the Mayo Clinic were not interested in becoming involved with the disability process. They had been titrating the azathioprine dose upward. Dr. Stern dictated a letter for disability.

Six days later, the insured followed up with Dr. Stern regarding a planned vacation in Florida. There was no examination documented. Dr. Stern recommended consideration of a second opinion. He advised continuing azathioprine at the current dose and recommended paraffin baths for her hands for treatment of the Reynaud symptoms. The insured had gynecologic consultation by Ms. Klindworth and Marjorie Pilkinton, MD, on 01/27/2021 and 01/28/2021. The impression was of pelvic floor dysfunction.

On 03/08/2021 the insured returned to Dr. Burns regarding brief blurry visual loss. The impression was of ophthalmoplegic migraine. Two days later, Ms. Fox had video followup with Dr. Stern and she reported having the whole house cleaned and was replacing the furniture secondary to concerns about mold contamination. She was not sure it was making a difference. She had changed her diet and discontinued alcohol. She was looking into transcranial direct current stimulation as a treatment for Sjogren syndrome.

On 03/16/2021 Ms. Fox consulted Samuel Carter, MD, an orthopedic surgeon, regarding knee pain. Dr. Carter found normal functional evaluation of both knees. X-rays were reported to have been consistent with mild osteoarthritis. He performed a steroid injection and advised conservative treatment.

On 04/07/2021 the insured saw Gregory Potts, MD, for headaches and tinnitus. Notes are handwritten and difficult to read. It seems that she may have taken herself off of azathioprine and was starting treatment with lymphatic massage. Documented examination is unremarkable.

On 04/16/2021 the insured returned to Dr. Carter still reporting knee pain. He advised that she consider viscosupplementation versus MRI to evaluate possible meniscal tear. Three days later, the insured returned to Dr. Blackburn for injections of the bilateral carpal tunnels.

On 05/05/2021 there was again video followup with Dr. Stern, who reported that the insured had not started CellCept as she was having "GI issues" and was afraid that the medication might make this worse. Her small intestinal bacterial overgrowth diagnosis had been overturned at the Mayo Clinic, and she reported confusion over this. Ms. Fox also told Dr. Stern that she was fearful that she had scleroderma, and she had not started pelvic floor physical therapy. She had been having lymphatic massage and had joined a support group. She had started limbic retraining. Dr. Stern recommended starting Rituxan to avoid gastrointestinal medications.

On 07/27/2021 the insured presented to Thomas Osborn, MD, at the Mayo Clinic. She had brought a chart regarding Sjogren's and a list of 19 different articles that she wished to discuss. The examination showed dry eyes and mucus membranes consistent with Sjogren syndrome and was otherwise unremarkable. Dr. Osborn prescribed hydroxychloroquine 300 mg daily.

Two days later, Ms. Fox followed up with Dr. Fox, gastroenterologist at the Mayo Clinic, and reported that she was still unable to work secondary to disabling gastrointestinal symptoms. She reported that Xifaxan had provided temporary relief. Dr. Fox suggested rotating antibiotics to treat the small intestinal bacterial overgrowth.

On 08/17/2021 there was virtual consultation with Daniel Greenman, MD. There is no examination and a problem list was provided. The insured was noted to be taking diflucan topical eyedrops for her Sjogren syndrome, doxycycline, B12, and she was advised to take mushroom, elderberry, and other extracts and to attend pelvic floor therapy.

On 09/15/2021 the insured consulted Pamela Yee, MD, in a virtual consultation as Dr. Yee was located in another state. Dr. Yee recommended laboratories including workup for bartonella with skin and blood samples, and she advised Ms. Fox to do the NASA lean test with her local physician.

In virtual followup of 10/04/2021 Ms. Fox reported having been bedridden for several days in the previous week and "feels she has mast cell issues." Mold had been found in the basement of her home again, and the insured reported a flare of gastrointestinal symptoms which she associated to this. She asked Dr. Yee about low-dose naltrexone. Dr. Yee advised Ear, Nose, and Throat for a deep biopsy of the sinuses, and Dr. Yee documented that restaining of the insured's prior gastrointestinal biopsies confirmed that the insured had mast cell activation syndrome. She was advised to start famotidine and cetirizine. Dr. Yee also noted that there was EBV antibody VCA IgM positivity, indicating Epstein-Barr virus recrudescence.

On 10/20/2021 Ms. Fox consulted gastroenterologist, Lauren Briley, MD, regarding gas and bloating. Dr. Briley noted that a gastric emptying study had shown delay at 2 and 4 hours and that the 6-hour small bowel transit time was below the mean. The insured reported itching. She had stopped taking pancreatic enzyme replacements as she felt they were not helpful. She reported that she was going to see an infectious disease specialist regarding Epstein-Barr reactivation. There was an unremarkable examination, and Dr. Briley advised fiber and antispasmodics.

On 11/05/2021 there was virtual visit with Dr. Stern. Ms. Fox reported doing better on high-dose antihistamines and a proton pump inhibitor. She is hesitant regarding hydroxychloroquine as she feels that immunosuppression should be avoided at that time. Dr. Stern's impression was of sick building syndrome and Epstein Barr reactivation syndrome with overwhelming fatigue. Three days later, there was virtual visit with Dr. Yee, and Ms. Fox advised she was feeling better. Dr. Yee advised adding oral Cromolyn for treatment of the mast cell activation syndrome.

On 12/15/2021 there was followup with Dr. Briley. Documented examination is unremarkable, and Dr. Briley advised starting fiber with probiotics and repeating the course of Xifaxan. In virtual followup with Dr. Yee dated 12/29/2021, Dr. Yee reported that she felt the mast cell activation syndrome still needed to be quelled, and she suggested natural options as well as continuing Xifaxan and a probiotic for the insured's history of vaginal candidiasis.

On 01/06/2022, Jamaal Richie, MD, evaluated the insured for a disability examination. Dr. Richie documented an antalgic gait without use of an assistive device, 3/5 grip strength, 4/5 lower extremity strength, and stated that knee films were suggestive of advanced osteoarthritis. He reported that the insured's symptoms required use of an assistive device and that while there was no fine motor deficit on examination, her history and medical symptoms could present limitations if not treated. She was also noted to be dependent on others for most of her activities of daily living. Dr. Richie concluded that the insured's deficits may make it difficult to perform certain tasks and to maintain a job.

On 01/12/2022 the insured presented to Laura Tudor, APRN, regarding neck pain. Ms. Fox advised that she would like to pursue "diagnostic therapies" to determine "what works for her." She declined cubital tunnel release or carpal tunnel release. Ms. Tudor found tender occipitocervical areas and an otherwise unremarkable examination including distal neurovascular. She recommended starting occipital blocks and to consider radiofrequency ablation. She also advised starting physical therapy. The insured seems to have attended physical therapy from 02/01/2022 through 06/06/2022.

There is virtual consultation with Dr. Stern dated 03/16/2022. Dr. Stern noted that there had been dental extractions and teeth had been sent for DNA/PCR testing for Lyme disease, and those results had been equivocal. The insured reported that her small intestinal bacterial overgrowth was better with treatment for what she described as a rare infection. Ms. Fox also

reported hip pain which she attributed to pelvic misalignment. Dr. Stern advised following up with Infectious Disease regarding the diagnosis of Lyme disease.

On 04/25/2022 the insured saw Erin Moore, APRN, regarding elbow pain. The impression was of left lateral epicondylitis and left cubital tunnel syndrome as well as bilateral carpal tunnel syndrome. Normal strength and range of motion were documented, and the insured was advised occupational therapy.

On 07/07/2022 the insured consulted Kimberly Lentz, MD, who noted mild muscle tenderness and an otherwise unremarkable examination. Dr. Lentz ordered full tickborne testing through IGeneX.

Three weeks later, Dr. Lentz and the insured had a phone consultation regarding lab results. The insured reported that she was having muscle twitching and internal vibration when trying to relax. Dr. Lentz stated that she feels the "primary issues" are bartonella and Epstein-Barr virus. Dr. Lentz prescribed azithromycin and rifampin as well as nystatin to prevent yeast infections. Valacyclovir should be considered for chronic Epstein-Barr virus infection.

On 08/11/2022 there was again phone consultation with Dr. Lentz as the insured was reporting symptoms related to treatment. Dr. Lentz advised drinking water with lemon or lime and baking soda and also taking extra vitamin C and Epsom salt baths.

On 07/11/2022 polysomnography had been reported as showing poor sleep efficiency and no rapid eye movement sleep.

**PHYSICIAN OUTREACH:**

On 10/03/2022 at 10:30 a.m. Eastern Standard Time, I called the office of Dr. Pamela Yee at 914-652-7800 and followed the phone tree prompts. There was no option to reach Dr. Yee, and the automated system simply said, "Goodbye."

On 10/04/2022 at 11:17 a.m. Eastern Standard Time, I called the same number for Dr. Yee, again reached a phone tree that did not offer an option to leave a message for the physician and simply told me goodbye at the end.

On 10/03/2022 at 10:32 a.m. Eastern Standard Time, I called the office of Dr. Kimberly Lentz at 317-708-3708, followed the phone tree prompts and reached Amanda, who told me that the doctor was in a room with patients. I left a detailed message including callback number.

On 10/04/2022 at 11:19 a.m. Eastern Standard Time, I called Dr. Lentz's office at the same number and reached voicemail. I left a detailed message including callback number.

On 10/05/2022 at 10 a.m. Eastern Standard Time, Dr. Lentz returned my call and advised that she had seen the insured in person only once and that was on 07/07/2022. She also advised that she does not do functional assessments on her patients.

On 10/03/2022 at 10:34 a.m. Eastern Standard Time, I called the office of Dr. Wayne Villanueva at 502-259-5955, followed the phone tree prompts, and reached Polly, who put me on hold. At 10:41 a.m. the phone began to ring again and I reached Polly again. I left a detailed message including callback number.

On 10/04/2022 at 11:21 a.m. Eastern Standard Time, I again called Dr. Villanueva's office and reached Kathy, who said that neither the doctor nor his advanced practice RN, Laura Tudor, were available. I left a detailed message including callback number. At 11:55 a.m. that same day, Sierra returned my call and said that Dr. Villanueva had advised that he would not be commenting on the case.

On 10/03/2022 at 10:42 a.m. Eastern Standard Time, I called the office of Dr. Ethan Blackburn at 502-629-4263, followed the phone tree prompts, and reached Destiny, who said that the doctor was in clinic. I left a detailed message including callback number.

On 10/04/2022 at 11:24 a.m. Eastern Standard Time, I called Dr. Blackburn's office at the same number and again reached Destiny, who said, "Someone should be getting back to you today."

On 10/03/2022 at 10:46 a.m. Eastern Standard Time, I called the office of Dr. Steven Stern at 502-583-5836, followed the phone tree prompts, and reached Amanda, who said that the doctor was out of the office but that his assistant would be checking messages and forwarding them..

On 10/04/2022 at 11:26 a.m. Eastern Standard Time, I called Dr. Stern's office again and reached Judy. She told me that the doctor was on vacation. I asked if I could speak with a physician assistant and she transferred me to Vicky, who advised that she was a medical assistant, not a physician assistant, and did not feel comfortable commenting on the case.

On 10/03/2022 at 10:49 a.m. Eastern Standard Time, I called the office of Dr. Gregory Potts at 502-240-5900 and reached Udeemi, who advised that Dr. Potts was out of the office. I left a detailed message including callback number.

On 10/04/2022 at 9:50 a.m. Eastern Standard Time, I again called Dr. Potts' office at the same number and reached Eugenie, who advised that Dr. Potts would call me the following day at 2:15 p.m. Eastern Standard Time. Dr. Potts did return my call on 10/05/2022 at 2:15 p.m. Eastern Standard Time. He said that he was no longer Ms. Fox's primary care physician. He told me that she had had severance from her previous employer in 02/2020 when her department was moved to another state. As part of her severance agreement, she was allowed to continue seeing him, even though he was the company physician, for 18 months after severance. Dr. Fox advised that he could no longer comment on Ms. Fox's functional status from the time period in question ongoing.

**RESPONSE TO QUESTIONS:**

I was asked to respond to the following questions:

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

   There are no functionally impairing diagnoses in this case during the time period in question.

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

   This is not applicable as there is no evidence of functional impairment in this case during the time period in question.

3. **Do medical records support any restrictions and limitations that were recommended by treating providers for the timeframes in question?**

   Timeframe in question is 08/03/2022 forward. Dr. Lentz indicated in a letter dated 08/25/2022 forward that she felt the insured was not capable of any work activity. There is no evidence in the records made available for this review or in conversations with the insured's treating providers that this is the case.

4. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

   The insured has been advised to pursue surgical treatment of carpal tunnel and cubital tunnel syndrome and she seems to have declined to do so. She has some cervical spinal degenerative disease on imaging, and Dr. Wayne Villanueva has advised that at some point she will likely require a C5 corpectomy. However, clinical examinations and the results of electrodiagnostic studies do not indicate that this is currently a functionally impairing condition. She was advised to pursue epidural steroid injections for treatment of her neck pain complaints, and she does not seem to have pursued this. Dr. Lentz has diagnosed the insured with Lyme disease. To me, it is not evident that the insured meets CDC criteria for Lyme disease. She seems to have had an episode of Epstein-Barr recurrence serologically, and Dr. Lentz advised that she was treating the insured with valacyclovir for this. The insured has been advised to seek treatment or opinion from an Infectious Disease consultant and it does not seem that she has done this. I am not certain that the treatment for alleged Lyme disease or Epstein-Barr virus was indicated in this case. The recommendations for topical treatments for sicca syndrome are very reasonable. The insured was, at one time, advised that she should be on immunosuppressive therapy for Sjogren syndrome. She seems to have been intermittently compliant with this, and in any case, she does not seem to

have functional impairment from a rheumatologic disease during the time periods in question.

5. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts- child or elder care issues, or legal issues) that may adversely impact work?**

No circumstances of those natures were identified in the records made available for this review.

6. **Taking into consideration the entire clinical picture including standards of care and evidence based medicine and any medication or any other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from August 3, 2022 to the present? Please identify any impairing diagnosis as well as any comorbid conditions that may be impacting functionality. Please explain your medical rationale as to why or why not.**

The insured does not have functional impairment during the time period in question based on the records made available for this review and the conversations that I had with her treating providers. A primary diagnosis of sicca syndrome was assigned to this case. The insured does not seem to have any functional impairment by documented examinations during the time period in question. She was advised to use topical treatments for control of her symptoms. She also seems to have been advised to use immunosuppressants. However, even in the absence of compliance with this treatment, she does not seem to have any functional impairment from that diagnosis. Secondary diagnoses of mast cell activation syndrome, POTS, SIBO, fibromyalgia, spinal stenosis, knee pain, IBS, and IBV will be addressed in turn.

i. Mast cell activation syndrome is treated appropriately in this case with antihistamines and proton pump inhibitors, and there is no indication on documented clinical examinations that the insured has functional impairment from this diagnosis.

ii. POTS. There was no definitive diagnosis made of POTS. There was an increase in heart rate with the NASA lean test documented by one of her providers; however, there was no concomitant drop in blood pressure, and as one consultant said, anxiety seems to have played a role in the increase in heart rate. There is no evidence that the insured has functional impairment or even meets standard criteria for a diagnosis of POTS. Evaluation was never escalated to include standard tilt table testing, and treatment was never escalated to include thigh-high compression stockings or use of appropriate medications. This is not because of an oversight on the part of her treating physicians but rather because she does not seem to have required any escalation in evaluation or treatment related to that diagnosis.

iii. SIBO, small intestine bacterial overgrowth. A consultant at the Mayo Clinic opined that this was likely a contaminant. The insured has received appropriate treatment for that

diagnosis in the form of Xifaxan. She was also advised by one consulting gastroenterologist to trial some rotating antibiotics; however, she declined. There is no evidence that the insured has functional impairment from a diagnosis of SIBO or even that she meets standard criteria for that diagnosis.

iv. Fibromyalgia syndrome. This is not a functionally impairing diagnosis.

v. Spinal stenosis. There is evidence that the insured has some degenerative disc disease in the cervical spine; however, there is no evidence clinically or by electrodiagnostic study that she has neural compromise which would result in functional impairment from this diagnosis. She has elected not to pursue the recommended treatment of epidural steroid injection.

vi. Knee pain. The insured reports knee pain and there does not seem to be any consistent functional impairment from this diagnosis. The disability evaluator opined that she had significant osteoarthritis; however, he was the only documented evaluator to have that finding. On 03/16/2021 Samuel Carter, MD, an orthopedic surgeon, evaluated the insured and found that she had full range of motion, normal strength, and evidence of mild osteoarthritis. He advised conservative treatment with steroid injections on an as-needed basis and physical therapy. In followup of 04/16/2021, Dr. Carter advised that the insured could pursue MRI in order to evaluate for a possible meniscal tear and/or pursue viscosupplementation. She seems to have declined either, and her functional knee exams are documented as unremarkable. Therefore, no functional impairment and no work activity restrictions are attributable to that diagnosis.

vii. Irritable bowel syndrome. This is not a functionally impairing diagnosis.

viii. Epstein-Barr virus reactivation. There is no evidence in the records provided for this review that the insured has functional impairment as a result of that diagnosis. Documented clinical examinations are unremarkable.

7. **If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please include duration for restrictions.**

   Functional impairment is not supported during the time period in question in this case. Therefore, work activity restrictions are not supported. As noted, clinical examinations are unremarkable.

8. **Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from August 3, 2022 to present? Please explain your medical rationale.**

Yes, the medical evidence does not support that the insured has any impairment in endurance, and therefore, she has to ability to sustain full-time work capacity. Cardiovascular workups have been unremarkable.

9. **Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.**

The insured seems to have had variable compliance with prescribed medications. During our recent conversation, Dr. Lentz alluded to the fact that she had a phone conversation with the insured in August regarding "issues" with the rifampin. However, there is no documented evidence that these "issues" were functionally impairing.

10. **Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported pain, fatigue, decreased motor strength, disorders in the cervical and lumbar spine and knee, symptomology from Sjogren's disease, mast cell activation syndrome, SIBO, POTS, Lyme Disease, fibromyalgia and carpal and cubital tunnel syndrome consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How do these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

As stated previously, the insured has had extensive workups and has been found to have some cervical spinal as well as upper extremity syndromes that may benefit from surgical intervention and/or epidural steroid injection. However, documented examinations do not indicate that there is functional impairment from any of these conditions and her orthopedic providers have recommended treatment that would address her reports of pain. There was a sleep study that indicated that the insured had poor sleep efficiency. However, treatment was never escalated to include any efforts at improving the insured's sleep. She has never been documented to appear as drowsy or have cognitive impairment attributable to fatigue during the time period in question. In short, the insured's reported symptoms have not been found to correlate with any functional impairment either clinically or in exhaustive workup by her local clinicians and by the Mayo Clinic.

11. **If your conclusions are different from the conclusions in the review by Dr. Joseph Pachman, please explain the medical rationale and evidence used in your coming to the different conclusions.**

Dr. Pachman seems to have indicated that the insured should be limited in lifting and carrying by her reports of pain and fatigue. He does not provide functional evidence that the insured has any weakness. His recommendation that the insured should not work in a dry

environment without use of a humidifier seems reasonable as she reports dry eyes and mouth; however, this seems to be a reasonable accommodation for comfort and not a necessary work restriction due to functional impairment. The insured seems to have had variable compliance with her ophthalmologist's recommendation even for the use of artificial tears, and as noted, she was not compliant with her rheumatologist's suggestion of treatment with azathioprine for her Sjogren syndrome.

Sincerely,

Louise Y. Banks, M.D.
Board Certified in Occupational Medicine/Internal Medicine
Pennsylvania License # MD047820L

ECN

Corporate Office

Exam Coordinators Network A division of Genex Services, LLC

Claimant Name: Keeta Fox
Claim Number: 10310112
Case Number: 166473-5

"I, Louise Y Banks, MD, am a physician duly licensed to practice medicine in the State of Pennsylvania. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

[signature] 10/13/2022

Signature of Physician Date

Medical/Professional License # PA MD047820L

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, October 18, 2022 9:31:37 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | dqdxovmd0y0kno8jy0tp_13788371.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 18, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Papa John s International, Inc. s Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached the medical assessment completed on appeal, which is new or additional evidence in connection with your appeal. You may review these and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or **November 7, 2022**, we will proceed with making a determination on your appeal.

***Attempts were made to reach Dr. Yee, Dr. Lentz, Dr. Wayne Villaneuva, Dr. Ethan Blackburn, and Dr. Steven Stern; no contact was established. You can share a copy of the report with any of your treating providers for review and comment.***

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by **November 7, 2022**, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond

Lincoln s control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-10.13.2022

**Louise Y. Banks, M.D.**
**Occupational Medicine/Internal Medicine**
800 Plaza Drive, Suite 210, Belle Vernon, PA 15012
Tel: (724) 379-1940 | Fax: (724) 379-1941

| | |
|---|---|
| **CLAIMANT NAME:** | **Keeta Fox** |
| **EXAMINER:** | **Louise Y. Banks, M.D.** |
| **ECN #:** | **166473-5** |
| **CLAIM #:** | **10310112** |
| **DATE OF INJURY:** | **02/04/2020** |
| **DATE OF REVIEW:** | **10/13/2022** |
| **CASE TYPE:** | **Long-Term Disability** |

**PEER REVIEW**

**MEDICAL RECORDS REVIEWED:**

I have been asked to review medical records on behalf of ECN, including the following:
1. Report of confidential investigation dated 06/04/2021.
2. Occupational analysis dated 09/29/2020.
3. Transferrable skills analysis dated 07/27/2022.
4. Claim correspondence from 06/23/2020 through 09/07/2022.
5. Claim records from 07/27/2020 through 08/15/2022.
6. Authorizations to Disclose Health Information from 08/26/2020 through 12/10/2021.
7. Lincoln Financial Group Questionnaires dated 08/07/2020 through 12/20/2021.
8. Claimant's Letter of Appeal dated 12/07/2020.
9. Letter to Gregory Potts, MD, from Wayne Villanueva, MD, dated 03/11/2020.
10. MLS Review by Jeffery Grimes, MD, dated 05/26/2020.
11. ICP memo by Robert Swotinsky, MD, dated 06/29/2020.
12. Case Review by Oluyemisi Awobokun, MD, dated 01/22/2021 with Addendum through 03/07/2022.
13. Clinical review memo by Joseph Pachman, MD, dated 03/18/2022 with Addendum dated 07/25/2022.
14. ICP memo by Paul Stander, MD.
15. Reports of CT of the abdomen and pelvis dated 09/12/2017 and 01/28/2020.
16. Report of MRI of the cervical spine dated 01/22/2020.
17. Report of MRI of the lumbar spine dated 01/22/2020.
18. Report of MRI of the brain with and without contrast dated 01/30/2020.
19. Laboratory reports dated 09/12/2017 through 07/07/2022.
20. Consultation by Douglas Boyce, MD, dated 10/03/2017.
21. Reports of gastrointestinal pathology dated 04/04/2018 and 02/24/2020.
22. EGD and colonoscopy reports by Dr. Boyce dated 04/04/2018.
23. Records from Steven Stern, MD, from 01/08/2020 through 03/16/2022.
24. Emergency department record by Jack Gerughty, MD, dated 01/15/2020.
25. Records from Michael Krease, DO, from 01/16/2020 through 08/05/2020.
26. Pulmonary consultation by Vinay Nidadavolu, MD, dated 01/17/2020.
27. Report of sleep study dated 01/20/2020.

---

28. SIBO report dated 01/24/2020.
29. Handwritten records by Dr. Potts from 01/21/2020 through 12/02/2021.
30. Medical history by claimant dated 02/05/2020.
31. Records from Johanna Harris, APRN, from 02/06/2020 through 06/02/2020.
32. Lincoln Financial Group restrictions forms by Dr. Potts dated 02/07/2020 and 12/21/2021.
33. Report of electrodiagnostic study by Martin Brown, MD, dated 02/12/2020.
34. Esophagogastroduodenoscopy report by Dr. Krease dated 02/21/2020.
35. Report of epidermal nerve fiber density dated 03/17/2020.
36. Letter to Dr. Potts from Laura Tudor, APRN, dated 03/06/2020.
37. Lincoln Financial Group restrictions form by Anna Stone, APRN, dated 05/04/2020.
38. Lincoln Financial Group Nursing Memorandum by Abigail R., RN, dated 05/13/2020.
39. Dr. Potts' response to the Lincoln Financial Group dated 06/29/2020.
40. Records from Frank Burns, MD, from 10/06/2020 through 03/08/2021.
41. Records from Wolfgang Singer, MD, from 10/13/2020 through 10/16/2020.
42. Consultation by Mark Frye, MD, dated 10/15/2020.
43. Records from Thomas Osborn, MD, dated 10/15/2020.
44. Records from Jean Fox, MD, from 10/22/2020 through 07/29/2021.
45. Records from Amber Klindworth, PA-C, from 10/22/2020 through 01/27/2021.
46. Records from Christopher Anstine, MD, from 10/26/2020 through 11/17/2020.
47. Consultation by Rachel Miest, MD, dated 10/28/2020.
48. Consultation by Karna Sundsted, MD, dated 10/30/2020.
49. Consultation by Raevti Bole, MD, dated 11/05/2020.
50. Records from Anthony George, Jr., MD, from 11/19/2020 through 12/08/2020.
51. Office record from Meagan Huelsman, MD, dated 12/01/2020.
52. Records from Ethan Blackburn, MD, from 01/14/2019 through 11/29/2021.
53. After Visit Summary by Marjorie Pilkinton, MD, dated 01/28/2021.
54. Records from Samuel Carter, MD, from 03/16/2021 through 04/16/2021.
55. Letter from Denise Winland, MD, to whom it may concern, dated 04/28/2021.
56. Gastrointestinal pathology report dated 07/07/2021.
57. Consultation by Ariana Hutchinson, APRN, dated 03/31/2021.
58. Office record from Thomas Osborn, MD, dated 07/27/2021.
59. Consultation by Danielle Greenman, MD, dated 08/17/2021.
60. Records from Pamela Yee, MD, from 09/15/2021 through 12/29/2021.
61. Records from Lauren Briley, MD, from 10/20/2021 through 12/15/2021.
62. Lincoln Financial Group restrictions form by Dr. Potts dated 12/21/2021.
63. Disability Examination by Jamaal Richie, MD, dated 01/06/2022.
64. Office record by Laura Tudor, APRN, dated 01/12/2022.
65. Physical therapy records from 02/01/2022 through 06/30/2022.
66. Lincoln Financial Group Functional Mental Health Status Evaluation form by Dr. Winland dated 02/09/2022.
67. Records from Kimberly Lentz, MD, dated 07/07/2022 through 08/11/2022.
68. Lincoln Financial Group Attending Physician Statement by Dr. Blackburn dated 07/18/2022.
69. Report of polysomnography dated 07/11/2022.

70. Letter "To Whom it May Concern" by Dr. Yee dated 08/18/2022.
71. Letter to whom it may concern by Dr. Lentz dated 08/25/2022.
72. Letter to whom it may concern by Dr. Potts dated 08/29/2022.
73. Consultation by Erin Moore, APRN, dated 04/25/2022.
74. Handwritten notes by claimant dated 01/04/2020 through 06/07/2022.
75. Mayo Clinic problem list dated 03/19/2020.
76. Neuromuscular evaluation by Jaimin Shah, MD, dated 03/16/2020.
77. Consultation by Dawn Francis, MD, dated 03/17/2020.
78. Report of EMG/NCV dated 03/16/2020.
79. Report of MRI of the thoracic spine dated 03/09/2020.
80. Report of magnetic resonance abdominal and pelvic enterography dated 03/18/2020.
81. Functional Medicine Assessment by Melissa Young, NP, dated 05/28/2020 and records from Ms. Young through 08/11/2020.
82. Report of molecular breast imaging dated 11/05/2020.
83. Report of CT urogram dated 11/04/2020.
84. Occupational Therapy consult dated 11/02/2020.
85. Consultation by Nattawat Klomjit, MD, dated 10/29/2020.
86. Report of Nuclear Medicine GI transit scan dated 10/17/2020.
87. Report of anorectal manometry dated 10/22/2020.
88. Report of CT of the chest without contrast dated 10/22/2020.
89. Report of exercise stress test dated 10/16/2020.
90. Report of autonomic reflex screen dated 10/16/2020.
91. Report of sweat test dated 10/14/2020.

**HISTORY OF PRESENT ILLNESS:**

The insured is a 55-year-old Certified Public Accountant and former Senior Vice President for Finances who went off work in 02/2020 for a variety of symptoms, mainly fatigue and gastrointestinal complaints. She had a long history of musculoskeletal complaints as well. On 06/14/2019 the insured saw Ethan Blackburn, MD, a hand surgeon who diagnosed carpal tunnel syndrome and recommended hand braces. She also went for EMG studies and on 12/09/2019 was said to have wished to proceed with carpal tunnel release; however, that procedure does not seem to have occurred.

On 01/08/2020 she consulted Steven Stern, MD, for a positive ANA and skin rash. Dr. Stern noted that the skin rash had been treated with a steroid taper and that the insured had already seen Cardiology for left chest pressure and workup had been unremarkable. She had had GI workup previously in 10/2017 as well as in 04/2018 without significant abnormal findings. She was also complaining of headaches, dry eyes, dizziness, and lightheadedness of several years' duration. She had been referred to Neurology for followup of the headaches but did not attend the appointment. She complained of a pressure in her midback for 10 years and had been diagnosed with pulmonary fibrosis by MRI; however, she had not followed up with a pulmonologist. On exam that day, blood pressure was 119/80 with a pulse of 89. She was afebrile and there was myofascial tenderness to palpation but an otherwise unremarkable

examination including full strength and functional range of motion. Dr. Stern ordered laboratory workup.

On 01/15/2020 the insured presented to the emergency department for headache of 3 months' duration. Workup was unremarkable. The following day, she consulted gastroenterologist, Michael Krease, DO, regarding seepage of stool. There was an unremarkable examination and Dr. Krease recommended fiber and antispasmodics. He ordered testing for lactose and sucrose breath studies. The following day, the insured consulted pulmonologist, Vinay Nidadavolu, MD, who found a normal examination. High-resolution CT, alpha one antitrypsin, and a sleep study were ordered. The home sleep study was reported to have revealed mild obstructive sleep apnea in the supine position only.

On 02/06/2020 the insured was evaluated by Johanna Harris, APRN. She was self-referred for concerns about possible amyotrophic lateral sclerosis. The insured reported twitching, tingling, and muscular weakness. Ms. Harris found serial fasciculations of the right extensor digitorum brevis and high-frequency low-amplitude tremor of both hands, left greater than right. There was also an intention tremor on the left. There was slightly reduced temperature sensation on the right forearm and the dorsum of the right foot. She ordered NCV/EMG.

On 02/12/2020 Martin Brown, MD, performed electrodiagnostic studies and found only a mild very distal right peroneal mononeuropathy.

The insured followed up with Dr. Krease on 02/19/2020. She had been diagnosed by her primary care physician with oral candidiasis and vaginal candidiasis. She reported trouble swallowing and lack of appetite and had lost 10 pounds. There was a normal examination. EGD stool studies were ordered and promethazine was refilled.

On 02/21/2020 Dr. Krease performed the EGD and obtained biopsies for Helicobacter pylori. The evaluation was unremarkable.

On 03/16/2020 the insured consulted Jaimin Shah, MD, for a neuromuscular evaluation. Dr. Shah's evaluation was that her examination was essentially unremarkable. The impression was of central sensitization syndrome and she was advised to see pain medicine specialists. The following day the insured had a consultation by gastroenterologist, Dawn Francis, MD, regarding recent onset of melena. Upper GI and blood work were ordered. Dr. Francis doubted that there was gastroparesis and retained food was secondary to nausea and vomiting. Magnetic resonance imaging studies were obtained, which were reported as unremarkable.

On 04/22/2020 the insured had telemedicine followup with Dr. Stern. She had been evaluated in Mayo Clinic and still felt that she had not been given a good explanation for her many symptoms. She had been started on duloxetine for small fiber neuropathy and Amitiza for constipation. She had also been prescribed thyme and clove supplements for oral and vaginal candidiasis by an alternative medicine practitioner. She was having her house tested for mold, and Dr. Stern found that from a rheumatologic standpoint there was no inflammatory disease.

The following day, Anna Stone, APRN, stated that the insured had "SIRS" and diffuse itching and fatigue which were preventing work. She then went on to comment that "CIRS" is a biotoxin illness.

On 05/22/2020 there was telemedicine followup with Dr. Krease without significant change in management.

On 05/28/2020 the insured had a virtual Functional Medicine Assessment by Melissa Young, MD, who recommended mycotoxin evaluation and exercise.

On 06/02/2020 Ms. Fox followed up with Ms. Harris of the Neurology service. The insured reported that mold had been found in her house and car and symptoms had improved somewhat since she had stopped driving the car and was having mold remediation done on the house. She still reported some twitching. Small fiber neuropathy symptoms were better controlled on duloxetine 90 mg a day. She was also seeing a biologic dentist and starting supplementation with vitamin A, magnesium glycinate, and undergone silver and Lyme testing. There was a largely unremarkable examination except for decreased sensation reported on the dorsum of the left foot and decreased vibratory sensation throughout. Ms. Harris' diagnosis was systemic inflammatory response syndrome due to infection as well as idiopathic small fiber neuropathy and paresthesias.

On 06/19/2020 the insured followed up with Dr. Potts, who felt that most of the insured's symptoms were secondary to small fiber neuropathy, whether from mold or other etiology. He also felt that Ms. Fox suffered from "sequelae of other neuropathy" and "SIRS" or sick building syndrome. Dr. Potts stated, "Some type of inflammatory phenomenon is going on in this patient." He noted that cervical stenosis was complicating the insured's symptoms and suspected that her gastroparesis might be an autonomic problem connected to the small fiber neuropathy.

On 08/05/2020 the insured followed up with Dr. Krease via telemedicine. She reported concern regarding small intestinal fungal overgrowth and was going to be seen at Vanderbilt Autonomic Disorder Center. She was hesitant to take the antibiotic suggested by Dr. Krease.

On 10/06/2020 the insured saw Frank Burns, MD, regarding dry eyes. Dr. Burns recommended that she start artificial tears. She declined to start the recommended steroid injections. They discussed further possible treatment for her dry eyes including punctual plugs and/or cyclosporine.

On 10/13/2020 the insured saw Wolfgang Singer, MD, a neurologist at the Cleveland Clinic who ordered multiple tests. The same day, she was evaluated by Mark Frye, MD, a psychiatrist.

On 10/15/2020 the insured saw Thomas Osborn, MD, a rheumatologist, regarding Sjogren's. She reported dry mouth for 2-3 years. An ophthalmologist had also diagnosed keratoconjunctivitis sicca and had symptoms of erythromelalgia. On examination, there was full rotation of the cervical spine and some decreased lateral bending. There was an otherwise unremarkable

examination including normal vibration sense. The impression was of Sjogren syndrome, neuropathy of unclear etiology, and erythromelalgia. They discussed trials of Imuran, CellCept, rituximab. Ms. Fox asked about possible immunoglobulin infusions and was advised to discuss this with her neurologist. The following day she followed up with Dr. Singer to discuss test results. There were unremarkable results to the sweat test and autonomic reflex test. There was no evidence of autonomic failure. There was some sympathetic component of orthostatic tachycardia and evidence that anxiety might have been driving this. There was an elevated FFA. Cardiovascular evaluation had been unremarkable, and celiac serologies were normal. Tryptase was also reported as normal. Dr. Fry's impression from a psychiatric standpoint was of somatic symptom preoccupation, and he suggested increasing duloxetine and engaging in cognitive behavioral therapy.

On 10/21/2020 the insured saw Christopher Anstine, MD, a general internist at the Mayo Clinic. He ordered additional testing and followed up on 10/26/2020 with reports of Jean Fox, MD, evaluation which had shown small bowel transit time below the mean and a normal colonic transit time. Anorectal manometry was reported as consistent with pelvic floor dysfunction. Around that time, she had also undergone gynecological evaluation by Amber Klindworth, PA-C, who was in agreement that the insured should engage in pelvic floor physical therapy.

On 10/28/2020 the insured saw dermatologist, Rachel Miest, MD, regarding erythromelalgia. Dr. Miest's impression was of purpura simplex and she prescribed amitriptyline and ketamine topical ointment. The following day, the insured had a nephrology consultation regarding polyuria. The impression was that the insured urinated frequently, likely because of atrophic vaginitis.

On 10/30/2020 Karna Sundsted of the Fibromyalgia and Chronic Fatigue Clinic evaluated Ms. Fox for fatigue and pain symptoms. Trigger areas were tender, and there was an otherwise unremarkable examination. The impression was of fibromyalgia syndrome by newer criteria, and there was a recommendation for continuing duloxetine and engaging in comprehensive non-pharmacologic self-management strategies.

On 11/05/2020 the insured saw Raevti Bole, MD, a urologist regarding hematuria. There was an unremarkable evaluation including CT urogram and cystoscopy.

On 11/17/2020 the insured followed up with gastroenterologist, Jean Fox, MD, who noted that claimant had been admitted to a local hospital with cecal volvulus and had surgical resection of the cecum and approximately 30 cm of terminal ileum.

The next record is a Discharge Summary by Anthony George, Jr., MD, regarding the insured's hospital stay from 11/13/2020 through 11/19/2020. In a postoperative visit of 11/24/2020 Dr. George noted that there had been "fecalization" of distal small bowel, suggesting a chronic condition. Dr. George advised no heavy lifting for 1 month.

On 11/30/2020 there was video followup with Dr. Stern. The insured reported that she was doing well on Imuran for her Sjogren's and topical treatment for erythromelalgia. She also had another rash that she attributed to prior shingles.

On 12/01/2020 dermatologist, Megan Huelsman, MD, performed a punch biopsy. The dermatopathology was reported to show nonspecific inflammation.

A week later, there was followup with Dr. George. The insured reported that she was doing all right in terms of bowel function but reported significant fatigue. Dr. George's impression was of "strictured ileocolonic anastomosis" related to Crohn disease. He advised diet and activity as tolerated.

On 12/21/2020 the insured returned to hand surgeon, Ethan Blackburn, MD, complaining of bilateral hand tingling and locking up which had improved with prior injection. There was an equivocal Phalen sign and an otherwise unremarkable examination, including normal strength, range of motion, and light touch sensation.

The next record is a video followup with Dr. Stern dated 01/11/2021. The insured reported having lost her job and was requesting assistance to obtain disability. She noted she could not use her primary care physician, Dr. Potts, for this process as he was the company doctor for her former employer. The doctors at the Mayo Clinic were not interested in becoming involved with the disability process. They had been titrating the azathioprine dose upward. Dr. Stern dictated a letter for disability.

Six days later, the insured followed up with Dr. Stern regarding a planned vacation in Florida. There was no examination documented. Dr. Stern recommended consideration of a second opinion. He advised continuing azathioprine at the current dose and recommended paraffin baths for her hands for treatment of the Reynaud symptoms. The insured had gynecologic consultation by Ms. Klindworth and Marjorie Pilkinton, MD, on 01/27/2021 and 01/28/2021. The impression was of pelvic floor dysfunction.

On 03/08/2021 the insured returned to Dr. Burns regarding brief blurry visual loss. The impression was of ophthalmoplegic migraine. Two days later, Ms. Fox had video followup with Dr. Stern and she reported having the whole house cleaned and was replacing the furniture secondary to concerns about mold contamination. She was not sure it was making a difference. She had changed her diet and discontinued alcohol. She was looking into transcranial direct current stimulation as a treatment for Sjogren syndrome.

On 03/16/2021 Ms. Fox consulted Samuel Carter, MD, an orthopedic surgeon, regarding knee pain. Dr. Carter found normal functional evaluation of both knees. X-rays were reported to have been consistent with mild osteoarthritis. He performed a steroid injection and advised conservative treatment.

On 04/07/2021 the insured saw Gregory Potts, MD, for headaches and tinnitus. Notes are handwritten and difficult to read. It seems that she may have taken herself off of azathioprine and was starting treatment with lymphatic massage. Documented examination is unremarkable.

On 04/16/2021 the insured returned to Dr. Carter still reporting knee pain. He advised that she consider viscosupplementation versus MRI to evaluate possible meniscal tear. Three days later, the insured returned to Dr. Blackburn for injections of the bilateral carpal tunnels.

On 05/05/2021 there was again video followup with Dr. Stern, who reported that the insured had not started CellCept as she was having "GI issues" and was afraid that the medication might make this worse. Her small intestinal bacterial overgrowth diagnosis had been overturned at the Mayo Clinic, and she reported confusion over this. Ms. Fox also told Dr. Stern that she was fearful that she had scleroderma, and she had not started pelvic floor physical therapy. She had been having lymphatic massage and had joined a support group. She had started limbic retraining. Dr. Stern recommended starting Rituxan to avoid gastrointestinal medications.

On 07/27/2021 the insured presented to Thomas Osborn, MD, at the Mayo Clinic. She had brought a chart regarding Sjogren's and a list of 19 different articles that she wished to discuss. The examination showed dry eyes and mucus membranes consistent with Sjogren syndrome and was otherwise unremarkable. Dr. Osborn prescribed hydroxychloroquine 300 mg daily.

Two days later, Ms. Fox followed up with Dr. Fox, gastroenterologist at the Mayo Clinic, and reported that she was still unable to work secondary to disabling gastrointestinal symptoms. She reported that Xifaxan had provided temporary relief. Dr. Fox suggested rotating antibiotics to treat the small intestinal bacterial overgrowth.

On 08/17/2021 there was virtual consultation with Daniel Greenman, MD. There is no examination and a problem list was provided. The insured was noted to be taking diflucan topical eyedrops for her Sjogren syndrome, doxycycline, B12, and she was advised to take mushroom, elderberry, and other extracts and to attend pelvic floor therapy.

On 09/15/2021 the insured consulted Pamela Yee, MD, in a virtual consultation as Dr. Yee was located in another state. Dr. Yee recommended laboratories including workup for bartonella with skin and blood samples, and she advised Ms. Fox to do the NASA lean test with her local physician.

In virtual followup of 10/04/2021 Ms. Fox reported having been bedridden for several days in the previous week and "feels she has mast cell issues." Mold had been found in the basement of her home again, and the insured reported a flare of gastrointestinal symptoms which she associated to this. She asked Dr. Yee about low-dose naltrexone. Dr. Yee advised Ear, Nose, and Throat for a deep biopsy of the sinuses, and Dr. Yee documented that restaining of the insured's prior gastrointestinal biopsies confirmed that the insured had mast cell activation syndrome. She was advised to start famotidine and cetirizine. Dr. Yee also noted that there was EBV antibody VCA IgM positivity, indicating Epstein-Barr virus recrudescence.

On 10/20/2021 Ms. Fox consulted gastroenterologist, Lauren Briley, MD, regarding gas and bloating. Dr. Briley noted that a gastric emptying study had shown delay at 2 and 4 hours and that the 6-hour small bowel transit time was below the mean. The insured reported itching. She had stopped taking pancreatic enzyme replacements as she felt they were not helpful. She reported that she was going to see an infectious disease specialist regarding Epstein-Barr reactivation. There was an unremarkable examination, and Dr. Briley advised fiber and antispasmodics.

On 11/05/2021 there was virtual visit with Dr. Stern. Ms. Fox reported doing better on high-dose antihistamines and a proton pump inhibitor. She is hesitant regarding hydroxychloroquine as she feels that immunosuppression should be avoided at that time. Dr. Stern's impression was of sick building syndrome and Epstein Barr reactivation syndrome with overwhelming fatigue. Three days later, there was virtual visit with Dr. Yee, and Ms. Fox advised she was feeling better. Dr. Yee advised adding oral Cromolyn for treatment of the mast cell activation syndrome.

On 12/15/2021 there was followup with Dr. Briley. Documented examination is unremarkable, and Dr. Briley advised starting fiber with probiotics and repeating the course of Xifaxan. In virtual followup with Dr. Yee dated 12/29/2021, Dr. Yee reported that she felt the mast cell activation syndrome still needed to be quelled, and she suggested natural options as well as continuing Xifaxan and a probiotic for the insured's history of vaginal candidiasis.

On 01/06/2022, Jamaal Richie, MD, evaluated the insured for a disability examination. Dr. Richie documented an antalgic gait without use of an assistive device, 3/5 grip strength, 4/5 lower extremity strength, and stated that knee films were suggestive of advanced osteoarthritis. He reported that the insured's symptoms required use of an assistive device and that while there was no fine motor deficit on examination, her history and medical symptoms could present limitations if not treated. She was also noted to be dependent on others for most of her activities of daily living. Dr. Richie concluded that the insured's deficits may make it difficult to perform certain tasks and to maintain a job.

On 01/12/2022 the insured presented to Laura Tudor, APRN, regarding neck pain. Ms. Fox advised that she would like to pursue "diagnostic therapies" to determine "what works for her." She declined cubital tunnel release or carpal tunnel release. Ms. Tudor found tender occipitocervical areas and an otherwise unremarkable examination including distal neurovascular. She recommended starting occipital blocks and to consider radiofrequency ablation. She also advised starting physical therapy. The insured seems to have attended physical therapy from 02/01/2022 through 06/06/2022.

There is virtual consultation with Dr. Stern dated 03/16/2022. Dr. Stern noted that there had been dental extractions and teeth had been sent for DNA/PCR testing for Lyme disease, and those results had been equivocal. The insured reported that her small intestinal bacterial overgrowth was better with treatment for what she described as a rare infection. Ms. Fox also

reported hip pain which she attributed to pelvic misalignment. Dr. Stern advised following up with Infectious Disease regarding the diagnosis of Lyme disease.

On 04/25/2022 the insured saw Erin Moore, APRN, regarding elbow pain. The impression was of left lateral epicondylitis and left cubital tunnel syndrome as well as bilateral carpal tunnel syndrome. Normal strength and range of motion were documented, and the insured was advised occupational therapy.

On 07/07/2022 the insured consulted Kimberly Lentz, MD, who noted mild muscle tenderness and an otherwise unremarkable examination. Dr. Lentz ordered full tickborne testing through IGeneX.

Three weeks later, Dr. Lentz and the insured had a phone consultation regarding lab results. The insured reported that she was having muscle twitching and internal vibration when trying to relax. Dr. Lentz stated that she feels the "primary issues" are bartonella and Epstein-Barr virus. Dr. Lentz prescribed azithromycin and rifampin as well as nystatin to prevent yeast infections. Valacyclovir should be considered for chronic Epstein-Barr virus infection.

On 08/11/2022 there was again phone consultation with Dr. Lentz as the insured was reporting symptoms related to treatment. Dr. Lentz advised drinking water with lemon or lime and baking soda and also taking extra vitamin C and Epsom salt baths.

On 07/11/2022 polysomnography had been reported as showing poor sleep efficiency and no rapid eye movement sleep.

**PHYSICIAN OUTREACH:**

On 10/03/2022 at 10:30 a.m. Eastern Standard Time, I called the office of Dr. Pamela Yee at 914-652-7800 and followed the phone tree prompts. There was no option to reach Dr. Yee, and the automated system simply said, "Goodbye."

On 10/04/2022 at 11:17 a.m. Eastern Standard Time, I called the same number for Dr. Yee, again reached a phone tree that did not offer an option to leave a message for the physician and simply told me goodbye at the end.

On 10/03/2022 at 10:32 a.m. Eastern Standard Time, I called the office of Dr. Kimberly Lentz at 317-708-3708, followed the phone tree prompts and reached Amanda, who told me that the doctor was in a room with patients. I left a detailed message including callback number.

On 10/04/2022 at 11:19 a.m. Eastern Standard Time, I called Dr. Lentz's office at the same number and reached voicemail. I left a detailed message including callback number.

---

On 10/05/2022 at 10 a.m. Eastern Standard Time, Dr. Lentz returned my call and advised that she had seen the insured in person only once and that was on 07/07/2022. She also advised that she does not do functional assessments on her patients.

On 10/03/2022 at 10:34 a.m. Eastern Standard Time, I called the office of Dr. Wayne Villanueva at 502-259-5955, followed the phone tree prompts, and reached Polly, who put me on hold. At 10:41 a.m. the phone began to ring again and I reached Polly again. I left a detailed message including callback number.

On 10/04/2022 at 11:21 a.m. Eastern Standard Time, I again called Dr. Villanueva's office and reached Kathy, who said that neither the doctor nor his advanced practice RN, Laura Tudor, were available. I left a detailed message including callback number. At 11:55 a.m. that same day, Sierra returned my call and said that Dr. Villanueva had advised that he would not be commenting on the case.

On 10/03/2022 at 10:42 a.m. Eastern Standard Time, I called the office of Dr. Ethan Blackburn at 502-629-4263, followed the phone tree prompts, and reached Destiny, who said that the doctor was in clinic. I left a detailed message including callback number.

On 10/04/2022 at 11:24 a.m. Eastern Standard Time, I called Dr. Blackburn's office at the same number and again reached Destiny, who said, "Someone should be getting back to you today."

On 10/03/2022 at 10:46 a.m. Eastern Standard Time, I called the office of Dr. Steven Stern at 502-583-5836, followed the phone tree prompts, and reached Amanda, who said that the doctor was out of the office but that his assistant would be checking messages and forwarding them..

On 10/04/2022 at 11:26 a.m. Eastern Standard Time, I called Dr. Stern's office again and reached Judy. She told me that the doctor was on vacation. I asked if I could speak with a physician assistant and she transferred me to Vicky, who advised that she was a medical assistant, not a physician assistant, and did not feel comfortable commenting on the case.

On 10/03/2022 at 10:49 a.m. Eastern Standard Time, I called the office of Dr. Gregory Potts at 502-240-5900 and reached Udeemi, who advised that Dr. Potts was out of the office. I left a detailed message including callback number.

On 10/04/2022 at 9:50 a.m. Eastern Standard Time, I again called Dr. Potts' office at the same number and reached Eugenie, who advised that Dr. Potts would call me the following day at 2:15 p.m. Eastern Standard Time. Dr. Potts did return my call on 10/05/2022 at 2:15 p.m. Eastern Standard Time. He said that he was no longer Ms. Fox's primary care physician. He told me that she had had severance from her previous employer in 02/2020 when her department was moved to another state. As part of her severance agreement, she was allowed to continue seeing him, even though he was the company physician, for 18 months after severance. Dr. Fox advised that he could no longer comment on Ms. Fox's functional status from the time period in question ongoing.

---

**RESPONSE TO QUESTIONS:**

I was asked to respond to the following questions:

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

   There are no functionally impairing diagnoses in this case during the time period in question.

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

   This is not applicable as there is no evidence of functional impairment in this case during the time period in question.

3. **Do medical records support any restrictions and limitations that were recommended by treating providers for the timeframes in question?**

   Timeframe in question is 08/03/2022 forward. Dr. Lentz indicated in a letter dated 08/25/2022 forward that she felt the insured was not capable of any work activity. There is no evidence in the records made available for this review or in conversations with the insured's treating providers that this is the case.

4. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

   The insured has been advised to pursue surgical treatment of carpal tunnel and cubital tunnel syndrome and she seems to have declined to do so. She has some cervical spinal degenerative disease on imaging, and Dr. Wayne Villanueva has advised that at some point she will likely require a C5 corpectomy. However, clinical examinations and the results of electrodiagnostic studies do not indicate that this is currently a functionally impairing condition. She was advised to pursue epidural steroid injections for treatment of her neck pain complaints, and she does not seem to have pursued this. Dr. Lentz has diagnosed the insured with Lyme disease. To me, it is not evident that the insured meets CDC criteria for Lyme disease. She seems to have had an episode of Epstein-Barr recurrence serologically, and Dr. Lentz advised that she was treating the insured with valacyclovir for this. The insured has been advised to seek treatment or opinion from an Infectious Disease consultant and it does not seem that she has done this. I am not certain that the treatment for alleged Lyme disease or Epstein-Barr virus was indicated in this case. The recommendations for topical treatments for sicca syndrome are very reasonable. The insured was, at one time, advised that she should be on immunosuppressive therapy for Sjogren syndrome. She seems to have been intermittently compliant with this, and in any case, she does not seem to

have functional impairment from a rheumatologic disease during the time periods in question.

**5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts- child or elder care issues, or legal issues) that may adversely impact work?**

No circumstances of those natures were identified in the records made available for this review.

**6. Taking into consideration the entire clinical picture including standards of care and evidence based medicine and any medication or any other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from August 3, 2022 to the present? Please identify any impairing diagnosis as well as any comorbid conditions that may be impacting functionality. Please explain your medical rationale as to why or why not.**

The insured does not have functional impairment during the time period in question based on the records made available for this review and the conversations that I had with her treating providers. A primary diagnosis of sicca syndrome was assigned to this case. The insured does not seem to have any functional impairment by documented examinations during the time period in question. She was advised to use topical treatments for control of her symptoms. She also seems to have been advised to use immunosuppressants. However, even in the absence of compliance with this treatment, she does not seem to have any functional impairment from that diagnosis. Secondary diagnoses of mast cell activation syndrome, POTS, SIBO, fibromyalgia, spinal stenosis, knee pain, IBS, and IBV will be addressed in turn.

i. Mast cell activation syndrome is treated appropriately in this case with antihistamines and proton pump inhibitors, and there is no indication on documented clinical examinations that the insured has functional impairment from this diagnosis.

ii. POTS. There was no definitive diagnosis made of POTS. There was an increase in heart rate with the NASA lean test documented by one of her providers; however, there was no concomitant drop in blood pressure, and as one consultant said, anxiety seems to have played a role in the increase in heart rate. There is no evidence that the insured has functional impairment or even meets standard criteria for a diagnosis of POTS. Evaluation was never escalated to include standard tilt table testing, and treatment was never escalated to include thigh-high compression stockings or use of appropriate medications. This is not because of an oversight on the part of her treating physicians but rather because she does not seem to have required any escalation in evaluation or treatment related to that diagnosis.

iii. SIBO, small intestine bacterial overgrowth. A consultant at the Mayo Clinic opined that this was likely a contaminant. The insured has received appropriate treatment for that

diagnosis in the form of Xifaxan. She was also advised by one consulting gastroenterologist to trial some rotating antibiotics; however, she declined. There is no evidence that the insured has functional impairment from a diagnosis of SIBO or even that she meets standard criteria for that diagnosis.

iv. Fibromyalgia syndrome. This is not a functionally impairing diagnosis.

v. Spinal stenosis. There is evidence that the insured has some degenerative disc disease in the cervical spine; however, there is no evidence clinically or by electrodiagnostic study that she has neural compromise which would result in functional impairment from this diagnosis. She has elected not to pursue the recommended treatment of epidural steroid injection.

vi. Knee pain. The insured reports knee pain and there does not seem to be any consistent functional impairment from this diagnosis. The disability evaluator opined that she had significant osteoarthritis; however, he was the only documented evaluator to have that finding. On 03/16/2021 Samuel Carter, MD, an orthopedic surgeon, evaluated the insured and found that she had full range of motion, normal strength, and evidence of mild osteoarthritis. He advised conservative treatment with steroid injections on an as-needed basis and physical therapy. In followup of 04/16/2021, Dr. Carter advised that the insured could pursue MRI in order to evaluate for a possible meniscal tear and/or pursue viscosupplementation. She seems to have declined either, and her functional knee exams are documented as unremarkable. Therefore, no functional impairment and no work activity restrictions are attributable to that diagnosis.

vii. Irritable bowel syndrome. This is not a functionally impairing diagnosis.

viii. Epstein-Barr virus reactivation. There is no evidence in the records provided for this review that the insured has functional impairment as a result of that diagnosis. Documented clinical examinations are unremarkable.

7. **If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please include duration for restrictions.**

   Functional impairment is not supported during the time period in question in this case. Therefore, work activity restrictions are not supported. As noted, clinical examinations are unremarkable.

8. **Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from August 3, 2022 to present? Please explain your medical rationale.**

Yes, the medical evidence does not support that the insured has any impairment in endurance, and therefore, she has to ability to sustain full-time work capacity. Cardiovascular workups have been unremarkable.

**9. Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.**

The insured seems to have had variable compliance with prescribed medications. During our recent conversation, Dr. Lentz alluded to the fact that she had a phone conversation with the insured in August regarding "issues" with the rifampin. However, there is no documented evidence that these "issues" were functionally impairing.

**10. Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported pain, fatigue, decreased motor strength, disorders in the cervical and lumbar spine and knee, symptomology from Sjogren's disease, mast cell activation syndrome, SIBO, POTS, Lyme Disease, fibromyalgia and carpal and cubital tunnel syndrome consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How do these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

As stated previously, the insured has had extensive workups and has been found to have some cervical spinal as well as upper extremity syndromes that may benefit from surgical intervention and/or epidural steroid injection. However, documented examinations do not indicate that there is functional impairment from any of these conditions and her orthopedic providers have recommended treatment that would address her reports of pain. There was a sleep study that indicated that the insured had poor sleep efficiency. However, treatment was never escalated to include any efforts at improving the insured's sleep. She has never been documented to appear as drowsy or have cognitive impairment attributable to fatigue during the time period in question. In short, the insured's reported symptoms have not been found to correlate with any functional impairment either clinically or in exhaustive workup by her local clinicians and by the Mayo Clinic.

**11. If your conclusions are different from the conclusions in the review by Dr. Joseph Pachman, please explain the medical rationale and evidence used in your coming to the different conclusions.**

Dr. Pachman seems to have indicated that the insured should be limited in lifting and carrying by her reports of pain and fatigue. He does not provide functional evidence that the insured has any weakness. His recommendation that the insured should not work in a dry

---

environment without use of a humidifier seems reasonable as she reports dry eyes and mouth; however, this seems to be a reasonable accommodation for comfort and not a necessary work restriction due to functional impairment. The insured seems to have had variable compliance with her ophthalmologist's recommendation even for the use of artificial tears, and as noted, she was not compliant with her rheumatologist's suggestion of treatment with azathioprine for her Sjogren syndrome.

Sincerely,

Louise Y. Banks, M.D.
Board Certified in Occupational Medicine/Internal Medicine
Pennsylvania License # MD047820L

ECN

Corporate Office

Exam Coordinators Network A division of Genex Services, LLC

Claimant Name: Keeta Fox
Claim Number: 10310112
Case Number: 166473-5

"I, Louise Y Banks, MD, am a physician duly licensed to practice medicine in the State of Pennsylvania. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

[signature] 10/13/2022

Signature of Physician Date

Medical/Professional License # PA MD047820L

**From:**Castagno Iii, Vincent
**Sent:**Thu, 6 Oct 2022 16:35:07 +0000
**To:**King, Jerronda;Buss, Heather
**Cc:**Arvenitis, Kerry
**Subject:**RE: Keeta Rhenee Fox, Claim Number: 10310112

Sorry…

Heather this is yours.

Vince



Vince Castagno
Manager, Claims
Lincoln Financial Group
P.O. Box 2578
Omaha NE. 68108-9688

888-437-7611 Office
10328 Extension

disabilitydocuments@lfg.com

Follow us on:

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 X 10328 and permanently delete the original and any copy of any e-mail and any printout thereof.




---

**From:** King, Jerronda <Jerronda.King@lfg.com>
**Sent:** Thursday, October 6, 2022 12:27 PM
**To:** Castagno Iii, Vincent <Vincent.CastagnoIii@lfg.com>
**Cc:** Arvenitis, Kerry <Kerry.Arvenitis@lfg.com>
**Subject:** RE: Keeta Rhenee Fox, Claim Number: 10310112

Hello Vincent,

I am handling the appeal on this claim only. Would this request go to the Disability Claims Manager, Heather Buss, or the Social Security Dept to handle?

Thanks in advance for your clarification.

**Jerronda King**
Claims Resolution Specialist
Appeal Department
(888) 437-7611, Ext 14674 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Castagno Iii, Vincent <Vincent.CastagnoIii@lfg.com>
**Sent:** Thursday, October 6, 2022 12:04 PM
**To:** King, Jerronda <Jerronda.King@lfg.com>
**Subject:** FW: Keeta Rhenee Fox, Claim Number: 10310112

Hello Jerronda,

This is in reference to one of your older claims.

Thank you, Vince



Vince Castagno
Manager, Claims
Lincoln Financial Group
P.O. Box 2578
Omaha NE. 68108-9688

888-437-7611 Office
10328 Extension

disabilitydocuments@lfg.com

Follow us on:

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 X 10328 and permanently delete the original and any copy of any e-mail and any printout thereof.




---

**From:** Doherty Cella Keane & Associates LLP <ssdilaw@dcklaw.com>
**Sent:** Thursday, October 6, 2022 11:43 AM
**To:** Castagno Iii, Vincent <Vincent.CastagnoIii@lfg.com>
**Subject:** Keeta Rhenee Fox, Claim Number: 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning,

Ms. Fox has a hearing scheduled for 1/4/2023. Can you forward what you have for medical when you get a chance?

Thanks!

**Patrick Doherty**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll Free: 800-211-4736
Direct: 978-922-0411
ssdilaw@dcklaw.com
www.social-security-law.com

OVER 25 YEARS

DOHERTY CELLA KEANE, LLP

***************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
***************************************************************************

**Louise Y. Banks, M.D.**
**Occupational Medicine/Internal Medicine**
800 Plaza Drive, Suite 210, Belle Vernon, PA 15012
Tel: (724) 379-1940 | Fax: (724) 379-1941

| | |
|---|---|
| **CLAIMANT NAME:** | **Keeta Fox** |
| **EXAMINER:** | **Louise Y. Banks, M.D.** |
| **ECN #:** | **166473-5** |
| **CLAIM #:** | **10310112** |
| **DATE OF INJURY:** | **02/04/2020** |
| **DATE OF REVIEW:** | **10/13/2022** |
| **CASE TYPE:** | **Long-Term Disability** |

## PEER REVIEW

**MEDICAL RECORDS REVIEWED:**

I have been asked to review medical records on behalf of ECN, including the following:

1. Report of confidential investigation dated 06/04/2021.
2. Occupational analysis dated 09/29/2020.
3. Transferrable skills analysis dated 07/27/2022.
4. Claim correspondence from 06/23/2020 through 09/07/2022.
5. Claim records from 07/27/2020 through 08/15/2022.
6. Authorizations to Disclose Health Information from 08/26/2020 through 12/10/2021.
7. Lincoln Financial Group Questionnaires dated 08/07/2020 through 12/20/2021.
8. Claimant's Letter of Appeal dated 12/07/2020.
9. Letter to Gregory Potts, MD, from Wayne Villanueva, MD, dated 03/11/2020.
10. MLS Review by Jeffery Grimes, MD, dated 05/26/2020.
11. ICP memo by Robert Swotinsky, MD, dated 06/29/2020.
12. Case Review by Oluyemisi Awobokun, MD, dated 01/22/2021 with Addendum through 03/07/2022.
13. Clinical review memo by Joseph Pachman, MD, dated 03/18/2022 with Addendum dated 07/25/2022.
14. ICP memo by Paul Stander, MD.
15. Reports of CT of the abdomen and pelvis dated 09/12/2017 and 01/28/2020.
16. Report of MRI of the cervical spine dated 01/22/2020.
17. Report of MRI of the lumbar spine dated 01/22/2020.
18. Report of MRI of the brain with and without contrast dated 01/30/2020.
19. Laboratory reports dated 09/12/2017 through 07/07/2022.
20. Consultation by Douglas Boyce, MD, dated 10/03/2017.
21. Reports of gastrointestinal pathology dated 04/04/2018 and 02/24/2020.
22. EGD and colonoscopy reports by Dr. Boyce dated 04/04/2018.
23. Records from Steven Stern, MD, from 01/08/2020 through 03/16/2022.
24. Emergency department record by Jack Gerughty, MD, dated 01/15/2020.
25. Records from Michael Krease, DO, from 01/16/2020 through 08/05/2020.
26. Pulmonary consultation by Vinay Nidadavolu, MD, dated 01/17/2020.
27. Report of sleep study dated 01/20/2020.

---

28. SIBO report dated 01/24/2020.
29. Handwritten records by Dr. Potts from 01/21/2020 through 12/02/2021.
30. Medical history by claimant dated 02/05/2020.
31. Records from Johanna Harris, APRN, from 02/06/2020 through 06/02/2020.
32. Lincoln Financial Group restrictions forms by Dr. Potts dated 02/07/2020 and 12/21/2021.
33. Report of electrodiagnostic study by Martin Brown, MD, dated 02/12/2020.
34. Esophagogastroduodenoscopy report by Dr. Krease dated 02/21/2020.
35. Report of epidermal nerve fiber density dated 03/17/2020.
36. Letter to Dr. Potts from Laura Tudor, APRN, dated 03/06/2020.
37. Lincoln Financial Group restrictions form by Anna Stone, APRN, dated 05/04/2020.
38. Lincoln Financial Group Nursing Memorandum by Abigail R., RN, dated 05/13/2020.
39. Dr. Potts' response to the Lincoln Financial Group dated 06/29/2020.
40. Records from Frank Burns, MD, from 10/06/2020 through 03/08/2021.
41. Records from Wolfgang Singer, MD, from 10/13/2020 through 10/16/2020.
42. Consultation by Mark Frye, MD, dated 10/15/2020.
43. Records from Thomas Osborn, MD, dated 10/15/2020.
44. Records from Jean Fox, MD, from 10/22/2020 through 07/29/2021.
45. Records from Amber Klindworth, PA-C, from 10/22/2020 through 01/27/2021.
46. Records from Christopher Anstine, MD, from 10/26/2020 through 11/17/2020.
47. Consultation by Rachel Miest, MD, dated 10/28/2020.
48. Consultation by Karna Sundsted, MD, dated 10/30/2020.
49. Consultation by Raevti Bole, MD, dated 11/05/2020.
50. Records from Anthony George, Jr., MD, from 11/19/2020 through 12/08/2020.
51. Office record from Meagan Huelsman, MD, dated 12/01/2020.
52. Records from Ethan Blackburn, MD, from 01/14/2019 through 11/29/2021.
53. After Visit Summary by Marjorie Pilkinton, MD, dated 01/28/2021.
54. Records from Samuel Carter, MD, from 03/16/2021 through 04/16/2021.
55. Letter from Denise Winland, MD, to whom it may concern, dated 04/28/2021.
56. Gastrointestinal pathology report dated 07/07/2021.
57. Consultation by Ariana Hutchinson, APRN, dated 03/31/2021.
58. Office record from Thomas Osborn, MD, dated 07/27/2021.
59. Consultation by Danielle Greenman, MD, dated 08/17/2021.
60. Records from Pamela Yee, MD, from 09/15/2021 through 12/29/2021.
61. Records from Lauren Briley, MD, from 10/20/2021 through 12/15/2021.
62. Lincoln Financial Group restrictions form by Dr. Potts dated 12/21/2021.
63. Disability Examination by Jamaal Richie, MD, dated 01/06/2022.
64. Office record by Laura Tudor, APRN, dated 01/12/2022.
65. Physical therapy records from 02/01/2022 through 06/30/2022.
66. Lincoln Financial Group Functional Mental Health Status Evaluation form by Dr. Winland dated 02/09/2022.
67. Records from Kimberly Lentz, MD, dated 07/07/2022 through 08/11/2022.
68. Lincoln Financial Group Attending Physician Statement by Dr. Blackburn dated 07/18/2022.
69. Report of polysomnography dated 07/11/2022.

70. Letter "To Whom it May Concern" by Dr. Yee dated 08/18/2022.
71. Letter to whom it may concern by Dr. Lentz dated 08/25/2022.
72. Letter to whom it may concern by Dr. Potts dated 08/29/2022.
73. Consultation by Erin Moore, APRN, dated 04/25/2022.
74. Handwritten notes by claimant dated 01/04/2020 through 06/07/2022.
75. Mayo Clinic problem list dated 03/19/2020.
76. Neuromuscular evaluation by Jaimin Shah, MD, dated 03/16/2020.
77. Consultation by Dawn Francis, MD, dated 03/17/2020.
78. Report of EMG/NCV dated 03/16/2020.
79. Report of MRI of the thoracic spine dated 03/09/2020.
80. Report of magnetic resonance abdominal and pelvic enterography dated 03/18/2020.
81. Functional Medicine Assessment by Melissa Young, NP, dated 05/28/2020 and records from Ms. Young through 08/11/2020.
82. Report of molecular breast imaging dated 11/05/2020.
83. Report of CT urogram dated 11/04/2020.
84. Occupational Therapy consult dated 11/02/2020.
85. Consultation by Nattawat Klomjit, MD, dated 10/29/2020.
86. Report of Nuclear Medicine GI transit scan dated 10/17/2020.
87. Report of anorectal manometry dated 10/22/2020.
88. Report of CT of the chest without contrast dated 10/22/2020.
89. Report of exercise stress test dated 10/16/2020.
90. Report of autonomic reflex screen dated 10/16/2020.
91. Report of sweat test dated 10/14/2020.

**HISTORY OF PRESENT ILLNESS:**

The insured is a 55-year-old Certified Public Accountant and former Senior Vice President for Finances who went off work in 02/2020 for a variety of symptoms, mainly fatigue and gastrointestinal complaints. She had a long history of musculoskeletal complaints as well. On 06/14/2019 the insured saw Ethan Blackburn, MD, a hand surgeon who diagnosed carpal tunnel syndrome and recommended hand braces. She also went for EMG studies and on 12/09/2019 was said to have wished to proceed with carpal tunnel release; however, that procedure does not seem to have occurred.

On 01/08/2020 she consulted Steven Stern, MD, for a positive ANA and skin rash. Dr. Stern noted that the skin rash had been treated with a steroid taper and that the insured had already seen Cardiology for left chest pressure and workup had been unremarkable. She had had GI workup previously in 10/2017 as well as in 04/2018 without significant abnormal findings. She was also complaining of headaches, dry eyes, dizziness, and lightheadedness of several years' duration. She had been referred to Neurology for followup of the headaches but did not attend the appointment. She complained of a pressure in her midback for 10 years and had been diagnosed with pulmonary fibrosis by MRI; however, she had not followed up with a pulmonologist. On exam that day, blood pressure was 119/80 with a pulse of 89. She was afebrile and there was myofascial tenderness to palpation but an otherwise unremarkable

examination including full strength and functional range of motion. Dr. Stern ordered laboratory workup.

On 01/15/2020 the insured presented to the emergency department for headache of 3 months' duration. Workup was unremarkable. The following day, she consulted gastroenterologist, Michael Krease, DO, regarding seepage of stool. There was an unremarkable examination and Dr. Krease recommended fiber and antispasmodics. He ordered testing for lactose and sucrose breath studies. The following day, the insured consulted pulmonologist, Vinay Nidadavolu, MD, who found a normal examination. High-resolution CT, alpha one antitrypsin, and a sleep study were ordered. The home sleep study was reported to have revealed mild obstructive sleep apnea in the supine position only.

On 02/06/2020 the insured was evaluated by Johanna Harris, APRN. She was self-referred for concerns about possible amyotrophic lateral sclerosis. The insured reported twitching, tingling, and muscular weakness. Ms. Harris found serial fasciculations of the right extensor digitorum brevis and high-frequency low-amplitude tremor of both hands, left greater than right. There was also an intention tremor on the left. There was slightly reduced temperature sensation on the right forearm and the dorsum of the right foot. She ordered NCV/EMG.

On 02/12/2020 Martin Brown, MD, performed electrodiagnostic studies and found only a mild very distal right peroneal mononeuropathy.

The insured followed up with Dr. Krease on 02/19/2020. She had been diagnosed by her primary care physician with oral candidiasis and vaginal candidiasis. She reported trouble swallowing and lack of appetite and had lost 10 pounds. There was a normal examination. EGD stool studies were ordered and promethazine was refilled.

On 02/21/2020 Dr. Krease performed the EGD and obtained biopsies for Helicobacter pylori. The evaluation was unremarkable.

On 03/16/2020 the insured consulted Jaimin Shah, MD, for a neuromuscular evaluation. Dr. Shah's evaluation was that her examination was essentially unremarkable. The impression was of central sensitization syndrome and she was advised to see pain medicine specialists. The following day the insured had a consultation by gastroenterologist, Dawn Francis, MD, regarding recent onset of melena. Upper GI and blood work were ordered. Dr. Francis doubted that there was gastroparesis and retained food was secondary to nausea and vomiting. Magnetic resonance imaging studies were obtained, which were reported as unremarkable.

On 04/22/2020 the insured had telemedicine followup with Dr. Stern. She had been evaluated in Mayo Clinic and still felt that she had not been given a good explanation for her many symptoms. She had been started on duloxetine for small fiber neuropathy and Amitiza for constipation. She had also been prescribed thyme and clove supplements for oral and vaginal candidiasis by an alternative medicine practitioner. She was having her house tested for mold, and Dr. Stern found that from a rheumatologic standpoint there was no inflammatory disease.

The following day, Anna Stone, APRN, stated that the insured had "SIRS" and diffuse itching and fatigue which were preventing work. She then went on to comment that "CIRS" is a biotoxin illness.

On 05/22/2020 there was telemedicine followup with Dr. Krease without significant change in management.

On 05/28/2020 the insured had a virtual Functional Medicine Assessment by Melissa Young, MD, who recommended mycotoxin evaluation and exercise.

On 06/02/2020 Ms. Fox followed up with Ms. Harris of the Neurology service. The insured reported that mold had been found in her house and car and symptoms had improved somewhat since she had stopped driving the car and was having mold remediation done on the house. She still reported some twitching. Small fiber neuropathy symptoms were better controlled on duloxetine 90 mg a day. She was also seeing a biologic dentist and starting supplementation with vitamin A, magnesium glycinate, and undergone silver and Lyme testing. There was a largely unremarkable examination except for decreased sensation reported on the dorsum of the left foot and decreased vibratory sensation throughout. Ms. Harris' diagnosis was systemic inflammatory response syndrome due to infection as well as idiopathic small fiber neuropathy and paresthesias.

On 06/19/2020 the insured followed up with Dr. Potts, who felt that most of the insured's symptoms were secondary to small fiber neuropathy, whether from mold or other etiology. He also felt that Ms. Fox suffered from "sequelae of other neuropathy" and "SIRS" or sick building syndrome. Dr. Potts stated, "Some type of inflammatory phenomenon is going on in this patient." He noted that cervical stenosis was complicating the insured's symptoms and suspected that her gastroparesis might be an autonomic problem connected to the small fiber neuropathy.

On 08/05/2020 the insured followed up with Dr. Krease via telemedicine. She reported concern regarding small intestinal fungal overgrowth and was going to be seen at Vanderbilt Autonomic Disorder Center. She was hesitant to take the antibiotic suggested by Dr. Krease.

On 10/06/2020 the insured saw Frank Burns, MD, regarding dry eyes. Dr. Burns recommended that she start artificial tears. She declined to start the recommended steroid injections. They discussed further possible treatment for her dry eyes including punctual plugs and/or cyclosporine.

On 10/13/2020 the insured saw Wolfgang Singer, MD, a neurologist at the Cleveland Clinic who ordered multiple tests. The same day, she was evaluated by Mark Frye, MD, a psychiatrist.

On 10/15/2020 the insured saw Thomas Osborn, MD, a rheumatologist, regarding Sjogren's. She reported dry mouth for 2-3 years. An ophthalmologist had also diagnosed keratoconjunctivitis sicca and had symptoms of erythromelalgia. On examination, there was full rotation of the cervical spine and some decreased lateral bending. There was an otherwise unremarkable

examination including normal vibration sense. The impression was of Sjogren syndrome, neuropathy of unclear etiology, and erythromelalgia. They discussed trials of Imuran, CellCept, rituximab. Ms. Fox asked about possible immunoglobulin infusions and was advised to discuss this with her neurologist. The following day she followed up with Dr. Singer to discuss test results. There were unremarkable results to the sweat test and autonomic reflex test. There was no evidence of autonomic failure. There was some sympathetic component of orthostatic tachycardia and evidence that anxiety might have been driving this. There was an elevated FFA. Cardiovascular evaluation had been unremarkable, and celiac serologies were normal. Tryptase was also reported as normal. Dr. Fry's impression from a psychiatric standpoint was of somatic symptom preoccupation, and he suggested increasing duloxetine and engaging in cognitive behavioral therapy.

On 10/21/2020 the insured saw Christopher Anstine, MD, a general internist at the Mayo Clinic. He ordered additional testing and followed up on 10/26/2020 with reports of Jean Fox, MD, evaluation which had shown small bowel transit time below the mean and a normal colonic transit time. Anorectal manometry was reported as consistent with pelvic floor dysfunction. Around that time, she had also undergone gynecological evaluation by Amber Klindworth, PA-C, who was in agreement that the insured should engage in pelvic floor physical therapy.

On 10/28/2020 the insured saw dermatologist, Rachel Miest, MD, regarding erythromelalgia. Dr. Miest's impression was of purpura simplex and she prescribed amitriptyline and ketamine topical ointment. The following day, the insured had a nephrology consultation regarding polyuria. The impression was that the insured urinated frequently, likely because of atrophic vaginitis.

On 10/30/2020 Karna Sundsted of the Fibromyalgia and Chronic Fatigue Clinic evaluated Ms. Fox for fatigue and pain symptoms. Trigger areas were tender, and there was an otherwise unremarkable examination. The impression was of fibromyalgia syndrome by newer criteria, and there was a recommendation for continuing duloxetine and engaging in comprehensive non-pharmacologic self-management strategies.

On 11/05/2020 the insured saw Raevti Bole, MD, a urologist regarding hematuria. There was an unremarkable evaluation including CT urogram and cystoscopy.

On 11/17/2020 the insured followed up with gastroenterologist, Jean Fox, MD, who noted that claimant had been admitted to a local hospital with cecal volvulus and had surgical resection of the cecum and approximately 30 cm of terminal ileum.

The next record is a Discharge Summary by Anthony George, Jr., MD, regarding the insured's hospital stay from 11/13/2020 through 11/19/2020. In a postoperative visit of 11/24/2020 Dr. George noted that there had been "fecalization" of distal small bowel, suggesting a chronic condition. Dr. George advised no heavy lifting for 1 month.

---

On 11/30/2020 there was video followup with Dr. Stern. The insured reported that she was doing well on Imuran for her Sjogren's and topical treatment for erythromelalgia. She also had another rash that she attributed to prior shingles.

On 12/01/2020 dermatologist, Megan Huelsman, MD, performed a punch biopsy. The dermatopathology was reported to show nonspecific inflammation.

A week later, there was followup with Dr. George. The insured reported that she was doing all right in terms of bowel function but reported significant fatigue. Dr. George's impression was of "strictured ileocolonic anastomosis" related to Crohn disease. He advised diet and activity as tolerated.

On 12/21/2020 the insured returned to hand surgeon, Ethan Blackburn, MD, complaining of bilateral hand tingling and locking up which had improved with prior injection. There was an equivocal Phalen sign and an otherwise unremarkable examination, including normal strength, range of motion, and light touch sensation.

The next record is a video followup with Dr. Stern dated 01/11/2021. The insured reported having lost her job and was requesting assistance to obtain disability. She noted she could not use her primary care physician, Dr. Potts, for this process as he was the company doctor for her former employer. The doctors at the Mayo Clinic were not interested in becoming involved with the disability process. They had been titrating the azathioprine dose upward. Dr. Stern dictated a letter for disability.

Six days later, the insured followed up with Dr. Stern regarding a planned vacation in Florida. There was no examination documented. Dr. Stern recommended consideration of a second opinion. He advised continuing azathioprine at the current dose and recommended paraffin baths for her hands for treatment of the Reynaud symptoms. The insured had gynecologic consultation by Ms. Klindworth and Marjorie Pilkinton, MD, on 01/27/2021 and 01/28/2021. The impression was of pelvic floor dysfunction.

On 03/08/2021 the insured returned to Dr. Burns regarding brief blurry visual loss. The impression was of ophthalmoplegic migraine. Two days later, Ms. Fox had video followup with Dr. Stern and she reported having the whole house cleaned and was replacing the furniture secondary to concerns about mold contamination. She was not sure it was making a difference. She had changed her diet and discontinued alcohol. She was looking into transcranial direct current stimulation as a treatment for Sjogren syndrome.

On 03/16/2021 Ms. Fox consulted Samuel Carter, MD, an orthopedic surgeon, regarding knee pain. Dr. Carter found normal functional evaluation of both knees. X-rays were reported to have been consistent with mild osteoarthritis. He performed a steroid injection and advised conservative treatment.

---

On 04/07/2021 the insured saw Gregory Potts, MD, for headaches and tinnitus. Notes are handwritten and difficult to read. It seems that she may have taken herself off of azathioprine and was starting treatment with lymphatic massage. Documented examination is unremarkable.

On 04/16/2021 the insured returned to Dr. Carter still reporting knee pain. He advised that she consider viscosupplementation versus MRI to evaluate possible meniscal tear. Three days later, the insured returned to Dr. Blackburn for injections of the bilateral carpal tunnels.

On 05/05/2021 there was again video followup with Dr. Stern, who reported that the insured had not started CellCept as she was having "GI issues" and was afraid that the medication might make this worse. Her small intestinal bacterial overgrowth diagnosis had been overturned at the Mayo Clinic, and she reported confusion over this. Ms. Fox also told Dr. Stern that she was fearful that she had scleroderma, and she had not started pelvic floor physical therapy. She had been having lymphatic massage and had joined a support group. She had started limbic retraining. Dr. Stern recommended starting Rituxan to avoid gastrointestinal medications.

On 07/27/2021 the insured presented to Thomas Osborn, MD, at the Mayo Clinic. She had brought a chart regarding Sjogren's and a list of 19 different articles that she wished to discuss. The examination showed dry eyes and mucus membranes consistent with Sjogren syndrome and was otherwise unremarkable. Dr. Osborn prescribed hydroxychloroquine 300 mg daily.

Two days later, Ms. Fox followed up with Dr. Fox, gastroenterologist at the Mayo Clinic, and reported that she was still unable to work secondary to disabling gastrointestinal symptoms. She reported that Xifaxan had provided temporary relief. Dr. Fox suggested rotating antibiotics to treat the small intestinal bacterial overgrowth.

On 08/17/2021 there was virtual consultation with Daniel Greenman, MD. There is no examination and a problem list was provided. The insured was noted to be taking diflucan topical eyedrops for her Sjogren syndrome, doxycycline, B12, and she was advised to take mushroom, elderberry, and other extracts and to attend pelvic floor therapy.

On 09/15/2021 the insured consulted Pamela Yee, MD, in a virtual consultation as Dr. Yee was located in another state. Dr. Yee recommended laboratories including workup for bartonella with skin and blood samples, and she advised Ms. Fox to do the NASA lean test with her local physician.

In virtual followup of 10/04/2021 Ms. Fox reported having been bedridden for several days in the previous week and "feels she has mast cell issues." Mold had been found in the basement of her home again, and the insured reported a flare of gastrointestinal symptoms which she associated to this. She asked Dr. Yee about low-dose naltrexone. Dr. Yee advised Ear, Nose, and Throat for a deep biopsy of the sinuses, and Dr. Yee documented that restaining of the insured's prior gastrointestinal biopsies confirmed that the insured had mast cell activation syndrome. She was advised to start famotidine and cetirizine. Dr. Yee also noted that there was EBV antibody VCA IgM positivity, indicating Epstein-Barr virus recrudescence.

On 10/20/2021 Ms. Fox consulted gastroenterologist, Lauren Briley, MD, regarding gas and bloating. Dr. Briley noted that a gastric emptying study had shown delay at 2 and 4 hours and that the 6-hour small bowel transit time was below the mean. The insured reported itching. She had stopped taking pancreatic enzyme replacements as she felt they were not helpful. She reported that she was going to see an infectious disease specialist regarding Epstein-Barr reactivation. There was an unremarkable examination, and Dr. Briley advised fiber and antispasmodics.

On 11/05/2021 there was virtual visit with Dr. Stern. Ms. Fox reported doing better on high-dose antihistamines and a proton pump inhibitor. She is hesitant regarding hydroxychloroquine as she feels that immunosuppression should be avoided at that time. Dr. Stern's impression was of sick building syndrome and Epstein Barr reactivation syndrome with overwhelming fatigue. Three days later, there was virtual visit with Dr. Yee, and Ms. Fox advised she was feeling better. Dr. Yee advised adding oral Cromolyn for treatment of the mast cell activation syndrome.

On 12/15/2021 there was followup with Dr. Briley. Documented examination is unremarkable, and Dr. Briley advised starting fiber with probiotics and repeating the course of Xifaxan. In virtual followup with Dr. Yee dated 12/29/2021, Dr. Yee reported that she felt the mast cell activation syndrome still needed to be quelled, and she suggested natural options as well as continuing Xifaxan and a probiotic for the insured's history of vaginal candidiasis.

On 01/06/2022, Jamaal Richie, MD, evaluated the insured for a disability examination. Dr. Richie documented an antalgic gait without use of an assistive device, 3/5 grip strength, 4/5 lower extremity strength, and stated that knee films were suggestive of advanced osteoarthritis. He reported that the insured's symptoms required use of an assistive device and that while there was no fine motor deficit on examination, her history and medical symptoms could present limitations if not treated. She was also noted to be dependent on others for most of her activities of daily living. Dr. Richie concluded that the insured's deficits may make it difficult to perform certain tasks and to maintain a job.

On 01/12/2022 the insured presented to Laura Tudor, APRN, regarding neck pain. Ms. Fox advised that she would like to pursue "diagnostic therapies" to determine "what works for her." She declined cubital tunnel release or carpal tunnel release. Ms. Tudor found tender occipitocervical areas and an otherwise unremarkable examination including distal neurovascular. She recommended starting occipital blocks and to consider radiofrequency ablation. She also advised starting physical therapy. The insured seems to have attended physical therapy from 02/01/2022 through 06/06/2022.

There is virtual consultation with Dr. Stern dated 03/16/2022. Dr. Stern noted that there had been dental extractions and teeth had been sent for DNA/PCR testing for Lyme disease, and those results had been equivocal. The insured reported that her small intestinal bacterial overgrowth was better with treatment for what she described as a rare infection. Ms. Fox also

reported hip pain which she attributed to pelvic misalignment. Dr. Stern advised following up with Infectious Disease regarding the diagnosis of Lyme disease.

On 04/25/2022 the insured saw Erin Moore, APRN, regarding elbow pain. The impression was of left lateral epicondylitis and left cubital tunnel syndrome as well as bilateral carpal tunnel syndrome. Normal strength and range of motion were documented, and the insured was advised occupational therapy.

On 07/07/2022 the insured consulted Kimberly Lentz, MD, who noted mild muscle tenderness and an otherwise unremarkable examination. Dr. Lentz ordered full tickborne testing through IGeneX.

Three weeks later, Dr. Lentz and the insured had a phone consultation regarding lab results. The insured reported that she was having muscle twitching and internal vibration when trying to relax. Dr. Lentz stated that she feels the "primary issues" are bartonella and Epstein-Barr virus. Dr. Lentz prescribed azithromycin and rifampin as well as nystatin to prevent yeast infections. Valacyclovir should be considered for chronic Epstein-Barr virus infection.

On 08/11/2022 there was again phone consultation with Dr. Lentz as the insured was reporting symptoms related to treatment. Dr. Lentz advised drinking water with lemon or lime and baking soda and also taking extra vitamin C and Epsom salt baths.

On 07/11/2022 polysomnography had been reported as showing poor sleep efficiency and no rapid eye movement sleep.

**PHYSICIAN OUTREACH:**

On 10/03/2022 at 10:30 a.m. Eastern Standard Time, I called the office of Dr. Pamela Yee at 914-652-7800 and followed the phone tree prompts. There was no option to reach Dr. Yee, and the automated system simply said, "Goodbye."

On 10/04/2022 at 11:17 a.m. Eastern Standard Time, I called the same number for Dr. Yee, again reached a phone tree that did not offer an option to leave a message for the physician and simply told me goodbye at the end.

On 10/03/2022 at 10:32 a.m. Eastern Standard Time, I called the office of Dr. Kimberly Lentz at 317-708-3708, followed the phone tree prompts and reached Amanda, who told me that the doctor was in a room with patients. I left a detailed message including callback number.

On 10/04/2022 at 11:19 a.m. Eastern Standard Time, I called Dr. Lentz's office at the same number and reached voicemail. I left a detailed message including callback number.

On 10/05/2022 at 10 a.m. Eastern Standard Time, Dr. Lentz returned my call and advised that she had seen the insured in person only once and that was on 07/07/2022. She also advised that she does not do functional assessments on her patients.

On 10/03/2022 at 10:34 a.m. Eastern Standard Time, I called the office of Dr. Wayne Villanueva at 502-259-5955, followed the phone tree prompts, and reached Polly, who put me on hold. At 10:41 a.m. the phone began to ring again and I reached Polly again. I left a detailed message including callback number.

On 10/04/2022 at 11:21 a.m. Eastern Standard Time, I again called Dr. Villanueva's office and reached Kathy, who said that neither the doctor nor his advanced practice RN, Laura Tudor, were available. I left a detailed message including callback number. At 11:55 a.m. that same day, Sierra returned my call and said that Dr. Villanueva had advised that he would not be commenting on the case.

On 10/03/2022 at 10:42 a.m. Eastern Standard Time, I called the office of Dr. Ethan Blackburn at 502-629-4263, followed the phone tree prompts, and reached Destiny, who said that the doctor was in clinic. I left a detailed message including callback number.

On 10/04/2022 at 11:24 a.m. Eastern Standard Time, I called Dr. Blackburn's office at the same number and again reached Destiny, who said, "Someone should be getting back to you today."

On 10/03/2022 at 10:46 a.m. Eastern Standard Time, I called the office of Dr. Steven Stern at 502-583-5836, followed the phone tree prompts, and reached Amanda, who said that the doctor was out of the office but that his assistant would be checking messages and forwarding them..

On 10/04/2022 at 11:26 a.m. Eastern Standard Time, I called Dr. Stern's office again and reached Judy. She told me that the doctor was on vacation. I asked if I could speak with a physician assistant and she transferred me to Vicky, who advised that she was a medical assistant, not a physician assistant, and did not feel comfortable commenting on the case.

On 10/03/2022 at 10:49 a.m. Eastern Standard Time, I called the office of Dr. Gregory Potts at 502-240-5900 and reached Udeemi, who advised that Dr. Potts was out of the office. I left a detailed message including callback number.

On 10/04/2022 at 9:50 a.m. Eastern Standard Time, I again called Dr. Potts' office at the same number and reached Eugenie, who advised that Dr. Potts would call me the following day at 2:15 p.m. Eastern Standard Time. Dr. Potts did return my call on 10/05/2022 at 2:15 p.m. Eastern Standard Time. He said that he was no longer Ms. Fox's primary care physician. He told me that she had had severance from her previous employer in 02/2020 when her department was moved to another state. As part of her severance agreement, she was allowed to continue seeing him, even though he was the company physician, for 18 months after severance. Dr. Fox advised that he could no longer comment on Ms. Fox's functional status from the time period in question ongoing.

---

**RESPONSE TO QUESTIONS:**

I was asked to respond to the following questions:

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

   There are no functionally impairing diagnoses in this case during the time period in question.

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

   This is not applicable as there is no evidence of functional impairment in this case during the time period in question.

3. **Do medical records support any restrictions and limitations that were recommended by treating providers for the timeframes in question?**

   Timeframe in question is 08/03/2022 forward. Dr. Lentz indicated in a letter dated 08/25/2022 forward that she felt the insured was not capable of any work activity. There is no evidence in the records made available for this review or in conversations with the insured's treating providers that this is the case.

4. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

   The insured has been advised to pursue surgical treatment of carpal tunnel and cubital tunnel syndrome and she seems to have declined to do so. She has some cervical spinal degenerative disease on imaging, and Dr. Wayne Villanueva has advised that at some point she will likely require a C5 corpectomy. However, clinical examinations and the results of electrodiagnostic studies do not indicate that this is currently a functionally impairing condition. She was advised to pursue epidural steroid injections for treatment of her neck pain complaints, and she does not seem to have pursued this. Dr. Lentz has diagnosed the insured with Lyme disease. To me, it is not evident that the insured meets CDC criteria for Lyme disease. She seems to have had an episode of Epstein-Barr recurrence serologically, and Dr. Lentz advised that she was treating the insured with valacyclovir for this. The insured has been advised to seek treatment or opinion from an Infectious Disease consultant and it does not seem that she has done this. I am not certain that the treatment for alleged Lyme disease or Epstein-Barr virus was indicated in this case. The recommendations for topical treatments for sicca syndrome are very reasonable. The insured was, at one time, advised that she should be on immunosuppressive therapy for Sjogren syndrome. She seems to have been intermittently compliant with this, and in any case, she does not seem to

have functional impairment from a rheumatologic disease during the time periods in question.

5. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts- child or elder care issues, or legal issues) that may adversely impact work?**

No circumstances of those natures were identified in the records made available for this review.

6. **Taking into consideration the entire clinical picture including standards of care and evidence based medicine and any medication or any other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from August 3, 2022 to the present? Please identify any impairing diagnosis as well as any comorbid conditions that may be impacting functionality. Please explain your medical rationale as to why or why not.**

The insured does not have functional impairment during the time period in question based on the records made available for this review and the conversations that I had with her treating providers. A primary diagnosis of sicca syndrome was assigned to this case. The insured does not seem to have any functional impairment by documented examinations during the time period in question. She was advised to use topical treatments for control of her symptoms. She also seems to have been advised to use immunosuppressants. However, even in the absence of compliance with this treatment, she does not seem to have any functional impairment from that diagnosis. Secondary diagnoses of mast cell activation syndrome, POTS, SIBO, fibromyalgia, spinal stenosis, knee pain, IBS, and IBV will be addressed in turn.

i. Mast cell activation syndrome is treated appropriately in this case with antihistamines and proton pump inhibitors, and there is no indication on documented clinical examinations that the insured has functional impairment from this diagnosis.

ii. POTS. There was no definitive diagnosis made of POTS. There was an increase in heart rate with the NASA lean test documented by one of her providers; however, there was no concomitant drop in blood pressure, and as one consultant said, anxiety seems to have played a role in the increase in heart rate. There is no evidence that the insured has functional impairment or even meets standard criteria for a diagnosis of POTS. Evaluation was never escalated to include standard tilt table testing, and treatment was never escalated to include thigh-high compression stockings or use of appropriate medications. This is not because of an oversight on the part of her treating physicians but rather because she does not seem to have required any escalation in evaluation or treatment related to that diagnosis.

iii.SIBO, small intestine bacterial overgrowth. A consultant at the Mayo Clinic opined that this was likely a contaminant. The insured has received appropriate treatment for that

diagnosis in the form of Xifaxan. She was also advised by one consulting gastroenterologist to trial some rotating antibiotics; however, she declined. There is no evidence that the insured has functional impairment from a diagnosis of SIBO or even that she meets standard criteria for that diagnosis.

iv. Fibromyalgia syndrome. This is not a functionally impairing diagnosis.

v. Spinal stenosis. There is evidence that the insured has some degenerative disc disease in the cervical spine; however, there is no evidence clinically or by electrodiagnostic study that she has neural compromise which would result in functional impairment from this diagnosis. She has elected not to pursue the recommended treatment of epidural steroid injection.

vi. Knee pain. The insured reports knee pain and there does not seem to be any consistent functional impairment from this diagnosis. The disability evaluator opined that she had significant osteoarthritis; however, he was the only documented evaluator to have that finding. On 03/16/2021 Samuel Carter, MD, an orthopedic surgeon, evaluated the insured and found that she had full range of motion, normal strength, and evidence of mild osteoarthritis. He advised conservative treatment with steroid injections on an as-needed basis and physical therapy. In followup of 04/16/2021, Dr. Carter advised that the insured could pursue MRI in order to evaluate for a possible meniscal tear and/or pursue viscosupplementation. She seems to have declined either, and her functional knee exams are documented as unremarkable. Therefore, no functional impairment and no work activity restrictions are attributable to that diagnosis.

vii. Irritable bowel syndrome. This is not a functionally impairing diagnosis.

viii. Epstein-Barr virus reactivation. There is no evidence in the records provided for this review that the insured has functional impairment as a result of that diagnosis. Documented clinical examinations are unremarkable.

7. **If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please include duration for restrictions.**

   Functional impairment is not supported during the time period in question in this case. Therefore, work activity restrictions are not supported. As noted, clinical examinations are unremarkable.

8. **Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from August 3, 2022 to present? Please explain your medical rationale.**

---

Yes, the medical evidence does not support that the insured has any impairment in endurance, and therefore, she has to ability to sustain full-time work capacity. Cardiovascular workups have been unremarkable.

**9. Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.**

The insured seems to have had variable compliance with prescribed medications. During our recent conversation, Dr. Lentz alluded to the fact that she had a phone conversation with the insured in August regarding "issues" with the rifampin. However, there is no documented evidence that these "issues" were functionally impairing.

**10. Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported pain, fatigue, decreased motor strength, disorders in the cervical and lumbar spine and knee, symptomology from Sjogren's disease, mast cell activation syndrome, SIBO, POTS, Lyme Disease, fibromyalgia and carpal and cubital tunnel syndrome consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How do these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

As stated previously, the insured has had extensive workups and has been found to have some cervical spinal as well as upper extremity syndromes that may benefit from surgical intervention and/or epidural steroid injection. However, documented examinations do not indicate that there is functional impairment from any of these conditions and her orthopedic providers have recommended treatment that would address her reports of pain. There was a sleep study that indicated that the insured had poor sleep efficiency. However, treatment was never escalated to include any efforts at improving the insured's sleep. She has never been documented to appear as drowsy or have cognitive impairment attributable to fatigue during the time period in question. In short, the insured's reported symptoms have not been found to correlate with any functional impairment either clinically or in exhaustive workup by her local clinicians and by the Mayo Clinic.

**11. If your conclusions are different from the conclusions in the review by Dr. Joseph Pachman, please explain the medical rationale and evidence used in your coming to the different conclusions.**

Dr. Pachman seems to have indicated that the insured should be limited in lifting and carrying by her reports of pain and fatigue. He does not provide functional evidence that the insured has any weakness. His recommendation that the insured should not work in a dry

environment without use of a humidifier seems reasonable as she reports dry eyes and mouth; however, this seems to be a reasonable accommodation for comfort and not a necessary work restriction due to functional impairment. The insured seems to have had variable compliance with her ophthalmologist's recommendation even for the use of artificial tears, and as noted, she was not compliant with her rheumatologist's suggestion of treatment with azathioprine for her Sjogren syndrome.

Sincerely,

Louise Y. Banks, M.D.
Board Certified in Occupational Medicine/Internal Medicine
Pennsylvania License # MD047820L

ECN
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
Exam Coordinators Network A division of Genex Services, LLC
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Keeta Fox
Claim Number: 10310112
Case Number: 166473-5

"I, Louise Y Banks, MD, am a physician duly licensed to practice medicine in the State of Pennsylvania. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

[signature] 10/13/2022

Signature of Physician Date

Medical/Professional License # PA MD047820L

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Thu, 13 Oct 2022 21:16:42 +0000
**To:**VendorReferrals
**Subject:**K. Fox Claim #10310112
**Attachments:**Peer Review Report_8760140BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached are the Peer Review and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Sara Staley**
*Quality Assurance Coordinator*
Exam Coordinators Network, a division of Genex Services
**T**: 855-648-9248 #3
**F**: 561-392-5881
**Access our portal at:** View My Cases

urac
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 161567**

**Date** **10/13/2022**

***Bill To:***

**Jerronda King**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 10310112
**Date of Loss:** 2/4/2020
**ECN #** 166473-5
**Account #**

**Claimant** Keeta Fox

| | | |
|---|---|---|
| 9/30/2022 | Peer Review - Long Term Disability: Service<br>Provider: Louise Y Banks, MD<br>Specialty: Internal Medicine/Occupational Medicine | $1615.00 |
| | **SubTotal** | $1615.00 |
| | **Final Invoice Total** | $1615.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, September 28, 2022 12:29:21 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | vvm3fwa2vmqxzwmggsgd_13656982.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 28, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John s International, Inc. s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than October 27, 2022. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

You were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln s response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, September 14, 2022 7:13:41 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | fegn9mf4qbutpdq71fj9_13555102.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 14, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Per your voicemail September 13, 2022, you wanted to confirm receipt of the Social Security Independent notes.

This email is to confirm what information has been received for your appeal. The following documentation has been received since the August 4, 2022 determination:

- *Letter from Dr. Stern dated January 27, 2021*
- *Letter from Kimberly Lentz dated August 25, 2022*
- *Letter from Dr. Greg Potts dated August 29, 2022*
- *Internal examination by Disability Determination Services. Jamaal Richie dated January 6, 2022*
- *Letter from Dr. Pamela Yee dated August 18, 2022*
- *Medical documentation from Dr. Kimberly Lentz from July 7, 2022, to July 28, 2022 including lab reports, Epstein panel, Borreliossi – lyme disease labs*
- *Emails from you dated August 8, 2022, August 10, 2022 and August 11, 2022*
- *Polysomnography report*
- *Listings for Social Security Disability for the Immune System*
- *Literature on Sjogren's from the Sjogren's Foundation*

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

**From:** DisabilityDocuments
**Sent:** Monday, September 12, 2022 7:18 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Social security ime

---

From: Keeta Fox
Sent: Monday, September 12, 2022 11:18:20 PM (UTC+00:00) Monrovia, Reykjavik
To: DisabilityDocuments
Subject: Social security ime

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms King

Just also want to confirm that you have the Social Security independent doctors notes as well.
If you could let me know thanks

Sent from my iPhone

**From:** DisabilityDocuments
**Sent:** Wednesday, September 7, 2022 3:04 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Dr Lentz Disability Document

---

**From:** Keeta Fox < _ com>
**Sent:** Wednesday, September 7, 2022 7:01:08 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; GJP <gpottsmd@yahoo.com>; Dr. Pamela Yee | Blum Center for Health <dryee@blumcenterforhealth.com>
**Subject:** Dr Lentz Disability Document

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dr Lentz Letter 090622.pdf

NEW HORIZONS
Integrative Medicine

August 25, 2022

RE: Keeta Fox DOB:
Claim # 10310112

To Whom This May Concern:

The patient mentioned above has been under my care since July 2022. She is currently on treatment for positive testing of Borellia and Bartonella and Epstein Barr Virus.

Borellia and Bartonella are spirochete infections. These were diagnosed by Igenex Lab. Keeta also presents with symptoms characteristic of these infections. She has started treatment of these infections. She is experiencing flares of her symptoms which are debilitating at times. Those include; chronic fatigue, nerve pain, fevers, chills, joint pain, muscle pain, polyneuropathies and insomnia. Complicating her recovery is the diagnosis of multiple problematic conditions including Mast Cell Activation Syndrome, EBV and Postural Orthostatic Tachycardia. The symptoms that accompany these diagnoses cause syncope, tachycardia, headaches, nausea, debilitating fatigue and dysregulation of her temperature, pulse and blood pressure. These symptoms make it very difficult to exert energy for any length of time. Ms. Fox does struggle to go up and down stairs. Her symptoms are sporadic and unpredictable. It would be best if Ms. Fox could undergo treatment and recover at home in order to facilitate the best outcome for her condition. I do not see how any limitations at the workplace would enable her to continue working with these current diagnoses so I am requesting full disability at this time.

If you have any questions, please contact my office.

Sincerely,

Kimberly J Lentz, MD

1500 W. Oak Street, Suite 500 • Zionsville, IN 46077 • 317-708-3708 • Fax 317-733-4422
www.NHIM.us

**From:** DisabilityDocuments
**Sent:** Wednesday, September 7, 2022 8:48 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Dr Sterh Rheumatology Disability Letter

---

**From:** Keeta Fox < >
**Sent:** Thursday, September 8, 2022 12:47:40 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; GJP <gpottsmd@yahoo.com>
**Subject:** Dr Sterh Rheumatology Disability Letter

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Wanted to make sure you had a copy of this letter in your files. I know in the latest notes/update from Dr Stern he continues to refer to this conclusion/assessment with no significant changes/improvement. Thanks

Dr Stern Jan 2021 Letter.pdf

KENTUCKIANA
RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

Name: Keeta Fox
Date of Birth:
Provider: Steven Stern MD
Date of Visit: 1/11/2021

January 27, 2021

RE: Keeta R Fox
DOB:

To Whom It May Concern:

I write to you in regards to Ms. Keeta Fox who is a patient in our Arthritis Center for whom we help to manage her underlying immunologic disorder. This involves multiple organ system manifestations and is permanent in nature and will continue to last for the rest of her life and certainly well past one year. Please give her all due consideration for giving her disability based on this condition and the other conditions diagnosed by the Mayo Clinic. Ms. Fox was not able to work at her job, or any job, during the last 12 months while under my care. I am attaching a copy of her symptom list as well.

Sincerely,

Steven W. Stern MD

*Provider:*
Stern, Steven 01/26/2021 1:53 PM

Document generated: 01/26/2021

**Papa Cares**

2002 Papa John's Boulevard Louisville, KY 40299
**Phone:** (502) 240-5900 **Fax:** (502) 240-5905

August 29, 2022

**RE: Keeta Fox**

To Whom It May Concern:

This letter is in regard to medical diagnoses, symptoms experienced, and functional limitations for the above-named patient. Mrs. Fox has been a patient of mine for the last 7 years.

1. **Sjogren's syndrome** causes headaches, eye, and vaginal dryness, swollen and painful salivary glands, irritable bowel, and gastrointestinal dysfunction (which includes difficulties with swallowing and with bowel movements), recurrent bronchitis, peripheral neuropathy (small fiber neuropathy confirmed by biopsy), joint and muscle pain, fatigue, and periodontal disease.

2. **Mast cell activation syndrome** causes pruritis, headaches, nausea, nasal congestion, urticaria, diarrhea, abdominal cramping, tachycardia, fatigue, hypotension, and bronchospastic cough. These can be triggered by stress and exposure to fragrances in such things as colognes, cleaning products, etc.

3. **Small Intestine Bacterial Overgrowth** causes diarrhea and excessive bowel movements, flatulence, fatigue, abdominal bloating, and nausea which may be worsened after eating. This condition is most likely permanent at this point due colon resection (including her ileocecal valve) due to a cecal volvulus.

4. **Postural Orthostatic Tachycardia Syndrome/Orthostatic Intolerance** causes intermittent symptoms such as lightheadedness, dizziness, vision blurring, generalized weakness, palpitations, fatigue, anxiety, nausea, dyspnea, headache, mental clouding, and poor exercise tolerance.

5. **Lyme disease and chronic EBV infection** cause fatigue, intermittent low-grade fever and flu-like symptoms, joint and muscle pain, swollen and tender cervical lymph nodes.

6. **Fibromyalgia** causes widespread musculoskeletal pain, fatigue, sleep disturbances, mental clouding, headache, and paresthesia of extremities.

7. **Chronic fatigue syndrome** causes headache, insomnia, low-grade fever, insomnia, muscle and joint pain.

8. **Other conditions such carpal and cubital tunnel syndromes, cervical spine stenosis, bilateral knee osteoarthritis** add to patient's conditions outlined above.

Papa Cares
2002 Papa John's Boulevard Louisville, KY 40299
**Phone**: (502) 240-5900 **Fax:** (502) 240-5905

The severity and frequency of the symptoms vary day to day and there is significant overlap in symptoms of the above conditions. She would be severely limited in her ability to be gainfully employed due to episodic flu-like symptoms and fever, frequent trips to restroom, exposures that might trigger/worsen one or more of the conditions, profound fatigue and physical discomfort. It is my medical opinion that Mrs. Fox be awarded full disability.

Sincerely,

Greg Potts, M.D.
Papa Cares, LLC
2002 Papa Johns Boulevard
Louisville, KY 40299

**From:** DisabilityDocuments
**Sent:** Wednesday, August 31, 2022 10:18 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: LTD letter case 10310112

---

**From:** Keeta Fox
**Sent:** Wednesday, August 31, 2022 2:17:10 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; GJP <gpottsmd@yahoo.com>
**Subject:** LTD letter case 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from my iPhone

Begin forwarded message:

> **From:** GJP <gpottsmd@yahoo.com>
> **Date:** August 31, 2022 at 10:11:53 AM EDT
> **To:** Keeta Fox < .
> **Subject: Signed letter**
>
> **Greg Potts**

**[Error : unloaded OLE object or mail attachment]**

**Papa Cares**

2002 Papa John's Boulevard Louisville, KY 40299
**Phone:** (502) 240-5900 **Fax:** (502) 240-5905

August 29, 2022

**RE: Keeta Fox**

To Whom It May Concern:

This letter is in regard to medical diagnoses, symptoms experienced, and functional limitations for the above-named patient. Mrs. Fox has been a patient of mine for the last 7 years.

1. **Sjogren's syndrome** causes headaches, eye, and vaginal dryness, swollen and painful salivary glands, irritable bowel, and gastrointestinal dysfunction (which includes difficulties with swallowing and with bowel movements), recurrent bronchitis, peripheral neuropathy (small fiber neuropathy confirmed by biopsy), joint and muscle pain, fatigue, and periodontal disease.

2. **Mast cell activation syndrome** causes pruritis, headaches, nausea, nasal congestion, urticaria, diarrhea, abdominal cramping, tachycardia, fatigue, hypotension, and bronchospastic cough. These can be triggered by stress and exposure to fragrances in such things as colognes, cleaning products, etc.

3. **Small Intestine Bacterial Overgrowth** causes diarrhea and excessive bowel movements, flatulence, fatigue, abdominal bloating, and nausea which may be worsened after eating. This condition is most likely permanent at this point due colon resection (including her ileocecal valve) due to a cecal volvulus.

4. **Postural Orthostatic Tachycardia Syndrome/Orthostatic Intolerance** causes intermittent symptoms such as lightheadedness, dizziness, vision blurring, generalized weakness, palpitations, fatigue, anxiety, nausea, dyspnea, headache, mental clouding, and poor exercise tolerance.

5. **Lyme disease and chronic EBV infection** cause fatigue, intermittent low-grade fever and flu-like symptoms, joint and muscle pain, swollen and tender cervical lymph nodes.

6. **Fibromyalgia** causes widespread musculoskeletal pain, fatigue, sleep disturbances, mental clouding, headache, and paresthesia of extremities.

7. **Chronic fatigue syndrome** causes headache, insomnia, low-grade fever, insomnia, muscle and joint pain.

8. **Other conditions such carpal and cubital tunnel syndromes, cervical spine stenosis, bilateral knee osteoarthritis** add to patient's conditions outlined above.

Papa Cares
2002 Papa John's Boulevard Louisville, KY 40299
**Phone:** (502) 240-5900 **Fax:** (502) 240-5905

The severity and frequency of the symptoms vary day to day and there is significant overlap in symptoms of the above conditions. She would be severely limited in her ability to be gainfully employed due to episodic flu-like symptoms and fever, frequent trips to restroom, exposures that might trigger/worsen one or more of the conditions, profound fatigue and physical discomfort. It is my medical opinion that Mrs. Fox be awarded full disability.

Sincerely,

G Potts MD

Greg Potts, M.D.
Papa Cares, LLC
2002 Papa Johns Boulevard
Louisville, KY 40299

**From:** DisabilityDocuments
**Sent:** Wednesday, August 24, 2022 3:30 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Social Security Doctor Disability Assessment Jan 6 22

---

**From:** Keeta Fox <l >
**Sent:** Wednesday, August 24, 2022 7:28:15 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; GJP <gpottsmd@yahoo.com>
**Subject:** Social Security Doctor Disability Assessment Jan 6 22

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

See attached. Summary Conclusion per Dr Jamaal Richie:

The patient's physical deficits and medical conditions may make it difficult for the patient to perform certain tasks and maintain a job.

Still waiting on Dr Potts documentation. As well as Dr Lentz

Dr Potts
Any estimated time frame for your final documentation?

Thanks**[Error : unloaded OLE object or mail attachment]**

**CLAIMANT: Keeta Fox**
**CASE #: 2401265**
**DATE OF EXAM: 1-6-2022**

DEPARTMENT FOR DISABILITY DETERMINATION
P.O. BOX 1000
FRANKFORT, KENTUCKY 40601

PHYSICIAN: Dr. Jamaal L. Richie
LIBERTY MEDICAL ASSESSMENT
PO BOX 34184
LOUISVILLE, KY 40232

**PLACE OF EXAMINATION:** Louisville East
**EXAM TYPE:** INT

**CHIEF COMPLAINT: Sjorgens syndrome, chronic fatigue syndrome, fibromyalgia, neuropathy, cecal volvulus, cervical stenosis, carpal tunnel syndrome, SIBO, gastritis**

**HISTORY OF PRESENT ILLNESS:** Patient is a 55 year old female presenting for disability evaluation. She was a finance manager at papa johns and has had symptoms of her hands locking up with sxs of numbness and tingling making it difficult for her to hold items.

- - having daily chest pain and pressure as well as headaches
- - having symptoms of global neuropathy in her hands and feet. Has received a nerve conduction study and was found to have symptoms of ALS but no notable findings on study
- - has started to have Bowel issues in June 2019- then carpal tunnel then neuropathy
- Now seeing a rheumatologist, was diagnosed with Sjogrens at mayo clinic,
- > still has symptoms of dry mouth and dry eyes that make sxs include stomach upset, peripheral neuropathy, irritable bowel, gastrointestinal dysmotility, vaginal dryness, fatigue, dry skin rashes, swollen, painful parotid/salivary dry eyes, headache.
- Diagnose with Mass cell syndrome takes medication for cecal volvulus, and was found to have small intestinal bacterial overgrowth, had cecal volvulus surgery November 2020 . SIBO
- Carpal tunnel syndrome present for several years with endorsed pain and discomfort upon use of her hands, endorses difficulty with gripping and holding items for extended periods of time.
- Cervical stenosis in c5-c6, she has symptoms of neck pain and headache. Now starting to have some incontinence issues and her symptoms have progressed from mild to moderate with shuffling gait and tripping. She is now dropping items occasional when she goes to grip things.
- Was getting injections for carpal tunnel and no longer work. Has symptoms of numbness and tingling that make it difficult for her to grip things, wears wrist splints, not present today and wears them nightly, states the are not helping anymore. Has trouble with typing and writing.

**CLAIMANT: Keeta Fox**
**CASE #: 2401265**
**DATE OF EXAM: 1-6-2022**

- Both knee have progressive pain, tenderness, popping sensation and she has been diagnosed with osteoarthritis. Ha has difficulty with bending and squatting. No issues with standing for 5 minutes. Could walk approximately 20 minutes, occasionally requires help with ADLS such as bathing, ambulation, cooking.
- She has reactivated EBV diagnosed when she saw her internal medicine provider in November 2021.

**SOCIAL HISTORY:**
No smoking, alcohol or drug use unless otherwise noted above.

**PAST MEDICAL HISTORY:**
Negative except as per above

**PAST SURGICAL HISTORY/HOSPITAL ADMISSIONS:**
Negative unless otherwise noted above

**REVIEW OF SYSTEMS:**
GENERAL: no weight loss or fevers
NEUROLOGIC: positive numbness and weakness
HEENT: no blurry vision, no hearing issues
CARDIAC: positive chest pain
RESPIRATORY: no shortness of air or cough
GI: positive bowel incontinence, diarrhea and constipation
GU: no bladder incontinence, frequency, or urgency
PSYCH: no depression or anxiety
SKIN: no rashes or easy bruising

**PHYSICAL EXAMINATION:**

VITAL SIGNS see attached sheet

VISUAL ACUITY see attached sheet

GENERAL: Antalgic gait, station stable, no assist device present. Able to get on and off table with mild difficulty and no assistance.

HEENT: Moist mucous membranes. Extraocular muscles intact. The patient could hear, understand, and respond to normal conversational speech.

CHEST: A normal S1 and S2 were heard. Rate was normal and rhythm was regular. There were no murmurs, rubs or gallops.

PULMONARY: The lungs were clear to auscultation bilaterally. No wheezes, rales, or rhonchi.

**CLAIMANT: Keeta Fox**
**CASE #: 2401265**
**DATE OF EXAM: 1-6-2022**

ABDOMEN: The abdomen was soft and nontender.

EXTREMITIES: There was no evidence of chronic venous obstruction nor arterial insufficiency, superficial varicosities, recurrent ulcerations, nor extensive brawny edema.

MUSCULOSKELETAL: Normal posture. There was no demonstration of swelling, erythema, atrophy, scarring, drainage sites, anatomic deformity, spasm nor tenderness; no demonstration of active rheumatoid arthritis. 3/5 bilateral grip strength. 4/5 bilateral lower extremity strength.

RANGE OF MOTION: Limitations as detailed. Please refer to attached sheets for specific values.

NEUROLOGIC: Awake, alert, and oriented x3. Able to think, remember, and reason; able to speak, and carry out purposive movement. Normal coordination. Able to sit and stand without difficulty. Negative straight leg raise both seated and supine. No focal neurologic deficits. Normal sensation.

OBESITY: The patient's weight did not affect ability to ambulate, sit, and stand, nor breathing/fatigue.

**DIAGNOSTIC STUDIES: «XRAYLAB»**
XR knee reviewed with findings suggestive of grade 3 advance degenerative joint disease. No findings of fracture or other notable pathology on evaluation.

**DIAGNOSIS AND SUMMARY:**
55 year old female with complex medical history presenting for disability evaluation with impressive advanced degenerative joint disease on diagnostic evaluation. Patient does not have assist device present but would benefit from the use of such device as well as further evaluation and treatment of her multiple co-morbidities.

**MEDICAL SOURCE STATEMENT:**
The patient is limited in the ability to sit, stand, and ambulate by history, with findings supported by physical exam. The patient requires the use of an ambulatory assist device although one was not present on examination. The patient did not demonstrate significant limitation in performance of fine motor task on exam although this patient's history and medical conditions could present limitations if her symptoms are not controlled. The patient is dependent on others for assistance in performing most activities of daily living. The patient's physical deficits and medical conditions may make it difficult for the patient to perform certain tasks and maintain a job.

Jamaal L. Richie, MD

**From:** DisabilityDocuments
**Sent:** Thursday, August 18, 2022 7:29 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Dr Pamela Yee LTD Case 10310112

---

**From:** Keeta Fox <
**Sent:** Thursday, August 18, 2022 11:28:10 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; Dr. Pamela Yee | Blum Center for Health <dryee@blumcenterforhealth.com>
**Subject:** Dr Pamela Yee LTD Case 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

HI Jerronda
Dr Pamela Yee wrote this letter for your files. I am sending it you. If you have any questions you can correspond directly with Dr. Pamela Yee

In this document Dr Yee references the Mast Cell and POTS diagnoses she made. Addiotionally she confirmed 2 diagnosed by others; those are Tick Born Infection and EBV. ( Item #3) It should be noted another doctor at Blum diagnosed those illnesses and then went out on maternity leave at which point I moved to Dr Pamela Yee's care, who also specializes more in Tick Born Infections.

You should have those related medical records and appointment notes. If you need anything more from Dr Yee please advise.

Dr Potts, PCP, will also be sending additional medical info as will Dr Lentz (tick born illness treatment plan currently in process) in the coming days.

Thanks
Keeta Fox

**[Error : unloaded OLE object or mail attachment]**

blŭm™
HEALTHMD

8/18/22
Pt: Keeta Fox
Reference claim # 10310112

To Whom it May Concern

This is regarding patient Keeta Fox DOB who consulted me from 9/15/2021 through 5/25/2022, During that time I diagnosed her with several conditions and confirmed prior conditions diagnosed by others.

1. Mast Cell Activation Syndrome - Diagnosis based on her response to H1 and H2 blockers and also known dermatographia. Her symptoms also include itching and rash which responded to the H1 and H2 blockers. Other potential symptoms the patient has which is seen in MCAS are headaches and nausea. Dx also based on restaining of her endoscopy and colonoscopy which showed an increase in mast cell population in the large bowel. It seemed that potential triggers for Ms Fox included fragrances and cleaning products. This would make it difficult to ensure, at work, that her surrounding environment would not trigger her symptoms.
2. Postural Orthostatic Tachycardia - Discussed and diagnosed 11/8/2021 based on positive findings on the NASA Lean testing. POTS could be associated with many of her symptoms included palpitations, body aches, exercise intolerance and fatigue. This was discussed and diagnosed on 11/8/2021. This could pose an issue at work with frequent standing, sitting as this condition is known to affect dysregulation of blood pressure and pulse.
3. Tick Born Infections - this was diagnosed from several tests including Igenex from July 2020 showing an active infection with Borellia Burgdorferi. Also consistent with this are lower levels of CD57 from labs done in August 2020 and again July 2021. Prior to her seeing me she was started on a course of doxycycline which did not help her symptoms at the time. Further workup was initialed after that. Possible symptoms she was experiencing that are associated with Lyme disease include fevers, joint pain, myalgias, fatigue, chills and enlarged lymph nodes. This would clearly impact her ability to do any standard work. This would be likely compounded by her chronic EBV infection diagnosed prior to seeing me and continued to be active.

I hope this is a satisfactory summary of the major findings in this patient. Please call my office for any further clarifications you may need.

Sincerely,

Pamela Yee, MD

blŭm™
HEALTHMD

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 15, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Papa John's International, Inc.'s Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim. In a telephone conversation on August 15, 2022, you reported that you would be sending additional medical information in support of your appeal. A copy of your claim file was forwarded for your review on August 15, 2022 (sent to your email address). Please review the claim file and provide any outstanding medical documentation from any treating providers.

For Lincoln to conduct a timely review of your appeal, we ask that you submit any additional information you wish to have considered within 30 days of this letter. Please contact us should you need additional time.

If we do not hear from you and do not receive additional information by September 14, 2022, we will proceed with our appeal review and make a final determination based on the information currently contained in your file.

Medical documentation can be sent to disabilitydocuments@lfg.com or faxed to the below secure fax number.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed,

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period. If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

PATIENT
**Keeta Fox**

| | |
|---|---|
| **DOB** | |
| **AGE** | 55 yrs |
| **SEX** | Female |
| **PRN** | FK438161 |

FACILITY
**New Horizons Integrative Medicine**
**T** (317) 708-3708
**F** (317) 733-4422
1500 W Oak Street
Suite 100
Zionsville, IN 46077

ENCOUNTER
**Office Visit**

| | |
|---|---|
| **NOTE TYPE** | Case Review |
| **SEEN BY** | Kimberly Lentz MD |
| **DATE** | 07/28/2022 |
| **AGE AT DOS** | 55 yrs |

Electronically signed by Kimberly Lentz MD at 07/28/2022 12:25 pm

## Chief complaint

(Appt time: 7/28/2022 11:00:00 AM) (Arrival time: 10:45 AM)

## Vitals for this encounter

No vitals recorded

### CASE REVIEW

Igenex results:
IFA 40
Bb IgM +23
Bb IgG +41
*Bart +IgM & +IgG

*EBV +IgM, +3/3 IgG
Histamine 8
Vitamin D 52

Keeta and I had a phone consultation to discuss the above test results. We did review a little bit of her past history. She's not been sleeping well for about 6 months. The CBD gummies did not change that. She does have a history of sandfly bites while vacationing in Florida. She feels tired but can't fall sleep. When she does try to relax, she gets very twitchy and feels internal vibrations. She has had cold as well as electrical sensations into her hands and feet. The duloxetine was originally prescribed for small fiber neuropathy. She recently had an increasing her amitriptyline to 25 mg because 10 mg was not effective.

After our discussion today, I think Keeta's primary issues are Bartonella and EBV. She's had chronically elevated IgM antibodies to Epstein-Barr. Infectious disease told her that it was more than likely a false positive and was due to some other issue. I guess it is possible that Bartonella could be driving that abnormal lab but we'll see over time as we retest.

We opted to move forward with a pharmaceutical treatment plan at this time. We did discuss herbs. They would be a possibility in the future. We will be starting azithromycin 500 mg daily along with rifampin 300 mg twice per day. We'll add nystatin for yeast prevention. We also are considering valacyclovir for the chronic EBV.

We discussed risk and benefits of the treatment plan. Keeta understands the treatment is outside the standard. If there are any issues with the treatment plan, she is to let me know. We'll do a 15 minute check-in in 6 weeks and an office visit in 12 weeks. Keeta agreed with the plan. 45 minutes.

The following was emailed to chaeta:
Add azithromycin 500 mg. Start with half of a tablet daily and increase to 1 full tablet daily if tolerated. This can cause ringing in the ears. Should that occur, please let me know.
Once on the azithromycin, then slowly start to add rifampin. Take 300 mg twice per day. This will cause your urine and other body fluids to turn orange.
Add nystatin. Take 2 tablets twice per day or 4 tablets once per day to help prevent yeast issues.
I did send in a prescription for fluconazole to be taken only if needed.
I also sent in a prescription for valacyclovir 1 g twice per day. We will decide at your 6 week check-in whether or not you will start this medication.
Continue on your probiotics daily.
Continue on other supplements as directed.
Herx reaction may occur when you start or change a medication. That means your symptoms may worsen for a period of time. Usually lasts 3-14 days.
To help alleviate the symptoms of a Herxheimer reaction you can do the following: drink water with lemon or lime, drink water with 1/2 tsp. of baking soda, or drink water with an AlkaSeltzer Gold. You can also increase your amount of vitamin C . Epsom salt baths may also be helpful.

If there are any issues with the treatment plan, please let me know.
Schedule a 15 minute check and in 6 weeks.
Schedule for an office visit in 12 weeks.
Email sent 7-28-22 @ 1225.

## Addenda

| ADDENDUM | STATUS | SOURCE | DATE/TIME |
|---|---|---|---|
| Keeta is having exacerbation of symptoms 6 days into treatment. I called, we discussed everything in the email below. Hi Keeta, So good to talk with you today. I want to review our conversation briefly through email for you to use as a reference. I understand you are having an exacerbation of symptoms plus the addition of "brain fog" after five or so days on your treatment. This is a very common issue and the timing is perfect for a Hexheimer reaction or "die off". I believe that is what you are experiencing. It is a good thing as the treatment is killing the bacteria, however, it doesn't feel good. To alleviate the symptoms of a Herxheimer reaction you can do the following: drink water with lemon or lime, drink water with 1/2 tsp. of baking soda, or drink water with an AlkaSeltzer Gold. You can also increase your amount of vitamin C (up to 2gms per day but I caution you if you have loose stools you will want to decrease the dose). Epsom salt baths may also be helpful. In regard to the duloxetine discussion; the rifampin is most likely decreasing the efficacy of the duloxetine. If your symptoms become overwhelming, please contact the office. Dr. Lentz can change the medication if needed. Take care. Please call if you have any questions. | Accepted by Chris McMichen MA | Provider | 08/11/2022 02:20 pm |

PATIENT
**Keeta Fox**

| | |
|---|---|
| **DOB** | |
| **AGE** | 55 yrs |
| **SEX** | Female |
| **PRN** | FK438161 |

FACILITY
**New Horizons Integrative Medicine**
**T** (317) 708-3708
**F** (317) 733-4422
1500 W Oak Street
Suite 100
Zionsville, IN 46077

ENCOUNTER
**Office Visit**

| | |
|---|---|
| **NOTE TYPE** | SOAP Note |
| **SEEN BY** | Kimberly Lentz MD |
| **DATE** | 07/07/2022 |
| **AGE AT DOS** | 55 yrs |

Electronically signed by Kimberly Lentz MD at 07/10/2022 10:39 pm

## Chief complaint

Lyme dx 2 years ago, has been treated in NYC and is looking for an ILLADS provider closer to home. (Appt time: 2:00 PM) (Arrival time: 12:00 PM)

**Vitals for this encounter**

| | **07/07/22 3:00 PM** |
|---|---|
| Temperature | 98.40 °F |
| Pulse | 87 bpm |
| O2 Saturation | 96 % |
| Blood pressure | 102/70 mmHg |

**SUBJECTIVE**

Keeta is a pleasant 55-year-old here today with her husband, David, for ongoing evaluation and treatment considerations for Lyme borreliosis complex. Keeta does remember a bite of some sort 5-6 years ago. She's not sure if it was a tick or spider bite. The area was pruritic and a rash did develop. It resolved spontaneously without any sequela.

Keeta states that she had some mild symptoms for about 10 years. In approximately 2018, she started to have some gastrointestinal issues along with heart symptoms. She was evaluated and the workup for both of those systems was negative. Then in June 2019, she started to have low-grade temp, lymphadenopathy, chest pressure in a bandlike fashion around her torso. She remembers specifically having chest pain that radiated into her left arm. She was out of town in Tennessee and declined an ER visit. She then started to develop some headaches and pressure, which were new symptoms for her. At that time she did go to the hospital in her hometown of Louisville. CT scan was negative. It showed some basal ganglia calcification. After this, she had about 6 months of intermittent GI and cardiac issues along with fever. She had urgent bowel movements. She saw the corporate physician at her company. No interventions were done at that time.

In December 2019, she developed a rash and received some steroids. By early 2020, she was starting to have more neurologic symptoms. She consulted with a neurologist. They ruled out ALS and MS. She continued to have palpitations and pressure across her chest at night. CT scan showed idiopathic pulmonary fibrosis. She then proceeded to see numerous specialists including pulmonary, cardiology, and rheumatology. In February 2020 her hands locked up at work. She began to get more ill feeling. When she got home she was sweating. She had electrical sensations in her hands and feet. February 9 of 2020 was the last day that she was able to work.

Over the next several weeks, she had an increasing number of symptoms. She was unable to eat due to emesis. She had upper and lower endoscopy. She states that she was told she had poor digestion. She lost 25 pounds in about 3 months. At this time, she felt like she was dying. She consulted with functional practitioner in Louisville. They diagnosed her with CIRS. They did find some mold in the house. It's been remediated 3 times. Also, there was an extensive amount of mold in the car. They got rid of the car and there is no current mold issues in the home. She did try some cholestyramine and detox supplements, but there was no significant change in her symptoms.

In March 2020 she consulted Mayo Clinic in Florida. She had a CT scan of the abdomen that was normal. EMG ruled out carpal tunnel syndrome. She was recommended to see psychiatry. They diagnosed her with chronic sensitivity syndrome. Rheumatologic workup was negative despite her having dry mucous membranes. There were times when her contacts would fall out of her eyes because they'd dried up. Her tongue was dry. She had a chronic Candida glabrata issue that she followed OB/GYN.

By mid 2020, her symptoms were increasing. Her GI symptoms continued to worsen. About the same time she was diagnosed with small fiber neuropathy via biopsy. In October 2020, she went to Mayo Clinic in Minnesota for 5 weeks. She saw multiple specialists. She required numerous diagnoses while there. They diagnosed her with pelvic floor dysfunction, poor GI motility,

orthostatic intolerance, Sjogren syndrome, temperature dysregulation, fibromyalgia, chronic fatigue syndrome. She did consult with infectious disease while there. ELISA was negative. Therefore, she was told she did not have Lyme disease.

After arriving home from Mayo Clinic in November 2020, one week later she developed ileocecal valve volvulus. They remove the ileocecal valve, along with 14 inches of her colon.

She consulted with another functional medicine doctor in New York City via telehealth. They diagnosed her with long-term EBV. She does have positive IgM antibodies to EBV. No treatment has been done. They suspected that she had Lyme disease and suggested that she find a doctor closer to home to address those issues. She was referred here through ILADS.

She did leave a few pertinent pieces of information as she went through her timeline. She states in June 2020 she had an Igenex Western blot drawn had IgM +23 and 41 with indeterminate 39 & 93. IgG was +41 with indeterminate 18. In March 2022 she did DNA Connexions on her own. She had low levels of DNA present for 2 Babesia strains as well as Borrelia recurrentis. Also in the fall of 2021, she tried Bb-1, Bar-1, doxycycline with no change in her symptom or Herxheimer reaction. Also upper endoscopy biopsy showed an elevated number mast cells. Over time many things have improved. She does notice that she's had sleep issues for the last 6-7 months. She's always restless. She awakens her self with body movements. Her husband reports that she's always moving her hands and legs. She has tried numerous different supplements. She's not used any prescription sleep aids other than amitriptyline due to her fear of addiction.

She gave me a list of various different things and what she's been diagnosed and what she would prioritize as her biggest issues. Those include Candida glabrata, hormone issues, Lyme disease, Sjogren's, Epstein-Barr, leaky gut, mast cell activation, SIBO.

Keeta's review of systems is extensive. It involves almost every system of her body. Moderate to severe symptoms include fatigue, fever, light and sound sensitivity, insomnia, swollen glands, constipation and diarrhea, chest pain, palpitations, joint pain, back and neck pain, weakness, paresthesias, headaches, depression, pelvic floor issues. Mild symptoms include poor balance, temperature dysregulation, sweats, shortness of breath and air hunger, cough, stiffness. A complete review of systems is attached to this note.

Upon review of her previous labs pertinent findings are that she has had positive IgM antibodies to Epstein-Barr. She has positive Candida antibodies. She had positive pertussis IgM antibodies in September 2021. CD57 count was 32. Lab Corp. panel for Lyme borreliosis complex was negative.

Due to the ongoing nature of her symptoms, previous testing indicating Lyme borreliosis complex, Keeta is here today for further evaluation and treatment considerations.

## OBJECTIVE

General – Alert, oriented, no acute distress
HEENT – EOMI; PERRLA; Conjunctiva WNL;OP clear, no exudates, tonsils WNL.
Neck – Supple; FROM; No cervical lymphadenopathy
Lungs – Clear to auscultation bilaterally; No rales, rhonchi, or wheezes
CV – RRR; no murmurs or gallops
Extremities – No clubbing; No cyanosis; No edema; Peripheral pulses full and equal
Joints – fingers – non-tender, FROM, no effusion/redness/swelling
Wrists – non-tender, FROM, no effusion/redness/swelling
Elbows – non-tender, FROM, no effusion/redness/swelling
Knees – non-tender, FROM, no effusion/redness/swelling
Ankles - non-tender, FROM, no effusion/redness/swelling
Neuro. exam – Grossly intact
Skin – No rashes noted
Musculoskeletal – Mild muscle tenderness
Mental Status – A & O times 3.

## ASSESSMENT

Keeta is a very pleasant 55-year-old here today with her husband for ongoing evaluation and treatment consideration for Lyme borreliosis complex. She has had various testing in the past indicative of a tickborne infection. This would include an Igenex Western blot as well as urinary PCR testing through DNA Connexions. She has not had any adequate treatment. She has tried to herbal preparations as well as doxycycline on a short-term basis. She did not experience any Herxheimer reaction nor did she have any improvement in her symptoms.

We discussed the controversies in the diagnosis and treatment of Lyme borreliosis complex. Keeta understands that I follow ILADS guidelines and treat patients until they're well as opposed to set number of days. She had several things for which she was looking for direction. I informed her that I an not well versed in SIBO, although I'm aware of that issue. She'll need to talk with her functional medicine doctor regarding this. We will primarily focused on tickborne infections, Epstein-Barr, mast cell activation, and possibly Candida. It seems as if the mold issues have resolved in the home. We may need to consider retesting urine mycotoxins in the future. She has had positive Ochratoxin through Great Plains Lab.

After our discussion today, we opted to order full tickborne testing through Igenex. Once those test results are complete, we'll discuss them on the phone and formulate a more definitive treatment plan. In the meantime, I recommended that she take a sample pack of Koi delta 8 CBD gummies to see if this will help with her sleep. I also suggested that she consider a weighted blanket to see if that would help with some of the restlessness. I also recommended that she add D-Hist to help further manage the mast cell issues. Keeta agreed with the plan. 120 minutes.

Diagnoses attached to this encounter:

Lyme disease [ICD-10: A69.20], [ICD-9: 088.81], [SNOMED: 23502006]

Chronic EBV (Epstein-Barr virus) infection syndrome [ICD-10: B27.00], [SNOMED: 773738009]

**PLAN**

Obtain tick borne testing from Igenex.
Once your test results are complete, we will discuss on the phone and formulate a more definitive treatment plan.

Continue dietary habits - Gluten free, dairy free, sugar free.

Look into My Lyme Data information. I think it can be found on LymeDiseaseAssociation.org
Forward the HLA typing results.
Try Koi Delta 8 gummies. Try 1/2-1 at bedtime.
Try a weighted blanket at night.
Consider adding D-Hist. Take 2 daily. This stabilizes mast cells.
Keeta was given NHIM Practice Guidelines.
Keeta agreed with the plan.
Return to office to be determined.

practice fusion

Patient Report

labcorp

Patient ID: **8911342017** Age: **55** Account Number: **16790282**
Specimen ID: **165-219-1207-0** Sex: **Female** Ordering Physician: **L BRILEY**

Ordered Items: **Comp. Metabolic Panel (14); Venipuncture**

Date Collected: **06/14/2022** Date Received: **06/14/2022** Date Reported: **06/15/2022** Fasting: **No**

## Comp. Metabolic Panel (14)

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| Glucose [01] | 93 | **102** | 03/25/2022 | mg/dL | 65-99 |
| BUN [01] | 10 | 10 | 03/25/2022 | mg/dL | 6-24 |
| Creatinine [01] | 0.70 | 0.69 | 03/25/2022 | mg/dL | 0.57-1.00 |
| eGFR | 102 | 102 | 03/25/2022 | mL/min/1.73 | >59 |
| BUN/Creatinine Ratio | 14 | 14 | 03/25/2022 | | 9-23 |
| Sodium [01] | 142 | 142 | 03/25/2022 | mmol/L | 134-144 |
| Potassium [01] | 4.3 | 4.3 | 03/25/2022 | mmol/L | 3.5-5.2 |
| Chloride [01] | 103 | 102 | 03/25/2022 | mmol/L | 96-106 |
| Carbon Dioxide, Total [01] | 25 | 25 | 03/25/2022 | mmol/L | 20-29 |
| Calcium [01] | 8.9 | 9.3 | 03/25/2022 | mg/dL | 8.7-10.2 |
| Protein, Total [01] | 7.3 | 7.5 | 03/25/2022 | g/dL | 6.0-8.5 |
| Albumin [01] | 4.6 | 4.9 | 03/25/2022 | g/dL | 3.8-4.9 |
| Globulin, Total | 2.7 | 2.6 | 03/25/2022 | g/dL | 1.5-4.5 |
| A/G Ratio | 1.7 | 1.9 | 03/25/2022 | | 1.2-2.2 |
| Bilirubin, Total [01] | 0.5 | 0.5 | 03/25/2022 | mg/dL | 0.0-1.2 |
| Alkaline Phosphatase [01] | 61 | 70 | 03/25/2022 | IU/L | 44-121 |
| AST (SGOT) [01] | 25 | 31 | 03/25/2022 | IU/L | 0-40 |
| ALT (SGPT) [01] | 16 | 24 | 03/25/2022 | IU/L | 0-32 |

**Disclaimer**

The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

**Icon Legend**

▲ Out of Reference Range ■ Critical or Alert

**Performing Labs**

01: CB - Labcorp Dublin 6370 Wilcox Road, Dublin, OH, 43016-1269 Dir: Vincent Ricchiuti, PhD
For Inquiries, the physician may contact Branch: 502-456-4700 Lab: 800-282-7300

Patient Details
**Fox, Keeta R**

Phone:
Date of Birth: :
Age: **55**
Sex: **Female**
Patient ID: **8911342017**
Alternate Patient ID: **8911342017**

Physician Details
**L BRILEY**
**BMA Gastro East Physicians**
**3950 Kresge Way Suite 207, Louisville, KY, 40207**

Phone: **502-893-0220**
Account Number: **16790282**
Physician ID:
NPI: **1962537589**

Specimen Details
Specimen ID: **165-219-1207-0**
Control ID: **40182431581**
Alternate Control Number:
Date Collected: **06/14/2022 1351 Local**
Date Received: **06/14/2022 0000 ET**
Date Entered: **06/14/2022 1926 ET**
Date Reported: **06/15/2022 0709 ET**
Rte: **02**

labcorp

Date Created and Stored 06/15/22 0716 ET **Final Report** Page 1 of 1

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-282-7300

Fox, Keeta DOB: Patient Report labcorp
Patient ID: **46753** Age: **55** Account Number: **16783602**
Specimen ID: **159-316-4766-0** Sex: **Female** Ordering Physician: **J SMITH**

Ordered Items: **Sedimentation Rate-Westergren; C-Reactive Protein, Quant; Venipuncture**

Date Collected: **06/08/2022** Date Received: **06/08/2022** Date Reported: **06/09/2022** Fasting: **No**

## Sedimentation Rate-Westergren

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| Sedimentation Rate-Westergren [01] | 2 | 18 | 10/05/2021 | mm/hr | 0-40 |

## C-Reactive Protein, Quant

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| C-Reactive Protein, Quant [01] | <1 | <1* | 10/05/2021 | mg/L | 0-10 |

* Previous Reference Interval: (C-Reactive Protein, Quant: 0-10)

**Disclaimer**
The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

**Icon Legend**
Out of Reference Range  Critical or Alert

**Performing Labs**
01: CB - Labcorp Dublin 6370 Wilcox Road, Dublin, OH, 43016-1269 Dir: Vincent Ricchiuti, PhD
For inquiries, the physician may contact Branch: 502-456-4700 Lab: 800-282-7300

Patient Details
**Fox, Keeta**

Phone: **502-235-0765**
Date of Birth:
Age: **55**
Sex: **Female**
Patient ID: **46753**
Alternate Patient ID: **46753**

Physician Details
**J SMITH**
**Rheumatology Associates**
**3430 Newburg Road, Suite 250, Louisville, KY, 40218**

Phone: **502-893-3963**
Account Number: **16783602**
Physician ID: **1154769131**
NPI: **1154769131**

Specimen Details
Specimen ID: **159-316-4766-0**
Control ID: **PRO121077**
Alternate Control Number: **PRO121077**
Date Collected: **06/08/2022 1433 Local**
Date Received: **06/08/2022 0000 ET**
Date Entered: **06/08/2022 1741 ET**
Date Reported: **06/09/2022 0816 ET**
Rte: **04**



©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-282-7300

Patient Report

labcorp

Patient ID:
Specimen ID: 084-219-2028-0
Age: 55
Sex: Female
Account Number: 16005030
Ordering Physician: G POTTS

## Lipid Panel (Cont.)

| | | | | | | |
|---|---|---|---|---|---|---|
| ▲ **LDL Chol Calc (NIH)** | **185** | **High** | **132** | 10/20/2021 | mg/dL | 0-99 |

## Vitamin B12 and Folate

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| Vitamin B12 [01] | 885 | 756 | 06/10/2021 | pg/mL | 232-1245 |
| Folate (Folic Acid), Serum [01] | >20.0 | 17.2 | 06/10/2021 | ng/mL | >3.0 |
| Note: [01] | | | | | |

A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency.

## Hemoglobin A1c

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| Hemoglobin A1c [01] | 5.2 | 5.2 | 10/20/2021 | % | 4.8-5.6 |
| Please Note: [01] | | | | | |

Prediabetes: 5.7 - 6.4
Diabetes: >6.4
Glycemic control for adults with diabetes: <7.0

## Vitamin D, 25-Hydroxy

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| Vitamin D, 25-Hydroxy [01] | 36.5 | 37.0 | 06/10/2021 | ng/mL | 30.0-100.0 |

Vitamin D deficiency has been defined by the Institute of Medicine and an Endocrine Society practice guideline as a level of serum 25-OH vitamin D less than 20 ng/mL (1,2). The Endocrine Society went on to further define vitamin D insufficiency as a level between 21 and 29 ng/mL (2).

1. IOM (Institute of Medicine). 2010. Dietary reference intakes for calcium and D. Washington DC: The National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al. Evaluation, treatment, and prevention of vitamin D deficiency: an Endocrine Society clinical practice guideline. JCEM. 2011 Jul; 96(7):1911-30.

## EBV Ab VCA, IgG

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| ▲ **EBV Ab VCA, IgG** [01] | **128.0** | **High** | **205.0** | 10/05/2021 | U/mL | 0.0-17.9 |

Negative <18.0
Equivocal 18.0 - 21.9
Positive >21.9

## EBV Early Antigen Ab, IgG

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| ▲ **EBV Early Antigen Ab, IgG** [01] | **18.8** | **High** | **30.4** | 10/05/2021 | U/mL | 0.0-8.9 |

Hepatitis A, Hepatitis C and HIV antibodies may cross-react with this assay.



©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-282-7300

## EBV Early Antigen Ab, IgG (Cont.)

Negative < 9.0
Equivocal 9.0 - 10.9
Positive >10.9

## EBV Ab VCA, IgM

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| ▲ **EBV Ab VCA, IgM** [01] | **89.9** | **High** | **140.0** | 10/05/2021 | U/mL | 0.0-35.9 |

Negative <36.0
Equivocal 36.0 - 43.9
Positive >43.9

## Thyroid Cascade Profile

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| TSH [01] | 1.290 | | uIU/mL | 0.450-4.500 |

No apparent thyroid disorder. Additional testing not indicated. In rare instances, Secondary Hypothyroidism as well as Subclinical Hypothyroidism have been reported in some patients with normal TSH values.

**Disclaimer**

The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

**Icon Legend**

▲ Out of Reference Range ▩ Critical or Alert

**Performing Labs**

01: CB - Labcorp Dublin 6370 Wilcox Road, Dublin, OH, 43016-1269 Dir: Vincent Ricchiuti, PhD
For Inquiries, the physician may contact Branch: 502-456-4700 Lab: 800-282-7300

PatientDetails
**Fox, Keeta**

Phone: **502-235-0765**
Date of Birth:
Age: **55**
Sex: **Female**
Patient ID:
Alternate Patient ID:

Physician Details
**G POTTS**
**Papa Cares, LLC**
**2002 Papa John's Blvd, Louisville, KY, 40299**

Phone: **502-240-5900**
Account Number: **16005030**
Physician ID:
NPI: **1336182450**

Specimen Details
Specimen ID: **084-219-2028-0**
Control ID: **L2200579878**
Alternate Control Number: **L2200579878**
Date Collected: **03/25/2022 1252 Local**
Date Received: **03/25/2022 0000 ET**
Date Entered: **03/25/2022 2124 ET**
Date Reported: **03/26/2022 2035 ET**
Rte: **04**



©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-282-7300

Patient Report

labcorp

Patient ID:
Specimen ID: 278-316-2545-0

DOB:
Age: 54
Sex: Female

Account Number: 16005030
Ordering Physician: G POTTS

Ordered Items: **Candida Antibodies IgG,IgA,IgM; B pertussis IgG/IgM Ab; Tryptase; EBV Ab VCA, IgG; EBV Early Antigen Ab, IgG; EBV Ab VCA, IgM; Interleukin-6, Serum; Sedimentation Rate-Westergren; C-Reactive Protein, Quant; Antinuclear Antibodies, IFA; Prostaglandins: D2, U; Venipuncture**

Date Collected: **10/05/2021** Date Received: **10/05/2021** Date Reported: **10/21/2021** Fasting: **Yes**

## Candida Antibodies IgG,IgA,IgM

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| **Candida Antibodies IgG** [A, 01] | **Positive** | **Abnormal** | | | | Negative |
| Candida Antibodies IgM [A, 01] | Negative | | | | | Negative |
| | | | **Please note reference interval change** | | | |
| **Candida Antibodies IgA** [A, 01] | **Positive** | **Abnormal** | | | | Negative |
| | | | **Please note reference interval change** | | | |

## B pertussis IgG/IgM Ab

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| **B pertussis IgG Ab** [01] | **1.48** | **High** | <0.95* | 09/16/2021 | index | 0.00-0.94 |
| | | | | Negative | <0.95 | |
| | | | | Equivocal | 0.95 - 1.04 | |
| | | | | Positive | >1.04 | |
| **B pertussis IgM Ab** [01] | **2.1** | **High** | **1.4** | 09/16/2021 | index | 0.0-0.9 |
| | | | | Negative | <1.0 | |
| | | | | Borderline | 1.0 - 1.1 | |
| | | | | Positive | >1.1 | |

* Previous Reference Interval: (B pertussis IgG Ab: 0.00-0.94 index)

## Tryptase

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| Tryptase [01] | 4.6 | | 3.5 | 09/16/2021 | ug/L | 2.2-13.2 |

## EBV Ab VCA, IgG

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| **EBV Ab VCA, IgG** [02] | **205.0** | **High** | | | U/mL | 0.0-17.9 |
| | | | | Negative | <18.0 | |
| | | | | Equivocal | 18.0 - 21.9 | |
| | | | | Positive | >21.9 | |

## EBV Early Antigen Ab, IgG

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| **EBV Early Antigen Ab, IgG** [02] | **30.4** | **High** | **36.3** | 07/08/2021 | U/mL | 0.0-8.9 |
| | Hepatitis A, Hepatitis C and HIV antibodies may cross-react with this assay. | | | | | |
| | | | | Negative | < 9.0 | |
| | | | | Equivocal | 9.0 - 10.9 | |
| | | | | Positive | >10.9 | |



©2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-282-7300

Patient Report

labcorp

Patient ID: 31910010.8241 Age: 54 Account Number: 31910010
Specimen ID: 189-316-2319-0 Sex: Female Ordering Physician: D GREENMAN

Ordered Items: **EPSTEIN PANEL; HNK1 (CD57) Panel; Rickettsial Fever Group IgG/M; Chl. pneumoniae (IgG/IgM/IgA); Bartonella Antibody Panel; Ehrlichia Ab Panel; Babesia microti Antibody Panel; Mycoplasma pneu. IgG/IgM Abs; Mycoplasma IgA; A. phagocytophilum PCR; Babesia microti, PCR; Venipuncture**

Date Collected: **07/08/2021** Date Received: **07/08/2021** Date Reported: **07/16/2021** Fasting: **Yes**

## EPSTEIN PANEL

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| **EBV Ab VCA, IgM** [A, 01] | **121.0** | **High** | | U/mL | 0.0-35.9 |

```
Negative      <36.0
Equivocal 36.0 - 43.9
Positive      >43.9
```

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| **EBV Early Antigen Ab, IgG** [A, 01] | **36.3** | **High** | | U/mL | 0.0-8.9 |

```
Hepatitis A, Hepatitis C and HIV antibodies may cross-react
with this assay.
Negative       < 9.0
Equivocal  9.0 - 10.9
Positive       >10.9
```

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| **EBV Nuclear Antigen Ab, IgG** [A, 01] | **283.0** | **High** | | U/mL | 0.0-17.9 |

```
Negative      <18.0
Equivocal 18.0 - 21.9
Positive      >21.9
```

## HNK1 (CD57) Panel

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| % CD8-/CD57+ Lymphs [A, 02] | 2.7 | | 2.0 | 08/20/2020 | % | 2.0-17.0 |

```
This test was developed and its performance characteristics
determined by Labcorp. It has not been cleared or approved
by the Food and Drug Administration.
```

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| **Abs.CD8-CD57+ Lymphs** [A] | **32** | **Low** | **30** | 08/20/2020 | /uL | 60-360 |

```
This test was developed and its performance characteristics
determined by Labcorp. It has not been cleared or approved
by the Food and Drug Administration.
```

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| WBC [A, 01] | 5.0 | | 4.7 | 06/10/2021 | x10E3/uL | 3.4-10.8 |
| RBC [A, 01] | 4.29 | | 4.09 | 06/10/2021 | x10E6/uL | 3.77-5.28 |



©1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-282-7300.

labcorp

Patient ID: 31910010.8241 Age: 54 Account Number: 31910010
Specimen ID: 189-316-2319-0 Sex: Female Ordering Physician: D GREENMAN

## HNK1 (CD57) Panel (Cont.)

| | | | | | | |
|---|---|---|---|---|---|---|
| Hemoglobin A, 01 | 14.9 | | 14.4 | 06/10/2021 | g/dL | 11.1-15.9 |
| Hematocrit A, 01 | 43.4 | | 44.1 | 06/10/2021 | % | 34.0-46.6 |
| **MCV** A, 01 | **101** | **High** | **108** | 06/10/2021 | fL | 79-97 |
| **MCH** A, 01 | **34.7** | **High** | **35.2** | 06/10/2021 | pg | 26.6-33.0 |
| MCHC A, 01 | 34.3 | | 32.7 | 06/10/2021 | g/dL | 31.5-35.7 |
| **RDW** A, 01 | **11.2** | **Low** | 12.1 | 06/10/2021 | % | 11.7-15.4 |
| Platelets A, 01 | 210 | | 206 | 06/10/2021 | x10E3/uL | 150-450 |
| Neutrophils A, 01 | 68 | | 59 | 06/10/2021 | % | Not Estab. |
| Lymphs A, 01 | 24 | | 28 | 06/10/2021 | % | Not Estab. |
| Monocytes A, 01 | 7 | | 10 | 06/10/2021 | % | Not Estab. |
| Eos A, 01 | 1 | | 2 | 06/10/2021 | % | Not Estab. |
| Basos A, 01 | 0 | | 1 | 06/10/2021 | % | Not Estab. |
| Neutrophils (Absolute) A, 01 | 3.3 | | 2.8 | 06/10/2021 | x10E3/uL | 1.4-7.0 |
| Lymphs (Absolute) A, 01 | 1.2 | | 1.3 | 06/10/2021 | x10E3/uL | 0.7-3.1 |
| Monocytes(Absolute) A, 01 | 0.4 | | 0.5 | 06/10/2021 | x10E3/uL | 0.1-0.9 |
| Eos (Absolute) A, 01 | 0.0 | | 0.1 | 06/10/2021 | x10E3/uL | 0.0-0.4 |
| Baso (Absolute) A, 01 | 0.0 | | 0.0 | 06/10/2021 | x10E3/uL | 0.0-0.2 |
| Immature Granulocytes A, 01 | 0 | | 0 | 06/10/2021 | % | Not Estab. |
| Immature Grans (Abs) A, 01 | 0.0 | | 0.0 | 06/10/2021 | x10E3/uL | 0.0-0.1 |

## Rickettsial Fever Group IgG/M

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Spotted Fever Group IgG B, 02 | <1:64 | | | Neg:<1:64 |
| Typhus Fever Group IgG B, 02 | <1:64 | | | Neg:<1:64 |
| Spotted Fever Group IgM B, 02 | <1:64 | | | Neg:<1:64 |
| Typhus Fever Group IgM B, 02 | <1:64 | | | Neg:<1:64 |

## Chl. pneumoniae (IgG/IgM/IgA)

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| **Chlamydia pneumoniae IgG** C, 02 | **1:512** | **High** | | | Neg:<1:16 |
| Chlamydia pneumoniae IgM C, 02 | <1:10 | | | | Neg:<1:10 |
| Chlamydia pneumoniae IgA C, 02 | <1:16 | | | | Neg:<1:16 |
| Test Information: D, 02 | | | | | |

This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. Results of this test are for investigational



©1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-282-7300.

IGX IGeneX Inc.
556 Gibraltar Drive
Milpitas, CA 95035
T: (800) 832-3200
F: (408) 935-8272
www.igenex.com

Laboratory Director: Jyotsna S. Shah, Ph.D.
CLIA: 05D0643914
CALIFORNIA: CLF 4033
NPI: 1396837605

REFERRING PHYSICIAN

STONE, ANNA M ARNP
1355 BARDSTOWN RD SUITE 358
LOUISVILLE, KY 40204

Elisa ?

FOX, KEETA
DOB:
Gender: FEMALE
Accession: A120455
Patient ID: 86859

Collected: 06/23/2020 UNK
Received: 06/25/2020 12:02
Reported: 07/07/2020
Reprinted: 07/08/2020 09:26
Amended:
Corrected:

## BORRELIOSIS - Lyme Disease

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| B. burgdorferi IGXSpot | HEP-Whole Blood | <2 | Number of Spot :<br>< or = 2 : Negative<br>> or = 3 : Positive | SFU |
| Sample Viability | HEP-Whole Blood | 99.9% | Cut-off : >70% | % Live Cell |

*SFU (Spot Forming Unit) represents a reactive cell to B. burgdorferi Antigen(s).*

Can this be EBV
Why not positive on PCR?
Which is more accurate?

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A120455**
**Patient ID: 86859**
**Physician: STONE, ANNA M ARNP Client: 36728**

| | |
|---|---|
| Collected: | 06/23/2020 UNK |
| Received: | 06/25/2020 12:02 |
| Reported: | 07/07/2020 |
| Reprinted: | 07/08/2020 09:26 |
| Amended: | |
| Corrected: | |

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| Lyme ImmunoBlot IgM | Serum | | | |
| IGX Criteria: | | **Positive** | | |
| CDC/NYS Criteria: | | **Positive** | | |

***

[REVISED REPORT: EFFECTIVE APRIL 10, 2019]

Peak w/i a few weeks
False positive?

Lyme ImmunoBlot IgM detects antibodies to B. burgdorferi strains and species

| **Band (kDa)** | 23* | 31* | 34* | 39* | 41* | 93 |
|---|---|---|---|---|---|---|
| **Intensity** | + | - | - | IND | + | IND |

Band Intensity: Positive: + to ++++, Indeterminate: Ind, Negative: (-)

| **INTERPRETATION** | **IGX CRITERIA** | **CDC/NYS CRITERIA** |
|---|---|---|
| **Positive** | 2 or more of the starred bands are present (+): 23*, 31*, 34*, 39*, 41* kDa | 2 or more of the following bands are present (+): 23*, 39*, 41* kDa |
| **Negative** | Does not meet IGX criteria for a positive. | Does not meet CDC/NYS criteria for a positive. |

**LIMITATION:** Bands 31* and 34* kDa are present in Lyme vaccinated patients. Viral antibodies cross react with the 93 kDa antigen.

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A120455**
**Patient ID: 86859**
**Physician: STONE, ANNA M ARNP Client: 36728**

| | |
|---|---|
| Collected: | 06/23/2020 UNK |
| Received: | 06/25/2020 12:02 |
| Reported: | 07/07/2020 |
| Reprinted: | 07/08/2020 09:26 |
| Amended: | |
| Corrected: | |

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| Lyme ImmunoBlot IgG | Serum | | | |
| IGX Criteria: | | Negative | | |
| CDC/NYS Criteria: | | Negative | | |

Peak 4-6 months after exposure

***
[REVISED REPORT: EFFECTIVE APRIL 10, 2019]

Lyme ImmunoBlot IgG detects antibodies to B. burgdorferi strains and species

| Band (kDa) | 18 | 23* | 28 | 30 | 31* | 34* | 39* | 41* | 45 | 58 | 66 | 93* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Intensity | IND | - | - | - | - | - | - | IND | - | - | - | - |

Band Intensity: Positive: + to ++++, Indeterminate: Ind, Negative: (-)

| INTERPRETATION | IGX CRITERIA | CDC/NYS CRITERIA |
|---|---|---|
| **Positive** | 2 or more of the starred bands are present (+): 23*, 31*, 34*, 39*, 41*, 93* kDa | 5 or more of the following bands are present (+): 18, 23*, 28, 30, 39*, 41*, 45, 58, 66, 93* kDa |
| **Negative** | Does not meet IGX criteria for a positive. | Does not meet CDC/NYS criteria for a positive. |

**LIMITATION:** Bands 31* and 34* kDa are present in Lyme vaccinated patients. Viral antibodies cross react with the 93 kDa antigen.

| | | |
|---|---|---|
| Lyme Multiplex PCR - Serum | | |
| Serum - Genomic | Serum | Negative |
| Serum - Plasmid | Serum | Negative |
| Lyme Multiplex PCR -Whole Blood | | |
| Whole blood - Genomic | W blood | Negative |

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832 3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A120455**
**Patient ID: 86859**
**Physician: STONE, ANNA M ARNP Client: 36728**

Collected: 06/23/2020 UNK
Received: 06/25/2020 12:02
Reported: 07/07/2020
Reprinted: 07/08/2020 09:26
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| Whole blood - Plasmid | W blood | Negative | | |
| LYME IMMUNOBLOT IGM SPECIATION | | | | |
| B. burgdorferi US(genus) | Serum | Positive | | |
| B. burgdorferi US Spp | Serum | Negative | | |

*BbSs: Borrelia burgdorferi sensu stricto includes but not limited to B. burgdorferi B31 and B. burgdorferi 297.*
*BbSl: Borrelia burgdorferi sensu lato includes but not limited to B. mayonii and B. californiensis.*

| | | |
|---|---|---|
| B. burgdorferi European(genus) | Serum | Positive |
| B. burgdorferi European Spp | Serum | Negative |

*Borrelia burgdorferi European species include but not limited to B. afzelii, B. garinii, B. spielmanii and B. valaisiana.*

| | | |
|---|---|---|
| B. burgdorferi Species | Serum | Positive |

*B. burgdorferi species include but not limited to Bb B31, Bb 297, B. mayonii, B. californiensis, B. afzelii, B. garinii, B. spielmanii and B. valaisiana.*

| | | |
|---|---|---|
| LYME IMMUNOBLOT IGG SPECIATION | | |
| B. burgdorferi US(genus) | Serum | Negative |
| B. burgdorferi US spp | Serum | Negative |

*BbSs: Borrelia burgdorferi sensu stricto includes but not limited to B. burgdorferi B31 and B. burgdorferi 297.*
*BbSl: Borrelia burgdorferi sensu lato includes but not limited to B. mayonii and B. californiensis.*

| | | |
|---|---|---|
| B. burgdorferi European(genus) | Serum | Negative |
| B. burgdorferi European Spp | Serum | Negative |

*Borrelia burgdorferi European species include but not limited to B. afzelii, B. garinii, B. spielmanii and B. valaisiana.*

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

**FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A120455**
**Patient ID: 86859**
**Physician: STONE, ANNA M ARNP Client: 36728**

**FOX, KEETA**

Collected: 06/23/2020 UNK
Received: 06/25/2020 12:02
Reported: 07/07/2020
Reprinted: 07/08/2020 09:26
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| B. burgdorferi Species | Serum | Negative | | |

*B. burgdorferi species include but not limited to Bb B31, Bb 297, B. mayonii, B. californiensis, B. afzelii, B. garinii, B. spielmanii and B. valaisiana.*

**End of Report**

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

MAYO CLINIC

Name: Keeta Fox | DOB: 11/6/1966 | MRN: 12-608-867 | PCP:

# LYME DISEASE SEROLOGY, S - Details

## Component Results

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| **Lyme Disease Serology, S** | **Your Value Negative** | *Standard Range Negative* | |

## General Information

Ordered by Kit Anstine, M.D.

Collected on 10/22/2020 6:51 AM from Blood, Venous (Blood)

Resulted on 10/22/2020 3:15 PM

Result Status: Final result

This test result has been released by an automatic process.

DNA CONNEXIONS

4685 Centennial Blvd.
Colorado Springs, CO 80919

Telephone: 888-843-5832
TIN: 47-2642690
Fax: 719-548-8220

Lab Director: Robert McMullen, PhD
Lab Manager: Leslie Douglas, PhD

Patient: Fox, Keeta

Lyme Panel

Provider: **Patient Request**

Test ID: 46836

| Sample Collected | Sample Received | Sample Tested | Test Reported |
|---|---|---|---|
| 03/04/2022 | 03/09/2022 | 03/10/2022 | 03/15/2022 |

Sample type: **Unspecified Root Canal Tooth**

Test performed by: L. Douglas

This test utilizes the polymerase chain reaction (PCR) technology to detect the presence of targeted microbial DNA for the causative agent of Lyme disease and common tick-transmitted co-infections. Sensitivity of the test is 1 to 10 microbes with a specificity exceeding $5 \times 10^{18}$.

**The ✓highlighted microbes were detected in the submitted sample:**

Borrelia burgdorferi F7

B. burgdorferi Osp A

B. burgdorferi Osp B

B. burgdorferi Osp C

Babesia microti

✓Babesia divergens-NPS

✓Babesia duncani-IND

Bartonella bacilliformis

Bartonella henselae

Bartonella quintana

Borrelia miyamotoi

✓Borrelia recurrentis-NPS

Ehrlichia chaffeensis

Anaplasma phagocytophilium

NONE

**Interpretation of Results Disclaimer**: DNA Connexions is not a clinical diagnostic laboratory and cannot provide a diagnosis for disease and/or subsequent treatment. These results are from DNA PCR testing, and indicate the presence of disease-causing agents known to be transferred by ticks. A positive result indicates the presence of DNA from B. burgdorferi and/or other tick-transmitted organisms. A negative result only indicates the absence of detectable targeted organismal DNA in the submitted specimen. The information is supplied as a courtesy to health care providers to aide in an overall assessment. This information alone should not be used to diagnose and/or treat a health problem or disease.. All reported results are intended for research purposes only and consultation with a qualified health care provider is required.

## Interpretation of Results

### Positive

**A Positive result is indicated by the organism or gene being highlighted in yellow.**

When our species-specific primer sets are designed, the expected size of the amplification product (in base pairs) is known. As every patient sample, every positive control, and every negative control are run in duplicate, when a sample produces an amplification product of the expected size on either, or both, of the assay runs, it is scored as a 'positive'.

### Non-Predicted Size (NPS)

**A NPS result is indicated by the organism or gene being highlighted in yellow, followed by NPS.**

When we see an aberrantly sized amplification product, we consider the following: These microbial genomes are small, on the order of a million bp, and tend to reproduce quickly. If a mutation occurs within the genome, something non-deleterious to the organism, the mutation will then be perpetuated in subsequent generations. If this mutation occurs in our target amplification region, the size of the subsequent amplification product will change (small or larger). The product size differential could possibly be due to mutation, degraded DNA, mutation of species, unspecified subspecies, etc. We have found that the NPS are more commonly detected in individuals with long-term infections. To be scored as an NPS, the product needs to be visualized on both runs of the sample. It is at the discretion of a qualified medical provider to interpret NPS results.

### Indeterminate (IND)

**An Indeterminate result is indicated by the organism or gene being highlighted in yellow, followed by IND.**

An Indeterminant result indicates that an amplification product was produced for a particular organism on the panel. However, the amplification product was not the expected size and was only present on one test run of the sample. The explanation for this is the same as the NPS, however the aberrant amplification product was only present on one test run. It is at the discretion of a qualified medical provider to interpret IND results.

Name: Fox, Keeta MRN: 111015346269 A70244800259

'21/2022 6:01 PM FROM: Igenex TO: +16309335292 P. 71

IGeneX Inc.

556 Gibraltar Drive
Milpitas, CA 95035
T: (800) 832-3200
F: (408) 935-8272
www.Igenex.com

Laboratory Director: Jyotsna S. Shah, Ph.D.

CLIA: 05D0643914
CALIFORNIA: CLF 4033
NPI: 1396837605

**REFERRING PHYSICIAN**

**HEALTHLAB/CENTRAL DUPAGE HOSP**
**25 N WINFIELD RD**
**WINFIELD, IL 60190**

**FOX, KEETA**
**DOB:**
**Gender: FEMALE**
**Accession: A854271**
**Patient ID: 86859**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

## BORRELIOSIS - Lyme Disease

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| B. burgdorferi IFA - G/M/A | Serum | 40 | Negative: <40<br>Equivocal: 40<br>Positive: > or = 80 | Titer |

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Name: Fox, Keeta MRN: 111015346269 A70244800259

/21/2022 6:01 PM FROM: Igenex TO: +16309335292 P. 72

**FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

**FOX, KEETA**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| Lyme ImmunoBlot IgM | Serum | | | |
| IGX Criteria: | | Negative | | |
| CDC/NYS Criteria: | | Negative | | |

***

[REVISED REPORT: EFFECTIVE APRIL 10, 2019]

Lyme ImmunoBlot IgM detects antibodies to B. burgdorferi strains and species

| **Band (kDa)** | **23*** | **31*** | **34*** | **39*** | **41*** | **93** |
|---|---|---|---|---|---|---|
| **Intensity** | + | - | - | - | - | - |

Band Intensity: Positive: + to ++++, Indeterminate: Ind, Negative: (-)

| **INTERPRETATION** | **IGX CRITERIA** | **CDC/NYS CRITERIA** |
|---|---|---|
| **Positive** | 2 or more of the starred bands are present (+): 23*, 31*, 34*, 39*, 41* kDa | 2 or more of the following bands are present (+): 23*, 39*, 41* kDa |
| **Negative** | Does not meet IGX criteria for a positive. | Does not meet CDC/NYS criteria for a positive. |

**LIMITATION:** Bands 31* and 34* kDa are present in Lyme vaccinated patients. Viral antibodies cross react with the 93 kDa antigen.

LYME IMMUNOBLOT IGM SPECIATION

**Revised report:06-09-22**

| | | |
|---|---|---|
| B. burgdorferi US(genus) | Serum | Negative |
| B. burgdorferi US Spp | Serum | Negative |

*BbSs: Borrelia burgdorferi sensu stricto includes but not limited to*

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Name: Fox, Keeta MRN: 111015346269 A70244800259

'21/2022 6:01 PM FROM: Igenex TO: +16309335292 P. 73

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| *B. burgdorferi B31 and B. burgdorferi 297.*<br>*BbSl: Borrelia burgdorferi sensu lato includes but not limited to B. mayonii and B. californiensis.* | | | | |
| B. burgdorferi European(genus) | Serum | Negative | | |
| B. burgdorferi European Spp | Serum | Negative | | |
| *Borrelia burgdorferi European species include but not limited to B. afzelii, B. garinii, B. spielmanii and B. valaisiana.* | | | | |

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Name: Fox, Keeta MRN: 111015346269 A70244800259

'21/2022 6:01 PM FROM: Igenex TO: +16309335292 P. 74

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| Lyme ImmunoBlot IgG | Serum | | | |
| IGX Criteria: | | Negative | | |
| CDC/NYS Criteria: | | Negative | | |

***

[REVISED REPORT: EFFECTIVE APRIL 10, 2019]

Lyme ImmunoBlot IgG detects antibodies to B. burgdorferi strains and species

| Band (kDa) | 18 | 23* | 28 | 30 | 31* | 34* | 39* | 41* | 45 | 58 | 66 | 93* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Intensity | - | - | - | - | - | - | - | + | - | - | - | - |

Band Intensity: Positive: + to ++++, Indeterminate: Ind, Negative: (-)

| INTERPRETATION | IGX CRITERIA | CDC/NYS CRITERIA |
|---|---|---|
| Positive | 2 or more of the starred bands are present (+): 23*, 31*, 34*, 39*, 41*, 93* kDa | 5 or more of the following bands are present (+): 18, 23*, 28, 30, 39*, 41*, 45, 58, 66, 93* kDa |
| Negative | Does not meet IGX criteria for a positive. | Does not meet CDC/NYS criteria for a positive. |

**LIMITATION:** Bands 31* and 34* kDa are present in Lyme vaccinated patients. Viral antibodies cross react with the 93 kDa antigen.

LYME IMMUNOBLOT IGG SPECIATION

**Revised report:06-09-22**

| | | |
|---|---|---|
| B. burgdorferi US(genus) | Serum | Negative |
| B. burgdorferi US spp | Serum | Negative |

*BbSs: Borrelia burgdorferi sensu stricto includes but not limited to*

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test. These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Name: Fox, Keeta MRN: 111015346269 A70244800259

'21/2022 6:01 PM FROM: Igenex TO: +16309335292 P. 75

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|

*B. burgdorferi B31 and B. burgdorferi 297.*
*BbSl: Borrelia burgdorferi sensu lato includes but not limited to B. mayonii and B. californiensis.*

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| B. burgdorferi European(genus) | Serum | Negative | | |
| B. burgdorferi European Spp | Serum | Negative | | |

*Borrelia burgdorferi European species include but not limited to B. afzelii, B. garinii, B. spielmanii and B. valaisiana.*

## BORRELIOSIS- Relapsing Fever Borrelia

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| TBRF Borrelia ImmunoBlot IgM | | | | |
| TBRF Borrelia genus ImmunoBlot IgM | Serum | Negative | Positive: Detected 2 or more TBRF Borrelia species-specific antibodies.<br>Indeterminate: Detected only 1 TBRF Borrelia species-specific antibody.<br>Negative: No TBRF Borrelia specific antibody detected. | |

** TBRF ImmunoBlot IgM detects antibodies to Borrelia hermsii, B. turicatae, B. miyamotoi and TBRF Borrelia species.*

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| TBRF Borrelia ImmunoBlot IgM Species | | | | |
| B. miyamotoi | Serum | Negative | | |
| B. hermsii | Serum | Negative | | |
| B. turicatae | Serum | Negative | | |
| TBRF Borrelia spp | Serum | Negative | | |
| TBRF Borrelia ImmunoBlot IgG | | | | |
| TBRF Borrelia genus ImmunoBlot IgG | Serum | Negative | Positive: Detected 2 or more TBRF Borrelia species-specific antibodies.<br>Indeterminate: Detected only 1 TBRF Borrelia species-specific antibody. | |

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200
Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.
NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Name: Fox, Keeta MRN: 111015346269 A70244800259

/21/2022 6:01 PM FROM: Igenex TO: +16309335292 P. 76

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| | | | Negative: No TBRF Borrelia specific antibody detected. | |

* *TBRF ImmunoBlot IgG detects antibodies to Borrelia hermsii, B. turicatae, B. miyamotoi, B. coriciae and TBRF Borrelia species.*

| TBRF Borrelia ImmunoBlot IgG Species | | |
|---|---|---|
| B. miyamotoi | Serum | Negative |
| B. hermsii | Serum | Negative |
| B. turicatae | Serum | Negative |
| TBRF Borrelia spp | Serum | Negative |

## BABESIOSIS

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| Babesia FISH | W blood | Negative | | |
| B. microti IFA - IgM | Serum | <20 | < 20 : Negative<br>= 20 : May or may not indicate active infection<br>>=40 : Indicates active infection | Titer |
| B. microti IFA - IgG | Serum | <40 | < 40 : Negative<br>< 160 : May or may not suggest active infection<br>>=160 : Indicates active infection | Titer |
| B. duncani IFA - IgM | Serum | <20 | < 20 : Negative<br>= 20 : May or may not indicate active infection<br>>=40 : Indicates active infection | Titer |

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Name: Fox, Keeta MRN: 111015346269 A70244800259

'21/2022 6:01 PM FROM: Igenex TO: +16309335292 P. 77

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| B. duncani IFA - IgG | Serum | <40 | < 40 : Negative<br>< 160 : May or may not suggest active infection<br>>=160 : Indicates active infection | Titer |

## EHRLICHIOSIS

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| HME IFA - IgM | Serum | <20 | < 20 : Negative<br>= 20 : May or may not indicate active infection<br>>=40 : Indicates active infection | Titer |
| HME IFA - IgG | Serum | <40 | < 40 : Negative<br>< 160 : May or may not suggest active infection<br>>=160 : Indicates active infection | Titer |

## ANAPLASMOSIS

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| HGA IFA - IgM | Serum | <20 | < 20 : Negative<br>= 20 : May or may not indicate active infection<br>>=40 : Indicates active infection | Titer |
| HGA IFA - IgG | Serum | <40 | < 40 : Negative<br>< 160 : May or may not suggest active infection<br>>=160 : Indicates active infection | Titer |

## BARTONELLOSIS

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Name: Fox, Keeta MRN: 111015346269 A70244800259

'21/2022 6:01 PM FROM: Igenex TO: +16309335292 P. 78

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| Bartonella FISH | W blood | Negative | | |
| BARTONELLA IMMUNOBLOT IGM | | | | |
| Bartonella genus | Serum | **Positive** | Positive: Detected 2 or more Bartonella genus or species-specific antibody.<br>Indeterminate: Detected only 1 Bartonella genus or species- specific antibody.<br>Negative: No Bartonella specific antibody detected. | |
| B. elizabethae | Serum | Negative | | |
| B. vinsonii | Serum | Negative | | |
| B. henselae | Serum | **Positive** | | |
| B. quintana | Serum | Negative | | |
| BARTONELLA IMMUNOBLOT IGG | | | | |
| Bartonella genus | Serum | **Positive** | Positive: Detected 2 or more Bartonella genus or species-specific antibody.<br>Indeterminate: Detected only 1 Bartonella genus or species- specific antibody.<br>Negative: No Bartonella specific antibody detected. | |
| B. elizabethae | Serum | Negative | | |
| B. vinsonii | Serum | Negative | | |
| B. henselae | Serum | Negative | | |
| B. quintana | Serum | Negative | | |
| **RICKETTSIOSIS** | | | | |
| R. rickettsii IFA - IgG | Serum | <40 | < 40 : Negative<br>< 160 : May or may not suggest active infection<br>>=160 : Indicates active infection | Titer |

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Name: Fox, Keeta MRN: 111015346269 A70244800259

/21/2022 6:01 PM FROM: Igenex TO: +16309335292 P. 79

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| R. typhi IFA - IgG | Serum | <40 | < 40 : Negative<br>< 160 : May or may not suggest active infection<br>>=160 : Indicates active infection | Titer |

**End of Report**

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.



**Resulting Lab Contact Information**

**HealthLab 14D0042701** HEALTH LAB, 25 N Winfield Road, Winfield IL 60190 630-933-2633

**From:** DisabilityDocuments
**Sent:** Tuesday, August 16, 2022 10:57 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: Vector Borne Illness New Diagnosis Dr Kimberly Lentz- Claim # 10310112

---

**From:** Keeta Fox <
**Sent:** Tuesday, August 16, 2022 2:54:11 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; GJP <gpottsmd@yahoo.com>; Dr. Pamela Yee | Blum Center for Health <dryee@blumcenterforhealth.com>
**Subject:** Vector Borne Illness New Diagnosis Dr Kimberly Lentz- Claim # 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ms King.New diagnosis.

Just started treatment (antibiotics, anti viral and anti fungal and vitamin C) and am now experiencing Herx reaction ( exacerbation of symptoms) per Dr Lentz. Initial Treatment 90 days with follow up after that. Treatment could last a year or more

Dr Lentz Contact info is as follows:
New Horizons Integrative Medicine
1500 W Oak Street Suite 100
Zionsville, IN 46077
(317) 708 3708

Keeta Fox

**[Error : unloaded OLE object or mail attachment]**

HEALTHLAB
25 N Winfield Rd. Winfield, IL 60190

**Lab Client Services**
(630) 933-2633 Fax (630) 933-5292

**Department of Pathology**
(630) 933-6636 Fax (630) 933-2669

TO:
New Horizons Integrative Medicine
1500 W Oak Street Suite 100
ZIONSVILLE IN 46077
Fax #: 317-733-4422

**Keeta,Fox**
**111015346269**
Female, 55 yrs,
9602 Gutenberg Road LOUISVILLE KY 40299
H: 502-235-0765
CSN: 200169618913

**Ordering Location/Client:**
New Horizons Integrative Medicine
1500 W Oak Street Suite 100
ZIONSVILLE IN 46077
Client Acct: 702448
RQ2188826

**MISCP A** (Final result)

| | Value | Range | Units |
|---|---|---|---|
| **Scan Result** | See Scanned Result | | |

| | | | |
|---|---|---|---|
| ID: | 22RX-195X00154 | Collected: | 7/7/2022 1624 |
| Type/Src: | Blood | Received: | 7/14/2022 1125 |
| Authorized by: | Lentz, Kimberly, MD | Verified On: | 7/22/2022 0824 |

Collection Questions

| | |
|---|---|
| **! Testing Lab** IGENEX | Other (Please Comment) |
| **! Test Code** | TBD4 |
| **! Test Name** | Tick Borne Disease Panel 4I |
| **Additional Specimen Info** | |
| **Cost** | |
| **Charge Code 1** | |
| **Charge 1 Name Override** | |
| **CPT 1** | |
| **Quantity 1** | |
| **Charge Code 2** | |
| **Charge 2 Name Override** | |
| **CPT 2** | |
| **Quantity 2** | |
| **Charge Code 3** | |
| **Charge 3 Name Override** | |
| **CPT 3** | |
| **Quantity 3** | |
| **Charge Code 4** | |
| **Charge 4 Name Override** | |
| **CPT 4** | |
| **Quantity 4** | |
| **Charge Code 5** | |
| **Charge 5 Name Overrid** | |
| **CPT 5** | |
| **Quantity 5** | |

**MISCP A** (Final result)

| | Value | Range | Units |
|---|---|---|---|
| **Scan Result** Report scanned under 22RX-195X00154 | See Scanned Result | | |

| | | | |
|---|---|---|---|
| ID: | 22RX-195X00155 | Collected: | 7/7/2022 1624 |
| Type/Src: | Misc Specimen | Received: | 7/14/2022 1126 |
| Authorized by: | Lentz, Kimberly, MD | Verified On: | 7/22/2022 0825 |

Collection Questions

| | |
|---|---|
| **! Testing Lab** IGENEX | Other (Please Comment) |
| **! Test Code** | 640 |
| **! Test Name** | Babesia FISH |
| **Additional Specimen Info** | |
| **Cost** | |
| **Charge Code 1** | |
| **Charge 1 Name Override** | |

Name: Fox, Keeta MRN: 111015346269 A70244800259

**CPT 1**
**Quantity 1**
**Charge Code 2**
**Charge 2 Name Override**
**CPT 2**
**Quantity 2**
**Charge Code 3**
**Charge 3 Name Override**
**CPT 3**
**Quantity 3**
**Charge Code 4**
**Charge 4 Name Override**
**CPT 4**
**Quantity 4**
**Charge Code 5**
**Charge 5 Name Overrid**
**CPT 5**
**Quantity 5**

**MISCP A** (Final result)

| | Value | Range | Units |
|---|---|---|---|
| **Scan Result** | See Scanned Result | | |

Report scanned under 22RX-195X00154

| | | | |
|---|---|---|---|
| ID: | 22RX-195X00156 | Collected: | 7/7/2022 1624 |
| Type/Src: | Misc Specimen | Received: | 7/14/2022 1126 |
| Authorized by: | Lentz, Kimberly, MD | Verified On: | 7/22/2022 0825 |

Collection Questions

| | |
|---|---|
| **! Testing Lab** IGENEX | Other (Please Comment) |
| **! Test Code** | 289 |
| **! Test Name** | Bartonella FISH |
| **Additional Specimen Info** | |
| **Cost** | |
| **Charge Code 1** | |
| **Charge 1 Name Override** | |
| **CPT 1** | |
| **Quantity 1** | |
| **Charge Code 2** | |
| **Charge 2 Name Override** | |
| **CPT 2** | |
| **Quantity 2** | |
| **Charge Code 3** | |
| **Charge 3 Name Override** | |
| **CPT 3** | |
| **Quantity 3** | |
| **Charge Code 4** | |
| **Charge 4 Name Override** | |
| **CPT 4** | |
| **Quantity 4** | |
| **Charge Code 5** | |
| **Charge 5 Name Overrid** | |
| **CPT 5** | |
| **Quantity 5** | |

**Miscellaneous Lab Test** (Final result)

| | Value | Range | Units |
|---|---|---|---|
| **Sent to** | Other | | |

| | | | |
|---|---|---|---|
| ID: | 22RX-188X00558 | Collected: | 7/7/2022 1624 |
| Type/Src: | Blood | Received: | 7/14/2022 1125 |
| Authorized by: | Lentz, Kimberly, MD | Verified On: | 7/14/2022 1131 |

Collection Questions

| | |
|---|---|
| **! Name of test requested:** | TBD4I Tick Borne Disease Panel 4I Direct Send |
| **Specimen Type** | |

**Miscellaneous Lab Test** (Final result)

| | Value | Range | Units |
|---|---|---|---|

Name: Fox, Keeta MRN: 111015346269 A70244800259

| | Value | Range | Units |
|---|---|---|---|
| **Sent to** | Other | | |

| | | | |
|---|---|---|---|
| ID: | 22RX-188X00559 | Collected: | 7/7/2022 1624 |
| Type/Src: | Misc Specimen | Received: | 7/14/2022 1125 |
| Authorized by: | Lentz, Kimberly, MD | Verified On: | 7/14/2022 1131 |

Collection Questions

| | |
|---|---|
| **! Name of test requested:** | Babesia FISH Direct Send |
| **Specimen Type** | |

**Miscellaneous Lab Test** (Final result)

| | Value | Range | Units |
|---|---|---|---|
| **Sent to** | Other | | |

| | | | |
|---|---|---|---|
| ID: | 22RX-188X00560 | Collected: | 7/7/2022 1624 |
| Type/Src: | Misc Specimen | Received: | 7/14/2022 1125 |
| Authorized by: | Lentz, Kimberly, MD | Verified On: | 7/14/2022 1131 |

Collection Questions

| | |
|---|---|
| **! Name of test requested:** | Bartonella FISH Direct Send |
| **Specimen Type** | |

Scan on 7/22/2022 0824 by MILLER, ASHLEY: IGX Tick Borne Disease 4 Rpt

Name: Fox, Keeta MRN: 111015346269 A70244800259

'21/2022 6:01 PM FROM: Igenex TO: +16309335292 P. 71

IGeneX Inc.
556 Gibraltar Drive
Milpitas, CA 95035
T: (800) 832-3200
F: (408) 935-8272
www.igenex.com

Laboratory Director: Jyotsna S. Shah, Ph.D.
CLIA: 05D0643914
CALIFORNIA: CLF 4033
NPI: 1396837605

**REFERRING PHYSICIAN**

**HEALTHLAB/CENTRAL DUPAGE HOSP**
**25 N WINFIELD RD**
**WINFIELD, IL 60190**

**FOX, KEETA**
**DOB:**
**Gender: FEMALE**
**Accession: A854271**
**Patient ID: 86859**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

## BORRELIOSIS - Lyme Disease

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| B. burgdorferi IFA - G/M/A | Serum | 40 | Negative: <40<br>Equivocal: 40<br>Positive: > or = 80 | Titer |

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| Lyme ImmunoBlot IgM | Serum | | | |
| IGX Criteria: | | Negative | | |
| CDC/NYS Criteria: | | Negative | | |

***

[REVISED REPORT: EFFECTIVE APRIL 10, 2019]

Lyme ImmunoBlot IgM detects antibodies to B. burgdorferi strains and species

| Band (kDa) | 23* | 31* | 34* | 39* | 41* | 93 |
|---|---|---|---|---|---|---|
| Intensity | + | - | - | - | - | - |

Band Intensity: Positive: + to ++++, Indeterminate: Ind, Negative: (-)

| INTERPRETATION | IGX CRITERIA | CDC/NYS CRITERIA |
|---|---|---|
| Positive | 2 or more of the starred bands are present (+): 23*, 31*, 34*, 39*, 41* kDa | 2 or more of the following bands are present (+): 23*, 39*, 41* kDa |
| Negative | Does not meet IGX criteria for a positive. | Does not meet CDC/NYS criteria for a positive. |

**LIMITATION:** Bands 31* and 34* kDa are present in Lyme vaccinated patients. Viral antibodies cross react with the 93 kDa antigen.

LYME IMMUNOBLOT IGM SPECIATION

**Revised report:06-09-22**

| | | |
|---|---|---|
| B. burgdorferi US(genus) | Serum | Negative |
| B. burgdorferi US Spp | Serum | Negative |

*BbSs: Borrelia burgdorferi sensu stricto includes but not limited to*

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| *B. burgdorferi B31 and B. burgdorferi 297.* | | | | |
| *BbSl: Borrelia burgdorferi sensu lato includes but not limited to B. mayonii and B. californiensis.* | | | | |
| B. burgdorferi European(genus) | Serum | Negative | | |
| B. burgdorferi European Spp | Serum | Negative | | |
| *Borrelia burgdorferi European species include but not limited to B. afzelii, B. garinii, B. spielmanii and B. valaisiana.* | | | | |

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| Lyme ImmunoBlot IgG | Serum | | | |
| IGX Criteria: | | Negative | | |
| CDC/NYS Criteria: | | Negative | | |

***
[REVISED REPORT: EFFECTIVE APRIL 10, 2019]

Lyme ImmunoBlot IgG detects antibodies to B. burgdorferi strains and species

| Band (kDa) | 18 | 23* | 28 | 30 | 31* | 34* | 39* | 41* | 45 | 58 | 66 | 93* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Intensity | - | - | - | - | - | - | - | + | - | - | - | - |

Band Intensity: Positive: + to ++++, Indeterminate: Ind, Negative: (-)

| INTERPRETATION | IGX CRITERIA | CDC/NYS CRITERIA |
|---|---|---|
| Positive | 2 or more of the starred bands are present (+): 23*, 31*, 34*, 39*, 41*, 93* kDa | 5 or more of the following bands are present (+): 18, 23*, 28, 30, 39*, 41*, 45, 58, 66, 93* kDa |
| Negative | Does not meet IGX criteria for a positive. | Does not meet CDC/NYS criteria for a positive. |

**LIMITATION:** Bands 31* and 34* kDa are present in Lyme vaccinated patients. Viral antibodies cross react with the 93 kDa antigen.

LYME IMMUNOBLOT IGG SPECIATION

**Revised report:06-09-22**

| | | |
|---|---|---|
| B. burgdorferi US(genus) | Serum | Negative |
| B. burgdorferi US spp | Serum | Negative |

*BbSs: Borrelia burgdorferi sensu stricto includes but not limited to*

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|

*B. burgdorferi B31 and B. burgdorferi 297.*
*BbSl: Borrelia burgdorferi sensu lato includes but not limited to B. mayonii and B. californiensis.*

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| B. burgdorferi European(genus) | Serum | Negative | | |
| B. burgdorferi European Spp | Serum | Negative | | |

*Borrelia burgdorferi European species include but not limited to B. afzelii, B. garinii, B. spielmanii and B. valaisiana.*

## BORRELIOSIS- Relapsing Fever Borrelia

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| TBRF Borrelia ImmunoBlot IgM | | | | |
| TBRF Borrelia genus ImmunoBlot IgM | Serum | Negative | Positive: Detected 2 or more TBRF Borrelia species-specific antibodies.<br>Indeterminate: Detected only 1 TBRF Borrelia species-specific antibody.<br>Negative: No TBRF Borrelia specific antibody detected. | |

** TBRF ImmunoBlot IgM detects antibodies to Borrelia hermsii, B. turicatae, B. miyamotoi and TBRF Borrelia species.*

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| TBRF Borrelia ImmunoBlot IgM Species | | | | |
| B. miyamotoi | Serum | Negative | | |
| B. hermsii | Serum | Negative | | |
| B. turicatae | Serum | Negative | | |
| TBRF Borrelia spp | Serum | Negative | | |
| TBRF Borrelia ImmunoBlot IgG | | | | |
| TBRF Borrelia genus ImmunoBlot IgG | Serum | Negative | Positive: Detected 2 or more TBRF Borrelia species-specific antibodies.<br>Indeterminate: Detected only 1 TBRF Borrelia species-specific antibody. | |

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - these tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Name: Fox, Keeta MRN: 111015346269 A70244800259

'21/2022 6:01 PM FROM: Igenex TO: +16309335292 P. 76

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| | | | Negative: No TBRF Borrelia specific antibody detected. | |

** TBRF ImmunoBlot IgG detects antibodies to Borrelia hermsii, B. turicatae, B. miyamotoi, B. coriciae and TBRF Borrelia species.*

| TBRF Borrelia ImmunoBlot IgG Species | | | | |
|---|---|---|---|---|
| B. miyamotoi | Serum | Negative | | |
| B. hermsii | Serum | Negative | | |
| B. turicatae | Serum | Negative | | |
| TBRF Borrelia spp | Serum | Negative | | |

**BABESIOSIS**

| Test | Specimen | Result | Reference Range | Units |
|---|---|---|---|---|
| Babesia FISH | W blood | Negative | | |
| B. microti IFA - IgM | Serum | <20 | < 20 : Negative<br>= 20 : May or may not indicate active infection<br>>=40 : Indicates active infection | Titer |
| B. microti IFA - IgG | Serum | <40 | < 40 : Negative<br>< 160 : May or may not suggest active infection<br>>=160 : Indicates active infection | Titer |
| B. duncani IFA - IgM | Serum | <20 | < 20 : Negative<br>= 20 : May or may not indicate active infection<br>>=40 : Indicates active infection | Titer |

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| B. duncani IFA - IgG | Serum | <40 | < 40 : Negative<br>< 160 : May or may not suggest active infection<br>>=160 : Indicates active infection | Titer |

**EHRLICHIOSIS**

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| HME IFA - IgM | Serum | <20 | < 20 : Negative<br>= 20 : May or may not indicate active infection<br>>=40 : Indicates active infection | Titer |
| HME IFA - IgG | Serum | <40 | < 40 : Negative<br>< 160 : May or may not suggest active infection<br>>=160 : Indicates active infection | Titer |

**ANAPLASMOSIS**

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| HGA IFA - IgM | Serum | <20 | < 20 : Negative<br>= 20 : May or may not indicate active infection<br>>=40 : Indicates active infection | Titer |
| HGA IFA - IgG | Serum | <40 | < 40 : Negative<br>< 160 : May or may not suggest active infection<br>>=160 : Indicates active infection | Titer |

**BARTONELLOSIS**

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Name: Fox, Keeta MRN: 111015346269 A70244800259

'21/2022 6:01 PM FROM: Igenex TO: +16309335292 P. 78

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| Bartonella FISH | W blood | Negative | | |
| BARTONELLA IMMUNOBLOT IGM | | | | |
| Bartonella genus | Serum | **Positive** | Positive: Detected 2 or more Bartonella genus or species-specific antibody.<br>Indeterminate: Detected only 1 Bartonella genus or species- specific antibody.<br>Negative: No Bartonella specific antibody detected. | |
| B. elizabethae | Serum | Negative | | |
| B. vinsonii | Serum | Negative | | |
| B. henselae | Serum | **Positive** | | |
| B. quintana | Serum | Negative | | |
| BARTONELLA IMMUNOBLOT IGG | | | | |
| Bartonella genus | Serum | **Positive** | Positive: Detected 2 or more Bartonella genus or species-specific antibody.<br>Indeterminate: Detected only 1 Bartonella genus or species- specific antibody.<br>Negative: No Bartonella specific antibody detected. | |
| B. elizabethae | Serum | Negative | | |
| B. vinsonii | Serum | Negative | | |
| B. henselae | Serum | Negative | | |
| B. quintana | Serum | Negative | | |

## RICKETTSIOSIS

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| R. rickettsii IFA - IgG | Serum | <40 | < 40 : Negative<br>< 160 : May or may not suggest active infection<br>>=160 : Indicates active infection | Titer |

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Name: Fox, Keeta MRN: 111015346269 A70244800259

'21/2022 6:01 PM FROM: Igenex TO: +16309335292 P. 79

**FOX, KEETA** **FOX, KEETA**
**DOB:**
**Gender: FEMALE Accession: A854271**
**Patient ID: 86859**
**Physician: HEALTHLAB/CENTRAL DUPAGE HOSP Client: 8872**

Collected: 07/07/2022 UNK
Received: 07/13/2022 13:16
Reported: 07/21/2022 17:08
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| R. typhi IFA - IgG | Serum | <40 | < 40 : Negative<br>< 160 : May or may not suggest active infection<br>>=160 : Indicates active infection | Titer |

**End of Report**

Testing performed at IGenoX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.



**Resulting Lab Contact Information**

**HealthLab 14D0042701** HEALTH LAB, 25 N Winfield Road, Winfield IL 60190 630-933-2633

**From:** DisabilityDocuments
**Sent:** Tuesday, August 16, 2022 11:35 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: EBV Tests- LTD Disability Claim # 10310112

---

**From:** Keeta Fox < >
**Sent:** Tuesday, August 16, 2022 3:33:51 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>; GJP <gpottsmd@yahoo.com>; Dr. Pamela Yee | Blum Center for Health <dryee@blumcenterforhealth.com>
**Subject:** EBV Tests- LTD Disability Claim # 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Most recent EBV Panel Performed by Dr Lentz, New Horizons

Keeta Fox

**Error : unloaded OLE object or mail attachment]**

1 records in account keetafox

Keeta Fox
New Horizons Integrative Medicine

- Home
- Health Records
  - Overview
  - **Labs & Imaging**
  - Diagnoses
  - Medications
  - Immunizations
  - Allergies
  - Procedures
  - Care plans
  - Past visits
  - Vitals

# Labs & Imaging Results

Only lab and imaging results shared by your doctor will appear here

< Back to all lab results

EBV COMPLETE SERIES

**Path**

Patient: **Keeta Fox** PRN: **FK438161**
Received on: **07/11/2022**

EPSTEIN BARR EA IGG (U/ML)
13.8 SEE BELOW
Above high normal

EPSTEIN BARR NA IGG (U/ML)
150.0 SEE BELOW
Above high normal

EPSTEIN BARR VCA IGG (U/ML)
101.0 SEE BELOW
Above high normal

EPSTEIN BARR VCA IGM (U/ML)
70.3 SEE BELOW
Above high normal

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 | Manager: RICHARD, LINDSAY | Case Mgr: BUSS, HEATHER

Claimant Name: KEETA R FOX | Claim #: 10310112

Occupation (Job Title): SR. VICE PRESIDENT CORPORATE CON | Date Sent: 8/12/2022

Diagnosis: M35.0 Sicca syndrome [Sjogren], I95.1 Orthostatic hypotension

Date of Disability: 2/4/2020 | Date Benefits Began: 8/4/2020

Maximum Duration: 11/5/2033 | Paid Through: 8/3/2022

Date of Denial or (DB451): 8/3/2022 | Date Appeal Received: 8/10/2022

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: PAPA JOHN'S INTERNATIONAL, INC

Product: LTD | Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations
- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. | FAX No.

Account Specific or Unique Contract Issues / Additional Info:

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, August 15, 2022 2:26:03 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | blqtwx2m86xj2pspxbkv_13354172.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 15, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Papa John s International, Inc. s Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim. In a telephone conversation on August 15, 2022, you reported that you would be sending additional medical information in support of your appeal. A copy of your claim file was forwarded for your review on August 15, 2022 (sent to your email address). Please review the claim file and provide any outstanding medical documentation from any treating providers.

For Lincoln to conduct a timely review of your appeal, we ask that you submit any additional information you wish to have considered within 30 days of this letter. Please contact us should you need additional time.

If we do not hear from you and do not receive additional information by September 14, 2022, we will proceed with our appeal review and make a final determination based on the information currently contained in your file.

Medical documentation can be sent to disabilitydocuments@lfg.com or faxed to the below secure fax number.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln s control, which require a delay in making a determination. If additional time is needed,

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period. If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

**From:**Keeta Fox <
**Sent:**Thu, 11 Aug 2022 07:53:15 -0400
**To:**Keeta Fox;Buss, Heather
**Subject:**Re: Disability Appeal Process

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Heather

Will you confirm receipt of the last 3 message that include dr Potts on the first one and dr Yee and Dr Potts in last 2. Thanks

Also I wrote the last email regarding cervical stenosis pretty late last night I should've drafted it and reviewed it later when I wasn't so tired. To clarify on physical therapy symptom relief has appeared to be pretty temporary so that's why I kept going to get traction and ultrasound combos however relief does not appear to be long-term. What I did achieve during PT was increased neck range of motion hopefully this is consistent with the Physical therapist notes

Thanks
Keeta Fox

Sent from my iPhone

> On Aug 11, 2022, at 12:20 AM, Keeta Fox < wrote:
>
> Sorry for a late addition but I Did want to mention one other condition that everyone is aware of just so we have everything documented in these emails
>
> Cervical Stenosis treated by Dr Villanueva. They referred my to Physical therapy ( pinnacle pt) which I did for several months. Unfortunately that did not help much. Dr V. Said I will need surgery and let him know when I M ready. I am not ready physically or mentally
>
> Thanks
>
> Sent from my iPhone
>
>> On Aug 10, 2022, at 7:05 PM, Keeta Fox < wrote:
>>
>>
>> Hi Everyone
>>
>>
>> Heather with Lincoln meet Dr Pam Yee, my integrative medicine doc. Dr Yee said she did not receive any questionnaire and is happy to help provide any and all relevant info including functional limitations. Dr Yee said she would like to talk to you Heather. I will help facilitate any way I can but hoping to connect all of you so that I don't get in the way or slow anything down.
>>
>> Heather can you give Dr Yee your direct phone number. I have (888) 437-7611 . Is that the right number?
>>
>> I am copying Dr Greg Potts as well, he is my primary care provider and serves as the head coach/ facilitator in this process. His phone number is (502) 240-5900.
>>
>> Dr Yee and Blum Health Center have diagnosed Long Term Epstein Barr Virus, Mast Cell Activation Syndrome,

Postural Orthostatic Tachycardia Syndrome (POTS) (per the Lean Test requested and completed by Dr Potts; this was also a suspected condition by my cardiologist Dr Janice Kemp)Lyme Disease and Mold Illness. As per my previous email, I am not applying for LTD based on mold illness. The other diagnoses are the key for Dr Yee. Dr Yee let us know if you agree and if I missed any thing. Dr Yee when you complete your paperwork please send a courtesy copy to me and Dr Greg Potts as well
>>
>> As a reminder Mayo Clinic diagnosed Sjogrens, which is treated by my rheumatologist. As per Rheumy letter in 2021 conditions are probably permanent. Do you need any more info from my Rheumy Dr Stern?
>>
>> Mayo also diagnosed Orothostatic Intolerance ( superceded by subsequent POTS diagnosis by Dr Yee) Chronic Fatigue Syndrome, Fibromyalgia, Gut Motility issues ( ultimately had surgery that removed illeocecal valve causing chronic Sibo per Dr Briley, GI doc) and erythormelalgia. As you know, Mayo has a policy that they do not work with LTD insurance companies. They rely on all on going doctors who will have the best most recent information to do that. I think everyone has Mayo's diagnoses and relevant info. If anyone needs anything further from me on Mayo please advise.
>>
>> Dr Blackburn diagnosed Carpal Tunnel Syndrome, Cubital Tunnel Syndrome and Tennis Elbow. Not a reason for disability alone but greatly contribution to my new Sleep Disorder diagnosed by Dr Jospehine Mei (24.8% sleep efficiency). Do you need anything more on that?
>>
>> Dr Samuel Carter diagnosed worsening knee arthritis ( not sure if caused by Lyme) . Do you need anything from him?
>>
>>
>> U of L Neurology diagnosed Small Fiber Neuropathy; Dr Potts should have all relevant info on the punch biopsy and the related symptoms and limitations. The Physicians Assistant at U of L neurology left that practice and is no longer reachable
>>
>> Dr Briley,GI diagnosed SIBO and said it will probably be permanent. Heather let me know if you need info from her and I will reach out.
>>
>> I will send everyone on this email a copy of social security Independent Medical Examiner report when received.
>>
>> Thanks Everyone for your attention and prompt responses in advance. If I missed anything significant or made any errors feel free to correct with a reply to this group email
>>
>> Keeta Fox
>>
>>
>> Please forgive any typos or grammar issues.
>>
>>
>>
>>
>>
>>
>>
>>

**From:**Keeta Fox <
**Sent:**Thu, 11 Aug 2022 00:20:27 -0400
**To:**Keeta Fox
**Cc:**Buss, Heather;dryee@blumcenterforhealth.com;Greg Potts
**Subject:**Re: Disability Appeal Process

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sorry for a late addition but I Did want to mention one other condition that everyone is aware of just so we have everything documented in these emails

Cervical Stenosis treated by Dr Villanueva. They referred my to Physical therapy ( pinnacle pt) which I did for several months. Unfortunately that did not help much. Dr V. Said I will need surgery and let him know when I M ready. I am not ready physically or mentally

Thanks

Sent from my iPhone

> On Aug 10, 2022, at 7:05 PM, Keeta Fox < wrote:
>
>
> Hi Everyone
>
>
> Heather with Lincoln meet Dr Pam Yee, my integrative medicine doc. Dr Yee said she did not receive any questionnaire and is happy to help provide any and all relevant info including functional limitations. Dr Yee said she would like to talk to you Heather. I will help facilitate any way I can but hoping to connect all of you so that I don't get in the way or slow anything down.
>
> Heather can you give Dr Yee your direct phone number. I have (888) 437-7611 . Is that the right number?
>
> I am copying Dr Greg Potts as well, he is my primary care provider and serves as the head coach/ facilitator in this process. His phone number is (502) 240-5900.
>
> Dr Yee and Blum Health Center have diagnosed Long Term Epstein Barr Virus, Mast Cell Activation Syndrome, Postural Orthostatic Tachycardia Syndrome (POTS) (per the Lean Test requested and completed by Dr Potts; this was also a suspected condition by my cardiologist Dr Janice Kemp)Lyme Disease and Mold Illness. As per my previous email, I am not applying for LTD based on mold illness. The other diagnoses are the key for Dr Yee. Dr Yee let us know if you agree and if I missed any thing. Dr Yee when you complete your paperwork please send a courtesy copy to me and Dr Greg Potts as well
>
> As a reminder Mayo Clinic diagnosed Sjogrens, which is treated by my rheumatologist. As per Rheumy letter in 2021 conditions are probably permanent. Do you need any more info from my Rheumy Dr Stern?
>
> Mayo also diagnosed Orothostatic Intolerance ( superceded by subsequent POTS diagnosis by Dr Yee) Chronic Fatigue Syndrome, Fibromyalgia, Gut Motility issues ( ultimately had surgery that removed illeocecal valve causing chronic Sibo per Dr Briley, GI doc) and erythormelalgia. As you know, Mayo has a policy that they do not work with LTD insurance companies. They rely on all on going doctors who will have the best most recent information to do that. I think everyone has Mayo's diagnoses and relevant info. If anyone needs anything further from me on Mayo please advise.
>

> Dr Blackburn diagnosed Carpal Tunnel Syndrome, Cubital Tunnel Syndrome and Tennis Elbow. Not a reason for disability alone but greatly contribution to my new Sleep Disorder diagnosed by Dr Jospehine Mei (24.8% sleep efficiency). Do you need anything more on that?
>
> Dr Samuel Carter diagnosed worsening knee arthritis ( not sure if caused by Lyme) . Do you need anything from him?
>
>
> U of L Neurology diagnosed Small Fiber Neuropathy; Dr Potts should have all relevant info on the punch biopsy and the related symptoms and limitations. The Physicians Assistant at U of L neurology left that practice and is no longer reachable
>
> Dr Briley,GI diagnosed SIBO and said it will probably be permanent. Heather let me know if you need info from her and I will reach out.
>
> I will send everyone on this email a copy of social security Independent Medical Examiner report when received.
>
> Thanks Everyone for your attention and prompt responses in advance. If I missed anything significant or made any errors feel free to correct with a reply to this group email
>
> Keeta Fox
>
>
> Please forgive any typos or grammar issues.
>
>
>
>
>
>
>
>

**From:**Keeta Fox <
**Sent:**Wed, 10 Aug 2022 19:05:41 -0400
**To:**Buss, Heather;dryee@blumcenterforhealth.com
**Cc:**Greg Potts
**Subject:**Disability Appeal Process

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Everyone

Heather with Lincoln meet Dr Pam Yee, my integrative medicine doc. Dr Yee said she did not receive any questionnaire and is happy to help provide any and all relevant info including functional limitations. Dr Yee said she would like to talk to you Heather. I will help facilitate any way I can but hoping to connect all of you so that I don't get in the way or slow anything down.

Heather can you give Dr Yee your direct phone number. I have (888) 437-7611 . Is that the right number?

I am copying Dr Greg Potts as well, he is my primary care provider and serves as the head coach/ facilitator in this process. His phone number is (502) 240-5900.

Dr Yee and Blum Health Center have diagnosed Long Term Epstein Barr Virus, Mast Cell Activation Syndrome, Postural Orthostatic Tachycardia Syndrome (POTS) (per the Lean Test requested and completed by Dr Potts; this was also a suspected condition by my cardiologist Dr Janice Kemp)Lyme Disease and Mold Illness. As per my previous email, I am not applying for LTD based on mold illness. The other diagnoses are the key for Dr Yee. Dr Yee let us know if you agree and if I missed any thing. Dr Yee when you complete your paperwork please send a courtesy copy to me and Dr Greg Potts as well

As a reminder Mayo Clinic diagnosed Sjogrens, which is treated by my rheumatologist. As per Rheumy letter in 2021 conditions are probably permanent. Do you need any more info from my Rheumy Dr Stern?

Mayo also diagnosed Orothostatic Intolerance ( superceded by subsequent POTS diagnosis by Dr Yee) Chronic Fatigue Syndrome, Fibromyalgia, Gut Motility issues ( ultimately had surgery that removed illeocecal valve causing chronic Sibo per Dr Briley, GI doc) and erythormelalgia. As you know, Mayo has a policy that they do not work with LTD insurance companies. They rely on all on going doctors who will have the best most recent information to do that. I think everyone has Mayo's diagnoses and relevant info. If anyone needs anything further from me on Mayo please advise.

Dr Blackburn diagnosed Carpal Tunnel Syndrome, Cubital Tunnel Syndrome and Tennis Elbow. Not a reason for disability alone but greatly contribution to my new Sleep Disorder diagnosed by Dr Jospehine Mei (24.8% sleep efficiency). Do you need anything more on that?

Dr Samuel Carter diagnosed worsening knee arthritis ( not sure if caused by Lyme) . Do you need anything from him?

U of L Neurology diagnosed Small Fiber Neuropathy; Dr Potts should have all relevant info on the punch biopsy and the related symptoms and limitations. The Physicians Assistant at U of L neurology left that practice and is no longer reachable

Dr Briley,GI diagnosed SIBO and said it will probably be permanent. Heather let me know if you need info from her and I will reach out.

I will send everyone on this email a copy of social security Independent Medical Examiner report when received.

Thanks Everyone for your attention and prompt responses in advance. If I missed anything significant or made any errors feel free to correct with a reply to this group email

Keeta Fox

Please forgive any typos or grammar issues.

# This is Sjögren's...

"I look healthy on the outside, however my disease is attacking my internal organs and destroying me from the inside out"

"Sjögren's has started to attack my lungs and I have difficulty breathing and performing everyday tasks"

"I rarely smile or talk in public since my inability to produce saliva has caused embarrassing tooth decay"

"I lost my passion for dining out because Sjögren's has affected my ability to chew and digest most foods"

"Joint pain, aching muscles and inability to sleep is an everyday occurrence for me"

"My inability to produce tears causes extreme eye discomfort and makes me prone to chronic eye infections"

"This terrible disease sets a 'new normal' way of life, which is 'not normal' at all"

"I wake up each day hoping a treatment is developed that will allow me to live an active and normal life again"

**Sjögren's ("SHOW-grins") is a systemic autoimmune disease that affects the entire body. Along with symptoms of extensive dryness, other serious complications include profound fatigue, chronic pain, major organ involvement, neuropathies and lymphomas.**




Sjögren's FOUNDATION

Learn more
**sjögrens.org**

SF_20106.05F

Lincoln/Fox 0521

NORTON
SLEEP CENTER

(502) 559-5559 Phone
NortonSleepCenter.com

## Polysomnography

**Re: Fox, Keeta**
Date of Birth:

**Referring Provider:** Gregory Potts, MD
**Ordering Provider:** Josephine Mei, MD

We appreciate the opportunity of seeing and contributing to the care of your patient at Norton Sleep Center – Brownsboro on 07/11/2022.This is a 55 year-old female with a history of Fatigue, Snoring, Insomnia, Nocturnal Awakenings, Chronic Fatigue Syndrome, Headaches, Depression, Sjogren's Disease, Lyme Disease, Anxiety, Arthritis, Gastroparesis, Kidney Stones, Neuropathy, TMJ, Osteoporosis and an Epworth Sleepiness Score of 3. Current Medications include: Allergy Relief, Elavil, Cholecalciferol, Restasis, Cymbalta, Pepcid, Ibuprofen, Multi-Vitamin, Probiotic, Red Yeast, Rifaximin, Fish Oil

**Diagnostic Summary:**

**Sleep Architecture:** The study was started at 9:07:00 PM and ended at 5:02:18 AM. Total recording time was 475.3 minutes, with a total sleep time of 118.0 minutes and a sleep efficiency of 24.8%. The patient's sleep latency was 300.7 minutes. No REM sleep was observed during the study. There was 3.4% of stage N1 sleep, 72.5% stage N2 sleep, 24.2% stage N3 sleep and 0.0% Stage R sleep. The total number of arousals was 20 with an arousal index of 13.2 per hour of sleep.

**Respiratory Events:** The apnea/hypopnea index **(AHI) was 0.5** per sleep hour *(average number of apneas and hypopneas per hour of sleep; a value greater than or equal to 5.0 is considered abnormal).* There were 1 episodes of apnea/hypopnea with a mean length of 23.5 seconds and the longest was 23.5 seconds. There were 1 episodes of hypopnea, 0 episodes of mixed apnea, 0 episodes of central apnea and 0 episodes of obstructive apnea. The respiratory disturbance index was **0.5** episodes per sleep hour including respiratory effort related arousal events. Mild snoring was noted during the test. Hypopneas were scored based on a 4% desaturation.

**Oxygen Data:** The average oxygen saturation during sleep was 94% and the lowest oxygen saturation was **92%**. The patient spent a total of 0.00 minutes below 88%.

**EKG Data:** The EKG revealed a normal sinus rhythm with no abnormalities noted.

**Periodic Limb Movement Data:** Periodic leg movements were noted, with a PLM index of 6.6 and Leg Movement arousal index of 0.5.

- The patient was advised not to drive or operate heavy machinery when symptoms of sleepiness occur. Avoidance of alcohol and other sedatives (which can worsen OSA) is encouraged.

**Physician's Impression:**

Poor sleep efficiency, limited total sleep time, and no REM sleep may underestimate events, and limit sleep apnea diagnosis
Snoring

[signature] 8-8-22

Physician: Josephine Mei, MD Date

NORTON
SLEEP CENTER

(502) 559-5559 Phone
NortonSleepCenter.com

# Polysomnography Report

| | | | |
|---|---|---|---|
| Patient Name: | Fox, Keeta | Medical Record#: | EP00363111 |
| Age: | 55 yrs | Birth Date: | |
| | | Sex: | F |
| Referring Provider: | Gregory Potts, MD | Height: | 67.0 in |
| Interpreting Physician: | Josephine Mei, MD | Weight: | 162.1 lbs |
| Scoring Technologist: | Jeremy Deal, RPSGT | BMI: | 25.4 |
| Test Description: | Diagnostic Sleep Study | Epworth Score: | 3 |

**Study Parameters:** A polysomnogram (PSG) was performed on 07/11/2022 consisting of a left and right EOG, submental EMG, left and right anterior tibialis EMG, frontal, central and occipital EEG, continuous ECG waveform, continuous airflow assessment using both a thermistor and a pressure transducer, monitoring of respiratory effort, snore, continuous overnight oximetry and overnight video recording. Hypopneas were scored when there was a peak signal excursions drop of ≥30% of pre-event baseline using nasal pressure lasting at least 10 seconds long and followed by a ≥4% oxygen desaturation from pre-event baseline (AASM VIII.1.D.2).

## Sleep Staging Data

| | | | |
|---|---|---|---|
| Lights Out: | 9:07:00 PM | Lights On: | 5:02:18 AM |
| Total Recording Time: | 475.3 min | Sleep Latency (from L.O.): | 300.7 min |
| Total Sleep Time: | 118.0 min | REM Latency (from Sleep Onset): | |
| Sleep Efficiency: | 24.8 % | Wake After Sleep Onset | 56.6 min |

| Sleep Stage | Sleep Duration in Minutes | % of total sleep time | Normal values | Latency for Lights Out (mins) | Latency for Sleep Onset (mins) |
|---|---|---|---|---|---|
| STAGE N1 | 4.0 Min | 3.4 % | (5%) | 300.7 | 0.0 |
| STAGE N2 | 85.5 Min | 72.5 % | (50%) | 304.7 | 4.0 |
| STAGE N3 | 28.5 Min | 24.2 % | (20%) | 328.7 | 28.0 |
| STAGE REM | 0.0 Min | 0.0 % | (25%) | | |
| STAGE WAKE | 357.3 Min | | | | |

## Arousal Data

| | REM | NREM | Arousals | Awakenings | Ar + Aw | Ar + Aw Index |
|---|---|---|---|---|---|---|
| Respiratory: | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Leg Movements: | 0 | 5 | 6 | 0 | 6 | 3.1 |
| Snore: | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Spontaneous: | 0 | 10 | 14 | 6 | 20 | 10.2 |
| Total: | 0 | 15 | 20 | 6 | 26 | 13.2 |
| Arousal Index: | 0.0 | 7.6 | 10.2 | 3.1 | 13.2 | -- |

## Leg Movement Summary

| | Count | Index (#/h) |
|---|---|---|
| Total Leg Movements: | 21 | 10.7 |
| PLMS: | 13 | 6.6 |
| PLMS Arousals: | 1 | 0.5 |

NORTON SLEEP CENTER

Fox, Keeta
07/11/2022

## Respiratory Data

| | CA | OA | MA | Apnea | Hypop* | A+ H | RERA | Total |
|---|---|---|---|---|---|---|---|---|
| Number: | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| Mean Dur : (sec) | 0.0 | 0.0 | 0.0 | 0.0 | 23.5 | 23.5 | 0.0 | 23.5 |
| Max Dur (sec): | 0.0 | 0.0 | 0.0 | 0.0 | 23.5 | 23.5 | 0.0 | 23.5 |
| Total Dur (min) : | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.4 | 0.0 | 0.4 |
| % of TST: | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.3 | 0.0 | 0.3 |
| Index (#/h TST) : | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.5 | 0.0 | 0.5 |
| REM Count: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NREM Count: | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| REM Index: | 0/h | 0/h | 0/h | 0/h | 0/h | 0/h | 0/h | 0/h |
| NREM Index: | 0.0/h | 0.0/h | 0.0/h | 0.0/h | 0.5/h | 0.5/h | 0.0/h | 0.5/h |

*Above Index Values Based on Total Sleep Time ■ Hypopneas scored based on 4% or greater desaturation

**Cheyne Stokes Breathing:** None observed during study.

## Body Position Summary

| | Sleep (min) | TST (%) | REM (min) | NREM (min) | CA (#) | OA (#) | MA (#) | HYP (#) | AHI (#/h) | RERA (#) | RDI (#/h) | Desat (#) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supine | 23.5 | 19.92 | 0.0 | 23.5 | 0 | 0 | 0 | 1 | 2.6 | 0 | 2.6 | 1 |
| Non-Supine | 94.50 | 80.08 | 0.00 | 80.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0.00 |
| Left: | 0.0 | 0.00 | 0.0 | 0.0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0.00 | 0 |
| Prone: | 0.0 | 0.00 | 0.0 | 0.0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0.00 | 0 |
| Right: | 94.5 | 80.08 | 0.0 | 94.5 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0.00 | 0 |

## Oximetry Summary

| | | | |
|---|---|---|---|
| Average SpO2 (TST): | 94% | Total Sleep Time 90 - 100%: | 118.00 min |
| Average SpO2 (TIB): | 95% | Percent Sleep Time 90 - 100% | 100.00% |
| # Desaturations: | 0 | Total Sleep Time 80 - 89%: | 0.00 min |
| Desaturation Index: | 0.0 /hr | Percent Sleep Time 80 - 89% | 0.00% |
| Min SpO2 Value During TIB: | 92% | Total Sleep Time <88%: | 0.00 min |
| Min SpO2 value During TST: | 92% | Percent Sleep Time <88% | 0.00% |

## Cardiac Summary

| | |
|---|---|
| Average Heart Rate During Sleep: | 80.2 bpm |
| Highest Heart Rate During Sleep: | 181 bpm |
| Highest Heart Rate During Recording (TIB): | 224 bpm |

| Type | | Rate / Duration |
|---|---|---|
| Bradycardia: | No | Lowest HR Scored: N/A |
| SinusTachycardia: | No | Highest HR Scored:N/A |
| Narrow Complex | No | Highest HR Scored: N/A |
| Wide Complex Tachycardia: | No | Highest HR Scored: N/A |
| Asystole: | No | Longest Pause: N/A |
| Atrial Fibrillation: | No | Duration Longest Event: N/A |

NORTON
SLEEP CENTER

Fox, Keeta
07/11/2022

NIGHT HYPNOGRAM






Lincoln/Fox 0525

Coronavirus (COVID-19) Updates

Social Security

Medical/Professional Relations

Adult Listings (Part A)
Childhood Listings (Part B)
General Information
Evidentiary Requirements
Listing of Impairments (overview)
Disability Claims Process Video Series
Revisions to Rules Regarding the Evaluation of Medical Evidence

# Disability Evaluation Under Social Security

## 14.00 Immune System Disorders - Adult

**Section**

**14.01** Category of Impairments, Immune System Disorders

**14.02** Systemic lupus erythematosus

**14.03** Systemic vasculitis

**14.04** Systemic sclerosis (scleroderma)

### 14.00 Immune System Disorders

**A.** *What disorders do we evaluate under the immune system disorders listings?*

1. *We evaluate immune system disorders that cause dysfunction in one or more components of your immune system.*

a. The dysfunction may be due to problems in antibody production, impaired cell-mediated immunity, a combined type of antibody/cellular deficiency, impaired phagocytosis, or complement deficiency.

b. Immune system disorders may result in recurrent and unusual infections, or inflammation and dysfunction of the body's own tissues. Immune system disorders can cause a deficit in a single organ or body system that results in extreme (that is, very serious) loss of function. They can also cause lesser degrees of limitations in two or more organs or body systems, and when associated with symptoms or signs, such as severe fatigue, fever, malaise, diffuse musculoskeletal pain, or involuntary weight loss, can also result in extreme limitation.

**14.05**
Polymyositis and dermatomyositis

**14.06**
Undifferentiated and mixed connective tissue disease

**14.07**
Immune deficiency disorders, excluding HIV infection

**14.08**
[Reserved]

**14.09**
Inflammatory arthritis

**14.10**
Sjögren's syndrome

**14.11**
Human

c. We organize the discussions of immune system disorders in three categories: Autoimmune disorders; Immune deficiency disorders, excluding human immunodeficiency virus (HIV) infection; and HIV infection.

2. *Autoimmune disorders (14.00D)*. Autoimmune disorders are caused by dysfunctional immune responses directed against the body's own tissues, resulting in chronic, multisystem impairments that differ in clinical manifestations, course, and outcome. They are sometimes referred to as rheumatic diseases, connective tissue disorders, or collagen vascular disorders. Some of the features of autoimmune disorders in adults differ from the features of the same disorders in children.

3. *Immune deficiency disorders, excluding HIV infection (14.00E)*. Immune deficiency disorders are characterized by recurrent or unusual infections that respond poorly to treatment, and are often associated with complications affecting other parts of the body. Immune deficiency disorders are classified as either *primary* (congenital) or *acquired*. Individuals with immune deficiency disorders also have an increased risk of malignancies and of having autoimmune disorders.

4. *Human immunodeficiency virus (HIV) infection (14.00F)*. HIV infection may be characterized by increased susceptibility to common infections as well as opportunistic infections, cancers, or other conditions listed in 14.11.

**B.** *What information do we need to show that you have an immune system disorder?* Generally, we need your medical history, a report(s) of a physical examination, a report(s) of laboratory findings, and in some instances, appropriate medically acceptable imaging or tissue biopsy reports to show that you have an immune system disorder. Therefore, we will make every reasonable effort to obtain your medical history, medical findings, and results of laboratory tests. We explain the information we need in more detail in the sections below.

**C.** *Definitions*

| | |
|---|---|
| immunodeficiency virus (HIV) infection | 1. *Appropriate medically acceptable imaging* includes, but is not limited to, angiography, x-ray imaging, computerized axial tomography (CAT scan) or magnetic resonance imaging (MRI), with or without contrast material, myelography, and radionuclear bone scans. "Appropriate" means that the technique used is the proper one to support the evaluation and diagnosis of the impairment. |
| | 2. *Constitutional symptoms or signs*, as used in these listings, means severe fatigue, fever, malaise, or involuntary weight loss. *Severe fatigue* means a frequent sense of exhaustion that results in significantly reduced physical activity or mental function. *Malaise* means frequent feelings of illness, bodily discomfort, or lack of well-being that result in significantly reduced physical activity or mental function. |
| | 3. *Disseminated* means that a condition is spread over a considerable area. The type and extent of the spread will depend on your specific disease. |
| | 4. *Dysfunction* means that one or more of the body regulatory mechanisms are impaired, causing either an excess or deficiency of immunocompetent cells or their products. |
| | 5. *Extra-articular* means "other than the joints"; for example, an organ(s) such as the heart, lungs, kidneys, or skin. |
| | 6. *Documented medical need* has the same meaning as in 1.00C6a. |
| | 7. *Fine and gross movements* has the same meaning as in 1.00E4. |
| | 8. *Major joint of an upper or a lower extremity* has the same meaning as in 1.00I2 and 1.00I3. |
| | 9. *Persistent* means that a sign(s) or symptom(s) has continued over time. The precise meaning will depend on the specific immune system disorder, the usual course of the disorder, and the other circumstances of your clinical course. |

10. *Recurrent* means that a condition that previously responded adequately to an appropriate course of treatment returns after a period of remission or regression. The precise meaning, such as the extent of response or remission and the time periods involved, will depend on the specific disease or condition you have, the body system affected, the usual course of the disorder and its treatment, and the other facts of your particular case.

11. *Resistant to treatment* means that a condition did not respond adequately to an appropriate course of treatment. Whether a response is adequate or a course of treatment is appropriate will depend on the specific disease or condition you have, the body system affected, the usual course of the disorder and its treatment, and the other facts of your particular case.

12. *Severe* means medical severity as used by the medical community. The term does not have the same meaning as it does when we use it in connection with a finding at the second step of the sequential evaluation processes in §§ 404.1520 and 416.920 of this chapter .

**D.** *How do we document and evaluate the listed autoimmune disorders?*

1. *Systemic lupus erythematosus (14.02).*

a. *General.* Systemic lupus erythematosus (SLE) is a chronic inflammatory disease that can affect any organ or body system. It is frequently, but not always, accompanied by constitutional symptoms or signs (severe fatigue, fever, malaise, involuntary weight loss). Major organ or body system involvement can include: Respiratory (pleuritis, pneumonitis), cardiovascular (endocarditis, myocarditis, pericarditis, vasculitis), renal (glomerulonephritis), hematologic (anemia, leukopenia, thrombocytopenia), skin (photosensitivity), neurologic (seizures), mental (anxiety, fluctuating cognition ("lupus fog"), mood disorders, organic brain syndrome, psychosis), or immune system disorders (inflammatory arthritis). Immunologically, there is an array of circulating serum auto-antibodies and pro- and anti-coagulant proteins that may occur in a highly variable pattern.

b. *Documentation of SLE*. Generally, but not always, the medical evidence will show that your SLE satisfies the criteria in the current "Criteria for the Classification of Systemic Lupus Erythematosus" by the American College of Rheumatology found in the most recent edition of the *Primer on the Rheumatic Diseases* published by the Arthritis Foundation.

2. *Systemic vasculitis (14.03).*

a. *General.*

(i) Vasculitis is an inflammation of blood vessels. It may occur acutely in association with adverse drug reactions, certain chronic infections, and occasionally, malignancies. More often, it is chronic and the cause is unknown. Symptoms vary depending on which blood vessels are involved. Systemic vasculitis may also be associated with other autoimmune disorders; for example, SLE or dermatomyositis.

(ii) There are several clinical patterns, including but not limited to polyarteritis nodosa, Takayasu's arteritis (aortic arch arteritis), giant cell arteritis (temporal arteritis), and Wegener's granulomatosis.

b. *Documentation of systemic vasculitis.* Angiography or tissue biopsy confirms a diagnosis of systemic vasculitis when the disease is suspected clinically. When you have had angiography or tissue biopsy for systemic vasculitis, we will make every reasonable effort to obtain reports of the results of that procedure. However, we will not purchase angiography or tissue biopsy.

3. *Systemic sclerosis (scleroderma) (14.04).*

a. *General.* Systemic sclerosis (scleroderma) constitutes a spectrum of disease in which thickening of the skin is the clinical hallmark. Raynaud's phenomenon, often medically severe and progressive, is present frequently and may be the peripheral manifestation of a vasospastic abnormality in the heart, lungs, and kidneys. The

CREST syndrome (calcinosis, Raynaud's phenomenon, esophageal dysmotility, sclerodactyly, and telangiectasia) is a variant that may slowly progress over years to the generalized process, systemic sclerosis.

b. *Diffuse cutaneous systemic sclerosis.* In diffuse cutaneous systemic sclerosis (also known as diffuse scleroderma), major organ or systemic involvement can include the gastrointestinal tract, lungs, heart, kidneys, and muscle in addition to skin or blood vessels. Although arthritis can occur, joint dysfunction results primarily from soft tissue/cutaneous thickening, fibrosis, and contractures.

c. *Localized scleroderma (linear scleroderma and morphea).*

(i) Localized scleroderma (linear scleroderma and morphea) is more common in children than in adults. However, this type of scleroderma can persist into adulthood. To assess the severity of the impairment, we need a description of the extent of involvement of linear scleroderma and the location of the lesions. For example, linear scleroderma involving the arm but not crossing any joints is not as functionally limiting as sclerodactyly (scleroderma localized to the fingers). Linear scleroderma of a lower extremity involving skin thickening and atrophy of underlying muscle or bone can result in contractures and leg length discrepancy. In such cases, we may evaluate your impairment under the musculoskeletal listings (1.00).

(ii) When there is isolated morphea of the face causing facial disfigurement from unilateral hypoplasia of the mandible, maxilla, zygoma, or orbit, adjudication may be more appropriate under the criteria in the affected body system, such as special senses and speech (2.00) or mental disorders (12.00).

(iii) Chronic variants of these syndromes include disseminated morphea, Shulman's disease (diffuse fasciitis with eosinophilia), and eosinophilia-myalgia syndrome (often associated with toxins such as toxic oil or contaminated tryptophan), all of which can impose medically severe musculoskeletal dysfunction

and may also lead to restrictive pulmonary disease. We evaluate these variants of the disease under the criteria in the musculoskeletal listings (1.00) or respiratory system listings (3.00).

d. *Documentation of systemic sclerosis (scleroderma).* Documentation involves differentiating the clinical features of systemic sclerosis (scleroderma) from other autoimmune disorders. However, there may be an overlap.

4. *Polymyositis and dermatomyositis (14.05).*

a. *General.* Polymyositis and dermatomyositis are related disorders that are characterized by an inflammatory process in striated muscle, occurring alone or in association with other autoimmune disorders or malignancy. The most common manifestations are symmetric weakness, and less frequently, pain and tenderness of the proximal limb-girdle (shoulder or pelvic) musculature. There may also be involvement of the cervical, cricopharyngeal, esophageal, intercostal, and diaphragmatic muscles.

b. *Documentation of polymyositis and dermatomyositis.* Generally, but not always, polymyositis is associated with elevated serum muscle enzymes (creatine phosphokinase (CPK), aminotransferases, and aldolase), and characteristic abnormalities on electromyography and muscle biopsy. In dermatomyositis there are characteristic skin findings in addition to the findings of polymyositis. When you have had electromyography or muscle biopsy for polymyositis or dermatomyositis, we will make every reasonable effort to obtain reports of the results of that procedure. However, we will not purchase electromyography or muscle biopsy.

c. *Additional information about how we evaluate polymyositis and dermatomyositis under the listings.*

(i) Weakness of your pelvic girdle muscles that results in your inability to rise independently from a squatting or sitting position or to climb stairs may be an indication that you are unable to walk without assistance. Weakness of your shoulder girdle muscles may result in your inability to perform lifting, carrying, and reaching overhead, and also may seriously affect your ability to perform activities requiring fine movements. We evaluate these limitations under 14.05A.

(ii) We use the malignant neoplastic diseases listings (13.00) to evaluate malignancies associated with polymyositis or dermatomyositis. We evaluate the involvement of other organs/body systems under the criteria for the listings in the affected body system.

5. *Undifferentiated and mixed connective tissue disease (14.06).*

a. *General.* This listing includes syndromes with clinical and immunologic features of several autoimmune disorders, but which do not satisfy the criteria for any of the specific disorders described. For example, you may have clinical features of SLE and systemic vasculitis, and the serologic (blood test) findings of rheumatoid arthritis.

b. *Documentation of undifferentiated and mixed connective tissue disease.* Undifferentiated connective tissue disease is diagnosed when clinical features and serologic (blood test) findings, such as rheumatoid factor or antinuclear antibody (consistent with an autoimmune disorder) are present but do not satisfy the criteria for a specific disease. Mixed connective tissue disease (MCTD) is diagnosed when clinical features and serologic findings of two or more autoimmune diseases overlap.

6. *Inflammatory arthritis (14.09).*

a. *General.* The spectrum of inflammatory arthritis includes a vast array of disorders that differ in cause, course, and outcome. Clinically, inflammation of major joints in an upper or lower extremity may be the dominant manifestation

causing difficulties with walking or fine and gross movements; there may be joint pain, swelling, and tenderness. The arthritis may affect other joints, or cause less limitation in walking or fine and gross movements. However, in combination with extra-articular features, including constitutional symptoms or signs (severe fatigue, fever, malaise and involuntary weight loss), inflammatory arthritis may result in an extreme limitation.

b. *Inflammatory arthritis involving the axial spine (spondyloarthropathy).* In adults, inflammatory arthritis involving the axial spine may be associated with disorders such as:

(i) Reiter's syndrome;

(ii) Ankylosing spondylitis;

(iii) Psoriatic arthritis;

(iv) Whipple's disease;

(v) Behçet's disease; and

(vi) Inflammatory bowel disease.

c. *Inflammatory arthritis involving the peripheral joints.* In adults, inflammatory arthritis involving peripheral joints may be associated with disorders such as:

(i) Rheumatoid arthritis;

(ii) Sjögren's syndrome;

(iii) Psoriatic arthritis;

(iv) Crystal deposition disorders (gout and pseudogout);

(v) Lyme disease; and

(vi) Inflammatory bowel disease.

d. *Documentation of inflammatory arthritis.* Generally, but not always, the diagnosis of inflammatory arthritis is based on the clinical features and serologic findings described in the most recent edition of the Primer on the Rheumatic Diseases published by the Arthritis Foundation.

e. *How we evaluate inflammatory arthritis under the listings.*

(i) Listing-level severity in 14.09A and 14.09C1 is shown by the presence of an impairment-related physical limitation of functioning. In 14.09C1, if you have the required ankylosis (fixation) of your cervical or dorsolumbar spine, we will find that you have a listing-level impairment-related physical limitation in your ability to see in front of you, above you, and to the side, even though you might not require bilateral upper limb assistance.

(ii) Listing-level severity in 14.09B, 14.09C2, and 14.09D is shown by inflammatory arthritis that involves various combinations of complications (such as inflammation or deformity, extra-articular features, repeated manifestations, and constitutional symptoms or signs) of one or more major joints in an upper or lower extremity (see 14.00C8) or other joints. Extra-articular impairments may also meet listings in other body systems.

(iii) Extra-articular features of inflammatory arthritis may involve any body system; for example: Musculoskeletal (heel enthesopathy), ophthalmologic (iridocyclitis, keratoconjunctivitis sicca, uveitis), pulmonary (pleuritis, pulmonary fibrosis or nodules, restrictive lung disease), cardiovascular (aortic valve insufficiency, arrhythmias, coronary arteritis, myocarditis, pericarditis, Raynaud's phenomenon, systemic vasculitis), renal (amyloidosis of the kidney), hematologic (chronic anemia, thrombocytopenia), neurologic (peripheral neuropathy, radiculopathy,

spinal cord or cauda equina compression with sensory and motor loss), mental (cognitive dysfunction, poor memory), and immune system (Felty's syndrome (hypersplenism with compromised immune competence)).

(iv) If both inflammation and chronic deformities are present, we evaluate your impairment under the criteria of any appropriate listing.

7. *Sjögren's syndrome (14.10)*.

a. *General*.

(i) Sjögren's syndrome is an immune-mediated disorder of the exocrine glands. Involvement of the lacrimal and salivary glands is the hallmark feature, resulting in symptoms of dry eyes and dry mouth, and possible complications, such as corneal damage, blepharitis (eyelid inflammation), dysphagia (difficulty in swallowing), dental caries, and the inability to speak for extended periods of time. Involvement of the exocrine glands of the upper airways may result in persistent dry cough.

(ii) Many other organ systems may be involved, including musculoskeletal (arthritis, myositis), respiratory (interstitial fibrosis), gastrointestinal (dysmotility, dysphagia, involuntary weight loss), genitourinary (interstitial cystitis, renal tubular acidosis), skin (purpura, vasculitis), neurologic (central nervous system disorders, cranial and peripheral neuropathies), mental (cognitive dysfunction, poor memory), and neoplastic (lymphoma). Severe fatigue and malaise are frequently reported. Sjögren's syndrome may be associated with other autoimmune disorders (for example, rheumatoid arthritis or SLE); usually the clinical features of the associated disorder predominate.

b. *Documentation of Sjögren's syndrome*. If you have Sjögren's syndrome, the medical evidence will generally, but not always, show that your disease satisfies the criteria in the current "Criteria for the Classification of Sjögren's Syndrome" by the American College of Rheumatology found in the most recent edition of the *Primer on the Rheumatic Diseases* published by the Arthritis Foundation.

## E. How do we document and evaluate immune deficiency disorders, excluding HIV infection?

1. *General.*

a. Immune deficiency disorders can be classified as:

(i) *Primary* (congenital); for example, X-linked agammaglobulinemia, thymic hypoplasia (DiGeorge syndrome), severe combined immunodeficiency (SCID), chronic granulomatous disease (CGD), C1 esterase inhibitor deficiency.

(ii) *Acquired;* for example, medication-related.

b. Primary immune deficiency disorders are seen mainly in children. However, recent advances in the treatment of these disorders have allowed many affected children to survive well into adulthood. Occasionally, these disorders are first diagnosed in adolescence or adulthood.

2. *Documentation of immune deficiency disorders.* The medical evidence must include documentation of the specific type of immune deficiency. Documentation may be by laboratory evidence or by other generally acceptable methods consistent with the prevailing state of medical knowledge and clinical practice.

3. *Immune deficiency disorders treated by stem cell transplantation.*

a. *Evaluation in the first 12 months.* If you undergo stem cell transplantation for your immune deficiency disorder, we will consider you disabled until at least 12 months from the date of the transplant.

b. *Evaluation after the 12-month period has elapsed.* After the 12-month period has elapsed, we will consider any residuals of your immune deficiency disorder as well as any residual impairment(s) resulting from the treatment, such as complications arising from:

(i) Graft-versus-host (GVH) disease.

(ii) Immunosuppressant therapy, such as frequent infections.

(iii) Significant deterioration of other organ systems.

4. *Medication-induced immune suppression.* Medication effects can result in varying degrees of immune suppression, but most resolve when the medication is ceased. However, if you are prescribed medication for long-term immune suppression, such as after an organ transplant, we will evaluate:

a. The frequency and severity of infections.

b. Residuals from the organ transplant itself, after the 12-month period has elapsed.

c. Significant deterioration of other organ systems.

## F. How do we document and evaluate HIV infection?

Any individual with HIV infection, including one with a diagnosis of acquired immune deficiency syndrome (AIDS), may be found disabled under 14.11 if his or her impairment meets the criteria in that listing or is medically equivalent to the criteria in that listing.

1. *Documentation of HIV infection*.

a. *Definitive documentation of HIV infection*. We may document a diagnosis of HIV infection by positive findings on one or more of the following definitive laboratory tests:

(i) HIV antibody screening test (for example, enzyme immunoassay, or EIA), confirmed by a supplemental HIV antibody test such as the Western blot (immunoblot), an immunofluorescence assay, or an HIV-1/HIV-2 antibody

differentiation immunoassay.

(ii) HIV nucleic acid (DNA or RNA) detection test (for example, polymerase chain reaction, or PCR).

(iii) HIV p24 antigen (p24Ag) test.

(iv) Isolation of HIV in viral culture.

(v) Other tests that are highly specific for detection of HIV and that are consistent with the prevailing state of medical knowledge.

b. We will make every reasonable effort to obtain the results of your laboratory testing. Pursuant to §§ 404.1519f and 416.919f, we will purchase examinations or tests necessary to make a determination in your claim if no other acceptable documentation exists.

c. *Other acceptable documentation of HIV infection*. We may also document HIV infection without definitive laboratory evidence.

(i) We will accept a persuasive report from a physician that a positive diagnosis of your HIV infection was confirmed by an appropriate laboratory test(s), such as those described in 14.00F1a. To be persuasive, this report must state that you had the appropriate definitive laboratory test(s) for diagnosing your HIV infection and provide the results. The report must also be consistent with the remaining evidence of record.

(ii) We may also document HIV infection by the medical history, clinical and laboratory findings, and diagnosis(es) indicated in the medical evidence, provided that such documentation is consistent with the prevailing state of medical knowledge and clinical practice and is consistent with the other evidence in your case record. For example, we will accept a diagnosis of HIV infection without definitive laboratory evidence of the HIV infection if you have an opportunistic

disease that is predictive of a defect in cell-mediated immunity (for example, toxoplasmosis of the brain or Pneumocystis pneumonia (PCP)), and there is no other known cause of diminished resistance to that disease (for example, long-term steroid treatment or lymphoma). In such cases, we will make every reasonable effort to obtain full details of the history, medical findings, and results of testing.

2. *Documentation of the manifestations of HIV infection*.

a. *Definitive documentation of manifestations of HIV infection*. We may document manifestations of HIV infection by positive findings on definitive laboratory tests, such as culture, microscopic examination of biopsied tissue or other material (for example, bronchial washings), serologic tests, or on other generally acceptable definitive tests consistent with the prevailing state of medical knowledge and clinical practice.

b. We will make every reasonable effort to obtain the results of your laboratory testing. Pursuant to §§ 404.1519f and 416.919f, we will purchase examinations or tests necessary to make a determination of your claim if no other acceptable documentation exists.

c. *Other acceptable documentation of manifestations of HIV infection*. We may also document manifestations of HIV infection without definitive laboratory evidence.

(i) We will accept a persuasive report from a physician that a positive diagnosis of your manifestation of HIV infection was confirmed by an appropriate laboratory test(s). To be persuasive, this report must state that you had the appropriate definitive laboratory test(s) for diagnosing your manifestation of HIV infection and provide the results. The report must also be consistent with the remaining evidence of record.

(ii) We may also document manifestations of HIV infection without the definitive laboratory evidence described in 14.00F2a, provided that such documentation is consistent with the prevailing state of medical knowledge and clinical practice and is consistent with the other evidence in your case record. For example, many conditions are now commonly diagnosed based on some or all of the following: Medical history, clinical manifestations, laboratory findings (including appropriate medically acceptable imaging), and treatment responses. In such cases, we will make every reasonable effort to obtain full details of the history, medical findings, and results of testing.

3. *Disorders associated with HIV infection (14.11A-E)*.

a. *Multicentric Castleman disease* (MCD, 14.11A) affects multiple groups of lymph nodes and organs containing lymphoid tissue. This widespread involvement distinguishes MCD from *localized* (or unicentric) Castleman disease, which affects only a single set of lymph nodes. While not a cancer, MCD is known as a lymphoproliferative disorder. Its clinical presentation and progression is similar to that of lymphoma, and its treatment may include radiation or chemotherapy. We require characteristic findings on microscopic examination of the biopsied lymph nodes or other generally acceptable methods consistent with the prevailing state of medical knowledge and clinical practice to establish the diagnosis. Localized (or unicentric) Castleman disease does not meet or medically equal the criterion in 14.11A, but we may evaluate it under the criteria in 14.11H or 14.11I.

b. *Primary central nervous system lymphoma* (PCNSL, 14.11B) originates in the brain, spinal cord, meninges, or eye. Imaging tests (for example, MRI) of the brain, while not diagnostic, may show a single lesion or multiple lesions in the white matter of the brain. We require characteristic findings on microscopic examination of the cerebral spinal fluid or of the biopsied brain tissue, or other generally acceptable methods consistent with the prevailing state of medical knowledge and clinical practice to establish the diagnosis.

c. *Primary effusion lymphoma* (PEL, 14.11C) is also known as body cavity lymphoma. We require characteristic findings on microscopic examination of the effusion fluid or of the biopsied tissue from the affected internal organ, or other generally acceptable methods consistent with the prevailing state of medical knowledge and clinical practice to establish the diagnosis.

d. *Progressive multifocal leukoencephalopathy* (PML, 14.11D) is a progressive neurological degenerative syndrome caused by the John Cunningham (JC) virus in immunosuppressed individuals. Clinical findings of PML include clumsiness, progressive weakness, and visual and speech changes. Personality and cognitive changes may also occur. We require appropriate clinical findings, characteristic white matter lesions on MRI, and a positive PCR test for the JC virus in the cerebrospinal fluid to establish the diagnosis. We also accept a positive brain biopsy for JC virus or other generally acceptable methods consistent with the prevailing state of medical knowledge and clinical practice to establish the diagnosis.

e. *Pulmonary Kaposi sarcoma* (Kaposi sarcoma in the lung, 14.11E) is the most serious form of Kaposi sarcoma (KS). Other internal KS tumors (for example, tumors of the gastrointestinal tract) have a more variable prognosis. We require characteristic findings on microscopic examination of the induced sputum, bronchoalveolar lavage washings, or of the biopsied transbronchial tissue, or by other generally acceptable methods consistent with the prevailing state of medical knowledge and clinical practice to establish the diagnosis.

4. *CD4 measurement (14.11F)*. To evaluate your HIV infection under 14.11F, we require one measurement of your absolute CD4 count (also known as CD4 count or CD4+ T-helper lymphocyte count). This measurement must occur within the period we are considering in connection with your application or continuing disability review. If you have more than one measurement of your absolute CD4 count within this period, we will use your lowest absolute CD4 count.

5. *Measurement of CD4 and either body mass index or hemoglobin* (14.11G). To evaluate your HIV infection under 14.11G, we require one measurement of your absolute CD4 count or your CD4 percentage, and either a measurement of your body mass index (BMI) or your hemoglobin. These measurements must occur within the period we are considering in connection with your application or continuing disability review. If you have more than one measurement of your CD4 (absolute count or percentage), BMI, or hemoglobin within this period, we will use the lowest of your CD4 (absolute count or percentage), BMI, or hemoglobin. The date of your lowest CD4 (absolute count or percentage) measurement may be different from the date of your lowest BMI or hemoglobin measurement. We calculate your BMI using the formulas in 5.00G2.

6. *Complications of HIV infection requiring hospitalization (14.11H).*

a. Complications of HIV infection may include infections (common or opportunistic), cancers, and other conditions. Examples of complications that may result in hospitalization include: Depression; diarrhea; immune reconstitution inflammatory syndrome; malnutrition; and PCP and other severe infections.

b. Under 14.11H, we require three hospitalizations within a 12-month period that are at least 30 days apart and that result from a complication(s) of HIV infection. The hospitalizations may be for the same complication or different complications of HIV infection and are not limited to the examples of complications that may result in hospitalization listed in 14.00F6a. All three hospitalizations must occur within the period we are considering in connection with your application or continuing disability review. Each hospitalization must last at least 48 hours, including hours in a hospital emergency department immediately before the hospitalization.

c. We will use the rules on medical equivalence in §§ 404.1526 and 416.926 to evaluate your HIV infection if you have fewer, but longer, hospitalizations, or more frequent, but shorter, hospitalizations, or if you receive nursing, rehabilitation, or other care in alternative settings.

7. *HIV infection manifestations specific to women*.

a. General. Most women with severe immunosuppression secondary to HIV infection exhibit the typical opportunistic infections and other conditions, such as PCP, *Candida* esophagitis, wasting syndrome, cryptococcosis, and toxoplasmosis. However, HIV infection may have different manifestations in women than in men. Adjudicators must carefully scrutinize the medical evidence and be alert to the variety of medical conditions specific to, or common in, women with HIV infection that may affect their ability to function in the workplace.

b. Additional considerations for evaluating HIV infection in women. Many of these manifestations (for example, vulvovaginal candidiasis or pelvic inflammatory disease) occur in women with or without HIV infection, but can be more severe or resistant to treatment, or occur more frequently in a woman whose immune system is suppressed. Therefore, when evaluating the claim of a woman with HIV infection, it is important to consider gynecologic and other problems specific to women, including any associated symptoms (for example, pelvic pain), in assessing the severity of the impairment and resulting functional limitations. We may evaluate manifestations of HIV infection in women under 14.11H-I, or under the criteria for the appropriate body system (for example, cervical cancer under 13.23).

8. *HIV-associated dementia* (HAD). HAD is an advanced neurocognitive disorder, characterized by a significant decline in cognitive functioning. We evaluate HAD under 14.11I. Other names associated with neurocognitive disorders due to HIV infection include: AIDS dementia complex, HIV dementia, HIV encephalopathy, and major neurocognitive disorder due to HIV infection.

## G. How do we consider the effects of treatment in evaluating your autoimmune disorder, immune deficiency disorder, or HIV infection?

1. *General.* If your impairment does not otherwise meet the requirements of a listing, we will consider your medical treatment in terms of its effectiveness in improving the signs, symptoms, and laboratory abnormalities of your specific immune system disorder or its manifestations, and in terms of any side effects that limit your functioning. We will make every reasonable effort to obtain a specific description of the treatment you receive (including surgery) for your immune system disorder. We consider:

a. The effects of medications you take.

b. Adverse side effects (acute and chronic).

c. The intrusiveness and complexity of your treatment (for example, the dosing schedule, need for injections).

d. The effect of treatment on your mental functioning (for example, cognitive changes, mood disturbance).

e. Variability of your response to treatment (see 14.00G2).

f. The interactive and cumulative effects of your treatments. For example, many individuals with immune system disorders receive treatment both for their immune system disorders and for the manifestations of the disorders or co-occurring impairments, such as treatment for HIV infection and hepatitis C. The interactive and cumulative effects of these treatments may be greater than the effects of each treatment considered separately.

g. The duration of your treatment.

h. Any other aspects of treatment that may interfere with your ability to function.

2. *Variability of your response to treatment.* Your response to treatment and the adverse or beneficial consequences of your treatment may vary widely. The effects of your treatment may be temporary or long term. For example, some individuals

may show an initial positive response to a drug or combination of drugs followed by a decrease in effectiveness. When we evaluate your response to treatment and how your treatment may affect you, we consider such factors as disease activity before treatment, requirements for changes in therapeutic regimens, the time required for therapeutic effectiveness of a particular drug or drugs, the limited number of drug combinations that may be available for your impairment(s), and the time-limited efficacy of some drugs. For example, an individual with HIV infection or another immune deficiency disorder who develops pneumonia or tuberculosis may not respond to the same antibiotic regimen used in treating individuals without HIV infection or another immune deficiency disorder, or may not respond to an antibiotic that he or she responded to before. Therefore, we must consider the effects of your treatment on an individual basis, including the effects of your treatment on your ability to function.

3. *How we evaluate the effects of treatment for autoimmune disorders on your ability to function.* Some medications may have acute or long-term side effects. When we consider the effects of corticosteroids or other treatments for autoimmune disorders on your ability to function, we consider the factors in 14.00G1 and 14.00G2. Long-term corticosteroid treatment can cause ischemic necrosis of bone, posterior subcapsular cataract, weight gain, glucose intolerance, increased susceptibility to infection, and osteoporosis that may result in a loss of function. In addition, medications used in the treatment of autoimmune disorders may also have effects on mental functioning, including cognition (for example, memory), concentration, and mood.

4. *How we evaluate the effects of treatment for immune deficiency disorders, excluding HIV infection, on your ability to function.* When we consider the effects of your treatment for your immune deficiency disorder on your ability to function, we consider the factors in 14.00G1 and 14.00G2. A frequent need for treatment such as intravenous immunoglobulin and gamma interferon therapy can be intrusive and interfere with your ability to work. We will also consider whether you have chronic side effects from these or other medications, including severe

fatigue, fever, headaches, high blood pressure, joint swelling, muscle aches, nausea, shortness of breath, or limitations in mental function including cognition (for example, memory), concentration, and mood.

5. *How we evaluate the effects of treatment for HIV infection on your ability to function*.

a. *General*. When we consider the effects of antiretroviral drugs (including the effects of highly active antiretroviral therapy (HAART)) and the effects of treatments for the manifestations of HIV infection on your ability to function, we consider the factors in 14.00G1 and 14.00G2. Side effects of antiretroviral drugs include, but are not limited to: Bone marrow suppression, pancreatitis, gastrointestinal intolerance (nausea, vomiting, diarrhea), neuropathy, rash, hepatotoxicity, lipodystrophy (fat redistribution, such as "buffalo hump"), glucose intolerance, and lactic acidosis. In addition, medications used in the treatment of HIV infection may also have effects on mental functioning, including cognition (for example, memory), concentration, and mood, and may result in malaise, severe fatigue, joint and muscle pain, and insomnia. The symptoms of HIV infection and the side effects of medication may be indistinguishable from each other. We will consider all of your functional limitations, whether they result from your symptoms or signs of HIV infection or the side effects of your treatment.

b. *Structured treatment interruptions*. A structured treatment interruption (STI, also called a "drug holiday") is a treatment practice during which your treating source advises you to stop taking your medications temporarily. An STI in itself does not imply that your medical condition has improved; nor does it imply that you are noncompliant with your treatment because you are following your treating source's advice. Therefore, if you have stopped taking medication because your treating source prescribed or recommended an STI, we will not find that you are failing to follow treatment or draw inferences about the severity of your impairment on this fact alone. We will consider why your treating source has prescribed or recommended an STI and all the other information in your case record when we determine the severity of your impairment.

6. *When there is no record of ongoing treatment.* If you have not received ongoing treatment or have not had an ongoing relationship with the medical community despite the existence of a severe impairment(s), we will evaluate the medical severity and duration of your immune system disorder on the basis of the current objective medical evidence and other evidence in your case record, taking into consideration your medical history, symptoms, clinical and laboratory findings, and medical source opinions. If you have just begun treatment and we cannot determine whether you are disabled based on the evidence we have, we may need to wait to determine the effect of the treatment on your ability to function. The amount of time we need to wait will depend on the facts of your case. If you have not received treatment, you may not be able to show an impairment that meets the criteria of one of the immune system disorders listings, but your immune system disorder may medically equal a listing or be disabling based on a consideration of your residual functional capacity, age, education, and work experience.

**H.** *How do we consider your symptoms, including your pain, severe fatigue, and malaise?*

Your symptoms, including pain, severe fatigue, and malaise, may be important factors in our determination whether your immune system disorder(s) meets or medically equals a listing or in our determination whether you are otherwise able to work. In order for us to consider your symptoms, you must have medical signs or laboratory findings showing the existence of a medically determinable impairment(s) that could reasonably be expected to produce the symptoms. If you have such an impairment(s), we will evaluate the intensity, persistence, and functional effects of your symptoms using the rules throughout 14.00 and in our other regulations. See §§ 404.1521, 404.1529, 416.921, and 416.929. Additionally, when we assess the credibility of your complaints about your symptoms and their functional effects, we will not draw any inferences from the fact that you do not

receive treatment or that you are not following treatment without considering all of the relevant evidence in your case record, including any explanations you provide that may explain why you are not receiving or following treatment.

**I.** *How do we use the functional criteria in these listings?*

1. The following listings in this body system include standards for evaluating the functional limitations resulting from immune system disorders: 14.02B, for systemic lupus erythematosus; 14.03B, for systemic vasculitis; 14.04D, for systemic sclerosis (scleroderma); 14.05E, for polymyositis and dermatomyositis; 14.06B, for undifferentiated and mixed connective tissue disease; 14.07C, for immune deficiency disorders, excluding HIV infection; 14.09D, for inflammatory arthritis; 14.10B, for Sjögren's syndrome; and 14.11I, for HIV infection.

2. When we use one of the listings cited in 14.00I1, we will consider all relevant information in your case record to determine the full impact of your immune system disorder on your ability to function on a sustained basis. Important factors we will consider when we evaluate your functioning under these listings include, but are not limited to: Your symptoms, the frequency and duration of manifestations of your immune system disorder, periods of exacerbation and remission, and the functional impact of your treatment, including the side effects of your medication.

3. As used in these listings, “repeated” means that the manifestations occur on an average of three times a year, or once every 4 months, each lasting 2 weeks or more; or the manifestations do not last for 2 weeks but occur substantially more frequently than three times in a year or once every 4 months; or they occur less frequently than an average of three times a year or once every 4 months but last substantially longer than 2 weeks. Your impairment will satisfy this criterion regardless of whether you have the same kind of manifestation repeatedly, all different manifestations, or any other combination of manifestations; for example, two of the same kind of manifestation and a different one. You must have the

required number of manifestations with the frequency and duration required in this section. Also, the manifestations must occur within the period covered by your claim.

4. To satisfy the functional criterion in a listing, your immune system disorder must result in a “marked” level of limitation in one of three general areas of functioning: Activities of daily living, social functioning, or difficulties in completing tasks due to deficiencies in concentration, persistence, or pace. Functional limitation may result from the impact of the disease process itself on your mental functioning, physical functioning, or both your mental and physical functioning. This could result from persistent or intermittent symptoms, such as depression, severe fatigue, or pain, resulting in a limitation of your ability to do a task, to concentrate, to persevere at a task, or to perform the task at an acceptable rate of speed. You may also have limitations because of your treatment and its side effects (see 14.00G).

5. *Marked* limitation means that the signs and symptoms of your immune system disorder interfere seriously with your ability to function. Although we do not require the use of such a scale, “marked” would be the fourth point on a five-point scale consisting of no limitation, mild limitation, moderate limitation, marked limitation, and extreme limitation.

You may have a marked limitation when several activities or functions are impaired, or even when only one is impaired.  Also, you need not be totally precluded from performing an activity to have a marked limitation, as long as the degree of limitation seriously interferes with your ability to function independently, appropriately, and effectively. The term ‘‘marked’’ does not imply that you must be confined to bed, hospitalized, or in a nursing home.

6. *Activities of daily living* include, but are not limited to, such activities as doing household chores, grooming and hygiene, using a post office, taking public transportation, or paying bills. We will find that you have a “marked” limitation of activities of daily living if you have a serious limitation in your ability to maintain a

household or take public transportation because of symptoms, such as pain, severe fatigue, anxiety, or difficulty concentrating, caused by your immune system disorder (including manifestations of the disorder) or its treatment, even if you are able to perform some self-care activities.

7. *Social functioning* includes the capacity to interact independently, appropriately, effectively, and on a sustained basis with others. It includes the ability to communicate effectively with others. We will find that you have a “marked” limitation in maintaining social functioning if you have a serious limitation in social interaction on a sustained basis because of symptoms, such as pain, severe fatigue, anxiety, or difficulty concentrating, or a pattern of exacerbation and remission, caused by your immune system disorder (including manifestations of the disorder) or its treatment, even if you are able to communicate with close friends or relatives.

8. *Completing tasks in a timely manner* involves the ability to sustain concentration, persistence, or pace to permit timely completion of tasks commonly found in work settings. We will find that you have a “marked” limitation in completing tasks if you have a serious limitation in your ability to sustain concentration or pace adequate to complete work-related tasks because of symptoms, such as pain, severe fatigue, anxiety, or difficulty concentrating, caused by your immune system disorder (including manifestations of the disorder) or its treatment, even if you are able to do some routine activities of daily living.

**J.** *How do we evaluate your immune system disorder when it does not meet one of the listings?*

1. These listings are only examples of immune system disorders that we consider severe enough to prevent you from doing any gainful activity. If your impairment(s) does not meet the criteria of any of these listings, we must also consider whether you have an impairment(s) that satisfies the criteria of a listing in another body system.

2. Individuals with immune system disorders, including HIV infection, may manifest signs or symptoms of a mental impairment or of another physical impairment. For example, HIV infection may accelerate the onset of conditions such as diabetes or affect the course of or treatment options for diseases such as cardiovascular disease or hepatitis. We may evaluate these impairments under the affected body system.

3. If you have a severe medically determinable impairment(s) that does not meet a listing, we will determine whether your impairment(s) medically equals a listing. (See §§ 404.1526 and 416.926.) If it does not, you may or may not have the residual functional capacity to engage in substantial gainful activity. Therefore, we proceed to the fourth, and if necessary, the fifth steps of the sequential evaluation process in §§ 404.1520 and 416.920. We use the rules in §§ 404.1594, 416.994, and 416.994a as appropriate, when we decide whether you continue to be disabled.

**Back to Top**

**14.01 Category of Impairments, Immune System Disorders**

***14.02 Systemic lupus erythematosus.*** As described in 14.00D1. With:

**A.** Involvement of two or more organs/body systems, with:

1. One of the organs/body systems involved to at least a moderate level of severity; and

2. At least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss).

OR

**B.** Repeated manifestations of SLE, with at least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss) and one of the following at the marked level:

1. Limitation of activities of daily living.

2. Limitation in maintaining social functioning.

3. Limitation in completing tasks in a timely manner due to deficiencies in concentration, persistence, or pace.

**Back to Top**

***14.03 Systemic vasculitis***. As described in 14.00D2. With:

**A.** Involvement of two or more organs/body systems, with:

1. One of the organs/body systems involved to at least a moderate level of severity; and

2. At least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss).

OR

**B.** Repeated manifestations of systemic vasculitis, with at least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss) and one of the following at the marked level:

1. Limitation of activities of daily living.

2. Limitation in maintaining social functioning.

3. Limitation in completing tasks in a timely manner due to deficiencies in concentration, persistence, or pace.

**Back to Top**

***14.04 Systemic sclerosis (scleroderma)*** As described in 14.00D3. With:

**A.** Involvement of two or more organs/body systems, with:

1. One of the organs/body systems involved to at least a moderate level of severity; and

2. At least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss).

OR

**B.** With one of the following:

1. Toe contractures or fixed deformity of one or both feet and medical documentation of at least *one* of the following:

a. A documented medical need (see 14.00C6) for a walker, bilateral canes, or bilateral crutches (see 1.00C6d) or a wheeled and seated mobility device involving the use of both hands (see 1.00C6e(i)); or

b. An inability to use *one* upper extremity to independently initiate, sustain, and complete work-related activities involving fine and gross movements (see 14.00C7), and a documented medical need (see 14.00C6) for a one-handed, hand-held assistive device (see 1.00C6d) that requires the use of the other upper extremity or a wheeled and seated mobility device involving the use of one hand (see 1.00C6e(ii)); or

2. Finger contractures or fixed deformity in both hands and medical documentation of an inability to use *both* upper extremities to the extent that neither can be used to independently initiate, sustain, and complete work-related activities involving fine and gross movements (see 14.00C7); or

3. Atrophy with irreversible damage in one or both lower extremities and medical documentation of at least *one* of the following:

a. A documented medical need (see 14.00C6) for a walker, bilateral canes, or bilateral crutches (see 1.00C6d) or a wheeled and seated mobility device involving the use of both hands (see 1.00C6e(i)); or

b. An inability to use *one* upper extremity to independently initiate, sustain, and complete work-related activities involving fine and gross movements (see 14.00C7), and a documented medical need (see 14.00C6) for a one-handed, hand-held assistive device (see 1.00C6d) that requires the use of the other upper extremity or a wheeled and seated mobility device involving the use of one hand (see 1.00C6e(ii)); or

4. Atrophy with irreversible damage in both upper extremities (see 14.00C8) and medical documentation of an inability to use *both* upper extremities to the extent that neither can be used to independently initiate, sustain, and complete work-related activities involving fine and gross movements (see14.00C7);

OR

**C.** Raynaud's phenomenon, characterized by:

1. Gangrene involving at least two extremities; or

2. Ischemia with ulcerations of toes or fingers and medical documentation of at least *one* of the following:

a. A documented medical need (see 14.00C6) for a walker, bilateral canes, or bilateral crutches (see 1.00C6d) or a wheeled and seated mobility device involving the use of both hands (see 1.00C6e(i)); or

b. An inability to use *one* upper extremity to independently initiate, sustain, and complete work-related activities involving fine and gross movements (see 14.00C7), and a documented medical need (see 14.00C6) for a one-handed,

hand-held assistive device (see 1.00C6d) that requires the use of the other upper extremity or a wheeled and seated mobility device involving the use of one hand (see 1.00C6e(ii)); or

c. An inability to use *both* upper extremities to the extent that neither can be used to independently initiate, sustain, and complete work-related activities involving fine and gross movements (see 14.00C7);

OR

**D.** Repeated manifestations of systemic sclerosis (scleroderma), with at least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss) and one of the following at the marked level:

1. Limitation of activities of daily living.

2. Limitation in maintaining social functioning.

3. Limitation in completing tasks in a timely manner due to deficiencies in concentration, persistence, or pace.

**Back to Top**

***14.05 Polymyositis and dermatomyositis***. As described in 14.00D4. With:

A. Proximal limb-girdle (pelvic or shoulder) muscle weakness and medical documentation of at least *one* of the following:

1. A documented medical need (see 14.00C6) for a walker, bilateral canes, or bilateral crutches (see 1.00C6d) or a wheeled and seated mobility device involving the use of both hands (see 1.00C6e(i)); or

2. An inability to use *one* upper extremity to independently initiate, sustain, and complete work-related activities involving fine and gross movements (see 14.00C7), and a documented medical need (see 14.00C6) for a one-handed,

hand-held assistive device (see 1.00C6d) that requires the use of the other upper extremity or a wheeled and seated mobility device involving the use of one hand (see 1.00C6e(ii)); or

3. An inability to use *both* upper extremities to the extent that neither can be used to independently initiate, sustain, and complete work-related activities involving fine and gross movements (see 14.00C7);

OR

B. Impaired swallowing (dysphagia) with aspiration due to muscle weakness.

OR

C. Impaired respiration due to intercostal and diaphragmatic muscle weakness.

OR

D. Diffuse calcinosis with limitation of joint mobility or intestinal motility.

OR

E. Repeated manifestations of polymyositis or dermatomyositis, with at least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss) and one of the following at the marked level:

1. Limitation of activities of daily living.

2. Limitation in maintaining social functioning.

3. Limitation in completing tasks in a timely manner due to deficiencies in concentration, persistence, or pace.

**Back to Top**

***14.06 Undifferentiated and mixed connective tissue disease***. As described in 14.00D5. With:

A. Involvement of two or more organs/body systems, with:

1. One of the organs/body systems involved to at least a moderate level of severity; and

2. At least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss).

OR

B. Repeated manifestations of undifferentiated or mixed connective tissue disease, with at least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss) and one of the following at the marked level:

1. Limitation of activities of daily living.

2. Limitation in maintaining social functioning.

3. Limitation in completing tasks in a timely manner due to deficiencies in concentration, persistence, or pace.

**Back to Top**

***14.07 Immune deficiency disorders, excluding HIV infection***. As described in 14.00E. With:

**A.** One or more of the following infections. The infection(s) must either be resistant to treatment or require hospitalization or intravenous treatment three or more times in a 12-month period.

1. Sepsis; or

2. Meningitis; or

3. Pneumonia; or

4. Septic arthritis; or

5. Endocarditis; or

6. Sinusitis documented by appropriate medically acceptable imaging.

OR

**B.** Stem cell transplantation as described under 14.00E3. Consider under a disability until at least 12 months from the date of transplantation. Thereafter, evaluate any residual impairment(s) under the criteria for the affected body system.

OR

**C.** Repeated manifestations of an immune deficiency disorder, with at least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss) and one of the following at the marked level:

1. Limitation of activities of daily living.

2. Limitation in maintaining social function.

3. Limitation in completing tasks in a timely manner due to deficiencies in concentration, persistence, or pace.

**Back to Top**

***14.08 [Reserved]***

***14.09 Inflammatory arthritis***. As described in 14.00D6. With:

**A.** Persistent inflammation or persistent deformity of:

1. One or more major peripheral joints in a lower extremity (see 14.00C8) and medical documentation of at least *one* of the following:

a. A documented medical need (see 14.00C6) for a walker, bilateral canes, or bilateral crutches (see 1.00C6d) or a wheeled and seated mobility device involving the use of both hands (see 1.00C6e(i)); or

b. An inability to use *one* upper extremity to independently initiate, sustain, and complete work-related activities involving fine and gross movements (see 14.00C7), and a documented medical need (see 14.00C6) for a one-handed, hand-held assistive device (see 1.00C6d) that requires the use of the other upper extremity or a wheeled and seated mobility device involving the use of one hand (see 1.00C6e(ii)); or

2. One or more major peripheral joints in each upper extremity (see 14.00C8) and medical documentation of an inability to use *both* upper extremities to the extent that neither can be used to independently initiate, sustain, and complete work-related activities involving fine and gross movements (see 14.00C7).

OR

**B.** Inflammation or deformity in one or more major joints of an upper or a lower extremity (see 14.00C8) with:

1. Involvement of two or more organs/body systems with one of the organs/body systems involved to at least a moderate level of severity; and

2. At least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss).

OR

**C.** Ankylosing spondylitis or other spondyloarthropathies, with:

1. Ankylosis (fixation) of the dorsolumbar or cervical spine as shown by appropriate medically acceptable imaging and measured on physical examination at 45° or more of flexion from the vertical position (zero degrees); or

2. Ankylosis (fixation) of the dorsolumbar or cervical spine as shown by appropriate medically acceptable imaging and measured on physical examination at 30° or more of flexion (but less than 45°) measured from the vertical position (zero degrees), and involvement of two or more organs/body systems with one of the organs/body systems involved to at least a moderate level of severity.

OR

**D.** Repeated manifestations of inflammatory arthritis, with at least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss) and one of the following at the marked level:

1. Limitation of activities of daily living.

2. Limitation in maintaining social functioning.

3. Limitation in completing tasks in a timely manner due to deficiencies in concentration, persistence, or pace.

**Back to Top**

***14.10 Sjögren's syndrome***. As described in 14.00D7. With:

**A.** Involvement of two or more organs/body systems, with:

1. One of the organs/body systems involved to at least a moderate level of severity; and

2. At least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss).

OR

**B.** Repeated manifestations of Sjögren's syndrome, with at least two of the constitutional symptoms or signs (severe fatigue, fever, malaise, or involuntary weight loss) and one of the following at the marked level:

1. Limitation of activities of daily living.

2. Limitation in maintaining social functioning.

3. Limitation in completing tasks in a timely manner due to deficiencies in concentration, persistence, or pace.

**Back to Top**

**14.11 *Human immunodeficiency virus (HIV) infection.*** With documentation as described in 14.00F1 and one of the following:

**A.** Multicentric (not localized or unicentric) Castleman disease affecting multiple groups of lymph nodes or organs containing lymphoid tissue (see 14.00F3a).

OR

**B.** Primary central nervous system lymphoma (see 14.00F3b).

OR

**C.** Primary effusion lymphoma (see 14.00F3c).

OR

**D.** Progressive multifocal leukoencephalopathy (see 14.00F3d).

OR

**E.** Pulmonary Kaposi sarcoma (see 14.00F3e).

OR

**F.** Absolute CD4 count of 50 cells/mm3 or less (see 14.00F4).

OR

**G.** Absolute CD4 count of less than 200 cells/mm3 or CD4 percentage of less than 14 percent, *and* one of the following (values do not have to be measured on the same date) (see 14.00F5):

1. BMI measurement of less than 18.5; or

2. Hemoglobin measurement of less than 8.0 grams per deciliter (g/dL).

OR

**H.** Complication(s) of HIV infection requiring at least three hospitalizations within a 12-month period and at least 30 days apart (see 14.00F6). Each hospitalization must last at least 48 hours, including hours in a hospital emergency department immediately before the hospitalization.

OR

**I.** Repeated (as defined in 14.00I3) manifestations of HIV infection, including those listed in 14.11A-H, but without the requisite findings for those listings (for example, Kaposi sarcoma not meeting the criteria in 14.11E), or other

manifestations (including, but not limited to, cardiovascular disease (including myocarditis, pericardial effusion, pericarditis, endocarditis, or pulmonary arteritis), diarrhea, distal sensory polyneuropathy, glucose intolerance, gynecologic conditions (including cervical cancer or pelvic inflammatory disease, see 14.00F7), hepatitis, HIV-associated dementia, immune reconstitution inflammatory syndrome (IRIS), infections (bacterial, fungal, parasitic, or viral), lipodystrophy (lipoatrophy or lipohypertrophy), malnutrition, muscle weakness, myositis, neurocognitive or other mental limitations not meeting the criteria in 12.00, oral hairy leukoplakia, osteoporosis, pancreatitis, peripheral neuropathy) resulting in significant, documented symptoms or signs (for example, but not limited to, fever, headaches, insomnia, involuntary weight loss, malaise, nausea, night sweats, pain, severe fatigue, or vomiting) and one of the following at the marked level:

1. Limitation of activities of daily living.

2. Limitation in maintaining social functioning.

3. Limitation in completing tasks in a timely manner due to deficiencies in concentration, persistence, or pace.

**Back to Top**

**From:**Keeta Fox <
**Sent:**Wed, 10 Aug 2022 15:09:36 -0400
**To:**Buss, Heather;Greg Potts
**Subject:**Re: LTD Disability Appea
**Attachments:**Keeta Fox Sjogrens Symptoms 081022.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sorry forget Sjogrens female attachment. Thanks

On Wed, Aug 10, 2022 at 2:50 PM Keeta Fox < wrote:

Hi Heather

As we discussed on the phone Monday, I am going to appeal this decision as I believe you have incomplete information and as part of that I am hoping my practitioners and specialists can provide additional info for you and your medical groups review.

I don't know the exact process so hoping you can help be our facilitator. Here are current next steps:

Dr Greg Potts will send a letter in next 2 to 3 weeks that summarizes his views. I did send him the excerpt that was included in the August 4th letter you sent me . He did say he was unclear why certain items were in the excerpt. ( regarding him being a doctor for my employer,etc; he said there is no conflict there). Dr Potts feel free to elaborate or correct anything. As my primary care provider for many years, he will try to summarize any functional limitations created by my various chronic illnesses.

Heather can you also define mental fatigue for us that was included in the letter dated August 4, 2022 . Dr Potts nor I know what this is.

There was also reference to my Sjogrens being in remission somewhere. That is inaccurate. My diagnosis was made by mayo and I see a Rheumatologist for that on an ongoing basis. ( see Dr Stern's letter dated 1/27/2021). As you know Sjogrens is now officially in the Social Security Blue Blue as a potential disabling condition ( Section 14.07). That was what the IME for SS really focused on in my one appt with him

My SIBO diagnosis was Dr Briley, my GI. It was not from an alternative medicine doctor.

I will also reach out to Dr Yee and have her respond to the Lincoln questionaire. She has diagnosed me with Lyme Disease ( complications from this disease are also listed in the Social Security Blue Book) , Postural Orthostatic Intolerance and Mast Cell Activation that all can have some functional limitations She calls it POTS based on the Lean test conducted by Dr Greg Potts,which should be in your files. Mayo Clinic calls that condition Orthostatic

Intolerance. Dr Yee says it is definitely POTS. As you know Mayo will not work with any LTD carriers, as part of their policy.

Dr Yee agrees with Dr Briley's assessment of SIBO.

You reference Mold Illness in your files, since Dr Yee has diagnosed that. I have never asked for anyone to consider mold illness in my disability assessment as there are many schools of thought on that and I found it unnecessary to even address given all my traditional diagnoses and limitations

I see your reference to Dr Blackburn. I am not on LTD for carpal tunnel although it does hurt my hands alot when typing and writing as well as impairing my sleep. You also reference significant improvement per Dr Blackburn. That improvement was very short term and only when the steroid shots work. Your records should indicate the shots stopped working and the only choice I had then was surgery which I chose not to do especially since I have cervical stenosis and cubital tunnel as well. I am no longer sure which of the 3 conditions cause which symptoms and one stand alone surgery might not help me.

I will also get a copy of the Social Security Independent Medical Examiners Report that IME said was going to include a recommendation for disability, especially with my Sjogrens condition. I have filed the request but cannot give you a timeline for that . You know how that office works better than I do.

I am happy to send you any other medical documentation necessary. You can reach out to the following new doctors:

Dr Josephine Mei
(502) 587-8000
4950 Norton Health Care Blvd
Louisville, KY 40241
( I did send you a copy of completed sleep study that documented my severe insomnia with sleep efficiency of 24.8%)

Dr Kimberly Lentz, MD
New Horizons Medicine
1500 W. Oak Street Suite 100
Zionsville, IN 46077
(317) 708-3708
Dr Pamela Yee wanted Dr Lentz to treat vector borne illness as she was closer to home for me.

For my own benefit, can you tell me what we do if Doctors won't fill out questionaires. Are they obligated to do that. Can they send letters in lieu of that, etc?

Thanks in advance

P.S. The Sjogrens Foundation publishes a female body document to educate practitioners of the extensive impact of Sjogrens. This has been a great resource group for me. They have several rheumatologists involved in this group. I have enclosed that with circles of all my related symptoms. Dr Greg Potts can attest to this further in his communications

Keeta Fox

Sorry for any typos or grammatical errors

**From:**Keeta Fox <
**Sent:**Mon, 8 Aug 2022 19:58:26 -0400
**To:**Buss, Heather
**Subject:**Re: Claim 10310112 - Letter and Report (Secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

HI Heather
I actually forgot of two of my conditions that were previously diagnosed and should be in your file, Small Fiber Neuropathy and , Mast Cell Activation Syndrome. Not sure if you are familiar with either. Might be exploring IVIG treatments with new doc for SFN to see if that helps . Your hands and feet burn; you can trip or stumble up stairs and tend to drop alot of things. Diagnosed via skin biopsy by University of Louisville Neurology. The Mast Cell is triggered by alot of things including smells. I have changed my home environment to be fragrance free including furniture and no longer use cleaning supplies or wear make up, Highly sensitive to cleaning supplies at hotels and offices as well as perfume and colognes that others wear. Diagnosed by Dr Yee via a endoscope

Thanks

On Mon, Aug 8, 2022 at 7:35 PM Keeta Fox < wrote:

> Thanks Heather. I will review and let you know if I have any questions. Just so we are both on the same page let's communicate via email going forward so that nothing gets lost in translation. This seems so complicated but it could be my comprehension level given my illnesses too. I dont alway fire on all cylinders
>
> Per this email I am requesting a complete copy of my file be sent to me via mail.
>
> Just to confirm some of our phone call discussion today: ( please correct anything I got wrong or confirm my understanding is correct)
>
> I do not understand "own occupation" very well. Can you define it for me . Can you also define full disability in own occupation vs partial disability?
>
> Think you said it does not help me to try and go back to work 10 to 20 hours a week as that doesn't matter for disability purposes? Can you remind me why that is not considered partial disability.
>
> Also per your file no response was received from Dr Yee right? I will contact her tomorrow

Per your correspondence with Dr Potts did he say that he was not treating me for anything that would preclude me from working 40 hours per week in a sedentary accounting job (i.e be accounts payable clerk or any full time finance job that is not very physical)

Did he also state that because he was Papa John's corporate doctor, who was also my primary care provider, he may not be the best person to assess my health? I did not think that was a conflict. If it was I would have gotten another PCP but he never told me that was a conflict for disability purposes. I have already scheduled a phone call with him Wednesday to discuss further.

Please confirm or correct any misstatements in these questions

Can you also define which variables were key in determininig I could now work 40 hours a week in an accounting job whereas I could not for the last 2 plus years. Being an executive Finance position is irrelevant right? And what changed in last 6 months given my health conditions ( Sjogrens, Chronic Fatigue, Fibromyalgia, POTS, reactivated Eppstein Barr Virus for over a year now, recurrent Small Intestinal Bacterial Overgrowth probably due to Cecal Volvulus Surgery, Fecal and Urinary Incontinence, etc) Again written recap will help me alot so I can process it better.

You encouraged me to continue to work with Lincoln Financials 3rd party attorneys for Social Security disability as that is a completely different set of critieria then Lincoln's criteria right?. Will Social Secuirty learn I was not denied by you after 2 plus years of disability? Will your 3rd party attorneys know that? Who will pay the legal cost of that going forward?

Lastly what are the procedures for an appeal process.?

I will reach out to New Horizons Integrative Medicine (Dr Wentz) and Dr Mei, Sleep Specialist Pulmonologist at Norton . Can you send them the same questionaires you sent my other doctors? I will committ to you that they will answer as will Dr Yee, who told me should was responding after our last apaot. My 2 new diagnoses are Bartonella and a Sleep Disorder.

I apologize I was upset on the phone call as it really took me by surprise and I will be honest I still don't understand. Again if you can tell me what the key changes are that will help me.

Sorry for any typos or grammatical issues.

Regards
Keeta Fox

On Mon, Aug 8, 2022 at 5:46 PM Buss, Heather <Heather.Buss@lfg.com> wrote:

This message was sent securely using Zix®

Hello Keeta,

Per our earlier conversation, please find the attached copy of the letter which was also mailed to you as well as a copy of the medical report that was sent to your providers for their comment.

If you wish to obtain a copy of your full claim file, please send a written request.

Kind regards,



**Heather Buss**

LTD Technical Specialist II

Lincoln Financial Group

PO Box 2578

Omaha, NE 68172-9688

800.291.0112 Office

Extension 13968

Fax (603)334-0380

LincolnFinancial.com

Follow us on:




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix&#174.

**From:** Keeta Fox <
**Sent:** Mon, 8 Aug 2022 19:56:2- 40B00
**To:** Huss, h eatr eR
**Subject:** Ce: 3laim 10510112 4LetteRand CepoRt (SecuRe)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Thanks Heather. I will review and let you know if I have any questions. Just so we are both on the same page let's communicate via email going forward so that nothing gets lost in translation. This seems so complicated but it could be my comprehension level given my illnesses too. I dont alway fire on all cylinders

Per this email I am requesting a complete copy of my file be sent to me via mail.

Just to confirm some of our phone call discussion today: ( please correct anything I got wrong or confirm my understanding is correct)

I do not understand "own occupation" very well. Can you define it for me . Can you also define full disability in own occupation vs partial disability?

Think you said it does not help me to try and go back to work 10 to 20 hours a week as that doesn't matter for disability purposes? Can you remind me why that is not considered partial disability.

Also per your file no response was received from Dr Yee right? I will contact her tomorrow

Per your correspondence with Dr Potts did he say that he was not treating me for anything that would preclude me from working 40 hours per week in a sedentary accounting job (i.e be accounts payable clerk or any full time finance job that is not very physical)

Did he also state that because he was Papa John's corporate doctor, who was also my primary care provider, he may not be the best person to assess my health? I did not think that was a conflict. If it was I would have gotten another PCP but he never told me that was a conflict for disability purposes. I have already scheduled a phone call with him Wednesday to discuss further.

Please confirm or correct any misstatements in these questions

Can you also define which variables were key in determininig I could now work 40 hours a week in an accounting job whereas I could not for the last 2 plus years. Being an executive Finance position is irrelevant right? And what changed in last 6 months given my health conditions ( Sjogrens, Chronic Fatigue, Fibromyalgia, POTS, reactivated Eppstein Barr Virus for over a year now, recurrent Small Intestinal Bacterial Overgrowth probably due to Cecal Volvulus Surgery, Fecal and Urinary Incontinence, etc) Again written recap will help me alot so I can process it better.

You encouraged me to continue to work with Lincoln Financials 3rd party attorneys for Social Security disability as that is a completely different set of critieria then Lincoln's criteria right?. Will Social Secuirty learn I was not denied by you after 2 plus years of disability? Will your 3rd party attorneys know that? Who will pay the legal cost of that going forward?

Lastly what are the procedures for an appeal process.?

I will reach out to New Horizons Integrative Medicine (Dr Wentz) and Dr Mei, Sleep Specialist Pulmonologist at Norton . Can you send them the same questionaires you sent my other doctors? I will committ to you that they will answer as will Dr Yee, who told me should was responding after our last apaot. My 2 new diagnoses are Bartonella and a Sleep Disorder.

I apologize I was upset on the phone call as it really took me by surprise and I will be honest I still don't understand. Again if you can tell me what the key changes are that will help me.

Sorry for any typos or grammatical issues.

Regards
Keeta Fox

On Mon, Aug 8, 2022 at 5:46 PM Buss, Heather <Heather.Buss@lfg.com> wrote:

This message was sent securely using Zix®

Hello Keeta,

Per our earlier conversation, please find the attached copy of the letter which was also mailed to you as well as a copy of the medical report that was sent to your providers for their comment.

If you wish to obtain a copy of your full claim file, please send a written request.

Kind regards,



**Heather Buss**
LTD Technical Specialist II
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

800.291.0112 Office
Extension 13968
Fax (603)334-0380

LincolnFinancial.com

Follow us on:




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the

sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix&#174.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 4, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond August 3, 2022. Papa John's International, Inc s LTD Policy requires that to receive benefits you must meet the following definition of disability:

***"Disability" or "Disabled"*** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   ***"Disability" or "Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

You have been receiving LTD benefits for your disability since August 4, 2020.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Sjogren's Syndrome, Cervicalgia, Carpal Tunnel Syndrome, Cubital Tunnel Syndrome, Chronic Fatigue, Orthostatic Intolerance, Depression and Anxiety and your claim file contains the following medical documentation:

**Medical Record Listing**

- Progress notes, treatment letter dated 1/27/2021 to 3/16/2022 from Dr. Stern
- Progress notes, labs, diagnostic results and Restrictions Form dated 4/19/2021 to 7/18/2022 from Dr. Blackburn
- Progress notes, treatment letter and Functional Mental Status Evaluation dated 1/9/2020 to 6/7/2022 from Dr. Winland
- Progress notes dated 1/12/2022 from Dr. Villanueva
- Progress notes, labs, diagnostic results and Restrictions Form dated 3/5/2021 to 12/21/2021 from Dr. Potts
- Progress notes, labs and diagnostic results dated 6/1/2021 to 12/15/2021 from Dr. Briley
- Progress notes, labs and diagnostic results dated 6/24/2021 to 12/29/2021 from Dr. Yee
- Progress notes, labs and diagnostic results dated 1/28/2021 to 11/28/2021 from Dr. Pilkington
- Progress notes, labs and diagnostic results dated 1/27/2021 to 10/27/2021 from Mayo Clinic
- Labs and diagnostic results dated 10/05/2021 to 10/21/2021 from Labcorp
- Diagnostic results dated 10/20/2021 Bateman Horne Center
- Phone note dated 9/16/2021 from Dr. Huelsman
- Physical Therapy progress notes dated 2/1/2022 to 7/15/2022
- Progress notes dated 11/24/2020 to 12/08/2020 from Dr. George
- Progress notes dated 8/5/2020 from Dr. Krease

In order to clarify the severity of your condition and determine your level of impairment, your claim was referred for review by a physician Board Certified in Occupational Medicine. The consulting physician placed calls to your treating providers and noted the following:

***Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800***
***Fax Number: (914) 652-7795***

*Date of call ____3/17/2022__, Time ___10:25___*
*Date of call ____3/17/2022__, Time ___10:40 (message left with Medical Asst. Diana)___*
*Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.*

***Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 Fax Number: (502) 240-5905***

*Date of call __3/17/2022____, Time __9:15____*
*Date of call __3/17/2022____, Time _____9:20 (Call placed to 502-240-5901) – AP contact, case discussed*
*Date letter sent to AP: 3/18/2022*

*Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.*

***Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: (502) 259 5955***
***Fax Number: (502) 259-5953***

*Date of call ___3/17/2022___, Time ___10:15 AM___*
*Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.*

***Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263***

*Date of call ____3/17/2022__, Time __10:30____*
*Date of call ______, Time ______*

The Occupational Medicine review was completed on March 18, 2022 with addendum completed on July 25, 2022 and concludes the following:

*Primary impairing diagnoses:*

*Anxiety and Depression F41.8*
*Orthostatic Intolerance 195.1*
*Sjogren's Syndrome M35.00*

*Clinically significant comorbid diagnoses:*

*Cervalgia (neck pain) M54.2*
*Irritable Bowel Syndrome K58.9*
*Chronic Fatigue R53.82*

***Based on the Rheumatological (Sjogren's Syndrome) Condition:***

- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

*There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.*

*More recently, reports from Dr. Winland were received dated 2/9/2022 opining no medically supported activity restrictions and limitations from a psychiatric perspective. Claims Specialist confirmed in discussion on 7/25/2022 that the insured had recently agreed that she was not psychiatrically impaired. Hand surgeon Dr. Blackburn opined no supported restrictions and limitations regarding upper extremity conditions (bilateral carpal tunnel and left cubital tunnel syndromes) on 7/18/2022. Attending rheumatologist Dr. Stern evaluated the insured on 3/23/2022, and continued to reference his letter of 1/27/2021 regarding related activity restrictions and limitations. He documents that a diagnosis of Postural Orthostatic Hypotension was not confirmed at the Mayo Clinic, but they were not able to provide "a disease explanation for all of her symptoms in a single, unitary diagnostic process". He continued to reference his 1/27/2021 assessment letter opining "multiple organ system manifestations….permanent in nature..". More recent Physical Therapy notes continue to reference ongoing complaints of neck pain, with some intermittent improvement with therapy.*

*The newer information does not alter the prior recommendations for restrictions and limitations. However, based on the report from Dr. Winland, it is not longer recommended that Anxiety and Depression be considered as an impairing diagnosis. If a Functional Capacity Evaluation comes to be performed by a board-certified physiatrist (Physical Medicine and Rehabilitation) regarding any additional non-upper extremity orthopedic complaints, this can be reviewed when/if this is received. Especially given the relative persistence of symptoms despite maximal medical evaluation and treatment, the recommended restrictions and limitations can more likely than not continue to be considered as permanent.*

A copy of the Occupational Medicine report was sent to Dr. Yee, Dr. Villanueva, Dr. Briley and Dr. Potts for their review and comment with no response to date.

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

**Skills & Abilities:**

Controller Skills:

- Concerned with accounting and auditing, records systems, risks and profit analysis, brokering, and budget and financial control to design financial systems and to examine and interpret financial records.
- Estimating value of real estate, personal or other property, planning, organi ing.
- Speaking and writing clearly to communicate financial data.
- Applying math skills or computer technology to solve numerical problems speedily and accurately.

Management Skills:

- Assign, delegate and direct the work of others.
- Work with people and work under stress.
- Lead, oversee, and manage the activities of others.
- Excellent reasoning abilities.
- Reviewing others work for accuracy.
- Directing and working through lower level supervisors to establish policies, set priorities, and render decision in administering or managing all or part of the activities.
- Analy ing and interpreting mathematical information in written or diagrammatic form
- Speaking to large groups and writing clearly and authoritatively
- Making decision based on personal experience and judgment as well as verifiable facts and figures
- Planning long range or future projects
- Directing work of others
- Working with complex financial and statistical data

Communication Skills:

- Communication with customers
- Organi e and reason in a logical manner
- Listen, define, write, explain, and interpret ideas
- Negotiation skills
- Express ideas in easily understandable terms.

**Examples of Occupations identified based on national economy labor market and insured’s ability profile analysis:**

| Occupation | National Monthly Wage |
|---|---|
| Controller (own occupation) | ** |
| Vice President | $14,960 |

**Wage Information is based on median 2021 Bureau of Labor Statistical Data*
***Own Occupation*- Based on further review of the insured s work history and skills acquired, it is reasonable that they would have the ability to earn their pre-disability wages in their own occupation.

Based on the overall claim facts including the records received and the completed clinical review, the medical evidence does not support restrictions and limitations that would appear to be preventing

you from performing the material and substantial duties of Any Occupation as of the change in definition, August 4, 2022.

The reviewing physician Board Certified in Occupational Medicine concluded that the available medical records support restrictions and limitations as follows:

***Based on the Rheumatological (Sjogren's Syndrome) Condition:***

- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Although you reported continued treatment for carpal tunnel syndrome and cubital tunnel syndrome, the reviewing physician noted that Dr. Blackburn opined no supported restrictions and limitations regarding upper extremity conditions on 7/18/2022.

The reviewing physician also noted that reports from Dr. Winland were received dated 2/9/2022 opining no medically supported activity restrictions and limitations from a psychiatric perspective and you also confirmed via phone call on 7/25/2022 that you agreed you were not disabled. due to your psychiatric conditions

While we acknowledge that you may experience signs and symptoms related to your diagnoses, the restrictions supported by the physician Board Certified in Occupational do not rise to a level of severity that would preclude you from performing Any Occupation. Based on our medical and vocational reviews, we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupations based on your capacity and skill level.

Therefore, you do not meet Papa John's International, Inc s definition of disability beyond August 3, 2022 and we must deny your claim for further benefit consideration. Benefits will be paid through August 3, 2022, and your claim is closed as of August 4, 2022.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All documentation from ***Dr. Potts, Dr. Yee, Dr. Villanueva, Dr. Blackburn, Dr. Briley*** and / or any of your other treating providers that would show evidence that you do meet the definition of disability continuously from Any Occupation as of ***August 4, 2022 and beyond***, such as: test results with positive findings, such as an MRI or CT Scan, office visit notes that document physical exam findings, hospitali ation records, lists of prescription medications with their start date/dosages, a detailed treatment plan which would outline a description of your specific restrictions and limitations, and any physical or occupational therapy records.

It may also be helpful for you to provide any of the following types of records / reports:

- An Independent Medical Examination (IME) or Functional Capacity Evaluation (FCE) report with valid medical evidence indicating your current capacity and functionality

A full copy of your Social Security Administration (SSA) disability benefit claim file including any IMEs that may have been performed on behalf of the SSA.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Lincoln Financial Group

**Lori Ashworth, MEd, CRC**
Vocational Rehabilitation Consultant II
Group Protection

# Transferable Skills Analysis

**Date:** 7/27/2022
**Claimant:** Keeta Fox
**Claim #:** 10310112
**Policyholder:** Papa John's International, Inc.
**Pre-disability Earnings:** $22,435.14
**Benefit Amount:** $13,461.08

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**

- Job Description
- Training Education Experience Form
- Peer Review by Joseph Pachman, MD dated 3/18/2022
- Occupational Analysis dated 9/29/2020 by this VCM (Given further review of file information, job description and TEE completed by the insured a closer DOT match was identified and is utilized below for this analysis).
- ERI

**Education & Training:**
Education: Bachelor's Degree Finance Accounting; Certified Public Accountant; computer skills include word processing, spreadsheets, email, internet

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 160.167-058 | Controller | 8 | 6 | S |
| 189.117-034 | Vice President | 8 | 9 | S |

Restrictions and Limitations used for this analysis was based off of Peer Review by Joseph Pachman, MD dated 3/18/2022

- Only occasional activity in very dry environments without a humidifier
- No activities at heights
- No climbing
- No moving weights greater than 20 lbs. occasionally
- No moving weights greater than 10 lbs. frequently

**Skills & Abilities:**
Controller Skills:

- Concerned with accounting and auditing, records systems, risks and profit analysis, brokering, and budget and financial control to design financial systems and to examine and interpret financial records.
- Estimating value of real estate, personal or other property, planning, organizing.
- Speaking and writing clearly to communicate financial data.
- Applying math skills or computer technology to solve numerical problems speedily and accurately.

Management Skills:

- Assign, delegate and direct the work of others.
- Work with people and work under stress.

- Lead, oversee, and manage the activities of others.
- Excellent reasoning abilities.
- Reviewing others' work for accuracy.
- Directing and working through lower level supervisors to establish policies, set priorities, and render decision in administering or managing all or part of the activities.
- Analyzing and interpreting mathematical information in written or diagrammatic form
- Speaking to large groups and writing clearly and authoritatively
- Making decision based on personal experience and judgment as well as verifiable facts and figures
- Planning long range or future projects
- Directing work of others
- Working with complex financial and statistical data

Communication Skills:

- Communication with customers
- Organize and reason in a logical manner
- Listen, define, write, explain, and interpret ideas
- Negotiation skills
- Express ideas in easily understandable terms.

**Profile Adjustments:**

- General Educational Development: Reasoning, Mathematics, Language adjusted to grades 15-16+ based on bachelor's degree.
- Strength: Adjusted to light based on restrictions/limitations.
- Physical: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
- Environmental: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
- Noise: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud.
- Aptitudes: No adjustments performed.
- Situations: Influencing people in their opinions, attitudes, judgments adjusted to yes based on leading of others, leading capital budget, enhancing internal controls.
  Attaining precise set limits, tolerances, and standards adjusted to yes based on completion of high level accounting tasks.
- Data: Synthesizing, Analyzing, Compiling, Computing, Copying, Comparing adjusted to yes based on overseeing financial departments, completing reports, documentations, presentations, audits, planning, analysis, budgets, etc.
- People: Supervising adjusted to yes based on supervising the work of team, audits, etc.

**Summary:**
The Transferable Skills Analysis identified occupations that are within the physical abilities and identified skills level.

**Examples of Occupations identified based on national economy labor market and insured's ability profile analysis:**

| DOT Code | Occupation | Strength | National Economy Monthly Wage |
|---|---|---|---|
| 160.167-058 | Controller (own occupation) | S | ** |
| 189.117-034 | Vice President | S | $14,960 |

**Wage Information is based on median 2021 Bureau of Labor Statistical Data*
***Own Occupation*- Based on further review of the insured's work history and skills acquired, it is reasonable that they would have the ability to earn their pre-disability wages in their own occupation.

Both occupations identified above entail work within an office environment which would allow for the insured to stay within the restriction of only occasional activity in very dry environments without a humidifier.

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Lori Ashworth, MEd, CRC
Vocational Rehabilitation Consultant II

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 160.167-058 | Controller | 8 | 6 | 0 | Y | N | N | S | 11.06.02 |
| 189.117-034 | Vice President | 8 | 9 | 0 | Y | N | N | S | 11.05.02 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 8 (4 to 10 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Mathematics | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Language | | 5 Grades 13-14 | 6 Grades 15-16+ |
| **Physical Demands** | | | |
| Strength | Maximum | S Sedentary | L Light |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | Unknown |
| Stooping | | Never | Unknown |
| Kneeling | | Never | Unknown |
| Crouching | | Never | Unknown |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | Unknown |
| Fingering | | Occasionally | Unknown |
| Feeling | | Never | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Frequently | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |

| | | |
|---|---|---|
| **Environmental Conditions** | | |
| Exposure to Weather | Never | Unknown |
| Extreme Cold | Never | Unknown |
| Extreme Heat | Never | Unknown |
| Wet and/or Humid | Never | Unknown |
| Vibration | Never | Unknown |
| Atmospheric Conditions | Never | No Change |
| Proximity to Moving Mechanical Parts | Never | Unknown |
| Exposure to Electrical Shock | Never | Unknown |
| Working in High Exposed Places | Never | No Change |
| Exposure to Radiation | Never | Unknown |
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Never | No Change |
| Noise Intensity Level | Moderate | Very Loud |
| **DOT Aptitudes** | | |
| General Learning Ability | 1 (Above 89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 1 (Above 89 Percentile) | No Change |
| Spatial Aptitude | 4 (11-33 Percentile) | No Change |
| Form Perception | 4 (11-33 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | Yes |
| Following Specific Instructions | No | No Change |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | Yes |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | Yes | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |

| | | |
|---|---|---|
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | No Change |
| 8 Taking Instructions-Helping | No | No Change |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Mon, 25 Jul 2022 15:35:38 +0000
**To:**Buss, Heather
**Subject:**Claim Referral - Assignment Notification

Your referral request with requested specialty of Medicine - Occupational & Environmental for claim number 10310112 has been assigned to Dr. Joseph Pachman. The anticipated due date for this request is 08/03/2022.

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 7/25/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 07/25/2022 | **Job Title:** | SR. VICE PRESIDENT CORPORATE CONTROLLER |
| **Due Date:** | 08/03/2022 | **Medical/ Surgical Condition:** | orhtostatic intolerance, sjogren's syndrome, cervicalgia, ibs, chronic fatigue |
| **Referral Type:** | Addendum | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

Please review updated medical received from Dr. Stern (Rheumatology) and advise if this alters prior findings in review dated 3/18/22. What are the current impairing diagnoses? What are the supported restrictions and limitations and the duration? ***Please expedite - CID upcoming 8/4/22*** ***Updated records also received from Dr. Blackburn (Ortho) but APS indicates no r/l's from ortho perspective. Also received records from Dr. Winland (psychiatry) and indicate no r/l's from psychiatric perspective and claimant agrees that no psychiatric impairment.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The insured is a 56 year old woman who last worked as a Senior Vice President on 2/3/2020. The case was previously reviewed on 3/18/2022 – please see that report for a more detailed history. More recently, reports from Dr. Winland were received dated 2/9/2022 opining no medically supported activity restrictions and limitations from a psychiatric perspective. CS Heather Buss confirmed in discussion on 7/25/2022 that the insured had recently agreed that she was not psychiatrically impaired. Hand surgeon Dr. Blackburn opined no supported restrictions and limitations regarding upper extremity conditions (bilateral carpal tunnel and left cubital tunnel syndromes) on 7/18/2022.. Attending rheumatologist Dr. Stern evaluated the insured on 3/23/2022, and continued to reference his letter of 1/27/2021 regarding related activity restrictions and limitations. He documents that a diagnosis of Postural Orthostatic Hypotension was not confirmed at the Mayo Clinic, but they were not able to provide "a disease explanation for all of her symptoms in a single, unitary diagnostic process". He continued to reference his**

**1/27/2021 assessment letter opining "multiple organ system manifestations….permanent in nature..". More recent Physical Therapy notes continue to reference ongoing complaints of neck pain, with some intermittent improvement with therapy.**

**The newer information does not alter the prior recommendations for restrictions and limitations. However, based on the report from Dr. Winland, it is not longer recommended that Anxiety and Depression be considered as an impairing diagnosis. If a Functional Capacity Evaluation comes to be performed by a board certified physiatrist (Physical Medicine and Rehabilitation) regarding any additional non-upper extremity orthopedic complaints, this can be reviewed when/if this is received. Especially given the relative persistence of symptoms despite maximal medical evaluation and treatment, the recommended restrictions and limitations can more likely than not continue to be considered as permanent, as previously documented by Dr. Stern.**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is: Physical Therapy progress note dated 7/18/2022.**

**Electronically Signed:**

**Joseph Pachman, MD**
**Board Certified, Occupational Medicine**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2022

(18 Total Pages)

Pinnacle Physical Therapy
9204 TAYLORSVILLE ROAD
STE 101
LOUISVILLE, KY 40299

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Keeta Fox.

To evaluate Ms. Fox's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All physical therapy evaluations, treatment notes and treatment plans dated January 1, 2022 to present

We ask that you provide this information by July 22, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fox allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.29.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

00003154 LFPA0D01 0001127

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keith Fox

Name of legal representative, if applicable (print) ____________ Relationship Self

Signature of claimant or legal representative Keith Fox ____________ Date: 12/20/21

Date of Birth: ____________ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

PINNACLE PHYSICAL THERAPY

9204 Taylorsville Road
Suite 101
Louisville, KY 40299
Phone: 502-499-5959
Fax: 502-499-5454

Hamstrings - C-spine

# Outpatient Orthopedic Evaluation

Patient Name Fox, Keeta DOB ____ Age ____ Date 2/1/22

Referral Name Laura Tudor APRN / Dr Villanueva Return Date to Physician 3 months

Diagnosis ① Cervical spinal stenosis ② Cerv DDD ③ Cervical strain Date of onset / exacerbation 2yr

S: PAST MEDICAL HISTORY / CHIEF COMPLAINTS / SYMPTOM PROGRESSION / OTHER PATIENT COMMENTS:
Pt comes in c̄ Extensive medical hx / co morbidities — see H&P sheet. Cerv DDD & spinal stenosis present. APRN describes spinal stenosis as "severe." Pt describes major symptom as "pressure & tenderness/irritation" @ base of skull. Pt spends alot of time on a laptop computer.
Pt has some neuropathy from carpal tunnel.

Pain Level(s): Varies in intensity (4/10 – 7/10)

Work Activities: —— Currently Working Y (N)

OBSERVATION: poor posture habits / Awareness.

Palpation: No Min (Mod) Severe Tenderness / Firmness Sub occipital Area

Involved Joint(s) C spine

| | (Ext) / PF | (Flex) / DF | Scap. | Abd. | Add. | ER | IR | Inv. | Ev. | (RR) | (LR) | RSB | LSB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AROM: | 45° | 40° | | | | | | | | 80° | 60° | 45° | 40° |

PROM: ——

Strength:

Flexibility: middle scalene / Levator

Gait: WNL

Neurological: Sensation: (B) UEs / LEs intact to light touch and equal in all dermatomes: YES NO

Diminished to light touch: fingers (B) Other:

Special Tests:

Today's Treatment: (Eva) – (Therex) – (Manual) – Ultrasound – E-stim – Mech Traction – Neuromuscular Re-ed – Iontophoresis

Other: (Self Care)

A: PROFESSIONAL ASSESSMENT: Signs and Symptoms Consistent with: Same as Diagnosis (circled)

Other: ______

PROBLEMS INCLUDE:
1) Tenderness/tightness/pressure @ occipital area Ⓛ Ⓡ
2) Poor postural habits
3) Cspine spinal stenosis (severe)
4) DDD Cspine

CONTRAINDICATIONS / PRECAUTIONS: ______

PATIENT'S GOALS: 1) Decrease pain (circled) 2) Improve function 3) Improve Posture (circled)

GOALS: To be met in 4 week (s)

1) Pt will demonstrate proper sitting posture s̄ verbal cues
2) Pt will report 25% reduction of symptoms @ post cerv/occipital region
3) Pt will be Ⓘ c̄ self massage & cerv stretching
4) ______

PLAN:

| | | |
|---|---|---|
| Comprehensive HEP Instruction (circled) | Manual Therapy Techniques (circled) | Ultrasound (circled) |
| Therapeutic Exercise (circled) | Gait Training | Iontophoresis |
| TENS / Electrical Stimulation | Cervical Traction (circled) | Lumbar Traction |
| Neuromuscular Re-education (circled) | Moist Heat | Cryotherapy (circled) |
| Functional Therapeutic Activities (circled) | Self-Care Management (circled) | |

FREQUENCY / DURATION: 2x/wk x 4wks

REHAB POTENTIAL: POOR – FAIR (circled) – GOOD – EXCELLENT

Patient is in agreement with the above goals and plan of care. YES (circled) NO

The above treatment plan will be initiated under the direction of a physician to treat this patient's specific problems.

J Woodruff PT
Physical Therapist's Signature

2/1/22
Date

# PINNACLE PHYSICAL THERAPY DAILY PROGRESS NOTE

**Name:** Fox, Keeta

**Date:** 2/7 **Visit:** 2

S: Obtained 2020 MRI results. Showed multilevel foraminal stenosis & spinal stenosis. Pt has been sick most of weekend. States that she has been paying attention to posture.
O: Added manual therapy & ther ex / stretching
A: pt demonstrated understanding of cerv stretches. Cerv segment mobility is very tight
P: Cont working on mobility cerv & bring occipital area pain / tightness [signature] PT

**Date:** 2/10 **Visit:** 3

S: "Original problem area a little better"
O: See outline – added CTx today
A: did well c̄ CTx. Minor improvements
P: Cont present path of care [signature] PT

**Date:** 2/14 **Visit:** 4

S: "Maybe a little better"
O: Added chin tuck. Performed / reviewed using hand on chair during stretches.
A: postural habits still impacting cerv pressure
P: Cont working on plan of care [signature] PT

**Date:** 2/17 **Visit:** 5

S: "A little less pressure"
O: treatment details on flow sheet
A: (L) cerv SBing & (L) rot more limited than (R). Pt feels like PT is helping
P: Facet injections either next wk or following week [signature] PT

**Date:** 2/21 **Visit:** 6

S: "Improving. Facet inject this Thurs"
O: (R) SBing (manually) is still ~~[illegible]~~ restricted.
A: Slow but steady improvements (R) being made
P: Cont present care [signature] PT

Daily Progress Note

# PINNACLE PHYSICAL THERAPY DAILY PROGRESS NOTE

Name: Fox, Keeta

Date: 2/23 Visit: 7

S: 'Rom improving'
O: ARom: RSB: 45 LSB 48 RR 88, LR: 75
See program outline
A: ARom Cspine improving nicely. Pt reports less pressure
P: Cont present care — J Woody PT
2/28 pt cx'd - ill

Date: Visit:

Date: Visit:

Date: Visit:

Date: Visit:

PINNACLE PHYSICAL THERAPY

9204 Taylorsville Road
Suite 101
Louisville, KY 40299
Phone: 502-499-5959
Fax: 502-499-5454

# Outpatient Orthopedic Evaluation

Patient Name Fox, Keeta DOB ________ Age ______ Date 3/3/22

Referral Name Laura Tudor APRN Return Date to Physician ________

Diagnosis DDD/Lumbar pain c̄ sciatica Date of onset / exacerbation 5yrs ago / 2months

S: PAST MEDICAL HISTORY / CHIEF COMPLAINTS / SYMPTOM PROGRESSION / OTHER PATIENT COMMENTS:

Pt has 5yr hx of chronic LBP. 2yrs 2months ago in shower bent over & had "Back Locking". Has gotten little better but still having pain @ LB that extends to (L) buttock. Pt had MRI 1/22/20 that showed bulging disc L4-5 & herniated disc L5-S1. Pt has an extensive medical hx. Pt also has injured (L) Knees

Pain Level(s): 5-4/10 can be higher

Work Activities: — Currently Working Y / N

OBSERVATION: (L) post Inn Rot noted (SI sprain)

Palpation: No Min Mod (circled) Severe Tenderness / Firmness (+) PSIS/LB muscles & piriformis

Involved Joint(s) L-spine

| | Ext. / PF | Flex. (circled) / DF | Scap. | Abd. | Add. | ER | IR | Inv. | Ev. | RR | LR | RSB (circled) | LSB (circled) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AROM: | | 50% | | | | | | | | | | 50% | 50% |
| PROM: | — | | | | | | | | | | | | |

Strength: Abdominals 3+/5, LE's 5-/5 in most groups

Flexibility:

Gait: Mildly antalgic

Neurological: Sensation: (B) UEs / LEs intact to light touch and equal in all dermatomes: YES (circled) NO

Diminished to light touch: ________ Other: ________

Special Tests: (+) trunk flex test ; (+) Long sit test

Today's Treatment: Eval (circled) – Therex (circled) – Manual (circled) – Ultrasound (circled) – E-stim – Mech Traction – Neuromuscular Re-ed – Iontophoresis

Other: Self care (circled)

A: PROFESSIONAL ASSESSMENT: Signs and Symptoms Consistent with: Same as (Diagnosis)

Other: ______

PROBLEMS INCLUDE: 1) SI sprain (L) post Inn Rotation)
2) DDD L4-5 & L5-S1
3) ↓'d core strength
4) ______

CONTRAINDICATIONS / PRECAUTIONS: SI protocol

PATIENT'S GOALS: (1) Decrease pain (2) Improve function 3) ______

GOALS: To be met in 4 week (s)
1) ↓ LBP by 50%
2) Eliminate LE radiculopathy
3) Pt will be able to sit 60 mins c̄ ↑'d symptoms
4) ______

PLAN:

- (Comprehensive HEP Instruction)
- (Therapeutic Exercise)
- TENS / Electrical Stimulation
- (Neuromuscular Re-education)
- (Functional Therapeutic Activities)
- (Manual Therapy Techniques)
- Gait Training
- Cervical Traction
- Moist Heat
- (Self-Care Management)
- (Ultrasound)
- Iontophoresis
- Lumbar Traction
- (Cryotherapy)

FREQUENCY / DURATION: 2x/wk x 4wks

REHAB POTENTIAL: POOR – (FAIR) – GOOD – EXCELLENT

Patient is in agreement with the above goals and plan of care. (YES) NO

The above treatment plan will be initiated under the direction of a physician to treat this patient's specific problems.

JWoodruff PT
Physical Therapist's Signature

3/3/22
Date

# PINNACLE PHYSICAL THERAPY DAILY PROGRESS NOTE

Name: Fox, Keeta

Date: 3/9 Visit: 2

S: Having some (L) sided LBP & a little (L) buttock

O: see flow sheet. (L) post Inn Rot upon arrival. Reversed correction in 3 positions

A: pelvis unstable. Demonstrated (L) c correction

P: Cont working to stabilize pelvis & ↓ LBP [signature] PT

Date: 3/14 Visit: 3

S: (L) sided LBP / Buttock pain over weekend"

O: (L) post rot upon arrival. Reversed correction

Added core ex's. ↑'d lumbar lordosis noted

A: pelvis still unstable. Neck pain returning

P: Cont focusing on pelvic stability — [signature] PT

Date: 3/17 Visit: 4

S: Pt began having terrible (L) sided LBP c sciatica while getting in car.

O: Pt Symptoms are some better today. (L) post Inn Rot noted upon Arrival

Palp: elicits pain c (L) (B) sciatica piriformis

Added us/stim comb today to piriformis m.

A: Less symptoms p PT

P: Cont monitoring SI [signature] PT

Date: 3/22 Visit: 5

S: "Still having pain/ache in (L) buttock / post thigh. Worse in sitting"

O: Added Mech LTX ; SI level upon arrival.

See progress note

A: radiculopathy worse c sitting

P: Cont today's program next visit — [signature] PT

Date: 3/24 Visit: 6

S: "A little better — driving still causes pain @ (L) buttock"

O: See flow sheet — added manual rolling to (L) post hip

A: buttock/piriformis still spasming. Minor improvement

P: Cont present care [signature] PT

Daily Progress Note

# PINNACLE PHYSICAL THERAPY DAILY PROGRESS NOTE

Name: Fox, Keeta

Date: 4/1 Visit: 7

S: Pain in buttock is getting better. It has not cometed since yesterday @ 4pm (18 hrs)
O: see program outline
A: Sciatica improving
P: Cont working to eliminate all radiculopathy — [signature] PT

Date: 4/4 Visit: 8

S: "No radiculopathy since Friday morning"
O: restarted cerv Tx along c̄ Lumbar treatment
A: Nice Improvement in condition. Neck more aggravated over past few days.
P: Pt will be OOT x 1 week then will return [signature] PT

Date: 4/19 Visit: 9 (POC)

S: "No sciatica all week", "Neck has been bothering me"
O: see program outline for cerv treatment
A: segmental tightness. LTG #2/3 not met - still appropriate — new time frame 5/19/22
P: Will shift treatment to Cerv. [signature] PT
PT 2x/wk x 4wks

Date: 4/26 Visit: 10

S: "Sciatica under control" "Had alot of dental work done this week. Neck very tense/sore"
O: See flow sheet for cerv treatment
A: Neck pretty aggravated. Large ⓛ trap TP present
P: Will add Combo next visit to trap — [signature] PT

Date: Visit:

Daily Progress Note

PINNACLE PHYSICAL THERAPY

9204 Taylorsville Road
Suite 101
Louisville, KY 40299
Phone: 502-499-5959
Fax: 502-499-5454

# Outpatient Orthopedic Evaluation

Patient Name Fox, Keith DOB ____ Age ____ Date 5/3/22

Referral Name Evin Moore APRN Return Date to Physician ____

Diagnosis (L) Tennis Elbow (Lat Epicondylitis) Date of onset / exacerbation 6 months

S: PAST MEDICAL HISTORY / CHIEF COMPLAINTS / SYMPTOM PROGRESSION / OTHER PATIENT COMMENTS:

Pt comes into clinic c̄ c/o pain @ (L) Lat Epicondyle. Pt has obtained tennis elbow band. Pain c̄ most daily activities involving hand/wrist/elbow. Pt is also having cubital tunnel problems.

Pain Level(s): 3-5/10

Work Activities: — Currently Working Y / N

OBSERVATION: No obvious edema/bruising

Palpation: No Min Mod Severe Tenderness / Firmness ____

Involved Joint(s) ____

| | Ext. / PF | Flex. / DF | Scap. | Abd. | Add. | ER | IR | Inv. | Ev. | RR | LR | RSB | LSB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AROM: | Full Elbow Rom, Full wrist Rom | | | | | | | | | | | | |
| PROM: | — | | | | | | | | | | | | |

Strength: Wrist Ext 4+/5 (mild pain)

Flexibility: ____

Gait: —

Neurological: Sensation: (B) UEs / ~~LEs~~ intact to light touch and equal in all dermatomes: YES NO

Diminished to light touch: ____ Other: ____

Special Tests: ____

Today's Treatment: (Eval) – Therex – Manual – (Ultrasound) – E-stim – Mech Traction – Neuromuscular Re-ed – (Iontophoresis)

Other: (self care)

A: PROFESSIONAL ASSESSMENT: Signs and Symptoms Consistent with: Same as (Diagnosis)

Other: ______

PROBLEMS INCLUDE:
1) ↑'d pain (L) Lateral Epicondyle
2) Pain c̄ ADL
3) ______
4) ______

CONTRAINDICATIONS / PRECAUTIONS: Minimize gripping / pinching

PATIENT'S GOALS: (1) Decrease pain (2) Improve function 3) ______

GOALS: To be met in 4 week (s)
1) Pain will be reduced to intermittent 1/10 severity c̄ activity
2) Pt will be (I) c̄ HEP for wrist flexibility / strength
3) ______
4) ______

PLAN:

| | | |
|---|---|---|
| (Comprehensive HEP Instruction) | Manual Therapy Techniques | (Ultrasound) |
| (Therapeutic Exercise) | Gait Training | (Iontophoresis) |
| TENS / Electrical Stimulation | Cervical Traction | Lumbar Traction |
| (Neuromuscular Re-education) | Moist Heat | (Cryotherapy) |
| (Functional Therapeutic Activities) | (Self-Care Management) | |

FREQUENCY / DURATION: 2x/wk x 4wks

REHAB POTENTIAL: POOR – FAIR – (GOOD) – EXCELLENT

Patient is in agreement with the above goals and plan of care. (YES) NO

The above treatment plan will be initiated under the direction of a physician to treat this patient's specific problems.

[signature] PT
Physical Therapist's Signature

5/3/22
Date

# PINNACLE PHYSICAL THERAPY DAILY PROGRESS NOTE

Name: Fox, Keeta

Date: 5/9 Visit: 2

S: Elbow still hurts but better.
O: See flow sheets for Elbow & cerv
Reviewed Ex progress when pt painfree. Pt will be oot x 2-3 wks.
A: pt still dealing c̄ cerv soreness & forearm elbow symptoms
P: Will reevaluate all conditions when pt back in town [signature]

Date: Visit:

Date: Visit:

Date: Visit:

Date: Visit:

Daily Progress Note

PINNACLE PHYSICAL THERAPY

9204 Taylorsville Road
Suite 101
Louisville, KY 40299
Phone: 502-499-5959
Fax: 502-499-5454

# Outpatient Orthopedic Evaluation

Patient Name Fox, Keata DOB ______ Age ______ Date 6/6/22

Referral Name ① Erin Moore, APRN / ② Laura Tudor, APRN Return Date to Physician ______

Diagnosis ①Ⓛ Lateral Epicondylitis Date of onset / exacerbation 6 wks
② Cerv DDD & Cerv Strain

S: PAST MEDICAL HISTORY / CHIEF COMPLAINTS / SYMPTOM PROGRESSION / OTHER PATIENT COMMENTS:
Pt comes in today to resume therapy on her Ⓛ tennis elbow problem & post neck pain.
Pt's c/o more stiffness/soreness @ post neck. Pt has dx of Cerv spinal stenosis also. Pt also getting "pressure" at base of skull.

Pain Level(s): Varies 2/10 – 6/10 (elbow) Activities ↑'s soreness ; Neck 3/10

Work Activities: — Currently Working Y / N

OBSERVATION: still struggles c̄ poor postural habits

Palpation: No Min (Mod) Severe Tenderness / Firmness (B) traps & occipital area ; Tenderness @ Ⓛ lat Epic & Ext tendon

Involved Joint(s) Ⓛ elbow & C spine

| | Ext. / PF | Flex. / DF | Scap. | Abd. | Add. | ER | IR | Inv. | Ev. | RR | LR | RSB | LSB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AROM: | | | | | | | C-Spine | | | 85° | 80° | 45° | 40° |

PROM: Ⓛ Elbow AROM ? WNL flex/Ext

Strength: Ⓛ wrist flexors 5/5, Ext: 5-/5 2° to mild pain at elbow

Flexibility: ______

Gait: —

Neurological: Sensation: (B) UEs / LEs intact to light touch and equal in all dermatomes: YES NO

Diminished to light touch: ______ Other: ______

~~Special Tests~~: Hx of ulnar Nerve altered EMG test a few yrs back.

Today's Treatment: (Eval) – Therex – Manual – Ultrasound – E-stim – (Mech Traction) – Neuromuscular Re-ed – (Iontophoresis)

Other: (Self Care)

A: PROFESSIONAL ASSESSMENT: Signs and Symptoms Consistent with: Same as Diagnosis (circled)

Other: ______

PROBLEMS INCLUDE: 1) stiffness/soreness post cervical musculature
2) Pain (L) Lat Epicondyle
3) ______
4) ______

CONTRAINDICATIONS / PRECAUTIONS: —

PATIENT'S GOALS: 1) Decrease pain 2) Improve function 3) ______

GOALS: To be met in 4 week (s)
1) Pt will report 80% improvement @ (L) Lateral Epicondyle
2) Pt will be (I) c̄ elbow HEP
3) Active cerv ER LSB (B) to 45°
4) Pt will (I) c̄ cerv STM ; stretching HEP

PLAN:

| | | |
|---|---|---|
| Comprehensive HEP Instruction (circled) | Manual Therapy Techniques (circled) | Ultrasound (circled) |
| Therapeutic Exercise (circled) | Gait Training | Iontophoresis |
| TENS / Electrical Stimulation | Cervical Traction (circled) | Lumbar Traction |
| Neuromuscular Re-education (circled) | Moist Heat | Cryotherapy (circled) |
| Functional Therapeutic Activities (circled) | Self-Care Management (circled) | |

FREQUENCY / DURATION: 2x/wk x 4wks

REHAB POTENTIAL: POOR – FAIR – GOOD (circled) – EXCELLENT

Patient is in agreement with the above goals and plan of care. YES (circled) NO

The above treatment plan will be initiated under the direction of a physician to treat this patient's specific problems.

[signature] PT
Physical Therapist's Signature

6/6/22
Date

# PINNACLE PHYSICAL THERAPY DAILY PROGRESS NOTE

**Name:** Fox, Keeta

**Date:** 6/9 **Visit:** 2

S: "Neck is really stiff today"
O: ↑'d Ionto amount ; Added combo to Ⓑ traps
A: Combo reduced tightness/tension in traps
P: Cont working to eliminate her neck pain — J Woodruff PT
PT will cont neck treatment along c̄ elbow treatment

**Date:** 6/15 **Visit:** 3

S: "Neck hurts/stiff" Elbow really sore — workout size planting"
O: See flow sheet
A: TP's in Ⓑ traps Ⓛ > Ⓡ. Occipital area very sore. Point tenderness @ Ⓛ Lat Epi.
P: Cont working to eliminate elbow pain & ↓ neck tension/pain J Woodruff PT

**Date:** 6/21 **Visit:** 4

S: "Elbow is improving c̄ treatment"; "Neck better c̄ therapy but it doesn't last"
O: See treatment outline
A: TP areas less thick/sore today
P: Work on occipital STM more next visit J Woodruff PT

**Date:** 6/23 **Visit:** 5

S: "Elbow is better"; "Less pain overall"
O: Treatment for Cerv & elbow today - see outline
A: Occipital & traps less tight/sore today
P: Cont present care J Woodruff PT

**Date:** 6/28 **Visit:** 6

S: Pt showed up late to therapy
O: See flow sheet for treatment outline
A: Ⓛ post arm still sore/tight
P: Resume full treatment next V. J Woodruff PT

Daily Progress Note

# PINNACLE PHYSICAL THERAPY DAILY PROGRESS NOTE

Name: Fox, Keeta

Date: 6/30 Visit: 7

S: "Neck is improving" ; "Elbow is slowly improving but still has pain"
O: resumed all treatment today
A: (L) trap TP's less than/hard today. Elbow pain still restricting function.
P: Cont treating both areas J Woody PT

Date: 7/6 Visit: 8

S: "Focused today on elbow. Therapy helps but only a few days then symptoms return."
O: See program outline. Resisted wrist ext still creates soreness
A: (L) lat elbow pt still present but less
P: Cont focusing on elbow J Woody PT

Date: 7/11 Visit: 9

S: Elbow bothering me still" ; "(R) trap really sore today"
O: Treatment focused on neck & (L) lat Epicondylitis
A: (L) Lat Epic. still present. More pressure lately @ occipital Area
P: Cont working on both areas - J Woody PT

Date: 7/18 Visit: 10

S: Elbow about the same. Neck has been bothering me some"
O: (R) trigger point in trap has improved but still presents
A: elbow seems to have hit plateau in regards to improvement
P: Focus treatment on C-spine (Combo/manual/CTX) J Woody PT

Date: Visit:

# FAX

**TO: LINCOLN**

FAX NUMBER : 603-334-0380

**FROM: LOUISVILLE ARM AND HAND**

FAX NUMBER: 502-629-4282

**DATE: 7/18/22**

REGARDING:

X Patient Health Information
☐ Non-patient health information
☐ Urgent
☐ For review
☐ Please comment
☐ Please reply
☐ Other

TOTAL NUMBER OF PAGES INCLUDING COVER:

PHONE NUMBER FOR FOLLOW-UP: 502-629-4263

COMMENTS:

## STD/FMLA FORMS FOR:

## KEETA FOX 10310112

## TO OBTAIN MEDICAL RECORDS:

REQUEST FOR MEDICAL RECORDS/NOTES NEED TO BE SENT TO NORTON HEALTH INFORMATION MANAGEMENT VIA

FAX: 502-666-7659

OR

EMAIL: REQUESTSTATUS@NORTONHEALTHCARE.ORG

THANK YOU,

AMANDA DIECKMAN

**CONFIDENTIAL INFORMATION**

THIS MESSAGE IS CONFIDENTIAL, INTENDED ONLY FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ANY PATIENT HEALTH INFORMATION MUST BE DELIVERED IMMEDIATELY TO INTENDED RECIPIENT(S). IF YOU ARE NOT THE INTENDED RECIPIENT(S), YOU ARE NOTIFIED THAT THE DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS MESSAGE IN ERROR, OR ARE NOT THE NAMED RECIPIENT(S), PLEASE NOTIFY THE SENDER BY REPLY TO THE SENDER'S EMAIL ADDRESS OR THE PHONE NUMBER LISTED BELOW AND DELETE THIS EMAIL FROM YOUR COMPUTER OR DESTROY THIS FAX. THANK YOU.

**LOUISVILLE ARM & HAND • 315 E. BROADWAY, LOUISVILLE , KY 40202**
(502) 629-4263 | (502) 629-4282 FAX | NORTONHEALTHCARE.COM

NORTON HEALTHCARE

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Heather Buss

**To be completed by treating provider:**

**1. Patient Information**

Full Name (First): Keeta
(M.I.):
(Last Name): Fox
Claim Number: 10310112

Height: 5'7
Weight: 162 lb
Blood Pressure: N/A
Employer Name:

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: Lt lateral Epicondylitis
Primary ICD diagnosis Description: M77.12

Secondary ICD Diagnosis Code: Bilateral Carpaltunnel
Secondary ICD Diagnosis Description: G56.03

**Pregnancy** First Treated: __/__/__ Estimated Delivery: __/__/__ Date of Delivery: __/__/__ ☐ Vaginal ☐ C-Section

Symptoms:
Lt elbow pain
Intermittent Numbness and Tingling Bilateral Hands

Objective Findings (include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):
Bilateral Carpal Tunnel
Left cubital tunnel > EMG 11/8/19

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☑ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

Symptoms first Appeared: __/__/__
Reduced Ability to work: __/__/__
Advised to stop work: __/__/__
Initial Treatment: __/__/__
Most Recent Treatment: __/__/__
Next Treatment: __/__/__
Dates hospital confined: __/__/__ to __/__/__

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | C | Standing | C | Crouching | C | Overhead | C |
| 6-10 lbs. | | Walking | | Crawling | | Desk Level | |
| 11-25 lbs. | | Sitting | | Grasping | | Below Waist | |
| 26-50 lbs. | | Balancing | | Climbing | | | |
| 51-100 lbs. | | Stooping | | Pushing | | | |
| 100 + lbs. | | Kneeling | | Pulling | | | |
| | | Fingering | | Bending | | | |

N/A
What job modifications would allow the patient to return to work?

## 5. Treatment

Injections

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Ethan Blackburn MD
Name

9880 Angies Way Suite 350
Street Address

Louisville
City

KY
State

40241
Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___/___/___

Dressing ___/___/___

Transferring ___/___/___

Bathing ___/___/___

Toileting ___/___/___

Eating ___/___/___

Date patient experienced loss of Cognitive Functioning: ___/___/___

As Needed
Describe ongoing treatment frequency

7/18/22
Patient able to return to work Full-Time on:

___/___/___ to ___/___/___
If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

502-629-4263
Phone Number

502-629-4282
Fax Number

[signature]
Signature

7/18/22
Date

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929
Notes

Fox, Keeta
MRN: EP00363111, DOB: Sex: F
Visit date: 6/14/2019

**Progress Notes by Blackburn, Ethan, MD at 6/14/2019 8:11 AM**

Author: Blackburn, Ethan, MD
Filed: 6/14/2019 8:16 AM
Status: Signed

Service: —
Encounter Date: 6/14/2019
Editor: Blackburn, Ethan, MD (Physician)

Author Type: Physician
Note Type: Progress Notes

**Hand Surgery Consultation Note**[EB.1]

**Keeta Fox**[EB.2]
EB.1]
**EP00363111**[EB.2]

**I was asked to see**[EB.1] **Keeta Fox**[EB.2] **at the request of Dr.**[EB.1] **A. Lynn Womack, MD**[EB.2] **in consultation for**[EB.1]

**Chief Complaint**
Patient presents with
- Hand Pain
  *Bilateral, L>R*[EB.2]
-

**History of Present Illness:**
The patient is a[EB.1] 52 yr/o female[EB.2], right hand dominant, who presents with numbness and tingling involving both hand(s). Symptoms present for 1 year. All Fingers involved. Worse with night. Better with ice packs. 7/ 7 nights per week of nocturnal symptoms. Symptoms are intermittent. Pain rated as moderate. Tingly in character.

- Braces
- Injections
- Therapy

No problems with speech, balance, swallowing, handwriting.

**Past Medical, Family and Social History:**[EB.1]
No past medical history on file.
No family history on file.
**Social History**

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance Use Topics
- Alcohol use: No
  Frequency: Never[EB.2]

Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Musculoskeletal: Positive for joint pain.
Neurological: Positive for tingling and sensory change.

**Examination:**[EB.1]
Height: 5' 7" (170.2 cm)
Weight: 147 lb (66.7 kg)[EB.2]

**Appearance/ Mood/affect:**
Patient is awake and alert in no distress, without anxiety.

**Inspection/Skin:**
No thenar atrophy, intrinsic wasting, bruising, swelling, or clawing in either hand.

**Palpation:**
- Tinel's at the median nerve at the carpal tunnel
+ L Phalen's and median nerve compression
- Ulnar nerve compression, elbow flexion test
- Tinel's at the cubital tunnel

**Muscle strength:**
5 of 5 abductor pollicis brevis and first dorsal interosseous, FPL, EPL, finger flexion, finger extension, FDP to the second and fifth both hands.

**Range of motion:**
Full digital range of motion bilaterally
Cervical spine range of motion full

**Stability :**
All digits stable through arc of active range of motion bilaterally.

**Sensation:**
5 Millimeter 2 point discrimination thumb middle and small finger both hands

- Spurling's, - Hoffman's. Trace biceps and triceps reflexes bilaterally

**Vascular:**
Radial pulse palpable bilaterally.

EMG/NCS: pending[EB.1]

| | | |
|---|---|---|
| 1. | Carpal tunnel syndrome, left | EMG upper bilateral extremities<br>Wrist brace |
| 2. | Carpal tunnel syndrome, right | EMG upper bilateral extremities<br>Wrist brace[EB.2] |

**Assessment/Plan:**

**Progress Notes by Blackburn, Ethan, MD at 6/14/2019 8:11 AM (continued)**

The patient has bilateral carpal tunnel syndrome. Bilateral nocturnal wrist braces are recommended. The patient may choose to use these during the day if tolerated although often times it is difficult if not impossible to perform tasks with the wrist in a neutral position. Over-the-counter anti-inflammatories and Tylenol may provide partial symptom relief. The patient was provided with an informative handout today from the Hand Society.

Carpal tunnel exercise sheet provided.

An EMG and nerve conduction study will be evaluated to confirm the diagnosis and evaluate for any other sites of compression, neuropathy or radiculopathy if the patient has not had one previously. Questions were answered.

The patient will follow up once electrodiagnostic testing is complete.[EB.1]

Ethan Blackburn, MD[EB.2]

Electronically signed by Blackburn, Ethan, MD at 6/14/2019 8:16 AM
Attribution Key

EB.1 - Blackburn, Ethan, MD on 6/14/2019 8:11 AM
EB.2 - Blackburn, Ethan, MD on 6/14/2019 8:15 AM

**Progress Notes by Blackburn, Ethan, MD at 12/9/2019 8:10 AM**

| | | |
|---|---|---|
| Author: Blackburn, Ethan, MD | Service: — | Author Type: Physician |
| Filed: 12/9/2019 8:17 AM | Encounter Date: 12/9/2019 | Note Type: Progress Notes |
| Status: Signed | Editor: Blackburn, Ethan, MD (Physician) | |

**Hand Surgery Consultation Note**[EB.1]

**Keeta Fox**[EB.2]
[EB.1]
**EP00363111**[EB.2]

**I was asked to see**[EB.1] **Keeta Fox**[EB.2] **at the request of Dr.**[EB.1] **A. Lynn Womack, MD**[EB.2] **in consultation for**[EB.1]

**Chief Complaint**

Patient presents with

- Follow-up
  *EMG results*[EB.2]
-

**History of Present Illness:**

The patient is a[EB.1] 53 yr/o female[EB.2], right hand dominant, who presents with numbness and tingling

involving both hand(s). Symptoms present for 1 year. All Fingers involved. Worse with night. Better with ice packs. 7/ 7 nights per week of nocturnal symptoms. Symptoms are intermittent. Pain rated as moderate. Tingly in character.

**+Braces, not much better**
- Injections
- Therapy

No problems with speech, balance, swallowing, handwriting.

**Past Medical, Family and Social History:**[EB.1]
History reviewed. No pertinent past medical history.
History reviewed. No pertinent family history.
**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | No |
| Frequency: | Never[EB.2] |

Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Musculoskeletal: Positive for joint pain.
Neurological: Positive for tingling and sensory change.

**Examination:**[EB.1]
Height: 5' 7" (170.2 cm)
Weight: 147 lb (66.7 kg)[EB.2]

**Appearance/ Mood/affect:**
Patient is awake and alert in no distress, without anxiety.

**Inspection/Skin:**
No thenar atrophy, intrinsic wasting, bruising, swelling, or clawing in either hand.

**Palpation:**
- Tinel's at the median nerve at the carpal tunnel
**+ B Phalen's and median nerve compression**
- Ulnar nerve compression, elbow flexion test
- Tinel's at the cubital tunnel

**Muscle strength:**

**Progress Notes by Blackburn, Ethan, MD at 12/9/2019 8:10 AM (continued)**

5 of 5 abductor pollicis brevis and first dorsal interosseous, FPL, EPL, finger flexion, finger extension, FDP to the second and fifth both hands.

**Range of motion:**
Full digital range of motion bilaterally
Cervical spine range of motion full

**Stability :**
All digits stable through arc of active range of motion bilaterally.

**Sensation:**
**5 Millimeter 2 point discrimination thumb middle and small finger both hands**

**Vascular:**
Radial pulse palpable bilaterally.

**EMG/NCS: R> L CTS. L cubital tunnel syndrome**[EB.1]

1. **Carpal tunnel syndrome, bilateral**[EB.2]

**Assessment/Plan:**[EB.1]

53 yr/o female[EB.2] with clinical findings and electrodiagnostic confirmation of carpal tunnel syndrome. The patient has failed to respond completely to conservative care and has requested further intervention for relief of symptoms. Treatment options were discussed. This included continued bracing versus injection versus surgical intervention. The patient wished to proceed with surgical intervention. Specific risks discussed included bleeding, infection, injury to the median nerve or one of its branches, incomplete relief of numbness and tingling, tenderness in the palm. After understanding these risks and rationale for operative treatment for relief of nocturnal symptoms and hopeful reduction or limitation of daytime numbness or tingling the patient wished to proceed.[EB.1]

Ethan Blackburn, MD[EB.2]

Electronically signed by Blackburn, Ethan, MD at 12/9/2019 8:17 AM
Attribution Key

EB.1 - Blackburn, Ethan, MD on 12/9/2019 8:10 AM
EB.2 - Blackburn, Ethan, MD on 12/9/2019 8:17 AM

**Progress Notes by Blackburn, Ethan, MD at 1/23/2020 7:48 AM**

| | | |
|---|---|---|
| Author: Blackburn, Ethan, MD | Service: — | Author Type: Physician |
| Filed: 1/23/2020 7:48 AM | Encounter Date: 1/23/2020 | Note Type: Progress Notes |
| Status: Signed | Editor: Blackburn, Ethan, MD (Physician) | |

2nd call for peer to peer this am. Left VM.[EB.1]

Electronically signed by Blackburn, Ethan, MD at 1/23/2020 7:48 AM
Attribution Key
EB.1 - Blackburn, Ethan, MD on 1/23/2020 7:48 AM

**Progress Notes by Blackburn, Ethan, MD at 11/12/2020 10:06 AM**

| | | |
|---|---|---|
| Author: Blackburn, Ethan, MD | Service: — | Author Type: Physician |
| Filed: 11/12/2020 2:42 PM | Encounter Date: 11/12/2020 | Note Type: Progress Notes |
| Status: Signed | Editor: Blackburn, Ethan, MD (Physician) | |

**Hand Surgery Consultation Note**[EB.1]

**Keeta Fox**[EB.2]
**11/6/1966**[EB.1]
**EP00363111**[EB.2]

**I was asked to see**[EB.1] **Keeta Fox**[EB.2] **at the request of Dr.**[EB.1] **A. Lynn Womack, MD**[EB.2] **in consultation for**[EB.1]

**Chief Complaint**
Patient presents with
- Follow-up
- Carpal Tunnel
  *B/L CTS*[EB.2]

.

**History of Present Illness:**
The patient is a[EB.1] 54 yr/o female[EB.2], who presents with B hand aching and locking up. Occurred at work. Burning and tingling. Index fingers are the worst. Extensive recent workup with repeat emg's which were normal. Eval at Mayo, U of L. Burning and tingling at night.

**Past Medical, Family and Social History:**[EB.1]
**Past Medical History:**

Diagnosis | Date
- Anxiety and depression
- Arthritis
- Colon polyp
- Dermatitis
  *"Spongy" per patient*
- Gastroparesis
- History of kidney stones

- Osteoporosis
- Small fiber neuropathy
- Temporomandibular joint disorder (TMJ)

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |

**Social History**

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance Use Topics
- Alcohol use: Not Currently
  Frequency: Never
  *Comment: Previously 1 glass of wine per night but none now*[EB.2]

Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Musculoskeletal: Positive for joint pain.
Neurological: Positive for sensory change. Negative for tingling.[EB.3]

**Examination:**[EB.1]
Height: 5' 7" (170.2 cm)
Weight: 60.8 kg (134 lb)[EB.2]

**Appearance/ Mood/affect:**
Patient is awake and alert in no distress, without anxiety.

**Inspection/Skin:**
No thenar atrophy, intrinsic wasting, bruising, swelling, or clawing in either hand.

**Palpation:**
**-tinel B CT**
**- Phalen B CT**
**- tinel Cub Ts**

**Muscle strength:**
5 of 5 abductor pollicis brevis and first dorsal interosseous, FPL, EPL, finger flexion, finger extension, FDP to the second and fifth.



PAGE 10/21 * RCVD AT 7/18/2022 10:51:40 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340380 * CSID: * ANI:15023946389 * DURATION (mm-ss):12-35

**Progress Notes by Blackburn, Ethan, MD at 11/12/2020 10:06 AM (continued)**

**Range of motion:**
Full digital range of motion bilaterally

**Stability :**
All digits stable through arc of active range of motion bilaterally.

**Sensation:**
5 millimeter 2 point discrimination thumb through small finger both aspects

**Vascular:**
Radial pulses 2+ bilaterally[EB.1]

Numerous EMGs reviewed. Initially bilateral carpal tunnel syndrome was present. Since then has had several EMGs that do not show carpal tunnel syndrome[EB.3]

| | |
|---|---|
| **1. Carpal tunnel syndrome, bilateral** | **lidocaine injection 1%**<br>**betamethasone acetate-betamethasone sodium phosphate (CELESTONE) injection 18 mg**<br>**Wrist brace**[EB.2] |

**Assessment/Plan:**[EB.1]

Patient with bilateral upper extremity complaints. Some burning and tingling. Long complicated history. I previously saw her for carpal tunnel syndrome. Since she has had extensive neurologic work-up. Still has burning and tingling bilateral upper extremities. Is unclear the etiology of this. I have offered diagnostic initially therapeutic carpal tunnel injections.

Indications:[EB.3] B Carpal tunnel syndrome, nonresponsive to brace treatment
Procedure: B Carpal tunnel injection

Verbal consent for the procedure was obtained after potential benefits and risks were discussed. Risks include, hypopigmentation of skin, injury to the median nerve, loss of subcutaneous fat, hyperglycemia. The correct procedure site was identified. Following a sterile alcohol prep, a 25g needle was advanced into the bilateral volar wrist ulnar to palmaris longus and proximal to the wrist flexion crease into the carpal tunnel space, carefully avoiding the median nerve. There was free flow into the carpal tunnel with and the patient experienced no paresthesias. The tunnel was injected with 1.0cc of betamethasone and 1.0 cc of 1%lidocaine. The area was cleansed with isopropyl alcohol and a band aid was applied.

The patient tolerated the procedure well.[EB.1]



PAGE 11/21 * RCVD AT 7/18/2022 10:51:40 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340380 * CSID: * ANI:15023946389 * DURATION (mm-ss):12-35

**Progress Notes by Blackburn, Ethan, MD at 11/12/2020 10:06 AM (continued)**

Ethan Blackburn, MD[EB.2]

Electronically signed by Blackburn, Ethan, MD at 11/12/2020 2:42 PM

Attribution Key

EB.1 - Blackburn, Ethan, MD on 11/12/2020 10:06 AM
EB.2 - Blackburn, Ethan, MD on 11/12/2020 2:31 PM
EB.3 - Blackburn, Ethan, MD on 11/12/2020 2:30 PM

**Progress Notes by Blackburn, Ethan, MD at 12/21/2020 8:20 AM**

| | | |
|---|---|---|
| Author: Blackburn, Ethan, MD | Service: — | Author Type: Physician |
| Filed: 12/21/2020 8:27 AM | Encounter Date: 12/21/2020 | Note Type: Progress Notes |
| Status: Signed | Editor: Blackburn, Ethan, MD (Physician) | |

**Hand Surgery Consultation Note**[EB.1]

**Keeta Fox**[EB.2]
**11/6/1966**[EB.1]
**EP00363111**[EB.2]

**I was asked to see**[EB.1] **Keeta Fox**[EB.2] **at the request of Dr.**[EB.1] **A. Lynn Womack, MD**[EB.2] **in consultation for**[EB.1]

**Chief Complaint**

Patient presents with

- Follow-up
- Carpal Tunnel
  *B/L CTS INJECTION 11/12/20*[EB.2]

.

**History of Present Illness:**

The patient is a[EB.1] 54 yr/o female[EB.2], who presents with B hand aching and locking up. Occurred at work. Burning and tingling. Index fingers are the worst. Extensive recent workup with repeat emg's which were normal. Eval at Mayo, U of L. Burning and tingling at night.

**After CT injection nighttime tingling and burning 70% better. With continued releif. Able to sleep without braces. Still with tightness in fingers. IF mostly, tremor.**

**Symptoms from previous visit reviewed as above, changes noted above.**



PAGE 12/21 * RCVD AT 7/18/2022 10:51:40 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340380 * CSID: * ANI:15023946389 * DURATION (mm-ss):12-35

**Past Medical, Family and Social History:**[EB.1]
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety and depression | |
| • Arthritis | |
| • Colon polyp | |
| • Dermatitis<br>*"Spongy" per patient* | |
| • Gastroparesis | |
| • History of kidney stones | |
| • Osteoporosis | |
| • Small fiber neuropathy | |
| • Temporomandibular joint disorder (TMJ) | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance Use Topics | |
| • Alcohol use: | Not Currently |
| Frequency: | Never |

*Comment: Previously 1 glass of wine per night but none now*[EB.2]

Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Musculoskeletal: Positive for joint pain.
Neurological: Positive for sensory change. Negative for tingling.

**Examination:**[EB.1]
Height: 5' 7" (170.2 cm)
Weight: 62.6 kg (138 lb)[EB.2]

**Appearance/ Mood/affect:**
Patient is awake and alert in no distress, without anxiety.

**Inspection/Skin:**
No thenar atrophy, intrinsic wasting, bruising, swelling, or clawing in either hand.

**Palpation:**
**-tinel B CT**
**+/- Phalen B CT**
**- tinel Cub Ts**

**Muscle strength:**
5 of 5 abductor pollicis brevis and first dorsal interosseous, FPL, EPL, finger flexion, finger extension, FDP to the second and fifth.

**Range of motion:**
Full digital range of motion bilaterally

**Stability :**
All digits stable through arc of active range of motion bilaterally.

**Sensation:**
**5 millimeter 2 point discrimination thumb through small finger both aspects**

**Vascular:**
Radial pulses 2+ bilaterally

**Numerous EMGs reviewed. Initially bilateral carpal tunnel syndrome was present. Since then has had several EMGs that do not show carpal tunnel syndrome**[EB.1]

1. **Bilateral carpal tunnel syndrome**[EB.2]

**Assessment/Plan:**
**Favorable response to CT injection in the setting of indeterminate Edx. Consider repeat injection vs CTR if sx's recur.**[EB.1]
Ethan Blackburn, MD[EB.2]

Electronically signed by Blackburn, Ethan, MD at 12/21/2020 8:27 AM
Attribution Key
EB.1 - Blackburn, Ethan, MD on 12/21/2020 8:20 AM
EB.2 - Blackburn, Ethan, MD on 12/21/2020 8:27 AM



PAGE 14/21 * RCVD AT 7/18/2022 10:51:40 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340380 * CSID: * ANI:15023946389 * DURATION (mm-ss):12-35

**Progress Notes by Blackburn, Ethan, MD at 4/19/2021 10:00 AM**

| | | |
|---|---|---|
| Author: Blackburn, Ethan, MD | Service: — | Author Type: Physician |
| Filed: 4/19/2021 10:01 AM | Encounter Date: 4/19/2021 | Note Type: Progress Notes |
| Status: Signed | Editor: Blackburn, Ethan, MD (Physician) | |

Injection only

Indications: B Carpal tunnel syndrome, nonresponsive to brace treatment
Procedure: B Carpal tunnel injection

Verbal consent for the procedure was obtained after potential benefits and risks were discussed. Risks include, hypopigmentation of skin, injury to the median nerve, loss of subcutaneous fat, hyperglycemia. The correct procedure site was identified. Following a sterile alcohol prep, a 25g needle was advanced into the bilateral volar wrist ulnar to palmaris longus and proximal to the wrist flexion crease into the carpal tunnel space, carefully avoiding the median nerve. There was free flow into the carpal tunnel with and the patient experienced no paresthesias. The tunnel was injected with 1.0cc of betamethasone and 1.0 cc of 1%lidocaine. The area was cleansed with isopropyl alcohol and a band aid was applied.

The patient tolerated the procedure well.[EB.1]

Electronically signed by Blackburn, Ethan, MD at 4/19/2021 10:01 AM
Attribution Key

EB.1 - Blackburn, Ethan, MD on 4/19/2021 10:00 AM

**Progress Notes by Blackburn, Ethan, MD at 11/29/2021 12:54 PM**

| | | |
|---|---|---|
| Author: Blackburn, Ethan, MD | Service: — | Author Type: Physician |
| Filed: 11/29/2021 1:00 PM | Encounter Date: 11/29/2021 | Note Type: Progress Notes |
| Status: Signed | Editor: Blackburn, Ethan, MD (Physician) | |

**Hand Surgery Consultation Note**[EB.1]

**Keeta Fox**[EB.2]
B.1]

**EP00363111**[EB.2]

**I was asked to see**[EB.1] **Keeta Fox**[EB.2] **at the request of Dr.**[EB.1] **Gregory J Potts, MD**[EB.2] **in consultation for**[EB.1]

**Chief Complaint**
Patient presents with
- Follow-up
  *bilateral CTS*[EB.2]

.

**History of Present Illness:**

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929
Notes

Fox, Keeta
MRN: EP00363111, DOB:
Visit date: 11/29/2021
Sex: F

**Progress Notes by Blackburn, Ethan, MD at 11/29/2021 12:54 PM (continued)**

The patient is a[EB.1] 55 yr/o female[EB.2], who presents with B hand aching and locking up. Occurred at work. Burning and tingling. Index fingers are the worst. Extensive recent workup with repeat emg's which were normal. Eval at Mayo, U of L. Burning and tingling at night.

**70%better after 2nd injections.**
**+ SPlinting. Symptoms for year.**

**Symptoms from previous visit reviewed as above, changes noted above.**

**Past Medical, Family and Social History:**[EB.1]

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety and depression | |
| • Arthritis | |
| • Chronic fatigue | |
| • Colon polyp | |
| • Dermatitis<br>*"Spongy" per patient* | |
| • Gastroparesis | |
| • History of kidney stones | |
| • Osteoporosis | |
| • Sjogren's disease (CMS/HCC) | |
| • Small fiber neuropathy | |
| • Temporomandibular joint disorder (TMJ) | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |

**Social History**

Tobacco Use

- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance Use Topics

- Alcohol use: Not Currently
  *Comment: Previously 1 glass of wine per night but none now*[EB.2]

Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Musculoskeletal: Positive for joint pain.
Neurological: Positive for sensory change. Negative for tingling.

**Examination:**[EB.1]
Height: 5' 7" (170.2 cm)
Weight: 62.6 kg (138 lb)[EB.2]

**Appearance/ Mood/affect:**
Patient is awake and alert in no distress, without anxiety.

**Inspection/Skin:**
No thenar atrophy, intrinsic wasting, bruising, swelling, or clawing in either hand.

**Palpation:**
**+L tinel B CT**
**- phalen**

**Muscle strength:**
5 of 5 abductor pollicis brevis and first dorsal interosseous, FPL, EPL, finger flexion, finger extension, FDP to the second and fifth.

**Range of motion:**
Full digital range of motion bilaterally

**Stability :**
All digits stable through arc of active range of motion bilaterally.

**Sensation:**
Light touch sensation normal median radial and ulnar distributions.

**Vascular:**
Radial pulses 2+ bilaterally

**Numerous EMGs reviewed. Initially bilateral carpal tunnel syndrome was present. Since then has had several EMGs that do not show carpal tunnel syndrome**[EB.1]

| | | |
|---|---|---|
| **1.** | **Carpal tunnel syndrome, bilateral** | **lidocaine injection 1%**<br>**betamethasone acetate-betamethasone sodium phosphate (CELESTONE) injection 18 mg**[EB.2] |

**Progress Notes by Blackburn, Ethan, MD at 11/29/2021 12:54 PM (continued)**

**Assessment/Plan:**

The patient has B carpal tunnel syndrome and has failed to respond to brace treatment. I presented all treatment options to the patient including observation, continued bracing, Corticosteroid injection with bracing, or surgical intervention. After understanding the risks and benefits associated with each the patient elected to proceed with corticosteroid injection into B carpal tunnel. Risks including hypopigmentation, hyperglycemia and loss of subcutaneous fat discussed.

**Indications: B Carpal tunnel syndrome, nonresponsive to brace treatment**
**Procedure: B Carpal tunnel injection**

**Verbal consent for the procedure was obtained after potential benefits and risks were discussed. Risks include, hypopigmentation of skin, injury to the median nerve, loss of subcutaneous fat, hyperglycemia. The correct procedure site was identified. Following a sterile alcohol prep, a 25g needle was advanced into the bilateral volar wrist ulnar to palmaris longus and proximal to the wrist flexion crease into the carpal tunnel space, carefully avoiding the median nerve. There was free flow into the carpal tunnel with and the patient experienced no paresthesias. The tunnel was injected with 1.0cc of betamethasone and 1.0 cc of 1%lidocaine. The area was cleansed with isopropyl alcohol and a band aid was applied.**

**The patient tolerated the procedure well.**[EB.1]

Ethan Blackburn, MD[EB.2]

Electronically signed by Blackburn, Ethan, MD at 11/29/2021 1:00 PM
Attribution Key

EB.1 - Blackburn, Ethan, MD on 11/29/2021 12:54 PM
EB.2 - Blackburn, Ethan, MD on 11/29/2021 12:59 PM

**Progress Notes by Moore, Erin F, APRN at 4/25/2022 1:19 PM**

| | | |
|---|---|---|
| Author: Moore, Erin F, APRN | Service: — | Author Type: Advanced Practice RN |
| Filed: 4/25/2022 2:23 PM | Encounter Date: 4/25/2022 | Note Type: Progress Notes |
| Status: Signed | Editor: Moore, Erin F, APRN (Advanced Practice RN) | |

**Hand Surgery**[EM.1] **Established**[EM.2] **Patient**[EM.1]

**Keeta Fox**[EM.3]
:M.1]

**EP00363111**
**4/25/2022**[EM.3]

**Chief Complaint:**[EM.1]
**Chief Complaint**
Patient presents with
- Elbow Pain
- Tennis Elbow[EM.3]

**History of Present Illness:**
The patient is a[EM.1] 55 yr/o female[EM.3], left[EM.1] hand dominant[EM.2] who presents with[EM.1] left elbow pain x 4 months. Describes pain as burning and achy. Also reports left hand numbness at times.

Pt previously treated for bilateral carpal tunnel syndrome by Dr. Blackburn with bracing and steroid injections. Last steroid injection 11/29/21. Reports the injections helped a little. She still wears the splints at night. Reports intermittent N/T of bilateral hands. Not constant.

Previously diagnosed with cervical stenosis and is going to PT to help with cervical nerve compression. The left medial elbow pain (burns and aches) at night especially when she bends or moves the left elbow while sleeping. Also reports left lateral elbow pain worse at night. Better with rest and or immobilization. She has not tried ice, NSAIDS, PT, or bracing for the elbow pain.

I reviewed the revious EMG results with Dr. Iyer 11/18/2019 reveals bilateral median nerve neuropathy at the wrists and left ulnar nerve neuropathy at the elbow.[EM.2]

**Past Medical, Family and Social History:**[EM.1]
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety and depression | |
| • Arthritis | |
| • Chronic fatigue | |
| • Colon polyp | |
| • Dermatitis<br>*"Spongy" per patient* | |
| • Gastroparesis | |
| • History of kidney stones | |
| • Osteoporosis | |
| • Sjogren's disease (CMS/HCC) | |
| • Small fiber neuropathy | |
| • Temporomandibular joint disorder (TMJ) | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |

**Social History**

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929
Notes

Fox, Keeta
MRN: EP00363111, DOB:
Visit date: 4/25/2022

Sex: F

**Progress Notes by Moore, Erin F, APRN at 4/25/2022 1:19 PM (continued)**

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance Use Topics
- Alcohol use: Not Currently

*Comment: Previously 1 glass of wine per night but none now*[EM.3]

**ROS:**
Constitutional:[EM.1] denies fever and chills
Heart: Denies chest pain
Resp: Denies SOB[EM.2]
Musculoskeletal:[EM.1] reports left elbow swelling[EM.2]
Remainder of 10 point review of systems negative.[EM.1]

**Objective Physical Exam:**
General:[EM.2] 55 yr/o female[EM.4] Alert and Oriented x 3.

Skin/Inspection: Skin of bilateral upper extremities warm, clean, soft, dry and intact without lymphadenopathy, streaking, color changes, fluctuance or induration. Mild swelling noted of lateral left elbow when compared to the right. No thenar atrophy noted on either side.

Palpation: exposed tissues /compartments are soft with appropriate pain response around treatment site. No signs of DVT/PE/Compartment Syndrome. Pain at left lateral epicondyle of elbow with resisted long and ring finger extension.
-Tinels left elbow.

ROM: Full fists, thumbs up, okay sign, thenar and intrinsic motion are intact in both hands.

Strength: 5/5 ABP/APL, 5/5 first dorsal interosseous, 5/5 FPL, 5/5 EPL, 5/5 finger flexion digits 2-5, 5/5 finger extension digits 2-5, 5/5 FDP to the second and fifth digits.

Sensation: Sensory intact to light touch and subjectively normal along median, radial, and ulnar nerve distributions. Gross protective sensation intact.

Neurovascular: All exposed digits are warm with brisk capillary refill.[EM.2]

1. **Lateral epicondylitis of left elbow** — **Ambulatory referral to Occupational Therapy**
2. Cubital tunnel syndrome on left
3. Carpal tunnel syndrome, bilateral[EM.5]

**Assessment/Plan:**
The patient has lateral epicondylitis. Abnormal anatomy associated with this condition has been discussed. Patient was furnished with a written patient information pamphlet from the Hand Society. I will initiate a program of occupational therapy with a recheck to follow in 6-8 weeks. All questions for today answered. As I discussed with the patient 2/3-3/4 of patients will typically obtain a sufficient level of relief from occupational therapy to resume all of their usual activities as tolerated. Complete elimination of the pain is not necessary, rather having the pain reduce to a level that is acceptable or tolerable is satisfactory. In the event that therapy

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929
Notes

Fox, Keeta
MRN: EP00363111, DOB: , Sex: F
Visit date: 4/25/2022

**Progress Notes by Moore, Erin F, APRN at 4/25/2022 1:19 PM (continued)**

is not successful after a trial of perhaps 6-8 months, surgical intervention is occasionally recommended. For patients in this situation the operation is typically successful at relieving preoperative pain, replacing it with post surgical pain which tapers off in the months after operation.[EM.1]

In cubital tunnel syndrome, the ulnar nerve is compressed in the distal arm and the proximal part of the forearm. This compression slows or even shuts down the nerve's internal metabolism. Without nerve input, muscles atrophy and the patient loses the ability to feel in the distribution of the affected nerve. Operation to relieve this compression needs to address all of these areas of compression.

There are several techniques for decompressing the ulnar nerve at the elbow. The less invasive of these two operations is an in situ decompression of the ulnar nerve. This operation leaves the nerve in its usual location but loosens the membrane over the nerve. This reduces pressure on the nerve. This allows the nerve to conduct its signals more normally.

The second option is a subcutaneous anterior transposition moves the ulnar nerve from its usual location in the back of the elbow to one in front of the elbow. A sling fashioned from the patients tissue hold the nerve in its new position.

Transient sensitivity around the incision is fairly typical after this procedure. This will usually ease down. It is usually caused by division or mobilization of cutaneous nerve branches which have to be moved or divided to access the ulnar nerve.

I gave her the ASSH handouts regarding tennis elbow, cubital tunnel syndrome, stretching and exercises to help with both conditions, and information about elbow bracing techniques she can use at night.

Pt will need to be evaluated by Dr. Blackburn if she wishes to proceed with surgical intervention for tennis elbow, carpal tunnel, and cubital tunnel syndrome

Electronically signed by[EM.2]
Erin F Moore, APRN[EM.6],[EM.2] 4/25/2022[EM.6],[EM.2] 2:15 PM[EM.6]

Electronically signed by Moore, Erin F, APRN at 4/25/2022 2:23 PM
Attribution Key

EM.1 - Moore, Erin F, APRN on 4/25/2022 1:19 PM
EM.2 - Moore, Erin F, APRN on 4/25/2022 1:50 PM
EM.3 - Moore, Erin F, APRN on 4/25/2022 1:20 PM
EM.4 - Moore, Erin F, APRN on 4/25/2022 1:52 PM
EM.5 - Moore, Erin F, APRN on 4/25/2022 2:00 PM
EM.6 - Moore, Erin F, APRN on 4/25/2022 2:15 PM

**END OF REPORT**

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [x] UPDATED MEDICAL WITH CLEAR R&L'S
- [x] TRAINING-EDUCATION-EXPERIENCE FORM
- [ ] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Heather Buss DATE: Friday, July 15, 2022

## CLAIM BACKGROUND

Claimant Name: KEETA FOX Claim Number: 10310112

- [ ] STD
- [x] FULLY INSURED ( THRESHOLD $ )
- [x] LTD
- [ ] ASO
- [ ] LIFE

Has MDS worked the claim? [ ] YES [x] NO

Employer: PAPA JOHN'S INTERNATIONAL, INC

Change In DEF. Date: 08/04/2022

Pre-Disability Earnings: $22,435.14 / M (mode) Claim Service Type: ADOP

**Document Locations**

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

TSA. Please see cp review Dr. Pachman dated 3/18/22 for r/l's. LTD benefit 60%, gainful wage/MBA $13,461.08.

DP 512

**Lincoln/Fox 0632**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2022 |
| To: | DR STEVEN STERN<br>RHEUMATOLOGY<br>100 E LIBERTY ST STE 700<br>LOUISVILLE KY 40202 |
| Attn: | Dr. Stern/Vicki |
| Fax: | (502) 583-2266 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2022

Dr. Steven Stern
Rheumatology
100 E LIBERTY ST STE 700
LOUISVILLE, KY 40202

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Steven Stern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to Keeta Fox's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 22, 2022.

**We previously received a letter dated January 27, 2021 with advice regarding conditions, treatment and restrictions. Is this the doctor's response to the request for review and comment regarding the physician report?**

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-REQUEST-PROVIDER-05.10.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| To: | DR STEVEN STERN<br>RHEUMATOLOGY<br>100 E LIBERTY ST STE 700<br>LOUISVILLE KY 40202 |
| Attn: | Dr. Stern |
| Fax: | (502) 583-2266 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 9 |
| RE:<br><br>Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 10, 2022

Dr. Steven Stern
Rheumatology
100 E LIBERTY ST STE 700
LOUISVILLE, KY 40202

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Steven Stern:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an a medical review with physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren' Syndrome) Condition:***

- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, MD, PhD, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman, MD, PhD's findings, please detail the specific areas with which you disagree and provide medical documentation to support your

position.

We ask that you provide this information by May 25, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fox allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call _____3/17/2022__, Time ____10:25___
Date of call _____3/17/2022__, Time ____10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022_____, Time __9:15_____
Date of call __3/17/2022_____, Time ______9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ____3/17/2022____, Time ____10:15 AM____
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call _______, Time _______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call ____3/17/2022__, Time __10:30____
Date of call ______, Time _______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be "in her head". She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren's syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for "years". (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced "severe mood swings". Her attending gastroenterologist noted a "heavy alcohol intake", with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and "able to (now) sleep without braces". There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that "..skin symptoms are much improved" (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that "the clt is feeling better and not sure why", and that she "functions fine".

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health

Electronically Signed:

Joseph Pachman, MD
Board Certified, Occupational Medicine

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2022 |
| To: | DR ETHAN BLACKBURN<br>9880 ANGIES WAY SUITE 230<br>LOUISVILLE KY 40241 |
| Attn: | Dr. Blackburn<br>**3rd request** |
| Fax: | (502) 629-4282 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2022

Dr. Ethan Blackburn
9880 ANGIES WAY SUITE 230
LOUISVILLE, KY 40241

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Ethan Blackburn:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to Keeta Fox's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 22, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-REQUEST-PROVIDER-05.10.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| To: | DR ETHAN BLACKBURN<br>9880 ANGIES WAY SUITE 230<br>LOUISVILLE KY 40241 |
| Attn: | Dr. Blackburn |
| Fax: | (502) 629-4282 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 10, 2022

Dr. Ethan Blackburn
9880 ANGIES WAY SUITE 230
LOUISVILLE, KY 40241

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Ethan Blackburn:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an medical review with a physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren's Syndrome) Condition:***

- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, MD, PhD, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman, MD, PhD's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by May 25, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fox allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance I95.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call _____3/17/2022__, Time ____10:25___
Date of call _____3/17/2022__, Time ____10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022_____, Time __9:15_____
Date of call __3/17/2022_____, Time ______9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ____3/17/2022____, Time ____10:15 AM___
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call _______, Time _______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call _____3/17/2022__, Time __10:30_____
Date of call _______, Time _______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be "in her head". She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren's syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for "years". (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced "severe mood swings". Her attending gastroenterologist noted a "heavy alcohol intake", with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and "able to (now) sleep without braces". There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that "..skin symptoms are much improved" (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that "the clt is feeling better and not sure why", and that she "functions fine".

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health

Electronically Signed:

Joseph Pachman, MD
Board Certified, Occupational Medicine

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2022 |
| To: | DR WAYNE VILLANUEVA<br>3900 KRESGE WAY STE 51<br>LOUISVILLE KY 40207 |
| Attn: | Dr. Villaneuva<br>**3rd request** |
| Fax: | (502) 259-5953 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 13 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2022

Dr. Wayne Villanueva
3900 KRESGE WAY STE 51
LOUISVILLE, KY 40207

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Wayne Villanueva:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to Keeta Fox's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 22, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-REQUEST-PROVIDER-06.10.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 10, 2022 |
| To: | DR WAYNE VILLANUEVA<br>3900 KRESGE WAY STE 51<br>LOUISVILLE KY 40207 |
| Attn: | Dr. Villanueva<br>***2nd request*** |
| Fax: | (502) 259-5953 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 10, 2022

Dr. Wayne Villanueva
3900 KRESGE WAY STE 51
LOUISVILLE, KY 40207

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Wayne Villanueva:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to Keeta Fox's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 17, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-REQUEST-PROVIDER-05.10.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| To: | DR WAYNE VILLANUEVA<br>3900 KRESGE WAY STE 51<br>LOUISVILLE KY 40207 |
| Attn: | Dr. Villaneuva/Laura Tudor, APRN |
| Fax: | (502) 259-5953 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln
Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 10, 2022

Dr. Wayne Villanueva
3900 KRESGE WAY STE 51
LOUISVILLE, KY 40207

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Wayne Villanueva:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an medical review with a physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren' Syndrome) Condition:***

- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, MD, PhD, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman, MD, PhD's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by May 25, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fox allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex -----**
**Fax Number: (914) 652-7795**

Date of call _____3/17/2022__, Time ____10:25___
Date of call _____3/17/2022__, Time ____10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022_____, Time __9:15_____
Date of call __3/17/2022_____, Time ______9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex -----**
**Fax Number: (502) 259-5953**

Date of call ____3/17/2022____, Time ____10:15 AM____
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call _______, Time _______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call _____3/17/2022__, Time __10:30_____
Date of call _______, Time _______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be "in her head". She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren's syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for "years". (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced "severe mood swings". Her attending gastroenterologist noted a "heavy alcohol intake", with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and "able to (now) sleep without braces". There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that "..skin symptoms are much improved" (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that "the clt is feeling better and not sure why", and that she "functions fine".

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health

Electronically Signed:

Joseph Pachman, MD
Board Certified, Occupational Medicine

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2022 |
| To: | DR PAMELA YEE INTEGRATIVE MEDICINE<br>BLUM CENTER FOR HEALTH<br>34 RYE RIDGE PLAZA<br>RYE BROOK NY 10573 |
| Attn: | Dr. Yee<br>**3rd request** |
| Fax: | (914) 652-7795 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 11 |
| RE:<br><br>Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2022

Dr. Pamela Yee, Integrative Medicine
Blum Center For Health
34 RYE RIDGE PLAZA
RYE BROOK, NY 10573

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Pamela Yee:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to Keeta Fox's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 22, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-REQUEST-PROVIDER-05.10.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| To: | DR PAMELA YEE INTEGRATIVE MEDICINE<br>BLUM CENTER FOR HEALTH<br>34 RYE RIDGE PLAZA<br>RYE BROOK NY 10573 |
| Attn: | Dr. Yee |
| Fax: | (914) 652-7795 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 10, 2022

Dr. Pamela Yee, Integrative Medicine
Blum Center For Health
34 RYE RIDGE PLAZA
RYE BROOK, NY 10573

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Pamela Yee:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an medical review with a physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren's Syndrome) Condition:***
- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***
- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***
- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, MD, PhD, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman, MD, PhD's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by May 25, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fox allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call _____3/17/2022__, Time ____10:25___
Date of call _____3/17/2022__, Time ____10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022_____, Time __9:15_____
Date of call __3/17/2022_____, Time ______9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ____3/17/2022____, Time ____10:15 AM____
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call _______, Time _______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call ____3/17/2022__, Time __10:30____
Date of call ______, Time ______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be “in her head”. She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren’s syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for “years”. (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced “severe mood swings”. Her attending gastroenterologist noted a “heavy alcohol intake”, with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and “able to (now) sleep without braces”. There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that “..skin symptoms are much improved” (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that “the clt is feeling better and not sure why”, and that she “functions fine”.

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health

Electronically Signed:

Joseph Pachman, MD
Board Certified, Occupational Medicine

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2022 |
| To: | DR WAYNE VILLANUEVA<br>3900 KRESGE WAY STE 51<br>LOUISVILLE KY 40207 |
| Attn: | Dr. Villanueva<br>**3rd request** |
| Fax: | (502) 259-5954 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2022

Dr. Wayne Villanueva
3900 KRESGE WAY STE 51
LOUISVILLE, KY 40207

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Wayne Villanueva:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to Keeta Fox's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 22, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-REQUEST-PROVIDER-05.10.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| To: | DR WAYNE VILLANUEVA<br>3900 KRESGE WAY STE 51<br>LOUISVILLE KY 40207 |
| Attn: | Dr. Villaneuva/Laura Tudor, APRN |
| Fax: | (502) 259-5953 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 10, 2022

Dr. Wayne Villanueva
3900 KRESGE WAY STE 51
LOUISVILLE, KY 40207

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Wayne Villanueva:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an medical review with a physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren' Syndrome) Condition:***

- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, MD, PhD, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman, MD, PhD's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by May 25, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fox allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex -----**
**Fax Number: (914) 652-7795**

Date of call _____3/17/2022__, Time ____10:25___
Date of call _____3/17/2022__, Time ____10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022_____, Time __9:15_____
Date of call __3/17/2022_____, Time ______9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex -----**
**Fax Number: (502) 259-5953**

Date of call ____3/17/2022____, Time ____10:15 AM____
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call _______, Time _______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call ____3/17/2022__, Time __10:30____
Date of call ______, Time ______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be "in her head". She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren's syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for "years". (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced "severe mood swings". Her attending gastroenterologist noted a "heavy alcohol intake", with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and "able to (now) sleep without braces". There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that "..skin symptoms are much improved" (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that "the clt is feeling better and not sure why", and that she "functions fine".

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health**

**Electronically Signed:**

**Joseph Pachman, MD**
**Board Certified, Occupational Medicine**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2022 |
| To: | PINNACLE PHYSICAL THERAPY<br>9204 TAYLORSVILLE ROAD<br>STE 101<br>LOUISVILLE KY 40299 |
| Attn: | Brian Woodruff / Records |
| Fax: | (502) 499-5454 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2022

Pinnacle Physical Therapy
9204 TAYLORSVILLE ROAD
STE 101
LOUISVILLE, KY 40299

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Keeta Fox.

To evaluate Ms. Fox s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> All physical therapy evaluations, treatment notes and treatment plans dated January 1, 2022 to present

We ask that you provide this information by July 22, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fox allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.29.2021

00003154 LFPA0DD1 00011277

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Koeta Fox

Name of legal representative, if applicable (print) ______________ Relationship Self

Signature of claimant or legal representative [signature] Date: 12/20/21

Date of Birth: ______ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2022 |
| To: | DR. LAUREN BRILEY<br>BAPTIST HEALTH MEDICAL GROUP GASTROENTER<br>3950 KRESGE WAY<br>2ND FLOOR<br>LOUISVILLE KY 40207 |
| Attn: | Dr. Briley<br>**Please review and respond by 7/22/22** |
| Fax: | (502) 893-0563 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2022

Dr. Lauren C. Briley
Baptist Health Medical Group Gastroenterology
3950 KRESGE WAY
2ND FLOOR
LOUISVILLE, KY 40207

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Lauren Briley:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an medical review with a physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox s eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren' Syndrome) Condition:***

*Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

*No activities at heights*
*No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

*No moving weights greater than 20lbs occasionally*
*No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman s findings, please detail the specific

areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by July 22, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fox allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call ____3/17/2022__, Time ___10:25___
Date of call ____3/17/2022__, Time ___10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022____, Time __9:15____
Date of call __3/17/2022____, Time _____9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ___3/17/2022___, Time ___10:15 AM___
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call ______, Time ______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call ____3/17/2022__, Time __10:30____
Date of call ______, Time ______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be "in her head". She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren's syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for "years". (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced "severe mood swings". Her attending gastroenterologist noted a "heavy alcohol intake", with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and "able to (now) sleep without braces". There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that "..skin symptoms are much improved" (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that "the clt is feeling better and not sure why", and that she "functions fine".

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health**

**Electronically Signed:**

**Joseph Pachman, MD**
**Board Certified, Occupational Medicine**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2022 |
| To: | DR. GREGORY POTTS<br>2002 PAPA JOHNS BLVD<br>LOUISVILLE KY 40299 |
| Attn: | Dr. Potts<br>**Please review and respond by 7/22/22** |
| Fax: | (502) 240-5905 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 10 |
| RE:<br><br>Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2022

Dr. Gregory Potts
2002 PAPA JOHNS BLVD
LOUISVILLE, KY 40299

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Gregory Potts:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an medical review with a physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox s eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren' Syndrome) Condition:***

- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman s findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by July 22, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fox allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.29.2021
10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

00003154 LFPA0DD1 00011277

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative [signature] Date: 12/20/21

Date of Birth: ______ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call _____3/17/2022__, Time ____10:25____
Date of call _____3/17/2022__, Time ____10:40 (message left with Medical Asst. Diana)____

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022_____, Time __9:15_____
Date of call __3/17/2022_____, Time ______9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ____3/17/2022____, Time ____10:15 AM____
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call _______, Time _______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call ____3/17/2022__, Time __10:30____
Date of call ______, Time ______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be “in her head”. She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren’s syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for “years”. (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced “severe mood swings”. Her attending gastroenterologist noted a “heavy alcohol intake”, with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and “able to (now) sleep without braces”. There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that “..skin symptoms are much improved” (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that “the clt is feeling better and not sure why”, and that she “functions fine”.

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health

Electronically Signed:

Joseph Pachman, MD
Board Certified, Occupational Medicine

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2022 |
| To: | DR ETHAN BLACKBURN<br>9880 ANGIES WAY SUITE 230<br>LOUISVILLE KY 40241 |
| Attn: | Dr. Blackburn |
| Fax: | (502) 629-4282 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2022

Dr. Ethan Blackburn
9880 ANGIES WAY SUITE 230
LOUISVILLE, KY 40241

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Ethan Blackburn:

We are the Disability Claim Administrator for your patient, Keeta Fox.

To evaluate Ms. Fox s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

Completion of the Enclosed Forms:

_X_ Attending Physician's Statement
__ Other

We ask that you provide this information by July 22, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fox allowing the release of

information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement
10310112-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.29.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

00003154 LFPA0DD1 00011277

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Koeta Fox

Name of legal representative, if applicable (print) ________ Relationship Self

Signature of claimant or legal representative Keeta Fox ________ Date: 12/20/21

Date of Birth: ________ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Heather Buss

**To be completed by treating provider:**

**1. Patient Information**

| Keeta | | Fox | 10310112 |
|---|---|---|---|
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |

| | | | |
|---|---|---|---|
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

| | |
|---|---|
| Primary ICD diagnostic Code **(Required)** | Primary ICD diagnosis Description |
| | |
| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |

**Pregnancy** ____/____/______ First Treated ____/____/______ Estimated Delivery ____/____/______ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| ____/____/______ | ____/____/______ | ____/____/______ |
|---|---|---|
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| ____/____/______ | ____/____/______ | ____/____/______ |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ____/____/______ to ____/____/______

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____ / _____ /___________

Transferring _____ / _____ /___________

Bathing _____ / _____ /___________

Toileting _____ / _____ /___________

Eating _____ / _____ /___________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

_____ / _____ / _____ to _____ / _____ / _____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** ___/___/___ **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2022 |
| To: | DR ETHAN BLACKBURN<br>9880 ANGIES WAY SUITE 230<br>LOUISVILLE KY 40241 |
| Attn: | Dr. Blackburn<br>**Duplicate request w/ Norton Health Auth** |
| Fax: | (502) 629-4282 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2022

Dr. Ethan Blackburn
9880 ANGIES WAY SUITE 230
LOUISVILLE, KY 40241

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Ethan Blackburn:

We are the Disability Claim Administrator for your patient, Keeta Fox.

To evaluate Ms. Fox s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2022 through present

Completion of the Enclosed Forms:

X Attending Physician's Statement
__ Other

We ask that you provide this information by July 22, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fox allowing the release of

information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement
10310112-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.15.2022

NORTON HEALTHCARE 8701749

AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION

I HEREBY REQUEST A COPY OF THE FOLLOWING PATIENT'S MEDICAL RECORD:

1. Full Name of Patient: FOX, KEETA Social Security#:
2. Maiden Name/Alias: Cleary Patient's Birth Date:
3. INFORMATION REQUESTED (X): (X) Medical Record (X) Psychiatric Records ( ) Itemized Bills

****If only a portion of the Medical record or Psychiatric record is required please specify****

4. ( ) Discharge Summary ( ) Emergency Room ( ) Laboratory Results
( ) History & Physical ( ) X-Ray Report ( ) Immunization Records
( ) Orders ( ) Operative Reports ( ) Progress Notes
(X) HIV Test/Status ( ) Nurses Notes
(X) Other (Specify)* all PHI, excluding x-ray films

5. IDENTIFY THE FACILITY WHERE THE PATIENT WAS TREATED (X): ***must complete this section**

( ) Norton Healthcare – specify Hospital:
( ) Norton Cancer Institute, specify location:
( ) Norton Community Medical Associates, specify location:
( ) Kosair Children Hospital Medical Associates, specify location:
( ) Norton Immediate Care Center, specify location:
(X) Other, specify location: Norton Brownsboro, Dr. Williams? Gynecology

6. Identify date of service or date ranges requested including month and year: FROM: 04/20/2021 TO: Present

7. The above record is to be released/mailed to the following individual:

8. Name & Title: Lincoln Financial Group (c/o ReleasePoint)
Street Address: PO Box 1330
City/State/Zip: St. Peters MO 63376 Phone Number:

9. THIS RECORD IS REQUESTED FOR THE FOLLOWING REASON (X):
( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes
( ) Personal Interest (X) Other (Specify) Claims - Disability Insurance

10. The authorization must be signed and dated and may be revoked by notifying hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. [illegible] will expire on this date or event: [illegible]. Such expiration date or event has not occurred.

REQUEST FOR RECORD/COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.

11. ( ) Kentucky Law directs health care providers to furnish to a patient, at the patient's request, one free copy of the patient's Medical Record.* ( ) Additional requests for copies will be charged a rate of $1.00 per page.

* Free copies may exclude copies of x-ray films, video tapes or other photographs and a separate fee will be assessed if these items are requested.

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

NOTE: A COPY OF A PICTURE ID MUST BE ATTACHED TO THIS AUTHORIZATION FORM. [illegible]

12. Signature: [signature] Date: 12/10/21
Patient, Parent or Legally Authorized Representative
Relationship to the Patient: Self Phone Number: (502)386-0765

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentiality is protected by federal and/or state law. Federal and state regulations prohibit you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Heather Buss

**To be completed by treating provider:**

**1. Patient Information**

| Keeta | | Fox | 10310112 |
|---|---|---|---|
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |

| | | | |
|---|---|---|---|
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy** ____/____/______ First Treated ____/____/______ Estimated Delivery ____/____/______ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| ___/___/____ | ___/___/____ | ___/___/____ |
|---|---|---|
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| ___/___/____ | ___/___/____ | ___/___/____ |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ___/___/____ to ___/___/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

(Reaching heads the last column pair: Overhead, Desk Level, Below Waist.)

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____ / _____ /___________

Transferring _____ / _____ /___________

Bathing _____ / _____ /___________

Toileting _____ / _____ /___________

Eating _____ / _____ /___________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / ____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2022 |
| To: From | DR STEVEN STERN<br>RHEUMATOLOGY<br>100 E LIBERTY ST STE 700<br>LOUISVILLE KY 40202 |
| Attn: | Dr. Stern/Vicki |
| Fax: | (502) 583-2266 |
| From: To | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

# KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

| | |
|---|---|
| PATIENT: | Keeta Fox |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 3/16/2022 |
| VISIT TYPE: | Office Visit |

This 55 year old female presents for Sjogren's f/u via VV

## History of Present Illness

1. Follow up
2. Update for Sjogrens and new diagnoses

HPI DETAILS: This visit was conducted with the use of an interactive audio and video telecommunication system that permits real-time communication between patient and provider. Patient consent for this virtual visit was obtained before the visit and is on file electronically.
Patient location: Louisville, KY
Kentuckiana Rheumatology, Telehealth Provider: Dr. Steven Stern/Vickie Scholl MA

Ms. Fox had to have a complete dental extraction last week due to chronic dental infections. She states they sent her teeth for DNA/PCR testing for confirmation of a diagnosis of Lyme disease. She previously had a Western blot test which showed two positive bands but her ELISA test was negative. She is hopeful if she gets confirmation then Mayo will treat her for it. Her SIBO is a little better and she has a follow-up with her specialist later today. She states she has a rare form of bacterial infection which was felt to be what exacerbates it so she has been started on some supplements, which she believes is making a difference. She has pain that wakes her up at night and worsening hip pain which she blames on a bulging disc. She also has left posterior pelvic misalignment which she self-corrects several times a day but it just won't stay in place. It has been suggested that she wear a pelvic belt.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Anxiety | 1997 | |
| cecum globulus | | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| dermatographia | | |
| Elevated lipids | | |
| erythromelalgia | | |

idiopathic emphysema
Kidney Stones
mast cell activation syndrome
orthostatic intolerance
POTS syndrome
Pulmonary fibrosis
reactivation of Epstein Barr virus
SIBO
Sjogren's
small fiber neuropathy
small intestinal bacterial overgrowth
Spinal stenosis/ neck
spongy dermatitis

| Surgery/Treatment | Date | Comment |
|---|---|---|
| PT | | |
| Colectomy | | |
| 16" of colon and intestine removed | 11/16/2020 | |
| twisted colon surgery | 12/15/2020 | |
| full dental extraction | 03/04/2022 | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| duloxetine 30 mg capsule,delayed release | take 3 capsule po q day | // | | 09/23/2020 | Y |
| estradiol | insert by vaginal route every week | // | | | Y |
| estradiol | take 1 tablet by oral route every day | // | | | Y |
| progesterone, micronized | take 4 capsule by oral route every day for 10 days in the evening | // | | | Y |
| vitamin E | | // | | | Y |
| multivitamin tablet | take 1 tablet by oral route every day | // | | | Y |
| Pepcid 20 mg tablet | take 1 tablet by oral route 2 times every day | // | | | Y |
| Claritin 10 mg tablet | take 1 tablet by oral route 2 times every day | // | | | Y |
| Allegra Allergy 180 mg tablet | take 1 tablet by oral route every day | // | | | Y |
| Motegrity 1 mg tablet | take 1/2 tablet by oral route every day | // | | | Y |
| Bismuth | | // | | | Y |
| Probiotic | | // | | | Y |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Respiratory | Negative | Cough and Dyspnea. |
| Cardio | Negative | Chest pain. |
| Integumentary | Negative | Rash. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | | |
| 2. | Assessment | Abnormal weight loss (R63.4). |
| | | |

ASSESSMENT DETAILS:

* Systemic involvement of connective tissue, unspecified (M35.9) ANA (+) 1:640 Homogenous, DS DNA Ab of 10 (nl up to 9), SSA Ab 1.1 (nl ,1.0) w/ normal lab assessment. Viral illness on top of her long standing issues that cleared w/ time and short burst of steroids. Looks to have a unique one of a kind immunologic condition w/ features of Pulmonary fibrosis, Gastroparesis, CIBO w/ steatorrhea, small fiber neuropathy, indistinct CNS changes w/ tremor w/ fatigue, POTS. Had recent w/u w/ myositis panel and a (+) Mi Ab. Repeat CVD assessment really unremarkable for CVD. SSA Ab barely not negative. Seen at Mayo and told she did indeed has SS, but they didn't have a disease explanation for all her symptoms in a single, unitary diagnostic process. They did doubt her small fiber neuropathy diagnosis, felt she did not have POTS, found no Autonomic NS abnormality and diagnosed a congenital frontal lobe CNS process for the neural symptoms. New diagnosis of Erythromelalgia made as well for finger pain. Unable to take the MMF due to Gut issues, now found to be due to Mast Cell Activation Syndrome and perhaps SIBO with leaky Gut.
  AZA (10/20) 100 mg po pc q day (started by Mayo), Gut intolerance.

* Cecal Volvulus (10/20) with resection and appendectomy that showed pre-cancerous lesions.

* Cervical Stenosis, C5,6,7, seeing Dr. Villanueva.

* Sick Building Syndrome from water damage to her home. Trying to get it corrected. Still living in a hotel.

* Chronic Sensitization Syndrome, dx from Mayo Clinic (3/20).

* Mast Cell Activation Syndrome Dx by colonic biopsies.

* CIBO Syndrome.

* EBV Reactivation Syndrome with overwhelming Fatigue.
PLAN DETAILS:
She will speak to her ID physician about her positive Lyme testing.

F/U in six months

*Provider:*
Stern MD, Steven 03/23/2022 1:15 PM

Electronically signed by Steven Stern MD on 03/23/2022 03:19 PM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2022 |
| ~~To~~: From | DR STEVEN STERN<br>RHEUMATOLOGY<br>100 E LIBERTY ST STE 700<br>LOUISVILLE KY 40202 |
| Attn: | Dr. Stern/Vicki |
| Fax: | (502) 583-2266 |
| ~~From~~: To | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2022

Dr. Steven Stern
Rheumatology
100 E LIBERTY ST STE 700
LOUISVILLE, KY 40202

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Steven Stern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to Keeta Fox's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 22, 2022.

**We previously received a letter dated January 27, 2021 with advice regarding conditions, treatment and restrictions. Is this the doctor's response to the request for review and comment regarding the physician report?** Yes

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-REQUEST-PROVIDER-05.10.2022

NORTON HEALTHCARE

8701749

AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION

I HEREBY REQUEST A COPY OF THE FOLLOWING PATIENT'S MEDICAL RECORD:

1. **Full Name of Patient:** FOX, KEETA **Social Security**

2. **Maiden Name/Alias:** Cleary **Patient's Birth Date:**

3. **INFORMATION REQUESTED (X):** (☒) Medical Record (☒) Psychiatric Records ( ) Itemized Bills

******If only a portion of the Medical record or Psychiatric record is required please specify *******

4. ( ) Discharge Summary ( ) Emergency Room ( ) Laboratory Results
( ) History & Physical ( ) X-Ray Report ( ) Immunization Records
( ) Orders ( ) Operative Reports ( ) Progress Notes
(☒) HIV Test/Status ( ) Nurses Notes
(☒) Other (Specify)* all PHI, excluding x-ray films

5. **IDENTIFY THE FACILITY WHERE THE PATIENT WAS TREATED (X):** **PT must complete this section**

(☐) Norton Healthcare - specify Hospital:

(☐) Norton Cancer Institute, specify location:

(☐) Norton Community Medical Associates, specify location:

(☐) Kosair Children Hospital Medical Associates, specify location:

(☐) Norton Immediate Care Center, specify location

(☒) Other, specify location: Norton Arm + Hand, All Women Gynecology

6. **Identify date of service or date ranges requested including month and year:** FROM: 04/20/2021 TO: Present

7. **The above record is to be released/mailed to the following individual:**

8. **Name & Title:** Lincoln Financial Group (c/o ReleasePoint)

**Street Address:** PO Box 1390

**City/State/Zip:** St. Peters MO 63376 **Phone Number:**

9. **THIS RECORD IS REQUESTED FOR THE FOLLOWING REASON (X):**
( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes
( ) Personal Interest (☒) Other (Specify) Claims - Disability Insurance

10. The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent will expire 60 days after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event One year. Such expiration date or event has not occurred.

REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.

11. ( ) Kentucky Law directs health care providers to furnish to a patient, At the patient's request, one free copy of the patient's Medical Record. * ( ) Additional requests for copies will be charged a rate of $1.00 per page.

* Free copies may exclude copies of x-ray films, video tapes or color photographs and a separate fee will be assessed if these items are requested.

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

NOTE: A COPY OF A PICTURE ID MUST BE ATTACHED TO THIS AUTHORIZATION FORM. If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may inspect or copy any information used/disclosed under this authorization.

12. **Signature** Keeta Fox **Date** 12/10/21
Patient, Parent or Legally Authorized Representative

**Relationship to the Patient:** Self **Phone Number**

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentially is protected by federal and/or state law. Federal and state regulations prohibits you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

NORTON HEALTHCARE 8701749

**AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION**

I HEREBY REQUEST A COPY OF THE FOLLOWING PATIENT'S MEDICAL RECORD:

1. **Full Name of Patient:** FOX, KEETA **Social Security**
2. **Maiden Name/Alias:** Cleary **Patient's Birth Date:**
3. **INFORMATION REQUESTED (X):** (☒) Medical Record (☒) Psychiatric Records ( ) Itemized Bills

******If only a portion of the Medical record or Psychiatric record is required please specify *******

4. ( ) Discharge Summary ( ) Emergency Room ( ) Laboratory Results
( ) History & Physical ( ) X-Ray Report ( ) Immunization Records
( ) Orders ( ) Operative Reports ( ) Progress Notes
(☒) HIV Test/Status ( ) Nurses Notes
(☒) Other (Specify)* all PHI, excluding x-ray films

5. **IDENTIFY THE FACILITY WHERE THE PATIENT WAS TREATED (X):** **PT must complete this section**

(☐) Norton Healthcare - specify Hospital:

(☐) Norton Cancer Institute, specify location:

(☐) Norton Community Medical Associates, specify location:

(☐) Kosair Children Hospital Medical Associates, specify location:

(☐) Norton Immediate Care Center, specify location

(☒) Other, specify location: Norton Arm + Hand, All Women Gynecology

6. **Identify date of service or date ranges requested including month and year:** FROM: 04/20/2021 TO: Present

7. **The above record is to be released/mailed to the following individual:**

8. Name & Title: Lincoln Financial Group (c/o ReleasePoint)

Street Address: PO Box 1390

City/State/Zip: St. Peters MO 63376 Phone Number:

9. **THIS RECORD IS REQUESTED FOR THE FOLLOWING REASON (X):**
( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes
( ) Personal Interest (☒) Other (Specify) Claims - Disability Insurance

10. The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent will expire 60 days after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event One year. Such expiration date or event has not occurred.

**REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.**

11. ( ) Kentucky Law directs health care providers to furnish to a patient, At the patient's request, one free copy of the patient's Medical Record. * ( ) Additional requests for copies will be charged a rate of $1.00 per page.

* Free copies may exclude copies of x-ray films, video tapes or color photographs and a separate fee will be assessed if these items are requested.

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

NOTE: A COPY OF A PICTURE ID MUST BE ATTACHED TO THIS AUTHORIZATION FORM. If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may inspect or copy any information used/disclosed under this authorization.

12. **Signature** Keita Fox **Date** 12/10/21
Patient, Parent or Legally Authorized Representative

**Relationship to the Patient:** Self **Phone Number**

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentially is protected by federal and/or state law. Federal and state regulations prohibits you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

NORTON HEALTHCARE 8701749

AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION

I HEREBY REQUEST A COPY OF THE FOLLOWING PATIENT'S MEDICAL RECORD:

1. **Full Name of Patient:** FOX, KEETA **Social Security:**

2. **Maiden Name/Alias:** Cleary **Patient's Birth Date:**

3. **INFORMATION REQUESTED (X):** (☒) Medical Record (☒) Psychiatric Records ( ) Itemized Bills

******If only a portion of the Medical record or Psychiatric record is required please specify ******

4. ( ) Discharge Summary ( ) Emergency Room ( ) Laboratory Results
( ) History & Physical ( ) X-Ray Report ( ) Immunization Records
( ) Orders ( ) Operative Reports ( ) Progress Notes
(☒) HIV Test/Status ( ) Nurses Notes
(☒) Other (Specify)* all PHI, excluding x-ray films

5. **IDENTIFY THE FACILITY WHERE THE PATIENT WAS TREATED (X):** **PT must complete this section**

( ) Norton Healthcare - specify Hospital:

( ) Norton Cancer Institute, specify location:

( ) Norton Community Medical Associates, specify location:

( ) Kosair Children Hospital Medical Associates, specify location:

( ) Norton Immediate Care Center, specify location

(☒) Other, specify location: Norton Arm + Hand, All Women Gynecology

6. **Identify date of service or date ranges requested including month and year:** FROM: 04/20/2021 TO: Present

7. **The above record is to be released/mailed to the following individual:**

8. **Name & Title:** Lincoln Financial Group (c/o ReleasePoint)

**Street Address:** PO Box 1390

**City/State/Zip:** St. Peters MO 63376 **Phone Number:**

9. **THIS RECORD IS REQUESTED FOR THE FOLLOWING REASON (X):**
( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes
( ) Personal Interest (☒) Other (Specify) Claims - Disability Insurance

10. The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent will expire 80 days after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event One year. Such expiration date or event has not occurred.

**REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.**

11. ( ) Kentucky Law directs health care providers to furnish to a patient, At the patient's request, one free copy of the patient's Medical Record. * ( ) Additional requests for copies will be charged a rate of $1.00 per page.

* Free copies may exclude copies of x-ray films, video tapes or color photographs and a separate fee will be assessed if these items are requested.

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

**NOTE: A COPY OF A PICTURE ID MUST BE ATTACHED TO THIS AUTHORIZATION FORM.** If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may request or copy any information used/disclosed under this authorization.

12. **Signature:** Keeta Fox **Date:** 12/10/21
Patient, Parent or Legally Authorized Representative

**Relationship to the Patient:** Self **Phone Number:**

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentially is protected by federal and/or state law. Federal and state regulations prohibits you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

# BAPTIST HEALTH®

8701750

BAPTIST HEALTH
RELEASE OF INFORMATION
AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION

**Authorization to Release Protected Health Information**

Patient Information:(Please Print)

Name: FOX, KEETA _______________ Med Rec# or Last Four of Social:__ __________

Street Address or PO Box:_______________

City, State, Zip:_______________

Phone# _______________ Date of Birth:_______________ E-Mail:

I, the undersigned hereby authorize and direct:
( ) Baptist Health Corbin ( ) Baptist Health LaGrange ( ) Baptist Health Lexington ( ) Baptist Health Louisville
( ) Baptist Health Madisonville ( ) Baptist Health Paducah ( ) Baptist Health Richmond ( ) Baptist Health Floyd
[X] BHMG Office Practice name and address: BAPTIST HEALTH LOUISVILLE KY 40223

And its entities, authorized agents and employees to disclose and deliver a copy of the protected health information described below in accordance with this authorization.

This information may be disclosed to and used by the following individual, organization or agency: Lincoln Financial Group (c/o ReleasePoint) c/o ReleasePoint
The purpose of this release is: ( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes ( ) Personal Interest
[X] Other (Specify): Claims - Disability Insurance

Dates to be released: From 01/01/2021 To Present

The information to be disclosed will include: (check all that apply)
____ Entire Medical Record ____ Pathology ____ Cardiac Cath Report ____ Basic Medical Record
____ Radiology ____ Discharge Summary ____ Emergency Room Record ____ History and Physical

BAPTIST HEALTH® 8701750

____ Lab Report ____ Face Sheet ____ Operative ____ Electronic Format

[X] Other (Specify): all PHI, excluding x-ray films

I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for drug and alcohol abuse.

Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected. However, the recipient may be prohibited from disclosing any substance abuse information under the federal confidentiality requirements for alcohol and drug abuse patient records and the Public Health Service Act. Such information may not be used to criminally investigate or prosecute any alcohol or drug patient. Further, state law prohibits a recipient from making any further disclosure of test results relating to HIV or AIDS without specific written consent of the person to whom such information pertains. A general authorization for the release of medical or other information is NOT sufficient for such purpose.

This authorization will expire upon the occurrence of the following event or condition: One year. If no event or condition is listed, it will expire in 60 days. I understand that I have the right to revoke this Authorization at any time, and in order to do so, I must present a written revocation to the Hospital's Health Information Management Department. I understand that the revocation will not apply to information that already has been released in response to or in reliance upon this Authorization. I understand that I need not sign this Authorization in order to ensure health care treatment, payment, enrollment in my health plan, or eligibility for benefits. I understand that I will be given a copy of this Authorization form, after signing it.

KBF By initialing here, I acknowledge this to be my one and only free copy of my medical record, duplicate pages will be charged $1.00 per page.

KBF By initialing here, if e-mail address above is provided, records will be sent via secure e-mail. If no e-mail is provided, records will be placed on encrypted CD and mailed to address disclosed above.

Katie Fox

Signature of Patient/Authorized Representative (include relationship or nature of authority) Date 2/10/21

[ ] Faxed to: ____________ [ ] Given to: ____________ [ ] Mailed to: ____________

Mail completed request or fax to:
2600 Stanley Gault Parkway Suite 101 Louisville, KY 40223 (Fax) 502.253.4829
Fax Transmission/Information Sheet

# Billing Statement:

ReleasePoint

**Invoice Date: 07/06/2022** **Invoice #: 716944-118**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Jun 1 2022 and Jun 30 2022**

**L-TCMS** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 9287488<br>10310112 | FOX, KEETA<br>DR. DENISE WINLAND | Canceled | 05/13/22<br>H Buss | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |
| 9287589<br>10310112 | FOX, KEETA<br>DR. DENISE WINLAND | Complete | 05/13/22<br>H Buss | $ 9.00 | $ 150.00 | $ 0.00 | $ 0.00<br>30 | **$ 159.00** |

**ReleasePoint**

**Total Amount Due:** **$ 164.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

ReleasePoint

**Medical Record Overview**

**Date:** **June 10, 2022**

**Patient Name:** FOX, KEETA

**Records From:** DR. DENISE WINLAND
8135 NEW LA GRANGE RD
LOUISVILLE, KY
(502) 423-1994

**Request Scope:** From January 1, 2020 to Present

**Chart Range:** 04/28/2021 - 06/09/2022

**RP ID:** 9287589

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** H Buss
H Buss

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 28 2021 | Jun 9 2022 | 26 | 2 |
| Request Corr. | | | 1 | 28 |
| Questionnaire | Feb 9 2022 | Feb 9 2022 | 3 | 29 |

**Total Page Count:** 30

**Notes From QC:**

Keeta Fox

1/9/20 Mom had bad car accident totaled her car. Has had to be there for mom. Mom had heart stent placed. 99% blockage. Recommend using same Klonopin.
Th Feb 6, 5:30

DW

2/6/20 Saw Neuro NP.
Involuntary twitching
Scheduled for EMG.
Looking at things like Lymes Dis., ALS, MS
On medical leave from work.
Very anxious. Will consider adding SSRI or SNRI. Had adverse rxns to meds before. Will do Genesight to help w/ evaluating med options.
↑ Klonopin ODT to 0.5 mg tid prn #90
Fr Feb 13, 4:30.

DW

Keeta Fox

2/13/20 Neuro - no dx.
?/o ALS. Nerve conduction nl.
c/o cold chills, achy, no energy.
c/o tingling, muscle twitching
c/o diarrhea. fatigue, weakness. anxious.
Tearful,
Poor sleep. Sleeping c̄ Ambien.
Discussed Sx + dx. probable fibromyalgia
Start Cymbalta 30 mg i qd x 1 wk then ii qd
#60 x 1 (e Rx) Walgreens Taylorsville Rd.
Continue Klonopin ODT 0.5 mg prn. qd. tid
Has Dicyclomine for diarrhea
To see GYN. May start Estrogen patch.
On Feb 27, 11:00. Stress reduction, self care.
Discussed Genesight results. DW

2/27/20 Endoscopy dx gastroparesis. Had dry heaves,
Linzess 145 mcg qd Caused diarrhea
↓ to 72 mg (not enough)
Nausea better
Cold chills better.
High radon level in house.
Sees neurologist
Having skin bx for small fiber neurosis
Eval at Mayo 3/16/20.
c/o low energy. Husband's EtOH use & lac

Keeta Fox

an issue. Suggest Alanon

2/27/20 Still on medical leave from work.
C/o tremor (L) hand. + weakness
Has cervical spinal stenosis.
Appt w/ Dr. Villanueva's NP next wk.
On Duloxetine 60mg. No SES.
↑ 30 mg iii qd (Fast metabolizer)
# 90 RX 5 [illegible].
Fu Mar 10, 9:00.

DW

3/12/20 GI issues
Fasciculations Low energy.
Cervical stenosis Neurosurgeon does not
Think all sx are connected.
Dr. Anna Stone (Functional PhD) Seeing her tomorrow.
Meds - Cymbalta 30 mg NP iii q hs
Walking, relaxation.
Using Ambien to sleep.
✓ TFTS (have not been tested)
Mayo clinic next wk.
Medical leave extended through March 31st.
Fu Mar 24, 10:30.

DW

Keeta Fox

3/26/20 Dx Central Sensitization Syndrome
Jacksonville FL → @ Mayo. Disappointed w/ experience.
Plans to see Anna Stone naturalist
(Psychiatric NP) To evaluate
holistic
Short Term Disability until next wk.
Trying to get extended.
Mayo Recommended Pain Rehab program
to start in July. Was not able to participate
due to Corona virus
Mayo Doctors
Dr Ames (4) Pain Rehab
Dr Shah (Neuro)
Also recommend Courtney Snyder MD.
F/u April 21st 3pm. DW
4/5/20 Ambien 10 mg #30 x 3 erx DW
4/23/20 Disability goes to May 4th.
Has improved some.
Has moved out of house re mold problem
which maybe has contributed to
health issues. Staying in hotel.
Chronic Inflammatory Response System
"Sick Building Syndrome"
Seeing Functional Medicine NP
Anna Stone.
Husband is still working as adjustor
Not taking coronus virus seriously.

Keeta Fox

4/23/20 Started (Clove + Thyme oil capsule) natural medicine for overgrowth of yeast.
To Start diet low yeast.
Starting Cholestyramine qid
Advised her to take Duloxetine 1 hr before Cholestyramine.
Neuro from U of L confirmed dx of small fiber neuropathy.

Tried - Sleep mode (bullet proof) Supplement.
per holistic NP
Melatonin 300 mcgm (3 mg)
L-Ornithine (HCl). 400 mg
Brain Octane oil 500 mg
Coconut oil.
Felt seasick D/Cd. Back on Ambien - Effective.

for May 19, 2:30

m

Keeta Fox

7/16/20 Still dealing w/ mold remediation.
Just moved back into hotel.
Has been tachycardic.
Dx w/ Postural Orthostatic Tachycardic Syndrome (POTS) + IST (Inappropriate sinus tachycardia)
To f/u at Vanderbilt for POTS + Small fiber neuropathy. Dealing w/ mold
- Still seeing Anna Stone (holistic specialist) Still.
PCP has been helpful in getting cardiac eval + referral to Vanderbilt.
Has been advocating for herself for tx.
Still on Short term disability.
Meds Duloxetine 90mg
Ambien 10mg
f/u August 13, 10:30

DW

Keeta Fox

8/13/20 Husband has been in the hospital.
↑ BP + P + Severe H/A.
He had CT scan.
He started convulsing. Had allergic
rxn to dye.
He has small aneurysm in internal
carotid artery. They thought that
was an incidental finding.
Admitted 2d to stabilize his BP.
Husband's drinking has been a
problem. Finally had a confrontation
+ he is trying to modify.
She is still not feeling well.
Has not gotten in to Vanderbilt.
Had fu at Cleveland Clinic. Did not go well.
Tried to get into Mass Gen. for POTS.
Dx w/ Lymes Disease.
Being reviewed for long term disability.
Meds - Duloxetine 90 mg
Ambien 10 mg
fu Sept 10, 10:00.

DW

8/18/20 Duloxetine 30 mg #30x6 (to be taken w/ 60 mg) erx

Keeta Fox

9/10/20 Still not feeling well. No longer planning to F/u w/ functional medicine NP.
Had appt at Vanderbilt (Rheumatologist/Immunologist)
Dx differential
Mold Small fiber neuropathy.
Lyme's Disease SIBO (Small intestine Bact overgr...)
POTS (Postural Orthostatic Tachycardia Syndrome).
Still has not gotten a definitive dx.
Taking Cholestyramine for mold detox.
May be having some SEs from that - malabsorption, Steatorrhea.
Sleeping OK. Never sleeps through the night. Wakes up several times a night due to aches & pains.
Not taking anything for pain.
New functional medicine doctor (Evan Brand)
Awaiting decision about long term disability.
F/u Oct 6, 9:30.
DW

9/15/20 Duloxetine 60mg (w/ 30mg) # 30 x 6 erx DW

Keeta Fox

10/6/20 Mold remediation at home. Back at home
this past weekend.
Going to Mayo in Minnesota for evaluation
of autonomic dysfunction. (Neuro).
Also has small fiber neuropathy related to that:
POTS (Postural Orthostatic Tachycardia Syndrome)
gastroparesis
Husband is not supportive. He is frustrated.
Big changes at Papa John's.
Part of Finance Dept moving to Atlanta
where new CFO is.

Helping Mom some. Difficult relationship
in childhood. Mom never said she
loved her, now does that. Family
was not affectionate or caring, was strict.

Has to push herself most days to do things,
due to not feeling well.

Dr Sublett (Allergist / Immunologist)
told her she has autoimmune disease.
Meds- Duloxetine 30mg tab 1 gd Auto RF.
F/u Nov 5, 1:00. DW

Keeta Fox

11/19/20 Dx Sjogrens at Mayo. Was at Mayo 4 wk.
Had blockage at Cecum Emergency
Surgery. Took out 12-16" of
intestine.
Could be contributed to extreme fatigue

Erythromyalgia also dx at Mayo.
They told her she does not have
Small fiber neuropathy.
Started Some HRT for menopausal

Will have further evaluation.
6 wk p̄ Surgery for recovery

Had planned to return to work PT
Will have phone appt w/ new boss
tomorrow. + find out what the
plan is for her position. Boss did
not think she was coming back
anytime soon.
Cont Cymbalta ↑ dose per Mayo.
On TRA.

MW

Keeta Fox

1/19/21 Has been terminated from job.
Company is working on severance agreement.
Dx - Sjogren's Syndrome
Erythromyalgia
autoimmune + post viral Sx
Fibromyalgia
Chronic Fatigue
central ~~chronic~~ sensitization syndrome
(probably post viral)
Had evaluation at Mayo
c/o bruising, rashes, fatigue
Has appt w/ Rheumatologist.
Had twisted colon surgery. Still recovering
Plans to go to FL for a month to relax
+ get a break. in February.

Has had microscopic blood in urine
Had new urologist to see soon
+ for rheumologist
Needs new PCP / Has used Papa John's MD.
Walking for exercise. c/o burning in feet.

Mom had fx hip. Was in rehab.
Has been helping her. She will become
POA + health care surrogate, Other family
members have had COVID + not as cautious,
Taking Imuran 100 mg qd for Sjogrens

Keeta Fox

1/19/21 Husband is still stressed + not coping well + not supportive.

Husband has had ↑ BP.
He has brain aneurysm + they don't want his BP up. Was at hospital again recently.

Multiple stressors + health issues.
Continue Duloxetine, Ambien prn
Fri Feb 23, 11:00.

DW

2/23/21 Has been in FL. almost a month.
Has been good for her. The warm weather has helped her feel better physically. Still sleeping a lot.
Taking Immuran
Celebrated 19 yr anniversary.
Getting along well right now. The best they have in awhile.
Trying some dietary changes.
No dairy, no gluten, no alcohol, no sugar, no artificial sweeteners.
9 cups veg + fruits 3 cups leafy greens
3 cups colorful fruits
Intense parts of program only ½ C fruit

Keeta Fox

2/23/21 per day 2 Svgs protein
No dairy. Coconut milk
"The Wahls Protocol"
Meds - Duloxetine change from 60 + 30
to 30 mg iii qd #90 Rx 5
Fri Mar. 25, 10:00.
DW

2/25/21 30mg #90 not approved
Duloxetine 30mg + 60mg # 30 ea x 6
sent to phcy erx
DW

3/25/21 Back in Louisville.
c/o stomach issues, H/As. Feels feverish
but does not have fever.
Imuran dose ↑ to 100 mg
Saw Derm for urticaria (Dr Callen).
Eating anti inflammatory diet.
Not drinking EtOH.
Got 1st vaccine + gets 2nd next wk.
Struggling with health issues. + the
emotional impact.
Fri April 22, 11:00.
DW

Keeter Fox

4/22/21 Overall feeling emotionally better. Feels driven to pursue tx. More hopeful despite Dx Systemic Sjogrens. Wants to get more integrative functional medicine tx. Dr. Susan Blum
(book "The Immune System Recovery Plan").
Was on Imuran - ineffective + significant SE's vomiting.
Was prescribed Cellcept by Dr Stern (Louisville Rheumatologist). Has not started yet. May pursue alternative tx first.
Mayo also involved in tx - may fu there re GI system.
Has gas, bloating, ↑ frequency of stools, leakage.
Does not leave house much.
% fatigue, joint pain, neuropathy.
Following diet to deal c̄ GI Sx + autoimmune disease.
Had surgery for volvulus last fall.
Taking VIT + supplements
Steroid injections knee, hands.
Improvement in relationship with husband ↑ intimacy. Closer + he's more supportive
↓ financial stress has helped - since disab. approved
PT Tx pelvic floor dysfunction has helped.

Keeta Fox

4/22/21 Plans to see new GI doctor. Mayo ordering some tests until she sees new GI.
Will see new urogynecologist. Blood in urine.
Slow metabolizer of Cymbalta.
Will ↑ 120 mg to see if improvement in neuropathic pain, burning.
+ improved coping. Today mood was more hopeful, but has some days she struggles to get out of bed with physical discomfort, fatigue + sadness over loss of her highly functional status, career, + normal functioning lifestyle. Grieving.
Cymbalta 60 mg # 60 Re 5
On May 20, 1:30.
DW

5/20/21 Not feeling well, GI sx, fatigue
↑ gas, belching, bloating.
Doing PT, pelvic + lymphatic massage Dunn PT
Mayo clinic evaluating GI.
Doing Dynamic Neural Retraining System (DNRS) Founder Annie Hopper
Focusing on self care.
Just started ↑ Duloxetine a little over

Keeta Fox

7/13/21 Dx SIBO (Small Intestinal Bacterial Overgrowth)
New GI Dr Briley (BHE)
Started Xifaxan 550 mg t.i.d. x 2 wk. today.
~~Start~~ Still dealing w/ mold remediation.
Has days she feels exhausted +
achy. Coping. Still pursuing
eval + tx. Issues w/ spouse / sensitivity support.
Mood - fluctuates.
Meds - Duloxetine 60 mg ii qd at HS
RTC August 19, 3:00.
MW

Mold eval "normal contrast test"
Dr Shoemaker
GI SIBO test
trio test

8/19/21 Since she's not working husband expects
her to do everything around the house -
dishes, laundry.
Has applied for social security disability.
Denied + appealing.
Dx SIBO. Tx w/ ATB Specific for SIBO.
Went to Mayo. Had Barium enema
prep was awful.
Appt did not go well there.
She has an unusual type of SIBO -
Streph + Staph ( Mayo said she had
contaminated sample).
Was not satisfied w/ the
consult.
Chronic diarrhea + urinary

Keeta Fox

5/20/21 a week ago. Will continue.
Fn June 17, 1:00.
DW

6/17/21 Fecal test showed malabsorption (Fecal fat very high / Bile acids nl)
Dr Briley new GI (Baptist)
Taking pancreatic enzymes. Eval for source.
Participated in Sjogren's conference online.
Fatigue is severe.
Stays in bed. alot
Goes to be midnight. up 10-12
Lays in bed + doesn't fall asleep right away. Advanced circadian rhythm.
Trying to walk 4 d/wk.
To have colonoscopy + endoscopy.
Has a lot of gas. Diff
CT scan next wk.
Trying to get into GI @ Mayo.
New consult Blum Health Ctr ? Dr Greenblatt
Functional Medicine
Specializes in autoimmune
Virtual appt.
Having mold evaluation of home again.
Busy w/ thinking + researching + pursuing eval + tx.
Discussed mindfulness relaxation, self care.
Meds - same
Fn July 13, 4:30. DW

Keeta Fox

incontenence.
Did pelvic floor therapy for urinary incontinence.
Had evaluation with Blum Health Functional Medicine.
Will be starting supplements + Doxycycline.
Relationship w/ husband is not going well.

Fri Oct 7, 2:00-

TW

9/30/21 Not feeling well this week.
Has not been out of bed in 2 days.
No pruritis.
NY appt. Mold in urine. Referred to mold specialist
Running more tests.
Epstein Barr Virus panel. Levels high:
Had Mono in College.
Feeling down.
Mom was in the hospital. Episodes of Syncope. She has inner ear problems, nystagmus.
A lot of stress.
Drama in youngest sister's family. between sister + her son. She stresses out Mom.

Keeta Fox

9/30/21 Concerned about having chronic Epstein Barr. Says people with that die of Lymphoma.
She + husband got into conflict, She moved out for 2 wk.
Stayed at a hotel.
C/o itching inside ears, face.
On supplements mainly for gut.

Feels feverish, flu like, aching.

Checking for Mast cell activation Syndrome.

Having trouble coping w/ chronic illness. Tearful. Difficulty figuring how to balance self care.
Helps w/ mom's care.

Continue Duloxetine 60mg # gd
Auto RF
Fri Nov 2, 3:00.

DW

10/18/21 Duloxetine 60mg # 60x 6 ena

Keeta Fox

11/2/21 Husband got COVID. He moved into hotel x 10 d + had Regeneron.
She moved out of house due to more mold + had remediation. Having carpet removed + hardwood floors put in.
Will retest in January. If house doesn't pass mold test then, may move.
She + husband working on things.
He's drinking less.
She was diagnosed with Epstein Barr virus, not chronic. Working with Functional/Holistic medicine doctor in NY.
Was on restrictive diet for a couple of months. For the 1st time in years ANA was nl. Now less restrictive diet. Also dx MAST cell activation.
Derm Jeff Callen
Dx Dermatographia On Claritin 10 mg ODT + Pepcid 20 mg bid + Allegra
Going to a lot of doctor's appointments w/ her Mom.
Had pneumovax vaccine.
pneumococcal 23 vaccine.
Has good + bad days. Focusing on self care.
Meds, Duloxetine 60 mg ii qd. Auto RP Fri Dec 2, 2:30. DW

Keeta Fox

12/21/21 Has not felt well.
Mom's younger sister had fx femur.
She got COVID. Ended up on ventilator
until her kids could get there.
Stress of family. They don't agree to
getting tested.
She's still working w/ Functional
medicine doctor in NY.
Also working w/ GI doctor in Louisville.
Has been more down because she
was sick again.
c/o fatigue. Stays in bed when she feels
bad.
Being evaluated appeal for social
Security. Appt w/ their doctor
in January. Fri Feb 10, 3:00.
DW

Keeta Fox

3/1/22 Running fever regularly.
Dental infections. Has to have 2
teeth pulled + implants.
Plans to send her teeth to DNA lab
to look for Lyme's, Epstein Barr,
LNs swell (L) side of neck + axilla.
On Amoxicillin.
20 yr anniversary of meeting husband.
Last weekend was in bed all weekend.
C2-7 stenosis. Doing PT.
Participated in advocacy for Lyme's disease.
Presented to congressional team. Did not
use Clonazepam. Interested in lobbying for insurance reform.
Considering starting a business
"For The Health of It" shop, healthy
products. Sounds motivated, excited.

Meds - Amoxicillin 500mg (for dental issues)
Probiotic GI + probiotic for vaginal
health. (poor bacteria flora)
Motegrity - prokinetic
Will start PT for motility issues
C-Stenosis - PT (UE Sx)
Hydrogen Sulfite. SIBO (Small intestinal bacterial overgrowth)
(Bismuth Tx)

f/u April 19th, 11:00. DW

4/11/22 Duloxetine 30mg (w/60) #30 DW
x6

Keeta Fox

4/19/22 Has got infection back. Was having sciatica. Went to Siesta Key
Husband had presentation for work down there. Rough trip. Did not feel well.

Meds Duloxetine 30+60mg Qd Anti Rx

Wants to work on book on her experience with chronic illness.
Gratitude journal.
Husband is drinking more again.
Tooth problems Abscesses, gingivitis.
Extractions

Sent #30 x6 60mg ER

Sleep a problem. May try Hydroxyzine w Tramadol (from PCP) if pain related. Wants to discuss ex-fiance at next visit.
Fn June 7, 1:00.

6/7/22 Insomnia Dr treating w/ Mg + phosphatidyl serine.
GI Sx diarrhea, bloating, nausea
Local GI tx her w/ ATB. Has to use Tucks + pads, leaking.
Sees ID MD next wk.
PT for elbow tendonitis + cubital syndrome.

POTS, Lyme Dis, EBO, Sch
Chronic Fatigue, Fibromyalgia
Pelvic Floor Dys, Sciatica, Cubital, epicondylitis.

Keeta Fox

2/7/22 Met w/ Ms Fox to complete mental health evaluation required by Lincoln Insurance.
She c/o fatigue, pain, multiple medical problems being evaluated & treated by other providers.
c/o insomnia, fatigue - Start Amitriptyline 10 mg hs.
(Does not take Zolpidem)
Continue Duloxetine 60 mg ii qd
on August 9, 1:30.
DW

*Denise L. Winland, M.D.*

*Certified American Board of Psychiatry & Neurology*

April 28, 2021

Cabinet for Human and Family Services
Department for Income Support
Disability Determination Services
P.O.Box 1000
Frankfort, KY 40602-9987
FAX: 866-818-0912

RE: Keeta Renee Fox
Case ID #: 1177357
DOB:

To Whom It May Concern:

I have seen Ms. Fox since 2004 for treatment of mild depression and anxiety, primarily related to performance, which manifested when she had major presentations at work. At the time she was working in a high level executive position in a very demanding job.

She has continued to see me for supportive psychotherapy, and medication taken as needed for performance anxiety, which included a low dose of Hydroxyzine 10 mg prn and Clonazepam 1 mg for more significant anxiety. She periodically had some nonspecific symptoms of low grade fever, swollen lymph nodes, fatigue, chronic sinus problems and chronic gynecological infections, even as early as 2004, and had been evaluated for immune related problems. She has a history of mononucleosis in high school and cytomegalovirus in college.

Overall she functioned at a high level, working extremely long hours, with a high level of stress for many years. She was working 90 plus hours per week as a Vice President of Finance. Physical health problems became more evident in 2019. She cut back her work schedule to 8-9 hours per day instead of 12. She had some medical work ups. Her ANA was positive since testing in 2017.

Early in 2020, her physical symptoms worsened. She complained of numbness in her hands, pain in her knee. She at one time had been exercising with a trainer regularly, and had to decrease the intensity of exercise and ultimately reduce her activity to a bare minimum. She began to develop rashes, skin sensitivity, itching, aching, fatigue, shortness of breath and hand tremors. At one point she was diagnosed with possible pulmonary fibrosis. She saw a rheumatologist (Dr. Stern). She has headaches, fatigue, gastrointestinal symptoms (at one point diagnosed as GERD and treated with Omeprazole). She was rarely taking a low dose of Tramadol per Dr. Stern for pain. She began to have insomnia, treated with Ambien as needed.

Ms. Fox was evaluated by a functional medicine provider and diagnosed with mold sensitivity. After living in a hotel and have mold remediation done at her home, she was able to return to her house. She has been evaluated by multiple specialists, including Mayo Clinic, Cleveland Clinic. Multiple diagnoses were considered including Amyltrophic Lateral Schlerosis, Small Fiber Neuropathy, Lyme's Disease, Central Sensitization Syndrome. Her diagnosis has been

*8135 New LaGrange Rd. • Louisville, Kentucky 40222 • (502) 423-1994 • FAX 423-1935*

Keeta Renee Fox (Case # 1177357) page 2

more clearly defined, and she has been treated for systemic Sjogren's as well as the mold sensitivity and Fibromyalgia. She was treated with Imuran for Systemic Sjogran's. She had recently had an increase in dose, which was not tolerable. During this past year she also had surgery for a volvulus of her colon.

During the past year she has had depression and grief, coping with loss of function and loss of her ability to perform at the high level that she always has. I prescribed Duloxetine beginning in February 2020, now up to 120 mg a day. This is to treat her mood symptoms, which have become more significant in dealing with chronic illness and lack of ability to function, as well as physical pain and fatigue. I have also continued to prescribe Ambien 10 mg as needed for insomnia. She has had a complicated medical journey over the past year and a half to determine the cause of her multiple symptoms. She has been unable to work at all for over a year. Many days she has difficulty getting out of bed.

I am providing copies of records as requested from February 2019 to present. I have continued to treat Ms. Fox using telehealth, with approximately monthly appointments. Please let me know if you need any additional information.

Sincerely,

Denise Winland

Denise Winland, M.D.

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO
63376

DR. DENISE WINLAND
8135 NEW LA GRANGE RD
ATTN: MEDICAL RECORDS
LOUISVILLE, KY 40222

Jun 8, 2022
Re: Disability Benefits
Claim# 9287589 10310112
Claimant: FOX, KEETA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: CVPDTG

**REQUEST FOR STATUS**

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On **05/25/2022** we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request. **We request that all fee limits noted on the original request still be adhered to.**

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

- ☐ I am **EMAILING** records to charts@releasepoint.com *PLEASE PUT RP ID IN SUBJECT LINE*
- ☒ I am **FAXING** records to: (213) 884-4921
- ☐ I am **MAILING** records on or before (date): ____________ (See mailing address above)
- ☐ Records are being review, and will be released no later than (DATE): ____________

- ☐ Records cannot be released because:

Faxed 6/9/22 8:00 pm

- ☒ Other status information we should know:

Records + evaluation will be faxed by 6/13/22.

If you have any questions regarding this matter, please contact me.

Sincerely,
Inah Angelica Guevarra
Disability Information Specialist
Phone No.: (213) 266-5039
Fax No.: (213) 884-4921

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group

Lincoln Financial Group®

Release Point

page 1 of 3

Return To: FAX # 213-884-4921

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 9287589
EMPLOYER/SPONSOR: Papa John's DATE OF BIRTH: ___

**TO BE COMPLETED BY PHYSICIAN:**

Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** Financial officer / highly functional at high executive level

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)
Alert appears tired dark circles under eyes. Abdomen 'bloated'. up & down to bathroom.

**EMOTIONAL STATE:** (mood and affect)
Frustrated, mood affected by physical Sx.

**EXPERIENCES:** (describe hallucinations/delusions)
In touch with reality. Normal

**SENSORIUM:** (level of alertness, patient's orientation)
O x 3 alert

**MEMORY:** (Define status and what testing determines impairment)
Immediate: In tact
Short Term: In tact
Long Term: In tact

DP 532 Rev. 06/01

RPID: 9287589

Lincoln Financial Group®

*Functional Mental Status Evaluation page 2 of 3*

**COGNITION:** (Define status and what testing determines impairment)

No impairment

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

Judgment in tact
Insight excellent

**RISK BEHAVIORS:**

Suicidal thoughts, plans, actions None
Homicidal thoughts, plans, actions None

**SUBSTANCE ABUSE:** (abuse, dependency)

None

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

Mental health suffers due to physical health issues. Otherwise prior to complex health issues Ms Fox was highly functioning. She saw me for some performance anxiety w/ presentation at work

**What functional abilities are still retained?**

Mental, Cognitive capacity in tact.

**What job tasks can this person perform?**

Tasks are limited by physical health not psychiatric symptoms.

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Mental health does not cause limitations.
Her physical health is evaluated by other providers.

RPID: 9287589

Lincoln Financial Group®

*Functional Mental Status Evaluation*
*page 3 of 3*

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

I am not evaluating work readiness based on emotional symptoms.

Goal: ______ Success Indicator: ______ Timeline: ______

**Diagnosis (DSM-5)** F54
Psychological Disorder associated with other medical condition

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?
I see Ms Fox about once a month for psychotherapy CBT, Supportive

List all current medications:

| Medication | Dosage | Frequency | Begin Date | End Date |
|---|---|---|---|---|
| Duloxetine | 60 mg | ii qd | 2/13/20 | — |
| Amitriptyline | 10 mg | i qhs | 2/7/22 | — |
| | | | | |
| | | | | |

Next scheduled office visit: ______

Comments:
medication to help with pain, fatigue, stress, insomnia. Issues w/ depression & anxiety + grief over loss of functional ability. Previous able to handle high level of stress w/ competency.

DENISE WINLAND MD — PSYCHIATRY — 502-423-1994
Examiner's Name (Please Print) — Title/Specialty — Tax ID# 61-1245272 — Telephone No. — Fax No. 888-947-4945

Signature required: Denise Winland Date: 2/9/22

I have enclosed a copy of a letter sent to SS Disability in April 2021. Medical Records from January 2020 to present.

RPID: 9287589

# Quality Assurance Report

## Request Information

Report Date: June 10, 2022

**RP ID:** 9287589

Patient Name: FOX, KEETA

Provider Name: DR. DENISE WINLAND

## Quality Assurance Information

Scope Requested: **From January 1, 2020 to Present**

Special Request:
Please provide medical records and completion of forms (FMSE) seen by - Seen By: DR. DENISE WINLAND

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: JCREN

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 10, 2022 |
| To: | DR PAMELA YEE INTEGRATIVE MEDICINE<br>BLUM CENTER FOR HEALTH<br>34 RYE RIDGE PLAZA<br>RYE BROOK NY 10573 |
| Attn: | Dr. Yee<br>***2nd Request*** |
| Fax: | (914) 652-7795 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 10, 2022

Dr. Pamela Yee, Integrative Medicine
Blum Center For Health
34 RYE RIDGE PLAZA
RYE BROOK, NY 10573

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Pamela Yee:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to Keeta Fox's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 17, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-REQUEST-PROVIDER-05.10.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| To: | DR PAMELA YEE INTEGRATIVE MEDICINE<br>BLUM CENTER FOR HEALTH<br>34 RYE RIDGE PLAZA<br>RYE BROOK NY 10573 |
| Attn: | Dr. Yee |
| Fax: | (914) 652-7795 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln
Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 10, 2022

Dr. Pamela Yee, Integrative Medicine
Blum Center For Health
34 RYE RIDGE PLAZA
RYE BROOK, NY 10573

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Pamela Yee:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an medical review with a physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren's Syndrome) Condition:***
- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***
- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***
- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, MD, PhD, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman, MD, PhD's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by May 25, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fox allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call _____3/17/2022__, Time ____10:25___
Date of call _____3/17/2022__, Time ____10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022_____, Time __9:15_____
Date of call __3/17/2022_____, Time ______9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ____3/17/2022____, Time ____10:15 AM___
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call _______, Time _______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call ____3/17/2022__, Time __10:30____
Date of call ______, Time _______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be "in her head". She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren's syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for "years". (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced "severe mood swings". Her attending gastroenterologist noted a "heavy alcohol intake", with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and "able to (now) sleep without braces". There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that "..skin symptoms are much improved" (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that "the clt is feeling better and not sure why", and that she "functions fine".

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health**

**Electronically Signed:**

**Joseph Pachman, MD**
**Board Certified, Occupational Medicine**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 10, 2022 |
| To: | DR ETHAN BLACKBURN<br>9880 ANGIES WAY SUITE 230<br>LOUISVILLE KY 40241 |
| Attn: | Dr. Blackburn<br>***2nd request*** |
| Fax: | (502) 629-4282 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 10, 2022

Dr. Ethan Blackburn
9880 ANGIES WAY SUITE 230
LOUISVILLE, KY 40241

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Ethan Blackburn:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to Keeta Fox's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 17, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-REQUEST-PROVIDER-05.10.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| To: | DR ETHAN BLACKBURN<br>9880 ANGIES WAY SUITE 230<br>LOUISVILLE KY 40241 |
| Attn: | Dr. Blackburn |
| Fax: | (502) 629-4282 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 9 |
| RE:<br><br>Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 10, 2022

Dr. Ethan Blackburn
9880 ANGIES WAY SUITE 230
LOUISVILLE, KY 40241

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Ethan Blackburn:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an medical review with a physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren's Syndrome) Condition:***

- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, MD, PhD, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman, MD, PhD's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by May 25, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fox allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call _____3/17/2022__, Time ____10:25___
Date of call _____3/17/2022__, Time ____10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022_____, Time __9:15_____
Date of call __3/17/2022_____, Time ______9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ____3/17/2022____, Time ____10:15 AM___
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call _______, Time _______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call ____3/17/2022__, Time __10:30____
Date of call ______, Time ______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be "in her head". She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren's syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for "years". (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced "severe mood swings". Her attending gastroenterologist noted a "heavy alcohol intake", with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and "able to (now) sleep without braces". There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that "..skin symptoms are much improved" (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that "the clt is feeling better and not sure why", and that she "functions fine".

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health

Electronically Signed:

Joseph Pachman, MD
Board Certified, Occupational Medicine

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 10, 2022 |
| To: | DR WAYNE VILLANUEVA<br>3900 KRESGE WAY STE 51<br>LOUISVILLE KY 40207 |
| Attn: | Dr. Villanueva<br>***2nd request*** |
| Fax: | (502) 259-5953 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 11 |
| RE:<br><br>Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 10, 2022

Dr. Wayne Villanueva
3900 KRESGE WAY STE 51
LOUISVILLE, KY 40207

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Wayne Villanueva:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to Keeta Fox's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 17, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-REQUEST-PROVIDER-05.10.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| To: | DR WAYNE VILLANUEVA<br>3900 KRESGE WAY STE 51<br>LOUISVILLE KY 40207 |
| Attn: | Dr. Villaneuva/Laura Tudor, APRN |
| Fax: | (502) 259-5953 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 10, 2022

Dr. Wayne Villanueva
3900 KRESGE WAY STE 51
LOUISVILLE, KY 40207

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Wayne Villanueva:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an medical review with a physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren' Syndrome) Condition:***

- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, MD, PhD, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman, MD, PhD's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by May 25, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fox allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call _____3/17/2022__, Time ____10:25___
Date of call _____3/17/2022__, Time ____10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022_____, Time __9:15_____
Date of call __3/17/2022_____, Time ______9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ____3/17/2022____, Time ____10:15 AM___
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call _______, Time _______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call _____3/17/2022__, Time __10:30_____
Date of call _______, Time _______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be "in her head". She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren's syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for "years". (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced "severe mood swings". Her attending gastroenterologist noted a "heavy alcohol intake", with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and "able to (now) sleep without braces". There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that "..skin symptoms are much improved" (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that "the clt is feeling better and not sure why", and that she "functions fine".

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health

Electronically Signed:

Joseph Pachman, MD
Board Certified, Occupational Medicine

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 10, 2022 |
| To: | DR STEVEN STERN<br>RHEUMATOLOGY<br>100 E LIBERTY ST STE 700<br>LOUISVILLE KY 40202 |
| Attn: | Dr. Stern<br>***2nd request*** |
| Fax: | (502) 583-2266 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 10, 2022

Dr. Steven Stern
Rheumatology
100 E LIBERTY ST STE 700
LOUISVILLE, KY 40202

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Steven Stern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to Keeta Fox's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 17, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-REQUEST-PROVIDER-05.10.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| To: | DR STEVEN STERN<br>RHEUMATOLOGY<br>100 E LIBERTY ST STE 700<br>LOUISVILLE KY 40202 |
| Attn: | Dr. Stern |
| Fax: | (502) 583-2266 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 10, 2022

Dr. Steven Stern
Rheumatology
100 E LIBERTY ST STE 700
LOUISVILLE, KY 40202

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Steven Stern:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an a medical review with physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren' Syndrome) Condition:***

- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, MD, PhD, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman, MD, PhD's findings, please detail the specific areas with which you disagree and provide medical documentation to support your

position.

We ask that you provide this information by May 25, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fox allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call _____3/17/2022__, Time ____10:25___
Date of call _____3/17/2022__, Time ____10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022_____, Time __9:15_____
Date of call __3/17/2022_____, Time ______9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ____3/17/2022____, Time ____10:15 AM____
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call _______, Time _______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call _____3/17/2022__, Time __10:30_____
Date of call _______, Time _______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be “in her head”. She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren’s syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for “years”. (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced “severe mood swings”. Her attending gastroenterologist noted a “heavy alcohol intake”, with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and “able to (now) sleep without braces”. There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that “..skin symptoms are much improved” (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that “the clt is feeling better and not sure why”, and that she “functions fine”.

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health

Electronically Signed:

Joseph Pachman, MD
Board Certified, Occupational Medicine

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| ~~To~~: From | DR STEVEN STERN<br>RHEUMATOLOGY<br>~~100 E LIBERTY ST STE 700~~<br>LOUISVILLE KY 40202 |
| ~~Attn: Dr. Stern~~ | |
| Fax: | (502) 583-2266 |
| ~~From~~: To | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 10, 2022

Dr. Steven Stern
Rheumatology
100 E LIBERTY ST STE 700
LOUISVILLE, KY 40202

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Steven Stern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to Keeta Fox's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 17, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-REQUEST-PROVIDER-05.10.2022

KENTUCKIANA
RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

Name: Keeta Fox
Date of Birth:
Provider: Steven Stern MD
Date of Visit: 1/11/2021

January 27, 2021

RE: Keeta R Fox
DOB:

To Whom It May Concern:

I write to you in regards to Ms. Keeta Fox who is a patient in our Arthritis Center for whom we help to manage her underlying immunologic disorder. This involves multiple organ system manifestations and is permanent in nature and will continue to last for the rest of her life and certainly well past one year. Please give her all due consideration for giving her disability based on this condition and the other conditions diagnosed by the Mayo Clinic. Ms. Fox was not able to work at her job, or any job, during the last 12 months while under my care. I am attaching a copy of her symptom list as well.

Sincerely,

Steven H. Stern MD

*Provider:*
Stern, Steven 01/26/2021 1:53 PM

Document generated: 01/26/2021

**From:**Buss, Heather
**Sent:**Tue, 24 May 2022 16:30:16 +0000
**To:**Keeta Fox
**Subject:**RE: Requested info from Dr Winland

Hi Keeta,

I have just returned to the office today and did receive your e-mails from 5/17/22 and 5/22/22 while I was out of the office.

We requested medical records dated 1/1/2020 to present and a completed Functional Mental Status Evaluation form Dr. Winland. Our medical records vendor ReleasePoint received the response from her office requesting payment and I have approved the payment for records and the completed form.

Thank you,

Heather Buss
LTD Technical Specialist II
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688
800.291.0112 Office
Extension 13968
Fax (603)334-0380

-----Original Message-----
From: Keeta Fox <
Sent: Sunday, May 22, 2022 3:37 PM
To: Keeta Fox <
Cc: Buss, Heather <Heather.Buss@lfg.com>
Subject: Re: Requested info from Dr Winland

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Heather
Just confirming receipt of this email and see if you have made a decision on this thanks much

Keeta Fox
(

Sent from my iPhone

> On May 17, 2022, at 11:31 PM, Keeta Fox < wrote:

>
> Hi Heather
>
> Doctor Winland said there was a significant amount of paperwork / evaluation required by your company. She said it could take a significant amount of time at our next appointment to complete. Dr Winland's hourly rate is $250. R u ok paying for up to 1 hr to complete requested info ? Please advise
>
> Thanks
> Keeta Fox
>
>
>
>
> Sent from my iPhone

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 14, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On May 13, 2022, we requested medical records from Dr. Winland. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2020 through present from Dr. Winland

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Papa John's International, Inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by June 26, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by July 26, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than July 26, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

**From:**Keeta Fox <keeta_fox@icloud.com>
**Sent:**Tue, 10 May 2022 12:21:22 -0400
**To:**Buss, Heather
**Subject:**dr denise winland louisville ky - Google Search

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

FYI as per your voicemail request for psychiatrist  Will call soon. Recovering from 3rd dental Surgery ( extractions and periodontal disease) probably due to Sjogrens.

Thanks
Keeta Fox

12:19 LTE

Office And Telehealth Visits. That's The Power Of U. Ca...

Visit website

**Winland Denise L MD**

Psychiatrist in Lyndon, Kentucky



Overview | Reviews | Photos | About

CALL | DIRECTIONS | SHARE | SAVE

8135 New La Grange Rd,
Louisville, KY 40222




Open now
Add full hours

(502) 423-1994

https://health.usnews.com › doctors

Dr. Denise L. Winland, MD | Louisville, KY | Psychiatrist | US News Doctors

Dr. Denise L. Winland is a psychiatrist in Louisville, Kentucky. She received her medical degree from University of Louisville School of Medicine and has ...

5.0 ★★★★★ (7)

dr denise winland louisville ky

Sent from my iPhone

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| To: | DR PAMELA YEE INTEGRATIVE MEDICINE<br>BLUM CENTER FOR HEALTH<br>34 RYE RIDGE PLAZA<br>RYE BROOK NY 10573 |
| Attn: | Dr. Yee |
| Fax: | (914) 652-7795 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 9 |
| RE:<br><br>Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 10, 2022

Dr. Pamela Yee, Integrative Medicine
Blum Center For Health
34 RYE RIDGE PLAZA
RYE BROOK, NY 10573

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Pamela Yee:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an medical review with a physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox s eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren's Syndrome) Condition:***
- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***
- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***
- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, MD, PhD, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman, MD, PhD s findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by May 25, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fox allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call ____3/17/2022__, Time ___10:25___
Date of call ____3/17/2022__, Time ___10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022____, Time __9:15____
Date of call __3/17/2022____, Time _____9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is “mental and physical fatigue”. He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ___3/17/2022___, Time ___10:15 AM___
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call ______, Time ______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call ____3/17/2022__, Time __10:30____
Date of call ______, Time ______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be "in her head". She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren's syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for "years". (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced "severe mood swings". Her attending gastroenterologist noted a "heavy alcohol intake", with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and "able to (now) sleep without braces". There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that "..skin symptoms are much improved" (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that "the clt is feeling better and not sure why", and that she "functions fine".

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health

Electronically Signed:

Joseph Pachman, MD
Board Certified, Occupational Medicine

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| To: | DR ETHAN BLACKBURN<br>9880 ANGIES WAY SUITE 230<br>LOUISVILLE KY 40241 |
| Attn: | Dr. Blackburn |
| Fax: | (502) 629-4282 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 9 |
| RE:<br><br>Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 10, 2022

Dr. Ethan Blackburn
9880 ANGIES WAY SUITE 230
LOUISVILLE, KY 40241

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Ethan Blackburn:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an medical review with a physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox s eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren's Syndrome) Condition:***

- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, MD, PhD, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman, MD, PhD s findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by May 25, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fox allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call ____3/17/2022__, Time ___10:25___
Date of call ____3/17/2022__, Time ___10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022____, Time __9:15____
Date of call __3/17/2022____, Time _____9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ___3/17/2022___, Time ___10:15 AM___
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call ______, Time ______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call ____3/17/2022__, Time __10:30____
Date of call ______, Time ______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be "in her head". She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren's syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for "years". (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced "severe mood swings". Her attending gastroenterologist noted a "heavy alcohol intake", with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and "able to (now) sleep without braces". There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that "..skin symptoms are much improved" (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that "the clt is feeling better and not sure why", and that she "functions fine".

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health

Electronically Signed:

Joseph Pachman, MD
Board Certified, Occupational Medicine

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| To: | DR WAYNE VILLANUEVA<br>3900 KRESGE WAY STE 51<br>LOUISVILLE KY 40207 |
| Attn: | Dr. Villaneuva/Laura Tudor, APRN |
| Fax: | (502) 259-5953 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 10, 2022

Dr. Wayne Villanueva
3900 KRESGE WAY STE 51
LOUISVILLE, KY 40207

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Wayne Villanueva:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an medical review with a physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox s eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren' Syndrome) Condition:***

- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, MD, PhD, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman, MD, PhD s findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by May 25, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fox allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call _____3/17/2022__, Time ____10:25____
Date of call _____3/17/2022__, Time ____10:40 (message left with Medical Asst. Diana)____

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022_____, Time __9:15_____
Date of call __3/17/2022_____, Time ______9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ____3/17/2022____, Time ____10:15 AM____
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call _______, Time _______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call ____3/17/2022__, Time __10:30____
Date of call ______, Time ______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S- Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be “in her head”. She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren’s syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for “years”. (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced “severe mood swings”. Her attending gastroenterologist noted a “heavy alcohol intake”, with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and “able to (now) sleep without braces”. There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that “..skin symptoms are much improved” (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that “the clt is feeling better and not sure why”, and that she “functions fine”.

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health**

**Electronically Signed:**

**Joseph Pachman, MD**
**Board Certified, Occupational Medicine**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 10, 2022 |
| To: | DR STEVEN STERN<br>RHEUMATOLOGY<br>100 E LIBERTY ST STE 700<br>LOUISVILLE KY 40202 |
| Attn: | Dr. Stern |
| Fax: | (502) 583-2266 |
| From: | Heather Buss<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 10, 2022

Dr. Steven Stern
Rheumatology
100 E LIBERTY ST STE 700
LOUISVILLE, KY 40202

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Steven Stern:

We are the Disability Claim Administrator for your patient, Keeta Fox.

On March 18, 2022 a/an a medical review with physician Board Certified in Occupational Medicine was performed to assist us in determining Ms. Fox s eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Restrictions and limitations as follows:*

***Based on the Rheumatological (Sjogren' Syndrome) Condition:***

- *Only occasional activity in very dry environments without a humidifier*

***Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:***

- *No activities at heights*
- *No climbing*

***Based on the Orthopedic (Cervalgia/Neck Pain) Condition:***

- *No moving weights greater than 20lbs occasionally*
- *No moving weights greater than 10lbs frequently*

Please review the enclosed report by Dr. Joseph Pachman, MD, PhD, and provide any comments you wish to have considered. If you disagree with Dr. Joseph Pachman, MD, PhD s findings, please detail the specific areas with which you disagree and provide medical documentation to support your

position.

We ask that you provide this information by May 25, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fox allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-0380

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-03.18.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call _____3/17/2022__, Time ___10:25___
Date of call _____3/17/2022__, Time ___10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022____, Time __9:15____
Date of call __3/17/2022____, Time _____9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ___3/17/2022___, Time ___10:15 AM___
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call ______, Time ______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call ____3/17/2022__, Time __10:30____
Date of call ______, Time ______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that "gut symptoms are improving". Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be “in her head”. She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren’s syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for “years”. (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced “severe mood swings”. Her attending gastroenterologist noted a “heavy alcohol intake”, with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and “able to (now) sleep without braces”. There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that “..skin symptoms are much improved” (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that “the clt is feeling better and not sure why”, and that she “functions fine”.

There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health**

**Electronically Signed:**

**Joseph Pachman, MD**
**Board Certified, Occupational Medicine**

# Billing Statement:

ReleasePoint

**Invoice Date: 05/05/2022** **Invoice #: 716533-191**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Apr 1 2022 and Apr 30 2022**

**L-TCMS** **Bill Code: LIBSFU**

| RP # Cust ID | Patient Name Provider Name | Status | Date Req By | RP Fee | Med Fee | Rush | QC Amt Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 8805161 10310112 | FOX, KEETA BLUM CENTER FOR HEALTH | Complete | 01/07/22 H Buss | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00 43 | **$ 9.00** |
| 8720182 10310112 | FOX, KEETA DR. GREGORY POTTS | Complete | 12/13/21 H Buss | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00 17 | **$ 9.00** |
| 8701755 10310112 | FOX, KEETA BAPTIST HEALTH | Canceled | 12/07/21 H Buss | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00 0 | **$ 5.00** |
| 8701754 10310112 | FOX, KEETA DERMATOLOGY ASSOCIATES | Complete | 12/07/21 H Buss | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00 2 | **$ 9.00** |
| 8701760 10310112 | FOX, KEETA BAPTIST NEUROLOGICAL SURGERY | Canceled | 12/07/21 H Buss | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00 0 | **$ 5.00** |
| 8701756 10310112 | FOX, KEETA NORTON HEALTHCARE | Complete | 12/07/21 H Buss | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00 26 | **$ 9.00** |
| 8701757 10310112 | FOX, KEETA LOUISVILLE GASTROENTEROLOGY A... | Complete | 12/07/21 H Buss | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00 10 | **$ 9.00** |
| 8701758 10310112 | FOX, KEETA MAYO CLINIC | Complete | 12/07/21 H Buss | $ 9.00 | $ 60.91 | $ 0.00 | $ 0.00 30 | **$ 69.91** |
| 8701750 10310112 | FOX, KEETA BAPTIST HEALTH | Complete | 12/07/21 H Buss | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00 34 | **$ 9.00** |
| 8701751 10310112 | FOX, KEETA UOFL PHYSICIANS - NEUROLOGY | Canceled | 12/07/21 H Buss | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00 15 | **$ 5.00** |
| 8701752 10310112 | FOX, KEETA BURNS, DR FRANK | Canceled | 12/07/21 H Buss | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00 0 | **$ 5.00** |
| 8701753 10310112 | FOX, KEETA BAPTIST HEALTH | Complete | 12/07/21 H Buss | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00 11 | **$ 9.00** |

# Billing Statement:

ReleasePoint

**Invoice Date: 05/05/2022** **Invoice #: 716533-191**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Apr 1 2022 and Apr 30 2022**

**L-TCMS** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 8701759<br>10310112 | FOX, KEETA<br>KENTUCKIANA RHEUMATOLOGY | Complete | 12/07/21<br>H Buss | $ 9.00 | $ 10.00 | $ 0.00 | $ 0.00<br>16 | **$ 19.00** |

**ReleasePoint**

**Total Amount Due: $ 171.91**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

# CoventBridge (USA) Inc.

*Florida Agency License A-1000233*

# Invoice

Heather Buss
Lincoln Financial Group- Charlotte
Group Benefits Disability Claims
PO Box 7207
London, KY 40742-7207

| | |
|---|---|
| Invoice No. | CBR903590 |
| Date | 13-Apr-2022 |
| Billing Type | Final |

| | |
|---|---|
| Your File No. | 10310112 |
| Our File No. | 202202-4282-1 |
| Insured | Papa John's International, Inc. |
| Claimant | Keeta Fox |
| Date of Loss | 2/4/2020 |

## Service Dates 4/8/2022 - 4/9/2022

| *Description* | *Quantity* | *Rate* | *Total(s)* |
|---|---|---|---|
| Surveillance Services (Hourly)<br>Apr 08, 22 - Doug Clements - 8Hr(s) | 8.0000 | $71.40 | $571.20 |
| Surveillance Services (Hourly)<br>Apr 09, 22 - Doug Clements - 8Hr(s) | 8.0000 | $71.40 | $571.20 |
| Subtotal | | | $1,142.40 |
| Total Amount Due | | | $1,142.40 |

***Please send remittance to (***NOTE THE CHANGE IN REMITTANCE ADDRESS***):***

**CoventBridge (USA) Inc.**
**Dept 2546**
**PO Box 122546**
**Dallas, TX 75312-2546**

Tax Number 27-2895028

*Telephone:Toll Free (888) 932-7364 or (904) 641-7300 Fax: (904) 641-9334*

*Terms: Net 30 days. Past Due Accounts are subject to a monthly service charge of 1.5% per month, including interest, which is an annual % rate of 18% applied to the outstanding balance.*

# CONFIDENTIAL INVESTIGATIVE REPORT



**Attention**: Heather Buss
Lincoln Financial Group: Group Protection
London, KY 40742

Claimant – Keeta Fox

April 12, 2022

COVENTBRIDGE GROUP
THINK TRUTH

# Confidential Investigative Snapshot

| | |
|---|---|
| **YOUR FILE NO:** | 10310112 |
| **OTHER FILE NO:** | Not Provided |
| **OUR FILE NO:** | 202202-4282.1 |
| **INSURED/EMPLOYER:** | Papa John's International, Inc. |
| **SUBJECT/CLAIMANT:** | **Keeta Fox** |
| **DATE OF LOSS:** | 2/4/2020 |
| **ASSIGNMENT RECEIVED:** | February 23, 2022 |
| **CLAIM TYPE:** | Disability |
| **REPORTED INJURY:** | Sicca syndrome [Sjogren] |
| **ASSIGNMENT:** | Surveillance |
| **INVESTIGATOR NAME:** | Doug Clements |

## *Summary*

On Friday, April 8, 2022, from 7:00 a.m. to 3:00 p.m. surveillance was conducted at
Upon arrival, no vehicles were observed in the driveway. The residence can be described as a beige brick ranch-style home with tan trim. A cement driveway was to the left of the residence and led to a three-vehicle attached garage. The residence was in good condition and the yard was well maintained. Exterior lights were illuminated, but no activity was observed. A surveillance position was established with a direct view of the residence. No activity was observed up to the 4-hour mark. The client was verbally updated directly and efforts continued. No claimant activity was observed the remainder of the surveillance and efforts were discontinued.

On Saturday, April 9, 2022, from 9:00 a.m. to 5:00 p.m. surveillance resumed. Upon arrival, no vehicles were observed in the driveway. Exterior lights were illuminated, but no activity was observed. A surveillance position was established with a direct view of the residence. No claimant activity was observed during this date.

# Table of Contents

1 Claimant Identification
2 Video Documentation
3 Preliminary Research Results
4 Residence
5 Vehicles
6 Customer Contact
7 Daily Investigative Details

## Claimant Identification (Return to Table of Contents)

The claimant was not observed.

## ideo Documentation (Return to Table of Contents)

Approximately 1 minute and 29 seconds of video documentation was obtained during this investigation, none of which depict claimant activity.

**Stream Link**: https://www.cbgecase.com/media/202202-4282.1/21/202202-4282_04_11_2022.mp4

**Download Link**: https://www.cbgecase.com/media/202202-4282.1/21/202202-4282_04_11_2022.mp4?dl=1

## Preliminar esearc esults (Return to Table of Contents)

A database report was conducted and is documented under a separate report.

## esidence (Return to Table of Contents)

can be described as a beige brick ranch-style home with tan trim. A cement driveway was to the left of the residence and led to a three-vehicle attached garage The residence was in good condition and the yard was well maintained.



## e icles (Return to Table of Contents)

The following vehicles were found to be associated with the claimant: None observed.

## Customer Contact (Return to Table of Contents)

The client was updated throughout the course of the investigation.

# Dail Investigative Details (Return to Table of Contents)

## Surveillance Day 1 – Friday, April 8, 2022

**Weather:** Partly cloudy/40 degrees
**Investigator(s):** Doug Clements

7:00 a.m.
Surveillance efforts were initiated at the claimant's provided address located at Upon arrival, no vehicles were observed in the driveway. The residence can be described as a beige brick ranch-style home with tan trim. A cement driveway was to the left of the residence and led to a three-vehicle attached garage The residence was in good condition and the yard was well maintained. Exterior lights were illuminated, but no activity was observed. Video documentation of the residence was obtained. A surveillance position was established with a direct view of the residence.

7:59 a.m.
No claimant activity was observed at this time. Video documentation of the area was obtained.

8:05 a.m.
A school bus was observed in the claimant's neighborhood.

9:00 a.m.
No claimant activity was observed at this time. Video documentation of the area was obtained.

10:00 a.m.
No claimant activity was observed at this time. Video documentation of the area was obtained.

11:00 a.m.
No claimant activity was observed at this time. Video documentation of the area was obtained. The client was updated directly and efforts continued.

11:55 a.m.
The US Postal worker was observed delivering mail to the claimant's residence.

12:00 p.m.
No claimant activity was observed at this time. Video documentation of the area was obtained. Rain showers moved into the area.

1:00 p.m.
No claimant activity was observed at this time. Video documentation of the area was obtained.

2:00 p.m.
No claimant activity was observed at this time. Video documentation of the area was obtained.

3:00 p.m.
No claimant activity was observed at this time. Video documentation of the area was obtained. The client was updated directly and efforts were discontinued.

## Surveillance Day 2 – Saturday, April 9, 2022

**Weather:** Partly cloudy/34 degrees
**Investigator(s):** Doug Clements

9:00 a.m.
Surveillance resumed at the claimant's provided address located at Upon arrival, no vehicles were observed in the driveway. Exterior lights were illuminated, but no activity was observed. Video documentation of the residence was obtained. A surveillance position was established with a direct view of the residence.

10:00 a.m.
No claimant activity was observed at this time. Video documentation of the area was obtained.

11:00 a.m.
No claimant activity was observed at this time. Video documentation of the area was obtained. Snow flurries moved into the Louisville area.

12:00 p.m.
No claimant activity was observed at this time. Video documentation of the area was obtained.

12:05 p.m.
Clouds moved out of the area.

1:00 p.m.
No claimant activity was observed at this time. Video documentation of the area was obtained.

1:15 p.m.
The US Postal worker was observed delivering mail to the claimant's residence.

2:00 p.m.
No claimant activity was observed at this time. Video documentation of the area was obtained.

3:00 p.m.
No claimant activity was observed at this time. Video documentation of the area was obtained.

4:00 p.m.
No claimant activity was observed at this time. Video documentation of the area was obtained.

5:00 p.m.
No claimant activity was observed at this time. Video documentation of the area was obtained. Efforts were discontinued due to the lack of observable activity.

**From:**Kacie.Gaddis@coventbridge.com
**Sent:**Wed, 13 Apr 2022 13:13:51 -0400
**To:**Buss, Heather
**Cc:**Kacie.Gaddis@coventbridge.com;VendorReferrals
**Subject:**10310112 Keeta Fox - Surveillance Report
**Attachments:**Invoice CBR903590.pdf, Keeta Fox 10310112 -04.13.2022.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Heather,

Please find attached report and invoice.

**Stream Link**: https://www.cbgecase.com/media/202202-4282.1/21/202202-4282_04_11_2022.mp4

**Download Link**: https://www.cbgecase.com/media/202202-4282.1/21/202202-4282_04_11_2022.mp4?dl=1

If you have any questions please contact Dave Foster.

Thanks,

Kacie Gaddis

CoventBridge

888.932.7364

---

This email is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, or using it in any manner. Although it has been checked for viruses and other malicious software ('malware'), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

---

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Report Date:** | 3/18/2022 | | |
| **Referred By:** | Heather Buss | **Claimant DOB:** | |
| **Referral Date:** | 03/14/2022 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 03/29/2022 | **Medical/ Surgical Condition:** | Carpal tunnel syndrome, POTS, Sjogren, Mononucleosis, cervical stenosis, gastrointestinal issues |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 02/03/2020 |
| | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Anxiety and Depression F41.8
Orthostatic Intolerance 195.1
Sjogren's Syndrome M35.00

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Cervalgia (neck pain) M54.2
Irritable Bowel Syndrome K58.9
Chronic Fatigue R53.82

2. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/1/2021 to present thru CID 8/4/22 and ongoing, and comment on the expected duration.

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Although several of the handwritten notes were illegible, limited specific recommendations for activity restriction and limitations were found in the records. PMD Dr. Potts indicated in peer discussion on 3/17/2022 that he was reluctant to provide specific activity restrictions or limitations at this time.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

In discussion, Dr. Potts referenced an alternative medicine provider early on in the sequalae who he believed had pointed the clt in a treatment direction that was not supported. The clt has subsequently received multiple evaluations from well-trained providers to determine the source of her symptoms. This has generally been reasonable and consistent with the reported complaints and distress. The Cleveland Clinic and the Mayo Clinic are generally very well regarded.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Yes. The records have referenced stress and conflicts with family members and work-related stress.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Pamela Yee (Integrative Medicine) Phone Number: - (914) 652 7800 ex ----- Fax Number: (914) 652-7795**

Date of call ____3/17/2022__, Time ___10:25___
Date of call ____3/17/2022__, Time ___10:40 (message left with Medical Asst. Diana)___

Received call back from Diana. Called cell number provided: 646-285-3209 X2. Messages left on VM for return call. Office called again and another message was left on VM.
Date letter sent to AP

**Name: Dr. Gregory Potts (PCP) Phone Number: - (502) 240 5900 ex ----- Fax Number: (502) 240-5905**

Date of call __3/17/2022____, Time __9:15____
Date of call __3/17/2022____, Time _____9:20 (Call placed to 502-240-5901) – AP contact, case discussed
Date letter sent to AP: 3/18/2022

Dr. Potts reports that he has not evaluated the clt in three months. He reports that she treats with a psychiatrist once per month. He believes that her primary impairing symptom is "mental and physical fatigue". He referenced Sjogrens, but indicates that he agrees that this would not generally be expected to be an impairing condition related to these symptoms. He referenced the clt belief that her symptoms were due to a reactivation of Epstein Barr Virus, and mastocytosis. He indicated that the clt treats with a number of doctors, and in part because he is employed by her former employer, he would not be the best provider to comment on restrictions and limitations related to any medical conditions from this past summer going forward. He referenced the enormous work stress (working seven days per week) that the clt was experiencing prior to the onset of her symptoms.

**Name: Dr. Wayne Villaneuva/Laura Tudor, APRN Phone Number: - (502) 259 5955 ex ----- Fax Number: (502) 259-5953**

Date of call ___3/17/2022___, Time ___10:15 AM___
Received call on 3/17/2022 from the office at 1:35 requesting greater clarification of the request for peer to peer, which was provided.
Date of call ______, Time ______

Date letter sent to AP

**Name: Dr. Ethan Blackburn (ortho) Phone Number: - (502) 629 4263 ex -----**

Date of call ____3/17/2022__, Time __10:30____
Date of call ______, Time ______
Date letter sent to AP

**Additional Questions**

Please note that this claim is also currently being reviewed by the following specialty or specialties: File reviewed by Rheumatology. See review dated 3/7/22.

Call placed to Rheumatologist Dr. Steven Stern on 3/17/2022 at 10:50. Message left with receptionist for a return call.

Other Does claimant have sustained sedentary occupational capacity as outlined below? S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. • If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?

**There is insufficient medical evidence to reasonably support a medically based restriction or limitation of engagement in sedentary activities.**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**The clt is a 56 year old woman who last worked as a Finance VP on 3/13/20. She has complained of a variety of symptoms, with onset approximately two years prior. Her past medical history is remarkable for an intestinal torsion that resulted in a partial colon resection on 11/16/20. Her primary complaint appears to related to fatigue. As a result, a sleep study was performed by a pulmonologist with results consistent with mild sleep apnea. The clt has also complained of headache and at least one episode of reported vision loss. Ocular migraine was diagnosed by ophthalmologist Dr. Burns. MRI of the brain X2 was reportedly noncontributory. She has also complained of GI symptoms, including constipation, flatulence, urgency and bloating. She was diagnosed with small intestinal bacteria overgrowth at the Mayo Clinic, and Irritable Bowel Syndrome by her alternative medicine physician Dr. Yee. Dr. Stern noted on 11/5/21 that “gut symptoms are improving”. Mayo Clinic also diagnosed orthostatic intolerance with a report of a positive tilt test, potentially consistent with a complaint of intermittent dizziness. As per Dr. Yee**

**(in her note on 12/29/21) the clt believed that the Mayo Clinic attributed her symptoms to be "in her head". She also obtained an extensive evaluation at the Cleveland Clinic. She has been diagnosed with Sjogren's syndrome by rheumatologist Dr. Stern, with support from the results of antibody testing. (Although this condition can be responsible for fatigue, her PMD Dr. Potts agreed that this condition would generally not result in medical support for activity restrictions going forward). Dr. Yee referenced Mayo Clinic reporting that this condition was in remission, although this is not clear from the medical records. Dr. Potts also noted that the clt treats with a psychiatrist once per month, and Dr. Yee noted in her 12/29/21 note that the clt has received psychiatric treatment for "years". (The psychiatry notes were not available for review). Dr. Potts referenced stress related to long work hours as potentially contributory in AP discussion, and there are also multiple reference in the records to home related stressors. The Cleveland Clinic also referenced "severe mood swings". Her attending gastroenterologist noted a "heavy alcohol intake", with reference to multiple daily drinks, but there is later reference from providers that the clt alcohol consumption ad decreased. The clt does continue to be prescribed medication for anxiety, depression, and insomnia, and anxiety and depression have been listed as co-morbid conditions. The clt is also treated by spine surgeon Dr. Villaneuva who has diagnosed cervical stenosis. No reference to frank myelopathic signs was noted. The MRI report of the cervical spine on 1/22/20 was notable for mild to moderate stenosis at three levels, without a frankly impinging lesion. MRI of the lumbar spine was likely notable for likely age-related degenerative disc changes. The clt was diagnosed with small fiber neuropathy at one point but this was also apparently ruled out at Mayo Clinic. The clt has also treated with hand surgeon Dr. Blackburn with an initial diagnosis of carpal tunnel syndrome, despite some lack of supporting physical exam findings and negative electrophysiological results. On 12/21/20, Dr. Blackburn noted that the clt was 70% improved (regarding her report of pain and tingling in her wrists) with continued relief, and "able to (now) sleep without braces". There is also reference in the records to a diagnosis of erythromelagia. This is another rare condition that can resulting in burning pain and skin redness. On 11/5/21, Dr.Stern noted that "..skin symptoms are much improved" (with treatment that included antihihistamines and proton pump inhibitors). Other diagnoses that have been suggested to explain the variety of reported symptoms include reactivation of Epstein Barr Virus, mastocytosis (a rare disorder that can result in systemic conditions), an in intestinal bacterial overgrowth syndrome, and Chronic Inflammatory Response Syndrome. The latter diagnosis was hypothesized by her alternative provider Dr. Yee to be the result of mold exposure. The records indicate that the clt attributes mold exposure at home to much of her condition. However, on 12/29/21, Dr. Yee documented that "the clt is feeling better and not sure why", and that she "functions fine".**

**There is reasonable objective medical support for restrictions and limitations as outlined above. A unifying diagnosis has otherwise not been determined for the multiple complaints, despite extensive testing and evaluation, but if this becomes available, this can be reviewed at that time. If the psychiatric notes become available, these can be reviewed by an ICP psychiatrist if a claim is submitted for impairment on this basis.**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:1/25/22, pathology report, Baptist Health**

**Electronically Signed:**

**Joseph Pachman, MD**
**Board Certified, Occupational Medicine**

# Joseph Pachman, MD

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
841-1415

Date: 3/18/2022

Gregory Potts, MD
Fax: 502240-5905
Address (optional)

Re: Disability Benefits
Claimant Name: Keeta Fox
Claimant DOB:
Claim Number:1031012

Dear Dr. Potts,

Thank you for taking my call on Wednesday. As the physician who was asked by Lincoln Financial Group to review the medical records your patient submitted to request disability benefits, the chance to speak with you was appreciated. Please review this summary of our conversation for accuracy.

As discussed, the medical records indicate the primary impairing diagnosis is: Sjogren's Syndrome, Cervalgia, and Orthostatic Intolerance. As a result, current medical restrictions and limitations are:

**Based on the Rheumatological (Sjogren's Syndrome) Condition:**

- **Only occasional activity in very dry environments without a humidifier**

**Based on the Autonomic/Neurological (Orthostatic Intolerance) Condition:**

- **No activities at heights**
- **No climbing**

**Based on the Orthopedic (Cervalgia/Neck Pain) Condition:**

- **No moving weights greater than 20lbs occasionally**
- **No moving weights greater than 10lbs frequently**

During our discussion you indicated that you were unable to comment on medically indicated activities and restrictions, in part because you had not evaluated the patient in three months. Unfortunately, I was unable to connect with the other treating doctors.

Your patient's disability case manager is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance

-Electronically Signed-

Joseph Pachman, M.D.
Board Certified, Occupational Medicine

__ No changes/comments, OR
__ With changes/comments as noted above

______________ ______

[AP Name] Date



Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Wed, 16 Mar 2022 18:23:10 +0000
**To:**Buss, Heather
**Subject:**Claim Referral - Assignment Notification

Your referral request with requested specialty of Medicine - Occupational & Environmental for claim number 10310112 has been assigned to Dr. Joseph Pachman. The anticipated due date for this request is 03/29/2022.

**Oluyemisi Awobokun, M.D.**
**Board Certification Internal Medicine and Rheumatology**

**CLAIMANT NAME: Keeta Fox**
**ECN #: 166473-4**
**CLAIM #: 10310112**
**DATE OF LOSS: 02/04/2020**
**DATE OF REVIEW: 3/7/2022**
**CASE TYPE: Long-Term Disability**

**ADDENDUM:**

**DIAGNOSIS:** Oth symptoms and signs w cognitive functions and

**MEDICAL RECORDS REVIEWED:**

12/10/2021, Signed Medical Authorization, Keeta Fox
02/08/2021, Medical Review, Oluyemisi Awobokun, MD.
06/02/2021, Medical Review Addendum, Oluyemisi Awobokun, MD.
03/05/2021, Visit Note, Illegible Signature
04/07/2021, Visit Note, Illegible Signature
05/05/2021, Office Visit, Steven Stern, MD.
06/10/2021, Visit Note, Illegible Signature
07/07/2021, Tissue Pathology Exam, Mahoney E. Cobb, MD.
07/27/2021, Clinical Notes, No specified author
07/29/2021, Clinical Notes, No specified author
08/17/2021, Assessment and Plan Summary, Danielle Greenman, MD.
09/15/2021, Transfer and Initial Medical Consultation, Illegible Signature
09/15/2021, Telephone Note, Pamela Yee, MD.
09/16/2021, Phone Message, Illegible Signature
10/04/2021, Telephone Note, Pamela Yee, MD.
10/04/2021, Follow Up, Illegible Signature
10/05/2021, Lab Report, Multiple authors
10/05/2021, Visit Note, Illegible Signature
10/18/2021, Progress Notes, Lauren C. Briley, MD.
10/20/2021, Lean Test, Greg Potts, MD.
11/05/2021, Follow-Up, Steven Stern, MD.
11/08/2021, Telephone Note, Pamela Yee, MD.
11/08/2021, Follow Up, Illegible Signature
11/29/2021, Progress Notes, Ethan Blackburn, MD.
11/29/2021, Flowsheet, Ethan Blackburn, MD.
12/02/2021, Visit Note, Illegible Signature
12/15/2021, Progress Notes, Lauren C. Briley, MD.

12/21/2021, Restrictions Form, Greg Potts, MD.
12/29/2021, Telephone Note, Pamela Yee, MD.
12/29/2021, Follow Up, Illegible Signature
01/12/2022, Progress Notes, Laura M. Tudor, APRN.
11/24/2020-12/08/2020, Medical Records, Multiple authors
01/27/2021-10/27/2021, Medical Records, Multiple authors
01/28/2021-11/29/2021, Medical Records, Multiple authors
06/01/2021-10/18/2021, Medical Records, Multiple authors
Undated, Medication List, Multiple authors
Undated, Office Visits, Illegible Signatures
Undated, Provider List, No specified author

The tissue pathology report dated 07/07/2021 indicated that no significant inflammation was seen on any biopsy. The claimant was negative for changes suggesting celiac and negative for H. pylori. Duodenal aspirate was consistent with SIBO, with recommendation for trial of Xifaxan.

The office visit note dated 07/27/2021 stated the claimant was dealing with Sjogren's syndrome with reports of joint pains predominantly in the elbows, knees, and fingers, but no swelling of significance. Corticosteroid injections to the knees provided no improvement. The physician thought the claimant may have carpal tunnel syndrome with the claimant stating that her left face felt like glass. There was no obvious erythema or changes in color with the claimant having enlarged lymph nodes primarily in the anterior neck, which were easily palpable, mobile, and nontender. She had neuropathy in the hands and feet, with claims of foot drop. She previous underwent partial colectomy and tested positive for celiac disease serologically, but was told by her gastroenterologist that she did not have it. She claimed to have recurrent urinary tract infections, and some mild to moderate dysphagia. Objectively, the claimant had sandpaper dry tongue, with one half similar enlarged lymph node in the upper anterior left cervical area that was mobile and nontender. Her neck rotation was 60% and lateral bending 30%. She had no swelling in any joints, with full range of motion throughout with minimal tenderness. Her knees had mild crepitation with deep tendon reflexes 1+ at the biceps and patellas, and absent at the Achilles. She was suggested to trial Plaquenil 300 mg/day.

The office visit note dated 07/27/2021, authored by Thomas Osborn, MD, stated that the claimant presented for evaluation of Sjogren's syndrome. She reported joint pains predominantly in the elbows, knees, and fingers, but no swelling of significance. She had possible carpal tunnel syndrome and had enlarged lymph nodes in the anterior left neck. On physical examination, she had "sandpaper dry tongue", and a 1/2 cm enlarged lymph node in the upper anterior left cervical area that was mobile and nontender. Neck range of motion was reduced to 60% of rotation and 30% lateral bending. She had minimal tenderness in the joints with mild crepitation of the knees. The plantar reflexes were absent in the Achilles.

The clinical notes dated 07/29/2021 stated the claimant presented for a follow-up with gastroenterology. She was seen regarding abdominal symptoms of bloating, flatulence, and urgency in the setting of a prior diagnosis of SIBO. She was still unable to work because of her symptoms that they were debilitating. She was provided a prescription for Xifaxan, which she took and found to be beneficial, although the results were short-lived and lasted only a couple of weeks. She was on another course of Xifaxan, which she was taking reluctantly because she did not like to use medications. The claimant stopped using pancreatic enzyme supplementation as she thought it was not helpful. The claimant had a past medical history significant for anxiety, depression, headache, irritable bowel syndrome without diarrhea, cervical stenosis, carpal tunnel, and a kidney stone. On examination, the claimant was in no distress. There were no abnormalities noted on examination.

The progress notes by Jean Fox, MD, stated that the claimant was seen for follow-up regarding her abdominal symptoms of bloating, flatulence, and urgency. She had been unable to work because of her symptoms claiming that they were debilitating. Her examination indicated that she was in no distress. There were no abnormalities noted on assessment. She history of Sjogren's syndrome and colonic resection for cecal volvulus who presented with ongoing symptoms of diarrhea, bloating, and fat malabsorption. The physician discussed that the claimant symptoms were entirely consistent with SIBO, but given the EG positives on her aspirate, it was thought that may be a contaminant. She was encouraged to take a course of Xifaxan and possibly rotating antibiotics.

A CT of the abdomen and pelvis dated 07/30/2021 noted postoperative changes of ileocecostomy with no evidence of bowel obstruction or other acute finding in the abdomen or pelvis.

The assessment and plan summary dated 08/17/2021 indicated the claimant was being seen for abnormal weight loss, pain in unspecified joint, chronic pain, unspecified osteoarthritis, unspecified abdominal pain, fibromyalgia, irritable bowel syndrome with diarrhea, chronic fatigue, anxiety disorder, and Lyme disease. She had prescriptions for Diflucan 100 mg tablets, Zandra 5%, and doxycycline hyclate 100 mg capsules. The claimant was advised to start liposomal myositis with 1 pump per day and gradually increasing to 3 pumps per day to be taken on empty stomach. She would continue with SBI protection and BCH soothe.

The encounter note dated 09/15/2021 indicated the claimant last felt well in November 2019. She was relatively high functioning until 2 years prior to being seen when she endorsed aches, pain, and fatigue. Her symptoms also included diarrhea and pale stools, indicative of irritable bowel syndrome. She trialed various medications with current symptoms consisting of shooting pains in the hands, feet, insomnia, anxiety, and palpitations along with headaches, bloating, and diarrhea. He had a history of CMV, PNA, recurrent bronchitis, and recurrent respiratory infections. She had mild SCL–70 antibodies. She reported low-grade fevers of 99.7 once a week with sometimes left lymph node swelling. She reported constant fatigue and aching with pain in the hands on the right greater than the left causing difficulty writing, difficulty bending her fingers, along with tinnitus and burning mouth syndrome. She claimed to be sleeping 8-10

hours per night but claimed to have trouble falling asleep. She also endorsed snoring and claimed to not feel rested upon awakening. She did not have insomnia and did not utilize sleep aids. Exercising consisted of yoga and pelvic floor dysfunction exercises.

The virtual visit note dated 10/04/2021 was to the claimant's diagnoses of unspecified diarrhea, disorder involving the immune mechanism, Gammaherpesviral mononucleosis without complication, unspecified fever, chronic fatigue, and mast cell activation. The claimant was advised to see ENT to do a deeper culture and assess for chronic sinus infection.

The encounter note dated 10/04/2021 stated that the reason for visit was remedies CIRS and put Sjogren's in remission without going on immunosuppression medicine. Current symptoms included shooting pains of the hands, feet, insomnia, anxiety, palpitations, headaches, bloating, and diarrhea. She did have a history of CMV, PNA, recurrent bronchitis, and recurrent respiratory infections with mild SCL–70 antibodies. She endorsed low-grade fevers of 99.7 once a month was sometimes left lymph node swelling, constant fatigue and aching, right greater than left hand pain with difficulty writing, difficulty bending the fingers, along with tinnitus, and burning mouth syndrome. She claimed to feel overall worse it was better in the last week for several days with a low-grade fever and fatigue and SIBO symptoms returning. She was on disability and indicated that her husband had COVID and was in a hotel. She had tested negative herself. The assessment indicated that the claimant found mold in her basement again and she endorsed minimal exposure whereupon 2 days later she endorsed a flare of gout symptoms to include bloating, frequent bowel movements, and was bedbound with fatigue and a low-grade fever. She was negative for COVID with testing showing immune dysregulation with strep pain unfortunately 23 low, but also IgM plus Bordetella. She was advised to get a Pneumovax she was advised to start Claritin 5 mg twice a day, and if no effect in a week, increase to 10 mg twice a day.

The lab report dated 10/05/2021 noted be pertussis IgG AB and 1.48, and B pertussis IgM AB at 2.1. Her EBV AB VCA, IgG was 205.0, with EBV early antigen AB, IgG at 30.4. The EBV AB VCA, IgM was 140.0.

The clinical note dated 10/05/2021 indicated the claimant was seen for a checkup. The impression was of Sjogren's and fatigue. Some of the handwritten notes were illegible and unable to be deciphered.

The progress notes dated 10/18/2021 stated the claimant was being seen for nausea, bloating, and fecal urgency. Since her last visit, the claimant underwent EGD and colonoscopy on 07/07/2021 with duodenal aspirate, which was notable for SIBO. Biopsies of the small bowel, stomach, and colon during her testing were normal with no significant inflammation or evidence of celiac. She responded to treatment for SIBO with positive spots after 2 weeks, but then not much improvement thereafter. She continued to experience bloating, reported bulky stools, and was having 2-4 bowel movements a day. Her gas had improved but her stools still floated. She reported urgency and bouts of fatigue that were incapacitating. She reported significant itching

and was being worked up for mast cell activation syndrome. Her weight increased by about 10 pounds since the summer with claims that she was on a very specific diet prescribed by her physician in New York. Her labs reflected reactivation of EBV and she was positive for IgG for chlamydia pneumonia. Under the review of systems, the claimant was positive for fatigue and abdominal distention. Her examination was otherwise unremarkable with a soft abdomen. There were no suspicious findings malignancy in either breast, although bilateral cysts were noted. The assessment at that time was abdominal distention with small intestinal bacterial overgrowth and altered bowel habits. The claimant was placed on hyoscyamine 0.125 mg tablets to be taken 1 tablet orally 4 times a day before meals and at bedtime as needed. She was start fiber supplements to improve the bulky stool and improve consistency. She would also trial antispasmodics to help with urgency and frequency and consider treatment of SIBO in the future.

The claimant underwent a 10-minute lean test on 10/20/2021 which noted that her supine pulse slightly elevated after 2 minutes while her standing pulse remained elevated with a high of 129, and remained in the 110s to 120s for the full 10 minutes.

The office visit note dated 11/05/2021 stated the claimant was seen via audio/telehealth. She had not been seen since May and reported with some new diagnoses. She had small intestinal bacterial overgrowth (SIBO), reactive acute Epstein-Barr virus, and mast cell activation syndrome. She would be evaluated for Bartonella next and is on a new treatment regimen with a high-dose antihistamine and proton pump inhibitors and was doing better. She reported no more scalp itching and her other skin symptoms were much improved with less bruising and dermatographia. She was using other supplements that her gastrointestinal physician recommended and claimant her gut symptoms were improving. Her house had not been cleared of mold and she was still dealing with other factors, which were impacting her health. She was hesitant to start hydroxychloroquine for her CTD as she felt immunosuppression was to be avoided.

The virtual visit note dated 11/08/2021 stated that the claimant was assessed for a disorder involving the immune mechanism, gammaherpesviral mononucleosis that complication, chronic fatigue, and mast cell activation. The document reference to the claimant having fatigue and physician wondered if there was some level of deconditioning at play. This was because the claimant felt well after exercising. It was determined that the claimant had POTS based on a tilt table testing and the NASA lean score. The physician advised the claimant to increase fluids and electrolytes to least 3 L of water, use electrolyte tablets and a lot of salt along with compression plates.

The progress notes dated 11/29/2021 stated the claimant presented with bilateral hand aching and locking up, which occurred at work. She endorsed burning and tingling with the index fingers the worst. Electromyography was normal, with the claimant endorsing burning and tingling at night. She was 70% better after her second injections and endorsed positive splinting with symptoms for a year. She was awake, alert and in no distress without anxiety. She had positive left Tinel at the carpal tunnel with muscle strength 5/5 and range of motion full. She had

stability in all digits through arc of active range of motion bilaterally with sensation to light touch normal in the medial, radial, and ulnar distributions. The physician stated that initially, bilateral carpal tunnel syndrome was present, but since then, several electromyography's did not show carpal tunnel syndrome. The physician stated that the claimant had bilateral carpal tunnel syndrome and failed to respond to bracing. She received an injection of lidocaine 1% with betamethasone acetate–betamethasone sodium phosphate 18 mg to the bilateral volar wrists.

The clinical note dated 12/02/2021 noted the claimant's vital signs were stable. Documented that the claimant needed suture removal from the left thigh.

The progress notes dated 12/15/2021 stated claimant was seen for a follow-up regarding urgency, bloating, and nausea. She was avoiding sugar, dairy, gluten and complained of foul-smelling gas. She was having 5-7 bowel movements a day, described as formed. She described bloating in the abdomen for symptoms embarrassing her the claimant afraid to go out. She stopped exercising due to fatigue, which she attributed to reactive mononucleosis, diagnosed in the summer. And to the review of systems, the claimant was positive for abdominal distention. On physical examination, there is no distention noted and her abdomen was soft. No other abnormalities were noted. The plan was for the claimant to start fiber Y supplements as a probiotic, restart Xifaxan for SIBO, and use hyoscyamine for cramping.

The restrictions form dated 12/21/2021 stated the claimant endorsed extreme fatigue, uncontrollable diarrhea with fecal urgency, occasional foot pain, and joint pain. She had a diagnosis of POTS, Sjogren's, SIBO, mononucleosis, and mast cell activation. The physician indicated that restrictions were imposed from previous to 06/30/2022. She had an estimated return to work date set for 06/30/2022 with treatment consisting of medication due to unresponsive symptoms. Some of the handwritten notes were illegible and unable to be deciphered.

The encounter note dated 12/29/2021 stated the claimant had a disorder involving the immune mechanism, gammaherpesviral mononucleosis without complication, chronic fatigue, mast cell activation, and abnormal weight gain. Prescriptions included progesterone micronized capsule 100 mg with the indication that she had 2 more weeks ago with Xifaxan.

The progress notes dated 01/12/2022 stated the claimant was seen for follow-up of neck pain. She was last seen for neck, arm, back, leg pain with weakness in July 2020. She claimed to be having a difficult time since her last visit with known severe cervical stenosis at C4-C5, C5-C6, and C6-C7. She has had to have displaced narrowing at multiple levels and collapse at C5-C6 due to multilevel degenerative changes. She was not interested in pursuing surgery and wanted to try some "diagnostic therapies." The document indicated that another physician informed the claimant that she needed cubital versus carpal tunnel release. She was not interested in pursuing surgery for that either. She complained of pressure in the occipital cervical region and claimed to have a couple of episodes of clumsiness and tripping upstairs. On physical examination, the claimant's vital signs were relatively stable. She was in no acute distress, had a normal

appearance, was well-developed, not ill-appearing, not toxic appearing, or diaphoretic. She had tenderness to the bilateral occipital cervical region to palpation but had normal range of motion and was neurologically intact. She claimed have some numbness and tingling in the arms, particularly on the left in the last 2 fingers and the left middle finger. She had no conservative treatment thus far in regard to her spine and was aware that a previous cervical MRI had revealed multilevel cervical stenosis with some severe foraminal narrowing. The position recommended cervical occipital blocks with the possibility of moving toward radiofrequency ablation. She would try outpatient physical therapy to work on cervical, lumbar, and core strengthening. She will be reevaluated in 6 months with a reminder that any worsening of arm pain, weakness in the upper or lower extremities, or recurrent tripping or falls may all be indicators of the cervical stenosis had worsened.

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

No impairing diagnoses were identified.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s).**

Carpal tunnel syndrome (G560), POTS (427.89), Sjogren (M35.00), Mononucleosis (B27.90)

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from August 1, 2021 to present and comment on the expected duration. Anticipated through change in definition of disability August 4, 2022?**
**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the supportive level of impairment does not translate into restrictions and limitations from 08/01/2021 to present and beyond for any duration. While records indicated that the claimant had a history of Sjogren, with reports of various aches and pains, gastrointestinal issues, possible carpal tunnel syndrome, cervical stenosis, POTS, and mononucleosis, the treating physician did not elaborate on how any of these diagnoses and/or symptoms were specifically affecting the claimant's ability to function on a daily basis. There were some reports of fatigue, slight reduction in range of motion of the neck as noted on 07/27/2021, with varying reports of uncontrollable diarrhea, bloating, and flatulence. However, aside from some reports that fatigue could be debilitating, there was no supporting evidence that the conditions individually or in combination were impairing the claimant from completing activities of daily living or work-related duties. The physician will need to elaborate further on how each of these conditions were affecting the claimant and preventing her from working in any capacity.

Previously, it was determined that the claimant required total restriction from August 2020 with an evaluation to be conducted by 03/15/2021 due to a new diagnosis of Sjogren's syndrome. The total restrictions were then extended until 08/01/2021 to allow for the submission of additional documentation to support the need for ongoing restrictions and/or limitations. However, based upon the currently provided information, while it was noted that the claimant continued to treat symptoms of Sjogren, the medical evidence did not support that the claimant was significantly impaired because of these conditions. She reported fatigue and claimed to have low-grade fevers from time to time, but did not elaborate on how these symptoms were preventing her from completing activities of daily living or work-related duties.

Initially, while the claimant was reportedly diagnosed with POTS, based on a tilt table test and the NASA lean score on 11/08/2021, there were no other records supporting that this condition was causing significant dysfunction. Therefore, the claimant did not require restrictions or limitations because of POTS. The mast cell activation diagnosis likewise was not found to have caused impairments. The small intestinal bacterial overgrowth (SIBO) was also not impairing. While the claimant reported episodes of uncontrollable diarrhea with fecal urgency, this was not found to be occurring on a routine basis requiring restrictions and limitations. As for mononucleosis (reportedly diagnosed in the summer), the treating physician did not specify that this was causing the claimant difficulties in functioning. Therefore, while Sjogren's will likely require treatment for flareups, the provided documentation did not elaborate on how this condition was specifically affecting the claimant on a daily basis and preventing her from engaging in the work environment. The treating physician did not indicate that the claimant needed to work on a part-time basis or could work full-time with or without work restrictions and/or limitations. The treating physician will need to provide a breakdown of what diagnoses were causing the claimant impairments and specify how they affected her ability to use her upper and lower extremities, her spinal regions, her cardiovascular function, her cognition, etc. Peer-to-peer has been unsuccessful and in order to gain a better perspective regarding how the claimant functions throughout the day, until the treating physician can provide this information, there was no support for impairments at this time.

**4. Do medical records support any R Ls that were recommended by treating providers for the timeframes in question?**

The medical records do not support any R/L's that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the provider and/or followed by the claimant was clinically reasonable and consistent with the apparent level of severity for the reported conditions.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

There were no nonmedical circumstances identified in the medical records that may adversely impact work.

**7. Does claimant have sustained sedentary occupational capacity as outlined below?**
**S-Sedentary Work Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body.**
**Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met.**
**If not, is it anticipated that claimant would regain sustained sedentary capacity? If so, within what timeline/duration?**

The claimant has at least sustained sedentary occupational capacity if not more.

**8. Please initiate AP contact to clarify any significant areas such as diagnosis, R Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**
**Dr. Steven Stern (Rheumatology) (502) 583-5836**
**Dr. Pamela Yee (Integrative Medicine) (914) 652-7800**
**Dr. Gregory Potts (PCP/IM) (502) 240-5900**

**AP CONTACT:**

I called the number listed (502-583-5836) on 2/25/22 at 12:07pm CST spoke with Stephanie and left a message for a returned phone call.

I called the number listed (502-583-5836) on 03/02/22 at 11:13am CST spoke with Stephanie and left a message for a returned phone call.

I called the number listed (914-652-7800) on 2/25/22 at 12:12pm CST and left a message for a return call on the general office voicemail.

I called the number listed (914-652-7800) on 03/2/22 at 11:15am CST and left a message for a return call on the general office voicemail.

I called the number listed (502-240-5900) on 2/25/22 at 12:14pm CST and left a message on Dr. Potts' voicemail.

I called the number listed (502-240-5900) on 03/03/22 at 11:18am CST and left a message on Dr. Potts' voicemail.

Oluyemisi Awobokun, M.D.
Board Certified Internal Medicine
Board Certified Rheumatology
License: MD.36446 AL
License: M2252 TX
License: MD60732577 WA

**From:**Monashkin, Wendy <Wendy.Monashkin@genexservices.com>
**Sent:**Mon, 7 Mar 2022 19:39:33 +0000
**To:**VendorReferrals
**Subject:**K. Fox Claim #10310112
**Attachments:**Addendum_7287840BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi,
Attached is the Addendum and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.
Thanks for the referral,

**Wendy Monashkin**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 877-643-9463
**F**: 561-392-5881
**Access our portal at:** View My Cases

urac
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 13301**

**Date** **3/7/2022**

***ill o***

**eat er Buss**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 10310112
**Date of Loss:** 2/4/2020
**ECN #** 166473-4
**Account #**

**Claimant** Keeta Fox

| | | |
|---|---|---|
| 2/25/2022 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Oluyemisi O Awobokun, MD<br>Specialty: Rheumatology | $860.00 |

**SubTotal** $860.00

**Final Invoice Total** $860.00

***e it o***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**From:**Doherty Cella Keane & Associates LLP <ssdilaw@dcklaw.com>
**Sent:**Thu, 24 Feb 2022 15:43:57 +0000
**To:**Buss, Heather
**Subject:**Re: Claim 10310112, Keeta Fox - Update of status?

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

The reconsideration claim was filed on 8/20/21. That claim is currently pending. Thanks.

Doherty, Cella, Keane & Associates, LLP
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com
*******************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
*******************************************************************

**From:** Buss, Heather <Heather.Buss@lfg.com>
**Sent:** Thursday, February 24, 2022 10:39 AM
**To:** Doherty Cella Keane & Associates LLP <ssdilaw@dcklaw.com>
**Subject:** Claim 10310112, Keeta Fox - Update of status?

Hello,

Please provide an update on the SS app file status for Keeta Fox.

Thank you,



Heather Buss
LTD Technical Specialist II
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

800.291.0112 Office
Extension 13968

LincolnFinancial.com

Follow us on:




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Heather Buss
Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112 x13968
Fax: (603) 334-8042

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | PAPA JOHN'S INTERNATIONAL, INC | Date Sent: | 2/24/2022 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | KEETA R FOX | Claim #: | 10310112 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 2/4/2020 |
| Zip: | | Primary Diagnosis: | Sicca syndrome [Sjogren] |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Rheumatology | Physician: Phone/Fax | Dr. Steven Stern |

Referral Questions:

Vendor Chosen: Exam Coordinators - ECN

Claimant Name: KEETA R FOX

# Lincoln Financial Group - Independent Evaluation

## Peer Review

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).
2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s).
3.Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from August 1, 2021 to present and comment on the expected duration. Anticipated through change in definition of disability August 4, 2022?
a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.
4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?
5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?
6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?
7. Does claimant have sustained sedentary occupational capacity as outlined below?

S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

If not, is it anticipated that claimant will regain sustained sedentary capacity? If so, within what timeline/duration?

8. Please initiate AP contact to clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:

Dr. Steven Stern (Rheumatology) ph (502) 583-5836, fx (502) 583-2266

Dr. Pamela Yee (Intergrative Medicine) ph (914) 652-7800, fx (914) 652-7795

Dr. Gregory Potts (PCP/IM) ph (502) 240-5900, fx (502) 240-5905

Instructions For Vendor:

Claimant Name: KEETA R FOX

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please refer to Dr.Oluyemisi Awobokun for review as completed prior review and addendums in 2021.

Attorney Information (if applicable):

Claimant Name: KEETA R FOX

**From:**Buss, Heather
**Sent:**Thu, 24 Feb 2022 16:17:30 +0000
**To:**Keeta Fox
**Subject:**RE: LTD Claim 10310112 - Updates re: records

Hi Keeta,

I hope you are well!

Just confirming that we received the requested medical records and I have referred your file for medical review to assess for ongoing impairment and restrictions. I anticipate that the review and provider contact will take 3 to 4 weeks to complete.

Thank you,



Heather Buss
LTD Technical Specialist II
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

800.291.0112 Office
Extension 13968

LincolnFinancial.com

Follow us on:




---

**From:** Keeta Fox <
**Sent:** Tuesday, February 8, 2022 5:24 PM
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Re: LTD Claim 10310112 - Updates re: records

Hi Heather

Just got a message from Dr. Yee's office the person who pulls all the files together has been out sick so when she comes back she's got a make sure she pulls the records for you and send them to you in the meantime if you need anything else or have any questions you can give me a call thanks

Keeta Fox

Sent from my iPhone

On Feb 2, 2022, at 3:13 PM, Buss, Heather <Heather.Buss@lfg.com> wrote:

Hi Keeta,

That is correct…we have received all your updated forms.

Thank you,

| | | | |
|---|---|---|---|
| <image001.png> | **Heather Buss**<br>LTD Technical Specialist II<br>Lincoln Financial Group<br>PO Box 2578<br>Omaha, NE 68172-9688 | 800.291.0112 Office<br>Extension 13968<br><br>LincolnFinancial.com | Follow us on:<br><br><image002.png><br><br><image003.png><br><br><image004.png><br><br><image005.png><br><br><image006.png> |

<image007.png>

---

**From:** Keeta Fox <
**Sent:** Tuesday, February 1, 2022 4:36 PM

**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Re: LTD Claim 10310112 - Updates re: records

Hi Heather I'm just confirming you've got all my updated questionnaires and forms here just looking for medical records now is that correct thanks

Sent from my iPhone

On Jan 31, 2022, at 2:08 PM, Buss, Heather <Heather.Buss@lfg.com> wrote:

Thanks again Keeta! I appreciate your help.

| | | | |
|---|---|---|---|
| <image001.png> | **Heather Buss**<br>LTD Technical Specialist II<br>Lincoln Financial Group<br>PO Box 2578<br>Omaha, NE 68172-9688 | 800.291.0112 Office<br>Extension 13968<br><br>LincolnFinancial.com | Follow us on:<br><br><image002.png><br><br><image003.png><br><br><image004.png><br><br><image005.png><br><br><image006.png> |

<image007.png>

---

**From:** Keeta Fox <
**Sent:** Monday, January 31, 2022 1:39 PM
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Re: LTD Claim 10310112 - Updates re: records

Ok. I sent the office admin a reminder to send. Thanks

Sent from my iPhone

On Jan 31, 2022, at 12:40 PM, Buss, Heather
<Heather.Buss@lfg.com> wrote:

Thanks for confirming Keeta! I have added the summaries provided to your file and will continue to follow up on the actual office visit notes with the doctor's office.

Kind regards,

| | | | |
|---|---|---|---|
| <image001.png> | **Heather Buss**<br>LTD Technical Specialist II<br>Lincoln Financial Group<br>PO Box 2578<br>Omaha, NE 68172-9688 | 800.291.0112 Office<br>Extension 13968<br><br>LincolnFinancial.com | Follow us on:<br><br><image002.png><br><br><image003.png><br><br><image004.png><br><br><image005.png><br><br><image006.png> |

<image007.png>

---

**From:** Keeta Fox <
**Sent:** Monday, January 31, 2022 12:31 PM
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Re: LTD Claim 10310112 - Updates re: records

Ok. Thanks. I do not have access to anything other than the summary.

Sent from my iPhone

On Jan 31, 2022, at 12:26 PM, Buss, Heather <Heather.Buss@lfg.com> wrote:

Hi Keeta,

I have received the attached visit summary for Dr. Yee. The summary does note that it may not show the doctor's notes or specific documentation, so in the interest of ensuring we have the most accurate information, I would recommend that we obtain the actual office visit notes. We'll continue to follow up for those records. If you do have access to the actual office visit notes through portal, please fee free to send them.

If you would like, you can also send additional summaries, but as advised above, they may not contain complete information.

Thanks for your assistance!

Kind regards,


<image001.png>

**Heather Buss**
LTD Technical Specialist II
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

800.291.0112 Office
Extension 13968

LincolnFinancial.com

Follow us on:

<image002.png>

<image003.png>

<image004.png>

<image005.png>

<image006.png>


<image007.png>

**From:** Keeta Fox <
**Sent:** Monday, January 31, 2022 9:23 AM
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Re: LTD Claim 10310112 - Updates re: records

Sorry about duplicate. This should be latest from Dr Yee. If this format is acceptable let me know and I can send the other appts. Thanks

Keeta Fox

On Mon, Jan 31, 2022 at 9:10 AM Buss, Heather <Heather.Buss@lfg.com> wrote:

Hi Keeta,

The attached records is actually a duplicate of the 1/12/22 office visit note with Laura Tudor. There is no record from Dr. Yee.

Thank you,

| | | | |
|---|---|---|---|
| <image001.png> | **Heather Buss**<br>LTD Technical Specialist II<br>Lincoln Financial Group<br>PO Box 2578<br>Omaha, NE 68172-9688 | 800.291.0112 Office<br>Extension 13968<br><br>LincolnFinancial.com | Follow us on:<br><br><image002.png><br><br><image003.png><br><br><image004.png><br><br><image005.png><br><br><image006.png> |

<image007.png>

**From:** Keeta Fox <
**Sent:** Tuesday, January 25, 2022 2:34 PM
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Re: LTD Claim 10310112 - Updates re: records

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

HI Heather
Here is the most recent appt from Dr Yee. She has diagnosed me with the following:
Mast Cell Activation Syndrome
Reactivated Epstein Barr

If this type of visit summary is helpful I will send you the previous appointment summar. Just let me know. Thanks.

Keeta Fox

On Tue, Jan 25, 2022 at 1:11 PM Buss, Heather <Heather.Buss@lfg.com> wrote:

> Hi Keeta,
>
> I hope you are well!
>
> I reviewed your file today as we are the 45th day from the date of our initial request for records. We are missing the following information:
>
> - Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 9, 2021 to present from Dr. Pilkington
>
> - Office treatment notes, test results, operative reports, prescription histories, and treatment plans

from October 1, 2020 to present from Dr. Brown. and Dr. Villaneuva

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2021 to present from Dr. Yee

We will continue to follow up for the above records and ask that you also contact your providers to ensure they provide the requested records for your claim file. As a reminder all records are due by February 19, 2022. I have also sent you a letter confirming this information as well.

Please reach out with any questions or updates.

Thank you,


| | | | |
|---|---|---|---|
| <image001.png> | **Heather Buss**<br>LTD Technical Specialist II<br>Lincoln Financial Group<br>PO Box 2578<br>Omaha, NE 68172-9688 | 800.291.0112 Office<br>Extension 13968<br><br>LincolnFinancial.com | Follow us on:<br><br><image002.png><br><br><image003.png><br><br><image004.png><br><br><image005.png><br><br><image006.png> |


<image007.png>

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary

information, which is privileged, confidential,
or subject to copyright belonging to the
Lincoln National Corporation family of
companies. This E-mail is intended solely for
the use of the individual or entity to
which it is addressed. If you are not the
intended recipient of this E-mail, you are
hereby notified that any dissemination,
distribution, copying, or action taken in
relation to the contents of and attachments to
this E-mail is strictly prohibited
and may be unlawful. If you have received this
E-mail in error, please notify the
sender immediately and permanently delete the
original and any copy of this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its
attachments may contain
Lincoln National Corporation proprietary information,
which is privileged, confidential,
or subject to copyright belonging to the Lincoln National
Corporation family of
companies. This E-mail is intended solely for the use of the
individual or entity to
which it is addressed. If you are not the intended recipient
of this E-mail, you are
hereby notified that any dissemination, distribution,
copying, or action taken in
relation to the contents of and attachments to this E-mail is
strictly prohibited
and may be unlawful. If you have received this E-mail in
error, please notify the
sender immediately and permanently delete the original and
any copy of this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may
contain
Lincoln National Corporation proprietary information, which is
privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation
family of
companies. This E-mail is intended solely for the use of the individual
or entity to
which it is addressed. If you are not the intended recipient of this E-
mail, you are

hereby notified that any dissemination, distribution, copying, or action
taken in
relation to the contents of and attachments to this E-mail is strictly
prohibited
and may be unlawful. If you have received this E-mail in error, please
notify the
sender immediately and permanently delete the original and any copy of
this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged,
confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

# Lincoln Financial Group Investigation Referral

Requested By: Heather Buss
Disability Claims
P.O. Box 49470
Charlotte, NC 28277-9470
(800) 291-0112 x13968

**Return Report to: VendorReferrals@lfg.com**

Customer Name: PAPA JOHN'S INTERNATIONAL, INC

Date Sent: 2/23/2022

Funding type: FI: YES ASO: NO

Coverage Type: STD: NO LTD: YES

Claimant Name: KEETA R FOX

Claim #: 10310112

Claimant Address:

Claimant SSN:

Claimant DOB:

City:

Claimant Tel. #:

State:

Date of Hire: 7/5/1993

Zip:

Date of Disability: 2/4/2020

Gender: FEMALE

Injury/Illness: Sicca syndrome [Sjogren]

Marital Status: M

Job Description: SR. VICE PRESIDENT FINANCE.

No. of Dependents: 0

Claimant's Physical Description: 55 yo female, blonde, short/med length hair, light eyes, med height, slim build

---

Describe Reason For Referral:

Verify activity level - ee noted to be caring for disabled mother

Instructions For Vendor:

Vendor Chosen: CoventBridge

Please set up 2 to 3 days surveillance around claiman'ts spouse's birthday on 4/9/22 - preferrably Friday/Saturday/Sunday - day before, day of, day after. If no active, can discontinue after 2nd day. Vary start times, initial day at 7am.

ReleasePoint

**Medical Record Overview**

**Date:** **February 14, 2022**

**Patient Name:** FOX, KEETA

**Records From:** Dr. Pamela Yee
34 RYE RIDGE PLAZA
Rye Brook, NY 10573
(914) 652-7800

**Request Scope:** From January 1, 2021 to Present

**Chart Range:** 09/15/2021 - 12/29/2021

**RP ID:** 8805161

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** H Buss
H Buss

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Sep 15 2021 | Dec 29 2021 | 43 | 2 |

**Total Page Count:** 43

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service.

blūm
center for health™
www.blumcenterforhealth.com

Blum Center for Health
34 Rye Ridge Plaza
Rye Brook, NY 10573
Tel: (914) 652-7800
Fax: (914) 652-7795

# ENCOUNTER(S) FOR KEETA FOX

| Patient Info | Patient Address |
|---|---|

**Name**: Keeta Fox
**DOB**:
**Phone**:

## Followup #3

**Signed by Pamela Yee. Date of service: 12/29/2021**

ZOOM INFORMATION

SESSION START TIME:2:30
SESSION END TIME:4
LOCATION OF PATIENT: Kentucky
LOCATION OF PROVIDER: ny
NAMES OF PERSONS PARTICIPATING IN THIS VISIT: pt

REASON FOR VISIT

Remedy CIRS and put Sjogrens in remission without going on Immuno Suppressant Medicine

Last time felt well: Nov 2019
Change in health triggered by: Guessing stress from work and mold in house
Worse with: Eating; being in the cold; trying to do strenuous exercise or activity
Better with: Being outside; being in the sun; Mild exercise; sleeping; back and leg scratches from my husband
How do you spend your days? 12 hours in bed; 1 hour Pelvic Floor Dysnfunction therapy; 1 hour DNRS training; helping my mom who is disabled; 1/2 Walk or other exercise; working in my yard; house cleaning chores; cook a simple meal a few days a week; 4 or 5 hours of TV

------------------------------------------------------------
HPI

From DG - decided to return to another dietician. Doctor hopping. High functioning woman until 2 years ago - then aches pain and fatigue. CFO of Papa Johns. Gut symptoms with foul diarrhea, pale stools - IBS. Linzess bad diarrhea. No improvement. Went to functional med - APRN - mold and 2 remediations and herbs also to Mayo and Cleveland functional clinic - got all different things. Mayo said in her head. Cleveland said LD. But Cleveland reg med said no. Igenex pos and now on doxy 4 weeks now and biocidin but not better. GPL fine on repeat?
-tried SIBO diet - no improvement
-EBV reactivated.
-during gut crises: worsening pain and ER dx with torsion/obstruction and resected bowel so now short bowel and major GI surgery.

current sx: shooting pains in hands, feet, insomnia, anxiety, palpitations, HAs bloating and diarrhea.

h/o CMV, PNA, recurrent bronchitis, recurrent respiratory infections
Has mild SCL-70 antibodies.
------------------------------------------------------------

Was functional before 2 years ago 60-80 hours a week until June 2019 then worse by Dec/Feb 2020 when hands locked up and could no longer type. Felt shockgin type symptoms and went on disaability.

NOW
1. low grade fevers 99.7 once a week with sometimes left LN swelling
2. Constant fatigue and aching.
3. Hand pain R>L hard to write, hard to bend your fingers first 2 fingers and thumb
4. TINNITUS since her 20's
5. Burning Mouth Syndrome - started age 50, mneopause used to be triggered by acidic but now a lot of things cause that sensation. Feels it qod now and worse.

GUT
-SIBO and duod culture and post Xifaxan

CANDIDA
-15 years ago had vaginal yeast infection found to have Candida Glabrata and also had oral thrush last 2 years

AUTOIMMUNE
-Dx with Sjogrens and confirmed with MayoClinic

MOLD
-has multiple remediation of the basement, currently still had mold. Awaiting the next steps. Husband does not believe on mold as an illness.
-doing DNSR for 1 month only.

OTHER
1 Reactivated EBV
2. POTS - tried a lot of water and salt but became intolerant.
3. RASHES - itchy scalp dermatitis which was biopsied, dermatographia (has a dermatologist she likes)
4. SMALL FIBER NEUROPATHY - performed by U of L neurology.
5. CANDIDA - oral thrust since 2018 but vaginal canidida 15 years (sees uro-gyn) last time clear
6. BRUISING - clotting disorders r/o, it is tender 10-20 at a time.
7. Urinary Sx - frequency, incontinence. Urine odor.

ROS
-denies hyperflexibility, not flexible person. Rhinitis

plan
malabsorption testing = stool chymotrypsin ??
restain colon/EGD mcas ; repeat Marcons
Nasa Lean test.

----------------------------------------------------------
MEDICAL FOLLOWUP #1 - 10/4/21
VIDEO OR PHONE CONSULT INFORMATION

SESSION START TIME:9
SESSION END TIME:10:15
LOCATION OF PATIENT:ky
LOCATION OF PROVIDER:ny
NAMES OF PERSONS PARTICIPATING IN THIS VISIT:pt

8/2020 Microbiology Dx - Marcons POS, Enterbacter+, Klebsiella+, Biofillm 1+, no mold/yeast - did EDTA/Silver

9/2021 - Labcorp - 14/23 Strep Pneumo [L], IgG Subclasses ok, IgE 5 [L], MMR ok, B Pertussis igM [H], IgG neg, CMV IgG and IgM neg, tryptase 3.5, MBL ok, zinc 74, H Flu iGG neg, CMV PCR neg, Histamine ok, CH50 [H], Mg 4.9, Serotonin 8, Prostagladin D2 15 [L]

**restaining of EGD/Colonscopy CD117 - Duodenum (TI) 40
Stomach 25

Lg intestine 60
Transverse Colon 35. No spindle or cluster shape.
-no mast cells found on skin biopsies.

OVERALL - feeling worse and bed ridden last week for several days with low grade fever and fatigue and SIBO sx returned (frequent BMs 5 times, floating, undigested food, bloating after eating looking 3-4 months pregnant, gas increase.). Does flare before this. Had felt pretty good before this and when she took the testing. Feels she has mast cell issues. NOW better in the last day or so.
Husband has COVID and in a hotel. She tested neg.
-still on disability. Needs to share this with Mayo clinic. Her GI is at Mayo.

MOLD
More mold was found in the basement by inspector in 3 rooms. And she removed some of the items downstairs - 2 days after felt ill. Room with Xmas decorations - minimal exposure. Remediation company coming this wednesday. Remediated twice already. Feels the rooms were missed.
-has already researched Dr Weinstock.

IMMUNITY
-saw immunologist in past - Dr Sublette bc she kept getting sick. he does not believe in CIRS and mold issues.

ENT
-sinus congestion, runny nose clear, severe ear wax malodorous - uses nasal irrigation
-tinnitus bilateral (since Feb 2019)
-feels that she smells in general in the last year and a half like BO, like she is secreting "disgusting stuff" bc she is sensitive to all smells just in the last 2 years. Everything is fragrance free - nauseated.

HRT -
went on this a year ago. HRT and symptoms not improved.

Plan
calrify HRT, yeast tx past
mast cells. NASA?
?immune - pertussis, 23strep, IgE
Pg2 - exacerbates allergic inflammation and mast cell hyperplasia
labs - 2,3 dinor etc urine prostagladin D2 and missing labs/.'
pending Marcons
GSH -
H1 and h2 blocker.
--------------------------------------------------------
MEDICAL FOLLOWUP #2 - 11/8/21
VIDEO OR PHONE CONSULT INFORMATION

SESSION START TIME:230
SESSION END TIME:345
LOCATION OF PATIENT:FL on vkay
LOCATION OF PROVIDER:NY
NAMES OF PERSONS PARTICIPATING IN THIS VISIT: pt

Labs
10/5/21 - Labcorp - Candida IgG POS], Candida IgA[POS], B Pertussin IgM [POS] , tryptase 4.6, EBV IgG 205 VCA [H], EBV EA IgG 30 [H], EBV VCA IgM 140 [H], IL-6 ok, ESR 18, , CRP ok, ANA . MHPG urine?? (error), prostagladin D2 179 (no reference range)
Free estradiol 0.37 L], estradiol 37, progsterone 1.2,
HIV, Hep B,C neg, HSV1 igG [H]
EBV PCR neg

NASA LEAN - positive pulse change to over 30

OVERALL - feeling better and not sure why. Think H1 and H2 blockers are helping.
In Fl now for 1.5 weeks. Functions fine but not as active as she used to. Eats out most nights. Some cooking. Used to run. Sleeping till 9 and lazy till noon. DIdn't have the TLab kit for the dermatologist.

SKIN
-Discussed with derm - he wants to add on Allerga to the Claritin and pepcid to address the dermatographia bc of the itching and bruising. The addition of this did not do much more than the Claritin
-last night tested with glass of wine rose. Was not good - triggered - slept till 2-3 then awake and stomach bothering her.

HORMONES
-patches stopped bc not working based on the blood testing

MCAS
-itching is much reduced and no rash now for a month and bruising is much better as well.

GUT
Still a problem area - stools vary, smaller pieces. Sometimes floating and bulky and sometimes more gas. Like SIBO from the duodenal culture.
NOW - bloating is the most constant, bad gas comes sometimes and stools are not regular (they change shape and color). SIBO likely still.

FATIGUE
-still one of her other primary symptoms - July was bedridden - better since then but not back to normal. Now 5/10 fatigue (worse in July at a 9/10).
-first 20 min after waking just getting mobile again, stiff joints. And then not motivated.
-If naps will lose the whole day and will be exhausted for hours after that. When cleans house feels better.
-Tried riding bikes for a few miles - felt good after, walked around, feels better being outside. Did not feel drained. Fatigue since 3/2020

CARDS
-strong family history - Dad at 61 had CABG, died 70's
-cardilogy said its perfect - CAC=0

DIET
-organic clean, less red meat, some poultry, low histamine
-gluten and dairy free for 1+ year
-see diet.
-gaining weight quickly on paleo diet, lower carb. Good weight is 138-140.

OTHER
-still to do the Tlab tests and waiting on the Marcons kit. To do when she gets home.
-ENT had to cancel her appt.
-Did Pneumovax 4 weeks ago
-Lipids - LDL 132, HDL 122 and pt worried.
-didn't work well with Vicky
-Question - husband has BPH, Annual mammo and pap were ok but has dense breast tissue. cystic breasts. No good bactiera at all. Laveena and boric acid caps. I would

--------------------------------------------------------
MEDICAL FOLLOWUP #3 - 12/29/21

VIDEO OR PHONE CONSULT INFORMATION

SESSION START TIME:332
SESSION END TIME:4:25
LOCATION OF PATIENT:ky
LOCATION OF PROVIDER:ny
NAMES OF PERSONS PARTICIPATING IN THIS VISIT: pt

Labs
11/2021 - TLab - indeterminate Bartonella
Labcorp strep pneumo good response

OVERALL - since last visit early Nov - went to FL few weeks and came home 11/13, started working in the yard, leaves

everywhere with a blower. Vibrations triggered internal vibrations in her and possibly the mold in the leaves.
-Sx: low grade fever, internal vibrations, chest banding and SIBO flared mid Dec
-SIBO then kicked in - horrible gas, sticky bowel mvmts more formed than pudding urgent 5-7 times a day so motility was ok, hard to flush, using wet wipes, bedridden.
-Saw her GI - put back on Xifaxan 2 weeks ago - energy is better, BMs are more normal and gas improved. 2 more weeks planned.
-last week got booster shot and in bed for days, banding was so tight it was hard to breathe, 102 fever, hands and feet on fire, left knee pain worse. Metallic taste in her mouth

MCAS
-not working as well
-Allergra still taking and the Claritin but stopped pepcid bc of the fear for SIBO (after she got gut symptoms again).
-initial thought itching went down, small red bumps went down and some bruising again. That's all back again.
-she did research about DAO and natural mast cell stabilzer
-after scratching from her hub feels good but itchy tiny bumps start on inner thighs and knees.

POTS
-you taking 2-3 Liters but with urinary incontinence. Wearing pads.

GUT
-gastrocrom took for a couple of days after we spoke before the SIBO but severe insomnia but also off HRT for 3 weeks.
-Restarted estrogen and progesteroen but stopped again and so far sleeping OK but not started the cromolyn again.

OTHER
-Weight gain and upset about it , eating less meat. Eating salads without dressing, eating some hummus. Avoiding histmaine foods. 30 lbs in 3 months - ?hormones.
-GYN - bad vaginal order like mustard - and takes Luveena (for pH) and Boric acid rotating per GYN did not find BV or yeast. (no good flora seen)
-saw ENT and scoped and no sinusitis.
-intercostal neuralgia? thinking about this - to see neuro next week, back pain, has cervical stenosis.

Plan
Microbilogy dx?
Orthospore IB for SIBO

Lyme, Candida < SIBO and MCAS/POTS
LDN??
Follow up in 1 month.

---------------------------------------------------------
TIMELINE
Childhood - very poor, parents always argued and lots of stress
Age 18 - Cyotmegalovirus right before college. Severe fatigue, hospitalized but doesn't remember treatment. Married while in college.
20's - health was good until 1993 age 27 got PNA
30's - started with a few things. Lots of bronchitis 1-2 times a year.
-2002 - (36) met her husband he had rotten tonsils making her sick. She would get fever, nausea, aches episodes.
-2004 - running and hit by a bale of hay and had shoulder injury - may contribute to cervical stenosis now.
-40's - mid 40's had intermittant pain around the back where the bra strap in the back, MRIs showed nothing just tolerated it from then. Mid 40's a low grade fever (normal temp 97 and temps in the 99's) for a few days then would go away.
-Early 50's 2018 - As a runner noted some knee pain L>>R, Later 2018 hand pain and dx with CTD. EMG testing did show that but Mayo EMG testing normal. Disagreed. Pain is worse. Heart palpitations went to cards and just told stress.
-June 2019 - Stool color and consistency changed and increased frequency suddenly. saw GI in Dec
-Feb 2020 - vomiting, thought gastroparesis. EGD looked fine. Oral thrush bad at this time and bc food in the stomach from the night before suggesting gastroparesis.
-April 2020 - high mold in basement from water leak. Marcons+ but also Klebsiella and Enterococcus. Tx with mold remediation, EDTA.Silver. Retest and still had mold and had to remediate again. Larry Schwarz's protocol.
-1st tilt table - also 30 point increase in HR - no dizziness.
-Oct 2020 (BIG MAYO VISIT) Dx with Sjogrens at Mayo . Did Tilt table test and

sweat testing, Max VOC. In the tilt table 30 points in HR. Called ORthostatic intolerance not POTS bc of her age.
-Gastric emptying delayed at 2 and 4 hours and also slower transit time in the small bowel. Novemeber 2020 - right hemicholectomy for intestinal torsion - took out cecal valve. Bowels were just different but more frequent, urgency, new foul gas, floating stool with undigested food.
-SIBO test was negatibe so GI did EGD - culture showing staph and strep. Could be from the surgery. Treated with Xifaxan for 4 weeks 1 month ago: helped with gas,
a little fatigue and stools more normal looking color but still can be abnormal. Transitioned to doxy for the last 4 weeks without change in how she feels.
-NOw on the lipsomal Biocidin for 2 days - immediately her nose starts burning and allows her to sneeze more and feels very well after sneezing.

------------------------------------------------------------
PMH

Injuries: Neck Injury, Cervical stenosis; surgeon said will eventually require surgery but wait as long as I can

Hospitalizations:
- Baptist East 11/13/2020: Emergency Cecal Volvulus Surgery
- Baptist East 01/15/2020: Severe Headache; felt terrible; diagnoses basal ganglia calcification (See above MRI notes)
- Baptist East 06/29/19: Chest Pain and Heart Palpitations
- Baptist East 09/12/2017: Uncontrolled vomitting

---
Idiopathic fibrosis 2020 History of low grade fever for almost 20 years, severe candida glabrata since early 2000s; some bacterial vaginosis as well; mid back pain since 2015; 5 years of bronchitis in 1998 to 2003 ; went first met my husband we both got sick when dating each other in 2002 and broke up for a while and then got back together. Cytomegalovirus 1988

------------------------------------------------------------
DENTAL

Silver Mercury Fillings: 6
Caps or crowns: 2
Root canals: 2
Other dental problems: Veneers on front teeth fall off and bother me; have alot of dental papin; have now removed all 6 mercury fillings through a biological dentist; they want me to take my root canals out as well
Floss regularly? Yes
Brush regularly? Yes

------------------------------------------------------------
EXPOSURES

Adverse reaction to caffeine: No
Significantly affected by: Perfumes colognes
Foreign travel? No
Wilderness camping? No

Alcoholic drinks/ week: 1-3
Previous alcohol intake? High

------------------------------------------------------------
PREVENTIVE TESTING/ OTHER MDS

Practitioner 1: Dr Melissa Young, Cleveland Clinic, Date seen: November 2020 said I need to figure out if house still moldy given detox for CIRS not working; keep taking liposomal gluathione
Practitioner 2: Anna Stone, APRN, Date seen: March 2020 to Sept 2020; diagnosed CIRS and Lyme; ran tons of tests but did not know what to do with them; put me on a detox program after first home remediation but did not get better

Dr Sublette - Immunology
Dr Greg Potts - PCP

---------------------------------------------------------
::SELFCARE::

SLEEP

Hours of sleep: 8-10/night
Trouble falling asleep? Yes
Rested upon awakening? No
Insomnia? No
Snoring? Yes
Sleeping aids? No

---------------------------------------------------------
DIET
Special diet: Low Carb, High Protein, Dairy Free, No Wheat, Gluten Free Other diet: Use Dr Terry Wahl diet as a guide; do not like seafood. Had an MRT test as well
Adverse reaction to: Dairy, Red Wine, Sulfite Containing Foods (wine, dried fruit, salad bars)
Food allergies or sensitivities: Yes - Sensitive to wine (get hoarse now); brocoli and garlic appear to make my gas and bloating worse
Crave or binge foods: Yes Sweets and carbs ( white foods)
11/8/21
Bfast - noon - shake she likes it in the morning but not whey.
Snack - pear or apple
Dinner - big salad with grilled chicken with beets, lean fillet with green beans or carrots or kale with pork roast, lots of salads, no dressings. Some rice.
Dessert - couple ounces of nuts and again a little later. Paleo keto pancakes after dinner.

---------------------------------------------------------
EXERCISE

Stretching: Yoga type poses for pelvic floor dysfunction 2/week for 10 mins
Cardio: Yoga type poses for pelvic floor dysfunction 5/week for 30 mins
Strength Training: Pelvic floor dysfunction exercise 6/week for 30 mins

Level of motivation for including exercise in life: High
Problems that limit activity: Fatigue, Pain in joints esp knees, shortness of breath; used to do high intensity interval training for years
Unusually fatigued after exercise? YesMore info: If try to run then I feel really tired and out of breath; fatigue usually goes away after a few hours
Usually sweat when exercising? Yes

---------------------------------------------------------
STRESS MANAGEMENT

Ever sought counseling? Yes
Currently in therapy? Yes Psychiatric Therapy for years . Go once a month. Now doing DNRS therapy using Annie Hopper Program; no results yet
Do you feel you have an excessive amount of stress in life? Yes
Do you feel you can easily handle stress in life? Yes
Stress rating 1-10: Work: 0 Family: 3 Social: 0 Finances: 0 Health: 7 Other: 9

Meditation or relaxation? Yes Meditation: Yes | Imagery: Yes | Breathing: Yes | Prayer: Yes | Other relaxation practice: DNRS therapy |
Have you ever been abused, crime victim, or experienced significant trauma? No

---------------------------------------------------------
PATIENT'S PRIORITIES

Problem 1: Gastrointestinal issues, Severe
Previous treatment: Elimination Diet; Cecal Volvulus Surgery success was Poor
Problem 2: Chronic Fatigue Syndrome, Severe
Previous treatment: Exercise and regular sleep schedule success was Fair
Problem 3: Sjogrens
Previous treatment: Imuran 120mg success was Poor
Problem 4: Small fiber neuropathy, Severe
Previous treatment: Duloxetine 120mg success was Fair
Problem 5: CIRS w mutliple symtpoms, Severe
Previous treatment: Home remediation and detox success was Poor
Problem 6: Hand and finger pain and burning, Severe
Previous treatment: Steroid injections success was Poor
Problem 7: Rashes , Moderate
Previous treatment: Dermatologoical Creams and Shampoos success was Fair
Problem 8: Severe bruising, Severe
Previous treatment: None
Problem 9: Lumps under skin, Moderate
Previous treatment: Lymphatic massage and dry brushing success was Poor
Problem 10: Knee and Side Pain, Moderate
Previous treatment: Steroid injectiosn and castor oil packs success was Poor

------------------------------------------------------------
phys_exam

------------------------------------------------------------
PRIOR LABS
4/2020 - Microbiology Dx - Marcons POS, Enterbacter+, Klebsiella+, Biofillm 1+, no mold/yeast (did EDTA with colloidal silver nasal spray, chlestyramine and home redediation)
MRT - testing.
GIFX - fecal fats [HH], 1+yeast, Klebsiella+, SigA [H]
Organix testing
Labcrop - VEGF normal, MMP9 345, TGFB1 normal

6/2020 - Quicksilver metals testing n/a
GPL Mycotox - Ochratox sl elevated
Quest - TGFB1 4400 [H], C4a and C3a ok, TFTs ok, no thryoid ab

7/2020 - Adrenocortex - high free cort pattern
ION testing - higer lipid peroxidase
Aperinomics - Urine DNA - Rare UTI?
Igenex - Lyme IgM 23+, 41+, 39IND, 93IND; IgG 18 IND 41IND

8/2020 - CD57 30 [L], normal pancreatic elastase
Quest - Candida Immune Complex 2.07 [H]

10/2020 - SS-A 1.0 [H]

1/2021 - Tryptase 4.3, IgE [L]

5/2021 - SIBO neg
Mayo - 24hr fecal fat 33 [H]

6/2021 - Labcorp - MCV[H], CMP ok, LDL 142, B12 ok, Vit E,A ok, Vit D 37.,

7/11/21 - GI-MAP - high bacteroids, akermansia, enterobacter; Enterococcus, streptococcus, klebsiella ; candida albicans, gliadin IgA [H]

Labcorp - EBV Va IgM [H], CD57 32 [L], CBC: MCV[H], RDW[L], Ricketsia neg, C Pneum IgG+, Bart, babesia, Ehlrlichia, Anaplasma neg, Mycoplasma both neg,

Duodenal Culture - + Staph

GPL Mycotox - Citrinin 64.91 [H], Ochratoxin 66.01

9/2021 - Labcorp - 14/23 Strep Pneumo [L], IgG Subclasses ok, IgE 5 [L], MMR ok, B Pertussis igM [H], IgG neg, CMV IgG and IgM neg, tryptase 3.5, MBL ok, zinc 74, H Flu iGG neg, CMV PCR neg, Histamine ok, CH50 [H], Mg 4.9, Serotonin 8, Prostagladin D2 15 [L]

**restaining of EGD/Colonscopy CD117 - Duodenum (TI) 40
Stomach 25
Lg intestine 60
Transverse Colon 35. No spindle or cluster shape.
-no mast cells found on skin biopsies.

10/5/21 - Labcorp - Candida IgG POS], Candida IgA[POS], B Pertussin IgM [POS] , tryptase 4.6, EBV IgG 205 VCA [H], EBV EA IgG 30 [H], EBV VCA IgM 140 [H], IL-6 ok, ESR 18, , CRP ok, ANA neg. MHPG urine?? (error), prostaglandin D2 Free estradiol 0.37 L], estradiol 37, progsterone 1.2,
HIV, Hep B,C neg, HSV1 igG [H]
EBV PCR neg

NASA LEAN - positive pulse change to over 30

11/2021 - TLab - indeterminate Bartonella
Labcorp strep pneumo good response
---------------------------------------------------------
PROBLEM LIST
1. Reactivated EBV 7/2021, 10/2021
2. Lyme Igenex IgM+ - no change in 4 weeks.
3. Rhinitis daily - better since Liposomal biocidin bc it allows her to sneeze and she feels momentarily better
4. Urinary issues
5. Constant bruising - clotting/bleeding w/u normal
6. Mycotoxin - recently high citrinin and ochratoxin, home remediated several times but still currently with mold in the basement.
7. Marcons +, also Klebsiella and Enterococcus, fungal? s/p EDTA/silver no change
8. Pain - knees and hands, ?CTS debatable
9. Candida Glabrata 15 years vaginal, more recently with oral thrush
10. Intestinal torsion leading to right hemicholectomy leading to
11. SIBO - s/p Xifaxan in August 4 weeks with improvement in gas no response to diet. Normal breath test but endoscopic biopsy + strep and staph
12. Fecal fat malabsorption (seen before hemicholectomy)
13. POTS or "Orthostatic intolerance" - Tilt table testing pos x 2 by 30 points.
14. Burning mouth syndrome - worsening
15. Small Fiber Neuropathy dx U of L but not Mayo
16. Sjogrens - dry eyes and dry mouth for 4-5 years.
17. Low IgE

Need to clarify more
-HRT
-tx of yeast, canidida, diflucan
---------------------------------------------------------
ASSESSMENT
54 y/o previously high functioning executive, h/o CMV when young and then frequent episodes of bronchitis who started to get very low grade fevers and back pain in her 40's with 15 years of vaginal candida glabrata, then in her 50's, palpitations , knee pain with running, hand pain , oral thrush. June 2019 started to have changes in bowel function EGD showing undigested stool suggesting gastroparesis. Around this time found to have mold in the basement remediated twice, Marcons+ but also Klebsiella and Enterococcus found ?yeast and tx with EDTA/Silver but not retested. Mold still present despite remediation and recent mycotoxin testing high. Had big workup at May Oct 2020 found to have decreased transit time in small bowel, delayed gastric emptying. Developed intestinal torsion Nov resulting in a right hemicholectomy. SIBO diagnosed on endoscopic culture not on breath testing. Completed 4 weeks Xifaxan with some gas improvement and now 4 weeks on doxy for Igenex +LD with no change.

Followup #1 - 10/4/21 - mold found in the basement again, had some minimal exposure she thinks and 2 days later had a flare of gut symptoms, bloating, freq BMs, bed bound with fatigue and low grade fever Covid neg, husband happens to be positive. testing shows immune dysregulation with Strep penum 14/23 low but also oddly IgM+ Bordatella. CMV IgG neg despite documented hospitalization when she was 18 and IgE consistently low, PGD2 low. Mast cell restaining of gut positive for mast cell but not skin biopsies. To do Marcons testing, TLab still. About to do Nasa lean. She wonders about LDN. To start . Bc of chronic sinus issues, rhinitis ref to ENT for scope and culture and possible CT sinuses (compare with MRI head she had done in 2019 if sufficient. For now trial of H1 and h2 blockers, more Mcas testing. Pneumovax. Maybe immunology consult later. HRT for GYn to address. Re-eavl supplements next time

Followup #2 - 11/8/21 - EBV reactivated, Bordatella persistent IgM and Candida IgA,G Abs pos. Added H1 and H2 blockers and no more rash, bruising is better. Derm added. Gut still a lot of bloating. Tried wine again could not tolerate. Overall stable now. Dallas Modified for POTS, lytes, salt and consider redoing Nasa later. TRial Gastrocrom on the bloating.Ref to immunology but await 23 strep pneum testing soon. Will start treating infections next time. To still do Tlab testing and Microbiology Dx

Followup #3 - 12/29/21 - after a period of relative stability got worse after blowing leaves around in mid Nov. Flared her symptoms: low grade fever, internal vibrations, chest banding and SIBO flared mid Dec. Very upsetting to her with foul gas, sticky stools. GI put her on 4 weeks of Xifaxan and she has completed 2 weeks with improvement. Very frustrated. Took out Pepcid because of this. Plan to do GI synergy (later Orthospore IG) . Tlab essentially neg for Bart and awaiting microbiology Dx. Ent visit did not reveal much. Has more itching and red bumps since stopping the Pepcid. Consider ketotofen but for now Neuroprotect and retrial the Cromolyn which she though affected sleep but went on and off hormones. Also gained 30 lbs in 3 months. c/o vaginal order would stop the boric acid continue Luveena for pH and jsut add the oral womens' probiotics for now. Poor sleep - retrial just progesterone for now. Consider LDN still.

PLAN
MCAS
-I think this is something that needs to be quelled.
-Natural mast cell options - Neuroprotect is the best options
-think about re-trialing the cromolyn
-The other option is to add in compounded ketotifen we can consider later.

SLEEP
-We can use progesterone alone for sleep. The Rx was sent into Louiseville compounding pharmacy.

SIBO (and possible SIFO)
-You have 2 more weeks to go with the Xifaxan and you will follow this with herbs called GI Synergy and maybe later Orthospore IB.

GYN
-Start the Pro-flora priobiotic for now stop the boric acid since you don't have BV but continue the Luveena.

POTS
-Add in salt 2-3 grams at least trial this with as much H2O as you can handle.
-We did not discuss the modified Dallas protocol or a POTS PT - for next time.

OTHER
-Microbiology Dx kit is pending.
-next time more LDN discussion.
-Will eventually address the weight gain but please feel free to work with a dietician. I can refer you to someone else outside of the practice if you'd like.

Followup 1 month - we will try and get you on the schedule esp if there is a cancellation

The total amount of time spent for this patient visit was __90__ minutes. 15 min prep before, 105 min chart notes and treatment plan after, and the Video telemedicine call itself was __60 minutes, of which __60__ minutes was spent counseling the patient, including reviewing their condition, updating their medical history, and creating a thorough treatment plan including lifestyle recommendations, medication, referrals and supplements.

| ASSESSMENT | RXS | PROCEDURES |
|---|---|---|

- Prim. Disorder involving the immune mechanism, unspecified (D89.9 - ICD10)
- Gammaherpesviral mononucleosis without complication (B27.00 - ICD10)
- Chronic fatigue, unspecified (R53.82 - ICD10)
- Mast cell activation, unspecified (D89.40 - ICD10)
- Abnormal weight gain (R63.5 - ICD10)

- RX Progesterone - 100MG QD
- RX Progesterone - 100MG QD
- RX Progesterone - 100MG QD

**Orders:**

## ADDITIONAL PLANS AND RECOMMENDATIONS

**Personalized Treatment Plan** - MCAS
-I think this is something that needs to be quelled.
-Natural mast cell options - Neuroprotect is the best options
-think about re-trialing the cromolyn
-The other option is to add in compounded ketotifen we can consider later.

SLEEP
-We can use progesterone alone for sleep. The Rx was sent into Louiseville compounding pharmacy.

SIBO (and possible SIFO)
-You have 2 more weeks to go with the Xifaxan and you will follow this with herbs called GI Synergy and maybe later Orthospore IB.

GYN
-Start the Pro-flora priobiotic for now stop the boric acid since you don't have BV but continue the Luveena.

POTS
-Add in salt 2-3 grams at least trial this with as much H2O as you can handle.
-We did not discuss the modified Dallas protocol or a POTS PT - for next time.

OTHER
-Microbiology Dx kit is pending.
-next time more LDN discussion.
-Will eventually address the weight gain but please feel free to work with a dietician. I can refer you to someone else outside of the practice if you'd like.

Followup 1 month - we will try and get you on the schedule esp if there is a cancellation

---

**NeuroProtek**

**NeuroProtek** (Supplement) **Brand** : Algonot **Strength:**

**How?:** **How Often?**: QD (once a day)

Can be ordered through www.algonot.com
Minimum Daily Dosage ? 2 capsules per 20KG (44lbs) of body weight
Maximum Daily Dosage ? 3 capsules per 20KG (44lbs) of body weight
Maximum per day 9 soft gel capsules per day.
It is better to spread them during the day because they are cleared from the body within 4 hrs.

**Updates:** NEW

---

**GI Synergy**

**GI Synergy** (Supplement) **Brand :** **Strength:**

**How?:** **How Often?**: BID (twice a day)

Start with 1 packet once a day for a week if OK then go to 1 packet twice a day

### WHEN SHOULD I TAKE THIS?

**With-Breakfast:** 1 pkt

**Progress Notes - 12/29/2021**



**With-Dinner:** 1 pkt

**Updates:** NEW after the Xifaxan

Signed: 

E-Sign'd: 02.14.22 (#0005306-36A4)

*This message may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipient(s) named above. Any other persons are hereby notified that any review, dissemination, distribution, printing or copying of this message is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at (914) 652-7800 and permanently delete this message.*

blūm
center for health™
www.blumcenterforhealth.com

Blum Center for Health
34 Rye Ridge Plaza
Rye Brook, NY 10573
Tel: (914) 652-7800
Fax: (914) 652-7795

# ENCOUNTER(S) FOR KEETA FOX

| Patient Info | Patient Address |
| --- | --- |
| **Name**: Keeta Fox<br>**DOB**:<br>**Phon** | |

## Followup #2

**Signed by Pamela Yee. Date of service: 11/08/2021**

ZOOM INFORMATION

SESSION START TIME:2:30
SESSION END TIME:4
LOCATION OF PATIENT: Kentucky
LOCATION OF PROVIDER: ny
NAMES OF PERSONS PARTICIPATING IN THIS VISIT: pt

REASON FOR VISIT

Remedy CIRS and put Sjogrens in remission without going on Immuno Suppressant Medicine

Last time felt well: Nov 2019
Change in health triggered by: Guessing stress from work and mold in house
Worse with: Eating; being in the cold; trying to do strenuous exercise or activity
Better with: Being outside; being in the sun; Mild exercise; sleeping; back and leg scratches from my husband
How do you spend your days? 12 hours in bed; 1 hour Pelvic Floor Dysnfunction therapy; 1 hour DNRS training; helping my mom who is disabled; 1/2 Walk or other exercise; working in my yard; house cleaning chores; cook a simple meal a few days a week; 4 or 5 hours of TV

-----------------------------------------------------------
HPI

From DG - decided to return to another dietician. Doctor hopping. High functioning woman until 2 years ago - then aches pain and fatigue. CFO of Papa Johns. Gut symptoms with foul diarrhea, pale stools - IBS. Linzess bad diarrhea. No improvement. Went to functional med - APRN - mold and 2 remediations and herbs also to Mayo and Cleveland functional clinic - got all different things. Mayo said in her head. Cleveland said LD. But Cleveland reg med said no. Igenex pos and now on doxy 4 weeks now and biocidin but not better. GPL fine on repeat?
-tried SIBO diet - no improvement
-EBV reactivated.
-during gut crises: worsening pain and ER dx with torsion/obstruction and resected bowel so now short bowel and major GI surgery.

current sx: shooting pains in hands, feet, insomnia, anxiety, palpitations, HAs bloating and diarrhea.

h/o CMV, PNA, recurrent bronchitis, recurrent respiratory infections
Has mild SCL-70 antibodies.
-------------------------------------------------------------

Was functional before 2 years ago 60-80 hours a week until June 2019 then worse by Dec/Feb 2020 when hands locked up and could no longer type. Felt shockgin type symptoms and went on disaability.

NOW
1. low grade fevers 99.7 once a week with sometimes left LN swelling
2. Constant fatigue and aching.
3. Hand pain R>L hard to write, hard to bend your fingers first 2 fingers and thumb
4. TINNITUS since her 20's
5. Burning Mouth Syndrome - started age 50, mneopause used to be triggered by acidic but now a lot of things cause that sensation. Feels it qod now and worse.

GUT
-SIBO and duod culture and post Xifaxan

CANDIDA
-15 years ago had vaginal yeast infection found to have Candida Glabrata and also had oral thrush last 2 years

AUTOIMMUNE
-Dx with Sjogrens and confirmed with MayoClinic

MOLD
-has multiple remediation of the basement, currently still had mold. Awaiting the next steps. Husband does not believe on mold as an illness.
-doing DNSR for 1 month only.

OTHER
1 Reactivated EBV
2. POTS - tried a lot of water and salt but became intolerant.
3. RASHES - itchy scalp dermatitis which was biopsied, dermatographia (has a dermatologist she likes)
4. SMALL FIBER NEUROPATHY - performed by U of L neurology.
5. CANDIDA - oral thrust since 2018 but vaginal canidida 15 years (sees uro-gyn) last time clear
6. BRUISING - clotting disorders r/o, it is tender 10-20 at a time.
7. Urinary Sx - frequency, incontinence. Urine odor.

ROS
-denies hyperflexibility, not flexible person. Rhinitis

plan
malabsorption testing = stool chymotrypsin ??
restain colon/EGD mcas ; repeat Marcons
Nasa Lean test.

---------------------------------------------------------
MEDICAL FOLLOWUP #1 - 10/4/21
VIDEO OR PHONE CONSULT INFORMATION

SESSION START TIME:9
SESSION END TIME:10:15
LOCATION OF PATIENT:ky
LOCATION OF PROVIDER:ny
NAMES OF PERSONS PARTICIPATING IN THIS VISIT:pt

8/2020 Microbiology Dx - Marcons POS, Enterbacter+, Klebsiella+, Biofillm 1+, no mold/yeast - did EDTA/Silver

9/2021 - Labcorp - 14/23 Strep Pneumo [L], IgG Subclasses ok, IgE 5 [L], MMR ok, B Pertussis igM [H], IgG neg, CMV IgG and IgM neg, tryptase 3.5, MBL ok, zinc 74, H Flu iGG neg, CMV PCR neg, Histamine ok, CH50 [H], Mg 4.9, Serotonin 8, Prostagladin D2 15 [L]

**restaining of EGD/Colonscopy CD117 - Duodenum (TI) 40
Stomach 25

Lg intestine 60
Transverse Colon 35. No spindle or cluster shape.
-no mast cells found on skin biopsies.

OVERALL - feeling worse and bed ridden last week for several days with low grade fever and fatigue and SIBO sx returned (frequent BMs 5 times, floating, undigested food, bloating after eating looking 3-4 months pregnant, gas increase.). Does flare before this. Had felt pretty good before this and when she took the testing. Feels she has mast cell issues. NOW better in the last day or so.
Husband has COVID and in a hotel. She tested neg.
-still on disability. Needs to share this with Mayo clinic. Her GI is at Mayo.

MOLD
More mold was found in the basement by inspector in 3 rooms. And she removed some of the items downstairs - 2 days after felt ill. Room with Xmas decorations - minimal exposure. Remediation company coming this wednesday. Remediated twice already. Feels the rooms were missed.
-has already researched Dr Weinstock.

IMMUNITY
-saw immunologist in past - Dr Sublette bc she kept getting sick. he does not believe in CIRS and mold issues.

ENT
-sinus congestion, runny nose clear, severe ear wax malodorous - uses nasal irrigation
-tinnitus bilateral (since Feb 2019)
-feels that she smells in general in the last year and a half like BO, like she is secreting "disgusting stuff" bc she is sensitive to all smells just in the last 2 years. Everything is fragrance free - nauseated.

HRT -
went on this a year ago. HRT and symptoms not improved.

Plan
calrify HRT, yeast tx past
mast cells. NASA?
?immune - pertussis, 23strep, IgE
Pg2 - exacerbates allergic inflammation and mast cell hyperplasia
labs - 2,3 dinor etc urine prostagladin D2 and missing labs/.'
pending Marcons
GSH -
H1 and h2 blocker.
--------------------------------------------------------
MEDICAL FOLLOWUP #2 - 11/8/21
VIDEO OR PHONE CONSULT INFORMATION

SESSION START TIME:230
SESSION END TIME:345
LOCATION OF PATIENT:FL on vkay
LOCATION OF PROVIDER:NY
NAMES OF PERSONS PARTICIPATING IN THIS VISIT: pt

Labs
10/5/21 - Labcorp - Candida IgG POS], Candida IgA[POS], B Pertussin IgM [POS] , tryptase 4.6, EBV IgG 205 VCA [H], EBV EA IgG 30 [H], EBV VCA IgM 140 [H], IL-6 ok, ESR 18, , CRP ok, ANA . MHPG urine?? (error), prostagladin D2 179 (no reference range)
Free estradiol 0.37 L], estradiol 37, progsterone 1.2,
HIV, Hep B,C neg, HSV1 igG [H]
EBV PCR neg

NASA LEAN - positive pulse change to over 30

OVERALL - feeling better and not sure why. Think H1 and H2 blockers are helping.
In Fl now for 1.5 weeks. Functions fine but not as active as she used to. Eats out most nights. Some cooking. Used to run. Sleeping till 9 and lazy till noon. DIdn't have the TLab kit for the dermatologist.

SKIN
-Discussed with derm - he wants to add on Allerga to the Claritin and pepcid to address the dermatographia bc of the itching and bruising. The addition of this did not do much more than the Claritin
-last night tested with glass of wine rose. Was not good - triggered - slept till 2-3 then awake and stomach bothering her.

HORMONES
-patches stopped bc not working based on the blood testing

MCAS
-itching is much reduced and no rash now for a month and bruising is much better as well.

GUT
Still a problem area - stools vary, smaller pieces. Sometimes floating and bulky and sometimes more gas. Like SIBO from the duodenal culture.
NOW - bloating is the most constant, bad gas comes sometimes and stools are not regular (they change shape and color). SIBO likely still.

FATIGUE
-still one of her other primary symptoms - July was bedridden - better since then but not back to normal. Now 5/10 fatigue (worse in July at a 9/10).
-first 20 min after waking just getting mobile again, stiff joints. And then not motivated.
-If naps will lose the whole day and will be exhausted for hours after that. When cleans house feels better.
-Tried riding bikes for a few miles - felt good after, walked around, feels better being outside. Did not feel drained. Fatigue since 3/2020

CARDS
-strong family history - Dad at 61 had CABG, died 70's
-cardilogy said its perfect - CAC=0

DIET
-organic clean, less red meat, some poultry, low histamine
-gluten and dairy free for 1+ year
-see diet.
-gaining weight quickly on paleo diet, lower carb. Good weight is 138-140.

OTHER
-still to do the Tlab tests and waiting on the Marcons kit. To do when she gets home.
-ENT had to cancel her appt.
-Did Pneumovax 4 weeks ago
-Lipids - LDL 132, HDL 122 and pt worried.
-didn't work well with Vicky
-Question - husband has BPH, Annual mammo and pap were ok but has dense breast tissue. cystic breasts. No good bactiera at all. Laveena and boric acid caps. I would

------------------------------------------------------------
TIMELINE
Childhood - very poor, parents always argued and lots of stress
Age 18 - Cyotmegalovirus right before college. Severe fatigue, hospitalized but doesn't remember treatment. Married while in college.
20's - health was good until 1993 age 27 got PNA
30's - started with a few things. Lots of bronchitis 1-2 times a year.
-2002 - (36) met her husband he had rotten tonsils making her sick. She would get fever, nausea, aches episodes.
-2004 - running and hit by a bale of hay and had shoulder injury - may contribute to cervical stenosis now.
-40's - mid 40's had intermittant pain around the back where the bra strap in the back, MRIs showed nothing just tolerated it from then. Mid 40's a low grade fever (normal temp 97 and temps in the 99's) for a few days then would go away.
-Early 50's 2018 - As a runner noted some knee pain L>>R, Later 2018 hand pain and dx with CTD. EMG testing did show that but Mayo EMG testing normal. Disagreed. Pain is worse. Heart palpitations went to cards and just told stress.
-June 2019 - Stool color and consistency changed and increased frequency suddenly. saw GI in Dec
-Feb 2020 - vomiting, thought gastroparesis. EGD looked fine. Oral thrush bad at this time and bc food in the stomach from the night before suggesting gastroparesis.

-April 2020 - high mold in basement from water leak. Marcons+ but also Klebsiella and Enterococcus. Tx with mold remediation, EDTA.Silver. Retest and still had mold and had to remediate again. Larry Schwarz's protocol.
-1st tilt table - also 30 point increase in HR - no dizziness.
-Oct 2020 (BIG MAYO VISIT) Dx with Sjogrens at Mayo . Did Tilt table test and
sweat testing, Max VOC. In the tilt table 30 points in HR. Called ORthostatic intolerance not POTS bc of her age.
-Gastric emptying delayed at 2 and 4 hours and also slower transit time in the small bowel. Novemeber 2020 - right hemicholectomy for intestinal torsion - took out cecal valve. Bowels were just different but more frequent, urgency, new foul gas, floating stool with undigested food.
-SIBO test was negatibe so GI did EGD - culture showing staph and strep. Could be from the surgery. Treated with Xifaxan for 4 weeks 1 month ago: helped with gas,
a little fatigue and stools more normal looking color but still can be abnormal. Transitioned to doxy for the last 4 weeks without change in how she feels.
-NOw on the lipsomal Biocidin for 2 days - immediately her nose starts burning and allows her to sneeze more and feels very well after sneezing.

------------------------------------------------------------
PMH

Injuries: Neck Injury, Cervical stenosis; surgeon said will eventually require surgery but wait as long as I can

Hospitalizations:
- Baptist East 11/13/2020: Emergency Cecal Volvulus Surgery
- Baptist East 01/15/2020: Severe Headache; felt terrible; diagnoses basal ganglia calcification (See above MRI notes)
- Baptist East 06/29/19: Chest Pain and Heart Palpitations
- Baptist East 09/12/2017: Uncontrolled vomitting

---
Idiopathic fibrosis 2020 History of low grade fever for almost 20 years, severe candida glabrata since early 2000s; some bacterial vaginosis as well; mid back pain since 2015; 5 years of bronchitis in 1998 to 2003 ; went first met my husband we both got sick when dating each other in 2002 and broke up for a while and then got back together. Cytomegalovirus 1988

------------------------------------------------------------
DENTAL

Silver Mercury Fillings: 6
Caps or crowns: 2
Root canals: 2
Other dental problems: Veneers on front teeth fall off and bother me; have alot of dental papin; have now removed all 6 mercury fillings through a biological dentist; they want me to take my root canals out as well
Floss regularly? Yes
Brush regularly? Yes

------------------------------------------------------------
EXPOSURES

Adverse reaction to caffeine: No
Significantly affected by: Perfumes colognes
Foreign travel? No
Wilderness camping? No

Alcoholic drinks/ week: 1-3
Previous alcohol intake? High

------------------------------------------------------------
PREVENTIVE TESTING/ OTHER MDS

Practitioner 1: Dr Melissa Young, Cleveland Clinic, Date seen: November 2020 said I need to figure out if house still moldy given detox for CIRS not working; keep taking liposomal gluathione
Practitioner 2: Anna Stone, APRN, Date seen: March 2020 to Sept 2020; diagnosed CIRS and Lyme; ran tons of tests but did not know what to do with them; put me on a detox program after first home remediation but did not get better

Dr Sublette - Immunology
Dr Greg Potts - PCP

----------------------------------------------------------
::SELFCARE::

SLEEP

Hours of sleep: 8-10/night
Trouble falling asleep? Yes
Rested upon awakening? No
Insomnia? No
Snoring? Yes
Sleeping aids? No

----------------------------------------------------------
DIET
Special diet: Low Carb, High Protein, Dairy Free, No Wheat, Gluten Free Other diet: Use Dr Terry Wahl diet as a guide; do not like seafood. Had an MRT test as well
Adverse reaction to: Dairy, Red Wine, Sulfite Containing Foods (wine, dried fruit, salad bars)
Food allergies or sensitivities: Yes - Sensitive to wine (get hoarse now); brocoli and garlic appear to make my gas and bloating worse
Crave or binge foods: Yes Sweets and carbs ( white foods)
11/8/21
Bfast - noon - shake she likes it in the morning but not whey.
Snack - pear or apple
Dinner - big salad with grilled chicken with beets, lean fillet with green beans or carrots or kale with pork roast, lots of salads, no dressings. Some rice.
Dessert - couple ounces of nuts and again a little later. Paleo keto pancakes after dinner.

----------------------------------------------------------
EXERCISE

Stretching: Yoga type poses for pelvic floor dysfunction 2/week for 10 mins
Cardio: Yoga type poses for pelvic floor dysfunction 5/week for 30 mins
Strength Training: Pelvic floor dysfunction exercise 6/week for 30 mins

Level of motivation for including exercise in life: High
Problems that limit activity: Fatigue, Pain in joints esp knees, shortness of breath; used to do high intensity interval training for years
Unusually fatigued after exercise? YesMore info: If try to run then I feel really tired and out of breath; fatigue usually goes away after a few hours
Usually sweat when exercising? Yes

----------------------------------------------------------
STRESS MANAGEMENT

Ever sought counseling? Yes
Currently in therapy? Yes Psychiatric Therapy for years . Go once a month. Now doing DNRS therapy using Annie Hopper Program; no results yet
Do you feel you have an excessive amount of stress in life? Yes
Do you feel you can easily handle stress in life? Yes
Stress rating 1-10: Work: 0 Family: 3 Social: 0 Finances: 0 Health: 7 Other: 9

Meditation or relaxation? Yes Meditation: Yes | Imagery: Yes | Breathing: Yes | Prayer: Yes | Other relaxation practice: DNRS therapy |

Have you ever been abused, crime victim, or experienced significant trauma? No

---------------------------------------------------------

PATIENT'S PRIORITIES

Problem 1: Gastrointestinal issues, Severe
Previous treatment: Elimination Diet; Cecal Volvulus Surgery success was Poor
Problem 2: Chronic Fatigue Syndrome, Severe
Previous treatment: Exercise and regular sleep schedule success was Fair
Problem 3: Sjogrens
Previous treatment: Imuran 120mg success was Poor
Problem 4: Small fiber neuropathy, Severe
Previous treatment: Duloxetine 120mg success was Fair
Problem 5: CIRS w mutliple symtpoms, Severe
Previous treatment: Home remediation and detox success was Poor
Problem 6: Hand and finger pain and burning, Severe
Previous treatment: Steroid injections success was Poor
Problem 7: Rashes , Moderate
Previous treatment: Dermatologoical Creams and Shampoos success was Fair
Problem 8: Severe bruising, Severe
Previous treatment: None
Problem 9: Lumps under skin, Moderate
Previous treatment: Lymphatic massage and dry brushing success was Poor
Problem 10: Knee and Side Pain, Moderate
Previous treatment: Steroid injectiosn and castor oil packs success was Poor

---------------------------------------------------------

phys_exam

---------------------------------------------------------

PRIOR LABS
4/2020 - Microbiology Dx - Marcons POS, Enterbacter+, Klebsiella+, Biofillm 1+, no mold/yeast (did EDTA with colloidal silver nasal spray, chlestyramine and home redediation)
MRT - testing.
GIFX - fecal fats [HH], 1+yeast, Klebsiella+, SigA [H]
Organix testing
Labcrop - VEGF normal, MMP9 345, TGFB1 normal

6/2020 - Quicksilver metals testing n/a
GPL Mycotox - Ochratox sl elevated
Quest - TGFB1 4400 [H], C4a and C3a ok, TFTs ok, no thryoid ab

7/2020 - Adrenocortex - high free cort pattern
ION testing - higer lipid peroxidase
Aperinomics - Urine DNA - Rare UTI?
Igenex - Lyme IgM 23+, 41+, 39IND, 93IND; IgG 18 IND 41IND

8/2020 - CD57 30 [L], normal pancreatic elastase
Quest - Candida Immune Complex 2.07 [H]

10/2020 - SS-A 1.0 [H]

1/2021 - Tryptase 4.3, IgE [L]

5/2021 - SIBO neg
Mayo - 24hr fecal fat 33 [H]

6/2021 - Labcorp - MCV[H], CMP ok, LDL 142, B12 ok, Vit E,A ok, Vit D 37.,

7/11/21 - GI-MAP - high bacteroids, akermansia, enterobacter; Enterococcus, streptococcus, klebsiella ; candida albicans, gliadin IgA [H]

Labcorp - EBV Va IgM [H], CD57 32 [L], CBC: MCV[H], RDW[L], Ricketsia neg, C Pneum IgG+, Bart, babesia, Ehlrlichia, Anaplasma neg, Mycoplasma both neg,

Duodenal Culture - + Staph

GPL Mycotox - Citrinin 64.91 [H], Ochratoxin 66.01

9/2021 - Labcorp - 14/23 Strep Pneumo [L], IgG Subclasses ok, IgE 5 [L], MMR ok, B Pertussis igM [H], IgG neg, CMV IgG and IgM neg, tryptase 3.5, MBL ok, zinc 74, H Flu iGG neg, CMV PCR neg, Histamine ok, CH50 [H], Mg 4.9, Serotonin 8, Prostagladin D2 15 [L]

**restaining of EGD/Colonscopy CD117 - Duodenum (TI) 40
Stomach 25
Lg intestine 60
Transverse Colon 35. No spindle or cluster shape.
-no mast cells found on skin biopsies.

10/5/21 - Labcorp - Candida IgG POS], Candida IgA[POS], B Pertussin IgM [POS] , tryptase 4.6, EBV IgG 205 VCA [H], EBV EA IgG 30 [H], EBV VCA IgM 140 [H], IL-6 ok, ESR 18, , CRP ok, ANA neg. MHPG urine?? (error), prostaglandin D2 Free estradiol 0.37 L], estradiol 37, progsterone 1.2,
HIV, Hep B,C neg, HSV1 igG [H]
EBV PCR neg

NASA LEAN - positive pulse change to over 30
------------------------------------------------------------
PROBLEM LIST
1. Reactivated EBV 7/2021, 10/2021
2. Lyme Igenex IgM+ - no change in 4 weeks.
3. Rhinitis daily - better since Liposomal biocidin bc it allows her to sneeze and she feels momentarily better
4. Urinary issues
5. Constant bruising - clotting/bleeding w/u normal
6. Mycotoxin - recently high citrinin and ochratoxin, home remediated several times but still currently with mold in the basement.
7. Marcons +, also Klebsiella and Enterococcus, fungal? s/p EDTA/silver no change
8. Pain - knees and hands, ?CTS debatable
9. Candida Glabrata 15 years vaginal, more recently with oral thrush
10. Intestinal torsion leading to right hemicholectomy leading to
11. SIBO - s/p Xifaxan in August 4 weeks with improvement in gas no response to diet. Normal breath test but endoscopic biopsy + strep and staph
12. Fecal fat malabsorption (seen before hemicholectomy)
13. POTS or "Orthostatic intolerance" - Tilt table testing pos x 2 by 30 points.
14. Burning mouth syndrome - worsening
15. Small Fiber Neuropathy dx U of L but not Mayo
16. Sjogrens - dry eyes and dry mouth for 4-5 years.
17. Low IgE

Need to clarify more
-HRT
-tx of yeast, canidida, diflucan
------------------------------------------------------------
ASSESSMENT
54 y/o previously high functioning executive, h/o CMV when young and then frequent episodes of bronchitis who started to get very low grade fevers and back pain in her 40's with 15 years of vaginal candida glabrata, then in her 50's, palpitations , knee pain with running, hand pain , oral thrush. June 2019 started to have changes in bowel function EGD showing undigested stool suggesting gastroparesis. Around this time found to have mold in the basement remediated twice, Marcons+ but also Klebsiella and Enterococcus found ?yeast and tx with EDTA/Silver but not retested. Mold still present despite remediation and recent mycotoxin testing high. Had big workup at May Oct 2020 found to have decreased transit time in small bowel, delayed gastric emptying. Developed intestinal torsion Nov resulting in a right hemicholectomy. SIBO diagnosed on endoscopic culture not on breath testing. Completed 4 weeks Xifaxan with some gas improvement and now 4 weeks on doxy for Igenex +LD with no change.

Followup #1 - 10/4/21 - mold found in the basement again, had some minimal exposure she thinks and 2 days later had a flare of gut symptoms, bloating, freq BMs, bed bound with fatigue and low grade fever Covid neg, husband happens to be positive. testing shows immune dysregulation with Strep penum 14/23 low but also oddly IgM+ Bordatella. CMV IgG neg despite documented hospitalization when she was 18 and IgE consistently low, PGD2 low. Mast cell restaining of gut positive for mast cell but not skin biopsies. To do Marcons testing, TLab still. About to do Nasa lean. She wonders about LDN. To start . Bc of chronic sinus issues, rhinitis ref to ENT for scope and culture and possible CT sinuses (compare with MRI head she had done in 2019 if sufficient. For now trial of H1 and h2 blockers, more Mcas testing. Pneumovax. Maybe immunology consult later. HRT for GYn to address. Re-eavl supplements next time

Followup #2 - 11/8/21 - EBV reactivated, Bordatella persistent IgM and Candida IgA,G Abs pos. Added H1 and H2 blockers and no more rash, bruising is better. Derm added. Gut still a lot of bloating. Tried wine again could not tolerate. Overall stable now. Dallas Modified for POTS, lytes, salt and consider redoing Nasa later. TRial Gastrocrom on the bloating.Ref to immunology but await 23 strep pneum testing soon. Will start treating infections next time. To still do Tlab testing and Microbiology Dx

PLAN
FATIGUE
-I wonder if there is some level of de-conditioning at play. I say this because you feel well after exercise which is a GOOD thing. When you get back home you have the option of walking in the cold.
-I would highly consider the Dallas Exercise protocol (emailed to you) because you have POTS based on the Tilt-table testing and the NASA Lean Score.

POTS
-The idea is to find a physical therapist that is experienced in POTS or Dysautonomia or perhaps a PT who is familiar with Ehler Danlos Syndrome (you don't have that)
-You need to really increase your fluids and electrolytes. At least 3 liters of water. Use electrolyte tablets and a lot of salt. Use compression tights . I like Max Hydrate but Nuun is popular and easy to get as well.
-there are medications to help with POTS (midodrine etc) we can eventually explore.

MCAS
-I question the use of the the Allergra.
-Continue the Pepcid and Claritin.
-We can add on Cromolyn "Gastrocrom" to see if the gut responds. 1 tsp to start but 2 tsp (10mL) 15-20 min before meals and again at bedtime.
-If this doesn't work let's add in the low dose naltrexone - let's wait on the Rx for now.
-We'll give up on the Mayo labs

IMMUNITY/INFECTIONS
-It is unclear why you still have active infections. Especially the elevated Bordetella Pertussis igM. Candida and EBV seem to be active and you have the low IgE levels. (and of course the Lyme)
-You will need to do the Strep Pneumo titers in the next 2 weeks at Labcorp. Lab requisition is in the portal
-See Dr Sublette after you get those labcorp results.

LIPIDS
Don't worry about your lipids!

DIET
-Replace the AM shake to Opticleanse GHI from Xymogen by going to Wholescripts my code is YEE2000.
-Maybe reduce the amount of nuts!!

GYN
-Change your priobiotic see supplement table
-I'm fine with doing the boric acid and Laveena.
-maybe later consider an intravaginal probiotic.

From last time:
ENT
-Would be helpful to see an ENT to do a deeper culture IN ADDITION to the Microbiology Dx/Marcons test we will resend. And also to assess if you have a chronic sinus infection. Make the appointment with the person you have seen in the past. Expect to be scoped, cultured and have him/her look at the MRI head you did in 2019 to see if you need to be evaluated in

a different way for your sinuses. But upload the MRI for me to see as well.

Let's followup in 2 months

The total amount of time spent for this patient visit was __105__ minutes. 15 min prep before, 105 min chart notes and treatment plan after, and the Video telemedicine call itself was ___75_ minutes, of which __75__ minutes was spent counseling the patient, including reviewing their condition, updating their medical history, and creating a thorough treatment plan including lifestyle recommendations, medication, referrals and supplements.

| ASSESSMENT | RXS | PROCEDURES |
|---|---|---|
| • Prim. Disorder involving the immune mechanism, unspecified (D89.9 - ICD10)<br>• Gammaherpesviral mononucleosis without complication (B27.00 - ICD10)<br>• Chronic fatigue, unspecified (R53.82 - ICD10)<br>• Mast cell activation, unspecified (D89.40 - ICD10) | • RX Gastrocrom - 100MG/5ML Other | **Orders:** |

## ADDITIONAL PLANS AND RECOMMENDATIONS

**Personalized Treatment Plan** - FATIGUE
-I wonder if there is some level of de-conditioning at play. I say this because you feel well after exercise which is a GOOD thing. When you get back home you have the option of walking in the cold.
-I would highly consider the Dallas Exercise protocol (emailed to you) because you have POTS based on the Tilt-table testing and the NASA Lean Score.

POTS
-The idea is to find a physical therapist that is experienced in POTS or Dysautonomia or perhaps a PT who is familiar with Ehler Danlos Syndrome (you don't have that)
-You need to really increase your fluids and electrolytes. At least 3 liters of water. Use electrolyte tablets and a lot of salt. Use compression tights . I like Max Hydrate but Nuun is popular and easy to get as well.
-there are medications to help with POTS (midodrine etc) we can eventually explore.

MCAS
-I question the use of the the Allergra.
-Continue the Pepcid and Claritin.
-We can add on Cromolyn "Gastrocrom" to see if the gut responds. 1 tsp to start but 2 tsp (10mL) 15-20 min before meals and again at bedtime.
-If this doesn't work let's add in the low dose naltrexone - let's wait on the Rx for now.
-We'll give up on the Mayo labs

IMMUNITY/INFECTIONS
-It is unclear why you still have active infections. Especially the elevated Bordetella Pertussis igM. Candida and EBV seem to be active and you have the low IgE levels. (and of course the Lyme)
-You will need to do the Strep Pneumo titers in the next 2 weeks at Labcorp. Lab requisition is in the portal
-See Dr Sublette after you get those labcorp results.

LIPIDS
Don't worry about your lipids!

DIET
-Replace the AM shake to Opticleanse GHI from Xymogen by going to Wholescripts my code is YEE2000.
-Maybe reduce the amount of nuts!!

GYN
-Change your priobiotic see supplement table
-I'm fine with doing the boric acid and Laveena.
-maybe later consider an intravaginal probiotic.

From last time:
ENT
-Would be helpful to see an ENT to do a deeper culture IN ADDITION to the Microbiology Dx/Marcons test we will

resend. And also to assess if you have a chronic sinus infection. Make the appointment with the person you have seen in the past. Expect to be scoped, cultured and have him/her look at the MRI head you did in 2019 to see if you need to be evaluated in a different way for your sinuses. But upload the MRI for me to see as well.

Let's followup in 2 months

---

**Mitocore (OHM)**

**Mitocore (OHM)** (Supplement) **Brand** : Ortho Molecular Products **Strength**:

**How?**: **How Often?**: BID (twice a day)

**WHEN SHOULD I TAKE THIS?**

**With-Breakfast:** 2
**With-Dinner:** 2

**Updates:** NEW

---

**OpticCleanse GHI Vanilla Delight**

**OpticCleanse GHI Vanilla Delight** (Supplement) **Brand** : Xymogen **Strength**:

**How?**: **How Often?**: QD (once a day)

**WHEN SHOULD I TAKE THIS?**

**With-Breakfast:** 1-2 scoops

**Updates:** NEW

---

**Max-Hydrate**

**Max-Hydrate** (Supplement) **Brand** : Trace Minerals **Strength**:

**How?**: **How Often?**: Other (see note)

Use 1 effervescent tablet into 6-12 ounces of water. You can even use larger amounts of water to increase fluids and electrolytes. Contains Xylitol and no sugar.

**Updates:** NEW

---

**Pro-Flora Womens Probiotic**

**Pro-Flora Womens Probiotic** (Supplement) **Brand** : Integrative Therapeutics **Strength**:

**How?**: **How Often?**: QD (once a day)

**WHEN SHOULD I TAKE THIS?**

**With-Breakfast:** 2

**Updates:** NEW

---

**Using your portal - PY** - PORTAL - Your treatment plan from today and all future visits will be clearly written up in the sidelink called "My Visit Summaries." Be sure to print this out so you can keep track of recommendations, goals and "homework."
All of the supplements are located on the "My Supplements" tab but also after every visit, I create a supplement document which can be pulled up in "Labs and Documents" which notes changes from our visit and is easier to see. I recommend printing that out. This is also where you can get handouts that I may have uploaded to your portal.

TESTING - Any lab forms e.g. Quest or Labcorp can be found under "Labs and Documents" - you will see the date ordered. Print that out to bring with you to the laboratory even though it has been sent their electronically.

Also, please keep all your information accurate should anything change i.e new diagnoses from other doctors and most importantly anything you have changed in medications and supplements so that when we meet again I'll have all the updated information easily accessible.

Also note that patient checkouts will now happen the next business day after our appointment.

**PY Appointments** - Please make your followup appointment NOW as slots are filled for the next 1-2 months typically. They can easily be done through the portal at any time or when you check out with the front desk.

**Medical Assistant PY** - June is my medical assistant until Nov 24th if there are any questions she can be reached through the portal or by phone 914-652-7800 extension 109. If there are any other administrative questions please reach out to either Grescia or Lindsay through the portal.

Signed:

E-Sign'd: 02.14.22 (#0005305-4B1D)

*This message may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipient(s) named above. Any other persons are hereby notified that any review, dissemination, distribution, printing or copying of this message is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at (914) 652-7800 and permanently delete this message.*

www.blumcenterforhealth.com

Blum Center for Health
34 Rye Ridge Plaza
Rye Brook, NY 10573
Tel: (914) 652-7800
Fax: (914) 652-7795

# ENCOUNTER(S) FOR KEETA FOX

| Patient Info | Patient Address |
|---|---|

**Name**: Keeta Fox
**DOB**:
**Phon**

## Followup #1

**Signed by Pamela Yee. Date of service: 10/04/2021**

ZOOM INFORMATION

SESSION START TIME:2:30
SESSION END TIME:4
LOCATION OF PATIENT: Kentucky
LOCATION OF PROVIDER: ny
NAMES OF PERSONS PARTICIPATING IN THIS VISIT: pt

REASON FOR VISIT

Remedy CIRS and put Sjogrens in remission without going on Immuno Suppressant Medicine

Last time felt well: Nov 2019
Change in health triggered by: Guessing stress from work and mold in house
Worse with: Eating; being in the cold; trying to do strenuous exercise or activity
Better with: Being outside; being in the sun; Mild exercise; sleeping; back and leg scratches from my husband
How do you spend your days? 12 hours in bed; 1 hour Pelvic Floor Dysnfunction therapy; 1 hour DNRS training; helping my mom who is disabled; 1/2 Walk or other exercise; working in my yard; house cleaning chores; cook a simple meal a few days a week; 4 or 5 hours of TV

-----------------------------------------------------------
HPI

From DG - decided to return to another dietician. Doctor hopping. High functioning woman until 2 years ago - then aches pain and fatigue. CFO of Papa Johns. Gut symptoms with foul diarrhea, pale stools - IBS. Linzess bad diarrhea. No improvement. Went to functional med - APRN - mold and 2 remediations and herbs also to Mayo and Cleveland functional clinic - got all different things. Mayo said in her head. Cleveland said LD. But Cleveland reg med said no. Igenex pos and now on doxy 4 weeks now and biocidin but not better. GPL fine on repeat?
-tried SIBO diet - no improvement
-EBV reactivated.
-during gut crises: worsening pain and ER dx with torsion/obstruction and resected bowel so now short bowel and major GI surgery.

current sx: shooting pains in hands, feet, insomnia, anxiety, palpitations, HAs bloating and diarrhea.

h/o CMV, PNA, recurrent bronchitis, recurrent respiratory infections
Has mild SCL-70 antibodies.
-------------------------------------------------------------

Was functional before 2 years ago 60-80 hours a week until June 2019 then worse by Dec/Feb 2020 when hands locked up and could no longer type. Felt shockgin type symptoms and went on disaability.

NOW
1. low grade fevers 99.7 once a week with sometimes left LN swelling
2. Constant fatigue and aching.
3. Hand pain R>L hard to write, hard to bend your fingers first 2 fingers and thumb
4. TINNITUS since her 20's
5. Burning Mouth Syndrome - started age 50, mneopause used to be triggered by acidic but now a lot of things cause that sensation. Feels it qod now and worse.

GUT
-SIBO and duod culture and post Xifaxan

CANDIDA
-15 years ago had vaginal yeast infection found to have Candida Glabrata and also had oral thrush last 2 years

AUTOIMMUNE
-Dx with Sjogrens and confirmed with MayoClinic

MOLD
-has multiple remediation of the basement, currently still had mold. Awaiting the next steps. Husband does not believe on mold as an illness.
-doing DNSR for 1 month only.

OTHER
1 Reactivated EBV
2. POTS - tried a lot of water and salt but became intolerant.
3. RASHES - itchy scalp dermatitis which was biopsied, dermatographia (has a dermatologist she likes)
4. SMALL FIBER NEUROPATHY - performed by U of L neurology.
5. CANDIDA - oral thrust since 2018 but vaginal canidida 15 years (sees uro-gyn) last time clear
6. BRUISING - clotting disorders r/o, it is tender 10-20 at a time.
7. Urinary Sx - frequency, incontinence. Urine odor.

ROS
-denies hyperflexibility, not flexible person. Rhinitis

plan
malabsorption testing = stool chymotrypsin ??
restain colon/EGD mcas ; repeat Marcons
Nasa Lean test.

-----------------------------------------------------------
MEDICAL FOLLOWUP #1 - 10/4/21
VIDEO OR PHONE CONSULT INFORMATION

SESSION START TIME:9
SESSION END TIME:10:15
LOCATION OF PATIENT:ky
LOCATION OF PROVIDER:ny
NAMES OF PERSONS PARTICIPATING IN THIS VISIT:pt

8/2020 Microbiology Dx - Marcons POS, Enterbacter+, Klebsiella+, Biofillm 1+, no mold/yeast - did EDTA/Silver

9/2021 - Labcorp - 14/23 Strep Pneumo [L], IgG Subclasses ok, IgE 5 [L], MMR ok, B Pertussis igM [H], IgG neg, CMV IgG and IgM neg, tryptase 3.5, MBL ok, zinc 74, H Flu iGG neg, CMV PCR neg, Histamine ok, CH50 [H], Mg 4.9, Serotonin 8, Prostagladin D2 15 [L]

**restaining of EGD/Colonscopy CD117 - Duodenum (TI) 40
Stomach 25

Lg intestine 60
Transverse Colon 35. No spindle or cluster shape.
-no mast cells found on skin biopsies.

OVERALL - feeling worse and bed ridden last week for several days with low grade fever and fatigue and SIBO sx returned (frequent BMs 5 times, floating, undigested food, bloating after eating looking 3-4 months pregnant, gas increase.). Does flare before this. Had felt pretty good before this and when she took the testing. Feels she has mast cell issues. NOW better in the last day or so.
Husband has COVID and in a hotel. She tested neg.
-still on disability. Needs to share this with Mayo clinic. Her GI is at Mayo.

MOLD
More mold was found in the basement by inspector in 3 rooms. And she removed some of the items downstairs - 2 days after felt ill. Room with Xmas decorations - minimal exposure. Remediation company coming this wednesday. Remediated twice already. Feels the rooms were missed.
-has already researched Dr Weinstock.

IMMUNITY
-saw immunologist in past - Dr Sublette bc she kept getting sick. he does not believe in CIRS and mold issues.

ENT
-sinus congestion, runny nose clear, severe ear wax malodorous - uses nasal irrigation
-tinnitus bilateral (since Feb 2019)
-feels that she smells in general in the last year and a half like BO, like she is secreting "disgusting stuff" bc she is sensitive to all smells just in the last 2 years. Everything is fragrance free - nauseated.

HRT -
went on this a year ago. HRT and symptoms not improved.

Plan
calrify HRT, yeast tx past
mast cells. NASA?
?immune - pertussis, 23strep, IgE
Pg2 - exacerbates allergic inflammation and mast cell hyperplasia
labs - 2,3 dinor etc urine prostagladin D2 and missing labs/.'
pending Marcons
GSH -
H1 and h2 blocker.

----------------------------------------------------------
TIMELINE
Childhood - very poor, parents always argued and lots of stress
Age 18 - Cyotmegalovirus right before college. Severe fatigue, hospitalized but doesn't remember treatment. Married while in college.
20's - health was good until 1993 age 27 got PNA
30's - started with a few things. Lots of bronchitis 1-2 times a year.
-2002 - (36) met her husband he had rotten tonsils making her sick. She would get fever, nausea, aches episodes.
-2004 - running and hit by a bale of hay and had shoulder injury - may contribute to cervical stenosis now.
-40's - mid 40's had intermittant pain around the back where the bra strap in the back, MRIs showed nothing just tolerated it from then. Mid 40's a low grade fever (normal temp 97 and temps in the 99's) for a few days then would go away.
-Early 50's 2018 - As a runner noted some knee pain L>>R, Later 2018 hand pain and dx with CTD. EMG testing did show that but Mayo EMG testing normal. Disagreed. Pain is worse. Heart palpitations went to cards and just told stress.
-June 2019 - Stool color and consistency changed and increased frequency suddenly. saw GI in Dec
-Feb 2020 - vomiting, thought gastroparesis. EGD looked fine. Oral thrush bad at this time and bc food in the stomach from the night before suggesting gastroparesis.
-April 2020 - high mold in basement from water leak. Marcons+ but also Klebsiella and Enterococcus. Tx with mold remediation, EDTA.Silver. Retest and still had mold and had to remediate again. Larry Schwarz's protocol.
-1st tilt table - also 30 point increase in HR - no dizziness.
-Oct 2020 (BIG MAYO VISIT) Dx with Sjogrens at Mayo . Did Tilt table test and
sweat testing, Max VOC. In the tilt table 30 points in HR. Called ORthostatic intolerance not POTS bc of her age.

-Gastric emptying delayed at 2 and 4 hours and also slower transit time in the small bowel. Novemeber 2020 - right hemicholectomy for intestinal torsion - took out cecal valve. Bowels were just different but more frequent, urgency, new foul gas, floating stool with undigested food.
-SIBO test was negatibe so GI did EGD - culture showing staph and strep. Could be from the surgery. Treated with Xifaxan for 4 weeks 1 month ago: helped with gas,
a little fatigue and stools more normal looking color but still can be abnormal. Transitioned to doxy for the last 4 weeks without change in how she feels.
-NOw on the lipsomal Biocidin for 2 days - immediately her nose starts burning and allows her to sneeze more and feels very well after sneezing.

------------------------------------------------------------
PMH

Injuries: Neck Injury, Cervical stenosis; surgeon said will eventually require surgery but wait as long as I can

Hospitalizations:
- Baptist East 11/13/2020: Emergency Cecal Volvulus Surgery
- Baptist East 01/15/2020: Severe Headache; felt terrible; diagnoses basal ganglia calcification (See above MRI notes)
- Baptist East 06/29/19: Chest Pain and Heart Palpitations
- Baptist East 09/12/2017: Uncontrolled vomitting
---
Idiopathic fibrosis 2020 History of low grade fever for almost 20 years, severe candida glabrata since early 2000s; some bacterial vaginosis as well; mid back pain since 2015; 5 years of bronchitis in 1998 to 2003 ; went first met my husband we both got sick when dating each other in 2002 and broke up for a while and then got back together. Cytomegalovirus 1988

-----------------------------------------------------------
DENTAL

Silver Mercury Fillings: 6
Caps or crowns: 2
Root canals: 2
Other dental problems: Veneers on front teeth fall off and bother me; have alot of dental papin; have now removed all 6 mercury fillings through a biological dentist; they want me to take my root canals out as well
Floss regularly? Yes
Brush regularly? Yes

-----------------------------------------------------------
EXPOSURES

Adverse reaction to caffeine: No
Significantly affected by: Perfumes colognes
Foreign travel? No
Wilderness camping? No

Alcoholic drinks/ week: 1-3
Previous alcohol intake? High

-----------------------------------------------------------
PREVENTIVE TESTING/ OTHER MDS

Practitioner 1: Dr Melissa Young, Cleveland Clinic, Date seen: November 2020 said I need to figure out if house still moldy given detox for CIRS not working; keep taking liposomal gluathione
Practitioner 2: Anna Stone, APRN, Date seen: March 2020 to Sept 2020; diagnosed CIRS and Lyme; ran tons of tests but did not know what to do with them; put me on a detox program after first home remediation but did not get better

Dr Sublette - Immunology
Dr Greg Potts - PCP

----------------------------------------------------------
::SELFCARE::

SLEEP

Hours of sleep: 8-10/night
Trouble falling asleep? Yes
Rested upon awakening? No
Insomnia? No
Snoring? Yes
Sleeping aids? No

----------------------------------------------------------
DIET
Special diet: Low Carb, High Protein, Dairy Free, No Wheat, Gluten Free Other diet: Use Dr Terry Wahl diet as a guide; do not like seafood. Had an MRT test as well
Adverse reaction to: Dairy, Red Wine, Sulfite Containing Foods (wine, dried fruit, salad bars)
Food allergies or sensitivities: Yes - Sensitive to wine (get hoarse now); brocoli and garlic appear to make my gas and bloating worse
Crave or binge foods: Yes Sweets and carbs ( white foods)

----------------------------------------------------------
EXERCISE

Stretching: Yoga type poses for pelvic floor dysfunction 2/week for 10 mins
Cardio: Yoga type poses for pelvic floor dysfunction 5/week for 30 mins
Strength Training: Pelvic floor dysfunction exercise 6/week for 30 mins

Level of motivation for including exercise in life: High
Problems that limit activity: Fatigue, Pain in joints esp knees, shortness of breath; used to do high intensity interval training for years
Unusually fatigued after exercise? YesMore info: If try to run then I feel really tired and out of breath; fatigue usually goes away after a few hours
Usually sweat when exercising? Yes

----------------------------------------------------------
STRESS MANAGEMENT

Ever sought counseling? Yes
Currently in therapy? Yes Psychiatric Therapy for years . Go once a month. Now doing DNRS therapy using Annie Hopper Program; no results yet
Do you feel you have an excessive amount of stress in life? Yes
Do you feel you can easily handle stress in life? Yes
Stress rating 1-10: Work: 0 Family: 3 Social: 0 Finances: 0 Health: 7 Other: 9

Meditation or relaxation? Yes Meditation: Yes | Imagery: Yes | Breathing: Yes | Prayer: Yes | Other relaxation practice: DNRS therapy |
Have you ever been abused, crime victim, or experienced significant trauma? No

----------------------------------------------------------
PATIENT'S PRIORITIES

Problem 1: Gastrointestinal issues, Severe
Previous treatment: Elimination Diet; Cecal Volvulus Surgery success was Poor
Problem 2: Chronic Fatigue Syndrome, Severe
Previous treatment: Exercise and regular sleep schedule success was Fair
Problem 3: Sjogrens

Previous treatment: Imuran 120mg success was Poor
Problem 4: Small fiber neuropathy, Severe
Previous treatment: Duloxetine 120mg success was Fair
Problem 5: CIRS w mutliple symtpoms, Severe
Previous treatment: Home remediation and detox success was Poor
Problem 6: Hand and finger pain and burning, Severe
Previous treatment: Steroid injections success was Poor
Problem 7: Rashes , Moderate
Previous treatment: Dermatologoical Creams and Shampoos success was Fair
Problem 8: Severe bruising, Severe
Previous treatment: None
Problem 9: Lumps under skin, Moderate
Previous treatment: Lymphatic massage and dry brushing success was Poor
Problem 10: Knee and Side Pain, Moderate
Previous treatment: Steroid injectiosn and castor oil packs success was Poor

----------------------------------------------------------
phys_exam

----------------------------------------------------------
PRIOR LABS
4/2020 - Microbiology Dx - Marcons POS, Enterbacter+, Klebsiella+, Biofillm 1+, no mold/yeast (did EDTA with colloidal silver nasal spray, chlestyramine and home redediation)
MRT - testing.
GIFX - fecal fats [HH], 1+yeast, Klebsiella+, SigA [H]
Organix testing
Labcrop - VEGF normal, MMP9 345, TGFB1 normal

6/2020 - Quicksilver metals testing n/a
GPL Mycotox - Ochratox sl elevated
Quest - TGFB1 4400 [H], C4a and C3a ok, TFTs ok, no thryoid ab

7/2020 - Adrenocortex - high free cort pattern
ION testing - higer lipid peroxidase
Aperinomics - Urine DNA - Rare UTI?
Igenex - Lyme IgM 23+, 41+, 39IND, 93IND; IgG 18 IND 41IND

8/2020 - CD57 30 [L], normal pancreatic elastase
Quest - Candida Immune Complex 2.07 [H]

10/2020 - SS-A 1.0 [H]

1/2021 - Tryptase 4.3, IgE [L]

5/2021 - SIBO neg
Mayo - 24hr fecal fat 33 [H]

6/2021 - Labcorp - MCV[H], CMP ok, LDL 142, B12 ok, Vit E,A ok, Vit D 37.,

7/11/21 - GI-MAP - high bacteroids, akermansia, enterobacter; Enterococcus, streptococcus, klebsiella ; candida albicans, gliadin IgA [H]

Labcorp - EBV Va IgM [H], CD57 32 [L], CBC: MCV[H], RDW[L], Ricketsia neg, C Pneum IgG+, Bart, babesia, Ehlrlichia, Anaplasma neg, Mycoplasma both neg,

Duodenal Culture - + Staph

GPL Mycotox - Citrinin 64.91 [H], Ochratoxin 66.01

9/2021 - Labcorp - 14/23 Strep Pneumo [L], IgG Subclasses ok, IgE 5 [L], MMR ok, B Pertussis igM [H], IgG neg, CMV IgG and IgM neg, tryptase 3.5, MBL ok, zinc 74, H Flu iGG neg, CMV PCR neg, Histamine ok, CH50 [H], Mg 4.9, Serotonin 8,

Prostagladin D2 15 [L]

**restaining of EGD/Colonscopy CD117 - Duodenum (TI) 40
Stomach 25
Lg intestine 60
Transverse Colon 35. No spindle or cluster shape.
-no mast cells found on skin biopsies.

-----------------------------------------------------------

PROBLEM LIST
1. Reactivated EBV 7/2021
2. Lyme Igenex IgM+ - no change in 4 weeks.
3. Rhinitis daily - better since Liposomal biocidin bc it allows her to sneeze and she feels momentarily better
4. Urinary issues
5. Constant bruising - clotting/bleeding w/u normal
6. Mycotoxin - recently high citrinin and ochratoxin, home remediated several times but still currently with mold in the basement.
7. Marcons +, also Klebsiella and Enterococcus, fungal? s/p EDTA/silver no change
8. Pain - knees and hands, ?CTS debatable
9. Candida Glabrata 15 years vaginal, more recently with oral thrush
10. Intestinal torsion leading to right hemicholectomy leading to
11. SIBO - s/p Xifaxan in August 4 weeks with improvement in gas no response to diet. Normal breath test but endoscopic biopsy + strep and staph
12. Fecal fat malabsorption (seen before hemicholectomy)
13. POTS or "Orthostatic intolerance" - Tilt table testing pos x 2 by 30 points.
14. Burning mouth syndrome - worsening
15. Small Fiber Neuropathy dx U of L but not Mayo
16. Sjogrens - dry eyes and dry mouth for 4-5 years.

Need to clarify more
-HRT
-tx of yeast, canidida, diflucan

-----------------------------------------------------------

ASSESSMENT
54 y/o previously high functioning executive, h/o CMV when young and then frequent episodes of bronchitis who started to get very low grade fevers and back pain in her 40's with 15 years of vaginal candida glabrata, then in her 50's, palpitations , knee pain with running, hand pain , oral thrush. June 2019 started to have changes in bowel function EGD showing undigested stool suggesting gastroparesis. Around this time found to have mold in the basement remediated twice, Marcons+ but also Klebsiella and Enterococcus found ?yeast and tx with EDTA/Silver but not retested. Mold still present despite remediation and recent mycotoxin testing high. Had big workup at May Oct 2020 found to have decreased transit time in small bowel, delayed gastric emptying. Developed intestinal torsion Nov resulting in a right hemicholectomy. SIBO diagnosed on endoscopic culture not on breath testing. Completed 4 weeks Xifaxan with some gas improvement and now 4 weeks on doxy for Igenex +LD with no change.

Followup #1 - 10/4/21 - mold found in the basement again, had some minimal exposure she thinks and 2 days later had a flare of gut symptoms, bloating, freq BMs, bed bound with fatigue and low grade fever Covid neg, husband happens to be positive. testing shows immune dysregulation with Strep penum 14/23 low but also oddly IgM+ Bordatella. CMV IgG neg despite documented hospitalization when she was 18 and IgE consistently low, PGD2 low. Mast cell restaining of gut positive for mast cell but not skin biopsies. To do Marcons testing, TLab still. About to do Nasa lean. She wonders about LDN. To start . Bc of chronic sinus issues, rhinitis ref to ENT for scope and culture and possible CT sinuses (compare with MRI head she had done in 2019 if sufficient. For now trial of H1 and h2 blockers, more Mcas testing. Pneumovax. Maybe immunology consult later. HRT for GYn to address. Re-eavl supplements next time

PLAN
IMMUNITY
-You need to get a Pneumovax. You can get this with your GP tomorrow. The idea is to re-test in 4-6 weeks your 23 strep pneumo subtypes. Get me the results please.
-I do wonder about eventually getting Dr Sublette involved again.
-It is perplexing why you have an elevated IgM titer to Bordetella Pertussis and you also have low IgE levels consistently.
-It is also interesting to see you have no IgG antibodies to CMV when you had a clear infection at age 18.
-there are VARIOUS infections that are active: Lyme, EBV, ?Bordatella without symptoms, possibly candida

ENT
-Would be helpful to see an ENT to do a deeper culture IN ADDITION to the Microbiology Dx/Marcons test we will resend. And also to assess if you have a chronic sinus infection. Make the appointment with the person you have seen in the past. Expect to be scoped, cultured and have him/her look at the MRI head you did in 2019 to see if you need to be evaluated in a different way for your sinuses. But upload the MRI for me to see as well.

MCAS
-There is a standing order for tryptase in the portal you can print and bring.
-You'll do the NASA Lean test tomorrow.
-Your prostaglandin D2 is low which can exacerbate allergic inflammation and mast cell hyperplasia
-Based on the GI re-staining of the colon and upper endoscopy you have mast cell activation. You can bring this up with Dr Fox at Mayo clinic. We talked about Dr Weinstock's view of the mast cells in the gut but that goes against what Dr Afrin suggests. Let's just see how you do with treatment of mast cells to help us determine if this is an absolute issue.
-Pepcid and Claritin and the dosing it's twice a day. Start Claritin at 5mg twice a day if no effect in a week go up to 10mg twice a day.

HRT
-Maybe check in with your GYN to get hormone testing and to see if there needs to be adjustment.

re: the LDN - yes we can consider this for sure, it's not the magic bullet here but let's see what this next wave of testing results and we can start it next time. Plus we have to see how you do with the h1, H2 blockers.

Labs for GP tomorrow: B Pertussis Abs, Tryptase again. ANA IFA and cascade, ESR, CRP, Candida Antigen/Ab panel, IL-6, Urinary prostagladin D2, prostaglandin F2-alpha , Leukotriene E4

TLab testing - June has contacted the company again to resend the test kits to you.

See you in a month. Please arrange the appointment with Lindsay.

TLab testing - June has contacted the company again to resend the test kits to you.

See you in a month. Please arrange the appointment with Lindsay.

The total amount of time spent for this patient visit was __105__ minutes. 15 min prep before, 105 min chart notes and treatment plan after, and the Video telemedicine call itself was ___75_ minutes, of which __75__ minutes was spent counseling the patient, including reviewing their condition, updating their medical history, and creating a thorough treatment plan including lifestyle recommendations, medication, referrals and supplements.

| ASSESSMENT | RXS | PROCEDURES |
|---|---|---|
| • Prim. Diarrhea, unspecified (R19.7 - ICD10)<br>• Disorder involving the immune mechanism, unspecified (D89.9 - ICD10)<br>• Gammaherpesviral mononucleosis without complication (B27.00 - ICD10)<br>• Fever, unspecified (R50.9 - ICD10)<br>• Chronic fatigue, unspecified (R53.82 - ICD10)<br>• Mast cell activation, unspecified (D89.40 - ICD10) | • RX Claritin Reditabs - 5MG QD<br>• RX Pepcid - 20MG QD | **Orders:**<br>• ORD MicrobiologyDX<br>• T ORD 2,3-Dinor-11Beta-Prostaglandin F2 Alpha, Urine<br>• T ORD Leukotriene E4, U<br>• T ORD Tryptase [LabCorp]<br>• T ORD Histamine, Plasma [LabCorp]<br>• T ORD Prostaglandins: D2, S [LabCorp]<br>• T ORD N-Methylhistamine, Urine [LabCorp]<br>• T ORD Chromogranin A [LabCorp]<br>• T ORD Tryptase [LabCorp] |

## ADDITIONAL PLANS AND RECOMMENDATIONS

**Using your portal - PY** - PORTAL - Your treatment plan from today and all future visits will be clearly written up in the sidelink called "My Visit Summaries." Be sure to print this out so you can keep track of recommendations, goals and "homework."

All of the supplements are located on the "My Supplements" tab but also after every visit, I create a supplement document which can be pulled up in "Labs and Documents" which notes changes from our visit and is easier to see. I recommend printing that out. This is also where you can get handouts that I may have uploaded to your portal.

TESTING - Any lab forms e.g. Quest or Labcorp can be found under "Labs and Documents" - you will see the date ordered. Print that out to bring with you to the laboratory even though it has been sent their electronically.

Also, please keep all your information accurate should anything change i.e new diagnoses from other doctors and most importantly anything you have changed in medications and supplements so that when we meet again I'll have all the updated information easily accessible.

Also note that patient checkouts will now happen the next business day after our appointment.

**PY Appointments** - Please make your followup appointment NOW as slots are filled for the next 1-2 months typically. They can easily be done through the portal at any time or when you check out with the front desk.

**Medical Assistant PY** - June is my medical assistant if there are any questions she can be reached through the portal or by phone 914-652-7800 extension 109. If there are any other administrative questions please reach out to either Ariel or Lindsay through the portal.

**Personalized Treatment Plan** - IMMUNITY
-You need to get a Pneumovax. You can get this with your GP tomorrow. The idea is to re-test in 4-6 weeks your 23 strep pneumo subtypes. Get me the results please.
-I do wonder about eventually getting Dr Sublette involved again.
-It is perplexing why you have an elevated IgM titer to Bordetella Pertussis and you also have low IgE levels consistently.
-It is also interesting to see you have no IgG antibodies to CMV when you had a clear infection at age 18.
-there are VARIOUS infections that are active: Lyme, EBV, ?Bordatella without symptoms, possibly candida

ENT
-Would be helpful to see an ENT to do a deeper culture IN ADDITION to the Microbiology Dx/Marcons test we will resend. And also to assess if you have a chronic sinus infection. Make the appointment with the person you have seen in the past. Expect to be scoped, cultured and have him/her look at the MRI head you did in 2019 to see if you need to be evaluated in a different way for your sinuses. But upload the MRI for me to see as well.

MCAS
-There is a standing order for tryptase in the portal you can print and bring.
-You'll do the NASA Lean test tomorrow.
-Your prostaglandin D2 is low which can exacerbate allergic inflammation and mast cell hyperplasia
-Based on the GI re-staining of the colon and upper endoscopy you have mast cell activation. You can bring this up with Dr Fox at Mayo clinic. We talked about Dr Weinstock's view of the mast cells in the gut but that goes against what Dr Afrin suggests. Let's just see how you do with treatment of mast cells to help us determine if this is an absolute issue.
-Pepcid and Claritin and the dosing it's twice a day. Start Claritin at 5mg twice a day if no effect in a week go up to 10mg twice a day.

HRT
-Maybe check in with your GYN to get hormone testing and to see if there needs to be adjustment.

re: the LDN - yes we can consider this for sure, it's not the magic bullet here but let's see what this next wave of testing results and we can start it next time. Plus we have to see how you do with the h1, H2 blockers.

Labs for GP tomorrow: B Pertussis Abs, Tryptase again. ANA IFA and cascade, ESR, CRP, Candida Antigen/Ab panel, IL-6, Urinary prostagladin D2, prostaglandin F2-alpha , Leukotriene E4

TLab testing - June has contacted the company again to resend the test kits to you.

See you in a month. Please arrange the appointment with Lindsay.

Signed:

E-Sign'd: 02.14.22 (#0005304-AAD9)

*This message may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipient(s) named above. Any other persons are hereby notified that any review, dissemination, distribution, printing or copying of this message is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at (914) 652-7800 and permanently delete this message.*

blūm center for health
www.blumcenterforhealth.com

Blum Center for Health
34 Rye Ridge Plaza
Rye Brook, NY 10573
Tel: (914) 652-7800
Fax: (914) 652-7795

# ENCOUNTER(S) FOR KEETA FOX

| Patient Info | Patient Address |
|---|---|

**Name**: Keeta Fox
**DOB**:
**Phon**

## Transfer and Initial Medical Consultation

**Signed by Pamela Yee. Date of service: 09/15/2021**

ZOOM INFORMATION

SESSION START TIME:2:30
SESSION END TIME:4
LOCATION OF PATIENT: Kentucky
LOCATION OF PROVIDER: ny
NAMES OF PERSONS PARTICIPATING IN THIS VISIT: pt

REASON FOR VISIT

Remedy CIRS and put Sjogrens in remission without going on Immuno Suppressant Medicine

Last time felt well: Nov 2019
Change in health triggered by: Guessing stress from work and mold in house
Worse with: Eating; being in the cold; trying to do strenuous exercise or activity
Better with: Being outside; being in the sun; Mild exercise; sleeping; back and leg scratches from my husband
How do you spend your days? 12 hours in bed; 1 hour Pelvic Floor Dysnfunction therapy; 1 hour DNRS training; helping my mom who is disabled; 1/2 Walk or other exercise; working in my yard; house cleaning chores; cook a simple meal a few days a week; 4 or 5 hours of TV

------------------------------------------------------------
HPI

From DG - decided to return to another dietician. Doctor hopping. High functioning woman until 2 years ago - then aches pain and fatigue. CFO of Papa Johns. Gut symptoms with foul diarrhea, pale stools - IBS. Linzess bad diarrhea. No improvement. Went to functional med - APRN - mold and 2 remediations and herbs also to Mayo and Cleveland functional clinic - got all different things. Mayo said in her head. Cleveland said LD. But Cleveland reg med said no. Igenex pos and now on doxy 4 weeks now and biocidin but not better. GPL fine on repeat?
-tried SIBO diet - no improvement
-EBV reactivated.
-during gut crises: worsening pain and ER dx with torsion/obstruction and resected bowel so now short bowel and major GI surgery.

current sx: shooting pains in hands, feet, insomnia, anxiety, palpitations, HAs bloating and diarrhea.

h/o CMV, PNA, recurrent bronchitis, recurrent respiratory infections
Has mild SCL-70 antibodies.
------------------------------------------------------------

Was functional before 2 years ago 60-80 hours a week until June 2019 then worse by Dec/Feb 2020 when hands locked up and could no longer type. Felt shockgin type symptoms and went on disaability.

NOW
1. low grade fevers 99.7 once a week with sometimes left LN swelling
2. Constant fatigue and aching.
3. Hand pain R>L hard to write, hard to bend your fingers first 2 fingers and thumb
4. TINNITUS since her 20's
5. Burning Mouth Syndrome - started age 50, mneopause used to be triggered by acidic but now a lot of things cause that sensation. Feels it qod now and worse.

GUT
-SIBO and duod culture and post Xifaxan

CANDIDA
-15 years ago had vaginal yeast infection found to have Candida Glabrata and also had oral thrush last 2 years

AUTOIMMUNE
-Dx with Sjogrens and confirmed with MayoClinic

MOLD
-has multiple remediation of the basement, currently still had mold. Awaiting the next steps. Husband does not build on mold as an illness.
-doing DNSR for 1 month only.

OTHER
1 Reactivated EBV
2. POTS - tried a lot of water and salt but became intolerant.
3. RASHES - itchy scalp dermatitis which was biopsied, dermatographia (has a dermatologist she likes)
4. SMALL FIBER NEUROPATHY - performed by U of L neurology.
5. CANDIDA - oral thrust since 2018 but vaginal canidida 15 years (sees uro-gyn) last time clear
6. BRUISING - clotting disorders r/o, it is tender 10-20 at a time.
7. Urinary Sx - frequency, incontinence. Urine odor.

ROS
-denies hyperflexibility, not flexible person. Rhinitis

plan
malabsorption testing = stool chymotrypsin ??
restain colon/EGD mcas ; repeat Marcons
Nasa Lean test.

------------------------------------------------------------
TIMELINE
Childhood - very poor, parents always argued and lots of stress
Age 18 - Cyotmegalovirus right before college. Severe fatigue, hospitalized but doesn't remember treatment. Married while in college.
20's - health was good until 1993 age 27 got PNA
30's - started with a few things. Lots of bronchitis 1-2 times a year.
-2002 - (36) met her husband he had rotten tonsils making her sick. She would get fever, nausea, aches episodes.
-2004 - running and hit by a bale of hay and had shoulder injury - may contribute to cervical stenosis now.
-40's - mid 40's had intermittant pain around the back where the bra strap in the back, MRIs showed nothing just tolerated it from then. Mid 40's a low grade fever (normal temp 97 and temps in the 99's) for a few days then would go away.
-Early 50's 2018 - As a runner noted some knee pain L>>R, Later 2018 hand pain and dx with CTD. EMG testing did show that but Mayo EMG testing normal. Disagreed. Pain is worse. Heart palpitations went to cards and just told stress.
-June 2019 - Stool color and consistency changed and increased frequency suddenly. saw GI in Dec
-Feb 2020 - vomiting, thought gastroparesis. EGD looked fine. Oral thrush bad at this time and bc food in the stomach from the night before suggesting gastroparesis.
-April 2020 - high mold in basement from water leak. Marcons+ but also Klebsiella and Enterococcus. Tx with mold remediation, EDTA.Silver. Retest and still had mold and had to remediate again. Larry Schwarz's protocol.

-1st tilt table - also 30 point increase in HR - no dizziness.
-Oct 2020 (BIG MAYO VISIT) Dx with Sjogrens at Mayo . Did Tilt table test and
sweat testing, Max VOC. In the tilt table 30 points in HR. Called ORthostatic intolerance not POTS bc of her age.
-Gastric emptying delayed at 2 and 4 hours and also slower transit time in the small bowel. Novemeber 2020 - right hemicholectomy for intestinal torsion - took out cecal valve. Bowels were just different but more frequent, urgency, new foul gas, floating stool with undigested food.
-SIBO test was negatibe so GI did EGD - culture showing staph and strep. Could be from the surgery. Treated with Xifaxan for 4 weeks 1 month ago: helped with gas,
a little fatigue and stools more normal looking color but still can be abnormal. Transitioned to doxy for the last 4 weeks without change in how she feels.
-NOw on the lipsomal Biocidin for 2 days - immediately her nose starts burning and allows her to sneeze more and feels very well after sneezing.

------------------------------------------------------------
REVIEW OF SYSTEMS

Nausea or vomiting: 3
Diarrhea: 1
Bloated feeling: 4
Belching or passing gas: 4
Intestinal Stomach pain: 1
Itchy ears: 4
Earaches ear infections: 4
Drainage from ear: 3
Ringing in ears hearing loss: 3
Anxiety fear or nervousness: 2
Anger irritability or aggressiveness: 1
Depression: 2
Fatigue sluggishness: 4
Hyperactivity: 3
Restlessness: 2
Watery or itchy eyes: 4
Blurred or tunnel vision: 1
Headaches: 2
Faintness: 2
Dizziness: 2
Insomnia: 1
Rapid or pounding heartbeat: 2
Chest pain: 2
Pain or aches in joints: 3
Arthritis: 3
Stiffness or limitation of movement: 3
Pain or aches in muscles: 3
Feeling of weakness or tiredness: 4
Chest congestion: 1
Shortness of breath: 1
Poor physical coordination: 1
Chronic coughing: 1
Gagging frequent need to clear throat: 1
Sore throat hoarseness loss of voice: 2
Stuffy nose: 1
Sinus problems: 2
Excessive mucus formation: 3
Hives rashes or dry skin: 4
Binge eating drinking: 2
Craving certain foods: 2
Compulsive eating: 1
Frequent illness: 3
Frequent or urgent urination: 3

Genital itch or discharge: 3
MSQ Grand Total: 104

----------------------------------------------------------
PMH

Injuries: Neck Injury, Cervical stenosis; surgeon said will eventually require surgery but wait as long as I can

Blood Type: Unknown

Hospitalizations:
- Baptist East 11/13/2020: Emergency Cecal Volvulus Surgery
- Baptist East 01/15/2020: Severe Headache; felt terrible; diagnoses basal ganglia calcification (See above MRI notes)
- Baptist East 06/29/19: Chest Pain and Heart Palpitations
- Baptist East 09/12/2017: Uncontrolled vomitting

Age at first period: 15
LMP: 11/2018
Days between cycle: 28
Days of bleeding: 6
Skipped periods: No

---
Idiopathic fibrosis 2020 History of low grade fever for almost 20 years, severe candida glabrata since early 2000s; some bacterial vaginosis as well; mid back pain since 2015; 5 years of bronchitis in 1998 to 2003 ; went first met my husband we both got sick when dating each other in 2002 and broke up for a while and then got back together. Cytomegalovirus 1988

----------------------------------------------------------
DENTAL

Silver Mercury Fillings: 6
Caps or crowns: 2
Root canals: 2
Other dental problems: Veneers on front teeth fall off and bother me; have alot of dental papin; have now removed all 6 mercury fillings through a biological dentist; they want me to take my root canals out as well
Floss regularly? Yes
Brush regularly? Yes

----------------------------------------------------------
EXPOSURES

Adverse reaction to caffeine: No
Significantly affected by: Perfumes colognes
Foreign travel? No
Wilderness camping? No

Alcoholic drinks/ week: 1-3
Previous alcohol intake? High

----------------------------------------------------------
PREVENTIVE TESTING/ OTHER MDS

Practitioner 1: Dr Melissa Young, Cleveland Clinic, Date seen: November 2020 said I need to figure out if house still moldy given detox for CIRS not working; keep taking liposomal gluathione
Practitioner 2: Anna Stone, APRN, Date seen: March 2020 to Sept 2020; diagnosed CIRS and Lyme; ran tons of tests but did not know what to do with them; put me on a detox program after first home remediation but did not get better
----------------------------------------------------------

PATIENT ALLERGIES:

* ASPIRIN:

Med or supplement side effects? Yes Imruan 120 mg. nausea and vomiting; aspirin allergic per my mom

------------------------------------------------------------
::SELFCARE::

SLEEP

Hours of sleep: 8-10/night
Trouble falling asleep? Yes
Rested upon awakening? No
Insomnia? No
Snoring? Yes
Sleeping aids? No

------------------------------------------------------------
DIET

Changes in eating habits because of health? Yes
Special diet: Low Carb, High Protein, Dairy Free, No Wheat, Gluten Free Other diet: Use Dr Terry Wahl diet as a guide; do not like seafood. Had an MRT test as well
Adverse reaction to: Dairy, Red Wine, Sulfite Containing Foods (wine, dried fruit, salad bars)
Food allergies or sensitivities: Yes - Sensitive to wine (get hoarse now); brocoli and garlic appear to make my gas and bloating worse
Crave or binge foods: Yes Sweets and carbs ( white foods)
Lifestyle eating factors: Fast eater, Erratic eating pattern, Late night eating, Reliance on convenience items, Poor snack choices, Family members don't like healthy foods, Love to eat, Have a negative relationship with food, Emotional eater (eat when sad, lonely, depressed, bored), Eat too much under stress, Confused about nutritional advice, Skip meals, Like to cook, Read labels, Eat organic

How often do you weigh yourself? Never Concerned about weight? No
Current weight: 138 Desired weight: 138
Highest weight: 154 Lowest weight: 130
Would like to change about diet to improve health: Get good advice on types of foods to eat for my condition and give me good snack recommendations ( feel too strict on diet now). Hard to make a lifestlye change. Do I need FODMAP; is there a special diet for those who have candida? Very confusing.

Digest food well? No
Bloated after meals? Yes
------------------------------------------------------------
EXERCISE

Stretching: Yoga type poses for pelvic floor dysfunction 2/week for 10 mins
Cardio: Yoga type poses for pelvic floor dysfunction 5/week for 30 mins
Strength Training: Pelvic floor dysfunction exercise 6/week for 30 mins

Level of motivation for including exercise in life: High
Problems that limit activity: Fatigue, Pain in joints esp knees, shortness of breath; used to do high intensity interval training for years
Unusually fatigued after exercise? YesMore info: If try to run then I feel really tired and out of breath; fatigue usually goes away after a few hours
Usually sweat when exercising? Yes

------------------------------------------------------------
STRESS MANAGEMENT

Ever sought counseling? Yes
Currently in therapy? Yes Psychiatric Therapy for years . Go once a month. Now doing DNRS therapy using Annie Hopper

Program; no results yet
Do you feel you have an excessive amount of stress in life? Yes
Do you feel you can easily handle stress in life? Yes
Stress rating 1-10: Work: 0 Family: 3 Social: 0 Finances: 0 Health: 7 Other: 9

Meditation or relaxation? Yes Meditation: Yes | Imagery: Yes | Breathing: Yes | Prayer: Yes | Other relaxation practice: DNRS therapy |
Have you ever been abused, crime victim, or experienced significant trauma? No

-----------------------------------------------------------
PATIENT'S PRIORITIES

Problem 1: Gastrointestinal issues, Severe
Previous treatment: Elimination Diet; Cecal Volvulus Surgery success was Poor
Problem 2: Chronic Fatigue Syndrome, Severe
Previous treatment: Exercise and regular sleep schedule success was Fair
Problem 3: Sjogrens
Previous treatment: Imuran 120mg success was Poor
Problem 4: Small fiber neuropathy, Severe
Previous treatment: Duloxetine 120mg success was Fair
Problem 5: CIRS w mutliple symtpoms, Severe
Previous treatment: Home remediation and detox success was Poor
Problem 6: Hand and finger pain and burning, Severe
Previous treatment: Steroid injections success was Poor
Problem 7: Rashes , Moderate
Previous treatment: Dermatologoical Creams and Shampoos success was Fair
Problem 8: Severe bruising, Severe
Previous treatment: None
Problem 9: Lumps under skin, Moderate
Previous treatment: Lymphatic massage and dry brushing success was Poor
Problem 10: Knee and Side Pain, Moderate
Previous treatment: Steroid injectiosn and castor oil packs success was Poor

-----------------------------------------------------------
phys_exam

-----------------------------------------------------------
PRIOR LABS

-----------------------------------------------------------
PROBLEM LIST
1. Reactivated EBV 7/2021
2. Lyme Igenex IgM+ - no change in 4 weeks.
3. Rhinitis daily - better since Liposomal biocidin bc it allows her to sneeze and she feels momentarily better
4. Urinary issues
5. Constant bruising - clotting/bleeding w/u normal
6. Mycotoxin - recently high citrinin and ochratoxin, home remediated several times but still currently with mold in the basement.
7. Marcons +, also Klebsiella and Enterococcus, fungal? s/p EDTA/silver no change
8. Pain - knees and hands, ?CTS debatable
9. Candida Glabrata 15 years vaginal, more recently with oral thrush
10. Intestinal torsion leading to right hemicholectomy leading to
11. SIBO - s/p Xifaxan in August 4 weeks with improvement in gas no response to diet. Normal breath test but endoscopic biopsy + strep and staph
12. Fecal fat malabsorption (seen before hemicholectomy)
13. POTS or "Orthostatic intolerance" - Tilt table testing pos x 2 by 30 points.
14. Burning mouth syndrome - worsening
15. Small Fiber Neuropathy dx U of L but not Mayo

Need to clarify more

-HRT
-tx of yeast, canidida, diflucan
----------------------------------------------------------
ASSESSMENT
54 y/o previously high functioning executive, h/o CMV when young and then frequent episodes of bronchitis who started to get very low grade fevers and back pain in her 40's with 15 years of vaginal candida glabrata, then in her 50's, palpitations , knee pain with running, hand pain , oral thrush. June 2019 started to have changes in bowel function EGD showing undigested stool suggesting gastroparesis. Around this time found to have mold in the basement remediated twice, Marcons+ but also Klebsiella and Enterococcus found ?yeast and tx with EDTA/Silver but not retested. Mold still present despite remediation and recent mycotoxin testing high. Had big workup at May Oct 2020 found to have decreased transit time in small bowel, delayed gastric emptying. Developed intestinal torsion Nov resulting in a right hemicholectomy. SIBO diagnosed on endoscopic culture not on breath testing. Completed 4 weeks Xifaxan with some gas improvement and now 4 weeks on doxy for Igenex +LD with no change.

PLAN

Hi Keeta it was a pleasure meeting you and listening to your story. There are so many facets of this to sift through and today was the day that I got to digest a large portion of the story but still have lots of questions. Moving forward I want to do some more diagnostics. I am not convinced you have only Lyme and I wonder about Bartonella as well. I would like your dermatologist to do a special punch biopsy ideally in the upper outer though. Glad you have a trusted dermatologist. The second test for Bartonella is a blood test. You have to find an agreeable doctor's office to draw that for you. June can help you with this information if there are more questions.

POTS/ORTHOSTATIC TOLERANCE
-please do the Nasa Lean with your local doctor. See included instructions.
-next time let me know how much non caffeinated fluid you drink on a daily basis.

MCAS - possible
-I would like you to have some of your pathology slides - your scalp, endoscopy and colonscopy. You need to ask the the dermatologist and the gastroenterologist to restain those slides for CD117 and have them comment if they are spindle or clustered shape. Request areas to restain ask for the Duodenum, Ileium, Colon

MOLD/MARCONS
-See if you can locate the FINAL results of Microbiology Dx from April 2020. There is a fungal culture pending.
-I would retest this again. The test kit will be sent to you and there are instructions on doing this at home which are super easy.

LYME
It's OK to wait another month on doxy if you are tolerating it but generally Id say if no change by 6 weeks then you can stop

OTHER
-There is a lot of blood work to be done at Labcorp - hopefully they can do them all
-please make sure all of your medications are updated in the portal
-I am not making any changes in supplements now we will tackle that next time

Let's followup in a month I will try and get you on the calendar. Don't worry if not all of the labs are back.

The total amount of time spent for this patient visit was __150__ minutes. 30 min prep before, 30 min chart notes and treatment plan after, and the Video telemedicine call itself was ___90_ minutes, of which __90__ minutes was spent counseling the patient, including reviewing their condition, updating their medical history, and creating a thorough treatment plan including lifestyle recommendations, medication, referrals and supplements.

| ASSESSMENT | RXS \| PROCEDURES |
|---|---|
| • Prim. Diarrhea, unspecified (R19.7 - ICD10)<br>• Keratoconjunct sicca, not specified as Sjogren's, unsp eye (H16.229 - ICD10)<br>• Gammaherpesviral mononucleosis without complication (B27.00 - ICD10)<br>• Fever, unspecified (R50.9 - ICD10)<br>• Other sites of candidiasis (B37.89 - ICD10) | **Orders:**<br>• ORD TLAB Bartonella Henselae Molecular Imaging-skin<br>• ORD TLAB Bartonella Henselae Molecular Imaging-Blood<br>• T ORD CMV Abs IgG/IgM [LabCorp]<br>• T ORD CMV PCR [LabCorp] |

- T ORD Immunoglobulins A/E/G/M, Serum [LabCorp]
- T ORD IgG, Subclasses(1-4) [LabCorp]
- T ORD Measles/Mumps/Rubella Immunity [LabCorp]
- T ORD Complement, Total (CH50) [LabCorp]
- T ORD Plasma Zinc [LabCorp]
- T ORD Haemophilus influenzae B IgG [LabCorp]
- T ORD B pertussis IgG/IgM Ab [LabCorp]
- T ORD Mannose Binding Lectin (MBL) [LabCorp]
- T ORD Candida Antigen/Antibody Panel [LabCorp]
- ORD Pneumococcal Ab (23 Serotype) [LabCorp]
- ORD Panel 138901 [LabCorp]
- T ORD N-Methylhistamine, Urine [LabCorp]
- T ORD Tryptase [LabCorp]
- T ORD Histamine, Plasma [LabCorp]
- T ORD Prostaglandins: D2, S [LabCorp]
- T ORD Serotonin, Serum [LabCorp]
- T ORD Interleukin-6, Plasma [LabCorp]
- T ORD Magnesium, RBC [LabCorp]

## ADDITIONAL PLANS AND RECOMMENDATIONS

**Using your portal - PY** - PORTAL - Your treatment plan from today and all future visits will be clearly written up in the sidelink called "My Visit Summaries." Be sure to print this out so you can keep track of recommendations, goals and "homework."
All of the supplements are located on the "My Supplements" tab but also after every visit, I create a supplement document which can be pulled up in "Labs and Documents" which notes changes from our visit and is easier to see. I recommend printing that out. This is also where you can get handouts that I may have uploaded to your portal.

TESTING - Any lab forms e.g. Quest or Labcorp can be found under "Labs and Documents" - you will see the date ordered. Print that out to bring with you to the laboratory even though it has been sent their electronically.

Also, please keep all your information accurate should anything change i.e new diagnoses from other doctors and most importantly anything you have changed in medications and supplements so that when we meet again I'll have all the updated information easily accessible.

Also note that patient checkouts will now happen the next business day after our appointment.

---

**PY Appointments** - Please make your followup appointment NOW as slots are filled for the next 3 months typically. They can easily be done through the portal at any time or when you check out with the front desk.

---

**Medical Assistant PY** - June is my medical assistant if there are any questions she can be reached through the portal or by phone 914-652-7800 extension 109. If there are any other administrative questions please reach out to Lindsay through the portal.

---

**Personalized Treatment Plan** - Hi Keeta it was a pleasure meeting you and listening to your story. There are so many facets of this to sift through and today was the day that I got to digest a large portion of the story but still have lots of questions. Moving forward I want to do some more diagnostics. I am not convinced you have only Lyme and I wonder about Bartonella as well. I would like your dermatologist to do a special punch biopsy ideally in the upper outer though. Glad you have a trusted dermatologist. The second test for Bartonella is a blood test. You have to find an agreeable doctor's office to draw that for you. June can help you with this information if there are more questions.

POTS/ORTHOSTATIC TOLERANCE

-please do the Nasa Lean with your local doctor. See included instructions.
-next time let me know how much non caffeinated fluid you drink on a daily basis.

MCAS - possible
-I would like you to have some of your pathology slides - your scalp, endoscopy and colonscopy. You need to ask the the dermatologist and the gastroenterologist to restain those slides for CD117 and have them comment if they are spindle or clustered shape. Request areas to restain ask for the Duodenum, Ileium, Colon

MOLD/MARCONS
-See if you can locate the FINAL results of Microbiology Dx from April 2020. There is a fungal culture pending.
-I would retest this again. The test kit will be sent to you and there are instructions on doing this at home which are super easy.

LYME
It's OK to wait another month on doxy if you are tolerating it but generally Id say if no change by 6 weeks then you can stop

OTHER
-There is a lot of blood work to be done at Labcorp - hopefully they can do them all
-please make sure all of your medications are updated in the portal
-I am not making any changes in supplements now we will tackle that next time

Let's followup in a month I will try and get you on the calendar. Don't worry if not all of the labs are back.

---

**NASA Lean Test** - This is a test for dysautonomia. Disrgard directions to limit fluids and salt - don't change your normal habits. This is a test that will take approximately 30 minutes to complete in the office. You may download a copy of the test so you know what to expect: https://batemanhornecenter.org/wp-content/uploads/2016/09/NASA-Lean-Test-Instructions.pdf

---

**Microbiology Dx Test Kit** - Here is the video on how to do this test yourself.
https://www.youtube.com/watch?v=OTgVK_c007A&feature=emb_logo

---

Signed: [signature]

E-Sign'd: 02.14.22 (#0005303-AB29)

*This message may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipient(s) named above. Any other persons are hereby notified that any review, dissemination, distribution, printing or copying of this message is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at (914) 652-7800 and permanently delete this message.*

# Quality Assurance Report

## Request Information

Report Date: February 14, 2022

**RP ID:** 8805161

Patient Name: FOX, KEETA

Provider Name: BLUM CENTER FOR HEALTH

## Quality Assurance Information

Scope Requested: **From January 1, 2021 to Present**

Special Request:

Please provide medical records within the time frame seen by: Dr. Pamela Yee

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility for requested dates of service.

Chart Reviewed By: AJYOR

**From:** Keeta Fox <
**Sent:** Tue, 8 Feb 2022 17:23:37 -0500
**To:** Buss, Heather
**Subject:** Re: LTD Claim 10310112 - Updates re: records

Hi Heather
Just got a message from Dr. Yee's office the person who pulls all the files together has been out sick so when she comes back she's got a make sure she pulls the records for you and send them to you in the meantime if you need anything else or have any questions you can give me a call thanks

Keeta Fox
(

Sent from my iPhone

> On Feb 2, 2022, at 3:13 PM, Buss, Heather <Heather.Buss@lfg.com> wrote:
>
> Hi Keeta,
>
> That is correct…we have received all your updated forms.
>
> Thank you,
>
> | <image001.png> | Heather Buss<br>LTD Technical Specialist II<br>Lincoln Financial Group<br>PO Box 2578<br>Omaha, NE 68172-9688 | 800.291.0112 Office<br>Extension 13968<br><br>LincolnFinancial.com | Follow us on:<br><br><image002.png><br><image003.png><br><image004.png><br><image005.png><br><image006.png> |
> |---|---|---|---|

<image007.png>

---

**From:** Keeta Fox <
**Sent:** Tuesday, February 1, 2022 4:36 PM
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Re: LTD Claim 10310112 - Updates re: records

Hi Heather I'm just confirming you've got all my updated questionnaires and forms here just looking for medical records now is that correct thanks

Sent from my iPhone

On Jan 31, 2022, at 2:08 PM, Buss, Heather <Heather.Buss@lfg.com> wrote:

Thanks again Keeta! I appreciate your help.

| | | | |
|---|---|---|---|
| <image001.png> | **Heather Buss**<br>LTD Technical Specialist II<br>Lincoln Financial Group<br>PO Box 2578<br>Omaha, NE 68172-9688 | 800.291.0112 Office<br>Extension 13968<br><br>LincolnFinancial.com | Follow us on:<br><br><image002.png><br><image003.png><br><image004.png><br><image005.png><br><image006.png> |

<image007.png>

---

**From:** Keeta Fox <
**Sent:** Monday, January 31, 2022 1:39 PM
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Re: LTD Claim 10310112 - Updates re: records

Ok. I sent the office admin a reminder to send. Thanks

Sent from my iPhone

On Jan 31, 2022, at 12:40 PM, Buss, Heather <Heather.Buss@lfg.com> wrote:

Thanks for confirming Keeta! I have added the summaries provided to your file and will continue to follow up on the actual office visit notes with the doctor's office.

Kind regards,

| | | | |
|---|---|---|---|
| <image001.png> | **Heather Buss**<br>LTD Technical Specialist II<br>Lincoln Financial Group<br>PO Box 2578<br>Omaha, NE 68172-9688 | 800.291.0112 Office<br>Extension 13968<br><br>LincolnFinancial.com | Follow us on:<br><br><image002.png><br><br><image003.png><br><br><image004.png><br><br><image005.png><br><br><image006.png> |

<image007.png>

---

**From:** Keeta Fox <
**Sent:** Monday, January 31, 2022 12:31 PM
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Re: LTD Claim 10310112 - Updates re: records

Ok. Thanks. I do not have access to anything other than the summary.

Sent from my iPhone

On Jan 31, 2022, at 12:26 PM, Buss, Heather <Heather.Buss@lfg.com> wrote:

Hi Keeta,

I have received the attached visit summary for Dr. Yee. The summary does note that it may not show the doctor's notes or specific documentation, so in the interest of ensuring we have the most accurate information, I would recommend that we obtain the actual office visit notes. We'll continue to follow up for those records. If you do have access to the actual office visit notes through portal, please fee free to send them.

If you would like, you can also send additional summaries, but as advised above, they may not contain complete information.

Thanks for your assistance!

Kind regards,

| | | | |
|---|---|---|---|
| <image001.png> | **Heather Buss**<br>LTD Technical Specialist II<br>Lincoln Financial Group<br>PO Box 2578<br>Omaha, NE 68172-9688 | 800.291.0112 Office<br>Extension 13968<br><br>LincolnFinancial.com | Follow us on:<br><br><image002.png><br><br><image003.png><br><br><image004.png><br><br><image005.png><br><br><image006.png> |

<image007.png>

---

**From:** Keeta Fox <
**Sent:** Monday, January 31, 2022 9:23 AM
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Re: LTD Claim 10310112 - Updates re: records

Sorry about duplicate. This should be latest from Dr Yee. If this format is acceptable let me know and I can send the other appts. Thanks

Keeta Fox

On Mon, Jan 31, 2022 at 9:10 AM Buss, Heather <Heather.Buss@lfg.com> wrote:

> Hi Keeta,
>
> The attached records is  actually a duplicate of the 1/12/22 office visit note with Laura Tudor. There is no record from Dr. Yee.
>
> Thank you,

| | | | |
|---|---|---|---|
| <image001.png> | **Heather Buss**<br>LTD Technical Specialist II<br>Lincoln Financial Group<br>PO Box 2578<br>Omaha, NE 68172-9688 | 800.291.0112 Office<br>Extension 13968<br><br>LincolnFinancial.com | Follow us on:<br><br><image002.png><br><br><image003.png><br><br><image004.png><br><br><image005.png><br><br><image006.png> |

<image007.png>

---

**From:** Keeta Fox <
**Sent:** Tuesday, January 25, 2022 2:34 PM
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Re: LTD Claim 10310112 - Updates re: records

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

HI Heather
Here is the most recent appt from Dr Yee. She has diagnosed me with the following:
Mast Cell Activation Syndrome
Reactivated Epstein Barr

If this type of visit summary is helpful I will send you the previous appointment summar. Just let me know. Thanks.

Keeta Fox

On Tue, Jan 25, 2022 at 1:11 PM Buss, Heather <Heather.Buss@lfg.com> wrote:

> Hi Keeta,
>
> I hope you are well!
>
> I reviewed your file today as we are the 45th day from the date of our initial request for records. We are missing the following information:
>
> - Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 9, 2021 to present from Dr. Pilkington

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans

from October 1, 2020 to present from Dr. Brown. and Dr. Villaneuva

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2021 to present from Dr. Yee

We will continue to follow up for the above records and ask that you also contact your providers to ensure they provide the requested records for your claim file.  As a reminder all records are due by February 19, 2022.  I have also sent you a letter confirming  this information as well.

Please reach out with any questions or updates.

Thank you,

| | | | |
|---|---|---|---|
| <image001.png> | **Heather Buss**<br>LTD Technical Specialist II<br>Lincoln Financial Group<br>PO Box 2578<br>Omaha, NE 68172-9688 | 800.291.0112 Office<br>Extension 13968<br><br>LincolnFinancial.com | Follow us on:<br><br><image002.png><br><br><image003.png><br><br><image004.png><br><br><image005.png><br><br><image006.png> |

<image007.png>

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual

or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, February 4, 2022 4:57:39 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | 1ecseh1tdpyhfjrqfrgx_12123060.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

February 4, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by February 22, 2022:

Completion of the Enclosed Forms:

X Authori ation

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Aimee Mullen
LTD Technical Specialist II
On Behalf Of: Heather Buss
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: 10310112-MEDICAL-CORRESPONDENCE-02.04.2022

NORTON HEALTHCARE

RPid #8701756

AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION

I HEREBY REQUEST A COPY OF THE FOLLOWING PATIENT'S MEDICAL RECORD:

1. **Full Name of Patient:** FOX, KEETA **Social Security#** ______

2. **Maiden Name/Alias:** ______ **Patient's Birth Date:** ______

3. **INFORMATION REQUESTED (X):** (X ) Medical Record (X ) Psychiatric Records ( ) Itemized Bills

********If only a portion of the Medical record or Psychiatric record is required please specify *********

4. ( ) Discharge Summary ( ) Emergency Room ( ) Laboratory Results
( ) History & Physical ( ) X-Ray Report ( ) Immunization Records
( ) Orders ( ) Operative Reports ( ) Progress Notes
(X ) HIV Test/Status ( ) Nurses Notes
(X ) Other (Specify)* all PHI from 01/09/2021 to Present, excluding x-ray films

5. **IDENTIFY THE FACILITY WHERE THE PATIENT WAS TREATED (X):** **PT must complete this section**

( ) Norton Healthcare - specify Hospital: ______

( ) Norton Cancer Institute, specify location: ______

( ) Norton Community Medical Associates, specify location: ______

( ) Kosair Children Hospital Medical Associates, specify location: ______

( ) Norton Immediate Care Center, specify location ______

( ) Other, specify location: ______

6. **Identify date of service or date ranges requested including month and year:** from 01/09/2021 to Present

7. **The above record is to be released/mailed to the following individual:**

8. Name & Title: Lincoln Financial Group c/o ReleasePoint

Street Address: PO Box 1390

City/State/Zip: St. Peters, MO 63376 Phone Number: ______

9. **THIS RECORD IS REQUESTED FOR THE FOLLOWING REASON (X):**
( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes
( ) Personal Interest (X ) Other (Specify) Claims - Disability Insurance

10. The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent will expire 60 days after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event One Year . Such expiration date or event has not occurred.

REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.

11. ( ) Kentucky Law directs health care providers to furnish to a patient, At the patient's request, one free copy of the patient's Medical Record. * ( ) Additional requests for copies will be charged a rate of $1.00 per page.

* Free copies may exclude copies of x-ray films, video tapes or color photographs and a separate fee will be assessed if these items are requested.

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

NOTE: A COPY OF A PICTURE ID MUST BE ATTACHED TO THIS AUTHORIZATION FORM. If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may inspect or copy any information used/disclosed under this authorization.

12. **Signature** ______ **Date** ______
Patient, Parent or Legally Authorized Representative

**Relationship to the Patient:** ______ Phone Number ______

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentiality is protected by federal and/or state law. Federal and state regulations prohibits you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

## Legally Authorized Representative Questionnaire

**Note: To be completed only if requesting the records of a minor or another adult for whom you are the legal representative.**

**Request for Copies of Medical Record of Minor Patient:**
Authorization for the release of medical records may be provided by the custodial parent or legal guardian of the minor patient. Please check the box that designates your authority to sign for the release of the requested medical records:

- ☐ I share joint legal custody of the child for which I am requesting records. Must provide custody papers.
- ☐ I have sole custody of the child for which I am requesting records.
- ☐ I am the Legal Guardian for the child to which I am requesting records. The Legal Guardian must present an order of appointment, signed by a judge, granting him/her guardianship of the minor
- ☐ Married, custody not applicable.

**Request for Copies of Medical Record of Adult Patient:**
If you are requesting the medical record of an adult patient, other than yourself one of the following relationships must apply. Please check the box designating your rights to authorize release of the requested medical records.

- ☐ Power of Attorney (POA): Must complete and sign the medical record request form and provide a copy of the POA document.
- ☐ Legal Guardian: Must complete and sign the medical record request form and present an order of appointment, signed by a judge granting him/her guardianship of the patient
- ☐ Executor/Administrator of the adult deceased patient's estate. Must complete and sign the medical record request form and provide a copy of the qualification or order of appointment, signed by a judge as the executor or administrator over the estate.
- ☐ Personal Representative must complete and sign the medical record request and present an order of appointment, signed by a judge granting him/her as the Personal Representative for the deceased patient.

| | |
|---|---|
| Signature of Parent or Legal Representative | Date |
| Name of Parent or Legal Representative (please print) | Phone Number |

**From:**Buss, Heather
**Sent:**Fri, 4 Feb 2022 13:19:05 +0000
**To:**TCMSFaxes
**Subject:**FW: RP ID: 8701756 (L-TCMS) / Pol/Claim ID: 10310112 (FOX, KEETA) Hearing Date -- Order Suspended
**Attachments:**16489343.autho.pdf
**Importance:**High

---

From: status@releasepoint.com <status@releasepoint.com>
Sent: Friday, February 4, 2022 8:18:11 AM (UTC-05:00) Eastern Time (US & Canada)
To: Buss, Heather
Subject: RP ID: 8701756 (L-TCMS) / Pol/Claim ID: 10310112 (FOX, KEETA) Hearing Date -- Order Suspended

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Name: FOX, KEETA
Policy/Claim/Cert: 10310112
RP ID: 8701756
Ins. Co: Lincoln Financial Group
Provider: NORTON HEALTHCARE
Original Provider: Dr. Marjorie Pilkington
TransID: 55643691
Identifier/Req by: H Buss
Identifier 2: H Buss
Identifier 3:
Case Mgr/Supp email:

Please be advised that ReleasePoint has suspended this order for the following reason:

FACILITY REQUIRES THEIR OWN HIPAA AUTHORIZATION BE SIGNED BY PATIENT OR PATIENT REPRESENTATIVE.

Hello,

We received a response from the facility that indiciates the authorization needs to be addressed to Dr. Marjorie Plinkton-Norton Women's Specialists-Urogynecology in order to obtain the missing records. The patient must input this one the form. Please provide an updated authorization.

Thank you,

If you are returning an authorization: Email PDF images ONLY to authos@releasepoint.com with the RP# in the subject line -- scanned in 2-color black & white (not grayscale or full color)

For any additional policy status information, please contact customer service at .

Thank you.

----------------------------------------------------------------------------------------

The information contained in this electronic mail message is intended solely for the addressee stated above and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this electronic mail transmission is strictly prohibited.

If you have received this communication in error, please notify us immediately by e-mail to "status@releasepoint.com", and delete the original message.

NORTON HEALTHCARE

RPid #8701756

**AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION**

I HEREBY REQUEST A COPY OF THE FOLLOWING PATIENT'S MEDICAL RECORD:

1. **Full Name of Patient:** FOX, KEETA **Social Security#** ____________

2. **Maiden Name/Alias:** ____________ **Patient's Birth Date:** ____________

3. **INFORMATION REQUESTED (X):** (X) Medical Record (X) Psychiatric Records ( ) Itemized Bills

******If only a portion of the Medical record or Psychiatric record is required please specify *******

4. ( ) Discharge Summary ( ) Emergency Room ( ) Laboratory Results
( ) History & Physical ( ) X-Ray Report ( ) Immunization Records
( ) Orders ( ) Operative Reports ( ) Progress Notes
(X) HIV Test/Status ( ) Nurses Notes
(X) Other (Specify)* all PHI from 01/09/2021 to Present, excluding x-ray films

5. **IDENTIFY THE FACILITY WHERE THE PATIENT WAS TREATED (X):** **PT must complete this section**

( ) Norton Healthcare - specify Hospital: ____________

( ) Norton Cancer Institute, specify location: ____________

( ) Norton Community Medical Associates, specify location: ____________

( ) Kosair Children Hospital Medical Associates, specify location: ____________

( ) Norton Immediate Care Center, specify location ____________

( ) Other, specify location: ____________

6. **Identify date of service or date ranges requested including month and year:** from 01/09/2021 to Present

7. **The above record is to be released/mailed to the following individual:**

8. Name & Title: Lincoln Financial Group c/o ReleasePoint

Street Address: PO Box 1390

City/State/Zip: St. Peters, MO 63376 Phone Number: ____________

9. **THIS RECORD IS REQUESTED FOR THE FOLLOWING REASON (X):**
( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes
( ) Personal Interest (X) Other (Specify) Claims - Disability Insurance

10. The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent **will expire 60 days** after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event One Year . Such expiration date or event has not occurred.

REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.

11. ( ) Kentucky Law directs health care providers to furnish to a patient, At the patient's request, one free copy of the patient's Medical Record. * ( ) Additional requests for copies will be charged a rate of $1.00 per page.

* Free copies may exclude copies of x-ray films, video tapes or color photographs and a separate fee will be assessed if these items are requested.

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

NOTE: A COPY OF A PICTURE ID MUST BE ATTACHED TO THIS AUTHORIZATION FORM. If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may inspect or copy any information used/disclosed under this authorization.

12. **Signature** ____________ **Date** ____________
Patient, Parent or Legally Authorized Representative

**Relationship to the Patient:** ____________ Phone Number ____________

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentially is protected by federal and/or state law. Federal and state regulations prohibits you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

# Legally Authorized Representative Questionnaire

**Note: To be completed only if requesting the records of a minor or another adult for whom you are the legal representative.**

**Request for Copies of Medical Record of Minor Patient:**
Authorization for the release of medical records may be provided by the custodial parent or legal guardian of the minor patient. Please check the box that designates your authority to sign for the release of the requested medical records:

- ☐ I share joint legal custody of the child for which I am requesting records. Must provide custody papers.
- ☐ I have sole custody of the child for which I am requesting records.
- ☐ I am the Legal Guardian for the child to which I am requesting records. The Legal Guardian must present an order of appointment, signed by a judge, granting him/her guardianship of the minor
- ☐ Married, custody not applicable.

**Request for Copies of Medical Record of Adult Patient:**
If you are requesting the medical record of an adult patient, other than yourself one of the following relationships must apply. Please check the box designating your rights to authorize release of the requested medical records.

- ☐ Power of Attorney (POA): Must complete and sign the medical record request form and provide a copy of the POA document.
- ☐ Legal Guardian: Must complete and sign the medical record request form and present an order of appointment, signed by a judge granting him/her guardianship of the patient
- ☐ Executor/Administrator of the adult deceased patient's estate. Must complete and sign the medical record request form and provide a copy of the qualification or order of appointment, signed by a judge as the executor or administrator over the estate.
- ☐ Personal Representative must complete and sign the medical record request and present an order of appointment, signed by a judge granting him/her as the Personal Representative for the deceased patient.

______________________________ ______________
Signature of Parent or Legal Representative Date

______________________________ ______________
Name of Parent or Legal Representative (please print) Phone Number

Name: Keeta R Fox | DOB: MRN: 8911342017 | PCP: Greg J. Potts, MD

# Appointment Details

## Notes

## Progress Notes

Laura M. Tudor, APRN at 01/12/22 1952

Author: Laura M. Tudor, APRN Service: — Author Type: Nurse Practitioner
Filed: 01/12/22 1952 Encounter Date: 1/12/2022 Status: Signed
Editor: Laura M. Tudor, APRN (Nurse Practitioner)

Subjective

**Patient ID:** Keeta R Fox is a 55 y.o. female is here today for follow-up for neck pain. She was last seen in July 2020 by Dr. Villanueva for neck, arm, back and leg pain with weakness.

History of Present Illness

Ms. Fox has been having a rather difficult time since her last visit with Dr. Villanueva back in July. She has known severe cervical stenosis C4-5, C5-6 and C6-7. She also has disc space narrowing at multiple levels and collapse at C5-6 due to multilevel degenerative changes. She has not been interested in pursuing surgery and today states that she would like to try some "diagnostic therapies." I clarified what that entailed. She states that she wants to try conservative measures to find out "what works for me." She states that she was also seen by Dr. Blackburn with Norton hand surgery and was informed that she needed cubital versus carpal tunnel release however she is not interested in pursuing surgery for that either. She also complains of pressure in her occipital cervical region. She has had a couple of episodes of clumsiness and tripping upstairs. She reports that she has had a very extensive work-up at Mayo Clinic. She feels as though she has a lot to figure out in terms of her new, recent diagnoses of POTS, Sjogren's syndrome, bowel issues with history of emergent surgery just over a year ago for cecal volvulus.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Negative for activity change.
Eyes: Negative for visual disturbance.
Genitourinary: Positive for urgency.
Musculoskeletal: Positive for back pain and neck pain.
Neurological: Positive for weakness, light-headedness, numbness and headaches.

Objective

**Vitals:**

| | 01/12/22 1044 |
|---|---|
| BP: | 120/82 |
| Pulse: | 90 |
| Temp: | 98.2 °F (36.8 °C) |
| SpO2: | 98% |
| Weight: | 70.7 kg (155 lb 13.8 oz) |
| Height: | 170.2 cm (67") |

Body mass index is 24.41 kg/m².

**Physical Exam**
Vitals reviewed.
Constitutional:
General: She is not in acute distress.
Appearance: Normal appearance. She is well-developed. She is not ill-appearing, toxic-appearing or diaphoretic.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
General:
Right eye: No discharge.
Left eye: No discharge.
Conjunctiva/sclera: Conjunctivae normal.
Neck:
Trachea: No tracheal deviation.
Cardiovascular:
Rate and Rhythm: Normal rate.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Abdominal:
General: There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: Tenderness **(bilateral occipitocervical tenderness with palpation.)** present. Normal range of motion.
Cervical back: Normal range of motion and neck supple.
Skin:
General: Skin is warm and dry.
Findings: No erythema.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
GCS: GCS eye subscore is 4. GCS verbal subscore is 5. GCS motor subscore is 6.
Sensory: No sensory deficit.
Motor: No weakness or abnormal muscle tone.
Coordination: Coordination normal.
Gait: Gait normal.
Deep Tendon Reflexes: Reflexes are normal and symmetric. Reflexes normal.
Comments: **No motor or sensory deficits. DTR's normal. Negative Hoffman's; negative clonus. SLR and Patrick's negative bilaterally. Able to bear weight on heels and toes bilaterally. Gait normal.**

Psychiatric:
Behavior: Behavior is cooperative.
Thought Content: Thought content normal.

Neurologic Exam

Mental Status
Oriented to person, place, and time.

Assessment/Plan

Independent Review of Radiographic Studies:

No new radiographic images with regards to the spine.

Medical Decision Making:

Ms. Fox returns to the office today for reevaluation of symptoms. She continues to have cervical occipital pain described as a pressure sensation from the weight of her head on her shoulders. She has some numbness and tingling in the arms particularly on the left in the last 2 fingers and the left middle finger. She has had no conservative treatment so far with regards to her spine however she is aware that previous cervical MRI has revealed multilevel cervical stenosis with some severe foraminal narrowing. The patient is still not interested in considering surgery at this point.

Ms. Fox would like to try conservative measures and therefore I will refer her to pain management for injection therapies. We can start with cervical occipital blocks and possibly move toward radiofrequency ablation. She will also try some outpatient physical therapy to work on cervical, lumbar and core strengthening. We will reevaluate progress when she returns to the office in 6 months. I reminded the patient that any worsening arm pain, weakness in the upper or lower extremities as well as recurrent tripping, falls may all be indicators that the cervical and stenosis has worsened. She will need to notify us if this occurs.

Diagnoses and all orders for this visit:

**1. Cervico-occipital neuralgia (Primary)**
- Ambulatory Referral to Physical Therapy Evaluate and treat (for occipito cervical and lumbar pain ); Heat, Electrotherapy; Phonophoresis (dry neeling for neck and low back pain), Ultrasound; E-stim; Stretching (traction ), Strengthening
- Ambulatory Referral to Pain Management

**2. Spinal stenosis in cervical region**
- Ambulatory Referral to Physical Therapy Evaluate and treat (for occipito cervical and lumbar pain ); Heat, Electrotherapy; Phonophoresis (dry neeling for neck and low back pain), Ultrasound; E-stim; Stretching (traction ), Strengthening
- Ambulatory Referral to Pain Management

**3. Lumbosacral pain**
- Ambulatory Referral to Physical Therapy Evaluate and treat (for occipito cervical and lumbar pain ); Heat, Electrotherapy; Phonophoresis (dry neeling for neck and low back pain), Ultrasound; E-stim; Stretching (traction ), Strengthening
- Ambulatory Referral to Pain Management

**4. Degenerative joint disease of cervical and lumbar spine**
- Ambulatory Referral to Physical Therapy Evaluate and treat (for occipito cervical and lumbar pain ); Heat, Electrotherapy; Phonophoresis (dry neeling for neck and low back pain), Ultrasound; E-stim; Stretching (traction ), Strengthening
- Ambulatory Referral to Pain Management

Return in about 6 months (around 7/12/2022) for Laura Tudor.

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

**Fox, Keeta R**
Patient ID:
Specimen ID: **278-316-2545-0**

DOB:
Age: **54**
Sex: **Female**

**Patient Report**
Account Number: **16005030**
Ordering Physician: **G POTTS**

labcorp

Ordered Items: **Candida Antibodies IgG,IgA,IgM; B pertussis IgG/IgM Ab; Tryptase; EBV Ab VCA, IgG; EBV Early Antigen Ab, IgG; EBV Ab VCA, IgM; Interleukin-6, Serum; Sedimentation Rate-Westergren; C-Reactive Protein, Quant; Antinuclear Antibodies, IFA; Prostaglandins: D2, U; Venipuncture**

Date Collected: **10/05/2021** Date Received: **10/05/2021** Date Reported: **10/21/2021** Fasting: **Yes**

## Candida Antibodies IgG,IgA,IgM

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| ▶ **Candida Antibodies IgG** [A, 01] | **Positive** | **Abnormal** | | | | Negative |
| Candida Antibodies IgM [A, 01] | Negative | | | | | Negative |
| | | | **Please note reference interval change** | | | |
| ▶ **Candida Antibodies IgA** [A, 01] | **Positive** | **Abnormal** | | | | Negative |
| | | | **Please note reference interval change** | | | |

## B pertussis IgG/IgM Ab

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| ▲ **B pertussis IgG Ab** [01] | **1.48** | **High** | <0.95* | 09/16/2021 | index | 0.00-0.94 |
| | | | | Negative <0.95<br>Equivocal 0.95 - 1.04<br>Positive >1.04 | | |
| ▲ **B pertussis IgM Ab** [01] | **2.1** | **High** | **1.4** | 09/16/2021 | index | 0.0-0.9 |
| | | | | Negative <1.0<br>Borderline 1.0 - 1.1<br>Positive >1.1 | | |

* Previous Reference Interval: (B pertussis IgG Ab: 0.00-0.94 index)

## Tryptase

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| Tryptase [01] | 4.6 | | 3.5 | 09/16/2021 | ug/L | 2.2-13.2 |

## EBV Ab VCA, IgG

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| ▲ **EBV Ab VCA, IgG** [02] | **205.0** | **High** | | | U/mL | 0.0-17.9 |
| | | | | Negative <18.0<br>Equivocal 18.0 - 21.9<br>Positive >21.9 | | |

## EBV Early Antigen Ab, IgG

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| ▲ **EBV Early Antigen Ab, IgG** [02] | **30.4** | **High** | **36.3** | 07/08/2021 | U/mL | 0.0-8.9 |
| | Hepatitis A, Hepatitis C and HIV antibodies may cross-react with this assay. | | | | | |
| | | | | Negative < 9.0<br>Equivocal 9.0 - 10.9<br>Positive >10.9 | | |



©2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-282-7300

**Fox, Keeta R**
Patient ID:
Specimen ID: **278-316-2545-0**

DOB:
Age: **54**
Sex: **Female**

**Patient Report**
Account Number: **16005030**
Ordering Physician: **G POTTS**

labcorp

## EBV Ab VCA, IgM

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| ▲ **EBV Ab VCA, IgM** [02] | **140.0** | **High** | **121.0** | 07/08/2021 | U/mL | 0.0-35.9 |

```
Negative          <36.0
Equivocal 36.0 - 43.9
Positive          >43.9
```

## Interleukin-6, Serum

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Interleukin-6, Serum [B, 02] | 3.0 | | pg/mL | 0.0-13.0 |

Based on the available clinical data, PCR-confirmed COVID-19 patients with IL-6 concentrations >35.0 pg/mL at presentation are at risk for mechanical ventilation during their hospitalization. IL-6 values should be used in conjunction with clinical findings and the results of other laboratory findings. IL-6 values alone are not indicative of the need for endotracheal intubation or mechanical ventilation.

## Sedimentation Rate-Westergren

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| Sedimentation Rate-Westergren [02] | 18 | 8 | 06/24/2020 | mm/hr | 0-40 |

## C-Reactive Protein, Quant

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| C-Reactive Protein, Quant [02] | <1 | <1* | 09/11/2020 | mg/L | 0-10 |

* Previous Reference Interval: (C-Reactive Protein, Quant: 0-10 mg/L)

## Antinuclear Antibodies, IFA

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| Antinuclear Antibodies, IFA [02] | Negative | **Positive** | 09/11/2020 | | |

```
Negative    <1:80
Borderline   1:80
Positive    >1:80
```

ICAP nomenclature: AC-0
For more information about Hep-2 cell patterns use ANApatterns.org, the official website for the International Consensus on Antinuclear Antibody (ANA) Patterns (ICAP).

## Prostaglandins: D2, U

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Prostaglandins: D2, U [02] | 179 | | ng/L | |

**Reported per liter basis

**Disclaimer**
The Previous Result is listed for the most recent test performed by Labcorp in the past 3 years where there is sufficient patient demographic data to match the result to the patient.

**Icon Legend**
▲ Out of reference range ■ Critical or Alert



©2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-282-7300

**Fox, Keeta R**
Patient ID:
Specimen ID: **278-316-2545-0**

DOB:
Age: **54**
Sex: **Female**

**Patient Report**
Account Number: **16005030**
Ordering Physician: **G POTTS**

labcorp

**Comments**

A: Results of this test are labeled for research purposes only by the assay's manufacturer. The performance characteristics of this assay have not been established by the manufacturer. The result should not be used for treatment or for diagnostic purposes without confirmation of the diagnosis by another medically established diagnostic product or procedure. The performance characteristics were determined by Labcorp.
B: This test has not been FDA cleared or approved. This test has been authorized by FDA under an EUA for use by authorized laboratories. This test has been authorized only to assist in identifying severe inflammatory response, when used as an aid in determining the risk of intubation with mechanical ventilation in confirmed COVID-19 patients. This test is only authorized for the duration of the declaration that circumstances exist justifying the authorization of emergency use of medical devices under Section 564(b)(1) of the Act, 21 U.S.C. / 360bbb-3(b)(1), unless the authorization is terminated or revoked sooner.

**Performing Labs**

01: BN - LabCorp Burlington 1447 York Court, Burlington, NC, 27215-3361 Dir: Sanjai Nagendra, MD
02: CB - LabCorp Dublin 6370 Wilcox Road, Dublin, OH, 43016-1269 Dir: Vincent Ricchiuti, PhD
For Inquiries, the physician can contact Branch: 502-456-4700 Lab: 800-282-7300

Patient Details
**Fox, Keeta R**

Phone
Date of Birth
Age: **54**
Sex: **Female**
Patient ID:
Alternate Patient ID:

Physician Details
**G POTTS**
**Papa Cares, LLC**
**2002 Papa John's Blvd, Louisville, KY, 40299**

Phone: **502-240-5900**
Account Number: **16005030**
Physician ID:
NPI: **1336182450**

Specimen Details
Specimen ID: **278-316-2545-0**
Control ID: **40066650813**
Alternate Control Number:
Date Collected: **10/05/2021 1253 Local**
Date Received: **10/05/2021 0000 ET**
Date Entered: **10/05/2021 1651 ET**
Date Reported: **10/21/2021 1236 ET**
Rte: **04**



©2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-282-7300

Name: Keeta R Fox | DOB MRN: 8911342017 | PCP: Greg J. Potts, MD

# TISSUE PATHOLOGY EXAM - Details

## Comments from the Doctor's Office

No significant inflammation seen on any biopsy. Neg for changes suggesting celiac. Negative for h pylori. Duodenal aspirate is consistent with SIBO - rec trial xifaxan (sent to pharmacy). Schedule follow up

## Images

Click here to view test result

Click here to view test result

## Component Results

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| **Addendum 2** | Your Value<br>Please see the completely scanned consultation report from Mayo Clinic below. | | |
| **Addendum** | Your Value<br>Further testing is performed at the request of Dr. Briley. Utilizing an appropriate positive and negative control immunohistochemical stain CD117 is performed on all blocks. In specimen designated "terminal ileum" mast cells enumerate up to 40 per 40x high power field. No spindle shapes or clustering is identified. In specimen #2 designated "stomach" mast cells enumerate up to 25 per 40x high power field. No spindle shapes or clustering are noted. In specimens #3 designated "colon random" mast cells enumerate up to 60 per 40x high power field with single small clustering of up to 4 cells. No spindle shapes are noted. In specimen #4 designated "transverse colon" mast cells enumerate up to 35 per 40x high power field. No clustering nor spindle shapes are identified.<br><br>Clinical and serologic correlation is recommended.<br><br>mec/pkm | | |

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| **Case Report** | **Your Value**<br>**Surgical Pathology Report Case: SV21-11985**<br>**Authorizing Provider: Briley, Lauren C., MD Collected: 07/07/2021 12:03 PM**<br>**Ordering Location: BAPTIST HEALTH LOUISVILLE Received: 07/07/2021 01:23 PM**<br>**ENDO SUITES**<br>**Pathologist: Cobb, Mahoney E, MD**<br>**Specimens: 1) - Small Intestine, Duodenum, DUODENAL BIOPSIES**<br>**2) - Stomach, RANDOM GASTRIC BIOPSIES**<br>**3) - Large Intestine, RANDOM COLON BIOPSIES**<br>**4) - Large Intestine, Transverse Colon, TRANSVERSE COLON POLYP** | | |
| **Final Diagnosis** | Your Value<br>1. Duodenum, Biopsy: Benign small bowel mucosa with<br>A. Normal intact villous surface.<br>B. No significant inflammation, no granulomas.<br>C. No viral inclusions or other organisms on routinely stained sections.<br><br>2. Stomach, Biopsy: Oxyntic and antral type gastric mucosa with<br>A. No significant inflammation.<br>B. No metaplasia, dysplasia nor malignancy.<br>C. No H. pylori-like organisms identified.<br><br>3. Colon, Biopsy: Benign colonic mucosa with<br>A. No hyperplastic or tubulovillous change.<br>B. No significant inflammation.<br>C. No crypt distortion or basement membrane thickening.<br>D. No viral inclusions or other organisms on routinely stained sections.<br>E. Melanosis coli.<br><br>4. Colon, Transverse, Biopsy: Colonic mucosa with<br>A. Mild superficial hyperplastic epithelial change.<br>B. No tubulovillous change nor malignancy.<br><br>mec/jse | | |
| **Gross Description** | Your Value<br>1.The specimen is received in formalin labeled with the patient's name and further designated 'duodenal biopsy' are multiple small fragments of gray-tan tissue. The specimen is submitted for embedding as received.<br><br>2.The specimen is received in formalin labeled with the patient's name and further designated 'random gastric biopsy' are multiple small fragments of gray-tan tissue. The specimen is submitted for embedding as received.<br><br>3.The specimen is received in formalin labeled with the patient's name and further designated 'random colon biopsy' are multiple small fragments of gray-tan tissue. The specimen is submitted for embedding as received.<br><br>4.The specimen is received in formalin labeled with the patient's name and further designated 'transverse colon polyp biopsy' is a small fragment of gray-tan tissue. The specimen is submitted for embedding as received. | | |

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| **Microscopic Description** | Your Value<br>Performed, incorporated in diagnosis. | | |

## General Information

Ordered by Lauren C. Briley, MD

Collected on 07/07/2021 12:03 PM from Small Intestine, Duodenum (Tissue)
Collected on 07/07/2021 12:06 PM from Stomach (Tissue)
Collected on 07/07/2021 12:17 PM from Large Intestine (Tissue)
Collected on 07/07/2021 12:23 PM from Large Intestine, Transverse Colon (Tissue)

Resulted on 11/16/2021 5:45 PM

Result Status: Edited Result - FINAL

This test result has been released by an automatic process.

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

## 01/28/2021 - Office Visit in Norton Urogynecology Center
## FACESHEET

Norton Urogynecology Center
4123 Dutchmans Lane
Suite 307
Louisville, KY 40207-4721

Encounter Date: **1/28/2021**
MRN: **EP00363111**
Guarantor: **FOX,KEETA**
Contact Serial #: **10098754748**

### PATIENT

| | | | |
|---|---|---|---|
| Name: | **FOX, KEETA** | Preferred Name: | |
| Address: | ↄ | Preferred Language: | **ENGLISH** |
| City: | | | |
| DOB: | | Primary Phone: | **502-235-0765** |
| Sex: | **Female** | Mobile Phone: | Telephone Information: Mobile |
| Primary Care Provider: | **Potts, Gregory J, MD** | Work Phone: | No relevant phone numbers on file. |

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| **1. FOX,DAVE** | **No** | **Spouse** | | **(W)** **8 :)** |
| **2. *No Contact Specified*** | | | | **(W)** **C)** |

### GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | **FOX,KEETA** | DOB: | |
| Address: | ↄ | Sex: | **Female** |
| Relation to Patient: | **Self** | Home Phone: | |
| Guarantor ID: | **265767** | Work Phone: | |

GUARANTOR EMPLOYER

| | | | |
|---|---|---|---|
| Employer: | | Status: | **UNKNOWN** |

### COVERAGE

PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | **ANTHEM** | Plan: | **ANTHEM** |
| Group Number: | **214000M0C1** | Insurance Type: | **INDEMNITY** |
| Subscriber Name: | **FOX,KEETA** | Subscriber DOB: | **11/06/1966** |
| Subscriber ID: | **PJX638A22780** | | |
| Pat. Rel. to Subscriber: | **Self** | | |

SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

## 01/28/2021 - Office Visit in Norton Urogynecology Center (continued)

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Fox, Keeta
MRN: EP00363111, DOB: 11/6/1966, Sex: F
Visit date: 1/28/2021

## 01/28/2021 - Office Visit in Norton Urogynecology Center (continued)

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Pilkinton, Marjorie L, MD | Pilkinton, Marjorie L, MD | Potts, Gregory J, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Urogynecology Center | 4123 Dutchmans Lane<br>Suite 307<br>Louisville KY 40207-4721 | 502-409-5600 | 502-259-3078 |

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE CONSULTATION NEW/ESTAB PATIENT 60 MIN** |

### Reason for Visit

#### Chief Complaint

- Hematuria

#### Visit Diagnoses

- Myofascial pain
- Dyspareunia due to medical condition in female
- **Asymptomatic microscopic hematuria (primary)**

## 01/28/2021 - Office Visit in Norton Urogynecology Center
## Code Timeline

### Patient Care Timeline

No data selected in time range

## 01/28/2021 - Office Visit in Norton Urogynecology Center (continued)

### Patient Summary as-of Visit

#### Immunizations

No documentation.

#### **History** as of 1/28/2021

**Medical History** as of 1/28/2021

**Medical last reviewed by Pilkinton, Marjorie L, MD on 1/28/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety and depression | — | — | Provider |
| Arthritis | — | — | Provider |
| Chronic fatigue | — | — | Provider |
| Colon polyp | — | — | Provider |
| Dermatitis | — | "Spongy" per patient | Provider |
| Gastroparesis | — | — | Provider |
| History of kidney stones | — | — | Provider |
| Osteoporosis | — | — | Provider |
| Sjogren's disease (CMS/HCC) | — | — | Provider |

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Fox, Keeta
MRN: EP00363111, DOB: [redacted], Sex: F
Visit date: 1/28/2021

## 01/28/2021 - Office Visit in Norton Urogynecology Center (continued)

**Patient Summary as-of Visit (continued)**

| | | | | |
|---|---|---|---|---|
| Small fiber neuropathy | — | — | | Provider |
| Temporomandibular joint disorder (TMJ) | — | — | | Provider |

**Surgical History** as of 1/28/2021

**Surgical last reviewed by Pilkinton, Marjorie L, MD on 1/28/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| COLONOSCOPY | — | — | — | Provider |
| COLON SURGERY | — | 11/2020 | REMOVAL OF 12 INCHES OF COLON | Provider |

**Family History** as of 1/28/2021

**Family History as of 1/28/2021**

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes | | |

**Substance & Sexuality History**

**Tobacco Use**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

**Alcohol Use**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | Previously 1 glass of wine per night but none now | Provider |

**Drug Use**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

## 01/28/2021 - Office Visit in Norton Urogynecology Center (continued)

**Patient Summary as-of Visit (continued)**

**Sexual Activity**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | Male | Married | Provider |

**Socioeconomic History** as of 1/28/2021

**Socioeconomic as of 1/28/2021**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

## Vaping and E-Cig

**E-cigarettes/Vaping**

| Question | Response | Comments |
|---|---|---|
| E-cigarette/Vaping Use | — | — |
| Start Date | — | — |
| Quit Date | — | — |
| Cartridges/Day | — | — |
| Counseling Given | — | — |
| Passive Exposure | — | — |
| Comments | — | — |
| Nicotine | — | — |
| Flavoring | — | — |
| THC | — | — |
| CBD | — | — |
| Other | — | — |
| Disposable | — | — |
| Pre-filled or Refillable Cartridge | — | — |
| Refillable Tank | — | — |
| Pre-filled Pod | — | — |
| Other | — | — |

**Clinical Notes**

**Progress Notes**

**Pilkinton, Marjorie L, MD at 1/28/2021 2215**

Author: Pilkinton, Marjorie L, MD    Service: —    Author Type: Physician
Filed: 1/28/2021 10:29 PM    Encounter Date: 1/28/2021    Status: Signed
Editor: Pilkinton, Marjorie L, MD (Physician)

**Norton Womens Specialists, Urogynecology**
**Provider Note**

**Date: 1/28/21**
**CC: hematuria**
**HPI: Keeta** comes in today for a new patient visit for complaints of hematuria. Denies gross hematuria. Was told several years in a row she had hematuria seen on urine dips at pcp. She went to mayo clinic last fall for work up of

sjogrens. While there she saw urology. She had cystoscopy and CT scan by urology and was told everything was fine and to establish care with urology in louisville. She presents today to establish care. She has records with her.

She sees lisa crawford for GYN care and has been seeing a GYN at mayo clinic for vulvar burning and pelvic floor dysfunction. Sex is has become painful in the past year with initial and deep penetration. On vaginal estrogen and reports getting frequent candidiasis. She was told by mayo gyn she should establish care with pelvic floor PT in louisville but has not had a referral yet. She had anal manometry while in mayo.

Denies vaginal bleeding. Has burning today

Occasional SUI, frequency improving in past several months. Wakes 0-1 x a night to void.

**Urodynamics**: No
**Cystoscopy:** No
**Pain:** 0/10

**OB History**

No obstetric history on file.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety and depression | |
| • Arthritis | |
| • Chronic fatigue | |
| • Colon polyp | |
| • Dermatitis<br>*"Spongy" per patient* | |
| • Gastroparesis | |
| • History of kidney stones | |
| • Osteoporosis | |
| • Sjogren's disease (CMS/HCC) | |
| • Small fiber neuropathy | |
| • Temporomandibular joint disorder (TMJ) | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |

**Social History**

| Socioeconomic History | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
- Not on file

Social Needs
- Financial resource strain: Not on file
- Food insecurity
  - Worry: Not on file
  - Inability: Not on file
- Transportation needs
  - Medical: Not on file
  - Non-medical: Not on file

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity
- Alcohol use: Not Currently
  - Frequency: Never
  - *Comment: Previously 1 glass of wine per night but none now*
- Drug use: Never
- Sexual activity: Not Currently
  - Partners: Male
  - *Comment: Married*

Lifestyle
- Physical activity
  - Days per week: Not on file
  - Minutes per session: Not on file
- Stress: Not on file

Relationships
- Social connections
  - Talks on phone: Not on file
  - Gets together: Not on file
  - Attends religious service: Not on file
  - Active member of club or organization: Not on file
  - Attends meetings of clubs or organizations: Not on file
  - Relationship status: Not on file
- Intimate partner violence
  - Fear of current or ex partner: Not on file
  - Emotionally abused: Not on file
  - Physically abused: Not on file
  - Forced sexual activity: Not on file

Other Topics Concern
- Not on file

Social History Narrative
- Not on file

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • COLON SURGERY | | 11/2020 |

*REMOVAL OF 12 INCHES OF COLON*
- COLONOSCOPY

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • azaTHIOprine (IMURAN) 50 MG tablet | Take 50 mg by mouth daily. | | |
| • boric acid 600 MG vaginal suppository | Place 1 suppository vaginally. | | |
| • Cholecalciferol 125 MCG (5000 UT) TABS | Take 5,000 Units by mouth daily. | | |
| • cholestyramine (QUESTRAN) 4 g packet | Take 4 g by mouth 2 (two) times daily. | | |
| • DULoxetine (CYMBALTA) 30 MG capsule | Take 30 mg by mouth daily Take with Duloxetine 60 mg to equal 90 mg. | | |
| • DULoxetine (CYMBALTA) 60 MG capsule | Take 60 mg by mouth daily Take with Duloxetine 30 mg to equal 90 mg . | | |
| • estradiol (ESTRACE) 0.1 MG/GM vaginal cream | Apply 1 gram vulvovaginally twice weekly. | | |
| • estradiol (VIVELLE-DOT) 0.05 MG/24HR | Place 1 patch onto the skin twice a week. | | |
| • NON FORMULARY | Take 450 mg by mouth daily Liposomal Glutathione Solution 450 mg . | | |
| • NON FORMULARY | Take 1.4 mLs by mouth Twice a Day Adrena Sooth: Take once in the evening and once at bedtime. . | | |
| • Prasterone 6.5 MG INST | | | |
| • Probiotic Product (PROBIOTIC-10 PO) | Take by mouth. | | |
| • progesterone (PROMETRIUM) 100 MG capsule | Take 100 mg by mouth. | | |
| • vitamin E 100 UNIT capsule | Take 100 Units by mouth daily. | | |

No current facility-administered medications for this visit.

**Allergies as of 1/28/2021**

Review status set to Review Complete by You at 10:15 PM

| | Severity | Noted | Reaction Type | Reactions |
|---|---|---|---|---|
| **Butalbital-acetaminophen** | Medium | 01/28/2020 | Intolerance | Other (See Comments) |
| Insomnia | | | | |
| **Aspirin** | **Not Specified** | 11/30/2012 | Unspecified | Other (See Comments) |
| Unknown, mother told her not to take it. | | | | |

**ROS:**
Constitutional: Oriented, no unexpected weight loss/gain, +fatigue
Eyes: +vision changes -pain
Breast: No masses, nipple d/c or tenderness
Cardiovascular: No chest pain, irregular heart beat
Respiratory: No wheezing or shortness of breath
Gastrointestinal: No nausea, vomiting, or heartburn
Genitourinary:No Dysuria/hematuria
Musculoskeletal: +muscle pain or back pain
Neurological: +dizziness,+ headaches,- weakness
Skin: +rash or itching
Psychiatric: +depression -thoughts of suicide

**Physical Exam**
**Vitals:**
**Vitals:**

| | 01/28/21 0829 |
|---|---|
| BP: | 108/68 |
| Temp: | 98.2 °F (36.8 °C) |

**WT:** 65.6 kg (144 lb 10 oz) **HT:** 65.6 kg (144 lb 10 oz) **BMI:** Body mass index is 22.65 kg/m².
Vitals reviewed.

**Constitutional:** She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress. Normal mood and affect, oriented to person and place
**Back**: No CVAT
**GI/Abdomen:** Soft, nontender, no masses, no hepato or splenomegaly, normal bowel sounds in all quadrants
**Abdominal scars**: vertical
**Musculoskeletal:** No cyanosis, clubbing, gait normal
**Skin**: Skin is warm and dry. No rash noted
**Lymph Nodes**:No inguinal adenopathy
**External genitalia:** atrophy
**Vulva:** Normal Bilaterally
**Perineal lesion:** None
**Urethral meatus:** Normal, Caruncle: absent, prolapse: absent

**Suburethral mass:** None
**Urethral hypermobility:** absent based on POPQ
**Supine Stress Test:** Negative
**Neurological:** Bulbocavernosus reflex Negative Anal Wink reflex Negative,
**Perineal sensation**: Intact bilaterally in all dermatomes
**Levator muscles:** tender bilaterally ileococcygeus
**Kegel strength:** 1
**Vagina**:
**POPQ: no prolapse**
**Cervix**: present
**Uterus**: present
**Ovaries**:normal
**Rectal**: normal tone, no masses

**Procedure**: Bladder scan PVR to r/o incomplete emptying

**Labs:**
**Urine Analysis POCT -** Positive blood
**PVR:** 0cc

**ASSESSMENT/PLAN:**

| | | |
|---|---|---|
| **1.** | **Asymptomatic microscopic hematuria** | **Bladder scan**<br>**POCT Urinalysis, Dipstick**<br>**UroSwab (MDL)**<br>**UroSwab (MDL)**<br>**Culture,Urine**<br>**Culture,Urine** |
| 2. | Myofascial pain | Ambulatory referral to Physical Therapy |
| 3. | Dyspareunia due to medical condition in female | Ambulatory referral to Physical Therapy |

**Orders Placed This Encounter**

Procedures

- Culture,Urine
  - Standing Status: Future
  - Number of Occurrences: 1
  - Standing Expiration Date: 1/27/2022
- UroSwab (MDL)
  - Standing Status: Future
  - Number of Occurrences: 1
  - Standing Expiration Date: 2/28/2021
- Ambulatory referral to Physical Therapy
  - Referral Priority: Routine
  - Referral Type: Consultation
  - Referral Reason: Specialty Services Required
  - Requested Specialty: Physical Therapy

Number of Visits Requested: 1

- Bladder scan
- POCT Urinalysis, Dipstick

Exam findings reviewed with patient in detail. I reviewed the urinalysis and PVR results with her.

Referring provider records reviewed, prior urine cultures and dna analysis and relevant imaging reports available reviewed.
1. Has had microheme, fully evaluated by urology 2020. Reviewed AUA Guidelines and instructed her to rto 1 year after ct scan for repeat urinalysis. Will repeat ct urogram and cystoscopy 5 years if hematuria continues. asked her to return for eval if gross hematuria seen.

She inquired about microgen analysis of urine. She denies dysuria or bladder pain therefore would not advise treating any findings seen on that test. Also explained that test is not standard of care at this time and limited data to say whether treating all bacteria seen improves outcomes. Of note largest bacteria identified was lactobacillus which I told her was reassuring.

2. Dyspareunia, on vaginal estrogen. Myofascial pelvic floor muscle pain seen on exam. Referral to PT made. Recommend heating pads and warm baths when possible. Discussed the role of vaginal valium--she is not interested at this time.

Patient already under the care of 2 gyn for vulvar burning therefore will defer further management to those physicians. On exam today, no e/o vulvodynia.

RTO: October 2021 for annual urinalysis, PT referral. She verbalized understanding to the above. All questions answered.

Marjorie L Pilkinton, MD
1/28/2021
**EMR Dragon/Transcription disclaimer:**
Portions of this note is an electronic transcription/translation of spoken language to printed text. The electronic translation of spoken language may permit erroneous, or at times, nonsensical words or phrases to be inadvertently transcribed. Although I have reviewed the note for such errors, some may still exist.

Electronically signed by Pilkinton, Marjorie L, MD at 1/28/2021 10:29 PM

**Fajardo, Tracy at 1/28/2021 0914**

Author: Fajardo, Tracy | Service: — | Author Type: Medical Assistant
Filed: 1/28/2021 10:29 PM | Encounter Date: 1/28/2021 | Status: Signed
Editor: Fajardo, Tracy (Medical Assistant)

I, Tracy Fajardo, was present for the entire pelvic exam today.

## 01/28/2021 - Office Visit in Norton Urogynecology Center (continued)

### Clinical Notes (continued)

Electronically signed by Fajardo, Tracy at 1/28/2021 10:29 PM

### Labs

#### Lab

##### UroSwab (MDL) (Final result)

Electronically signed by: **Pilkinton, Marjorie L, MD on 01/28/21 0910** Status: **Completed**
Ordering user: Pilkinton, Marjorie L, MD 01/28/21 0910 Authorized by: Pilkinton, Marjorie L, MD
Ordering mode: Standard
Frequency: Routine 01/28/21 - Class: External
Quantity: 1 Lab status: Final result
Instance released by: Fajardo, Tracy 1/28/2021 9:11 AM
Diagnoses
Asymptomatic microscopic hematuria [R31.21]
Scan on 2/2/2021 11:54 AM by Fajardo, Tracy: UroSwab 1/28/21 (below)

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Fox, Keeta
MRN: EP00363111, DOB: , Sex: F
Visit date: 1/28/2021

**01/28/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Labs (continued)**

02/02/2021 11:21:25 AM -0500 FAXCOM PAGE 2 OF 2

MEDICAL DIAGNOSTIC LABORATORIES L.L.C.
2439 KUSER ROAD
HAMILTON, NJ 08690-3303
TL: 609-570-1000 FX: 609-570-1050 TF: 877-269-0090
**www.mdlab.com**

**MDL#: 11326216**

**Final**
**Test Results**

| Patient Information: SSN: DOB: Age:54) | Ordering Physician/Lab: NPI: 1346561453 |
|---|---|
| FOX, KEETA R | NORTON UROGYNECOLOGY CENTER<br>MARJORIE PILKINTON, MD<br>4123 DUTCHMANS LANE<br>SUITE 307<br>LOUISVILLE, KY 40207 |
| Home: | Tel: (502) 409-5600<br>Fax: (502) 259-3078 |

Patient ID: EP00363111 Date Received: 1/29/2021 Date Reported: 2/2/2021

| Test | Specimen | Date Collected Comment | Results Normal | Results Abnormal | Reference/Units/Comments |
|---|---|---|---|---|---|
| Chlamydia trachomatis by Real-Time PCR (Reflex to Azithromycin Resistance by Pyrosequencing) * 105 Verified 1/31/2021 | UroSwab - 1 | 1/28/2021 Urine | | | * Specimen volume not sufficient to complete testing. Please recollect. |
| Trichomonas vaginalis by Real-Time PCR (Reflex to metronidazole resistance) * 111 Verified 1/31/2021 | UroSwab - 1 | 1/28/2021 Urine | | | * Specimen volume not sufficient to complete testing. Please recollect. |
| Mycoplasma genitalium by Real-Time PCR (Reflex to Azithromycin and Fluoroquinolone Resistance) * 129 Verified 1/31/2021 | UroSwab - 1 | 1/28/2021 Urine | Negative | | |
| Mycoplasma hominis by Real-Time PCR * 130 Verified 1/31/2021 | UroSwab - 1 | 1/28/2021 Urine | Negative | | |
| Neisseria gonorrhoeae by Real-Time PCR (Reflex to Antibiotic Resistance by Molecular Analysis) * 167 Verified 1/31/2021 | UroSwab - 1 | 1/28/2021 Urine | | | * Specimen volume not sufficient to complete testing. Please recollect. |
| Ureaplasma urealyticum by Real-Time PCR (Reflex to Fluoroquinolone Resistance) * 320 Verified 1/31/2021 | UroSwab - 1 | 1/28/2021 Urine | Negative | | |

*This test was developed and its performance characteristics determined by Medical Diagnostic Laboratories, L.L.C. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary.

A positive result is provided for bacteria, virus, parasites, and/or fungal species when PCR amplification (real-time PCR), sequence information (Pyrosequencing), and/or sequencing analysis occurs above cut-off levels established by the laboratory. Pertinent reference intervals for the tests reported above are available from the laboratory upon request.

**end of report**

Page 2 of 2
Ver. 14.10

View: MF
Mail: Yes None Yes
Fax: Yes None Manual No

Medical Director, Mats Sanden, M.D.

PATH
MDL#: 11326216
2/2/2021
Final

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | Urine | — |

**UroSwab (MDL)** Resulted: 02/02/21 1154, Result status: Final result

## 01/28/2021 - Office Visit in Norton Urogynecology Center (continued)

### Labs (continued)

Order status: Completed
Collected by:
Acknowledged by
Hutchinson, Arianna, APRN on 02/02/21 1540
Fajardo, Tracy on 02/03/21 1602

Filed by: Fajardo, Tracy 02/02/21 1154
Resulting lab: EXTERNAL

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **173 - External** | EXTERNAL | Unknown | Unknown | 12/09/16 0715 - Present |

#### Indications

Asymptomatic microscopic hematuria [R31.21 (ICD-10-CM)]

#### All Reviewers List

Fajardo, Tracy on 2/3/2021 16:02
Hutchinson, Arianna, APRN on 2/2/2021 15:40

### OneSwab (MDL) (Cancel Pend)

Electronically signed by: **Fajardo, Tracy on 01/28/21 0842**
Status: **Cancel Pend**
Ordering user: Fajardo, Tracy 01/28/21 0842
Ordering provider: Pilkinton, Marjorie L, MD
Authorized by: Pilkinton, Marjorie L, MD
Frequency: Routine 01/28/21 -
Class: External
Quantity: 1
Pended by: Fajardo, Tracy 01/28/21 0842
Canceled by: Pilkinton, Marjorie L, MD 01/28/21 0908

### Microbiology

#### Culture,Urine (Final result)

Electronically signed by: **Fajardo, Tracy on 01/28/21 0912**
Status: **Completed**
Ordering user: Fajardo, Tracy 01/28/21 0912
Ordering provider: Pilkinton, Marjorie L, MD
Authorized by: Pilkinton, Marjorie L, MD
Ordering mode: Per protocol: no cosign required
Frequency: Routine 01/28/21 -
Class: Clinic Collect
Quantity: 1
Lab status: Final result
Instance released by: Fajardo, Tracy 1/28/2021 9:12 AM
Diagnoses
Asymptomatic microscopic hematuria [R31.21]

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| H2221273_URC_10 | Urine | Urine, Clean Catch Midstream | 12720 01/28/21 1011 |

Comment: Urine Midstream

#### Culture,Urine

Resulted: 01/29/21 2041, Result status: Final result

Ordering provider: Pilkinton, Marjorie L, MD 01/28/21 1011
Order status: Completed
Filed by: Lis, Sunquest/Copath 01/29/21 2042
Collected by: 12720 01/28/21 1011
Resulting lab: NORTON HOSPITAL (11815)
Acknowledged by
Hutchinson, Arianna, APRN on 01/31/21 0836
Fajardo, Tracy on 02/03/21 1602

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Culture | Final no | — | — | N |

## 01/28/2021 - Office Visit in Norton Urogynecology Center (continued)

**Labs (continued)**

growth

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **93 - N** | NORTON HOSPITAL (11815) | Nowacki, Michael, MD | 200 East Chestnut Louisville KY 40202 | 11/12/20 1510 - Present |

**Culture,Urine** Resulted: 01/28/21 1507, Result status: In process

Ordering provider: Pilkinton, Marjorie L, MD 01/28/21 1011
Filed by: Lis, Sunquest/Copath 01/28/21 1508
Resulting lab: SUNQUEST
Order status: Completed
Collected by: 12720 01/28/21 1011

**Reviewed by**

Fajardo, Tracy on 02/03/21 1602
Fajardo, Tracy on 02/03/21 1602
Hutchinson, Arianna, APRN on 02/02/21 1540
Hutchinson, Arianna, APRN on 01/31/21 0836

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **162 - Sunquest** | SUNQUEST | Unknown | 200 East Chestnut Street Louisville KY 40202 | 03/16/17 2043 - Present |

**Indications**

Asymptomatic microscopic hematuria [R31.21 (ICD-10-CM)]

**All Reviewers List**

Fajardo, Tracy on 2/3/2021 16:02
Fajardo, Tracy on 2/3/2021 16:02
Hutchinson, Arianna, APRN on 2/2/2021 15:40
Hutchinson, Arianna, APRN on 1/31/2021 08:36

**Point of Care Testing**

**POCT Urinalysis, Dipstick (Final result)**

Electronically signed by: **Pilkinton, Marjorie L, MD on 01/28/21 0910** Status: **Completed**
Ordering user: Pilkinton, Marjorie L, MD 01/28/21 0910
Authorized by: Pilkinton, Marjorie L, MD
Ordering mode: Standard
Frequency: Routine 01/28/21 -
Class: Point Of Care
Quantity: 1
Lab status: Final result
Released by: Pilkinton, Marjorie L, MD 01/28/21 0910
Diagnoses
Asymptomatic microscopic hematuria [R31.21]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | Urine | FAJARDO, TRACY 01/28/21 0913 |

**POCT Urinalysis, Dipstick (Abnormal)** Resulted: 01/28/21 0913, Result status: Final result

Order status: Completed
Collected by: FAJARDO, TRACY 01/28/21 0913
Acknowledged by
Filed by: Fajardo, Tracy 01/28/21 0913

**Labs (continued)**

Hutchinson, Arianna, APRN on 01/28/21 0933
Fajardo, Tracy on 02/03/21 1602

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Spec Grav, UA | 1.025 | 1.000 - 1.030 | — | — |
| pH-Urine Dipstick | 5 | 5 - 8 | — | — |
| Leukocytes-POCT | Negative | Negative | — | — |
| Nitrite-Urine | Negative | Negative | — | — |
| PROTEIN-POCT | Negative | Negative, Trace | — | — |
| GLUCOSE-POCT | Normal | Normal | — | — |
| Urine Ketone, POCT | Small | Negative, Small, Trace | — | — |
| Urobilinogen-UA | Normal | Normal mg/dL | — | — |
| UA BILIRUBIN- POCT | Negative | Negative | — | — |
| Blood | Moderate | Negative, Trace | A ! | — |

**Indications**

Asymptomatic microscopic hematuria [R31.21 (ICD-10-CM)]

**All Reviewers List**

Fajardo, Tracy on 2/3/2021 16:02
Fajardo, Tracy on 2/3/2021 16:02
Hutchinson, Arianna, APRN on 2/2/2021 15:40
Hutchinson, Arianna, APRN on 1/31/2021 08:36
Hutchinson, Arianna, APRN on 1/28/2021 09:33

**Other Orders**

**Nursing**

**Bladder scan (Final result)**

Electronically signed by: **Pilkinton, Marjorie L, MD on 01/28/21 0910** Status: **Completed**
Ordering user: Pilkinton, Marjorie L, MD 01/28/21 0910 Authorized by: Pilkinton, Marjorie L, MD
Ordering mode: Standard
Frequency: Routine 01/28/21 - Class: Clinic Performed
Quantity: 1 Lab status: Final result
Released by: Pilkinton, Marjorie L, MD 01/28/21 0910
Diagnoses
Asymptomatic microscopic hematuria [R31.21]

**Bladder scan** Resulted: 01/28/21 0913, Result status: Final result

Order status: Completed Filed by: Fajardo, Tracy 01/28/21 0913
Narrative:
Reviewed in Office

Acknowledged by: Hutchinson, Arianna, APRN on 01/28/21 0933

**Indications**

Asymptomatic microscopic hematuria [R31.21 (ICD-10-CM)]

**All Reviewers List**

## 01/28/2021 - Office Visit in Norton Urogynecology Center (continued)

### Other Orders (continued)

Hutchinson, Arianna, APRN on 1/28/2021 09:33

#### Outpatient Referral

**Ambulatory referral to Physical Therapy (Active)**

Electronically signed by: **Pilkinton, Marjorie L, MD on 01/28/21 0910** Status: **Active**
Ordering user: Pilkinton, Marjorie L, MD 01/28/21 0910 Authorized by: Pilkinton, Marjorie L, MD
Ordering mode: Standard
Frequency: Routine 01/28/21 - Class: External Referral
Quantity: 1
Diagnoses
Myofascial pain [M79.18]
Dyspareunia due to medical condition in female [N94.19]
Order comments: Dunn PT

**Referral Details**

| Referred By | | Referred To | Type | Priority |
|---|---|---|---|---|
| Pilkinton, Marjorie L, MD<br>4123 Dutchmans Lane<br>STE 307<br>LOUISVILLE KY 40207<br>Phone: 502-409-5600<br>Fax: 502-259-3078<br>Comment: Dunn PT | Diagnoses: Myofascial pain<br>Dyspareunia due to medical condition in female<br>Order: Ambulatory Referral To Physical Therapy<br>Reason: Specialty Services Required | | Consultation | Routine |

**Indications**

Myofascial pain [M79.18 (ICD-10-CM)]
Dyspareunia due to medical condition in female [N94.19 (ICD-10-CM)]

### Flowsheets

**Encounter Vitals**

| Row Name | 01/28/21 0829 |
|---|---|
| Enc Vitals | |
| BP | 108/68 -TF at 01/28/21 0836 |
| Temp | 98.2 °F (36.8 °C) -TF at 01/28/21 0829 |
| Weight | 144 lb 10 oz (65.6 kg) -TF at 01/28/21 0829 |
| Height | 5' 7" (1.702 m) -TF at 01/28/21 0829 |

**Medical Wt Mgmt 12 Week Program**

| Row Name | 01/28/21 0829 |
|---|---|
| Week 1-12 | |
| Today's Weight | 144.62 Lbs -TF at 01/28/21 0829 |

**Misc. Formula Calculations**

| Row Name | 01/28/21 0829 |
|---|---|

**01/28/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Flowsheets (continued)**

| OTHER | |
|---|---|
| BMI (Calculated) | 22.7 -TF at 01/28/21 0829 |
| Weight | 0 -TF at 01/28/21 0829 |
| eGFR | 0 -TF at 01/28/21 0829 |
| BSA (Calculated - sq m) | 1.76 sq meters -TF at 01/28/21 0829 |
| BMI (Calculated) | 22.7 -TF at 01/28/21 0829 |
| IBW (Calculated) Male | 66.1 kg -TF at 01/28/21 0829 |
| Low Range Vt 6cc/kg MALE | 396.6 mL -TF at 01/28/21 0829 |
| Adult Moderate Range Vt 8cc/kg MA | 528.8 mL -TF at 01/28/21 0829 |
| Adult High Range Vt 10cc/kg MALE | 661 mL -TF at 01/28/21 0829 |
| IBW (Calculated) Female | 61.6 kg -TF at 01/28/21 0829 |
| Low Range Vt 6cc/kg FEMALE | 369.6 mL -TF at 01/28/21 0829 |
| Adult Moderate Range vt 8cc/kg FEMALE | 492.8 mL -TF at 01/28/21 0829 |
| Adult High Range Vt 10cc/kg FEMALE | 616 mL -TF at 01/28/21 0829 |
| Weight in (lb) to have BMI = 25 | 159.3 -TF at 01/28/21 0829 |
| Percent Weight Change Since Birth | 0 -TF at 01/28/21 0829 |
| Vasopressin (20units/ml)// 1 unit/kg | 2 ml -TF at 01/28/21 0829 |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 ml -TF at 01/28/21 0829 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 10 ml -TF at 01/28/21 0829 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 ml -TF at 01/28/21 0829 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 ml -TF at 01/28/21 0829 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 ml -TF at 01/28/21 0829 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 ml -TF at 01/28/21 0829 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 ml -TF at 01/28/21 0829 |

## 01/28/2021 - Office Visit in Norton Urogynecology Center (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 mg -TF at 01/28/21 0829 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 ml -TF at 01/28/21 0829 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 ml -TF at 01/28/21 0829 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 ml -TF at 01/28/21 0829 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 ml -TF at 01/28/21 0829 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 ml -TF at 01/28/21 0829 |
| Vasopressin (20units/ml)// 0.5 units/kg | 2 ml -TF at 01/28/21 0829 |
| Cardioversion First Attempt (0.5 joules/kg) | 50 joules -TF at 01/28/21 0829 |
| Defibrillation First attempt (2 joules/kg) | 150 joules -TF at 01/28/21 0829 |
| Defibrillation First attempt (2 joules/kg) | 120 -TF at 01/28/21 0829 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 ml -TF at 01/28/21 0829 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 ml -TF at 01/28/21 0829 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 ml -TF at 01/28/21 0829 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 ml -TF at 01/28/21 0829 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 joules -TF at 01/28/21 0829 |
| Cardioversion Subsequent Attempts (1joule/kg) | 70 joules -TF at 01/28/21 0829 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 ml -TF at 01/28/21 0829 |
| Phenylephrine | 6.56 ml -TF at |

**Flowsheets (continued)**

| | |
|---|---|
| bolus (100MCG/ML)// 10MCG/KG | 01/28/21 0829 |
| Procainamide infusion (10mg/ml)// 5mg/kg | 10 ml -TF at 01/28/21 0829 |
| Amiodarone (50mg/ml) Drip Loading Dose// (5mg/kg) | 6.56 ml -TF at 01/28/21 0829 |
| Amiodarone (6mg/ml) Drip Maintenance Dose | 3.28 -TF at 01/28/21 0829 |
| Esmolol Loading Dose// (0.1 mg/kg) | 0.66 -TF at 01/28/21 0829 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 3.28 -TF at 01/28/21 0829 |
| Esmolol (10mg/ml) Drip Maintenance Dose | 78.72 -TF at 01/28/21 0829 |
| Milrinone (200 mcg/ml) Loading Dose// (0.05 mg/kg) | 16.4 -TF at 01/28/21 0829 |
| Milrinone (200 mcg/ml) Drip Maintenance Dose | 19.68 -TF at 01/28/21 0829 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -TF at 01/28/21 0829 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -TF at 01/28/21 0829 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -TF at 01/28/21 0829 |
| Amiodarone Bolus | 54.67 -TF at 01/28/21 0829 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -TF at 01/28/21 0829 |
| Adenosine (3mg/ml)// 0.1mg/kg | 6 -TF at 01/28/21 0829 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 1 mg -TF at 01/28/21 0829 |
| Atropine dose (0.1mg/ml)// | 1 -TF at 01/28/21 0829 |

**01/28/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| 0.02mg/kg | |
| Calcium Chloride 10% Dose (100mg/ml)// 25MG/KG | 1000 -TF at 01/28/21 0829 |
| Calcium Gluconate 10% Dose (100mg/ml)// 100MG/KG | 3000 -TF at 01/28/21 0829 |
| Lidocaine 2% Dose (20mg/ml)// 1mg/kg | 100 -TF at 01/28/21 0829 |
| Sodium Bicarbonate Dose (1 mEq/ml)// 1 mEq/kg | 50 -TF at 01/28/21 0829 |
| Magnesium Sulfate Infusion Dose (50MG/ML) (For Bronchospasm) | 2000 -TF at 01/28/21 0829 |
| Lorazepam (2mg/ml)// 0.05 mg/kg | 1.64 ml -TF at 01/28/21 0829 |
| Lorazepam (2mg/ml)// 0.1 mg/kg | 2 ml -TF at 01/28/21 0829 |
| Fosphenytoin (10mg/ml~)// 20mg/kg | 131.2 ml -TF at 01/28/21 0829 |
| Phenobarbital (10mg/ml~)// 20 mg/kg | 131.2 ml -TF at 01/28/21 0829 |
| Phenobarbital (10mg/ml~)// 10 mg/kg | 65.6 ml -TF at 01/28/21 0829 |
| Leviracetam (15mg/ml)// 20mg/kg | 87.47 ml -TF at 01/28/21 0829 |
| Diazepam Rectal (5mg/ml)// 0.5mg/kg | 6.56 ml -TF at 01/28/21 0829 |
| Midazolam Intranasal (5mg/ml)// 0.2 mg/kg | 2.62 ml -TF at 01/28/21 0829 |
| Diazepam Rectal (5mg/ml)// 0.3mg/kg | 3.94 ml -TF at 01/28/21 0829 |
| Diazepam Rectal (5mg/ml)// 0.2mg/kg | 2.62 ml -TF at 01/28/21 0829 |

Patient Data

| | |
|---|---|
| BMI (Calculated) | 22.7 -TF at 01/28/21 0829 |
| Today's Weight | 144.62 Lbs -TF at 01/28/21 0829 |

## 01/28/2021 - Office Visit in Norton Urogynecology Center (continued)

**Flowsheets (continued)**

Week 1-12

| | |
|---|---|
| Weight in (lb) to have BMI = 30 | 191.6 -TF at 01/28/21 0829 |

Emergency Drugs

| | |
|---|---|
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -TF at 01/28/21 0829 |
| Dextrose 50% Dose (0.5gm/ml)// 0.5gm/kg | 50 -TF at 01/28/21 0829 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 -TF at 01/28/21 0829 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -TF at 01/28/21 0829 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -TF at 01/28/21 0829 |

NICU Code Drugs

| | |
|---|---|
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -TF at 01/28/21 0829 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -TF at 01/28/21 0829 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -TF at 01/28/21 0829 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -TF at 01/28/21 0829 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -TF at 01/28/21 0829 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -TF at 01/28/21 0829 |
| Naloxone (Narcan) (0.4mg/ml)// 0.01mg/kg | 1.64 -TF at 01/28/21 0829 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 -TF at 01/28/21 0829 |

Loading Dose for Continuous Infusions

**01/28/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| Esmolol Loading Dose// (0.1 mg/kg) | 0.33 -TF at 01/28/21 0829 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 1.64 -TF at 01/28/21 0829 |
| Milrinone (0.2mg/ml) Loading Dose// (0.05 mg/kg) | 16.4 -TF at 01/28/21 0829 |

**NICU Code Medications**

| Row Name | 01/28/21 0829 |
|---|---|
| Cardioversion/Defibrillation | |
| Cardioversion First Attempt (0.5 joules/kg) | 30 -TF at 01/28/21 0829 |
| Cardioversion Subsequent Attempts (1joule/kg) | 70 -TF at 01/28/21 0829 |
| Defibrillation First attempt (2 joules/kg) | 120 -TF at 01/28/21 0829 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -TF at 01/28/21 0829 |
| NICU Code Drugs | |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -TF at 01/28/21 0829 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -TF at 01/28/21 0829 |
| Adenosine (3mg/ml)// 0.3mg/kg | 2 -TF at 01/28/21 0829 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -TF at 01/28/21 0829 |
| Dextrose 10% (0.1gm/ml)// 0.2 gm/kg | 50 -TF at 01/28/21 0829 |
| Dextrose 10% (0.1gm/ml)// 0.4gm/kg | 50 -TF at 01/28/21 0829 |
| NICU Epinephrine IV 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -TF at 01/28/21 0829 |
| NICU Epinephrine 1:10,000 IV | 10 -TF at 01/28/21 0829 |

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Fox, Keeta
MRN: EP00363111, DOB: , Sex: F
Visit date: 1/28/2021

## 01/28/2021 - Office Visit in Norton Urogynecology Center (continued)

### Flowsheets (continued)

| | |
|---|---|
| (0.1mg/ml)// 0.03mg/kg | |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.05mg/kg | 32.8 -TF at 01/28/21 0829 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.1mg/kg | 65.6 -TF at 01/28/21 0829 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.28 -TF at 01/28/21 0829 |
| Naloxone (Narcan) (1 mg/ml)// 0.1mg/kg | 2 -TF at 01/28/21 0829 |
| Naloxone (Narcan) (1 mg/ml)// 0.01mg/kg | 0.66 -TF at 01/28/21 0829 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -TF at 01/28/21 0829 |
| Ecmo Patient Heparin Bolus // 100 u/kg | 6560 -TF at 01/28/21 0829 |

### Nutrition Evaluation/Planning

| Row Name | 01/28/21 0829 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 % -TF at 01/28/21 0829 |

### Peds Code Medications

| Row Name | 01/28/21 0829 |
|---|---|
| Cardioversion/Defibrillation | |
| Cardioversion First Attempt (0.5 joules/kg) | 30 -TF at 01/28/21 0829 |
| Cardioversion Subsequent Attempts (1joule/kg) | 75 -TF at 01/28/21 0829 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -TF at 01/28/21 0829 |
| Emergency Drugs | |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -TF at 01/28/21 0829 |

**01/28/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -TF at 01/28/21 0829 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -TF at 01/28/21 0829 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -TF at 01/28/21 0829 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 -TF at 01/28/21 0829 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 -TF at 01/28/21 0829 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -TF at 01/28/21 0829 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -TF at 01/28/21 0829 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -TF at 01/28/21 0829 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 2.5 -TF at 01/28/21 0829 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -TF at 01/28/21 0829 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.3 -TF at 01/28/21 0829 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -TF at 01/28/21 0829 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -TF at 01/28/21 0829 |
| NALOXONE (NARCAN) (1 MG/ML)// 0.1MG/KG | 2 -TF at 01/28/21 0829 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -TF at 01/28/21 0829 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -TF at 01/28/21 0829 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -TF at 01/28/21 0829 |

**01/28/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -TF at 01/28/21 0829 |
| Mannitol 20% (200mg/ml)// 1 gram/kg | 328 -TF at 01/28/21 0829 |

Emergency Drug Drip Calculations

| | |
|---|---|
| Amiodarone Bolus | 50 -TF at 01/28/21 0829 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| TF | Fajardo, Tracy | 07/15/14 - | Medical Assistant | — |

**After Visit Summary**

After Visit Summary (below)

**01/28/2021 - Office Visit in Norton Urogynecology Center (continued)**

**After Visit Summary (continued)**

NORTON WOMEN'S SPECIALISTS
*Urogynecology*

# AFTER VISIT SUMMARY

**Keeta Fox** DoB: 1   1/28/2021 8:30 AM   Norton Urogynecology Center 502-409-5600

## Instructions from Marjorie L Pilkinton, MD

Ambulatory referral to Physical Therapy
Expires: 2/28/2022 (requested)

Labs ordered today
UroSwab (MDL)
Complete as directed

Culture,Urine
Please complete by 2/4/2021

## What's Next

FEB 3 2021 — Office Visit with Robert A. Schwartz, MD
**Wednesday February 3 9:30 AM**
Go to MyNortonChart to eCheck-In and arrive at your appt time.

If you do not eCheck-In, arrive at least 5 mins before your appt.

Norton Heart Specialists Heart Rhythm Center
6420 Dutchmans Parkway
Suite 200
Louisville KY 40205-3373
502-891-8400

OCT 11 2021 — Office Visit with Marjorie L Pilkinton, MD
**Monday October 11 9:45 AM**
Go to MyNortonChart to eCheck-In and arrive at your appt time.

If you do not eCheck-In, arrive at least 5 mins before your appt.

Norton Urogynecology Center
4123 Dutchmans Lane
Suite 307
LOUISVILLE KY
40207-4721
502-409-5600

## Today's Visit

You saw Marjorie L Pilkinton, MD on Thursday January 28, 2021. The following issues were addressed: Muscle pain, Dyspareunia due to medical condition in female, and Increased frequency of urination.

Blood Pressure
108/68

BMI
22.65

Weight
144 lb 10 oz

Height
5' 7"

Temperature
98.2 °F

Done Today
**Bladder scan** for Increased frequency of urination
**POCT Urinalysis, Dipstick** for Increased frequency of urination

Norton MyChart

View your After Visit Summary and more online at https://mychart.nortonhealthcare.org/mychart/.

Keeta Fox (11/6/1966) • Printed at 1/28/21 9:15 AM   Page 1 of 3 Epic

**01/28/2021 - Office Visit in Norton Urogynecology Center (continued)**

**After Visit Summary (continued)**

## Your Medication List as of January 28, 2021 9:15 AM

ⓘ Always use your most recent med list.

| | |
|---|---|
| azaTHIOprine 50 MG tablet<br>Commonly known as: IMURAN | Take 50 mg by mouth daily. |
| boric acid 600 MG vaginal suppository | Place 1 suppository vaginally. |
| Cholecalciferol 125 MCG (5000 UT) Tabs | Take 5,000 Units by mouth daily. |
| cholestyramine 4 g packet<br>Commonly known as: QUESTRAN | Take 4 g by mouth 2 (two) times daily. |
| * DULoxetine 60 MG capsule<br>Commonly known as: CYMBALTA | Take 60 mg by mouth daily Take with Duloxetine 30 mg to equal 90 mg . |
| * DULoxetine 30 MG capsule<br>Commonly known as: CYMBALTA | Take 30 mg by mouth daily Take with Duloxetine 60 mg to equal 90 mg. |
| estradiol 0.05 MG/24HR<br>Commonly known as: VIVELLE-DOT | Place 1 patch onto the skin twice a week. |
| estradiol 0.1 MG/GM vaginal cream<br>Commonly known as: ESTRACE | Apply 1 gram vulvovaginally twice weekly. |
| * NON FORMULARY | Take 1.4 mLs by mouth Twice a Day Adrena Sooth: Take once in the evening and once at bedtime. . |
| * NON FORMULARY | Take 450 mg by mouth daily Liposomal Glutathione Solution 450 mg . |
| Prasterone 6.5 MG Inst | |
| PROBIOTIC-10 PO | Take by mouth. |
| progesterone 100 MG capsule<br>Commonly known as: PROMETRIUM | Take 100 mg by mouth. |
| vitamin E 100 UNIT capsule | Take 100 Units by mouth daily. |

* This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

## Results Callback

If you had labs or diagnostic tests ordered and you do not receive a phone call, letter or MyChart message regarding your results within 2 weeks, please contact our office to receive your results.

Work Return/Restrictions
No documentation.

**After Visit Summary (continued)**

## Injection Instructions

If you received an injection, a small reaction is not uncommon. A low grade fever (up to 100.5°F) and **some pain is also not uncommon during the first 24 hours, but unusual beyond.** Call the office for a fever of 101.0°F or higher **at any time.** Any expanding redness or persistent drainage from your injection site should be brought to the attention of your doctor

## After-Hours Instructions

**For after-hours care, please call the office number and you will be routed to an on-call provider.**

## KORT Rehabilitation Services

You have been referred to KORT Rehabilitation services. KORT is a joint-venture entity with Norton Healthcare and Select Medical. If you would like a referral to another entity please contact the practice for assistance.

**MEDICAL RECORDS**

To request a copy of your medical records, email the Use and Disclosure Department through your MyNortonChart account by using the Ask Customer Service feature, or
complete a Norton Healthcare authorization form at https://medicalrecordrequest.nortonhealthcare.org

Once received, your request will be processed within 7 business days.

## Norton eCare

Skip the waiting room for your non urgent health issue using Norton eCare through MyNortonChart.

Norton eCare providers are available 24 hours a day, seven days a week through two secure online options using your MyNortonChart account: a video visit or an eVisit.

For additional information on conditions treated and how to schedule an eCare appointment, visit NortonHealthcare.com/eCare.

## Third Party Apps and Epic

Patients of providers that use Epic software are able to configure 3rd party apps to retrieve parts of their health record for their own personal use, including lab results, allergies, medications, and immunization history.

For instructions, visit: https://open.epic.com/Tutorial/PatientAuthentication.



**Messages**

**After visit follow up**

Case 3:23-cv-00431-GNS-CHL Document 14-3 Filed 02/12/24 Page 951 of 2526
PageID #: 1061



**Messages (continued)**

| From | To | Sent and Delivered |
|---|---|---|
| Marjorie L Pilkinton, MD | Keeta Fox | 1/28/2021 10:29 PM |
| Last Read in MyChart | | |
| 2/1/2021 12:28 PM by Keeta Fox | | |

January 28, 2021

Dear Ms. Fox:

Thank you for visiting our office today. We understand sometimes you leave the office and then think of non-urgent questions you wish you had asked. Well, we're here for you. Feel free to use the attached questionnaire to ask those questions via MyNortonChart. A staff member or provider will be happy to answer any non-urgent questions you may have.

Your feedback is very important to us! You may be receiving a survey through e-mail and we hope you will take the time to complete it. We value what you have to say and use your feedback to improve our patient care services here at Norton Healthcare. Thank you!

If this is a medical emergency, please call 911 or go to the nearest Norton Healthcare emergency department.

We are privileged to be your choice for medical care. Wishing you good health.

## 03/16/2021 - Office Visit in Norton Orthopedic Institute
## FACESHEET

Norton Orthopedic Institute
9880 Angies Way
Suite 250
Louisville, KY 40241-2847

| | |
|---|---|
| Encounter Date: | **3/16/2021** |
| MRN: | **EP00363111** |
| Guarantor: | **FOX,KEETA** |
| Contact Serial #: | **10103145194** |

### PATIENT

| | | | |
|---|---|---|---|
| Name: | **FOX, KEETA** | Preferred Name: | |
| Address: | ) | Preferred Language: | **ENGLISH** |
| City: | | | |
| DOB: | | Primary Phone: | |
| Sex: | **Female** | Mobile Phone: | Telephone Information: Mobile |
| Primary Care Provider: | **Potts, Gregory J, MD** | Work Phone: | No relevant phone numbers on file. |

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| **1. FOX,DAVE** | **No** | **Spouse** | | **(W)** **9 (C)** |
| **2. *No Contact Specified*** | | | | **(W)** **9 (C)** |

### GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | **FOX,KEETA** | DOB: | |
| Address: | | Sex: | **Female** |
| Relation to Patient: | **Self** | Home Phone: | |
| Guarantor ID: | **265767** | Work Phone: | |

GUARANTOR EMPLOYER

| | | | |
|---|---|---|---|
| Employer: | | Status: | **UNKNOWN** |

### COVERAGE

PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | **ANTHEM** | Plan: | **ANTHEM** |
| Group Number: | **214000M0C1** | Insurance Type: | **INDEMNITY** |
| Subscriber Name: | **FOX,KEETA** | Subscriber DOB: | |
| Subscriber ID: | **PJX638A22780** | | |
| Pat. Rel. to Subscriber: | **Self** | | |

SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Fox, Keeta
MRN: EP00363111, DOB: , Sex: F
Visit date: 3/16/2021

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carter, Samuel D., MD | Carter, Samuel D., MD | Potts, Gregory J, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Orthopedic Institute | 9880 Angies Way<br>Suite 250<br>Louisville KY 40241-2847 | 502-394-6341 | 502-394-6340 |

#### Questionnaires

No completed forms available for this encounter.

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT NEW LOW MDM 30-44 MINUTES** |

### Reason for Visit

#### Chief Complaint

- New Patient (L knee)

#### Visit Diagnosis

- **Acute pain of both knees (primary)**

## 03/16/2021 - Office Visit in Norton Orthopedic Institute Code Timeline

### Patient Care Timeline

No data selected in time range

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

### Patient Summary as-of Visit

#### Immunizations

No documentation.

#### **History** as of 3/16/2021

**Medical History** as of 3/16/2021

**Medical last reviewed by Carter, Samuel D., MD on 3/16/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety and depression | — | — | Provider |
| Arthritis | — | — | Provider |
| Chronic fatigue | — | — | Provider |
| Colon polyp | — | — | Provider |
| Dermatitis | — | "Spongy" per patient | Provider |
| Gastroparesis | — | — | Provider |
| History of kidney stones | — | — | Provider |

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| | | | | |
|---|---|---|---|---|
| Osteoporosis | — | — | | Provider |
| Sjogren's disease (CMS/HCC) | — | — | | Provider |
| Small fiber neuropathy | — | — | | Provider |
| Temporomandibular joint disorder (TMJ) | — | — | | Provider |

**Surgical History** as of 3/16/2021

**Surgical last reviewed by Carter, Samuel D., MD on 3/16/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| COLONOSCOPY | — | — | — | Provider |
| COLON SURGERY | — | 11/2020 | REMOVAL OF 12 INCHES OF COLON | Provider |

**Family History** as of 3/16/2021

**Family History as of 3/16/2021**

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes | | |

**Substance & Sexuality History**

**Tobacco Use**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

**Alcohol Use**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | Previously 1 glass of wine per night but none now | Provider |

**Drug Use**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| | | | | |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | Male | Married | Provider |

**Socioeconomic History** as of 3/16/2021

**Socioeconomic as of 3/16/2021**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

## Vaping and E-Cig

**E-cigarettes/Vaping**

| Question | Response | Comments |
|---|---|---|
| E-cigarette/Vaping Use | — | — |
| Start Date | — | — |
| Quit Date | — | — |
| Cartridges/Day | — | — |
| Counseling Given | — | — |
| Passive Exposure | — | — |
| Comments | — | — |
| Nicotine | — | — |
| Flavoring | — | — |
| THC | — | — |
| CBD | — | — |
| Other | — | — |
| Disposable | — | — |
| Pre-filled or Refillable Cartridge | — | — |
| Refillable Tank | — | — |
| Pre-filled Pod | — | — |
| Other | — | — |

**Clinical Notes**

**Progress Notes**

**Carter, Samuel D., MD at 3/16/2021 1325**

Author: Carter, Samuel D., MD
Filed: 3/16/2021 2:27 PM
Editor: Carter, Samuel D., MD (Physician)

Service: —
Encounter Date: 3/16/2021

Author Type: Physician
Status: Signed

**Patient ID: Keeta Fox**

**Chief Complaint:**

**Chief Complaint**

Patient presents with

- New Patient
  *L knee*

**HPI**:

Keeta Fox is a 54 yr/o female with a PMH of Sjogren and Fibromyalgia, which were both diagnosed at Mayo Clinic in Rochester, MN approximately 1 year ago who presents to clinic as a new patient for evaluation of bilateral knee pain (left worse than right). The patient reports her left knee is worse than her right knee. She used to be a runner until her knee gave out on her during a run. She transitioned to activity modification. She has been having a "sharp/shooting" machine. She reports the pain is primarily in the medial aspect of her left knee. She had imaging at her PCP a few years ago which she states revealed arthritis. She has had to give up exercise due to the pain. She occasionally wears a compression sleeve. She feels like her "knee cap" moves with certain activity. She denies any swelling in her left knee. She denies any locking or catching of her knees. She denies any prior knee surgeries or injections in the past.

She has noticed some left hip pain as well for the past 2 years.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety and depression | |
| • Arthritis | |
| • Chronic fatigue | |
| • Colon polyp | |
| • Dermatitis<br>*"Spongy" per patient* | |
| • Gastroparesis | |
| • History of kidney stones | |
| • Osteoporosis | |
| • Sjogren's disease (CMS/HCC) | |
| • Small fiber neuropathy | |
| • Temporomandibular joint disorder (TMJ) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • COLON SURGERY<br>*REMOVAL OF 12 INCHES OF COLON* | | 11/2020 |
| • COLONOSCOPY | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |

**Social History**

| Socioeconomic History | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |

**03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| • Highest education level: | Not on file |
| Occupational History | |
| • Not on file | |
| Social Needs | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not Currently |
| Frequency: | Never |
| *Comment: Previously 1 glass of wine per night but none now* | |
| • Drug use: | Never |
| • Sexual activity: | Not Currently |
| Partners: | Male |
| *Comment: Married* | |
| Lifestyle | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| Relationships | |
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence | |
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Current Outpatient Medications**

| Medication | Instructions |
|---|---|
| • azaTHIOprine (IMURAN) | 50 mg, Oral, Daily |



**Lincoln/Fox 1024**

**03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| • boric acid 600 MG vaginal suppository | 1 suppository, Vaginal |
| • Cholecalciferol | 5,000 Units, Oral, Daily |
| • cholestyramine (QUESTRAN) | 4 g, Oral, 2 times daily |
| • DULoxetine (CYMBALTA) | 30 mg, Oral, Daily, Take with Duloxetine 60 mg to equal 90 mg |
| • DULoxetine (CYMBALTA) | 60 mg, Oral, Daily, Take with Duloxetine 30 mg to equal 90 mg |
| • estradiol (ESTRACE) 0.1 MG/GM vaginal cream | Apply 1 gram vulvovaginally twice weekly. |
| • estradiol (VIVELLE-DOT) 0.05 MG/24HR | 1 patch, Transdermal, Twice weekly |
| • NON FORMULARY | 450 mg, Oral, Daily, Liposomal Glutathione Solution 450 mg |
| • NON FORMULARY | 1.4 mLs, Oral, BID (RT), Adrena Sooth: Take once in the evening and once at bedtime. |
| • Prasterone 6.5 MG INST | No dose, route, or frequency recorded. |
| • Probiotic Product (PROBIOTIC-10 PO) | Oral |
| • progesterone (PROMETRIUM) | 100 mg, Oral |
| • vitamin E | 100 Units, Oral, Daily |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Butalbital-Acetaminophen<br>*Insomnia* | Other (See Comments) |
| • Aspirin<br>*Unknown, mother told her not to take it.* | Other (See Comments) |

There is no immunization history on file for this patient.
Ht 5' 7" (170.2 cm) | Wt 62.1 kg (137 lb) | LMP 11/19/2012 | BMI 21.46 kg/m²

**ROS:**

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for hearing loss.
Eyes: Negative for redness.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea and vomiting.
Musculoskeletal: Positive for joint pain.
Skin: Negative for rash.
Neurological: Negative for tremors and speech change.

All other pertinent positives and negatives as noted above in HPI.

**Physical Exam:**

awake, alert, & oriented x 3
normal affect

speech clear
conjunctiva clear, sclera anicteric
no acute respiratory distress
hearing not impaired with normal conversation

Left Knee:
Inspection - No effusion. No erythema or unusual warmth. No gross deformity.
Palpation - Mild TTP over posterior-medial joint line.No TTP over lateral joint line. No TTP over patellar tendon. No TTP over distal quad tendon.
ROM - Active and passive extension to 0 degrees. Active and passive flexion to 135 degrees.
Strength - Flexion 4+/5. Extension 5/5.
Special Tests - Negative lachman test. Negative anterior drawer test. Negative posterior drawer test. Negative valgus stress test. Negative varus stress test. Negative McMurray test. Negative Thessaly test. Negative patellar apprehension test. Negative patellar grind test.

Right Knee:
Inspection - No effusion. No erythema or unusual warmth. No gross deformity.
Palpation - No TTP over medial joint line. No TTP over lateral joint line. No TTP over patellar tendon. No TTP over distal quad tendon. No TTP over patella.
ROM - Active and passive extension to 0 degrees. Active and passive flexion to 135 degrees.
Strength - Flexion 5/5. Extension 5/5.
Special Tests - Positive Thessaly test. Negative McMurray test. Negative lachman test. Negative anterior drawer test. Negative posterior drawer test. Negative valgus stress test. Negative varus stress test. Negative patellar apprehension test. Negative patellar grind test.

**Right Knee Exam**

Comments: Exam of the contralateral knee is normal:
No muscle atrophy, erythema, ecchymosis, or gross deformity noted
No knee effusion
No medial or lateral joint line tenderness
Full active range of motion
5/5 strength flexion and extension
The knee is stable to varus and valgus stress testing
Lachman negative
Posterior drawer negative
McMurray's negative
Patellofemoral grind negative
Sensation grossly intact to light tough throughout the lower extremity
Skin is intact
Distal pulses are intact
No signs or symptoms of DVT

**Left Knee Exam**

**Muscle Strength**
The patient has normal left knee strength.

**Tenderness**
The patient is experiencing tenderness in the medial joint line.

**Range of Motion**
Extension: 0
Flexion: 130 (pain with terminal flexion)

**Tests**
McMurray: Medial - positive Lateral - negative
Varus: negative Valgus: negative
Lachman: Anterior - negative
Drawer: Posterior - negative
Pivot shift: negative
Patellar apprehension: negative

**Other**
Erythema: absent
Scars: absent
Sensation: normal (grossly intact to light touch)
Pulse: present
Swelling: mild
Effusion: effusion present

Comments: Medial pain with squatting
no atrophy

**Diagnostic Studies:**

4 View X-Rays of Left Knee: No acute fracture or dislocation. Mild medial compartment joint space narrowing. No effusion. Findings suggest mild osteoarthritis.

**Assessment**

**Assessment:**

1. **Acute pain of both knees** — **XR Knee 4 or More Vws LT**
   **CANCELED: XR Knee 4 or More Vws RT**

**Plan**

**Plan:**

**03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

1. Left Knee Pain
2. Left medial meniscus tear

Patient's location of pain on exam and history suggest possible distant medial meniscus tear without any instability. Recommended conservative therapy with HEP, oral NSAIDs/Tylenol and intra-articular corticosteroid injection today. Advised patient to F/U if no improvement in symptoms in 4-6 weeks. Can consider MRI of Left Knee at that time for further evaluation. Patient expressed understanding and agreeable to treatment plan.

Left Knee Intra-articular corticosteroid injection: After discussing risks, benefits, and alternatives to corticosteroid injection, the patient provided informed verbal consent. A time-out was performed. The site was marked and then prepped with Chloraprep. Using the anterior-inferior lateral approach, ethyl chloride spray was used to topically anesthetize the skin. I injected a solution containing 2cc of lidocaine 1%, 2cc of bupivicaine 0.25%, and 1cc of kenalog 40mg/ml. The patient tolerated the procedure well without any complications. A sterile bandage was then placed. She was given verbal post-procedure injections.

Samir Joshi (M.D.) PGY IV PCSM Fellow

I have seen and evaluated this patient personally in the office and agree with the documentation from the fellow physician. I obtained the history and performed the physical exam personally as well.

Samuel D. Carter

Electronically signed by Carter, Samuel D., MD at 3/16/2021 2:27 PM

**Imaging**

**Imaging**

**XR Knee 4 or More Vws LT (Final result)**

Electronically signed by: **Cureton, Jazmin on 03/16/21 1317**
Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Cureton, Jazmin 03/16/21 1317
Ordering provider: Carter, Samuel D., MD
Authorized by: Carter, Samuel D., MD
Ordering mode: Per protocol: no cosign required
Frequency: Routine 03/16/21 -
Class: Clinic Performed
Quantity: 1
Lab status: Final result
Diagnoses
Acute pain of both knees [M25.561, M25.562]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for exam: | bil knee pain |
| What is the patient's sedation requirement? | No Sedation |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Is the Pt. Pregnant? | No | |
| Patient shielded? | Yes | |
| Are there previous films? | | |
| Where are your previous films from? | | |

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Imaging (continued)**

| | |
|---|---|
| Has the patient had surgery in scan area? | |
| If so, explain what kind. | |
| Who verified the patient's identity and procedural site? | |
| LAB/RAD DIRECTOR? | |
| Has the exam table and equipment been properly cleaned and disinfected after procedure? | Yes |
| Repeats? | No |
| Number of Repeats and Reason? | |

**XR Knee 4 or More Vws LT** — Resulted: 03/25/21 1544, Result status: Final result

Ordering provider: Carter, Samuel D., MD 03/16/21 1317
Resulted by: Carter, Samuel D., MD
Performed: 03/16/21 1324 - 03/16/21 1333
Narrative:
·
Impression:
Chief Complaint: Acute pain of both knees
· Date of Exam: 3/16/21
· Procedure Performed: XR KNEE 4 OR MORE VWS LT
· Performing MD: Carter, Samuel D., MD
· History:
· Impression: 4 View X-Rays of Left Knee: No acute fracture or dislocation. Mild medial compartment joint space narrowing. No effusion. Findings suggest mild osteoarthritis.

Interpreted By: Carter, Samuel D., MD

Order status: Completed
Filed by: Carter, Samuel D., MD 03/25/21 1545
Accession number: EPPA21RAD211660

View Image (below)

View Image (below)

**XR Knee 4 or More Vws LT** — Resulted: 03/16/21 1324, Result status: In process

Ordering provider: Carter, Samuel D., MD 03/16/21 1317
Resulted by: Carter, Samuel D., MD
Performed: 03/16/21 1324 - 03/16/21 1333

Order status: Completed
Filed by: Mairata, Daily 03/16/21 1324
Accession number: EPPA21RAD211660

View Image (below)

**Indications**

Acute pain of both knees [M25.561, M25.562 (ICD-10-CM)]

**Signed**

Electronically signed by Carter, Samuel D., MD on 3/25/21 at 1545 EDT

**XR Knee 4 or More Vws RT (Discontinued)**

Electronically signed by: **Cureton, Jazmin on 03/16/21 1317** — Status: **Discontinued**
Ordering user: Cureton, Jazmin 03/16/21 1317 — Ordering provider: Carter, Samuel D., MD

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

### Imaging (continued)

Authorized by: Carter, Samuel D., MD
Frequency: Routine 03/16/21 -
Quantity: 1

Ordering mode: Per protocol: no cosign required
Class: Clinic Performed
Discontinued by: Cureton, Jazmin 03/16/21 1320 [Entered in Error]

Diagnoses
Acute pain of both knees [M25.561, M25.562]

**Questionnaire**

| Question | Answer |
| --- | --- |
| Reason for exam: | bil knee pain |
| What is the patient's sedation requirement? | No Sedation |

**Indications**

Acute pain of both knees [M25.561, M25.562 (ICD-10-CM)]

### Medication Administrations

**bupivacaine (MARCAINE-PF) injection 0.25% [440280338]**

Ordering Provider: Carter, Samuel D., MD
Ordered On: 03/16/21 1347
Dose (Remaining/Total): 2 mL (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 03/16/21 1400 - 03/16/21 1359
Route: Intra-articular
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
| --- | --- | --- | --- | --- |
| Performed 03/16/21 1359<br>Documented: 03/16/21 1359 | Given by MD/CRNA/PA/APRN | 25 mg | Intra-articular | Performed by: Hanna, Sara<br>Scanned Package: 63323-464-17 |

**lidocaine PF (XYLOCAINE) 1 % injectable 2 mL [440280336]**

Ordering Provider: Carter, Samuel D., MD
Ordered On: 03/16/21 1347
Dose (Remaining/Total): 2 mL (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 03/16/21 1400 - 03/16/21 1359
Route: Intra-articular
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
| --- | --- | --- | --- | --- |
| Performed 03/16/21 1359<br>Documented: 03/16/21 1359 | Given by MD/CRNA/PA/APRN | 5 mL | Intra-articular | Performed by: Hanna, Sara<br>Scanned Package: 63323-492-09 |

**triamcinolone acetonide (KENALOG-40) injection 40 mg [440280337]**

Ordering Provider: Carter, Samuel D., MD
Ordered On: 03/16/21 1347
Dose (Remaining/Total): 40 mg (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 03/16/21 1400 - 03/16/21 1359
Route: Intra-articular
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
| --- | --- | --- | --- | --- |
| Performed 03/16/21 1359<br>Documented: 03/16/21 1359 | Given by MD/CRNA/PA/APRN | 40 mg | Intra-articular | Performed by: Hanna, Sara<br>Scanned Package: 70121-1049-1 |

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Medication Administrations (continued)**

### Other Orders

#### Medications

**lidocaine PF (XYLOCAINE) 1 % injectable 2 mL (Completed)**

Electronically signed by: **Carter, Samuel D., MD on 03/16/21 1347** Status: **Completed**
Ordering user: Carter, Samuel D., MD 03/16/21 1347 Ordering provider: Carter, Samuel D., MD
Authorized by: Carter, Samuel D., MD Ordering mode: Standard
Frequency: Routine Once 03/16/21 1400 - 1 occurrence Class: Normal
Diagnoses
Acute pain of both knees [M25.561, M25.562]

**Indications**

Acute pain of both knees [M25.561, M25.562 (ICD-10-CM)]

**triamcinolone acetonide (KENALOG-40) injection 40 mg (Completed)**

Electronically signed by: **Carter, Samuel D., MD on 03/16/21 1347** Status: **Completed**
Ordering user: Carter, Samuel D., MD 03/16/21 1347 Ordering provider: Carter, Samuel D., MD
Authorized by: Carter, Samuel D., MD Ordering mode: Standard
Frequency: Routine Once 03/16/21 1400 - 1 occurrence Class: Normal
Diagnoses
Acute pain of both knees [M25.561, M25.562]

**Indications**

Acute pain of both knees [M25.561, M25.562 (ICD-10-CM)]

**bupivacaine (MARCAINE-PF) injection 0.25% (Completed)**

Electronically signed by: **Carter, Samuel D., MD on 03/16/21 1347** Status: **Completed**
Ordering user: Carter, Samuel D., MD 03/16/21 1347 Ordering provider: Carter, Samuel D., MD
Authorized by: Carter, Samuel D., MD Ordering mode: Standard
Frequency: Routine Once 03/16/21 1400 - 1 occurrence Class: Normal
Diagnoses
Acute pain of both knees [M25.561, M25.562]

**Indications**

Acute pain of both knees [M25.561, M25.562 (ICD-10-CM)]

### Flowsheets

**Encounter Vitals**

| Row Name | 03/16/21 1322 |
|---|---|
| Enc Vitals | |
| Weight | 137 lb (62.1 kg) -JC at 03/16/21 1323 |
| Height | 5' 7" (1.702 m) -JC at 03/16/21 1323 |

**Medical Wt Mgmt 12 Week Program**

| Row Name | 03/16/21 1322 |
|---|---|
| Week 1-12 | |
| Today's Weight | 137 Lbs -JC at 03/16/21 1323 |

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Flowsheets (continued)**

**Misc. Formula Calculations**

| Row Name | 03/16/21 1322 |
|---|---|
| OTHER | |
| BMI (Calculated) | 21.5 -JC at 03/16/21 1323 |
| Weight | 0 -JC at 03/16/21 1323 |
| BSA (Calculated - sq m) | 1.71 sq meters -JC at 03/16/21 1323 |
| BMI (Calculated) | 21.5 -JC at 03/16/21 1323 |
| IBW (Calculated) Male | 66.1 kg -JC at 03/16/21 1323 |
| Low Range Vt 6cc/kg MALE | 396.6 mL -JC at 03/16/21 1323 |
| Adult Moderate Range Vt 8cc/kg MA | 528.8 mL -JC at 03/16/21 1323 |
| Adult High Range Vt 10cc/kg MALE | 661 mL -JC at 03/16/21 1323 |
| IBW (Calculated) Female | 61.6 kg -JC at 03/16/21 1323 |
| Low Range Vt 6cc/kg FEMALE | 369.6 mL -JC at 03/16/21 1323 |
| Adult Moderate Range vt 8cc/kg FEMALE | 492.8 mL -JC at 03/16/21 1323 |
| Adult High Range Vt 10cc/kg FEMALE | 616 mL -JC at 03/16/21 1323 |
| Weight in (lb) to have BMI = 25 | 159.3 -JC at 03/16/21 1323 |
| Percent Weight Change Since Birth | 0 -JC at 03/16/21 1323 |
| Vasopressin (20units/ml)// 1 unit/kg | 2 ml -JC at 03/16/21 1323 |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 ml -JC at 03/16/21 1323 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 10 ml -JC at 03/16/21 1323 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 ml -JC at 03/16/21 1323 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 ml -JC at 03/16/21 1323 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 ml -JC at 03/16/21 1323 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 ml -JC at 03/16/21 1323 |
| Epinephrine | 10 ml -JC at 03/16/21 |

**03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| 1:10,000 (0.1mg/ml)// 0.01mg/kg | 1323 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 mg -JC at 03/16/21 1323 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 ml -JC at 03/16/21 1323 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 ml -JC at 03/16/21 1323 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 ml -JC at 03/16/21 1323 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 ml -JC at 03/16/21 1323 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 ml -JC at 03/16/21 1323 |
| Vasopressin (20units/ml)// 0.5 units/kg | 2 ml -JC at 03/16/21 1323 |
| Cardioversion First Attempt (0.5 joules/kg) | 50 joules -JC at 03/16/21 1323 |
| Defibrillation First attempt (2 joules/kg) | 150 joules -JC at 03/16/21 1323 |
| Defibrillation First attempt (2 joules/kg) | 120 -JC at 03/16/21 1323 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 ml -JC at 03/16/21 1323 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 ml -JC at 03/16/21 1323 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 ml -JC at 03/16/21 1323 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 ml -JC at 03/16/21 1323 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 joules -JC at 03/16/21 1323 |
| Cardioversion Subsequent Attempts (1joule/kg) | 70 joules -JC at 03/16/21 1323 |
| Magnesium Sulfate Infusion | 40 ml -JC at 03/16/21 1323 |

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Flowsheets (continued)**

| | |
|---|---|
| (50MG/ML) (For Bronchospasm) | |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 6.21 ml -JC at 03/16/21 1323 |
| Procainamide infusion (10mg/ml)// 5mg/kg | 10 ml -JC at 03/16/21 1323 |
| Amiodarone (50mg/ml) Drip Loading Dose// (5mg/kg) | 6.21 ml -JC at 03/16/21 1323 |
| Amiodarone (6mg/ml) Drip Maintenance Dose | 3.11 -JC at 03/16/21 1323 |
| Esmolol Loading Dose// (0.1 mg/kg) | 0.62 -JC at 03/16/21 1323 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 3.11 -JC at 03/16/21 1323 |
| Esmolol (10mg/ml) Drip Maintenance Dose | 74.57 -JC at 03/16/21 1323 |
| Milrinone (200 mcg/ml) Loading Dose// (0.05 mg/kg) | 15.54 -JC at 03/16/21 1323 |
| Milrinone (200 mcg/ml) Drip Maintenance Dose | 18.64 -JC at 03/16/21 1323 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -JC at 03/16/21 1323 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -JC at 03/16/21 1323 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -JC at 03/16/21 1323 |
| Amiodarone Bolus | 51.79 -JC at 03/16/21 1323 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -JC at 03/16/21 1323 |
| Adenosine (3mg/ml)// 0.1mg/kg | 6 -JC at 03/16/21 1323 |
| Epinephrine 1:10,000 (0.1mg/ml)// | 1 mg -JC at 03/16/21 1323 |

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Flowsheets (continued)**

| | |
|---|---|
| 0.01mg/kg | |
| Atropine dose (0.1mg/ml)// 0.02mg/kg | 1 -JC at 03/16/21 1323 |
| Calcium Chloride 10% Dose (100mg/ml)// 25MG/KG | 1000 -JC at 03/16/21 1323 |
| Calcium Gluconate 10% Dose (100mg/ml)// 100MG/KG | 3000 -JC at 03/16/21 1323 |
| Lidocaine 2% Dose (20mg/ml)// 1mg/kg | 100 -JC at 03/16/21 1323 |
| Sodium Bicarbonate Dose (1 mEq/ml)// 1 mEq/kg | 50 -JC at 03/16/21 1323 |
| Magnesium Sulfate Infusion Dose (50MG/ML) (For Bronchospasm) | 2000 -JC at 03/16/21 1323 |
| Lorazepam (2mg/ml)// 0.05 mg/kg | 1.55 ml -JC at 03/16/21 1323 |
| Lorazepam (2mg/ml)// 0.1 mg/kg | 2 ml -JC at 03/16/21 1323 |
| Fosphenytoin (10mg/ml~)// 20mg/kg | 124.29 ml -JC at 03/16/21 1323 |
| Phenobarbital (10mg/ml~)// 20 mg/kg | 124.29 ml -JC at 03/16/21 1323 |
| Phenobarbital (10mg/ml~)// 10 mg/kg | 62.14 ml -JC at 03/16/21 1323 |
| Leviracetam (15mg/ml)// 20mg/kg | 82.86 ml -JC at 03/16/21 1323 |
| Diazepam Rectal (5mg/ml)// 0.5mg/kg | 6.21 ml -JC at 03/16/21 1323 |
| Midazolam Intranasal (5mg/ml)// 0.2 mg/kg | 2.49 ml -JC at 03/16/21 1323 |
| Diazepam Rectal (5mg/ml)// 0.3mg/kg | 3.73 ml -JC at 03/16/21 1323 |
| Diazepam Rectal (5mg/ml)// 0.2mg/kg | 2.49 ml -JC at 03/16/21 1323 |

Patient Data

| | |
|---|---|
| BMI (Calculated) | 21.5 -JC at 03/16/21 |

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Flowsheets (continued)**

| | |
|---|---|
| | 1323 |
| Today's Weight | 137 Lbs -JC at 03/16/21 1323 |

Week 1-12

| | |
|---|---|
| Weight in (lb) to have BMI = 30 | 191.6 -JC at 03/16/21 1323 |

Emergency Drugs

| | |
|---|---|
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -JC at 03/16/21 1323 |
| Dextrose 50% Dose (0.5gm/ml)// 0.5gm/kg | 50 -JC at 03/16/21 1323 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 -JC at 03/16/21 1323 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -JC at 03/16/21 1323 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -JC at 03/16/21 1323 |

NICU Code Drugs

| | |
|---|---|
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -JC at 03/16/21 1323 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -JC at 03/16/21 1323 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -JC at 03/16/21 1323 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -JC at 03/16/21 1323 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -JC at 03/16/21 1323 |
| Vasopressin (20units/ml)// 0.4 units/kg | 1.24 -JC at 03/16/21 1323 |
| Naloxone (Narcan) (0.4mg/ml)// 0.01mg/kg | 1.55 -JC at 03/16/21 1323 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 -JC at 03/16/21 1323 |

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Flowsheets (continued)**

Loading Dose for Continuous Infusions

| | |
|---|---|
| Esmolol Loading Dose// (0.1 mg/kg) | 0.31 -JC at 03/16/21 1323 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 1.55 -JC at 03/16/21 1323 |
| Milrinone (0.2mg/ml) Loading Dose// (0.05 mg/kg) | 15.54 -JC at 03/16/21 1323 |

**NICU Code Medications**

| Row Name | 03/16/21 1322 |
|---|---|
| Cardioversion/Defibrillation | |
| Cardioversion First Attempt (0.5 joules/kg) | 30 -JC at 03/16/21 1323 |
| Cardioversion Subsequent Attempts (1joule/kg) | 70 -JC at 03/16/21 1323 |
| Defibrillation First attempt (2 joules/kg) | 120 -JC at 03/16/21 1323 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -JC at 03/16/21 1323 |

NICU Code Drugs

| | |
|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -JC at 03/16/21 1323 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -JC at 03/16/21 1323 |
| Adenosine (3mg/ml)// 0.3mg/kg | 2 -JC at 03/16/21 1323 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -JC at 03/16/21 1323 |
| Dextrose 10% (0.1gm/ml)// 0.2 gm/kg | 50 -JC at 03/16/21 1323 |
| Dextrose 10% (0.1gm/ml)// 0.4gm/kg | 50 -JC at 03/16/21 1323 |
| NICU Epinephrine IV 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -JC at 03/16/21 1323 |

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

### Flowsheets (continued)

| | |
|---|---|
| NICU Epinephrine 1:10,000 IV (0.1mg/ml)// 0.03mg/kg | 10 -JC at 03/16/21 1323 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.05mg/kg | 31.07 -JC at 03/16/21 1323 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.1mg/kg | 62.14 -JC at 03/16/21 1323 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.11 -JC at 03/16/21 1323 |
| Naloxone (Narcan) (1 mg/ml)// 0.1mg/kg | 2 -JC at 03/16/21 1323 |
| Naloxone (Narcan) (1 mg/ml)// 0.01mg/kg | 0.62 -JC at 03/16/21 1323 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -JC at 03/16/21 1323 |
| Ecmo Patient Heparin Bolus // 100 u/kg | 6214.3 -JC at 03/16/21 1323 |

#### Nutrition Evaluation/Planning

| Row Name | 03/16/21 1322 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 % -JC at 03/16/21 1323 |

#### Peds Code Medications

| Row Name | 03/16/21 1322 |
|---|---|
| Cardioversion/Defibrillation | |
| Cardioversion First Attempt (0.5 joules/kg) | 30 -JC at 03/16/21 1323 |
| Cardioversion Subsequent Attempts (1joule/kg) | 75 -JC at 03/16/21 1323 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -JC at 03/16/21 1323 |

Emergency Drugs

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -JC at 03/16/21 1323 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -JC at 03/16/21 1323 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -JC at 03/16/21 1323 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -JC at 03/16/21 1323 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 -JC at 03/16/21 1323 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 -JC at 03/16/21 1323 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -JC at 03/16/21 1323 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -JC at 03/16/21 1323 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -JC at 03/16/21 1323 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 2.5 -JC at 03/16/21 1323 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -JC at 03/16/21 1323 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.1 -JC at 03/16/21 1323 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -JC at 03/16/21 1323 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -JC at 03/16/21 1323 |
| NALOXONE (NARCAN) (1 MG/ML)// 0.1MG/KG | 2 -JC at 03/16/21 1323 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -JC at 03/16/21 1323 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -JC at 03/16/21 1323 |
| Sodium | 100 -JC at 03/16/21 |

## 03/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 1323 |
| Vasopressin (20units/ml)// 0.4 units/kg | 1.24 -JC at 03/16/21 1323 |
| Mannitol 20% (200mg/ml)// 1 gram/kg | 310.7 -JC at 03/16/21 1323 |

Emergency Drug Drip Calculations

| | |
|---|---|
| Amiodarone Bolus | 50 -JC at 03/16/21 1323 |

**Procedural Safety Tool**

| Row Name | 03/16/21 1300 |
|---|---|
| Procedural Safety Tool | |
| Procedural Safety Tool | Yes -SH at 03/16/21 1359 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| SH | Hanna, Sara | 06/29/20 - | Coordinator | — |
| JC | Cureton, Jazmin | 05/28/19 - | Athletic Trainer | — |

**Messages**

**After visit follow up**

| From | To | Sent and Delivered |
|---|---|---|
| Samuel D. Carter, MD | Keeta Fox | 3/16/2021 2:27 PM |
| Last Read in MyChart | | |
| 3/31/2021 8:21 AM by Keeta Fox | | |

March 16, 2021

Dear Ms. Fox:

Thank you for visiting our office today. We understand sometimes you leave the office and then think of non-urgent questions you wish you had asked. Well, we're here for you. Feel free to use the attached questionnaire to ask those questions via MyNortonChart. A staff member or provider will be happy to answer any non-urgent questions you may have.

Your feedback is very important to us! You may be receiving a survey through e-mail and we hope you will take the time to complete it. We value what you have to say and use your feedback to improve our patient care services here at Norton Healthcare. Thank you!

If this is a medical emergency, please call 911 or go to the nearest Norton Healthcare emergency department.

We are privileged to be your choice for medical care. Wishing you good health.

**Messages (continued)**

## 03/31/2021 - Office Visit in Norton Urogynecology Center
## FACESHEET

Norton Urogynecology Center
4123 Dutchmans Lane
Suite 307
Louisville, KY 40207-4721

Encounter Date: **3/31/2021**
MRN: **EP00363111**
Guarantor: **FOX,KEETA**
Contact Serial #: **10105148079**

### PATIENT

| | | | |
|---|---|---|---|
| Name: | **FOX, KEETA** | Preferred Name: | |
| Address: | | Preferred Language: | **ENGLISH** |
| City: | | | |
| DOB: | | Primary Phone: | **5** |
| Sex: | **Female** | Mobile Phone: | Telephone Information: Mobile |
| Primary Care Provider: | **Potts, Gregory J, MD** | Work Phone: | No relevant phone numbers on file. |

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| **1. FOX,DAVE** | **No** | **Spouse** | | **(W)** **C)** |
| **2. *No Contact Specified*** | | | | **(W)** **C)** |

### GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | | DOB: | |
| Address: | | Sex: | **Female** |
| Relation to Patient: | **Self** | Home Phone: | |
| Guarantor ID: | **265767** | Work Phone: | |

GUARANTOR EMPLOYER

| | | | |
|---|---|---|---|
| Employer: | | Status: | **UNKNOWN** |

### COVERAGE

PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | **ANTHEM** | Plan: | **ANTHEM** |
| Group Number: | **214000M0C1** | Insurance Type: | **INDEMNITY** |
| Subscriber Name: | **FOX,KEETA** | Subscriber DOB: | |
| Subscriber ID: | **PJX638A22780** | | |
| Pat. Rel. to Subscriber: | **Self** | | |

SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Hutchinson, Arianna, APRN | Hutchinson, Arianna, APRN | Potts, Gregory J, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Urogynecology Center | 4123 Dutchmans Lane<br>Suite 307<br>Louisville KY 40207-4721 | 502-409-5600 | 502-259-3078 |

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN** |
| **Log History** |
| LOS History |

### Reason for Visit

#### Chief Complaint

- Follow-up

#### Visit Diagnoses

- **Vaginal burning (primary)**
- Myofascial pain
- Urethral pain

## 03/31/2021 - Office Visit in Norton Urogynecology Center
## Code Timeline

### Patient Care Timeline

No data selected in time range

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

### Patient Summary as-of Visit

#### Immunizations

No documentation.

#### **History** as of 3/31/2021

**Medical History** as of 3/31/2021

**Medical last reviewed by Hutchinson, Arianna, APRN on 3/31/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety and depression | — | — | Provider |
| Arthritis | — | — | Provider |
| Chronic fatigue | — | — | Provider |
| Colon polyp | — | — | Provider |
| Dermatitis | — | "Spongy" per patient | Provider |
| Gastroparesis | — | — | Provider |
| History of kidney stones | — | — | Provider |

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

**Patient Summary as-of Visit (continued)**

| | | | | |
|---|---|---|---|---|
| Osteoporosis | — | — | | Provider |
| Sjogren's disease (CMS/HCC) | — | — | | Provider |
| Small fiber neuropathy | — | — | | Provider |
| Temporomandibular joint disorder (TMJ) | — | — | | Provider |

**Surgical History** as of 3/31/2021

**Surgical last reviewed by Hutchinson, Arianna, APRN on 3/31/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| COLONOSCOPY | — | — | — | Provider |
| COLON SURGERY | — | 11/2020 | REMOVAL OF 12 INCHES OF COLON | Provider |

**Family History** as of 3/31/2021

**Family History as of 3/31/2021**

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes | | |

**Substance & Sexuality History**

**Tobacco Use**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

**Alcohol Use**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | Previously 1 glass of wine per night but none now | Provider |

**Drug Use**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

**Patient Summary as-of Visit (continued)**

| | | | | |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | Male | Married | Provider |

**Socioeconomic History** as of 3/31/2021

**Socioeconomic as of 3/31/2021**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

## Vaping and E-Cig

**E-cigarettes/Vaping**

| Question | Response | Comments |
|---|---|---|
| E-cigarette/Vaping Use | — | — |
| Start Date | — | — |
| Quit Date | — | — |
| Cartridges/Day | — | — |
| Counseling Given | — | — |
| Passive Exposure | — | — |
| Comments | — | — |
| Nicotine | — | — |
| Flavoring | — | — |
| THC | — | — |
| CBD | — | — |
| Other | — | — |
| Disposable | — | — |
| Pre-filled or Refillable Cartridge | — | — |
| Refillable Tank | — | — |
| Pre-filled Pod | — | — |
| Other | — | — |

**Obstetric History** as of 3/31/2021

**OB/Gyn Status**

| | |
|---|---|
| LMP: | 11/19/2012 |
| OB/Gyn Status: | Postmenopausal |

**OB History as of 3/31/2021**

**OB History last reviewed by Hutchinson, Arianna, APRN on 3/31/2021**
No obstetric history on file.

**Clinical Notes**

**Addendum Note**

**03/31/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Clinical Notes (continued)**

**Lewis, Heidi A at 4/6/2021 0826**

Author: Lewis, Heidi A | Service: — | Author Type: Medical Assistant
Filed: 4/6/2021 8:26 AM | Encounter Date: 3/31/2021 | Status: Signed
Editor: Lewis, Heidi A (Medical Assistant)
Addended by: LEWIS, HEIDI A on: 4/6/2021 08:26 AM

Modules accepted: Orders

Electronically signed by Lewis, Heidi A at 4/6/2021 8:26 AM

**Progress Notes**

**Hutchinson, Arianna, APRN at 3/31/2021 1216**

Author: Hutchinson, Arianna, APRN | Service: — | Author Type: Advanced Practice RN
Filed: 3/31/2021 12:20 PM | Encounter Date: 3/31/2021 | Status: Signed
Editor: Hutchinson, Arianna, APRN (Advanced Practice RN)

## Subjective:

**Subjective** **Patient ID:** Keeta Fox is a 54 yr/o female.

Here for urine check - wants Uroswab to check for candida glabrata
Also request vaginal swab to check for this as well
Feels she has chronic issues from glabrata
Has seen 2 different specialists for this. Has general GYN
Did have microheme w/u with 1st Urology 2020 - all neg
Brought me an article that discusses vaginal issues with Sjogren's
Using estradiol cream
She is a little hesitant about Boric Acid - read it doesn't "work that good"
On probiotics
In PT now

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Negative.
Genitourinary: Positive for dysuria, frequency, urgency and vaginal pain. Negative for difficulty urinating, flank pain, hematuria, vaginal bleeding and vaginal discharge.

## Objective:

**Objective**
BP 112/70 | Temp 97.9 °F (36.6 °C) | Ht 5' 7" (170.2 cm) | Wt 63 kg (138 lb 14.2 oz) | LMP 11/19/2012 | BMI 21.75 kg/m²

**03/31/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Clinical Notes (continued)**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed.
Pulmonary/Chest: Effort normal.
Genitourinary: Genitourinary Comments: **Urine has moderate blood on dipstick**
**uroswab sent**

**Vaginal exam rather normal**
**No sign of candida or BV**
**Swab obtained**
**Diffuse tenderness**

Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Psychiatric: She has a normal mood and affect. Her behavior is normal.

## Assessment and Plan:

**Assessment**
Keeta was seen today for follow-up.

Diagnoses and all orders for this visit:

**Vaginal burning**
- POCT Urinalysis, Dipstick
- Culture,Urine; Future; Expected date: 04/07/2021

Will check Uroswab and One swab and tx based on results
Cont Probiotics - she will make sure contains L.Crispatus
Encouraged coconut oil to vagina and good skin care

Anna Hutchinson APRN
No follow-ups on file.

Electronically signed by Hutchinson, Arianna, APRN at 3/31/2021 12:20 PM

**Labs**

**Lab**

**OneSwab (MDL) (Edited Result - FINAL)**

Electronically signed by: **Hutchinson, Arianna, APRN on 03/31/21 1038** Status: **Completed**
Ordering user: Hutchinson, Arianna, APRN 03/31/21 1038 Authorized by: Hutchinson, Arianna, APRN
Ordering mode: Standard
Frequency: Routine 03/31/21 - Class: External
Quantity: 1 Lab status: Edited Result - FINAL
Instance released by: Lewis, Heidi A 3/31/2021 11:44 AM
Diagnoses
Vaginal burning [N94.9]
Scan on 4/6/2021 8:17 AM by Lewis, Heidi A: urogyn/ uroswab/ oneswab (below)

**03/31/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Labs (continued)**

04/04/2021 8:25:13 AM -0400 FAXCOM PAGE 1 OF 6

MEDICAL DIAGNOSTIC LABORATORIES L.L.C.
2439 KUSER ROAD
HAMILTON, NJ 08690-3303
TL: 609-570-1000 FX: 609-570-1050 TF: 877-269-0090
**www.mdlab.com**

| Fax: | |
|---|---|

## FAX Transmission Form

| | |
|---|---|
| **NORTON UROGYNECOLOGY CENTER** | Tel: (502) 409-5600<br>Fax: (502) 259-3078 |

**Test Results:** Please see the test results on the following 1 patient(s):

| |
|---|
| 11505133 |

**IMPORTANT WARNING: Confidential Protected Health Information Enclosed**

This transmittal is intended for the use of the person or persons to whom it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. The transmittal contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. "Protected Health Information" is personal and sensitive information related to a person's health care. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as otherwise permitted by HIPAA or other applicable law, is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law. If you have received this message in error, please notify the sender immediately by contacting us by phone or by mail or e-mail using the number and address information set forth in this form. In addition, you should either send the document received and the fax cover page to us by mail or destroy the document that you received and any and all copies that you have made.

**DO NOT SEND COVER LETTER**

**03/31/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Labs (continued)**

04/04/2021 8:25:13 AM -0400 FAXCOM PAGE 2 OF 6

MEDICAL DIAGNOSTIC LABORATORIES L.L.C.
2439 KUSER ROAD
HAMILTON, NJ 08690-3303
TL: 609-570-1000 FX: 609-570-1050 TF: 877-269-0090
**www.mdlab.com**

**MDL#: 11505133**

**Final**
*** Test Results**

| Patient Information: SSN: N/A DOB: 11/6/1966 (Age:54) | Ordering Physician/Lab: NPI: 1053781385 |
|---|---|
| FOX, KEETA | NORTON UROGYNECOLOGY CENTER<br>ARIANNA HUTCHINSON, APRN<br>4123 DUTCHMANS LANE<br>SUITE 307<br>LOUISVILLE, KY 40207 |
| Home: Ethnicity: Unknown*** | Tel: (502) 409-5600<br>Fax: (502) 259-3078 |

Patient ID: **EP00363111** Date Received: **4/1/2021** Date Reported: **4/4/2021**

| Test | Specimen | Date Collected / Comment | Results: Normal | Results: Abnormal | Reference/Units/Comments |
|---|---|---|---|---|---|
| **Gardnerella vaginalis by Real-Time PCR** * 132 Verified 4/3/2021 | Swab - 1 | 3/31/2021 Vaginal | **Negative** | | |
| **Atopobium vaginae by Real-Time PCR** * 142 Verified 4/3/2021 | Swab - 1 | 3/31/2021 Vaginal | **Negative** | | |
| **Bacterial Vaginosis Associated Bacterium 2 (BVAB2) by Real-Time PCR** * 164 Verified 4/3/2021 | Swab - 1 | 3/31/2021 Vaginal | **Negative** | | |
| **Megasphaera species (Type 1 and Type 2) by Real-Time PCR** * 165 Verified 4/3/2021 | Swab - 1 | 3/31/2021 Vaginal | **Negative (Type1,Type2)** | | **Type1:Negative;<br>Type2:Negative.** |
| **Lactobacillus (BV & AV Panel) by Real Time PCR** * 179 Verified 4/3/2021 | Swab - 1 | 3/31/2021 Vaginal | | | **L.crispatus: Negative;<br>L.jensenii : Negative;<br>L.gasseri : Positive;<br>L.iners : Negative.** |




Indicative of Normal microflora.
Negative for Bacterial Vaginosis.

Page 2 of 6
Ver: 14.10

View: MF
Mail: Yes None Yes

NGONN
Fax: Yes None **Manual** No

Medical Director, Mats Sandon, M.D.

PATH

**MDL#: 11505133**
**4/4/2021**
**Final**

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Fox, Keeta
MRN: EP00363111, DOB: , Sex: F
Visit date: 3/31/2021

**03/31/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Labs (continued)**

04/04/2021 8:25:13 AM -0400 FAXCOM PAGE 3 OF 6

MEDICAL DIAGNOSTIC LABORATORIES L.L.C.
2439 KUSER ROAD
HAMILTON, NJ 08690-3303
TL: 609-570-1000 FX: 609-570-1050 TF: 877-269-0090
**www.mdlab.com**

**Final**
**MDL#: 11505133** *** Test Results**

| Patient Information: SSN: N/A DOB: 11/6/1966 (Age:54) | Ordering Physician/Lab: NPI: 1053781385 |
|---|---|
| FOX, KEETA | NORTON UROGYNECOLOGY CENTER<br>ARIANNA HUTCHINSON, APRN<br>4123 DUTCHMANS LANE<br>SUITE 307<br>LOUISVILLE, KY 40207 |
| Home: Ethnicity: Unknown*** | Tel: (502) 409-5600<br>Fax: (502) 259-3078 |

Patient ID: EP00363111 Date Received: 4/1/2021 Date Reported: 4/4/2021

| Test | Specimen | Date Collected / Comment | Results Normal | Results Abnormal | Reference/Units/Comments |
|---|---|---|---|---|---|
| Group B Streptococcus (GBS) by Real-Time PCR<br>127 Verified 4/3/2021 | * Swab - 1 | 3/31/2021 Vaginal | Negative | | |
| Escherichia coli by Real-Time PCR<br>141 Verified 4/3/2021 | * Swab - 1 | 3/31/2021 Vaginal | Negative | | |
| Enterococcus faecalis by Real-Time PCR<br>153 Verified 4/4/2021 | * Swab - 1 | 3/31/2021 Vaginal | Negative | | |
| Staphylococcus aureus by Real Time PCR<br>184 Verified 4/3/2021 | * Swab - 1 | 3/31/2021 Vaginal | Negative | | |

**Swab-1 Aerobic Vaginitis Negative Result**

The absence or low concentrations of vaginal aerobic bacteria (GBS, E. coli, Staphylococcus aureus, and/or Enterococcus faecalis) and the presence of significant numbers of healthy Lactobacilli (L. crispatus, L. gasseri, L. jensenii) are inconsistent with Aerobic Vaginitis.

Aerobic Vaginitis (AV) clinical symptoms include vaginal inflammation, yellow discharge, non-fishy foul odor, parabasal cells and elevated pH (>4.5, but usually > 6). Infrequent cases of AV can be associated with enteric bacterial species not tested in this AV assay.

Page 3 of 6
Ver: 14.10

View: MF
Mail: Yes None Yes

NGONN
Fax: Yes None Manual No

Medical Director, Mats Sonden, M.D.

MDL#: 11505133
4/4/2021
PATH Final

**03/31/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Labs (continued)**

04/04/2021 8:25:13 AM -0400 FAXCOM PAGE 4 OF 6

MEDICAL DIAGNOSTIC LABORATORIES L.L.C.
2439 KUSER ROAD
HAMILTON, NJ 08690-3303
TL: 609-570-1000 FX: 609-570-1050 TF: 877-269-0090
**www.mdlab.com**

**Final**

**MDL#: 11505133** *** Test Results**

| Patient Information: SSN: N/A DOB: 11/6/1966 (Age:54) | Ordering Physician/Lab: NPI: 1053781385 |
|---|---|
| FOX, KEETA | NORTON UROGYNECOLOGY CENTER<br>ARIANNA HUTCHINSON, APRN<br>4123 DUTCHMANS LANE<br>SUITE 307<br>LOUISVILLE, KY 40207 |
| Home: Ethnicity: Unknown*** | Tel: (502) 409-5600<br>Fax: (502) 259-3078 |

Patient ID: EP00363111 Date Received: 4/1/2021 Date Reported: 4/4/2021

| Test | Specimen | Date Collected Comment | Results Normal | Results Abnormal | Reference/Units/Comments |
|---|---|---|---|---|---|
| Candida albicans by Real-Time PCR<br>551 Verified 4/3/2021 | Swab - 1 | 3/31/2021 Vaginal | Negative | | |
| Candida tropicalis by Real-Time PCR<br>557 Verified 4/3/2021 | Swab - 1 | 3/31/2021 Vaginal | Negative | | |
| Candida parapsilosis by Real-Time PCR<br>558 Verified 4/3/2021 | Swab - 1 | 3/31/2021 Vaginal | Negative | | |
| Candida glabrata by Real-Time PCR<br>559 Verified 4/3/2021 | Swab - 1 | 3/31/2021 Vaginal | Negative | | |
| Chlamydia trachomatis by Real-Time PCR (Reflex to Azithromycin Resistance by Pyrosequencing)<br>105 Verified 4/2/2021 | UroSwab - 2 | 3/31/2021 Urine | Negative | | |
| Trichomonas vaginalis by Real-Time PCR (Reflex to metronidazole resistance)<br>111 Verified 4/2/2021 | UroSwab - 2 | 3/31/2021 Urine | Negative | | |
| Neisseria gonorrhoeae by Real-Time PCR (Reflex to Antibiotic Resistance by Molecular Analysis)<br>167 Verified 4/2/2021 | UroSwab - 2 | 3/31/2021 Urine | Negative | | |
| Candida albicans by Real-Time PCR<br>551 Verified 4/4/2021 | UroSwab - 2 | 3/31/2021 Urine | Negative | | |

Page 4 of 6
Ver: 14.18

View: MF
Mail: Yes None Yes

NGONN
Fax: Yes None Manual No

Medical Director, Mats Sandén, M.D.

PATH

MDL#: 11505133
4/4/2021
Final

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Fox, Keeta
MRN: EP00363111, DOB: Sex: F
Visit date: 3/31/2021

**03/31/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Labs (continued)**

04/04/2021 8:25:13 AM -0400 FAXCOM PAGE 5 OF 6

MEDICAL DIAGNOSTIC LABORATORIES L.L.C.
2439 KUSER ROAD
HAMILTON, NJ 08690-3303
TL: 609-570-1000 FX: 609-570-1050 TF: 877-269-0090
**www.mdlab.com**

**Final**
**MDL#: 11505133** *** Test Results**

| | |
|---|---|
| **Patient Information:** SSN: N/A DOB: 11/6/1966 (Age:54)<br>FOX, KEETA<br>Home:<br>Ethnicity: Unknown*** | **Ordering Physician/Lab:** NPI: 1053781385<br>NORTON UROGYNECOLOGY CENTER<br>ARIANNA HUTCHINSON, APRN<br>4123 DUTCHMANS LANE<br>SUITE 307<br>LOUISVILLE, KY 40207<br>Tel: (502) 409-5600<br>Fax: (502) 259-3078 |

Patient ID: EP00363111 Date Received: 4/1/2021 Date Reported: 4/4/2021

| Test | Specimen | Date Collected Comment | Results Normal | Results Abnormal | Reference/Units/Comments |
|---|---|---|---|---|---|
| Candida tropicalis by Real-Time PCR *<br>557 Verified 4/3/2021 | UroSwab - 2 | 3/31/2021 Urine | Negative | | |
| Candida parapsilosis by Real-Time PCR *<br>558 Verified 4/3/2021 | UroSwab - 2 | 3/31/2021 Urine | Negative | | |
| Candida glabrata by Real-Time PCR *<br>559 Verified 4/4/2021 | UroSwab - 2 | 3/31/2021 Urine | Negative | | |

*This test was developed and its performance characteristics determined by the laboratory. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary.

A positive result is provided for bacteria, virus, parasites, and/or fungal species when PCR amplification (real-time PCR), sequence information (Pyrosequencing), and/or sequencing analysis occurs above cut-off levels established by the laboratory. Pertinent reference intervals for the tests reported above are available from the laboratory upon request.

end of report

Page 5 of 6 Ver: 14.10 | View: MF | Mail: Yes None Yes | NGONN | Fax: Yes None Manual No | Medical Director, Mats Sandan, M.D. | PATH | MDL#: 11505133 4/4/2021 Final

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

**Labs (continued)**

04/04/2021 8:25:13 AM -0400 FAXCOM PAGE 6 OF 6

11505133

**MEDICAL DIAGNOSTIC LABORATORIES, L.L.C.**

**INTERPRETATION GUIDELINES**




**Bacterial Vaginosis Panel (with Lactobacillus Profiling) by Quantitative Real-Time PCR**

**MDL#: 11505133-1**
**FOX, KEETA**

**METHODOLOGY:** Quantitative Real-Time PCR is used to measure the number of copies of various bacteria within a specimen.

**Patient's results:** Relative concentrations of the following microbial DNAs indicated at left were identified by MDL's qPCR Bacterial Vaginosis Panel:

Indicative of Normal microflora.
Negative for Bacterial Vaginosis.

*Lactobacillus crispatus* | *Lactobacillus jensenii* | *Gardnerella vaginalis* | BVAB2 | *Megasphaera* Type 2
*Lactobacillus gasseri* | *Lactobacillus iners* | *Atopobium vaginae* | *Megasphaera* Type 1



**Normal vaginal microflora. Not Suggestive of Bacterial Vaginosis.**

The healthy human vagina is dominated by lactobacilli. *L. crispatus*, *L. gasseri*, *L. jensenii*, and *L. iners* are four major vaginal *Lactobacillus* species. Usually the vaginal flora is dominated by one or, less frequently, two major *Lactobacillus* species. Lactobacilli support a healthy vaginal microenvironment by producing hydrogen peroxide, generating acidic pH, and protecting against colonization by other microbial pathogens. In general, *L. crispatus*, *L. gasseri* and *L. jensenii* are described as members of the healthy vaginal microflora. Dominance of any of these three species suggests that vaginal microbial conditions are normal. Vaginal microflora might contain certain amounts of other bacteria such as *L. iners* and/or *Gardnerella vaginalis* which can be present in both normal and transitional microflora.



**Abnormal vaginal microflora. Suggestive of Bacterial Vaginosis.**

The composition of the vaginal microflora is not static but changes over time in response to various endogenous and exogenous influences. The most common alteration in vaginal microflora is a condition named Bacterial Vaginosis (BV). BV is a disorder characterized by a replacement of healthy lactobacilli by anaerobic bacteria in the vagina. Overgrowth of such bacterial species as *Gardnerella vaginalis*, *Atopobium vaginae*, *Megasphaera* spp., and BVAB2 is indicative of BV. The presence of these microorgarisms along with a depletion of the protective *Lactobacillus* species (*L. crispatus*, *L. gasseri*, and *L. jensenii*) suggests that vaginal microbial conditions are abnormal. BV increases the risk of genital tract and sexually transmitted infections and can also cause serious pregnancy complications including miscarriage and preterm birth.

**REFERENCES:**
1. **Fredricks DN, Fiedler TL, Thomas KK, Oakley BB, Marrazzo JM.** 2007. Targeted PCR for detection of vaginal bacteria associated with bacterial vaginosis. *J Clin Microbiol.* 45:3270-3276.
2. **Lamont RF, Sobel JD, Akins RA, Hassan SS, Chaiworapongsa T, Kusanovic JP, Romero R.** 2011. The vaginal microbiome: new information about genital tract flora using molecular based techniques. *BJOG.* 118(5):533-49.
3. **Menard JP, Mazouni C, Fenollar F, Raoult D, Boubli L, Bretelle F.** 2010. Diagnostic accuracy of quantitative real-time PCR assay versus clinical and Gram stain identification of bacterial vaginosis. *Eur J Clin Microbiol Infect Dis.* 29(12):1547-52.

This test was developed and its performance characteristics determined by this laboratory. It has not been cleared or approved by the Food and Drug Administration (FDA). The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. The laboratory is regulated by the Clinical Laboratory Improvement Act of 1988.

Toll Free (877) 203-0090 • Fax (609) 570-1050 • www.mdlab.com

A MEMBER OF GENESIS BIOTECHNOLOGY GROUP

FOX, KEETA

Page 6 of 6
Ver: 14.10

View: MF
Mail: Yes None Yes

NGONN
Fax: Yes None Manual No

Medical Director, Mats Sanden, M.D.

MDL#: 11505133
4/4/2021
PATH Final

**OneSwab (MDL)**

Resulted: 04/06/21 0817, Result status: Edited
Result - FINAL

Order status: Completed
Resulting lab: EXTERNAL
Acknowledged by
Hutchinson, Arianna, APRN on 04/07/21 0744

Filed by: Lewis, Heidi A 04/06/21 0818

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

**Labs (continued)**

Lewis, Heidi A on 04/07/21 0830

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **173 - External** | EXTERNAL | Unknown | Unknown | 12/09/16 0715 - Present |

**OneSwab (MDL)** Resulted: 04/06/21 0817, Result status: Final result

Order status: Completed
Resulting lab: EXTERNAL
Filed by: Lewis, Heidi A 04/06/21 0817

**Reviewed by**

Lewis, Heidi A on 04/07/21 0830
Hutchinson, Arianna, APRN on 04/07/21 0744

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **173 - External** | EXTERNAL | Unknown | Unknown | 12/09/16 0715 - Present |

**Indications**

Vaginal burning [N94.9 (ICD-10-CM)]

**All Reviewers List**

Lewis, Heidi A on 4/7/2021 08:30
Hutchinson, Arianna, APRN on 4/7/2021 07:44

**UroSwab (MDL) (Discontinued)**

Electronically signed by: **Hutchinson, Arianna, APRN on 03/31/21 1031** Status: **Discontinued**
Ordering user: Hutchinson, Arianna, APRN 03/31/21 1031
Authorized by: Hutchinson, Arianna, APRN
Ordering mode: Standard
Frequency: Routine 03/31/21 -
Class: External
Quantity: 1
Instance released by: Lewis, Heidi A 3/31/2021 11:44 AM
Discontinued by: Lewis, Heidi A 04/06/21 0826 [Other (results scanned in under one swab)]
Diagnoses
Vaginal burning [N94.9]

**Indications**

Vaginal burning [N94.9 (ICD-10-CM)]

**Microbiology**

**Culture,Urine (Final result)**

Electronically signed by: **Hutchinson, Arianna, APRN on 03/31/21 1032** Status: **Completed**
Ordering user: Hutchinson, Arianna, APRN 03/31/21 1032
Authorized by: Hutchinson, Arianna, APRN
Ordering mode: Standard
Frequency: Routine 03/31/21 -
Class: Clinic Collect
Quantity: 1
Lab status: Final result
Instance released by: Ford, Kayla, LPN 3/31/2021 11:32 AM
Diagnoses
Vaginal burning [N94.9]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

### Labs (continued)

W2348919_URC_13 Urine — Urine, Clean Catch Midstream 2939 03/31/21 1332
Comment: Urine Midstream

**Culture,Urine** — Resulted: 04/01/21 1932, Result status: Final result

Order status: Completed
Collected by: 2939 03/31/21 1332
Acknowledged by
Hutchinson, Arianna, APRN on 04/02/21 0725
Lewis, Heidi A on 04/07/21 0830

Filed by: Lis, Sunquest/Copath 04/01/21 1933
Resulting lab: NORTON HOSPITAL (11815)

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Culture | Final no growth | — | — | N |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **93 - N** | NORTON HOSPITAL (11815) | Nowacki, Michael, MD | 200 East Chestnut Louisville KY 40202 | 11/12/20 1510 - Present |

**Culture,Urine** — Resulted: 03/31/21 1336, Result status: In process

Order status: Completed
Collected by: 2939 03/31/21 1332

Filed by: Lis, Sunquest/Copath 03/31/21 1336
Resulting lab: SUNQUEST

**Reviewed by**

Lewis, Heidi A on 04/07/21 0830
Hutchinson, Arianna, APRN on 04/07/21 0744
Hutchinson, Arianna, APRN on 04/02/21 0725

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **162 - Sunquest** | SUNQUEST | Unknown | 200 East Chestnut Street Louisville KY 40202 | 03/16/17 2043 - Present |

**Indications**

Vaginal burning [N94.9 (ICD-10-CM)]

**All Reviewers List**

Lewis, Heidi A on 4/7/2021 08:30
Hutchinson, Arianna, APRN on 4/7/2021 07:44
Hutchinson, Arianna, APRN on 4/2/2021 07:25

### Point of Care Testing

**POCT Urinalysis, Dipstick (Final result)**

Electronically signed by: **Hutchinson, Arianna, APRN on 03/31/21 1031** — Status: **Completed**
Ordering user: Hutchinson, Arianna, APRN 03/31/21 1031 — Authorized by: Hutchinson, Arianna, APRN
Ordering mode: Standard
Frequency: Routine 03/31/21 - — Class: Point Of Care

**03/31/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Labs (continued)**

Quantity: 1 | Lab status: Final result
Released by: Hutchinson, Arianna, APRN 03/31/21 1031
Diagnoses
Vaginal burning [N94.9]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | Urine | LEWIS, HEIDI A 03/31/21 1146 |

**POCT Urinalysis, Dipstick (Abnormal)** — Resulted: 03/31/21 1146, Result status: Final result

Order status: Completed
Collected by: LEWIS, HEIDI A 03/31/21 1146
Acknowledged by
Hutchinson, Arianna, APRN on 03/31/21 1201
Lewis, Heidi A on 04/07/21 0830

Filed by: Lewis, Heidi A 03/31/21 1147
Resulting lab: NPS WOMEN SPEC URO I

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Spec Grav, UA | 1.020 | 1.000 - 1.030 | — | CO19 |
| pH-Urine Dipstick | 5 | 5 - 8 | — | CO19 |
| Leukocytes-POCT | Negative | Negative | — | CO19 |
| Nitrite-Urine | Negative | Negative | — | CO19 |
| PROTEIN-POCT | Negative | Negative, Trace | — | CO19 |
| GLUCOSE-POCT | Normal | Normal | — | CO19 |
| Urine Ketone, POCT | Small | Negative, Small, Trace | — | CO19 |
| Urobilinogen-UA | Normal | Normal mg/dL | — | CO19 |
| UA BILIRUBIN- POCT | Negative | Negative | — | CO19 |
| Blood | Moderate | Negative, Trace | A ! | CO19 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **266 - CO19** | NPS WOMEN SPEC URO I | Sarah Kane, MD | 4123 Dutchman's Lane Ste 307 Louisville KY 40207 | 03/02/21 1421 - Present |

**Indications**

Vaginal burning [N94.9 (ICD-10-CM)]

**All Reviewers List**

Lewis, Heidi A on 4/7/2021 08:30
Hutchinson, Arianna, APRN on 4/7/2021 07:44
Hutchinson, Arianna, APRN on 4/2/2021 07:25
Hutchinson, Arianna, APRN on 3/31/2021 12:01

**Flowsheets**

**Encounter Vitals**

| Row Name | 03/31/21 1024 |
|---|---|
| Enc Vitals | |
| BP | 112/70 -KF at 03/31/21 1030 |

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Temp | 97.9 °F (36.6 °C) -KF at 03/31/21 1025 |
| Weight | 138 lb 14.2 oz (63 kg) -KF at 03/31/21 1025 |
| Height | 5' 7" (1.702 m) -KF at 03/31/21 1025 |

**Medical Wt Mgmt 12 Week Program**

| Row Name | 03/31/21 1024 |
|---|---|
| Week 1-12 | |
| Today's Weight | 138.89 Lbs -KF at 03/31/21 1025 |

**Misc. Formula Calculations**

| Row Name | 03/31/21 1024 |
|---|---|
| OTHER | |
| BMI (Calculated) | 21.8 -KF at 03/31/21 1025 |
| Weight | 0 -KF at 03/31/21 1025 |
| eGFR | 0 -KF at 03/31/21 1025 |
| BSA (Calculated - sq m) | 1.73 sq meters -KF at 03/31/21 1025 |
| BMI (Calculated) | 21.8 -KF at 03/31/21 1025 |
| IBW (Calculated) Male | 66.1 kg -KF at 03/31/21 1025 |
| Low Range Vt 6cc/kg MALE | 396.6 mL -KF at 03/31/21 1025 |
| Adult Moderate Range Vt 8cc/kg MA | 528.8 mL -KF at 03/31/21 1025 |
| Adult High Range Vt 10cc/kg MALE | 661 mL -KF at 03/31/21 1025 |
| IBW (Calculated) Female | 61.6 kg -KF at 03/31/21 1025 |
| Low Range Vt 6cc/kg FEMALE | 369.6 mL -KF at 03/31/21 1025 |
| Adult Moderate Range vt 8cc/kg FEMALE | 492.8 mL -KF at 03/31/21 1025 |
| Adult High Range Vt 10cc/kg FEMALE | 616 mL -KF at 03/31/21 1025 |
| Weight in (lb) to have BMI = 25 | 159.3 -KF at 03/31/21 1025 |
| Percent Weight Change Since Birth | 0 -KF at 03/31/21 1025 |
| Vasopressin (20units/ml)// 1 unit/kg | 2 ml -KF at 03/31/21 1025 |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 ml -KF at 03/31/21 1025 |
| Atropine (0.1mg/ml)// | 10 ml -KF at 03/31/21 1025 |

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

**Flowsheets (continued)**

| | |
|---|---|
| 0.02mg/kg | |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 ml -KF at 03/31/21 1025 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 ml -KF at 03/31/21 1025 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 ml -KF at 03/31/21 1025 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 ml -KF at 03/31/21 1025 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 ml -KF at 03/31/21 1025 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 mg -KF at 03/31/21 1025 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 ml -KF at 03/31/21 1025 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 ml -KF at 03/31/21 1025 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 ml -KF at 03/31/21 1025 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 ml -KF at 03/31/21 1025 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 ml -KF at 03/31/21 1025 |
| Vasopressin (20units/ml)// 0.5 units/kg | 2 ml -KF at 03/31/21 1025 |
| Cardioversion First Attempt (0.5 joules/kg) | 50 joules -KF at 03/31/21 1025 |
| Defibrillation First attempt (2 joules/kg) | 150 joules -KF at 03/31/21 1025 |
| Defibrillation First attempt (2 joules/kg) | 120 -KF at 03/31/21 1025 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 ml -KF at 03/31/21 1025 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 ml -KF at 03/31/21 1025 |

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 ml -KF at 03/31/21 1025 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 ml -KF at 03/31/21 1025 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 joules -KF at 03/31/21 1025 |
| Cardioversion Subsequent Attempts (1joule/kg) | 70 joules -KF at 03/31/21 1025 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 ml -KF at 03/31/21 1025 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 6.3 ml -KF at 03/31/21 1025 |
| Procainamide infusion (10mg/ml)// 5mg/kg | 10 ml -KF at 03/31/21 1025 |
| Amiodarone (50mg/ml) Drip Loading Dose// (5mg/kg) | 6.3 ml -KF at 03/31/21 1025 |
| Amiodarone (6mg/ml) Drip Maintenance Dose | 3.15 -KF at 03/31/21 1025 |
| Esmolol Loading Dose// (0.1 mg/kg) | 0.63 -KF at 03/31/21 1025 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 3.15 -KF at 03/31/21 1025 |
| Esmolol (10mg/ml) Drip Maintenance Dose | 75.6 -KF at 03/31/21 1025 |
| Milrinone (200 mcg/ml) Loading Dose// (0.05 mg/kg) | 15.75 -KF at 03/31/21 1025 |
| Milrinone (200 mcg/ml) Drip Maintenance Dose | 18.9 -KF at 03/31/21 1025 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -KF at 03/31/21 1025 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -KF at 03/31/21 1025 |

**03/31/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -KF at 03/31/21 1025 |
| Amiodarone Bolus | 52.5 -KF at 03/31/21 1025 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -KF at 03/31/21 1025 |
| Adenosine (3mg/ml)// 0.1mg/kg | 6 -KF at 03/31/21 1025 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 1 mg -KF at 03/31/21 1025 |
| Atropine dose (0.1mg/ml)// 0.02mg/kg | 1 -KF at 03/31/21 1025 |
| Calcium Chloride 10% Dose (100mg/ml)// 25MG/KG | 1000 -KF at 03/31/21 1025 |
| Calcium Gluconate 10% Dose (100mg/ml)// 100MG/KG | 3000 -KF at 03/31/21 1025 |
| Lidocaine 2% Dose (20mg/ml)// 1mg/kg | 100 -KF at 03/31/21 1025 |
| Sodium Bicarbonate Dose (1 mEq/ml)// 1 mEq/kg | 50 -KF at 03/31/21 1025 |
| Magnesium Sulfate Infusion Dose (50MG/ML) (For Bronchospasm) | 2000 -KF at 03/31/21 1025 |
| Lorazepam (2mg/ml)// 0.05 mg/kg | 1.58 ml -KF at 03/31/21 1025 |
| Lorazepam (2mg/ml)// 0.1 mg/kg | 2 ml -KF at 03/31/21 1025 |
| Fosphenytoin (10mg/ml~)// 20mg/kg | 126 ml -KF at 03/31/21 1025 |
| Phenobarbital (10mg/ml~)// 20 mg/kg | 126 ml -KF at 03/31/21 1025 |
| Phenobarbital (10mg/ml~)// 10 mg/kg | 63 ml -KF at 03/31/21 1025 |
| Leviracetam (15mg/ml)// 20mg/kg | 84 ml -KF at 03/31/21 1025 |

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

### Flowsheets (continued)

| | |
|---|---|
| Diazepam Rectal (5mg/ml)// 0.5mg/kg | 6.3 ml -KF at 03/31/21 1025 |
| Midazolam Intranasal (5mg/ml)// 0.2 mg/kg | 2.52 ml -KF at 03/31/21 1025 |
| Diazepam Rectal (5mg/ml)// 0.3mg/kg | 3.78 ml -KF at 03/31/21 1025 |
| Diazepam Rectal (5mg/ml)// 0.2mg/kg | 2.52 ml -KF at 03/31/21 1025 |

Patient Data

| | |
|---|---|
| BMI (Calculated) | 21.8 -KF at 03/31/21 1025 |
| Today's Weight | 138.89 Lbs -KF at 03/31/21 1025 |

Week 1-12

| | |
|---|---|
| Weight in (lb) to have BMI = 30 | 191.6 -KF at 03/31/21 1025 |

Emergency Drugs

| | |
|---|---|
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -KF at 03/31/21 1025 |
| Dextrose 50% Dose (0.5gm/ml)// 0.5gm/kg | 50 -KF at 03/31/21 1025 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 -KF at 03/31/21 1025 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -KF at 03/31/21 1025 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -KF at 03/31/21 1025 |

NICU Code Drugs

| | |
|---|---|
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -KF at 03/31/21 1025 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -KF at 03/31/21 1025 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -KF at 03/31/21 1025 |
| Dextrose 25% (0.25gm/ml)// | 50 -KF at 03/31/21 1025 |

**03/31/2021 - Office Visit in Norton Urogynecology Center (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| 1gm/kg | |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -KF at 03/31/21 1025 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -KF at 03/31/21 1025 |
| Naloxone (Narcan) (0.4mg/ml)// 0.01mg/kg | 1.58 -KF at 03/31/21 1025 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 -KF at 03/31/21 1025 |

Loading Dose for Continuous Infusions

| | |
|---|---|
| Esmolol Loading Dose// (0.1 mg/kg) | 0.32 -KF at 03/31/21 1025 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 1.58 -KF at 03/31/21 1025 |
| Milrinone (0.2mg/ml) Loading Dose// (0.05 mg/kg) | 15.75 -KF at 03/31/21 1025 |

**NICU Code Medications**

| Row Name | 03/31/21 1024 |
|---|---|
| Cardioversion/Defibrillation | |
| Cardioversion First Attempt (0.5 joules/kg) | 30 -KF at 03/31/21 1025 |
| Cardioversion Subsequent Attempts (1joule/kg) | 70 -KF at 03/31/21 1025 |
| Defibrillation First attempt (2 joules/kg) | 120 -KF at 03/31/21 1025 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -KF at 03/31/21 1025 |
| NICU Code Drugs | |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -KF at 03/31/21 1025 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -KF at 03/31/21 1025 |
| Adenosine (3mg/ml)// | 2 -KF at 03/31/21 1025 |

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

**Flowsheets (continued)**

| | |
|---|---|
| 0.3mg/kg | |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -KF at 03/31/21 1025 |
| Dextrose 10% (0.1gm/ml)// 0.2 gm/kg | 50 -KF at 03/31/21 1025 |
| Dextrose 10% (0.1gm/ml)// 0.4gm/kg | 50 -KF at 03/31/21 1025 |
| NICU Epinephrine IV 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -KF at 03/31/21 1025 |
| NICU Epinephrine 1:10,000 IV (0.1mg/ml)// 0.03mg/kg | 10 -KF at 03/31/21 1025 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.05mg/kg | 31.5 -KF at 03/31/21 1025 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.1mg/kg | 63 -KF at 03/31/21 1025 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.15 -KF at 03/31/21 1025 |
| Naloxone (Narcan) (1 mg/ml)// 0.1mg/kg | 2 -KF at 03/31/21 1025 |
| Naloxone (Narcan) (1 mg/ml)// 0.01mg/kg | 0.63 -KF at 03/31/21 1025 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -KF at 03/31/21 1025 |
| Ecmo Patient Heparin Bolus // 100 u/kg | 6300 -KF at 03/31/21 1025 |

**Nutrition Evaluation/Planning**

| Row Name | 03/31/21 1024 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 % -KF at 03/31/21 1025 |

**Peds Code Medications**

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

**Flowsheets (continued)**

| Row Name | 03/31/21 1024 |
|---|---|
| **Cardioversion/Defibrillation** | |
| Cardioversion First Attempt (0.5 joules/kg) | 30 -KF at 03/31/21 1025 |
| Cardioversion Subsequent Attempts (1joule/kg) | 75 -KF at 03/31/21 1025 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -KF at 03/31/21 1025 |
| **Emergency Drugs** | |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -KF at 03/31/21 1025 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -KF at 03/31/21 1025 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -KF at 03/31/21 1025 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -KF at 03/31/21 1025 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 -KF at 03/31/21 1025 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 -KF at 03/31/21 1025 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -KF at 03/31/21 1025 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -KF at 03/31/21 1025 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -KF at 03/31/21 1025 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 2.5 -KF at 03/31/21 1025 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -KF at 03/31/21 1025 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.2 -KF at 03/31/21 1025 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -KF at 03/31/21 1025 |
| Magnesium | 40 -KF at 03/31/21 1025 |

## 03/31/2021 - Office Visit in Norton Urogynecology Center (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Sulfate Infusion (50MG/ML) (For Bronchospasm) | |
| NALOXONE (NARCAN) (1 MG/ML)// 0.1MG/KG | 2 -KF at 03/31/21 1025 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -KF at 03/31/21 1025 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -KF at 03/31/21 1025 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -KF at 03/31/21 1025 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -KF at 03/31/21 1025 |
| Mannitol 20% (200mg/ml)// 1 gram/kg | 315 -KF at 03/31/21 1025 |

Emergency Drug Drip Calculations

| | |
|---|---|
| Amiodarone Bolus | 50 -KF at 03/31/21 1025 |

**Social Determinants**

| Row Name | 03/31/21 10:28:14 |
|---|---|
| Alcohol Use | |
| How often do you have a drink containing alcohol? | Never Data migrated from History - KF at 01/05/22 1237 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| KF | Ford, Kayla, LPN | 07/22/19 - | Licensed Nurse | Nurse |

## 04/16/2021 - Office Visit in Norton Orthopedic Institute
## FACESHEET

Norton Orthopedic Institute
9880 Angies Way
Suite 250
Louisville, KY 40241-2847

Encounter Date: **4/16/2021**
MRN: **EP00363111**
Guarantor: **FOX,KEETA**
Contact Serial #: **10105457664**

### PATIENT

Name: **FOX, KEETA**
Preferred Name:
Address:
Preferred Language: **ENGLISH**
City:
DOB:
Primary Phone:
Sex: **Female**
Mobile Phone: Telephone Information: Mobile
Primary Care Provider: **Potts, Gregory J, MD**
Work Phone: No relevant phone numbers on file.

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| **1. FOX,DAVE** | **No** | **Spouse** | | **(W)**<br>**502-418-8989 (C)** |
| **2. *No Contact Specified*** | | | | **(W)**<br>**502-418-8989 (C)** |

### GUARANTOR

Guarantor: **FOX,KEETA**
DOB:
Address:
Sex: **Female**
Relation to Patient: **Self**
Home Phone:
Guarantor ID: **265767**
Work Phone:

GUARANTOR EMPLOYER

Employer:
Status: **UNKNOWN**

### COVERAGE

PRIMARY INSURANCE

Payor: **ANTHEM**
Plan: **ANTHEM**
Group Number: **214000M0C1**
Insurance Type: **INDEMNITY**
Subscriber Name: **FOX,KEETA**
Subscriber DOB: **11/06/1966**
Subscriber ID: **PJX638A22780**
Pat. Rel. to Subscriber: **Self**

SECONDARY INSURANCE

Payor:
Plan:
Group Number:
Insurance Type:
Subscriber Name:
Subscriber DOB:
Subscriber ID:
Pat. Rel. to Subscriber:

## 04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

## 04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carter, Samuel D., MD | Weeter Kaelin, Leslie, PA | Potts, Gregory J, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Orthopedic Institute | 9880 Angies Way<br>Suite 250<br>Louisville KY 40241-2847 | 502-394-6341 | 502-394-6340 |

#### Questionnaires

No completed forms available for this encounter.

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN** |

### Reason for Visit

#### Chief Complaint

- Follow-up (L knee, discuss next steps )

#### Visit Diagnosis

- **Chronic pain of left knee (primary)**

## 04/16/2021 - Office Visit in Norton Orthopedic Institute
## Code Timeline

### Patient Care Timeline

No data selected in time range

## 04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

### Patient Summary as-of Visit

#### Immunizations

No documentation.

#### **History** as of 4/16/2021

**Medical History** as of 4/16/2021

**Medical last reviewed by Carter, Samuel D., MD on 4/16/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety and depression | — | — | Provider |
| Arthritis | — | — | Provider |
| Chronic fatigue | — | — | Provider |
| Colon polyp | — | — | Provider |
| Dermatitis | — | "Spongy" per patient | Provider |
| Gastroparesis | — | — | Provider |
| History of kidney stones | — | — | Provider |

## 04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| | | | | |
|---|---|---|---|---|
| Osteoporosis | — | — | | Provider |
| Sjogren's disease (CMS/HCC) | — | — | | Provider |
| Small fiber neuropathy | — | — | | Provider |
| Temporomandibular joint disorder (TMJ) | — | — | | Provider |

**Surgical History** as of 4/16/2021

**Surgical last reviewed by Carter, Samuel D., MD on 4/16/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| COLONOSCOPY | — | — | — | Provider |
| COLON SURGERY | — | 11/2020 | REMOVAL OF 12 INCHES OF COLON | Provider |

**Family History** as of 4/16/2021

**Family History as of 4/16/2021**

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes | | |

**Substance & Sexuality History**

**Tobacco Use**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |
| **Types** | **Comments** | **Smokeless Tobacco Status** | **Smokeless Tobacco Quit Date** | **Source** |
| — | — | Never Used | — | Provider |

**Alcohol Use**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | Previously 1 glass of wine per night but none now | Provider |

**Drug Use**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|

## 04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| | | | | |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | Male | Married | Provider |

**Socioeconomic History** as of 4/16/2021

**Socioeconomic as of 4/16/2021**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

## Vaping and E-Cig

**E-cigarettes/Vaping**

| Question | Response | Comments |
|---|---|---|
| E-cigarette/Vaping Use | — | — |
| Start Date | — | — |
| Quit Date | — | — |
| Cartridges/Day | — | — |
| Counseling Given | — | — |
| Passive Exposure | — | — |
| Comments | — | — |
| Nicotine | — | — |
| Flavoring | — | — |
| THC | — | — |
| CBD | — | — |
| Other | — | — |
| Disposable | — | — |
| Pre-filled or Refillable Cartridge | — | — |
| Refillable Tank | — | — |
| Pre-filled Pod | — | — |
| Other | — | — |

**Clinical Notes**

**Progress Notes**

**Carter, Samuel D., MD at 4/16/2021 1135**

Author: Carter, Samuel D., MD
Filed: 4/16/2021 5:56 PM
Editor: Carter, Samuel D., MD (Physician)
Service: —
Encounter Date: 4/16/2021
Author Type: Physician
Status: Signed

### Patient ID: Keeta Fox

### Chief Complaint:

**Chief Complaint**
Patient presents with

- Follow-up
  *L knee, discuss next steps*

**HPI**:

Keeta Fox is a 54 yr/o woman who presents today for follow up of left knee pain. She was last seen 1 month ago at which time she received a steroid injection, which did not provide any relief. She continues to have pain with walking, running, and cycling. She reports giving out and popping when trying to go from sitting to standing. She does not take anything. Today her pain is minimal but it worsens with activity causing swelling.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety and depression | |
| • Arthritis | |
| • Chronic fatigue | |
| • Colon polyp | |
| • Dermatitis<br>*"Spongy" per patient* | |
| • Gastroparesis | |
| • History of kidney stones | |
| • Osteoporosis | |
| • Sjogren's disease (CMS/HCC) | |
| • Small fiber neuropathy | |
| • Temporomandibular joint disorder (TMJ) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • COLON SURGERY<br>*REMOVAL OF 12 INCHES OF COLON* | | 11/2020 |
| • COLONOSCOPY | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |

**Social History**

| Socioeconomic History | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Social Needs** | |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |

**04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Not Currently |
| Frequency: | Never |
| *Comment: Previously 1 glass of wine per night but none now* | |
| • Drug use: | Never |
| • Sexual activity: | Not Currently |
| Partners: | Male |
| *Comment: Married* | |
| **Lifestyle** | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |
| **Relationships** | |
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence | |
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |
| **Other Topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |
| • Not on file | |

**Current Outpatient Medications**

| Medication | Instructions |
|---|---|
| • azaTHIOprine (IMURAN) | 50 mg, Oral, Daily |
| • boric acid 600 MG vaginal suppository | 1 suppository, Vaginal |
| • Cholecalciferol | 5,000 Units, Oral, Daily |
| • DULoxetine (CYMBALTA) | 30 mg, Oral, Daily, Take with Duloxetine 60 mg to equal 90 mg |
| • DULoxetine (CYMBALTA) | 60 mg, Oral, Daily, Take with Duloxetine 30 mg to equal 90 mg |
| • estradiol (ESTRACE) 0.1 MG/GM vaginal cream | Apply 1 gram vulvovaginally twice weekly. |
| • estradiol (VIVELLE-DOT) 0.05 MG/24HR | 1 patch, Transdermal, Twice weekly |
| • estradiol (VIVELLE-DOT) 0.075 MG/24HR | APPLY 1 PATCH EXTERNALLY TO THE SKIN 2 TIMES A WEEK |
| • fexofenadine (ALLEGRA) | 60 mg, Oral, Daily |

**04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| • NON FORMULARY | 450 mg, Oral, Daily, Liposomal Glutathione Solution 450 mg |
| • NON FORMULARY | 1.4 mLs, Oral, BID (RT), Adrena Sooth: Take once in the evening and once at bedtime. |
| • Probiotic Product (PROBIOTIC-10 PO) | Oral |
| • progesterone (PROMETRIUM) | 100 mg, Oral |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Butalbital-Acetaminophen<br>*Insomnia* | Other (See Comments) |
| • Aspirin<br>*Unknown, mother told her not to take it.* | Other (See Comments) |

There is no immunization history on file for this patient.

**ROS:**

Review of Systems
Constitutional: Negative for chills, fever and malaise/fatigue.
HENT: Negative for hearing loss.
Eyes: Negative for redness.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain, orthopnea and leg swelling.
Gastrointestinal: Negative for nausea and vomiting.
Musculoskeletal: Positive for joint pain. Negative for back pain.
Neurological: Negative for tingling, sensory change, speech change, focal weakness and headaches.

All other pertinent positives and negatives as noted above in HPI.

**Physical Exam:**

awake, alert, & oriented x 3
normal affect
speech clear
conjunctiva clear, sclera anicteric
no acute respiratory distress
hearing not impaired with normal conversation

**Right Knee Exam**

Comments: Exam of the contralateral knee is normal:
No muscle atrophy, erythema, ecchymosis, or gross deformity noted
No knee effusion
No medial or lateral joint line tenderness
Full active range of motion
5/5 strength flexion and extension

The knee is stable to varus and valgus stress testing
Lachman negative
Posterior drawer negative
McMurray's negative
Patellofemoral grind negative
Sensation grossly intact to light tough throughout the lower extremity
Skin is intact
Distal pulses are intact
No signs or symptoms of DVT

### Left Knee Exam

**Tenderness**
The patient is experiencing tenderness in the lateral retinaculum, medial retinaculum and patella.

**Range of Motion**
Extension: 0
Flexion: 130

**Tests**
McMurray: Medial - negative Lateral - negative
Varus: negative Valgus: negative
Lachman: Anterior - negative
Drawer: Posterior - negative
Patellar apprehension: negative

**Other**
Erythema: absent
Sensation: normal (grossly intact to light touch)
Pulse: present (distal pulses palpable)
Swelling: none
Effusion: no effusion present

Comments: Tender to palpation under lateral patella
Mild patellar laxity
Negative J sign
Patellofemoral grind positive

**Diagnostic Studies:**

None today.

**Assessment**

## Assessment:

**1. Chronic pain of left knee**

**Plan**

## Plan:

Keeta continues to have pain in the left knee, especially with activity. Options including injections and surgical management were discussed; viscosupplementation is another option that might provide relief but she may also have a meniscus tear that could be addressed surgically. She would like to give her knee more time and call us if she would like to proceed with MRI or viscosupplementation.

**SCRIBE ATTESTATION:**
I, Leslie Weeter Kaelin, PA-C, attest that all medical record entries for this patient were documented by me acting as a medical scribe for Sam Carter, MD.

**PROVIDER ATTESTATION:**

I, Sam Carter, attest that all medical record entries made by the Scribe for this patient were at my direction and personally dictated by me. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, assessment and plan. I have also personally directed, reviewed, and agree with the discharge instructions.

Electronically signed by Carter, Samuel D., MD at 4/16/2021 5:56 PM

**Flowsheets**

**Encounter Vitals**

| Row Name | 04/16/21 1109 |
|---|---|
| Enc Vitals | |
| Weight | 138 lb (62.6 kg) -JC at 04/16/21 1110 |
| Height | 5' 7" (1.702 m) -JC at 04/16/21 1110 |

**Medical Wt Mgmt 12 Week Program**

| Row Name | 04/16/21 1109 |
|---|---|
| Week 1-12 | |
| Today's Weight | 138 Lbs -JC at 04/16/21 1110 |

**04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)**

**Flowsheets (continued)**

**Misc. Formula Calculations**

| Row Name | 04/16/21 1109 |
|---|---|
| OTHER | |
| BMI (Calculated) | 21.7 -JC at 04/16/21 1110 |
| Weight | 0 -JC at 04/16/21 1110 |
| BSA (Calculated - sq m) | 1.72 sq meters -JC at 04/16/21 1110 |
| BMI (Calculated) | 21.6 -JC at 04/16/21 1110 |
| IBW (Calculated) Male | 66.1 kg -JC at 04/16/21 1110 |
| Low Range Vt 6cc/kg MALE | 396.6 mL -JC at 04/16/21 1110 |
| Adult Moderate Range Vt 8cc/kg MA | 528.8 mL -JC at 04/16/21 1110 |
| Adult High Range Vt 10cc/kg MALE | 661 mL -JC at 04/16/21 1110 |
| IBW (Calculated) Female | 61.6 kg -JC at 04/16/21 1110 |
| Low Range Vt 6cc/kg FEMALE | 369.6 mL -JC at 04/16/21 1110 |
| Adult Moderate Range vt 8cc/kg FEMALE | 492.8 mL -JC at 04/16/21 1110 |
| Adult High Range Vt 10cc/kg FEMALE | 616 mL -JC at 04/16/21 1110 |
| Weight in (lb) to have BMI = 25 | 159.3 -JC at 04/16/21 1110 |
| Percent Weight Change Since Birth | 0 -JC at 04/16/21 1110 |
| Vasopressin (20units/ml)// 1 unit/kg | 2 ml -JC at 04/16/21 1110 |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 ml -JC at 04/16/21 1110 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 10 ml -JC at 04/16/21 1110 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 ml -JC at 04/16/21 1110 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 ml -JC at 04/16/21 1110 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 ml -JC at 04/16/21 1110 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 ml -JC at 04/16/21 1110 |
| Epinephrine | 10 ml -JC at 04/16/21 |

## 04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Flowsheets (continued)**

| | |
|---|---|
| 1:10,000 (0.1mg/ml)// 0.01mg/kg | 1110 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 mg -JC at 04/16/21 1110 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 ml -JC at 04/16/21 1110 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 ml -JC at 04/16/21 1110 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 ml -JC at 04/16/21 1110 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 ml -JC at 04/16/21 1110 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 ml -JC at 04/16/21 1110 |
| Vasopressin (20units/ml)// 0.5 units/kg | 2 ml -JC at 04/16/21 1110 |
| Cardioversion First Attempt (0.5 joules/kg) | 50 joules -JC at 04/16/21 1110 |
| Defibrillation First attempt (2 joules/kg) | 150 joules -JC at 04/16/21 1110 |
| Defibrillation First attempt (2 joules/kg) | 120 -JC at 04/16/21 1110 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 ml -JC at 04/16/21 1110 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 ml -JC at 04/16/21 1110 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 ml -JC at 04/16/21 1110 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 ml -JC at 04/16/21 1110 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 joules -JC at 04/16/21 1110 |
| Cardioversion Subsequent Attempts (1joule/kg) | 70 joules -JC at 04/16/21 1110 |
| Magnesium Sulfate Infusion | 40 ml -JC at 04/16/21 1110 |

**Flowsheets (continued)**

| | |
|---|---|
| (50MG/ML) (For Bronchospasm) | |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 6.26 ml -JC at 04/16/21 1110 |
| Procainamide infusion (10mg/ml)// 5mg/kg | 10 ml -JC at 04/16/21 1110 |
| Amiodarone (50mg/ml) Drip Loading Dose// (5mg/kg) | 6.26 ml -JC at 04/16/21 1110 |
| Amiodarone (6mg/ml) Drip Maintenance Dose | 3.13 -JC at 04/16/21 1110 |
| Esmolol Loading Dose// (0.1 mg/kg) | 0.63 -JC at 04/16/21 1110 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 3.13 -JC at 04/16/21 1110 |
| Esmolol (10mg/ml) Drip Maintenance Dose | 75.12 -JC at 04/16/21 1110 |
| Milrinone (200 mcg/ml) Loading Dose// (0.05 mg/kg) | 15.65 -JC at 04/16/21 1110 |
| Milrinone (200 mcg/ml) Drip Maintenance Dose | 18.78 -JC at 04/16/21 1110 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -JC at 04/16/21 1110 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -JC at 04/16/21 1110 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -JC at 04/16/21 1110 |
| Amiodarone Bolus | 52.16 -JC at 04/16/21 1110 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -JC at 04/16/21 1110 |
| Adenosine (3mg/ml)// 0.1mg/kg | 6 -JC at 04/16/21 1110 |
| Epinephrine 1:10,000 (0.1mg/ml)// | 1 mg -JC at 04/16/21 1110 |

**04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| 0.01mg/kg | |
| Atropine dose (0.1mg/ml)// 0.02mg/kg | 1 -JC at 04/16/21 1110 |
| Calcium Chloride 10% Dose (100mg/ml)// 25MG/KG | 1000 -JC at 04/16/21 1110 |
| Calcium Gluconate 10% Dose (100mg/ml)// 100MG/KG | 3000 -JC at 04/16/21 1110 |
| Lidocaine 2% Dose (20mg/ml)// 1mg/kg | 100 -JC at 04/16/21 1110 |
| Sodium Bicarbonate Dose (1 mEq/ml)// 1 mEq/kg | 50 -JC at 04/16/21 1110 |
| Magnesium Sulfate Infusion Dose (50MG/ML) (For Bronchospasm) | 2000 -JC at 04/16/21 1110 |
| Lorazepam (2mg/ml)// 0.05 mg/kg | 1.56 ml -JC at 04/16/21 1110 |
| Lorazepam (2mg/ml)// 0.1 mg/kg | 2 ml -JC at 04/16/21 1110 |
| Fosphenytoin (10mg/ml~)// 20mg/kg | 125.19 ml -JC at 04/16/21 1110 |
| Phenobarbital (10mg/ml~)// 20 mg/kg | 125.19 ml -JC at 04/16/21 1110 |
| Phenobarbital (10mg/ml~)// 10 mg/kg | 62.6 ml -JC at 04/16/21 1110 |
| Leviracetam (15mg/ml)// 20mg/kg | 83.46 ml -JC at 04/16/21 1110 |
| Diazepam Rectal (5mg/ml)// 0.5mg/kg | 6.26 ml -JC at 04/16/21 1110 |
| Midazolam Intranasal (5mg/ml)// 0.2 mg/kg | 2.5 ml -JC at 04/16/21 1110 |
| Diazepam Rectal (5mg/ml)// 0.3mg/kg | 3.76 ml -JC at 04/16/21 1110 |
| Diazepam Rectal (5mg/ml)// 0.2mg/kg | 2.5 ml -JC at 04/16/21 1110 |

Patient Data

| | |
|---|---|
| BMI (Calculated) | 21.6 -JC at 04/16/21 |

**04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| | 1110 |
| Today's Weight | 138 Lbs -JC at 04/16/21 1110 |

Week 1-12

| | |
|---|---|
| Weight in (lb) to have BMI = 30 | 191.6 -JC at 04/16/21 1110 |

Emergency Drugs

| | |
|---|---|
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -JC at 04/16/21 1110 |
| Dextrose 50% Dose (0.5gm/ml)// 0.5gm/kg | 50 -JC at 04/16/21 1110 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 -JC at 04/16/21 1110 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -JC at 04/16/21 1110 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -JC at 04/16/21 1110 |

NICU Code Drugs

| | |
|---|---|
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -JC at 04/16/21 1110 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -JC at 04/16/21 1110 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -JC at 04/16/21 1110 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -JC at 04/16/21 1110 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -JC at 04/16/21 1110 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -JC at 04/16/21 1110 |
| Naloxone (Narcan) (0.4mg/ml)// 0.01mg/kg | 1.56 -JC at 04/16/21 1110 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 -JC at 04/16/21 1110 |

**04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)**

**Flowsheets (continued)**

Loading Dose for Continuous Infusions

| | |
|---|---|
| Esmolol Loading Dose// (0.1 mg/kg) | 0.31 -JC at 04/16/21 1110 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 1.56 -JC at 04/16/21 1110 |
| Milrinone (0.2mg/ml) Loading Dose// (0.05 mg/kg) | 15.65 -JC at 04/16/21 1110 |

**NICU Code Medications**

| Row Name | 04/16/21 1109 |
|---|---|
| Cardioversion/Defibrillation | |
| Cardioversion First Attempt (0.5 joules/kg) | 30 -JC at 04/16/21 1110 |
| Cardioversion Subsequent Attempts (1joule/kg) | 70 -JC at 04/16/21 1110 |
| Defibrillation First attempt (2 joules/kg) | 120 -JC at 04/16/21 1110 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -JC at 04/16/21 1110 |
| NICU Code Drugs | |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -JC at 04/16/21 1110 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -JC at 04/16/21 1110 |
| Adenosine (3mg/ml)// 0.3mg/kg | 2 -JC at 04/16/21 1110 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -JC at 04/16/21 1110 |
| Dextrose 10% (0.1gm/ml)// 0.2 gm/kg | 50 -JC at 04/16/21 1110 |
| Dextrose 10% (0.1gm/ml)// 0.4gm/kg | 50 -JC at 04/16/21 1110 |
| NICU Epinephrine IV 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -JC at 04/16/21 1110 |

## 04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

**Flowsheets (continued)**

| | |
|---|---|
| NICU Epinephrine 1:10,000 IV (0.1mg/ml)// 0.03mg/kg | 10 -JC at 04/16/21 1110 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.05mg/kg | 31.3 -JC at 04/16/21 1110 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.1mg/kg | 62.6 -JC at 04/16/21 1110 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.13 -JC at 04/16/21 1110 |
| Naloxone (Narcan) (1 mg/ml)// 0.1mg/kg | 2 -JC at 04/16/21 1110 |
| Naloxone (Narcan) (1 mg/ml)// 0.01mg/kg | 0.63 -JC at 04/16/21 1110 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -JC at 04/16/21 1110 |
| Ecmo Patient Heparin Bolus // 100 u/kg | 6259.6 -JC at 04/16/21 1110 |

**Nutrition Evaluation/Planning**

| Row Name | 04/16/21 1109 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 % -JC at 04/16/21 1110 |

**Peds Code Medications**

| Row Name | 04/16/21 1109 |
|---|---|
| Cardioversion/Defibrillation | |
| Cardioversion First Attempt (0.5 joules/kg) | 30 -JC at 04/16/21 1110 |
| Cardioversion Subsequent Attempts (1joule/kg) | 75 -JC at 04/16/21 1110 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -JC at 04/16/21 1110 |

Emergency Drugs

**04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -JC at 04/16/21 1110 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -JC at 04/16/21 1110 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -JC at 04/16/21 1110 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -JC at 04/16/21 1110 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 -JC at 04/16/21 1110 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 -JC at 04/16/21 1110 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -JC at 04/16/21 1110 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -JC at 04/16/21 1110 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -JC at 04/16/21 1110 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 2.5 -JC at 04/16/21 1110 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -JC at 04/16/21 1110 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.1 -JC at 04/16/21 1110 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -JC at 04/16/21 1110 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -JC at 04/16/21 1110 |
| NALOXONE (NARCAN) (1 MG/ML)// 0.1MG/KG | 2 -JC at 04/16/21 1110 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -JC at 04/16/21 1110 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -JC at 04/16/21 1110 |
| Sodium | 100 -JC at 04/16/21 |

## 04/16/2021 - Office Visit in Norton Orthopedic Institute (continued)

### Flowsheets (continued)

| | |
|---|---|
| Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 1110 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -JC at 04/16/21 1110 |
| Mannitol 20% (200mg/ml)// 1 gram/kg | 313 -JC at 04/16/21 1110 |

Emergency Drug Drip Calculations

| | |
|---|---|
| Amiodarone Bolus | 50 -JC at 04/16/21 1110 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| JC | Cureton, Jazmin | 05/28/19 - | Athletic Trainer | — |

### Messages

**Appointment scheduled from MyChart**

| From | To | Sent |
|---|---|---|
| Keeta Fox | Patient Appointment Schedule Request Pool | 3/24/2021 6:44 PM |

Appointment For: Keeta Fox (EP00363111)
Visit Type: OFFICE VISIT (1004)

4/16/2021 10:40 AM 10 mins. Carter, Samuel D., MD NPS NOI-BROWNSBORO

Patient Comments:
Steroid shot in left knee did not work; discuss next steps

## 04/19/2021 - Office Visit in Norton Louisville Arm & Hand
## FACESHEET

Norton Louisville Arm & Hand
9880 Angies Way
Suite 350
Louisville, KY 40241-2852

Encounter Date: **4/19/2021**
MRN: **EP00363111**
Guarantor: **FOX,KEETA**
Contact Serial #: **10105467036**

### PATIENT

| | | | |
|---|---|---|---|
| Name: | **FOX, KEETA** | Preferred Name: | |
| Address: | | Preferred Language: | **ENGLISH** |
| City: | | | |
| DOB: | | Primary Phone: | |
| Sex: | **Female** | Mobile Phone: | Telephone Information: Mobile |
| Primary Care Provider: | **Potts, Gregory J, MD** | Work Phone: | No relevant phone numbers on file. |

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| **1. FOX,DAVE** | **No** | **Spouse** | | **(W)** **C)** |
| **2. *No Contact Specified*** | | | | **(W)** **(C)** |

### GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | **FOX,KEETA** | DOB: | |
| Address: | | Sex: | **Female** |
| Relation to Patient: | **Self** | Home Phone: | |
| Guarantor ID: | **265767** | Work Phone: | |

GUARANTOR EMPLOYER

| | | | |
|---|---|---|---|
| Employer: | | Status: | **UNKNOWN** |

### COVERAGE

PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | **ANTHEM** | Plan: | **ANTHEM** |
| Group Number: | **214000M0C1** | Insurance Type: | **INDEMNITY** |
| Subscriber Name: | **FOX,KEETA** | Subscriber DOB: | |
| Subscriber ID: | **PJX638A22780** | | |
| Pat. Rel. to Subscriber: | **Self** | | |

SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

## 04/19/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

## 04/19/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Blackburn, Ethan, MD | Blackburn, Ethan, MD | Potts, Gregory J, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Louisville Arm & Hand | 9880 Angies Way<br>Suite 350<br>Louisville KY 40241-2852 | 502-629-4263 | 502-629-4282 |

#### Questionnaires

No completed forms available for this encounter.

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPT VISIT,PROCEDURE ONLY** |

### Reason for Visit

#### Chief Complaint

- Follow-up (Bil CTS injection 11/12/20)

#### Visit Diagnosis

- **Carpal tunnel syndrome, bilateral (primary)**

## 04/19/2021 - Office Visit in Norton Louisville Arm & Hand
## Code Timeline

### Patient Care Timeline

No data selected in time range

## 04/19/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

### Patient Summary as-of Visit

#### Immunizations

No documentation.

#### **History** as of 4/19/2021

**Medical History** as of 4/19/2021

**Medical last reviewed by Carter, Samuel D., MD on 4/16/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety and depression | — | — | Provider |
| Arthritis | — | — | Provider |
| Chronic fatigue | — | — | Provider |
| Colon polyp | — | — | Provider |
| Dermatitis | — | "Spongy" per patient | Provider |
| Gastroparesis | — | — | Provider |
| History of kidney stones | — | — | Provider |

**Patient Summary as-of Visit (continued)**

| | | | | |
|---|---|---|---|---|
| Osteoporosis | — | — | | Provider |
| Sjogren's disease (CMS/HCC) | — | — | | Provider |
| Small fiber neuropathy | — | — | | Provider |
| Temporomandibular joint disorder (TMJ) | — | — | | Provider |

**Surgical History** as of 4/19/2021

**Surgical last reviewed by Carter, Samuel D., MD on 4/16/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| COLONOSCOPY | — | — | — | Provider |
| COLON SURGERY | — | 11/2020 | REMOVAL OF 12 INCHES OF COLON | Provider |

**Family History** as of 4/19/2021

**Family History as of 4/19/2021**

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes | | |

**Substance & Sexuality History**

**Tobacco Use**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

**Alcohol Use**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | Previously 1 glass of wine per night but none now | Provider |

**Drug Use**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|

## 04/19/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

**Patient Summary as-of Visit (continued)**

| | | | | |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | Male | Married | Provider |

**Socioeconomic History** as of 4/19/2021

**Socioeconomic as of 4/19/2021**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

### Vaping and E-Cig

**E-cigarettes/Vaping**

| Question | Response | Comments |
|---|---|---|
| E-cigarette/Vaping Use | — | — |
| Start Date | — | — |
| Quit Date | — | — |
| Cartridges/Day | — | — |
| Counseling Given | — | — |
| Passive Exposure | — | — |
| Comments | — | — |
| Nicotine | — | — |
| Flavoring | — | — |
| THC | — | — |
| CBD | — | — |
| Other | — | — |
| Disposable | — | — |
| Pre-filled or Refillable Cartridge | — | — |
| Refillable Tank | — | — |
| Pre-filled Pod | — | — |
| Other | — | — |

**Clinical Notes**

**Progress Notes**

**Blackburn, Ethan, MD at 4/19/2021 1000**

Author: Blackburn, Ethan, MD
Filed: 4/19/2021 10:01 AM
Editor: Blackburn, Ethan, MD (Physician)
Service: —
Encounter Date: 4/19/2021
Author Type: Physician
Status: Signed

Injection only

Indications: B Carpal tunnel syndrome, nonresponsive to brace treatment
Procedure: B Carpal tunnel injection

**Clinical Notes (continued)**

Verbal consent for the procedure was obtained after potential benefits and risks were discussed. Risks include, hypopigmentation of skin, injury to the median nerve, loss of subcutaneous fat, hyperglycemia. The correct procedure site was identified. Following a sterile alcohol prep, a 25g needle was advanced into the bilateral volar wrist ulnar to palmaris longus and proximal to the wrist flexion crease into the carpal tunnel space, carefully avoiding the median nerve. There was free flow into the carpal tunnel with and the patient experienced no paresthesias. The tunnel was injected with 1.0cc of betamethasone and 1.0 cc of 1%lidocaine. The area was cleansed with isopropyl alcohol and a band aid was applied.

The patient tolerated the procedure well.

Electronically signed by Blackburn, Ethan, MD at 4/19/2021 10:01 AM

**Medication Administrations**

**betamethasone acetate-betamethasone sodium phosphate (CELESTONE) injection 18 mg [450056260]**

Ordering Provider: Blackburn, Ethan, MD
Ordered On: 04/19/21 1000
Dose (Remaining/Total): 18 mg (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 04/19/21 1015 - 04/19/21 1016
Route: Intra-articular
Rate/Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 04/19/21 1016<br>Documented: 04/19/21 1016 | Given by MD/CRNA/PA/APRN | 18 mg | Intra-articular<br>Other | Performed by: Edelen, Angela C.<br>Comments: 5/2022<br>Scanned Package: 0517-0720-01 |

**lidocaine injection 1% [450056259]**

Ordering Provider: Blackburn, Ethan, MD
Ordered On: 04/19/21 1000
Dose (Remaining/Total): 3 mL (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 04/19/21 1015 - 04/19/21 1016
Route: Injection
Rate/Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 04/19/21 1016<br>Documented: 04/19/21 1017 | Given by MD/CRNA/PA/APRN | 3 mL | Injection<br>Other | Performed by: Edelen, Angela C.<br>Comments: 3/24<br>Scanned Package: 63323-492-04 |

**Other Orders**

**Medications**

**lidocaine injection 1% (Completed)**

Electronically signed by: **Blackburn, Ethan, MD on 04/19/21 1000** Status: **Completed**
Ordering user: Blackburn, Ethan, MD 04/19/21 1000 Ordering provider: Blackburn, Ethan, MD
Authorized by: Blackburn, Ethan, MD Ordering mode: Standard

## 04/19/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

### Other Orders (continued)

Frequency: Routine Once 04/19/21 1015 - 1 occurrence Class: Normal
Diagnoses
Carpal tunnel syndrome, bilateral [G56.03]

**Indications**

Carpal tunnel syndrome, bilateral [G56.03 (ICD-10-CM)]

**betamethasone acetate-betamethasone sodium phosphate (CELESTONE) injection 18 mg (Completed)**

Electronically signed by: **Blackburn, Ethan, MD on 04/19/21 1000** Status: **Completed**
Ordering user: Blackburn, Ethan, MD 04/19/21 1000 Ordering provider: Blackburn, Ethan, MD
Authorized by: Blackburn, Ethan, MD Ordering mode: Standard
Frequency: Routine Once 04/19/21 1015 - 1 occurrence Class: Normal
Diagnoses
Carpal tunnel syndrome, bilateral [G56.03]

**Indications**

Carpal tunnel syndrome, bilateral [G56.03 (ICD-10-CM)]

### Flowsheets

**Encounter Vitals**

| Row Name | 04/19/21 0958 |
|---|---|
| Enc Vitals | |
| Weight | 138 lb (62.6 kg) -AD at 04/19/21 0958 |
| Height | 5' 7" (1.702 m) -AD at 04/19/21 0958 |

**Medical Wt Mgmt 12 Week Program**

| Row Name | 04/19/21 0958 |
|---|---|
| Week 1-12 | |
| Today's Weight | 138 Lbs -AD at 04/19/21 0958 |

**Misc. Formula Calculations**

| Row Name | 04/19/21 0958 |
|---|---|
| OTHER | |
| BMI (Calculated) | 21.7 -AD at 04/19/21 0958 |
| Weight | 0 -AD at 04/19/21 0958 |
| BSA (Calculated - sq m) | 1.72 sq meters -AD at 04/19/21 0958 |
| BMI (Calculated) | 21.6 -AD at 04/19/21 0958 |
| IBW (Calculated) Male | 66.1 kg -AD at 04/19/21 0958 |
| Low Range Vt 6cc/kg MALE | 396.6 mL -AD at 04/19/21 0958 |
| Adult Moderate Range Vt 8cc/kg MA | 528.8 mL -AD at 04/19/21 0958 |
| Adult High Range Vt 10cc/kg MALE | 661 mL -AD at 04/19/21 0958 |
| IBW (Calculated) | 61.6 kg -AD at |

**04/19/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| Female | 04/19/21 0958 |
| Low Range Vt 6cc/kg FEMALE | 369.6 mL -AD at 04/19/21 0958 |
| Adult Moderate Range vt 8cc/kg FEMALE | 492.8 mL -AD at 04/19/21 0958 |
| Adult High Range Vt 10cc/kg FEMALE | 616 mL -AD at 04/19/21 0958 |
| Weight in (lb) to have BMI = 25 | 159.3 -AD at 04/19/21 0958 |
| Percent Weight Change Since Birth | 0 -AD at 04/19/21 0958 |
| Vasopressin (20units/ml)// 1 unit/kg | 2 ml -AD at 04/19/21 0958 |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 ml -AD at 04/19/21 0958 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 10 ml -AD at 04/19/21 0958 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 ml -AD at 04/19/21 0958 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 ml -AD at 04/19/21 0958 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 ml -AD at 04/19/21 0958 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 ml -AD at 04/19/21 0958 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 ml -AD at 04/19/21 0958 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 mg -AD at 04/19/21 0958 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 ml -AD at 04/19/21 0958 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 ml -AD at 04/19/21 0958 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 ml -AD at 04/19/21 0958 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 ml -AD at 04/19/21 0958 |

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Fox, Keeta
MRN: EP00363111, DOB: [redacted], Sex: F
Visit date: 4/19/2021

**04/19/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 ml -AD at 04/19/21 0958 |
| Vasopressin (20units/ml)// 0.5 units/kg | 2 ml -AD at 04/19/21 0958 |
| Cardioversion First Attempt (0.5 joules/kg) | 50 joules -AD at 04/19/21 0958 |
| Defibrillation First attempt (2 joules/kg) | 150 joules -AD at 04/19/21 0958 |
| Defibrillation First attempt (2 joules/kg) | 120 -AD at 04/19/21 0958 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 ml -AD at 04/19/21 0958 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 ml -AD at 04/19/21 0958 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 ml -AD at 04/19/21 0958 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 ml -AD at 04/19/21 0958 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 joules -AD at 04/19/21 0958 |
| Cardioversion Subsequent Attempts (1joule/kg) | 70 joules -AD at 04/19/21 0958 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 ml -AD at 04/19/21 0958 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 6.26 ml -AD at 04/19/21 0958 |
| Procainamide infusion (10mg/ml)// 5mg/kg | 10 ml -AD at 04/19/21 0958 |
| Amiodarone (50mg/ml) Drip Loading Dose// (5mg/kg) | 6.26 ml -AD at 04/19/21 0958 |
| Amiodarone (6mg/ml) Drip Maintenance Dose | 3.13 -AD at 04/19/21 0958 |
| Esmolol Loading Dose// (0.1 mg/kg) | 0.63 -AD at 04/19/21 0958 |
| Esmolol | 3.13 -AD at 04/19/21 |

| | |
|---|---|
| (10mg/ml) Loading Dose// (0.5mg/kg) | 0958 |
| Esmolol (10mg/ml) Drip Maintenance Dose | 75.12 -AD at 04/19/21 0958 |
| Milrinone (200 mcg/ml) Loading Dose// (0.05 mg/kg) | 15.65 -AD at 04/19/21 0958 |
| Milrinone (200 mcg/ml) Drip Maintenance Dose | 18.78 -AD at 04/19/21 0958 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -AD at 04/19/21 0958 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -AD at 04/19/21 0958 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -AD at 04/19/21 0958 |
| Amiodarone Bolus | 52.16 -AD at 04/19/21 0958 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -AD at 04/19/21 0958 |
| Adenosine (3mg/ml)// 0.1mg/kg | 6 -AD at 04/19/21 0958 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 1 mg -AD at 04/19/21 0958 |
| Atropine dose (0.1mg/ml)// 0.02mg/kg | 1 -AD at 04/19/21 0958 |
| Calcium Chloride 10% Dose (100mg/ml)// 25MG/KG | 1000 -AD at 04/19/21 0958 |
| Calcium Gluconate 10% Dose (100mg/ml)// 100MG/KG | 3000 -AD at 04/19/21 0958 |
| Lidocaine 2% Dose (20mg/ml)// 1mg/kg | 100 -AD at 04/19/21 0958 |
| Sodium Bicarbonate Dose (1 mEq/ml)// 1 mEq/kg | 50 -AD at 04/19/21 0958 |
| Magnesium | 2000 -AD at 04/19/21 |

## 04/19/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Sulfate Infusion Dose (50MG/ML) (For Bronchospasm) | 0958 |
| Lorazepam (2mg/ml)// 0.05 mg/kg | 1.56 ml -AD at 04/19/21 0958 |
| Lorazepam (2mg/ml)// 0.1 mg/kg | 2 ml -AD at 04/19/21 0958 |
| Fosphenytoin (10mg/ml~)// 20mg/kg | 125.19 ml -AD at 04/19/21 0958 |
| Phenobarbital (10mg/ml~)// 20 mg/kg | 125.19 ml -AD at 04/19/21 0958 |
| Phenobarbital (10mg/ml~)// 10 mg/kg | 62.6 ml -AD at 04/19/21 0958 |
| Leviracetam (15mg/ml)// 20mg/kg | 83.46 ml -AD at 04/19/21 0958 |
| Diazepam Rectal (5mg/ml)// 0.5mg/kg | 6.26 ml -AD at 04/19/21 0958 |
| Midazolam Intranasal (5mg/ml)// 0.2 mg/kg | 2.5 ml -AD at 04/19/21 0958 |
| Diazepam Rectal (5mg/ml)// 0.3mg/kg | 3.76 ml -AD at 04/19/21 0958 |
| Diazepam Rectal (5mg/ml)// 0.2mg/kg | 2.5 ml -AD at 04/19/21 0958 |

Patient Data

| | |
|---|---|
| BMI (Calculated) | 21.6 -AD at 04/19/21 0958 |
| Today's Weight | 138 Lbs -AD at 04/19/21 0958 |

Week 1-12

| | |
|---|---|
| Weight in (lb) to have BMI = 30 | 191.6 -AD at 04/19/21 0958 |

Emergency Drugs

| | |
|---|---|
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -AD at 04/19/21 0958 |
| Dextrose 50% Dose (0.5gm/ml)// 0.5gm/kg | 50 -AD at 04/19/21 0958 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 -AD at 04/19/21 0958 |

**04/19/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -AD at 04/19/21 0958 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -AD at 04/19/21 0958 |

NICU Code Drugs

| | |
|---|---|
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -AD at 04/19/21 0958 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -AD at 04/19/21 0958 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -AD at 04/19/21 0958 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -AD at 04/19/21 0958 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -AD at 04/19/21 0958 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -AD at 04/19/21 0958 |
| Naloxone (Narcan) (0.4mg/ml)// 0.01mg/kg | 1.56 -AD at 04/19/21 0958 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 -AD at 04/19/21 0958 |

Loading Dose for Continuous Infusions

| | |
|---|---|
| Esmolol Loading Dose// (0.1 mg/kg) | 0.31 -AD at 04/19/21 0958 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 1.56 -AD at 04/19/21 0958 |
| Milrinone (0.2mg/ml) Loading Dose// (0.05 mg/kg) | 15.65 -AD at 04/19/21 0958 |

**NICU Code Medications**

| Row Name | 04/19/21 0958 |
|---|---|
| Cardioversion/Defibrillation | |
| Cardioversion First Attempt (0.5 | 30 -AD at 04/19/21 0958 |

**04/19/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| joules/kg) | |
| Cardioversion Subsequent Attempts (1joule/kg) | 70 -AD at 04/19/21 0958 |
| Defibrillation First attempt (2 joules/kg) | 120 -AD at 04/19/21 0958 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -AD at 04/19/21 0958 |

NICU Code Drugs

| | |
|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -AD at 04/19/21 0958 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -AD at 04/19/21 0958 |
| Adenosine (3mg/ml)// 0.3mg/kg | 2 -AD at 04/19/21 0958 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -AD at 04/19/21 0958 |
| Dextrose 10% (0.1gm/ml)// 0.2 gm/kg | 50 -AD at 04/19/21 0958 |
| Dextrose 10% (0.1gm/ml)// 0.4gm/kg | 50 -AD at 04/19/21 0958 |
| NICU Epinephrine IV 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -AD at 04/19/21 0958 |
| NICU Epinephrine 1:10,000 IV (0.1mg/ml)// 0.03mg/kg | 10 -AD at 04/19/21 0958 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.05mg/kg | 31.3 -AD at 04/19/21 0958 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.1mg/kg | 62.6 -AD at 04/19/21 0958 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.13 -AD at 04/19/21 0958 |
| Naloxone (Narcan) (1 mg/ml)// 0.1mg/kg | 2 -AD at 04/19/21 0958 |

**04/19/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| Naloxone (Narcan) (1 mg/ml)// 0.01mg/kg | 0.63 -AD at 04/19/21 0958 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -AD at 04/19/21 0958 |
| Ecmo Patient Heparin Bolus // 100 u/kg | 6259.6 -AD at 04/19/21 0958 |

**Nutrition Evaluation/Planning**

| Row Name | 04/19/21 0958 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 % -AD at 04/19/21 0958 |

**Peds Code Medications**

| Row Name | 04/19/21 0958 |
|---|---|
| Cardioversion/Defibrillation | |
| Cardioversion First Attempt (0.5 joules/kg) | 30 -AD at 04/19/21 0958 |
| Cardioversion Subsequent Attempts (1joule/kg) | 75 -AD at 04/19/21 0958 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -AD at 04/19/21 0958 |
| Emergency Drugs | |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -AD at 04/19/21 0958 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -AD at 04/19/21 0958 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -AD at 04/19/21 0958 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -AD at 04/19/21 0958 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 -AD at 04/19/21 0958 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 -AD at 04/19/21 0958 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -AD at 04/19/21 0958 |

**Flowsheets (continued)**

| | |
|---|---|
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -AD at 04/19/21 0958 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -AD at 04/19/21 0958 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 2.5 -AD at 04/19/21 0958 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -AD at 04/19/21 0958 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.1 -AD at 04/19/21 0958 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -AD at 04/19/21 0958 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -AD at 04/19/21 0958 |
| NALOXONE (NARCAN) (1 MG/ML)// 0.1MG/KG | 2 -AD at 04/19/21 0958 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -AD at 04/19/21 0958 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -AD at 04/19/21 0958 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -AD at 04/19/21 0958 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -AD at 04/19/21 0958 |
| Mannitol 20% (200mg/ml)// 1 gram/kg | 313 -AD at 04/19/21 0958 |

Emergency Drug Drip Calculations

| | |
|---|---|
| Amiodarone Bolus | 50 -AD at 04/19/21 0958 |

**Procedural Safety Tool**

| Row Name | 04/19/21 1000 |
|---|---|
| Procedural Safety Tool | |
| Procedural Safety Tool | Yes Bil CTS injections -AD at 04/19/21 1003 |

## 04/19/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

**Flowsheets (continued)**

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| AD | Dieckman, Amanda | 02/04/15 - | Medical Assistant | — |

**After Visit Summary**

After Visit Summary (below)

**04/19/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**After Visit Summary (continued)**

NORTON ORTHOPAEDIC SPECIALISTS

AFTER VISIT SUMMARY

**Keeta Fox** DoB: 4/19/2021 10:00 AM Norton Louisville Arm & Hand 502-629-4263

## Today's Visit

You saw Ethan Blackburn, MD on Monday April 19, 2021 for: Follow-up.

| BMI | Weight | Height |
| --- | --- | --- |
| 21.61 | 138 lb | 5' 7" |

## What's Next

OCT 11 2021 Office Visit with Marjorie L Pilkinton, MD
Monday October 11 9:45 AM
Go to MyNortonChart to eCheck-In and arrive at your appt time.

If you do not eCheck-In, arrive at least 5 mins before your appt.

Norton Urogynecology Center
4123 Dutchmans Lane
Suite 307
LOUISVILLE KY 40207-4721
502-409-5600

View your After Visit Summary and more online at https://mychart.nortonhealthcare.org/mychart/.

Keeta Fox (11/6/1966) • Printed at 4/19/21 9:59 AM

Page 1 of 3 Epic

**After Visit Summary (continued)**

## Your Medication List as of April 19, 2021 9:59 AM

ⓘ Always use your most recent med list.

| | |
|---|---|
| azaTHIOprine 50 MG tablet<br>Commonly known as: IMURAN | Take 50 mg by mouth daily. |
| boric acid 600 MG vaginal suppository | Place 1 suppository vaginally. |
| Cholecalciferol 125 MCG (5000 UT) Tabs | Take 5,000 Units by mouth daily. |
| * DULoxetine 60 MG capsule<br>Commonly known as: CYMBALTA | Take 60 mg by mouth daily Take with Duloxetine 30 mg to equal 90 mg . |
| * DULoxetine 30 MG capsule<br>Commonly known as: CYMBALTA | Take 30 mg by mouth daily Take with Duloxetine 60 mg to equal 90 mg. |
| * estradiol 0.05 MG/24HR<br>Commonly known as: VIVELLE-DOT | Place 1 patch onto the skin twice a week. |
| * estradiol 0.075 MG/24HR<br>Commonly known as: VIVELLE-DOT | APPLY 1 PATCH EXTERNALLY TO THE SKIN 2 TIMES A WEEK |
| estradiol 0.1 MG/GM vaginal cream<br>Commonly known as: ESTRACE | Apply 1 gram vulvovaginally twice weekly. |
| fexofenadine 60 MG tablet<br>Commonly known as: ALLEGRA | Take 60 mg by mouth daily. |
| * NON FORMULARY | Take 1.4 mLs by mouth Twice a Day Adrena Sooth: Take once in the evening and once at bedtime.. |
| * NON FORMULARY | Take 450 mg by mouth daily Liposomal Glutathione Solution 450 mg . |
| PROBIOTIC-10 PO | Take by mouth. |
| progesterone 100 MG capsule<br>Commonly known as: PROMETRIUM | Take 100 mg by mouth. |

* This list has 6 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

## Results Callback

If you had labs or diagnostic tests ordered and you do not receive a phone call, letter or MyChart message regarding your results within 2 weeks, please contact our office to receive your results.

Work Return/Restrictions
No documentation.

Keeta Fox (11/6/1966) • Printed at 4/19/21 9:59 AM Page 2 of 3 Epic

## Injection Instructions

If you received an injection, a small reaction is not uncommon. A low grade fever (up to 100.5°F) and **some pain is also not uncommon during the first 24 hours, but unusual beyond.** Call the office for a fever of 101.0°F or higher **at any time.** Any expanding redness or persistent drainage from your injection site should be brought to the attention of your doctor

## After-Hours Instructions

**For after-hours care, please call the office number and you will be routed to an on-call provider.**

**MEDICAL RECORDS**

To request a copy of your medical records, email the Use and Disclosure Department through your MyNortonChart account by using the Ask Customer Service feature, or
complete a Norton Healthcare authorization form at https://medicalrecordrequest.nortonhealthcare.org

Once received, your request will be processed within 7 business days.

## Norton eCare

Skip the waiting room for your non urgent health issue using Norton eCare through MyNortonChart.

Norton eCare providers are available 24 hours a day, seven days a week through two secure online options using your MyNortonChart account: a video visit or an eVisit.

For additional information on conditions treated and how to schedule an eCare appointment, visit NortonHealthcare.com/eCare.

## Third Party Apps and Epic

Patients of providers that use Epic software are able to configure 3rd party apps to retrieve parts of their health record for their own personal use, including lab results, allergies, medications, and immunization history.

For instructions, visit: https://open.epic.com/Tutorial/PatientAuthentication



**Patient declined AVS at 4/19/2021 10:05 AM**

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand
## FACESHEET

Norton Louisville Arm & Hand
9880 Angies Way
Suite 350
Louisville, KY 40241-2852

| | |
|---|---|
| Encounter Date: | **11/29/2021** |
| MRN: | **EP00363111** |
| Guarantor: | **FOX,KEETA** |
| Contact Serial #: | **10119778658** |

### PATIENT

| | | | |
|---|---|---|---|
| Name: | **FOX, KEETA** | Preferred Name: | |
| Address: | | Preferred Language: | **ENGLISH** |
| City: | | | |
| DOB: | | Primary Phone: | |
| Sex: | **Female** | Mobile Phone: | Telephone Information: Mobile |
| Primary Care Provider: | **Potts, Gregory J, MD** | Work Phone: | No relevant phone numbers on file. |

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| **1. FOX,DAVE** | **No** | **Spouse** | | **(W)** **C)** |
| **2. *No Contact Specified*** | | | | **(W)** **C)** |

### GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | **FOX,KEETA** | DOB: | |
| Address: | | Sex: | **Female** |
| Relation to Patient: | **Self** | Home Phone: | |
| Guarantor ID: | **265767** | Work Phone: | |

GUARANTOR EMPLOYER

| | | | |
|---|---|---|---|
| Employer: | | Status: | **UNKNOWN** |

### COVERAGE

PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | **ANTHEM** | Plan: | **ANTHEM** |
| Group Number: | **214000M0C1** | Insurance Type: | **INDEMNITY** |
| Subscriber Name: | **FOX,KEETA** | Subscriber DOB: | |
| Subscriber ID: | **PJX638A22780** | | |
| Pat. Rel. to Subscriber: | **Self** | | |

SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Blackburn, Ethan, MD | Blackburn, Ethan, MD | Potts, Gregory J, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Louisville Arm & Hand | 9880 Angies Way<br>Suite 350<br>Louisville KY 40241-2852 | 502-629-4263 | 502-629-4282 |

#### Questionnaires

No completed forms available for this encounter.

#### Level of Service

| Level of Service | Modifiers |
|---|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN** | SIGNIFICANT, SEPARATELY IDENTIFIABLE EVALUATION AND MANAGEMENT SERVICE BY THE SAME PHYSICIAN ON THE SAME DAY OF THE PROCEDURE OR OTHER SERVICE<br>MULTIPLE PROCEDURES |

| Log History |
|---|
| LOS History |

### Reason for Visit

#### Chief Complaint

- Follow-up (bilateral CTS)

#### Visit Diagnosis

- **Carpal tunnel syndrome, bilateral (primary)**

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand
## Code Timeline

### Patient Care Timeline

No data selected in time range

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

### Patient Summary as-of Visit

#### Immunizations

No documentation.

#### **History** as of 11/29/2021

**Medical History** as of 11/29/2021

**Medical last reviewed by Johnson, Amanda on 11/29/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety and depression | — | — | Provider |
| Arthritis | — | — | Provider |

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

**Patient Summary as-of Visit (continued)**

| | | | |
|---|---|---|---|
| Chronic fatigue | — | — | Provider |
| Colon polyp | — | — | Provider |
| Dermatitis | — | "Spongy" per patient | Provider |
| Gastroparesis | — | — | Provider |
| History of kidney stones | — | — | Provider |
| Osteoporosis | — | — | Provider |
| Sjogren's disease (CMS/HCC) | — | — | Provider |
| Small fiber neuropathy | — | — | Provider |
| Temporomandibular joint disorder (TMJ) | — | — | Provider |

**Surgical History** as of 11/29/2021

**Surgical last reviewed by Johnson, Amanda on 11/29/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| COLONOSCOPY | — | — | — | Provider |
| COLON SURGERY | — | 11/2020 | REMOVAL OF 12 INCHES OF COLON | Provider |

**Family History** as of 11/29/2021

**Family History as of 11/29/2021**

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes | | |

**Substance & Sexuality History**

**Tobacco Use**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |
| **Types** | **Comments** | **Smokeless Tobacco Status** | **Smokeless Tobacco Quit Date** | **Source** |
| — | — | Never Used | — | Provider |

**Alcohol Use**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | Previously 1 glass of wine | Provider |

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

**Patient Summary as-of Visit (continued)**

per night but none now

**Drug Use**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | Male | Married | Provider |

**Socioeconomic History** as of 11/29/2021

**Socioeconomic as of 11/29/2021**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

## Vaping and E-Cig

**E-cigarettes/Vaping**

| Question | Response | Comments |
|---|---|---|
| E-cigarette/Vaping Use | — | — |
| Start Date | — | — |
| Quit Date | — | — |
| Cartridges/Day | — | — |
| Counseling Given | — | — |
| Passive Exposure | — | — |
| Comments | — | — |
| Nicotine | — | — |
| Flavoring | — | — |
| THC | — | — |
| CBD | — | — |
| Other | — | — |
| Disposable | — | — |
| Pre-filled or Refillable Cartridge | — | — |
| Refillable Tank | — | — |
| Pre-filled Pod | — | — |
| Other | — | — |

**Clinical Notes**

**Progress Notes**

**Blackburn, Ethan, MD at 11/29/2021 1254**

Author: Blackburn, Ethan, MD
Filed: 11/29/2021 1:00 PM
Editor: Blackburn, Ethan, MD (Physician)
Service: —
Encounter Date: 11/29/2021
Author Type: Physician
Status: Signed

**Hand Surgery Consultation Note**

**Keeta Fox**

**EP00363111**

**I was asked to see Keeta Fox at the request of Dr. Gregory J Potts, MD in consultation for**

**Chief Complaint**

Patient presents with

- Follow-up
  *bilateral CTS*

.

**History of Present Illness:**

The patient is a 55 yr/o female, who presents with B hand aching and locking up. Occurred at work. Burning and tingling. Index fingers are the worst. Extensive recent workup with repeat emg's which were normal. Eval at Mayo, U of L. Burning and tingling at night.

**70%better after 2nd injections.**
**+ SPlinting. Symptoms for year.**

**Symptoms from previous visit reviewed as above, changes noted above.**

**Past Medical, Family and Social History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety and depression | |
| • Arthritis | |
| • Chronic fatigue | |
| • Colon polyp | |
| • Dermatitis<br>*"Spongy" per patient* | |
| • Gastroparesis | |
| • History of kidney stones | |
| • Osteoporosis | |
| • Sjogren's disease (CMS/HCC) | |
| • Small fiber neuropathy | |
| • Temporomandibular joint disorder (TMJ) | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |

**Social History**

Tobacco Use

- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance Use Topics

- Alcohol use: Not Currently
  *Comment: Previously 1 glass of wine per night but none now*

Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Musculoskeletal: Positive for joint pain.
Neurological: Positive for sensory change. Negative for tingling.

**Examination:**
Height: 5' 7" (170.2 cm)
Weight: 62.6 kg (138 lb)

**Appearance/ Mood/affect:**
Patient is awake and alert in no distress, without anxiety.

**Inspection/Skin:**
No thenar atrophy, intrinsic wasting, bruising, swelling, or clawing in either hand.

**Palpation:**
**+L tinel B CT**
**- phalen**

**Muscle strength:**
5 of 5 abductor pollicis brevis and first dorsal interosseous, FPL, EPL, finger flexion, finger extension, FDP to the second and fifth.

**Range of motion:**
Full digital range of motion bilaterally

**Stability :**
All digits stable through arc of active range of motion bilaterally.

**Sensation:**
Light touch sensation normal median radial and ulnar distributions.

**Vascular:**
Radial pulses 2+ bilaterally

**11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Clinical Notes (continued)**

**Numerous EMGs reviewed. Initially bilateral carpal tunnel syndrome was present. Since then has had several EMGs that do not show carpal tunnel syndrome**

| | |
|---|---|
| **1. Carpal tunnel syndrome, bilateral** | **lidocaine injection 1%**<br>**betamethasone acetate-betamethasone sodium phosphate (CELESTONE) injection 18 mg** |

**Assessment/Plan:**

The patient has B carpal tunnel syndrome and has failed to respond to brace treatment. I presented all treatment options to the patient including observation, continued bracing, Corticosteroid injection with bracing, or surgical intervention. After understanding the risks and benefits associated with each the patient elected to proceed with corticosteroid injection into B carpal tunnel. Risks including hypopigmentation, hyperglycemia and loss of subcutaneous fat discussed.

**Indications: B Carpal tunnel syndrome, nonresponsive to brace treatment**
**Procedure: B Carpal tunnel injection**

**Verbal consent for the procedure was obtained after potential benefits and risks were discussed. Risks include, hypopigmentation of skin, injury to the median nerve, loss of subcutaneous fat, hyperglycemia. The correct procedure site was identified. Following a sterile alcohol prep, a 25g needle was advanced into the bilateral volar wrist ulnar to palmaris longus and proximal to the wrist flexion crease into the carpal tunnel space, carefully avoiding the median nerve. There was free flow into the carpal tunnel with and the patient experienced no paresthesias. The tunnel was injected with 1.0cc of betamethasone and 1.0 cc of 1%lidocaine. The area was cleansed with isopropyl alcohol and a band aid was applied.**

**The patient tolerated the procedure well.**

Ethan Blackburn, MD

Electronically signed by Blackburn, Ethan, MD at 11/29/2021 1:00 PM

**Medication Administrations**

**betamethasone acetate-betamethasone sodium phosphate (CELESTONE) injection 18 mg [488617965]**

| | |
|---|---|
| Ordering Provider: Blackburn, Ethan, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 11/29/21 1259 | Starts/Ends: 11/29/21 1300 - 11/29/21 1302 |
| Dose (Remaining/Total): 18 mg (0/1) | Route: Intra-articular |
| Frequency: Once | Rate/Duration: — / — |

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

### Medication Administrations (continued)

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 11/29/21 1302<br>Documented: 11/29/21 1303 | Given by MD/CRNA/PA/APRN | 18 mg | Intra-articular<br>Other | Performed by: Baux, Crystal<br>Comments: 10/2022<br>B/L CT INJECTIONS<br>Scanned Package: 0517-0720-01 |

**lidocaine injection 1% [488617964]**

Ordering Provider: Blackburn, Ethan, MD
Ordered On: 11/29/21 1259
Dose (Remaining/Total): 3 mL (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 11/29/21 1300 - 11/29/21 1303
Route: Injection
Rate/Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 11/29/21 1303<br>Documented: 11/29/21 1303 | Given by MD/CRNA/PA/APRN | 3 mL | Injection<br>Other | Performed by: Baux, Crystal<br>Comments: 01/2024<br>B/L CT INJECTIONS<br>Scanned Package: 55150-161-02 |

### Other Orders

#### Medications

**lidocaine injection 1% (Completed)**

Electronically signed by: **Blackburn, Ethan, MD on 11/29/21 1259** Status: **Completed**
Ordering user: Blackburn, Ethan, MD 11/29/21 1259
Authorized by: Blackburn, Ethan, MD
Frequency: Routine Once 11/29/21 1300 - 1 occurrence
Ordering provider: Blackburn, Ethan, MD
Ordering mode: Standard
Class: Normal
Diagnoses
Carpal tunnel syndrome, bilateral [G56.03]

**Indications**

Carpal tunnel syndrome, bilateral [G56.03 (ICD-10-CM)]

**betamethasone acetate-betamethasone sodium phosphate (CELESTONE) injection 18 mg (Completed)**

Electronically signed by: **Blackburn, Ethan, MD on 11/29/21 1259** Status: **Completed**
Ordering user: Blackburn, Ethan, MD 11/29/21 1259
Authorized by: Blackburn, Ethan, MD
Frequency: Routine Once 11/29/21 1300 - 1 occurrence
Ordering provider: Blackburn, Ethan, MD
Ordering mode: Standard
Class: Normal
Diagnoses
Carpal tunnel syndrome, bilateral [G56.03]

**Indications**

Carpal tunnel syndrome, bilateral [G56.03 (ICD-10-CM)]

### Flowsheets

**Encounter Vitals**

| Row Name | 11/29/21 1221 |
|---|---|
| Enc Vitals | |

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Weight | 138 lb (62.6 kg) -AJ at 11/29/21 1221 |
| Height | 5' 7" (1.702 m) -AJ at 11/29/21 1221 |

**Medical Wt Mgmt 12 Week Program**

| Row Name | 11/29/21 1221 |
|---|---|
| Week 1-12 | |
| Today's Weight | 138 Lbs -AJ at 11/29/21 1221 |

**Misc. Formula Calculations**

| Row Name | 11/29/21 1221 |
|---|---|
| OTHER | |
| BMI (Calculated) | 21.7 -AJ at 11/29/21 1221 |
| Weight | 0 -AJ at 11/29/21 1221 |
| BSA (Calculated - sq m) | 1.72 sq meters -AJ at 11/29/21 1221 |
| BMI (Calculated) | 21.6 -AJ at 11/29/21 1221 |
| IBW (Calculated) Female | 61.6 kg -AJ at 11/29/21 1221 |
| Low Range Vt 6cc/kg FEMALE | 369.6 mL -AJ at 11/29/21 1221 |
| Adult Moderate Range vt 8cc/kg FEMALE | 492.8 mL -AJ at 11/29/21 1221 |
| Adult High Range Vt 10cc/kg FEMALE | 616 mL -AJ at 11/29/21 1221 |
| Weight in (lb) to have BMI = 25 | 159.3 -AJ at 11/29/21 1221 |
| Percent Weight Change Since Birth | 0 -AJ at 11/29/21 1221 |
| Vasopressin (20units/ml)// 1 unit/kg | 2 ml -AJ at 11/29/21 1221 |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 ml -AJ at 11/29/21 1221 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 10 ml -AJ at 11/29/21 1221 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 ml -AJ at 11/29/21 1221 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 ml -AJ at 11/29/21 1221 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 ml -AJ at 11/29/21 1221 |
| Dextrose 25% | 50 ml -AJ at 11/29/21 |

**11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| (0.25gm/ml)// 0.5gm/kg | 1221 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 ml -AJ at 11/29/21 1221 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 mg -AJ at 11/29/21 1221 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 ml -AJ at 11/29/21 1221 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 ml -AJ at 11/29/21 1221 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 ml -AJ at 11/29/21 1221 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 ml -AJ at 11/29/21 1221 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 ml -AJ at 11/29/21 1221 |
| Vasopressin (20units/ml)// 0.5 units/kg | 2 ml -AJ at 11/29/21 1221 |
| Cardioversion First Attempt (0.5 joules/kg) | 50 joules -AJ at 11/29/21 1221 |
| Defibrillation First attempt (2 joules/kg) | 150 joules -AJ at 11/29/21 1221 |
| Defibrillation First attempt (2 joules/kg) | 120 -AJ at 11/29/21 1221 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 ml -AJ at 11/29/21 1221 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 ml -AJ at 11/29/21 1221 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 ml -AJ at 11/29/21 1221 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 ml -AJ at 11/29/21 1221 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 joules -AJ at 11/29/21 1221 |
| Cardioversion Subsequent Attempts | 70 joules -AJ at 11/29/21 1221 |

**11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| (1joule/kg) | |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 ml -AJ at 11/29/21 1221 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 6.26 ml -AJ at 11/29/21 1221 |
| Procainamide infusion (10mg/ml)// 5mg/kg | 10 ml -AJ at 11/29/21 1221 |
| Amiodarone (50mg/ml) Drip Loading Dose// (5mg/kg) | 6.26 ml -AJ at 11/29/21 1221 |
| Amiodarone (6mg/ml) Drip Maintenance Dose | 3.13 -AJ at 11/29/21 1221 |
| Esmolol Loading Dose// (0.1 mg/kg) | 0.63 -AJ at 11/29/21 1221 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 3.13 -AJ at 11/29/21 1221 |
| Esmolol (10mg/ml) Drip Maintenance Dose | 75.12 -AJ at 11/29/21 1221 |
| Milrinone (200 mcg/ml) Loading Dose// (0.05 mg/kg) | 15.65 -AJ at 11/29/21 1221 |
| Milrinone (200 mcg/ml) Drip Maintenance Dose | 18.78 -AJ at 11/29/21 1221 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -AJ at 11/29/21 1221 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -AJ at 11/29/21 1221 |
| Amiodarone Bolus | 52.16 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -AJ at 11/29/21 1221 |
| Adenosine (3mg/ml)// 0.1mg/kg | 6 -AJ at 11/29/21 1221 |

**11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 1 mg -AJ at 11/29/21 1221 |
| Atropine dose (0.1mg/ml)// 0.02mg/kg | 1 -AJ at 11/29/21 1221 |
| Calcium Chloride 10% Dose (100mg/ml)// 25MG/KG | 1000 -AJ at 11/29/21 1221 |
| Calcium Gluconate 10% Dose (100mg/ml)// 100MG/KG | 3000 -AJ at 11/29/21 1221 |
| Lidocaine 2% Dose (20mg/ml)// 1mg/kg | 100 -AJ at 11/29/21 1221 |
| Sodium Bicarbonate Dose (1 mEq/ml)// 1 mEq/kg | 50 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion Dose (50MG/ML) (For Bronchospasm) | 2000 -AJ at 11/29/21 1221 |
| Lorazepam (2mg/ml)// 0.05 mg/kg | 1.56 ml -AJ at 11/29/21 1221 |
| Lorazepam (2mg/ml)// 0.1 mg/kg | 2 ml -AJ at 11/29/21 1221 |
| Fosphenytoin (10mg/ml~)// 20mg/kg | 125.19 ml -AJ at 11/29/21 1221 |
| Phenobarbital (10mg/ml~)// 20 mg/kg | 125.19 ml -AJ at 11/29/21 1221 |
| Phenobarbital (10mg/ml~)// 10 mg/kg | 62.6 ml -AJ at 11/29/21 1221 |
| Leviracetam (15mg/ml)// 20mg/kg | 83.46 ml -AJ at 11/29/21 1221 |
| Diazepam Rectal (5mg/ml)// 0.5mg/kg | 6.26 ml -AJ at 11/29/21 1221 |
| Midazolam Intranasal (5mg/ml)// 0.2 mg/kg | 2.5 ml -AJ at 11/29/21 1221 |
| Diazepam Rectal (5mg/ml)// 0.3mg/kg | 3.76 ml -AJ at 11/29/21 1221 |
| Diazepam Rectal (5mg/ml)// 0.2mg/kg | 2.5 ml -AJ at 11/29/21 1221 |

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

**Flowsheets (continued)**

Patient Data

| | |
|---|---|
| BMI (Calculated) | 21.6 -AJ at 11/29/21 1221 |
| Today's Weight | 138 Lbs -AJ at 11/29/21 1221 |

Week 1-12

| | |
|---|---|
| Weight in (lb) to have BMI = 30 | 191.6 -AJ at 11/29/21 1221 |

Emergency Drugs

| | |
|---|---|
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -AJ at 11/29/21 1221 |
| Dextrose 50% Dose (0.5gm/ml)// 0.5gm/kg | 50 -AJ at 11/29/21 1221 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -AJ at 11/29/21 1221 |

NICU Code Drugs

| | |
|---|---|
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -AJ at 11/29/21 1221 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -AJ at 11/29/21 1221 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -AJ at 11/29/21 1221 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -AJ at 11/29/21 1221 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -AJ at 11/29/21 1221 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -AJ at 11/29/21 1221 |
| Naloxone (Narcan) (0.4mg/ml)// 0.01mg/kg | 1.56 -AJ at 11/29/21 1221 |
| Naloxone | 5 -AJ at 11/29/21 1221 |

| | |
|---|---|
| (Narcan) (0.4mg/ml)// 0.1mg/kg | |

Loading Dose for Continuous Infusions

| | |
|---|---|
| Esmolol Loading Dose// (0.1 mg/kg) | 0.31 -AJ at 11/29/21 1221 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 1.56 -AJ at 11/29/21 1221 |
| Milrinone (0.2mg/ml) Loading Dose// (0.05 mg/kg) | 15.65 -AJ at 11/29/21 1221 |

**NICU Code Medications**

| Row Name | 11/29/21 1221 |
|---|---|
| Cardioversion/Defibrillation | |
| Cardioversion First Attempt (0.5 joules/kg) | 30 -AJ at 11/29/21 1221 |
| Cardioversion Subsequent Attempts (1joule/kg) | 70 -AJ at 11/29/21 1221 |
| Defibrillation First attempt (2 joules/kg) | 120 -AJ at 11/29/21 1221 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -AJ at 11/29/21 1221 |

NICU Code Drugs

| | |
|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -AJ at 11/29/21 1221 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -AJ at 11/29/21 1221 |
| Adenosine (3mg/ml)// 0.3mg/kg | 2 -AJ at 11/29/21 1221 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -AJ at 11/29/21 1221 |
| Dextrose 10% (0.1gm/ml)// 0.2 gm/kg | 50 -AJ at 11/29/21 1221 |
| Dextrose 10% (0.1gm/ml)// 0.4gm/kg | 50 -AJ at 11/29/21 1221 |
| NICU Epinephrine IV | 10 -AJ at 11/29/21 1221 |

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

**Flowsheets (continued)**

| | |
|---|---|
| 1:10,000 (0.1mg/ml)// 0.01mg/kg | |
| NICU Epinephrine 1:10,000 IV (0.1mg/ml)// 0.03mg/kg | 10 -AJ at 11/29/21 1221 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.05mg/kg | 31.3 -AJ at 11/29/21 1221 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.1mg/kg | 62.6 -AJ at 11/29/21 1221 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.13 -AJ at 11/29/21 1221 |
| Naloxone (Narcan) (1 mg/ml)// 0.1mg/kg | 2 -AJ at 11/29/21 1221 |
| Naloxone (Narcan) (1 mg/ml)// 0.01mg/kg | 0.63 -AJ at 11/29/21 1221 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -AJ at 11/29/21 1221 |
| Ecmo Patient Heparin Bolus // 100 u/kg | 6259.6 -AJ at 11/29/21 1221 |

**Nutrition Evaluation/Planning**

| Row Name | 11/29/21 1221 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 % -AJ at 11/29/21 1221 |

**Peds Code Medications**

| Row Name | 11/29/21 1221 |
|---|---|
| Cardioversion/Defibrillation | |
| Cardioversion First Attempt (0.5 joules/kg) | 30 -AJ at 11/29/21 1221 |
| Cardioversion Subsequent Attempts (1joule/kg) | 75 -AJ at 11/29/21 1221 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -AJ at 11/29/21 1221 |

**11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Flowsheets (continued)**

Emergency Drugs

| | |
|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -AJ at 11/29/21 1221 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -AJ at 11/29/21 1221 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -AJ at 11/29/21 1221 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -AJ at 11/29/21 1221 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 -AJ at 11/29/21 1221 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 -AJ at 11/29/21 1221 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -AJ at 11/29/21 1221 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -AJ at 11/29/21 1221 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -AJ at 11/29/21 1221 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 2.5 -AJ at 11/29/21 1221 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -AJ at 11/29/21 1221 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.1 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -AJ at 11/29/21 1221 |
| NALOXONE (NARCAN) (1 MG/ML)// 0.1MG/KG | 2 -AJ at 11/29/21 1221 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -AJ at 11/29/21 1221 |
| Sodium Bicarbonate (1 mEq/ml)// 1 | 50 -AJ at 11/29/21 1221 |

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

**Flowsheets (continued)**

| | |
|---|---|
| mEq/kg | |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -AJ at 11/29/21 1221 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -AJ at 11/29/21 1221 |
| Mannitol 20% (200mg/ml)// 1 gram/kg | 313 -AJ at 11/29/21 1221 |

Emergency Drug Drip Calculations

| | |
|---|---|
| Amiodarone Bolus | 50 -AJ at 11/29/21 1221 |

**Procedural Safety Tool**

| Row Name | 11/29/21 1300 |
|---|---|
| Procedural Safety Tool | |
| Procedural Safety Tool | Yes B/L CT INJECTIONS -CB at 11/29/21 1302 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| AJ | Johnson, Amanda | 08/03/21 - | Medical Assistant | — |
| CB | Baux, Crystal | 07/06/20 - | Technologist | — |

Show More

# Encounter History

Virtual Visit on 12/29/2021

**Provider:** Pamela Yee MD

**Date of Service:** Wednesday 29th of December 2021

**Visit Type:** Virtual Visit

### Assessment and Plan Summary

### Assessment

**Disorder involving the immune mechanism, unspecified**

**Gammaherpesviral mononucleosis without complication**

**Chronic fatigue, unspecified**

**Mast cell activation, unspecified**

**Abnormal weight gain**

### Prescriptions

**Progesterone: Progesterone Micronized Cap 100 MG (100MG)** ***(Generic is OK)***

**How is it taken?**

**How Often?** Once a day

**# Dispensed:** 60 (x 3 refills)

**Instructions:** 1 PO qHS

**Prescription has been discontinued! Progesterone: Progesterone Micronized Cap 100 MG (100MG)** ***(Generic is OK)***

**How is it taken?**

**How Often?** Once a day

**# Dispensed:** 60 (x 3 refills)

**Instructions:** 1 PO qHS

**Progesterone: Progesterone Micronized Cap 100 MG (100MG)** ***(Generic is OK)***

**How is it taken?**

**How Often?** Once a day

**# Dispensed:** 60 (x 3 refills)

**Instructions:** 1 po qHS

## Plan

**Personalized Treatment Plan**- MCAS
-I think this is something that needs to be quelled.
-Natural mast cell options - Neuroprotect is the best options
-think about re-trialing the cromolyn
-The other option is to add in compounded ketotifen we can consider later.

SLEEP
-We can use progesterone alone for sleep. The Rx was sent into Louiseville compounding pharmacy.

SIBO (and possible SIFO)
-You have 2 more weeks to go with the Xifaxan and you will follow this with herbs called GI Synergy and maybe later Orthospore IB.

GYN
-Start the Pro-flora priobiotic for now stop the boric acid since you don't have BV but continue the Luveena.

POTS
-Add in salt 2-3 grams at least trial this with as much $H_2O$ as you can handle.
-We did not discuss the modified Dallas protocol or a POTS PT - for next time.

OTHER
-Microbiology Dx kit is pending.
-next time more LDN discussion.
-Will eventually address the weight gain but please feel free to work with a dietician. I can refer you to someone else outside of the practice if you'd like.

Followup 1 month - we will try and get you on the schedule esp if there is a cancellation

## Supplement

**NeuroProtek**- Can be ordered through www.algonot.com
Minimum Daily Dosage ? 2 capsules per 20KG (44lbs) of body weight
Maximum Daily Dosage ? 3 capsules per 20KG (44lbs) of body weight
Maximum per day 9 soft gel capsules per day.
It is better to spread them during the day because they are cleared from the body within 4 hrs.
**Updates:** NEW
**GI Synergy**- Start with 1 packet once a day for a week if OK then go to 1 packet twice a day

**Take With-Breakfast:** 1 pkt

**Take With-Dinner:** 1 pkt

**Updates:** NEW after the Xifaxan

## Attachments

HCFA 1500 Claims Form: services on 12/29/2021

Supplement Plan: 12/29/2021

This summary may not show the doctor's notes or specific documentation. If you would like access to additional documentation you must request a copy of your note from your provider

Contact Cerbo Technical Support
Patient Portal Cerbo© 2022

# Bateman Horne Center

RESEARCH | CLINICAL CARE | EDUCATION







**Orthostatic Vital Signs/The NASA 10-minute Lean Test** 10/20/2021

| KeetaFox | Blood Pressure (BP) | | | |
|---|---|---|---|---|
| | Systolic | Diastolic | Pulse | Comments |
| Supine 1 minute | 96 | 65 | 89 | |
| Supine 2 minute | 100 | 63 | 90 | |
| | | | | |
| Standing 0 minute | 109 | 72 | 119 | |
| Standing 1 minute | 114 | 72 | 126 | |
| Standing 2 minute | 116 | 69 | 123 | |
| Standing 3 minute | 109 | 72 | 129 | |
| Standing 4 minute | 115 | 72 | 123 | |
| Standing 5 minute | 110 | 71 | 124 | |
| Standing 6 minute | 115 | 74 | 118 | |
| Standing 7 minute | 115 | 71 | 124 | |
| Standing 8 minute | 115 | 71 | 124 | |
| Standing 9 minute | 122 | 71 | 120 | |
| Standing 10 minute | 113 | 71 | 128 | |

10/20/21 GREG POTTS, MD

**Papa Cares**



2002 Papa John's Blvd. Louisville, Kentucky 40299
Phone (502) 240-5900 Fax (502) 240-5905

Show More

# Encounter History

Virtual Visit on 10/04/2021

**Provider:** Pamela Yee MD

**Date of Service:** Monday 4th of October 2021

**Visit Type:** Virtual Visit

### Assessment and Plan Summary

## Assessment

**Diarrhea, unspecified**

**Disorder involving the immune mechanism, unspecified**

**Gammaherpesviral mononucleosis without complication**

**Fever, unspecified**

**Chronic fatigue, unspecified**

**Mast cell activation, unspecified**

## Prescriptions

**Claritin Reditabs: Loratadine Orally Disintegrating Tab 5 MG (5MG)** ***(Generic is OK)***

**How is it taken?** Orally

**How Often?** Once a day

**# Dispensed:** 30 (x 0 refills)

**Instructions:** 1 PO bid

**Pepcid: Famotidine Tab 20 MG (20MG)** ***(Generic is OK)***

**How is it taken?** Orally

**How Often?** Once a day

**# Dispensed:** 100 (x 0 refills)

**Instructions:** 1 cap PO bid

## Orders/Scans/Referrals

**Tryptase [LabCorp] - 83520**

**Details:** n/a

**Leukotriene E4, U (Leukotriene E4, U) - 82542**

**Details:** n/a

**Chromogranin A [LabCorp] - 86316**

**Details:** n/a

**N-Methylhistamine, Urine [LabCorp] - 82542**

**Details:** n/a

**Prostaglandins: D2, S [LabCorp] - 84150**

**Details:** n/a

**2,3-Dinor-11Beta-Prostaglandin F2 Alpha, Urine (2,3-Dinor-11Beta-Prostaglandin F2 Alpha, Urine) - 84150**

**Details:** n/a

**Histamine, Plasma [LabCorp] - 83088**

**Details:** n/a

**Tryptase [LabCorp] - 83520**

**Details:** n/a

**MicrobiologyDX - See Lab**

**Details:** Nasal Swab

## Plan

**Using your portal - PY**- PORTAL - Your treatment plan from today and all future visits will be clearly written up in the sidelink called "My Visit Summaries." Be sure to print this out so you can keep track of recommendations, goals and "homework."
All of the supplements are located on the "My Supplements" tab but also after every visit, I create a supplement document which can be pulled up in "Labs and Documents" which notes changes from our visit and is easier to see. I recommend printing that out. This is also where you can get handouts that I may have uploaded to your portal.

TESTING - Any lab forms e.g. Quest or Labcorp can be found under "Labs and Documents" - you will see the date ordered. Print that out to bring with you to the laboratory even though it has been sent their electronically.

Also, please keep all your information accurate should anything change i.e new diagnoses from other doctors and most importantly anything you have changed in medications and supplements so that when we meet again I'll have all the updated information easily accessible.

Also note that patient checkouts will now happen the next business day after our appointment.

**PY Appointments**- Please make your followup appointment NOW as slots are filled for the next 1-2 months typically. They can easily be done through the portal at any time or when you check out with the front desk.

**Medical Assistant PY**- June is my medical assistant if there are any questions she can be reached through the portal or by phone 914-652-7800 extension 109. If there are any other administrative questions please reach out to either Ariel or Lindsay through the portal.

**Personalized Treatment Plan**- IMMUNITY

-You need to get a Pneumovax. You can get this with your GP tomorrow. The idea is to re-test in 4-6 weeks your 23 strep pneumo subtypes. Get me the results please.

-I do wonder about eventually getting Dr Sublette involved again.

-It is perplexing why you have an elevated IgM titer to Bordetella Pertussis and you also have low IgE levels consistently.

-It is also interesting to see you have no IgG antibodies to CMV when you had a clear infection at age 18.

-there are VARIOUS infections that are active: Lyme, EBV, ?Bordatella without symptoms, possibly candida

ENT

-Would be helpful to see an ENT to do a deeper culture IN ADDITION to the Microbiology Dx/Marcons test we will resend. And also to assess if you have a chronic sinus infection. Make the appointment with the person you have seen in the past. Expect to be scoped, cultured and have him/her look at the MRI head you did in 2019 to see if you need to be evaluated in a different way for your sinuses. But upload the MRI for me to see as well.

MCAS

-There is a standing order for tryptase in the portal you can print and bring.

-You'll do the NASA Lean test tomorrow.

-Your prostaglandin D2 is low which can exacerbate allergic inflammation and mast cell hyperplasia

-Based on the GI re-staining of the colon and upper endoscopy you have mast cell activation. You can bring this up with Dr Fox at Mayo clinic. We talked about Dr Weinstock's view of the mast cells in the gut but that goes against what Dr Afrin suggests. Let's just see how you do with treatment of mast cells to help us determine if this is an absolute issue.

-Pepcid and Claritin and the dosing it's twice a day. Start Claritin at 5mg

twice a day if no effect in a week go up to 10mg twice a day.

HRT
-Maybe check in with your GYN to get hormone testing and to see if there needs to be adjustment.

re: the LDN - yes we can consider this for sure, it's not the magic bullet here but let's see what this next wave of testing results and we can start it next time. Plus we have to see how you do with the h1, H2 blockers.

Labs for GP tomorrow: B Pertussis Abs, Tryptase again. ANA IFA and cascade, ESR, CRP, Candida Antigen/Ab panel, IL-6, Urinary prostagladin D2, prostaglandin F2-alpha , Leukotriene E4

TLab testing - June has contacted the company again to resend the test kits to you.

See you in a month. Please arrange the appointment with Lindsay.

## Attachments

HCFA 1500 Claims Form: services on 10/04/2021

This summary may not show the doctor's notes or specific documentation. If you would like access to additional documentation you must request a copy of your note from your provider

Contact Cerbo Technical Support
Patient Portal Cerbo© 2022

Show More

# Encounter History

Virtual Visit on 11/08/2021

**Provider:** Pamela Yee MD

**Date of Service:** Monday 8th of November 2021

**Visit Type:** Virtual Visit

### Assessment and Plan Summary

## Assessment

**Disorder involving the immune mechanism, unspecified**

**Gammaherpesviral mononucleosis without complication**

**Chronic fatigue, unspecified**

**Mast cell activation, unspecified**

## Prescriptions

**Gastrocrom: Cromolyn Sodium Oral Conc 100 MG/5ML (100MG/5ML)** ***(Generic is OK)***

**How is it taken?**

**How Often?** See Instructions

**# Dispensed:** 5 (x 6 refills)

**Instructions:** Take 2 tsp (10mL) 15-20 minutes before a meal

## Plan

**Personalized Treatment Plan**- FATIGUE
-I wonder if there is some level of de-conditioning at play. I say this because you feel well after exercise which is a GOOD thing. When you get back home you have the option of walking in the cold.
-I would highly consider the Dallas Exercise protocol (emailed to you) because you have POTS based on the Tilt-table testing and the NASA Lean Score.

POTS
-The idea is to find a physical therapist that is experienced in POTS or Dysautonomia or perhaps a PT who is familiar with Ehler Danlos Syndrome (you don't have that)
-You need to really increase your fluids and electrolytes. At least 3 liters of water. Use electrolyte tablets and a lot of salt. Use compression tights . I like Max Hydrate but Nuun is popular and easy to get as well.
-there are medications to help with POTS (midodrine etc) we can eventually explore.

MCAS
-I question the use of the the Allergra.
-Continue the Pepcid and Claritin.
-We can add on Cromolyn "Gastrocrom" to see if the gut responds. 1 tsp to start but 2 tsp (10mL) 15-20 min before meals and again at bedtime.
-If this doesn't work let's add in the low dose naltrexone - let's wait on the Rx for now.
-We'll give up on the Mayo labs

IMMUNITY/INFECTIONS
-It is unclear why you still have active infections. Especially the elevated Bordetella Pertussis igM. Candida and EBV seem to be active and you have the low IgE levels. (and of course the Lyme)
-You will need to do the Strep Pneumo titers in the next 2 weeks at Labcorp. Lab requisition is in the portal
-See Dr Sublette after you get those labcorp results.

LIPIDS
Don't worry about your lipids!

DIET
-Replace the AM shake to Opticleanse GHI from Xymogen by going to Wholescripts my code is YEE2000.
-Maybe reduce the amount of nuts!!

GYN
-Change your priobiotic see supplement table
-I'm fine with doing the boric acid and Laveena.
-maybe later consider an intravaginal probiotic.

From last time:
ENT
-Would be helpful to see an ENT to do a deeper culture IN ADDITION to the Microbiology Dx/Marcons test we will resend. And also to assess if you have a chronic sinus infection. Make the appointment with the person you have seen in the past. Expect to be scoped, cultured and have him/her look at the MRI head you did in 2019 to see if you need to be evaluated in a different way for your sinuses. But upload the MRI for me to see as well.

Let's followup in 2 months
**Using your portal - PY**- PORTAL - Your treatment plan from today and all future visits will be clearly written up in the sidelink called "My Visit Summaries." Be sure to print this out so you can keep track of recommendations, goals and "homework."
All of the supplements are located on the "My Supplements" tab but also after every visit, I create a supplement document which can be pulled up in "Labs and Documents" which notes changes from our visit and is easier to see. I recommend printing that out. This is also where you can get handouts that I may have uploaded to your portal.

TESTING - Any lab forms e.g. Quest or Labcorp can be found under "Labs and Documents" - you will see the date ordered. Print that out to bring with you to the laboratory even though it has been sent their electronically.

Also, please keep all your information accurate should anything change i.e new diagnoses from other doctors and most importantly anything you have changed in medications and supplements so that when we meet again I'll have all the updated information easily accessible.

Also note that patient checkouts will now happen the next business day after our appointment.
**PY Appointments**- Please make your followup appointment NOW as slots are filled for the next 1-2 months typically. They can easily be done through the portal at any time or when you check out with the front desk.
**Medical Assistant PY**- June is my medical assistant until Nov 24th if there are any questions she can be reached through the portal or by phone 914-652-7800 extension 109. If there are any other administrative questions please reach out to either Grescia or Lindsay through the portal.

## Supplement

**Mitocore (OHM)-**

**Take With-Breakfast:** 2

**Take With-Dinner:** 2

**OpticCleanse GHI Vanilla Delight-**

**Take With-Breakfast:** 1-2 scoops

**Max-Hydrate-** Use 1 effervescent tablet into 6-12 ounces of water. You can even use larger amounts of water to increase fluids and electrolytes. Contains Xylitol and no sugar.

**Pro-Flora Womens Probiotic-**

**Take With-Breakfast:** 2

**Updates:** NEW (to start)

## Attachments

HCFA 1500 Claims Form: services on 11/08/2021

Supplement Plan: 11/08/2021

This summary may not show the doctor's notes or specific documentation. If you would like access to additional documentation you must request a copy of your note from your provider

Contact Cerbo Technical Support

Patient Portal Cerbo© 2022

Show More

# Encounter History

Virtual Visit on 09/15/2021

**Provider:** Pamela Yee MD

**Date of Service:** Wednesday 15th of September 2021

**Visit Type:** Virtual Visit

### Assessment and Plan Summary

## Assessment

**Diarrhea, unspecified**

**Keratoconjunct sicca, not specified as Sjogren's, unsp eye**

**Gammaherpesviral mononucleosis without complication**

**Fever, unspecified**

**Other sites of candidiasis**

## Orders/Scans/Referrals

**Magnesium, RBC [LabCorp] - 83735**

**Details:** n/a

**TLAB Bartonella Henselae Molecular Imaging-Blood (T-Lab Blood) - 88365**

**Details:** n/a

**TLAB Bartonella Henselae Molecular Imaging-skin (T-LAB BIOPSY) - 88365**

**Details:** n/a

**Interleukin-6, Plasma [LabCorp] - 83520**

**Details:** n/a

**Serotonin, Serum [LabCorp] - 84260**

**Details:** n/a

**Prostaglandins: D2, S [LabCorp] - 84150**

**Details:** n/a

**Histamine, Plasma [LabCorp] - 83088**

**Details:** n/a

**Tryptase [LabCorp] - 83520**

**Details:** n/a

**N-Methylhistamine, Urine [LabCorp] - 82542**

**Details:** n/a

**Panel 138901 [LabCorp] - 86702**

**Details:** n/a

**Pneumococcal Ab (23 Serotype) [LabCorp] - 86317 023**

**Details:** n/a

**Candida Antigen/Antibody Panel [LabCorp] - 87899, 86628 003**

**Details:** n/a

**Mannose Binding Lectin (MBL) [LabCorp] - 83520**

**Details:** n/a

**B pertussis IgG/IgM Ab [LabCorp] - 86615 002**

**Details:** n/a

**Haemophilus influenzae B IgG [LabCorp] - 86317**

**Details:** n/a

**Plasma Zinc [LabCorp] - 84630**

**Details:** n/a

**Complement, Total (CH50) [LabCorp] - 86162**

**Details:** n/a

**Measles/Mumps/Rubella Immunity [LabCorp] - 86765, 86735, 86762**

**Details:** n/a

**IgG, Subclasses(1-4) [LabCorp] - 82787 004 82784**

**Details:** n/a

**Immunoglobulins A/E/G/M, Serum [LabCorp] - 82785, 82784 003**

**Details:** n/a

**CMV PCR [LabCorp] - 87496**

**Details:** n/a

**CMV Abs IgG/IgM [LabCorp] - 86644, 86645**

**Details:** n/a

## Plan

**Using your portal - PY**- PORTAL - Your treatment plan from today and all future visits will be clearly written up in the sidelink called "My Visit Summaries." Be sure to print this out so you can keep track of recommendations, goals and "homework."
All of the supplements are located on the "My Supplements" tab but also after every visit, I create a supplement document which can be pulled up in "Labs and Documents" which notes changes from our visit and is easier to see. I recommend printing that out. This is also where you can get handouts

that I may have uploaded to your portal.

TESTING - Any lab forms e.g. Quest or Labcorp can be found under "Labs and Documents" - you will see the date ordered. Print that out to bring with you to the laboratory even though it has been sent their electronically.

Also, please keep all your information accurate should anything change i.e new diagnoses from other doctors and most importantly anything you have changed in medications and supplements so that when we meet again I'll have all the updated information easily accessible.

Also note that patient checkouts will now happen the next business day after our appointment.
**PY Appointments**- Please make your followup appointment NOW as slots are filled for the next 3 months typically. They can easily be done through the portal at any time or when you check out with the front desk.
**Medical Assistant PY**- June is my medical assistant if there are any questions she can be reached through the portal or by phone 914-652-7800 extension 109. If there are any other administrative questions please reach out to Lindsay through the portal.
**Personalized Treatment Plan**- Hi Keeta it was a pleasure meeting you and listening to your story. There are so many facets of this to sift through and today was the day that I got to digest a large portion of the story but still have lots of questions. Moving forward I want to do some more diagnostics. I am not convinced you have only Lyme and I wonder about Bartonella as well. I would like your dermatologist to do a special punch biopsy ideally in the upper outer though. Glad you have a trusted dermatologist. The second test for Bartonella is a blood test. You have to find an agreeable doctor's office to draw that for you. June can help you with this information if there are more questions.

POTS/ORTHOSTATIC TOLERANCE
-please do the Nasa Lean with your local doctor. See included instructions.
-next time let me know how much non caffeinated fluid you drink on a daily basis.

MCAS - possible
-I would like you to have some of your pathology slides - your scalp, endoscopy and colonscopy. You need to ask the the dermatologist and the gastroenterologist to restain those slides for CD117 and have them comment

if they are spindle or clustered shape. Request areas to restain ask for the Duodenum, Ileium, Colon

MOLD/MARCONS
-See if you can locate the FINAL results of Microbiology Dx from April 2020. There is a fungal culture pending.
-I would retest this again. The test kit will be sent to you and there are instructions on doing this at home which are super easy.

LYME
It's OK to wait another month on doxy if you are tolerating it but generally Id say if no change by 6 weeks then you can stop

OTHER
-There is a lot of blood work to be done at Labcorp - hopefully they can do them all
-please make sure all of your medications are updated in the portal
-I am not making any changes in supplements now we will tackle that next time

Let's followup in a month I will try and get you on the calendar. Don't worry if not all of the labs are back.

### MCAS/EDS/Hypermobility

**NASA Lean Test**- This is a test for dysautonomia. Disrgard directions to limit fluids and salt - don't change your normal habits. This is a test that will take approximately 30 minutes to complete in the office. You may download a copy of the test so you know what to expect: https://batemanhornecenter.org/wp-content/uploads/2016/09/NASA-Lean-Test-Instructions.pdf

### Testing/Labs

**Microbiology Dx Test Kit**- Here is the video on how to do this test yourself. https://www.youtube.com/watch?v=OTgVK_c007A&feature=emb_logo

This summary may not show the doctor's notes or specific documentation. If you would like access to additional documentation you must request a copy of your note from your provider

Contact Cerbo Technical Support

Patient Portal Cerbo© 2022

Show More

# Encounter History

Virtual Visit on 08/17/2021

**Provider:** Danielle Greenman MD

**Date of Service:** Tuesday 17th of August 2021

**Visit Type:** Virtual Visit

### Assessment and Plan Summary

## Assessment

**Abnormal weight loss**

**Pain in unspecified joint**

**Chronic pain, not elsewhere classified**

**Unspecified osteoarthritis, unspecified site**

**Unspecified abdominal pain**

**Fibromyalgia**

**Irritable bowel syndrome with diarrhea**

**Chronic fatigue, unspecified**

**Anxiety disorder, unspecified**

**Lyme disease, unspecified**

## Prescriptions

**Diflucan: Fluconazole Tab 100 MG (100MG)** ***(Generic is OK)***

**How is it taken?** Orally

**How Often?** Once a day

**# Dispensed:** 30 (x 0 refills)

**Instructions:** n/a

**Xiidra: Lifitegrast Ophth Soln 5% (5%)** ***(Generic is OK)***

**How is it taken?** OP

**How Often?** Once a day

**# Dispensed:** 500 (x 0 refills)

**Instructions:** n/a

**Doxycycline Hyclate: Doxycycline Hyclate Cap 100 MG (100MG)** ***(Generic is OK)***

**How is it taken?** Orally

**How Often?** Twice a day

**# Dispensed:** 60 (x 1 refills)

**Instructions:** Take 1 pill 2 times per day x 2 months

## Supplement

**Biocidin LSF Liposomal Formula Liquid (BI2)**- start with 1 pump per day and gradually increase to 3 pumps per day taken on an empty stomach
**Updates:** Ran out

## Plan

**Personalized Treatment Plan**- SIBO:
- Start liposomal Biocidin
- conitnue the SBI protect and the BCH SOoth
- check in with Vicki to start broadening your diet.

Lyme disease:
- We can start the liposmal biocidin and the doxycycline now together

Immune support:
- we can approach adding different immune support medical grade mushroom, elderberry, astragalus, and melatonin.

candidiasis:
- start 2 weeks of diflucan. After the 2 weeks of taking daily, i want you to start taking 1 time per week for a few weeks thereafter.

MACRONS:
- we can always add in ampho B or other nasal sprays but I would like to wait and see if your congestion improves with treating your gut.

Urinary incontinence:
-I encourage you to restart with the pelvic floor PT as much as you can tolerate it

stress/lifestyle:
- keep consistent in try to do the meditation and yoga. Your body and your mind needs it.

Otherwise- I'ld like you to continue your plan uninterrupted so we can have less confounders as to what is helping and what is not making a difference. Today the only changes are adding fluconazole and doxycline and liposomal biocidin

### Attachments

Encounter Summary: Aug 17, 2021

Supplement Plan: 08/17/2021

This summary may not show the doctor's notes or specific documentation. If you would like access to additional documentation you must request a copy of your note from your provider

Contact Cerbo Technical Support
Patient Portal Cerbo© 2022

Show More

# Encounter History

Virtual Visit on 09/15/2021

**Provider:** Pamela Yee MD

**Date of Service:** Wednesday 15th of September 2021

**Visit Type:** Virtual Visit

### Assessment and Plan Summary

## Assessment

**Diarrhea, unspecified**

**Keratoconjunct sicca, not specified as Sjogren's, unsp eye**

**Gammaherpesviral mononucleosis without complication**

**Fever, unspecified**

**Other sites of candidiasis**

## Orders/Scans/Referrals

**Magnesium, RBC [LabCorp] - 83735**

**Details:** n/a

**TLAB Bartonella Henselae Molecular Imaging-Blood (T-Lab Blood) - 88365**

**Details:** n/a

**TLAB Bartonella Henselae Molecular Imaging-skin (T-LAB BIOPSY) - 88365**

**Details:** n/a

**Interleukin-6, Plasma [LabCorp] - 83520**

**Details:** n/a

**Serotonin, Serum [LabCorp] - 84260**

**Details:** n/a

**Prostaglandins: D2, S [LabCorp] - 84150**

**Details:** n/a

**Histamine, Plasma [LabCorp] - 83088**

**Details:** n/a

**Tryptase [LabCorp] - 83520**

**Details:** n/a

**N-Methylhistamine, Urine [LabCorp] - 82542**

**Details:** n/a

**Panel 138901 [LabCorp] - 86702**

**Details:** n/a

**Pneumococcal Ab (23 Serotype) [LabCorp] - 86317 023**

**Details:** n/a

**Candida Antigen/Antibody Panel [LabCorp] - 87899, 86628 003**

**Details:** n/a

**Mannose Binding Lectin (MBL) [LabCorp] - 83520**

**Details:** n/a

**B pertussis IgG/IgM Ab [LabCorp] - 86615 002**

**Details:** n/a

**Haemophilus influenzae B IgG [LabCorp] - 86317**

**Details:** n/a

**Plasma Zinc [LabCorp] - 84630**

**Details:** n/a

**Complement, Total (CH50) [LabCorp] - 86162**

**Details:** n/a

**Measles/Mumps/Rubella Immunity [LabCorp] - 86765, 86735, 86762**

**Details:** n/a

**IgG, Subclasses(1-4) [LabCorp] - 82787 004 82784**

**Details:** n/a

**Immunoglobulins A/E/G/M, Serum [LabCorp] - 82785, 82784 003**

**Details:** n/a

**CMV PCR [LabCorp] - 87496**

**Details:** n/a

**CMV Abs IgG/IgM [LabCorp] - 86644, 86645**

**Details:** n/a

## Plan

**Using your portal - PY**- PORTAL - Your treatment plan from today and all future visits will be clearly written up in the sidelink called "My Visit Summaries." Be sure to print this out so you can keep track of recommendations, goals and "homework."
All of the supplements are located on the "My Supplements" tab but also after every visit, I create a supplement document which can be pulled up in "Labs and Documents" which notes changes from our visit and is easier to see. I recommend printing that out. This is also where you can get handouts

that I may have uploaded to your portal.

TESTING - Any lab forms e.g. Quest or Labcorp can be found under "Labs and Documents" - you will see the date ordered. Print that out to bring with you to the laboratory even though it has been sent their electronically.

Also, please keep all your information accurate should anything change i.e new diagnoses from other doctors and most importantly anything you have changed in medications and supplements so that when we meet again I'll have all the updated information easily accessible.

Also note that patient checkouts will now happen the next business day after our appointment.
**PY Appointments**- Please make your followup appointment NOW as slots are filled for the next 3 months typically. They can easily be done through the portal at any time or when you check out with the front desk.
**Medical Assistant PY**- June is my medical assistant if there are any questions she can be reached through the portal or by phone 914-652-7800 extension 109. If there are any other administrative questions please reach out to Lindsay through the portal.
**Personalized Treatment Plan**- Hi Keeta it was a pleasure meeting you and listening to your story. There are so many facets of this to sift through and today was the day that I got to digest a large portion of the story but still have lots of questions. Moving forward I want to do some more diagnostics. I am not convinced you have only Lyme and I wonder about Bartonella as well. I would like your dermatologist to do a special punch biopsy ideally in the upper outer though. Glad you have a trusted dermatologist. The second test for Bartonella is a blood test. You have to find an agreeable doctor's office to draw that for you. June can help you with this information if there are more questions.

POTS/ORTHOSTATIC TOLERANCE
-please do the Nasa Lean with your local doctor. See included instructions.
-next time let me know how much non caffeinated fluid you drink on a daily basis.

MCAS - possible
-I would like you to have some of your pathology slides - your scalp, endoscopy and colonscopy. You need to ask the the dermatologist and the gastroenterologist to restain those slides for CD117 and have them comment

if they are spindle or clustered shape. Request areas to restain ask for the Duodenum, Ileium, Colon

MOLD/MARCONS
-See if you can locate the FINAL results of Microbiology Dx from April 2020. There is a fungal culture pending.
-I would retest this again. The test kit will be sent to you and there are instructions on doing this at home which are super easy.

LYME
It's OK to wait another month on doxy if you are tolerating it but generally Id say if no change by 6 weeks then you can stop

OTHER
-There is a lot of blood work to be done at Labcorp - hopefully they can do them all
-please make sure all of your medications are updated in the portal
-I am not making any changes in supplements now we will tackle that next time

Let's followup in a month I will try and get you on the calendar. Don't worry if not all of the labs are back.

### MCAS/EDS/Hypermobility

**NASA Lean Test**- This is a test for dysautonomia. Disrgard directions to limit fluids and salt - don't change your normal habits. This is a test that will take approximately 30 minutes to complete in the office. You may download a copy of the test so you know what to expect: https://batemanhornecenter.org/wp-content/uploads/2016/09/NASA-Lean-Test-Instructions.pdf

### Testing/Labs

**Microbiology Dx Test Kit**- Here is the video on how to do this test yourself. https://www.youtube.com/watch?v=OTgVK_c007A&feature=emb_logo

This summary may not show the doctor's notes or specific documentation. If you would like access to additional documentation you must request a copy of your note from your provider

Contact Cerbo Technical Support

Patient Portal Cerbo© 2022

Show More

# Encounter History

Virtual Visit on 08/17/2021

**Provider:** Danielle Greenman MD

**Date of Service:** Tuesday 17th of August 2021

**Visit Type:** Virtual Visit

### Assessment and Plan Summary

## Assessment

**Abnormal weight loss**

**Pain in unspecified joint**

**Chronic pain, not elsewhere classified**

**Unspecified osteoarthritis, unspecified site**

**Unspecified abdominal pain**

**Fibromyalgia**

**Irritable bowel syndrome with diarrhea**

**Chronic fatigue, unspecified**

**Anxiety disorder, unspecified**

**Lyme disease, unspecified**

## Prescriptions

**Diflucan: Fluconazole Tab 100 MG (100MG)** ***(Generic is OK)***

**How is it taken?** Orally

**How Often?** Once a day

**# Dispensed:** 30 (x 0 refills)

**Instructions:** n/a

**Xiidra: Lifitegrast Ophth Soln 5% (5%)** ***(Generic is OK)***

**How is it taken?** OP

**How Often?** Once a day

**# Dispensed:** 500 (x 0 refills)

**Instructions:** n/a

**Doxycycline Hyclate: Doxycycline Hyclate Cap 100 MG (100MG)** ***(Generic is OK)***

**How is it taken?** Orally

**How Often?** Twice a day

**# Dispensed:** 60 (x 1 refills)

**Instructions:** Take 1 pill 2 times per day x 2 months

## Supplement

**Biocidin LSF Liposomal Formula Liquid (BI2)**- start with 1 pump per day and gradually increase to 3 pumps per day taken on an empty stomach
**Updates:** Ran out

## Plan

**Personalized Treatment Plan**- SIBO:
- Start liposomal Biocidin
- conitnue the SBI protect and the BCH SOoth
- check in with Vicki to start broadening your diet.

Lyme disease:
- We can start the liposmal biocidin and the doxycycline now together

Immune support:
- we can approach adding different immune support medical grade mushroom, elderberry, astragalus, and melatonin.

candidiasis:
- start 2 weeks of diflucan. After the 2 weeks of taking daily, i want you to start taking 1 time per week for a few weeks thereafter.

MACRONS:
- we can always add in ampho B or other nasal sprays but I would like to wait and see if your congestion improves with treating your gut.

Urinary incontinence:
-I encourage you to restart with the pelvic floor PT as much as you can tolerate it

stress/lifestyle:
- keep consistent in try to do the meditation and yoga. Your body and your mind needs it.

Otherwise- I'ld like you to continue your plan uninterrupted so we can have less confounders as to what is helping and what is not making a difference. Today the only changes are adding fluconazole and doxycline and liposomal biocidin

## Attachments

Encounter Summary: Aug 17, 2021

Supplement Plan: 08/17/2021

This summary may not show the doctor's notes or specific documentation. If you would like access to additional documentation you must request a copy of your note from your provider

Contact Cerbo Technical Support
Patient Portal Cerbo© 2022

**From:**Keeta Fox <
**Sent:**Tue, 25 Jan 2022 13:47:40 -0500
**To:**Buss, Heather
**Subject:**Re: LTD Claim 10310112 - Updates re: records

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Heather

Thanks for info. I will reach out to each doctor. I can also send you the visit notes I have access to. Attached is my latest appointment with Dr Villanueva's office ( Laura Tudor NP). You can see prior to that it was JUly 2020. Let me know if this helps and I will try to send some of the other visit notes.

Thanks
Keeta Fox

On Tue, Jan 25, 2022 at 1:11 PM Buss, Heather <Heather.Buss@lfg.com> wrote:

Hi Keeta,

I hope you are well!

I reviewed your file today as we are the 45th day from the date of our initial request for records. We are missing the following information:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 9, 2021 to present from Dr. Pilkington

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans

from October 1, 2020 to present from Dr. Brown. and Dr. Villaneuva

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2021 to present from Dr. Yee

We will continue to follow up for the above records and ask that you also contact your providers to ensure they provide the requested records for your claim file. As a reminder all records are due by February 19, 2022. I have also sent you a letter confirming this information as well.

Please reach out with any questions or updates.

Thank you,



**Heather Buss**
LTD Technical Specialist II
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

800.291.0112 Office
Extension 13968

LincolnFinancial.com

Follow us on:



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Keeta Fox <
**Sent:**Tue, 25 Jan 2022 14:29:16 -0500
**To:**Buss, Heather
**Subject:**Re: LTD Claim 10310112 - Updates re: records

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Heather
I just talked to UL neurology ( Dr Brown) and they mailed a copy of my chart to you on January 4th so you should get it in day now in the snail mail.

Thanks
Keeta Fox

On Tue, Jan 25, 2022 at 1:11 PM Buss, Heather <Heather.Buss@lfg.com> wrote:

Hi Keeta,

I hope you are well!

I reviewed your file today as we are the 45th day from the date of our initial request for records. We are missing the following information:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 9, 2021 to present from Dr. Pilkington

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans

from October 1, 2020 to present from Dr. Brown. and Dr. Villaneuva

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2021 to present from Dr. Yee

We will continue to follow up for the above records and ask that you also contact your providers to ensure they provide the requested records for your claim file. As a reminder all records are due by February 19, 2022. I have also sent you a letter confirming this information as well.

Please reach out with any questions or updates.

Thank you,



**Heather Buss**
LTD Technical Specialist II
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

800.291.0112 Office
Extension 13968

LincolnFinancial.com

Follow us on:



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Buss, Heather
**Sent:**Mon, 31 Jan 2022 17:26:23 +0000
**To:**Keeta Fox
**Subject:**RE: LTD Claim 10310112 - Updates re: records

Hi Keeta,

I have received the attached visit summary for Dr. Yee. The summary does note that it may not show the doctor's notes or specific documentation, so in the interest of ensuring we have the most accurate information, I would recommend that we obtain the actual office visit notes. We'll continue to follow up for those records. If you do have access to the actual office visit notes through portal, please fee free to send them.

If you would like, you can also send additional summaries, but as advised above, they may not contain complete information.

Thanks for your assistance!

Kind regards,



Heather Buss
LTD Technical Specialist II
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

800.291.0112 Office
Extension 13968

LincolnFinancial.com

Follow us on:



**From:** Keeta Fox <
**Sent:** Monday, January 31, 2022 9:23 AM
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Re: LTD Claim 10310112 - Updates re: records

Sorry about duplicate. This should be latest from Dr Yee. If this format is acceptable let me know and I can send the other appts. Thanks

Keeta Fox

On Mon, Jan 31, 2022 at 9:10 AM Buss, Heather <Heather.Buss@lfg.com> wrote:

Hi Keeta,

The attached records is actually a duplicate of the 1/12/22 office visit note with Laura Tudor. There is no record from Dr. Yee.

Thank you,



Heather Buss
LTD Technical Specialist II
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

800.291.0112 Office
Extension 13968

LincolnFinancial.com

Follow us on:




**From:** Keeta Fox <
**Sent:** Tuesday, January 25, 2022 2:34 PM
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Re: LTD Claim 10310112 - Updates re: records

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

HI Heather
Here is the most recent appt from Dr Yee. She has diagnosed me with the following:
Mast Cell Activation Syndrome
Reactivated Epstein Barr

If this type of visit summary is helpful I will send you the previous appointment summar. Just let me know. Thanks.

Keeta Fox

On Tue, Jan 25, 2022 at 1:11 PM Buss, Heather <Heather.Buss@lfg.com> wrote:

Hi Keeta,

I hope you are well!

I reviewed your file today as we are the 45th day from the date of our initial request for records. We are missing the following information:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 9, 2021 to present from Dr. Pilkington

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans

from October 1, 2020 to present from Dr. Brown. and Dr. Villaneuva

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2021 to present from Dr. Yee

We will continue to follow up for the above records and ask that you also contact your providers to ensure they provide the requested records for your claim file. As a reminder all records are due by February 19, 2022. I have also sent you a letter confirming this information as well.

Please reach out with any questions or updates.

Thank you,



Heather Buss
LTD Technical Specialist II
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

800.291.0112 Office
Extension 13968

LincolnFinancial.com

Follow us on:




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Keeta Fox <
**Sent:**Mon, 31 Jan 2022 09:28:15 -0500
**To:**Buss, Heather
**Subject:**Re: Norton Urogynecology Dr Pilkington

HI Heather
The March 21 appt was the last appt with Dr Pilkington. Thanks

On Mon, Jan 31, 2022 at 9:18 AM Buss, Heather <Heather.Buss@lfg.com> wrote:

Hi Keeta,

This attachment contained records dated 1/28/21 to 11/29/21 from both Dr. Pilkington and Dr. Blackburn. Records for Dr. Pilkington were dated 1/28/21 to 3/31/21.

Please confirm if that is the complete record form Dr. Pilkington with the most recent date of service eon 3/31/21.

Thank you,



Heather Buss

LTD Technical Specialist II

Lincoln Financial Group

PO Box 2578

Omaha, NE 68172-9688

800.291.0112 Office

Extension 13968

LincolnFinancial.com

Follow us on:




---

**From:** Keeta Fox <
**Sent:** Wednesday, January 26, 2022 11:58 AM
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** Norton Urogynecology Dr Pilkington

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Heather

First section of this report shows Dr Pilkington's records. I requested it yesterday and they just sent it to me.

Hope this helps

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the

sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

January 26, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 19, 2022.

**We are missing the following information:**

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 9, 2021 to present from Dr. Pilkington

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 1, 2020 to present from Dr. Brown. and Dr. Villaneuva

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2021 to present from Dr. Yee

****Updated forms have been received so you do not need to resend these forms at this time****

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II

Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: 10310112-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-12.07.2021

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

December 8, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On December 7, 2021, we requested updated medical records from all your current treating providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 30, 2020 through present from Dr. Potts, April 20, 2021 to present from Dr. Blackburn, March 9, 2021 to present from Dr. Burns, December 15, 2020 to present from Dr. Huelsman, January 9, 2021 to present form Dr. Pilkington, March 11, 2021 to present from Dr. Stern, January 28, 2021 to present from Mayo Clinic, January 1, 2021 to present Dr. Singer, October 1, 2020 to present from Dr. Brown , October 1, 2020 to present from Dr. Kempf, October 1, 2020 to present from Dr. Villanueva, November 1, 2020 to present from Dr. George

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on August 4, 2020, the change in definition will occur on August 4, 2022. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by January 4, 2022:

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
__ Other

Papa John's International, Inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 20, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 19, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 19, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

**Return To:** Heather Buss ______



EMPLOYEE/CLAIMANT NAME: Keeta Fox ______

CLAIM NO: 10310112 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Papa John's International, Inc ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left _____ Right _____

Are you able to work in your garden? Yes _____ No _____

Are you able to work on your house? Yes _____ No _____

Are you able to wash your car? Yes _____ No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos Other: ______________

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: ______________

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes _____ No _____

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________

______________________________

Lincoln
Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________________
______________________________
______________________________
______________________________
______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________
______________________________
______________________________
______________________________
______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________________________

Name of legal representative, if applicable (print) _________________________________ Relationship ___________________

Signature of claimant or legal representative _______________________________________ Date: _____________________

Date of Birth: _ ____ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

**Return To:** Heather Buss

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________ **DATE:** ______________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

**Return to:** Heather Buss

**EMPLOYEE/CLAIMANT NAME:** Keeta Fox **CLAIM #:** 10310112
**EMPLOYER:** Papa John's International, Inc **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

**From:**Buss, Heather
**Sent:**Tue, 25 Jan 2022 18:11:25 +0000
**To:**'
**Subject:**LTD Claim 10310112 - Updates re: records

Hi Keeta,

I hope you are well!

I reviewed your file today as we are the 45th day from the date of our initial request for records. We are missing the following information:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 9, 2021 to present from Dr. Pilkington

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans
from October 1, 2020 to present from Dr. Brown. and Dr. Villaneuva

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2021 to present from Dr. Yee

We will continue to follow up for the above records and ask that you also contact your providers to ensure they provide the requested records for your claim file. As a reminder all records are due by February 19, 2022. I have also sent you a letter confirming this information as well.

Please reach out with any questions or updates.

Thank you,



Heather Buss
LTD Technical Specialist II
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

800.291.0112 Office
Extension 13968

LincolnFinancial.com

Follow us on:


Need to check your claim status?
MyLincolnPortal.com is available 24/7
Access your info today

ReleasePoint

**Medical Record Overview**

**Date:** **January 12, 2022**

**Patient Name:** FOX, KEETA

**Records From:** Dr. Marjorie Pilkington
4123 DUTCHMANDS LN
LOUSVILLE, KY 40207
(502) 409-5600

**Request Scope:** From January 9, 2021 to Present

**Chart Range:** 03/25/2021 - 12/17/2021

**RP ID:** 8701756

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** H Buss
H Buss

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 29 2021 | Dec 17 2021 | 19 | 2 |
| Consultations | Mar 25 2021 | Mar 25 2021 | 1 | 21 |
| Request Corr. | | | 5 | 22 |
| Billing | | | 1 | 27 |
| | | **Total Page Count:** | 26 | |

**Notes From QC:**

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON HEALTHCARE
200 E Chestnut St
LOUISVILLE KY 40202

Fox, Keeta
MRN: EP00363111, DOB: 11/6/1966, Sex: F

## Patient
## ROI Authorization

**Release Authorization**

| | | | |
|---|---|---|---|
| Type: | Signed Form | | |
| Effective Date: | | Expiration Date: | 12/10/2022 |
| Received By: | Stacey, Jennifer | Received Date: | 1/4/2022 7:37 AM |

Scan on 1/4/2022 7:37 AM by Stacey, Jennifer: Dr. Marjorie Pilkington (below)

RECEIVED
DEC 27 2021
HEALTH INFORMATION MANAGEMENT

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

NORTON HEALTHCARE
PO BOX 35070
ATTN: MEDICAL RECORDS HIM-N16
LOUISVILLE, KY 40232

Date: Dec 17, 2021

**Re: Long Term Disability Benefits**
Claim# 8701756 1031D112
Claimant: FOX, KEETA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: NOR728

Dear 502-629-8766 ext 4,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From January 9, 2021 to Present**
**medical records -seen by: Dr. Marjorie Pilkington**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Joanne Christine Lariosa
Disability Information Specialist
Phone No.: (213) 269-4242
Fax No: (213) 884-4921

RPID: 8701751

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON HEALTHCARE
200 E Chestnut St
LOUISVILLE KY 40202

Fox, Keeta
MRN: EP00363111, DOB: 11/6/1966, Sex: F

**Patient**
**ROI Authorization (continued)**

NORTON HEALTHCARE 8701749

AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION

I HEREBY REQUEST A COPY OF THE FOLLOWING PATIENT'S MEDICAL RECORD

1. **Full Name of Patient:** FOX, KEETA **Social Security:**
2. **Maiden Name/Alias:** Cleary **Patient's Birth Date:**
3. **INFORMATION REQUESTED (X):** (☒) Medical Record (☒) Psychiatric Records ( ) Itemized Bills

******If only a portion of the Medical record or Psychiatric record is required please specify******

4. ( ) Discharge Summary ( ) Emergency Room ( ) Laboratory Results
( ) History & Physical ( ) X-Ray Report ( ) Immunization Records
( ) Orders ( ) Operative Reports ( ) Progress Notes
(☒) HIV Test/Status ( ) Nurses Notes
(☒) Other (Specify)* all PHI, excluding x-ray films

5. **IDENTIFY THE FACILITY WHERE THE PATIENT WAS TREATED (X):** **PT must complete this section**

( ) Norton Healthcare - specify Hospital:
( ) Norton Cancer Institute, specify location:
( ) Norton Community Medical Associates, specify location:
( ) Kosair Children Hospital Medical Associates, specify location:
( ) Norton Immediate Care Center, specify location
(☒) Other, specify location: Norton Hem + Head, All Women Gynecology

6. **Identify date of service or date ranges requested including month and year:** FROM: 04/20/2021 TO: Present

7. **The above record is to be released/mailed to the following individual:**

8. Name & Title: Lincoln Financial Group (c/o ReleasePoint)
Street Address: PO Box 1390
City/State/Zip: St. Peters MO 63376 Phone Number:

9. **THIS RECORD IS REQUESTED FOR THE FOLLOWING REASON (X):**
( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes
( ) Personal Interest (☒) Other (Specify) Claims - Disability Insurance

10. The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent will expire 60 days after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event One year. Such expiration date or event has not occurred.

REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.

11. ( ) Kentucky Law directs health care providers to furnish to a patient, At the patient's request, one free copy of the patient's Medical Record. * ( ) Additional requests for copies will be charged a rate of $1.00 per page.

* Free copies may exclude copies of x-ray films, video tapes or color photographs and a separate fee will be assessed if these items are requested.

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

NOTE: A COPY OF A PICTURE ID MUST BE ATTACHED TO THIS AUTHORIZATION FORM. If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may inspect or copy any information used/disclosed under this authorization.

12. Signature Keeta Fox Date 12/10/21
Patient, Parent or Legally Authorized Representative

Relationship to the Patient: Self Phone Number (502)235-0765

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentiality is protected by federal and/or state law. Federal and state regulations prohibits you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpRPID: 870175(

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Blackburn, Ethan, MD | Blackburn, Ethan, MD | Potts, Gregory J, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Louisville Arm & Hand | 9880 Angies Way<br>Suite 350<br>Louisville KY 40241-2852 | 502-629-4263 | 502-629-4282 |

#### Questionnaires

No completed forms available for this encounter.

#### Level of Service

| Level of Service | Modifiers |
|---|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN** | SIGNIFICANT, SEPARATELY IDENTIFIABLE EVALUATION AND MANAGEMENT SERVICE BY THE SAME PHYSICIAN ON THE SAME DAY OF THE PROCEDURE OR OTHER SERVICE<br>MULTIPLE PROCEDURES |

**Log History**
LOS History

### Reason for Visit

#### Chief Complaint

- Follow-up (bilateral CTS)

#### Visit Diagnosis

- **Carpal tunnel syndrome, bilateral (primary)**

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand
## Code Timeline

### Patient Care Timeline

No data selected in time range

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

### Patient Summary as-of Visit

#### Immunizations

No documentation.

#### History as of 11/29/2021

**Medical History** as of 11/29/2021

**Medical last reviewed by Johnson, Amanda on 11/29/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety and depression | — | — | Provider |
| Arthritis | — | — | Provider |

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

**Patient Summary as of Visit (continued)**

| | | | |
|---|---|---|---|
| Chronic fatigue | — | — | Provider |
| Colon polyp | — | — | Provider |
| Dermatitis | — | "Spongy" per patient | Provider |
| Gastroparesis | — | — | Provider |
| History of kidney stones | — | — | Provider |
| Osteoporosis | — | — | Provider |
| Sjogren's disease (CMS/HCC) | — | — | Provider |
| Small fiber neuropathy | — | — | Provider |
| Temporomandibular joint disorder (TMJ) | — | — | Provider |

**Surgical History** as of 11/29/2021

**Surgical last reviewed by Johnson, Amanda on 11/29/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| COLONOSCOPY | — | — | — | Provider |
| COLON SURGERY | — | 11/2020 | REMOVAL OF 12 INCHES OF COLON | Provider |

**Family History** as of 11/29/2021

**Family History as of 11/29/2021**

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes | | |

**Substance & Sexuality History**

**Tobacco Use**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

**Alcohol Use**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | Previously 1 glass of wine | Provider |

**Patient Summary as-of Visit (continued)**

per night but none now

**Drug Use**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | Male | Married | Provider |

**Socioeconomic History as of 11/29/2021**

**Socioeconomic as of 11/29/2021**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

## Vaping and E-Cig

**E-cigarettes/Vaping**

| Question | Response | Comments |
|---|---|---|
| E-cigarette/Vaping Use | — | — |
| Start Date | — | — |
| Quit Date | — | — |
| Cartridges/Day | — | — |
| Counseling Given | — | — |
| Passive Exposure | — | — |
| Comments | — | — |
| Nicotine | — | — |
| Flavoring | — | — |
| THC | — | — |
| CBD | — | — |
| Other | — | — |
| Disposable | — | — |
| Pre-filled or Refillable Cartridge | — | — |
| Refillable Tank | — | — |
| Pre-filled Pod | — | — |
| Other | — | — |

**Clinical Notes**

**Progress Notes**

**Blackburn, Ethan, MD at 11/29/2021 1254**

Author: Blackburn, Ethan, MD
Filed: 11/29/2021 1:00 PM
Editor: Blackburn, Ethan, MD (Physician)

Service: —
Encounter Date: 11/29/2021

Author Type: Physician
Status: Signed

**Hand Surgery Consultation Note**

**Keeta Fox**

**EP00363111**

**I was asked to see Keeta Fox at the request of Dr. Gregory J Potts, MD in consultation for**
**Chief Complaint**
Patient presents with
- Follow-up
  *bilateral CTS*
-

**History of Present Illness:**
The patient is a 55 yr/o female, who presents with B hand aching and locking up. Occurred at work. Burning and tingling. Index fingers are the worst. Extensive recent workup with repeat emg's which were normal. Eval at Mayo, U of L. Burning and tingling at night.

**70%better after 2nd injections.**
**+ SPlinting. Symptoms for year.**

**Symptoms from previous visit reviewed as above, changes noted above.**

**Past Medical, Family and Social History:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety and depression | |
| • Arthritis | |
| • Chronic fatigue | |
| • Colon polyp | |
| • Dermatitis<br>*"Spongy" per patient* | |
| • Gastroparesis | |
| • History of kidney stones | |
| • Osteoporosis | |
| • Sjogren's disease (CMS/HCC) | |
| • Small fiber neuropathy | |
| • Temporomandibular joint disorder (TMJ) | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |

**Social History**

Tobacco Use

- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance Use Topics

- Alcohol use: Not Currently
  *Comment: Previously 1 glass of wine per night but none now*

Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Musculoskeletal: Positive for joint pain.
Neurological: Positive for sensory change. Negative for tingling.

**Examination:**
Height: 5' 7" (170.2 cm)
Weight: 62.6 kg (138 lb)

**Appearance/ Mood/affect:**
Patient is awake and alert in no distress, without anxiety.

**Inspection/Skin:**
No thenar atrophy, intrinsic wasting, bruising, swelling, or clawing in either hand.

**Palpation:**
**+L tinel B CT**
**- phalen**

**Muscle strength:**
5 of 5 abductor pollicis brevis and first dorsal interosseous, FPL, EPL, finger flexion, finger extension, FDP to the second and fifth.

**Range of motion:**
Full digital range of motion bilaterally

**Stability :**
All digits stable through arc of active range of motion bilaterally.

**Sensation:**
Light touch sensation normal median radial and ulnar distributions.

**Vascular:**
Radial pulses 2+ bilaterally

**11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Clinical Notes (continued)**

**Numerous EMGs reviewed. Initially bilateral carpal tunnel syndrome was present. Since then has had several EMGs that do not show carpal tunnel syndrome**

| | | |
|---|---|---|
| **1.** | **Carpal tunnel syndrome, bilateral** | **lidocaine injection 1%**<br>**betamethasone acetate-betamethasone sodium phosphate (CELESTONE) injection 18 mg** |

**Assessment/Plan:**

The patient has B carpal tunnel syndrome and has failed to respond to brace treatment. I presented all treatment options to the patient including observation, continued bracing, Corticosteroid injection with bracing, or surgical intervention. After understanding the risks and benefits associated with each the patient elected to proceed with corticosteroid injection into B carpal tunnel. Risks including hypopigmentation, hyperglycemia and loss of subcutaneous fat discussed.

**Indications: B Carpal tunnel syndrome, nonresponsive to brace treatment**
**Procedure: B Carpal tunnel injection**

**Verbal consent for the procedure was obtained after potential benefits and risks were discussed. Risks include, hypopigmentation of skin, injury to the median nerve, loss of subcutaneous fat, hyperglycemia. The correct procedure site was identified. Following a sterile alcohol prep, a 25g needle was advanced into the bilateral volar wrist ulnar to palmaris longus and proximal to the wrist flexion crease into the carpal tunnel space, carefully avoiding the median nerve. There was free flow into the carpal tunnel with and the patient experienced no paresthesias. The tunnel was injected with 1.0cc of betamethasone and 1.0 cc of 1%lidocaine. The area was cleansed with isopropyl alcohol and a band aid was applied.**

**The patient tolerated the procedure well.**

Ethan Blackburn, MD

Electronically signed by Blackburn, Ethan, MD at 11/29/2021 1:00 PM

**Medication Administrations**

**betamethasone acetate-betamethasone sodium phosphate (CELESTONE) injection 18 mg [488617965]**

| | |
|---|---|
| Ordering Provider: Blackburn, Ethan, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 11/29/21 1259 | Starts/Ends: 11/29/21 1300 - 11/29/21 1302 |
| Dose (Remaining/Total): 18 mg (0/1) | Route: Intra-articular |
| Frequency: Once | Rate/Duration: — / — |

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

### Medication Administrations (continued)

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 11/29/21 1302<br>Documented: 11/29/21 1303 | Given by MD/CRNA/PA/ APRN | 18 mg | Intra-articular<br>Other | Performed by: Baux, Crystal<br>Comments: 10/2022 B/L CT INJECTIONS<br>Scanned Package: 0517-0720-01 |

**lidocaine injection 1% [488617964]**

Ordering Provider: Blackburn, Ethan, MD
Ordered On: 11/29/21 1259
Dose (Remaining/Total): 3 mL (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 11/29/21 1300 - 11/29/21 1303
Route: Injection
Rate/Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 11/29/21 1303<br>Documented: 11/29/21 1303 | Given by MD/CRNA/PA/ APRN | 3 mL | Injection<br>Other | Performed by: Baux, Crystal<br>Comments: 01/2024 B/L CT INJECTIONS<br>Scanned Package: 55150-161-02 |

### Other Orders

**Medications**

**lidocaine injection 1% (Completed)**

Electronically signed by: **Blackburn, Ethan, MD on 11/29/21 1259** Status: **Completed**
Ordering user: Blackburn, Ethan, MD 11/29/21 1259 Ordering provider: Blackburn, Ethan, MD
Authorized by: Blackburn, Ethan, MD Ordering mode: Standard
Frequency: Routine Once 11/29/21 1300 - 1 occurrence Class: Normal
Diagnoses
Carpal tunnel syndrome, bilateral [G56.03]

**Indications**

Carpal tunnel syndrome, bilateral [G56.03 (ICD-10-CM)]

**betamethasone acetate-betamethasone sodium phosphate (CELESTONE) injection 18 mg (Completed)**

Electronically signed by: **Blackburn, Ethan, MD on 11/29/21 1259** Status: **Completed**
Ordering user: Blackburn, Ethan, MD 11/29/21 1259 Ordering provider: Blackburn, Ethan, MD
Authorized by: Blackburn, Ethan, MD Ordering mode: Standard
Frequency: Routine Once 11/29/21 1300 - 1 occurrence Class: Normal
Diagnoses
Carpal tunnel syndrome, bilateral [G56.03]

**Indications**

Carpal tunnel syndrome, bilateral [G56.03 (ICD-10-CM)]

### Flowsheets

**Encounter Vitals**

| Row Name | 11/29/21 1221 |
|---|---|
| Enc Vitals | |

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Weight | 138 lb (62.6 kg) -AJ at 11/29/21 1221 |
| Height | 5' 7" (1.702 m) -AJ at 11/29/21 1221 |

**Medical Wt Mgmt 12 Week Program**

| Row Name | 11/29/21 1221 |
|---|---|
| Week 1-12 | |
| Today's Weight | 138 Lbs -AJ at 11/29/21 1221 |

**Misc. Formula Calculations**

| Row Name | 11/29/21 1221 |
|---|---|
| OTHER | |
| BMI (Calculated) | 21.7 -AJ at 11/29/21 1221 |
| Weight | 0 -AJ at 11/29/21 1221 |
| BSA (Calculated - sq m) | 1.72 sq meters -AJ at 11/29/21 1221 |
| BMI (Calculated) | 21.6 -AJ at 11/29/21 1221 |
| IBW (Calculated) Female | 61.6 kg -AJ at 11/29/21 1221 |
| Low Range Vt 6cc/kg FEMALE | 369.6 mL -AJ at 11/29/21 1221 |
| Adult Moderate Range vt 8cc/kg FEMALE | 492.8 mL -AJ at 11/29/21 1221 |
| Adult High Range Vt 10cc/kg FEMALE | 616 mL -AJ at 11/29/21 1221 |
| Weight in (lb) to have BMI = 25 | 159.3 -AJ at 11/29/21 1221 |
| Percent Weight Change Since Birth | 0 -AJ at 11/29/21 1221 |
| Vasopressin (20units/ml)// 1 unit/kg | 2 ml -AJ at 11/29/21 1221 |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 ml -AJ at 11/29/21 1221 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 10 ml -AJ at 11/29/21 1221 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 ml -AJ at 11/29/21 1221 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 ml -AJ at 11/29/21 1221 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 ml -AJ at 11/29/21 1221 |
| Dextrose 25% | 50 ml -AJ at 11/29/21 |

**Flowsheets (continued)**

| | |
|---|---|
| (0.25gm/ml)// 0.5gm/kg | 1221 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 ml -AJ at 11/29/21 1221 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 mg -AJ at 11/29/21 1221 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 ml -AJ at 11/29/21 1221 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 ml -AJ at 11/29/21 1221 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 ml -AJ at 11/29/21 1221 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 ml -AJ at 11/29/21 1221 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 ml -AJ at 11/29/21 1221 |
| Vasopressin (20units/ml)// 0.5 units/kg | 2 ml -AJ at 11/29/21 1221 |
| Cardioversion First Attempt (0.5 joules/kg) | 50 joules -AJ at 11/29/21 1221 |
| Defibrillation First attempt (2 joules/kg) | 150 joules -AJ at 11/29/21 1221 |
| Defibrillation First attempt (2 joules/kg) | 120 -AJ at 11/29/21 1221 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 ml -AJ at 11/29/21 1221 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 ml -AJ at 11/29/21 1221 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 ml -AJ at 11/29/21 1221 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 ml -AJ at 11/29/21 1221 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 joules -AJ at 11/29/21 1221 |
| Cardioversion Subsequent Attempts | 70 joules -AJ at 11/29/21 1221 |

**11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| (1joule/kg) | |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 ml -AJ at 11/29/21 1221 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 6.26 ml -AJ at 11/29/21 1221 |
| Procainamide infusion (10mg/ml)// 5mg/kg | 10 ml -AJ at 11/29/21 1221 |
| Amiodarone (50mg/ml) Drip Loading Dose// (5mg/kg) | 6.26 ml -AJ at 11/29/21 1221 |
| Amiodarone (6mg/ml) Drip Maintenance Dose | 3.13 -AJ at 11/29/21 1221 |
| Esmolol Loading Dose// (0.1 mg/kg) | 0.63 -AJ at 11/29/21 1221 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 3.13 -AJ at 11/29/21 1221 |
| Esmolol (10mg/ml) Drip Maintenance Dose | 75.12 -AJ at 11/29/21 1221 |
| Milrinone (200 mcg/ml) Loading Dose// (0.05 mg/kg) | 15.65 -AJ at 11/29/21 1221 |
| Milrinone (200 mcg/ml) Drip Maintenance Dose | 18.78 -AJ at 11/29/21 1221 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -AJ at 11/29/21 1221 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -AJ at 11/29/21 1221 |
| Amiodarone Bolus | 52.16 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -AJ at 11/29/21 1221 |
| Adenosine (3mg/ml)// 0.1mg/kg | 6 -AJ at 11/29/21 1221 |

NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Fox, Keeta
MRN: EP00363111, DOB:
Visit date: 11/29/2021

Sex: F

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 1 mg -AJ at 11/29/21 1221 |
| Atropine dose (0.1mg/ml)// 0.02mg/kg | 1 -AJ at 11/29/21 1221 |
| Calcium Chloride 10% Dose (100mg/ml)// 25MG/KG | 1000 -AJ at 11/29/21 1221 |
| Calcium Gluconate 10% Dose (100mg/ml)// 100MG/KG | 3000 -AJ at 11/29/21 1221 |
| Lidocaine 2% Dose (20mg/ml)// 1mg/kg | 100 -AJ at 11/29/21 1221 |
| Sodium Bicarbonate Dose (1 mEq/ml)// 1 mEq/kg | 50 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion Dose (50MG/ML) (For Bronchospasm) | 2000 -AJ at 11/29/21 1221 |
| Lorazepam (2mg/ml)// 0.05 mg/kg | 1.56 ml -AJ at 11/29/21 1221 |
| Lorazepam (2mg/ml)// 0.1 mg/kg | 2 ml -AJ at 11/29/21 1221 |
| Fosphenytoin (10mg/ml~)// 20mg/kg | 125.19 ml -AJ at 11/29/21 1221 |
| Phenobarbital (10mg/ml~)// 20 mg/kg | 125.19 ml -AJ at 11/29/21 1221 |
| Phenobarbital (10mg/ml~)// 10 mg/kg | 62.6 ml -AJ at 11/29/21 1221 |
| Leviracetam (15mg/ml)// 20mg/kg | 83.46 ml -AJ at 11/29/21 1221 |
| Diazepam Rectal (5mg/ml)// 0.5mg/kg | 6.26 ml -AJ at 11/29/21 1221 |
| Midazolam Intranasal (5mg/ml)// 0.2 mg/kg | 2.5 ml -AJ at 11/29/21 1221 |
| Diazepam Rectal (5mg/ml)// 0.3mg/kg | 3.76 ml -AJ at 11/29/21 1221 |
| Diazepam Rectal (5mg/ml)// 0.2mg/kg | 2.5 ml -AJ at 11/29/21 1221 |

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)

**Flowsheets (continued)**

| Patient Data | |
|---|---|
| BMI (Calculated) | 21.6 -AJ at 11/29/21 1221 |
| Today's Weight | 138 Lbs -AJ at 11/29/21 1221 |

| Week 1-12 | |
|---|---|
| Weight in (lb) to have BMI = 30 | 191.6 -AJ at 11/29/21 1221 |

| Emergency Drugs | |
|---|---|
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -AJ at 11/29/21 1221 |
| Dextrose 50% Dose (0.5gm/ml)// 0.5gm/kg | 50 -AJ at 11/29/21 1221 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -AJ at 11/29/21 1221 |

| NICU Code Drugs | |
|---|---|
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -AJ at 11/29/21 1221 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -AJ at 11/29/21 1221 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -AJ at 11/29/21 1221 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -AJ at 11/29/21 1221 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -AJ at 11/29/21 1221 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -AJ at 11/29/21 1221 |
| Naloxone (Narcan) (0.4mg/ml)// 0.01mg/kg | 1.56 -AJ at 11/29/21 1221 |
| Naloxone | 5 -AJ at 11/29/21 1221 |

**Flowsheets (continued)**

| | |
|---|---|
| (Narcan) (0.4mg/ml)// 0.1mg/kg | |

Loading Dose for Continuous Infusions

| | |
|---|---|
| Esmolol Loading Dose// (0.1 mg/kg) | 0.31 -AJ at 11/29/21 1221 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 1.56 -AJ at 11/29/21 1221 |
| Milrinone (0.2mg/ml) Loading Dose// (0.05 mg/kg) | 15.65 -AJ at 11/29/21 1221 |

**NICU Code Medications**

| Row Name | 11/29/21 1221 |
|---|---|
| Cardioversion/Defibrillation | |
| Cardioversion First Attempt (0.5 joules/kg) | 30 -AJ at 11/29/21 1221 |
| Cardioversion Subsequent Attempts (1joule/kg) | 70 -AJ at 11/29/21 1221 |
| Defibrillation First attempt (2 joules/kg) | 120 -AJ at 11/29/21 1221 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -AJ at 11/29/21 1221 |

NICU Code Drugs

| | |
|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -AJ at 11/29/21 1221 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -AJ at 11/29/21 1221 |
| Adenosine (3mg/ml)// 0.3mg/kg | 2 -AJ at 11/29/21 1221 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -AJ at 11/29/21 1221 |
| Dextrose 10% (0.1gm/ml)// 0.2 gm/kg | 50 -AJ at 11/29/21 1221 |
| Dextrose 10% (0.1gm/ml)// 0.4gm/kg | 50 -AJ at 11/29/21 1221 |
| NICU Epinephrine IV | 10 -AJ at 11/29/21 1221 |

**Flowsheets (continued)**

| | |
|---|---|
| 1:10,000 (0.1mg/ml)// 0.01mg/kg | |
| NICU Epinephrine 1:10,000 IV (0.1mg/ml)// 0.03mg/kg | 10 -AJ at 11/29/21 1221 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.05mg/kg | 31.3 -AJ at 11/29/21 1221 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.1mg/kg | 62.6 -AJ at 11/29/21 1221 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.13 -AJ at 11/29/21 1221 |
| Naloxone (Narcan) (1 mg/ml)// 0.1mg/kg | 2 -AJ at 11/29/21 1221 |
| Naloxone (Narcan) (1 mg/ml)// 0.01mg/kg | 0.63 -AJ at 11/29/21 1221 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -AJ at 11/29/21 1221 |
| Ecmo Patient Heparin Bolus // 100 u/kg | 6259.6 -AJ at 11/29/21 1221 |

**Nutrition Evaluation/Planning**

| Row Name | 11/29/21 1221 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 % -AJ at 11/29/21 1221 |

**Peds Code Medications**

| Row Name | 11/29/21 1221 |
|---|---|
| Cardioversion/Defibrillation | |
| Cardioversion First Attempt (0.5 joules/kg) | 30 -AJ at 11/29/21 1221 |
| Cardioversion Subsequent Attempts (1joule/kg) | 75 -AJ at 11/29/21 1221 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -AJ at 11/29/21 1221 |

**11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Flowsheets (continued)**

| Emergency Drugs | |
|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -AJ at 11/29/21 1221 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -AJ at 11/29/21 1221 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -AJ at 11/29/21 1221 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -AJ at 11/29/21 1221 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 -AJ at 11/29/21 1221 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 -AJ at 11/29/21 1221 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -AJ at 11/29/21 1221 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -AJ at 11/29/21 1221 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -AJ at 11/29/21 1221 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 2.5 -AJ at 11/29/21 1221 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -AJ at 11/29/21 1221 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 3.1 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -AJ at 11/29/21 1221 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -AJ at 11/29/21 1221 |
| NALOXONE (NARCAN) (1 MG/ML)// 0.1MG/KG | 2 -AJ at 11/29/21 1221 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 0.83 -AJ at 11/29/21 1221 |
| Sodium Bicarbonate (1 mEq/ml)// 1 | 50 -AJ at 11/29/21 1221 |

**11/29/2021 - Office Visit in Norton Louisville Arm & Hand (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| mEq/kg | |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -AJ at 11/29/21 1221 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -AJ at 11/29/21 1221 |
| Mannitol 20% (200mg/ml)// 1 gram/kg | 313 -AJ at 11/29/21 1221 |

Emergency Drug Drip Calculations

| | |
|---|---|
| Amiodarone Bolus | 50 -AJ at 11/29/21 1221 |

**Procedural Safety Tool**

| Row Name | 11/29/21 1300 |
|---|---|
| Procedural Safety Tool | |
| Procedural Safety Tool | Yes B/L CT INJECTIONS -CB at 11/29/21 1302 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| AJ | Johnson, Amanda | 08/03/21 - | Medical Assistant | — |
| CB | Baux, Crystal | 07/06/20 - | Technologist | — |

NORTON HEALTHCARE 8701749

AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION

I HEREBY REQUEST A COPY OF THE FOLLOWING PATIENT'S MEDICAL RECORD:

1. Full Name of Patient: FOX, KEETA Social Security#

2. Maiden Name/Alias: Cleary Patient's Birth Date:

3. INFORMATION REQUESTED (X): (☒) Medical Record (☒) Psychiatric Records ( ) Itemized Bills

******If only a portion of the Medical record or Psychiatric record is required please specify *******

4. ( ) Discharge Summary ( ) Emergency Room ( ) Laboratory Results
( ) History & Physical ( ) X-Ray Report ( ) Immunization Records
( ) Orders ( ) Operative Reports ( ) Progress Notes
(☒) HIV Test/Status ( ) Nurses Notes
(☒) Other (Specify)* all PHI, excluding x-ray films

5. IDENTIFY THE FACILITY WHERE THE PATIENT WAS TREATED (X): **PT must complete this section**

(☐) Norton Healthcare - specify Hospital:

(☐) Norton Cancer Institute, specify location:

(☐) Norton Community Medical Associates, specify location:

(☐) Kosair Children Hospital Medical Associates, specify location:

(☐) Norton Immediate Care Center, specify location

(☒) Other, specify location: Norton Arm + Hand, All Women Gynecology

6. Identify date of service or date ranges requested including month and year: FROM: 04/20/2021 TO: Present

7. The above record is to be released/mailed to the following individual:

8. Name & Title: Lincoln Financial Group (c/o ReleasePoint)

Street Address: PO Box 1390

City/State/Zip: St. Peters MO 63376 Phone Number:

9. THIS RECORD IS REQUESTED FOR THE FOLLOWING REASON (X):
( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes
( ) Personal Interest (☒) Other (Specify) Claims - Disability Insurance

10. The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent will expire 60 days after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event One year . Such expiration date or event has not occurred.

REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.

11. ( ) Kentucky Law directs health care providers to furnish to a patient, At the patient's request, one free copy of the patient's Medical Record. * ( ) Additional requests for copies will be charged a rate of $1.00 per page.

* Free copies may exclude copies of x-ray films, video tapes or color photographs and a separate fee will be assessed if these items are requested.

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

NOTE: A COPY OF A PICTURE ID MUST BE ATTACHED TO THIS AUTHORIZATION FORM. If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may inspect or copy any information used/disclosed under this authorization.

12. Signature Keeta Fox Date 12/10/21
Patient, Parent or Legally Authorized Representative

Relationship to the Patient: Self Phone Number (502)235-0765

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentiality is protected by federal and/or state law. Federal and state regulations prohibits you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this pur RPID: 8701750

## Patient (continued)

### Current Medications (continued)

Start date: 3/25/2021

**Famotidine (PEPCID AC PO)**

Entered by: Johnson, Amanda — Entered on: 11/29/2021
Start date: 11/1/2021

**fexofenadine (ALLEGRA) 60 MG tablet**

Instructions: Take 60 mg by mouth daily.
Entered by: Ford, Kayla, LPN — Entered on: 3/31/2021

**loratadine (CLARITIN) 10 MG tablet**

Entered by: Johnson, Amanda — Entered on: 11/29/2021
Start date: 11/1/2021

**NON FORMULARY**

Instructions: Take 450 mg by mouth daily Liposomal Glutathione Solution 450 mg .
Entered by: Grimes, Brooke Nicole, LPN — Entered on: 9/29/2020
Start date: 5/25/2020

**NON FORMULARY**

Instructions: Take 1.4 mLs by mouth Twice a Day Adrena Sooth: Take once in the evening and once at bedtime. .
Entered by: Grimes, Brooke Nicole, LPN — Entered on: 9/29/2020

**Probiotic Product (PROBIOTIC-10 PO)**

Instructions: Take by mouth.
Entered by: Fajardo, Tracy — Entered on: 1/28/2021

**progesterone (PROMETRIUM) 100 MG capsule**

Instructions: Take 100 mg by mouth.
Entered by: Baux, Crystal — Entered on: 11/12/2020
Start date: 10/26/2020

73037639

RECEIVED

DEC 27 2021

HEALTH INFORMATION MANAGEMENT

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

NORTON HEALTHCARE
PO BOX 35070
ATTN: MEDICAL RECORDS HIM-N16
LOUISVILLE, KY 40232

Date: Dec 17, 2021

**Re: Long Term Disability Benefits**
Claim# 8701756 10310112
Claimant: FOX, KEETA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: NOR728

Dear 502-629-8766 ext 4,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From January 9, 2021 to Present**
medical records -seen by: Dr. Marjorie Pilkington

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Joanne Christine Lariosa
Disability Information Specialist
Phone No.: (213) 269-4242
Fax No: (213) 884-4921

RPID: 8701756

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 870175(

## Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | FOX, KEETA |
| RP ID: | 8701756 |
| Access Code: | NOR728 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 8701756

**Patient**
**ROI Authorization (continued)**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

2/17/2021

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2010 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 8701751

Norton Healthcare
Real people. Remarkable care.

NORTON HEALTHCARE
200 E Chestnut St
LOUISVILLE KY 40202

Fox, Keeta
MRN: EP00363111, DOB: Sex: F

## Patient
## ROI Authorization (continued)

**Save Time and Avoid Follow-up Calls**
**Use our Secure Status and Upload Portal**

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | FOX, KEETA |
| RP ID: | 8701756 |
| Access Code: | NOR728 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 8701756

## Patient (continued)

**Demographics**

Name: Keeta Fox
Address:
Date of birth:
Race: White or Caucasian
Mobile:

Sex: Female
Email:

Ethnicity: Not Hispanic or Latino
Home phone: 502-235-0765

**Active Coverages** as of 12/17/2021

## 11/29/2021 - Office Visit in Norton Louisville Arm & Hand
## FACESHEET

Norton Louisville Arm & Hand
9880 Angies Way
Suite 350
Louisville, KY 40241-2852

Encounter Date: 11/29/2021
MRN: EP00363111
Guarantor: FOX,KEETA
Contact Serial #: 10119778658

### PATIENT

Name: FOX, KEETA
Address:
City:
DOB:
Sex: Female
Primary Care Provider: Potts, Gregory J, MD

Preferred Name:
Preferred Language: ENGLISH
Primary Phone:
Mobile Phone: Telephone Information: Mobile
Work Phone: No relevant phone numbers on file.

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. FOX,DAVE | No | Spouse | | (W) 502-418-8989 (C) |
| 2. *No Contact Specified* | | | | (W) 502-418-8989 (C) |

### GUARANTOR

Guarantor: FOX,KEETA
Address:
Relation to Patient: Self
Guarantor ID: 265767

DOB:
Sex: Female
Home Phone:
Work Phone:

GUARANTOR EMPLOYER
Employer:
Status: UNKNOWN

### COVERAGE

PRIMARY INSURANCE

Payor: ANTHEM
Group Number: 214000M0C1
Subscriber Name: FOX,KEETA
Subscriber ID: PJX638A22780
Pat. Rel. to Subscriber: Self

Plan: ANTHEM
Insurance Type: INDEMNITY
Subscriber DOB:

SECONDARY INSURANCE

Payor:
Group Number:
Subscriber Name:
Subscriber ID:
Pat. Rel. to Subscriber:

Plan:
Insurance Type:
Subscriber DOB:

# Quality Assurance Report

## Request Information

Report Date: January 12, 2022

**RP ID:** 8701756

Patient Name: FOX, KEETA

Provider Name: NORTON HEALTHCARE

## Quality Assurance Information

Scope Requested: **From January 9, 2021 to Present**

Special Request:
medical records -seen by: Dr. Marjorie Pilkington

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

January 8, 2022

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 19, 2022.

**We are missing the following information:**

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from April 20, 2021 to present from Dr. Blackburn

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 9, 2021 to present from Dr. Pilkington

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 1, 2020 to present from Dr. Brown. Dr. Kempf and Dr. Villaneuva

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans fromJanuary 1, 2021 to present from Dr. Yee

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II

Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: 10310112-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-12.07.2021

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

December 8, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On December 7, 2021, we requested updated medical records from all your current treating providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 30, 2020 through present from Dr. Potts, April 20, 2021 to present from Dr. Blackburn, March 9, 2021 to present from Dr. Burns, December 15, 2020 to present from Dr. Huelsman, January 9, 2021 to present form Dr. Pilkington, March 11, 2021 to present from Dr. Stern, January 28, 2021 to present from Mayo Clinic, January 1, 2021 to present Dr. Singer, October 1, 2020 to present from Dr. Brown , October 1, 2020 to present from Dr. Kempf, October 1, 2020 to present from Dr. Villanueva, November 1, 2020 to present from Dr. George

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on August 4, 2020, the change in definition will occur on August 4, 2022. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by January 4, 2022:

- X Activities Questionnaire Form
- X Authorization - Medical
- X Claimant Information Form
- X Claimant Supplementary Statement
- __ Other

Papa John's International, Inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 20, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 19, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 19, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

**Return To:** Heather Buss ______



EMPLOYEE/CLAIMANT NAME: Keeta Fox ______

CLAIM NO: 10310112 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Papa John's International, Inc ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

**Lincoln/Fox 1210**

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ____________________ Date: ____________________

Signature: ____________________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________________ Relationship ________________

Signature of claimant or legal representative ________________________________ Date: __________________

Date of Birth: _ ______ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

**Return To:** Heather Buss

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________ **DATE:** ______________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

**Return to:** Heather Buss

**EMPLOYEE/CLAIMANT NAME:** Keeta Fox **CLAIM #:** 10310112
**EMPLOYER:** Papa John's International, Inc **DATE OF BIRTH:**________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ____________ | ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________________

**DATE:**____________________ **EMPLOYEE'S SIGNATURE:** ______________________________

DP 409

ReleasePoint

**Medical Record Overview**

**Date:** **January 4, 2022**

**Patient Name:** FOX, KEETA

**Records From:** Dr. Anthony George
4001 KRESGE WAY, SUITE 200
LOUISVILLE, KY 40207
(502) 895-1995

**Request Scope:** From November 1, 2020 to Present

**Chart Range:** 11/24/2020 - 12/16/2021

**RP ID:** 8701753

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** H Buss
H Buss

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 24 2020 | Dec 16 2021 | 7 | 2 |
| Request Corr. | | | 4 | 9 |

**Total Page Count:** 11

**Notes From QC:**

BAPTIST HEALTH

BH CORPORATE EASTERN TIME ZONE
2600 STANLEY GAULT PKWY STE 101
LOUISVILLE KY 40223-4166

Fox, Keeta R
MRN: 8911342017, DOB: Sex: F

## Patient

### Release Authorization

| | | | |
|---|---|---|---|
| Type: | Signed Authorization | | |
| Effective Date: | | Expiration Date: | 12/15/2022 11:59 PM |
| Received By: | Interface, Scans Incoming | Received Date: | 12/16/2021 1:07 PM |

Scan on 12/16/2021 1307 by New Onbase, Eastern: 12/16/2021 (below)
From HylaFAX Enterprise Thu 16 Dec 2021 10:00:22 AM PST Page 1 of 5

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**BAPTIST HEALTH**
**2600 STANLEY GAULT PKWY STE 101**
**ATTN: RELEASE OF INFORMATION**
**LOUISVILLE, KY 40223**

Date: Dec 16, 2021

**Re: Long Term Disability Benefits**
Claim# 8701753 10310112
Claimant: FOX, KEETA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: BAP295

Dear X3 / MR 502 253 4807,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From November 1, 2020 to Present**
**RF and medical records -seen by: Dr. Anthony George 4001 KRESGE WAY, SUITE 200 Louisville KY 40207**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Joanne Christine Lariosa
Disability Information Specialist
Phone No.: (213) 269-4242
Fax No: (213) 884-4921

RPID: 8701753

BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP
4001 KRESGE WAY SUITE 200
LOUISVILLE KY 40207-4637

Fox, Keeta R
MRN: 8911342017, DOB: Sex: F
Visit date: 12/8/2020

## 12/08/2020 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GENERAL SURGERY

### Clinical Notes

#### Progress Notes

**George, Anthony Jr., MD at 12/8/2020 0920**

Author: George, Anthony Jr., MD
Filed: 12/08/20 0941
Status: Signed
Service: —
Encounter Date: 12/8/2020
Editor: George, Anthony Jr., MD (Physician)
Author Type: Physician
Creation Time: 12/08/20 0939

Subjective
Keeta R Fox is a 54 y.o. female who returns to the office after undergoing a right hemicolectomy on 11/13/2020.

History of Present Illness

The patient is recovering well with no significant postop symptoms. Her appetite has improved and her bowel function is more normal than it has been for more than a year. Her energy level remains poor. She is out walking twice a day.

Review of Systems
Constitutional: Positive for fatigue. Negative for activity change, appetite change and fever.
Respiratory: Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea and nausea.
Skin: Negative for rash and wound.
Psychiatric/Behavioral: Negative for agitation and confusion.

Objective
**Physical Exam**
Constitutional:
General: She is not in acute distress.
Appearance: Normal appearance. She is not ill-appearing or toxic-appearing.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Abdominal:
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Skin:
Comments: **Incision: intact with no evidence of infection.**
Neurological:
Mental Status: She is alert.
Psychiatric:
Behavior: Behavior normal.

Assessment/Plan
The encounter diagnosis was Postoperative visit.

The patient is recovering well from her right hemicolectomy for a strictured ileocolic anastomosis related to Crohn's disease. She was advised to not restrict her diet but allow her body to request the nutrients it needs. She was also encouraged to increase her activity as she is able to tolerate it. She will follow-up on an as-needed basis.

**Clinical Notes (continued)**

Electronically signed by George, Anthony Jr., MD at 12/08/20 0941

**Letters**

**Letter by George, Anthony Jr., MD on 12/8/2020**

Status: Sent
Letter body:

December 8, 2020

Greg J. Potts, MD
2002 Papa John's Blvd
Louisville KY 40299

Patient: **Keeta R Fox**
Date of Birth:
Date of Visit: **12/8/2020**

Dear Potts, Greg J., MD,

Keeta Fox was in my office today. Below are the relevant portions of my assessment and plan of care.

The encounter diagnosis was Postoperative visit.

The patient is recovering well from her right hemicolectomy for a strictured ileocolic anastomosis related to Crohn's disease. She was advised to not restrict her diet but allow her body to request the nutrients it needs. She was also encouraged to increase her activity as she is able to tolerate it. She will follow-up on an as-needed basis.

If you have questions, please do not hesitate to call me. I look forward to following Keeta along with you.

Sincerely,

Anthony George, Jr., MD

CC: No Recipients

BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP
4001 KRESGE WAY SUITE 200
LOUISVILLE KY 40207-4637

Fox, Keeta R
MRN: 8911342017, DOB: Sex: F
Visit date: 11/24/2020

**11/24/2020 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GENERAL SURGERY**

**Clinical Notes**

**Progress Notes**

**George, Anthony Jr., MD at 11/24/2020 0950**

Author: George, Anthony Jr., MD | Service: — | Author Type: Physician
Filed: 11/24/20 1028 | Encounter Date: 11/24/2020 | Creation Time: 11/24/20 1025
Status: Signed | Editor: George, Anthony Jr., MD (Physician)

Subjective

Keeta R Fox is a 54 y.o. female who returns to the office after undergoing an exploratory laparotomy with right hemicolectomy on 11/13/2020.

History of Present Illness

The patient is recovering well with no significant postop symptoms. She is having expected abdominal pain that is slowly improving. Her appetite is good but her bowel function remains somewhat irregular. She had a postop lower GI bleed and is still having some melena but no bright red blood. She is having bowel movements but her bowel function has not normalized. She is having a lot of gas. Her energy level remains poor.

Review of Systems
Constitutional: Positive for activity change and fatigue. Negative for appetite change and fever.
Respiratory: Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Positive for abdominal pain. Negative for constipation, diarrhea and nausea.
Skin: Negative for rash and wound.
Psychiatric/Behavioral: Negative for agitation and confusion.

Objective

**Physical Exam**

Constitutional:
General: She is not in acute distress.
Appearance: Normal appearance. She is not ill-appearing or toxic-appearing.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.

Abdominal:
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.

Skin:
Comments: **Incision: intact with no evidence of infection.**

Neurological:
Mental Status: She is alert.

Psychiatric:
Behavior: Behavior normal.

Assessment/Plan

The encounter diagnosis was Postoperative visit.

The patient is recovering well from her exploratory laparotomy with right hemicolectomy for a cecal volvulus. She is recovering well but has not fully normalized her bowel function. There was fecalization of the distal small bowel noted intraoperatively suggesting a chronic condition that will delay recovery. This was discussed with her. She was

**Clinical Notes (continued)**

advised to start a probiotic to see if it improves the gas. She was also advised to avoid heavy lifting for another 1 month. She will follow-up in 2 weeks.

Electronically signed by George, Anthony Jr., MD at 11/24/20 1028

**Letters**

**Letter by George, Anthony Jr., MD on 11/24/2020**

Status: Sent
Letter body

November 24, 2020

Greg J. Potts, MD
2002 Papa John's Blvd
Louisville KY 40299

Patient: **Keeta R Fox**
Date of Birth:
Date of Visit: **11/24/2020**

Dear Potts, Greg J., MD,

Keeta Fox was in my office today. Below are the relevant portions of my assessment and plan of care.

The encounter diagnosis was Postoperative visit.

The patient is recovering well from her exploratory laparotomy with right hemicolectomy for a cecal volvulus. She is recovering well but has not fully normalized her bowel function. There was fecalization of the distal small bowel noted intraoperatively suggesting a chronic condition that will delay recovery. This was discussed with her. She was advised to start a probiotic to see if it improves the gas. She was also advised to avoid heavy lifting for another 1 month. She will follow-up in 2 weeks.

If you have questions, please do not hesitate to call me. I look forward to following Keeta along with you.

Sincerely,

Anthony George, Jr., MD

**11/24/2020 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GENERAL SURGERY (continued)**

Letters (continued)

CC: No Recipients

## *** END OF REPORT ***

BAPTIST HEALTH®

# Fax Transmission/Information Sheet

**Date:** 1/4/22

**To:**

**Recipient Fax Number:** 213-884-4921

**From:** BAPTIST HEALTH

**Department:** BH CORPORATE HIM ETZ

**Address:** 2600 Stanley Gault Parkway
Suite 101
Louisville, Kentucky 40223-4197

**Phone Number:** 502-253-4828

**Comments:**

**STATEMENT OF CONFIDENTIALITY:** The information contained in this FAX is confidential for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution or copy of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone, (502-896-5065) and return the original message to us at the above address at our expense.

BAPTIST HEALTH®

BH CORPORATE EASTERN TIME ZONE
2600 STANLEY GAULT PKWY
STE 101
LOUISVILLE KY 40223-4166

Fox, Keeta R
MRN: 8911342017, DOB: Sex: F

**Patient (continued)**



BAPTIST HEALTH®

8701750

BAPTIST HEALTH
RELEASE OF INFORMATION
AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION

**Authorization to Release Protected Health Information**

Patient Information:(Please Print)

Name: FOX, KEETA ______ Med Rec# or Last Four of Social: 1641

Street Address or PO Box: ______

City, State Zip: ______

Phone# ______ Date of Birth: ______ E-Mail: ______

I, the undersigned hereby authorize and direct:
( ) Baptist Health Corbin ( ) Baptist Health LaGrange ( ) Baptist Health Lexington ( ) Baptist Health Louisville
( ) Baptist Health Madisonville ( ) Baptist Health Paducah ( ) Baptist Health Richmond ( ) Baptist Health Floyd
☒ BHMG Office Practice name and address: (Dr. Anthony George 4001 KRESGE WAY, SUITE 200 Louisville KY 40207

And its entities, authorized agents and employees to disclose and deliver a copy of the protected health information described below in accordance with this authorization.

This information may be disclosed to and used by the following individual, organization or agency: Lincoln Financial Group (c/o ReleasePoint) c/o ReleasePoint
The purpose of this release is: ( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes ( ) Personal Interest ☒ Other
(Specify): Claims - Disability Insurance

Dates to be released: From 01/01/2021 To Present

The information to be disclosed will include: (check all that apply)
____ Entire Medical Record ____ Pathology ____ Cardiac Cath Report ____ Basic Medical Record
____ Radiology ____ Discharge Summary ____ Emergency Room Record ____ History and Physical

RPID: 8701753

BAPTIST HEALTH®

BH CORPORATE EASTERN TIME ZONE
2600 STANLEY GAULT PKWY
STE 101
LOUISVILLE KY 40223-4166

Fox, Keeta R
MRN: 8911342017, DOB: Sex: F

**Patient (continued)**

From HylaFAX Enterprise Thu 16 Dec 2021 10:00:22 AM PST Page 3 of 5

BAPTIST HEALTH® 8701750

____ Lab Report ____ Face Sheet ____ Operative
____ Electronic Format
[X] Other (Specify): all PHI, excluding x-ray films

I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for drug and alcohol abuse.

Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected. However, the recipient may be prohibited from disclosing any substance abuse information under the federal confidentiality requirements for alcohol and drug abuse patient records and the Public Health Service Act. Such information may not be used to criminally investigate or prosecute any alcohol or drug patient. Further, state law prohibits a recipient from making any further disclosure of test results relating to HIV or AIDS without specific written consent of the person to whom such information pertains. A general authorization for the release of medical or other information is NOT sufficient for such purpose.

This authorization will expire upon the occurrence of the following event or condition: One year. If no event or condition is listed, it will expire in 60 days. I understand that I have the right to revoke this Authorization at any time, and in order to do so, I must present a written revocation to the Hospital's Health Information Management Department. I understand that the revocation will not apply to information that already has been released in response to or in reliance upon this Authorization. I understand that I need not sign this Authorization in order to ensure health care treatment, payment, enrollment in my health plan, or eligibility for benefits. I understand that I will be given a copy of this Authorization form, after signing it.

KRF ____ By initialing here, I acknowledge this to be my one and only free copy of my medical record, duplicate pages will be charged $1.00 per page.

KRF ____ By initialing here, if e-mail address above is provided, records will be sent via secure e-mail. If no e-mail is provided, records will be placed on encrypted CD and mailed to address disclosed above.

Keeta Fox

Signature of Patient/Authorized Representative (include relationship or nature of authority) Date 12/10/21

[ ] Faxed to: ______________ [ ] Given to: ______________ [ ] Mailed to: ______________

Mail completed request or fax to:
2600 Stanley Gault Parkway Suite 101 Louisville, KY. 40223 (Fax) 502.253.4829
Fax Transmission/Information Sheet

RPID: 8701753

BAPTIST HEALTH®

BH CORPORATE EASTERN TIME ZONE
2600 STANLEY GAULT PKWY
STE 101
LOUISVILLE KY 40223-4166

Fox, Keeta R
MRN: 8911342017, DOB: 11/6/1966, Sex: F

**Patient (continued)**



Lincoln Financial Group

Lincoln Financial Group

## Restrictions Form

Return To: ______________________

| Employee /Claimant Name | Date of Birth | Claim Number |
|---|---|---|
| | | |

To be completed by physician:

1. DATE FIRST TREATED -- ____________ ______________________
   DATE LAST TREATED -- ____________ ______________________
   NEXT OFFICE VISIT -- ____________ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) ***AND*** frequency ***(SEE KEY)***.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

RPID: 8701753

BAPTIST HEALTH®

BH CORPORATE EASTERN TIME ZONE
2600 STANLEY GAULT PKWY
STE 101
LOUISVILLE KY 40223-4166

Fox, Keeta R
MRN: 8911342017, DOB: 11/6/1966, Sex: F

**Patient (continued)**

From HylaFAX Enterprise Thu 16 Dec 2021 10:00:22 AM PST Page 5 of 5

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

2/17/2021

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 8701753

# Quality Assurance Report

## Request Information

Report Date: January 4, 2022

RP ID: 8701753

Patient Name: FOX, KEETA

Provider Name: BAPTIST HEALTH

## Quality Assurance Information

Scope Requested: **From November 1, 2020 to Present**

Special Request:

RF and medical records -seen by: Dr. Anthony George
4001 KRESGE WAY, SUITE 200 Louisville KY 40207

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

ReleasePoint

**Medical Record Overview**

**Date:** **January 4, 2022**

**Patient Name:** FOX, KEETA

**Records From:** BAPTIST HEALTH MEDICAL GROUP
3950 Kresge Way, Suite 2017
LOUISVILLE, KY 40207
(502) 893-0220

**Request Scope:** From January 1, 2021 to Present

**Chart Range:** 06/01/2021 - 10/18/2021

**RP ID:** 8701750

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** H Buss
H Buss

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 1 2021 | Oct 18 2021 | 29 | 2 |
| Request Corr. | | | 4 | 31 |
| Questionnaire | | | 1 | 35 |

**Total Page Count:** 34

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

## 10/18/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY

### Clinical Impression/Visit Diagnoses

Chief complaints: Gas and Bloated
Visit diagnoses:

- **Abdominal distention (primary)**
- Small intestinal bacterial overgrowth
- Altered bowel habits

### Patient as-of Visit (group 1 of 2)

**Active Coverages** as of 10/18/2021

**ANTHEM BLUE CROSS**

| | | |
|---|---|---|
| Plan: ANTHEM BLUE CROSS BLUE SHIELD PPO | Group: 214000M0C1 | Member: PJX638A22780 |
| Effective from: 1/1/2009 | Subscriber: FOX,KEETA R | Subscriber ID: PJX638A22780 |
| Guarantor: FOX,KEETA R | | |

## 10/18/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)

**History** as of 10/18/2021

**Medical History** as of 10/18/2021

**Medical last reviewed by Briley, Lauren C., MD on 10/18/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Agatston CAC score, <100 | — | ZERO, 12/2019 | Provider |
| Anxiety | — | — | Provider |
| Colon polyp | 2016 | — | Patient |
| Elevated cholesterol | — | — | Provider |
| Erythromelalgia (HCC) | — | — | Provider |
| Fibrosis of lung (HCC) | — | very mild, RLL | Provider |
| Hx of autoimmune disorder | — | — | Provider |
| Irritable bowel syndrome | 2000 | — | Patient |
| Kidney stone | — | — | Provider |
| Migraines | — | — | Provider |
| Pelvic floor dysfunction | — | — | Provider |
| Sjogrens syndrome (HCC) | — | — | Provider |
| Symptomatic orthostatic increase in heart rate | — | — | Provider |
| Vulvodynia | — | — | Provider |

**Pertinent Negatives**

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| AAA (abdominal aortic aneurysm) (HCC) | 10/18/2021 | — | Patient |
| Alcoholism (HCC) | 10/18/2021 | — | Patient |
| Anemia | 10/18/2021 | — | Patient |
| Barrett esophagus | 10/18/2021 | — | Patient |
| Breast cancer (HCC) | 10/13/2021 | — | Provider |
| Breast cyst | 10/13/2021 | — | Provider |
| Breast injury | 10/13/2021 | — | Provider |
| Cancer (HCC) | 10/18/2021 | — | Patient |
| Celiac disease | 10/18/2021 | — | Patient |
| Cholelithiasis | 10/18/2021 | — | Patient |
| Cirrhosis (HCC) | 10/18/2021 | — | Patient |
| Clotting disorder (HCC) | 10/18/2021 | — | Patient |
| Colon cancer (HCC) | 10/13/2021 | — | Provider |
| Coronary artery disease | 10/18/2021 | — | Patient |
| Crohn's disease (HCC) | 10/18/2021 | — | Patient |
| Diabetes mellitus (HCC) | 10/18/2021 | — | Patient |

## 10/18/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| Diverticulitis of colon | 10/18/2021 | — | | Patient |
| Drug therapy | 10/13/2021 | — | | Provider |
| Endometrial cancer (HCC) | 10/13/2021 | — | | Provider |
| Esophageal varices (HCC) | 10/18/2021 | — | | Patient |
| Fatty liver | 10/18/2021 | — | | Patient |
| Fibrocystic breast | 10/13/2021 | — | | Provider |
| GERD (gastroesophageal reflux disease) | 10/18/2021 | — | | Patient |
| GI (gastrointestinal bleed) | 10/18/2021 | — | | Patient |
| Hard to intubate | 07/07/2021 | — | | Provider |
| Hernia | 10/18/2021 | — | | Patient |
| HIV disease (HCC) | 10/18/2021 | — | | Patient |
| Hx of radiation therapy | 10/13/2021 | — | | Provider |
| Hypertension | 10/18/2021 | — | | Patient |
| Infectious viral hepatitis | 10/18/2021 | — | | Patient |
| Lactose intolerance | 10/18/2021 | — | | Patient |
| Liver disease | 10/18/2021 | — | | Patient |
| Malignant hyperthermia due to anesthesia | 07/07/2021 | — | | Provider |
| Ovarian cancer (HCC) | 10/13/2021 | — | | Provider |
| Pancreatitis | 10/18/2021 | — | | Patient |
| PONV (postoperative nausea and vomiting) | 07/07/2021 | — | | Provider |
| Spinal headache | 07/07/2021 | — | | Provider |
| Ulcer | 10/18/2021 | — | | Patient |
| Ulcerative colitis (HCC) | 10/18/2021 | — | | Patient |

**Surgical History** as of 10/18/2021

**Surgical last reviewed by Briley, Lauren C., MD on 10/18/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| EXPLORATORY LAPAROTOMY | N/A | 11/13/2020 | Procedure: Exploratory Laparotomy; Right Ileocolectomy; Surgeon: George, Anthony Jr., MD; Location: BH LOU MAIN OR; Service: General; Laterality: N/A; | Provider |
| COLONOSCOPY | — | 04/04/2018 | — | Provider |
| UPPER GASTROINTESTINAL ENDOSCOPY | — | 04/04/2018 | — | Provider |
| COLON SURGERY | — | 11/2020 | — | Provider |
| COLONOSCOPY | N/A | 7/7/2021 | Procedure: COLONOSCOPY TO CECUM WITH COLD BIOPSIES, COLD POLYPECTOMY; Surgeon: Briley, Lauren C., MD; Location: BH LOU ENDOSCOPY; Service: Gastroenterology; Laterality: N/A; PRE- H/O POLYPS, DIARRHEA POST- COLON POLYP, DIVERTICULOSIS, HEMORRHOIDS | Provider |
| ENDOSCOPY | N/A | 7/7/2021 | Procedure: ESOPHAGOGASTRODUODENOSCOPY WITH COLD BIOPSIES, DUODENAL ASPIRATE; Surgeon: Briley, | Provider |

## 10/18/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| | | | Lauren C., MD; Location: BH LOU ENDOSCOPY; Service: Gastroenterology; Laterality: N/A; PRE- DYSPEPSIA, HEARTBURN POST- GASTRITIS | |
| ABDOMINAL SURGERY | — | November 13,2020 | Right hemicolectomy | Patient |
| FLEXIBLE SIGMOIDOSCOPY | — | 2000 | — | Patient |

**Pertinent Negatives**

| Procedure | Date Noted | Comments | Source |
|---|---|---|---|
| BREAST BIOPSY | 10/13/2021 | — | Provider |
| BREAST CYST ASPIRATION | 10/13/2021 | — | Provider |
| BREAST CYST EXCISION | 10/13/2021 | — | Provider |
| AUGMENTATION MAMMAPLASTY | 10/13/2021 | — | Provider |
| REDUCTION MAMMAPLASTY | 10/13/2021 | — | Provider |
| HYSTERECTOMY | 10/13/2021 | — | Provider |
| BREAST LUMPECTOMY | 10/13/2021 | — | Provider |
| MASTECTOMY | 10/13/2021 | — | Provider |
| OOPHORECTOMY | 10/13/2021 | — | Provider |
| HEMORRHOIDECTOMY | 10/18/2021 | — | Patient |
| LIVER TRANSPLANTATION | 10/18/2021 | — | Patient |
| APPENDECTOMY | 10/18/2021 | — | Patient |
| HERNIA REPAIR | 10/18/2021 | — | Patient |
| TUBAL ABDOMINAL LIGATION | 10/18/2021 | — | Patient |
| CHOLECYSTECTOMY | 10/18/2021 | — | Patient |
| LIVER BIOPSY | 10/18/2021 | — | Patient |
| BARIATRIC SURGERY | 10/18/2021 | — | Patient |

**Allergies** as of 10/18/2021

Allergies last reviewed by Briley, Lauren C., MD on 10/18/2021 0935

**ASA [ASPIRIN]** *[last edited by Clifford, Cheryl, MA on 3/11/2020 1131]*

Reactions: Other (See Comments)    Severity: Medium
Noted on: 08/25/2017
Comments: Unknown, mother told her not to take it.
RxNorm: 611

**BUTALBITAL-ACETAMINOPHEN** *[last edited by Clifford, Cheryl, MA on 3/11/2020 1131]*

**10/18/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)**

**Patient as-of Visit (group 1 of 2) (continued)**

| | |
|---|---|
| Reactions: Other (See Comments) | Severity: Medium |
| Reaction type: Intolerance | Noted on: 01/28/2020 |
| Comments: Took once for headaches and could not sleep at all | |

**Immunizations** as of 10/18/2021

No documentation.

## 10/18/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)

**Patient as-of Visit (group 2 of 2)**

**Problem List** as of 10/18/2021

Problems last reviewed by Briley, Lauren C., MD on 10/18/2021 0935

**Adenomatous polyps** *[last edited by Briley, Lauren C., MD on 6/1/2021 1706]*

| | | |
|---|---|---|
| Diagnosis: Adenomatous polyps | Noted on: 06/01/2021 | Chronic: No |

**Cecal volvulus (HCC)** *[last edited by Miller, Brett Allen, MD on 11/13/2020 0342]*

| | | |
|---|---|---|
| Diagnosis: Cecal volvulus (HCC) | Noted on: 11/13/2020 | Chronic: No |

**Numbness and tingling of both legs** *[last edited by Villanueva, Wayne, MD on 4/15/2020 1125]*

| | | |
|---|---|---|
| Diagnosis: Numbness and tingling of both legs | Noted on: 04/15/2020 | Chronic: No |

**Spinal stenosis in cervical region** *[last edited by Villanueva, Wayne, MD on 4/15/2020 1125]*

| | | |
|---|---|---|
| Diagnosis: Spinal stenosis in cervical region | Noted on: 04/15/2020 | Chronic: No |

**Steatorrhea** *[last edited by Briley, Lauren C., MD on 6/1/2021 1706]*

| | | |
|---|---|---|
| Diagnosis: Steatorrhea | Noted on: 06/01/2021 | Chronic: No |

**Problem List Review History**

| User | Reviewed On |
|---|---|
| Briley, Lauren C., MD | 10/18/2021 0935 |
| Smith, Donald, MD | 07/07/2021 1108 |
| Briley, Lauren C., MD | 06/02/2021 0706 |
| George, Anthony Jr., MD | 12/08/2020 0941 |
| George, Anthony Jr., MD | 11/24/2020 1028 |
| Villanueva, Wayne, MD | 07/15/2020 1650 |
| Kemp, Jamie D, MD | 07/13/2020 1538 |
| Kemp, Jamie D, MD | 07/13/2020 1538 |
| Kemp, Jamie D, MD | 07/13/2020 1531 |
| Villanueva, Wayne, MD | 04/15/2020 1125 |
| Villanueva, Wayne, MD | 03/11/2020 1258 |
| Tudor, Laura M., APRN | 03/06/2020 1630 |
| Tudor, Laura M., APRN | 03/06/2020 1613 |
| Kemp, Jamie D, MD | 12/05/2019 1538 |
| Kauffman, Tara S, APRN | 09/01/2017 0913 |
| Kauffman, Tara S, APRN | 08/25/2017 1139 |

**Current & Discharge Medications as of Visit**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Probiotic Product (PRO-BIOTIC BLEND PO)**

Instructions: Take by mouth.
Entered by: Corrigan, Dawn, LPN — Entered on: 12/8/2020
Informant: Self

**conjugated estrogens (PREMARIN) 0.625 MG/GM vaginal cream**

Instructions: Insert into the vagina Daily.
Entered by: Arnold, Brittney, MA — Entered on: 6/1/2021

## 10/18/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)

**Current & Discharge Medications as of Visit (continued)**

**Cholecalciferol (VITAMIN D3 PO)**

Instructions: Take by mouth.
Entered by: Lawson, Tonya, RN — Entered on: 7/7/2021

**cycloSPORINE (RESTASIS OP)**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 12/15/2021
Reason for discontinuation: Alternate therapy
Instructions: Apply to eye(s) as directed by provider.
Entered by: Lawson, Tonya, RN — Entered on: 7/7/2021
End date: 12/15/2021

**hyoscyamine (ANASPAZ,LEVSIN) 0.125 MG tablet**

Instructions: Take 1 tablet by mouth 4 (Four) Times a Day Before Meals & at Bedtime As Needed (urgency, stool frequency).
Authorized by: Briley, Lauren C., MD — Ordered on: 10/18/2021
Start date: 10/18/2021 — Quantity: 60 tablet
Refill: 5 refills by 10/18/2022

**Stopped in Visit**

**DULoxetine (CYMBALTA) 30 MG capsule**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021

**DULoxetine (CYMBALTA) 60 MG capsule**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021

**progesterone (PROMETRIUM) 200 MG capsule**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021

**Unable to find**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Informant: Self

**Unable to find**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021

**Unable to find**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Informant: Self

**azaTHIOprine (IMURAN) 50 MG tablet**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021

**estradiol (CLIMARA) 0.05 MG/24HR patch**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Informant: Self

**pancrelipase, Lip-Prot-Amyl, (Creon) 24000-76000 units capsule delayed-release particles capsule**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021

**B Complex Vitamins (vitamin b complex) capsule capsule**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021

**riFAXIMin (Xifaxan) 550 MG tablet**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021

**10/18/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)**

**Current & Discharge Medications as of Visit (continued)**

**10/18/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)**

**Clinical Notes**

**Progress Notes**

**Briley, Lauren C., MD at 10/18/2021 0900**

| | | |
|---|---|---|
| Author: Briley, Lauren C., MD | Service: — | Author Type: Physician |
| Filed: 10/20/21 0946 | Encounter Date: 10/18/2021 | Creation Time: 10/18/21 0857 |
| Status: Signed | Editor: Briley, Lauren C., MD (Physician) | |

**Subjective**
**Chief Complaint**
Patient presents with
- Gas
- Bloated

Keeta R Fox is a 54 y.o. female here for a follow up visit for nausea, bloating, fecal urgency.

Patient reports that over the past several years she has developed loose stool that is foul-smelling and often clay colored. It is associated with bloating urgency abdominal distention. She has not seen blood in her stool. Her last colonoscopy was in 2018. She had 2 adenomatous polyps removed at that time.

She is undergone functional medicine work-up at Cleveland clinic and has also seen the Mayo Clinic. 48-hour fecal fat was noted to be elevated. Fecal calprotectin was normal. She has had celiac antibody testing in the past which is been normal. She had a SIBO breath test which was normal. Abdominal imaging at the time of her cecal volvulus in November 2020 showed normal pancreas. She had CT enterography which showed normal small intestine. She reports that her weight is stable. She has a history of Sjogren's disease and was previously on Imuran although this was discontinued due to concern for side effects.

Past medical history is notable for right hemicolectomy due to cecal volvulus in November 2020. Pathology showed a serrated adenoma near the appendix.

Records from the Cleveland clinic as well as Mayo Clinic were reviewed and are summarized in this note.

Motility study at Mayo-
**Impression**

1. Gastric emptying is delayed at 2 and 4 hours.
2. Six-hour small bowel transit is below the mean.
3. Colonic transit is within normal limits.

Since her last visit she underwent EGD and colonoscopy on 7/7/2021-duodenal aspirate was notable for SIBO. Biopsies of her small bowel, stomach and colon during her testing was normal with no significant inflammation or evidence of celiac.

She is undergoing

She did respond to treatment for SIBO - she had a positive response after 2 weeks but then did not see much improvement thereafter. She continues to experience bloating - she reports bulky stool - she usually has 2-4 BM/d. Gas has improved. Stools float. She does have urgency. She has bouts of fatigue that are incapacitating. This can last 3 days. She reports significant itching -she is being w/u for mast cell activation syndrome. Weight has increased about 10 pounds since the summer. She was on very specific diet prescribed by her physician in New York and this has become less restrictive which she is tolerating.

Her labs reflect reactivation of EBV. Nml esr, crp. She has positive IgG for chlamydia pneumonia. She plans to see an

infectious disease specialist. We discussed that this does not mean she has active chlamydia. She stopped taking Creon because she felt like it was not really helping and may be making things worse.

HPI
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Agatston CAC score, <100<br>*ZERO, 12/2019* | |
| • Anxiety | |
| • Fibrosis of lung (CMS/HCC)<br>*very mild, RLL* | |
| • Hx of autoimmune disorder | |
| • Kidney stone | |
| • Migraines | |
| • Sjogrens syndrome (CMS/HCC) | |
| • Symptomatic orthostatic increase in heart rate | |

.
HPI
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Agatston CAC score, <100<br>*ZERO, 12/2019* | |
| • Anxiety | |
| • Colon polyp | 2016 |
| • Elevated cholesterol | |
| • Erythromelalgia (HCC) | |
| • Fibrosis of lung (HCC)<br>*very mild, RLL* | |
| • Hx of autoimmune disorder | |
| • Irritable bowel syndrome | 2000 |
| • Kidney stone | |
| • Migraines | |
| • Pelvic floor dysfunction | |
| • Sjogrens syndrome (HCC) | |
| • Symptomatic orthostatic increase in heart rate | |
| • Vulvodynia | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY<br>*Right hemicolectomy* | | November 13,2020 |
| • COLON SURGERY | | 11/2020 |
| • COLONOSCOPY | | 04/04/2018 |
| • COLONOSCOPY<br>*Procedure: COLONOSCOPY TO CECUM WITH COLD BIOPSIES, COLD POLYPECTOMY; Surgeon: Briley, Lauren C., MD; Location: BH LOU ENDOSCOPY; Service: Gastroenterology; Laterality: N/A; PRE- H/O POLYPS, DIARRHEA*<br>*POST- COLON POLYP, DIVERTICULOSIS, HEMORRHOIDS* | N/A | 7/7/2021 |
| • ENDOSCOPY<br>*Procedure: ESOPHAGOGASTRODUODENOSCOPY WITH COLD BIOPSIES, DUODENAL ASPIRATE; Surgeon: Briley, Lauren C., MD; Location: BH LOU ENDOSCOPY; Service:* | N/A | 7/7/2021 |

*Gastroenterology; Laterality: N/A; PRE- DYSPEPSIA, HEARTBURN*
*POST- GASTRITIS*

- EXPLORATORY LAPAROTOMY N/A 11/13/2020
  *Procedure: Exploratory Laparotomy; Right Ileocolectomy; Surgeon: George, Anthony Jr., MD; Location: BH LOU MAIN OR; Service: General; Laterality: N/A;*
- FLEXIBLE SIGMOIDOSCOPY 2000
- UPPER GASTROINTESTINAL ENDOSCOPY 04/04/2018

Current Outpatient Medications:
- Cholecalciferol (VITAMIN D3 PO), Take by mouth., Disp: , Rfl:
- conjugated estrogens (PREMARIN) 0.625 MG/GM vaginal cream, Insert into the vagina Daily., Disp: , Rfl:
- cycloSPORINE (RESTASIS OP), Apply to eye(s) as directed by provider., Disp: , Rfl:
- hyoscyamine (ANASPAZ,LEVSIN) 0.125 MG tablet, Take 1 tablet by mouth 4 (Four) Times a Day Before Meals & at Bedtime As Needed (urgency, stool frequency)., Disp: 60 tablet, Rfl: 5
- Probiotic Product (PRO-BIOTIC BLEND PO), Take by mouth., Disp: , Rfl:

PRN Meds:.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Asa [Aspirin] | Other (See Comments) |
| *Unknown, mother told her not to take it.* | |
| • Butalbital-Acetaminophen | Other (See Comments) |
| *Took once for headaches and could not sleep at all* | |

**Social History**

Socioeconomic History
- Marital status: Married

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Vaping Use
- Vaping Use: Never used

Substance and Sexual Activity
- Alcohol use: Not Currently
  - Alcohol/week: 7.0 standard drinks
  - Types: 7 Glasses of wine per week
  - *Comment: Cannot tolerate since sick and now have EBV*
- Drug use: No
- Sexual activity: Yes
  - Partners: Male
  - Birth control/protection: Post-menopausal, None

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Rheum arthritis | Mother | |
| • Diabetes | Mother | |
| • Coronary artery disease<br>*ADVANCED AGE* | Mother | |
| • Barrett's esophagus | Mother | |
| • Colon polyps | Mother | |

| | |
|---|---|
| • Irritable bowel syndrome<br>*Now Incontinent* | Mother |
| • Gallbladder disease | Sister |
| • Pancreatitis | Brother |
| • Colon cancer<br>*Fatal* | Maternal Grandmother |
| • Esophageal cancer | Maternal Uncle |
| • Alcohol abuse | Paternal Grandfather |
| • Alcohol abuse | Maternal Uncle |
| • Alcohol abuse | Maternal Aunt |

Review of Systems
Constitutional: Positive for fatigue. Negative for appetite change and unexpected weight change.
Gastrointestinal: Positive for abdominal distention.
Skin: Negative for rash.

**Vitals:**

| | 10/18/21 0912 |
|---|---|
| Temp: | 96.9 °F (36.1 °C) |

| | |
|---|---|
| | 10/18/21<br>0912 |
| Weight: | 65.8 kg (145 lb) |

We discussed
**Objective**
**Physical Exam**
Constitutional:
Appearance: She is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes:
General: No scleral icterus.
Abdominal:
General: There is no distension.
Palpations: Abdomen is soft.
Skin:
General: Skin is warm and dry.
Neurological:
Mental Status: She is alert.

Mammo Diagnostic Digital Tomosynthesis Left With CAD

Result Date: 10/14/2021
There are no findings suspicious for malignancy in either breast. Bilateral cysts are noted. Routine follow-up mammography is recommended. BI-RADS Category 2: Benign. This report was finalized on 10/14/2021 7:58 AM by Dr. Lawrence Mason, M.D.

US Breast Bilateral Limited

Result Date: 10/14/2021
There are no findings suspicious for malignancy in either breast. Bilateral cysts are noted. Routine follow-up mammography is recommended. BI-RADS Category 2: Benign. This report was finalized on 10/14/2021 7:58 AM by Dr. Lawrence Mason, M.D.

**Assessment/Plan**
Diagnoses and all orders for this visit:

**Abdominal distention**

**Small intestinal bacterial overgrowth**

**Altered bowel habits**

**Other orders**
- hyoscyamine (ANASPAZ,LEVSIN) 0.125 MG tablet; Take 1 tablet by mouth 4 (Four) Times a Day Before Meals & at Bedtime As Needed (urgency, stool frequency).

Plan:
- Start fiber supplement to improve bulk stools and improve consistency
- Trial antispasmodic to help with urgency and frequency
- Could consider retreatment of SIBO in the future
- We discussed some of the lab work that she has had performed-she was very worried about the positive IgG for chlamydia and we discussed that this does not indicate active infection and therefore does not warrant further follow-up. She asked regarding several supplements and I urged her to keep things simple and to avoid taking anything that is unnecessary as were not sure of effect it could have on her GI system.

Electronically signed by Briley, Lauren C., MD at 10/20/21 0946

## 07/09/2021 - Orders Only in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY

**Patient as-of Visit (group 1 of 2)**

**Active Coverages** as of 7/9/2021

**ANTHEM BLUE CROSS**

| | | |
|---|---|---|
| Plan: ANTHEM BLUE CROSS BLUE SHIELD PPO | Group: 214000M0C1 | Member: PJX638A22780 |
| Effective from: 1/1/2009<br>Guarantor: FOX,KEETA R | Subscriber: FOX,KEETA R | Subscriber ID: PJX638A22780 |

## 07/09/2021 - Orders Only in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)

**History** as of 7/9/2021

**Medical History** as of 7/9/2021

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Agatston CAC score, <100 | — | ZERO, 12/2019 | Provider |
| Anxiety | — | — | Provider |
| Elevated cholesterol | — | — | Provider |
| Erythromelalgia (CMS/HCC) | — | — | Provider |
| Fibrosis of lung (CMS/HCC) | — | very mild, RLL | Provider |
| Hx of autoimmune disorder | — | — | Provider |
| Kidney stone | — | — | Provider |
| Migraines | — | — | Provider |
| Pelvic floor dysfunction | — | — | Provider |
| Sjogrens syndrome (CMS/HCC) | — | — | Provider |
| Symptomatic orthostatic increase in heart rate | — | — | Provider |
| Vulvodynia | — | — | Provider |

**Pertinent Negatives**

| Diagnosis | Date Noted | Comments | Source |
|---|---|---|---|
| Hard to intubate | 07/07/2021 | — | Provider |
| Malignant hyperthermia due to anesthesia | 07/07/2021 | — | Provider |
| PONV (postoperative nausea and vomiting) | 07/07/2021 | — | Provider |
| Spinal headache | 07/07/2021 | — | Provider |

**Surgical History** as of 7/9/2021

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| EXPLORATORY LAPAROTOMY | N/A | 11/13/2020 | Procedure: Exploratory Laparotomy; Right Ileocolectomy; Surgeon: George, Anthony Jr., MD; Location: BH LOU MAIN OR; Service: General; Laterality: N/A; | Provider |
| COLONOSCOPY | — | 04/04/2018 | — | Provider |
| UPPER GASTROINTESTINAL ENDOSCOPY | — | 04/04/2018 | — | Provider |
| COLON SURGERY | — | 11/2020 | — | Provider |
| COLONOSCOPY | N/A | 7/7/2021 | Procedure: COLONOSCOPY TO CECUM WITH COLD BIOPSIES, COLD POLYPECTOMY; Surgeon: Briley, Lauren C., MD; Location: BH LOU ENDOSCOPY; Service: | Provider |

**07/09/2021 - Orders Only in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)**

**Patient as-of Visit (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| | | | Gastroenterology; Laterality: N/A; PRE- H/O POLYPS, DIARRHEA<br>POST- COLON POLYP, DIVERTICULOSIS, HEMORRHOIDS | |
| ENDOSCOPY | N/A | 7/7/2021 | Procedure: ESOPHAGOGASTRODUODENOSCOPY WITH COLD BIOPSIES, DUODENAL ASPIRATE; Surgeon: Briley, Lauren C., MD; Location: BH LOU ENDOSCOPY; Service: Gastroenterology; Laterality: N/A; PRE- DYSPEPSIA, HEARTBURN<br>POST- GASTRITIS | Provider |

**Allergies** as of 7/9/2021

Allergies last reviewed by Wyatt, Madelyn, RN on 7/7/2021 1227

**ASA [ASPIRIN]** *[last edited by Clifford, Cheryl, MA on 3/11/2020 1131]*

Reactions: Other (See Comments) Severity: Medium
Noted on: 08/25/2017
Comments: Unknown, mother told her not to take it.
RxNorm: 611

**BUTALBITAL-ACETAMINOPHEN** *[last edited by Clifford, Cheryl, MA on 3/11/2020 1131]*

Reactions: Other (See Comments) Severity: Medium
Reaction type: Intolerance Noted on: 01/28/2020
Comments: Took once for headaches and could not sleep at all

**Immunizations** as of 7/9/2021

No documentation.

## 07/09/2021 - Orders Only in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)

**Patient as-of Visit (group 2 of 2)**

**Problem List** as of 7/9/2021

Problems last reviewed by Smith, Donald, MD on 7/7/2021 1108

**Adenomatous polyps** *[last edited by Briley, Lauren C., MD on 6/1/2021 1706]*

| Diagnosis: Adenomatous polyps | Noted on: 06/01/2021 | Chronic: No |
|---|---|---|

**Cecal volvulus (CMS/HCC)** *[last edited by Miller, Brett Allen, MD on 11/13/2020 0342]*

| Diagnosis: Cecal volvulus (CMS/HCC) | Noted on: 11/13/2020 | Chronic: No |
|---|---|---|

**Numbness and tingling of both legs** *[last edited by Villanueva, Wayne, MD on 4/15/2020 1125]*

| Diagnosis: Numbness and tingling of both legs | Noted on: 04/15/2020 | Chronic: No |
|---|---|---|

**Spinal stenosis in cervical region** *[last edited by Villanueva, Wayne, MD on 4/15/2020 1125]*

| Diagnosis: Spinal stenosis in cervical region | Noted on: 04/15/2020 | Chronic: No |
|---|---|---|

**Steatorrhea** *[last edited by Briley, Lauren C., MD on 6/1/2021 1706]*

| Diagnosis: Steatorrhea | Noted on: 06/01/2021 | Chronic: No |
|---|---|---|

**Problem List Review History**

| User | Reviewed On |
|---|---|
| Smith, Donald, MD | 07/07/2021 1108 |
| Briley, Lauren C., MD | 06/02/2021 0706 |
| George, Anthony Jr., MD | 12/08/2020 0941 |
| George, Anthony Jr., MD | 11/24/2020 1028 |
| Villanueva, Wayne, MD | 07/15/2020 1650 |
| Kemp, Jamie D, MD | 07/13/2020 1538 |
| Kemp, Jamie D, MD | 07/13/2020 1538 |
| Kemp, Jamie D, MD | 07/13/2020 1531 |
| Villanueva, Wayne, MD | 04/15/2020 1125 |
| Villanueva, Wayne, MD | 03/11/2020 1258 |
| Tudor, Laura M., APRN | 03/06/2020 1630 |
| Tudor, Laura M., APRN | 03/06/2020 1613 |
| Kemp, Jamie D, MD | 12/05/2019 1538 |
| Kauffman, Tara S, APRN | 09/01/2017 0913 |
| Kauffman, Tara S, APRN | 08/25/2017 1139 |

**Current & Discharge Medications as of Visit**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**DULoxetine (CYMBALTA) 30 MG capsule**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: 120 mg.
Entered by: Crawhorn, Kathy, MA — Entered on: 3/6/2020
Start date: 2/28/2020 — End date: 10/18/2021

**DULoxetine (CYMBALTA) 60 MG capsule**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: TK 1 C PO QD WITH 30MG STRENGTH.

## 07/09/2021 - Orders Only in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)

**Current & Discharge Medications as of Visit (continued)**

Entered by: Crawhorn, Kathy, MA — Entered on: 3/6/2020
Start date: 2/27/2020 — End date: 10/18/2021

**progesterone (PROMETRIUM) 200 MG capsule**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: TK ONE C PO Q HS
Entered by: Crawhorn, Kathy, MA — Entered on: 3/6/2020
Start date: 2/14/2020 — End date: 10/18/2021

**Unable to find**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: 1 (One) Time. Med Name: Oxbile bid
Entered by: Moxley, Angela Denise, MA — Entered on: 7/13/2020
End date: 10/18/2021 — Informant: Self

**Unable to find**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: 1 (One) Time. Med Name: BETAINE HCI BID
Entered by: Moxley, Angela Denise, MA — Entered on: 7/13/2020
End date: 10/18/2021

**Unable to find**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: 1 (One) Time. Med Name: LIPOSOMAL GLUTATHIONE DAILY
Entered by: Moxley, Angela Denise, MA — Entered on: 7/13/2020
End date: 10/18/2021 — Informant: Self

**azaTHIOprine (IMURAN) 50 MG tablet**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: Take 120 mg by mouth Daily.
Entered by: Drury, Cheryl A, RN — Entered on: 11/13/2020
Start date: 10/26/2020 — End date: 10/18/2021

**estradiol (CLIMARA) 0.05 MG/24HR patch**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: Place 1 patch on the skin as directed by provider 2 (Two) Times a Week.
Entered by: Eckhardt, Michael W, RPH — Entered on: 11/16/2020
End date: 10/18/2021 — Informant: Self

**Probiotic Product (PRO-BIOTIC BLEND PO)**

Instructions: Take by mouth.
Entered by: Corrigan, Dawn, LPN — Entered on: 12/8/2020
Informant: Self

**conjugated estrogens (PREMARIN) 0.625 MG/GM vaginal cream**

Instructions: Insert into the vagina Daily.
Entered by: Arnold, Brittney, MA — Entered on: 6/1/2021

**pancrelipase, Lip-Prot-Amyl, (Creon) 24000-76000 units capsule delayed-release particles capsule**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: Take 2 capsules by mouth 3 (Three) Times a Day With Meals.
Authorized by: Briley, Lauren C., MD — Ordered on: 6/1/2021
Start date: 6/1/2021 — End date: 10/18/2021
Quantity: 180 capsule — Refill: 2 refills by 6/1/2022

**Cholecalciferol (VITAMIN D3 PO)**

Instructions: Take by mouth.
Entered by: Lawson, Tonya, RN — Entered on: 7/7/2021

**07/09/2021 - Orders Only in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)**

**Current & Discharge Medications as of Visit (continued)**

**B Complex Vitamins (vitamin b complex) capsule capsule**

| | |
|---|---|
| Discontinued by: Briley, Lauren C., MD | Discontinued on: 10/18/2021 |
| Instructions: Take by mouth Daily. | |
| Entered by: Lawson, Tonya, RN | Entered on: 7/7/2021 |
| End date: 10/18/2021 | |

**cycloSPORINE (RESTASIS OP)**

| | |
|---|---|
| Discontinued by: Briley, Lauren C., MD | Discontinued on: 12/15/2021 |
| Reason for discontinuation: Alternate therapy | |
| Instructions: Apply to eye(s) as directed by provider. | |
| Entered by: Lawson, Tonya, RN | Entered on: 7/7/2021 |
| End date: 12/15/2021 | |

**riFAXIMin (Xifaxan) 550 MG tablet**

| | |
|---|---|
| Discontinued by: Briley, Lauren C., MD | Discontinued on: 10/18/2021 |
| Instructions: Take 1 tablet by mouth 3 (Three) Times a Day. | |
| Authorized by: Briley, Lauren C., MD | Ordered on: 7/9/2021 |
| Start date: 7/9/2021 | End date: 10/18/2021 |
| Quantity: 42 tablet | Refill: 2 refills by 7/9/2022 |

**Stopped in Visit**

None

## 06/01/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY

### Clinical Impression/Visit Diagnoses

Chief complaints: Nausea, Bloated, Gas, and Heartburn
Visit diagnoses:

- **Steatorrhea (primary)**
- Adenomatous polyps
- Abdominal distention
- Heartburn

### Patient as-of Visit (group 1 of 2)

**Active Coverages** as of 6/1/2021

**ANTHEM BLUE CROSS**

| | | |
|---|---|---|
| Plan: ANTHEM BLUE CROSS BLUE SHIELD PPO | Group: 214000M0C1 | Member: PJX638A22780 |
| Effective from: 1/1/2009 | Subscriber: FOX,KEETA R | Subscriber ID: PJX638A22780 |
| Guarantor: FOX,KEETA R | | |

## 06/01/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)

**History** as of 6/1/2021

**Medical History** as of 6/1/2021

**Medical last reviewed by Arnold, Brittney, MA on 6/1/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Agatston CAC score, <100 | — | ZERO, 12/2019 | Provider |
| Anxiety | — | — | Provider |
| Fibrosis of lung (CMS/HCC) | — | very mild, RLL | Provider |
| Hx of autoimmune disorder | — | — | Provider |
| Kidney stone | — | — | Provider |
| Migraines | — | — | Provider |
| Sjogrens syndrome (CMS/HCC) | — | — | Provider |
| Symptomatic orthostatic increase in heart rate | — | — | Provider |
| Vulvodynia | — | — | Provider |

**Surgical History** as of 6/1/2021

**Surgical last reviewed by Arnold, Brittney, MA on 6/1/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| NO PAST SURGERIES | — | — | — | Provider |
| EXPLORATORY LAPAROTOMY | N/A | 11/13/2020 | Procedure: Exploratory Laparotomy; Right Ileocolectomy; Surgeon: George, Anthony Jr., MD; Location: BH LOU MAIN OR; Service: General; Laterality: N/A; | Provider |
| COLONOSCOPY | — | 04/04/2018 | — | Provider |
| UPPER GASTROINTESTINAL ENDOSCOPY | — | 04/04/2018 | — | Provider |
| COLON SURGERY | — | 11/2020 | — | Provider |

**Allergies** as of 6/1/2021

**06/01/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)**

**Patient as-of Visit (group 1 of 2) (continued)**

Allergies last reviewed by Arnold, Brittney, MA on 6/1/2021 1619

**ASA [ASPIRIN]** *[last edited by Clifford, Cheryl, MA on 3/11/2020 1131]*

Reactions: Other (See Comments) Severity: Medium
Noted on: 08/25/2017
Comments: Unknown, mother told her not to take it.
RxNorm: 611

**BUTALBITAL-ACETAMINOPHEN** *[last edited by Clifford, Cheryl, MA on 3/11/2020 1131]*

Reactions: Other (See Comments) Severity: Medium
Reaction type: Intolerance Noted on: 01/28/2020
Comments: Took once for headaches and could not sleep at all

**Immunizations** as of 6/1/2021

No documentation.

## 06/01/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)

### Patient as-of Visit (group 2 of 2)

**Problem List** as of 6/1/2021

Problems last reviewed by George, Anthony Jr., MD on 12/8/2020 0941

**Adenomatous polyps** *[last edited by Briley, Lauren C., MD on 6/1/2021 1706]*

| | | |
|---|---|---|
| Diagnosis: Adenomatous polyps | Noted on: 06/01/2021 | Chronic: No |

**Cecal volvulus (CMS/HCC)** *[last edited by Miller, Brett Allen, MD on 11/13/2020 0342]*

| | | |
|---|---|---|
| Diagnosis: Cecal volvulus (CMS/HCC) | Noted on: 11/13/2020 | Chronic: No |

**Numbness and tingling of both legs** *[last edited by Villanueva, Wayne, MD on 4/15/2020 1125]*

| | | |
|---|---|---|
| Diagnosis: Numbness and tingling of both legs | Noted on: 04/15/2020 | Chronic: No |

**Spinal stenosis in cervical region** *[last edited by Villanueva, Wayne, MD on 4/15/2020 1125]*

| | | |
|---|---|---|
| Diagnosis: Spinal stenosis in cervical region | Noted on: 04/15/2020 | Chronic: No |

**Steatorrhea** *[last edited by Briley, Lauren C., MD on 6/1/2021 1706]*

| | | |
|---|---|---|
| Diagnosis: Steatorrhea | Noted on: 06/01/2021 | Chronic: No |

**Problem List Review History**

| User | Reviewed On |
|---|---|
| George, Anthony Jr., MD | 12/08/2020 0941 |
| George, Anthony Jr., MD | 11/24/2020 1028 |
| Villanueva, Wayne, MD | 07/15/2020 1650 |
| Kemp, Jamie D, MD | 07/13/2020 1538 |
| Kemp, Jamie D, MD | 07/13/2020 1538 |
| Kemp, Jamie D, MD | 07/13/2020 1531 |
| Villanueva, Wayne, MD | 04/15/2020 1125 |
| Villanueva, Wayne, MD | 03/11/2020 1258 |
| Tudor, Laura M., APRN | 03/06/2020 1630 |
| Tudor, Laura M., APRN | 03/06/2020 1613 |
| Kemp, Jamie D, MD | 12/05/2019 1538 |
| Kauffman, Tara S, APRN | 09/01/2017 0913 |
| Kauffman, Tara S, APRN | 08/25/2017 1139 |

### Current & Discharge Medications as of Visit

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**DULoxetine (CYMBALTA) 30 MG capsule**

| | |
|---|---|
| Discontinued by: Briley, Lauren C., MD | Discontinued on: 10/18/2021 |
| Instructions: 120 mg. | |
| Entered by: Crawhorn, Kathy, MA | Entered on: 3/6/2020 |
| Start date: 2/28/2020 | End date: 10/18/2021 |

**DULoxetine (CYMBALTA) 60 MG capsule**

| | |
|---|---|
| Discontinued by: Briley, Lauren C., MD | Discontinued on: 10/18/2021 |
| Instructions: TK 1 C PO QD WITH 30MG STRENGTH. | |
| Entered by: Crawhorn, Kathy, MA | Entered on: 3/6/2020 |
| Start date: 2/27/2020 | End date: 10/18/2021 |

**06/01/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)**

**Current & Discharge Medications as of Visit (continued)**

**progesterone (PROMETRIUM) 200 MG capsule**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: TK ONE C PO Q HS
Entered by: Crawhorn, Kathy, MA — Entered on: 3/6/2020
Start date: 2/14/2020 — End date: 10/18/2021

**Unable to find**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: 1 (One) Time. Med Name: Oxbile bid
Entered by: Moxley, Angela Denise, MA — Entered on: 7/13/2020
End date: 10/18/2021 — Informant: Self

**Unable to find**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: 1 (One) Time. Med Name: BETAINE HCl BID
Entered by: Moxley, Angela Denise, MA — Entered on: 7/13/2020
End date: 10/18/2021

**Unable to find**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: 1 (One) Time. Med Name: LIPOSOMAL GLUTATHIONE DAILY
Entered by: Moxley, Angela Denise, MA — Entered on: 7/13/2020
End date: 10/18/2021 — Informant: Self

**azaTHIOprine (IMURAN) 50 MG tablet**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: Take 120 mg by mouth Daily.
Entered by: Drury, Cheryl A, RN — Entered on: 11/13/2020
Start date: 10/26/2020 — End date: 10/18/2021

**estradiol (CLIMARA) 0.05 MG/24HR patch**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: Place 1 patch on the skin as directed by provider 2 (Two) Times a Week.
Entered by: Eckhardt, Michael W, RPH — Entered on: 11/16/2020
End date: 10/18/2021 — Informant: Self

**Probiotic Product (PRO-BIOTIC BLEND PO)**

Instructions: Take by mouth.
Entered by: Corrigan, Dawn, LPN — Entered on: 12/8/2020
Informant: Self

**conjugated estrogens (PREMARIN) 0.625 MG/GM vaginal cream**

Instructions: Insert into the vagina Daily.
Entered by: Arnold, Brittney, MA — Entered on: 6/1/2021

**pancrelipase, Lip-Prot-Amyl, (Creon) 24000-76000 units capsule delayed-release particles capsule**

Discontinued by: Briley, Lauren C., MD — Discontinued on: 10/18/2021
Instructions: Take 2 capsules by mouth 3 (Three) Times a Day With Meals.
Authorized by: Briley, Lauren C., MD — Ordered on: 6/1/2021
Start date: 6/1/2021 — End date: 10/18/2021
Quantity: 180 capsule — Refill: 2 refills by 6/1/2022

**Stopped in Visit**

None

**06/01/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)**

**Current & Discharge Medications as of Visit (continued)**

**06/01/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)**

**Clinical Notes**

**Progress Notes**

**Briley, Lauren C., MD at 6/1/2021 1545**

| | | |
|---|---|---|
| Author: Briley, Lauren C., MD | Service: — | Author Type: Physician |
| Filed: 06/02/21 0706 | Encounter Date: 6/1/2021 | Creation Time: 06/01/21 1634 |
| Status: Signed | Editor: Briley, Lauren C., MD (Physician) | |

**Subjective**

**Chief Complaint**

Patient presents with
- Nausea
- Bloated
- Gas
- Heartburn

Keeta R Fox is a 54 y.o. female here for nausea, bloating, fecal urgency.

Patient reports that over the past several years she has developed loose stool that is foul-smelling and often clay colored. It is associated with bloating urgency abdominal distention. She has not seen blood in her stool. Her last colonoscopy was in 2018. She had 2 adenomatous polyps removed at that time.

She is undergone functional medicine work-up at Cleveland clinic and has also seen the Mayo Clinic. 48-hour fecal fat was noted to be elevated. Fecal calprotectin was normal. She has had celiac antibody testing in the past which is been normal. She had a SIBO breath test which was normal. Abdominal imaging at the time of her cecal volvulus in November 2020 showed normal pancreas. She does CT enterography which showed normal small intestine. She reports that her weight is stable. She is actually increased her weight with effort. She has a history of Sjogren's disease and was previously on Imuran although this was discontinued due to concern for side effects.

Past medical history is notable for right hemicolectomy due to cecal volvulus in November 2020. Pathology showed a serrated adenoma near the appendix.

Had lost 25 lbs in 3 months when she was sick initially.

Records from the Cleveland clinic as well as Mayo Clinic were reviewed and are summarized in this note.

Motility study at Mayo-

**Impression**

1. Gastric emptying is delayed at 2 and 4 hours.
2. Six-hour small bowel transit is below the mean.
3. Colonic transit is within normal limits.

HPI

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Agatston CAC score, <100<br>*ZERO, 12/2019* | |
| • Anxiety | |
| • Fibrosis of lung (CMS/HCC)<br>*very mild, RLL* | |
| • Hx of autoimmune disorder | |
| • Kidney stone | |

**06/01/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)**

**Clinical Notes (continued)**

- Migraines
- Sjogrens syndrome (CMS/HCC)
- Symptomatic orthostatic increase in heart rate
- Vulvodynia

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • COLON SURGERY | | 11/2020 |
| • COLONOSCOPY | | 04/04/2018 |
| • EXPLORATORY LAPAROTOMY<br>*Procedure: Exploratory Laparotomy; Right Ileocolectomy; Surgeon: George, Anthony Jr., MD; Location: BH LOU MAIN OR; Service: General; Laterality: N/A;* | N/A | 11/13/2020 |
| • NO PAST SURGERIES | | |
| • UPPER GASTROINTESTINAL ENDOSCOPY | | 04/04/2018 |

Current Outpatient Medications:
- conjugated estrogens (PREMARIN) 0.625 MG/GM vaginal cream, Insert into the vagina Daily., Disp: , Rfl:
- DULoxetine (CYMBALTA) 30 MG capsule, 120 mg., Disp: , Rfl:
- DULoxetine (CYMBALTA) 60 MG capsule, TK 1 C PO QD WITH 30MG STRENGTH., Disp: , Rfl:
- estradiol (CLIMARA) 0.05 MG/24HR patch, Place 1 patch on the skin as directed by provider 2 (Two) Times a Week., Disp: , Rfl:
- Probiotic Product (PRO-BIOTIC BLEND PO), Take by mouth., Disp: , Rfl:
- progesterone (PROMETRIUM) 200 MG capsule, TK ONE C PO Q HS, Disp: , Rfl:
- Unable to find, 1 (One) Time. Med Name: LIPOSOMAL GLUTATHIONE DAILY, Disp: , Rfl:
- azaTHIOprine (IMURAN) 50 MG tablet, Take 120 mg by mouth Daily., Disp: , Rfl:
- pancrelipase, Lip-Prot-Amyl, (Creon) 24000-76000 units capsule delayed-release particles capsule, Take 2 capsules by mouth 3 (Three) Times a Day With Meals., Disp: 180 capsule, Rfl: 2
- Unable to find, 1 (One) Time. Med Name: Oxbile bid, Disp: , Rfl:
- Unable to find, 1 (One) Time. Med Name: BETAINE HCI BID, Disp: , Rfl:

PRN Meds:.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Asa [Aspirin]<br>*Unknown, mother told her not to take it.* | Other (See Comments) |
| • Butalbital-Acetaminophen<br>*Took once for headaches and could not sleep at all* | Other (See Comments) |

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Vaping Use | |
| • Vaping Use: | Never used |
| Substance and Sexual Activity | |

- Alcohol use: Not Currently
  *Comment: 1-2 glasses wine a night*
- Drug use: No
- Sexual activity: Defer

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Rheum arthritis | Mother | |
| • Diabetes | Mother | |
| • Coronary artery disease *ADVANCED AGE* | Mother | |
| • Barrett's esophagus | Mother | |
| • Gallbladder disease | Sister | |
| • Pancreatitis | Brother | |
| • Colon cancer | Maternal Grandmother | |
| • Esophageal cancer | Maternal Uncle | |

Review of Systems
Constitutional: Negative for appetite change and unexpected weight change.
Gastrointestinal: Positive for abdominal distention, abdominal pain and diarrhea. Negative for blood in stool.

**Vitals:**

| | 06/01/21 1618 |
|---|---|
| BP: | 102/80 |

| | |
|---|---|
| | 06/01/21 1618 |
| Weight: | 64.5 kg (142 lb 3.2 oz) |

**Objective**
**Physical Exam**
Constitutional:
Appearance: Normal appearance.
Abdominal:
General: There is no distension.
Comments: **Midline scar in the lower abdomen**
Neurological:
Mental Status: She is alert.

No radiology results for the last 7 days

**Assessment/Plan**
Diagnoses and all orders for this visit:

**Steatorrhea**
- CT Abdomen Pelvis With Contrast; Future
- Case Request; Standing
- Case Request

**Adenomatous polyps**
- Case Request; Standing
- Case Request

**Abdominal distention**

**Heartburn**

**Other orders**
- conjugated estrogens (PREMARIN) 0.625 MG/GM vaginal cream; Insert into the vagina Daily.
- pancrelipase, Lip-Prot-Amyl, (Creon) 24000-76000 units capsule delayed-release particles capsule; Take 2 capsules by mouth 3 (Three) Times a Day With Meals.
- Follow Anesthesia Guidelines / Standing Orders; Future
- Obtain Informed Consent; Future
- Implement Anesthesia orders day of procedure.; Standing
- Obtain informed consent; Standing
- Verify bowel prep was successful; Standing
- Give tap water enema if bowel prep was insufficient; Standing

Plan:
- Recommend CT pancreatic protocol for further evaluation of steatorrhea.
- We will plan for EGD and colonoscopy to take biopsies for celiac, perform small bowel aspirate for further evaluation of SIBO. She is also technically due for colonoscopy due to 2 adenomatous polyps found at the time of her last colonoscopy in 2018 as well as a third polyp found on path of her hemicolectomy.
- Trial Creon 48,000 units with meals

Electronically signed by Briley, Lauren C., MD at 06/02/21 0706

**06/01/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP GASTROENTEROLOGY (continued)**

**Imaging**

**Imaging**

**CT Abdomen Pelvis With Contrast [327256348] (Completed)**

Electronically signed by: **Briley, Lauren C., MD on 06/01/21 1658** Status: **Completed**
Ordering user: Briley, Lauren C., MD 06/01/21 1658
Authorized by: Briley, Lauren C., MD
Frequency: Routine 06/01/21 -
Quantity: 1
Diagnoses
Steatorrhea [K90.9]

Ordering provider: Briley, Lauren C., MD
Ordering mode: Standard
Class: Hospital Performed
Indications comment: steattorhea

**Questionnaire**

| Question | Answer |
| --- | --- |
| Will Oral Contrast be needed for this procedure? | Yes |

**Indications**

Steatorrhea [K90.9 (ICD-10-CM)]

## *** END OF REPORT ***

## Patient (continued)

### Demographics

Name: Keeta R Fox
Address: 9602 GUTENBERG RD LOUISVILLE KY 40299
Date of birth: 11/6/1966 Sex: Female SSN: 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
Email: keetafox.us@gmail.com Home phone: 502-235-0765 Mobile: 502-235-0765
Home phone: 502-297-8205

**Relationships**

| Name | Relation to Patient | Phone Number |
|---|---|---|
| Fox,David | Spouse | Mobile: 502-418-8928 (primary)<br>Home: 502-235-0765 |

### Implants

**Implant**

**Stplr Lnr Cut Prox 75mm Blu Tlc75 - Log4352138 - Implanted** Abdomen

| | | | |
|---|---|---|---|
| Inventory item: | STPLR LNR CUT PROX 75MM BLU TLC75 | Model/Cat number: | TLC75 |
| Manufacturer: | ETHICON ENDO SURGERY DIV OF J AND J | Lot number: | U40H61 |

**As of 11/13/2020 (Log 4352138)**

Status: **Implanted**

**Reload Stplr Lnr Cut Prox 75mm Blu Tcr75 - Log4352138 - Implanted** Abdomen

| | | | |
|---|---|---|---|
| Inventory item: | RELOAD STPLR LNR CUT PROX 75MM BLU TCR75 | Model/Cat number: | TCR75 |
| Manufacturer: | ETHICON ENDO SURGERY DIV OF J AND J | Lot number: | U40P0J |

**As of 11/13/2020 (Log 4352138)**

Status: **Implanted**

### Current Medications

**Medications**

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Current Medications**

**Allergy Relief 180 MG tablet**

Instructions: Take 180 mg by mouth 2 (Two) Times a Day.
Entered by: Berry, Courtney, MA Entered on: 12/15/2021
Start date: 11/29/2021

**Cholecalciferol (VITAMIN D3 PO)**

Instructions: Take by mouth.
Entered by: Lawson, Tonya, RN Entered on: 7/7/2021

**conjugated estrogens (PREMARIN) 0.625 MG/GM vaginal cream**

Instructions: Insert into the vagina Daily.
Entered by: Arnold, Brittney, MA Entered on: 6/1/2021

**cromolyn (GASTROCROM) 100 MG/5ML solution**

Entered by: Berry, Courtney, MA Entered on: 12/15/2021
Start date: 11/16/2021

## Patient (continued)

### Current Medications (continued)

**DULoxetine (CYMBALTA) 60 MG capsule**

Instructions: Take 120 mg by mouth Daily.
Entered by: Berry, Courtney, MA — Entered on: 12/15/2021

**estradiol (CLIMARA) 0.075 MG/24HR patch**

Instructions: APPLY 1 PATCH WEEKLY
Entered by: Berry, Courtney, MA — Entered on: 12/15/2021
Start date: 9/14/2021

**famotidine (Pepcid AC) 10 MG tablet**

Entered by: Berry, Courtney, MA — Entered on: 12/15/2021
Start date: 11/22/2021

**hyoscyamine (ANASPAZ,LEVSIN) 0.125 MG tablet**

Instructions: Take 1 tablet by mouth 4 (Four) Times a Day Before Meals & at Bedtime As Needed (urgency, stool frequency).
Authorized by: Briley, Lauren C., MD — Ordered on: 10/18/2021
Start date: 10/18/2021 — Quantity: 60 tablet
Refill: 5 refills by 10/18/2022

**Lifitegrast (Xiidra) 5 % ophthalmic solution**

Instructions: Administer 1 drop to both eyes 2 (Two) Times a Day.
Entered by: Berry, Courtney, MA — Entered on: 12/15/2021

**loratadine (CLARITIN) 10 MG tablet**

Entered by: Berry, Courtney, MA — Entered on: 12/15/2021
Start date: 10/12/2021

**multivitamin (MULTI-VITAMIN DAILY PO)**

Entered by: Berry, Courtney, MA — Entered on: 12/15/2021
Start date: 5/3/2021

**Probiotic Product (PRO-BIOTIC BLEND PO)**

Instructions: Take by mouth.
Entered by: Corrigan, Dawn, LPN — Entered on: 12/8/2020
Informant: Self

**Progesterone (PROMETRIUM) 100 MG capsule**

Entered by: Berry, Courtney, MA — Entered on: 12/15/2021
Start date: 12/3/2021

**pyridoxine (VITAMIN B-6) 25 MG tablet**

Entered by: Berry, Courtney, MA — Entered on: 12/15/2021
Start date: 7/25/2021

**riFAXIMin (Xifaxan) 550 MG tablet**

Instructions: Take 1 tablet by mouth 3 (Three) Times a Day.
Authorized by: Briley, Lauren C., MD — Ordered on: 12/15/2021
Start date: 12/15/2021 — Quantity: 42 tablet
Refill: 2 refills by 12/15/2022

Request Corr.

BAPTIST HEALTH

BH CORPORATE EASTERN TIME ZONE
2600 STANLEY GAULT PKWY
STE 101
LOUISVILLE KY 40223-4166

Fox, Keeta R
MRN: 8911342017, DOB: Sex: F

**Patient**

**Release Authorization**

| | | | |
|---|---|---|---|
| Type: | Signed Authorization | | |
| Effective Date: | | Expiration Date: | 12/15/2022 11:59 PM |
| Received By: | Interface, Scans Incoming | Received Date: | 12/16/2021 1:04 PM |

Scan on 12/16/2021 1304 by New Onbase, Eastern: 12/16/2021 (below)
From HylaFAX Enterprise Thu 16 Dec 2021 09:56:42 AM PST Page 1 of 5

Lincoln Financial Group

**Lincoln Financial Group**
**c/o RP Claims Processing**
**P.O. Box 1390**
**St. Peters, MO 63376**

**BAPTIST HEALTH**
**2600 STANLEY GAULT PKWY STE 101**
**ATTN: RELEASE OF INFORMATION**
**LOUISVILLE, KY 40223**

Date: Dec 16, 2021

**Re: Long Term Disability Benefits**
Claim# 8701750 10310112
Claimant: FOX, KEETA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: BAP295

Dear X3 / MR 502 253 4807,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From January 1, 2021 to Present**
**Dr. Lauren Briley - Seen By: BAPTIST HEALTH MEDICAL GROUP - 3950 Kresge Way, Suite 20173950 Kresge Way, Suite 2017 Louisville KY 40207**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Joanne Christine Lariosa
Disability Information Specialist
Phone No.: (213) 269-4242
Fax No: (213) 884-4921

RPID: 8701750

BAPTIST HEALTH

8701750

BAPTIST HEALTH
RELEASE OF INFORMATION
AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION

**Authorization to Release Protected Health Information**

Patient Information:(Please Print)

Name: FOX, KEETA ____________ Med Rec# or Last Four of Social: ____________

Street Address or PO Box: ____________

City, State Zip: ____________

Phone# Date of Birth: 11/06/1966 E-Mail:

I, the undersigned hereby authorize and direct:
( ) Baptist Health Corbin ( ) Baptist Health LaGrange ( ) Baptist Health Lexington ( ) Baptist Health Louisville
( ) Baptist Health Madisonville ( ) Baptist Health Paducah ( ) Baptist Health Richmond ( ) Baptist Health Floyd
☒ BHMG Office Practice name and address: Dr. Lauren Briley BAPTIST HEALTH MEDICAL GROUP 3950 Kresge Way, Suite 2017 Louisville KY 40207

And its entities, authorized agents and employees to disclose and deliver a copy of the protected health information described below in accordance with this authorization.

This information may be disclosed to and used by the following individual, organization or agency: Lincoln Financial Group (c/o ReleasePoint) c/o ReleasePoint
The purpose of this release is: ( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes ( ) Personal Interest ☒ Other (Specify): Claims - Disability Insurance

Dates to be released: From 01/01/2021 To Present

The information to be disclosed will include: (check all that apply)
____ Entire Medical Record ____ Pathology ____ Cardiac Cath Report ____ Basic Medical Record
____ Radiology ____ Discharge Summary ____ Emergency Room Record ____ History and Physical

RPID: 8701750

BAPTIST HEALTH 8701750

____ Lab Report ____ Electronic Format ____ Face Sheet ____ Operative
[X] Other (Specify): all PHI, excluding x-ray films

I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for drug and alcohol abuse.

Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected. However, the recipient may be prohibited from disclosing any substance abuse information under the federal confidentiality requirements for alcohol and drug abuse patient records and the Public Health Service Act. Such information may not be used to criminally investigate or prosecute any alcohol or drug patient. Further, state law prohibits a recipient from making any further disclosure of test results relating to HIV or AIDS without specific written consent of the person to whom such information pertains. A general authorization for the release of medical or other information is NOT sufficient for such purpose.

This authorization will expire upon the occurrence of the following event or condition: One year. If no event or condition is listed, it will expire in 60 days. I understand that I have the right to revoke this Authorization at any time, and in order to do so, I must present a written revocation to the Hospital's Health Information Management Department. I understand that the revocation will not apply to information that already has been released in response to or in reliance upon this Authorization. I understand that I need not sign this Authorization in order to ensure health care treatment, payment, enrollment in my health plan, or eligibility for benefits. I understand that I will be given a copy of this Authorization form, after signing it.

KRF____ By initialing here, I acknowledge this to be my one and only free copy of my medical record, duplicate pages will be charged $1.00 per page.

KRF____ By initialing here, if e-mail address above is provided, records will be sent via secure e-mail. If no e-mail is provided, records will be placed on encrypted CD and mailed to address disclosed above.

Keeta Fox

Signature of Patient/Authorized Representative (include relationship or nature of authority) Date 12/10/21

[ ] Faxed to: ____________ [ ] Given to: ____________ [ ] Mailed to: ____________

Mail completed request or fax to:
2600 Stanley Gault Parkway Suite 101 Louisville, KY. 40223 (Fax) 502.253.4829
Fax Transmission/Information Sheet

RPID: 8701750

**Request Corr.**

BAPTIST HEALTH®

BH CORPORATE EASTERN TIME ZONE
2600 STANLEY GAULT PKWY
STE 101
LOUISVILLE KY 40223-4166

Fox, Keeta R
MRN: 8911342017, DOB: Sex: F

**Patient (continued)**

From HylaFAX Enterprise Thu 16 Dec 2021 09:56:42 AM PST Page 5 of 5

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 8701750

Lincoln Financial Group

Lincoln Financial Group

## Restrictions Form

Return To: ______________________________

| | | |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED – ______ ______________
   DATE LAST TREATED – ______ ______________
   NEXT OFFICE VISIT – ______ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ⅓ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ⅓ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ______________ TO ______________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ..........

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM____________TO____________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

RPID: 8701750

# Quality Assurance Report

## Request Information

Report Date: January 4, 2022

**RP ID:** 8701750

Patient Name: FOX, KEETA

Provider Name: BAPTIST HEALTH

## Quality Assurance Information

Scope Requested: **From January 1, 2021 to Present**

Special Request:

Dr. Lauren Briley - Seen By: BAPTIST HEALTH MEDICAL GROUP - 3950 Kresge Way, Suite 20173950 Kresge Way, Suite 2017 Louisville KY 40207

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: GBAND

ReleasePoint

**Medical Record Overview**

**Date:** **December 29, 2021**

**Patient Name:** FOX, KEETA

**Records From:** DR. GREGORY POTTS
2002 PAPA JOHNS BLVD
LOUISVILLE, KY 40299
(502) 240-5900

**Request Scope:** From July 30, 2020 to Present

**Chart Range:** 10/05/2021 - 12/02/2021

**RP ID:** 8720182

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** H Buss
H Buss

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 5 2021 | Dec 2 2021 | 2 | 2 |
| Request Corr. | | | 3 | 4 |

**Total Page Count:** 5

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

Progress Notes - 12/02/2021



Date: 12/2/2021

Name: Keena Fox DOB: ________ Team Member #: ________

B/P: 126 / 73 P: 81 R: 20 T: 98.5 SaO2: 97 RA Wght: ______ Hght: ______ BMI: ______ Waist: ______

Meds: Reviewed ______ Updated ______ No Change ______ ALLERGIES: ASA, Flonase Hx anaphylaxis ______

CC: Needs suture removal

HPI: for (L) thigh - skin bx for bartholin duct. Last wk. D/C of stitches, etc

ROS: (Mark circle if wnl)

- GEN: weight changes, insomnia, fatigue, fever chills, night sweats
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol,
- ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations ______

PMH: [ ] unchged [ ] see note SH: [ ] unchged [ ] see note

FH: [ ] unchged [ ] see note HX Form From __/__/__ Rev'd

Surg Hx: [ ] unchged [ ] see note

Rev'd/Updated Immunization/Preventive Screening

IMPRESSION:

(1) Suture removal x 1

PHYSICAL EXAM: 1 x suture removed (L) medial thigh wound well No s/s of infection

- GEN: A&O, NAS, WD, confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl, bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: ______

TEST RESULTS Rev'd: ______

SCHEDULED LABS/TESTS: ______

RETURN to OFFICE: ______

REFERRAL ______

PLAN: (1) (L) thigh

[signature]

2015

Progress Notes - 10/05/2021

12/29/21 13:51:39 (502) 762-7081 -> +1.213.265.3167 Papa John's Internat Page 005

Date: 10/5/2021

Name: Kerta Fox DOB: Team Member #: 102136
B/P: 98/68 P: 90 R: _____ T: 98.9 SaO2: 98% Wght: 194.8 Hght: _____ BMI: _____ Waist: _____
Meds: Reviewed _____ Updated _____ No Change _____ ALLERGIES: NKA Hx anaphylaxis _____
CC: C/O: Checkup

HPI: Rev. results c fam hx doc (NY); pain (?) , + symptoms
Rev meds c pt

ROS: (Mark circle if wnl)

- GEN: weight changes, insomnia, fatigue, fever chills, night sweats
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol,
- ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae.
- PAIN: (1-10 worst) locations _____

PMH: [ ] unchged [ ] see note SH: [ ] unchged [ ] see note

FH: [ ] unchged [ ] see note HX Form From ___/___/___ Rev'd

Surg Hx: [ ] unchged [ ] see note

Rev'd/Updated Immunization/Preventive Screening

IMPRESSION:
① Sjogren's — stable
② Fatigue — no labs

PHYSICAL EXAM:

GEN: A&O, NAS, WD, confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing.
- ABD: soft. ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl. bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: _____
TEST RESULTS Rev'd: _____
SCHEDULED LABS/TESTS: _____
RETURN to OFFICE: _____
REFERRAL _____
PLAN:

2015

Request Corr.

# Additional Records Received
# 12/29/2021

Request Corr.
12/29/21 13:49:36 (502) 762-7081 -> +1.213.265.3167 Papa John's Internat Page 001

# FAX

**To: Fax User**
Company:
Fax: 12132653167
Phone:

**From: Walkup**
Fax:
Phone:
E-mail:

**NOTES:**

Message from LOU-HQ-PRINTER-F3-P08

**Date and time of transmission:** Wednesday, December 29, 2021 1:48:12 PM
**Number of pages including this cover sheet:** 11

Request Corr.
12/29/21 13:49:41 (502) 762-7081 -> +1.213.265.3167 Papa John®s Internat Page 002

Lincoln Financial - TCMS
PO Box 1390 St. Peters, MO 63376

Lincoln Financial Group

# Request for Missing Records

DR. GREGORY POTTS
2002 PAPA JOHNS BLVD
ATTN: MEDICAL RECORDS
LOUISVILLE, KY 40299

**Date:** Dec 29, 2021
**RP No:** 8720182
**Patient:** FOX, KEETA
**DOB:**
**Originally Requested:**
RF and medical records - Seen By: DR. GREGORY POTTS

Provider Portal: https://portal.releasepoint.com
Access Key: KPBIHX

ReleasePoint recently received records provided by your facility on your patient listed above. We are requesting MISSING information be provided before we can complete the handling of this request.

**We need the following information:**

**ADDITIONAL INFO REQUESTED** ***URGENT***ATTN: MEDICAL RECORDS: We received the records however the office visit notes fro pages 5-9 is missing. Please confirm if there are still records available. Please fax it to 213-265-3167 or email charts@releasepoint.com.***URGENT**Phone # 213-266-7865

☐ **I am emailing the additional records to providers@releasepoint.com**

☒ **I am faxing** ALL **pages to ReleasePoint, to this secure fax: (213) 884-4921**

☐ **I am mailing the requested additional information to ReleasePoint at:** ReleasePoint, PO Box 1390, St. Peters, MO 63376

☐ **Requested records are NOT available because:** ______________________

**Please provide last date of service:** ______________

Missing information should be included with any fees for records already paid. If original records were billed by page count, ReleasePoint will only be responsible for page fees for the missing records, not additional search or retrieval fees. Please contact us at 800-999-9589 if you have questions.

Thank you in advance,
Darcy Joy Dela Torre, QA Manager
(213) 266-7865
(213) 884-4921

**Copy services should consider this a RESCAN**

RPID: 8720182

# Quality Assurance Report

## Request Information

Report Date: December 29, 2021

**RP ID:** 8720182

Patient Name: FOX, KEETA

Provider Name: DR. GREGORY POTTS

## Quality Assurance Information

Scope Requested: **From July 30, 2020 to Present**

Special Request:
RF and medical records - Seen By: DR. GREGORY POTTS

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Enclosed are all records supplied by medical facility
for requested dates of service

Chart Reviewed By: CPIAO

Medical Providers (cont)

Dr Frank Burns, Opthomology (Sjogrens dry eyes)
13324 Shelbyville Rd
Louisville, KY 40223
(502) 245-0385

Dr Jeffrey Callen, Dermatology (Dermatitis / Dermatographia)
3810 Springhurst Blvd #200
Louisville, Ky 40241
(502) 583-1749

Mayo Clinic, MN
Dr Joan Fox, Gastroenterology (S180 / GI 155423)
Dr Thomas Osborne, Rheumatology
200 1st St SW
Rochester, MN 55905
(507) 284-2511

Dr Lauren Briley, Gastroenterology (S180 / GI 155423)
3950 Kresge Way, 2nd Floor
Louisville, KY 40207
(502) 893-0220
New Diagnosis: Small Intestinal Bacterial Overgrowth (S180)

00002 12/29/2021 01060505 003 099

SIGNATURE: Kente Fox DATE: 12/20/21

Lincoln/Fox 1274

0003154 LFPA0DD1 00011279

NORTON
WOMEN'S SPECIALISTS
*Urogynecology*

# AFTER VISIT SUMMARY

**Keeta Fox** DoB:

1/28/2021 8:30 AM   Norton Urogynecology Center 502-409-5600

## Instructions from Marjorie L Pilkinton, MD

Ambulatory referral to Physical Therapy
Expires: 2/28/2022 (requested)

Labs ordered today
UroSwab (MDL)
Complete as directed

Culture,Urine
Please complete by 2/4/2021

## What's Next

FEB 3 2021
Office Visit with Robert A. Schwartz, MD
Wednesday February 3 9:30 AM
Go to MyNortonChart to eCheck-In and arrive at your appt time.

If you do not eCheck-In, arrive at least 5 mins before your appt.

Norton Heart Specialists
Heart Rhythm Center
6420 Dutchmans Parkway
Suite 200
Louisville KY
40205-3373
502-891-8400

OCT 11 2021
Office Visit with Marjorie L Pilkinton, MD
Monday October 11 9:45 AM
Go to MyNortonChart to eCheck-In and arrive at your appt time.

If you do not eCheck-In, arrive at least 5 mins before your appt.

Norton Urogynecology Center
4123 Dutchmans Lane
Suite 307
LOUISVILLE KY
40207-4721
502-409-5600

## Today's Visit

You saw Marjorie L Pilkinton, MD on Thursday January 28, 2021. The following issues were addressed: Muscle pain, Dyspareunia due to medical condition in female, and Increased frequency of urination.

Blood Pressure
108/68

BMI
22.65

Weight
144 lb 10 oz

Height
5' 7"

Temperature
98.2 °F

Done Today
Bladder scan for Increased frequency of urination

POCT Urinalysis, Dipstick for Increased frequency of urination

MyNorton Chart

View your After Visit Summary and more online at https://mychart.nortonhealthcare.org/mychart/.

# Your Medication List as of January 28, 2021 9:15 AM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **azaTHIOprine** 50 MG tablet<br>Commonly known as: IMURAN | Take 50 mg by mouth daily. |
| **boric acid** 600 MG vaginal suppository | Place 1 suppository vaginally. |
| **Cholecalciferol** 125 MCG (5000 UT) Tabs | Take 5,000 Units by mouth daily. |
| **cholestyramine** 4 g packet<br>Commonly known as: QUESTRAN | Take 4 g by mouth 2 (two) times daily. |
| * **DULoxetine** 60 MG capsule<br>Commonly known as: CYMBALTA | Take 60 mg by mouth daily Take with Duloxetine 30 mg to equal 90 mg . |
| * **DULoxetine** 30 MG capsule<br>Commonly known as: CYMBALTA | Take 30 mg by mouth daily Take with Duloxetine 60 mg to equal 90 mg. |
| **estradiol** 0.05 MG/24HR<br>Commonly known as: VIVELLE-DOT | Place 1 patch onto the skin twice a week. |
| **estradiol** 0.1 MG/GM vaginal cream<br>Commonly known as: ESTRACE | Apply 1 gram vulvovaginally twice weekly. |
| * **NON FORMULARY** | Take 1.4 mLs by mouth Twice a Day Adrena Sooth: Take once in the evening and once at bedtime. . |
| * **NON FORMULARY** | Take 450 mg by mouth daily Liposomal Glutathione Solution 450 mg . |
| **Prasterone** 6.5 MG Inst | |
| **PROBIOTIC-10 PO** | Take by mouth. |
| **progesterone** 100 MG capsule<br>Commonly known as: PROMETRIUM | Take 100 mg by mouth. |
| **vitamin E** 100 UNIT capsule | Take 100 Units by mouth daily. |

*** This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

# Results Callback

If you had labs or diagnostic tests ordered and you do not receive a phone call, letter or MyChart message regarding your results within 2 weeks, please contact our office to receive your results.

Work Return/Restrictions
No documentation.

## Injection Instructions

If you received an injection, a small reaction is not uncommon. A low grade fever (up to 100.5°F) and **some pain is also not uncommon during the first 24 hours, but unusual beyond.** Call the office for a fever of 101.0°F or higher **at any time.** Any expanding redness or persistent drainage from your injection site should be brought to the attention of your doctor

## After-Hours Instructions

**For after-hours care, please call the office number and you will be routed to an on-call provider.**

## KORT Rehabilitation Services

You have been referred to KORT Rehabilitation services. KORT is a joint-venture entity with Norton Healthcare and Select Medical. If you would like a referral to another entity please contact the practice for assistance.

**MEDICAL RECORDS**

To request a copy of your medical records, email the Use and Disclosure Department through your MyNortonChart account by using the Ask Customer Service feature, or
complete a Norton Healthcare authorization form at https://medicalrecordrequest.nortonhealthcare.org

Once received, your request will be processed within 7 business days.

## Norton eCare

Skip the waiting room for your non urgent health issue using Norton eCare through MyNortonChart.

Norton eCare providers are available 24 hours a day, seven days a week through two secure online options using your MyNortonChart account: a video visit or an eVisit.

For additional information on conditions treated and how to schedule an eCare appointment, visit NortonHealthcare.com/eCare.

## Third Party Apps and Epic

Patients of providers that use Epic software are able to configure 3rd party apps to retrieve parts of their health record for their own personal use, including lab results, allergies, medications, and immunization history.

For instructions, visit: https://open.epic.com/Tutorial/PatientAuthentication.

Name: Keeta R Fox | DOB: | MRN: 8911342017 | PCP: Greg J. Potts, MD

# TISSUE PATHOLOGY EXAM - Details

## Comments from the Doctor's Office

No significant inflammation seen on any biopsy. Neg for changes suggesting celiac. Negative for h pylori. Duodenal aspirate is consistent with SIBO - rec trial xifaxan (sent to pharmacy). Schedule follow up

## Images

Click here to view test result

Click here to view test result

## Component Results

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| **Addendum 2** | Your Value<br>Please see the completely scanned consultation report from Mayo Clinic below. | | |
| **Addendum** | Your Value<br>Further testing is performed at the request of Dr. Briley. Utilizing an appropriate positive and negative control immunohistochemical stain CD117 is performed on all blocks. In specimen designated "terminal ileum" mast cells enumerate up to 40 per 40x high power field. No spindle shapes or clustering is identified. In specimen #2 designated "stomach" mast cells enumerate up to 25 per 40x high power field. No spindle shapes or clustering are noted. In specimens #3 designated "colon random" mast cells enumerate up to 60 per 40x high power field with single small clustering of up to 4 cells. No spindle shapes are noted. In specimen #4 designated "transverse colon" mast cells enumerate up to 35 per 40x high power field. No clustering nor spindle shapes are identified.<br><br>Clinical and serologic correlation is recommended.<br><br>mec/pkm | | |

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| **Case Report** | **Your Value**<br>**Surgical Pathology Report Case: SV21-11985**<br>**Authorizing Provider: Briley, Lauren C., MD Collected: 07/07/2021 12:03 PM**<br>**Ordering Location: BAPTIST HEALTH LOUISVILLE Received: 07/07/2021 01:23 PM**<br>**ENDO SUITES**<br>**Pathologist: Cobb, Mahoney E, MD**<br>**Specimens: 1) - Small Intestine, Duodenum, DUODENAL BIOPSIES**<br>**2) - Stomach, RANDOM GASTRIC BIOPSIES**<br>**3) - Large Intestine, RANDOM COLON BIOPSIES**<br>**4) - Large Intestine, Transverse Colon, TRANSVERSE COLON POLYP** | | |
| **Final Diagnosis** | Your Value<br>1. Duodenum, Biopsy: Benign small bowel mucosa with<br>A. Normal intact villous surface.<br>B. No significant inflammation, no granulomas.<br>C. No viral inclusions or other organisms on routinely stained sections.<br><br>2. Stomach, Biopsy: Oxyntic and antral type gastric mucosa with<br>A. No significant inflammation.<br>B. No metaplasia, dysplasia nor malignancy.<br>C. No H. pylori-like organisms identified.<br><br>3. Colon, Biopsy: Benign colonic mucosa with<br>A. No hyperplastic or tubulovillous change.<br>B. No significant inflammation.<br>C. No crypt distortion or basement membrane thickening.<br>D. No viral inclusions or other organisms on routinely stained sections.<br>E. Melanosis coli.<br><br>4. Colon, Transverse, Biopsy: Colonic mucosa with<br>A. Mild superficial hyperplastic epithelial change.<br>B. No tubulovillous change nor malignancy.<br><br>mec/jse | | |
| **Gross Description** | Your Value<br>1.The specimen is received in formalin labeled with the patient's name and further designated 'duodenal biopsy' are multiple small fragments of gray-tan tissue. The specimen is submitted for embedding as received.<br><br>2.The specimen is received in formalin labeled with the patient's name and further designated 'random gastric biopsy' are multiple small fragments of gray-tan tissue. The specimen is submitted for embedding as received.<br><br>3.The specimen is received in formalin labeled with the patient's name and further designated 'random colon biopsy' are multiple small fragments of gray-tan tissue. The specimen is submitted for embedding as received.<br><br>4.The specimen is received in formalin labeled with the patient's name and further designated 'transverse colon polyp biopsy' is a small fragment of gray-tan tissue. The specimen is submitted for embedding as received. | | |

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| **Microscopic Description** | Your Value<br>Performed, incorporated in diagnosis. | | |

## General Information

Ordered by Lauren C. Briley, MD

Collected on 07/07/2021 12:03 PM from Small Intestine, Duodenum (Tissue)
Collected on 07/07/2021 12:06 PM from Stomach (Tissue)
Collected on 07/07/2021 12:17 PM from Large Intestine (Tissue)
Collected on 07/07/2021 12:23 PM from Large Intestine, Transverse Colon (Tissue)

Resulted on 11/16/2021 5:45 PM

Result Status: Edited Result - FINAL

This test result has been released by an automatic process.

MyChart® licensed from Epic Systems Corporation © 1999 - 2021

MAYO CLINIC

**Name:** Keeta Fox
**DOB:** **MRN:** 12608867

# Clinical Notes

## 07/29/2021 – Office Visit

### Progress Notes

CHIEF COMPLAINT/REASON FOR VISIT
Follow-up appointment in the Gastroenterology Clinic.

HISTORY OF PRESENT ILLNESS:
Keeta Fox is a 54 y.o. female who presents to the GI Clinic today for a follow-up appointment regarding her abdominal symptoms of bloating flatulence and urgency in the setting of a prior diagnosis of SIBO. Ms. Fox still has not been able to work because her symptoms are quite debilitating. A local gastroenterologist provided her prescription for Xifaxan which she took and found to be beneficial although the results are short lived and lasted for only a couple of weeks. She is now on another course of Xifaxan which she is taking reluctantly because she does not like to use medications. Since I last saw her she has had an endoscopic evaluation including both an upper and a lower endoscopy. Small bowel aspirates were performed and revealed greater than 100,000 colony-forming units of staff and group a strep. Ms. Fox stopped using her pancreatic enzyme supplementation because she did not think it was particularly helpful. She has done a lot of reading and research online regarding SIBO.
PAST MEDICAL/SURGICAL HISTORY

MEDICAL HISTORY
She has a past medical history of Anxiety Generalized Disorder, Depressive Disorder, Headache Unspecified, Irritable Bowel Syndrome Without Diarrhea (2001), Other Specified Health Status (Cervical stenosis; carpal tunnel), and Stone Kidney.

SURGICAL
She has a past surgical history that includes Upper gastrointestinal endoscopy (02/21/2020) and Colonoscopy (2018).

MEDICATIONS

Current Outpatient Medications:
- amitriptyline 2%-ketamine 5% in lipoderm, Apply topically 3 (three) times a day. Apply to hands and feet as needed, Disp: 120 g, Rfl: 2
- cholecalciferol, vitD3,/vit K2 (vitamin D3-vitamin K2) 250 mcg (10,000 unit)-45 mcg capsule, , Disp: , Rfl:
- Creon 24,000-76,000 -120,000 unit capsule, TAKE 2 CAPSULES BY MOUTH THREE TIMES DAILY WITH MEALS, Disp: , Rfl:
- doxycycline hyclate (VIBRAMYCIN) 100 mg capsule, , Disp: , Rfl:
- DULoxetine (CYMBALTA) 60 mg DR capsule, Take 60 mg by mouth daily. TK ONE C PO Q D TO BE TAKEN WITH 30MG CAPSULE, Disp: , Rfl:
- estradioL (ESTRACE) 0.1 mg/g (0.01%) vaginal cream, Apply 1 gram vulvovaginally twice weekly., Disp: 42.5 g, Rfl: 3
- estradioL (VIVELLE-DOT) 0.05 mg/24 hr patch, Place 1 patch on the skin 2 (two) times a week., Disp: 24 patch, Rfl: 3
- estrogens, conjugated, (PREMARIN) 1 g (0.625 mg/gram) vaginal cream, Insert into the vagina., Disp: , Rfl:
- fexofenadine (ALLEGRA) 60 mg tablet, Take 60 mg by mouth daily., Disp: , Rfl:
- hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet, Take 1.5 tablets (300 mg total) by mouth daily., Disp: 60 tablet, Rfl: 5
- progesterone (PROMETRIUM) 100 mg capsule, Take 1 capsule (100 mg total) by mouth at bedtime., Disp: 90 capsule, Rfl: 3
- pyridoxine, vitamin B6, (vitamin B-6) 25 mg tablet, , Disp: , Rfl:
- Restasis 0.05 % ophthalmic emulsion, , Disp: , Rfl:
- UNABLE TO FIND, Take 1.4 mL by mouth 2 (two) times a day. Adrena Soothe 1.4ml For sleep and reduction of anxiety ( norepinephrine and cortisol levels high per various labs) Take once in the evening and once at bedtime. , Disp: , Rfl:
- UNABLE TO FIND, Take 1 capsule by mouth daily. Liposomal Glutathione Support immune system. 450 mg , Disp: , Rfl:
- vitamin E 45 mg (100 Unit) capsule, , Disp: , Rfl:
- Xifaxan 550 mg tablet, Take 550 mg by mouth 3 (three) times a day., Disp: , Rfl:

ALLERGIES
Aspirin, Butalbital-acetaminophen, and Butalbital-acetaminophen-caff

SOCIAL HISTORY
She reports that she has never smoked. She has never used smokeless tobacco. She reports previous alcohol use.

FAMILY HISTORY
Herfamily history includes Alcohol abuse in her maternal grandfather and mother's brother; Anxiety disorder in her father, maternal grandfather, mother, mother's brother, and mother's brother; Arthritis in her maternal grandmother and sister; Colon cancer in her maternal grandmother; Coronary artery disease in her father, father's brother, father's brother, father's brother, mother, and mother's brother; Depression in her father, maternal grandfather, mother, and mother's brother; Diabetes in her mother; Hyperlipidemia in her father and mother; Hypertension in her father, father's brother, father's brother, father's brother, mother, and mother's brother; Kidney disease in her mother's sister; Melanoma in her sister; Migraines in her sister; Obesity in her mother; Osteoporosis in her maternal grandmother and mother; Psychiatric in her mother's brother; Rheum arthritis in her mother; Suicide Attempts in her maternal grandfather and mother's brother; Thyroid cancer in her mother's brother; Tuberculosis in her sister; Unexplained death in her paternal grandfather.

SYSTEMS REVIEW
A complete review of systems was performed and all pertinent positives are as outlined in the HPI.

PHYSICAL EXAMINATION
VITAL SIGNS:

vitals were not taken for this visit.
GENERAL: Patient is in no distress. She is conversant and cooperative. She is capable of full communication without difficulty. She is appropriately dressed and hygiene is normal.
HEENT: Normocephalic. EOMI,NECK: No nodes, no thyromegaly. No palpable masses or other abnormalities.

ABDOMEN: Normal bowel sounds in all 4 quadrants. Nontender to palpation. No hepato-splenomegaly. No mass. Well-healed midline scar noted.

IMPRESSION/REPORT/PLAN
54 y.o. female with history of Sjogren syndrome and colonic resection for cecal volvulus who presents with ongoing symptoms of diarrhea bloating and fat malabsorption.
**#1 Diarrhea and fat malabsorption likely due to SIBO**
Ms. Fox has had normal imaging of her pancreas on CT scan, and her symptoms have responded to antibiotics in the past. We discussed that her symptoms are entirely consistent with SIBO however given the g positives on her aspirate I think that that may be a contaminant. None the last based on her stool collection in the fat malabsorption I do think treating her for SIBO again would be appropriate. I encouraged her to take a course of Xifaxan. I also discussed the concept of rotating antibiotics and that if she needed to be on antibiotics chronically it would be most appropriate to not use the same antibiotic in succession but rather alternate with 3 or 4 other antibiotics to % resistant strains. She and her husband seem to understand this concept. We discussed risk factors and predisposing factors for SIBO which Ms. Fox has a good handle on.
**#2 The multiple supplements**
Ms. Fox has asked for consultation incomplete component drain Integrative Medicine to review the benefits and side effects of her supplements. I will facilitate this.
**#3 Sjogren syndrome**

40 minutes were spent in the office with the patient today, greater than 50% of which were spent in counseling and coordination of care.

MyChart® licensed from Epic Systems Corporation, © 2021.
© 2021 Mayo Foundation for Medical Education and Research. All rights reserved.

MAYO CLINIC

**Name:** Keeta Fox

**DOB:** **MRN:** 12608867

# Clinical Notes

## 07/27/2021 – Office Visit

### Progress Notes

**SUBJECTIVE**

**CHIEF COMPLAINT / REASON FOR VISIT**
Keeta Fox is a 54 y.o. female who presents for evaluation of Sjogren syndrome

**HISTORY OF PRESENT ILLNESS**

Patient is accompanied by her husband for the office visit. She brought with her a chart dealing with Sjogren syndromes and the areas of the body that can be affected with her notes pointing to these areas. There were 19 separate article circle that she wished to discuss. The office visit took approximately 45 minutes to discuss these. Among these included fatigue is the 1. Complaint. She has not had recurrent bronchitis or pneumonias. She has not had a kidney stone. She has had joint pains predominantly in the elbows knees fingers but no swelling of significance. She did have her knees injected with corticosteroids without any improvement. She may have carpal tunnel syndrome. She states her left face feels like glass. I believe she minutes uncomfortable. There were no obvious erythema or changes in color. She has enlarged lymph nodes primarily in her anterior left neck which were easily palpable mobile and nontender. She has a neuropathy in her hands and feet which is sensory is states she has had footdrop. She has had a partial colectomy. She test positive for celiac disease serologically but was told by her gastroenterologist at home that she does not have it. She she has recurrent urinary tract infections. She states when tested she does not seem to have the infection but she has the symptoms. She has some mild-to-moderate dysphagia.
She previously had erythematous hands and I thought she had erythromycin allergy but that is resolved. New line she previously was treated by myself with Imuran but it caused GI upset.

**OBJECTIVE**

**PHYSICAL EXAM**
Physical Exam
Skin: No lesion a few bruises
Mucosa: Sandpaper dry tongue
Conjunctiva: Moist and clear
Tympanic membranes: Bilateral cerumen
LN: 1/2 cm enlarged lymph node upper anterior left cervical area mobile nontender
Neck: 60% rotation 30 % lateral bending
Lungs:
Heart: Regular rate and rhythm no murmurs
Carotids: No bruits
Abdomen:
CVA:
SI Joints:
Buttocks:
Greater Trochs:
Joints: No swelling in any joints full range of motion throughout minimal tenderness. Knees have mild crepitation.
DTR: 1+ biceps patellar absent Achilles
Vib: Normal fingers knees and feet
Other:

**ASSESSMENT / PLAN**

#1 Sjogren syndrome
#2 History of SIBO.
Plan:: After 45 minutes discussion and physical exam it is suggested trial of Plaquenil 300 mg per day based on body weight. Risks benefits alternatives discussed. I did not make plans to see her back in the near future.

MyChart® licensed from Epic Systems Corporation, © 2021.
© 2021 Mayo Foundation for Medical Education and Research. All rights reserved.

Name: Keeta R Fox | DOB: MRN: 8911342017 | PCP: Greg J. Potts, MD

# Progress Notes

Lauren C. Briley, MD at 12/15/21 1649

Author: Lauren C. Briley, MD Service: — Author Type: Physician
Filed: 12/15/21 1649 Encounter Date: 12/15/2021 Status: Signed
Editor: Lauren C. Briley, MD (Physician)

Subjective

**Chief Complaint**
Patient presents with
- Bloated
- Change in bowels
- Nausea

Keeta R Fox is a 55 y.o. female here for a follow up visit for urgency, bloating and nausea.

She has gained 30 lbs since this summer.

She is avoiding sugar, dairy and gluten. She complains of foul-smelling gas. She is having 5-7 bowel movements a day which she describes as formed. She reports her first bowel movement is pretty good in the morning and then she will have multiple bowel movements thereafter. She describes bloating in her abdomen. Her symptoms have her feeling embarrassed and afraid to go out. She has stopped exercising due to fatigue which she attributes to reactivated mononucleosis which was diagnosed in the summer.
HPI

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Agatston CAC score, <100 *ZERO, 12/2019* | |
| • Anxiety | |
| • Colon polyp | 2016 |
| • Elevated cholesterol | |
| • Erythromelalgia (HCC) | |
| • Fibrosis of lung (HCC) *very mild, RLL* | |
| • Hx of autoimmune disorder | |
| • Irritable bowel syndrome | 2000 |
| • Kidney stone | |
| • Migraines | |
| • Pelvic floor dysfunction | |
| • Sjogrens syndrome (HCC) | |
| • Symptomatic orthostatic increase in heart rate | |
| • Vulvodynia | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY *Right hemicolectomy* | | November 13,2020 |
| • COLON SURGERY | | 11/2020 |

- COLONOSCOPY 04/04/2018
- COLONOSCOPY N/A 7/7/2021
  *Procedure: COLONOSCOPY TO CECUM WITH COLD BIOPSIES, COLD POLYPECTOMY; Surgeon: Briley, Lauren C., MD; Location: BH LOU ENDOSCOPY; Service: Gastroenterology; Laterality: N/A; PRE- H/O POLYPS, DIARRHEA*
  *POST- COLON POLYP, DIVERTICULOSIS, HEMORRHOIDS*
- ENDOSCOPY N/A 7/7/2021
  *Procedure: ESOPHAGOGASTRODUODENOSCOPY WITH COLD BIOPSIES, DUODENAL ASPIRATE; Surgeon: Briley, Lauren C., MD; Location: BH LOU ENDOSCOPY; Service: Gastroenterology; Laterality: N/A; PRE- DYSPEPSIA, HEARTBURN*
  *POST- GASTRITIS*
- EXPLORATORY LAPAROTOMY N/A 11/13/2020
  *Procedure: Exploratory Laparotomy; Right Ileocolectomy; Surgeon: George, Anthony Jr., MD; Location: BH LOU MAIN OR; Service: General; Laterality: N/A;*
- FLEXIBLE SIGMOIDOSCOPY 2000
- UPPER GASTROINTESTINAL ENDOSCOPY 04/04/2018

Current Outpatient Medications:
- Allergy Relief 180 MG tablet, Take 180 mg by mouth 2 (Two) Times a Day., Disp: , Rfl:
- Cholecalciferol (VITAMIN D3 PO), Take by mouth., Disp: , Rfl:
- cromolyn (GASTROCROM) 100 MG/5ML solution, , Disp: , Rfl:
- DULoxetine (CYMBALTA) 60 MG capsule, Take 120 mg by mouth Daily., Disp: , Rfl:
- estradiol (CLIMARA) 0.075 MG/24HR patch, APPLY 1 PATCH WEEKLY, Disp: , Rfl:
- famotidine (Pepcid AC) 10 MG tablet, , Disp: , Rfl:
- Lifitegrast (Xiidra) 5 % ophthalmic solution, Administer 1 drop to both eyes 2 (Two) Times a Day., Disp: , Rfl:
- loratadine (CLARITIN) 10 MG tablet, , Disp: , Rfl:
- multivitamin (MULTI-VITAMIN DAILY PO), , Disp: , Rfl:
- Probiotic Product (PRO-BIOTIC BLEND PO), Take by mouth., Disp: , Rfl:
- Progesterone (PROMETRIUM) 100 MG capsule, , Disp: , Rfl:
- pyridoxine (VITAMIN B-6) 25 MG tablet, , Disp: , Rfl:
- conjugated estrogens (PREMARIN) 0.625 MG/GM vaginal cream, Insert into the vagina Daily., Disp: , Rfl:
- hyoscyamine (ANASPAZ,LEVSIN) 0.125 MG tablet, Take 1 tablet by mouth 4 (Four) Times a Day Before Meals & at Bedtime As Needed (urgency, stool frequency)., Disp: 60 tablet, Rfl: 5
- riFAXIMin (Xifaxan) 550 MG tablet, Take 1 tablet by mouth 3 (Three) Times a Day., Disp: 42 tablet, Rfl: 2

PRN Meds:.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Asa [Aspirin] | Other (See Comments) |
| *Unknown, mother told her not to take it.* | |
| • Butalbital-Acetaminophen | Other (See Comments) |
| *Took once for headaches and could not sleep at all* | |

**Social History**

Socioeconomic History
- Marital status: Married

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Vaping Use
- Vaping Use: Never used

Substance and Sexual Activity
- Alcohol use: Not Currently
  Alcohol/week: 0.0 standard drinks
  *Comment: Cannot tolerate since sick and now have EBV*

- Drug use: No
- Sexual activity: Yes
  Partners: Male
  Birth control/protection: Post-menopausal, None

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Rheum arthritis | Mother | |
| • Diabetes | Mother | |
| • Coronary artery disease *ADVANCED AGE* | Mother | |
| • Barrett's esophagus | Mother | |
| • Colon polyps | Mother | |
| • Irritable bowel syndrome *Now Incontinent* | Mother | |
| • Gallbladder disease | Sister | |
| • Pancreatitis | Brother | |
| • Colon cancer *Fatal* | Maternal Grandmother | |
| • Esophageal cancer | Maternal Uncle | |
| • Alcohol abuse | Paternal Grandfather | |
| • Alcohol abuse | Maternal Uncle | |
| • Alcohol abuse | Maternal Aunt | |

Review of Systems
Constitutional: Positive for unexpected weight change. Negative for appetite change.
Gastrointestinal: Positive for abdominal distention.

**Vitals:**

| | 12/15/21 1517 |
|---|---|
| Temp: | 98 °F (36.7 °C) |

| | |
|---|---|
| | 12/15/21<br>1517 |
| Weight: | 70.7 kg (155 lb 12.8 oz) |

Objective

**Physical Exam**
Constitutional:
  Appearance: Normal appearance. She is well-developed.
HENT:
  Head: Normocephalic and atraumatic.
Eyes:
  General: No scleral icterus.
  Conjunctiva/sclera: Conjunctivae normal.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: There is no distension.
  Palpations: Abdomen is soft.
Musculoskeletal:
  Cervical back: Normal range of motion and neck supple.
Skin:

General: Skin is warm and dry.
Neurological:
Mental Status: She is alert.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.

No radiology results for the last 7 days

Assessment/Plan

Diagnoses and all orders for this visit:

**Altered bowel habits**

**Small intestinal bacterial overgrowth (SIBO)**

**Flatulence symptom**

**Other orders**

- Lifitegrast (Xiidra) 5 % ophthalmic solution; Administer 1 drop to both eyes 2 (Two) Times a Day.
- DULoxetine (CYMBALTA) 60 MG capsule; Take 120 mg by mouth Daily.
- pyridoxine (VITAMIN B-6) 25 MG tablet
- cromolyn (GASTROCROM) 100 MG/5ML solution
- estradiol (CLIMARA) 0.075 MG/24HR patch; APPLY 1 PATCH WEEKLY
- Allergy Relief 180 MG tablet; Take 180 mg by mouth 2 (Two) Times a Day.
- famotidine (Pepcid AC) 10 MG tablet
- loratadine (CLARITIN) 10 MG tablet
- multivitamin (MULTI-VITAMIN DAILY PO)
- Progesterone (PROMETRIUM) 100 MG capsule
- riFAXIMin (Xifaxan) 550 MG tablet; Take 1 tablet by mouth 3 (Three) Times a Day.

Plan:

- Start fiberwise supp -this has a probiotic included in it. She has been on an expensive refrigerated probiotic for some time which has not improved her symptoms. We discussed the pros and cons of probiotics and I recommended that she cut the fancy probiotic out as it does not seem to be conferring any benefit. She certainly does not need to be on 2 probiotics.
- Retreat SIBO with Xifaxan. She did get a benefit from this.
- She is going to count her calories and see about cutting back on her caloric intake to help curb the weight gain that she is experience over the past several months.
- She is use hyoscyamine for cramping however she is really not having diarrhea at this point so not sure how helpful will be using it more frequently.

MyChart® licensed from Epic Systems Corporation © 1999 - 2021

Name: Keeta R Fox | DOB MRN: 8911342017 | PCP: Greg J. Potts, MD

# Progress Notes

Lauren C. Briley, MD at 10/20/21 0946

Author: Lauren C. Briley, MD Service: — Author Type: Physician
Filed: 10/20/21 0946 Encounter Date: 10/18/2021 Status: Signed
Editor: Lauren C. Briley, MD (Physician)

Subjective

**Chief Complaint**
Patient presents with
- Gas
- Bloated

Keeta R Fox is a 54 y.o. female here for a follow up visit for nausea, bloating, fecal urgency.

Patient reports that over the past several years she has developed loose stool that is foul-smelling and often clay colored. It is associated with bloating urgency abdominal distention. She has not seen blood in her stool. Her last colonoscopy was in 2018. She had 2 adenomatous polyps removed at that time.

She is undergone functional medicine work-up at Cleveland clinic and has also seen the Mayo Clinic. 48-hour fecal fat was noted to be elevated. Fecal calprotectin was normal. She has had celiac antibody testing in the past which is been normal. She had a SIBO breath test which was normal. Abdominal imaging at the time of her cecal volvulus in November 2020 showed normal pancreas. She had CT enterography which showed normal small intestine. She reports that her weight is stable. She has a history of Sjogren's disease and was previously on Imuran although this was discontinued due to concern for side effects.

Past medical history is notable for right hemicolectomy due to cecal volvulus in November 2020. Pathology showed a serrated adenoma near the appendix.

Records from the Cleveland clinic as well as Mayo Clinic were reviewed and are summarized in this note.

Motility study at Mayo-
**Impression**

---

1. Gastric emptying is delayed at 2 and 4 hours.
2. Six-hour small bowel transit is below the mean.
3. Colonic transit is within normal limits.

Since her last visit she underwent EGD and colonoscopy on 7/7/2021-duodenal aspirate was notable for SIBO. Biopsies of her small bowel, stomach and colon during her testing was normal with no significant inflammation or evidence of celiac.

She is undergoing

She did respond to treatment for SIBO - she had a positive response after 2 weeks but then did not see much improvement thereafter. She continues to experience bloating - she

reports bulky stool - she usually has 2-4 BM/d. Gas has improved. Stools float. She does have urgency. She has bouts of fatigue that are incapacitating. This can last 3 days. She reports significant itching -she is being w/u for mast cell activation syndrome. Weight has increased about 10 pounds since the summer. She was on very specific diet prescribed by her physician in New York and this has become less restrictive which she is tolerating.

Her labs reflect reactivation of EBV. Nml esr, crp. She has positive IgG for chlamydia pneumonia. She plans to see an infectious disease specialist. We discussed that this does not mean she has active chlamydia. She stopped taking Creon because she felt like it was not really helping and may be making things worse.

HPI

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Agatston CAC score, <100<br>*ZERO, 12/2019* | |
| • Anxiety | |
| • Fibrosis of lung (CMS/HCC)<br>*very mild, RLL* | |
| • Hx of autoimmune disorder | |
| • Kidney stone | |
| • Migraines | |
| • Sjogrens syndrome (CMS/HCC) | |
| • Symptomatic orthostatic increase in heart rate | |

.

HPI

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Agatston CAC score, <100<br>*ZERO, 12/2019* | |
| • Anxiety | |
| • Colon polyp | 2016 |
| • Elevated cholesterol | |
| • Erythromelalgia (HCC) | |
| • Fibrosis of lung (HCC)<br>*very mild, RLL* | |
| • Hx of autoimmune disorder | |
| • Irritable bowel syndrome | 2000 |
| • Kidney stone | |
| • Migraines | |
| • Pelvic floor dysfunction | |
| • Sjogrens syndrome (HCC) | |
| • Symptomatic orthostatic increase in heart rate | |
| • Vulvodynia | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY<br>*Right hemicolectomy* | | November 13,2020 |
| • COLON SURGERY | | 11/2020 |
| • COLONOSCOPY | | 04/04/2018 |
| • COLONOSCOPY<br>*Procedure: COLONOSCOPY TO CECUM WITH COLD BIOPSIES, COLD POLYPECTOMY; Surgeon: Briley, Lauren C., MD; Location: BH LOU ENDOSCOPY; Service: Gastroenterology; Laterality: N/A; PRE- H/O POLYPS, DIARRHEA POST- COLON POLYP, DIVERTICULOSIS, HEMORRHOIDS* | N/A | 7/7/2021 |
| • ENDOSCOPY<br>*Procedure: ESOPHAGOGASTRODUODENOSCOPY WITH COLD BIOPSIES, DUODENAL ASPIRATE; Surgeon: Briley, Lauren C., MD; Location: BH LOU* | N/A | 7/7/2021 |

*ENDOSCOPY; Service: Gastroenterology; Laterality: N/A; PRE- DYSPEPSIA, HEARTBURN*
*POST- GASTRITIS*

| | | |
|---|---|---|
| • EXPLORATORY LAPAROTOMY | N/A | 11/13/2020 |
| *Procedure: Exploratory Laparotomy; Right Ileocolectomy; Surgeon: George, Anthony Jr., MD; Location: BH LOU MAIN OR; Service: General; Laterality: N/A;* | | |
| • FLEXIBLE SIGMOIDOSCOPY | | 2000 |
| • UPPER GASTROINTESTINAL ENDOSCOPY | | 04/04/2018 |

Current Outpatient Medications:
• Cholecalciferol (VITAMIN D3 PO), Take by mouth., Disp: , Rfl:
• conjugated estrogens (PREMARIN) 0.625 MG/GM vaginal cream, Insert into the vagina Daily., Disp: , Rfl:
• cycloSPORINE (RESTASIS OP), Apply to eye(s) as directed by provider., Disp: , Rfl:
• hyoscyamine (ANASPAZ,LEVSIN) 0.125 MG tablet, Take 1 tablet by mouth 4 (Four) Times a Day Before Meals & at Bedtime As Needed (urgency, stool frequency)., Disp: 60 tablet, Rfl: 5
• Probiotic Product (PRO-BIOTIC BLEND PO), Take by mouth., Disp: , Rfl:
PRN Meds:.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Asa [Aspirin] | Other (See Comments) |
| *Unknown, mother told her not to take it.* | |
| • Butalbital-Acetaminophen | Other (See Comments) |
| *Took once for headaches and could not sleep at all* | |

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Vaping Use | |
| • Vaping Use: | Never used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not Currently |
| Alcohol/week: | 7.0 standard drinks |
| Types: | 7 Glasses of wine per week |
| *Comment: Cannot tolerate since sick and now have EBV* | |
| • Drug use: | No |
| • Sexual activity: | Yes |
| Partners: | Male |
| Birth control/protection: | Post-menopausal, None |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Rheum arthritis | Mother | |
| • Diabetes | Mother | |
| • Coronary artery disease | Mother | |
| *ADVANCED AGE* | | |
| • Barrett's esophagus | Mother | |
| • Colon polyps | Mother | |
| • Irritable bowel syndrome | Mother | |
| *Now Incontinent* | | |
| • Gallbladder disease | Sister | |
| • Pancreatitis | Brother | |
| • Colon cancer | Maternal Grandmother | |
| *Fatal* | | |

| | |
|---|---|
| • Esophageal cancer | Maternal Uncle |
| • Alcohol abuse | Paternal Grandfather |
| • Alcohol abuse | Maternal Uncle |
| • Alcohol abuse | Maternal Aunt |

Review of Systems
Constitutional: Positive for fatigue. Negative for appetite change and unexpected weight change.
Gastrointestinal: Positive for abdominal distention.
Skin: Negative for rash.

**Vitals:**

| | |
|---|---|
| | 10/18/21 0912 |
| Temp: | 96.9 °F (36.1 °C) |

| | |
|---|---|
| | 10/18/21 0912 |
| Weight: | 65.8 kg (145 lb) |

We discussed

Objective

**Physical Exam**
Constitutional:
  Appearance: She is well-developed.
HENT:
  Head: Normocephalic and atraumatic.
Eyes:
  General: No scleral icterus.
Abdominal:
  General: There is no distension.
  Palpations: Abdomen is soft.
Skin:
  General: Skin is warm and dry.
Neurological:
  Mental Status: She is alert.

Mammo Diagnostic Digital Tomosynthesis Left With CAD

Result Date: 10/14/2021
There are no findings suspicious for malignancy in either breast. Bilateral cysts are noted. Routine follow-up mammography is recommended. BI-RADS Category 2: Benign. This report was finalized on 10/14/2021 7:58 AM by Dr. Lawrence Mason, M.D.

US Breast Bilateral Limited

Result Date: 10/14/2021
There are no findings suspicious for malignancy in either breast. Bilateral cysts are noted. Routine follow-up mammography is recommended. BI-RADS Category 2: Benign. This report was finalized on 10/14/2021 7:58 AM by Dr. Lawrence Mason, M.D.

Assessment/Plan

Diagnoses and all orders for this visit:

**Abdominal distention**

**Small intestinal bacterial overgrowth**

**Altered bowel habits**

**Other orders**

- hyoscyamine (ANASPAZ,LEVSIN) 0.125 MG tablet; Take 1 tablet by mouth 4 (Four) Times a Day Before Meals & at Bedtime As Needed (urgency, stool frequency).

Plan:

- Start fiber supplement to improve bulk stools and improve consistency
- Trial antispasmodic to help with urgency and frequency
- Could consider retreatment of SIBO in the future
- We discussed some of the lab work that she has had performed-she was very worried about the positive IgG for chlamydia and we discussed that this does not indicate active infection and therefore does not warrant further follow-up. She asked regarding several supplements and I urged her to keep things simple and to avoid taking anything that is unnecessary as were not sure of effect it could have on her GI system.

MyChart® licensed from Epic Systems Corporation © 1999 - 2021

Show More

# Encounter History

Virtual Visit on 11/08/2021

**Provider:** Pamela Yee MD

**Date of Service:** Monday 8th of November 2021

**Visit Type:** Virtual Visit

**Assessment and Plan Summary**

## Assessment

**Disorder involving the immune mechanism, unspecified**

**Gammaherpesviral mononucleosis without complication**

**Chronic fatigue, unspecified**

**Mast cell activation, unspecified**

## Prescriptions

**Gastrocrom: Cromolyn Sodium Oral Conc 100 MG/5ML (100MG/5ML)** ***(Generic is OK)***

**How is it taken?**

**How Often?** See Instructions

**# Dispensed:** 5 (x 6 refills)

**Instructions:** Take 2 tsp (10mL) 15-20 minutes before a meal

## Plan

**Personalized Treatment Plan**- FATIGUE
-I wonder if there is some level of de-conditioning at play. I say this because you feel well after exercise which is a GOOD thing. When you get back home you have the option of walking in the cold.
-I would highly consider the Dallas Exercise protocol (emailed to you) because you have POTS based on the Tilt-table testing and the NASA Lean Score.

POTS
-The idea is to find a physical therapist that is experienced in POTS or Dysautonomia or perhaps a PT who is familiar with Ehler Danlos Syndrome (you don't have that)
-You need to really increase your fluids and electrolytes. At least 3 liters of water. Use electrolyte tablets and a lot of salt. Use compression tights . I like Max Hydrate but Nuun is popular and easy to get as well.
-there are medications to help with POTS (midodrine etc) we can eventually explore.

MCAS
-I question the use of the the Allergra.
-Continue the Pepcid and Claritin.
-We can add on Cromolyn "Gastrocrom" to see if the gut responds. 1 tsp to start but 2 tsp (10mL) 15-20 min before meals and again at bedtime.
-If this doesn't work let's add in the low dose naltrexone - let's wait on the Rx for now.
-We'll give up on the Mayo labs

IMMUNITY/INFECTIONS
-It is unclear why you still have active infections. Especially the elevated Bordetella Pertussis igM. Candida and EBV seem to be active and you have the low IgE levels. (and of course the Lyme)
-You will need to do the Strep Pneumo titers in the next 2 weeks at Labcorp. Lab requisition is in the portal
-See Dr Sublette after you get those labcorp results.

LIPIDS
Don't worry about your lipids!

DIET
-Replace the AM shake to Opticleanse GHI from Xymogen by going to Wholescripts my code is YEE2000.
-Maybe reduce the amount of nuts!!

GYN
-Change your priobiotic see supplement table
-I'm fine with doing the boric acid and Laveena.
-maybe later consider an intravaginal probiotic.

From last time:
ENT
-Would be helpful to see an ENT to do a deeper culture IN ADDITION to the Microbiology Dx/Marcons test we will resend. And also to assess if you have a chronic sinus infection. Make the appointment with the person you have seen in the past. Expect to be scoped, cultured and have him/her look at the MRI head you did in 2019 to see if you need to be evaluated in a different way for your sinuses. But upload the MRI for me to see as well.

Let's followup in 2 months
**Using your portal - PY**- PORTAL - Your treatment plan from today and all future visits will be clearly written up in the sidelink called "My Visit Summaries." Be sure to print this out so you can keep track of recommendations, goals and "homework."
All of the supplements are located on the "My Supplements" tab but also after every visit, I create a supplement document which can be pulled up in "Labs and Documents" which notes changes from our visit and is easier to see. I recommend printing that out. This is also where you can get handouts that I may have uploaded to your portal.

TESTING - Any lab forms e.g. Quest or Labcorp can be found under "Labs and Documents" - you will see the date ordered. Print that out to bring with you to the laboratory even though it has been sent their electronically.

Also, please keep all your information accurate should anything change i.e new diagnoses from other doctors and most importantly anything you have changed in medications and supplements so that when we meet again I'll have all the updated information easily accessible.

Also note that patient checkouts will now happen the next business day after our appointment.
**PY Appointments**- Please make your followup appointment NOW as slots are filled for the next 1-2 months typically. They can easily be done through the portal at any time or when you check out with the front desk.
**Medical Assistant PY**- June is my medical assistant until Nov 24th if there are any questions she can be reached through the portal or by phone 914-652-7800 extension 109. If there are any other administrative questions please reach out to either Grescia or Lindsay through the portal.

## Supplement

**Mitocore (OHM)-**

**Take With-Breakfast:** 2

**Take With-Dinner:** 2

**Updates:** NEW

**OpticCleanse GHI Vanilla Delight-**

**Take With-Breakfast:** 1-2 scoops

**Updates:** NEW

**Max-Hydrate-** Use 1 effervescent tablet into 6-12 ounces of water. You can even use larger amounts of water to increase fluids and electrolytes. Contains Xylitol and no sugar.

**Updates:** NEW

**Pro-Flora Womens Probiotic-**

**Take With-Breakfast:** 2

**Updates:** NEW

## Attachments

HCFA 1500 Claims Form: services on 11/08/2021

Supplement Plan: 11/08/2021

This summary may not show the doctor's notes or specific documentation. If you would like access to additional documentation you must request a copy of your note from your provider

Contact Cerbo Technical Support

Patient Portal Cerbo© 2021

Show More

# Encounter History

Virtual Visit on 10/04/2021

**Provider:** Pamela Yee MD

**Date of Service:** Monday 4th of October 2021

**Visit Type:** Virtual Visit

**Assessment and Plan Summary**

## Assessment

**Diarrhea, unspecified**

**Disorder involving the immune mechanism, unspecified**

**Gammaherpesviral mononucleosis without complication**

**Fever, unspecified**

**Chronic fatigue, unspecified**

**Mast cell activation, unspecified**

## Prescriptions

**Claritin Reditabs: Loratadine Orally Disintegrating Tab 5 MG (5MG)** ***(Generic is OK)***

**How is it taken?** Orally

**How Often?** Once a day

**# Dispensed:** 30 (x 0 refills)

**Instructions:** 1 PO bid

**Pepcid: Famotidine Tab 20 MG (20MG)** ***(Generic is OK)***

**How is it taken?** Orally

**How Often?** Once a day

**# Dispensed:** 100 (x 0 refills)

**Instructions:** 1 cap PO bid

## Orders/Scans/Referrals

**Tryptase [LabCorp] - 83520**

**Details:** n/a

**Leukotriene E4, U (Leukotriene E4, U) - 82542**

**Details:** n/a

**Chromogranin A [LabCorp] - 86316**

**Details:** n/a

**N-Methylhistamine, Urine [LabCorp] - 82542**

**Details:** n/a

**Prostaglandins: D2, S [LabCorp] - 84150**

**Details:** n/a

**2,3-Dinor-11Beta-Prostaglandin F2 Alpha, Urine (2,3-Dinor-11Beta-Prostaglandin F2 Alpha, Urine) - 84150**

**Details:** n/a

**Histamine, Plasma [LabCorp] - 83088**

**Details:** n/a

**Tryptase [LabCorp] - 83520**

**Details:** n/a

**MicrobiologyDX - See Lab**

**Details:** Nasal Swab

## Plan

**Using your portal - PY**- PORTAL - Your treatment plan from today and all future visits will be clearly written up in the sidelink called "My Visit Summaries." Be sure to print this out so you can keep track of recommendations, goals and "homework."
All of the supplements are located on the "My Supplements" tab but also after every visit, I create a supplement document which can be pulled up in "Labs and Documents" which notes changes from our visit and is easier to see. I recommend printing that out. This is also where you can get handouts that I may have uploaded to your portal.

TESTING - Any lab forms e.g. Quest or Labcorp can be found under "Labs and Documents" - you will see the date ordered. Print that out to bring with you to the laboratory even though it has been sent their electronically.

Also, please keep all your information accurate should anything change i.e new diagnoses from other doctors and most importantly anything you have changed in medications and supplements so that when we meet again I'll have all the updated information easily accessible.

Also note that patient checkouts will now happen the next business day after our appointment.

**PY Appointments**- Please make your followup appointment NOW as slots are filled for the next 1-2 months typically. They can easily be done through the portal at any time or when you check out with the front desk.

**Medical Assistant PY**- June is my medical assistant if there are any questions she can be reached through the portal or by phone 914-652-7800 extension 109. If there are any other administrative questions please reach out to either Ariel or Lindsay through the portal.

**Personalized Treatment Plan**- IMMUNITY

-You need to get a Pneumovax. You can get this with your GP tomorrow. The idea is to re-test in 4-6 weeks your 23 strep pneumo subtypes. Get me the results please.

-I do wonder about eventually getting Dr Sublette involved again.

-It is perplexing why you have an elevated IgM titer to Bordetella Pertussis and you also have low IgE levels consistently.

-It is also interesting to see you have no IgG antibodies to CMV when you had a clear infection at age 18.

-there are VARIOUS infections that are active: Lyme, EBV, ?Bordatella without symptoms, possibly candida

ENT

-Would be helpful to see an ENT to do a deeper culture IN ADDITION to the Microbiology Dx/Marcons test we will resend. And also to assess if you have a chronic sinus infection. Make the appointment with the person you have seen in the past. Expect to be scoped, cultured and have him/her look at the MRI head you did in 2019 to see if you need to be evaluated in a different way for your sinuses. But upload the MRI for me to see as well.

MCAS

-There is a standing order for tryptase in the portal you can print and bring.

-You'll do the NASA Lean test tomorrow.

-Your prostaglandin D2 is low which can exacerbate allergic inflammation and mast cell hyperplasia

-Based on the GI re-staining of the colon and upper endoscopy you have mast cell activation. You can bring this up with Dr Fox at Mayo clinic. We talked about Dr Weinstock's view of the mast cells in the gut but that goes against what Dr Afrin suggests. Let's just see how you do with treatment of mast cells to help us determine if this is an absolute issue.

-Pepcid and Claritin and the dosing it's twice a day. Start Claritin at 5mg

twice a day if no effect in a week go up to 10mg twice a day.

HRT
-Maybe check in with your GYN to get hormone testing and to see if there needs to be adjustment.

re: the LDN - yes we can consider this for sure, it's not the magic bullet here but let's see what this next wave of testing results and we can start it next time. Plus we have to see how you do with the h1, H2 blockers.

Labs for GP tomorrow: B Pertussis Abs, Tryptase again. ANA IFA and cascade, ESR, CRP, Candida Antigen/Ab panel, IL-6, Urinary prostagladin D2, prostaglandin F2-alpha , Leukotriene E4

TLab testing - June has contacted the company again to resend the test kits to you.

See you in a month. Please arrange the appointment with Lindsay.

## Attachments

HCFA 1500 Claims Form: services on 10/04/2021

This summary may not show the doctor's notes or specific documentation. If you would like access to additional documentation you must request a copy of your note from your provider

Contact Cerbo Technical Support

Patient Portal Cerbo© 2021

Show More

# Encounter History

Virtual Visit on 09/15/2021

**Provider:** Pamela Yee MD

**Date of Service:** Wednesday 15th of September 2021

**Visit Type:** Virtual Visit

### Assessment and Plan Summary

## Assessment

**Diarrhea, unspecified**

**Keratoconjunct sicca, not specified as Sjogren's, unsp eye**

**Gammaherpesviral mononucleosis without complication**

**Fever, unspecified**

**Other sites of candidiasis**

## Orders/Scans/Referrals

**Magnesium, RBC [LabCorp] - 83735**

**Details:** n/a

**TLAB Bartonella Henselae Molecular Imaging-Blood (T-Lab Blood) - 88365**

**Details:** n/a

**TLAB Bartonella Henselae Molecular Imaging-skin (T-LAB BIOPSY) - 88365**

**Details:** n/a

**Interleukin-6, Plasma [LabCorp] - 83520**

**Details:** n/a

**Serotonin, Serum [LabCorp] - 84260**

**Details:** n/a

**Prostaglandins: D2, S [LabCorp] - 84150**

**Details:** n/a

**Histamine, Plasma [LabCorp] - 83088**

**Details:** n/a

**Tryptase [LabCorp] - 83520**

**Details:** n/a

**N-Methylhistamine, Urine [LabCorp] - 82542**

**Details:** n/a

**Panel 138901 [LabCorp] - 86702**

**Details:** n/a

**Pneumococcal Ab (23 Serotype) [LabCorp] - 86317 023**

**Details:** n/a

**Candida Antigen/Antibody Panel [LabCorp] - 87899, 86628 003**

**Details:** n/a

**Mannose Binding Lectin (MBL) [LabCorp] - 83520**

**Details:** n/a

**B pertussis IgG/IgM Ab [LabCorp] - 86615 002**

**Details:** n/a

**Haemophilus influenzae B IgG [LabCorp] - 86317**

**Details:** n/a

**Plasma Zinc [LabCorp] - 84630**

**Details:** n/a

**Complement, Total (CH50) [LabCorp] - 86162**

**Details:** n/a

**Measles/Mumps/Rubella Immunity [LabCorp] - 86765, 86735, 86762**

**Details:** n/a

**IgG, Subclasses(1-4) [LabCorp] - 82787 004 82784**

**Details:** n/a

**Immunoglobulins A/E/G/M, Serum [LabCorp] - 82785, 82784 003**

**Details:** n/a

**CMV PCR [LabCorp] - 87496**

**Details:** n/a

**CMV Abs IgG/IgM [LabCorp] - 86644, 86645**

**Details:** n/a

## Plan

**Using your portal - PY**- PORTAL - Your treatment plan from today and all future visits will be clearly written up in the sidelink called "My Visit Summaries." Be sure to print this out so you can keep track of recommendations, goals and "homework."
All of the supplements are located on the "My Supplements" tab but also after every visit, I create a supplement document which can be pulled up in "Labs and Documents" which notes changes from our visit and is easier to see. I recommend printing that out. This is also where you can get handouts

that I may have uploaded to your portal.

TESTING - Any lab forms e.g. Quest or Labcorp can be found under "Labs and Documents" - you will see the date ordered. Print that out to bring with you to the laboratory even though it has been sent their electronically.

Also, please keep all your information accurate should anything change i.e new diagnoses from other doctors and most importantly anything you have changed in medications and supplements so that when we meet again I'll have all the updated information easily accessible.

Also note that patient checkouts will now happen the next business day after our appointment.

**PY Appointments**- Please make your followup appointment NOW as slots are filled for the next 3 months typically. They can easily be done through the portal at any time or when you check out with the front desk.

**Medical Assistant PY**- June is my medical assistant if there are any questions she can be reached through the portal or by phone 914-652-7800 extension 109. If there are any other administrative questions please reach out to Lindsay through the portal.

**Personalized Treatment Plan**- Hi Keeta it was a pleasure meeting you and listening to your story. There are so many facets of this to sift through and today was the day that I got to digest a large portion of the story but still have lots of questions. Moving forward I want to do some more diagnostics. I am not convinced you have only Lyme and I wonder about Bartonella as well. I would like your dermatologist to do a special punch biopsy ideally in the upper outer though. Glad you have a trusted dermatologist. The second test for Bartonella is a blood test. You have to find an agreeable doctor's office to draw that for you. June can help you with this information if there are more questions.

POTS/ORTHOSTATIC TOLERANCE
-please do the Nasa Lean with your local doctor. See included instructions.
-next time let me know how much non caffeinated fluid you drink on a daily basis.

MCAS - possible
-I would like you to have some of your pathology slides - your scalp, endoscopy and colonscopy. You need to ask the the dermatologist and the gastroenterologist to restain those slides for CD117 and have them comment

if they are spindle or clustered shape. Request areas to restain ask for the Duodenum, Ileium, Colon

MOLD/MARCONS
-See if you can locate the FINAL results of Microbiology Dx from April 2020. There is a fungal culture pending.
-I would retest this again. The test kit will be sent to you and there are instructions on doing this at home which are super easy.

LYME
It's OK to wait another month on doxy if you are tolerating it but generally Id say if no change by 6 weeks then you can stop

OTHER
-There is a lot of blood work to be done at Labcorp - hopefully they can do them all
-please make sure all of your medications are updated in the portal
-I am not making any changes in supplements now we will tackle that next time

Let's followup in a month I will try and get you on the calendar. Don't worry if not all of the labs are back.

### MCAS/EDS/Hypermobility

**NASA Lean Test**- This is a test for dysautonomia. Disrgard directions to limit fluids and salt - don't change your normal habits. This is a test that will take approximately 30 minutes to complete in the office. You may download a copy of the test so you know what to expect: https://batemanhornecenter.org/wp-content/uploads/2016/09/NASA-Lean-Test-Instructions.pdf

### Testing/Labs

**Microbiology Dx Test Kit**- Here is the video on how to do this test yourself. https://www.youtube.com/watch?v=OTgVK_c007A&feature=emb_logo

This summary may not show the doctor's notes or specific documentation. If you would like access to additional documentation you must request a copy of your note from your provider

Contact Cerbo Technical Support

Patient Portal Cerbo© 2021

Name: Keeta Fox | DOB: MRN: EP00363111 | PCP: Gregory J Potts, MD

# Progress Notes

Ethan Blackburn, MD at 11/29/2021 12:54 PM
**Hand Surgery Consultation Note**

**Keeta Fox**

**EP00363111**

**I was asked to see Keeta Fox at the request of Dr. Gregory J Potts, MD in consultation for**
**Chief Complaint**
Patient presents with
- Follow-up
  *bilateral CTS*
-

**History of Present Illness:**
The patient is a 55 yr/o female, who presents with B hand aching and locking up. Occurred at work. Burning and tingling. Index fingers are the worst. Extensive recent workup with repeat emg's which were normal. Eval at Mayo, U of L. Burning and tingling at night.

**70%better after 2nd injections.**
**+ SPlinting. Symptoms for year.**

**Symptoms from previous visit reviewed as above, changes noted above.**

**Past Medical, Family and Social History:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety and depression | |
| • Arthritis | |
| • Chronic fatigue | |
| • Colon polyp | |
| • Dermatitis *"Spongy" per patient* | |
| • Gastroparesis | |
| • History of kidney stones | |
| • Osteoporosis | |
| • Sjogren's disease (CMS/HCC) | |
| • Small fiber neuropathy | |
| • Temporomandibular joint disorder (TMJ) | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |

**Social History**

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance Use Topics
- Alcohol use: Not Currently

*Comment: Previously 1 glass of wine per night but none now*

Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Musculoskeletal: Positive for joint pain.
Neurological: Positive for sensory change. Negative for tingling.

**Examination:**
Height: 5' 7" (170.2 cm)
Weight: 62.6 kg (138 lb)

**Appearance/ Mood/affect:**
Patient is awake and alert in no distress, without anxiety.

**Inspection/Skin:**
No thenar atrophy, intrinsic wasting, bruising, swelling, or clawing in either hand.

**Palpation:**
**+L tinel B CT**
**- phalen**

**Muscle strength:**
5 of 5 abductor pollicis brevis and first dorsal interosseous, FPL, EPL, finger flexion, finger extension, FDP to the second and fifth.

**Range of motion:**
Full digital range of motion bilaterally

**Stability :**
All digits stable through arc of active range of motion bilaterally.

**Sensation:**
Light touch sensation normal median radial and ulnar distributions.

**Vascular:**
Radial pulses 2+ bilaterally

**Numerous EMGs reviewed. Initially bilateral carpal tunnel syndrome was present. Since then has had several EMGs that do not show carpal tunnel syndrome**

| | |
|---|---|
| **1. Carpal tunnel syndrome, bilateral** | **lidocaine injection 1%**<br>**betamethasone acetate-betamethasone sodium phosphate (CELESTONE) injection 18 mg** |

**Assessment/Plan:**

The patient has B carpal tunnel syndrome and has failed to respond to brace treatment. I presented all treatment options to the patient including observation, continued bracing, Corticosteroid injection with bracing, or surgical intervention. After understanding the risks and benefits associated with each the patient elected to proceed with corticosteroid injection into B carpal tunnel. Risks including hypopigmentation, hyperglycemia and loss of subcutaneous fat discussed.

**Indications: B Carpal tunnel syndrome, nonresponsive to brace treatment**
**Procedure: B Carpal tunnel injection**

**Verbal consent for the procedure was obtained after potential benefits and risks were discussed. Risks include, hypopigmentation of skin, injury to the median nerve, loss of subcutaneous fat, hyperglycemia. The correct procedure site was identified. Following a sterile alcohol prep, a 25g needle was advanced into the bilateral volar wrist ulnar to palmaris longus and proximal to the wrist flexion crease into the carpal tunnel space, carefully avoiding the median nerve. There was free flow into the carpal tunnel with and the patient experienced no paresthesias. The tunnel was injected with 1.0cc of betamethasone and 1.0 cc of 1%lidocaine. The area was cleansed with isopropyl alcohol and a band aid was applied.**

**The patient tolerated the procedure well.**

Ethan Blackburn, MD

MyChart® licensed from Epic Systems Corporation © 1999 - 2021

Name: Keeta Fox | DOB: MRN: EP00363111 | PCP: Gregory J Potts, MD

# Progress Notes

Ethan Blackburn, MD at 4/19/2021 10:00 AM
Injection only

Indications: B Carpal tunnel syndrome, nonresponsive to brace treatment
Procedure: B Carpal tunnel injection

Verbal consent for the procedure was obtained after potential benefits and risks were discussed. Risks include, hypopigmentation of skin, injury to the median nerve, loss of subcutaneous fat, hyperglycemia. The correct procedure site was identified. Following a sterile alcohol prep, a 25g needle was advanced into the bilateral volar wrist ulnar to palmaris longus and proximal to the wrist flexion crease into the carpal tunnel space, carefully avoiding the median nerve. There was free flow into the carpal tunnel with and the patient experienced no paresthesias. The tunnel was injected with 1.0cc of betamethasone and 1.0 cc of 1%lidocaine. The area was cleansed with isopropyl alcohol and a band aid was applied.

The patient tolerated the procedure well.

MyChart® licensed from Epic Systems Corporation © 1999 - 2021

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

**Return to:** Heather Buss

**EMPLOYEE/CLAIMANT NAME:** Keeta Fox **CLAIM #:** 10310112
**EMPLOYER:** Papa John's International, Inc **DATE OF BIRTH:**

Full Name (Last, First, Middle Int.): Fox, Keeta R | Social Security # | Email Address

Street Address | City | State | Zip Code

Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status: Married

Spouse's Full Name and Date of Birth: David Johnston | Number of Children: Ø | Dates of Birth of Children

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Dave Fox Relationship to you? Spouse Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? Yes, Certified Public Accountant

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. Yes for Carpal Tunnel and both knees

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | X | Wages/ Income/ Money/ Unemployment | $ | | | |
| X | | Social Security (disability or retirement) | $ | | | |
| | X | Social Security (for your spouse/dependents) | $ | | | |
| | X | Short Term Disability or State Disability | $ | | | |
| | X | Pension or Retirement benefits (lump sum/ongoing) | $ | | | 12/9/19 |
| X | | Workers' Compensation (medical bills not approved yet) | $ | | | Medical |
| X | | Severance or Employment Separation payment (provide Agreement) | $ 51734 / 87810 Net | 2/1 Begin / 2/1 Rate | 11/1/21 | Applied for |
| | X | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Keeta Fox

**DATE:** 12/20/21 **EMPLOYEE'S SIGNATURE:** Keeta Fox

DP 409

00003154 LFPA0DD1 00011280 E

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

(Con't on Next page)

**Return To:** Heather Buss

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

00003154 LFPA0DD1 00011278

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:** (1)

Name: Dr Greg Potts
Specialty: General Practitioner
Address: 2002 Papa Johns Blvd
Louisville, KY 40299
Telephone No.: 502 240-5900 Fax No.: 502 240-5705

Name: Dr DanYee, Blum Health
Specialty: Internal Medicine Functional
Address: 34 Rye Ridge Plaza,
Rye Brook, NY 10573
Telephone No.: 914 652-7300 Fax No.: 914 652-7785

Name: Dr Steven Stern (Sjogrens)
Specialty: Rheumatology
Address: 100 E. Liberty St #780
Louisville, KY 40202
Telephone No.: 502 533-5836 Fax No.: (580)

Name: Dr Ethan Blackburn
Specialty: Hand Specialist
Address: 9380 Angies Way
Suite 230 Lou, KY 40241
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Anthem Blue Cross / Blue Shield
Specialty:
Address: PO Box 105187
Atlanta, GA 30348
Telephone No.: ( ) Fax No.: ( )
1-866-542-4463

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Walgreens
Specialty:
Address: 3300 Watterson Trail
Louisville, KY 40299
Telephone No.: ( ) Fax No.: ( )
(502) 491-8774

Name: Walgreens
Specialty:
Address: 2340 Stony Brook DR
Louisville, KY 40220
Telephone No.: 502 493-8719 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

(1) New Diagnosis
Eppstein Barr Virus
Postural Orthostatic Tachycardia
Mast Cell Activation Syndrome

## ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

**Return To:** Heather Buss



EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112 DATE OF BIRTH: ____________
EMPLOYER/SPONSOR: Papa John's International, Inc

00003154 LFPA0DD1 00011274

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:
sit 3 to 4 hrs stand 15 mins walk 1/2 hr to 1 hour

How many hours a day do you:
sit 8 stand 2 hrs (incl showers) walk 45 mins 13 hrs in bed

Do you take a nap during the day?
Yes ____ No X

If Yes, for how long? ____ At what time of the day? ____

How many hours a day do you spend in bed? 13 hrs

Do you require any assistive devices such as a:
cane ____ walker ____ crutches ____ wheelchair ____ other Hand Splints for Carpal Tunnel

How long are you able to sit in a car? ~~[illegible]~~ 6 hrs

Do you hold a valid driver's license?
Yes X No ____

If No, please explain: ____

If Yes, how long are you able to drive a car? 2 hours

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Phone / text They visit me sometimes

Do you have children?
Yes ____ No X If Yes, what are their dates of birth ____

Do you need help caring for your children?
Yes ____ No ____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ____ No X If Yes, please explain ____

How many times a day do you leave the house during the week? 1-2X

On the weekends? 1-2X

How often do you run errands? 4x a week incl. going to my moms for her shots, etc.

Please describe what errands you most commonly run: Doctors appts, grocery, Walgreens

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE


How often do you get outdoors? Daily

| | | | | |
|---|---|---|---|---|
| Are you left or right hand dominant? | Left | X | Right | |
| Are you able to work in your garden? (limited) | Yes | X | No | |
| Are you able to work on your house? | Yes | X | No | |
| Are you able to wash your car? | Yes | | No | X (Too much exertion) Have it washed in drive thru car wash |

How much time is spent daily on your home computer?
___ None ___ 0-1 hours _X_ 1-2 hours ___ 2-3 hours ___ 3+ hours

How much time is spent weekly on your home computer?
___ None ___ 0-1 hours ___ 1-2 hours ___ 2-3 hours _X_ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
_X_ Pay bills _X_ Read news/articles _X_ Use search engines _X_ Send emails
___ Visit chat rooms ___ Photos Other: Medical research

What computer software applications do you utilize. Please check all that apply:
_X_ Word processing (Word) _X_ Spreadsheets (Excel) ___ Database (Access) ___ Graphics
___ Photo software (Photoshop) ___ Programming Other: ___

Do you have a working home copy machine/fax machine? _X_ Yes ___ No

If yes, please explain purpose and usage: Husband's business

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Keeta | No |
| Carrying groceries into the house | Keeta | No |
| Cooking meals | Keeta | No |
| Cleaning after meals | Keeta + Dave | No |
| Cleaning bathrooms | Keeta | No |
| Vacuuming | Keeta | No |
| Doing the laundry | Keeta + Dave | No |
| Opening and responding to mail | Keeta | No |
| Managing your finances | Keeta | No |
| Balancing your checkbook | Keeta | NO |
| Bathing yourself | Keeta | No |
| Styling your own hair | Keeta | No |
| Getting dressed | Keeta | No |
| Going up and down stairs | Keeta | No |

Have you been confined to a hospital within the last 12 months? Yes ___ No _X_

If Yes, please provide reason and hospital contact Information: ___

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE
page 3 of 3

How often do you travel or take vacation? 2 x a year

Where do you go? How do you get there (transportation method)?
February 2021 (plane) - Sarasota, FL Oct 2021 - drove w/ husband

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No X

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No X

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

00003154 LFPA0DD1 00011276

**Describe in your own words, what prevents you from engaging in any gainful employment.** No changes from 4/21

1) Severe fatigue 2) SIBO / Gastrointestinal issues
3) Left hand pain - hard to write or type long
4) Orthostatic Intolerance - high heart rate
w/ exertion or stress, new Postural Orthostatic Tachycardia Syndrome diagnosis 7) Sjogrens flares
5) Pain 6) Low Grade fevers 8) Neuropathy 9) Cervical stenosis / Neck pain

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

1) After 13 hrs in bed get up
2) Check email, work on computer
3) Take shower, take meds
4) Mild chores, watch TV
5) Talk on phone / text
6) Visit mom
7) Make dinner
8) Take meds
9) Go to post office or Walgreens or other errand

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____ ____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Dave Fox, Spouse

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Kety Fox Date: 12/20/21

Signature: Kate Fox

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

**Return to:** Heather Buss

**EMPLOYEE/CLAIMANT NAME:** Keeta Fox **CLAIM #:** 10310112
**EMPLOYER:** Papa John's International, Inc **DATE OF BIRTH:**

Full Name (Last, First, Middle In t.) Fox, Keeta R | Social Security # | Email Address

Street Address | City | State | Zip Code

Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Married

Spouse's Full Name and Date of Birth David Johnston | Number of Children Ø | Dates of Birth of Children

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Dave Fox Relationship to you? Spouse Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? Yes, Certified Public Accountant

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. Yes for Carpal Tunnel on both wrists

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | X | Wages/ Income/ Money/ Unemployment | $ | | | |
| X | | Social Security (disability or retirement) | $ | | | |
| | X | Social Security (for your spouse/dependents) | $ | | | |
| | X | Short Term Disability or State Disability | $ | | | |
| | X | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| X | | Workers' Compensation (medical bills, not approved yet) | $ | | | 12/9/19 Medical Applied for |
| X | | Severance or Employment Separation payment (provide Agreement) | $ 5177.34 / 3781.00 Net | 2/1 Begin / 2/1 Rate | 11/1/21 | |
| | X | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Keeta Fox

**DATE:** 12/20/21 **EMPLOYEE'S SIGNATURE:** Keeta Fox

DP 409

00003154 LFPA0DD1 00011280 E

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

(Con't on Next page)

**Return To:** Heather Buss

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ____

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:** ①

Name: Dr Greg Potts
Specialty: General Practitioner
Address: 2002 Papa Johns Blvd
Louisville, KY 40299
Telephone No.: 502 240-5900 Fax No.: 502 240-5735

Name: Dr Pam Yee, Blum Health
Specialty: Internal Medicine Functional
Address: 34 Rye Ridge Plaza,
Rye Brook, NY 10573
Telephone No.: 914 652-7300 Fax No.: 914 652-7785

Name: Dr Steven Stern (Sjogrens)
Specialty: Rheumatology
Address: 100 E. Liberty St #780
Louisville, KY 40202
Telephone No.: 502 533-5836 Fax No.: (502)

Name: Dr Ethan Blackburn
Specialty: Hand Specialist
Address: 9380 Angies Way
Suite 230 Lou, KY 40241
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Anthem Blue Cross / Blue Shield
Specialty:
Address: PO Box 105187
Atlanta, GA 30348
Telephone No.: ( ) Fax No.: ( )
1-866-542-4463

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Walgreens
Specialty:
Address: 3300 Watterson Trail
Louisville, KY 40299
Telephone No.: ( ) Fax No.: ( )
(502) 491-8774

Name: Walgreens
Specialty:
Address: 2340 Stony Brook DR
Louisville, KY 40220
Telephone No.: 502 493-8719 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

① New Diagnosis
Eppstein Barr Virus
Postural Orthostatic Tachycardia
Mast Cell Activation Syndrome

00003154 LFPA0DD1 00011278

Medical Providers (con't)

Dr Frank Burns, Opthomology (Sjogrens dry eye)
13324 Shelbyville Rd
Louisville, KY 40223
(502) 245-0385

Dr Jeffrey Callen, Dermatology (Dermatitis (Dermatographia)
3810 Springhurst Blvd #200
Louisville, KY 40241
(502) 583-1749

Mayo Clinic, MN
Dr John Fox, Gastroenterology (SIBO (GI issues)
Dr Thomas Osborne, Rheumatology
200 1st St SW
Rochester, MN 55905
(507) 284-2511

Dr Lauren Briley, Gastroenterology (SIBO/GI issues)
3950 Kresge Way, 2nd Floor
Louisville, KY 40207
(502) 893-0220
New Diagnosis: Small Intestinal Bacterial Overgrowth (SIBO)

00002 12/29/2021 01060505 003 099

SIGNATURE: Kristen Fox DATE: 12/20/21

Lincoln/Fox 1319

0003154 LFPA0DD1 00011279

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

**Return To:** Heather Buss

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Keeta Fox

CLAIM NO: 10310112 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Papa John's International, Inc

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit 3 to 4 hrs stand 15 mins walk 1/2 hr to 1 hour

How many hours a day do you:

sit 8 stand 2 hrs (incl showers) walk 45 mins 13 hrs in bed

Do you take a nap during the day?

Yes ________ No X

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? 13 hrs

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other Hand Splints for Carpal Tunnel

How long are you able to sit in a car? ~~[illegible]~~ 6 hrs

Do you hold a valid driver's license?

Yes X No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? 2 hours

**Please provide a copy of your driver's license when returning this form.**

How ~~do you~~ maintain contact ~~with~~ people or activities that matter most to you?

Phone / text They visit me sometimes

Do you have children?

Yes ______ No X If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No X If Yes, please explain ________

How many times a day do you leave the house during the week? 1-2X

On the weekends? 1-2 X

How often do you run errands? 4x a week incl going to my moms for her shots, etc.

Please describe what errands you most commonly run: Doctors appts, grocery, Walgreens



00003154 LFPA0DD1 00011274

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE
page 2 of 3

How often do you get outdoors? Daily

Are you left or right hand dominant? Left X Right ____

Are you able to work in your garden? (limited) Yes X No ____

Are you able to work on your house? Yes X No ____

Are you able to wash your car? Yes ____ No X (Too much exertion) Have it washed in drive thru car wash

How much time is spent daily on your home computer?
____ None ____ 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours X 3+ hours

What activities do you perform on your home computer. Please check all that apply:
X Pay bills X Read news/articles X Use search engines X Send emails
____ Visit chat rooms ____ Photos Other: Medical research

What computer software applications do you utilize. Please check all that apply:
X Word processing (Word) X Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: Husband's business

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Keeta | No |
| Carrying groceries into the house | Keeta | No |
| Cooking meals | Keeta | No |
| Cleaning after meals | Keeta + Dave | No |
| Cleaning bathrooms | Keeta | No |
| Vacuuming | Keeta | No |
| Doing the laundry | Keeta + Dave | No |
| Opening and responding to mail | Keeta | No |
| Managing your finances | Keeta | No |
| Balancing your checkbook | Keeta | NO |
| Bathing yourself | Keeta | No |
| Styling your own hair | Keeta | No |
| Getting dressed | Keeta | No |
| Going up and down stairs | Keeta | No |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: ____

00003154 LFPA0DD1 00011275

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE
*page 3 of 3*

How often do you travel or take vacation? 2 x a year

Where do you go? How do you get there (transportation method)?
February 2021 (plane) - Sarasota, FL Oct 2021 - drove w/ husband

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No X

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No X

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.** No changes from 4/21

1) Severe fatigue 2) SIBO/ Gastrointestinal issues
3) Left hand pain - hard to write or type long
4) Orthostatic Intolerance - high heart rate
w/ exertion or stress, new Postural Orthostatic Tachycardia Syndrome diagnosis 7) Sjogrens flares
5) Pain 6) Low Grade fevers 8) Neuropathy 9) Cervical stenosis / Neck pain

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

1) After 13 hrs in bed get up
2) Check email, work on computer
3) Take shower, take meds
4) Mild chores, watch TV
5) Talk on phone / text
6) Visit mom
7) Make dinner
8) Take meds
9) Go to post office or Walgreens or other errand

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
Dave Fox, Spouse

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Kety Fox Date: 12/20/21

Signature: [signature]

00003154 LFPA0DD1 00011276

NORTON
WOMEN'S SPECIALISTS
*Urogynecology*

# AFTER VISIT SUMMARY

**Keeta Fox** DoB:

1/28/2021 8:30 AM Norton Urogynecology Center 502-409-5600

## Instructions from Marjorie L Pilkinton, MD

Ambulatory referral to Physical Therapy
Expires: 2/28/2022 (requested)

Labs ordered today
UroSwab (MDL)
Complete as directed

Culture,Urine
Please complete by 2/4/2021

## What's Next

FEB 3 2021 — Office Visit with Robert A. Schwartz, MD
Wednesday February 3 9:30 AM
Go to MyNortonChart to eCheck-In and arrive at your appt time.

If you do not eCheck-In, arrive at least 5 mins before your appt.

Norton Heart Specialists
Heart Rhythm Center
6420 Dutchmans Parkway
Suite 200
Louisville KY
40205-3373
502-891-8400

OCT 11 2021 — Office Visit with Marjorie L Pilkinton, MD
Monday October 11 9:45 AM
Go to MyNortonChart to eCheck-In and arrive at your appt time.

If you do not eCheck-In, arrive at least 5 mins before your appt.

Norton Urogynecology Center
4123 Dutchmans Lane
Suite 307
LOUISVILLE KY
40207-4721
502-409-5600

## Today's Visit

You saw Marjorie L Pilkinton, MD on Thursday January 28, 2021. The following issues were addressed: Muscle pain, Dyspareunia due to medical condition in female, and Increased frequency of urination.

Blood Pressure
108/68

BMI
22.65

Weight
144 lb 10 oz

Height
5' 7"

Temperature
98.2 °F

Done Today

Bladder scan for Increased frequency of urination

POCT Urinalysis, Dipstick for Increased frequency of urination

MyNortonChart

View your After Visit Summary and more online at https://mychart.nortonhealthcare.org/mychart/.

# Your Medication List as of January 28, 2021 9:15 AM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **azaTHIOprine** 50 MG tablet<br>Commonly known as: IMURAN | Take 50 mg by mouth daily. |
| **boric acid** 600 MG vaginal suppository | Place 1 suppository vaginally. |
| **Cholecalciferol** 125 MCG (5000 UT) Tabs | Take 5,000 Units by mouth daily. |
| **cholestyramine** 4 g packet<br>Commonly known as: QUESTRAN | Take 4 g by mouth 2 (two) times daily. |
| * **DULoxetine** 60 MG capsule<br>Commonly known as: CYMBALTA | Take 60 mg by mouth daily Take with Duloxetine 30 mg to equal 90 mg . |
| * **DULoxetine** 30 MG capsule<br>Commonly known as: CYMBALTA | Take 30 mg by mouth daily Take with Duloxetine 60 mg to equal 90 mg. |
| **estradiol** 0.05 MG/24HR<br>Commonly known as: VIVELLE-DOT | Place 1 patch onto the skin twice a week. |
| **estradiol** 0.1 MG/GM vaginal cream<br>Commonly known as: ESTRACE | Apply 1 gram vulvovaginally twice weekly. |
| * **NON FORMULARY** | Take 1.4 mLs by mouth Twice a Day Adrena Sooth: Take once in the evening and once at bedtime. . |
| * **NON FORMULARY** | Take 450 mg by mouth daily Liposomal Glutathione Solution 450 mg . |
| **Prasterone** 6.5 MG Inst | |
| **PROBIOTIC-10 PO** | Take by mouth. |
| **progesterone** 100 MG capsule<br>Commonly known as: PROMETRIUM | Take 100 mg by mouth. |
| **vitamin E** 100 UNIT capsule | Take 100 Units by mouth daily. |

*** This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## Results Callback

If you had labs or diagnostic tests ordered and you do not receive a phone call, letter or MyChart message regarding your results within 2 weeks, please contact our office to receive your results.

### Work Return/Restrictions

No documentation.

## Injection Instructions

If you received an injection, a small reaction is not uncommon. A low grade fever (up to 100.5°F) and **some pain is also not uncommon during the first 24 hours, but unusual beyond.** Call the office for a fever of 101.0°F or higher **at any time.** Any expanding redness or persistent drainage from your injection site should be brought to the attention of your doctor

## After-Hours Instructions

**For after-hours care, please call the office number and you will be routed to an on-call provider.**

## KORT Rehabilitation Services

You have been referred to KORT Rehabilitation services. KORT is a joint-venture entity with Norton Healthcare and Select Medical. If you would like a referral to another entity please contact the practice for assistance.

**MEDICAL RECORDS**

To request a copy of your medical records, email the Use and Disclosure Department through your MyNortonChart account by using the Ask Customer Service feature, or
complete a Norton Healthcare authorization form at https://medicalrecordrequest.nortonhealthcare.org

Once received, your request will be processed within 7 business days.

## Norton eCare

Skip the waiting room for your non urgent health issue using Norton eCare through MyNortonChart.

Norton eCare providers are available 24 hours a day, seven days a week through two secure online options using your MyNortonChart account: a video visit or an eVisit.

For additional information on conditions treated and how to schedule an eCare appointment, visit NortonHealthcare.com/eCare.

## Third Party Apps and Epic

Patients of providers that use Epic software are able to configure 3rd party apps to retrieve parts of their health record for their own personal use, including lab results, allergies, medications, and immunization history.

For instructions, visit: https://open.epic.com/Tutorial/PatientAuthentication.

Name: Keeta R Fox | DOB: | MRN: 8911342017 | PCP: Greg J. Potts, MD

# TISSUE PATHOLOGY EXAM - Details

## Comments from the Doctor's Office

No significant inflammation seen on any biopsy. Neg for changes suggesting celiac. Negative for h pylori. Duodenal aspirate is consistent with SIBO - rec trial xifaxan (sent to pharmacy). Schedule follow up

## Images

Click here to view test result

Click here to view test result

## Component Results

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| **Addendum 2** | Your Value<br>Please see the completely scanned consultation report from Mayo Clinic below. | | |
| **Addendum** | Your Value<br>Further testing is performed at the request of Dr. Briley. Utilizing an appropriate positive and negative control immunohistochemical stain CD117 is performed on all blocks. In specimen designated "terminal ileum" mast cells enumerate up to 40 per 40x high power field. No spindle shapes or clustering is identified. In specimen #2 designated "stomach" mast cells enumerate up to 25 per 40x high power field. No spindle shapes or clustering are noted. In specimens #3 designated "colon random" mast cells enumerate up to 60 per 40x high power field with single small clustering of up to 4 cells. No spindle shapes are noted. In specimen #4 designated "transverse colon" mast cells enumerate up to 35 per 40x high power field. No clustering nor spindle shapes are identified.<br><br>Clinical and serologic correlation is recommended.<br><br>mec/pkm | | |

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| Case Report | **Your Value**<br>**Surgical Pathology Report Case: SV21-11985**<br>**Authorizing Provider: Briley, Lauren C., MD Collected: 07/07/2021 12:03 PM**<br>**Ordering Location: BAPTIST HEALTH LOUISVILLE Received: 07/07/2021 01:23 PM**<br>**ENDO SUITES**<br>**Pathologist: Cobb, Mahoney E, MD**<br>**Specimens: 1) - Small Intestine, Duodenum, DUODENAL BIOPSIES**<br>**2) - Stomach, RANDOM GASTRIC BIOPSIES**<br>**3) - Large Intestine, RANDOM COLON BIOPSIES**<br>**4) - Large Intestine, Transverse Colon, TRANSVERSE COLON POLYP** | | |
| Final Diagnosis | Your Value<br>1. Duodenum, Biopsy: Benign small bowel mucosa with<br>A. Normal intact villous surface.<br>B. No significant inflammation, no granulomas.<br>C. No viral inclusions or other organisms on routinely stained sections.<br><br>2. Stomach, Biopsy: Oxyntic and antral type gastric mucosa with<br>A. No significant inflammation.<br>B. No metaplasia, dysplasia nor malignancy.<br>C. No H. pylori-like organisms identified.<br><br>3. Colon, Biopsy: Benign colonic mucosa with<br>A. No hyperplastic or tubulovillous change.<br>B. No significant inflammation.<br>C. No crypt distortion or basement membrane thickening.<br>D. No viral inclusions or other organisms on routinely stained sections.<br>E. Melanosis coli.<br><br>4. Colon, Transverse, Biopsy: Colonic mucosa with<br>A. Mild superficial hyperplastic epithelial change.<br>B. No tubulovillous change nor malignancy.<br><br>mec/jse | | |
| Gross Description | Your Value<br>1.The specimen is received in formalin labeled with the patient's name and further designated 'duodenal biopsy' are multiple small fragments of gray-tan tissue. The specimen is submitted for embedding as received.<br><br>2.The specimen is received in formalin labeled with the patient's name and further designated 'random gastric biopsy' are multiple small fragments of gray-tan tissue. The specimen is submitted for embedding as received.<br><br>3.The specimen is received in formalin labeled with the patient's name and further designated 'random colon biopsy' are multiple small fragments of gray-tan tissue. The specimen is submitted for embedding as received.<br><br>4.The specimen is received in formalin labeled with the patient's name and further designated 'transverse colon polyp biopsy' is a small fragment of gray-tan tissue. The specimen is submitted for embedding as received. | | |

| Component | Your Value | Standard Range | Flag |
|---|---|---|---|
| **Microscopic Description** | Your Value<br>Performed, incorporated in diagnosis. | | |

## General Information

Ordered by Lauren C. Briley, MD

Collected on 07/07/2021 12:03 PM from Small Intestine, Duodenum (Tissue)
Collected on 07/07/2021 12:06 PM from Stomach (Tissue)
Collected on 07/07/2021 12:17 PM from Large Intestine (Tissue)
Collected on 07/07/2021 12:23 PM from Large Intestine, Transverse Colon (Tissue)

Resulted on 11/16/2021 5:45 PM

Result Status: Edited Result - FINAL

This test result has been released by an automatic process.

MyChart® licensed from Epic Systems Corporation © 1999 - 2021

MAYO CLINIC

Name: Keeta Fox

DOB: MRN: 12608867

# Clinical Notes

## 07/29/2021 – Office Visit

### Progress Notes

CHIEF COMPLAINT/REASON FOR VISIT
Follow-up appointment in the Gastroenterology Clinic.

HISTORY OF PRESENT ILLNESS:
Keeta Fox is a 54 y.o. female who presents to the GI Clinic today for a follow-up appointment regarding her abdominal symptoms of bloating flatulence and urgency in the setting of a prior diagnosis of SIBO. Ms. Fox still has not been able to work because her symptoms are quite debilitating. A local gastroenterologist provided her prescription for Xifaxan which she took and found to be beneficial although the results are short lived and lasted for only a couple of weeks. She is now on another course of Xifaxan which she is taking reluctantly because she does not like to use medications. Since I last saw her she has had an endoscopic evaluation including both an upper and a lower endoscopy. Small bowel aspirates were performed and revealed greater than 100,000 colony-forming units of staff and group a strep. Ms. Fox stopped using her pancreatic enzyme supplementation because she did not think it was particularly helpful. She has done a lot of reading and research online regarding SIBO.
PAST MEDICAL/SURGICAL HISTORY

MEDICAL HISTORY
She has a past medical history of Anxiety Generalized Disorder, Depressive Disorder, Headache Unspecified, Irritable Bowel Syndrome Without Diarrhea (2001), Other Specified Health Status (Cervical stenosis; carpal tunnel), and Stone Kidney.

SURGICAL
She has a past surgical history that includes Upper gastrointestinal endoscopy (02/21/2020) and Colonoscopy (2018).

MEDICATIONS

Current Outpatient Medications:
- amitriptyline 2%-ketamine 5% in lipoderm, Apply topically 3 (three) times a day. Apply to hands and feet as needed, Disp: 120 g, Rfl: 2
- cholecalciferol, vitD3,/vit K2 (vitamin D3-vitamin K2) 250 mcg (10,000 unit)-45 mcg capsule, , Disp: , Rfl:
- Creon 24,000-76,000 -120,000 unit capsule, TAKE 2 CAPSULES BY MOUTH THREE TIMES DAILY WITH MEALS, Disp: , Rfl:
- doxycycline hyclate (VIBRAMYCIN) 100 mg capsule, , Disp: , Rfl:
- DULoxetine (CYMBALTA) 60 mg DR capsule, Take 60 mg by mouth daily. TK ONE C PO Q D TO BE TAKEN WITH 30MG CAPSULE, Disp: , Rfl:
- estradioL (ESTRACE) 0.1 mg/g (0.01%) vaginal cream, Apply 1 gram vulvovaginally twice weekly., Disp: 42.5 g, Rfl: 3
- estradioL (VIVELLE-DOT) 0.05 mg/24 hr patch, Place 1 patch on the skin 2 (two) times a week., Disp: 24 patch, Rfl: 3
- estrogens, conjugated, (PREMARIN) 1 g (0.625 mg/gram) vaginal cream, Insert into the vagina., Disp: , Rfl:
- fexofenadine (ALLEGRA) 60 mg tablet, Take 60 mg by mouth daily., Disp: , Rfl:
- hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet, Take 1.5 tablets (300 mg total) by mouth daily., Disp: 60 tablet, Rfl: 5
- progesterone (PROMETRIUM) 100 mg capsule, Take 1 capsule (100 mg total) by mouth at bedtime., Disp: 90 capsule, Rfl: 3
- pyridoxine, vitamin B6, (vitamin B-6) 25 mg tablet, , Disp: , Rfl:
- Restasis 0.05 % ophthalmic emulsion, , Disp: , Rfl:
- UNABLE TO FIND, Take 1.4 mL by mouth 2 (two) times a day. Adrena Soothe 1.4ml For sleep and reduction of anxiety ( norepinephrine and cortisol levels high per various labs) Take once in the evening and once at bedtime. , Disp: , Rfl:
- UNABLE TO FIND, Take 1 capsule by mouth daily. Liposomal Glutathione Support immune system. 450 mg , Disp: , Rfl:
- vitamin E 45 mg (100 Unit) capsule, , Disp: , Rfl:
- Xifaxan 550 mg tablet, Take 550 mg by mouth 3 (three) times a day., Disp: , Rfl:

ALLERGIES
Aspirin, Butalbital-acetaminophen, and Butalbital-acetaminophen-caff

SOCIAL HISTORY
She reports that she has never smoked. She has never used smokeless tobacco. She reports previous alcohol use.

FAMILY HISTORY
Herfamily history includes Alcohol abuse in her maternal grandfather and mother's brother; Anxiety disorder in her father, maternal grandfather, mother, mother's brother, and mother's brother; Arthritis in her maternal grandmother and sister; Colon cancer in her maternal grandmother; Coronary artery disease in her father, father's brother, father's brother, father's brother, mother, and mother's brother; Depression in her father, maternal grandfather, mother, and mother's brother; Diabetes in her mother; Hyperlipidemia in her father and mother; Hypertension in her father, father's brother, father's brother, father's brother, mother, and mother's brother; Kidney disease in her mother's sister; Melanoma in her sister; Migraines in her sister; Obesity in her mother; Osteoporosis in her maternal grandmother and mother; Psychiatric in her mother's brother; Rheum arthritis in her mother; Suicide Attempts in her maternal grandfather and mother's brother; Thyroid cancer in her mother's brother; Tuberculosis in her sister; Unexplained death in her paternal grandfather.

SYSTEMS REVIEW
A complete review of systems was performed and all pertinent positives are as outlined in the HPI.

PHYSICAL EXAMINATION
VITAL SIGNS:

vitals were not taken for this visit.
GENERAL: Patient is in no distress. She is conversant and cooperative. She is capable of full communication without difficulty. She is appropriately dressed and hygiene is normal.
HEENT: Normocephalic. EOMI,NECK: No nodes, no thyromegaly. No palpable masses or other abnormalities.

ABDOMEN: Normal bowel sounds in all 4 quadrants. Nontender to palpation. No hepato-splenomegaly. No mass. Well-healed midline scar noted.

IMPRESSION/REPORT/PLAN
54 y.o. female with history of Sjogren syndrome and colonic resection for cecal volvulus who presents with ongoing symptoms of diarrhea bloating and fat malabsorption.
**#1 Diarrhea and fat malabsorption likely due to SIBO**
Ms. Fox has had normal imaging of her pancreas on CT scan, and her symptoms have responded to antibiotics in the past. We discussed that her symptoms are entirely consistent with SIBO however given the g positives on her aspirate I think that that may be a contaminant. None the last based on her stool collection in the fat malabsorption I do think treating her for SIBO again would be appropriate. I encouraged her to take a course of Xifaxan. I also discussed the concept of rotating antibiotics and that if she needed to be on antibiotics chronically it would be most appropriate to not use the same antibiotic in succession but rather alternate with 3 or 4 other antibiotics to % resistant strains. She and her husband seem to understand this concept. We discussed risk factors and predisposing factors for SIBO which Ms. Fox has a good handle on.
**#2 The multiple supplements**
Ms. Fox has asked for consultation incomplete component drain Integrative Medicine to review the benefits and side effects of her supplements. I will facilitate this.
**#3 Sjogren syndrome**

40 minutes were spent in the office with the patient today, greater than 50% of which were spent in counseling and coordination of care.

MyChart® licensed from Epic Systems Corporation, © 2021.
© 2021 Mayo Foundation for Medical Education and Research. All rights reserved.

MAYO
CLINIC

**Name:** Keeta Fox

**DOB:** **MRN:** 12608867

# Clinical Notes

## 07/27/2021 – Office Visit

### Progress Notes

**SUBJECTIVE**

**CHIEF COMPLAINT / REASON FOR VISIT**
Keeta Fox is a 54 y.o. female who presents for evaluation of Sjogren syndrome

**HISTORY OF PRESENT ILLNESS**

Patient is accompanied by her husband for the office visit. She brought with her a chart dealing with Sjogren syndromes and the areas of the body that can be affected with her notes pointing to these areas. There were 19 separate article circle that she wished to discuss. The office visit took approximately 45 minutes to discuss these. Among these included fatigue is the 1. Complaint. She has not had recurrent bronchitis or pneumonias. She has not had a kidney stone. She has had joint pains predominantly in the elbows knees fingers but no swelling of significance. She did have her knees injected with corticosteroids without any improvement. She may have carpal tunnel syndrome. She states her left face feels like glass. I believe she minutes uncomfortable. There were no obvious erythema or changes in color. She has enlarged lymph nodes primarily in her anterior left neck which were easily palpable mobile and nontender. She has a neuropathy in her hands and feet which is sensory is states she has had footdrop. She has had a partial colectomy. She test positive for celiac disease serologically but was told by her gastroenterologist at home that she does not have it. She she has recurrent urinary tract infections. She states when tested she does not seem to have the infection but she has the symptoms. She has some mild-to-moderate dysphagia.
She previously had erythematous hands and I thought she had erythromycin allergy but that is resolved. New line she previously was treated by myself with Imuran but it caused GI upset.
**OBJECTIVE**

**PHYSICAL EXAM**
Physical Exam
Skin: No lesion a few bruises
Mucosa: Sandpaper dry tongue
Conjunctiva: Moist and clear
Tympanic membranes: Bilateral cerumen
LN: 1/2 cm enlarged lymph node upper anterior left cervical area mobile nontender
Neck: 60% rotation 30 % lateral bending
Lungs:
Heart: Regular rate and rhythm no murmurs
Carotids: No bruits
Abdomen:
CVA:
SI Joints:
Buttocks:
Greater Trochs:
Joints: No swelling in any joints full range of motion throughout minimal tenderness. Knees have mild crepitation.
DTR: 1+ biceps patellar absent Achilles
Vib: Normal fingers knees and feet
Other:

**ASSESSMENT / PLAN**

#1 Sjogren syndrome
#2 History of SIBO.
Plan:: After 45 minutes discussion and physical exam it is suggested trial of Plaquenil 300 mg per day based on body weight. Risks benefits alternatives discussed. I did not make plans to see her back in the near future.

MyChart® licensed from Epic Systems Corporation, © 2021.
© 2021 Mayo Foundation for Medical Education and Research. All rights reserved.

Name: Keeta R Fox | DOB: MRN: 8911342017 | PCP: Greg J. Potts, MD

# Progress Notes

Lauren C. Briley, MD at 12/15/21 1649

Author: Lauren C. Briley, MD Service: — Author Type: Physician
Filed: 12/15/21 1649 Encounter Date: 12/15/2021 Status: Signed
Editor: Lauren C. Briley, MD (Physician)

Subjective

**Chief Complaint**
Patient presents with
- Bloated
- Change in bowels
- Nausea

Keeta R Fox is a 55 y.o. female here for a follow up visit for urgency, bloating and nausea.

She has gained 30 lbs since this summer.

She is avoiding sugar, dairy and gluten. She complains of foul-smelling gas. She is having 5-7 bowel movements a day which she describes as formed. She reports her first bowel movement is pretty good in the morning and then she will have multiple bowel movements thereafter. She describes bloating in her abdomen. Her symptoms have her feeling embarrassed and afraid to go out. She has stopped exercising due to fatigue which she attributes to reactivated mononucleosis which was diagnosed in the summer.
HPI

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Agatston CAC score, <100 *ZERO, 12/2019* | |
| • Anxiety | |
| • Colon polyp | 2016 |
| • Elevated cholesterol | |
| • Erythromelalgia (HCC) | |
| • Fibrosis of lung (HCC) *very mild, RLL* | |
| • Hx of autoimmune disorder | |
| • Irritable bowel syndrome | 2000 |
| • Kidney stone | |
| • Migraines | |
| • Pelvic floor dysfunction | |
| • Sjogrens syndrome (HCC) | |
| • Symptomatic orthostatic increase in heart rate | |
| • Vulvodynia | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY *Right hemicolectomy* | | November 13,2020 |
| • COLON SURGERY | | 11/2020 |

- COLONOSCOPY 04/04/2018
- COLONOSCOPY N/A 7/7/2021
  *Procedure: COLONOSCOPY TO CECUM WITH COLD BIOPSIES, COLD POLYPECTOMY; Surgeon: Briley, Lauren C., MD; Location: BH LOU ENDOSCOPY; Service: Gastroenterology; Laterality: N/A; PRE- H/O POLYPS, DIARRHEA*
  *POST- COLON POLYP, DIVERTICULOSIS, HEMORRHOIDS*
- ENDOSCOPY N/A 7/7/2021
  *Procedure: ESOPHAGOGASTRODUODENOSCOPY WITH COLD BIOPSIES, DUODENAL ASPIRATE; Surgeon: Briley, Lauren C., MD; Location: BH LOU ENDOSCOPY; Service: Gastroenterology; Laterality: N/A; PRE- DYSPEPSIA, HEARTBURN*
  *POST- GASTRITIS*
- EXPLORATORY LAPAROTOMY N/A 11/13/2020
  *Procedure: Exploratory Laparotomy; Right Ileocolectomy; Surgeon: George, Anthony Jr., MD; Location: BH LOU MAIN OR; Service: General; Laterality: N/A;*
- FLEXIBLE SIGMOIDOSCOPY 2000
- UPPER GASTROINTESTINAL ENDOSCOPY 04/04/2018

Current Outpatient Medications:
- Allergy Relief 180 MG tablet, Take 180 mg by mouth 2 (Two) Times a Day., Disp: , Rfl:
- Cholecalciferol (VITAMIN D3 PO), Take by mouth., Disp: , Rfl:
- cromolyn (GASTROCROM) 100 MG/5ML solution, , Disp: , Rfl:
- DULoxetine (CYMBALTA) 60 MG capsule, Take 120 mg by mouth Daily., Disp: , Rfl:
- estradiol (CLIMARA) 0.075 MG/24HR patch, APPLY 1 PATCH WEEKLY, Disp: , Rfl:
- famotidine (Pepcid AC) 10 MG tablet, , Disp: , Rfl:
- Lifitegrast (Xiidra) 5 % ophthalmic solution, Administer 1 drop to both eyes 2 (Two) Times a Day., Disp: , Rfl:
- loratadine (CLARITIN) 10 MG tablet, , Disp: , Rfl:
- multivitamin (MULTI-VITAMIN DAILY PO), , Disp: , Rfl:
- Probiotic Product (PRO-BIOTIC BLEND PO), Take by mouth., Disp: , Rfl:
- Progesterone (PROMETRIUM) 100 MG capsule, , Disp: , Rfl:
- pyridoxine (VITAMIN B-6) 25 MG tablet, , Disp: , Rfl:
- conjugated estrogens (PREMARIN) 0.625 MG/GM vaginal cream, Insert into the vagina Daily., Disp: , Rfl:
- hyoscyamine (ANASPAZ,LEVSIN) 0.125 MG tablet, Take 1 tablet by mouth 4 (Four) Times a Day Before Meals & at Bedtime As Needed (urgency, stool frequency)., Disp: 60 tablet, Rfl: 5
- riFAXIMin (Xifaxan) 550 MG tablet, Take 1 tablet by mouth 3 (Three) Times a Day., Disp: 42 tablet, Rfl: 2

PRN Meds:.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Asa [Aspirin] | Other (See Comments) |
| *Unknown, mother told her not to take it.* | |
| • Butalbital-Acetaminophen | Other (See Comments) |
| *Took once for headaches and could not sleep at all* | |

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Vaping Use | |
| • Vaping Use: | Never used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not Currently |
| Alcohol/week: | 0.0 standard drinks |
| *Comment: Cannot tolerate since sick and now have EBV* | |

| | |
|---|---|
| • Drug use: | No |
| • Sexual activity: | Yes |
| Partners: | Male |
| Birth control/protection: | Post-menopausal, None |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Rheum arthritis | Mother | |
| • Diabetes | Mother | |
| • Coronary artery disease *ADVANCED AGE* | Mother | |
| • Barrett's esophagus | Mother | |
| • Colon polyps | Mother | |
| • Irritable bowel syndrome *Now Incontinent* | Mother | |
| • Gallbladder disease | Sister | |
| • Pancreatitis | Brother | |
| • Colon cancer *Fatal* | Maternal Grandmother | |
| • Esophageal cancer | Maternal Uncle | |
| • Alcohol abuse | Paternal Grandfather | |
| • Alcohol abuse | Maternal Uncle | |
| • Alcohol abuse | Maternal Aunt | |

Review of Systems
Constitutional: Positive for unexpected weight change. Negative for appetite change.
Gastrointestinal: Positive for abdominal distention.

**Vitals:**

| | 12/15/21 1517 |
|---|---|
| Temp: | 98 °F (36.7 °C) |

| | |
|---|---|
| | 12/15/21<br>1517 |
| Weight: | 70.7 kg (155 lb 12.8 oz) |

Objective

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes:
General: No scleral icterus.
Conjunctiva/sclera: Conjunctivae normal.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: There is no distension.
Palpations: Abdomen is soft.
Musculoskeletal:
Cervical back: Normal range of motion and neck supple.
Skin:

General: Skin is warm and dry.
Neurological:
Mental Status: She is alert.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.

No radiology results for the last 7 days

Assessment/Plan

Diagnoses and all orders for this visit:

**Altered bowel habits**

**Small intestinal bacterial overgrowth (SIBO)**

**Flatulence symptom**

**Other orders**

- Lifitegrast (Xiidra) 5 % ophthalmic solution; Administer 1 drop to both eyes 2 (Two) Times a Day.
- DULoxetine (CYMBALTA) 60 MG capsule; Take 120 mg by mouth Daily.
- pyridoxine (VITAMIN B-6) 25 MG tablet
- cromolyn (GASTROCROM) 100 MG/5ML solution
- estradiol (CLIMARA) 0.075 MG/24HR patch; APPLY 1 PATCH WEEKLY
- Allergy Relief 180 MG tablet; Take 180 mg by mouth 2 (Two) Times a Day.
- famotidine (Pepcid AC) 10 MG tablet
- loratadine (CLARITIN) 10 MG tablet
- multivitamin (MULTI-VITAMIN DAILY PO)
- Progesterone (PROMETRIUM) 100 MG capsule
- riFAXIMin (Xifaxan) 550 MG tablet; Take 1 tablet by mouth 3 (Three) Times a Day.

Plan:

- Start fiberwise supp -this has a probiotic included in it. She has been on an expensive refrigerated probiotic for some time which has not improved her symptoms. We discussed the pros and cons of probiotics and I recommended that she cut the fancy probiotic out as it does not seem to be conferring any benefit. She certainly does not need to be on 2 probiotics.
- Retreat SIBO with Xifaxan. She did get a benefit from this.
- She is going to count her calories and see about cutting back on her caloric intake to help curb the weight gain that she is experience over the past several months.
- She is use hyoscyamine for cramping however she is really not having diarrhea at this point so not sure how helpful will be using it more frequently.

MyChart® licensed from Epic Systems Corporation © 1999 - 2021

Name: Keeta R Fox | DOB MRN: 8911342017 | PCP: Greg J. Potts, MD

# Progress Notes

Lauren C. Briley, MD at 10/20/21 0946

Author: Lauren C. Briley, MD Service: — Author Type: Physician
Filed: 10/20/21 0946 Encounter Date: 10/18/2021 Status: Signed
Editor: Lauren C. Briley, MD (Physician)

Subjective

**Chief Complaint**
Patient presents with
- Gas
- Bloated

Keeta R Fox is a 54 y.o. female here for a follow up visit for nausea, bloating, fecal urgency.

Patient reports that over the past several years she has developed loose stool that is foul-smelling and often clay colored. It is associated with bloating urgency abdominal distention. She has not seen blood in her stool. Her last colonoscopy was in 2018. She had 2 adenomatous polyps removed at that time.

She is undergone functional medicine work-up at Cleveland clinic and has also seen the Mayo Clinic. 48-hour fecal fat was noted to be elevated. Fecal calprotectin was normal. She has had celiac antibody testing in the past which is been normal. She had a SIBO breath test which was normal. Abdominal imaging at the time of her cecal volvulus in November 2020 showed normal pancreas. She had CT enterography which showed normal small intestine. She reports that her weight is stable. She has a history of Sjogren's disease and was previously on Imuran although this was discontinued due to concern for side effects.

Past medical history is notable for right hemicolectomy due to cecal volvulus in November 2020. Pathology showed a serrated adenoma near the appendix.

Records from the Cleveland clinic as well as Mayo Clinic were reviewed and are summarized in this note.

Motility study at Mayo-
**Impression**

1. Gastric emptying is delayed at 2 and 4 hours.
2. Six-hour small bowel transit is below the mean.
3. Colonic transit is within normal limits.

Since her last visit she underwent EGD and colonoscopy on 7/7/2021-duodenal aspirate was notable for SIBO. Biopsies of her small bowel, stomach and colon during her testing was normal with no significant inflammation or evidence of celiac.

She is undergoing

She did respond to treatment for SIBO - she had a positive response after 2 weeks but then did not see much improvement thereafter. She continues to experience bloating - she

reports bulky stool - she usually has 2-4 BM/d. Gas has improved. Stools float. She does have urgency. She has bouts of fatigue that are incapacitating. This can last 3 days. She reports significant itching -she is being w/u for mast cell activation syndrome. Weight has increased about 10 pounds since the summer. She was on very specific diet prescribed by her physician in New York and this has become less restrictive which she is tolerating.

Her labs reflect reactivation of EBV. Nml esr, crp. She has positive IgG for chlamydia pneumonia. She plans to see an infectious disease specialist. We discussed that this does not mean she has active chlamydia. She stopped taking Creon because she felt like it was not really helping and may be making things worse.

HPI

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Agatston CAC score, <100<br>*ZERO, 12/2019* | |
| • Anxiety | |
| • Fibrosis of lung (CMS/HCC)<br>*very mild, RLL* | |
| • Hx of autoimmune disorder | |
| • Kidney stone | |
| • Migraines | |
| • Sjogrens syndrome (CMS/HCC) | |
| • Symptomatic orthostatic increase in heart rate | |

.

HPI

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Agatston CAC score, <100<br>*ZERO, 12/2019* | |
| • Anxiety | |
| • Colon polyp | 2016 |
| • Elevated cholesterol | |
| • Erythromelalgia (HCC) | |
| • Fibrosis of lung (HCC)<br>*very mild, RLL* | |
| • Hx of autoimmune disorder | |
| • Irritable bowel syndrome | 2000 |
| • Kidney stone | |
| • Migraines | |
| • Pelvic floor dysfunction | |
| • Sjogrens syndrome (HCC) | |
| • Symptomatic orthostatic increase in heart rate | |
| • Vulvodynia | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY<br>*Right hemicolectomy* | | November 13,2020 |
| • COLON SURGERY | | 11/2020 |
| • COLONOSCOPY | | 04/04/2018 |
| • COLONOSCOPY<br>*Procedure: COLONOSCOPY TO CECUM WITH COLD BIOPSIES, COLD POLYPECTOMY; Surgeon: Briley, Lauren C., MD; Location: BH LOU ENDOSCOPY; Service: Gastroenterology; Laterality: N/A; PRE- H/O POLYPS, DIARRHEA POST- COLON POLYP, DIVERTICULOSIS, HEMORRHOIDS* | N/A | 7/7/2021 |
| • ENDOSCOPY<br>*Procedure: ESOPHAGOGASTRODUODENOSCOPY WITH COLD BIOPSIES, DUODENAL ASPIRATE; Surgeon: Briley, Lauren C., MD; Location: BH LOU* | N/A | 7/7/2021 |

*ENDOSCOPY; Service: Gastroenterology; Laterality: N/A; PRE- DYSPEPSIA, HEARTBURN*
*POST- GASTRITIS*

- EXPLORATORY LAPAROTOMY N/A 11/13/2020
  *Procedure: Exploratory Laparotomy; Right Ileocolectomy; Surgeon: George, Anthony Jr., MD; Location: BH LOU MAIN OR; Service: General; Laterality: N/A;*
- FLEXIBLE SIGMOIDOSCOPY 2000
- UPPER GASTROINTESTINAL ENDOSCOPY 04/04/2018

Current Outpatient Medications:
- Cholecalciferol (VITAMIN D3 PO), Take by mouth., Disp: , Rfl:
- conjugated estrogens (PREMARIN) 0.625 MG/GM vaginal cream, Insert into the vagina Daily., Disp: , Rfl:
- cycloSPORINE (RESTASIS OP), Apply to eye(s) as directed by provider., Disp: , Rfl:
- hyoscyamine (ANASPAZ,LEVSIN) 0.125 MG tablet, Take 1 tablet by mouth 4 (Four) Times a Day Before Meals & at Bedtime As Needed (urgency, stool frequency)., Disp: 60 tablet, Rfl: 5
- Probiotic Product (PRO-BIOTIC BLEND PO), Take by mouth., Disp: , Rfl:

PRN Meds:.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Asa [Aspirin] | Other (See Comments) |
| *Unknown, mother told her not to take it.* | |
| • Butalbital-Acetaminophen | Other (See Comments) |
| *Took once for headaches and could not sleep at all* | |

**Social History**

Socioeconomic History
- Marital status: Married

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Vaping Use
- Vaping Use: Never used

Substance and Sexual Activity
- Alcohol use: Not Currently
  Alcohol/week: 7.0 standard drinks
  Types: 7 Glasses of wine per week
  *Comment: Cannot tolerate since sick and now have EBV*
- Drug use: No
- Sexual activity: Yes
  Partners: Male
  Birth control/protection: Post-menopausal, None

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Rheum arthritis | Mother | |
| • Diabetes | Mother | |
| • Coronary artery disease | Mother | |
| *ADVANCED AGE* | | |
| • Barrett's esophagus | Mother | |
| • Colon polyps | Mother | |
| • Irritable bowel syndrome | Mother | |
| *Now Incontinent* | | |
| • Gallbladder disease | Sister | |
| • Pancreatitis | Brother | |
| • Colon cancer | Maternal Grandmother | |
| *Fatal* | | |

| | |
|---|---|
| • Esophageal cancer | Maternal Uncle |
| • Alcohol abuse | Paternal Grandfather |
| • Alcohol abuse | Maternal Uncle |
| • Alcohol abuse | Maternal Aunt |

Review of Systems
Constitutional: Positive for fatigue. Negative for appetite change and unexpected weight change.
Gastrointestinal: Positive for abdominal distention.
Skin: Negative for rash.

**Vitals:**

| | 10/18/21 0912 |
|---|---|
| Temp: | 96.9 °F (36.1 °C) |

| | |
|---|---|
| | 10/18/21 0912 |
| Weight: | 65.8 kg (145 lb) |

We discussed

Objective

**<u>Physical Exam</u>**
<u>Constitutional</u>:
Appearance: She is well-developed.
<u>HENT</u>:
Head: Normocephalic and atraumatic.
<u>Eyes</u>:
General: No scleral icterus.
<u>Abdominal</u>:
General: There is no distension.
Palpations: Abdomen is soft.
<u>Skin</u>:
General: Skin is warm and dry.
<u>Neurological</u>:
Mental Status: She is alert.

Mammo Diagnostic Digital Tomosynthesis Left With CAD

Result Date: 10/14/2021
There are no findings suspicious for malignancy in either breast. Bilateral cysts are noted. Routine follow-up mammography is recommended. BI-RADS Category 2: Benign. This report was finalized on 10/14/2021 7:58 AM by Dr. Lawrence Mason, M.D.

US Breast Bilateral Limited

Result Date: 10/14/2021
There are no findings suspicious for malignancy in either breast. Bilateral cysts are noted. Routine follow-up mammography is recommended. BI-RADS Category 2: Benign. This report was finalized on 10/14/2021 7:58 AM by Dr. Lawrence Mason, M.D.

Assessment/Plan

Diagnoses and all orders for this visit:

**Abdominal distention**

**Small intestinal bacterial overgrowth**

**Altered bowel habits**

**Other orders**

- hyoscyamine (ANASPAZ,LEVSIN) 0.125 MG tablet; Take 1 tablet by mouth 4 (Four) Times a Day Before Meals & at Bedtime As Needed (urgency, stool frequency).

Plan:

- Start fiber supplement to improve bulk stools and improve consistency
- Trial antispasmodic to help with urgency and frequency
- Could consider retreatment of SIBO in the future
- We discussed some of the lab work that she has had performed-she was very worried about the positive IgG for chlamydia and we discussed that this does not indicate active infection and therefore does not warrant further follow-up. She asked regarding several supplements and I urged her to keep things simple and to avoid taking anything that is unnecessary as were not sure of effect it could have on her GI system.

MyChart® licensed from Epic Systems Corporation © 1999 - 2021

Show More

# Encounter History

Virtual Visit on 11/08/2021

**Provider:** Pamela Yee MD

**Date of Service:** Monday 8th of November 2021

**Visit Type:** Virtual Visit

**Assessment and Plan Summary**

## Assessment

**Disorder involving the immune mechanism, unspecified**

**Gammaherpesviral mononucleosis without complication**

**Chronic fatigue, unspecified**

**Mast cell activation, unspecified**

## Prescriptions

**Gastrocrom: Cromolyn Sodium Oral Conc 100 MG/5ML (100MG/5ML)** ***(Generic is OK)***

**How is it taken?**

**How Often?** See Instructions

**# Dispensed:** 5 (x 6 refills)

**Instructions:** Take 2 tsp (10mL) 15-20 minutes before a meal

## Plan

**Personalized Treatment Plan**- FATIGUE
-I wonder if there is some level of de-conditioning at play. I say this because you feel well after exercise which is a GOOD thing. When you get back home you have the option of walking in the cold.
-I would highly consider the Dallas Exercise protocol (emailed to you) because you have POTS based on the Tilt-table testing and the NASA Lean Score.

POTS
-The idea is to find a physical therapist that is experienced in POTS or Dysautonomia or perhaps a PT who is familiar with Ehler Danlos Syndrome (you don't have that)
-You need to really increase your fluids and electrolytes. At least 3 liters of water. Use electrolyte tablets and a lot of salt. Use compression tights . I like Max Hydrate but Nuun is popular and easy to get as well.
-there are medications to help with POTS (midodrine etc) we can eventually explore.

MCAS
-I question the use of the the Allergra.
-Continue the Pepcid and Claritin.
-We can add on Cromolyn "Gastrocrom" to see if the gut responds. 1 tsp to start but 2 tsp (10mL) 15-20 min before meals and again at bedtime.
-If this doesn't work let's add in the low dose naltrexone - let's wait on the Rx for now.
-We'll give up on the Mayo labs

IMMUNITY/INFECTIONS
-It is unclear why you still have active infections. Especially the elevated Bordetella Pertussis igM. Candida and EBV seem to be active and you have the low IgE levels. (and of course the Lyme)
-You will need to do the Strep Pneumo titers in the next 2 weeks at Labcorp. Lab requisition is in the portal
-See Dr Sublette after you get those labcorp results.

LIPIDS
Don't worry about your lipids!

DIET
-Replace the AM shake to Opticleanse GHI from Xymogen by going to Wholescripts my code is YEE2000.
-Maybe reduce the amount of nuts!!

GYN
-Change your priobiotic see supplement table
-I'm fine with doing the boric acid and Laveena.
-maybe later consider an intravaginal probiotic.

From last time:
ENT
-Would be helpful to see an ENT to do a deeper culture IN ADDITION to the Microbiology Dx/Marcons test we will resend. And also to assess if you have a chronic sinus infection. Make the appointment with the person you have seen in the past. Expect to be scoped, cultured and have him/her look at the MRI head you did in 2019 to see if you need to be evaluated in a different way for your sinuses. But upload the MRI for me to see as well.

Let's followup in 2 months
**Using your portal - PY**- PORTAL - Your treatment plan from today and all future visits will be clearly written up in the sidelink called "My Visit Summaries." Be sure to print this out so you can keep track of recommendations, goals and "homework."
All of the supplements are located on the "My Supplements" tab but also after every visit, I create a supplement document which can be pulled up in "Labs and Documents" which notes changes from our visit and is easier to see. I recommend printing that out. This is also where you can get handouts that I may have uploaded to your portal.

TESTING - Any lab forms e.g. Quest or Labcorp can be found under "Labs and Documents" - you will see the date ordered. Print that out to bring with you to the laboratory even though it has been sent their electronically.

Also, please keep all your information accurate should anything change i.e new diagnoses from other doctors and most importantly anything you have changed in medications and supplements so that when we meet again I'll have all the updated information easily accessible.

Also note that patient checkouts will now happen the next business day after our appointment.
**PY Appointments**- Please make your followup appointment NOW as slots are filled for the next 1-2 months typically. They can easily be done through the portal at any time or when you check out with the front desk.
**Medical Assistant PY**- June is my medical assistant until Nov 24th if there are any questions she can be reached through the portal or by phone 914-652-7800 extension 109. If there are any other administrative questions please reach out to either Grescia or Lindsay through the portal.

## Supplement

**Mitocore (OHM)-**

**Take With-Breakfast:** 2

**Take With-Dinner:** 2

**Updates:** NEW

**OpticCleanse GHI Vanilla Delight-**

**Take With-Breakfast:** 1-2 scoops

**Updates:** NEW

**Max-Hydrate-** Use 1 effervescent tablet into 6-12 ounces of water. You can even use larger amounts of water to increase fluids and electrolytes. Contains Xylitol and no sugar.

**Updates:** NEW

**Pro-Flora Womens Probiotic-**

**Take With-Breakfast:** 2

**Updates:** NEW

## Attachments

HCFA 1500 Claims Form: services on 11/08/2021

Supplement Plan: 11/08/2021

This summary may not show the doctor's notes or specific documentation. If you would like access to additional documentation you must request a copy of your note from your provider

Contact Cerbo Technical Support

Patient Portal Cerbo© 2021

Show More

# Encounter History

Virtual Visit on 10/04/2021

**Provider:** Pamela Yee MD

**Date of Service:** Monday 4th of October 2021

**Visit Type:** Virtual Visit

**Assessment and Plan Summary**

## Assessment

**Diarrhea, unspecified**

**Disorder involving the immune mechanism, unspecified**

**Gammaherpesviral mononucleosis without complication**

**Fever, unspecified**

**Chronic fatigue, unspecified**

**Mast cell activation, unspecified**

## Prescriptions

**Claritin Reditabs: Loratadine Orally Disintegrating Tab 5 MG (5MG)** ***(Generic is OK)***

**How is it taken?** Orally

**How Often?** Once a day

**# Dispensed:** 30 (x 0 refills)

**Instructions:** 1 PO bid

**Pepcid: Famotidine Tab 20 MG (20MG)** ***(Generic is OK)***

**How is it taken?** Orally

**How Often?** Once a day

**# Dispensed:** 100 (x 0 refills)

**Instructions:** 1 cap PO bid

## Orders/Scans/Referrals

**Tryptase [LabCorp] - 83520**

**Details:** n/a

**Leukotriene E4, U (Leukotriene E4, U) - 82542**

**Details:** n/a

**Chromogranin A [LabCorp] - 86316**

**Details:** n/a

**N-Methylhistamine, Urine [LabCorp] - 82542**

**Details:** n/a

**Prostaglandins: D2, S [LabCorp] - 84150**

**Details:** n/a

**2,3-Dinor-11Beta-Prostaglandin F2 Alpha, Urine (2,3-Dinor-11Beta-Prostaglandin F2 Alpha, Urine) - 84150**

**Details:** n/a

**Histamine, Plasma [LabCorp] - 83088**

**Details:** n/a

**Tryptase [LabCorp] - 83520**

**Details:** n/a

**MicrobiologyDX - See Lab**

**Details:** Nasal Swab

## Plan

**Using your portal - PY**- PORTAL - Your treatment plan from today and all future visits will be clearly written up in the sidelink called "My Visit Summaries." Be sure to print this out so you can keep track of recommendations, goals and "homework."
All of the supplements are located on the "My Supplements" tab but also after every visit, I create a supplement document which can be pulled up in "Labs and Documents" which notes changes from our visit and is easier to see. I recommend printing that out. This is also where you can get handouts that I may have uploaded to your portal.

TESTING - Any lab forms e.g. Quest or Labcorp can be found under "Labs and Documents" - you will see the date ordered. Print that out to bring with you to the laboratory even though it has been sent their electronically.

Also, please keep all your information accurate should anything change i.e new diagnoses from other doctors and most importantly anything you have changed in medications and supplements so that when we meet again I'll have all the updated information easily accessible.

Also note that patient checkouts will now happen the next business day after our appointment.

**PY Appointments**- Please make your followup appointment NOW as slots are filled for the next 1-2 months typically. They can easily be done through the portal at any time or when you check out with the front desk.

**Medical Assistant PY**- June is my medical assistant if there are any questions she can be reached through the portal or by phone 914-652-7800 extension 109. If there are any other administrative questions please reach out to either Ariel or Lindsay through the portal.

**Personalized Treatment Plan**- IMMUNITY

-You need to get a Pneumovax. You can get this with your GP tomorrow. The idea is to re-test in 4-6 weeks your 23 strep pneumo subtypes. Get me the results please.

-I do wonder about eventually getting Dr Sublette involved again.

-It is perplexing why you have an elevated IgM titer to Bordetella Pertussis and you also have low IgE levels consistently.

-It is also interesting to see you have no IgG antibodies to CMV when you had a clear infection at age 18.

-there are VARIOUS infections that are active: Lyme, EBV, ?Bordatella without symptoms, possibly candida

ENT

-Would be helpful to see an ENT to do a deeper culture IN ADDITION to the Microbiology Dx/Marcons test we will resend. And also to assess if you have a chronic sinus infection. Make the appointment with the person you have seen in the past. Expect to be scoped, cultured and have him/her look at the MRI head you did in 2019 to see if you need to be evaluated in a different way for your sinuses. But upload the MRI for me to see as well.

MCAS

-There is a standing order for tryptase in the portal you can print and bring.

-You'll do the NASA Lean test tomorrow.

-Your prostaglandin D2 is low which can exacerbate allergic inflammation and mast cell hyperplasia

-Based on the GI re-staining of the colon and upper endoscopy you have mast cell activation. You can bring this up with Dr Fox at Mayo clinic. We talked about Dr Weinstock's view of the mast cells in the gut but that goes against what Dr Afrin suggests. Let's just see how you do with treatment of mast cells to help us determine if this is an absolute issue.

-Pepcid and Claritin and the dosing it's twice a day. Start Claritin at 5mg

twice a day if no effect in a week go up to 10mg twice a day.

HRT
-Maybe check in with your GYN to get hormone testing and to see if there needs to be adjustment.

re: the LDN - yes we can consider this for sure, it's not the magic bullet here but let's see what this next wave of testing results and we can start it next time. Plus we have to see how you do with the h1, H2 blockers.

Labs for GP tomorrow: B Pertussis Abs, Tryptase again. ANA IFA and cascade, ESR, CRP, Candida Antigen/Ab panel, IL-6, Urinary prostagladin D2, prostaglandin F2-alpha , Leukotriene E4

TLab testing - June has contacted the company again to resend the test kits to you.

See you in a month. Please arrange the appointment with Lindsay.

## Attachments

HCFA 1500 Claims Form: services on 10/04/2021

This summary may not show the doctor's notes or specific documentation. If you would like access to additional documentation you must request a copy of your note from your provider

Contact Cerbo Technical Support
Patient Portal Cerbo© 2021

Show More

# Encounter History

Virtual Visit on 09/15/2021

**Provider:** Pamela Yee MD

**Date of Service:** Wednesday 15th of September 2021

**Visit Type:** Virtual Visit

### Assessment and Plan Summary

## Assessment

**Diarrhea, unspecified**

**Keratoconjunct sicca, not specified as Sjogren's, unsp eye**

**Gammaherpesviral mononucleosis without complication**

**Fever, unspecified**

**Other sites of candidiasis**

## Orders/Scans/Referrals

**Magnesium, RBC [LabCorp] - 83735**

**Details:** n/a

**TLAB Bartonella Henselae Molecular Imaging-Blood (T-Lab Blood) - 88365**

**Details:** n/a

**TLAB Bartonella Henselae Molecular Imaging-skin (T-LAB BIOPSY) - 88365**

**Details:** n/a

**Interleukin-6, Plasma [LabCorp] - 83520**

**Details:** n/a

**Serotonin, Serum [LabCorp] - 84260**

**Details:** n/a

**Prostaglandins: D2, S [LabCorp] - 84150**

**Details:** n/a

**Histamine, Plasma [LabCorp] - 83088**

**Details:** n/a

**Tryptase [LabCorp] - 83520**

**Details:** n/a

**N-Methylhistamine, Urine [LabCorp] - 82542**

**Details:** n/a

**Panel 138901 [LabCorp] - 86702**

**Details:** n/a

**Pneumococcal Ab (23 Serotype) [LabCorp] - 86317 023**

**Details:** n/a

**Candida Antigen/Antibody Panel [LabCorp] - 87899, 86628 003**

**Details:** n/a

**Mannose Binding Lectin (MBL) [LabCorp] - 83520**

**Details:** n/a

**B pertussis IgG/IgM Ab [LabCorp] - 86615 002**

**Details:** n/a

**Haemophilus influenzae B IgG [LabCorp] - 86317**

**Details:** n/a

**Plasma Zinc [LabCorp] - 84630**

**Details:** n/a

**Complement, Total (CH50) [LabCorp] - 86162**

**Details:** n/a

**Measles/Mumps/Rubella Immunity [LabCorp] - 86765, 86735, 86762**

**Details:** n/a

**IgG, Subclasses(1-4) [LabCorp] - 82787 004 82784**

**Details:** n/a

**Immunoglobulins A/E/G/M, Serum [LabCorp] - 82785, 82784 003**

**Details:** n/a

**CMV PCR [LabCorp] - 87496**

**Details:** n/a

**CMV Abs IgG/IgM [LabCorp] - 86644, 86645**

**Details:** n/a

## Plan

**Using your portal - PY**- PORTAL - Your treatment plan from today and all future visits will be clearly written up in the sidelink called "My Visit Summaries." Be sure to print this out so you can keep track of recommendations, goals and "homework."
All of the supplements are located on the "My Supplements" tab but also after every visit, I create a supplement document which can be pulled up in "Labs and Documents" which notes changes from our visit and is easier to see. I recommend printing that out. This is also where you can get handouts

that I may have uploaded to your portal.

TESTING - Any lab forms e.g. Quest or Labcorp can be found under "Labs and Documents" - you will see the date ordered. Print that out to bring with you to the laboratory even though it has been sent their electronically.

Also, please keep all your information accurate should anything change i.e new diagnoses from other doctors and most importantly anything you have changed in medications and supplements so that when we meet again I'll have all the updated information easily accessible.

Also note that patient checkouts will now happen the next business day after our appointment.

**PY Appointments**- Please make your followup appointment NOW as slots are filled for the next 3 months typically. They can easily be done through the portal at any time or when you check out with the front desk.

**Medical Assistant PY**- June is my medical assistant if there are any questions she can be reached through the portal or by phone 914-652-7800 extension 109. If there are any other administrative questions please reach out to Lindsay through the portal.

**Personalized Treatment Plan**- Hi Keeta it was a pleasure meeting you and listening to your story. There are so many facets of this to sift through and today was the day that I got to digest a large portion of the story but still have lots of questions. Moving forward I want to do some more diagnostics. I am not convinced you have only Lyme and I wonder about Bartonella as well. I would like your dermatologist to do a special punch biopsy ideally in the upper outer though. Glad you have a trusted dermatologist. The second test for Bartonella is a blood test. You have to find an agreeable doctor's office to draw that for you. June can help you with this information if there are more questions.

POTS/ORTHOSTATIC TOLERANCE
-please do the Nasa Lean with your local doctor. See included instructions.
-next time let me know how much non caffeinated fluid you drink on a daily basis.

MCAS - possible
-I would like you to have some of your pathology slides - your scalp, endoscopy and colonscopy. You need to ask the the dermatologist and the gastroenterologist to restain those slides for CD117 and have them comment

if they are spindle or clustered shape. Request areas to restain ask for the Duodenum, Ileium, Colon

MOLD/MARCONS
-See if you can locate the FINAL results of Microbiology Dx from April 2020. There is a fungal culture pending.
-I would retest this again. The test kit will be sent to you and there are instructions on doing this at home which are super easy.

LYME
It's OK to wait another month on doxy if you are tolerating it but generally Id say if no change by 6 weeks then you can stop

OTHER
-There is a lot of blood work to be done at Labcorp - hopefully they can do them all
-please make sure all of your medications are updated in the portal
-I am not making any changes in supplements now we will tackle that next time

Let's followup in a month I will try and get you on the calendar. Don't worry if not all of the labs are back.

## MCAS/EDS/Hypermobility

**NASA Lean Test**- This is a test for dysautonomia. Disrgard directions to limit fluids and salt - don't change your normal habits. This is a test that will take approximately 30 minutes to complete in the office. You may download a copy of the test so you know what to expect: https://batemanhornecenter.org/wp-content/uploads/2016/09/NASA-Lean-Test-Instructions.pdf

## Testing/Labs

**Microbiology Dx Test Kit**- Here is the video on how to do this test yourself. https://www.youtube.com/watch?v=OTgVK_c007A&feature=emb_logo

This summary may not show the doctor's notes or specific documentation. If you would like access to additional documentation you must request a copy of your note from your provider

Contact Cerbo Technical Support

Patient Portal Cerbo© 2021

Name: Keeta Fox | DOB: MRN: EP00363111 | PCP: Gregory J Potts, MD

# Progress Notes

Ethan Blackburn, MD at 11/29/2021 12:54 PM
**Hand Surgery Consultation Note**

**Keeta Fox**

**EP00363111**

**I was asked to see Keeta Fox at the request of Dr. Gregory J Potts, MD in consultation for**
**Chief Complaint**
Patient presents with
- Follow-up
  *bilateral CTS*
-

**History of Present Illness:**
The patient is a 55 yr/o female, who presents with B hand aching and locking up. Occurred at work. Burning and tingling. Index fingers are the worst. Extensive recent workup with repeat emg's which were normal. Eval at Mayo, U of L. Burning and tingling at night.

**70%better after 2nd injections.**
**+ SPlinting. Symptoms for year.**

**Symptoms from previous visit reviewed as above, changes noted above.**

**Past Medical, Family and Social History:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety and depression | |
| • Arthritis | |
| • Chronic fatigue | |
| • Colon polyp | |
| • Dermatitis<br>*"Spongy" per patient* | |
| • Gastroparesis | |
| • History of kidney stones | |
| • Osteoporosis | |
| • Sjogren's disease (CMS/HCC) | |
| • Small fiber neuropathy | |
| • Temporomandibular joint disorder (TMJ) | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |

**Social History**

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance Use Topics
- Alcohol use: Not Currently
  *Comment: Previously 1 glass of wine per night but none now*

Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Musculoskeletal: Positive for joint pain.
Neurological: Positive for sensory change. Negative for tingling.

**Examination:**
Height: 5' 7" (170.2 cm)
Weight: 62.6 kg (138 lb)

**Appearance/ Mood/affect:**
Patient is awake and alert in no distress, without anxiety.

**Inspection/Skin:**
No thenar atrophy, intrinsic wasting, bruising, swelling, or clawing in either hand.

**Palpation:**
**+L tinel B CT**
**- phalen**

**Muscle strength:**
5 of 5 abductor pollicis brevis and first dorsal interosseous, FPL, EPL, finger flexion, finger extension, FDP to the second and fifth.

**Range of motion:**
Full digital range of motion bilaterally

**Stability :**
All digits stable through arc of active range of motion bilaterally.

**Sensation:**
Light touch sensation normal median radial and ulnar distributions.

**Vascular:**
Radial pulses 2+ bilaterally

**Numerous EMGs reviewed. Initially bilateral carpal tunnel syndrome was present. Since then has had several EMGs that do not show carpal tunnel syndrome**

| | | |
|---|---|---|
| **1.** | **Carpal tunnel syndrome, bilateral** | **lidocaine injection 1%**<br>**betamethasone acetate-betamethasone sodium phosphate (CELESTONE) injection 18 mg** |

**Assessment/Plan:**

The patient has B carpal tunnel syndrome and has failed to respond to brace treatment. I presented all treatment options to the patient including observation, continued bracing, Corticosteroid injection with bracing, or surgical intervention. After understanding the risks and benefits associated with each the patient elected to proceed with corticosteroid injection into B carpal tunnel. Risks including hypopigmentation, hyperglycemia and loss of subcutaneous fat discussed.

**Indications: B Carpal tunnel syndrome, nonresponsive to brace treatment**
**Procedure: B Carpal tunnel injection**

**Verbal consent for the procedure was obtained after potential benefits and risks were discussed. Risks include, hypopigmentation of skin, injury to the median nerve, loss of subcutaneous fat, hyperglycemia. The correct procedure site was identified. Following a sterile alcohol prep, a 25g needle was advanced into the bilateral volar wrist ulnar to palmaris longus and proximal to the wrist flexion crease into the carpal tunnel space, carefully avoiding the median nerve. There was free flow into the carpal tunnel with and the patient experienced no paresthesias. The tunnel was injected with 1.0cc of betamethasone and 1.0 cc of 1%lidocaine. The area was cleansed with isopropyl alcohol and a band aid was applied.**

**The patient tolerated the procedure well.**

Ethan Blackburn, MD

MyChart® licensed from Epic Systems Corporation © 1999 - 2021

Name: Keeta Fox | DOB: MRN: EP00363111 | PCP: Gregory J Potts, MD

# Progress Notes

Ethan Blackburn, MD at 4/19/2021 10:00 AM
Injection only

Indications: B Carpal tunnel syndrome, nonresponsive to brace treatment
Procedure: B Carpal tunnel injection

Verbal consent for the procedure was obtained after potential benefits and risks were discussed. Risks include, hypopigmentation of skin, injury to the median nerve, loss of subcutaneous fat, hyperglycemia. The correct procedure site was identified. Following a sterile alcohol prep, a 25g needle was advanced into the bilateral volar wrist ulnar to palmaris longus and proximal to the wrist flexion crease into the carpal tunnel space, carefully avoiding the median nerve. There was free flow into the carpal tunnel with and the patient experienced no paresthesias. The tunnel was injected with 1.0cc of betamethasone and 1.0 cc of 1%lidocaine. The area was cleansed with isopropyl alcohol and a band aid was applied.

The patient tolerated the procedure well.

MyChart® licensed from Epic Systems Corporation © 1999 - 2021

00003154 LFPA0DD1 00011277

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Koeta Fox

Name of legal representative, if applicable (print) ______________ Relationship Self

Signature of claimant or legal representative [signature] Date: 12/20/21

Date of Birth: ______ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

ReleasePoint

**Medical Record Overview**

**Date:** **December 21, 2021**

**Patient Name:** FOX, KEETA

**Records From:** DR. GREGORY POTTS
2002 PAPA JOHNS BLVD
LOUISVILLE, KY 40299
(502) 240-5900

**Request Scope:** From July 30, 2020 to Present

**Chart Range:** 03/05/2021 - 12/21/2021

**RP ID:** 8720182

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** H Buss
H Buss

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 5 2021 | Jun 10 2021 | 8 | 2 |
| Other Records | | | 1 | 10 |
| Request Corr. | | | 2 | 11 |
| Questionnaire | Dec 21 2021 | Dec 21 2021 | 1 | 13 |

**Total Page Count:** 12

**Notes From QC:**

*undated pages 3-4, 8- 10

Enclosed are all records supplied by medical facility for requested dates of service

Date: 6/10/2021

Name: Keith Fox DOB: Team Member #: 102136
B/P: 108/74 P: 96 R: ____ T: 98.4 SaO2: 95% Wght: 142 Hght: 67 BMI: 22.2 Waist: ____
Meds: Reviewed ____ Updated ____ No Change ____ ALLERGIES: ASA ____ Hx anaphylaxis ____
CC: f/u Flu from Mayo Clinic

HPI: See Mayo Labs
Dx of R fevers ? for
[illegible] Fungitive
TGDS [illegible] GI
ROS: ⊕ fatigue
& [illegible]
[illegible]

ROS: (Mark circle if wnl)

- GEN: weight changes, insomnia, fatigue, fever chills, night sweats
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol, ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations ____

PMH: [ ] unchged [ ] see note SH: [ ] unchged [ ] see note

FH: [ ] unchged [ ] see note HX Form From ___/___/___ Rev'd

Surg Hx: [ ] unchged [ ] see note

Rev'd/Updated Immunization/Preventive Screening

IMPRESSION:
1) Sjogren's
2) [illegible] - ? [illegible]
3) Fatigue

PHYSICAL EXAM:

- GEN: A&O, NAD, WD, confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, ~~fremitus, wheezing,~~ rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 ~~murmurs, rubs~~
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl. bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: ____
TEST RESULTS Rev'd: ____
SCHEDULED LABS/TESTS: ____
RETURN to OFFICE: ____ [illegible]
REFERRAL ____ [illegible]
PLAN: [illegible] [illegible] Labs &
[illegible] GI testing

[illegible signature]

2015

Date: 4/7/2021

Name: Keeta Fox DOB: Team Member #: 102136
B/P: 102/68 P: 91 R: ____ T: 98.0 SaO2: 99% Wght: 138 Hght: 61 BMI: ____ Waist: ____
Meds: Reviewed ____ Updated ____ No Change ____ ALLERGIES: ASA Hx anaphylaxis ____
CC: f/u labs, update on recent appts.

HPI: [illegible]

ROS: (Mark circle if wnl) [illegible]

- GEN: weight changes, insomnia, fatigue, fever chills, sweats
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol, ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations ____

PMH: [ ] unchged [✓] see note SH: [ ] unchged [✓] see note
FH: [ ] unchged [✓] see note HX Form From 4/7/21 Rev'd
Surg Hx: [ ] unchged [✓] see note
Rev'd/Updated Immunization/Preventive Screening

IMPRESSION:
1. Sjogren's
2. Fatigue

PHYSICAL EXAM:
- GEN: A&O, NAD, WD, confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing.
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl, bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: ____
TEST RESULTS Rev'd: ____
SCHEDULED LABS/TESTS: ____
RETURN to OFFICE: ____
REFERRAL ____

PLAN:
1. Add lipid to labs ordered by specialist
2. [illegible] $B_{12}$ / [illegible], [illegible], [illegible] CMP in June 2021
3. Cont c̄ [illegible]

2015

Date: 3/5/2021

Name: Krista Fox DOB: Team Member #: 102136

B/P: 124/72 P: 68 R: ____ T: 97.3 SaO2: 98% Wght: 190 Hght: 61 BMI: 27.9 Waist: ____

Meds: Reviewed ____ Updated ____ No Change ____ ALLERGIES: ASA Hx anaphylaxis ____

CC: c/o = talk about diet

HPI: [illegible handwriting]

ROS: (Mark circle if wnl)

- GEN: weight changes, insomnia, fatigue, fever chills, night sweats
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol, ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations ____

PMH: [ ] unchged [✓] see note SH: [ ] unchged [✓] see note

FH: [ ] unchged [✓] see note HX Form From __/__/__ Rev'd

Surg Hx: [ ] unchged [✓] see note

Rev'd/Updated Immunization/Preventive Screening

IMPRESSION:
① Sjogren's Syndrome

PHYSICAL EXAM:

GEN: A&O RRS, WD, confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl. bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: ____

TEST RESULTS Rev'd: ____

SCHEDULED LABS/TESTS: ____

RETURN to OFFICE: ____

REFERRAL ____

PLAN:
① ✓ B12 / Folate, Vit D, Mg, CMP, Lipid, Apo E Gen, ... exam
② ... Vit D ...
③ ... B12 / Folate E-12 wks

Progress Notes



Date: 12/7/21

Name: Keera Fox DOB: ______ Team Member #: ______

B/P: 126 / 79 P: 81 R: 20 T: 98.5 SaO2: 97 RA Wght: ______ Hght: ______ BMI: ______ Waist: ______

Meds: Reviewed ____ Updated ____ No Change ____ ALLERGIES: ASA, Bananas Hx anaphylaxis ______

CC: ______

HPI: Needs Suture Removal for (L) thigh - Skin Bx for Basement Dept Last wk DT of 2 weeks, ago

ROS: (Mark circle if wnl)

- GEN: weight changes, insomnia, fatigue, fever chills, night sweats
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol,
- ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations ______

PMH: [ ] unchged [ ] see note SH: [ ] unchged [ ] see note

FH: [ ] unchged [ ] see note HX Form From ___/___/___ Rev'd

Surg Hx: [ ] unchged [ ] see note

Rev'd/Updated Immunization/Preventive Screening

IMPRESSION:

Suture Removal x 1

PHYSICAL EXAM: 1x Suture Removed (L) medial thigh Healing well No Sign of infection

- GEN: A&O, NAS, WD, confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl. bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: ______

TEST RESULTS Rev'd: ______

SCHEDULED LABS/TESTS: ______

RETURN to OFFICE: ______

REFERRAL ______

PLAN:

(L) thigh

[signature]

2015

Progress Notes



Name: Kiuta Yol DOB: Team Member #: 102136
B/P: 96/60 P: 90 R: ____ T: 98.9 SaO2: 98% Wght: 144.8 Hght: ____ BMI: ____ Waist: ____
Meds: Reviewed Updated ____ No Change ____ ALLERGIES: NKA Hx anaphylaxis ____
CC: c/o: Checkup

HPI: Pt. visits c fam. app. [illegible] (NY); [illegible], + symptoms
Rev meds c pt

ROS: (Mark circle if wnl)

- GEN: weight changes, insomnia, fatigue, fever chills, night sweats
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol,
- ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations ____

PMH: [ ] unchged [ ] see note SH: [ ] unchged [ ] see note

FH: [ ] unchged [ ] see note HX Form From ___/___/___ Rev'd

Surg Hx: [ ] unchged [ ] see note

Rev'd/Updated Immunization/Preventive Screening

PHYSICAL EXAM:

GEN: A&Ox3, WD, confused, fatigue, obesity

- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl. bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: ____
TEST RESULTS Rev'd: ____
SCHEDULED LABS/TESTS: ____
RETURN to OFFICE: ____
REFERRAL ____

IMPRESSION:
① Sjogren's } -ortho [illegible]
② Fatigue - [illegible] labs

PLAN:

2015

Progress Notes
12/21/21 15:17:10 (502) 762-7081 -> +1.213.884.4921 Papa John®s Internat Page 008

Name: Keeta Fox
B/P: 97/62 P: 90 R: ____ T: 97.6 SaO2: 98% DOB: ____ Wght: 134 Team Member #: 102136
Meds: Reviewed ____ Updated ____ No Change ____ Hght: 67 BMI: 29 Waist: ____
CC: C10 - f/u ALLERGIES: NKA Hx anaphylaxis ____

HPI: D/C pt c visit to Mayo
I recent colon resection
D/o c Sjogren's, Anemia ...
[illegible] Flu is [illegible]
See [illegible] for [illegible]

ROS: (Mark circle if wnl)
- GEN: weight changes, insomnia, fatigue, fever chills, night sweats
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol, ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations ____

(margin notes: Dr. [illegible] CC Mayo Fox - [illegible] [illegible])

PMH: [ ] unchged [ ] see note SH: [ ] unchged [ ] see note
FH: [ ] unchged [ ] see note HX Form From 2/2/2? Rev'd
Surg Hx: [ ] unchged [ ] see note
Rev'd/Updated Immunization/Preventive Screening

PHYSICAL EXAM:
- GEN: A&O, NAD, WD, confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl, bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: ____
TEST RESULTS Rev'd: ____
SCHEDULED LABS/TESTS: ____
RETURN to OFFICE: ____
REFERRAL ____

IMPRESSION:
1. Sjogren's syndrome
2. Severe fatigue
3. Anemia [illegible] REF
4. S/P colon resection 2° to [illegible] volvulus 5. Hernia

PLAN:
1. Agree c pt's LTD appeal
2. [illegible] [illegible] [illegible]
3. [illegible] up c [illegible] [illegible]

[signature]

Progress Notes

12/21/21 15:19:03 (502) 762-7081 -> +1.213.884.4921 Papa John®s Internat Page 009

Name: Kecia Fox
B/P: ____/____ P: ____ R: ____ T: ____ SaO2: ____ DOB: __
Meds: Reviewed ____ Updated ____ No Change ____ Wght: ____ Hght ____ Team Member #: 102136
CC: ALLERGIES: ____ BMI: ____ Waist: ____
Phone visit
HPI: PHYSICAL EXAM: NONE Hx anaphylaxis ____
IN Hosp - Mayo Clinic
Assessment 11/13/2020
Low Hgb, want to go
to f/u
Rev Mayo visit

ROS: (Mark circle if wnl)

- GEN: weight changes, insomnia, fatigue, fever chills, night sweats
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol, ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations

PMH: [ ] unchged [✓] see note
SH: [ ] unchged [✓] see note
FH: [ ] unchged [✓] see note
HX Form From ___/___/___ Rev'd
Surg Hx: [ ] unchged [✓] see note
SEE MAYO
Rev'd/Updated Immunization/Preventive Screening

PHYSICAL EXAM:

- GEN: A&O, NAS, WD, confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl, bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING:
TEST RESULTS Rev'd:
SCHEDULED LABS/TESTS:
RETURN to OFFICE:
REFERRAL

IMPRESSION:
1. Sjogren's syndrome
2. Low [illegible] c resection
3. Chronic sensitization syndrome

PLAN:
- cont same
- f/u p hospital stay
- cont c issues

[signature]

Progress Notes



Name: Keeta Fox
B/P: 184/65 P: 91 R: ____ T: 98.5 SaO2: 98% DOB: ____ Wght: ____ Team Member #: 102136
Meds: Reviewed ____ Updated ____ No Change ____ ALLERGIES: ASA Hght: ____ BMI: ____ Waist: ____
CC: f/u ° PVL Hx anaphylaxis ____

HPI: [illegible]

ROS: (Mark (+) or (-)) [illegible]

- GEN: weight changes, insomnia, fatigue, fever chills, night
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heart, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol, ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae
- PAIN: (1-10 worst) locations ____

PMH: [ ] unchged [✓] see note SH: [ ] unchged [✓] see note
FH: [ ] unchged [✓] see note HX Form From 7/21/22 Rev'd
Surg Hx: [ ] unchged [✓] see note
Rev'd/Updated immunization/Preventive Screening

PHYSICAL EXAM: ∅ Δ

- GEN: A&O, NAS, WD, confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix nl, bimanual nl
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: ____
TEST RESULTS Rev'd: 1Gene X
SCHEDULED LABS/TESTS: ____
RETURN to OFFICE: ____
REFERRAL ____

IMPRESSION:
① Dysphagia
② Mast Cell Act. Syndrome
③ POTS ④ Small Fiber Neuropathy

PLAN:
① Cont/make appt ē Dr Kaise
② To Dr Sublett

Support will need CTD thru 2/20

# FAX

**To: Fax User**
Company:
Fax: 12138844921
Phone:

**From: Walkup**
Fax:
Phone:
E-mail:

---

## NOTES:

Message from LOU-HQ-PRINTER-F3-P08

---

**Date and time of transmission:** Tuesday, December 21, 2021 3:00:26 PM
**Number of pages including this cover sheet:** 12

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 8720182

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | FOX, KEETA |
| RP ID: | 8720182 |
| Access Code: | KPBIHX |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 8720182

Lincoln Financial Group

Lincoln Financial Group

# Restrictions Form

Return To: ____

KEENE FOX — Employee /Claimant Name
Date of Birth
9761491 — Claim Number

**To be completed by physician:**

1. DATE FIRST TREATED – 5/29/19
   DATE LAST TREATED – 12/02/21
   NEXT OFFICE VISIT – PRN
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ SEDENTARY — Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ LIGHT — Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ MEDIUM — Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ HEAVY — Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ VERY HEAVY — Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Extreme fatigue, severe uncontrollable diarrhea with fecal urgency; occ. hand & foot pain, low grade fever, joint/muscle pain
   Dx: POTS, Sjogren's, SIBO (complicated by volvulus surgery), mono reactivation, mast cell activation

4. RESTRICTIONS IMPOSED FROM previous TO 06/30/2022

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ____
   Est RTW 6/30/2022; medication trials due to nonresponsive medications & specialist e/u

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   As above

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 06/2020 TO present.

Greg Potts, MD — Provider's Name (Please Print)
MD / F.P. — Degree AND Area of Specialty
502-240-5905 — Social Security or Tax ID Number
2002 Papa John's Blvd — Street Address
502-240-5900 — Telephone Number
502-240-5905 — Fax Number
Louisville, KY 40299 — City, State & Zip Code
[signature] — Signature
12/21/21 — Date

RPID: 8720182

# Quality Assurance Report

## Request Information

Report Date: December 21, 2021

**RP ID:** 8720182

Patient Name: FOX, KEETA

Provider Name: DR. GREGORY POTTS

## Quality Assurance Information

Scope Requested: **From July 30, 2020 to Present**

Special Request:
RF and medical records - Seen By: DR. GREGORY POTTS

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
*undated pages 3-4, 8- 10 Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: DRODO

ReleasePoint

## Medical Record Overview

**Date:** **December 20, 2021**

**Patient Name:** FOX, KEETA

**Records From:** KENTUCKIANA RHEUMATOLOGY
100 E LIBERTY ST STE 700
LOUISVILLE, KY 40202
(502) 583-5836

**RP ID:** 8701759

**Client ID:** 10310112

**Source:** L-TCMS

**Request Scope:** From March 11, 2021 to Present

**Req By:** H Buss
H Buss

**Chart Range:** 05/05/2021 - 11/05/2021

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 5 2021 | Nov 5 2021 | 8 | 2 |
| Request Corr. | | | 7 | 10 |
| Questionnaire | | | 1 | 17 |
| | | **Total Page Count:** | 16 | |

**Notes From QC:**

KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

| | |
|---|---|
| PATIENT: | Keeta Fox |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 11/5/2021 |
| VISIT TYPE: | Office Visit |

This 54 year old female presents for CTD f/u via VV

HPI DETAILS: This visit was conducted with the use of an interactive audio and video telecommunication system that permits real-time communication between patient and provider. Patient consent for this virtual visit was obtained before the visit and is on file electronically.
Patient location: Louisville, KY
Kentuckiana Rheumatology, Telehealth Provider: Dr. Steven Stern/Vickie Scholl MA

Ms. Fox has not been seen since May and she has some new diagnoses. She has small intestinal bacterial overgrowth, SIBO, reactivated acute Epstein Barr virus, and mast cell activation syndrome. She is going to be evaluated for Bartonella next. She is now following with Dr. Yee with the Blum Health Center in New York and Dr. Callen locally. She is on a new treatment regimen with high dose antihistamines and a PPI and she is doing much better. She has no more scalp itching and her other skin symptoms are much improved with less bruising and dermatographia. She is also on some expensive supplements that her GI physician recommended and she says her gut symptoms are improving. Her husband contracted COVID a few weeks ago so he didn't come home for 10 days. Her house has not yet been cleared of mold, so she is still dealing with other factors which are impacting her health. She is hesitant to start HCQ for her CTD as she feels immunosuppression is to be avoided right now.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Anxiety | 1997 | |
| cecum globulus | | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| dermatographia | | |
| Elevated lipids | | |
| erythromelalgia | | |
| idiopathic emphysema | | |
| Kidney Stones | | |

mast cell activation syndrome
orthostatic intolerance
POTS syndrome
Pulmonary fibrosis
reactivation of Epstein Barr virus
SIBO
Sjogren's
small fiber neuropathy
small intestinal bacterial overgrowth
Spinal stenosis/ neck
spongy dermatitis

| Surgery/Treatment | Date | Comment |
|---|---|---|
| PT | | |
| Colectomy | | |
| 16" of colon and intestine removed | 11/16/2020 | |
| twisted colon surgery | 12/15/2020 | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| duloxetine 30 mg capsule,delayed release | take 3 capsule po q day | // | | 09/23/2020 | Y |
| estradiol | insert by vaginal route every week | // | | | Y |
| estradiol | take 1 tablet by oral route every day | // | | | Y |
| progesterone, micronized | take 4 capsule by oral route every day for 10 days in the evening | // | | | Y |
| vitamin E | | // | | | Y |
| multivitamin tablet | take 1 tablet by oral route every day | // | | | Y |
| Pepcid 20 mg tablet | take 1 tablet by oral route 2 times every day | // | | | Y |
| Claritin 10 mg tablet | take 1 tablet by oral route 2 times every day | // | | | Y |
| Allegra Allergy 180 mg tablet | take 1 tablet by oral route every day | // | | | Y |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue, Fever. |
| ENMT | Positive | Dry mouth. |
| ENMT | Negative | Mouth ulcers. |
| Eyes | Positive | Dry eyes. |
| Eyes | Negative | Vision changes. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Cough. |
| Cardio | Positive | Chest pain, Irregular heartbeat/palpitations. |
| Cardio | Negative | Edema and Raynaud's. |
| GI | Negative | Abdominal pain and Heartburn. |
| GU | Positive | Back pain. |
| GU | Negative | Genital ulcers and Hematuria. |
| Endocrine | Negative | Abnormal sleep pattern (Endocrine) and Cold intolerance. |
| Neuro | Negative | Gait disturbance. |
| Psych | Positive | Anxiety. |
| Psych | Negative | Depression. |
| Integumentary | Positive | Rash. |
| Integumentary | Negative | Hair loss, Hives and Psoriasis. |
| MS | Positive | Joint pain, Joint tenderness, Morning stiffness. |
| MS | Negative | Joint swelling, Low back pain, Muscle cramping, Muscle weakness, Myalgia and Neck pain. |
| Hema/Lymph | Positive | Lymphadenopathy. |
| Hema/Lymph | Negative | Easy bleeding. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | | |
| 2. | Assessment | Abnormal weight loss (R63.4). |
| | | |

ASSESSMENT DETAILS:

* Systemic involvement of connective tissue, unspecified (M35.9) ANA (+) 1:640 Homogenous, DS DNA Ab of 10 (nl up to 9), SSA Ab 1.1 (nl ,1.0) w/ normal lab assessment. Viral illness on top of her long standing issues that cleared w/ time and short burst of steroids. Looks to have a unique one of a kind immunologic condition w/ features of Pulmonary fibrosis, Gastroparesis, CIBO w/ steatorrhea, small fiber neuropathy, indistinct CNS changes w/ tremor w/ fatigue, POTS. Had recent w/u w/ myositis panel and a (+) Mi Ab. Repeat CVD assessment really unremarkable for CVD. SSA Ab barely not negative. Seen at Mayo and told she did indeed has SS, but they didn't have a disease explanation for all her symptoms in a single, unitary diagnostic process. They did doubt her small fiber neuropathy diagnosis, felt she did not have POTS, found no Autonomic NS abnormality and diagnosed a congenital frontal lobe CNS process for the neural symptoms. New diagnosis of Erythromelalgia made as well for finger pain. Unable to take the MMF due to Gut issues, now found to be due to Mast Cell Activation Syndrome and perhaps SIBO with leaky Gut.

AZA (10/20) 100 mg po pc q day (started by Mayo), Gut intolerance.

* Cecal Volvulus (10/20) with resection and appendectomy that showed pre-cancerous lesions.

* Cervical Stenosis, C5,6,7, seeing Dr. Villanueva.

* Sick Building Syndrome from water damage to her home. Trying to get it corrected. Still living in a hotel.

* Chronic Sensitization Syndrome, dx from Mayo Clinic (3/20).

* Mast Cell Activation Syndrome Dx by colonic biopsies.

* CIBO Syndrome.

* EBV Reactivation Syndrome with overwhelming Fatigue.
PLAN DETAILS:
F/U in four months

*Provider:*
Stern MD, Steven 11/10/2021 7:12 AM

Document Electronically signed by Stern, Steve on 11/11/2021 at 08:01 AM

# KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

| | |
|---|---|
| PATIENT: | Keeta Fox |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 5/5/2021 |
| VISIT TYPE: | Office Visit |

This 54 year old female presents for CTD f/u via VV

HPI DETAILS: This visit was conducted with the use of an interactive audio and video telecommunication system that permits real-time communication between patient and provider. Patient consent for this virtual visit was obtained before the visit and is on file electronically.
Patient location: Louisville, KY
Kentuckiana Rheumatology, Telehealth Provider: Dr. Steven Stern/Vickie Scholl MA

Ms. Fox has not started CellCept as she is having some GI issues already and she was fearful it would make them worse. She has severe gas and bloating despite making radical changes in her diet. She says there are only about 12 things she is eating right now. She is focusing on fruits and vegetables with very little meat and no snacks. She says her weight is stable but she feels deprived of food. She saw Mayo and was diagnosed with motility issues and pelvic floor dysfunction so has been started on therapy. It has only been about four weeks and she can't tell that it has helped her yet. She has been told by Mayo that she has SIBO but her local doctors tell her that she does not, which is confusing to her. She does not have a local GI doctor so will be getting herself established with one ASAP as she is fearful she has developed scleroderma. She is having lymphatic massage once a month and has joined a support group but she says everyone in the group is so sick it is depressing to her. She has started limbic retraining to try to positively affect her mood. Discussed starting Rituxan and avoid oral meds given her GI problems.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Anxiety | 1997 | |
| cecum globulus | | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| Elevated lipids | | |
| erythromelalgia | | |
| idiopathic emphysema | | |
| Kidney Stones | | |

orthostatic intolerance
POTS syndrome
Pulmonary fibrosis
Sjogren's
small fiber neuropathy
Spinal stenosis/ neck
spongy dermatitis

| Surgery/Treatment | Date | Comment |
|---|---|---|
| PT | | |
| Colectomy | | |
| 16" of colon and intestine removed | 11/16/2020 | |
| twisted colon surgery | 12/15/2020 | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| duloxetine 30 mg capsule,delayed release | take 3 capsule po q day | // | | 09/23/2020 | Y |
| estradiol | insert by vaginal route every week | // | | | Y |
| estradiol | take 1 tablet by oral route every day | // | | | Y |
| progesterone, micronized | take 4 capsule by oral route every day for 10 days in the evening | // | | | Y |
| vitamin E | | // | | | Y |
| CellCept 500 mg tablet | take 2 tablet po bid pc | 03/31/2021 | 05/05/2021 | | N |
| multivitamin tablet | take 1 tablet by oral route every day | // | | | Y |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue and Fever. |
| ENMT | Negative | Dry mouth and Mouth ulcers. |
| Eyes | Negative | Dry eyes and Vision changes. |
| Respiratory | Negative | Cough and Dyspnea. |
| Cardio | Positive | Irregular heartbeat/palpitations. |
| Cardio | Negative | Chest pain, Edema and Raynaud's. |
| GI | Negative | Abdominal pain and Heartburn. |
| GU | Positive | Hematuria. |
| GU | Negative | Back pain and Genital ulcers. |

| | | |
|---|---|---|
| Endocrine | Negative | Abnormal sleep pattern (Endocrine) and Cold intolerance. |
| Neuro | Negative | Gait disturbance. |
| Psych | Negative | Anxiety and Depression. |
| Integumentary | Negative | Hair loss, Hives, Psoriasis and Rash. |
| MS | Positive | Joint tenderness, Muscle cramping. |
| MS | Negative | Joint pain, Joint swelling, Low back pain, Morning stiffness, Muscle weakness, Myalgia and Neck pain. |
| Hema/Lymph | Positive | Lymphadenopathy. |
| Hema/Lymph | Negative | Easy bleeding. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | Plan Orders | She is to schedule a follow-up visit with Steven Stern MD in 4 Months. |
| | | |
| 2. | Assessment | Abnormal weight loss (R63.4). |
| | | |

ASSESSMENT DETAILS:
* Systemic involvement of connective tissue, unspecified (M35.9) ANA (+) 1:640 Homogenous, DS DNA Ab of 10 (nl up to 9), SSA Ab 1.1 (nl ,1.0) w/ normal lab assessment. Viral illness on top of her long standing issues that cleared w/ time and short burst of steroids. Looks to have a unique one of a kind immunologic condition w/ features of Pulmonary fibrosis, Gastroparesis, CIBO w/ steatorrhea, small fiber neuropathy, indistinct CNS changes w/ tremor w/ fatigue, POTS. Had recent w/u w/ myositis panel and a (+) Mi Ab. Repeat CVD assessment really unremarkable for CVD. SSA Ab barely not negative. Seen at Mayo and told she did indeed has SS, but they didn't have a disease explanation for all her symptoms in a single, unitary diagnostic process. They did doubt her small fiber neuropathy diagnosis, felt she did not have POTS, found no Autonomic NS abnormality and diagnosed a congenital frontal lobe CNS process for the neural symptoms. New diagnosis of Erythromelalgia made as well for finger pain. Unable to take the MMF due to Gut issues, mainly CBO. Considerations for SCL like process contributing to her dysmotility. Will look to see if can try Rituximab.
AZA (10/20) 100 mg po pc q day (started by Mayo), Gut intolerance.

* Cecal Volvulus (10/20) with resection and appendectomy that showed pre-cancerous lesions.

* Cervical Stenosis, C5,6,7, seeing Dr. Villanueva.

* Sick Building Syndrome from water damage to her home. Trying to get it corrected. Still living in a hotel.

* Chronic Sensitization Syndrome, dx from Mayo Clinic (3/20).
PLAN DETAILS:
Will see if we can get Rituxan approved for her.

She had labs one month ago and will send us a copy.

F/U in four months

## Follow Up

| Reason | Timeframe | Comments |
|---|---|---|
| follow-up visit with Steven Stern MD in 4 Months | in 4 Months | |

## Medications

DISCONTINUED TODAY:

| Medication | Instructions | Started | Stopped |
|---|---|---|---|
| CellCept 500 mg tablet | take 2 tablet po bid pc | 03/31/2021 | 05/05/2021 |

## Orders:

IMMUNIZATIONS ORDERED OR ADMINISTERED TODAY:

| Immunization | Status | Administered By |
|---|---|---|
| MODERNA COVID19 VACCINE | Administered | |

FOLLOW-UP:

| Assessment | Follow-up | Reason | Timeframe | Comments |
|---|---|---|---|---|
| M35.9 | follow-up visit with Steven Stern MD in 4 Months | | in 4 Months | |

*Provider:*

Stern MD, Steven 05/07/2021 3:28 PM

Electronically signed by Steven Stern MD on 05/10/2021 06:52 AM

100 E Liberty St
Suite 700
Louisville, KY 40202-1439
Phone: (502) 583-5836
Fax: (502) 583-2266

**Kentuckiana Center for Better Bone and Joint Health**

# Fax

| | | | |
|---|---|---|---|
| **To:** | (No Name) | **From:** | Stephanie Britton |
| **Fax:** | 12138844921 | **Pages:** | 19 |
| **Re:** | | **Date:** | Dec 20, 2021 |

**Urgent** **For Review** **Please Comment** **Please Reply** X **For Information**

- **Comments:**

- **Confidential Protected Health Information Enclosed-Protected Health Care Information is personal and sensitive information related to a person's healthcare. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.**

  **Important Warning-This message is intended for the use by the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify the sender immediately and arrange for the return or destruction of these documents.**

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

KENTUCKIANA RHEUMATOLOGY
100 E LIBERTY ST STE 700
ATTN: MEDICAL RECORDS
LOUISVILLE, KY 40202

Date: Dec 7, 2021

**Re: Long Term Disability Benefits**
Claim# 8701759 10310112
Claimant: FOX, KEETA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: 395461

Dear option 8,1 MR,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From March 11, 2021 to Present**
**Dr. Steven Stern RFand medical records - Seen By: KENTUCKIANA RHEUMATOLOGY**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Jan Gabriel Bernardo
Disability Information Specialist
Phone No.: (213) 266-7867
Fax No: (213) 884-4921

RPID: 8701759

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

00000063 LFPL3HD1 00000688

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keto Fox

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative Keto Fox Date: 4/11/2021

Date of Birth: ______ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

0000063 LFPLSHD1 00000693 E

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keita Fox

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative Keita Fox ______ Date 4/11/21

Date of Birth: ______ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 8701759

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | FOX, KEETA |
| RP ID: | 8701759 |
| Access Code: | 395461 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 8701759

100 E Liberty St
Suite 700
Louisville, KY 40202-1439
Phone: (502) 583-5836
Fax: (502) 583-2266

**Kentuckiana Center for Better Bone and Joint Health**

# Fax

| | | | |
|---|---|---|---|
| **To:** | (No Name) | **From:** | Stephanie Britton |
| **Fax:** | 12138844921 | **Pages:** | 8 |
| **Re:** | | **Date:** | Dec 09, 2021 |

**Urgent** **For Review** **Please Comment** **Please Reply** **X For Information**

- **Comments:**

- **Confidential Protected Health Information Enclosed-Protected Health Care Information is personal and sensitive information related to a person's healthcare. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.**

  **Important Warning-This message is intended for the use by the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify the sender immediately and arrange for the return or destruction of these documents.**

Lincoln Financial Group

Lincoln Financial Group

# Restrictions Form

**Return To:** ______________________

Employee /Claimant Name | Date of Birth | Claim Number

**To be completed by physician:**

1. DATE FIRST TREATED ____________
   DATE LAST TREATED ____________
   NEXT OFFICE VISIT ____________
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

RPID: 8701759

# Quality Assurance Report

## Request Information

Report Date: December 20, 2021

**RP ID:** 8701759

Patient Name: FOX, KEETA

Provider Name: KENTUCKIANA RHEUMATOLOGY

## Quality Assurance Information

Scope Requested: **From March 11, 2021 to Present**

Special Request:
Dr. Steven Stern RFand medical records - Seen By:
KENTUCKIANA RHEUMATOLOGY

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: ACROS

NORTON HEALTHCARE 8701749

AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION

I HEREBY REQUEST A COPY OF THE FOLLOWING PATIENT'S MEDICAL RECORD:

1. **Full Name of Patient:** FOX, KEETA **Social Security**
2. **Maiden Name/Alias:** Cleary **Patient's Birth Date:**
3. **INFORMATION REQUESTED (X):** (☒) Medical Record (☒) Psychiatric Records ( ) Itemized Bills

******If only a portion of the Medical record or Psychiatric record is required please specify *******

4. ( ) Discharge Summary ( ) Emergency Room ( ) Laboratory Results
( ) History & Physical ( ) X-Ray Report ( ) Immunization Records
( ) Orders ( ) Operative Reports ( ) Progress Notes
(☒) HIV Test/Status ( ) Nurses Notes
(☒) Other (Specify)* all PHI, excluding x-ray films

5. **IDENTIFY THE FACILITY WHERE THE PATIENT WAS TREATED (X):** **PT must complete this section**

(☐) Norton Healthcare - specify Hospital:

(☐) Norton Cancer Institute, specify location:

(☐) Norton Community Medical Associates, specify location:

(☐) Kosair Children Hospital Medical Associates, specify location:

(☐) Norton Immediate Care Center, specify location

(☒) Other, specify location: Norton Arm + Hand, All Women Gynecology

6. **Identify date of service or date ranges requested including month and year:** FROM: 04/20/2021 TO: Present

7. **The above record is to be released/mailed to the following individual:**

8. Name & Title: Lincoln Financial Group (c/o ReleasePoint)

Street Address: PO Box 1390

City/State/Zip: St. Peters MO 63376 Phone Number:

9. **THIS RECORD IS REQUESTED FOR THE FOLLOWING REASON (X):**
( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes
( ) Personal Interest (☒) Other (Specify) Claims - Disability Insurance

10. The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent will expire 60 days after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event One year. Such expiration date or event has not occurred.

REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.

11. ( ) Kentucky Law directs health care providers to furnish to a patient, At the patient's request, one free copy of the patient's Medical Record. * ( ) Additional requests for copies will be charged a rate of $1.00 per page.

* Free copies may exclude copies of x-ray films, video tapes or color photographs and a separate fee will be assessed if these items are requested.

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

NOTE: A COPY OF A PICTURE ID MUST BE ATTACHED TO THIS AUTHORIZATION FORM. If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may inspect or copy any information used/disclosed under this authorization.

12. **Signature** Keeta Fox **Date** 12/10/21
Patient, Parent or Legally Authorized Representative

**Relationship to the Patient:** Self **Phone Number**

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentially is protected by federal and/or state law. Federal and state regulations prohibits you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

# BAPTIST HEALTH®

8701750

BAPTIST HEALTH
RELEASE OF INFORMATION
AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION

**Authorization to Release Protected Health Information**

Patient Information:(Please Print)

Name: FOX, KEETA ______________________ Med Rec# or Last Four of Social:___ ______________

Street Address or PO Box:______________________ ______________________

City, State Zip:______________________ ______________________

Phone#:______________________ Date of Birth:______________________ E-Mail:______________________

I, the undersigned hereby authorize and direct:
( ) Baptist Health Corbin ( ) Baptist Health LaGrange ( ) Baptist Health Lexington ( ) Baptist Health Louisville
( ) Baptist Health Madisonville ( ) Baptist Health Paducah ( ) Baptist Health Richmond ( ) Baptist Health Floyd
☒ BHMG Office Practice name and address: BAPTIST HEALTH 2600 STANLEY GAULT PKWY STE 101 LOUISVILLE KY 40223

And its entities, authorized agents and employees to disclose and deliver a copy of the protected health information described below in accordance with this authorization.

This information may be disclosed to and used by the following individual, organization or agency: Lincoln Financial Group (c/o ReleasePoint) c/o ReleasePoint
The purpose of this release is: ( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes ( ) Personal Interest
☒ Other
(Specify): Claims - Disability Insurance

Dates to be released: From 01/01/2021 To Present

The information to be disclosed will include: (check all that apply)
____ Entire Medical Record ____ Pathology ____ Cardiac Cath Report ____ Basic Medical Record
____ Radiology ____ Discharge Summary ____ Emergency Room Record ____ History and Physical

BAPTIST HEALTH® 8701750

____ Lab Report ____ Face Sheet ____ Operative ____ Electronic Format
☒ Other (Specify): all PHI, excluding x-ray films

I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for drug and alcohol abuse.

Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected. However, the recipient may be prohibited from disclosing any substance abuse information under the federal confidentiality requirements for alcohol and drug abuse patient records and the Public Health Service Act. Such information may not be used to criminally investigate or prosecute any alcohol or drug patient. Further, state law prohibits a recipient from making any further disclosure of test results relating to HIV or AIDS without specific written consent of the person to whom such information pertains. A general authorization for the release of medical or other information is NOT sufficient for such purpose.

This authorization will expire upon the occurrence of the following event or condition: One year. If no event or condition is listed, it will expire in 60 days. I understand that I have the right to revoke this Authorization at any time, and in order to do so, I must present a written revocation to the Hospital's Health Information Management Department. I understand that the revocation will not apply to information that already has been released in response to or in reliance upon this Authorization. I understand that I need not sign this Authorization in order to ensure health care treatment, payment, enrollment in my health plan, or eligibility for benefits. I understand that I will be given a copy of this Authorization form, after signing it.

KRF By initialing here, I acknowledge this to be my one and only free copy of my medical record, duplicate pages will be charged $1.00 per page.

KRF By initialing here, if e-mail address above is provided, records will be sent via secure e-mail. If no e-mail is provided, records will be placed on encrypted CD and mailed to address disclosed above.

Katie Fox

Signature of Patient/Authorized Representative (include relationship or nature of authority) Date 12/10/21

[ ] Faxed to: ____________ [ ] Given to: ____________ [ ] Mailed to: ____________

Mail completed request or fax to:
2600 Stanley Gault Parkway Suite 101 Louisville, KY. 40223 (Fax) 502.253.4829
Fax Transmission/Information Sheet

ReleasePoint

**Medical Record Overview**

**Date:** **December 13, 2021**

**Patient Name:** FOX, KEETA

**Records From:** DERMATOLOGY ASSOCIATES
2811 KLEMPNER WAY
LOUISVILLE, KY 40205
(502) 896-6355

**Request Scope:** From December 15, 2020 to Present

**Chart Range:** 09/16/2021 - 09/16/2021

**RP ID:** 8701754

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** H Buss
H Buss

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Sep 16 2021 | Sep 16 2021 | 1 | 2 |
| Request Corr. | | | 1 | 3 |

**Total Page Count:** 2

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

54 yr. Female,

## PHONE CALL MESSAGE

### Message:

**Message For --** Dr West
Date and Time: 9/16/2021 3:33 PM Taken by: kw
Name: Keeta Fox
Home Phone #: 5022350765
Mobile Phone #: 5022350765
DOB: . \ge: 54
Address:

Last appointment with: Huelsman, Meagan

Default provider: Vence

Message:
pt primary care provider Dr Pamela Yee at Blum Health center is wanting pt to restain the slide for scalp biopsy that was done and check for cd117 and comment if they a spindle or cluster shape . This is a potential assessment of mass cell activation syndrome. Dr Yee office contact 914-652-7800

**Notes / Call Returned**

- 9/16/2021 3:53 PM: Dr. H- please advise. (LJ CMA )
- 9/16/2021 3:54 PM: This is a path question so will forward to West (mhmd)
- 9/17/2021 3:02 PM: I left a message with the receptionist at Blum for Dr. Yee to call me. (ajw)

9/17/2021 3:00 PM

### Notes

### Procedures

### Providers

- Meagan Huelsman, MD

### Diagnosis Codes

### Charges

### Prescriptions Given

DERMATOLOGY ASSOCIATES

**Sender:** Dermatology Associates, P.S.C.

**Name:** Keeta Fox

**Date:** 12/13/2021

## Secure Fax Cover Sheet (Confidential PHI)

*This is our 1st delivery attempt.*

**To:** Lincoln Financial Group **From:** Dermatology Associates, P.S.C.

**Sender's Contact:**

Address: 2811 Klempner Way, Louisville KY 40205

Phone: 502-896-6355

Fax: 502-896-9813

*Optional: View, fill or sign a digital version of this fax by entering your unique access code* ***E6FBE3*** *and fax number* ***213-884-4921*** *at:* ***view.medsender.com***

HIPAA compliance powered by MEDSENDER replace faxing, start medsending

Scan with your phone to view, fill & sign this record online

*If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender.*

# Quality Assurance Report

## Request Information

Report Date: December 13, 2021

**RP ID:** 8701754

Patient Name: FOX, KEETA

Provider Name: DERMATOLOGY ASSOCIATES

## Quality Assurance Information

Scope Requested: **From December 15, 2020 to Present**

Special Request:

Dr. Megan Huelsman medical records and RF - Seen By:
DERMATOLOGY ASSOCIATES

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility
for requested dates of service

Chart Reviewed By: DACUE

ReleasePoint

**Medical Record Overview**

**Date:** **December 10, 2021**

**Patient Name:** FOX, KEETA

**Records From:** LOUISVILLE GASTROENTEROLOGY ASSCS
1169 EASTERN PARKWAY, STE G58
LOUISVILLE, KY 40217
(502) 452-9567

**Request Scope:** From July 30, 2020 to Present

**Chart Range:** 08/05/2020 - 08/05/2020

**RP ID:** 8701757

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** H Buss
H Buss

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 5 2020 | Aug 5 2020 | 3 | 2 |
| Request Corr. | | | 6 | 5 |
| Questionnaire | | | 1 | 11 |
| | | **Total Page Count:** | 10 | |

**Notes From QC:**

REQUESTED ITEMS NOT RECEIVED

received medical records only, missing RF, please request. thank you!

**This service was provided via synchronous video conferencing with the Patient**

Gastroenterology HEALTH PARTNERS

***1169 Eastern Parkway, Suite G-58***
***Louisville, Kentucky 40217***
***Phone: 502-452-9567***
***Fax: 502-473-0586***
***www.gastrohealthpartners.com***

| | | | |
|---|---|---|---|
| **Date:** | 8/5/2020 10:15 AM | | |
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (53) |
| **Provider:** | MICHAEL KREASE, DO | | |

**Referring Physician:** GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**TELEMEDICINE FOLLOW UP VISIT: This visit was completed via telemedicine due to the coronavirus pandemic, for which the patient has given verbal consent.**

**Chief Complaint:** bloating

**History of Present Illness:**

8/5/2020 KEETA FOX 53 11/6/1966 was contacted for telemedicine visit. 2 identifiers were used to enter the patient. Ms. Fox is a 53F with a complex medical history is having for follow-up. Since her last visit she has done several telemedicine visits with the Cleveland clinic. She also has since been diagnosed with a small fiber neuropathy at the University of Louisville and POTS. She is very concerned that she may have small intestinal bacterial overgrowth as well as. She is on a cleanse from old and is currently living in a hotel due to mold in her house. She states that she is unable to do her breath test for bacterial overgrowth which she had special ordered from the Cleveland clinic due to the cholestyramine she is on. She still has a lot of abdominal bloating however she states that her constipation is resolved even though she is taking cholestyramine she is still having bowel movements.

We discussed empiric treatment for small intestinal bacterial overgrowth antibiotic. Given her numerous other issues she is very hesitant to do this.

She has a follow-up appointment with Vanderbilt at the autonomic disorder center.

**Past Medical History**

**Medical Conditions:** abd pain left sided
Anxiety disorder
Arthritis
Back pain
candida glabrata diagnosis given 01/2020
Candidal vulvovaginitis - since 09/2019 - current
Candidiasis of mouth - 11/2019 - current
cervix dysplasia
Colon Polyps
Depression
Fibrosis of lung - right side - mild
Hemorrhoids
Kidney Stones

neuropathy fingers and toes
Osteoarthritis
Stenosis of cervix
Stomach Ulcer

**Surgical Procedures:** No Prior Procedures

**Dx Studies:** Colonoscopy, 04/04/2018
Colonoscopy, 4/4/2018, Moderate diverticulosis of the sigmoid colon, Polyp (6 mm) in the proximal ascending colon. (Polypectomy), Polyp (7 mm) in the mid-ascending colon. (Polypectomy), Grade/Stage II internal hemorrhoids and There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal. BBPS 3/3/3=9
CT Abdomen, 09/12/2017
EGD, 2/21/2020, Normal mucosa in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. (Biopsy), Normal mucosa in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. (Biopsy H-Pylori) and Normal mucosa in the duodenum. (Biopsy)
EGD, 04/04/2018
EGD, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Medications:** Ambien 10 mg Take 1 tablet by mouth at bedtime
clonazepam 0.5 mg Take 2-3 tablet by mouth a month
duloxetine 60 mg Take 1 capsule by mouth once a day
duloxetine 30 mg Take 1 capsule by mouth once a day WITH A 60 MG TABLET
ibuprofen 200 mg Take 1 capsule by mouth twice a day as needed
Mag Glycinate 100 mg Take 2 tablet by mouth once a day
progesterone micronized 200 mg Take 1 capsule by mouth once a day
promethazine 25 mg Take 1 tablet by mouth twice a day as needed
tramadol 50 mg Take 1 tablet by mouth as needed
vitamin A palmitate 15,000 unit Take 2 tablet by mouth once a day

**Allergies:** aspirin - unsure
butalbital-acetaminop-caf-cod - Minimal - stayed up all night

**Immunizations:** Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

## Social History

**Alcohol:** Heavy (multiple drinks daily).
Moderate (1 drink daily).

**Tobacco:** Never smoker

**Drugs:** None

**Exercise:** 1-2 Times per Week.

**Marital Status:** Married

**Occupation:** SVP Finance, Papa Johns

**Family History:** No history of Colon Polyps, Crohn's Disease, Gastric Cancer, GI Cancer, Liver Disease, Pancreatitis, Stomach Cancer, Ulcerative Colitis
**Brother:** Diagnosed with Pancreatitis/Pancreatic Cancer;
**Grandmother:** Diagnosed with Colon Cancer, Colon Cancer - what age 70's;

## Review of Systems:

**Allergic/Immunologic:** *Denies* persistent infections, HIV exposure, strong allergic reactions or urticaria.
**Cardiovascular:** *Denies* ankle swelling, chest pain, irregular heart beat, shortness of breath.
**Constitutional:** *Denies* fatigue, fever, loss of appetite, weight loss, weight gain.
**ENMT:** *Denies* hearing loss, hoarseness, sore throat, nose bleeds.
**Endocrine:** *Denies* excessive thirst, cold intolerance, heat intolerance.
**Eyes:** *Denies* light sensitivity, eye pain, visual decline.
**Gastrointestinal:** *Complains of* **belching**, **bloating**, **constipation**, **difficulty swallowing**, **painful swallowing**, **flatulence/rectal gas**. *Denies* abdominal pain, black stools, change in bowel habits, diarrhea, heartburn/reflux, mucous in stools, nausea, painful stools, rectal bleeding, rectal protusions, rectal urgency, soiling/incontinence, vomiting, vomiting with blood.
**Genitourinary:** *Denies* blood in urine, burning urination.

**Hematologic/Lymphatic:** *Denies* easy bruising, prolonged bleeding, abnormal blood clotting.
**Integumentary:** *Denies* itching, jaundice, rash, suspicious lesions.
**Musculoskeletal:** *Denies* back pain, joint pain, muscle pain.
**Neurological:** *Denies* dizziness, fainting, frequent headaches, loss of consciousness.
**Psychiatric:** *Denies* anxiety/panic, depression, difficulty sleeping.
**Respiratory:** *Denies* coughing blood, chronic cough, painful breathing.

**Vital Signs:**

| Weight (lbs/oz) | Height (ft/in) | BMI |
|---|---|---|
| 143 / | 5 / 7 | 22.39 |

**Physical Exam:**

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.
*Communication:* normal speech patterns.
*Other:* Details.

**Skin:**

*Inspection:* no rashes, ulcers, icterus or other lesions; no clubbing or telangiectasias.

**Head/face:**

*Inspection:* no appearance of head trauma, normocephalic.
*Palpation:* no pain, normal range of motion.

**Respiratory:**

*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.

**Psychiatric:**

*Judgment/insight:* within normal limits.
*Memory:* within normal limits for recent and remote events.
*Mood and affect:* Mood and affect are appropriate, no agitation.

**Diagnosis:**

Bloating
Postural orthostatic tachycardia syndrome
Abdominal pain - epigastric
Constipation

**Impression:**

53F with numerous complicated medical issues including POTS which could predispose her to small intestinal bacterial overgrowth as well as a newly diagnosed neuropathy. She has a special breath test that she obtained from the Cleveland clinic however she will wake she is off her molds cleanse prior to doing it. She does not want to treat empirically for small intestinal bacterial overgrowth. She'll follow up in Vanderbilt. No changes today. She is also concerned that she may have small intestinal fungal overgrowth syndrome. Follow-up in 3 months.

**Plan:** Follow up in 3 months

**Risk & Medical Necessity:** Diagnosis and management options are Extensive. The amount of data reviewed and/or ordered is Moderate. The level of risk is Moderate.

**This visit was rendered via real-time interactive audio and video telecommunications system, as a synchronous telemedicine service. We deemed this necessary given the current public health emergency and patient safety.**

MICHAEL KREASE, DO
Electronically signed on 8/5/2020 4:48:21 PM by MICHAEL KREASE, DO

Request Corr.

To: LINCOLN FINANCIAL

Gastroenterology HEALTH PARTNERS

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

# Fax
## Cover Page

**DATE:** 12/9/2021 3:14 PM
**FAX TO:** LINCOLN FINANCIAL - (213) 884-4921 (Fax)
**FROM:** Clora Parker LGA Medical Records
**SUBJECT:** KEETA R. FOX's Medical Records
**MESSAGE:**

**Please use and maintain all sensitive, privileged or restricted information in a strictly confidential manner. Confidential/privileged information includes, but is not limited to, sensitive and/or proprietary information concerning office business of Administration, patient medical information and protected health information, employee information or any other restricted information, data or material in any form.**

**If you are neither the intended recipient nor the employee/agent responsible for delivery to the intended recipient, you are hereby notified that disclosure of contents in any manner is strictly prohibited. Please notify the above sender if you received this information in error.**

**When the information associated with this fax cover sheet contains information related to Substance Use Disorder (SUD) it is protected under 42 CFR Part 2 which prohibits you from making any further disclosure of the Part 2 information without express written authorization of the patient to whom it pertains or as otherwise permitted by 42 CFR Part 2 regulation. A general authorization for the release of medical information is not sufficient for this purpose. A federal rule restricts any use of the information to criminally investigate or prosecute a SUD patient.**

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**LOUISVILLE GASTROENTEROLOGY ASSCS**
**1169 EASTERN PARKWAY, STE G58**
**ATTN: MEDICAL RECORDS / Jennifer**
**LOUISVILLE, KY 40217**

Date: Dec 7, 2021

**Re: Long Term Disability Benefits**
Claim# 8701757 10310112
Claimant: FOX, KEETA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: LGASTR

Dear OPT 2,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From July 30, 2020 to Present**
**Dr. Gregory Potts RFand medical records - Seen By: LOUISVILLE GASTROENTEROLOGY ASSCS**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Jan Gabriel Bernardo
Disability Information Specialist
Phone No.: (213) 266-7867
Fax No: (213) 884-4921

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

00000063 LFPL3HD1 00000698

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative Keeta Fox ______ Date: 4/11/2021

Date of Birth: ______ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ____________ Relationship Self

Signature of claimant or legal representative Keeta Fox ____________ Date: 4/11/21

Date of Birth: ____ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | FOX, KEETA |
| RP ID: | 8701757 |
| Access Code: | LGASTR |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

Lincoln Financial Group

Lincoln Financial Group

# Restrictions Form

**Return To:** ______________________________

______________________________ ______________ ______________
**Employee /Claimant Name** **Date of Birth** **Claim Number**

**To be completed by physician:**

1. **DATE FIRST TREATED** – ______________ ______________________________
   **DATE LAST TREATED** – ______________ ______________________________
   **NEXT OFFICE VISIT** – ______________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______________ **TO** ______________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**____________**TO**____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

# Quality Assurance Report

## Request Information

Report Date: December 10, 2021

**RP ID:** 8701757

Patient Name: FOX, KEETA

Provider Name: LOUISVILLE GASTROENTEROLOGY ASSCS

## Quality Assurance Information

Scope Requested: **From July 30, 2020 to Present**

Special Request:

Dr. Gregory Potts RFand medical records - Seen By:
LOUISVILLE GASTROENTEROLOGY ASSCS

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

REQUESTED ITEMS NOT RECEIVED received medical records only, missing RF, please request. thank you!

Chart Reviewed By: ISLEO

ReleasePoint

**Medical Record Overview**

**Date:** **December 10, 2021**

**Patient Name:** FOX, KEETA

**Records From:** Dr. Wolfgang Singer

,
(507) 284-2511

**Request Scope:** From January 1, 2021 to Present

**Chart Range:** 01/27/2021 - 12/08/2021

**RP ID:** 8701758

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** H Buss
H Buss

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 27 2021 | Dec 8 2021 | 18 | 2 |
| Labs/Diagnostics | May 11 2021 | Jul 28 2021 | 6 | 20 |
| Request Corr. | | | 6 | 26 |

**Total Page Count:** 30

**Notes From QC:**

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**MAYO CLINIC**
**200 1ST ST SW**
**ATTN: MEDICAL RECORDS**
**ROCHESTER, MN 55905**

Date: Dec 8, 2021

**Re: Long Term Disability Benefits**
Claim# 8701758 10310112
Claimant: FOX, KEETA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: 307301

Dear 8002362355 M/R,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From January 1, 2021 to Present**
**RF and medical records -seen by: Dr. Wolfgang Singer and mayo clinic**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Joanne Christine Lariosa
Disability Information Specialist
Phone No.: (213) 269-4242
Fax No: (213) 884-4921

RPID: 8701758

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/27/2021

## 10/27/2021 - Lab in RST RO LMP

**Reason for Visit**

Visit diagnosis: Other Injury Stomach Initial [S36.39XA]

**Labs**

**Pathology and Cytology**

**Pathology Review of Outside Material [2222789639535] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| G927010126:1 | Varies | — | 07/07/21 1203 |

**Pathology Review of Outside Material [2222789639535]** Resulted: 10/29/21 0906, Result status: Final result

Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/29/21 0909
Collected by: 07/07/21 1203
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Fox, Jean C, M.D. on 11/20/21 1055

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Case Number | CR-21-68719 | — | — | MCR |
| Participated in the Interpretation | Benjamin Van Treeck, M.D.-Pathology Fellow | — | — | MCR |
| Report electronically signed by<br>Result:<br>Catherine E. Hagen, M.D. 3-5143<br><br>I verify that I have examined all relevant slides/materials for the specimen(s) and rendered or confirmed the diagnosis. | -- | — | — | MCR |
| Material Received<br>Result:<br>A. SV21-11985: Duodenum, stomach antrum, colon and transverse colon<br>12 stained slides | -- | — | — | MCR |
| Interpretation<br>Result:<br>FINAL DIAGNOSIS<br>Duodenum, stomach, colon (SV21-11985; Parts 1-4; 07/07/2021):<br><br>1. Duodenum, biopsy: Small bowel mucosa without diagnostic abnormality. Villi and plasma cells are present. No evidence of Whipple's disease, celiac sprue, or Giardia. Submitted CD117 immunostain (block 1A) highlights up to 40 mast cells per high power field without spindled morphology or clustering.<br><br>2. Stomach, biopsy: Antral-type and fundic-type mucosa | -- | — | — | MCR |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/27/2021

## 10/27/2021 - Lab in RST RO LMP (continued)

### Labs (continued)

without diagnostic abnormality. No intestinal metaplasia
or
H. pylori identified. Submitted CD117 immunostain (block
2A)
highlights up to 33 mast cells per high power field without
spindled morphology or clustering.

3. Colon, biopsy: Colonic mucosa with melanosis coli. Submitted CD117 immunostain (block 3A) highlights up to 66 mast cells per high power field without spindled morphology or clustering.

4. Colon, transverse, biopsy: Colonic mucosa with melanosis coli. Submitted CD117 immunostain (block 1A) highlights up to 41 mast cells per high power field without spindled morphology or clustering.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

#### Indications

Other Injury Stomach Initial [S36.39XA (ICD-10-CM)]

#### All Reviewers List

Fox, Jean C, M.D. on 11/20/2021 10:55

### Documents

#### Lab - Pathology/Cytology

##### Scan on 10/29/2021 9:09 AM

Scan (below)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/27/2021

## 10/27/2021 - Lab in RST RO LMP (continued)

**Documents (continued)**

MAYO CLINIC

Pathology Review Outside Material

APCC

| | | | | | |
|---|---|---|---|---|---|
| PATIENT NAME<br>**FOX, KEETA** | | | | CASE NUMBER<br>**CR-21-68719** | ORDER NUMBER<br>**G927010126** |
| PATIENT ID<br>12608867 | DATE OF BIRTH | CURRENT AGE<br>54 Y | SEX<br>Female | REQUESTED BY<br>JEAN CLAIRE FOX | |
| COLLECTED<br>7/7/2021, 12:03 | RECEIVED<br>10/27/2021, 09:22 | REPORTED<br>10/29/2021, 09:05 | | | |
| The collected, received, and reported dates and times on the report are in the time zone of the performing location. | | | | | |
| SUBMITTED BY<br>Baptist Health<br>4000 Kresge Way<br><br>Louisville<br>KY 40207- | | | | | |

**INTERPRETATION**

**FINAL DIAGNOSIS**
Duodenum, stomach, colon (SV21-11985; Parts 1-4; 07/07/2021):

1. Duodenum, biopsy: Small bowel mucosa without diagnostic abnormality. Villi and plasma cells are present. No evidence of Whipple's disease, celiac sprue, or Giardia. Submitted CD117 immunostain (block 1A) highlights up to 40 mast cells per high power field without spindled morphology or clustering.

2. Stomach, biopsy: Antral-type and fundic-type mucosa without diagnostic abnormality. No intestinal metaplasia or H. pylori identified. Submitted CD117 immunostain (block 2A) highlights up to 33 mast cells per high power field without spindled morphology or clustering.

3. Colon, biopsy: Colonic mucosa with melanosis coli. Submitted CD117 immunostain (block 3A) highlights up to 66 mast cells per high power field without spindled morphology or clustering.

4. Colon, transverse, biopsy: Colonic mucosa with melanosis coli. Submitted CD117 immunostain (block 1A) highlights up to 41 mast cells per high power field without spindled morphology or clustering.

| PARTICIPATED IN THE INTERPRETATION | REPORT ELECTRONICALLY SIGNED BY |
|---|---|
| Benjamin Van Treeck, M.D.-Pathology Fellow | Catherine E. Hagen, M.D. 3-5143<br><br>I verify that I have examined all relevant slides/materials for the specimen (s) and rendered or confirmed the diagnosis. |

**MATERIAL RECEIVED**

A. SV21-11985: Duodenum, stomach antrum, colon and transverse colon
12 stained slides

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: 11/6/1966, Sex: F
Visit date: 10/27/2021

## 10/27/2021 - Lab in RST RO LMP (continued)

### Documents (continued)

| | | | |
|---|---|---|---|
| PATIENT NAME | FOX, KEETA | CASE NUMBER | CR-21-68719 |
| PATIENT ID | 12608867 | ORDER NUMBER | G927010126 |

Code : MCR Laboratory : Mayo Clinic Laboratories - Rochester Main Campus Address : 200 FIRST STREET SW
Lab Director : WILLIAM G MORICE, II MD, PhD CLIA Certificate : 24D0404292 ROCHESTER MN 55905

| | | |
|---|---|---|
| PATIENT NAME | FOX, KEETA | CR-21-68719 |

Page 2 of 2

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 7/29/2021

## 07/29/2021 - Ancillary Procedure in Department of Radiology in Rochester, Minnesota

### Reason for Visit

Visit diagnoses:
- Bloating Abdominal [R14.0]
- Decline Functional Status [R53.81]
- Paresthesia [R20.2]

### Imaging

#### Imaging

**Interpretation of Outside CT Abdomen and or Pelvis [2222789639529] (Final result)**

**Interpretation of Outside CT Abdomen and or Pelvis [2222789639529]** Resulted: 07/30/21 1111, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 07/29/21 1130
Resulted by:
Covington, Tristan N, M.D.
Moynagh, Michael R, M.B., B.Ch.
Performed: 07/29/21 1130 - 07/29/21 1136
Resulting lab: POWERSCRIBE360

Order status: Completed
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 07/30/21 1114
Accession number: 18439668

Narrative:
EXAM: INTERPRETATION OF OUTSIDE CT ABDOMEN AND PELVIS with IV contrast 06/21/2021.

COMPARISON: CT urogram without and with IV contrast 11/04/2020, MR enterography 03/17/2020, CT chest without contrast 10/22/2020.

FINDINGS:
Postoperative changes of ileocecectomy. Normal caliber bowel with no evidence of obstruction. Positive oral contrast has traversed through to the transverse colon. Colonic diverticulosis with no evidence of acute diverticulitis. Moderate stool scattered throughout the colon and rectum.

Scattered hypodense hepatic cysts, better demonstrated on comparison MR enterography from 03/17/2020. Unremarkable gallbladder, pancreas, spleen, adrenal glands and kidneys.

Partially visualized focal emphysema versus cystic change/congenital malformation in the right lower lobe (series 2 image 1), similar to 10/22/2020 CT chest where visualized.

Impression:
Postoperative changes of ileocecectomy. No evidence of bowel obstruction or other acute finding in the abdomen/pelvis.
Acknowledged by: Fox, Jean C, M.D. on 08/30/21 1710

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Indications**

Bloating Abdominal [R14.0 (ICD-10-CM)]
Decline Functional Status [R53.81 (ICD-10-CM)]
Paresthesia [R20.2 (ICD-10-CM)]

**Signed**

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 7/29/2021

**07/29/2021 - Ancillary Procedure in Department of Radiology in Rochester, Minnesota (continued)**

**Imaging (continued)**

Electronically signed by Moynagh, Michael R, M.B., B.Ch. on 7/30/21 at 1111 CDT

**All Reviewers List**

Fox, Jean C, M.D. on 8/30/2021 17:10

**Study Notes**

Mildenstein, Noelle E on 7/29/2021 11:36 AM

Yes, report is available in Care Everywhere - Other Results dated 6/22/21

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 7/29/2021

**07/29/2021 - Office Visit in Division of Gastroenterology in Rochester, Minnesota**

**Reason for Visit**

Visit diagnoses:
- **Bloating Abdominal (primary) [R14.0]**
- Decline Functional Status [R53.81]
- Paresthesia [R20.2]
- Sinusitis [J32.9]

**Progress Notes**

**Progress Notes**

**Progress Notes by Fox, Jean C, M.D. at 7/29/2021 10:40 AM**

Author: Fox, Jean C, M.D. Service: GIH (Gastroenterology and Hepatology) Author Type: Physician
Filed: 7/29/2021 4:20 PM Encounter Date: 7/29/2021 Status: Signed
Editor: Fox, Jean C, M.D. (Physician)

CHIEF COMPLAINT/REASON FOR VISIT
Follow-up appointment in the Gastroenterology Clinic.

HISTORY OF PRESENT ILLNESS:
Keeta Fox is a 54 y.o. female who presents to the GI Clinic today for a follow-up appointment regarding her abdominal symptoms of bloating flatulence and urgency in the setting of a prior diagnosis of SIBO. Ms. Fox still has not been able to work because her symptoms are quite debilitating. A local gastroenterologist provided her prescription for Xifaxan which she took and found to be beneficial although the results are short lived and lasted for only a couple of weeks. She is now on another course of Xifaxan which she is taking reluctantly because she does not like to use medications. Since I last saw her she has had an endoscopic evaluation including both an upper and a lower endoscopy. Small bowel aspirates were performed and revealed greater than 100,000 colony-forming units of staff and group a strep. Ms. Fox stopped using her pancreatic enzyme supplementation because she did not think it was particularly helpful. She has done a lot of reading and research online regarding SIBO.
PAST MEDICAL/SURGICAL HISTORY

MEDICAL HISTORY
She has a past medical history of Anxiety Generalized Disorder, Depressive Disorder, Headache Unspecified, Irritable Bowel Syndrome Without Diarrhea (2001), Other Specified Health Status (Cervical stenosis; carpal tunnel), and Stone Kidney.

SURGICAL
She has a past surgical history that includes Upper gastrointestinal endoscopy (02/21/2020) and Colonoscopy (2018).

MEDICATIONS

Current Outpatient Medications:
• amitriptyline 2%-ketamine 5% in lipoderm, Apply topically 3 (three) times a day. Apply to hands and feet as needed, Disp: 120 g, Rfl: 2
• cholecalciferol, vitD3,/vit K2 (vitamin D3-vitamin K2) 250 mcg (10,000 unit)-45 mcg capsule, , Disp: , Rfl:
• Creon 24,000-76,000 -120,000 unit capsule, TAKE 2 CAPSULES BY MOUTH THREE TIMES DAILY WITH MEALS, Disp: , Rfl:
• doxycycline hyclate (VIBRAMYCIN) 100 mg capsule, , Disp: , Rfl:
• DULoxetine (CYMBALTA) 60 mg DR capsule, Take 60 mg by mouth daily. TK ONE C PO Q D TO BE TAKEN

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 7/29/2021

**07/29/2021 - Office Visit in Division of Gastroenterology in Rochester, Minnesota (continued)**

**Progress Notes (continued)**

WITH 30MG CAPSULE, Disp: , Rfl:
- estradioL (ESTRACE) 0.1 mg/g (0.01%) vaginal cream, Apply 1 gram vulvovaginally twice weekly., Disp: 42.5 g, Rfl: 3
- estradioL (VIVELLE-DOT) 0.05 mg/24 hr patch, Place 1 patch on the skin 2 (two) times a week., Disp: 24 patch, Rfl: 3
- estrogens, conjugated, (PREMARIN) 1 g (0.625 mg/gram) vaginal cream, Insert into the vagina., Disp: , Rfl:
- fexofenadine (ALLEGRA) 60 mg tablet, Take 60 mg by mouth daily., Disp: , Rfl:
- hydrOXYchloroQUINE (PLAQUENIL) 200 mg tablet, Take 1.5 tablets (300 mg total) by mouth daily., Disp: 60 tablet, Rfl: 5
- progesterone (PROMETRIUM) 100 mg capsule, Take 1 capsule (100 mg total) by mouth at bedtime., Disp: 90 capsule, Rfl: 3
- pyridoxine, vitamin B6, (vitamin B-6) 25 mg tablet, , Disp: , Rfl:
- Restasis 0.05 % ophthalmic emulsion, , Disp: , Rfl:
- UNABLE TO FIND, Take 1.4 mL by mouth 2 (two) times a day. Adrena Soothe 1.4ml For sleep and reduction of anxiety ( norepinephrine and cortisol levels high per various labs) Take once in the evening and once at bedtime. , Disp: , Rfl:
- UNABLE TO FIND, Take 1 capsule by mouth daily. Liposomal Glutathione Support immune system. 450 mg , Disp: , Rfl:
- vitamin E 45 mg (100 Unit) capsule, , Disp: , Rfl:
- Xifaxan 550 mg tablet, Take 550 mg by mouth 3 (three) times a day., Disp: , Rfl:

ALLERGIES
Aspirin, Butalbital-acetaminophen, and Butalbital-acetaminophen-caff

SOCIAL HISTORY
She reports that she has never smoked. She has never used smokeless tobacco. She reports previous alcohol use.

FAMILY HISTORY
Herfamily history includes Alcohol abuse in her maternal grandfather and mother's brother; Anxiety disorder in her father, maternal grandfather, mother, mother's brother, and mother's brother; Arthritis in her maternal grandmother and sister; Colon cancer in her maternal grandmother; Coronary artery disease in her father, father's brother, father's brother, father's brother, mother, and mother's brother; Depression in her father, maternal grandfather, mother, and mother's brother; Diabetes in her mother; Hyperlipidemia in her father and mother; Hypertension in her father, father's brother, father's brother, father's brother, mother, and mother's brother; Kidney disease in her mother's sister; Melanoma in her sister; Migraines in her sister; Obesity in her mother; Osteoporosis in her maternal grandmother and mother; Psychiatric in her mother's brother; Rheum arthritis in her mother; Suicide Attempts in her maternal grandfather and mother's brother; Thyroid cancer in her mother's brother; Tuberculosis in her sister; Unexplained death in her paternal grandfather.

SYSTEMS REVIEW
A complete review of systems was performed and all pertinent positives are as outlined in the HPI.

PHYSICAL EXAMINATION
VITAL SIGNS:
vitals were not taken for this visit.
GENERAL: Patient is in no distress. She is conversant and cooperative. She is capable of full communication without difficulty. She is appropriately dressed and hygiene is normal.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 7/29/2021

**07/29/2021 - Office Visit in Division of Gastroenterology in Rochester, Minnesota (continued)**

**Progress Notes (continued)**

HEENT: Normocephalic. EOMI,NECK: No nodes, no thyromegaly. No palpable masses or other abnormalities.

ABDOMEN: Normal bowel sounds in all 4 quadrants. Nontender to palpation. No hepato-splenomegaly. No mass. Well-healed midline scar noted.

IMPRESSION/REPORT/PLAN
54 y.o. female with history of Sjogren syndrome and colonic resection for cecal volvulus who presents with ongoing symptoms of diarrhea bloating and fat malabsorption.
**#1 Diarrhea and fat malabsorption likely due to SIBO**
Ms. Fox has had normal imaging of her pancreas on CT scan, and her symptoms have responded to antibiotics in the past. We discussed that her symptoms are entirely consistent with SIBO however given the g positives on her aspirate I think that that may be a contaminant. None the last based on her stool collection in the fat malabsorption I do think treating her for SIBO again would be appropriate. I encouraged her to take a course of Xifaxan. I also discussed the concept of rotating antibiotics and that if she needed to be on antibiotics chronically it would be most appropriate to not use the same antibiotic in succession but rather alternate with 3 or 4 other antibiotics to % resistant strains. She and her husband seem to understand this concept. We discussed risk factors and predisposing factors for SIBO which Ms. Fox has a good handle on.
**#2 The multiple supplements**
Ms. Fox has asked for consultation incomplete component drain Integrative Medicine to review the benefits and side effects of her supplements. I will facilitate this.
**#3 Sjogren syndrome**

40 minutes were spent in the office with the patient today, greater than 50% of which were spent in counseling and coordination of care.

Electronically Signed by Fox, Jean C, M.D. on 7/29/2021 4:20 PM

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Adm: 7/28/2021, D/C: 7/28/2021

**07/28/2021 - Fluoroscopic Colon Imaging Exam in Department of Radiology in Rochester, Minnesota**

**Reason for Visit**

Visit diagnosis: Dysfunction Constipation Outlet [K59.02]

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 7/27/2021

## 07/27/2021 - Office Visit in Division of Rheumatology in Rochester, Minnesota

**Reason for Visit**

Visit diagnosis: Sjogren's (Sicca) Syndrome [M35.00]

**Progress Notes**

**Progress Notes**

**Progress Notes by Osborn, Thomas G, M.D. at 7/27/2021 11:00 AM**

Author: Osborn, Thomas G, M.D. Service: RHU (Rheumatology) Author Type: Physician
Filed: 7/27/2021 12:05 PM Encounter Date: 7/27/2021 Status: Signed
Editor: Osborn, Thomas G, M.D. (Physician)

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**

Keeta Fox is a 54 y.o. female who presents for evaluation of Sjogren syndrome

**HISTORY OF PRESENT ILLNESS**

Patient is accompanied by her husband for the office visit. She brought with her a chart dealing with Sjogren syndromes and the areas of the body that can be affected with her notes pointing to these areas. There were 19 separate article circle that she wished to discuss. The office visit took approximately 45 minutes to discuss these. Among these included fatigue is the 1. Complaint. She has not had recurrent bronchitis or pneumonias. She has not had a kidney stone. She has had joint pains predominantly in the elbows knees fingers but no swelling of significance. She did have her knees injected with corticosteroids without any improvement. She may have carpal tunnel syndrome. She states her left face feels like glass. I believe she minutes uncomfortable. There were no obvious erythema or changes in color. She has enlarged lymph nodes primarily in her anterior left neck which were easily palpable mobile and nontender. She has a neuropathy in her hands and feet which is sensory is states she has had footdrop. She has had a partial colectomy. She test positive for celiac disease serologically but was told by her gastroenterologist at home that she does not have it. She she has recurrent urinary tract infections. She states when tested she does not seem to have the infection but she has the symptoms. She has some mild-to-moderate dysphagia.
She previously had erythematous hands and I thought she had erythromycin allergy but that is resolved. New line she previously was treated by myself with Imuran but it caused GI upset.
OBJECTIVE

**PHYSICAL EXAM**

Physical Exam
Skin: No lesion a few bruises
Mucosa: Sandpaper dry tongue
Conjunctiva: Moist and clear
Tympanic membranes: Bilateral cerumen
LN: 1/2 cm enlarged lymph node upper anterior left cervical area mobile nontender
Neck: 60% rotation 30 % lateral bending
Lungs:
Heart: Regular rate and rhythm no murmurs
Carotids: No bruits
Abdomen:
CVA:

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 7/27/2021

**07/27/2021 - Office Visit in Division of Rheumatology in Rochester, Minnesota (continued)**

**Progress Notes (continued)**

SI Joints:
Buttocks:
Greater Trochs:
Joints: No swelling in any joints full range of motion throughout minimal tenderness. Knees have mild crepitation.
DTR: 1+ biceps patellar absent Achilles
Vib: Normal fingers knees and feet
Other:

ASSESSMENT / PLAN

#1 Sjogren syndrome
#2 History of SIBO.
Plan:: After 45 minutes discussion and physical exam it is suggested trial of Plaquenil 300 mg per day based on body weight. Risks benefits alternatives discussed. I did not make plans to see her back in the near future.

Electronically Signed by Osborn, Thomas G, M.D. on 7/27/2021 12:05 PM

**Vitals**

**Vital Signs** Most recent update: 7/27/2021 11:10 AM

| BP | Pulse | Temp | Ht | Wt |
|---|---|---|---|---|
| 104/73 (BP Location: Left arm, Patient Position: Sitting) | 101 | 37.5 °C | 171 cm | 63.1 kg |

| BMI |
|---|
| 21.58 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Edu? |
|---|---|---|
| 5 | None | None |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 6/21/2021

## 06/21/2021 - Ancillary Procedure in Department of Radiology Outside Media

### Imaging

#### Imaging

**CT ABDOMEN PELVIS W CONTRAST-Outside CT Body [2222789639526] (Final result)**

**CT ABDOMEN PELVIS W CONTRAST-Outside CT Body [2222789639526]** Resulted: 07/29/21 1027, Result status: Final result

Order status: Completed
Performed: 06/21/21 1635 - 06/21/21 1635
Resulting lab: IIMS
Filed by: Silent, Scheduling 07/29/21 1027
Accession number: IIMS61516754

Narrative:
This order has been created and auto-finalized to support the import of outside images. If available, original interpretation can be found on the Media Tab in Chart Review, in Document Viewer, or as an image in QREADS.

If a re-interpretation or overread is required please follow defined workflow.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **408 - IIMS** | IIMS | Unknown | NA | 07/08/17 0605 - Present |

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 4/27/2021, D/C: 4/27/2021

MAYO CLINIC

## 04/27/2021 - Mail order Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Diarrhea [R19.7]

### Labs

#### Lab

**Fat, Feces [2222714212321] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H527000046:1 | Stool | Stool | 05/14/21 0800 |

**Fat, Feces [2222714212321] (Abnormal)** Resulted: 05/20/21 1133, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 04/27/21 0704
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 05/20/21 1133
Collected by: 05/14/21 0800
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by
Fox, Jean C, M.D. on 05/26/21 1810
Boisen Wright, Hannah K, R.N. on 05/27/21 1107

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Total Weight | 899 | g | — | MCR |
| Duration | 48 | h | — | MCR |
| Total Fat/24 Hr | 33 | 2 - 7 g/24 h | H ^ | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

Additional Resulting Lab Information
Mailed In Specimen

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Diarrhea [R19.7 (ICD-10-CM)]

**All Reviewers List**

Boisen Wright, Hannah K, R.N. on 5/27/2021 11:07
Fox, Jean C, M.D. on 5/26/2021 18:10

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 1/27/2021

**01/27/2021 - Telemedicine in Menopause and Women's Sexual Health Clinic in Rochester, Minnesota**

**Reason for Visit**

Chief complaint: Follow-up
Visit diagnoses:
- Menopause [Z78.0]
- **Symptoms Vasomotor (primary) [R09.89]**
- Pain Vulva [N94.819]

**Progress Notes**

**Progress Notes**

**Progress Notes by Klindworth, Amber L, P.A.-C. at 1/27/2021 10:30 AM**

Author: Klindworth, Amber L, P.A.-C. Service: WHC Women's Health Care Author Type: Physician Assistant
Filed: 1/27/2021 2:20 PM Encounter Date: 1/27/2021 Status: Signed
Editor: Klindworth, Amber L, P.A.-C. (Physician Assistant)

SUBJECTIVE

**Chief Complain/Reason for Visit**
Follow-up

Ms. Fox is a 54 y.o. female who presents via video visit for follow up. She was last seen on 10/26/2020.

Briefly, she is a G0P0, LMP in 2018 naturally. She became sick in 2019 and was placed on disability. Around this time she was started on hormone therapy with an estradiol patch and pill. She stopped this and then was started on oral DHEA. She described a more "cold" sensation This was worsened with hot beverages and wine.

She has a history of burning on the vulva. She feels this worsens with bowel movements. It is exacerbated by sexual activity. She also described a UTI sensation. She has a history of Candida glabrata and has been treated with boric acid.

It was recommended to start hormone therapy 0.05 mg semi-weekly estradiol patch and 100 mg micronized progesterone nightly. Her exam revealed GSM and she was instructed to start vaginal estradiol cream 0.01%. She had pelvic floor tension and was instructed to pursue pelvic floor physical therapy locally.

Today. She notes she had a big change to her health. Shortly after her visit here at Mayo she had an emergency surgery for a cecal volvulus. She also has continued to struggle with candid glabrata. She notes she is not having discharge or itching but continues to have the vulvar burning sensation. She has continued with the vaginal estradiol cream but has been using the applicator to apply. She is not sure if this has been helpful. Due to her surgery she has not been able to pursue pelvic floor physical therapy.

She feels her cold sensations have improved. She notes she was previously at a 7/10 and now is more at a 4/10. Her local OBGYN checked an estradiol level and estradiol was 19 pg/mL. It has been recommended to increase this to a 0.075 mg estradiol patch.

She is also planning on going to pelvic floor physical therapy for urinary incontinence.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 1/27/2021

**01/27/2021 - Telemedicine in Menopause and Women's Sexual Health Clinic in Rochester, Minnesota (continued)**

Progress Notes (continued)

**ROS:**
Review of systems negative except as noted in the HPI.

**Medications, allergies, past medical history, social history, and family history have been reviewed and updated.**

OBJECTIVE

**General:** Healthy well-appearing, in no acute distress.

ASSESSMENT / PLAN
**#1 Menopause**
**#2 Symptoms Vasomotor**
**#3 Pain Vulva**

We discussed that the goal of the hormone therapy was to help with her cold sensations and would aim for a 80-90% reduction. Given her hormone level it does not appear that she is fully absorbing the medication from the patch. I agree that increasing her patch to a 0.075 mg estradiol patch would be reasonable. She will follow with her local provider for this change.

We discussed that her burning sensation may not be due to the candida glabrata. However, I advised she finish her current boric acid regimen. I recommended using the vaginal estradiol cream twice weekly but applying with her finger. If the burning sensation persist would start a compounded gabapentin cream applying 1-2 daily. This would need to be mailed to her.

I recommended she pursue pelvic floor physical therapy. We discussed the focus needs to be on relaxation of her pelvic floor muscles prior to working on strengthening of the muscles. She was informed this may worsen her stress urinary incontinence at first.

No follow up was placed at this time. She will let me know if the vulvar burning sensation continues. If a compounded cream is started will follow up 3 months after.

PATIENT EDUCATION
Ready to learn, no apparent learning barriers were identified; learning preferences include listening. Explained diagnosis and treatment plan; patient expressed understanding of the content.

Total visit time greater than 15 minutes, with over 100% spent counseling with the patient and coordination of care activities described above.

Consult conducted via real-time audio/video technology by Amber Klindworth, P.A.-C. in Mayo Clinic Rochester to the patient in their home.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 1/27/2021

**01/27/2021 - Telemedicine in Menopause and Women's Sexual Health Clinic in Rochester, Minnesota (continued)**

**Progress Notes (continued)**

Electronically Signed by Klindworth, Amber L, P.A.-C. on 1/27/2021 2:20 PM

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 7/28/2021, D/C: 7/28/2021

## 07/28/2021 - Fluoroscopic Colon Imaging Exam in Department of Radiology in Rochester, Minnesota (continued)

**Case 1508635124**

### Surgery Information

#### General Information

| | | |
|---|---|---|
| Date: 7/28/2021 | Time: | Status: Posted |
| Location: RST RAD ROMA 03 E | Room: | Service: |
| Patient class: | Case classification: | |

#### Diagnosis Information

No post-op diagnosis codes associated with the log.

#### Log Completed By

| | | |
|---|---|---|
| **Lindsey, Mishawna N, R.T.(R)** | 7/28/2021 | 1040 |

### Clinical Documentation

#### Case Tracking Events

| Event | Time In |
|---|---|
| **In Facility** | 1013 |

#### Event Tracking

No event timings documented

#### Patient Preparation

None

#### Counts by Panel

**Panel 1**

| Type | Which? | Correct ? | X-Ray? | MD Notified? | Counted By | Verified By |
|---|---|---|---|---|---|---|
| **Sponge** | Initial | | | | | |
| **Needles/Sharps** | Initial | | | | | |
| **Instruments** | Initial | | | | | |
| **Sponge** | Closing | | | | | |
| **Needles/Sharps** | Closing | | | | | |
| **Instruments** | Closing | | | | | |
| **Sponge** | Final | | | | | |
| **Needles/Sharps** | Final | | | | | |
| **Instruments** | Final | | | | | |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 7/28/2021, D/C: 7/28/2021

## 07/28/2021 - Fluoroscopic Colon Imaging Exam in Department of Radiology in Rochester, Minnesota (continued)

### Imaging

#### Imaging

**FL Colon Single Contrast [2222789639523] (Final result)**

**FL Colon Single Contrast [2222789639523]** Resulted: 07/28/21 1134, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 07/28/21 1013
Resulted by:
Breiland, Madison, M.D.
Venkatesh, Sudhakar K, M.D.
Performed: 07/28/21 1019 - 07/28/21 1059
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: FL COLON SINGLE CONTRAST

Order status: Completed
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 07/28/21 1137

Accession number: 18142545

COMPARISON: MR abdomen and pelvis enterography with and without 03/17/2020

FINDINGS: Patient is status post segmental colectomy secondary to cecal volvulus in November 2020.

Water-soluble contrast enema was performed via the rectum. No evidence of obstruction or leak. After the patient emptied via rectum, there was residual water-soluble contrast in the colon.
Small diverticula in the sigmoid colon.

Impression:
Water-soluble contrast enema performed via the rectum. No evidence of obstruction or leak.
Acknowledged by: Fox, Jean C, M.D. on 07/29/21 1502

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Signed**

Electronically signed by Venkatesh, Sudhakar K, M.D. on 7/28/21 at 1134 CDT

**All Reviewers List**

Fox, Jean C, M.D. on 7/29/2021 15:02

### Medication Administrations

**iohexoL 300 mg iodine/mL solution (OMNIPAQUE) [2222789639524]**

Ordering Provider: Venkatesh, Sudhakar K, M.D.
Ordered On: 07/28/21 1040

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 7/28/2021, D/C: 7/28/2021

## 07/28/2021 - Fluoroscopic Colon Imaging Exam in Department of Radiology in Rochester, Minnesota (continued)

**Medication Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 07/28/21 1040<br>Documented: 07/28/21 1040 | Given | 300 mL | — | Performed by: Venkatesh, Sudhakar K, M.D.<br>Documented by: Lindsey, Mishawna N, R.T.(R) |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Adm: 4/27/2021, D/C: 4/27/2021

## 04/27/2021 - Mail order Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

**Labs (continued)**

### Bile Acids, Bowel Dysfunction, 48 Hour, Feces [2222789639503] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H527000046:4 | Stool | Stool | 05/14/21 0800 |

**Bile Acids, Bowel Dysfunction, 48 Hour, Feces [2222789639503]** Resulted: 05/27/21 1313, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 04/27/21 0704
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 05/27/21 1314
Collected by: 05/14/21 0800
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Fox, Jean C, M.D. on 05/27/21 1345

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Bile Acids, % CDCA + CA | 1.1 | <=9.7 % total | — | MCR |
| Total Bile Acids | 778 | <=2619 mcmol/48h | — | MCR |
| Stool Weight | 899 | g | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

Additional Resulting Lab Information
Mailed In Specimen

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Diarrhea [R19.7 (ICD-10-CM)]

**All Reviewers List**

Fox, Jean C, M.D. on 5/27/2021 13:45

### Calprotectin, Feces [2222789639501] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 4/27/2021, D/C: 4/27/2021

## 04/27/2021 - Mail order Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

### Labs (continued)

| | | | |
|---|---|---|---|
| H527000046:3 | Stool | Stool | 05/09/21 0830 |

**Calprotectin, Feces [2222789639501]** Resulted: 05/12/21 1636, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 04/27/21 0704
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 05/12/21 1636
Collected by: 05/09/21 0830
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Fox, Jean C, M.D. on 05/18/21 1133

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Calprotectin, F | <15.6 | <=50.0 (Normal) mcg/g | — | SDSC |

Additional Resulting Lab Information
Mailed In Specimen

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - 10/04/21 1524 |

**Indications**

Diarrhea [R19.7 (ICD-10-CM)]

**All Reviewers List**

Fox, Jean C, M.D. on 5/18/2021 11:33

### Microbiology

**Clostridioides (Clostridium) difficile Toxin, Molecular Detection, PCR, Feces [2222714212323] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H527000046:2 | Stool | Stool | 05/11/21 1502 |

**Clostridioides (Clostridium) difficile Toxin, Molecular Detection, PCR, Feces [2222714212323]** Resulted: 05/12/21 0113, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 04/27/21 0704
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 05/12/21 0114
Collected by: 05/11/21 1502
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Fox, Jean C, M.D. on 05/18/21 1133

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 4/27/2021, D/C: 4/27/2021

**04/27/2021 - Mail order Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)**

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| Specimen Source | STOOL | — | — | MCR |
| Result | Negative | Not Applicable | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

Additional Resulting Lab Information
Mailed In Specimen

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Diarrhea [R19.7 (ICD-10-CM)]

**All Reviewers List**

Fox, Jean C, M.D. on 5/18/2021 11:33

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

00000063 LFPL3HD1 00000688

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative Keeta Fox Date: 4/11/2021

Date of Birth: ______ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

00000063 LFPL3HD1 00000693 E

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative Keeta Fox Date: 4/11/21

Date of Birth: ______ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original**



RPID: 8701758

Lincoln Financial Group

Lincoln Financial Group

# Restrictions Form

Return To: ______________________________

| Employee /Claimant Name | Date of Birth | Claim Number |
|---|---|---|
| | | |

To be completed by physician:

1. DATE FIRST TREATED – __________ __________________
   DATE LAST TREATED – __________ __________________
   NEXT OFFICE VISIT – __________ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) ***AND*** frequency ***(SEE KEY).***
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ______________ TO ______________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM____________TO____________.

| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

RPID: 8701758

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 8701758

Request Corr.

Mayo Clinic
200 First Street SW
Rochester, MN 55905

December 09, 2021

RELEASE POINT
Po Box 1390
St Peters, MO 63376

RE: Request for Records of: Mrs. Keeta Fox
Date of Birth:
Date request received: 12/7/2021
Release ID: 158105667

Dear RELEASE POINT,

In response to your recent request for medical records, enclosed is a copy of the requested information regarding care and treatment from Mayo Clinic. You may see duplication of immunizations and other notes and results due to the integration of historical records into the single Mayo Clinic electronic health record.

At the time of release creation, some documents may not have been finalized and could be subject to change. These copies are the most current version of the medical record as of the date and time printed.

Should you have any questions, you may contact us at 507-284-4594, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2).
The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2.
A general authorization for the release of medical or other information in NOT sufficient for this purpose.
The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Request Corr.

MAYO CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

**Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.**

Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately in the record packet. The missing page numbers/sequencing format does not indicate the record is incomplete. The attached is a complete copy of records per your request that were available at the time the request was processed.

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

# Quality Assurance Report

## Request Information

Report Date: December 10, 2021

**RP ID:** 8701758

Patient Name: FOX, KEETA

Provider Name: MAYO CLINIC

## Quality Assurance Information

Scope Requested: **From January 1, 2021 to Present**

Special Request:

RF and medical records -seen by: Dr. Wolfgang Singer
and mayo clinic

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

NORTON HEALTHCARE 8701756

AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION

I HEREBY REQUEST A COPY OF THE FOLLOWING PATIENT'S MEDICAL RECORD:

1. **Full Name of Patient:** FOX, KEETA **Social Security#** ____________

2. **Maiden Name/Alias:** ____________ **Patient's Birth Date:** ____________

3. **INFORMATION REQUESTED (X):** (☒) Medical Record (☒) Psychiatric Records ( ) Itemized Bills

******If only a portion of the Medical record or Psychiatric record is required please specify *******

4. ( ) Discharge Summary ( ) Emergency Room ( ) Laboratory Results
( ) History & Physical ( ) X-Ray Report ( ) Immunization Records
( ) Orders ( ) Operative Reports ( ) Progress Notes
(☒) HIV Test/Status ( ) Nurses Notes
(☒) Other (Specify)* all PHI, excluding x-ray films

5. **IDENTIFY THE FACILITY WHERE THE PATIENT WAS TREATED (X):** **PT must complete this section**

(☐) Norton Healthcare - specify Hospital: ____________

(☐) Norton Cancer Institute, specify location: ____________

(☐) Norton Community Medical Associates, specify location: ____________

(☐) Kosair Children Hospital Medical Associates, specify location: ____________

(☐) Norton Immediate Care Center, specify location ____________

(☐) Other, specify location: ____________

6. **Identify date of service or date ranges requested including month and year:** FROM: 01/09/2021
TO: Present

7. **The above record is to be released/mailed to the following individual:**

8. Name & Title: Lincoln Financial Group (c/o ReleasePoint)

Street Address: PO Box 1390

City/State/Zip: St. Peters MO 63376 Phone Number: ____________

9. **THIS RECORD IS REQUESTED FOR THE FOLLOWING REASON (X):**
( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes
( ) Personal Interest (☒) Other (Specify) Claims - Disability Insurance

10. The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent will expire 60 days after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event One year. Such expiration date or event has not occurred.

REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.

11. ( ) Kentucky Law directs health care providers to furnish to a patient, At the patient's request, one free copy of the patient's Medical Record. * ( ) Additional requests for copies will be charged a rate of $1.00 per page.

* Free copies may exclude copies of x-ray films, video tapes or color photographs and a separate fee will be assessed if these items are requested.

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

NOTE: A COPY OF A PICTURE ID MUST BE ATTACHED TO THIS AUTHORIZATION FORM. If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may inspect or copy any information used/disclosed under this authorization.

12. **Signature** ____________ **Date** ____________
Patient, Parent or Legally Authorized Representative

**Relationship to the Patient:** ____________ Phone Number ____________

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentially is protected by federal and/or state law. Federal and state regulations prohibits you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

8701756

## Legally Authorized Representative Questionnaire

**Note: To be completed only if requesting the records of a minor or another adult for whom you are the legal representative.**

**Request for Copies of Medical Record of Minor Patient:**
Authorization for the release of medical records may be provided by the custodial parent or legal guardian of the minor patient. Please check the box that designates your authority to sign for the release of the requested medical records:

- ☐ I share joint legal custody of the child for which I am requesting records. Must provide custody papers.
- ☐ I have sole custody of the child for which I am requesting records.
- ☐ I am the Legal Guardian for the child to which I am requesting records. The Legal Guardian must present an order of appointment, signed by a judge, granting him/her guardianship of the minor
- ☐ Married, custody not applicable.

**Request for Copies of Medical Record of Adult Patient:**
If you are requesting the medical record of an adult patient, other than yourself one of the following relationships must apply. Please check the box designating your rights to authorize release of the requested medical records.

- ☐ Power of Attorney (POA): Must complete and sign the medical record request form and provide a copy of the POA document.
- ☐ Legal Guardian: Must complete and sign the medical record request form and present an order of appointment, signed by a judge granting him/her guardianship of the patient
- ☐ Executor/Administrator of the adult deceased patient's estate. Must complete and sign the medical record request form and provide a copy of the qualification or order of appointment, signed by a judge as the executor or administrator over the estate.
- ☐ Personal Representative must complete and sign the medical record request and present an order of appointment, signed by a judge granting him/her as the Personal Representative for the deceased patient.

| | |
|---|---|
| ______________________ Signature of Parent or Legal Representative | ____________ Date |
| ______________________ Name of Parent or Legal Representative (please print) | ____________ Phone Number |

**From:**Buss, Heather
**Sent:**Wed, 8 Dec 2021 20:51:21 +0000
**To:**TCMSFaxes
**Subject:**FW: HIPAA eSign Required: Claim:10310112 - FOX, KEETA - CaseMgr:
**Attachments:**autho32422451.pdf
**Importance:**High

**From:** status@releasepoint.com <status@releasepoint.com>
**Sent:** Wednesday, December 8, 2021 3:19:40 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** HIPAA eSign Required: Claim:10310112 - FOX, KEETA - CaseMgr:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**Date: 12/08/2021**

**Reference ID: 8701756**

**Medical Facility/Provider: NORTON HEALTHCARE**

Please be advised that we have been informed that your medical provider is requesting a signed HIPAA compliant authorization to be signed before records will be released. Please use the included link to have the claimant sign the attached HIPAA authorization form. Retrieval activities will resume upon receipt of the authorization requested.

Please be advised, this facility require the patient to fill out their own authorization as they reject Lincoln Financial release form. Please have the patient completely fill out and sign the facility specific authorization we attached so we may proceed. Thank You, Carl

You can complete this request in one of FOUR ways:

1. Sign authorization electronically. Electronic signatures are processed immediately through the secure signing environment of DocuSign. To sign electronically, click the following link:

https://esign.releasepoint.com/?fseq=00062319DB5AEBB81AE94D2F9BF7A76C0200000072AB3A7072B024B0A87D9443D7346787BF50574988FE3DCF36477B234275E1B3934D3AF69D242B86DF1053259AB37B91

2. Print, sign and scan the authorization. You can email a PDF of the signed authorization to our vendor, ReleasePoint, at authos@releasepoint.com - please be sure to put your Reference ID (listed above) in the subject line of the email.

3. Print, sign and FAX the authorization to us at (888) 491-7191.

4. Mail a copy of the authorization to:

ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Please return this signed authorization at your earliest convenience to avoid delays in the processing of your recent insurance application.

Your Lincoln Financial Group Information Retrieval Team

BAPTIST HEALTH®

8701756

BAPTIST HEALTH
RELEASE OF INFORMATION
AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION

**Authorization to Release Protected Health Information**

Patient Information:(Please Print)

Name:_FOX, KEETA________________________________Med Rec# or Last Four of Social:__________________________

Street Address or PO Box:________________________________________________________________

City, State, Zip:____________________________________________________________________________

Phone#:_______________________ Date of Birth:__________________ E-Mail:_______________________________________

I, the undersigned hereby authorize and direct:
( ) Baptist Health Corbin ( ) Baptist Health LaGrange ( ) Baptist Health Lexington ( ) Baptist Health Louisville
( ) Baptist Health Madisonville ( ) Baptist Health Paducah ( ) Baptist Health Richmond ( ) Baptist Health Floyd
☒ BHMG Office Practice name and address:_BAPTIST HEALTH 2600 STANLEY GAULT PKWY STE 101 LOUISVILLE KY 40223______

And its entities, authorized agents and employees to disclose and deliver a copy of the protected health information described below in accordance with this authorization.

This information may be disclosed to and used by the following individual, organization or agency:_Lincoln Financial Group (c/o ReleasePoint) c/o ReleasePoint
The purpose of this release is: ( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes ( ) Personal Interest
☒ Other
(Specify):_Claims - Disability Insurance________________________________________________

Dates to be released: From___________01/09/2021_______ To Present

The information to be disclosed will include: (check all that apply)
____ Entire Medical Record ____ Pathology ____ Cardiac Cath Report ____ Basic Medical Record
____ Radiology ____ Discharge Summary ____ Emergency Room Record ____ History and Physical

BAPTIST HEALTH® 8701756

____ Lab ____ Face Sheet ____ Operative Report ____ Electronic Format
_☒_ Other (Specify): all PHI, excluding x-ray films

I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for drug and alcohol abuse.

Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected. However, the recipient may be prohibited from disclosing any substance abuse information under the federal confidentiality requirements for alcohol and drug abuse patient records and the Public Health Service Act. Such information may not be used to criminally investigate or prosecute any alcohol or drug patient. Further, state law prohibits a recipient from making any further disclosure of test results relating to HIV or AIDS without specific written consent of the person to whom such information pertains. A general authorization for the release of medical or other information is NOT sufficient for such purpose.

This authorization will expire upon the occurrence of the following event or condition: One year. If no event or condition is listed, it will expire in 60 days. I understand that I have the right to revoke this Authorization at any time, and in order to do so, I must present a written revocation to the Hospital's Health Information Management Department. I understand that the revocation will not apply to information that already has been released in response to or in reliance upon this Authorization. I understand that I need not sign this Authorization in order to ensure health care treatment, payment, enrollment in my health plan, or eligibility for benefits. I understand that I will be given a copy of this Authorization form, after signing it.

______ By initialing here, I acknowledge this to be my one and only free copy of my medical record, duplicate pages will be charged $1.00 per page.

______ By initialing here, if e-mail address above is provided, records will be sent via secure e-mail. If no e-mail is provided, records will be placed on encrypted CD and mailed to address disclosed above.

______________________________________________

______________________________

Signature of Patient/Authorized Representative (include relationship or nature of authority) Date

[ ] Faxed to: ________________________ [ ] Given to: ________________________ [ ] Mailed to: ________________________

Mail completed request or fax to:
2600 Stanley Gault Parkway Suite 101 Louisville, KY. 40223 (Fax) 502.253.4829
Fax Transmission/Information Sheet

**From:**Buss, Heather
**Sent:**Tue, 7 Dec 2021 22:13:12 +0000
**To:**TCMSFaxes
**Subject:**FW: HIPAA eSign Required: Claim:10310112 - FOX, KEETA - CaseMgr:
**Attachments:**autho32405326.pdf
**Importance:**High

**From:** status@releasepoint.com <status@releasepoint.com>
**Sent:** Tuesday, December 7, 2021 5:11:44 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** HIPAA eSign Required: Claim:10310112 - FOX, KEETA - CaseMgr:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**Date: 12/07/2021**

**Reference ID: 8701750**

**Medical Facility/Provider: BAPTIST HEALTH**

Please be advised that we have been informed that your medical provider is requesting a signed HIPAA compliant authorization to be signed before records will be released. Please use the included link to have the claimant sign the attached HIPAA authorization form. Retrieval activities will resume upon receipt of the authorization requested.

Please be advised, this facility require the patient to fill out their own authorization as they reject Lincoln Financial release form. Please have the patient completely fill out and sign the facility specific authorization we attached so we may proceed. Thank You, Carl

You can complete this request in one of FOUR ways:

1. Sign authorization electronically. Electronic signatures are processed immediately through the secure signing environment of DocuSign. To sign electronically, click the following link:

https://esign.releasepoint.com/?fseq=00062319DB5AEBB81AE94D2F9BF7A76C0200000033EC9DC83F0A4DF82018638D9E46958404D367B424828EFE5CDF4940694AF969660EB149DB93BFD2413E267B7FEC98CE

2. Print, sign and scan the authorization. You can email a PDF of the signed authorization to our vendor, ReleasePoint, at authos@releasepoint.com - please be sure to put your Reference ID (listed above) in the subject line of the email.

3. Print, sign and FAX the authorization to us at (888) 491-7191.

4. Mail a copy of the authorization to:

ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Please return this signed authorization at your earliest convenience to avoid delays in the processing of your recent insurance application.

Your Lincoln Financial Group Information Retrieval Team

NORTON HEALTHCARE 8701756

AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION

I HEREBY REQUEST A COPY OF THE FOLLOWING PATIENT'S MEDICAL RECORD:

1. **Full Name of Patient:** FOX, KEETA **Social Security#** ____________

2. **Maiden Name/Alias:** ____________ **Patient's Birth Date:** ____________

3. **INFORMATION REQUESTED (X):** (☒) Medical Record (☒) Psychiatric Records ( ) Itemized Bills

******If only a portion of the Medical record or Psychiatric record is required please specify *******

4. ( ) Discharge Summary ( ) Emergency Room ( ) Laboratory Results
( ) History & Physical ( ) X-Ray Report ( ) Immunization Records
( ) Orders ( ) Operative Reports ( ) Progress Notes
(☒) HIV Test/Status ( ) Nurses Notes
(☒) Other (Specify)* all PHI, excluding x-ray films

5. **IDENTIFY THE FACILITY WHERE THE PATIENT WAS TREATED (X):** **PT must complete this section**

(☐) Norton Healthcare - specify Hospital: ____________

(☐) Norton Cancer Institute, specify location: ____________

(☐) Norton Community Medical Associates, specify location: ____________

(☐) Kosair Children Hospital Medical Associates, specify location: ____________

(☐) Norton Immediate Care Center, specify location ____________

(☐) Other, specify location: ____________

6. **Identify date of service or date ranges requested including month and year:** FROM: 01/09/2021 TO: Present

7. **The above record is to be released/mailed to the following individual:**

8. Name & Title: Lincoln Financial Group (c/o ReleasePoint)

Street Address: PO Box 1390

City/State/Zip: St. Peters MO 63376 Phone Number: ____________

9. **THIS RECORD IS REQUESTED FOR THE FOLLOWING REASON (X):**
( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes
( ) Personal Interest (☒) Other (Specify) Claims - Disability Insurance

10. The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent **will expire 60 days** after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event One year . Such expiration date or event has not occurred.

REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.

11. ( ) Kentucky Law directs health care providers to furnish to a patient, At the patient's request, one free copy of the patient's Medical Record. * ( ) Additional requests for copies will be charged a rate of $1.00 per page.

* Free copies may exclude copies of x-ray films, video tapes or color photographs and a separate fee will be assessed if these items are requested.

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

NOTE: A COPY OF A PICTURE ID MUST BE ATTACHED TO THIS AUTHORIZATION FORM. If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may inspect or copy any information used/disclosed under this authorization.

12. **Signature** ____________ **Date** ____________
Patient, Parent or Legally Authorized Representative

**Relationship to the Patient:** ____________ Phone Number ____________

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentially is protected by federal and/or state law. Federal and state regulations prohibits you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

8701756

**Legally Authorized Representative**
**Questionnaire**

**Note: To be completed only if requesting the records of a minor or another adult for whom you are the legal representative.**

**Request for Copies of Medical Record of Minor Patient:**
Authorization for the release of medical records may be provided by the custodial parent or legal guardian of the minor patient. Please check the box that designates your authority to sign for the release of the requested medical records:

- ☐ I share joint legal custody of the child for which I am requesting records. Must provide custody papers.
- ☐ I have sole custody of the child for which I am requesting records.
- ☐ I am the Legal Guardian for the child to which I am requesting records. The Legal Guardian must present an order of appointment, signed by a judge, granting him/her guardianship of the minor
- ☐ Married, custody not applicable.

**Request for Copies of Medical Record of Adult Patient:**
If you are requesting the medical record of an adult patient, other than yourself one of the following relationships must apply. Please check the box designating your rights to authorize release of the requested medical records.

- ☐ Power of Attorney (POA): Must complete and sign the medical record request form and provide a copy of the POA document.
- ☐ Legal Guardian: Must complete and sign the medical record request form and present an order of appointment, signed by a judge granting him/her guardianship of the patient
- ☐ Executor/Administrator of the adult deceased patient's estate. Must complete and sign the medical record request form and provide a copy of the qualification or order of appointment, signed by a judge as the executor or administrator over the estate.
- ☐ Personal Representative must complete and sign the medical record request and present an order of appointment, signed by a judge granting him/her as the Personal Representative for the deceased patient.

| | |
|---|---|
| Signature of Parent or Legal Representative | Date |
| Name of Parent or Legal Representative (please print) | Phone Number |

**From:** Buss, Heather
**Sent:** Tue, 7 Dec 2021 22:13:12 +0000
**To:** TCMSFaxes
**Subject:** FW: HIPAA eSign Required: Claim:10310112 - FOX, KEETA - CaseMgr:
**Attachments:** autho32405348.pdf
**Importance:** High

**From:** status@releasepoint.com <status@releasepoint.com>
**Sent:** Tuesday, December 7, 2021 5:11:44 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Buss, Heather <Heather.Buss@lfg.com>
**Subject:** HIPAA eSign Required: Claim:10310112 - FOX, KEETA - CaseMgr:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**Date: 12/07/2021**

**Reference ID: 8701749**

**Medical Facility/Provider: NORTON HEALTHCARE**

Please be advised that we have been informed that your medical provider is requesting a signed HIPAA compliant authorization to be signed before records will be released. Please use the included link to have the claimant sign the attached HIPAA authorization form. Retrieval activities will resume upon receipt of the authorization requested.

Please be advised, this facility require the patient to fill out their own authorization as they reject Lincoln Financial release form. Please have the patient completely fill out and sign the facility specific authorization we attached so we may proceed. Thank You, Carl

You can complete this request in one of FOUR ways:

1. Sign authorization electronically. Electronic signatures are processed immediately through the secure signing environment of DocuSign. To sign electronically, click the following link:

https://esign.releasepoint.com/?fseq=00062319DB5AEBB81AE94D2F9BF7A76C02000000E366FFBAAE828FEDE57E1B46B3EB29C3182426B6B03920B1D81696A5E7AA0A3BC8437890A516C1FEA18730E3741F3E46

2. Print, sign and scan the authorization. You can email a PDF of the signed authorization to our vendor, ReleasePoint, at authos@releasepoint.com - please be sure to put your Reference ID (listed above) in the subject line of the email.

3. Print, sign and FAX the authorization to us at (888) 491-7191.

4. Mail a copy of the authorization to:

ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Please return this signed authorization at your earliest convenience to avoid delays in the processing of your recent insurance application.

Your Lincoln Financial Group Information Retrieval Team

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

December 8, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On December 7, 2021, we requested updated medical records from all your current treating providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 30, 2020 through present from Dr. Potts, April 20, 2021 to present from Dr. Blackburn, March 9, 2021 to present from Dr. Burns, December 15, 2020 to present from Dr. Huelsman, January 9, 2021 to present form Dr. Pilkington, March 11, 2021 to present from Dr. Stern, January 28, 2021 to present from Mayo Clinic, January 1, 2021 to present Dr. Singer, October 1, 2020 to present from Dr. Brown , October 1, 2020 to present from Dr. Kempf, October 1, 2020 to present from Dr. Villanueva, November 1, 2020 to present from Dr. George

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on August 4, 2020, the change in definition will occur on August 4, 2022. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by January 4, 2022:

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
__ Other

Papa John's International, Inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 20, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 19, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 19, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

**Return To:** Heather Buss



EMPLOYEE/CLAIMANT NAME: Keeta Fox

CLAIM NO: 10310112 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Papa John's International, Inc

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE
page 2 of 3

How often do you get outdoors? ______

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ______

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ______

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ______

**Lincoln/Fox 1458**

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________
____________________
____________________
____________________
____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________
____________________
____________________
____________________
____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ____________________ Date: ____________________

Signature: ____________________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: ________________ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

**Return To:** Heather Buss

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________________ **DATE:** ____________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

**Return to:** Heather Buss

**EMPLOYEE/CLAIMANT NAME:** Keeta Fox **CLAIM #:** 10310112
**EMPLOYER:** Papa John's International, Inc **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________

**DATE:** ________ **EMPLOYEE'S SIGNATURE:** ________

DP 409

**From:**Doherty Cella Keane & Associates LLP <ssdilaw@dcklaw.com>
**Sent:**Fri, 25 Jun 2021 13:35:09 +0000
**To:**Buss, Heather
**Subject:**RE: Claim 10310112, Keeta Fox - Status Update

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

The initial claim was filed on 3/13/21. That claim is currently pending. Thanks.

**Melanie Lovell**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com
****************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
****************************************************************************

---

**From:** Buss, Heather <Heather.Buss@lfg.com>
**Sent:** Thursday, June 24, 2021 5:05 PM
**To:** Doherty Cella Keane & Associates LLP <ssdilaw@dcklaw.com>
**Subject:** Claim 10310112, Keeta Fox - Status Update

Hello,

Please provide an update regarding Ms. Fox's application.

Thank you,



Heather Buss
LTD Technical Specialist II
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

800.291.0112 Office
Extension 13968

LincolnFinancial.com

Follow us on:




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

COVENTBRIDGE GROUP
THINK TRUTH

**CONFIDENTIAL INVESTIGATIVE REPORT**
**06/04/2021**

| | | |
|---|---|---|
| **Attn: Heather Buss**<br>**Lincoln Financial Group: Group Protection**<br>**100 Liberty Way**<br>**Dover, NH 03820** | YOUR FILE NO. | 10310112 |
| | OTHER FILE NO. | Loto, F |
| | OUR FILE NO. | 202106-591.1 |
| | INSURED/EMPLOYER | Papa John's International, Inc. |
| | ASSIGNMENT OPEN | 06/03/2021 |
| TYPE OF CLAIM | Disability | |
| REPORTED INJURY | Not reported. | |
| DATE OF LOSS | 02/04/2020 | |
| INVESTIGATOR | Emma Taylor | |
| DATES OF INVESTIGATION | 06/04/2021 | |

| CLAIMANT | |
|---|---|
| NAME: | **Keeta Fox** |
| ADDRESS: | |
| DOB: | |

**PHOTO IDENTIFICATION**



## SUMMARY

A search was completed using but not limited to database sources Google, Bing, Facebook, Pinterest, Instagram, LinkedIn, Myspace, Twitter, Google, and YouTube. **Matches were located on the following sites:**

**LinkedIn**

A LinkedIn profile associated with the claimant was located based on a name, location, and occupation match. According to the claimant's profile, the claimant was formally employed as a Senior VP Finance and Corporate Controller at Papa John's Intl. This employment is listed as having ended in January 2021.

A CPA License was located for the client through CPAdirectory.com.

A photo of the claimant pictured for a drive for Volunteers of America was located through the Papa John's Louisville Facebook page.

A photo of the claimant was located through a news article at voice-tribune.com. This article pictures employees of Papa John's corporate office in Louisville, KY. Through our searches, information pertaining to the claim was not located.

Search criteria included variations of names, places of residence, telephone numbers and other information.

## ANALYSIS

**MAPPING**

- A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's residence

**DIRECTORY ASSISTANCE**

-
- Directory assistance lists the provided phone number for the claimant as a mobile number in Sadieville, KY.

**SOCIAL NETWORKING**

- Positive matches were located on the claimant through LinkedIn.

## SOURCES

### Mapping

A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's listed address of




### Directory Assistance

An online directory assistance search revealed the claimant's phone number of as a mobile number in




## Social Networking

### Facebook
No profiles associated with the claimant were located.

### Twitter
No profiles associated with the claimant were located.

### LinkedIn
A profile associated with the claimant was located based on a name, location, and occupation match. According to the claimant's profile, the claimant was formally employed as a Senior VP Finance and Corporate Controller at Papa John's Intl. This employment is listed as having ended in January 2021.

https://www.linkedin.com/in/keetafox/

Keeta Fox
SVP & Corporate Controller, Papa John's Intl
Louisville, Kentucky, United States · Contact info
263 connections
Connect Message More

Papa John's International
Bellarmine University

Experience

**Sr. VP Finance, Corporate Controller**
Papa John's International
May 2014 – Jan 2021 · 6 yrs 9 mos
Responsible for global financial reporting, tax and accounting functions. Managed external audit and worked closely with Audit Committee. Team included over 50 team members.

**Papa John's International**
21 yrs

**VP Finance**
2005 – 2014 · 9 yrs
Leader of numerous functions including planning and analysis, budgeting and forecasting.

**Manager to Senior Director Finance positions**
1993 – Dec 2004 · 11 yrs

**Audit Senior**
Ernst & Young
1988 – 1993 · 5 yrs

**YouTube**
No profiles associated with the claimant were located.

**Instagram**

No profiles associated with the claimant were located.

**Pinterest**
No profiles associated with the claimant were located.

**Flickr**
No profiles associated with the claimant were located.

**Tumblr**
No profiles associated with the claimant were located.

**Myspace**
No profiles associated with the claimant were located.

***(Other Online Sources)***

A photo of the claimant pictured for a drive for Volunteers of America was located through the Papa John's Louisville Facebook page at https://www.facebook.com/PapaJohnsLouisville/posts/were-happy-to-be-a-part-of-this-drives-organized-by-volunteers-of-america-visit-/505253782968594/.



**Papa John's Louisville**
December 16, 2015 ·

We're happy to be a part of this drives organized by Volunteers of America. Visit any Papa John's in the Louisville area and donate new winter accessories. When you visit, share your selfie using the hashtag #GiveVOA.




**Volunteers of America Mid-States**
December 16, 2015 ·

Thank you to the Papa John's Louisville team for partnering with us to bring hope this holiday season to the families we serve! #GiveVOA

(Pictured: Lee O'Riley, Papa John's Hurstbourne General Manager; Keeta Fox, Papa John's Senior Vice President and Corporate Controller and Volunteers of America board member; Lynn McQuillen, Papa John's Vice President of Operations; and Hillary Chinn, Papa John's Community Project Specialist donating warm winter accessories at a Papa John's Louisville store)

Name: Keeta Fox
Claim Number: 10310112

Page: 8

A CPA License was located for the claimant through https://cpadirectory.com/certified-public-accountants/kentucky/louisville-ky/keeta-.fox/824532



CPAdirectory

Accountants Start Here

FIND AN ACCOUNTANT ASK A CPA NEWS RESOURCES CPA UNIVERSITY

**Keeta R. Fox**

Accountant in Louisville, KY

0 Reviews

**Services Offered:** General Accounting Services

Write a Review | Is this Your Listing? Claim it Now!

Request a Free Consultation

Overview | Details | Reviews

**About Keeta R. Fox**

Keeta Fox is a certified public accountant located in Louisville, Kentucky. Keeta Fox is a CPAdirectory verified CPA, licensed to practice in the state of Kentucky. The requirements for licensure in Kentucky ensure that Keeta Fox maintains the highest standard of knowledge and ethics when operating as an accountant. CPAs may practice as a public accountant, work in private industry, education or government, and are often considered experts in tax preparation. Their overall educational requirements and training in business and knowledge in principles of general law and taxation provide CPAs with the skills to help individuals with both personal and business financial decisions.

Keeta Fox is licensed to practice as an accountant in Kentucky under the license number **4951**.

View on Maps

ACCEPT CLIENT PAYMENTS ONLINE
Transparent Pricing.
No Contracts.

**Accountant Details**

**Education and Degrees**

No education details are currently available for this accountant.

Name: Keeta Fox
Claim Number: 10310112



## **News Articles**

A photo of the claimant was located through a news article at https://voice-tribune.com/x-unused/weekly/dress-for-success-louisville-suit-and-salad-luncheon/. This article pictures employees of Papa John's corporate office in Louisville, KY.

# Dress For Success Louisville Suit And Salad Luncheon

November 8, 2012

Share Tweet

**Dress for Success Louisville hosted the 12th annual Suit and Salad Luncheon on Nov. 1 at the Galt House Hotel and Suites.**

John Schnatter, CEO of Papa Johnâ€™s Inc., made a special guest appearance at the luncheon themed â€œWalk a Mile in Her Shoes.â€ The event also featured a silent auction, food, community awards, music by Carol Kirby Green and a multimedia fashion show.

*Photos by BILL WINE | Contributing Photographer*

Click here to purchase photos.




**Email**
KEETA_FOX@PAPAJOHNS.COM
FOX187@IBM.NET

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from publicly available sources. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

**Enclosures**

1. None

**END OF REPORT**

# Database Services Referral Report

| | | | |
|---|---|---|---|
| Referred By: | Heather Buss | Phone # and Ext: | (800) 291-0112 x13968 |

| | | | |
|---|---|---|---|
| Claim Number: | 10310112 | Claimant Address: | |
| Claimant Name | KEETA FOX | | |
| Customer: | PAPA JOHN'S INTERNATIONAL, INC | City: | |
| SSN: | | State: | |
| DOB: | | | |
| Job Desc: | SR. VICE PRESIDENT FINANCE. | | |
| Email: | | | |
| Date of disability: | 2/4/2020 | | |
| Phone: | | Type | |
| Additional Phone: | | Type | |

Document Location

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Search Criteria:**

- [ ] Accurint/Lexis Nexis
- [ ] SSN Searches
- [ ] Change of Address
- [ ] Medical Provider
- [ ] Occupation and Professional Licensing.
- [ ] Death Index by individual.
- [x] Social Media Searches (Facebook, Twitter, etc.)

**Oluyemisi Awobokun, M.D.**
**Board Certification Internal Medicine and Rheumatology**

**CLAIMANT NAME: Keeta Fox**
**ECN #: 166473-3**
**CLAIM #: 10310112**
**DATE OF LOSS: 02/04/2020**
**DATE OF REVIEW: 06/02/2021**
**CASE TYPE: Long-Term Disability**

**Addendum:**

DIAGNOSIS: Oth symptoms and signs w cognitive functions and

MEDICAL RECORDS REVIEWED:

1. 01/22/2021, IME, Oluyemisi Awobokun, MD
2. 09/12/2017, CT Abdomen and Pelvis, David Jolgren, MD
3. 10/13/2020, MRI Head, Wolfgang Singer, MD
4. 10/22/2020, CT Chest, Christopher Anstine, MD
5. 10/22/2020, Oximetry Report, Jennifer Duke, MD
6. 10/22/220, Gastric Emptying, Mark Nathan, MD
7. 11/04/2020, CT Urogram, Christopher Anstine, MD
8. 11/05/2020, Bone Scan, Amber Kindworth, MD
9. 09/12/2017, Lab Results, Unsigned
10. 10/03/2017, Progress Note, Gregory Potts, MD
11. 04/04/2018, Lab Results, Gregory Potts, MD
12. 04/04/2018, Colonoscopy, Douglas Boyce, MD
13. 10/06/2020, Progress Note, Frank Burns, MD
14. 10/13/2020, Progress Note, Wolfgang Singer, MD
15. 10/13/2020, Progress Note, Wolfgang Singer, MD
16. 10/14/2020, Lab Results, Wolfgang Singer, MD
17. 10/15/2020, Lab Results, Wolfgang Singer, MD
18. 10/15/2020, Consultations, Mark Frye, MD
19. 10/16/2020, Exercise Test, Vlad Vasile, MD
20. 10/16/2020, Lab Results, Wolfgang Singer, MD
21. 10/21/2020, Consultation, Christopher Anstine, MD
22. 10/22/2020, Lab Results, Thomas Osborn, MD
23. 10/22/2020, Procedure Note, Mark Nathan, MD
24. 10/22/2020, Lab Results, Christopher Anstine, MD
25. 10/22/2020, Operative Note, Mark Nathan, MD
26. 10/22/2020, Progress Note, Jean Fox, MD

27. 10/23/2020, Lab Results, Christopher Anstine, MD
28. 10/26/2020, Spirometry, Christopher Anstine, MD
29. 10/29/2020, Lab Results, Nattawat Klomjit, MD
30. 10/29/2020, Consultation, Nattawat Klomjit, MD
31. 10/30/2020, Questionnaire, Keeta Fox
32. 11/02/2020, Therapy Note, Mark Canny, OT
33. 11/04/2020, Procedure Note, Svetlana Avulova, MD
34. 11/05/2020, Lab Results, Svetlana Avulova, MD
35. 11/05/2020, Progress Note, Raevti Bole, MD
36. 11/17/2020, Progress Note, Jean Fox, MD
37. 11/30/2020, Progress Note, Steven Stern, MD
38. 12/01/2020, Progress Note, Meagan Huelsman, MD
39. 12/21/2020, Progress Note, Ethan Blackburn, MD
40. 12/29/2020, Lab Results, LabCorp
41. 12/30/2020, Lab Results, Mayo Clinic
42. 01/11/2021, Progress Note, Steven Stern, MD
43. 01/14/2021, Lab Results, LabCorp
44. 01/15/2021, Lab Results, Mayo Clinic
45. 01/27/2021, Progress Note, Steven Stern, MD
46. 01/27/2021, Progress Note, Amber Kindworth, PA-C
47. 01/28/2021, Progress Note, Marjorie Pilkinton, MD
48. 02/08/2021, Correspondence, Oluyemisi Awobokun, MD
49. 03/08/2021, Progress Note, Frank Burns, MD
50. 03/10/2021, Progress Note, Steven Stern, MD
51. 03/31/2021, Appointment Details, Unsinged
52. 04/19/2021, Progress Note, Ethan Blackburn, MD

HISTORY:

The claimant is a 54-year-old female with a date of disability of 02/04/2020. The primary diagnosis was listed to be other symptoms and signs with cognitive functions. This review was conducted from a rheumatology standpoint.

In review of the prior determinations, on 01/22/2021 it was stated that there were no impairments that would translate into restrictions and limitations from August 2020 to ongoing from a rheumatological standpoint. A determination on 02/08/2021 indicated that the claimant would be provided total work restriction from August 2020 with a reevaluation by 03/15/2021 due to a new diagnosis of Sjogren's syndrome.

On 10/15/2020, the claimant was seen for an evaluation of Sjogren's syndrome. The claimant had a longstanding complicated medical history. It was stated that she had been experiencing redness in her hands and feet which she would sometimes use cold packs for. She did not have Raynaud's phenomenon, but her hands would turn red at times and the provider stated it sounded like

erythromelalgia. She had a past history positive for Lyme's tests but had never been treated for Lyme disease. It was stated that laboratory testing revealed positive findings for Sjogren's syndrome antibody. The claimant did have a longstanding history of dry eyes and mouth with dental caries, and she was utilizing eyedrops.
Upon examination there were no major physical abnormalities. The provider stated that the claimant met the criteria for Sjogren's syndrome, but the exact nature of her neuropathy was unclear as it did not seem to be a sensory neuropathy. He discussed possible trials of Imuran, CellCept, or rituximab for erythromelalgia. The claimant was advised to discuss possible IVIG with neurology.

On 11/17/2020, a telemedicine visit stated that the claimant had been admitted to the hospital as she had been experiencing severe abdominal pain and was diagnosed with a cecal volvulus. The claimant had undergone an exploratory laparotomy with surgical resection of the cecum.

On 01/27/2021, the claimant was seen for a rheumatology visit. She was planning a trip to Florida and was concerned about her medical conditions. The claimant was researching clinical trials for Sjogren's syndrome.

On 03/10/2021 the claimant was seen for a rheumatology follow-up visit. The evaluation was conducted via telemedicine. The claimant had been utilizing azathioprine with a recent increase and the claimant reported no difference in her symptoms. The claimant endorsed ongoing joint pain and difficulty walking but stated that her symptoms had slightly improved during a visit to Siesta Key. The claimant had been doing reading as to find a diet which would help her overall feel better. The claimant had been looking into transcranial direct current stimulation for treatment of her Sjogren's syndrome, but the modality was not available in her area.

RESPONSE TO REFERRAL QUESTIONS:

1. Please review updated medical and advise if this alters prior findings in review dated 1/22/21 and addendum dated 2/8/21. What are the current supported restrictions and limitations and the expected duration?

In this reviewer's opinion, the provided documentation would not entirely change the prior findings in the review dated 02/08/2021 which allowed the claimant total work restriction until 03/15/2021. The documentation provided indicated that the claimant continued to have struggles with her Sjogren's syndrome, as well as other comorbid diagnoses. As of 03/10/2021 she reported no difference in her symptoms and had recently increased her azathioprine. The claimant was researching potential treatment options for her symptoms such as dieting and transcranial direct current stimulation. However, the documentation provided did not clearly indicate the presence of ongoing functional deficits. Given the lack of functional improvement with the medications, total work restriction would be extended until 08/01/2021 to allow for submission of additional documentation to support the need for ongoing restriction and/or limitation.

2. Please contact: Dr. Gregory Potts tel (502) 452-9567 fax (502) 473-0586, and Dr. Steven Stern tel (502) 583-5836 fax (502) 583-2266

When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

AP CONTACT:

I called the number listed (502-452-9567) on 5/28/2021 at 1:43 pm CST and spoke with receptionist and left a message for a return call.

I called the number listed (502-452-9567) on 6/1/2021 at 2:06 pm CST and spoke with receptionist and left a message for a return call. At the time of submission, no return calls have been received.

I called the number listed (502-583-5836) on 5/28/2021 at 1:49 pm CST and spoke with receptionist and left a message for a return call.

I called the number listed (502-583-5836) on 6/1/2021 at 2:21 pm CST and spoke with receptionist and left a message for a return call. At the time of submission, no return calls have been received.

Oluyemisi Awobokun, M.D.
Board Certified Internal Medicine
Board Certified Rheumatology
License: MD.36446 AL
License: M2252 TX
License: MD60732577 WA

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 109544** **Date** **6/2/2021**

***Bill To:***

**Heather Buss**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 10310112
**Date of Loss:** 2/4/2020
**ECN #** 166473-3
**Account #**

**Claimant** Keeta Fox

| | | |
|---|---|---|
| 5/27/2021 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Oluyemisi O Awobokun, MD<br>Specialty: Rheumatology | $720.00 |
| | **SubTotal** | $720.00 |
| | **Final Invoice Total** | $720.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Heather Buss
Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112 x13968
Fax: (603) 334-8042

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | PAPA JOHN'S INTERNATIONAL, INC | Date Sent: | 5/24/2021 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | KEETA R FOX | Claim #: | 10310112 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 2/4/2020 |
| Zip: | | Primary Diagnosis: | Oth symptoms and signs w cognitive functions and |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Rheumatology | Physician: Phone/Fax | Dr. Stern/Dr. Potts |

Referral Questions:

Vendor Chosen: Exam Coordinators - ECN

Claimant Name: KEETA R FOX

# Lincoln Financial Group - Independent Evaluation

## Peer Review

1. Please review updated medical and advise if this alters prior findings in review dated 1/22/21 and addendum dated 2/8/21. What are the current supported restrictions and limitations and the expected duration?

2. Please contact:

Dr. Gregory Potts tel (502) 452-9567 fax (502) 473-0586
Dr. Steven Stern tel (502) 583-5836 fax (502) 583-2266

When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

Instructions For Vendor:

Claimant Name: KEETA R FOX

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please refer for addendum with Dr. Oluyemisi Awobokun, M.D. - Internal Med/Rheumatology.

3. Does the claimant have the capacity to sustain work for an 8 hour day at a sedentary physical demand level?

S-Sedentary Work – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

If not, what is the prognosis and reasonable duration for improvement to a level allowing full time work?

Attorney Information (if applicable):

Claimant Name: KEETA R FOX

Subject: FW: LTD Claim # 10310112
From: DisabilityDocuments <DisabilityDocuments@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2021-05-17 10:48:24

From: Keeta Fox <keetafox.us@gmail.com>
Sent: Friday, May 14, 2021 2:17 PM
To: DisabilityDocuments <DisabilityDocuments@lfg.com>
Subject: LTD Claim # 10310112

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Here are Dr Blackburn visit notes for Keeta Fox LTD File, as requested. Thanks

Name: Keeta Fox | DOB: 11/6/1966 | MRN: EP00363111 | PCP: Gregory J Potts, MD

# Appointment Details

Notes

## Progress Notes

Ethan Blackburn, MD at 12/21/2020 8:20 AM

**Hand Surgery Consultation Note**

**Keeta Fox**

**EP00363111**

**I was asked to see Keeta Fox at the request of Dr. A. Lynn Womack, MD in consultation for**

**Chief Complaint**

Patient presents with

- Follow-up
- Carpal Tunnel
  *B/L CTS INJECTION 11/12/20*
-

**History of Present Illness:**

The patient is a 54 yr/o female, who presents with B hand aching and locking up. Occurred at work. Burning and tingling. Index fingers are the worst. Extensive recent workup with repeat emg's which were normal. Eval at Mayo, U of L. Burning and tingling at night.

**After CT injection nighttime tingling and burning 70% better. With continued releif. Able to sleep without braces. Still with tightness in fingers. IF mostly, tremor.**

**Symptoms from previous visit reviewed as above, changes noted above.**

**Past Medical, Family and Social History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety and depression | |
| • Arthritis | |
| • Colon polyp | |
| • Dermatitis<br>*"Spongy" per patient* | |
| • Gastroparesis | |
| • History of kidney stones | |
| • Osteoporosis | |
| • Small fiber neuropathy | |

- Temporomandibular joint disorder (TMJ)

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |

**Social History**

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance Use Topics
- Alcohol use: Not Currently
  Frequency: Never
  *Comment: Previously 1 glass of wine per night but none now*

Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Musculoskeletal: Positive for joint pain.
Neurological: Positive for sensory change. Negative for tingling.

**Examination:**
Height: 5' 7" (170.2 cm)
Weight: 62.6 kg (138 lb)

**Appearance/ Mood/affect:**
Patient is awake and alert in no distress, without anxiety.

**Inspection/Skin:**
No thenar atrophy, intrinsic wasting, bruising, swelling, or clawing in either hand.

**Palpation:**
**-tinel B CT**
**+/- Phalen B CT**
**- tinel Cub Ts**

**Muscle strength:**
5 of 5 abductor pollicis brevis and first dorsal interosseous, FPL, EPL, finger flexion, finger extension, FDP to the second and fifth.

**Range of motion:**
Full digital range of motion bilaterally

**Stability :**
All digits stable through arc of active range of motion bilaterally.

**Sensation:**
**5 millimeter 2 point discrimination thumb through small finger both aspects**

**Vascular:**
Radial pulses 2+ bilaterally

**Numerous EMGs reviewed. Initially bilateral carpal tunnel syndrome was present. Since then has had several EMGs that do not show carpal tunnel syndrome**

1. **Bilateral carpal tunnel syndrome**

**Assessment/Plan:**
**Favorable response to CT injection in the setting of indeterminate Edx. Consider repeat injection vs CTR if sx's recur.**
Ethan Blackburn, MD

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

Name: Keeta Fox | DOB: 11/6/1966 | MRN: EP00363111 | PCP: Gregory J Potts, MD

# Progress Notes

Ethan Blackburn, MD at 4/19/2021 10:00 AM
Injection only

Indications: B Carpal tunnel syndrome, nonresponsive to brace treatment
Procedure: B Carpal tunnel injection

Verbal consent for the procedure was obtained after potential benefits and risks were discussed. Risks include, hypopigmentation of skin, injury to the median nerve, loss of subcutaneous fat, hyperglycemia. The correct procedure site was identified. Following a sterile alcohol prep, a 25g needle was advanced into the bilateral volar wrist ulnar to palmaris longus and proximal to the wrist flexion crease into the carpal tunnel space, carefully avoiding the median nerve. There was free flow into the carpal tunnel with and the patient experienced no paresthesias. The tunnel was injected with 1.0cc of betamethasone and 1.0 cc of 1%lidocaine. The area was cleansed with isopropyl alcohol and a band aid was applied.

The patient tolerated the procedure well.

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

May 15, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 14, 2021.

**We are still missing the following information:**

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 1, 2020 through the present from Dr. Blackburn

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: 10310112-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-04.27.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

Lincoln
Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

April 28, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On March 30, 2021, April 13, 2021 and April 27, 2021, we requested your medical records from The Mayo Clinic, Dr. Backburn, Dr. Brown, Dr. Kemp, Dr. Pilkington, Dr. Singer, Dr. Stern and Dr. Villanueva . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 1, 2020 through the present from your noted medical providers.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Papa John's International, Inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 13, 2021, 15 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by June 12, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 12, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

ReleasePoint

**Medical Record Overview**

**Date:** **May 10, 2021**

**Patient Name:** FOX, KEETA

**Records From:** MAYO CLINIC
4111 West Frontage HWY 52 Rd. NW
ROCHESTER, MN 55901
(507) 284-2511

**Request Scope:** From October 1, 2020 to Present

**Chart Range:** 10/13/2020 - 01/27/2021

**RP ID:** 7812911

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** V CASTAGNO
V CASTAGNO

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 16 2020 | Jan 27 2021 | 12 | 2 |
| EKG/Cardiology | Oct 23 2020 | Oct 23 2020 | 1 | 14 |
| Labs/Diagnostics | Oct 13 2020 | Jan 15 2021 | 113 | 15 |
| Operative Reports | Oct 22 2020 | Nov 4 2020 | 2 | 128 |
| Consultations | Oct 13 2020 | Nov 5 2020 | 56 | 130 |
| Request Correspondence | | | 6 | 186 |
| | | **Total Page Count:** | 190 | |

**Notes From QC:**

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 1/27/2021

**01/27/2021 - Telemedicine in Menopause and Women's Sexual Health Clinic in Rochester, Minnesota**

**Reason for Visit**

Chief complaint: Follow-up
Visit diagnoses:
- Menopause [Z78.0]
- **Symptoms Vasomotor (primary) [R09.89]**
- Pain Vulva [N94.819]

**Progress Notes**

**Progress Notes**

**Progress Notes by Klindworth, Amber L, P.A.-C. at 1/27/2021 10:30 AM**

Author: Klindworth, Amber L, P.A.-C. Service: WHC Women's Health Care Author Type: Physician Assistant
Filed: 1/27/2021 2:20 PM Encounter Date: 1/27/2021 Status: Signed
Editor: Klindworth, Amber L, P.A.-C. (Physician Assistant)

SUBJECTIVE

**Chief Complain/Reason for Visit**
Follow-up

Ms. Fox is a 54 y.o. female who presents via video visit for follow up. She was last seen on 10/26/2020.

Briefly, she is a G0P0, LMP in 2018 naturally. She became sick in 2019 and was placed on disability. Around this time she was started on hormone therapy with an estradiol patch and pill. She stopped this and then was started on oral DHEA. She described a more "cold" sensation This was worsened with hot beverages and wine.

She has a history of burning on the vulva. She feels this worsens with bowel movements. It is exacerbated by sexual activity. She also described a UTI sensation. She has a history of Candida glabrata and has been treated with boric acid.

It was recommended to start hormone therapy 0.05 mg semi-weekly estradiol patch and 100 mg micronized progesterone nightly. Her exam revealed GSM and she was instructed to start vaginal estradiol cream 0.01%. She had pelvic floor tension and was instructed to pursue pelvic floor physical therapy locally.

Today. She notes she had a big change to her health. Shortly after her visit here at Mayo she had an emergency surgery for a cecal volvulus. She also has continued to struggle with candid glabrata. She notes she is not having discharge or itching but continues to have the vulvar burning sensation. She has continued with the vaginal estradiol cream but has been using the applicator to apply. She is not sure if this has been helpful. Due to her surgery she has not been able to pursue pelvic floor physical therapy.

She feels her cold sensations have improved. She notes she was previously at a 7/10 and now is more at a 4/10. Her local OBGYN checked an estradiol level and estradiol was 19 pg/mL. It has been recommended to increase this to a 0.075 mg estradiol patch.

She is also planning on going to pelvic floor physical therapy for urinary incontinence.

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: [redacted] Sex: F
Visit date: 1/27/2021

**01/27/2021 - Telemedicine in Menopause and Women's Sexual Health Clinic in Rochester, Minnesota (continued)**

**Progress Notes (continued)**

**ROS:**
Review of systems negative except as noted in the HPI.

**Medications, allergies, past medical history, social history, and family history have been reviewed and updated.**

OBJECTIVE

**General:** Healthy well-appearing, in no acute distress.

ASSESSMENT / PLAN
**#1 Menopause**
**#2 Symptoms Vasomotor**
**#3 Pain Vulva**

We discussed that the goal of the hormone therapy was to help with her cold sensations and would aim for a 80-90% reduction. Given her hormone level it does not appear that she is fully absorbing the medication from the patch. I agree that increasing her patch to a 0.075 mg estradiol patch would be reasonable. She will follow with her local provider for this change.

We discussed that her burning sensation may not be due to the candida glabrata. However, I advised she finish her current boric acid regimen. I recommended using the vaginal estradiol cream twice weekly but applying with her finger. If the burning sensation persist would start a compounded gabapentin cream applying 1-2 daily. This would need to be mailed to her.

I recommended she pursue pelvic floor physical therapy. We discussed the focus needs to be on relaxation of her pelvic floor muscles prior to working on strengthening of the muscles. She was informed this may worsen her stress urinary incontinence at first.

No follow up was placed at this time. She will let me know if the vulvar burning sensation continues. If a compounded cream is started will follow up 3 months after.

PATIENT EDUCATION
Ready to learn, no apparent learning barriers were identified; learning preferences include listening. Explained diagnosis and treatment plan; patient expressed understanding of the content.

Total visit time greater than 15 minutes, with over 100% spent counseling with the patient and coordination of care activities described above.

Consult conducted via real-time audio/video technology by Amber Klindworth, P.A.-C. in Mayo Clinic Rochester to the patient in their home.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB Sex: F
Visit date: 1/27/2021

**01/27/2021 - Telemedicine in Menopause and Women's Sexual Health Clinic in Rochester, Minnesota (continued)**

**Progress Notes (continued)**

Electronically Signed by Klindworth, Amber L, P.A.-C. on 1/27/2021 2:20 PM

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 11/17/2020

## 11/17/2020 - Telemedicine in Division of Gastroenterology in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Obstruction Intestinal [K56.609]

### Progress Notes

#### Progress Notes

**Progress Notes by Fox, Jean C, M.D. at 11/17/2020 10:00 AM**

| | | |
|---|---|---|
| Author: Fox, Jean C, M.D. | Service: GIH (Gastroenterology and Hepatology) | Author Type: Physician |
| Filed: 11/17/2020 5:33 PM | Encounter Date: 11/17/2020 | Status: Signed |
| Editor: Fox, Jean C, M.D. (Physician) | | |

I had a non face-to-face video return visit with Ms. Fox today. With she is admitted to the hospital in her local community. She tells me that Friday she had severe abdominal pain ultimately had to go to the emergency room and was diagnosed with a cecal volvulus. She underwent exploratory laparotomy and surgical resection of her cecum in approximately 12 in of her terminal ileum. Her postoperative recovery has been going smoothly.

**ASSESSMENT / PLAN**

**#1 Gastric Motility Disorder**
A full gut transit study was undertaken and gastric emptying was minimally delayed (30% at 2 hours and 84% at 4 hours) small-bowel transit time was below the mean and colonic transit was normal.
**#2 Bloating Abdominal**
Anorectal manometry testing reveals findings consistent with pelvic floor dysfunction, however given her cecal volvulus in her resection I would like to reassess her after her 6 weeks convalescence and postoperative recovery. We discussed this and Ms. Fox will reconnect with me at that time to let me know how she is progressing. She was in the midst of doing her 48 hour stool collection when she developed the severe abdominal pain that ultimately turned out to be the cecal volvulus so she has not yet turned in her stool studies.

**BILLING:** Greater than 20 minutes spent in a combination of the following activities: reviewing records; interpreting test results; discussing and coordinating care with other team members; discussing plans with the patient and/or family on the telephone; reviewing care plan with local provider(s) on the telephone.

Electronically Signed by Fox, Jean C, M.D. on 11/17/2020 5:33 PM

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: ex: F
Visit date: 10/26/2020

## 10/26/2020 - Office Visit in Division of General Internal Medicine in Rochester, Minnesota

### Reason for Visit

Visit diagnoses:
- Hematuria [R31.9]
- **Gastric Motility Disorder (primary) [K31.89]**
- Fatigue [R53.83]
- Arthralgia [M25.50]
- Polyuria [R35.8]
- Erythromelalgia [I73.81]
- Menopause [Z78.0]
- Sjogren's (Sicca) Syndrome [M35.00]

### Progress Notes

#### Progress Notes

**Progress Notes by Anstine, Christopher V., M.D. at 10/26/2020 11:00 AM**

Author: Anstine, Christopher V., M.D. Service: GIM (General Internal Medicine) Author Type: Physician
Filed: 12/14/2020 9:41 AM Encounter Date: 10/26/2020 Status: Addendum
Editor: Anstine, Christopher V., M.D. (Physician)
Related Notes: Original Note by Anstine, Christopher V., M.D. (Physician) filed at 12/6/2020 7:17 PM

**This is a progress note documenting Mrs. Fox's evaluation at Mayo Clinic, coordinated through Consultative Medicine. Please see below for discussion and details of today's follow-up clinic visit addressing multiple concerns outlined below. Please see my initial consult note dated 10/21/2020 for further details on HPI and physical exam.**

**DIAGNOSES/RECOMMENDATIONS:**

**#1 Symptomatic Palpitations**
**#2 Orthostatic Intolerance**
**#3 New diagnosis Sjogren**
Reassuringly the patient's cardiac workup to date has been unremarkable. Despite reported decrease in overall exercise capacity she maintains good VO2 without any cardiopulmonary impairment exercise. Outside extensive cardiac testing has also been reassuring including a normal cardiac event monitor which demonstrated occasional sinus tachycardia. Autonomic reflex testing did not demonstrate any evidence of autonomic failure. She did however have evidence of symptomatic orthostatic tachycardia. Thermal regulatory sweat testing demonstrated normal sweat recruitment and distribution normal TST.
Symptomatic orthostatic intolerance has been described in the literature in the setting of Sjogren syndrome even in the absence of overt autonomic failure. However there are multiple clinical findings that could explain her orthostatic intolerance including multiple GI issues including frequent loose stools and a 25 lb weight loss over 6 weeks. In the setting of Sjogren's syndrome, menopause, and weight loss there may be a component of evolving central sensitization. This was discussed at length with Mrs. Fox. Would recommend continued hydration, liberalized salt intake, and use of thigh-high compression stockings and/or abdominal binder.

**#4 Multiple GI issues including esophageal candidiasis, nausea, loose stools, 25 lb weight loss, and motility disorder.**

Mrs. Fox met with gastroenterology. Full GI transit study demonstrated mild delayed gastric emptying and small bowel transit time. MR enterography was negative for bowel obstruction and was reviewed by Gastroenterology here at

Mayo. Fecal fat and bile acids pending. Formal Gastroenterology recommendations pending.

ADDENDUM:

Patient met virtually with Dr. Fox in gastroenterology 11/17/2020. She is noted to have small-bowel transit time below the mean with normal colonic transit. Anorectal manometry testing was consistent with pelvic floor dysfunction. Please see Dr. Fox's documentation 11/17/2020 for full details and recommendations.

**#5 Dyspnea**
**#6 Emphysema, focal right lower lobe**

Patient met with pulmonology for evaluation of dyspnea an outside concern of pulmonary fibrosis. Focal area of emphysema noted in right lower lobe on imaging. This is likely related to a congenital abnormality. Patient was recommended to proceed with prophylactic interventions including appropriate influenza and pneumococcal immunizations, avoidance of inhaled irritants for potential infections, and prompt attention to emergent pulmonary symptoms for consideration to infections. Repeat pulmonary function studies and a CT scan in 2 or 3 years would be reasonable or sooner if she has new or progressive symptoms.

**#7 Headache**
**#8 Severe fatigue**
**#9 Paresthesias**
Mrs. Fox has severe fatigue which has limited her ability to participate in work. She reports pending 12-14 hours a day in bed. She maintained good exercise capacity although this has been significantly reduced from prior. Her constellation of symptoms could be related to evolving central sensitization and chronic multifactorial fatigue. Other than diagnosis of Sjogren's her laboratory and testing has been quite reassuring. Reassuringly she has benefited from a pend standpoint with initiation of duloxetine. Fatigue may also be associated with primary Sjogren syndrome. Notably the patient has also experienced a degree of malnutrition in the setting of severe weight loss which is likely contributing to her fatigue. I appreciate input from my colleagues in the central sensitization clinic for further evaluation. I encouraged her to discuss treatment for underlying Sjogren syndrome with rheumatology.

ADDENDUM:

Patient met with Dr. Sundsted in the central sensitization clinic. She meets criteria for both fibromyalgia and chronic multifactorial fatigue. Please see Dr. Sundsted's documentation 10/30/2020 for further details.

**#10 Query erythromelalgia**
**#11 Query chronic urticaria versus or urticarial vasculitis**
**#12 Easy bruising**
Patient has multiple features that could be consistent with arthralgia including swollen, erythematous, painful hands and feet that are reported to be hot. She does exhibit behaviors of trying to cool her extremities with ice packs. In fact she has taken ice packs to bed.
Evaluation of images brought today's clinic visit raise the question for urticaria. Both chronic urticaria and urticarial vasculitis have been described in the setting of primary Sjogren syndrome. Although not present on today's exam she describes easy bruising/purpura and nodules which raise the question for urticarial vasculitis. I am hesitant prescribed antihistamine for potential chronic urticaria as these may exacerbate sicca symptoms.

I appreciate dermatology input regarding potential erythromelalgia, urticarial rash, and easy bruising.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

**10/26/2020 - Office Visit in Division of General Internal Medicine in Rochester, Minnesota (continued)**

**Progress Notes (continued)**

**#13 Urinary frequency, urgency, irritation**
**#14 Menopause**

Patient met with the Women's Health Clinic for evaluation of pelvic floor tension, vasomotor symptoms, and atrophic vaginitis in the setting of menopause. Please see Woman's Health note dated 10/26/2020 for full details of plan.

Painful bladder syndrome/interstitial cystitis has been well described in patients with Sjogren syndrome. This is certainly also a possibility. Appreciate input from the Women's Health Clinic for evaluation of menopause and menopausal symptoms which include decreased libido and urinary symptoms.

Treatment for potential painful bladder syndrome should include elimination of bladder irritants from the diet which include caffeine, carbonation, and alcohol. Could consider physical therapy with trigger point massage, myofascial release, pelvic muscle relaxation. Stress management with cognitive behavioral therapy, yoga, meditation has been helpful. If conservative therapy is not beneficial could consider pharmacologic treatment with a neuropathic agent such as gabapentin, Lyrica, or nortriptyline.

**#15 Macrocytosis**
Mild macrocytosis without other CBC abnormalities. Thyroid function cascade, monoclonal gammopathy screen, and pernicious anemia cascade were unremarkable. Would favor monitoring with yearly CBC.

**#16 Microscopic hematuria**

Microscopic hematuria noted on urinalysis. On review of outside records this has been noted over the past 9 months. Will have the patient meet with Urology with cystoscopy and CT urogram.

Addendum: Patient was evaluated by Urology 11/05/2020. Workup including cystoscopy and CT urogram was unremarkable. If patient develops gross hematuria again she should be evaluated. If patient continues to have microscopic hematuria repeat urology evaluation would be recommended in 3-5 years. Please see urology documentation 11/05/2020 for full details.

**#17 Polyuria**

Patient will be meeting with nephrology in the setting of polyuria noted on outside testing. Given recent diagnosis of Sjogren's appreciate Nephrology input regarding potential involvement.

Addendum: Patient met with Nephrology for evaluation of polyuria, history of kidney stones, hematuria, and urinary tract symptoms. 24 hour urine volume did not suggest polyuria. Nephrology agreed with vaginal estrogen for management of lower urinary tract symptoms. Please see nephrology documentation 10/29/2020 for further details.

[X] All patients should follow with a local medical team, including a primary care physician. Medication refills should be addressed to a local medical team unless otherwise explicitly stated.
Total visit time was 30 minutes with greater than 50% spent with patient counseling and care coordination noted above.

**Answers for HPI/ROS submitted by the patient on 10/7/2020**

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

**10/26/2020 - Office Visit in Division of General Internal Medicine in Rochester, Minnesota (continued)**

**Progress Notes (continued)**

Fatigue: Yes
Fever: Yes
Night sweats: Yes
Visual problems: Yes
Persistent hoarse voice: Yes
Sinus congestion: Yes
Chest pain, pressure or tightness: Yes
Rapid or fluttering heart beats: Yes
Pain in the calf muscles when walking: Yes
Shortness of breath: Yes
Dry cough: Yes
Difficulty swallowing: Yes
Nausea: Yes
Constipation: Yes
Muscle pain/stiffness: Yes
Pain or stiffness in the joints: Yes
Back pain/stiffness: Yes
Skin rash: Yes
Headache: Yes
Light-headedness: Yes
Numbness or shooting pain in hands, arms, legs or feet: Yes
Weakness in arms and/or legs: Yes
Loss of balance or tendency to fall easily: Yes
Loud snoring: Yes
Stop breathing, choking, or gasping while asleep: Yes
Little interest or pleasure in doing things: Yes
Feeling nervous, anxious or on edge: Yes
Not being able to stop or control worrying: Yes
Enlarged lymph nodes: Yes
Bruises/bleeds easily: Yes
Frequent urination: Yes
Pain with urination: Yes
Urgency: Yes
Incontinence (urine leakage): Yes
Blood in urine: Yes

Electronically Signed by Anstine, Christopher V., M.D. on 11/8/2020 6:47 PM
Electronically Signed by Anstine, Christopher V., M.D. on 12/6/2020 7:17 PM
Electronically Signed by Anstine, Christopher V., M.D. on 12/14/2020 9:41 AM

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

MAYO CLINIC

## 10/22/2020 - Anorectal Manometry Procedure in Division of Gastroenterology in Rochester, Minnesota

### Reason for Visit

Visit diagnoses:
- Gastric Motility Disorder [K31.89]
- Bloating Abdominal [R14.0]

### Documents

#### Diagnostic Report - GI

**Scan on 10/23/2020 9:56 AM**

Scan (below)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/16/2020

## 10/16/2020 - Office Visit in Department of Neurology in Rochester, Minnesota

### Reason for Visit

Visit diagnoses:
- **Tachycardia Sinus (primary) [R00.0]**
- Fatigue [R53.83]
- Arthralgia [M25.50]
- Anxiety [F41.9]

### Progress Notes

#### Progress Notes

**Progress Notes by Singer, Wolfgang, M.D. at 10/16/2020 4:00 PM**

Author: Singer, Wolfgang, M.D. Service: NEU (Neurology) Author Type: Physician
Filed: 10/16/2020 7:04 PM Encounter Date: 10/16/2020 Status: Signed
Editor: Singer, Wolfgang, M.D. (Physician)

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**
Mrs. Keeta Fox returns today accompanied by her husband to discuss tests results.

ASSESSMENT / PLAN
Went through the details of her testing and assessments this week, including impressions and recommendations by consultants in Rheumatology and Psychiatry. Her gastrointestinal evaluations and Internal Medicine review will be completed next week.

From a Neurology perspective, patient underwent thermoregulatory sweat testing which was unremarkable with normal sweat recruitment and distribution. She underwent autonomic reflex testing which showed no evidence of autonomic failure. There was symptomatic orthostatic tachycardia. There was also evidence of resting sweat activity at all sites, indicating a level of anxiety/sympathetic predominance. Cardiovascular exercise testing showed good peak VO2 max without evidence of cardiac or pulmonary impairment to exercise in spite of the patient developing fatigue, severe dyspnea, and nausea. Lab work was significant for mild macrocytosis, along with a borderline low vitamin B12 level; methylmalonic acid is currently still pending. Metabolic markers were all within normal range. Rheumatologic markers were significant for an elevated SS-A. ANA and other rheumatologic markers were negative. There was no evidence of a monoclonal protein. Celiac serology was negative. Tryptase was within normal range. 24 hour urine collection was notable for normal 24 hour urine volume at 2756 cc, but relatively low 24 hour urinary sodium excretion of only 85 mmol.

She was seen by Dr. Osborn in Rheumatology who determined that the patient meets definite criteria for Sjogren syndrome. He discussed potential immunomodulatory therapies with the patient for that. I understand that a final review is still pending.

She was also seen by Dr. Frye in Psychiatry. He did not feel that the patient's established major mood disorder is the main driver of current polysomatic symptoms, but does mention significant somatic symptom preoccupation. He mentions the possibility of increasing duloxetine to 120 mg. The possibility of cognitive behavioral therapy was also discussed.

We had a long discussion about these findings, results, and impressions to date. I discussed with her that as clinically suspected there is no evidence whatsoever of a small fiber neuropathy, and similarly no clinical evidence of a large

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/16/2020

**10/16/2020 - Office Visit in Department of Neurology in Rochester, Minnesota (continued)**

**Progress Notes (continued)**

fiber neuropathy. Her autonomic nervous system function is largely normal, apart from the excessive heart rate increment with standing, suggesting a degree of orthostatic intolerance. We could identify a number of factors that would improve that. That includes the suboptimal urinary sodium excretion, and we discussed the importance of increasing salt intake for optimization of blood volume. She should continue to drink plenty of fluids as she is currently doing. We discussed that thigh-high compression garments or compressive abdominal binder would be helpful strategies in addition to that, and would certainly be much more helpful than her knee-high stockings. We also discussed that while she has been able to maintain and above average level of fitness in spite of her symptom complex, she has come down from a much higher level of fitness previously, and working on going back to more rigorous physical activity would likely be additionally helpful in a number of ways, including desensitization, optimization of blood volume, and optimization of the efficiency of the heart muscle. We discussed at length that I see no direct correlation between her diagnosis of Sjogren's syndrome and her orthostatic intolerance, as she has no evidence of an autonomic neuropathy. We also discussed that she falls out of the typical age range of patients with POTS, and the fact that her orthostatic intolerance came along with a large number of other symptoms and problems makes a term orthostatic intolerance a more appropriate descriptor of her orthostatic symptoms.

We also discussed that with her diagnosis of Sjogren syndrome we certainly have one component of her problems identified, but we also discussed that this diagnosis and her orthostatic intolerance alone cannot account for the multitude of symptoms she is experiencing. I did bring up the possibility of somatic symptom pre occupation, bodily hypervigilance, and central sensitization as potential contributing factors, but the patient quickly became tearful and upset about that suggestion. We discussed that many additional evaluations are currently still planned for her, and that I do not want to draw any conclusions without all necessary data at hand, and that I just wanted to bring up that possibility for discussion. She was very complimentary of the careful and efficient workup and care she has received to date, but still remains somewhat unhappy about our discussion about the topic of potential nonorganic contributors to her presentation. Again, we will see what additional factors we might be able to identify during her workup with Internal Medicine gastroenterology.

**DIAGNOSES**
**#1 Orthostatic intolerance**
**#2 Sjogren's syndrome**
**#3 Multiple somatic complaints**
**#4 Anxiety**
**#5 Multilevel cervical spinal stenosis**

I personally spent over half of a total 70 minutes face to face with the patient in counseling and discussion and/or coordination of care as described above.

PATIENT EDUCATION
Ready to learn, no apparent learning barriers were identified; learning preferences include listening. Explained diagnosis and treatment plan; patient expressed understanding of the content.

Electronically Signed by Singer, Wolfgang, M.D. on 10/16/2020 7:04 PM

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB Sex: F
Adm: 10/16/2020, D/C: 10/16/2020

## 10/16/2020 - Exercise Testing in Department of Cardiovascular Diseases in Rochester, Minnesota

### Reason for Visit

Visit diagnoses:

- Paresthesia [R20.2]
- Gastric Motility Disorder [K31.89]
- Fatigue [R53.83]
- Arthralgia [M25.50]

### Documents

#### Diagnostic Report - Stress Test

**Scan on 10/16/2020 10:35 AM**

Scan (below)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/23/2020

## 10/23/2020 - Diagnostic in Division of Pulmonary Medicine in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Lung Interstitial Disease [J84.9]

### Imaging

#### Cardiac Services

**Six Minute Walk [2222708339732] (Final result)**

**Six Minute Walk [2222708339732]** Resulted: 10/23/20 1354, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/23/20 1318
Order status: Completed
Filed by: Silent, Scheduling 10/23/20 1354
Performed: 10/23/20 1353 - 10/23/20 1353
Accession number: 15798822
Acknowledged by: Anstine, Christopher V., M.D. on 10/26/20 0743

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| [1] Distance (feet) | 2,693 | — | — | — |
| [1] Distance (Meters) | 820 | — | — | — |
| [1] Inspired Gas | Room Air | — | — | — |
| [1] Mode of O2 Transport | N/A | — | — | — |
| [1] SpO2 Nadir | 83 | — | — | — |
| [1] SpO2 % | 90 | — | — | — |
| [1] Heart Rate | 182 | — | — | — |
| [1] RPE | 7 | — | — | — |
| Comment | Impression: At peak ambulation, heart rate was 103% of age adjusted predicted maximal heart rate to measure the effort. At end of exercise, the dyspnea scale was 7/10 RPE and 6/10 for leg fatigue. | — | — | — |

**Indications**

Lung Interstitial Disease (HCC) [J84.9 (ICD-10-CM)]

**All Reviewers List**

Anstine, Christopher V., M.D. on 10/26/2020 07:43

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 1/15/2021

## 01/15/2021 - Clinical Communication in Division of Rheumatology in Rochester, Minnesota

### Reason for Visit

Chief complaint: Lab Monitoring

### Labs

#### Lab

**CBC with Differential, Blood [2222714212309] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | Blood, Venous | — |

**CBC with Differential, Blood [2222714212309]** Result status: Final result

Order status: Completed
Collected by:
Filed by: Cerise, Shari T, L.P.N. 01/15/21 1052
Resulting lab: LABCORP

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| EXT Platelet Count | 255 | 150 - 450 | — | LabCorp |
| EXT Neutrophils | 2.7 | 1.4 - 7 | — | LabCorp |
| EXT Hemoglobin | 12.7 | 11.1 - 15.9 | — | LabCorp |
| EXT White Blood Cell (WBC) Count | 4.7 | 3.4 - 10.8 | — | LabCorp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - LabCorp** | LABCORP | Unknown | NA | 08/03/16 1055 - Present |

**ALT (Alanine Aminotransferase) [2222714212310] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | Blood, Venous | — |

**ALT (Alanine Aminotransferase) [2222714212310]** Result status: Final result

Order status: Completed
Collected by:
Filed by: Cerise, Shari T, L.P.N. 01/15/21 1052
Resulting lab: LABCORP

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| EXT AST | 20 | 0 - 40 | — | LabCorp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - LabCorp** | LABCORP | Unknown | NA | 08/03/16 1055 - Present |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 1/15/2021

## 01/15/2021 - Clinical Communication in Division of Rheumatology in Rochester, Minnesota (continued)

**Labs (continued)**

**Documents**

**Lab - External Lab Results**

**Scan on 1/15/2021 9:58 AM**

Scan (below)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 1/15/2021

## 01/15/2021 - Clinical Communication in Division of Rheumatology in Rochester, Minnesota (continued)

### Documents (continued)

01/15/2021 8:38:44 AM FROM: LABCORP LCLS BULK TO: 5072840564 LABCORP Page 1 of 1
TO: Papa Cares, LLC

**LabCorp** **Patient Report**

**Specimen ID:** 014-219-1975-0
**Control ID:** B0111049689

**FOX, KEETA**

**Acct #:** 16005030 **Phone:** (502) 240-5900 **Rte:** 04
Papa Cares, LLC
Patient/Insurance Only Bill
2002 Papa John's Blvd
Louisville KY 40299

**Patient Details**
**DOB**
**Age(y/m/d):** 054/02/08
**Gender:** F
**Patient ID:**

**Specimen Details**
**Date collected:** 01/14/2021 1009 Local
**Date received:** 01/14/2021
**Date entered:** 01/14/2021
**Date reported:** 01/15/2021 0836 ET

**Physician Details**
**Ordering:** T OSBORN
**Referring:**
**ID:**
**NPI:** 1588634117

**General Comments & Additional Information**
This is a courtesy copy of a laboratory report.

**Alternate Control Number:** B0111049689
**Total Volume:** Not Provided

**Alternate Patient ID:** Not Provided
**Fasting:** No

**Ordered Items**
CBC With Differential/Platelet; AST (SGOT)

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 4.7 | | x10E3/uL | 3.4-10.8 | 01 |
| **RBC** | **3.66** | **Low** | x10E6/uL | 3.77-5.28 | 01 |
| Hemoglobin | 12.7 | | g/dL | 11.1-15.9 | 01 |
| Hematocrit | 37.1 | | % | 34.0-46.6 | 01 |
| **MCV** | **101** | **High** | fL | 79-97 | 01 |
| **MCH** | **34.7** | **High** | pg | 26.6-33.0 | 01 |
| MCHC | 34.2 | | g/dL | 31.5-35.7 | 01 |
| RDW | 13.9 | | % | 11.7-15.4 | 01 |
| Platelets | 255 | | x10E3/uL | 150-450 | 01 |
| Neutrophils | 58 | | % | Not Estab. | 01 |
| Lymphs | 29 | | % | Not Estab. | 01 |
| Monocytes | 11 | | % | Not Estab. | 01 |
| Eos | 1 | | % | Not Estab. | 01 |
| Basos | 1 | | % | Not Estab. | 01 |
| Neutrophils (Absolute) | 2.7 | | x10E3/uL | 1.4-7.0 | 01 |
| Lymphs (Absolute) | 1.4 | | x10E3/uL | 0.7-3.1 | 01 |
| Monocytes(Absolute) | 0.5 | | x10E3/uL | 0.1-0.9 | 01 |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0-0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 | 01 |
| Immature Granulocytes | 0 | | % | Not Estab. | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 | 01 |
| **AST (SGOT)** | 20 | | IU/L | 0-40 | 01 |

01 CB LabCorp Dublin Dir: Vincent Ricchiuti, PhD
6370 Wilcox Road, Dublin, OH 43016-1269
For inquiries, the physician may contact **Branch: 502-456-4700 Lab: 800-282-7300**

Date Issued: 01/15/21 0837 ET **COURTESY COPY FINAL REPORT** Page 1 of 1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call

© 1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 12/30/2020

## 12/30/2020 - Clinical Communication in Division of Rheumatology in Rochester, Minnesota

**Reason for Visit**

Chief complaint: Lab Monitoring

**Labs**

**Lab**

**CBC with Differential, Blood [2222714212307] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | Blood, Venous | — |

**CBC with Differential, Blood [2222714212307]** Resulted: 12/29/20 0948, Result status: Final result

Order status: Completed
Collected by:
Filed by: Washnieski, Shane M, R.N. 12/31/20 0857
Resulting lab: OTHER (SPECIFY IN TECHNICIAN)

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| EXT Platelet Count | 295 | 150 - 450 | — | OTHER |
| EXT Neutrophils | 3 | 1.4 - 7 | — | OTHER |
| EXT Hemoglobin | 11.6 | 11.1 - 15.9 | — | OTHER |
| EXT White Blood Cell (WBC) Count | 5.1 | 3.4 - 10.8 | — | OTHER |

Additional Resulting Lab Information
Lab Corp

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **421 - OTHER** | OTHER (SPECIFY IN TECHNICIAN) | Unknown | N/A | 07/29/17 2356 - Present |

**ALT (Alanine Aminotransferase) [2222714212308] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | Blood, Venous | — |

**ALT (Alanine Aminotransferase) [2222714212308]** Resulted: 12/29/20 0948, Result status: Final result

Order status: Completed
Collected by:
Filed by: Washnieski, Shane M, R.N. 12/31/20 0857
Resulting lab: OTHER (SPECIFY IN TECHNICIAN)

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| EXT AST | 17 | 0 - 40 | — | OTHER |

Additional Resulting Lab Information
Lab Corp

**Testing Performed By**

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 12/30/2020

## 12/30/2020 - Clinical Communication in Division of Rheumatology in Rochester, Minnesota (continued)

### Labs (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **421 - OTHER** | OTHER (SPECIFY IN TECHNICIAN) | Unknown | N/A | 07/29/17 2356 - Present |

### Documents

**Lab - External Lab Results**

**Scan on 12/31/2020 11:54 AM**

Scan (below)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 12/30/2020

## 12/30/2020 - Clinical Communication in Division of Rheumatology in Rochester, Minnesota (continued)

### Documents (continued)

12/30/2020 04:38:33 AM FROM:LABCORP LCLS BLK TO: 15072840564 LABCORP PAGE 1 of 1 P
To: Papa Cares, LLC

**LabCorp** **Patient Report**

**Specimen ID:** 364-219-2511-0
**Control ID:** B0110431967

**FOX, KEETA**

**Acct #:** 16005030 **Phone:** (502) 240-5900 **Rte:** 04
Papa Cares, LLC
Patient/Insurance Only Bill
2002 Papa John's Blvd
Louisville KY 40299

**Patient Details**
**DOB:**
**Age(y/m/d):** 054/01/23
**Gender:** F
**Patient ID:**

**Specimen Details**
**Date collected:** 12/29/2020 0948 Local
**Date received:** 12/29/2020
**Date entered:** 12/29/2020
**Date reported:** 12/30/2020 0736 ET

**Physician Details**
**Ordering:** T OSBORN
**Referring:**
**ID:**
**NPI:** 1588634117

**General Comments & Additional Information**
This is a courtesy copy of a laboratory report.

**Alternate Control Number:** B0110431967
**Total Volume:** Not Provided

**Alternate Patient ID:** Not Provided
**Fasting:** No

**Ordered Items**
CBC With Differential/Platelet; AST (SGOT)

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 5.1 | | x10E3/uL | 3.4-10.8 | 01 |
| **RBC** | **3.46** | **Low** | x10E6/uL | 3.77-5.28 | 01 |
| Hemoglobin | 11.6 | | g/dL | 11.1-15.9 | 01 |
| Hematocrit | 34.8 | | % | 34.0-46.6 | 01 |
| **MCV** | **101** | **High** | fL | 79-97 | 01 |
| **MCH** | **33.5** | **High** | pg | 26.6-33.0 | 01 |
| MCHC | 33.3 | | g/dL | 31.5-35.7 | 01 |
| RDW | 13.1 | | % | 11.7-15.4 | 01 |
| Platelets | 295 | | x10E3/uL | 150-450 | 01 |
| Neutrophils | 58 | | % | Not Estab. | 01 |
| Lymphs | 29 | | % | Not Estab. | 01 |
| Monocytes | 10 | | % | Not Estab. | 01 |
| Eos | 2 | | % | Not Estab. | 01 |
| Basos | 1 | | % | Not Estab. | 01 |
| Neutrophils (Absolute) | 3.0 | | x10E3/uL | 1.4-7.0 | 01 |
| Lymphs (Absolute) | 1.5 | | x10E3/uL | 0.7-3.1 | 01 |
| Monocytes(Absolute) | 0.5 | | x10E3/uL | 0.1-0.9 | 01 |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0-0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 | 01 |
| Immature Granulocytes | 0 | | % | Not Estab. | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 | 01 |
| **AST (SGOT)** | 17 | | IU/L | 0-40 | 01 |

01 CB LabCorp Dublin Dir: Vincent Ricchiuti, PhD
6370 Wilcox Road, Dublin, OH 43016-1269
For inquiries, the physician may contact **Branch: 602-456-4700 Lab: 800-282-7300**

Date Issued: 12/30/20 0737 ET **COURTESY COPY FINAL REPORT** Page 1 of 1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 11/5/2020, D/C: 11/5/2020

## 11/05/2020 - Molecular Breast Imaging Scan in Department of Radiology in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Density Breast [R92.2]

### Imaging

#### Imaging

**NM Molecular Breast Imaging [2222714212285] (Final result)**

**NM Molecular Breast Imaging [2222714212285]** Resulted: 11/05/20 1116, Result status: Final result

Ordering provider: Klindworth, Amber L, P.A.-C. 11/05/20 0937
Order status: Completed
Resulted by:
Kirby, John W, M.D.
Fazzio, Robert T, M.D., Ph.D.
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 11/05/20 1119
Performed: 11/05/20 0938 - 11/05/20 1049
Accession number: 15922603
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: NM MOLECULAR BREAST IMAGING

INDICATION: Dense breast tissue

HORMONAL STATUS: Postmenopausal. On hormone replacement therapy.

COMPARISON: No prior exams were available for comparison.

TECHNIQUE: Bilateral CC and MLO views obtained on a dual-head CZT gamma camera after radiotracer injection.

RADIOISOTOPE DOSE:
Route: intravenous
technetium Tc 99m sestamibi injection (MBI) (Tc-99m SESTAMIBI),8.4 millicurie

BACKGROUND UPTAKE INTENSITY: a. Photopenic

FINDINGS:

RIGHT BREAST: No abnormal radiotracer uptake in the right breast.

LEFT BREAST: No abnormal radiotracer uptake in the left breast.

Impression:
No MBI findings of malignancy.

RECOMMENDATION: Screening as Clinically Appropriate
Screening as appropriate given personal risk of breast cancer.

ASSESSMENT: BI-RADS: 1: Negative.

Acknowledged by: Klindworth, Amber L, P.A.-C. on 11/05/20 1706

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 11/5/2020, D/C: 11/5/2020

## 11/05/2020 - Molecular Breast Imaging Scan in Department of Radiology in Rochester, Minnesota (continued)

### Imaging (continued)

**Signed**

Electronically addended by Fazzio, Robert T, M.D., Ph.D. on 11/5/20 at 1116 CST

**All Reviewers List**

Klindworth, Amber L, P.A.-C. on 11/5/2020 17:06

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 11/5/2020, D/C: 11/5/2020

## 11/05/2020 - Urine Container Visit in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Hematuria [R31.9]

### Documents

#### Lab - Pathology/Cytology

**Scan on 11/6/2020 2:14 PM**

Scan (below)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 11/5/2020, D/C: 11/5/2020

**11/05/2020 - Urine Container Visit in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)**

**Documents (continued)**

MAYO CLINIC

Cytology Scheduled Non-GYN

CYSNG

| | | | | | |
|---|---|---|---|---|---|
| PATIENT NAME<br>**FOX, KEETA** | | | | CASE NUMBER<br>**NR-20-17516** | ORDER NUMBER<br>**F805018467** |
| PATIENT ID<br>12608867 | DATE OF BIRTH | AGE AT COLLECTION<br>53 Y | SEX<br>Female | REQUESTED BY<br>RAEVTI BOLE | |
| COLLECTED<br>11/5/2020, 09:28 | RECEIVED<br>11/5/2020, 10:43 | REPORTED<br>11/6/2020, 14:13 | | | |

The collected, received, and reported dates and times on the report are in the time zone of the performing location.

**INTERPRETATION**

A. Urine, voided (ThinPrep): Negative for High-Grade Urothelial Carcinoma.

**REPORT ELECTRONICALLY SIGNED BY**

Yajue Huang, M.D., Ph.D. 3-4086

I verify that I have examined all relevant slides/materials for the specimen (s) and rendered or confirmed the diagnosis.

**GROSS DESCRIPTION**

Received 20 cc of yellow fluid.

**SOURCE**

A. Urine, voided

Code : MCR Laboratory : Mayo Clinic Laboratories - Rochester Main Campus Address : 200 FIRST STREET SW
Lab Director : WILLIAM G MORICE, II MD, PhD CLIA Certificate : 24D0404292 ROCHESTER MN 55905

PATIENT NAME FOX, KEETA NR-20-17516

Page 1 of 1

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Adm: 11/5/2020, D/C: 11/5/2020

**11/05/2020 - Urine Container Visit in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)**

**Documents (continued)**

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Adm: 11/4/2020, D/C: 11/4/2020

## 11/04/2020 - CT Urogram Exam in Department of Radiology in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Hematuria [R31.9]

### Imaging

#### Imaging

**CT Urogram without and with IV Contrast [2222714212275] (Final result)**

**CT Urogram without and with IV Contrast [2222714212275]** Resulted: 11/04/20 1241, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 11/04/20 1129
Order status: Completed
Resulted by: Viers, Lyndsay D, M.D.
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 11/04/20 1244
Performed: 11/04/20 1215 - 11/04/20 1238
Accession number: 15832899
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: CT UROGRAM WITHOUT AND WITH IV CONTRAST

COMPARISON: None.

FINDINGS: GENITOURINARY: No urinary calculi. Prompt and symmetric nephrograms. No renal cysts or solid enhancing renal masses. The renal collecting systems, ureters and urinary bladder are normal.

Other findings: Small hepatic cysts. Negative spleen, pancreas, gallbladder and adrenal glands. No enlarged abdominal lymph nodes. Scattered sigmoid diverticula. No suspicious skeletal lesions.

Incompletely imaged but unchanged focal area of hyperlucency in the right lower lobe is better evaluated on a recent chest CT.

Impression:
Negative CT urogram.
Acknowledged by: Anstine, Christopher V., M.D. on 11/04/20 1510

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Signed**

Electronically signed by Viers, Lyndsay D, M.D. on 11/4/20 at 1241 CST

**All Reviewers List**

Anstine, Christopher V., M.D. on 11/4/2020 15:10

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/29/2020, D/C: 10/29/2020

## 10/29/2020 - Specimen Container Pick-Up in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Stone Kidney [N20.0]

### Labs

#### Lab

**Supersaturation Profile, 24 Hour, Urine [2222710865291] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F729020359:1 | Urine | Urine, 24 Hours | 10/30/20 0630 |

**Supersaturation Profile, 24 Hour, Urine [2222710865291] (Abnormal)** Resulted: 10/30/20 1436, Result status: Final result

Ordering provider: Klomjit, Nattawat, M.D. 10/29/20 1027
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/30/20 1437
Collected by: 10/30/20 0630
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Klomjit, Nattawat, M.D. on 10/30/20 1731

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium, 24 HR, U | 65 | 41 - 227 mmol/24 h | — | MCR |
| Potassium, 24 HR, U | 54 | 17 - 77 mmol/24 h | — | MCR |
| Calcium, 24 HR, U<br>Comment:<br><br>----ADDITIONAL INFORMATION----<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | 294 | <200 mg/24 h | H ^ | MCR |
| Magnesium, 24 HR, U<br>Comment:<br><br>----ADDITIONAL INFORMATION----<br>This test has been modified from the manufacturer's instructions. Its performance characteristics were determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | 155 | 51 - 269 mg/24 h | — | MCR |
| Chloride, 24 HR, U | 88 | 40 - 224 mmol/24 h | — | MCR |
| Phosphorus, 24 HR, U | 728 | <1100 mg/24 h | — | MCR |
| Sulfate Urine<br>Comment:<br><br>----ADDITIONAL INFORMATION----<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or | 25 | 7 - 47 mmol/24 h | — | MCR |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Adm: 10/29/2020, D/C: 10/29/2020

## 10/29/2020 - Specimen Container Pick-Up in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

### Labs (continued)

approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| Citrate Excretion, U | 650 | 385 - 1191 mg/24 h | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| Oxalate, U (mmol/24 h) | 0.48 | 0.11 - 0.46 mmol/24 h | H ^ | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| Oxalate, mg/24 h | 42.2 | 9.7 - 40.5 mg/24 h | H ^ | MCR |
| pH, 24 HR, U | 5.5 | 4.5 - 8.0 | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| Uric Acid, 24 HR, U | 495 | <750 (Diet-dependent) mg/24 h | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test has been modified from the manufacturer's instructions. Its performance characteristics were determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| Creatinine, 24 HR, U | 1084 | mg/24 h | — | MCR |

Comment:

----REFERENCE VALUE----
The expected creatinine excretion
per 24 hrs for females:
601-1689 mg/24 hrs or
9-26 mg/kg/24 hrs.
Note: To convert to mg/kg of body weight/24 hrs,divide
the mg/24 h

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/29/2020, D/C: 10/29/2020

## 10/29/2020 - Specimen Container Pick-Up in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

**Labs (continued)**

result by the weight in kg.

| | | | | |
|---|---|---|---|---|
| Osmolality, 24 HR, U | 544 | 150 - 1150 mOsm/kg | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| Ammonium, 24 HR, U | 46 | 15 - 56 mmol/24 h | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test has been modified from the manufacturer's instructions. Its performance characteristics were determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| Urea Nitrogen, 24 HR, U | 16.0 | 0.0 - 16.0 g/24 h | — | MCR |
| Protein Catabolic Rate, 24 HR, U | 125 | 56 - 125 g/24 h | — | MCR |
| Patient Surface Area | SEE COMMENT | — | — | MCR |
| Comment: Not required for adults. | | | | |
| Calcium Oxalate Crystal | 2.94 | Reference Mean= 1.59 DG | H ^ | MCR |
| Brushite Crystal | -0.76 | Reference Mean= -0.11 DG | — | MCR |
| Hydroxyapatite Crystal | 2.29 | Reference Mean= 3.62 DG | — | MCR |
| Uric Acid Crystal | 2.74 | Reference Mean= 0.89 DG | — | MCR |
| Sodium Urate Crystal | -0.13 | Reference Mean= 1.76 DG | — | MCR |
| Collection Duration | 24 | h | — | MCR |
| Volume | 1548 | mL | — | MCR |
| Interpretation | -- | — | — | MCR |

Result:
The DG is related to supersaturation. DG is negative for undersaturated solutions, zero for solutions at the solubility product, and positive for saturated solutions.
Any value greater than the Reference Mean is considered a risk for the respective crystal type formation.
In general, a higher calculated SS means the risk for forming that type of stone is increased. A positive DG value indicates that the urine is supersaturated for that crystal type.
Urine calcium >200: consider genetic hypercalciuria. A thiazide diuretic may be considered. Primary hyperparathyroidism or other secondary causes can be ruled out, especially if serum calcium is elevated.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: 11/6/1966, Sex: F
Adm: 10/29/2020, D/C: 10/29/2020

## 10/29/2020 - Specimen Container Pick-Up in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

### Labs (continued)

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

#### Indications

Stone Kidney [N20.0 (ICD-10-CM)]

#### All Reviewers List

Klomjit, Nattawat, M.D. on 10/30/2020 17:31

### Documents

#### Lab - Lab/Micro

**Scan on 10/30/2020 7:33 AM**

Scan (below)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/29/2020, D/C: 10/29/2020

## 10/29/2020 - Specimen Container Pick-Up in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

**Documents (continued)**

MAYO CLINIC LABORATORIES

1-800-533-1710
**SAT24**
Supersaturation Profile, 24 Hour, Urine

| Patient ID | Patient Name | | Birth Date | Gender | Age |
|---|---|---|---|---|---|
| 12608867 | FOX, KEETA | | | F | 53 |
| **Order Number** | **Client Order Number** | **Ordering Physician** | **Report Notes** | | |
| F729020359:1 | 2222710865291 | KLOMJIT, NATTAWAT | | | |
| **Account Information** | | **Collected** | | | |
| INTERNAL | | 30 Oct 2020 06:30 | | | |

### Overall Calculated Supersaturation Profile by Stone Type

MCR

| Stone Type | Patient Supersaturation (ΔG) | Reference Values * Mean | Reference Values * 25% – 75% Range | Deviation from Reference Mean ** (◄ Less Stone Risk / More Stone Risk ►) |
|---|---|---|---|---|
| Calcium Oxalate | High **2.94** | 1.59 | 1.17 – 2.18 | -3 -2 -1 0 1 2 3 |
| Calcium Phosphate (Brushite) | -0.76 | -0.11 | -1.23 – 0.80 | -3 -2 -1 0 1 2 3 |
| Calcium Phosphate (Hydroxyapatite) | 2.29 | 3.62 | 1.99 – 4.83 | -3 -2 -1 0 1 2 3 |
| Uric Acid | 2.74 | 0.89 | -0.42 – 3.16 | -3 -2 -1 0 1 2 3 |

* Based on normal value study of 48 adult men and 52 adult women

** Calculated standard deviation from the reference population mean

The ΔG is related to supersaturation. ΔG is negative for undersaturated solutions, zero for solutions at the solubility product, and positive for saturated solutions. Any value greater than the Reference Mean is considered a risk for the respective crystal type formation.

**Urine pH** (1) MCR

5.5

Reference Value 4.5–8.0

4.5 5.0 5.5 6.0 6.5 7.0 7.5 8.0

◄ Favors Uric Acid Stones — Favors Calcium Phosphate Stones ►

**Ammonium** (2) MCR

46 mmol/24 h

Reference Value 15–56

**Creatinine** MCR

1084 mg/24 h

1600 1850 2200

◄ Likely Undercollected — Likely Overcollected ►

The expected creatinine excretion per 24 hrs for females: 601–1689 mg/24 hrs or 9–26 mg/kg/24 hrs.

Note: To convert to mg/kg of body weight/24 hrs,divide the mg/24 h result by the weight in kg.

**Performing Site Legend**

| Code | Laboratory | Address | Lab Director | CLIA Certificate |
|---|---|---|---|---|
| MCR | Mayo Clinic Laboratories - Rochester Main Campus | 200 First Street SW, Rochester, MN 55905 | William G. Morice M.D. Ph.D | 24D0404292 |

Printed 30 Oct 2020

**Report Status: Final**

Received and reported dates and times are reported in US Central Time.

Page 1 of 4

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: 11/6/1966, Sex: F
Adm: 10/29/2020, D/C: 10/29/2020

## 10/29/2020 - Specimen Container Pick-Up in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

### Documents (continued)

MAYO CLINIC LABORATORIES

1-800-533-1710

| Patient ID | Patient Name | | Birth Date | Gender | Age |
|---|---|---|---|---|---|
| 12608867 | FOX, KEETA | | | F | 53 |
| **Order Number** | **Client Order Number** | **Ordering Physician** | **Report Notes** | | |
| F729020359:1 | 2222710865291 | KLOMJIT, NATTAWAT | | | |
| **Account Information** | | **Collected** | | | |
| INTERNAL | | 30 Oct 2020 06:30 | | | |

#### Normalized Values

MCR

| Analyte Ratio | Patient Result | Normal Range * |
|---|---|---|
| Calcium/Creatinine 1 | High **0.27** | <0.25 |
| Oxalate/Creatinine | High **0.04** | <0.03 |
| Uric Acid/Creatinine 2 | 0.46 | <0.60 |

* Literature-based normal values

| Analyte Ratio | Patient Result | Normal Range * |
|---|---|---|
| Phosphorus/Creatinine | 0.67 | <0.75 |
| Magnesium/Creatinine 2 | 0.14 | >0.05 |
| Citrate/Creatinine 1 | 0.60 | >0.25 |

* Literature-based normal values

#### Metabolic Risk Factors

MCR

| Analyte | Patient Result (24 h) | Reference Values * Median | Reference Values * 25% – 75% Range | Relative Risk |
|---|---|---|---|---|
| Calcium 1 | High **294 mg** | 163 | 125 – 207 | 125 163 207 |
| Oxalate 1 | High **0.48 mmol** | 0.24 | 0.2 – 0.28 | 0.2 0.24 0.28 |
| Uric Acid 2 | 495 mg | 499 | 396 – 591 | 396 499 591 |
| Citrate 1 | 650 mg | 760 | 572 – 967 | 572 760 967 |

* Based on normal value study of 48 adult men and 52 adult women

**Performing Site Legend**

| Code | Laboratory | Address | Lab Director | CLIA Certificate |
|---|---|---|---|---|
| MCR | Mayo Clinic Laboratories - Rochester Main Campus | 200 First Street SW, Rochester, MN 55905 | William G. Morice M.D. Ph.D | 24D0404292 |

Printed 30 Oct 2020 **Report Status: Final** Page 2 of 4

Received and reported dates and times are reported in US Central Time.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/29/2020, D/C: 10/29/2020

## 10/29/2020 - Specimen Container Pick-Up in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

**Documents (continued)**

MAYO CLINIC LABORATORIES

1-800-533-1710

| Patient ID | Patient Name | | Birth Date | Gender | Age |
|---|---|---|---|---|---|
| 12608867 | FOX, KEETA | | | F | 53 |
| Order Number | Client Order Number | Ordering Physician | Report Notes | | |
| F729020359:1 | 2222710865291 | KLOMJIT, NATTAWAT | | | |
| Account Information | | Collected | | | |
| INTERNAL | | 30 Oct 2020 06:30 | | | |

### Dietary Risk Factors

MCR

| | Analyte | Patient Result (24 h) | Reference Values * 25% – 75% Range | Relative Risk |
|---|---|---|---|---|
| Fluid Intake | Volume | 1548 mL | 868 – 1689 | 868 1689 |
| | Osmolality 1 | 544 mOsm/kg | 369 – 768 | 369 768 |
| Salt Intake | Sodium | 65 mmol | 103 – 174 | 103 174 |
| | Chloride | 88 mmol | 95 – 158 | 95 158 |
| Fruits / Vegetables | Potassium | 54 mmol | 36 – 59 | 36 59 |
| | Magnesium 2 | 155 mg | 72 – 111 | 72 111 |
| Protein Intake | Sulfate 1 | 25 mmol | 12 – 20 | 12 20 |
| | Urea Nitrogen | 16.0 g | 7.75 – 14.25 | 7.75 14.25 |
| | Protein Catabolic Rate | 125 g | 73 – 114 | 73 114 |
| Other | Phosphorus | 728 mg | 642 – 962 | 642 962 |

* Based on normal value study of 48 adult men and 52 adult women

**Performing Site Legend**

| Code | Laboratory | Address | Lab Director | CLIA Certificate |
|---|---|---|---|---|
| MCR | Mayo Clinic Laboratories - Rochester Main Campus | 200 First Street SW, Rochester, MN 55905 | William G. Morice M.D. Ph.D | 24D0404292 |

Printed 30 Oct 2020

**Report Status: Final**
Received and reported dates and times are reported in US Central Time.

Page 3 of 4

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/29/2020, D/C: 10/29/2020

## 10/29/2020 - Specimen Container Pick-Up in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

**Documents (continued)**

MAYO CLINIC
LABORATORIES

1-800-533-1710

| Patient ID | Patient Name | | Birth Date | Gender | Age |
|---|---|---|---|---|---|
| 12608867 | FOX, KEETA | | | F | 53 |
| Order Number | Client Order Number | Ordering Physician | Report Notes | | |
| F729020359:1 | 2222710865291 | KLOMJIT, NATTAWAT | | | |
| Account Information | | Collected | | | |
| INTERNAL | | 30 Oct 2020 06:30 | | | |

### Patient Specific Interpretative Comments

In general, a higher calculated SS means the risk for forming that type of stone is increased. A positive ΔG value indicates that the urine is supersaturated for that crystal type.

**Urine calcium >200:** consider genetic hypercalciuria. A thiazide diuretic may be considered. Primary hyperparathyroidism or other secondary causes can be ruled out, especially if serum calcium is elevated.

**Received:** 30 Oct 2020 07:33 **Reported:** 30 Oct 2020 14:36

**Laboratory Notes**

(1) This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

(2) This test has been modified from the manufacturer's instructions. Its performance characteristics were determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

**Performing Site Legend**

| Code | Laboratory | Address | Lab Director | CLIA Certificate |
|---|---|---|---|---|
| MCR | Mayo Clinic Laboratories - Rochester Main Campus | 200 First Street SW, Rochester, MN 55905 | William G. Morice M.D. Ph.D | 24D0404292 |

Printed 30 Oct 2020 **Report Status: Final** Page 4 of 4
Received and reported dates and times are reported in US Central Time.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/29/2020, D/C: 10/29/2020

**10/29/2020 - Specimen Container Pick-Up in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)**

**Documents (continued)**

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/29/2020, D/C: 10/29/2020

## 10/29/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota

**Imaging**

**Imaging**

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781] (Final result)**

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781]**
Resulted: 10/29/20 0833, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 10/27/20 0658
Order status: Completed
Resulted by:
Kroll, Neil J, M.D.
Nathan, Mark A, M.D.
Nathan, Mark A, M.D.
Anderson, Cody M, M.D.
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 10/29/20 0836
Performed: 10/27/20 0700 - 10/29/20 0809
Accession number: 15802416
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: NM GASTRIC EMPTYING WITH SB WITH COLONIC TRANSIT TIME 48 HR

RADIOPHARMACEUTICAL/MEDS:
Route: oral
indium In 111 charcoal capsule (In-111 CHARCOAL CAPSULE),0.103 millicurie
Route: oral
technetium Tc 99m sulfur colloid solution (Tc-99m SULFUR COLLOID) , 1.1 millicurie

TECHNIQUE: After oral ingestion of the standard radiolabeled meal and a radiolabeled charcoal capsule, sequential anterior and posterior planar images of the abdomen were obtained out to 48 hours for evaluation of gastric emptying, small bowel transit and colon transit.

COMPARISON: None

INDICATION: Constipation, nausea, and vomiting.

FINDINGS: Percent emptied from the stomach following a technetium labeled meal was:

1 hour 11% (normal 8 - 37%)
2 hour 30% (normal 36 - 79%)
4 hour 84% (normal 87 - 100%)

6 hour small bowel transit 20% (mean 58%)

Geometric center of In-111 colonic activity was:

24 hour 2.2 (normal 1.8 - 4.2)
48 hour 4.3 (normal 2.6 - 5.0)

The patient ate all of the meal.

Impression:
1. Gastric emptying is delayed at 2 and 4 hours.
2. Six-hour small bowel transit is below the mean.
3. Colonic transit is within normal limits.
Acknowledged by: Fox, Jean C, M.D. on 11/03/20 1342

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/29/2020, D/C: 10/29/2020

## 10/29/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota (continued)

### Imaging (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Signed**

Electronically signed by Nathan, Mark A, M.D. on 10/29/20 at 0833 CDT

**All Reviewers List**

Fox, Jean C, M.D. on 11/3/2020 13:42

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/28/2020, D/C: 10/28/2020

## 10/28/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota

**Imaging**

**Imaging**

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781] (Final result)**

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781]**
Resulted: 10/29/20 0833, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 10/27/20 0658
Order status: Completed
Resulted by:
Kroll, Neil J, M.D.
Nathan, Mark A, M.D.
Nathan, Mark A, M.D.
Anderson, Cody M, M.D.
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 10/29/20 0836
Performed: 10/27/20 0700 - 10/29/20 0809
Accession number: 15802416
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: NM GASTRIC EMPTYING WITH SB WITH COLONIC TRANSIT TIME 48 HR

RADIOPHARMACEUTICAL/MEDS:
Route: oral
indium In 111 charcoal capsule (In-111 CHARCOAL CAPSULE),0.103 millicurie
Route: oral
technetium Tc 99m sulfur colloid solution (Tc-99m SULFUR COLLOID) , 1.1 millicurie

TECHNIQUE: After oral ingestion of the standard radiolabeled meal and a radiolabeled charcoal capsule, sequential anterior and posterior planar images of the abdomen were obtained out to 48 hours for evaluation of gastric emptying, small bowel transit and colon transit.

COMPARISON: None

INDICATION: Constipation, nausea, and vomiting.

FINDINGS: Percent emptied from the stomach following a technetium labeled meal was:

1 hour 11% (normal 8 - 37%)
2 hour 30% (normal 36 - 79%)
4 hour 84% (normal 87 - 100%)

6 hour small bowel transit 20% (mean 58%)

Geometric center of In-111 colonic activity was:

24 hour 2.2 (normal 1.8 - 4.2)
48 hour 4.3 (normal 2.6 - 5.0)

The patient ate all of the meal.

Impression:
1. Gastric emptying is delayed at 2 and 4 hours.
2. Six-hour small bowel transit is below the mean.
3. Colonic transit is within normal limits.
Acknowledged by: Fox, Jean C, M.D. on 11/03/20 1342

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Adm: 10/28/2020, D/C: 10/28/2020

## 10/28/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota (continued)

### Imaging (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Signed**

Electronically signed by Nathan, Mark A, M.D. on 10/29/20 at 0833 CDT

**All Reviewers List**

Fox, Jean C, M.D. on 11/3/2020 13:42

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/27/2020, D/C: 10/27/2020

## 10/27/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota

**Imaging**

**Imaging**

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781] (Final result)**

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781]** Resulted: 10/29/20 0833, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 10/27/20 0658
Order status: Completed
Resulted by:
Kroll, Neil J, M.D.
Nathan, Mark A, M.D.
Nathan, Mark A, M.D.
Anderson, Cody M, M.D.
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 10/29/20 0836
Performed: 10/27/20 0700 - 10/29/20 0809
Accession number: 15802416
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: NM GASTRIC EMPTYING WITH SB WITH COLONIC TRANSIT TIME 48 HR

RADIOPHARMACEUTICAL/MEDS:
Route: oral
indium In 111 charcoal capsule (In-111 CHARCOAL CAPSULE),0.103 millicurie
Route: oral
technetium Tc 99m sulfur colloid solution (Tc-99m SULFUR COLLOID) , 1.1 millicurie

TECHNIQUE: After oral ingestion of the standard radiolabeled meal and a radiolabeled charcoal capsule, sequential anterior and posterior planar images of the abdomen were obtained out to 48 hours for evaluation of gastric emptying, small bowel transit and colon transit.

COMPARISON: None

INDICATION: Constipation, nausea, and vomiting.

FINDINGS: Percent emptied from the stomach following a technetium labeled meal was:

1 hour 11% (normal 8 - 37%)
2 hour 30% (normal 36 - 79%)
4 hour 84% (normal 87 - 100%)

6 hour small bowel transit 20% (mean 58%)

Geometric center of In-111 colonic activity was:

24 hour 2.2 (normal 1.8 - 4.2)
48 hour 4.3 (normal 2.6 - 5.0)

The patient ate all of the meal.

Impression:
1. Gastric emptying is delayed at 2 and 4 hours.
2. Six-hour small bowel transit is below the mean.
3. Colonic transit is within normal limits.
Acknowledged by: Fox, Jean C, M.D. on 11/03/20 1342

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/27/2020, D/C: 10/27/2020

## 10/27/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota (continued)

### Imaging (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Signed**

Electronically signed by Nathan, Mark A, M.D. on 10/29/20 at 0833 CDT

**All Reviewers List**

Fox, Jean C, M.D. on 11/3/2020 13:42

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/27/2020, D/C: 10/27/2020

MAYO CLINIC

## 10/27/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota

### Imaging

#### Imaging

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781] (Final result)**

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781]** Resulted: 10/29/20 0833, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 10/27/20 0658
Resulted by:
Kroll, Neil J, M.D.
Nathan, Mark A, M.D.
Nathan, Mark A, M.D.
Anderson, Cody M, M.D.
Performed: 10/27/20 0700 - 10/29/20 0809
Resulting lab: POWERSCRIBE360

Order status: Completed
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 10/29/20 0836

Accession number: 15802416

Narrative:
EXAM: NM GASTRIC EMPTYING WITH SB WITH COLONIC TRANSIT TIME 48 HR

RADIOPHARMACEUTICAL/MEDS:
Route: oral
indium In 111 charcoal capsule (In-111 CHARCOAL CAPSULE),0.103 millicurie
Route: oral
technetium Tc 99m sulfur colloid solution (Tc-99m SULFUR COLLOID) , 1.1 millicurie

TECHNIQUE: After oral ingestion of the standard radiolabeled meal and a radiolabeled charcoal capsule, sequential anterior and posterior planar images of the abdomen were obtained out to 48 hours for evaluation of gastric emptying, small bowel transit and colon transit.

COMPARISON: None

INDICATION: Constipation, nausea, and vomiting.

FINDINGS: Percent emptied from the stomach following a technetium labeled meal was:

1 hour 11% (normal 8 - 37%)
2 hour 30% (normal 36 - 79%)
4 hour 84% (normal 87 - 100%)

6 hour small bowel transit 20% (mean 58%)

Geometric center of In-111 colonic activity was:

24 hour 2.2 (normal 1.8 - 4.2)
48 hour 4.3 (normal 2.6 - 5.0)

The patient ate all of the meal.

Impression:
1. Gastric emptying is delayed at 2 and 4 hours.
2. Six-hour small bowel transit is below the mean.
3. Colonic transit is within normal limits.
Acknowledged by: Fox, Jean C, M.D. on 11/03/20 1342

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/27/2020, D/C: 10/27/2020

## 10/27/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota (continued)

### Imaging (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Signed**

Electronically signed by Nathan, Mark A, M.D. on 10/29/20 at 0833 CDT

**All Reviewers List**

Fox, Jean C, M.D. on 11/3/2020 13:42

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/27/2020, D/C: 10/27/2020

## 10/27/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota

**Imaging**

**Imaging**

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781] (Final result)**

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781]**

Resulted: 10/29/20 0833, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 10/27/20 0658
Resulted by:
Kroll, Neil J, M.D.
Nathan, Mark A, M.D.
Nathan, Mark A, M.D.
Anderson, Cody M, M.D.
Performed: 10/27/20 0700 - 10/29/20 0809
Resulting lab: POWERSCRIBE360

Order status: Completed
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 10/29/20 0836

Accession number: 15802416

Narrative:
EXAM: NM GASTRIC EMPTYING WITH SB WITH COLONIC TRANSIT TIME 48 HR

RADIOPHARMACEUTICAL/MEDS:
Route: oral
indium In 111 charcoal capsule (In-111 CHARCOAL CAPSULE),0.103 millicurie
Route: oral
technetium Tc 99m sulfur colloid solution (Tc-99m SULFUR COLLOID) , 1.1 millicurie

TECHNIQUE: After oral ingestion of the standard radiolabeled meal and a radiolabeled charcoal capsule, sequential anterior and posterior planar images of the abdomen were obtained out to 48 hours for evaluation of gastric emptying, small bowel transit and colon transit.

COMPARISON: None

INDICATION: Constipation, nausea, and vomiting.

FINDINGS: Percent emptied from the stomach following a technetium labeled meal was:

1 hour 11% (normal 8 - 37%)
2 hour 30% (normal 36 - 79%)
4 hour 84% (normal 87 - 100%)

6 hour small bowel transit 20% (mean 58%)

Geometric center of In-111 colonic activity was:

24 hour 2.2 (normal 1.8 - 4.2)
48 hour 4.3 (normal 2.6 - 5.0)

The patient ate all of the meal.

Impression:
1. Gastric emptying is delayed at 2 and 4 hours.
2. Six-hour small bowel transit is below the mean.
3. Colonic transit is within normal limits.
Acknowledged by: Fox, Jean C, M.D. on 11/03/20 1342

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/27/2020, D/C: 10/27/2020

## 10/27/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota (continued)

### Imaging (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Signed**

Electronically signed by Nathan, Mark A, M.D. on 10/29/20 at 0833 CDT

**All Reviewers List**

Fox, Jean C, M.D. on 11/3/2020 13:42

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/27/2020, D/C: 10/27/2020

## 10/27/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota

### Imaging

#### Imaging

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781] (Final result)**

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781]** Resulted: 10/29/20 0833, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 10/27/20 0658
Order status: Completed
Resulted by:
Kroll, Neil J, M.D.
Nathan, Mark A, M.D.
Nathan, Mark A, M.D.
Anderson, Cody M, M.D.
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 10/29/20 0836
Performed: 10/27/20 0700 - 10/29/20 0809
Accession number: 15802416
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: NM GASTRIC EMPTYING WITH SB WITH COLONIC TRANSIT TIME 48 HR

RADIOPHARMACEUTICAL/MEDS:
Route: oral
indium In 111 charcoal capsule (In-111 CHARCOAL CAPSULE),0.103 millicurie
Route: oral
technetium Tc 99m sulfur colloid solution (Tc-99m SULFUR COLLOID) , 1.1 millicurie

TECHNIQUE: After oral ingestion of the standard radiolabeled meal and a radiolabeled charcoal capsule, sequential anterior and posterior planar images of the abdomen were obtained out to 48 hours for evaluation of gastric emptying, small bowel transit and colon transit.

COMPARISON: None

INDICATION: Constipation, nausea, and vomiting.

FINDINGS: Percent emptied from the stomach following a technetium labeled meal was:

1 hour 11% (normal 8 - 37%)
2 hour 30% (normal 36 - 79%)
4 hour 84% (normal 87 - 100%)

6 hour small bowel transit 20% (mean 58%)

Geometric center of In-111 colonic activity was:

24 hour 2.2 (normal 1.8 - 4.2)
48 hour 4.3 (normal 2.6 - 5.0)

The patient ate all of the meal.

Impression:
1. Gastric emptying is delayed at 2 and 4 hours.
2. Six-hour small bowel transit is below the mean.
3. Colonic transit is within normal limits.

Acknowledged by: Fox, Jean C, M.D. on 11/03/20 1342

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/27/2020, D/C: 10/27/2020

## 10/27/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota (continued)

### Imaging (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Signed**

Electronically signed by Nathan, Mark A, M.D. on 10/29/20 at 0833 CDT

**All Reviewers List**

Fox, Jean C, M.D. on 11/3/2020 13:42

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/27/2020, D/C: 10/27/2020

## 10/27/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota

### Imaging

#### Imaging

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781] (Final result)**

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781]** Resulted: 10/29/20 0833, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 10/27/20 0658
Resulted by:
Kroll, Neil J, M.D.
Nathan, Mark A, M.D.
Nathan, Mark A, M.D.
Anderson, Cody M, M.D.
Performed: 10/27/20 0700 - 10/29/20 0809
Resulting lab: POWERSCRIBE360

Order status: Completed
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 10/29/20 0836

Accession number: 15802416

Narrative:
EXAM: NM GASTRIC EMPTYING WITH SB WITH COLONIC TRANSIT TIME 48 HR

RADIOPHARMACEUTICAL/MEDS:
Route: oral
indium In 111 charcoal capsule (In-111 CHARCOAL CAPSULE),0.103 millicurie
Route: oral
technetium Tc 99m sulfur colloid solution (Tc-99m SULFUR COLLOID) , 1.1 millicurie

TECHNIQUE: After oral ingestion of the standard radiolabeled meal and a radiolabeled charcoal capsule, sequential anterior and posterior planar images of the abdomen were obtained out to 48 hours for evaluation of gastric emptying, small bowel transit and colon transit.

COMPARISON: None

INDICATION: Constipation, nausea, and vomiting.

FINDINGS: Percent emptied from the stomach following a technetium labeled meal was:

1 hour 11% (normal 8 - 37%)
2 hour 30% (normal 36 - 79%)
4 hour 84% (normal 87 - 100%)

6 hour small bowel transit 20% (mean 58%)

Geometric center of In-111 colonic activity was:

24 hour 2.2 (normal 1.8 - 4.2)
48 hour 4.3 (normal 2.6 - 5.0)

The patient ate all of the meal.

Impression:
1. Gastric emptying is delayed at 2 and 4 hours.
2. Six-hour small bowel transit is below the mean.
3. Colonic transit is within normal limits.
Acknowledged by: Fox, Jean C, M.D. on 11/03/20 1342

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/27/2020, D/C: 10/27/2020

## 10/27/2020 - Nuclear Medicine GI Transit Return Scan in Department of Radiology in Rochester, Minnesota (continued)

### Imaging (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Signed**

Electronically signed by Nathan, Mark A, M.D. on 10/29/20 at 0833 CDT

**All Reviewers List**

Fox, Jean C, M.D. on 11/3/2020 13:42

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/27/2020, D/C: 10/27/2020

## 10/27/2020 - Nuclear Medicine GI Transit Scan in Department of Radiology in Rochester, Minnesota

### Reason for Visit

Visit diagnoses:
- Gastric Motility Disorder [K31.89]
- Bloating Abdominal [R14.0]

### Imaging

#### Imaging

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781] (Final result)**

**NM Gastric Emptying with SB with Colonic Transit Time 48 hr [2222709862781]** Resulted: 10/29/20 0833, Result status: Final result

Ordering provider: Fox, Jean C, M.D. 10/27/20 0658
Order status: Completed
Resulted by:
Kroll, Neil J, M.D.
Nathan, Mark A, M.D.
Nathan, Mark A, M.D.
Anderson, Cody M, M.D.
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 10/29/20 0836
Performed: 10/27/20 0700 - 10/29/20 0809
Accession number: 15802416
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: NM GASTRIC EMPTYING WITH SB WITH COLONIC TRANSIT TIME 48 HR

RADIOPHARMACEUTICAL/MEDS:
Route: oral
indium In 111 charcoal capsule (In-111 CHARCOAL CAPSULE),0.103 millicurie
Route: oral
technetium Tc 99m sulfur colloid solution (Tc-99m SULFUR COLLOID) , 1.1 millicurie

TECHNIQUE: After oral ingestion of the standard radiolabeled meal and a radiolabeled charcoal capsule, sequential anterior and posterior planar images of the abdomen were obtained out to 48 hours for evaluation of gastric emptying, small bowel transit and colon transit.

COMPARISON: None

INDICATION: Constipation, nausea, and vomiting.

FINDINGS: Percent emptied from the stomach following a technetium labeled meal was:

1 hour 11% (normal 8 - 37%)
2 hour 30% (normal 36 - 79%)
4 hour 84% (normal 87 - 100%)

6 hour small bowel transit 20% (mean 58%)

Geometric center of In-111 colonic activity was:

24 hour 2.2 (normal 1.8 - 4.2)
48 hour 4.3 (normal 2.6 - 5.0)

The patient ate all of the meal.

Impression:
1. Gastric emptying is delayed at 2 and 4 hours.
2. Six-hour small bowel transit is below the mean.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/27/2020, D/C: 10/27/2020

## 10/27/2020 - Nuclear Medicine GI Transit Scan in Department of Radiology in Rochester, Minnesota (continued)

### Imaging (continued)

3. Colonic transit is within normal limits.
Acknowledged by: Fox, Jean C, M.D. on 11/03/20 1342

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Signed**

Electronically signed by Nathan, Mark A, M.D. on 10/29/20 at 0833 CDT

**All Reviewers List**

Fox, Jean C, M.D. on 11/3/2020 13:42

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

MAYO CLINIC

## 10/26/2020 - Appointment in Division of Pulmonary Medicine in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Lung Interstitial Disease [J84.9]

### Imaging

#### PFT

**Pulmonary Function Tests [2222708339733] (Final result)**

**Pulmonary Function Tests [2222708339733]** Resulted: 10/26/20 1249, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/26/20 0651
Order status: Completed
Resulted by: Yadav, Hemang, M.B.B.S.
Filed by: Interface, Mc In Oru Cardiology Generic 2 609307 10/26/20 1249
Performed: - 10/26/20 0701
Accession number: 15798814
Resulting lab: MAYO SENTRY SUITE
Lab Technician: 130161-KROENING, TAMARA S.
Acknowledged by: Anstine, Christopher V., M.D. on 10/26/20 1326

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VC MAX POST | 3.68 | L | — | 309 |
| PostFVC | 3.63 | L | — | 309 |
| PostFEV1 | 2.83 | L | — | 309 |
| FEV1/FVC POST | 77.99 | % | — | 309 |
| FEF 25-75 % POST | 2.53 | L/s | — | 309 |
| PEF POST | 7.92 | L/s | — | 309 |
| FET POST | 15.00 | sec | — | 309 |
| DLCO SINGLE BREATH POST | 21.81 | ml/(min*mmHg) | — | 309 |
| DLCOC SINGLE BREATH POST | 21.95 | ml/(min*mmHg) | — | 309 |
| HB | 13.20 | g(Hb)/dL | — | 309 |
| VA SINGLE BREATH POST | 5.03 | L | — | 309 |
| VC MAX PRE | 3.56 | L | — | 309 |
| FVC | 3.52 | L | — | 309 |
| FEV1 | 2.70 | L | — | 309 |
| FEV1/FVC | 76.61 | % | — | 309 |
| FEF25-75% | 2.26 | L/s | — | 309 |
| PEF PRE | 7.68 | L/s | — | 309 |
| FET PRE | 10.99 | sec | — | 309 |
| SUBSTANCE POST | Albuterol | — | — | 309 |
| DOSE POST | 2 Puff | — | — | 309 |
| % PRED VC MAX | 94 % | % | — | 309 |
| FVC% | 93 % | % | — | 309 |
| FEV1% | 90 % | % | — | 309 |
| % PRED FEV1/FVC | 96 % | % | — | 309 |
| % PRED FEF 25-75% | 82 % | % | — | 309 |
| % PRED PEF | 121 % | % | — | 309 |
| PRED VC MAX | 3.78 | — | — | 309 |
| PRED FVC | 3.78 | — | — | 309 |
| PRED FEV 1 | 2.99 | — | — | 309 |
| PRED FEV1/FVC | 79.6 | — | — | 309 |
| PRED FEF 25-75% | 2.75 | — | — | 309 |
| PRED PEF | 6.3 | — | — | 309 |
| PRED DLCO | 23.3 | — | — | 309 |
| PRED DLCOc | 23.3 | — | — | 309 |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

## 10/26/2020 - Appointment in Division of Pulmonary Medicine in Rochester, Minnesota (continued)

### Imaging (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **309 - Unknown** | MAYO SENTRY SUITE | Unknown | NA | 08/03/16 1055 - Present |

**Indications**

Lung Interstitial Disease (HCC) [J84.9 (ICD-10-CM)]

**All Reviewers List**

Anstine, Christopher V., M.D. on 10/26/2020 13:26

### Documents

**Diagnostic Report - PFT**

**Scan on 10/26/2020 7:45 AM**

Scan (below)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

## 10/26/2020 - Appointment in Division of Pulmonary Medicine in Rochester, Minnesota (continued)

### Documents (continued)

12608867
FOX, KEETA

**Routine Pulmonary Function Laboratory (GO 18E - 04)**
**Mayo Clinic, Rochester, Minnesota**

female 53 Years Wt: 60.2 kg BMI: 20 kg/m² Ht: 171.6 cm Arm Span: Test:10/26/2020 07:01AM
Dyspnea Scale (mMRC): 1 Caucasian

| | PREDICTED | CONTROL | POST-DILATOR |
|---|---|---|---|
| Substance | | | Albuterol |
| Dose | | | 2 Puff |
| Patient Position | | Sitting | Sitting |

SPIROMETRY

| | NORMAL | LLN | FOUND | %PRED. | FOUND | %CHNG | %PRED. |
|---|---|---|---|---|---|---|---|
| VC MAX | 3.78 | 2.93 | 3.56 | 94 % | 3.68 | 3 % | 97 % |
| FVC | 3.78 | 2.93 | 3.52 | 93 % | 3.63 | 3 % | 96 % |
| FEV 1 | 2.99 | 2.30 | 2.70 | 90 % | 2.83 | 5 % | 95 % |
| FEV1/FVC | 79.6 | 68.2 | 76.6 | 96 % | 78.0 | 2 % | 98 % |
| FEF25-75% | 2.75 | 1.49 | 2.26 | 82 % | 2.53 | 12 % | 92 % |
| PEF | 6.3 | 3.7 | 7.7 | 121 % | 7.9 | 3 % | 125 % |
| FET | | | 10.99 | | 15.00 | 36 % | |

DIFFUSION CAPACITY

| | NORMAL | LLN | FOUND | %PRED. | FOUND | %PRED |
|---|---|---|---|---|---|---|
| DLCO_SB | 23.3 | 17.9 | | | 21.8 | 94 % |
| DLCOcSB | 23.3 | 17.9 | | | 21.9 | 94 % |
| Hb | | | | | 13.20 | |
| VA_SB | 5.60 | 4.54 | | | 5.03 | 90 % |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

## 10/26/2020 - Appointment in Division of Pulmonary Medicine in Rochester, Minnesota (continued)

**Documents (continued)**

**COMMENTS:**

Normal spirometry and diffusion capacity. There is no acute bronchodilator response.

(Physician Final: 10/26/2020 12:49PM, Yadav, Hemang)

12608867 - FOX, KEETA TST: 10/26/2020 RPT: AUTO_PRELIMINARY_PREPOST R11.10.22.20 PRT: 10/26/2020 12:49PM PG: 2 of 6

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

## 10/26/2020 - Appointment in Division of Pulmonary Medicine in Rochester, Minnesota (continued)

### Documents (continued)

**Flow Volume Curve**







**Volume Time Curve**




12608867 - FOX, KEETA TST: 10/26/2020 RPT: AUTO_PRELIMINARY_PREPOST R11.10.22.20 PRT: 10/26/2020 12:49PM PG: 3 of 6

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

## 10/26/2020 - Appointment in Division of Pulmonary Medicine in Rochester, Minnesota (continued)

### Documents (continued)

**Impulse Oscillometry**

12608867 - FOX, KEETA TST: 10/26/2020 RPT: AUTO_PRELIMINARY_PREPOST R11.10.22.20 PRT: 10/26/2020 12:49PM PG: 4 of 6

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

## 10/26/2020 - Appointment in Division of Pulmonary Medicine in Rochester, Minnesota (continued)

### Documents (continued)

**Spirometry Trend Graph**




| *Measurement Parameter Date* | *Time* | *Medication* | *Spiro FVC (L)* | *FVC %Pred* | *FEV1 (L)* | *FEV1 %Pred* | *VC MAX (L)* | *VC MAX %Pred* |
|---|---|---|---|---|---|---|---|---|
| 10/26/2020 | 7:01:38 AM | | 3.52 | 93.2 | 2.70 | 90.4 | 3.56 | 94.1 |
| 10/26/2020 | 7:08:41 AM | Albuterol | 3.63 | 95.9 | 2.83 | 94.7 | 3.68 | 97.3 |

**Bodyplethysmography Trend Graph**

| *Measurement Parameter Date* | *Time* | *Medication* | *Body TLC (L)* | *TLC %Pred* | *RV (L)* | *FRCpl (L)* | *FRC Rb FRC-He (L)* | *TLC (L)* |
|---|---|---|---|---|---|---|---|---|

12608867 - FOX, KEETA TST: 10/26/2020 RPT: AUTO_PRELIMINARY_PREPOST R11.10.22.20 PRT: 10/26/2020 12:49PM PG: 5 of 6

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

## 10/26/2020 - Appointment in Division of Pulmonary Medicine in Rochester, Minnesota (continued)

### Documents (continued)

**Diffusing Capacity Trend Graph**




| *Measurement Parameter Date* | *Time* | *Medication* | *Diff SB DLCO_SB (ml/(min...* | *DLCO_SB %Pred* | *DLCOcSB (ml/(min...* | *DLCOcSB %Pred* |
|---|---|---|---|---|---|---|
| 10/26/2020 | 7:08:41 AM | Albuterol | 21.8 | 93.6 | 21.9 | 94.2 |

**MIP/MEP Trend Graph**

| *Measurement Parameter Date* | *Time* | *Medication* | *MIP MIP (cmH2O)* | *MEP MEP (cmH2O)* |
|---|---|---|---|---|

12608867 - FOX, KEETA TST: 10/26/2020 RPT: AUTO_PRELIMINARY_PREPOST R11.10.22.20 PRT: 10/26/2020 12:49PM PG: 6 of 6

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Sjogren's (Sicca) Syndrome [M35.00]

### Labs

#### Lab

**Thiopurine Methyltransferase (TPMT) Activity Profile, Erythrocytes [2222708339731] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722043646:1 | Blood | Blood, Venous | 10/22/20 1539 |

**Thiopurine Methyltransferase (TPMT) Activity Profile, Erythrocytes [2222708339731]**
Resulted: 10/24/20 1524, Result status: Final result

Ordering provider: Osborn, Thomas G, M.D. 10/22/20 1532
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/24/20 1525
Collected by: 10/22/20 1539
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Osborn, Thomas G, M.D. on 10/25/20 1542

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| 6-Methylmercaptopurine | 3.02 | 3.00 - 6.66 nmol/mL/h | — | MCR |
| 6-Methylmercaptopurine riboside | 5.76 | 5.04 - 9.57 nmol/mL/h | — | MCR |
| 6-Methylthioguanine riboside | 4.77 | 2.70 - 5.84 nmol/mL/h | — | MCR |
| Reviewed By | Piero Rinaldo, M.D., Ph.D. | — | — | MCR |
| Interpretation | -- | — | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
Liquid Chromatography-Tandem Mass Spectrometry (LC-MS/MS)
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

Result:
*Normal* In this whole blood sample, the profile of activity of thiopurine methyltransferase using three different substrates was normal or essentially normal.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

**Labs (continued)**

**Indications**

Sjogren's (Sicca) Syndrome (HCC) [M35.00 (ICD-10-CM)]

**All Reviewers List**

Osborn, Thomas G, M.D. on 10/25/2020 15:42

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Anorectal Manometry Procedure in Division of Gastroenterology in Rochester, Minnesota (continued)

### Documents (continued)

MAYO
CLINIC

**High-Resolution Anorectal Motility Study**

Mayo Clinic
Gastroenterology
Rochester, Minnesota 55901
201 1st St SW

Patient:
Fox, Keeta
12-608-867

Gender: Female
DOB:

Procedure: Anorectal Manometry
Physician: Dr. Michael Camilleri (4-6218)
Operator: Jessica Issel, RN
Referring Physician: Dr. Fox
Examination Date: 10/22/2020

| **Resting** | | Normal | **Squeeze** | | Normal |
|---|---|---|---|---|---|
| Mean Sphincter Pressure(rectal ref.)(mmHg) | 57.6 | | Max. Sphincter Pressure(rectal ref.)(mmHg) | 211.8 | |
| Max. Sphincter Pressure(rectal ref.)(mmHg) | 60.9 | | Max. Sphincter Pressure(abs. ref.)(mmHg) | 227.1 | |
| Mean Sphincter Pressure(abs. ref.)(mmHg) | 59.1 | | Duration of sustained squeeze(sec) | 4.1 | |
| Max. Sphincter Pressure(abs. ref.)(mmHg) | 62.5 | | | | |
| Length of HPZ(cm) | 4.2 | | | | |
| Length verge to center(cm) | 2.7 | | | | |

| **Push(attempted defecation)** | | Normal | **Balloon Inflation** | | Normal |
|---|---|---|---|---|---|
| Residual Anal Pressure(abs. ref.)(mmHg) | **107.3** | | RAIR | Present | |
| Percent anal relaxation(%) | **-63** | | First sensation(cc) | 20 | |
| Intrarectal pressure(mmHg) | **89.5** | | Urge to defecate(cc) | 40 | |
| Rectoanal pressure differential(mmHg) | **-48.0** | | Discomfort(cc) | **210** | |

**Procedure**
Anal and rectal pressures at rest, during squeeze, and simulated evacuation were assessed by high resolution manometry. Rectoanal inhibitory reflex and rectal sensation were evaluated by distending a balloon in the rectum. Rectal balloon expulsion was assessed by timed external passage of the water filled balloon from the rectum in the upright position on commode.

**Indications**
Abdominal Bloating, Gastric Motility Disorder

**Interpretation / Findings**
The anal pressure at rest was normal. The anal pressure during squeeze was normal. The rectoanal inhibitory reflex was present. Rectal sensation was reduced. During simulated evacuation (maneuver #1), the increase in the intra-rectal pressure was excessive, percent anal relaxation was reduced, residual anal pressure was high, and the rectoanal pressure gradient was abnormal. The rectal balloon expulsion test was normal (16 seconds).

In summary, the balloon expulsion test was within normal limits. Separately, there are 4 of 5 manometric abnormalities (in bold). The presence of two or more of these manometric features may also suggest an evacuation disorder in the appropriate clinical setting. There is also evidence of reduced rectal sensation to discomfort which may suggest the presence of mega rectum secondary to constipation

Comment - Normal values [10 to 90th percentile range] for women aged 50 years and older.

Mean sphincter pressure (abs. ref.): 26 to 91 mmHg
Max sphincter pressure (abs. ref): 99 to 248 mmHgBear down (attempted defecation)
Residual Anal Pressure (abs. ref.): 25 to 93 mmHg
Percent anal relaxation: 6 to 57 %
Increase in intrarectal pressure: -4 to 78 mmHg
Rectoanal pressure differential: -42 to 14 mmHg

Rectal sensation:
First sensation: 20 to 40 cc
Urge to defecate: 40 to 90 cc
Discomfort: 60 to 120 cc

Michael Camilleri, M.D.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Anorectal Manometry Procedure in Division of Gastroenterology in Rochester, Minnesota (continued)

### Documents (continued)

MAYO CLINIC

**High-Resolution Anorectal Motility Study**

Mayo Clinic
Gastroenterology
Rochester, Minnesota 55901
201 1st St SW

| | Normal | Group / Mean | Epis. #1 | Epis. #2 | Epis. #3 | Epis. #4 | Epis. #5 | Epis. #6 | Epis. #7 | Epis. #8 |
|---|---|---|---|---|---|---|---|---|---|---|
| RESTING MEASUREMENTS | | | | | | | | | | |
| Length HPZ (cm) | | 4.2 | 4.2 | | | | | | | |
| Verge to Center (cm) | | 2.7 | 2.7 | | | | | | | |
| Mean Sphincter Pressure (rectal ref.)(mmHg) | | 57.6 | 57.6 | | | | | | | |
| Max. Sphincter Pressure (rectal ref.)(mmHg) | | 60.9 | 60.9 | | | | | | | |
| Mean Sphincter Pressure (abs. ref.)(mmHg) | | 59.1 | 59.1 | | | | | | | |
| Max. Sphincter Pressure (abs.ref.)(mmHg) | | 62.5 | 62.5 | | | | | | | |
| SQUEEZE MEASUREMENT | | | | | | | | | | |
| Max. Sphincter Pressure (rectal ref.)(mmHg) | | 211.8 | 222.3 | 209.8 | 203.5 | | | | | |
| Max. Sphincter Pressure (abs. ref.)(mmHg) | | 227.1 | 232.1 | 225.6 | 223.7 | | | | | |
| Duration of Sustained Squeeze(sec) | | 4.1 | 5.6 | 4.1 | 2.5 | | | | | |
| PUSH (Attempted Defecation) | | | | | | | | | | |
| Residual Anal Pressure (abs. ref.)(mmHg) | | 107.3 | 117.2 | 107.3 | | | | | | |
| Percent Anal Relaxation (%) | | -63 | -63 | -117 | | | | | | |
| Intrarectal Pressure (mmHg) | | 89.5 | 69.1 | 89.5 | | | | | | |
| Rectoanal Pressure Differential(mmHg) | | -17.9 | -48.0 | -17.9 | | | | | | |
| BALLOON FILL | | | | | | | | | | |
| Sensation (cc) | | 20 | | | | | | | | |
| Urge (cc) | | 40 | | | | | | | | |
| Discomfort (cc) | | 210 | | | | | | | | |
| RAIR Present | | Present | Present | Present | Present | N/A | N/A | N/A | N/A | N/A |
| Percent RAIR Relaxation (%) | | 13 | 26 | 45 | 34 | 0 | 0 | 0 | 0 | 0 |

Fox Keeta, 12-608-867, 10/22/2020

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Anorectal Manometry Procedure in Division of Gastroenterology in Rochester, Minnesota (continued)

**Documents (continued)**

MAYO CLINIC

**High-Resolution Anorectal Motility Study**

Mayo Clinic
Gastroenterology
Rochester, Minnesota 55901
201 1st St SW

Fox Keeta, 12-608-867, 10/22/2020

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Anorectal Manometry Procedure in Division of Gastroenterology in Rochester, Minnesota (continued)

**Documents (continued)**

MAYO CLINIC

**High-Resolution Anorectal Motility Study**

Mayo Clinic
Gastroenterology
Rochester, Minnesota 55901
201 1st St SW

Resting Pressure



Resting Pressure



Squeeze #1



Squeeze #1



Squeeze #2



Squeeze #2



Fox Keeta, 12-608-867, 10/22/2020

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Anorectal Manometry Procedure in Division of Gastroenterology in Rochester, Minnesota (continued)

**Documents (continued)**

MAYO CLINIC

**High-Resolution Anorectal Motility Study**

Mayo Clinic
Gastroenterology
Rochester, Minnesota 55901
201 1st St SW

Squeeze #3



Squeeze #3



Push #1



Push #1



Push #2



Push #2



Fox Keeta, 12-608-867, 10/22/2020

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Anorectal Manometry Procedure in Division of Gastroenterology in Rochester, Minnesota (continued)

**Documents (continued)**

MAYO CLINIC

**High-Resolution Anorectal Motility Study**

Mayo Clinic
Gastroenterology
Rochester, Minnesota 55901
201 1st St SW

Balloon Fill #1



Balloon Fill #1



Balloon Fill #2



Balloon Fill #2



Balloon Fill #3



Balloon Fill #3



Fox Keeta, 12-608-867, 10/22/2020

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Anorectal Manometry Procedure in Division of Gastroenterology in Rochester, Minnesota (continued)

**Documents (continued)**

MAYO CLINIC

**High-Resolution Anorectal Motility Study**

Mayo Clinic
Gastroenterology
Rochester, Minnesota 55901
201 1st St SW

Balloon Fill #4



Balloon Fill #4



Balloon Fill #5



Balloon Fill #5



Balloon Fill #6



Balloon Fill #6



Fox Keeta, 12-608-867, 10/22/2020

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Anorectal Manometry Procedure in Division of Gastroenterology in Rochester, Minnesota (continued)

**Documents (continued)**

MAYO CLINIC

**High-Resolution Anorectal Motility Study**

Mayo Clinic
Gastroenterology
Rochester, Minnesota 55901
201 1st St SW

Balloon Fill #7



Balloon Fill #7



Balloon Fill #8



Balloon Fill #8



Fox Keeta, 12-608-867, 10/22/2020

## 10/22/2020 - Anorectal Manometry Procedure in Division of Gastroenterology in Rochester, Minnesota (continued)

**Documents (continued)**

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: [redacted] Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - CT Chest Imaging Exam in Department of Radiology in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Lung Interstitial Disease [J84.9]

### Imaging

#### Imaging

**CT Chest without IV Contrast [2222708339722] (Final result)**

**CT Chest without IV Contrast [2222708339722]** Resulted: 10/22/20 1153, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 1059
Order status: Completed
Resulted by: Hildebrandt, John W, M.D.
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 10/22/20 1157
Performed: 10/22/20 1126 - 10/22/20 1142
Accession number: 15798747
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: CT CHEST WITHOUT IV CONTRAST

COMPARISON: None

FINDINGS:
No adenopathy. 10 mm low dense lesion in the anterior right lobe the liver (series 3/image 652). Lesion had the appearance of hepatic cysts on recent abdominal MR exam of 03/17/2020.

Focal 60 x 40 mm region of emphysema in the right lower lobe (3/325-540). No evidence of pulmonary fibrosis. No lung cysts. No segment air trapping on expiratory imaging. Benign appearing left breast calcification.

Impression:
Focal emphysema in the right lower lobe without evidence of pulmonary fibrosis.
Acknowledged by: Anstine, Christopher V., M.D. on 10/22/20 1214

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Signed**

Electronically signed by Hildebrandt, John W, M.D. on 10/22/20 at 1153 CDT

**All Reviewers List**

Anstine, Christopher V., M.D. on 10/22/2020 12:14

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/22/2020

## 10/22/2020 - Diagnostic in Division of Pulmonary Medicine in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Fatigue [R53.83]

### Documents

**Diagnostic Report - PFT**

**Scan on 10/23/2020 9:31 AM**

Scan (below)

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/22/2020

## 10/22/2020 - Diagnostic in Division of Pulmonary Medicine in Rochester, Minnesota (continued)

### Documents (continued)

***Mayo Clinic Overnight Oximetry Report***

**Patient Data** **Name:** FOX, KEETA **Gender:** Female
**Age:** 53 **DOB:** **Height:** 0 in **BMI:** 0.0
**Physician:** ANSTINE 20649011 **Weight:** 0 lb **ID:** 12608867
**Note 1:** Order=2222708339720, CSN=2000370577735 **Note 2:** Loc=ROGO18E, Stat=FNL, RT=ts, Dev=148

**Recording Date:** 22 October 2020 **Start Time:** 21:41:38 **Duration:** 10:00:32 **Analyzed:** 09:50:04
**Comments:** EAP=PFT145, Env=Room Air, ESS=5
**Data storage rate of 4 seconds every sample.**

| **Event Data** | **SpO2** | **Pulse** |
|---|---|---|
| Total Events | 44 | 7 |
| Time In Events (min) | 42.4 | 2.2 |
| Avg. Event Dur. (sec) | 57.8 | 18.9 |
| Index (1/hr) | | 0.7 |
| Oxygen Desat Index (1/hr) | 4.4 | |
| % Artifact | 2.0 | 2.0 |
| Adjusted Index (1/hr) | 4.5 | 0.7 |

| **%SpO2 Data** | | |
|---|---|---|
| Basal SpO2(%) | 93.5 | |
| Time (min) < 89% | 0.2 | |
| Events < 89% | 2 | |
| Max Single Time < 89% | 8 sec at 06:02:22 | |
| Minimum SpO2 (%) | 88 | at 00:58:58 |
| Maximum SpO2 (%) | 98 | at 05:58:54 |
| Avg. Low SpO2 (%) | 91.0 | |
| Avg. Low SpO2 < 89% | 88.0 | |

| **Pulse Data** | |
|---|---|
| Avg. Pulse Rate(bpm) | 75.3 |
| Low Pulse Rate (bpm) | 56 |
| High Pulse Rate (bpm) | 136 |

**Interpretation**

Overnight oximetry was performed on room air without the use of an assisted breathing device. Questionnaire notes that patient took alcohol the night of the study, and sleep quality was "same as usual." Baseline oxygen saturation was 93% with a lowest recorded oxygen of saturation 80%. Oxygen desaturation index was 4.5. The pattern was nonspecific.

Impression: Borderline abnormal overnight oximetry. Normal baseline with nonspecific pattern which could be suggestive of sleep-related breathing disorder.

Dictated by: Duke, Jennifer D., M.D.
Physician: Keogh, Karina A., M.D. 12479527

**Analysis Parameters**
Desaturation Event: drop in SpO2 by at least 4% for a minimum duration of 10 seconds.
Pulse Event: Change in rate by at least 6 bpm for a minimum duration of 8 seconds.

**Graphic Summary**
SpO2 (10 % per division)




Name: FOX, KEETA ID: 12608867

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/22/2020

## 10/22/2020 - Lab in Department of Laboratory Medicine and Pathology, Charlton Building, in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Lung Interstitial Disease [J84.9]

### Labs

#### Microbiology

**SARS Coronavirus-2, PCR Asymptomatic [2222708339715] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722015166:1 | Varies | Nasopharynx | 10/22/20 0936 |

**SARS Coronavirus-2, PCR Asymptomatic [2222708339715]** Resulted: 10/23/20 1616, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 0933
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/23/20 1617
Collected by: 10/22/20 0936
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Anstine, Christopher V., M.D. on 10/26/20 0742

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS Coronavirus-2 Source | Swab, Nasopharynx | — | — | MCR |
| SARS Coronavirus-2, PCR | Undetected | Undetected | — | MCR |

Comment:
SARS-CoV-2 RNA absent. This result does not rule out COVID-19 in the patient, as the sensitivity of the test depends on the timing of the specimen collection and quality of the specimen. Result should be correlated with patient's history and clinical presentation.

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. Independent review by the U.S. Food and Drug Administration is pending.

Visit the CDC website:
https://www.cdc.gov/coronavirus/
for the most recent guidelines on Coronavirus testing.

Fact Sheet for Healthcare Providers:

(https://www.mayocliniclabs.com/it-mmfiles/
Provider_Fact_Sheet_for_Mayo_Clinic_COVID-19.pdf)

Fact Sheet for Patients:

(https://www.mayocliniclabs.com/it-mmfiles/
Patient_Fact_Sheet_for_COVID-19.pdf)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/22/2020

## 10/22/2020 - Lab in Department of Laboratory Medicine and Pathology, Charlton Building, in Rochester, Minnesota (continued)

### Labs (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Lung Interstitial Disease (HCC) [J84.9 (ICD-10-CM)]

**All Reviewers List**

Anstine, Christopher V., M.D. on 10/26/2020 07:42

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Urine Container Visit in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Polyuria [R35.8]

### Labs

#### Lab

**Urinalysis with Microscopic: Urine, Clean Catch [2222708339707] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722005320:1 | Urine | Urine, Clean Catch | 10/22/20 1126 |

**Urinalysis with Microscopic: Urine, Clean Catch [2222708339707] (Abnormal)**
Resulted: 10/22/20 1227, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 0643
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/22/20 1227
Collected by: 10/22/20 1126
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Anstine, Christopher V., M.D. on 10/26/20 1325

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Source | Midstream | — | — | MCR |
| Appearance | Normal | Normal | — | MCR |
| Osmolality, U | 832 | 150 - 1150 mOsm/kg | — | MCR |
| pH, U | 5.3 | 4.5 - 8.0 | — | MCR |
| Comment:<br><br>----ADDITIONAL INFORMATION----<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | | | | |
| Glucose | 7 | 0 - 15 mg/dL | — | MCR |
| Protein | 14 | <26 mg/dL | — | MCR |
| Comment:<br><br>----ADDITIONAL INFORMATION----<br>On 06/27/2017 the total protein assay method changed resulting in approximately a 15% increase in protein values. | | | | |
| Protein/Osmolality | 0.17 | <0.42 Ratio | — | MCR |
| Comment:<br><br>----ADDITIONAL INFORMATION----<br>On 06/27/2017 the total protein assay method changed resulting in approximately a 15% increase in protein values. | | | | |
| Predicted 24 Hr Protein | 133 | mg/24 h | — | MCR |
| Predicted Range | 33-537 | mg/24 h | — | MCR |
| Hemoglobin, QL | Trace | Negative | A ! | MCR |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Urine Container Visit in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Polyuria [R35.8 (ICD-10-CM)]

**All Reviewers List**

Anstine, Christopher V., M.D. on 10/26/2020 13:25
Anstine, Christopher V., M.D. on 10/22/2020 12:24
Anstine, Christopher V., M.D. on 10/22/2020 12:14

### Microscopic Automated [2222708339726] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722005320:3 | Urine | — | 10/22/20 1126 |

**Microscopic Automated [2222708339726] (Abnormal)** Resulted: 10/22/20 1221, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 0643
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/22/20 1222
Collected by: 10/22/20 1126
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Anstine, Christopher V., M.D. on 10/22/20 1224

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Microscopy | Abnormal | — | — | MCR |
| RBC | 3-10 | <3 /hpf | A ! | MCR |
| Dysmorphic RBC | <25 | <25 % | — | MCR |
| WBC | 1-3 | /hpf | — | MCR |

Comment:
----REFERENCE VALUE----
1-3 (Males)
1-10 (Females)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC | William G. Morice, | 200 First Street SW | 01/21/20 1504 - Present |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Urine Container Visit in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

### Labs (continued)

| | | | |
|---|---|---|---|
| | LABORATORIES - ROCHESTER MAIN CAMPUS | II, M.D., Ph.D. | Rochester MN 55905 |

#### All Reviewers List

Anstine, Christopher V., M.D. on 10/26/2020 13:25
Anstine, Christopher V., M.D. on 10/22/2020 12:24

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota

### Reason for Visit

Visit diagnoses:

- Fatigue [R53.83]
- Arthralgia [M25.50]

### Labs

#### Lab

**CBC with Differential, Blood [2222708206234] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722005319:1 | Blood | Blood, Venous | 10/22/20 0651 |

**CBC with Differential, Blood [2222708206234] (Abnormal)** Resulted: 10/22/20 0730, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 0643
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/22/20 0730
Collected by: 10/22/20 0651
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Anstine, Christopher V., M.D. on 10/22/20 0732

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 13.2 | 11.6 - 15.0 g/dL | — | MCR |
| Hematocrit | 38.6 | 35.5 - 44.9 % | — | MCR |
| Erythrocytes | 3.90 | 3.92 - 5.13 x10(12)/L | L ˅ | MCR |
| MCV | 99.0 | 78.2 - 97.9 fL | H ˄ | MCR |
| RBC Distrib Width | 11.9 | 12.2 - 16.1 % | L ˅ | MCR |
| Platelet Count | 211 | 157 - 371 x10(9)/L | — | MCR |
| Leukocytes | 4.8 | 3.4 - 9.6 x10(9)/L | — | MCR |
| Neutrophils | 2.64 | 1.56 - 6.45 x10(9)/L | — | MCR |
| Lymphocytes | 1.59 | 0.95 - 3.07 x10(9)/L | — | MCR |
| Monocytes | 0.44 | 0.26 - 0.81 x10(9)/L | — | MCR |
| Eosinophils | 0.06 | 0.03 - 0.48 x10(9)/L | — | MCR |
| Basophils | 0.04 | 0.01 - 0.08 x10(9)/L | — | MCR |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

### Labs (continued)

**Indications**

Fatigue [R53.83 (ICD-10-CM)]

**All Reviewers List**

Anstine, Christopher V., M.D. on 10/23/2020 06:56
Anstine, Christopher V., M.D. on 10/22/2020 16:13
Anstine, Christopher V., M.D. on 10/22/2020 12:14
Anstine, Christopher V., M.D. on 10/22/2020 09:19
Anstine, Christopher V., M.D. on 10/22/2020 07:32

### Thyroid Function Cascade [2222708339689] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722005319:2 | Blood | Blood, Venous | 10/22/20 0651 |

**Thyroid Function Cascade [2222708339689]** Resulted: 10/22/20 0807, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 0643
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/22/20 0807
Collected by: 10/22/20 0651
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Anstine, Christopher V., M.D. on 10/22/20 0919

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH, Sensitive, S | 2.5 | 0.3 - 4.2 mIU/L | — | MCR |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Fatigue [R53.83 (ICD-10-CM)]

**All Reviewers List**

Anstine, Christopher V., M.D. on 10/23/2020 06:56
Anstine, Christopher V., M.D. on 10/22/2020 16:13
Anstine, Christopher V., M.D. on 10/22/2020 12:14
Anstine, Christopher V., M.D. on 10/22/2020 09:19

### CK (Creatine Kinase) [2222708339691] (Final result)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

### Labs (continued)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722005319:3 | Blood | Blood, Venous | 10/22/20 0651 |

**CK (Creatine Kinase) [2222708339691]** Resulted: 10/22/20 0807, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 0643
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/22/20 0807
Collected by: 10/22/20 0651
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Anstine, Christopher V., M.D. on 10/22/20 0919

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Creatine Kinase (CK), S | 66 | 26 - 192 U/L | — | MCR |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Fatigue [R53.83 (ICD-10-CM)]

**All Reviewers List**

Anstine, Christopher V., M.D. on 10/23/2020 06:56
Anstine, Christopher V., M.D. on 10/22/2020 16:13
Anstine, Christopher V., M.D. on 10/22/2020 12:14
Anstine, Christopher V., M.D. on 10/22/2020 09:19

**Rheumatoid Factor [2222708339693] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722005319:4 | Blood | Blood, Venous | 10/22/20 0651 |

**Rheumatoid Factor [2222708339693]** Resulted: 10/22/20 0936, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 0643
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/22/20 0936
Collected by: 10/22/20 0651
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Anstine, Christopher V., M.D. on 10/22/20 1214

**Components**

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

### Labs (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Rheumatoid Factor, S | <15 | <15 IU/mL | — | SDSC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Fatigue [R53.83 (ICD-10-CM)]

**All Reviewers List**

Anstine, Christopher V., M.D. on 10/23/2020 06:56
Anstine, Christopher V., M.D. on 10/22/2020 16:13
Anstine, Christopher V., M.D. on 10/22/2020 12:14

### Cyclic Citrullinated Peptide Antibodies, IgG [2222708339695] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722005319:5 | Blood | Blood, Venous | 10/22/20 0651 |

**Cyclic Citrullinated Peptide Antibodies, IgG [2222708339695]** Resulted: 10/22/20 1212, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 0643
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/22/20 1212
Collected by: 10/22/20 0651
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Anstine, Christopher V., M.D. on 10/22/20 1214

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cyclic Citrullinated Peptide Ab, S | <15.6 | <20.0 (Negative) U | — | SDSC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Fatigue [R53.83 (ICD-10-CM)]

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

### Labs (continued)

**All Reviewers List**

Anstine, Christopher V., M.D. on 10/23/2020 06:56
Anstine, Christopher V., M.D. on 10/22/2020 16:13
Anstine, Christopher V., M.D. on 10/22/2020 12:14

### Cortisol [2222708339697] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722005319:6 | Blood | Blood, Venous | 10/22/20 0651 |

**Cortisol [2222708339697]** Resulted: 10/22/20 0905, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 0643
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/22/20 0905
Collected by: 10/22/20 0651
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Anstine, Christopher V., M.D. on 10/22/20 0919

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cortisol AM Result | 22 | 7 - 25 mcg/dL | — | MCR |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Fatigue [R53.83 (ICD-10-CM)]

**All Reviewers List**

Anstine, Christopher V., M.D. on 10/23/2020 06:56
Anstine, Christopher V., M.D. on 10/22/2020 16:13
Anstine, Christopher V., M.D. on 10/22/2020 12:14
Anstine, Christopher V., M.D. on 10/22/2020 09:19

### 25-Hydroxyvitamin D2 and D3 [2222708339699] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722005319:7 | Blood | Blood, Venous | 10/22/20 0651 |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

### Labs (continued)

**25-Hydroxyvitamin D2 and D3 [2222708339699]** Resulted: 10/22/20 2051, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 0643 | Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/22/20 2052 | Collected by: 10/22/20 0651
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Anstine, Christopher V., M.D. on 10/23/20 0656

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| 25-Hydroxy D2 | <4.0 | ng/mL | — | SDSC |
| 25-Hydroxy D3 | 47 | ng/mL | — | SDSC |
| 25-Hydroxy D Total | 47 | ng/mL | — | SDSC |

Comment:

----REFERENCE VALUE----
25-HYDROXY D TOTAL (D2+D3) Optimum levels in the healthy population are 20-50, patients with bone disease may benefit from higher levels within this range.

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Fatigue [R53.83 (ICD-10-CM)]

**All Reviewers List**

Anstine, Christopher V., M.D. on 10/23/2020 06:56

**APTT (Activated Partial Thromboplastin Time) [2222708339703] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722005319:9 | Blood | Blood, Venous | 10/22/20 0651 |

**APTT (Activated Partial Thromboplastin Time) [2222708339703]** Resulted: 10/22/20 0757, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 0643 | Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 | Collected by: 10/22/20 0651

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

### Labs (continued)

10/22/20 0757
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Anstine, Christopher V., M.D. on 10/22/20 0919

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Partial Thrombopl Time, P | 32 | 25 - 37 sec | — | MCR |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

**All Reviewers List**

Anstine, Christopher V., M.D. on 10/23/2020 06:56
Anstine, Christopher V., M.D. on 10/22/2020 16:13
Anstine, Christopher V., M.D. on 10/22/2020 12:14
Anstine, Christopher V., M.D. on 10/22/2020 09:19

### Prothrombin Time (PT) [2222708339705] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722005319:10 | Blood | Blood, Venous | 10/22/20 0651 |

**Prothrombin Time (PT) [2222708339705]** Resulted: 10/22/20 0757, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 0643
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/22/20 0757
Collected by: 10/22/20 0651
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Anstine, Christopher V., M.D. on 10/22/20 0919

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time, P | 11.4 | 9.4 - 12.5 sec | — | MCR |
| INR | 1.0 | 0.90 - 1.10 | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
Standard intensity warfarin therapeutic range: 2.0 to 3.0

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

### Labs (continued)

High intensity warfarin therapeutic range: 2.5 to 3.5

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

#### Indications

Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

#### All Reviewers List

Anstine, Christopher V., M.D. on 10/23/2020 06:56
Anstine, Christopher V., M.D. on 10/22/2020 16:13
Anstine, Christopher V., M.D. on 10/22/2020 12:14
Anstine, Christopher V., M.D. on 10/22/2020 09:19

### Microbiology

#### Lyme Disease Serology, Serum [2222708339701] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F722005319:8 | Blood | Blood, Venous | 10/22/20 0651 |

**Lyme Disease Serology, Serum [2222708339701]** Resulted: 10/22/20 1515, Result status: Final result

Ordering provider: Anstine, Christopher V., M.D. 10/22/20 0643
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/22/20 1515
Collected by: 10/22/20 0651
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Anstine, Christopher V., M.D. on 10/22/20 1613

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lyme Disease Serology, S | Negative | Negative | — | SDSC |

Comment:
No evidence of antibodies to B. burgdorferi detected.
False negative results may occur in recently infected
patients (<=2 weeks) due to low or undetectable antibody
levels to B. burgdorferi. If recent exposure is suspected,
a second sample should be collected and tested in 2-4 weeks.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/22/2020, D/C: 10/22/2020

## 10/22/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

### Labs (continued)

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

#### Indications

Fatigue [R53.83 (ICD-10-CM)]

#### All Reviewers List

Anstine, Christopher V., M.D. on 10/23/2020 06:56
Anstine, Christopher V., M.D. on 10/22/2020 16:13

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/16/2020, D/C: 10/16/2020

## 10/16/2020 - Exercise Testing in Department of Cardiovascular Diseases in Rochester, Minnesota (continued)

### Documents (continued)

**Fox, Keeta (12608867) - 10/16/2020**

MAYO CLINIC

Mayo Clinic
Rochester, MN

**Date of test:** 10/16/2020
**Report date/time:** 10/16/2020 11:22
**Referring provider:** Singer, Wolfgang
**Study indication:** Fatigue
**Interpreting physician:** Vasile MD, PhD, Vlad C
**Interpretation location:** Rochester, MN

**Name:** Fox, Keeta
**Clinic number:** 12608867
**DOB:**
**Age:** 53
**Administrative sex:** F
**Height:** 169 cm **Weight:** 59.6 kg
**BSA:** 1.68 m² **BMI:** 20.9 kg/m²

**Study type:** Cardiopulmonary Exercise Test - Cardiology
**Stress type:** Treadmill
**Stress protocol:** Mayo

**Impressions:**
1. Good peak VO2 without evidence of cardiac or pulmonary impairment to exercise.
2. Stress ECG was negative for ischemia.
3. No prior test for comparison.

**Stress results:** Stress type: Treadmill. Protocol: Mayo.

**Symptoms:** Exercise was terminated due to fatigue. Additional symptoms included severe dyspnea and nausea.

**Electrocardiogram:**
Baseline ECG: Sinus tachycardia.
Stress ECG: The stress ECG was negative for ischemia.

**Stress results evaluation:**

| | *Test result* | *Predicted* | *% predicted* | *Classification* |
|---|---|---|---|---|
| *Exercise time* | 9.3 min | 9 min | 103.3% | Average |
| *Peak METS, estimated* | 9.3 METS | - | - | - |
| *Resting heart rate* | 90 bpm | - | - | - |
| *Peak heart rate* | 184 bpm | 168 bpm | 109% | Normal heart rate response |
| *Heart rate reserve* | 94 bpm | >/=89 bpm | 105% | Normal chronotropic response (CI>/=0.8) |
| *Heart rate 1 min post exercise* | 171 bpm | - | - | - |
| *Heart rate recovery* | 13 bpm | >/=13 bpm | - | Normal heart rate recovery |
| *Peak systolic pressure* | 148 mm Hg | 130 - 224 | - | Normal blood pressure response |
| *Peak RER* | 1.27 | - | - | Maximal cardiometabolic effort |
| *Peak VO2* | 1.69 L/min | - | - | - |
| *Peak VO2/kg wt* | 28.4 ml/(min·kg) | 25.7 ml/(min·kg) | 111% | Good |
| *Peak METS, measured* | 8.1 METS | - | - | - |
| *OUES* | 1577 ml/L | 1753 ml/L | - | - |
| *O2 pulse* | 9.2 ml | - | - | Normal O2 pulse rise |
| *Anaerobic threshold (AT)* | 982 ml/(min·kg) | - | - | - |
| *Peak ventilation* | 83 L/min | - | - | - |
| *Minimum O2 sat* | 92% | >/=90% | - | Normal O2 saturation response |
| *VE/VCO2 nadir* | 32 | 23.5 - 33 | - | Normal breathing efficiency |
| *VE/VCO2 slope* | 37.4 | 20.6 - 32.4 | - | - |

**Cardiac stress table:**

| *Stage* | *Time into phase* | *HR* | *BP* | *RPE* |
|---|---|---|---|---|
| SIT | 00:00 | 100 | - | - |
| SUPINE | 00:00 | 90 | - | - |
| STANDING | 00:00 | 116 | 122/72 (89) | - |
| EXERCISE | 00:00 | 127 | - | - |
| EXERCISE; 2 mph | 01:00 | 123 | - | - |
| EXERCISE; 2 mph | 02:00 | 126 | 114/64 (81) | 10 |
| EXERCISE; 2 mph, 7% incline | 03:00 | 134 | - | - |
| EXERCISE; 2 mph, 7% incline | 04:00 | 146 | 122/76 (91) | 12 |
| EXERCISE; 2 mph, 14% incline | 05:00 | 157 | - | - |
| EXERCISE; 2 mph, 14% incline | 06:00 | 162 | 130/70 (90) | 14 |
| EXERCISE; 3 mph, 12.5% incline | 07:00 | 171 | - | - |
| EXERCISE; 3 mph, 12.5% incline | 08:00 | 176 | 142/66 (91) | 15 |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/16/2020, D/C: 10/16/2020

## 10/16/2020 - Exercise Testing in Department of Cardiovascular Diseases in Rochester, Minnesota (continued)

### Documents (continued)

**Fox, Keeta (12608867) - 10/16/2020**

| | | | | |
|---|---|---|---|---|
| EXERCISE; 3 mph, 17.5% incline | 09:00 | 181 | 148/60 (89) | 17 |
| PEAK; 3 mph, 17.5% incline | 09:18 | 184 | 148/60 (89) | 18 |
| COOL DOWN; 1.7 mph | 01:00 | 171 | 118/70 (86) | - |
| COOL DOWN; 1.7 mph | 03:00 | 144 | 106/68 (81) | - |
| RECOVERY | 06:00 | 112 | 90/60 (70) | - |

**Pulmonary stress table:**

| *Stage* | *Time into phase* | *Sat* | *VO2* | *VO2/kg* | *RER* | *VCO2* | *VE* | *VE/VCO2* | *RR* | *TV* | *ETCO2* | *Vd/Vt* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SIT | 00:00 | - | - | - | - | - | - | - | - | - | - | - |
| SUPINE | 00:00 | - | - | - | - | - | - | - | - | - | - | - |
| STANDING | 00:00 | - | - | - | - | - | - | - | - | - | - | - |
| EXERCISE | 00:00 | 98% | 0.258 | 4.3 | 0.91 | 0.23 | 9.4 | 40 | 15.8 | 0.596 | 33 | 30% |
| EXERCISE; 2 mph | 01:00 | 97% | 0.425 | 7.1 | 0.88 | 0.37 | 13.5 | 36 | 19.6 | 0.692 | 34 | 25% |
| EXERCISE; 2 mph | 02:00 | 96% | 0.604 | 10.1 | 0.77 | 0.46 | 15.4 | 33 | 17.6 | 0.875 | 36 | 23% |
| EXERCISE; 2 mph, 7% incline | 03:00 | 98% | 0.748 | 12.5 | 0.81 | 0.61 | 20.3 | 34 | 21.3 | 0.957 | 34 | 20% |
| EXERCISE; 2 mph, 7% incline | 04:00 | 95% | 0.882 | 14.8 | 0.82 | 0.73 | 23.8 | 33 | 22.1 | 1.08 | 35 | 21% |
| EXERCISE; 2 mph, 14% incline | 05:00 | 96% | 1.096 | 18.4 | 0.89 | 0.97 | 32.2 | 33 | 28.1 | 1.146 | 34 | 20% |
| EXERCISE; 2 mph, 14% incline | 06:00 | 94% | 1.129 | 18.9 | 0.95 | 1.07 | 35 | 33 | 29.7 | 1.177 | 35 | 21% |
| EXERCISE; 3 mph, 12.5% incline | 07:00 | 93% | 1.396 | 23.4 | 1.07 | 1.49 | 51.5 | 34 | 36.5 | 1.409 | 33 | 18% |
| EXERCISE; 3 mph, 12.5% incline | 08:00 | 94% | 1.487 | 25 | 1.16 | 1.73 | 62.2 | 36 | 41.6 | 1.493 | 31 | 19% |
| EXERCISE; 3 mph, 17.5% incline | 09:00 | 95% | 1.619 | 27.2 | 1.25 | 2.03 | 79.3 | 39 | 49.4 | 1.606 | 29 | 18% |
| PEAK; 3 mph, 17.5% incline | 09:18 | 95% | 1.693 | 28.4 | 1.27 | 2.14 | 83 | 39 | 50.3 | 1.651 | 29 | 18% |
| COOL DOWN; 1.7 mph | 01:00 | 95% | 1.038 | 17.4 | 1.37 | 1.42 | 57.5 | 40 | 43.3 | 1.327 | 28 | 20% |
| COOL DOWN; 1.7 mph | 03:00 | - | - | - | - | - | - | - | - | - | - | - |
| RECOVERY | 06:00 | - | - | - | - | - | - | - | - | - | - | - |

*VO2 and VCO2 are shown in L/min, VO2/kg is shown in ml/kg/min, RR is breaths/min, TV is in L, ETCO2 is mm Hg.*

**Study data:**
Study room number: RO-GO-5-330.
Primary reason for study: Fatigue.
Secondary reason for study: Palpitations.
Patient education: Verbal instructions for undergoing the cardiopulmonary exercise testing study were provided. The patient exhibited no barriers to learning. Patient verbalized and demonstrated understanding. Education time: 5 min.
Consent: The goals, risks, and alternatives to the procedure were explained to the patient, questions were answered and consent was given to proceed.
Study completion: There were no complications.
Discharge: The patient was discharged from the stress laboratory. The patient left the laboratory in stable condition.

Electronically signed by:

Vasile MD, PhD, Vlad C
2020-10-16T11:22:16

Prior Signatures:
Preliminary Reviewed by Olson PhD, MS, Thomas - 10/16/2020 10:35:45 AM
Quality Check by Skalecki CEP, Madison T - 10/16/2020 10:21:38 AM

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/16/2020, D/C: 10/16/2020

## 10/16/2020 - Autonomic Reflex Screen in Department of Neurology in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Atrophy Multiple System [G90.3]

### Imaging

#### Neurology

**Autonomic reflex Screen [2222704711350] (Final result)**

**Autonomic reflex Screen [2222704711350]** Resulted: 10/16/20 1128, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/16/20 0731
Resulted by: Singer, Wolfgang, M.D.
Performed: 10/16/20 0911 - 10/16/20 0911
Resulting lab: MC NEU AUTO
Order status: Completed
Filed by: Singer, Wolfgang, M.D. 10/16/20 1128
Accession number: 15522610

Narrative:
FINAL REPORT AUTONOMIC REFLEX SCREEN

12-608-867 Age: 53 Location: ROCHESTER
Lab #: 202004839-01
Fox, Keeta Sex: F Order ID: 2222624343008
Date: 10/16/2020
DOB: 11/6/1966
Autonomic Consultant: Wolfgang Singer, M.D. (4-7170)

CONCLUSION

There is no evidence of autonomic failure. There is evidence of symptomatic orthostatic tachycardia, which can be seen in deconditioning, dehydration, as a constitutional trait, and in hyper-adrenergic states (including anxiety). The observed resting sweat activity may favor the latter.

QUANTITATIVE AXON REFLEX SWEAT TEST (QSWEAT)

| Side | Site | Test Current (mA) | Duration (min) | Latency (min) | Sweat Output (uL) | Sweat Output Normal Cutoff 5th (10th) Percentile |
|---|---|---|---|---|---|---|
| L | Forearm | 2 | 10 | 1.0 | 1.15 | F: 0.08 (0.13) |
| L | Proximal Leg | 2 | 10 | 0.8 | 2.07 | F: 0.19 (0.31) |
| L | Distal Leg | 2 | 10 | 0.7 | 1.41 | F: 0.14 (0.23) |
| L | Foot | 2 | 10 | 0.7 | 1.12 | F: 0.07 (0.14) |

Comments on Sudomotor Test: QSART responses were normal at all sites. Resting sweat activity was noted at all sites.

DEEP BREATHING & VALSALVA MANEUVER RESPONSES

Result

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/16/2020, D/C: 10/16/2020

## 10/16/2020 - Autonomic Reflex Screen in Department of Neurology in Rochester, Minnesota (continued)

### Imaging (continued)

Normal Cutoff

Deep Breathing Heart Rate Range (bpm) 24.8
> 9

BP recovery time (sec) 0.5
< 3.38

Comments on Deep Breathing:
Heart rate responses to deep breathing were normal.

Comments on Valsalva maneuver:
(A) Heart rate responses to the Valsalva maneuver were normal.
(B) Beat-to-beat blood pressure responses to the Valsalva maneuver were normal.

BLOOD PRESSURE AND HEART RATE RESPONSES TO TILT

| | BP (mmHg) | Heart Rate (BPM) |
|---|---|---|
| Supine | 116/74 | 85 |
| Tilt 1 min | 116/76 | 111 |
| Tilt 2 min | 120/78 | 119 |
| Tilt 3 min | 118/80 | 120 |
| Tilt 5 min | 126/82 | 117 |
| Tilt 10 min | 124/84 | 119 |

Comments on Tilt: Patient was tilted for 10 minutes. Orthostatic hypotension was not detected. Heart rate response was excessive. The patient reported lightheadedness, tingling in the feet, and slight shortness of breath.

-99 = missing value

Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **339 - NEU AUTO** | MC NEU AUTO | Unknown | Unknown | 12/13/16 1439 - Present |

**Indications**

Atrophy Multiple System (HCC) [G90.3 (ICD-10-CM)]

**Signed**

Electronically signed by Singer, Wolfgang, M.D. on 10/16/20 at 1128 CDT

**All Reviewers List**

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: [redacted] ex: F
Adm: 10/16/2020, D/C: 10/16/2020

**10/16/2020 - Autonomic Reflex Screen in Department of Neurology in Rochester, Minnesota (continued)**

**Imaging (continued)**

Singer, Wolfgang, M.D. on 10/16/2020 19:04

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Appointment in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Sjogren's (Sicca) Syndrome [M35.00]

### Labs

#### Lab

**Urinalysis with Microscopic: Urine, Midstream [2222704711322] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007146:1 | Urine | Urine, Midstream | 10/15/20 0829 |

**Urinalysis with Microscopic: Urine, Midstream [2222704711322] (Abnormal)**
Resulted: 10/15/20 1031, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 1031
Collected by: 10/15/20 0829
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Source | Midstream | — | — | MCR |
| Appearance | Normal | Normal | — | MCR |
| Osmolality, U | 850 | 150 - 1150 mOsm/kg | — | MCR |
| pH, U | 5.2 | 4.5 - 8.0 | — | MCR |
| Comment:<br><br>----ADDITIONAL INFORMATION----<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | | | | |
| Glucose | 10 | 0 - 15 mg/dL | — | MCR |
| Protein | 18 | <26 mg/dL | — | MCR |
| Comment:<br><br>----ADDITIONAL INFORMATION----<br>On 06/27/2017 the total protein assay method changed resulting in approximately a 15% increase in protein values. | | | | |
| Protein/Osmolality | 0.21 | <0.42 Ratio | — | MCR |
| Comment:<br><br>----ADDITIONAL INFORMATION----<br>On 06/27/2017 the total protein assay method changed resulting in approximately a 15% increase in protein values. | | | | |
| Predicted 24 Hr Protein | 163 | mg/24 h | — | MCR |
| Predicted Range | 40-662 | mg/24 h | — | MCR |
| Hemoglobin, QL | Small | Negative | A ! | MCR |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Appointment in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Sjogren's (Sicca) Syndrome (HCC) [M35.00 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/16/2020 19:04

#### Microscopic Automated [2222704711345] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007146:3 | Urine | — | 10/15/20 0829 |

**Microscopic Automated [2222704711345]** Resulted: 10/15/20 1031, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 1031
Collected by: 10/15/20 0829
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Microscopy | Normal | — | — | MCR |
| RBC | <3 | <3 /hpf | — | MCR |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/16/2020 19:04

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota

### Reason for Visit

Visit diagnoses:
- Paresthesia [R20.2]
- Gastric Motility Disorder [K31.89]
- Fatigue [R53.83]
- Arthralgia [M25.50]
- Sjogren's (Sicca) Syndrome [M35.00]

### Labs

#### Lab

**CBC with Differential, Blood [2222704711323] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:1 | Blood | Blood, Venous | 10/15/20 0738 |

**CBC with Differential, Blood [2222704711323] (Abnormal)** Resulted: 10/15/20 0757, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 0757
Collected by: 10/15/20 0738
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 13.5 | 11.6 - 15.0 g/dL | — | MCR |
| Hematocrit | 40.6 | 35.5 - 44.9 % | — | MCR |
| Erythrocytes | 4.08 | 3.92 - 5.13 x10(12)/L | — | MCR |
| MCV | 99.5 | 78.2 - 97.9 fL | H ^ | MCR |
| RBC Distrib Width | 12.1 | 12.2 - 16.1 % | L ˅ | MCR |
| Platelet Count | 217 | 157 - 371 x10(9)/L | — | MCR |
| Leukocytes | 5.0 | 3.4 - 9.6 x10(9)/L | — | MCR |
| Neutrophils | 2.95 | 1.56 - 6.45 x10(9)/L | — | MCR |
| Lymphocytes | 1.49 | 0.95 - 3.07 x10(9)/L | — | MCR |
| Monocytes | 0.48 | 0.26 - 0.81 x10(9)/L | — | MCR |
| Eosinophils | 0.06 | 0.03 - 0.48 x10(9)/L | — | MCR |
| Basophils | 0.03 | 0.01 - 0.08 x10(9)/L | — | MCR |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

MAYO CLINIC

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

**Labs (continued)**

ROCHESTER MAIN CAMPUS

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

### ANA (Antinuclear Antibodies) [2222704711325] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:3 | Blood | Blood, Venous | 10/15/20 0738 |

**ANA (Antinuclear Antibodies) [2222704711325]** Resulted: 10/15/20 1537, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 1537
Collected by: 10/15/20 0738
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Antinuclear Ab, S | 0.6 | <=1.0 (Negative) U | — | SDSC |

Comment:

----ADDITIONAL INFORMATION----
Method: Enzyme-linked immunoassay using HEp-2 nuclear extract supplemented with purified antigens.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

**Labs (continued)**

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

**Paraneoplastic Autoantibody Evaluation [2222704711328] (Edited Result - FINAL)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:6 | Blood | Blood, Venous | 10/15/20 0738 |

Resulted: 10/21/20 1746, Result status: Edited Result - FINAL

**Paraneoplastic Autoantibody Evaluation [2222704711328]**

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/21/20 1747
Collected by: 10/15/20 0738
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Singer, Wolfgang, M.D. on 10/27/20 1845

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Interpretive Comments | see below | — | — | MCR |
| AChR Ganglionic Neuronal Ab, S | 0.00 | <=0.02 nmol/L | — | MCR |
| Amphiphysin Ab, S | Negative | <1:240 titer | — | MCR |
| AGNA-1, S | Negative | <1:240 titer | — | MCR |

Interpretive Comments — Comment:
Reflexed test(s) performed per testing algorithm.
*
No informative autoantibodies were detected in the Paraneoplastic Evaluation. However, a negative result does not exclude neurological autoimmunity with or without associated neoplasia. Sensitivity and specificity of antibody testing are enhanced by testing both serum and CSF.

AChR Ganglionic Neuronal Ab, S — Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

Amphiphysin Ab, S — Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

AGNA-1, S — Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

**Labs (continued)**

been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| ANNA-1, S | Negative | <1:240 titer | — | MCR |
| Reflex Added | None. | — | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| ANNA-2, S | Negative | <1:240 titer | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| ANNA-3, S | Negative | <1:240 titer | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| CRMP-5-IgG, S | Negative | <1:240 titer | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| Neuronal (V-G) K+ Channel Ab, S | 0.01 | <=0.02 nmol/L | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| N-Type Calcium Channel Ab | 0.00 | <=0.03 nmol/L | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| P/Q-Type Calcium Channel Ab | 0.00 | <=0.02 nmol/L | — | MCR |

Comment:

----ADDITIONAL INFORMATION----

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

**10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)**

**Labs (continued)**

This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| PCA-1, S | Negative | <1:240 titer | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| PCA-2, S | Negative | <1:240 titer | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| PCA-Tr, S | Negative | <1:240 titer | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| Striational (Striated Muscle) Ab, S | Negative | <1:120 titer | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

**Labs (continued)**

### Ganglioside Antibody Panel [2222704711329] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:7 | Blood | Blood, Venous | 10/15/20 0738 |

**Ganglioside Antibody Panel [2222704711329]** Resulted: 10/27/20 1452, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/27/20 1453
Collected by: 10/15/20 0738
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Singer, Wolfgang, M.D. on 10/27/20 1845

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| IgG Monos. GM1 | Negative | Negative | — | MCR |
| Comment:<br><br>----ADDITIONAL INFORMATION----<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | | | | |
| IgM Monos. GM1 | Negative | Negative | — | MCR |
| Comment:<br><br>----ADDITIONAL INFORMATION----<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | | | | |
| IgG Asialo. GM1 | Negative | Negative | — | MCR |
| Comment:<br><br>----ADDITIONAL INFORMATION----<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | | | | |
| IgM Asialo. GM1 | Negative | Negative | — | MCR |
| Comment:<br><br>----ADDITIONAL INFORMATION----<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | | | | |
| IgG Disialo. GD1b | Negative | Negative | — | MCR |
| Comment:<br><br>----ADDITIONAL INFORMATION---- | | | | |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| IgM Disialo. GD1b | Negative | Negative | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

#### Indications

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

#### All Reviewers List

Singer, Wolfgang, M.D. on 10/27/2020 18:45

### Pernicious Anemia Cascade [2222704711331] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:9 | Blood | Blood, Venous | 10/15/20 0738 |

#### Pernicious Anemia Cascade [2222704711331]

Resulted: 10/15/20 1243, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 1243
Collected by: 10/15/20 0738
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B12 Assay, S | 233 | 180 - 914 ng/L | — | SDSC |

Comment: B-12 <400; MMA test was performed.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

**Vitamin A Level [2222704711333] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:11 | Blood | Blood, Venous | 10/15/20 0738 |

**Vitamin A Level [2222704711333]** Resulted: 10/16/20 2309, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/16/20 2310
Collected by: 10/15/20 0738
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Singer, Wolfgang, M.D. on 10/27/20 1845

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin A | 43.3 | 32.5 - 78.0 mcg/dL | — | SDSC |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45

### Sedimentation Rate [2222704711334] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:12 | Blood | Blood, Venous | 10/15/20 0738 |

**Sedimentation Rate [2222704711334]** Resulted: 10/15/20 0841, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 0842
Collected by: 10/15/20 0738
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sedimentation Rate, B | 9 | 2 - 22 mm/h | — | MCR |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

### Celiac Disease Serology Cascade [2222704711336] (Final result)

**Specimen Information**

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:14 | Blood | Blood, Venous | 10/15/20 0738 |

**Celiac Disease Serology Cascade [2222704711336]** Resulted: 10/15/20 2203, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 2203
Collected by: 10/15/20 0738
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Immunoglobulin A (IgA), S | 224 | 61 - 356 mg/dL | — | SDSC |
| Celiac Disease Interpretation | -- | — | — | SDSC |

Result:
Negative serology. Celiac disease unlikely. However, approximately 10% of patients with celiac disease are seronegative. Also, patients who are already adhering to a gluten-free diet may be seronegative. If celiac disease is highly clinically suspected, consider HLA-DQ typing.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

**Methylmalonic Acid (MMA), Quantitative, Serum [2222704711347] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:27 | Blood | — | 10/15/20 0738 |

**Methylmalonic Acid (MMA), Quantitative, Serum [2222704711347]** Resulted: 10/17/20 1228, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/17/20 1229
Collected by: 10/15/20 0738
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Singer, Wolfgang, M.D. on 10/27/20 1845

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Methylmalonic Acid, QN, S | 0.18 | <=0.40 nmol/mL | — | MCR |

Comment:
No cellular B-12 deficiency.

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45

**tTG (Tissue Transglutaminase), Antibody, IgA [2222704711348] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:28 | Blood | — | 10/15/20 0738 |

**tTG (Tissue Transglutaminase), Antibody, IgA [2222704711348]** Resulted: 10/15/20 2059, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 2059
Collected by: 10/15/20 0738
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Tissue Transglutaminase Ab, IgA, S | <1.2 | <4.0 (Negative) U/mL | — | SDSC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

**Labs (continued)**

SUPPORT CENTER

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

### Contactin-Associated Protein-Like-2 (CASPR2)-IgG, Serum [2222704711354] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:29 | Blood | — | 10/15/20 0738 |

**Contactin-Associated Protein-Like-2 (CASPR2)-IgG, Serum [2222704711354]**
Resulted: 10/19/20 1728, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/19/20 1730
Collected by: 10/15/20 0738
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Singer, Wolfgang, M.D. on 10/27/20 1845

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CASPR2-IgG CBA, S | Negative | Negative | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45

### Leucine-Rich Glioma Inactivated Protein-1 (LGI1) IgG, Serum [2222704711355] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:30 | Blood | — | 10/15/20 0738 |

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

MAYO CLINIC

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

**Leucine-Rich Glioma Inactivated Protein-1 (LGI1) IgG, Serum [2222704711355]** Resulted: 10/19/20 1728, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/19/20 1730
Collected by: 10/15/20 0738
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Singer, Wolfgang, M.D. on 10/27/20 1845

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LGI1-IgG CBA, S | Negative | Negative | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45

**Comprehensive Metabolic Panel [2222704711324] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:2 | Blood | Blood, Venous | 10/15/20 0737 |

**Comprehensive Metabolic Panel [2222704711324] (Abnormal)** Resulted: 10/15/20 0818, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 0818
Collected by: 10/15/20 0737
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium, S | 4.8 | 3.6 - 5.2 mmol/L | — | MCR |
| Sodium, S | 142 | 135 - 145 mmol/L | — | MCR |
| Chloride, S | 107 | 98 - 107 mmol/L | — | MCR |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

| | | | | |
|---|---|---|---|---|
| Bicarbonate, S | 25 | 22 - 29 mmol/L | — | MCR |
| Anion Gap | 10 | 7 - 15 | — | MCR |
| Bld Urea Nitrog(BUN), S | 23 | 6 - 21 mg/dL | H ^ | MCR |
| Creatinine, S | 0.72 | 0.59 - 1.04 mg/dL | — | MCR |
| eGFR-Non Black | >90 | >=60 mL/min/BSA | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine equation.

| | | | | |
|---|---|---|---|---|
| eGFR-Black | >90 | >=60 mL/min/BSA | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine equation.

| | | | | |
|---|---|---|---|---|
| Calcium, Total, S | 9.4 | 8.6 - 10.0 mg/dL | — | MCR |
| Glucose, S | 93 | 70 - 140 mg/dL | — | MCR |
| Protein, Total, S | 7.3 | 6.3 - 7.9 g/dL | — | MCR |
| Albumin, S | 4.6 | 3.5 - 5.0 g/dL | — | MCR |
| Aspartate Aminotransferase (AST), S | 22 | 8 - 43 U/L | — | MCR |
| Alkaline Phosphatase, S | 72 | 35 - 104 U/L | — | MCR |
| Alanine Aminotransferase (ALT), S | 18 | 7 - 45 U/L | — | MCR |
| Bilirubin, Total, S | 0.4 | <=1.2 mg/dL | — | MCR |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

#### Indications

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

#### All Reviewers List

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

### Monoclonal Gammopathy Screen [2222704711330] (Final result)

#### Specimen Information

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:8 | Blood | Blood, Venous | 10/15/20 0737 |

**Monoclonal Gammopathy Screen [2222704711330] (Abnormal)** Resulted: 10/16/20 1611, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/16/20 1613
Collected by: 10/15/20 0737
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Narrative:
Specimen Information:

Specimen ID: Z000HFBFW:316564829
Specimen Type: Blood
Specimen Collection Start Date: 10/15/2020 7:37 AM
Specimen Received Date: 10/15/2020 9:28 AM

Specimen ID: Z000HFBFX:316564830
Specimen Type: Blood
Specimen Collection Start Date: 10/15/2020 7:37 AM
Specimen Received Date: 10/15/2020 10:31 AM
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Total Protein, S | 6.7 | 6.3 - 7.9 g/dL | — | SDSC |
| Kappa Free Light Chain, S | 1.20 | 0.3300 - 1.94 mg/dL | — | SDSC |
| Lambda Free Light Chain, S | 1.01 | 0.5700 - 2.63 mg/dL | — | SDSC |
| Kappa/Lambda FLC Ratio | 1.19 | 0.2600 - 1.65 | — | SDSC |
| Albumin | 3.3 | 3.4 - 4.7 g/dL | L ˅ | SDSC |
| Alpha-1 Globulin | 0.3 | 0.1 - 0.3 g/dL | — | SDSC |
| Alpha-2 Globulin | 1.0 | 0.6 - 1.0 g/dL | — | SDSC |
| Beta-Globulin | 1.0 | 0.7 - 1.2 g/dL | — | SDSC |
| Gamma-Globulin | 1.2 | 0.6 - 1.6 g/dL | — | SDSC |
| A/G Ratio | 1.00 | — | — | SDSC |
| Impression<br>Result:<br>No apparent monoclonal protein on serum electrophoresis.<br>See Isotype. | -- | — | — | SDSC |
| M-protein Isotype MALDI-TOF MS | No monoclonal protein detected. | — | — | SDSC |

Comment:

----ADDITIONAL INFORMATION----
The submitted sample was assayed by five separate immunopurifications for IgG, IgA, IgM, kappa and lambda. The result reflects the findings of either no monoclonal protein detected or those monoclonal immunoglobulins that were detected.
This test was developed and its performance characteristics determined by

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

**DNA Double-Stranded (dsDNA) Antibodies with Reflex, IgG [2222704711335] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:13 | Blood | Blood, Venous | 10/15/20 0737 |

**DNA Double-Stranded (dsDNA) Antibodies with Reflex, IgG [2222704711335]** Resulted: 10/15/20 1656, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 1656
Collected by: 10/15/20 0737
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| dsDNA Ab with Reflex, IgG, S | <12.3 | <30.0 (Negative) IU/mL | — | SDSC |

Comment:
Negative for dsDNA antibody by enzyme immunoassay. No further testing recommended.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC | Unknown | 3050 Superior Dr NW | 08/03/16 1055 - Present |

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/15/2020

MAYO CLINIC

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

SUPERIOR DRIVE SUPPORT CENTER — Rochester MN 55905

#### Indications

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

#### All Reviewers List

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

### CRP (C-Reactive Protein) [2222704711337] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:15 | Blood | Blood, Venous | 10/15/20 0737 |

#### CRP (C-Reactive Protein) [2222704711337]

Resulted: 10/15/20 0818, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 0818
Collected by: 10/15/20 0737
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-Reactive Protein (CRP), S | <3.0 | <=8.0 mg/L | — | MCR |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

#### Indications

Sjogren's (Sicca) Syndrome (HCC) [M35.00 (ICD-10-CM)]

#### All Reviewers List

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

### Antinuclear Antibodies, HEp-2 Substrate, IgG, Serum [222704711339] (Final result)

#### Specimen Information

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:17 | Blood | Blood, Venous | 10/15/20 0737 |

**Antinuclear Antibodies, HEp-2 Substrate, IgG, Serum [2222704711339]** Resulted: 10/15/20 2011, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 2011
Collected by: 10/15/20 0737
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Antinuclear Ab, HEp-2 Substrate, S | <1:80 (Negative) | <1:80 (Negative) | — | SDSC |

Comment:

----ADDITIONAL INFORMATION----
Method: Immunofluorescence using HEp-2 cellular substrate.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Sjogren's (Sicca) Syndrome (HCC) [M35.00 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

**Complement C3 [2222704711341] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:19 | Blood | Blood, Venous | 10/15/20 0737 |

**Complement C3 [2222704711341]** Resulted: 10/15/20 1501, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 1501
Collected by: 10/15/20 0737
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Complement C3, S | 116 | 75 - 175 mg/dL | — | SDSC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Sjogren's (Sicca) Syndrome (HCC) [M35.00 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

### Complement C4 [2222704711342] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:20 | Blood | Blood, Venous | 10/15/20 0737 |

**Complement C4 [2222704711342]** Resulted: 10/15/20 1500, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722 Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 1501 Collected by: 10/15/20 0737
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Complement C4, S | 29 | 14 - 40 mg/dL | — | SDSC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Sjogren's (Sicca) Syndrome (HCC) [M35.00 (ICD-10-CM)]

**All Reviewers List**

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

#### Vitamin E Level [2222704711332] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:10 | Blood | Blood, Venous | 10/15/20 0736 |

**Vitamin E Level [2222704711332]** Resulted: 10/17/20 0855, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/17/20 0855
Collected by: 10/15/20 0736
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Singer, Wolfgang, M.D. on 10/27/20 1845

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| A-Tocopherol, Vitamin E | 11.0 | 5.5 - 17.0 mg/L | — | SDSC |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45

#### Complement, Total [2222704711343] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:21 | Blood | Blood, Venous | 10/15/20 0735 |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

**Complement, Total [2222704711343]** Resulted: 10/16/20 1921, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722 Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/16/20 1921 Collected by: 10/15/20 0735
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Singer, Wolfgang, M.D. on 10/27/20 1845

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Complement, Total, S | 69 | 30 - 75 U/mL | — | SDSC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Sjogren's (Sicca) Syndrome (HCC) [M35.00 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45

**Antibody to Extractable Nuclear Antigen Evaluation [2222704711326] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:4 | Blood | Blood, Venous | 10/15/20 0733 |

**Antibody to Extractable Nuclear Antigen Evaluation [2222704711326] (Abnormal)** Resulted: 10/15/20 1101, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722 Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 1101 Collected by: 10/15/20 0733
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SS-A/Ro Ab, IgG, S | 1.0 | <1.0 (Negative) U | H ^ | SDSC |
| Comment: Interpretation: Positive (>=1.0) | | | | |
| SS-B/La Ab, IgG, S | <0.2 | <1.0 (Negative) U | — | SDSC |
| Sm Ab, IgG, S | <0.2 | <1.0 (Negative) U | — | SDSC |
| RNP Ab, IgG, S | <0.2 | <1.0 (Negative) U | — | SDSC |
| Scl 70 Ab, IgG, S | <0.2 | <1.0 (Negative) U | — | SDSC |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| Jo 1 Ab, IgG, S | <0.2 | <1.0 (Negative) U | — | SDSC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

### Tryptase [2222704711327] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F715007160:5 | Blood | Blood, Venous | 10/15/20 0733 |

**Tryptase [2222704711327]** Resulted: 10/15/20 1854, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/15/20 0722 Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/15/20 1854 Collected by: 10/15/20 0733
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Tryptase, S | 4.0 | <11.5 ng/mL | — | SDSC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 1055 - Present |

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Labs (continued)

Arthralgia [M25.50 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/27/2020 18:45
Singer, Wolfgang, M.D. on 10/16/2020 19:04

### Documents

**Lab - Lab/Micro**

**Scan on 10/21/2020 5:47 PM**

Scan (below)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Documents (continued)

## Mayo Clinic

### Laboratory Services Report

**Patient Name:**
FOX, KEETA

**Medical Record Number:**
12608867

**DOB:** **Gender:**
Female

**Order Number:**
F715007160

**Client Order #:**

**Ward/Client ID:**
ROMBMCLAB

**Ward/Client Name:**
RST LAB ROMB M-C

**Requested By:**
WOLFGANG SINGER

**Date/Time Specimen Collected:**
10/15/2020 7:38 AM

**Date/Time Specimen Received:**
10/15/2020 8:57 AM

**Paraneoplastic Autoantibody Eval, S**

| Test | Result Name | Value | Flag | Units | Reference Values | Site | Reported D/T |
|---|---|---|---|---|---|---|---|
| Interpretive Comments | Interpretive Comments | see below | | | | MCR | 10/21/2020 5:45 PM |

Reflexed test(s) performed per testing algorithm.
*
No informative autoantibodies were detected in the Paraneoplastic Evaluation. However, a negative result does not exclude neurological autoimmunity with or without associated neoplasia. Sensitivity and specificity of antibody testing are enhanced by testing both serum and CSF.

| Test | Result Name | Value | Flag | Units | Reference Values | Site | Reported D/T |
|---|---|---|---|---|---|---|---|
| AChR Ganglionic Neuronal Ab, S | AChR Ganglionic Neuronal Ab, S | 0.00 | | nmol/L | <=0.02 | MCR | 10/19/2020 10:14 AM |
| Amphiphysin Ab, S | Amphiphysin Ab, S | Negative | | titer | <1:240 | MCR | 10/21/2020 1:15 PM |
| Anti-Glial Nuclear Ab, Type 1 | AGNA-1, S | Negative | | titer | <1:240 | MCR | 10/21/2020 1:15 PM |
| Anti-Neuronal Nuclear Ab, Type 1 | ANNA-1, S | Negative | | titer | <1:240 | MCR | 10/21/2020 1:15 PM |
| | Reflex Added | None. | | | | MCR | 10/21/2020 1:15 PM |
| Anti-Neuronal Nuclear Ab, Type 2 | ANNA-2, S | Negative | | titer | <1:240 | MCR | 10/21/2020 1:15 PM |
| Anti-Neuronal Nuclear Ab, Type 3 | ANNA-3, S | Negative | | titer | <1:240 | MCR | 10/21/2020 1:15 PM |
| CRMP-5-IgG, S | CRMP-5-IgG, S | Negative | | titer | <1:240 | MCR | 10/21/2020 1:15 PM |
| Neuronal (V-G) K+ Channel Ab, S | Neuronal (V-G) K+ Channel Ab, S | 0.01 | | nmol/L | <=0.02 | MCR | 10/17/2020 3:34 PM |
| N-Type Calcium Channel Ab | N-Type Calcium Channel Ab | 0.00 | | nmol/L | <=0.03 | MCR | 10/20/2020 9:49 AM |
| P/Q-Type Calcium Channel Ab | P/Q-Type Calcium Channel Ab | 0.00 | | nmol/L | <=0.02 | MCR | 10/18/2020 10:54 AM |
| Purkinje Cell Cytoplasmic Ab Type 1 | PCA-1, S | Negative | | titer | <1:240 | MCR | 10/21/2020 1:15 PM |
| Purkinje Cell Cytoplasmic Ab Type 2 | PCA-2, S | Negative | | titer | <1:240 | MCR | 10/21/2020 1:15 PM |
| Purkinje Cell Cytoplasmic Ab Type Tr | PCA-Tr, S | Negative | | titer | <1:240 | MCR | 10/21/2020 1:15 PM |
| Striational (Striated Muscle) Ab, S | Striational (Striated Muscle) Ab, S | Negative | | titer | <1:120 | MCR | 10/17/2020 12:36 PM |

**Disclaimer:**
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

Code : MCR Laboratory : Mayo Clinic Laboratories - Rochester Main Campus Address : 200 FIRST STREET SW
Lab Director : WILLIAM G MORICE, II MD, PhD CLIA Certificate : 24D0404292 ROCHESTER MN 55905
The collected, received, and reported dates and times on the report are in the time zone of the performing location.

**Patient Name:**
FOX, KEETA Page 1 of 2

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)

### Documents (continued)

**Patient Name:**
FOX, KEETA

**Medical Record Number:**
12608867

**DOB:**

**Gender:**
Female

**Order Number:**
F715007160

**Client Order #:**

**Ward/Client ID:**
ROMBMCLAB

**Ward/Client Name:**
RST LAB ROMB M-C

**Requested By:**
WOLFGANG SINGER

**Date/Time Specimen Collected:**
10/15/2020 7:38 AM

**Date/Time Specimen Received:**
10/15/2020 8:57 AM

Code : MCR Laboratory : Mayo Clinic Laboratories - Rochester Main Campus Address : 200 FIRST STREET SW
Lab Director : WILLIAM G MORICE, II MD, PhD CLIA Certificate : 24D0404292 ROCHESTER MN 55905

The collected, received, and reported dates and times on the report are in the time zone of the performing location.

**Patient Name:**
FOX, KEETA Page 2 of 2

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

**10/15/2020 - Lab in Department of Laboratory Medicine and Pathology, Mary Brigh Building, in Rochester, Minnesota (continued)**

**Documents (continued)**

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/14/2020, D/C: 10/14/2020

## 10/14/2020 - Sweat Test in Department of Neurology in Rochester, Minnesota

**Reason for Visit**

Visit diagnosis: Atrophy Multiple System [G90.3]

**Imaging**

**Neurology**

**Thermoregulatory sweat test [2222704711309] (Final result)**

**Thermoregulatory sweat test [2222704711309]** Resulted: 10/14/20 1340, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/14/20 0711
Resulted by: Berini, Sarah E, M.D.
Performed: 10/14/20 0902 - 10/14/20 0902
Resulting lab: MC NEU AUTO
Narrative:

Order status: Completed
Filed by: Berini, Sarah E, M.D. 10/14/20 1340
Accession number: 15522609

FINAL REPORT Thermoregulatory Sweat Test

12-608-867 Age: 53 Location: ROCHESTER Lab #: T2020-01306
Fox, Keeta Sex: F Order ID: 2222704711309 Date: 10/14/2020
DOB: 11/6/1966
Autonomic Consultant: Sarah Berini, M.D. (3-5564)

Impression:
Normal sweat recruitment and distribution normal TST.

Sweating in purple shaded area RESULTS:
Starting Oral Temp (°C): 35.7
Ending Oral Temp (°C): 38
Oral Temp Difference (°C): 2.3
% Anhidrosis: 2.8
Distribution: Normal
Hyperhidrosis: No

Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **339 - NEU AUTO** | MC NEU AUTO | Unknown | Unknown | 12/13/16 1439 - Present |

**Indications**

Atrophy Multiple System (HCC) [G90.3 (ICD-10-CM)]

**Signed**

Electronically signed by Berini, Sarah E, M.D. on 10/14/20 at 1340 CDT

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/16/2020 19:04

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/14/2020, D/C: 10/14/2020

## 10/14/2020 - Sweat Test in Department of Neurology in Rochester, Minnesota (continued)

**Imaging (continued)**

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Adm: 10/13/2020, D/C: 10/13/2020

## 10/13/2020 - Specimen Container Pick-Up in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota

### Reason for Visit

Visit diagnoses:

- Paresthesia [R20.2]
- Gastric Motility Disorder [K31.89]
- Fatigue [R53.83]
- Arthralgia [M25.50]

### Labs

#### Lab

**Sodium, 24 Hour, Urine [2222704451054] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F713053541:1 | Urine | Urine, 24 Hours | 10/14/20 1627 |

**Sodium, 24 Hour, Urine [2222704451054]** Resulted: 10/14/20 2241, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/13/20 1459
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/14/20 2241
Collected by: 10/14/20 1627
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium, 24 HR, U | 85 | 41 - 227 mmol/24 h | — | MCR |
| Collection Duration | 24 | h | — | MCR |
| Urine Volume | 2756 | mL | — | MCR |
| Sodium Concentration | 31 | mmol/L | — | MCR |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/16/2020 19:04

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/13/2020

MAYO CLINIC

## 10/13/2020 - Lab in Department of Laboratory Medicine and Pathology, Charlton Building, in Rochester, Minnesota

### Reason for Visit

Visit diagnosis: Encounter For Preprocedural Laboratory Examination (COVID-19) [Z01.812]

### Labs

#### Microbiology

**SARS Coronavirus-2, PCR Asymptomatic [2222704451055] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F713059822:1 | Varies | Nasopharynx | 10/13/20 1636 |

**SARS Coronavirus-2, PCR Asymptomatic [2222704451055]** Resulted: 10/14/20 0756, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/13/20 1619
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319 10/14/20 0757
Collected by: 10/13/20 1636
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Singer, Wolfgang, M.D. on 10/16/20 1904

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS Coronavirus-2 Source | Swab, Nasopharynx | — | — | MCR |
| SARS Coronavirus-2, PCR | Undetected | Undetected | — | MCR |

Comment:
SARS-CoV-2 RNA absent. This result does not rule out COVID-19 in the patient, as the sensitivity of the test depends on the timing of the specimen collection and quality of the specimen. Result should be correlated with patient's history and clinical presentation.

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. Independent review by the U.S. Food and Drug Administration is pending.

Visit the CDC website:
https://www.cdc.gov/coronavirus/
for the most recent guidelines on Coronavirus testing.

Fact Sheet for Healthcare Providers:

(https://www.mayocliniclabs.com/it-mmfiles/
Provider_Fact_Sheet_for_Mayo_Clinic_COVID-19.pdf)

Fact Sheet for Patients:

(https://www.mayocliniclabs.com/it-mmfiles/
Patient_Fact_Sheet_for_COVID-19.pdf)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/13/2020

## 10/13/2020 - Lab in Department of Laboratory Medicine and Pathology, Charlton Building, in Rochester, Minnesota (continued)

### Labs (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

**Indications**

Encounter For Preprocedural Laboratory Examination (COVID-19) [Z01.812 (ICD-10-CM)]

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/16/2020 19:04

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/13/2020

## 10/13/2020 - Ancillary Procedure in Department of Radiology in Rochester, Minnesota

### Reason for Visit

Visit diagnoses:

- Paresthesia [R20.2]
- Gastric Motility Disorder [K31.89]
- Fatigue [R53.83]
- Arthralgia [M25.50]

### Imaging

#### Imaging

**Interpretation of Outside MR Head [2222704451051] (Final result)**

**Interpretation of Outside MR Head [2222704451051]** Resulted: 10/13/20 1641, Result status: Final result

Ordering provider: Singer, Wolfgang, M.D. 10/13/20 1435
Resulted by: Watson, Robert E Jr., M.D., Ph.D.
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 10/13/20 1644
Performed: 10/13/20 1435 - 10/13/20 1444
Accession number: 15720402
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: INTERPRETATION OF OUTSIDE MR HEAD

COMPARISON: MRI 01/30/2020.

FINDINGS: Outside head MRI without IV gadolinium 09/21/2020.

There are multiple small periventricular nodular heterotopias about the frontal horns and anterior lateral ventricles bilaterally, somewhat greater at the right. Several of these are associated with some presumed calcium deposition as demonstrated on the susceptibility weighted imaging.

Otherwise, no abnormal intracranial mass, mass effect, or hemorrhage. Essentially no leukoaraiosis and no evidence of demyelinating process. No abnormal contrast enhancement on the comparison exam of 01/30/2020. No restricted diffusion.

Retention cyst left maxillary sinus.

Impression:
Periventricular nodular heterotopias about the anterior aspects of the lateral ventricles bilaterally.
Acknowledged by: Singer, Wolfgang, M.D. on 10/13/20 1804

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]
Gastric Motility Disorder [K31.89 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Arthralgia [M25.50 (ICD-10-CM)]

**Signed**

Electronically signed by Watson, Robert E Jr., M.D., Ph.D. on 10/13/20 at 1641 CDT

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/13/2020

**10/13/2020 - Ancillary Procedure in Department of Radiology in Rochester, Minnesota (continued)**

**Imaging (continued)**

**All Reviewers List**

Singer, Wolfgang, M.D. on 10/13/2020 18:04

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 11/4/2020

## 11/04/2020 - Procedure visit in Department of Urology in Rochester, Minnesota

**Reason for Visit**

Visit diagnosis: Hematuria [R31.9]

**Op Note/Surgical Log**

**Procedures**

| | | |
|---|---|---|
| Avulova, Svetlana, M.D. | Procedures | Encounter Date: 11/4/2020 |
| Fellow | Signed | |

URO (Urology)

Related encounter: Procedure visit from 11/4/2020 in Department of Urology in Rochester, Minnesota

**Procedure Orders**
URO Cystoscopy (general) [2222714212277] ordered by Anstine, Christopher V., M.D.

**Pre-procedure Diagnoses**
Hematuria [R31.9]

**Post-procedure Diagnoses**
Hematuria [R31.9]

### URO Cystoscopy (general)

Date/Time: **11/4/2020 4:41 PM**
Performed by: **Avulova, Svetlana, M.D.**
Authorized by: **Anstine, Christopher V., M.D.**

**IMPRESSION**
Negative cystoscopy

**PRE PROCEDURE DETAILS**
Procedure purpose: Diagnostic
Site preparation: Chlorhexidine and povidone-iodine

Electronically signed by Avulova, Svetlana, M.D. at 11/4/2020 4:41 PM

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/22/2020

## 10/22/2020 - Clinical Support in Enema Prep Facility in Rochester, Minnesota

### Reason for Visit

Chief complaint: Bloated
Visit diagnoses:

- Gastric Motility Disorder [K31.89]
- **Bloating Abdominal (primary) [R14.0]**

### Op Note/Surgical Log

#### Procedures

| | | |
|---|---|---|
| Johnson, Denise M, R.N. | Procedures | Encounter Date: 10/22/2020 |
| Registered Nurse | Signed | |
| GIH (Gastroenterology and Hepatology) | | |

Related encounter: Clinical Support from 10/22/2020 in Enema Prep Facility in Rochester, Minnesota

Patient complained of some nausea post enema administration. Patient advised to take a tap water enema in the future instead of a Sodium Phosphate enema. Patient verbalized understanding and agreed with plan of care

Electronically signed by Johnson, Denise M, R.N. at 10/22/2020 12:28 PM

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 11/5/2020

## 11/05/2020 - Comprehensive Visit in Department of Urology in Rochester, Minnesota

**Reason for Visit**

Visit diagnosis: Hematuria [R31.9]

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Bole, Raevti, M.D. at 11/5/2020 8:30 AM**

Author: Bole, Raevti, M.D. Service: URO (Urology) Author Type: Resident
Filed: 11/5/2020 9:20 AM Encounter Date: 11/5/2020 Status: Signed
Editor: Bole, Raevti, M.D. (Resident)

SUBJECTIVE

**REFERRING PROVIDER**
Christopher V. Anstine,*

**REASON FOR CONSULT**
Hematuria
Supervised by Dr. Chow

**HISTORY OF PRESENT ILLNESS**
Mrs. Fox is a 53 y.o. year old menopausal female with recently diagnosed Sjogren's syndrome, history of nephrolithiasis, focal emphysema of unclear etiology who presents for evaluation of hematuria.
She reports a history of microhematuria on urinalysis since 2017 and recently had episode of mild gross hematuria (seen in the toilet, not with wiping) two weeks ago which resolved spontaneously.
She has not had a history of UTI but does note that she was seen at a women's clinic locally by a non urology provider a few months ago and diagnosed with "lactobacillus UTI" based on midstream urine culture. At the time she was having burning of the genital area, without specific dysuria. She was also having urinary urgency and frequency. She was subsequently seen at Mayo Women's Health in 10/2020 and diagnosed with genitourinary syndrome of menopause and started on estrogen replacement (patch as well as vaginal estradiol for atrophy). She reports that urinary frequency is improved today since prior. Currently her daytime frequency is 9-10 times and she does have nocturia x1-2. She has been counselled on avoidance of dietary irritants to assist with these symptoms.

With regards to her stone history, she reports spontaneous passage of kidney stone in 2017 for the first time. She was told that she still had 3 small stones in her kidneys at the time but subsequent CT scans did not show further stone burden. She notes that she drinks 2.5L daily as she does have a family history of stone disease. She has been seen by Mayo nephrology and underwent 24h urine supersaturation showing some hypercalcuria and hyperoxaluria for which dietary management was recommended.
With regards to constitutional symptoms, she does report weight loss secondary to diarrhea for which she is seeing GI. She also reports fatigue, paresthesias of her extremities, orthostatic symptoms, migratory arthralgias and was recently diagnosed with Sjogren's syndrome. She was started on Imuran last week for this.

The patient is currently not taking blood thinners.

PMH/PSH
Nephrolithiasis with spontaneous passage in 2017
Sjogren's syndrome
Focal emphysematous change of unclear etiology

MAYO CLINIC



**11/05/2020 - Comprehensive Visit in Department of Urology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

GU syndrome of menopause

No history of prior abdominal/pelvic surgery

**FAMILY HISTORY**

**Breast-Relevant Family History**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Colon cancer | Maternal Grandmother | | Approx 75 |

Kidney stones: mother, cousin
No GU malignancy

**SOCIAL HISTORY**
Never smoker
No chemical or industrial exposure history

**REVIEW OF SYSTEMS**
Genitourinary: Positive for hematuria.

OBJECTIVE

**PHYSICAL EXAM**

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: No scleral icterus.
Pulmonary/Chest: Effort normal. No stridor. No respiratory distress.
Abdominal: Abdomen appears soft.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds.
Psychiatric: She has a normal mood and affect.

**LABS**

Hb 13.2
Cr 0.72

UA: 3-10 RBC, 0 WBC

**IMAGING**
EXAM: CT UROGRAM WITHOUT AND WITH IV CONTRAST

**11/05/2020 - Comprehensive Visit in Department of Urology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

COMPARISON: None.

FINDINGS: GENITOURINARY: No urinary calculi. Prompt and symmetric nephrograms. No renal cysts or solid enhancing renal masses. The renal collecting systems, ureters and urinary bladder are normal.

Other findings: Small hepatic cysts. Negative spleen, pancreas, gallbladder and adrenal glands. No enlarged abdominal lymph nodes. Scattered sigmoid diverticula. No suspicious skeletal lesions.

Incompletely imaged but unchanged focal area of hyperlucency in the right lower lobe is better evaluated on a recent chest CT.

IMPRESSION:
Negative CT urogram.

CT Urogram was independently reviewed and I agree with the above interpretation.

ASSESSMENT / PLAN
**#1 Hematuria**
**#2 Nephrolithiasis with spontaneous passage in 2017**
**#3 Genitourinary syndrome of menopause**
**#4 Sjogren's syndrome**

It was my pleasure to see this patient today in conjunction with Dr. Chow for discussion of hematuria. I reviewed the available laboratory work and cross-sectional imaging with the patient.

We reviewed etiologies of hematuria such as nephrolithiasis, infection, inflammation, vaginal bleeding, kidney pathology and malignancy. We do not appreciate any stones in the upper tracts or bladder, renal parenchymal masses or upper tract filling defect on CT. We also did not see any suspicious lesions on cystoscopy completed 11/4. The remaining test would be to obtain urine cytology to complete gross hematuria evaluation. If this is negative then no further evaluation is needed at this time. She could have been experiencing a viral UTI or potentially passage of a small stone to cause the small amount of bleeding that she saw.

We discussed that if she develops gross hematuria again she should be evaluated. If she does not, and continues to have microhematuria on annual UA, a repeat evaluation would be indicated in 3-5 years.

We reinforced importance of finding a local urologist given history of nephrolithiasis and hematuria; she will discuss with her PCP about referral. No further questions at this time.

**PLAN:**
1. Urine cytology today

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 11/5/2020

**11/05/2020 - Comprehensive Visit in Department of Urology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

2. Repeat UA in 12 months. If microhematuria persists x 3-5 years, or if develops another episode of gross hematuria or changing symptoms, consider repeat evaluation

Signed by:

Raevti Bole, M.D. 11/5/2020 8:28 AM CST

Electronically Signed by Bole, Raevti, M.D. on 11/5/2020 9:20 AM

**Consults - Outpatient by Chow, George K, M.D. at 11/5/2020 8:30 AM**

Author: Chow, George K, M.D. Service: URO (Urology) Author Type: Physician
Filed: 11/5/2020 10:31 AM Encounter Date: 11/5/2020 Status: Signed
Editor: Chow, George K, M.D. (Physician)

This is a supervisory note on Ms. Fox. Please refer to Dr. Bole's note. In summary, Ms. Fox is a 53 y.o. female referred for evaluation of hematuria and urolithiasis. Patient was seen and discussed with me. I agree with assessment and plan.

Electronically Signed by Chow, George K, M.D. on 11/5/2020 10:31 AM

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 11/2/2020

## 11/02/2020 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Rochester, Minnesota

### Reason for Visit

Visit diagnoses:
- Fatigue [R53.83]
- **Decline Functional Status (primary) [R53.81]**

### Clinical Notes

#### Consults

**Consults by Canny, Mark L, O.T. at 11/2/2020 1:00 PM**

Author: Canny, Mark L, O.T. Service: PTO Occupational Therapy Author Type: Occupational Therapist
Filed: 11/2/2020 4:45 PM Encounter Date: 11/2/2020 Status: Signed
Editor: Canny, Mark L, O.T. (Occupational Therapist)

**Occupational Therapy Biofeedback Outpatient Evaluation/Treatment**

SUBJECTIVE

**Patient's Name: Keeta Fox**
Referring Provider: Sundsted, Karna K, M.D.
Rehab Diagnosis:
1. **Decline Functional Status**
2. Fatigue

Reason for Referral: OT evaluate and treat-biofeedback assisted relaxation
Payor: BLUE CROSS BLUE SHIELD / Plan: ANTHEM BLUE ACCESS / Product Type: PPO /

PERTINENT MEDICAL / SURGICAL HISTORY:
**Patient Active Problem List**
Diagnosis
- Cyst Sebaceous
- Eye Disorder
- Follicular Cyst Of The Skin And Subcutaneous Tissue Unspecified
- Zoster Without Complications
- Paresthesia
- Fatigue
- Decline Functional Status

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • COLONOSCOPY<br>*Polyp removed; adenomatous. Family hx of colon CA; GM* | | 2018 |
| • UPPER GASTROINTESTINAL ENDOSCOPY<br>*Food in stomach. Otherwise normal* | | 02/21/2020 |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 11/2/2020

**11/02/2020 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

Keeta Fox is a 53 y.o. female who presents to outpatient occupational therapy for evaluation. Her symptoms consist of chronic fatigue mostly but also has many other symptoms and has been identified as having central sensitization syndrome. Client has not had experience with biofeedback nor relaxation before. Client lives in Louisville, Kentucky and enjoys spending time outdoors cooking in her outdoor kitchen and swimming.

OBJECTIVE

Biofeedback: Biofeedback Participation: Patient seen individually for biofeedback session
Precautions: None
Inital/Resting - Right Upper Trapezius (μV): 2
Inital/Resting - Left Upper Trapezius (μV): 1.28
Inital/Resting - Respiration Rate (bpm): 14.85
Tense/Release (Initial) - Right Upper Trapezius (μV) : Good contraction, good release
Tense/Release (Initial) - Left Upper Trapezius (μV): Good contraction, good release
Co-Contractions (Initial) - Right Upper Trapezius (μV): Significant (>8μV)
Co-Contractions (Initial) - Left Upper Trapezius (μV): Minimum (2-5μV)
Response to Biofeedback - Right Upper Trapezius: Less than 1
Response to Biofeedback - Left Upper Trapezius: 1
Response to Biofeedback - Respiration Rate: 9

TREATMENT
Treatment today consisted of:
ADL/IADL Training/Retraining:
Neuromuscular Reeducation:
Respiratory pattern and shoulder muscle tensions were measured using an assessment protocol. Client was initially noted to be holding no tension in either shoulder during the assessment protocol nor during conversation. Client recognizes she holds tension in response to her symptoms and stress. Client's initial respiratory pattern was at a typical pace of about 15 breaths per minute but was noted to have some accessory involvement as well. Client was educated in the sympathetic and parasympathetic responses including how muscles tend to reflexively tense when pain or other stress is present. Client was educated to increase awareness of general muscle tensions and to begin focusing on relaxing muscles throughout the day. Client was also instructed in the relaxation technique of diaphragmatic breathing as a means to activate the parasympathetic response while providing verbal and biofeedback cues. Time was allowed for client to practice these relaxation skills. Client was easily able to keep her shoulder tensions low during this time of practice but required verbal and biofeedback cues including a breathing pacer to achieve her slowest respiratory rate of about 9 breaths per minute. Client was noted to continue with some accessory

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 11/2/2020

**11/02/2020 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

involvement. Client then participated in a simple unilateral tabletop activity. Client was noted to use a moderate amount of tension in her left dominant shoulder but much less in her right non dominant side during the activity. Client demonstrated no co-contraction in either side. Client was somewhat successful with maintaining diaphragmatic breathing during the activity in that she was able to think about it occasionally but also admitted to being distracted as well especially towards the end of the activity. The role that intensity and speed of activity plays in ability to control tensions and breathing was also discussed and encouragement was provided to perform tasks with moderation in mind. Client was then introduced to potential home training devices. Further explored clients daily activity plan and helped problem solve concerns client had.

Contact monitoring:
PPE used during therapy: Therapist was wearing the following PPE throughout entire session: surgical mask and eye protection
Patient was wearing a mask during therapy session: yes

**Assessment**

Clinical Impression:
With therapist cues and biofeedback, client was able to demonstrate adequate use of relaxation skills while at rest and during activities this session. Client appears to be quite interested in pursuing home training devices. Client appears to have good understanding of relaxation techniques taught this session and is highly motivated to continue working on them independently. Client had no further questions.

Rehab Potential: Ms. Fox has good potential to achieve established occupational therapy goals within the time frame outlined below, provided she actively participates in her occupational therapy treatment plan and home program.

Occupational Profile and History review: Expanded

Performance Deficits: 3 - 5 performance deficits
Evaluation Complexity: Moderate

Functional Goals and Timeframes:
OT Goal #1: Biofeedback: Client will verbalize and demonstrate understanding of the use of muscle relaxation techniques in activities of daily living as instructed in by dismissal from Occupational Therapy biofeedback.
OT Goal #2: Biofeedback: Client will verbalize and demonstrate understanding of the use of diaphragmatic breathing in activities of daily living as instructed by dismissal from Occupational Therapy biofeedback.
OT Goal #3: Biofeedback: Client will develop a plan for continued use of muscle relaxation techniques and diaphragmatic breathing in activities of daily living by dismissal from Occupational Therapy biofeedback.
OT Goal #4: Biofeedback: Client will verbalize understanding of home biofeedback system options as indicated by dismissal from Occupational Therapy biofeedback.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 11/2/2020

**11/02/2020 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

**Plan**

Ms. Fox was educated regarding evaluative findings, diagnosis, prognosis, potential risks and benefits of rehabilitation interventions. A collaborative effort was used to establish goals and plan of care. She was informed of her right to make decisions regarding her care, including refusal of examination or treatment or selection of therapy services from another provider if desired. The treatment plan may be progressed or modified based upon her response to treatment.

Treatment Plan:

Start of Plan of Care: 11/2/2020
Number of Visits: up to 1 visits
Plan:
No further biofeedback necessary.

**Time Spent with Patient**
OT Evaluation (min): 10 min

Home Management Training (min): 84 min
Neuromuscular Re-Education (min): 25 min

Time Calculation
Total Timed Units (min): 109 min
Total Treatment Time (min): 119 min

Electronically Signed by Canny, Mark L, O.T. on 11/2/2020 4:45 PM

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/30/2020

## 10/30/2020 - Comprehensive Visit in Integrative Medicine and Health in Rochester, Minnesota

**Reason for Visit**

Visit diagnosis: Fatigue [R53.83]

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Sundsted, Karna K, M.D. at 10/30/2020 8:30 AM**

Author: Sundsted, Karna K, M.D. Service: GIM (General Internal Medicine) Author Type: Physician
Filed: 10/30/2020 3:27 PM Encounter Date: 10/30/2020 Status: Signed
Editor: Sundsted, Karna K, M.D. (Physician)

**REFERRAL**
Christopher V. Anstine,*

**REASON FOR CONSULT**

Fatigue, pain symptoms, concern for central sensitization

**HISTORY OF PRESENT ILLNESS**
Ms. Keeta Fox is a 53 y.o. female who presents to the Fibromyalgia and Chronic Fatigue Clinic for evaluation of fatigue and unrefreshing sleep. This note is in collaboration with Jamie Hollander, RN. Please see the nurse note for additional intake history.

The patient is a very nice 53-year-old woman from Kentucky who is here undergoing a multi-specialty evaluation for a constellation of symptoms including but not limited to paresthesias, fatigue, cardiac palpitations, orthostasis, GI symptoms, hematuria and perimenopausal symptoms. She is referred for further diagnostic review regarding chronic fatigue syndrome, central sensitization, fibromyalgia.

Mrs. Fox describes experiencing neck, shoulder and knee pain 4-5 years ago. She was diagnosed with cervical spinal stenosis, and is also a runner, which was thought to account for some of the knee discomfort. Overall, she describes the symptoms as manageable, without impact on functionality.

In February of 2020 while typing at work, her hands locked and she experienced severe paresthesias and very painful shock-like sensations in her hands and feet. Thereafter, she had onset of a constellation of symptoms including gastrointestinal symptoms, orthostatic intolerance, cardiac palpitations, tinnitus, temperature dysregulation. These symptoms were fulminant for approximately 1.5-2 months, thereafter started to improve. She is left with migratory joint pain, most prominent in her hands, the index fingers. She has been diagnosed with erythromelalgia, also Sjogren's syndrome. Temperature dysregulation, cardiac palpitations, orthostasis and fatigue remain troubling symptoms.

Her fatigue seems to be slowly improving, although she has to pace herself and is not at usual activity levels. She has unrefreshing sleep and post exertional malaise. She denies brain fog, but does have orthostatic symptoms as above. Prior to onset of symptoms in February, she had some prolonged work stress. She is a senior vice-president of finance for a large restaurant chain.

She was started on duloxetine, which has been well tolerated and improved both pain and mood symptoms. She sees a psychiatrist and therapist locally. She maintains exercise including walking, although she is no longer running as previously.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/30/2020

**10/30/2020 - Comprehensive Visit in Integrative Medicine and Health in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

medications, family history, medical history, social history, surgical history and problem list.

**PHYSICAL EXAM**

**General:** Alert woman in no acute distress.
**Eyes:** extra-ocular movements intact. Anicteric.
**Mental:** Linear thought process with full and appropriate affect.
**Lymph:** No anterior or posterior cervical, supraclavicular adenopathy
**Heart:** Regular rate and rhythm. S1, S2. No MRG.
**Musculoskeletal:** No synovitis. Tender points per the RN examination 4/18.
**Extremities:** No lower extremity clubbing, cyanosis or edema.
**Gait:** Normal.

ASSESSMENT / PLAN

**#1 Chronic multifactorial fatigue**
**#2 Probable mild fibromyalgia component (meets 2016 American College of Rheumatology diagnostic criteria)**

FINDINGS:
Widespread Pain Index (WPI): 8/19
Symptom Severity (SS): 6/12
Tender Points: 4/18
Regions: 5/5
Depression Score (PHQ-9): 5/27
Anxiety Score (GAD-7): 3/21

The following criteria for fibromyalgia are present: widespread pain on both sides of the body (above and below the waist) and present for at least 3 months 5/5 regions

The following criteria for chronic fatigue syndrome are present: persisting more than or equal to 6 months, post-exertional malaise, unrefreshing sleep and orthostatic intolerance

SUMMARY IMPRESSIONS AND RECOMMENDATIONS:
1. Mrs. Fox technically meets the 2016 American College of Rheumatology diagnostic criteria for fibromyalgia. She does not have a diagnostic number of tender points to meet the older, 1990 criteria. Her pattern is somewhat atypical in that she does not have a chronic widespread pain syndrome, although does endorse migratory pain symptoms in all 5 regions assessed and has other symptoms potentially attributable to central sensitization. Her symptoms are improving, which is encouraging. We discussed the multiple manifestations of central sensitization.
2. Her fatigue is multifactorial. She has several features of chronic fatigue syndrome as defined in 2015 by the Institute of Medicine, but there are potentially contributive conditions such as Sjogren's syndrome.
3. She is very interested in treatment strategies and is a good candidate for the treatment program which covers comprehensive non-pharmacologic self-management strategies.
4. I have referred for biofeedback session with our specialized occupational therapist. I let her know we may not be able to achieve an appointment within the time she is in Rochester, and certainly this can be scheduled closer to home.
5. She is on duloxetine, and has achieved benefit with good tolerance. The FDA approved medications for fibromyalgia are discussed below, included for reference if needed in future, as I agree with continuing duloxetine for

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/30/2020

**10/30/2020 - Comprehensive Visit in Integrative Medicine and Health in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

now.

DISCUSSION:
We had a detailed discussion about the biological concepts underlying central sensitization with regard to symptoms. Central sensitization syndrome is a central nervous system response to heightened stress that amplifies sensation markedly. This produces an augmentation of responsiveness of central neurons to input from unimodal and polymodal receptors, with altered sensory processing in the brain, and malfunctioning of antinociceptive mechanisms. Both top-down and bottom-up mechanisms augment pain and sensitivity to a variety of peripheral stimuli, including physical exertion.

We also reviewed rehabilitative approaches for her symptoms, including lifestyle modifications that are a core component of these rehabilitative strategies. Studies have demonstrated that slowly progressive incremental physical reconditioning and cognitive behavioral retraining are most effective at improving fatigue.

I advised Ms. Fox complete the Fibromyalgia and Chronic Fatigue Treatment Program, which is our 8 hour self-management program that focuses on cognitive behavioral approaches, stress management, sleep hygiene, balanced lifestyle, moderation, energy conservation and graded exercise. She agreed to proceed with the program.

INTEGRATIVE MEDICINE
Health is comprised of physical, emotional, mental, spiritual, and community aspects. Physical health refers to conventional medical evaluations. Emotional health refers to active stress on health through the sympathetic nervous system. Mind/body therapies may decrease the physical effects of stress. Spiritual health refers to that which gives life a sense of meaning and purpose. Wellness comes by working within each of these areas in an integrative manner in conjunction with exercise and nutrition.

Paced breathing, such as in meditation, has been found to be helpful by some patients. Several mediation apps are available on Google Play and the iTunes App Stores. She should perform this 10- 15 minutes twice daily for a couple of months and then assess its utility. Utilizing calming visualizations, such as nature scenes, can enhance the effect of the paced-breathing exercises (YouTube search: meditation and nature). Mind/body therapies, such as yoga, tai chi, exercise, and biofeedback, can also decrease the physical effects of stress.

PSYCHIATRY AND PSYCHOLOGY
Advised working with a local psychologist for cognitive behavioral training regarding the central sensitization disorder, including ongoing education on how to improve coping and adaptation skills. CBT has been found to reduce the pain response and increase gray matter of the brain in fibromyalgia.
Important components of cognitive behavioral therapy are as follows

* Education reassurance;
* Focus on functional gains rather than fibromyalgia as a disease;
* Realistic goal setting;
* Lifelong self-management;
* Pacing and increasing activities;
* Managing sleep;
* Addressing cognitive dysfunction: use of daily planners, to do lists, attention techniques;
* Recognizing the role of stress in symptom development;
* Counteracting maladaptive thinking;
* Relapse and maintenance;
* Improved communication with others;

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/30/2020

**10/30/2020 - Comprehensive Visit in Integrative Medicine and Health in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

* Assertiveness training; and
* Use of medications.

The following websites may provide information for psychotherapists practicing cognitive behavioral therapy
www.healthgrades.com/psychiatry-directory
https://therapists.psychologytoday.com/rms/
http://www.findcbt.org/xFAT/

ONLINE CBT: http://web.internetpsykiatri.se/en/treatment/

Often the manifestations of central sensitization coexist with mood disorders such as depression and anxiety. When these conditions are present, they can amply some of the debilitating symptoms and complicate recovery. Therefore, we strongly encourage our patients to work with their local physicians when mood symptoms are present. She was additionally seen for psychiatry consultation by Dr. Frye here.

SLEEP

Recommend "No More Sleepless Nights Workbook," by Peter Hauri.

Ultimately, retraining of nocturnal hypersensitivity is the goal, rather than trying to eliminate any environmental stimuli, which would may prove to be an impossible task.

**General sleep hygiene practices:**

- Use the bedroom only for sleep and sex, not for reading or watching TV. Avoid using electronic devices for at least 1 hour before bedtime and avoid having a mobile device (e.g., cell phone) in the bedroom.
- Keep the room dark. May need to tape over/cover any visible LED lights.
- Try to make the bedroom as cool as tolerated, because the body takes cold as a sign that it's night and therefore that it's time to sleep. The optimal room temperature for sleep is around 60-68 degrees. This can also be promoted by taking a bath before bedtime (even if warm), or wearing a cooling cap at bedtime.
- Recommend bright light exposure for about 30 minutes at the patient's desired "get up" time every day. Outdoor light is always adequate, but some alarm clocks will slowly increase ambient light to simulate sunrise.
- Consider listening to white noise, such as a fan blowing.
- Keep active during the day. Exercise and get some fresh air.
- Stick to a routine of going to bed and getting up at the same time each day.
- Limit daytime naps to no more than 1 hour each day.
- Avoid caffeine late in the day.
- If you eat late at night, keep it light.
- Keep a healthy weight. Being overweight may cause tiredness during the day and may worsen sleep apnea.
- Try to reduce stress in your life by changing the things that cause stress.
- Keep a "to do" journal. Before you go to bed, write down all the things you are worrying about. Then write down what you can do tomorrow. Mark the other things as things to do later in the week. This will help clear your mind of worry.
- Arrange your medicine schedule with your provider so that you take any drugs that might make you sleepy in the evening and drugs that may interfere with sleep during the day.
- Avoid daily use of sleep medicines. You may become dependent on them or build up your tolerance to them so that they no longer work as well. Most sleeping pills should not be used for more than 2 weeks in a row. Could consider taking melatonin, 3 mg, about 2-4 hours prior to desired bedtime every day.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/30/2020

**10/30/2020 - Comprehensive Visit in Integrative Medicine and Health in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

- Try not to focus on falling asleep. For example, don't keep checking the clock and worry about why you are not asleep yet. If you are awake for more than 30 minutes, leave the bed and do not go back to bed until you feel ready to sleep.
- Meditation/Relaxation techniques : http://marc.ucla.edu/body.cfm?id=22
- Consider looking into the SHUTi online program for behavioral management of insomnia. It instructs in sleep hygiene, relaxation techniques, cognitive and "stimulus control" strategies to enhance sleep. She will also be invited to submit electronic sleep logs, and receive individualized feedback and suggestions as to how to improve rest.
- Consider Dr. Andrew Weil's 4-7-8 breathing technique for sleep (https://www.youtube.com/watch?v=xUfl8zap4qU).

Insomnia unresponsive to the above may require referral to a sleep specialist.

PHYSICAL AND OCCUPATIONAL THERAPY
Many patients will benefit from a brief period of targeted physical therapy for 8-12 weeks to improve musculoskeletal symptoms. Additionally, occupational therapy can be helpful for relaxation, stress management, life skills, and energy conservation.

Referrals can be facilitated locally by the primary care provider.

MEDICATIONS
There is no evidence that pure opioids, such as morphine or oxycodone have any benefit in fibromyalgia. In addition, opioid-induced hyperalgesia is a serious concern, in which pain is worsened by opioid use. Although Tramadol has moderate evidence for efficacy, adverse events, drug cross-reactions, and opioid-induced hyperalgesia argue against its consistent use.

Modest improvement of fibromyalgia has been observed with drugs targeting a diverse range of molecular mechanisms. However, no single drug has offered substantial efficacy. The heterogeneity of this disorder and widely varied responses to medications suggests existence of patient subgroups. As a result, therapies for fibromyalgia need to recognize the impact of central and peripheral aspects of the pathophysiology utilizing both medications and nonpharmacologic approaches.

From a medication perspective, FDA-approved medications for fibromyalgia include duloxetine, milnacipran, and pregabalin. Additional options (non-FDA approved) include gabapentin and the older tricyclic agents (amitriptyline, nortriptyline). Ideally it is best to start with a single medication and slowly titrate upwards to a therapeutic dose, attempting to minimize adverse effects. A combined medication approach can also be undertaken. The advantage of this approach is the use of two different medications with different mechanisms at lower doses to minimize side effects with potential additive benefit from an overall symptom standpoint.

A reasonable approach to medication initiation and titration is listed below. The rate of titration should be based on medication tolerability, presence of adverse effects, and the patient's sensitivity towards medications. Following medication initiation, a patient must be reevaluated by their local provider for efficacy and side effects.

FDA approved:
Duloxetine (SNRI): Best for pain + mood symptoms.

- Presently taking with good tolerance and therapeutic effect

Milnacipran (SNRI): Best for pain + mood symptoms.

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/30/2020

## 10/30/2020 - Comprehensive Visit in Integrative Medicine and Health in Rochester, Minnesota (continued)

**Clinical Notes (continued)**

- Start at 6.25-12.5 mg daily, increase over several weeks-to-months 25-50 mg
- Maximum dose: 100 mg twice daily

Pregabalin (Alpha-2-delta calcium channel ligand): Best for pain + sleep + paresthesia symptoms.
- Start at 25 mg daily, increase over several weeks-to-months to 50-75 mg
- Maximum dose: 225 mg twice daily

Non-FDA approved:
Gabapentin: Best for pain + sleep + paresthesia symptoms.
- Start at 100-300 mg nightly, increase over several weeks-to-months to 600 mg
- If efficacious, a morning or afternoon dose can be started with gradual uptitration
- Maximum dose: 2400 mg total per day

Amitriptyline or Nortriptyline: Best for pain + sleep + paresthesia symptoms.
- Start at 10 mg nightly, and increase over several weeks-to-months to 50 mg
- Maximum dose: 75 mg daily

COMBINED MEDICATION APPROACH
A combination of low dose SNRI (Duloxetine 30 mg daily, or Milnacipran 12.5-25 mg daily) along with a low dose of pregabalin or gabapentin (pregabalin 50-75 mg or gabapentin 300 mg at night) could be considered. The advantage of this approach is use of two different medications with different mechanisms at lower doses to minimize side effects with potential additive benefit from an overall symptom standpoint.

FOR DISCUSSION AT HOME
Understanding Chronic Pain: What to do about it in less than five minutes?
https://www.youtube.com/watch?v=RWMKucuejls

Total visit time greater than 70 minutes, with over 50% spent counseling with the patient and coordination of care activities described above.

Electronically Signed by Sundsted, Karna K, M.D. on 10/30/2020 3:27 PM

**Documents**

**Assessment/Evaluation**

**Scan on 11/2/2020 6:54 AM: SAMS3060-LN1021637-DAHLC5-FIBRO**

Scan (below)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/30/2020

## 10/30/2020 - Comprehensive Visit in Integrative Medicine and Health in Rochester, Minnesota (continued)

**Documents (continued)**

### *Fibromyalgia Symptom Measurement (2016 Criteria)*

**Fibromyalgia and Chronic Fatigue Clinic**

This form collects information that is part of the medical record. **Route to Scanning.**

**Patient Information** MRN: 12-608-867 CSN: 2000371056944
Fox, Keeta

Mayo Clinic Number | DOB: (53 yrs) Female Enctr Dt: 10/30/2020 | Date Today

2000371056944

**Fibromyalgia Symptom Measurement**

**1. Please indicate the areas you have had pain over the *last week*.**

| Left upper region | Right upper region | Left lower region | Right lower region | Axial region |
|---|---|---|---|---|
| ☐ Left Jaw * | ☐ Right Jaw * | ☒ Left Hip/buttock | ☐ Right Hip/buttock | ☒ Neck |
| ☒ Left Shoulder | ☒ Right Shoulder | ☐ Upper leg, left | ☐ Upper leg, right | ☒ Upper back |
| ☐ Left Upper arm | ☐ Right Upper arm | ☒ Lower leg, left | ☒ Lower leg, right | ☐ Lower back |
| ☐ Left Lower arm | ☐ Right Lower arm | | | ☒ Chest * |
| | | | | ☐ Abdomen * |

**2. Which of these symptoms have you been bothered by in the *past 6 months*?**

| | | |
|---|---|---|
| ☒ Headache | ☐ Pain/cramps in lower abdomen | ☒ Depressed mood |
| ☒ TMJ symptoms | ☐ Wheezing | ☒ Constipation |
| ☒ Muscle weakness | ☐ Bladder cramps | ☒ Cold intolerance |
| ☒ Numbness/tingling of extremities | ☒ Frequent urination | ☒ Heat intolerance |
| ☒ Blurred vision | ☒ Dry mouth | ☒ Multiple sensitivities (lights, smells, foods, medications) |
| ☒ Dry eyes | ☐ Oral ulcers | |
| ☐ Hair loss | ☐ Loss of/change in taste | ☒ Rash |
| ☐ Hearing difficulties | ☐ Heartburn | ☐ Sun sensitivity |
| ☒ Ringing in the ears | ☒ Nausea | ☒ Hives |
| ☒ Lightheadedness | ☐ Loss of appetite | ☒ Easy bruising |
| ☐ Sense of imbalance | ☐ Bowel cramps | ☒ Decreased sex drive |
| ☒ Palpitations | ☒ Frequent loose stools | ☒ Nervousness |
| ☒ Chest discomfort | ☒ Increased sweating | ☒ Difficulty falling asleep and staying asleep |
| ☒ Shortness of breath (upon exertion) | | |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/30/2020

## 10/30/2020 - Comprehensive Visit in Integrative Medicine and Health in Rochester, Minnesota (continued)

**Documents (continued)**

MRN: 12-608-867 CSN: 2000371056944
Fox, Keeta
DOB: (53 yrs) Female Enctr Dt: 10/30/2020
2000371056944

FOR STAFF USE ONLY

**Section 1**
Widespread pain index (WPI) is total score **from question 1 on front.** WPI 8 /19
Number of Pain Regions present (excluding jaw, chest, abdomen) 5 /5

**Section 2A**
Symptom severity scale score **from question 2 on front.**
Score the following three symptoms if they have bothered you over the **past 6 months.**

0 = Not checked/ not bothersome
1= Checked/ bothersome
1 **Headaches** (0-1)
0 **Pain or cramps in lower abdomen** (0-1)
1 **Depression** (0-1)

* Section 2 table was part of 2010 criteria that may still be collected in the patients record but isn't required for scoring according to the 2016 criteria.

SSS 2 /3

**Section 2B**
Symptom severity scale score.
Ask the patient **over the past week** the severity of the following symptoms;

3 **Fatigue** (0-3)
2 **Waking unrefreshed** (0-3)
0 **Cognitive Symptoms** (0-3)

0 = No problem
1= Slight or mild problems, generally mild or intermittent
2= Moderate, considerable problems, often present and/or at a moderate level
3= Severe: pervasive, continuous, life-disturbing problems

SSS 5 /9

**Symptom Severity Score**
Add the total from **Section 2A** (0-3) and the total from **Section 2B** (0-9)

**Section 2A total + Section 2B total** SSS score 6 /12

**2016 Fibromyalgia Diagnosis criteria**

1. WPI ≥ 7 and SSS ≥ 5 OR WPI of 4-6 and SSS ≥ 9
2. Generalized pain in at least 4 of the 5 regions must be present. Jaw, chest, and abdominal pain are not included in generalized pain definition.
3. Symptoms have been generally present for at least 3 months.
4. A diagnosis of fibromyalgia is valid irrespective of other diagnoses. A diagnosis of fibromyalgia does not exclude the presence of other clinically important illnesses.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/29/2020

## 10/29/2020 - Comprehensive Visit in Division of Nephrology and Hypertension in Rochester, Minnesota

### Reason for Visit

Chief complaint: Polyuria
Visit diagnoses:

- Polyuria [R35.8]
- **Stone Kidney (primary) [N20.0]**

### Clinical Notes

#### Consults - Outpatient

**Consults - Outpatient by Klomjit, Nattawat, M.D. at 10/29/2020 9:30 AM**

Author: Klomjit, Nattawat, M.D. | Service: NEP (Nephrology and Hypertension) | Author Type: Fellow
Filed: 10/29/2020 11:39 AM | Encounter Date: 10/29/2020 | Status: Signed
Editor: Klomjit, Nattawat, M.D. (Fellow)

Referring Provider: Christopher V. Anstine,*

SUBJECTIVE

REASON FOR CONSULT
**Polyuria**

HISTORY OF PRESENT ILLNESS
Ms. Fox is a 53 y.o. female who presents here for evaluation of polyuria.

The patient is from Louisville Kentucky. She came to Mayo Clinic for 2nd opinion due to multiple complaints. Mainly, her health problems started to become worsening since February and March this year. The patient has symptoms of orthostatic, GI issues in urinary tract symptoms. She reports dysuria, frequency of urination and increased urine volume the past 6 months. Her local provider has collected 24 hour urine which showed urine volume of 3.8 L per day but she reported drank only 2.5 L on that day. She was workup for UTI and has one physician told her that she may have UTI from Lactobacillus bacteriuria and would like to start her on antibiotics. However, she was unsure and decided to come to the Mayo Clinic for workup of her several symptoms.

The patient also adjusted her diet earlier this year to almost like a keto diet. She has lost about 20 lb in March but now her weight has been stable. Her energy still poor. She also has neuropathy for which she is currently taking duloxetine. She also feels with peak and has low energy all the time. She is currently on disability leave seen in March of this year.

Her maternal aunt has kidney disease when she was 50 years old. She herself has personal history of kidney stone in the past and the most recent episode was in 2017. She told me that the most recent CT scan for which we do not have it here did not show any stone. It was noted that in 2017 she has low-grade hematuria (6-12 cells per high-power field). She did not have UTI at that time. She is also seen by woman's health clinic for postmenopausal symptoms and atrophic vaginitis for which she was encouraged to resume topical estrogen. Moreover, she was diagnosed with Sjogren's syndrome with the symptoms of dry mucosa.

She underwent 24 hour urine collection here and volume is only 2.7 L with urine sodium of 85 millimole per day. The patient does not take any NSAID. She used to take 4 different supplements but now it is on hold. The patient is married. She is a senior advisor at Papa John. She denies any smoking and she occasionally drinks wine.

MAYO CLINIC



**10/29/2020 - Comprehensive Visit in Division of Nephrology and Hypertension in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

REVIEW OF SYSTEMS
Constitutional: Positive for fatigue, fever and night sweats.
Skin: Positive for skin rash.
Eyes: Positive for visual problems.
ENT: Positive for persistent hoarse voice and sinus congestion.
Respiratory: Positive for dry cough, dyspnea and sleep disturbances due to breathing.
Cardiovascular: Positive for chest pain, pressure or tightness, rapid or fluttering heart beat and pain in the calf muscles when walking.
Gastrointestinal: Positive for constipation, nausea and difficulty swallowing.
Genitourinary: Positive for incontinence, pain with urination, hematuria, urgency and frequent urination.
Hematologic: Positive for abnormal lumps or bumps and bruises or bleeds easily.
Musculoskeletal: Positive for arthralgias, back pain, pain or stiffness in the joints and muscle pain/stiffness.
Neurological: Positive for light-headedness, numbness or shooting pain in hands, arms, legs, or feet, loss of balance or tendency to fall easily, headaches and weakness in arms or legs.
Psychiatric/Behavioral: Positive for snores loudly, stop breathing, choking, or gasping while asleep, little interest or pleasure in doing things over past two weeks, not being able to stop or control worrying over past two weeks and feeling nervous, anxious, or on edge in past two weeks.

OBJECTIVE
BP 101/67 | Pulse 83 | Temp 36.4 °C | Ht 173.1 cm | Wt 59.8 kg | BMI 19.96 kg/m²

PHYSICAL EXAMINATION
Constitutional
  Appearance: Normal appearance.
HENT
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes
  Conjunctiva/sclera: Conjunctivae normal.
Cardiovascular
  Rate and Rhythm: Normal rate.
  Pulses: Normal pulses.
Pulmonary
  Effort: Pulmonary effort is normal.
Abdominal
  General: Abdomen is flat.
Musculoskeletal Normal range of motion.
Skin
  General: Skin is warm.
  Capillary Refill: Capillary refill takes less than 2 seconds.
  Coloration: Skin is not jaundiced or pale.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/29/2020

**10/29/2020 - Comprehensive Visit in Division of Nephrology and Hypertension in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

Neurological
General: No focal deficit present.
Mental Status: She is alert.

**DIAGNOSTICS**

10/22/2020: Urine osmolality 832, trace hemoglobin, RBC 3-10, white blood cell 1 to 3, less than 25% dysmorphic RBCs
10/14/2020: 24 hour urine volume 2756, urine sodium 85
10/15/2020: Sodium 142, potassium 4.8, chloride 107, bicarb 25, BUN 23, creatinine 0.72, total calcium 9.4, albumin 4.6, CK 66,
10/15/2020: ANA negative, SSA mild positive (1.0), anti-double-stranded DNA negative, anti TTG neg.
10/15/2020: Monoclonal protein negative. Serum free light chain normal.

**ASSESSMENT / PLAN**

**# Polyuria**
At this time, her 24 hour urine volume did not suggest polyuria (urine volume 2.7 L per day). We have low suspicions for DI at this time as her urine osmolality is quite concentrated and there is no history of hypernatremia. I suspected that the increased urine volume is mostly from water intake due to dry mucosa from Sjogren syndrome. She does not have any glycosuria or high sodium content in the urine so less likely osmotic diuresis.

**# History of kidney stones**
The patient has prior history of kidney stone but never required any surgical intervention. Reportedly, the most recent imaging did not show stone. However the patient still has hematuria. She will have a CT urogram and cystoscopy done next week which can help us identify if she still has remaining stone.
- you will check 24 hour urine super saturation to look for risk factor of kidney stone
- await urological workup from Urology

**# Microscopy hematuria**
Our suspicion for overall I disease is quite low as the patient has normal kidney function and without proteinuria and normal blood pressure. We are awaiting the urological workup to see if this blood is from structural cause. If urological workup is completely negative, she possibly has thin basement membrane disease which has an excellent renal prognosis.

**# Frequency of urination and dysuria**
Unclear etiology at this time but it might be related to atrophic vaginitis. The patient will undergo urological workup next week and be seen by urogynecology.

**#1 Polyuria**
**#2 Stone Kidney**

I will call the patient to update result

Nattawat Klomjit, M.D.

Electronically Signed by Klomjit, Nattawat, M.D. on 10/29/2020 11:39 AM

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/29/2020

## 10/29/2020 - Comprehensive Visit in Division of Nephrology and Hypertension in Rochester, Minnesota (continued)

### Clinical Notes (continued)

**Consults - Outpatient by Kattah, Andrea G, M.D. at 10/29/2020 9:30 AM**

| | | |
|---|---|---|
| Author: Kattah, Andrea G, M.D. | Service: NEP (Nephrology and Hypertension) | Author Type: Physician |
| Filed: 11/2/2020 11:50 AM | Encounter Date: 10/29/2020 | Status: Signed |
| Editor: Kattah, Andrea G, M.D. (Physician) | | |

I saw Mrs. Fox with Dr. Klomjit. She is a very pleasant 53 year old woman who we are seeing for hematuria and polyuria. She has other urinary symptoms. Hematuria has been low level and present since 2017. She has no elevated urine protein and Cr and BP are normal. She does have a history of nephrolithiasis, though no recent episode since 2019. Does have a history of Sjogrens and drinks a good amount of water at 2.5 L. Her 24 hour urine here did not meet threshold for polyuria at 2.7 L, and her serum sodium is normal, with a urine osm of > 800, ruling out DI. Has had an extensive serologic evaluation which has shown only a mildly positive SSA.

A/P - Hematuria, unlikely from a glomerular source. If CT urogram and cysto are unremarakble, it is possible she has thin basement membrane disease, but would not pursue a biopsy in the absence of proteinuria or impaired kidney function. No signs of glomerulonephritis. Subjective polyuria and urinary frequency, possibly related to atrophic vaginitis.
- Agree with vaginal estrogen
- Agree with urology evaluation - cystoscopy and CT urogram
- 24-hour urine supersaturation given history of nephrolithiasis
- Agree with avoiding all supplements at this time
- No indication for kidney biopsy at this time

The rest as per Dr. Klomjit.

Electronically Signed by Kattah, Andrea G, M.D. on 11/2/2020 11:50 AM

### Vitals

**Vital Signs** Most recent update: 10/29/2020 11:31 AM

| BP | Pulse | Temp | Ht | Wt |
|---|---|---|---|---|
| 101/67 | 83 | 36.4 °C | 173.1 cm | 59.8 kg |

| BMI |
|---|
| 19.96 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Edu? |
|---|---|---|
| 3 | Back | None |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/28/2020

## 10/28/2020 - Comprehensive Visit in Department of Dermatology in Rochester, Minnesota

### Reason for Visit

Visit diagnoses:
- **Erythromelalgia (primary) [I73.81]**
- Xerosis [L85.3]
- Purpura Simplex [D69.2]

### Clinical Notes

#### Consults - Outpatient

**Consults - Outpatient by Stewart, Jacob R, M.D. at 10/28/2020 8:20 AM**

Author: Stewart, Jacob R, M.D. Service: DER (Dermatology) Author Type: Resident
Filed: 10/28/2020 9:29 AM Encounter Date: 10/28/2020 Status: Attested
Editor: Stewart, Jacob R, M.D. (Resident) Cosigner: Miest, Rachel Y, M.D. at 10/28/2020 5:03 PM

**Attestation signed by Miest, Rachel Y, M.D. at 10/28/2020 5:03 PM**

I saw and evaluated the patient, participating in the key portions of the service. I reviewed the resident/fellow's note. I agree with the resident/fellow's findings and plan.

REFERRAL: Anstine, Christopher V., M.D.
200 1st St SW
Rochester, MN 55905-0001

Correspondence to: Jacob Stewart, M.D.
Supervised by: MIEST, RACHEL Y, Md
Patient seen and discussed with supervising consultant, who evaluated the patient and concurs with the assessment and plan.

SUBJECTIVE

**CHIEF COMPLAINT**
Concern for erythromelalgia

**HISTORY OF THE PRESENT ILLNESS**
Keeta Fox is a pleasant 53 y.o. female with history of Sjogren's syndrome who is seen in consultation at the request of Christopher V. Anstine, M.D. for Concern for erythromelalgia. History obtained from patient and review electronic medical record. Patient states that she was in her normal state of health until about 1 year ago when she began to have some burning and redness of her hands. She states that at times the hands would appear be red, feel mildly tight, and burn and this would be relieved with cold ice packs. She states that her hands and feet will feel both hot and cold. She states that for a time she would sleep with cold ice packs. Then approximately a months ago she had an episode of severe pain in her feet which felt like electrical shock. She states that this was 10/10 pain in severity. She also had this sensation the lesser degree in her hands, and this continued for 3 weeks causing her to go on disability from her work. She previously was high functioning working about 80 hours per week typing on the computer.

She states that since that time she has also had some redness, burning sensation in her feet which would improve with cool water. She feels that the symptoms have steadily been getting better since that three-week incident 8 weeks ago, now with symptoms about 5/10 severity which will come and go about every other day. Today she feels about 1/10 discomfort in her hands and 0/10 in the feet. She states that she now is only using some cold water at night and

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/28/2020

**10/28/2020 - Comprehensive Visit in Department of Dermatology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

not using ice packs anymore. She has not used any other topical therapies, but was placed on duloxetine 90 mg daily, which she did feel helped with her symptoms.

She otherwise at Mayo for workup of her Sjogren's syndrome as well as orthostatic dysfunction. She was previously diagnosed with a small fiber neuropathy, but her recent sweat test was negative, as well as unremarkable autonomic reflex testing.. She also feels some stiffness in her joints as well as the dry eyes and dry mouth. Additionally she has some fatigue, and feels that the fatigue and orthostatic symptoms are mostly what are preventing her from returning to work, although she continues to improve. As far as her Sjogren's, she carries a bottle of water with her, has been using eyedrops, and is starting Imuran with Rheumatology.

She also states that starting about 7 months ago she began to notice bruises mostly on her extremities. She denies seeing any rash or lesions or trauma previous to the bruising, and the bruises do seem to heal with some time slowly. She also states that she has a history of some sensitive skin and dermatitis, more recently with more itching and rashes. She has previously diagnosed with urticaria and was wondering about possible diagnosis of vasculitis. She does like to take hot showers but does try to use some moisturizer. She otherwise denies any other skin concerns.

**REVIEW OF SYSTEMS**
As per HPI, positive for fatigue, orthostatic symptoms, joint pain
-negative for fever, chills, shortness of breath

**PAST MEDICAL HISTORY**
No past history of skin cancer

**SOCIAL HISTORY**
From Louisville Kentucky

**FAMILY HISTORY**
Sister with history of malignant melanoma

OBJECTIVE
**PHYSICAL EXAM**
General: Normal body habitus. Awake, alert, in no acute distress.
Psych: appropriate mood and affect.
Eyes: No scleral injection or icterus. No eyelid abnormalities.
CV: Warm and well perfused, no bilateral lower extremity edema
Skin: I have examined the scalp, neck, chest, abdomen, back, bilateral upper extremities, and bilateral lower extremities, hands and feet. Exam is largely unremarkable. Some mild dry skin. Hands and feet appear within normal limits. Patient does show me some photographs of some mild erythema on the palms, fingers, and dorsal aspects of the hands and feet. Few resolving purpuric patches on patient's bilateral lower extremities and abdomen

ASSESSMENT / PLAN
**#1 Erythromelalgia**
**#2 Sjogren syndrome**
**#3 Mild xerosis**

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/28/2020

**10/28/2020 - Comprehensive Visit in Department of Dermatology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

Patient does have some atypical features including the electrical shock like sensation in bilateral hands and feet, but does fit clinical diagnosis of erythromelalgia with red, hot, burning intermittent episodes in the hands and feet relieved with cooling. Patient has had fairly extensive laboratory workup including unremarkable CBC, CMP, sed rate, TSH, largely unremarkable autoimmune panel except for slightly elevated SSA. Difficult to ascertain the degree of which her known Sjogren's syndrome may be contributing to her symptoms. Overall reassuring the patient's symptoms seem to be improving.

We discussed in detail with the patient concerning the known etiology, natural history, and treatment of erythromelalgia. See below beneath patient Education for full details our discussion.

-recommended amitriptyline 2% ketamine 5% in lipoderm to be used up to 3 times daily to the hands and feet as needed. This prescription was provided
-agree with continuing duloxetine, may consider trial of gabapentin in the future if needed
-continue with moderation with cooling behaviors
-provided educational handouts and stepwise recommended treatment plan, see below
-for patient's mild dry skin and history of sensitive skin, also recommended gentle skin cares, moisturization. Education provided
-patient follow-up as needed

**#4 Purpura simplex**
We do not appreciate any evidence of urticaria or urticarial vasculitis. Most likely purpura simplex. Reassured the patient and will continue to monitor

**PATIENT EDUCATION**
All questions answered. Ready to learn. No apparent learning barriers were identified. Learning preferences include listening. Explained diagnosis and treatment plan; patient/guardian of patient expressed understanding of the content.

We covered the following:

1. Patient education - publications concerning this entity were shared with the patient
2. Prognosis - over time, the symptoms may worsen, stay the same, or get better. It happens about equal portions of people over time. In approximately 10%, patients may report resolution of symptoms
3. Patient support groups- The Erythromelalgia Association, chat groups on Google, Yahoo, other social media
4. Management -

The aim of management is to get back to as normal a style of life as possible. Our aim is to get erythromelalgia symptoms under control and also to learn to live with whatever is left. In our experience most patients can get acceptable control of their symptoms with lifestyle modifications and topical treatments; only a minority of patients need systemic medications.

Lifestyle changes -- avoid situations as much as practically possible that set off symptoms, while keeping a balance and trying to maintain a normal lifestyle. This is a difficult balance, but ideally, patients should be able to return to a normal style of life and not be inhibited by their symptoms.

Reassuringly, there is no evidence that episodes of erythromelalgia cause damage to the nerves or skin.

MAYO CLINIC

**10/28/2020 - Comprehensive Visit in Department of Dermatology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

Cooling behaviors: Moderation is key.
* It is okay to use techniques that cool the affected areas for short periods of time (eg 5 minutes every 1-2 hours), but these should not be used for prolonged periods as they can damage the skin, vasculature and nerves in the affected area and in the long run make the pain worse and lead to complications.
* Also moderation in the technique used is advisable- avoid extreme behaviors. Cool water indirectly applied to skin is advisable - but not ice or very cold water directly applied to the skin. Examples that patients report that help include Chillow pillows but again, these should be used for short periods. http://www.chillow.com/chillow.html

Suggested activities: Many patients report that swimming is helpful to them.

Topical treatments that may help are as follows:

Each should be tried one at a time for a period of 2-4 weeks, if medication does not work then move on to the next medication.

It would be very helpful if you could let us know which of below you have found most helpful via the patient portal after approximately 3 months

Most of these prescriptions are compounded products: it is best to have compounded creams filled at Mayo Clinic as they are familiar with how to compound these specific ones

For the pain:
• A trial of amitriptyline 2% and ketamine 0.5% applied up to three times daily. Many patients report that this helps tremendously with their discomfort, but other patients say it does not work at all. If it does not work, a trial of giving a mixture with a higher concentration of ketamine such as 5% ketamine instead of 0.5% ketamine could be considered as a trial.
• Lidocaine patches - These are easiest to use on the top of the feet. You can try the over-the-counter 4% lidocaine patches (various brands) (no prescription needed) or the prescription 'Lidoderm' patches (5% lidocaine) for 12-24 hours, applied to the affected area (eg top of the feet)

- Other medications that could be tried in the future:
• Lidocaine 4% cream (over the counter)
• Trial of pain-relieving rub or patch (Ultra Strength BenGay Cream, Ultra Strength BenGay Pain Relieving Patch, others),
• Voltaren 1% gel applied four times a day
• Gabapentin ointment 6% in Aquaphor or Vanicream

For the redness:
Available over the counter:
• Afrin spray (oxymetazoline) 2-3 times daily to affected areas
• Preparation H (phenylephrine) applied 1-3 times daily to affected areas
Available by prescription:
• Topical brimonidine tartrate gel 0.05% (Mirvaso) (FDA approved for the redness of rosacea) could be tried- apply 1-3 times daily
• Topical Timolol
• Topical midodrine 0.2% in Vanicream applied TID (compounded only at Mayo Clinic)
• Oxymetazoline (prescription)

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/28/2020

**10/28/2020 - Comprehensive Visit in Department of Dermatology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

Systemic treatments:
All systemic treatments are associated with potential side-effects, and different people respond to different drugs.
These are summarized in the manuscript
http://www.ncbi.nlm.nih.gov/pubmed/12003720

Drugs that have been reported to help include:
• Aspirin- Trial of aspirin (if not contraindicated) 325 mg daily x 1 month
Because a subset of patients respond to aspirin (particularly erythromelalgia associated with myeloproliferative disease), it is always worthwhile trying oral aspirin first for up to a month to see if that helps symptoms
• Gabapentin
• Pregabalin
• Venlaxafine
• Other drugs used for small fiber neuropathy
• Mexiletine
• Misoprostol

Prescriptions for the following medications were provided to the patient: Amitriptyline 2% ketamine 5%

All questions answered.

Electronically Signed by Stewart, Jacob R, M.D. on 10/28/2020 9:29 AM
Electronically Signed by Miest, Rachel Y, M.D. on 10/28/2020 5:03 PM

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

## 10/26/2020 - Comprehensive Visit in Menopause and Women's Sexual Health Clinic in Rochester, Minnesota

### Reason for Visit

Chief complaint: MWSHC
Visit diagnoses:

- **Menopause (primary) [Z78.0]**
- Pelvic Floor Tension [N94.89]
- Symptoms Vasomotor [R09.89]
- Vaginitis Atrophic [N95.2]

### Clinical Notes

#### Consults - Outpatient

**Consults - Outpatient by Klindworth, Amber L, P.A.-C. at 10/26/2020 9:30 AM**

Author: Klindworth, Amber L, P.A.-C. Service: WHC Women's Health Care Author Type: Physician Assistant
Filed: 10/27/2020 8:24 AM Encounter Date: 10/26/2020 Status: Signed
Editor: Klindworth, Amber L, P.A.-C. (Physician Assistant)
Related Notes: Original Note by Klindworth, Amber L, P.A.-C. (Physician Assistant) filed at 10/26/2020 4:52 PM

SUBJECTIVE

Referring Provider: Anstine, Christopher V., M.D.

**Chief Complain/Reason for Visit**
Ms. Fox is a 53 y.o. female presenting with concerns related to menopause.

She is a G0P0, LMP in 2018 naturally. She describes getting sick in June of 2019. At that time, she had multiple concerns including burning of the tongue, heart palpitations, tingling in the hands and feet, hot flashes, and night sweats. Eventually, it became so severe that she was placed on disability. She does note that in April or May of 2020 she was started on an estrogen patch that was changed twice weekly. She does not remember the dose. She was also given a nightly progesterone pill. She did not find this to be overly effective so she stopped. She also wanted to be more natural if possible and was seen by a functional medicine provider who put her on oral DHEA.

She describes a hot and cold sensation. She usually gets more cold after the hot sensation during the day. She does note that drinking hot beverages will make it worse. Drinking wine will make her more cold. She also notes severe insomnia. She takes an adrenal supplement that she does find to be helpful. This is a tincture that contains ashwagandha as well as other supplements. It is a proprietary blend. She notes that if she cannot fall asleep she just stays in bed and will watch TV. She has needed to use the restroom 2-3 times a night. In terms of urinary frequency, she noticed this increased in February. She notes an increase in volume as well as frequency.

She describes a burning on the outside of her vulva when just sitting. She notes that the burning gets worse with bowel movements. It is especially exacerbated with sexual activity. She was drinking up to 2.5 L of water a day. She was seen by her local provider who recommended starting Intrarosa. She is unsure why this was chosen over vaginal estradiol. She has not tried any other vaginal products such as moisturizers or lubricants. When she is sexually active, she describes pain as well as a burning sensation. She has not been found to have a urinary tract infection; however, her functional provider told she has a very rare type of urinary tract infection.

She also notes a history of Candida glabrata and was treated with boric acid. She notes last time she was treated was in February. She does not have itching with this, instead has a discharge. She also had drastic weight loss, which was unintentional. She is being evaluated by Gastroenterology. She knows she did anal manometry; however, she has not had a discussion about the followup of this evaluation.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

**10/26/2020 - Comprehensive Visit in Menopause and Women's Sexual Health Clinic in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

In terms of breast health, she had a mammogram in June of this year. She notes that she does have extremely dense breast tissue and has fibroid cysts. She had a biopsy in the past as well as ultrasounds. She notes that a CT did note that she had left breast calcification. She denies a family history of breast cancer. She has had a cardiovascular workup, as noted by Dr. Christopher Anstine's note, which appears to have been normal; however, she notes that she was seen by a Pulmonary provided today who told her she had A fib. Throughout all her appointments, she has also been diagnosed with Sjogren's syndrome. There has also been the concern for central sensitization. She notes that this diagnosis bothers her as she feels that she does a really good job with her mind/body in managing her stress.

**ROS:**
Review of systems negative except as noted in the HPI.
I reviewed the MWSHC intake and questionnaire.

**Medications, allergies, past medical history, social history, and family history have been reviewed and updated.**

OBJECTIVE

**Pelvic**: External genitalia examined and normal. Moderate to severe atrophic changes of the vulvar tissue consistent with genitourinary syndrome of menopause. Q tip test negative. Pelvic floor hypertonic and tender to palpation R>L.

ASSESSMENT / PLAN
**#1 Menopause**
**#2 Pelvic Floor Tension**
**#3 Symptoms Vasomotor**
**#4 Vaginitis Atrophic**

We reviewed the natural course of menopause, typical hormonal and bodily changes, symptoms, and strategies to manage these symptoms including lifestyle modification, phytoestrogens, acupuncture, paced respiration, hypnosis and cognitive behavioral therapy. We also reviewed prescription options for management of vasomotor symptoms including hormone therapy,the use of SSRI/SNRI antidepressant medications,gabapentin and oxybutynin.

We reviewed the risks, benefits and current recommendations for the use of hormone therapy, including the general principles of starting hormone therapy earlier rather than later in menopause and individualizing therapy based on goals of treatment, risks, benefits and patient preferences. We discussed the available hormone therapy regimens, routes of administration and dosing options as well as the need to review her ongoing need for hormone therapy (if indicated) on an annual basis, in the context of her current state of health and in light of any new information available regarding hormone therapy. She should continue with self-breast awareness and with appropriate breast imaging for cancer screening.

I discussed with the patient that many of her symptoms do appear to be due to or exacerbated by menopause such as

MAYO CLINIC

**10/26/2020 - Comprehensive Visit in Menopause and Women's Sexual Health Clinic in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

the hot/cold sensations and sexual health concerns.

We reviewed the changes caused by genitourinary syndrome of menopause. We reviewed the role of local hormonal therapy in reversing these changes, improving vaginal health and also decreasing the risk of recurrent urinary infections. We reviewed the differences between systemic vs. vaginal estrogen therapy, and the fact that there is minimal systemic absorption from low dose vaginal estrogen.

We discussed that sometimes pain with intercourse can be due to tension, inflammation, and sometimes spasm of the pelvic floor muscles.

We discussed the muscles of the pelvic floor and the importance of both being able to relax the muscles when needed and tighten them when needed. We went on to discuss that sometimes in the setting of pain related to tissues, the pelvic floor muscles may respond with guarding and this can sometimes then lead to tension or spasm. One of the keys of treatment then is to try to break the connection between intercourse and pain both in terms of the muscle response and psychologically.

We discussed the role of pelvic PT in treating inflammation of the pelvic floor muscles and the importance of doing home stretches. We discussed referral and the optimal timing to begin treatment.

We also discussed the benefit that can some from incorporating some basic yoga pelvic floor exercises into routine daily activities.

We discussed the finding of dense breast tissue on the patient's mammogram. She was informed that breast density reflects the proportion of glandular and other tissues that look white on mammogram ("dense tissue") to non-dense fatty tissue. High breast density reduces mammographic sensitivity by potentially obscuring abnormalities, including cancer. Women with dense breasts are also considered at increased breast cancer risk compared with women with non-dense breasts.

After a review of options, we have decided to proceed with the following:

1. I have requested her outside mammogram report. If dense tissue present will schedule an MBI. We discussed the potential benefits, limitations, and risks of MBI. Discussed costs of the tests and recommended patient check with her insurance prior to having test.
2. Will start hormone therapy with a semi-weekly estradiol patch 0.05 mg and 100 mg micronized progesterone nightly. We dicussed bleeding may occur, however if it is heavy, prolonged or after 6 months this would be abnormal and would require additional evaluation. We discussed other common side effects such as bloating and breast tenderness.
3. Her exam was consistent with genitourinary syndrome of menopause and I recommended starting vaginal estradiol cream 0.01%, 1 gram twice weekly. She was informed this can take 6-8 weeks to have a noticeable difference. I requested the nurses review application of these products.
4. I recommended pelvic floor physical therapy. She wishes to pursue this locally. We discussed that the focus should be on relaxation vs strengthening (Kegels) in the beginning. She was given resources to find a local provider. If she were to return to clinic in the future would be happy to place a consult for pelvic floor physical therapy.
5. I recommended Yoga exercises for pelvic floor relaxation.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

**10/26/2020 - Comprehensive Visit in Menopause and Women's Sexual Health Clinic in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

6. I recommended avoiding painful sexual activity.
7. If the burning persist despite the above mentioned interventions may consider treating as a vulvodynia with a compounded gabapentin cream.
8. We reviewed sleep and sleep hygiene. We discussed CBT for sleep. I gave her a list of sleep resources.

Will follow up in 3 months with a virtual visit.

**Orders Placed This Encounter**

Procedures

- External referral PT (non-Mayo)
- Women's Health - Nurse education visit (clinic)
- Video anyplace visit

**New Medications Ordered This Visit**

Medications

- estradioL (ESTRACE) 0.1 mg/g (0.01%) vaginal cream
  Sig: Apply 1 gram vulvovaginally twice weekly.
  Dispense: 42.5 g
  Refill: 3
- progesterone (PROMETRIUM) 100 mg capsule
  Sig: Take 1 capsule (100 mg total) by mouth at bedtime.
  Dispense: 90 capsule
  Refill: 3
- estradioL (VIVELLE-DOT) 0.05 mg/24 hr patch
  Sig: Place 1 patch on the skin 2 (two) times a week.
  Dispense: 24 patch
  Refill: 3

I gave her my card and answered all her questions, and she appreciated the consultation.

PATIENT EDUCATION
Ready to learn, no apparent learning barriers were identified; learning preferences include listening. Explained diagnosis and treatment plan; patient expressed understanding of the content.

Total visit time greater than 60 minutes, with over 50% spent counseling with the patient and coordination of care activities described above.

Electronically Signed by Klindworth, Amber L, P.A.-C. on 10/26/2020 4:52 PM
Electronically Signed by Klindworth, Amber L, P.A.-C. on 10/27/2020 8:24 AM

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

## 10/26/2020 - Comprehensive Visit in Division of Pulmonary Medicine in Rochester, Minnesota

**Reason for Visit**

Chief complaint: Interstitial Lung Disease
Visit diagnoses:

- Other Emphysema [J43.8]
- **Sjogren's (Sicca) Syndrome (primary) [M35.00]**

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Kalra, Sanjay, M.D. at 10/26/2020 8:00 AM**

Author: Kalra, Sanjay, M.D. Service: PUL (Pulmonary Medicine) Author Type: Physician
Filed: 10/26/2020 9:29 AM Encounter Date: 10/26/2020 Status: Signed
Editor: Kalra, Sanjay, M.D. (Physician)

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**
Interstitial Lung Disease.

Referred by:
Anstine, Christopher V., M.D.
200 1st St SW
Rochester, MN 55905-0001

**HISTORY OF PRESENT ILLNESS**
Ms. Fox is a 53 y.o. female , a never smoker, a senior corporate executive, reports no problems till sometime last year. However, on more direct questioning, she admits to recurrent respiratory events in her late 20s, occurring with annual frequency and consisting of fever, cough, sputum production and requiring antibiotics before improving in 3-4 weeks. This occurred every year for 3 or 4 years but has since subsided without any additional intervention.

At the age of 19 she was hospitalized with unexplained fatigue and weight loss, was eventually told that she had a CMV infection but does not recall any specific CT imaging of her chest at that time.

Her current issues symptoms started around mid 2019, again possibly longer seen she described dryness of her eyes and mouth for 2 or 3 years prior to that, with the palpitations, some postural dizziness, intermittent diarrhea and a 25 lb weight loss which occurred over 6-8 weeks but has been stable since February. She has had cough without sputum production occasionally, 5 to 7 times a week, no sleep disturbance from this, and reports exertional shortness of breath. This latter has been present for most of her life and she says that even though she was a competitive long distance runner in high school, she appeared to breathe harder than her peers even while outperforming them.

Testing now has included pulmonary function studies in late 2019 which were completely normal, normal again this morning, a cardiopulmonary exercise test which showed a normal performance and was not associated with desaturation at end exercise, a 6 minutes walk distance which is above predicted but reportedly was accompanied by a desaturation to 83% on room air, with the main abnormality being on a CT scan which reproduces what was previously seen on a spine MRI and consists of an area of emphysema in the right lower lobe with a small amount of, likely postinflammatory, fibrosis at its inferior part. In addition, her trachea appears somewhat wider than expected but there is no evidence of any other tracheobronchomegaly or bronchiectasis.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

**10/26/2020 - Comprehensive Visit in Division of Pulmonary Medicine in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

She has had intermittent difficulty swallowing liquids and solids especially over the past year, no definite episodes of aspiration now and also describes no reflux or regurgitation.

She does report a difficult childbirth, described to her by her mother, with apparently prolonged labor but does not have any other details about any respiratory events immediately postpartum. She also reports no memory below childhood respiratory events, including pneumonias or whooping cough. She has no upper respiratory symptoms other than a raspy voice occasionally over the past year or any history of for recurrent skin or ear infections. She has had intermittent diarrhea and even a diagnosis of gastroparesis at some point

SOCIAL HISTORY
Never smoker. Question of mold related abnormalities in her house based on some visible mold in supplemented with environmental air sampling which reportedly identified abnormal Aspergillus levels. No animal or bird exposures. No occupational dust or chemical exposures.

FAMILY HISTORY
Family history of rheumatoid arthritis. A sister, who used to smoke, with possible atypical mycobacterial infection.

PAST MEDICAL/SURGICAL HISTORY
CMV infection at age 19, no other details available
Question of atrial fibrillation

CURRENT MEDICATION LIST

Current Outpatient Medications:
• cholecalciferol (Vitamin D3) 5,000 Unit tablet, Take 5,000 Units by mouth daily., Disp: , Rfl:
• DULoxetine (CYMBALTA) 30 mg DR capsule, Take 30 mg by mouth daily. Take 30 mg by mouth daily Take with Duloxetine 60 mg to equal 90 mg., Disp: , Rfl:
• DULoxetine (CYMBALTA) 60 mg DR capsule, Take 60 mg by mouth daily. TK ONE C PO Q D TO BE TAKEN WITH 30MG CAPSULE, Disp: , Rfl:
• Intrarosa 6.5 mg insert, , Disp: , Rfl:
• prasterone, DHEA, (DHEA ORAL), Take 5 mg by mouth daily. DHEA deficiency and high cortisol from special labs/tests, Disp: , Rfl:
• UNABLE TO FIND, Take 1.4 mL by mouth 2 (two) times a day. Adrena Soothe 1.4ml For sleep and reduction of anxiety ( norepinephrine and cortisol levels high per various labs) Take once in the evening and once at bedtime. , Disp: , Rfl:
• UNABLE TO FIND, Take 950 mg by mouth 2 (two) times a day. Aura Microbiome Support 2 950mg To improve gut health, Disp: , Rfl:
• UNABLE TO FIND, Take 500 mg by mouth daily. Aura Probio Myces 500mg To improve gut health Ingredient is Saccharomyces boulardii, Disp: , Rfl:
• UNABLE TO FIND, Take 520 mg by mouth daily. GI Detox 520MG Blend of clay,charcoal and other ingredients to help cleanse gut from toxins, Disp: , Rfl:
• UNABLE TO FIND, Take 1 capsule by mouth daily. Liposomal Glutathione Support immune system. 450 mg , Disp: , Rfl:

**REVIEW OF SYSTEMS**

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

**10/26/2020 - Comprehensive Visit in Division of Pulmonary Medicine in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

Constitutional: Positive for fatigue, fever and night sweats.
Skin: Positive for skin rash.
Eyes: Positive for visual problems.
ENT: Positive for persistent hoarse voice and sinus congestion.
Respiratory: Positive for dry cough, dyspnea and sleep disturbances due to breathing.
Cardiovascular: Positive for chest pain, pressure or tightness, rapid or fluttering heart beat and pain in the calf muscles when walking.
Gastrointestinal: Positive for constipation, nausea and difficulty swallowing.
Genitourinary: Positive for incontinence, pain with urination, hematuria, urgency and frequent urination.
Hematologic: Positive for abnormal lumps or bumps and bruises or bleeds easily.
Musculoskeletal: Positive for arthralgias, back pain, pain or stiffness in the joints and muscle pain/stiffness.
Neurological: Positive for light-headedness, numbness or shooting pain in hands, arms, legs, or feet, loss of balance or tendency to fall easily, headaches and weakness in arms or legs.
Psychiatric/Behavioral: Positive for snores loudly, stop breathing, choking, or gasping while asleep, little interest or pleasure in doing things over past two weeks, not being able to stop or control worrying over past two weeks and feeling nervous, anxious, or on edge in past two weeks.

A 10-point review of systems is negative except as specified previously.

OBJECTIVE
Temp 36.7 °C (Temporal) | SpO2 99%

**PHYSICAL EXAM**
Physical Exam
General: Appears comfortable at rest. Did not cough or wheeze during the examination. Thin built.
ENT: Normal oropharynx. No stridor. Normal nasal mucosa
Lymph: No cervical, axillary or submandibular ymphadenopathy.
Lungs: Normal chest wall shape and movements. Central trachea. Breath sounds normal. No crackles, wheezes or rubs. No chest wall tenderness.
Heart: Regular rate and rhythm, normal S1-S2, no murmurs, rubs or gallops.
Abdomen: Soft, nontender, nondistended. No hepatosplenomegaly or masses appreciated.
Extremities: No clubbing, cyanosis or edema.

ASSESSMENT / PLAN
**#1 Other Emphysema (HCC)**
She has a focal area of emphysema in the right lower lobe, has never smoked, and shows no abnormalities any other part of her lungs. This most likely represents a congenital abnormality and since it would be unlikely to be visible on a chest x-ray, previous recognition in somebody who has never had a chest CT scan is not surprising. The alternative possibility, that of perinatal aspiration given that she reportedly had issues during delivery, could be an alternative construct.

She does not appear to have had any significant respiratory events apart from recurrent respiratory infections for a 3-4

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/26/2020

## 10/26/2020 - Comprehensive Visit in Division of Pulmonary Medicine in Rochester, Minnesota (continued)

**Clinical Notes (continued)**

year period in her 20s and presently has normal pulmonary function studies and exercise performance. The desaturation noted during the 6 minutes walk is likely artifactual given that she did not desaturate during a symptom limited maximal exercise study recently as well.

The possibility that this is connected to her Sjogren's, reasonably confidently present given her symptoms and positive SSA, is another possibility but somewhat improbable given the focal nature of the emphysema.

Going forward, I have emphasize that her intervention should be largely prophylactic with appropriate influenza and pneumococcal immunizations, avoidance of inhaled irritants or potential infections, and prompt attention to emerging pulmonary symptoms for consideration of new infections.

Surveillance monitoring is difficult to define but if her symptoms do not changed, repeat pulmonary function studies and a CT scan in 2 or 3 years may be reasonable to see whether this is a progressive process. Worsening symptoms should of course be evaluated sooner.

**#2 Sjogren's (Sicca) Syndrome (HCC)**

Electronically Signed by Kalra, Sanjay, M.D. on 10/26/2020 9:29 AM

**Vitals**

**Vital Signs** Most recent update: 10/26/2020 7:49 AM

| Temp | SpO2 |
|---|---|
| 36.7 °C (Temporal) | 99% |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/22/2020

## 10/22/2020 - Comprehensive Visit in Division of Gastroenterology in Rochester, Minnesota

**Reason for Visit**

Chief complaint: gastric motility disorder
Visit diagnoses:
- Gastric Motility Disorder [K31.89]
- **Bloating Abdominal (primary) [R14.0]**

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Fox, Jean C, M.D. at 10/22/2020 8:00 AM**

Author: Fox, Jean C, M.D. Service: GIH (Gastroenterology and Hepatology) Author Type: Physician
Filed: 11/3/2020 1:46 PM Encounter Date: 10/22/2020 Status: Addendum
Editor: Fox, Jean C, M.D. (Physician)
Related Notes: Original Note by Fox, Jean C, M.D. (Physician) filed at 11/3/2020 1:42 PM

**Date of Consultation:** 10/22/2020

**Referring Provider**: Wolfgang Singer, M.D.

**Primary Care Physician:**
No primary care provider on file.

**Chief Complaint/Reason for Consult:** Bloating Abdominal [R14.0]

SUBJECTIVE

Keeta Fox is a 53 y.o. female attending Mayo Clinic, Rochester for evaluation of Bloating Abdominal [R14.0]. Ms. Fox comes accompanied by her husband she is an excellent historian. Ms. Fox has a long history of irritable bowel syndrome she would tend toward soft stool on a prompt gastrocolic reflex. She had a change in bowel habit in June of 2019 she reports she noted that her stools are more clay like in color. She began struggling with irregularity and constipation in December and then by February her bowels" and "shut down. At this time she also has 3 weeks where she felt very unwell from a systemic standpoint with fatigue myalgias and weakness. She struggles with dry eyes dry mouth and recurrent vaginal yeast infections. There was anorexia and a 25 lb weight loss accompanying the systemic symptoms. She also began experiencing nausea and dry heaves at that time she underwent an EGD in February which showed gastric retention. Based on this finding her local gastroenterologist diagnosed her with gastroparesis of a neuropathic subtype and try treating her constipation with Amitiza and then Linzess. Unfortunately Ms. Fox was intolerant of both of these medications because of diarrhea. Ms. Fox was seen by my colleague Dr. Dawn Francis at Mayo Clinic Jacksonville in March. Dr. Francis had concerns about biliary pathology and had suggested an MRCP as well as an MR enterography, however because of the COVID pandemic these studies were not completed. Ms. Fox went home and Ms. soaks the Connecticut dietary changes. She eliminated wheat from her diet went to organic also eliminated any alcohol and soda pop overall she felt much better but reports that her stools became bulky malodorous and she had extreme amounts of gas. She started a supplement for her bowels called ox bileox which she found helpful. She consulted Cleveland Clinic functional Integrative Medicine Department was tested for SIBO which was negative.

**Review of Systems**
Constitutional: Positive for fatigue, fever and night sweats.
Skin: Positive for skin rash.
Eyes: Positive for visual problems.
ENT: Positive for persistent hoarse voice and sinus congestion.

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/22/2020

**10/22/2020 - Comprehensive Visit in Division of Gastroenterology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

Respiratory: Positive for dry cough, dyspnea and sleep disturbances due to breathing.
Cardiovascular: Positive for chest pain, pressure or tightness, rapid or fluttering heart beat and pain in the calf muscles when walking.
Gastrointestinal: Positive for constipation, nausea and difficulty swallowing.
Genitourinary: Positive for incontinence, pain with urination, hematuria, urgency and frequent urination.
Hematologic: Positive for abnormal lumps or bumps and bruises or bleeds easily.
Musculoskeletal: Positive for arthralgias, back pain, pain or stiffness in the joints and muscle pain/stiffness.
Neurological: Positive for light-headedness, numbness or shooting pain in hands, arms, legs, or feet, loss of balance or tendency to fall easily, headaches and weakness in arms or legs.
Psychiatric/Behavioral: Positive for snores loudly, stop breathing, choking, or gasping while asleep, little interest or pleasure in doing things over past two weeks, not being able to stop or control worrying over past two weeks and feeling nervous, anxious, or on edge in past two weeks.
All other systems reviewed and are negative.

**History Review**
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medication, family history, medical history, surgical history and social history.

OBJECTIVE

PHYSICAL EXAMINATION

There were no vitals taken for this visit.

**General Appearance:** Alert, cooperative, no distress, appears stated age
**Head:** Normocephalic, without obvious abnormality, atraumatic
**Eyes:** sclera anicteric conjunctiva/clear, EOM's intact, both eyes

**Throat:** Not examined
**Neck:** Supple, symmetrical, trachea midline, no adenopathy; thyroid: No enlargement/tenderness/nodules
**Lungs:** Clear to auscultation bilaterally, respirations unlabored
**Chest wall:** No tenderness or deformity
**Heart:** Regular rate and rhythm, S1 and S2 normal, no murmur, rub or gallop
**Abdomen:** Soft, non-tender, bowel sounds active, no masses, no organomegaly
**Rectal:** Perianal skin is normal. Appropriate lift with a squeeze maneuver Perineal descent is diminished on 3/3 attempts to bear down. Sphincter tone is appropriate there is a scant amount of soft brown stool in the vault poor relaxation when the patient is asked to expel the examining finger there is no puborectalis tenderness spasticity noted. There are no masses.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/22/2020

**10/22/2020 - Comprehensive Visit in Division of Gastroenterology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

**Extremities:** Extremities normal, atraumatic, no cyanosis or edema

**Skin:** Skin color, texture, turgor normal, no rashes or lesions
**Lymph nodes:** Cervical, supraclavicular, and axillary and inguinal nodes normal

DIAGNOSTICS
**Hospital Outpatient Visit on 10/22/2020**

| Component | Date | Value |
|---|---|---|
| • Hemoglobin | 10/22/2020 | 13.2 |
| • Hematocrit | 10/22/2020 | 38.6 |
| • Erythrocytes | 10/22/2020 | 3.90* |
| • MCV | 10/22/2020 | 99.0* |
| • RBC Distrib Width | 10/22/2020 | 11.9* |
| • Platelet Count | 10/22/2020 | 211 |
| • Leukocytes | 10/22/2020 | 4.8 |
| • Neutrophils | 10/22/2020 | 2.64 |
| • Lymphocytes | 10/22/2020 | 1.59 |
| • Monocytes | 10/22/2020 | 0.44 |
| • Eosinophils | 10/22/2020 | 0.06 |
| • Basophils | 10/22/2020 | 0.04 |
| • TSH, Sensitive, S | 10/22/2020 | 2.5 |
| • Creatine Kinase (CK), S | 10/22/2020 | 66 |
| • AM Result | 10/22/2020 | 22 |
| • Activated Partial Thromb* | 10/22/2020 | 32 |
| • Prothrombin Time, P | 10/22/2020 | 11.4 |
| • INR | 10/22/2020 | 1.0 |

**ASSESSMENT / PLAN**

**#1 Gastric Motility Disorder**
- Gastroenterology and Hepatology - Motility consult (clinic)

**#2 Bloating Abdominal**

**Other orders**
- NM Gastric Emptying with SB with Colonic Transit Time 48 hr; Future; Expected date: 10/22/2020
- Anorectal Manometry; Future; Expected date: 10/22/2020
- Fat, Feces; Future; Expected date: 10/22/2020
- Bile Acids, Bowel Dysfunction, 48 Hour, Feces; Future; Expected date: 10/22/2020
- Enema Prep; Future; Expected date: 10/22/2020

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/22/2020

**10/22/2020 - Comprehensive Visit in Division of Gastroenterology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

Ms. Fox has access to the patient portal and knows that she is welcome to contact me should she need.

This was a 55 minute consultation of which 30 minutes was spent in counseling the patient and coordinating their care.

Addendum: Anal rectal manometry negative for pelvic floor dysfunction, full GI transit study shows mild delay in gastric emptying and small-bowel transit time. Ms. Fox has had an MR enterography which was negative for bowel obstruction which was reviewed here. Await results of fecal fat and bile acids.

Electronically Signed by Fox, Jean C, M.D. on 11/3/2020 1:42 PM
Electronically Signed by Fox, Jean C, M.D. on 11/3/2020 1:46 PM

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/21/2020

## 10/21/2020 - Comprehensive Visit in Division of General Internal Medicine in Rochester, Minnesota

### Reason for Visit

Chief complaint: Consult
Visit diagnoses:
- Paresthesia [R20.2]
- Gastric Motility Disorder [K31.89]
- Fatigue [R53.83]
- Arthralgia [M25.50]
- **Polyuria (primary) [R35.8]**
- Lung Interstitial Disease [J84.9]
- Erythromelalgia [I73.81]
- Menopause [Z78.0]

### Clinical Notes

**Consults - Outpatient**

**Consults - Outpatient by Anstine, Christopher V., M.D. at 10/21/2020 2:30 PM**

Author: Anstine, Christopher V., M.D. Service: GIM (General Internal Medicine) Author Type: Physician
Filed: 11/2/2020 6:31 AM Encounter Date: 10/21/2020 Status: Signed
Editor: Anstine, Christopher V., M.D. (Physician)

SUBJECTIVE

**CHIEF COMPLAINT/REASON FOR VISIT**
Consultation for evaluation multiple symptoms outlined below

**HISTORY OF PRESENT ILLNESS**
Ms. Fox is being seen today in the GIM Consultative Medicine practice for evaluation of multiple concerns as outlined below.

**#1 Symptomatic Palpitations**
**#2 Orthostatic Intoleranc**
**#3 Dyspnea**
**#4 Outside diagnosis Idiopathic pulmonary fibrosis**
**#5 Headache**
**#6 Severe fatigue**
**#7 Paresthesias**
**#8 Query erythromelalgia**
**#9 Query chronic urticaria versus or urticarial vasculitis**
**#10 Easy bruising**
**#11 Urinary frequency, urgency, irritation**
**#12 Menopause**
**#13 Macrocytosis**

Keeta Fox is a 53 y.o. female being evaluated at Mayo Clinic in the setting of multiple systemic symptoms and recent diagnosis Sjogren syndrome. Her symptoms began this past January/February at which time she had generalized malaise associated with palpitations, stiffness/locking of her hands, severe burning/electric feeling in her feet, and fasciculation her legs the last approximately 3 weeks. She then developed multiple GI issues including change in bowel habit, bowel irregularity, 25 lb weight loss, nausea, and vomiting.

She has ongoing paresthesias which consist of vibrating, tingling, logical shocks in her extremities which has benefited from duloxetine 90 mg daily. This dosing was based on prior gene testing. She also endorses severe pain in her

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/21/2020

**10/21/2020 - Comprehensive Visit in Division of General Internal Medicine in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

hands and feet associated with swelling and heat. She seeks out cold for treatment of these symptoms. She is frequently taken ice packs to bed. She endorses intermittent rashes with an outside diagnosis of urticaria. In addition she has had episodes of polyuria with increased frequency and outside report of 3.8 L urine output over 24 hours. Please see assessment and plan for further details.

**ALLERGIES:**

Allergies

| Allergen | Reactions |
|---|---|
| • Aspirin<br>*Unknown, mother told her not to take it.* | Other (see comments) |
| • Butalbital-Acetaminophen<br>*Insomnia* | Other (see comments) |
| • Butalbital-Acetaminophen-Caff<br>*insomnia* | Other (see comments) |

**CURRENT MEDICATIONS:**

Current Outpatient Medications:
• cholecalciferol (Vitamin D3) 5,000 Unit tablet, Take 5,000 Units by mouth daily., Disp: , Rfl:
• DULoxetine (CYMBALTA) 30 mg DR capsule, Take 30 mg by mouth daily. Take 30 mg by mouth daily Take with Duloxetine 60 mg to equal 90 mg., Disp: , Rfl:
• DULoxetine (CYMBALTA) 60 mg DR capsule, Take 60 mg by mouth daily. TK ONE C PO Q D TO BE TAKEN WITH 30MG CAPSULE, Disp: , Rfl:
• prasterone, DHEA, (DHEA ORAL), Take 5 mg by mouth daily. DHEA deficiency and high cortisol from special labs/tests, Disp: , Rfl:
• UNABLE TO FIND, Take 1.4 mL by mouth 2 (two) times a day. Adrena Soothe 1.4ml For sleep and reduction of anxiety ( norepinephrine and cortisol levels high per various labs) Take once in the evening and once at bedtime. , Disp: , Rfl:
• UNABLE TO FIND, Take 950 mg by mouth 2 (two) times a day. Aura Microbiome Support 2 950mg To improve gut health, Disp: , Rfl:
• UNABLE TO FIND, Take 500 mg by mouth daily. Aura Probio Myces 500mg To improve gut health Ingredient is Saccharomyces boulardii, Disp: , Rfl:
• UNABLE TO FIND, Take 520 mg by mouth daily. GI Detox 520MG Blend of clay,charcoal and other ingredients to help cleanse gut from toxins, Disp: , Rfl:
• UNABLE TO FIND, Take 1 capsule by mouth daily. Liposomal Glutathione Support immune system. 450 mg , Disp: , Rfl:
• Intrarosa 6.5 mg insert, , Disp: , Rfl:

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
All systems were reviewed and negative outside of that mentioned in the HPI or as noted below.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/21/2020

**10/21/2020 - Comprehensive Visit in Division of General Internal Medicine in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

OBJECTIVE

BP 112/74 (BP Location: Left arm, Patient Position: Sitting, Cuff Size: Regular) | Pulse 96 | Ht 173.1 cm | Wt 61.5 kg | BMI 20.52 kg/m²

**PHYSICAL EXAMINATION**

General: Patient appears alert, comfortable, no apparent distress
HEENT: Anicteric, noninjected conjunctiva, EOMs intact, normal tympanic membranes
Neck: Supple, normal range of motion, no JVD
CV: Regular rate rhythm, normal S1-S2, no appreciable murmurs rubs gallops
Pulmonary: Clear to auscultation bilaterally without wheezes rales
Abdomen: Soft, nontender, nondistended, positive bowel sounds, no hepatomegaly or masses
MSK: Intact strength, normal range of motion, no active synovitis
Neuro: Alert and oriented x3, normal vibratory sense, normal reflexes
Psych: Mood and affect appropriate to situation, intact attention and judgment, normal thought content, normal cognition and memory
Skin: Mild cirrhosis, no erythema, no concerning rashes or lesions

ASSESSMENT / PLAN

**#1 Symptomatic Palpitations**
**#2 Orthostatic Intolerance**

Reassuringly the patient's cardiac workup to date has been unremarkable. Despite reported decrease in overall exercise capacity she maintains good VO2 without any cardiopulmonary impairment exercise. Outside extensive cardiac testing has also been reassuring including a normal cardiac event monitor which demonstrated occasional sinus tachycardia. Autonomic reflex testing did not demonstrate any evidence of autonomic failure. She did however have evidence of symptomatic orthostatic tachycardia. Thermal regulatory sweat testing demonstrated normal sweat recruitment and distribution normal TST.

Symptomatic orthostatic intolerance has been described in the literature in the setting of Sjogren syndrome even in the absence of overt autonomic failure. However there are multiple clinical findings that could explain her orthostatic intolerance including multiple GI issues including frequent loose stools and a 25 lb weight loss over 6 weeks. In the setting of Sjogren's syndrome, menopause, and weight loss there may be a component of evolving central sensitization. This was discussed at length with Mrs. Fox. Would recommend continued hydration, liberalized salt intake, and use of thigh-high compression stockings and/or abdominal binder.

**#3 Multiple GI issues including esophageal candidiasis, nausea, loose stools, 25 lb weight loss, concern for fat malabsorption.**

Mrs. Fox will be meeting with Gastroenterology. She preferred to discuss her GI issues with a specialist. Notably she has had significant loose stools significant weight loss of 25 lb over 6 week period, outside testing consistent with fat malabsorption, and oral thrush in the setting of recent diagnosis of Sjogren syndrome.

MAYO CLINIC

**10/21/2020 - Comprehensive Visit in Division of General Internal Medicine in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

Multiple GI issues have been associated with Sjogren's include rarely pancreatic exocrine insufficiency which may explain the patient's fecal fat testing. She may benefit from a trial of pancreatic enzymes. Gastroparesis, motility disorders, IBS, and despite uses have also been described in the literature. I appreciate input from my colleagues in Gastroenterology regarding recommendations on further evaluation and treatment.

**#4 Dyspnea**
**#5 Outside diagnosis Idiopathic pulmonary fibrosis**

Patient has ongoing dyspnea with an outside diagnosis of idiopathic pulmonary fibrosis. Pulmonary fibrosis is a known complication of Sjogren syndrome. I have ordered pulmonary function testing and formal pulmonology consultation for evaluation with recommendations on ongoing management and monitoring of potential pulmonary fibrosis in the setting of known Sjogren's syndrome. As noted above it is very reassuring that the patient has a normal VO2 stress testing.

**#6 Headache**
**#7 Severe fatigue**
**#8 Paresthesias**

Mrs. Fox has severe fatigue which has limited her ability to participate in work. She reports pending 12-14 hours a day in bed. She maintained good exercise capacity although this has been significantly reduced from prior. Her constellation of symptoms could be related to evolving central sensitization and chronic multifactorial fatigue. Other than diagnosis of Sjogren's her laboratory and testing has been quite reassuring. Reassuringly she has benefited from a pend standpoint with initiation of duloxetine. She does not meet criteria for fibromyalgia. Fatigue may also be associated with primary Sjogren syndrome. Notably the patient has also experienced a degree of malnutrition in the setting of severe weight loss which is likely contributing to her fatigue. I appreciate input from my colleagues in the central sensitization clinic for further evaluation. I encouraged her to discuss treatment for underlying Sjogren syndrome with rheumatology.

**#9 Query erythromelalgia**
**#10 Query chronic urticaria versus or urticarial vasculitis**
**#11 Easy bruising**

Patient has multiple features that could be consistent with arthralgia including swollen, erythematous, painful hands and feet that are reported to be hot. She does exhibit behaviors of trying to cool her extremities with ice packs. In fact she has taken ice packs to bed.

Evaluation of images brought today's clinic visit raise the question for urticaria. Both chronic urticaria and urticarial vasculitis have been described in the setting of primary Sjogren syndrome. Although not present on today's exam she describes easy bruising/purpura and nodules which raise the question for urticarial vasculitis. I am hesitant prescribed antihistamine for potential chronic urticaria as these may exacerbate sicca symptoms.

I appreciate dermatology input regarding potential erythromelalgia, urticarial rash, and easy bruising.

**#12 Urinary frequency, urgency, irritation**
**#13 Menopause**
Patient has multiple urinary symptoms including frequency, urgency, and urinary irritation. This is in the absence of

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/21/2020

**10/21/2020 - Comprehensive Visit in Division of General Internal Medicine in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

prior findings of urinary tract infection. There are multiple potential etiologies for the patient's symptoms including menopause. I would consider vaginal atrophy as a potential cause.

Painful bladder syndrome/interstitial cystitis has been well described in patients with Sjogren syndrome. This is certainly also a possibility. Appreciate input from the Women's Health Clinic for evaluation of menopause and menopausal symptoms which include decreased libido and urinary symptoms.

Treatment for potential painful bladder syndrome should include elimination of bladder irritants from the diet which include caffeine, carbonation, and alcohol. Could consider physical therapy with trigger point massage, myofascial release, pelvic muscle relaxation. Stress management with cognitive behavioral therapy, yoga, meditation has been helpful. If conservative therapy is not beneficial could consider pharmacologic treatment with a neuropathic agent such as gabapentin, Lyrica, or nortriptyline.

**#14 Macrocytosis**

Mild macrocytosis without other CBC abnormalities. Thyroid function cascade, monoclonal gammopathy screen, and pernicious anemia cascade were unremarkable. Would favor monitoring with yearly CBC.

PATIENT EDUCATION
Ready to learn, no apparent learning barriers were identified; learning preferences include listening. Explained diagnosis and treatment plan; patient expressed understanding of the content.

Total visit time was 105 minutes with greater than 50% spent with patient in counseling and care coordination as noted above.

**Answers for HPI/ROS submitted by the patient on 10/7/2020**
Fatigue: Yes
Fever: Yes
Night sweats: Yes
Visual problems: Yes
Persistent hoarse voice: Yes
Sinus congestion: Yes
Chest pain, pressure or tightness: Yes
Rapid or fluttering heart beats: Yes
Pain in the calf muscles when walking: Yes
Shortness of breath: Yes
Dry cough: Yes
Difficulty swallowing: Yes
Nausea: Yes
Constipation: Yes
Muscle pain/stiffness: Yes
Pain or stiffness in the joints: Yes
Back pain/stiffness: Yes
Skin rash: Yes
Headache: Yes
Light-headedness: Yes

## 10/21/2020 - Comprehensive Visit in Division of General Internal Medicine in Rochester, Minnesota (continued)

### Clinical Notes (continued)

Numbness or shooting pain in hands, arms, legs or feet: Yes
Weakness in arms and/or legs: Yes
Loss of balance or tendency to fall easily: Yes
Loud snoring: Yes
Stop breathing, choking, or gasping while asleep: Yes
Little interest or pleasure in doing things: Yes
Feeling nervous, anxious or on edge: Yes
Not being able to stop or control worrying: Yes
Enlarged lymph nodes: Yes
Bruises/bleeds easily: Yes
Frequent urination: Yes
Pain with urination: Yes
Urgency: Yes
Incontinence (urine leakage): Yes
Blood in urine: Yes

Electronically Signed by Anstine, Christopher V., M.D. on 11/2/2020 6:31 AM

### Vitals

**Vital Signs** Most recent update: 10/19/2020 1:32 PM

| BP | Pulse | Ht | Wt | BMI |
|---|---|---|---|---|
| 112/74 (BP Location: Left arm, Patient Position: Sitting, Cuff Size: Regular) | 96 | 173.1 cm | 61.5 kg | 20.52 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Edu? |
|---|---|---|
| 4 | Generalized | None |

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Comprehensive Visit in Division of Rheumatology in Rochester, Minnesota

**Reason for Visit**

Visit diagnosis: Sjogren's (Sicca) Syndrome [M35.00]

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Osborn, Thomas G, M.D. at 10/15/2020 1:00 PM**

Author: Osborn, Thomas G, M.D. Service: RHU (Rheumatology) Author Type: Physician
Filed: 10/15/2020 1:50 PM Encounter Date: 10/15/2020 Status: Signed
Editor: Osborn, Thomas G, M.D. (Physician)

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**
Keeta Fox is a 53 y.o. female who presents for evaluation of . Sjogren syndrome

**HISTORY OF PRESENT ILLNESS**

Patient comes unaccompanied for the office visit. She is an excellent historian. She states she began developing dry mouth that was noticeable about 2-3 years ago. Around that time her ophthalmologist told her that she had care toe conjunctivitis sicca. She is using eyedrops since. She does carry water with her. She has had no history of significant bronchitis or pneumonias of late. She does have a lesion on her lungs thought to be just scar tissue. She has no significant shortness of breath and can climb 2 flights of stairs. She had kidney stone x1. She was told she had 2 or 3 more in her kidneys but has not passed any more. Was found to be oxalate crystals in her urine. She denies numbness or tingling in her fingers or feet. Her hands and feet turn red in the feel better with cold packs which she will sometimes put on her hands or feet at night. She does not have Raynaud's. Her hands do turn red at times. This sounds like erythromelalgia. She has past history of positive Lyme tests. She has never been treated for Lyme.

Family history positive for rheumatoid arthritis in her mother. Laboratory test positive for Sjogren syndrome a antibody. She states she had double-stranded DNA antibodies positive has mi 2 antibody positive on the Myo marker panel.
**REVIEW OF SYSTEMS**
REVIEW OF SYSTEMS
Fever: Low-grade
Night sweats: Occasional think she is in menopause however
Hepatitis:negative
Blood transfusion: negative
Tick: Animal exposure but positive Lyme test
Weight: Stable currently problems in the past had gastro paresis also had diarrhea
Fatigue: Positive with present illness no naps
Rash: Positive for rash on scalp and back of the head that she has been biopsied and she is told she has spongy dermatitis. She has had urticaria in the past.
Photo: negative
Raynaud's: negative
Hair: negative
Psoriasis negative
Dry eyes: Positive uses drops like Systane
Eye doctor: Positive for diagnosis of dry eyes

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/15/2020

**10/15/2020 - Comprehensive Visit in Division of Rheumatology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

Dry Mouth: Positive carries water has positive water bottle signed today
Oral ulcers: negative lesions on her tongue not ulcer
LN: Small nodes come and go in her neck and axilla had 1 biopsy that was benign.
Neck: History of stiffness and some pain has been told she has stenosis
Cough, occasional dry wheezing, asthma: negative
Clots: negative
Fluid: negative
DOE: Do 2 flights of stairs
HBP: negative
Heart: negative for myocardial infarction, congestive heart failure or arrhythmia is but does have palpitations.
Dysphagia: Occasional
Reflux: negative
BM: Varies considerably is generally had irritable bowel with loose stools. She took ox bile by mouth and this improved. She has been diagnosed with gastroparesis in the past
Blood: in stool: But gets dark Tari look in stools occasionally
Noct: X3
Gravida: Gravida 0
vag. discharge, sores, ulcers: negative
Periods:. Stopped
Thyroid: negative
Diabetes: negative
Headache: New onset recently
Siezures: negative
Depression: Has been treated with Cymbalta
Morning stiffness: 10 minutes
Joint swelling: negative
Joint pain: Hand feet
LBP: Positive no radiation

OBJECTIVE

**PHYSICAL EXAM**

Physical Exam
Skin: No lesions
Mucosa: Moist no lesions
Conjunctiva: Moist and clear
Tympanic membranes: Clear bilaterally
LN: Negative in the neck supraclavicular axillary inguinal areas
Neck: Full rotation normal right lateral bending decreased left lateral bending with slight pain
Lungs: Clear to auscultation
Heart: Regular rate and rhythm no murmur
Carotids: No bruits
Abdomen: No bruits nontender
CVA: Not tender positive past medical history of stones
SI Joints: Not tender
Buttocks: Not tender

**10/15/2020 - Comprehensive Visit in Division of Rheumatology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

Greater Trochs: Not tender
Joints: Full range motion throughout, no joint swelling or tenderness of significance
DTR: 2+ biceps patellar and Achilles
Vib: Normal fingers knees and feet
Other:

ASSESSMENT / PLAN

#1 Sjogren syndrome
She meets the definite criteria for the 2002 American European criteria for Sjogren syndrome.
#2 Neuropathy
The exact nature this is not clear to me. Does not seem to be a sensory neuropathy in her feet as usually seen with Sjogren's.
#3 Erythromelalgia
Plan: Discussed the possibility of a trial of Imuran, CellCept, or rituximab. She asked about IVIG and I suggested that she take this up with Neurology.

Electronically Signed by Osborn, Thomas G, M.D. on 10/15/2020 1:50 PM

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

**10/15/2020 - Comprehensive Visit in Department of Psychiatry and Psychology in Rochester, Minnesota**

**Reason for Visit**

Visit diagnoses:
- Paresthesia [R20.2]
- Fatigue [R53.83]
- Arthralgia [M25.50]
- Anxiety [F41.9]

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Frye, Mark A, M.D. at 10/15/2020 8:30 AM**

Author: Frye, Mark A, M.D. Service: PSY PSI (Psychiatry and Psychology) Author Type: Physician
Filed: 10/15/2020 4:49 PM Encounter Date: 10/15/2020 Status: Signed
Editor: Frye, Mark A, M.D. (Physician)

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**

Keeta Fox is a 53 y.o. female who presents for evaluation of multiple somatic complaints. No chief complaint on file.. This consultation was completed in the Mayo Clinic Depression Center.

**HISTORY OF PRESENT ILLNESS**

Mrs. Fox is a very pleasant 53-year-old married Caucasian female who presents today for consultation regarding multiple somatic complaints. She is currently on leave absence, since February 2020, from a high profile stressful job as a corporate Vice president. She describes her baseline as high energy, motivated, happy, and successful working 60 hours per week, actively involved fitness training, her faith, and supportive neighborhood. She has no history of psychiatric hospitalization, prior suicide attempt, or addiction. She is a reliable historian. She has multiple health providers including Louisville psychiatrist Dr. Denise Winland, general internist Dr. Greg Plots, integrative medicine specialist Anna Stone APRN, as well as an additional rheumatologist, gastroenterologist, neurologist, and monthly consultative services from the Cleveland Clinic.

PHQ-9 Total Score (max 27): 4
is consistent with minimal (0-4) depression. Patient response- Thoughts that you would be better off dead or of hurting yourself in some way: 0
GAD-7 Total Score (max 21): 3 (10/14/20 1944)
Audit Score: 2 (10/14/20 1939)

I have reviewed the October 13th consultation from my Neurology colleague Dr. Singer. His diagnostic impression was: Multiple unexplained symptoms, No evidence of neurodegenerative disease, Orthostatic intolerance and palpitations, Multilevel cervical spinal stenosis, Outside diagnosis of small fiber neuropathy, Outside diagnosis of gastroparesis, Outside diagnosis of Lyme disease, and History of positive rheumatologic markers. There was generalized hyperreflexia on her neurologic examination, though no pathologic reflexes or neurologic deficits. Proceeding with completing autonomic reflex screen, thermoregulatory sweat test, exercise testing and 24 hour urine collection to assess volume and sodium status. I have reviewed the March 2020 consultation from my Mayo Clinic in Jacksonville psychology colleague Dr. Ames. His diagnostic impression was paresthesias and chronic pain syndrome. Recommendation was to pursue pain rehabilitation, Mayo Clinic program temporarily closed given the emerging pandemic.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

**10/15/2020 - Comprehensive Visit in Department of Psychiatry and Psychology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

Mrs. Fox informs me that she has stopped her antidepressant and all vitamin supplements one week prior to this evaluation anticipating laboratory work here at Mayo Clinic. Her chief complaint is generalized pain and an additional number of multisomatic, neurological, sensory, and gastrointestinal symptoms. The onset of her symptoms occurred in 2019, but symptoms magnify to such an extent, in 2020, that she was placed on medical leave absence from work. Thought secondary to gastroparesis, for the first three weeks after leaving work, she was bedridden vomiting with no bowl movement; she estimates a 25 pound weight loss over 6 weeks. She has received multiple diagnoses in the past including small fiber neuropathy, which she states was the primary rationale starting duloxetine current dose 90 mg, paresthesias, muscle fasciculations, carpal tunnel syndrome, burning hand syndrome gastroparesis, and exposure / toxicity to xylene and mold, highlighting that her house has been for 6 months under remediation.

Current review of systems. She will stay up late watching television going to bed at midnight sleeping till mid morning. In contrast, while working, she was to bed relatively early achieving 8 hours of restorative sleep. She endorses having "good days and bad days". She endorses anxiety and depression, but more so frustration related to multiple conflicting diagnoses, unclear treatment plan, and lack of symptom improvement. Patient has no current, nor history of suicidality, nonsuicidal self-injury, or homicidal ideation. No psychosis. The patient does not smoke. Prior to her medical leave absence, she would drink 2 glasses of wine on a daily basis. Now, alcohol use is rare. She would previously drink 36 oz of diet soda which has decreased significantly during her medical leave of absence.

Current Outpatient Medications:
• cholecalciferol (Vitamin D3) 5,000 Unit tablet, Take 5,000 Units by mouth daily., Disp: , Rfl:
• DULoxetine (CYMBALTA) 30 mg DR capsule, Take 30 mg by mouth daily. Take 30 mg by mouth daily Take with Duloxetine 60 mg to equal 90 mg., Disp: , Rfl:
• DULoxetine (CYMBALTA) 60 mg DR capsule, Take 60 mg by mouth daily. TK ONE C PO Q D TO BE TAKEN WITH 30MG CAPSULE, Disp: , Rfl:
• prasterone, DHEA, (DHEA ORAL), Take 5 mg by mouth daily. DHEA deficiency and high cortisol from special labs/tests, Disp: , Rfl:
• UNABLE TO FIND, Take 1.4 mL by mouth daily. Adrena Soothe 1.4ml For sleep and reduction of anxiety ( norepinephrine and cortisol levels high per various labs) Take once in the evening and once at bedtime. , Disp: , Rfl:
• UNABLE TO FIND, Take 1 capsule by mouth 2 (two) times a day. Adrena Soothe Treatment for insomina and restoring adrenal health, Disp: , Rfl:
• UNABLE TO FIND, Take 950 mg by mouth 2 (two) times a day. Aura Microbiome Support 2 950mg To improve gut health, Disp: , Rfl:
• UNABLE TO FIND, Take 500 mg by mouth daily. Aura Probio Myces 500mg To improve gut health Ingredient is Saccharomyces boulardii, Disp: , Rfl:
• UNABLE TO FIND, Take 520 mg by mouth daily. GI Detox 520MG Blend of clay,charcoal and other ingredients to help cleanse gut from toxins, Disp: , Rfl:
• UNABLE TO FIND, Take 1 capsule by mouth daily. Liposomal Glutathione Support immune system. 450 mg , Disp: , Rfl:
• Intrarosa 6.5 mg insert, , Disp: , Rfl:

She references genotype data consistent with cytochrome P450 2D6 ultra rapid metabolizer phenotype and higher dosing of duloxetine 90 mg daily (1 year). In contrast to prior SSRIs, duloxetine has been helpful in reducing somatic symptoms of paresthesias (pre duloxetine 9/10 severity scale, now 3 -4/10), and fasciculations (pre duloxetine 7/10, now 2/10). Takes a number vitamin supplements for insomnia and low DHEA. Past psychiatric history is significant for first mental treatment, Psychoanalysis starting in 2000, after the significant break-up with her fiance. She reports

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/15/2020

**10/15/2020 - Comprehensive Visit in Department of Psychiatry and Psychology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

negative functional impact associated with this situational depression". She found psychoanalysis to be helpful and continued this work with Dr. Thacker until 2010. During that 10 year period, she estimates 50% of the time being on antidepressants. She can recall prior treatment with fluoxetine, paroxetine, sertraline, and bupropion. In general, she found antidepressants to ineffective with decreased libido and increased weight gain as an intolerable side burden. Working with current psychiatrist Dr. Winland from 2010-2020, she was only on antidepressant therapy for the 1st 3 years until starting duloxetine approximately 1 year ago.

Family history is significant for mother with depression and current antidepressant treatment and father with depression on historical antidepressant treatment (ii.e. 1st episode after CABG). There is a family history of death by suicide with her maternal grandfather, maternal uncle, and maternal 1st cousin.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history and social history.

Patient has been provided a copy of Patient Bill of Rights and had the opportunity to discuss with this clinician.

OBJECTIVE

Vitals:

| | 10/15/20 0811 |
|---|---|
| BP: | 108/71 |
| Pulse: | 81 |

**MENTAL STATUS EXAM**

Appearance/Behavior: Well groomed, in no apparent distress. Good eye contact. No abnormal movements noted.
Consciousness/Orientation: Alert. Oriented to person, place, date, and time.
Cognition/Memory: Demonstrates good recent and remote memory through conversation and history.
Cooperative/Reliability: Cooperative, reliable informant.
Mood/Affect: Anxious mood with full range affect.
Speech/Language: Regular rate, rhythm, volume, and tone.
Thought form: Linear, goal-directed, and associations are clear and connected.
Thought content: No delusions described or elicited, no other abnormalities of thought content.
Perception: No hallucinations, illusions, or other perceptual disturbances.
Attention/Concentration: No apparent abnormalities in attention or concentration.
Knowledge: Knowledge base within normal limits.
Abstraction: Abstraction abilities within normal limits.
Judgment: Intact.
Insight/Motivation: Good insight/motivation.
Suicidality/Assaultiveness: No passive or active suicidality, homicidality.

Gait and station: within normal limits.

Lab Results

| Component | Value | Date/Time |
|---|---|---|

**10/15/2020 - Comprehensive Visit in Department of Psychiatry and Psychology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

| | | |
|---|---|---|
| NEUTROPHILS | 2.95 | 10/15/2020 07:38 AM |
| MCV | 99.5 (H) | 10/15/2020 07:38 AM |
| HCT | 40.6 | 10/15/2020 07:38 AM |
| HGB | 13.5 | 10/15/2020 07:38 AM |
| PLT | 217 | 10/15/2020 07:38 AM |
| AST | 22 | 10/15/2020 07:37 AM |
| AST | 19 | 03/17/2020 11:30 AM |
| ALT | 18 | 10/15/2020 07:37 AM |
| TSH | 1.0 | 03/17/2020 11:30 AM |
| FREET4 | 1.0 | 03/17/2020 11:30 AM |
| NA | 142 | 10/15/2020 07:37 AM |
| NA | 139 | 03/17/2020 11:30 AM |
| BUN | 23 (H) | 10/15/2020 07:37 AM |
| BUN | 11 | 03/17/2020 11:30 AM |
| CREATININE | 0.72 | 10/15/2020 07:37 AM |
| CREATININE | 0.63 | 03/17/2020 11:30 AM |
| EGFR | >90 | 10/15/2020 07:37 AM |
| CALCIUM | 9.4 | 10/15/2020 07:37 AM |
| CALCIUM | 9.3 | 03/17/2020 11:30 AM |

ASSESSMENT / PLAN

**#1 Paresthesia**
**#2 Fatigue**
**#3 Arthralgia**
**#4 Anxiety**

53 year old female with established diagnosis of major depressive disorder currently on leave absence for generalized pain and an additional number of multisomatic, neurological, sensory, and gastrointestinal symptoms.

DSM5 Diagnoses
1. Major depressive disorder recurrent with anxious distress current symptoms mild
2. Chronic pain syndrome
3. Multiple somatic complaints.

I have reviewed my diagnostic impression with Mrs. Fox. I have provided education on key concepts including; high degree comorbidity between major depressive disorder and pain syndromes, bidirectional relationship between symptoms of depression anxiety and pain, preferential efficacy of SNRI (duloxetine) vs prior SSRIs for depression/ anxiety with pain syndrome, likely benefit of duloxetine from a mood and anxiety standpoint, given current mild symptoms, in addition to measurable reduction and pain symptoms severity of paresthesias and fasciculations. The established major mood disorder, with a fluctuating course over 20 years, is not the main driver current polysomatic symptoms associated with significant disability.

Number of treatment recommendations have been delineated below for further discussion with her Louisville treatment team.

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

**10/15/2020 - Comprehensive Visit in Department of Psychiatry and Psychology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

1. I am fully supportive of additional rheumatological, neurological, and cardiovascular consultation.
2. Despite her general hesitance towards pharmaceuticals, seemingly preferring dietary supplements, I would be inclined to maintain current dosing of duloxetine as evidenced by pain symptom reduction and only mild symptoms of depression and anxiety - notably in the context of significant somatic symptom preoccupation. There may be merit in optimizing the dose to 120 mg, even more so if ultra rapid metabolizer phenotype is confirmed for 2D6 and/or 1A2.
3. There needs to be recognition that it is difficult to give specific pharmacotherapy recommendations with FDA agents in the context multiple dietary supplements as we have no safety data on compound interactions.
4. The patient has insightful questions regarding the merits of cognitive behavioral therapy. I have highlighted this treatment intervention can be very for major depressive and anxiety disorders. Ideally the best outcomes typically are achieved with evidence base pharmacotherapy and adjunctive therapy such as cognitive behavioral therapy or supportive therapy, particularly from the standpoint of discussion of somatic symptoms.

Educational brochures provided to the patient include Knowing Depression, Understanding Anxiety Disorders, Understanding Antidepressant Medications, Stress Management, Living in the Moment.

**BILLING/CODING**
Total visit time greater than 90 minutes, with over 50% spent counseling with the patient and coordination of care activities described above.

**Answers for HPI/ROS submitted by the patient on 10/7/2020**
Fatigue: Yes
Fever: Yes
Night sweats: Yes
Visual problems: Yes
Persistent hoarse voice: Yes
Sinus congestion: Yes
Chest pain, pressure or tightness: Yes
Rapid or fluttering heart beats: Yes
Pain in the calf muscles when walking: Yes
Shortness of breath: Yes
Dry cough: Yes
Difficulty swallowing: Yes
Nausea: Yes
Constipation: Yes
Muscle pain/stiffness: Yes
Pain or stiffness in the joints: Yes
Back pain/stiffness: Yes
Skin rash: Yes
Headache: Yes
Light-headedness: Yes
Numbness or shooting pain in hands, arms, legs or feet: Yes
Weakness in arms and/or legs: Yes
Loss of balance or tendency to fall easily: Yes
Loud snoring: Yes
Stop breathing, choking, or gasping while asleep: Yes

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Comprehensive Visit in Department of Psychiatry and Psychology in Rochester, Minnesota (continued)

### Clinical Notes (continued)

Little interest or pleasure in doing things: Yes
Feeling nervous, anxious or on edge: Yes
Not being able to stop or control worrying: Yes
Enlarged lymph nodes: Yes
Bruises/bleeds easily: Yes
Frequent urination: Yes
Pain with urination: Yes
Urgency: Yes
Incontinence (urine leakage): Yes
Blood in urine: Yes

Electronically Signed by Frye, Mark A, M.D. on 10/15/2020 4:49 PM

### Vitals

**Vital Signs** Most recent update: 10/15/2020 8:11 AM

| BP | Pulse |
|---|---|
| 108/71 (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Regular) | 81 |

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/13/2020

## 10/13/2020 - Comprehensive Visit in Department of Neurology in Rochester, Minnesota

**Reason for Visit**

Visit diagnoses:
- **Paresthesia (primary) [R20.2]**
- Gastric Motility Disorder [K31.89]
- Fatigue [R53.83]
- Arthralgia [M25.50]
- Anxiety [F41.9]

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Singer, Wolfgang, M.D. at 10/13/2020 1:00 PM**

Author: Singer, Wolfgang, M.D. Service: NEU (Neurology) Author Type: Physician
Filed: 10/13/2020 5:59 PM Encounter Date: 10/13/2020 Status: Signed
Editor: Singer, Wolfgang, M.D. (Physician)

SUBJECTIVE
**Referring Provider:** Potts, Gregory, M.D.

**CHIEF COMPLAINT / REASON FOR VISIT**
Keeta Fox is a very pleasant 53 y.o.-year old lady who comes to the office today for evaluation of a complex and disabling constellation of symptoms that has thus far escaped a clear unifying diagnosis.

**HISTORY OF PRESENT ILLNESS**
The patient's pertinent medical history includes irritable bowel syndrome, cervical spinal stenosis, positive rheumatologic markers, as well as vaginal candidiasis. She presents for further evaluation of a complex constellation of symptoms which have led to various different diagnoses and conflicting impressions, which have left her in quite a bit of uncertainty and worry about the underlying problem. Her main goal in coming here today is to rule out an underlying sinister diagnosis and to arrive at a unifying diagnosis. She has been told she may have multiple system atrophy and she is particularly concerned about that possibility.

The patient is an executive professional who was able to work a very stressful job and was physically very fit until the presenting problems started gradually approximately 3 years ago. At that time she noticed intermittent palpitations which led to various tests, including EKG and stress test with negative results. Symptoms were blamed on anxiety which the patient disagrees with. Approximately 2 years ago she developed intermittent burning sensations in hands along with redness, which were originally blamed on carpal tunnel syndrome, which however was subsequently not confirmed on EMGs. In June of last year she developed new headaches which she describes as bandlike wrapping from the back to the temple areas bilaterally, without associated symptoms such as nausea. Later that year she also developed a change in her bowel habits, and that she noticed more frequent, and typically clay-colored stools.

Then in December of 2019 she developed another episode of palpitations and rapid heartbeat, again with workup negative from a cardiology perspective and a CT of the chest which reportedly showed pulmonary fibrosis. Over the next few months she developed various new symptoms, including severe lack of energy, decreased stamina, continued palpitations and heart racing, insomnia, cold chills, feeling cold in general, burning of her hands, left knee pain, hand tremor, fasciculations, and muscle cramps. This culminated in February when while she was at work her hands seem to completely lock up and she was unable to continue to work. She tells me that at that time she developed profuse shaking, burning of her feet and hands, feeling sick with nausea and vomiting, cold chills, weight loss, dry eyes, rashes in different areas, itching, constipation, and at one time literally black stools. She tells me she was a "emotional wreck "at that time. At times she would have under adjusted food in her stool, and she has been bothered by excessive gas. After this particularly severe episode, symptoms continued but were generally less

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/13/2020

**10/13/2020 - Comprehensive Visit in Department of Neurology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

severe; that being said, a number of additional symptoms surfaced as outlined below. She has undergone extensive diagnostic workup by various subspecialties in a different centers, and has received various diagnoses, but also conflicting opinions. She was told she has a small fiber neuropathy based on skin biopsy samples from her leg sent to Therapath. She was told she had Lyme disease based on test results from iGeneX in California, but some of her physicians disagreed with the diagnosis. She was told she had gastroparesis based on retained food found on upper endoscopy, although the test was performed at the time she was ill with nausea and vomiting; she has never had actual motility studies performed. She also received a diagnosis of autonomic disorder and/or POTS, a diagnosis of urticaria, spongy dermatitis, keratoconjunctivitis sicca, recurring candidiasis, pulmonary fibrosis, tortouros blood vessels, in basal ganglia calcifications.

She underwent different integrative medicine approaches, including treatment with ox bile, cholestyramine, and other detoxifying agents, which along with an organic and generally healthy diet seem to be somewhat beneficial.

There many currently ongoing symptoms which are summarized as follows: She continues to have intermittent rashes, a lot of abdominal gas and "floating stools". She reports congestion. She has dryness of her eyes, blurry vision, poor night vision, sensitivity to light, sensitivity to sounds, sensitivity to smells, intermittent tinnitus, intermittent headaches, aging of scalp, eyes, lips, ears, and throat, and burning tongue. She continues to have trouble with tachycardia and palpitations, particularly with any exertion, and has lightheadedness when standing; she uses knee-high compression garments, increase in fluid and salt intake, and has seen mild improvement with these measures. She reports intermittent hoarseness, swallowing difficulties, dry cough, and congestion. She reports dental pain and TMJ pain. She reports neck pain and stiffness, and coat hanger pain. She feels "inflamed", has intermittent chest pain, elbow and knee pain, easy bruising, unexplained "bumps" under the skin, left more than right hand pain, tremor, sensation of electrical currents in hands and feet, intermittent asleep sensation of her hands, "rigidity" of limbs, muscle cramps, shooting pain about the ankle, vaginal burning, loss of libido, sensitivity to heat and cold, increased thirst, bladder and bowel urgency, intermittent elevation of the body temperature, clumsiness, tripping, and disabling fatigue resulting in her spending 12-14 hours a day in bed.

I have not obtained collateral history from others in the office today.

I have reviewed outside records for this visit, including Therapath skin biopsy test results, and prior Lyme disease testing.

I have directly reviewed imaging studies for this visit, namely the MRI of the cervical spine from 1/22/2020, which shows multilevel cervical spinal stenosis with some indentation of the cervical spinal cord but without clear signal change.

**The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.**

**Ten point review of systems was completed and was negative other than as noted in the HPI.**

OBJECTIVE

**I have reviewed vital signs as recorded in the EPIC record.**

For details of the neurologic examination, please see the neurologic examination form.

In summary, a comprehensive neurologic examination was normal apart from generalized, symmetric hyper reflexia

MAYO CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: , Sex: F
Visit date: 10/13/2020

**10/13/2020 - Comprehensive Visit in Department of Neurology in Rochester, Minnesota (continued)**

**Clinical Notes (continued)**

without pathologic reflexes or evidence of spasticity. Of particular note, sensory testing was completely normal for both large and small fiber modalities.

ASSESSMENT / PLAN

**#1 Multiple unexplained symptoms**
**#2 No evidence of neurodegenerative disease**
**#3 Orthostatic intolerance and palpitations**
**#4 Multilevel cervical spinal stenosis**
**#5 Outside diagnosis of small fiber neuropathy**
**#6 Outside diagnosis of gastroparesis**
**#7 Outside diagnosis of Lyme disease**
**#8 History of positive rheumatologic markers**

I discussed with the patient that I find no clinical evidence to support a diagnosis of small fiber neuropathy or of a primary autonomic disorder. I do suspect that a degree of deconditioning has developed, which may be contributing to orthostatic intolerance and palpitations. She does have quite significant cervical spinal stenosis, and there is generalized hyperreflexia on her neurologic examination, although I find no pathologic reflexes or neurologic deficits; she has seen a neurosurgeon for this and she was told she may at 1 point require surgery though this finding would not explain her multitude of symptoms, which I fully agree with.

She specifically come here to assess her autonomic nervous system function, and we will proceed with completing autonomic reflex screen and thermoregulatory sweat test. We will furthermore obtain exercise testing and 24 hour urine collection to assess volume and sodium status. We will obtain comprehensive blood work. I furthermore would like her to be evaluated in our Internal Medicine Department for input regarding her gastrointestinal symptoms, the question of an underlying rheumatologic condition, the previous diagnosis of Lyme disease, as well as the many non-neurologic symptoms she is still experiencing. They request for an appointment was originally denied, but after talking with Dr.Wittich he agreed with an appointment and General Internal Medicine, but also requested simultaneous referral to Rheumatology, gastroenterology, and psychiatry, and I therefore placed those consultations as well.

I will plan on meeting with the patient after her neurologic workup to discuss impressions and recommendations at that time.

PATIENT EDUCATION
Ready to learn, no apparent learning barriers were identified; learning preferences include listening. Explained diagnosis and treatment plan; patient expressed understanding of the content.

Electronically Signed by Singer, Wolfgang, M.D. on 10/13/2020 5:59 PM

**Vitals**

**Vital Signs** Most recent update: 10/13/2020 12:58 PM

| Temp | Ht | Wt | BMI |
|---|---|---|---|
| 36.7 °C | 173.5 cm | 61.3 kg | 20.35 kg/m² |

MAYO
CLINIC

Fox, Keeta
MRN: 12-608-867, DOB: Sex: F
Visit date: 10/13/2020

## 10/13/2020 - Comprehensive Visit in Department of Neurology in Rochester, Minnesota (continued)

**Vitals (continued)**

**Pain Information (Last Filed)**

| Score | Location | Edu? |
|---|---|---|
| 0-No pain | None | None |

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**MAYO CLINIC**
**200 1ST ST SW**
**ATTN: MEDICAL RECORDS**
**ROCHESTER, MN 55905**

Date: Apr 27, 2021

**Re: Long Term Disability Benefits**
Claim# 7812911 10310112
Claimant: FOX, KEETA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: 307301

Dear 8002362355 M/R,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From October 1, 2020 to Present**
**- Seen By: MAYO CLINIC and DR WOLFGANG SINGER**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Joanne Christine Lariosa
Disability Information Specialist
Phone No.: (213) 269-4242
Fax No: (213) 884-4921

7812911

RPID: 7812911

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

00000063 LFPL3HD1 00000688

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative Keeta Fox Date: 4/11/2021

Date of Birth: ______ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

00000063 LFPL3HD1 00000693 E

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ______________ Relationship Self

Signature of claimant or legal representative Keeta Fox Date: 4/11/21

Date of Birth: ______ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7812911

Request Corresponden

MAYO
CLINIC

Mayo Clinic
200 First Street SW
Rochester, MN 55905

May 03, 2021

RELEASEPOINT
Po Box 1390
Saint Peters, MO 63376-0121

RE: Request for Records of: Mrs. Keeta Fox
Date of Birth:
Date request received: 4/27/2021
Release ID: 112407095

Dear RELEASEPOINT,

In response to your recent request for medical records, enclosed is a copy of the requested information regarding care and treatment from Mayo Clinic Health System, Minnesota. You may see duplication of immunizations and other notes and results due to the integration of historical records into the new, single Mayo Clinic electronic health record.

Some documents may not have been finalized yet by the provider and could be subject to change. These copies are the most current version of the medical record as of the date and time printed.

Should you have any questions, you may contact us at 507-284-4594, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2).
The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2.
A general authorization for the release of medical or other information in NOT sufficient for this purpose.
The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Request Corresponden

MAYO
CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

| **Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.** |
|---|
| Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately in the record packet. The missing page numbers/sequencing format does not indicate the record is incomplete. The attached is a complete copy of records per your request that were available at the time the request was processed. |

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

# Quality Assurance Report

## Request Information

Report Date: May 10, 2021

**RP ID:** 7812911

Patient Name: FOX, KEETA

Provider Name: MAYO CLINIC

## Quality Assurance Information

Scope Requested: **From October 1, 2020 to Present**

Special Request:
- Seen By: MAYO CLINIC and DR WOLFGANG SINGER

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: HAMAD

Name: Keeta Fox | DOB: IRN: EP00363111 | PCP: Gregory J Potts, MD

# Appointment Details

## General Information

What:
Office Visit with Arianna H

When:
Wednesday March 31, 2021 10:30 AM (30 minutes)

Where:
Norton Urogynecology Center (NPS DUTCHMANS CENTER)

Reason for Visit:
Follow-up

Diagnosis:
Vaginal burning
Muscle pain
Pain in urethra

Phone:
502-409-5600

## Vitals

Blood Pressure:
112/70

Temperature:
97.9

Height:
5' 7" (170.2 cm)

Weight:
138 lb 14.2 oz (63 kg)

## Routine Orders

| Order Name | Type |
|---|---|
| POCT URINALYSIS, DIPSTICK | Point of Care Testing |
| CULTURE, URINE | Microbiology |
| ONESWAB (MDL) | Lab |

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

NORTON WOMEN'S SPECIALISTS *Urogynecology*

# AFTER VISIT SUMMARY

**Keeta Fox** DoB:

1/28/2021 8:30 AM Norton Urogynecology Center 502-409-5600

## Instructions from Marjorie L Pilkinton, MD

Ambulatory referral to Physical Therapy
Expires: 2/28/2022 (requested)

Labs ordered today
UroSwab (MDL)
Complete as directed

Culture,Urine
Please complete by 2/4/2021

## What's Next

FEB 3 2021
Office Visit with Robert A. Schwartz, MD
Wednesday February 3 9:30 AM
Go to MyNortonChart to eCheck-In and arrive at your appt time.

If you do not eCheck-In, arrive at least 5 mins before your appt.

Norton Heart Specialists Heart Rhythm Center
6420 Dutchmans Parkway
Suite 200
Louisville KY 40205-3373
502-891-8400

OCT 11 2021
Office Visit with Marjorie L Pilkinton, MD
Monday October 11 9:45 AM
Go to MyNortonChart to eCheck-In and arrive at your appt time.

If you do not eCheck-In, arrive at least 5 mins before your appt.

Norton Urogynecology Center
4123 Dutchmans Lane
Suite 307
LOUISVILLE KY 40207-4721
502-409-5600

## Today's Visit

You saw Marjorie L Pilkinton, MD on Thursday January 28, 2021. The following issues were addressed: Muscle pain, Dyspareunia due to medical condition in female, and Increased frequency of urination.

Blood Pressure
108/68

BMI
22.65

Weight
144 lb 10 oz

Height
5' 7"

Temperature
98.2 °F

Done Today
Bladder scan for Increased frequency of urination
POCT Urinalysis, Dipstick for Increased frequency of urination

MyNorton MyChart

View your After Visit Summary and more online at https://mychart.nortonhealthcare.org/mychart/.

# Your Medication List as of January 28, 2021 9:15 AM

Always use your most recent med list.

| | |
|---|---|
| azaTHIOprine 50 MG tablet<br>Commonly known as: IMURAN | Take 50 mg by mouth daily. |
| boric acid 600 MG vaginal suppository | Place 1 suppository vaginally. |
| Cholecalciferol 125 MCG (5000 UT) Tabs | Take 5,000 Units by mouth daily. |
| cholestyramine 4 g packet<br>Commonly known as: QUESTRAN | Take 4 g by mouth 2 (two) times daily. |
| * DULoxetine 60 MG capsule<br>Commonly known as: CYMBALTA | Take 60 mg by mouth daily Take with Duloxetine 30 mg to equal 90 mg . |
| * DULoxetine 30 MG capsule<br>Commonly known as: CYMBALTA | Take 30 mg by mouth daily Take with Duloxetine 60 mg to equal 90 mg. |
| estradiol 0.05 MG/24HR<br>Commonly known as: VIVELLE-DOT | Place 1 patch onto the skin twice a week. |
| estradiol 0.1 MG/GM vaginal cream<br>Commonly known as: ESTRACE | Apply 1 gram vulvovaginally twice weekly. |
| * NON FORMULARY | Take 1.4 mLs by mouth Twice a Day Adrena Sooth: Take once in the evening and once at bedtime. . |
| * NON FORMULARY | Take 450 mg by mouth daily Liposomal Glutathione Solution 450 mg . |
| Prasterone 6.5 MG Inst | |
| PROBIOTIC-10 PO | Take by mouth. |
| progesterone 100 MG capsule<br>Commonly known as: PROMETRIUM | Take 100 mg by mouth. |
| vitamin E 100 UNIT capsule | Take 100 Units by mouth daily. |

*** This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

# Results Callback

If you had labs or diagnostic tests ordered and you do not receive a phone call, letter or MyChart message regarding your results within 2 weeks, please contact our office to receive your results.

## Work Return/Restrictions

No documentation.

## Injection Instructions

If you received an injection, a small reaction is not uncommon. A low grade fever (up to 100.5°F) and **some pain is also not uncommon during the first 24 hours, but unusual beyond.** Call the office for a fever of 101.0°F or higher **at any time.** Any expanding redness or persistent drainage from your injection site should be brought to the attention of your doctor

## After-Hours Instructions

**For after-hours care, please call the office number and you will be routed to an on-call provider.**

## KORT Rehabilitation Services

You have been referred to KORT Rehabilitation services. KORT is a joint-venture entity with Norton Healthcare and Select Medical. If you would like a referral to another entity please contact the practice for assistance.

**MEDICAL RECORDS**

To request a copy of your medical records, email the Use and Disclosure Department through your MyNortonChart account by using the Ask Customer Service feature, or
complete a Norton Healthcare authorization form at https://medicalrecordrequest.nortonhealthcare.org

Once received, your request will be processed within 7 business days.

## Norton eCare

Skip the waiting room for your non urgent health issue using Norton eCare through MyNortonChart.

Norton eCare providers are available 24 hours a day, seven days a week through two secure online options using your MyNortonChart account: a video visit or an eVisit.

For additional information on conditions treated and how to schedule an eCare appointment, visit NortonHealthcare.com/eCare.

## Third Party Apps and Epic

Patients of providers that use Epic software are able to configure 3rd party apps to retrieve parts of their health record for their own personal use, including lab results, allergies, medications, and immunization history.

For instructions, visit: https://open.epic.com/Tutorial/PatientAuthentication.

**From:**Keeta Fox <
**Sent:**Mon, 10 May 2021 14:56:06 -0400
**To:**Castagno Iii, Vincent
**Subject:**Re: Message
**Attachments:**Visit with Ariana 03312021.pdf, After visit summary 01282021.pdf

Here is what I have in my chart. I went over last week and signed release permission paperwork for Lincoln to your attention so hopefully they can send any remaining items directly to you.
Thanks

On Mon, May 10, 2021 at 12:46 PM Castagno Iii, Vincent <Vincent.CastagnoIii@lfg.com> wrote:

Hello Mrs. Fox,

We currently do not have a record of receiving your medical records from Dr. Pilkington.

Vince



Vince Castagno
Manager, Claims
Lincoln Financial Group
P.O. Box 2578
Omaha NE. 68108-9688

888-437-7611 Office
10328 Extension

disabilitydocuments@lfg.com

Follow us on:

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 X 10328 and permanently delete the original and any copy of any e-mail and any printout thereof.

---

**From:** Keeta Fox <
**Sent:** Monday, May 10, 2021 12:32 PM
**To:** Castagno Iii, Vincent <Vincent.CastagnoIii@lfg.com>
**Subject:** Re: Message

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Vince

Just wanted to follow up and see if you had everything you need now. I sent you the Norton files electronically from Dr Blackburn and Dr Pilkinton and Dr Stern said he faxed the info to you. Please advise either way. Thanks

On Wed, Apr 28, 2021 at 3:55 PM Keeta Fox < wrote:

> Hi Vince
>
> Sorry I missed your call yesterday. Relative to Mayo I have not seen them since October 2020 when I was there. I sent you a recap of the diagnoses with key reports from each of the specialists in December 2020 I think. I was hoping the Mayo doctors reports would be enough and hopefully you did get them. If you need more than each of the specialists summaries with related diagnoses, can you let me know what specifically you need from each doctor. I will have to email each one with a specific request. Thanks.
>
> Keeta Fox

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

May 11, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
LTD Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

ReleasePoint

**Medical Record Overview**

**Date:** **May 4, 2021**

**Patient Name:** FOX, KEETA

**Records From:** KENTUCKIANA RHEUMATOLOGY
100 E LIBERTY ST STE 700
LOUISVILLE, KY 40202
(502) 583-5836

**Request Scope:** From October 1, 2020 to Present

**Chart Range:** 11/30/2020 - 03/10/2021

**RP ID:** 7718110

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** V CASTAGNO
V CASTAGNO

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 30 2020 | Mar 10 2021 | 14 | 2 |
| Non Medical/Other | | | 1 | 16 |
| Request Correspondence | | | 5 | 17 |

**Total Page Count:** 20

**Notes From QC:**

# KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

| | |
|---|---|
| PATIENT: | Keeta Fox |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 3/10/2021 |
| VISIT TYPE: | Office Visit |

This 54 year old female presents for CTD f/u via VV

HPI DETAILS: This visit was conducted with the use of an interactive audio and video telecommunication system that permits real-time communication between patient and provider. Patient consent for this virtual visit was obtained before the visit and is on file electronically.
Patient location: Louisville, KY
Kentuckiana Rheumatology, Telehealth Provider: Dr. Steven Stern/Vickie Scholl MA

Ms. Fox has had her entire house cleaned to eliminate mold and is even replacing her furniture. She increased her AZA dose as we requested and unfortunately says she cannot tell any difference at all thus far. Advised her that we can increase it a little more as she has not maximized the dose yet and she is agreeable with this plan. She just returned from a month in Siesta Key and she says she didn't feel great but she did feel better. Her energy was better, fatigue was less, she had less nausea, mental status was better, and she was able to be active, such as being able to ride a bike. However, her joint pain wasn't any better and she had difficulty walking on the beach. She saw her ophthalmologist, Dr. Frank Burns, a couple of days ago for an acute episode of vision loss and he did not notice anything out of the ordinary. He told her it was likely an ophthalmological migraine. She wonders if she needs to worry about it and reassured her as long as it does not happen regularly to trust her ophthalmologist's opinion. Dr. Burns did tell her that she has dry eyes. She has painful bumps to the skin on the underside of her arms so she wonders if she has swollen lymph nodes. Advised her that this is possible. We are arranging for her to see Dr. Jeff Callen so he could do a biopsy when she is seen there. She is considering undergoing lymphatic massage and reassured her this is fine to do. She would also like to try sitting in a sauna but reminded her that it could flare up her erythromelalgia. She was declined an appointment at Johns Hopkins, probably because she has already had a comprehensive evaluation/workup at Mayo. She has been doing a lot of reading to try to find a diet which will help her feel better overall. She is using intermittent fasting, has eliminated alcohol, is drinking more water, and is eating primarily fruits and vegetables with very little meat. Reassured her it sounds like a reasonable diet. She has been looking into transcranial direct current stimulation as a treatment for her Sjogren's but it is not available in our area. She is happy to report the insurance company has overturned their decision and she has been approved for long term disability thanks to reports/letters from her doctors.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Anxiety | 1997 | |
| cecum globulus | | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| erythromelalgia | | |
| idiopathic emphysema | | |
| Kidney Stones | | |
| orthostatic intolerance | | |
| POTS syndrome | | |
| Pulmonary fibrosis | | |
| Sjogren's | | |
| small fiber neuropathy | | |
| Spinal stenosis/ neck | | |
| spongy dermatitis | | |

| Surgery/Treatment | Date | Comment |
|---|---|---|
| PT | | |
| Colectomy | | |
| 16" of colon and intestine removed | 11/16/2020 | |
| twisted colon surgery | 12/15/2020 | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| duloxetine 30 mg capsule,delayed release | take 3 capsule po q day | // | | 09/23/2020 | Y |
| estradiol | insert by vaginal route every week | // | | | Y |
| estradiol | take 1 tablet by oral route every day | // | | | Y |
| progesterone, micronized | take 4 capsule by oral route every day for 10 days in the evening | // | | | Y |
| MISC MEDS | Y formula herbal supplement once daily | // | 03/10/2021 | | Y |
| vitamin E | | // | | | Y |
| Imuran 50 mg tablet | take 1 tablet by oral route 2 times every day | // | 03/10/2021 | 03/10/2021 | Y |
| Imuran 50 mg tablet | take 1 tablet by oral route 3 times every day | // | | 03/10/2021 | Y |

## Allergies (Reviewed, no changes.)

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Respiratory | Negative | Cough and Dyspnea. |
| Cardio | Negative | Chest pain. |
| Integumentary | Positive | Rash. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | Plan Orders | She is to schedule a follow-up visit with Steven Stern MD in 8 Weeks. |
| | | |
| 2. | Assessment | Abnormal weight loss (R63.4). |
| | | |

ASSESSMENT DETAILS:
* Systemic involvement of connective tissue, unspecified (M35.9) ANA (+) 1:640 Homogenous, DS DNA Ab of 10 (nl up to 9), SSA Ab 1.1 (nl ,1.0) w/ normal lab assessment. Viral illness on top of her long standing issues that cleared w/ time and short burst of steroids. Looks to have a unique one of a kind immunologic condition w/ features of Pulmonary fibrosis, Gastroparesis, CIBO w/ steatorrhea, small fiber neuropathy, indistinct CNS changes w/ tremor w/ fatigue, POTS. Had recent w/u w/ myositis panel and a (+) Mi Ab. Repeat CVD assessment really unremarkable for CVD. SSA Ab barely not negative. Seen at Mayo and told she did indeed has SS, but they didn't have a disease explanation for all her symptoms in a single, unitary diagnostic process. They did doubt her small fiber neuropathy diagnosis, felt she did not have POTS, found no Autonomic NS abnormality and diagnosed a congenital frontal lobe CNS process for the neural symptoms. New diagnosis of Erythromelalgia made as well for finger pain. Has tender noeed to see all the final consultant notes. AZA 100 mg q day failed. Will maximize weight based dose.
AZA (10/20) 100 mg po pc q day (started by Mayo), increase to 150 mg

* Cecal Volvulus (10/20) with resection and appendectomy that showed pre-cancerous lesions.

* Cervical Stenosis, C5,6,7, seeing Dr. Villanueva.

* Sick Building Syndrome from water damage to her home. Trying to get it corrected. Still living in a hotel.

* Chronic Sensitization Syndrome, dx from Mayo Clinic (3/20).

PLAN DETAILS:
Maximize AZA to three tablets daily.

Letter dictated for Dr. Callen.

Labs just done and she will get us a copy.

F/U in eight weeks.

## Follow Up

| Reason | Timeframe | Comments |
|---|---|---|
| follow-up visit with Steven Stern MD in 8 Weeks | in 8 Weeks | |

## Orders:

IMMUNIZATIONS ORDERED OR ADMINISTERED TODAY:

| Immunization | Status | Administered By |
|---|---|---|
| MODERNA COVID19 VACCINE | Administered | |

FOLLOW-UP:

| Assessment | Follow-up | Reason | Timeframe | Comments |
|---|---|---|---|---|
| M35.9 | follow-up visit with Steven Stern MD in 8 Weeks | | in 8 Weeks | |

*Provider:*

Stern, Steven 03/12/2021 9:02 AM

---

Electronically signed by Steven Stern MD on 03/14/2021 09:23 PM

# KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

| | |
|---|---|
| PATIENT: | Keeta Fox |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 1/27/2021 |
| VISIT TYPE: | Office Visit |

This 54 year old female presents for CTD f/u

HPI DETAILS: Ms. Fox is planning a trip to Florida and has questions about her medical conditions and her medications and specifically whether she will be more sensitive to the sun. She has questions about supplements and discussed the pros and cons and what benefits she could expect from them. She says she plans to get started on an exercise program when she returns from her vacation. She is also researching clinical trials for Sjogren's treatment and is hopeful to be accepted into one. She reports she gets rashes that are awful and are followed by terrible bruising. She saw derm and a biopsy was taken which was noncontributory. Advised the patient to see derm as soon as the skin eruption occurs and a biopsy taken then should be diagnostic. Explained that what she is describing sounds like urticarial vasculitis. She wonders if her Imuran dose should be advanced but she has only been on two tablets daily for a month so advised her that it will take more time before the full benefits from the medication are realized.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Anxiety | 1997 | |
| cecum globulus | | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| erythromelalgia | | |
| idiopathic emphysema | | |
| Kidney Stones | | |
| orthostatic intolerance | | |
| POTS syndrome | | |
| Pulmonary fibrosis | | |
| Sjogren's | | |
| small fiber neuropathy | | |
| Spinal stenosis/ neck | | |
| spongy dermatitis | | |

| Surgery/Treatment | Date | Comment |
|---|---|---|
| PT | | |
| Colectomy | | |
| 16" of colon and intestine removed | 11/16/2020 | |
| twisted colon surgery | 12/15/2020 | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| duloxetine 30 mg capsule,delayed release | take 3 capsule po q day | // | | 09/23/2020 | Y |
| Imuran 50 mg tablet | take 1 tablet by oral route every day | // | 01/27/2021 | 01/27/2021 | Y |
| estradiol | insert by vaginal route every week | // | | | Y |
| estradiol | take 1 tablet by oral route every day | // | | | Y |
| progesterone, micronized | take 4 capsule by oral route every day for 10 days in the evening | // | | | Y |
| amitriptyline HCl | topical cream - apply prn | // | 01/27/2021 | | Y |
| MISC MEDS | Y formula herbal supplement once daily | // | | | Y |
| vitamin E | | // | | | Y |
| Imuran 50 mg tablet | take 1 tablet by oral route 2 times every day | // | | 01/27/2021 | Y |

## Allergies (Reviewed, no changes.)

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue, Fever. |
| ENMT | Positive | Dry mouth. |
| ENMT | Negative | Mouth ulcers. |
| Eyes | Positive | Dry eyes, Vision changes. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Cough. |
| Cardio | Positive | Chest pain, Irregular heartbeat/palpitations. |
| Cardio | Negative | Edema and Raynaud's. |
| GI | Positive | Abdominal pain. |
| GI | Negative | Heartburn. |
| GU | Positive | Back pain, Hematuria. |

| | | |
|---|---|---|
| GU | Negative | Genital ulcers. |
| Endocrine | Positive | Abnormal sleep pattern (Endocrine), Cold intolerance. |
| Neuro | Positive | Gait disturbance. |
| Psych | Positive | Anxiety, Depression. |
| Integumentary | Positive | Hives, Rash. |
| Integumentary | Negative | Hair loss and Psoriasis. |
| MS | Positive | Joint pain, Joint tenderness, Low back pain, Morning stiffness, Muscle cramping, Muscle weakness, Myalgia. |
| MS | Negative | Joint swelling and Neck pain. |
| Hema/Lymph | Positive | Lymphadenopathy. |
| Hema/Lymph | Negative | Easy bleeding. |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:04 PM | 103/72 | 90 | | 67.00 | 5.0 | 7.00 | 170.18 | 144.40 | 65.499 | 22.62 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | | |
| 2. | Assessment | Abnormal weight loss (R63.4). |
| | | |

ASSESSMENT DETAILS:

* Systemic involvement of connective tissue, unspecified (M35.9) ANA (+) 1:640 Homogenous, DS DNA Ab of 10 (nl up to 9), SSA Ab 1.1 (nl ,1.0) w/ normal lab assessment. Viral illness on top of her long standing issues that cleared w/ time and short burst of steroids. Looks to have a unique one of a kind immunologic condition w/ features of Pulmonary fibrosis, Gastroparesis, CIBO w/ steatorrhea, small fiber neuropathy, indistinct CNS changes w/ tremor w/ fatigue, POTS. Had recent w/u w/ myositis panel and a (+) Mi Ab. Repeat CVD assessment really unremarkable for CVD. SSA Ab barely not negative. Seen at Mayo and told she did indeed has SS, but they didn't have a disease explanation for all her symptoms in a single, unitary diagnostic process. They did doubt her small fiber neuropathy diagnosis, felt she did not have POTS, found no Autonomic NS abnormality and diagnosed a congenital frontal lobe CNS process for the neural symptoms. New diagnosis of Erythromealgia made as well for finger pain. Need to see all the final consultant notes. AZA 50 mg q day. failed, now on 2 weeks of 100 mg per day. Needs Letter for disability.
  AZA (10/20) 100 mg po pc q day (started by Mayo)

* Cecal Volvulus (10/20) with resection and appendectomy that showed pre-cancerous lesions.

* Cervical Stenosis, C5,6,7, seeing Dr. Villanueva.

* Sick Building Syndrome from water damage to her home. Trying to get it corrected. Still living in a hotel.

* Chronic Sensitization Syndrome, dx from Mayo Clinic (3/20).

PLAN DETAILS:
Suggested that she see Dr. Jeff Callen for an opinion.

Suggested that she use a paraffin wax bath for her Raynaud's type symptoms in the hands.

Suggested that she see the Lion's Eye Institute for her dry eyes.

Giving her Imuran one more month before adjusting the dose.

Lab check today

F/U in three months

## Orders:

LABS:

| Assessment | Test | Status |
|---|---|---|
| M25.50 | Copper, Serum | ordered |
| M25.50 | Vitamin B1 (Thiamine), Blood | ordered |
| M25.50 | Vitamin B12 and Folate | ordered |
| M25.50 | Vitamin B2, Whole Blood | ordered |
| M25.50 | Vitamin B3 | ordered |
| M25.50 | Vitamin B5 | ordered |
| M25.50 | Vitamin B6 | ordered |
| M25.50 | Vitamin B7 | ordered |
| M25.50 | Vitamin D, 25-Hydroxy | ordered |
| M25.50 | Zinc, Plasma or Serum | ordered |

*Provider:*
Stern, Steven 02/01/2021 12:46 PM

Electronically signed by Steven Stern MD on 02/02/2021 06:51 AM

# KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

| | |
|---|---|
| PATIENT: | Keeta Fox |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 1/11/2021 |
| VISIT TYPE: | Office Visit |

This 54 year old female presents for CTD f/u via VV

HPI DETAILS: This visit was conducted with the use of an interactive audio and video telecommunication system that permits real-time communication between patient and provider. Patient consent for this virtual visit was obtained before the visit and is on file electronically.
Patient location: Louisville, KY
Kentuckiana Rheumatology, Telehealth Provider: Dr. Steven Stern/Vickie Scholl MA

Ms. Fox had emergency surgery since we saw her last for a twisted colon. She is doing better but still has issues. She lost her job due to her health problems and would like to have our assistance to help her obtain her disability. She cannot use her PCP as he is the company doctor for the employer she was just terminated from. The Mayo doctors do not wish to become involved in her disability process. Advised her that we will assist her. She says she has not worked since February 4, 2020. She states the Imuran has not been working so Mayo is adjusting her dose up. Advised her that, based on her weight, she could take up to 175mg daily. She will be titrated up slowly until the appropriate dose is found. If it doesn't work for her then reassured her that there are other treatment options available.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Anxiety | 1997 | |
| cecum globulus | | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| erythromelalgia | | |
| idiopathic emphysema | | |
| Kidney Stones | | |
| orthostatic intolerance | | |
| POTS syndrome | | |
| Pulmonary fibrosis | | |

Sjogren's
small fiber neuropathy
Spinal stenosis/ neck
spongy dermatitis

| Surgery/Treatment | Date | Comment |
|---|---|---|
| PT | | |
| Colectomy | | |
| 16" of colon and intestine removed | 11/16/2020 | |
| twisted colon surgery | 12/15/2020 | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| duloxetine 30 mg capsule,delayed release | take 3 capsule po q day | // | | 09/23/2020 | Y |
| Imuran 50 mg tablet | take 1 tablet by oral route every day | // | | | Y |
| estradiol | insert by vaginal route every week | // | | | Y |
| estradiol | take 1 tablet by oral route every day | // | | | Y |
| progesterone, micronized | take 4 capsule by oral route every day for 10 days in the evening | // | | | Y |
| amitriptyline HCl | topical cream - apply prn | // | | | Y |
| MISC MEDS | Y formula herbal supplement once daily | // | | | Y |
| vitamin E | | // | | | Y |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Cough. |
| Cardio | Positive | Chest pain. |
| Integumentary | Positive | Rash. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |

| | | |
|---|---|---|
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | | |
| 2. | Assessment | Abnormal weight loss (R63.4). |
| | | |

ASSESSMENT DETAILS:

* Systemic involvement of connective tissue, unspecified (M35.9) ANA (+) 1:640 Homogenous, DS DNA Ab of 10 (nl up to 9), SSA Ab 1.1 (nl ,1.0) w/ normal lab assessment. Viral illness on top of her long standing issues that cleared w/ time and short burst of steroids. Looks to have a unique one of a kind immunologic condition w/ features of Pulmonary fibrosis, Gastroparesis, CIBO w/ steatorrhea, small fiber neuropathy, indistinct CNS changes w/ tremor w/ fatigue, POTS. Had recent w/u w/ myositis panel and a (+) Mi Ab. Repeat CVD assessment really unremarkable for CVD. SSA Ab barely not negative. Seen at Mayo and told she did indeed has SS, but they didn't have a disease explanation for all her symptoms in a single, unitary diagnostic process. They did doubt her small fiber neuropathy diagnosis, felt she did not have POTS, found no Autonomic NS abnormality and diagnosed a congenital frontal lobe CNS process for the neural symptoms. New diagnosis of Erythromealgia made as well for finger pain. Need to see all the final consultant notes. AZA 50 mg q day. failed, now on 2 weeks of 100 mg per day. Needs Letter for disability.
AZA (10/20) 100 mg po pc q day (started by Mayo)

* Cecal Volvulus (10/20) with resection and appendectomy that showed pre-cancerous lesions.

* Cervical Stenosis, C5,6,7, seeing Dr. Villanueva.

* Sick Building Syndrome from water damage to her home. Trying to get it corrected. Still living in a hotel.

* Chronic Sensitization Syndrome, dx from Mayo Clinic (3/20).

PLAN DETAILS:

Letter for Disability dictated.

*Provider:*
Stern, Steven 01/12/2021 3:24 PM

Electronically signed by Steven Stern MD on 01/13/2021 07:47 AM

KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

| | |
|---|---|
| PATIENT: | Keeta Fox |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 11/30/2020 |
| VISIT TYPE: | Office Visit |

This 54 year old female presents for Mayo diagnosis of Sjögren's syndrome f/u via VV

## History of Present Illness

1. Mayo diagnosis of Sjögren's syndrome

HPI DETAILS: This visit was conducted with the use of an interactive audio and video telecommunication system that permits real-time communication between patient and provider. Patient consent for this virtual visit was obtained before the visit and is on file electronically.
Patient location: Louisville, KY
Kentuckiana Rheumatology, Telehealth Provider: Dr. Steven Stern/Vickie Scholl MA

Ms. Fox had a twisted colon surgery two weeks ago with 16" of her colon and intestine removed due to cecum globulus. She says she is recovering well. She was at Mayo in Minnesota for four weeks and diagnosed with Sjogren's, erythromelalgia, orthostatic intolerance with a positive tilt table test, and unidentified emphysema to the right lower lung. She says they did not diagnosed her with autonomic dysfunction but told her that she has chronic sensitization syndrome. She is now on Imuran 50mg qd for Sjogren's per Dr. Osborne at Mayo. She started it on October 26th and thus far is tolerating the medication just fine. She is also following with an ophthalmologist for her dry eyes. She has been given amitriptyline cream for flares of erythromelalgia. She has a rash on her chest and left hip which she feels is chronic mild shingles. She will be seen a dermatologist tomorrow for evaluation. She says it makes her feel bad all over when it flares up. She is hopeful she will be able to return to work in a few weeks but is fearful she will be terminated before then.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Anxiety | 1997 | |
| cecum globulus | | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| erythromelalgia | | |
| idiopathic emphysema | | |

Kidney Stones
orthostatic intolerance
POTS syndrome
Pulmonary fibrosis
Sjogren's
small fiber neuropathy
Spinal stenosis/ neck
spongy dermatitis

| Surgery/Treatment | Date | Comment |
|---|---|---|
| PT | | |
| Colectomy | | |
| 16" of colon and intestine removed | 11/16/2020 | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| duloxetine 30 mg capsule,delayed release | take 3 capsule po q day | // | | 09/23/2020 | Y |
| MISC MEDS ORAL TABLET | oxbile | // | 11/30/2020 | | Y |
| Imuran 50 mg tablet | take 1 tablet by oral route every day | // | | | Y |
| estradiol | insert by vaginal route every week | // | | | Y |
| estradiol | take 1 tablet by oral route every day | // | | | Y |
| progesterone, micronized | take 4 capsule by oral route every day for 10 days in the evening | // | | | Y |
| amitriptyline HCl | topical cream - apply prn | // | | | Y |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Cough. |
| Cardio | Negative | Chest pain. |
| Integumentary | Positive | Rash. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|

| | | |
|---|---|---|
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | | |
| 2. | Assessment | Abnormal weight loss (R63.4). |
| | | |

ASSESSMENT DETAILS:

* Systemic involvement of connective tissue, unspecified (M35.9) ANA (+) 1:640 Homogenous, DS DNA Ab of 10 (nl up to 9), SSA Ab 1.1 (nl ,1.0) w/ normal lab assessment. Viral illness on top of her long standing issues that cleared w/ time and short burst of steroids. Looks to have a unique one of a kind immunologic condition w/ features of Pulmonary fibrosis, Gastroparesis, CIBO w/ steatorrhea, small fiber neuropathy, indistinct CNS changes w/ tremor w/ fatigue, POTS. Had recent w/u w/ myositis panel and a (+) Mi Ab. Repeat CVD assessment really unremarkable for CVD. SSA Ab barely not negative. Seen at Mayo and told she did indeed has SS, but they didn't have a disease explanation for all her symptoms in a single, unitary diagnostic process. They did doubt her small fiber neuropathy diagnosis, felt she did not have POTS, found no Autonomic NS abnormality and diagnosed a congenital frontal lobe CNS process for the neural symptoms. New diagnosis of Erythromealgia made as well for finger pain. Need to see all the final consultant notes. Currently on AZA 50 mg q day. Will recheck at the 12 week mark and increase if needed at the end of 1/21.

AZA (10/20) 50 mg po pc q day (started by Mayo)

* Cecal Volvulus (10/20) with resection and appendectomy that showed pre-cancerous lesions.

* Cervical Stenosis, C5,6,7, seeing Dr. Villanueva.

* Sick Building Syndrome from water damage to her home. Trying to get it corrected. Still living in a hotel.

* Chronic Sensitization Syndrome, dx from Mayo Clinic (3/20).

PLAN DETAILS:

She will get a copy of her Mayo records to us.

Will await derm's pathology report in regards to the rash on her chest and hip.

F/U in late January

*Provider:*

Stern, Steven 12/07/2020 10:13 AM

Electronically signed by Steven Stern MD on 12/09/2020 09:17 AM

100 E Liberty St
Suite 700
Louisville, KY 40202-1439
Phone: (502) 583-5836
Fax: (502) 583-2266

**Kentuckiana Center for Better Bone and Joint Health**

# Fax

| | | | |
|---|---|---|---|
| **To:** | (No Name) | **From:** | Stephanie Britton |
| **Fax:** | 12138844921 | **Pages:** | 20 |
| **Re:** | | **Date:** | May 04, 2021 |

| | | | | | |
|---|---|---|---|---|---|
| **Urgent** | **For Review** | **Please Comment** | **Please Reply** | **X** | **For Information** |

- **Comments:**

- **Confidential Protected Health Information Enclosed-Protected Health Care Information is personal and sensitive information related to a person's healthcare. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.**

  **Important Warning-This message is intended for the use by the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify the sender immediately and arrange for the return or destruction of these documents.**

Lincoln Financial Group

**Lincoln Financial Group**
**c/o RP Claims Processing**
**P.O. Box 1390**
**St. Peters, MO 63376**

**KENTUCKIANA RHEUMATOLOGY**
**100 E LIBERTY ST STE 700**
**ATTN: MEDICAL RECORDS**
**LOUISVILLE, KY 40202**

Date: Mar 31, 2021

**Re: Long Term Disability Benefits**
Claim# 7718110 10310112
Claimant:
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: 395461

Dear option ~~8,1 MR~~,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From October 1, 2020 to Present**
**Medical records from DR STEVEN STERN - Seen By: KENTUCKIANA RHEUMATOLOGY**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Leizl Olanda
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7718110

RPID: 7718110

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

00000028 LFPW6QD1 00000420

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeton Fox

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Keeton Fox

Date of Birth: ______ Claim Number: 10310112 Date: 8/7/2020

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

00000026 LFPW6OD1 00000413

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative Keeta Fox

Date of Birth: ______ Claim Number: 10310112 Date: 8/7/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

**2/17/2021**

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7718110

## Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

---

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | FOX, KEETA |
| RP ID: | 7718110 |
| Access Code: | 395461 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 7718110

# Quality Assurance Report

## Request Information

Report Date: May 4, 2021

**RP ID:** 7718110

Patient Name: FOX, KEETA

Provider Name: KENTUCKIANA RHEUMATOLOGY

## Quality Assurance Information

Scope Requested: **From October 1, 2020 to Present**

Special Request:

Medical records from DR STEVEN STERN - Seen By: KENTUCKIANA RHEUMATOLOGY

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: HAMAD

**From:**Castagno Iii, Vincent
**Sent:**Tue, 4 May 2021 11:38:41 +0000
**To:**'Keeta Fox'
**Subject:**RE: Message

Good morning Mrs. Fox,

Your benefits will not be suspended but, the overall due date of any outstanding information as of this email is due by June 12, 2021.

Based on the information provided below I have removed the following physicians from the medical records request: Dr Villaneuva, Dr Brown and Dr Kemp.

With the removal of the medical providers listed above, we continue to follow up for your medical records for the period of October 1, 2020 though the present date from Dr. Blackburn, Dr. Pilkingon and Dr. Stern. As Lincoln Financial follows up with these medical providers for their submission of records, I would suggest that you also follow up with the medical offices for the submission of records. With both of us contacting the medical providers in order to encourage their response to the records request, that typically leads to a positive result.

Thank you, Vince



Vince Castagno
LTD Technical Specialist II
Lincoln Financial Group
P.O. Box 2578
Omaha NE. 68108-9688

888-437-7611 Office
10328 Extension

disabilitydocuments@lfg.com

Follow us on:




This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 X 10328 and permanently delete the original and any copy of any e-mail and any printout thereof.

---

**From:** Keeta Fox <
**Sent:** Monday, May 3, 2021 7:31 PM
**To:** Castagno Iii, Vincent <Vincent.CastagnoIii@lfg.com>
**Subject:** Re: Message

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Vince
I got a letter today that my benefits will be suspended if you do not receive my various doctors notes in the next 15 days. I am not sure what to do here.Can you help guide me on what you need. You have my Mayo notes for sure. I have not seen Dr Villaneuva, Dr Brown and Dr Kemp in a long time as I noted in my last email. I can ask Dr Stern Wednesday (when I have an appt) to make sure they send you my notes. I dont really know how to proceed and I definitely want to make sure I give you everything you. Can you guide me please?Thanks much

On Wed, Apr 28, 2021 at 3:55 PM Keeta Fox < wrote:

> Hi Vince
>
> Sorry I missed your call yesterday. Relative to Mayo I have not seen them since October 2020 when I was there. I sent you a recap of the diagnoses with key reports from each of the specialists in December 2020 I think. I was hoping the Mayo doctors reports would be enough and hopefully you did get them. If you need more than each of the specialists summaries with related diagnoses, can you let me know what specifically you need from each doctor. I will have to email each one with a specific request. Thanks.
>
> Keeta Fox

**From:**Castagno Iii, Vincent
**Sent:**Thu, 29 Apr 2021 13:01:27 +0000
**To:**'Keeta Fox'
**Subject:**RE: Message

Good morning Mrs. Fox,

For good measure could you advise me as to which of the following medical providers would be associated with the Mayo Clinic and for which you have not treated with since October 2020 as noted below.

- Dr. Blackburn
- Dr. Brown
- Dr. Kemp
- Dr. Pilkington
- Dr. Singer
- Dr. Stern
- Dr. Villanueva

Thank you, Vince



Vince Castagno
LTD Technical Specialist II
Lincoln Financial Group
P.O. Box 2578
Omaha NE. 68108-9688

888-437-7611 Office
10328 Extension

disabilitydocuments@lfg.com

Follow us on:




This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 X 10328 and permanently delete the original and any copy of any e-mail and any printout thereof.

---

**From:** Keeta Fox <
**Sent:** Wednesday, April 28, 2021 3:55 PM
**To:** Castagno Iii, Vincent <Vincent.CastagnoIii@lfg.com>
**Subject:** Message

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Vince

Sorry I missed your call yesterday. Relative to Mayo I have not seen them since October 2020 when I was there. I sent you a recap of the diagnoses with key reports from each of the specialists in December 2020 I think. I was hoping the Mayo doctors reports would be enough and hopefully you did get them. If you need more than each of the specialists summaries with related diagnoses, can you let me know what specifically you need from each doctor. I will have to email each one with a specific request. Thanks.

Keeta Fox

**From:**Keeta Fox <
**Sent:**Thu, 29 Apr 2021 09:56:30 -0400
**To:**Castagno Iii, Vincent
**Subject:**Re: Message

Dr Singer is only Mayo doc on this

Also as a point of clarification I have not send Dr Brown ( local neurologist and then went to Mayo to see Dr Singer with more expertise) Dr Villanueva ( he confirmed cervical stenosis and said come back when need surgery) and Dr Kemp ( she wanted me to go to Mayo for heart symptoms resulting in Mayo orthostatic intolerance diagnosis) in a long time either

Most recent new doc is Doc Marjorie Pilkington who is a urogynecoogist. She is in Louisvilke Kentucky Norton. Mayo recommended I have a urologist to monitor ongoing blood in urine

Dr Stern is rheumatologist with best updates

Dr Blackburn is hand doctor through Norton who gives me steroid injections for carpal tunnel syndrome

Hope this helps.

Sent from my iPhone

> On Apr 29, 2021, at 9:01 AM, Castagno Iii, Vincent <Vincent.CastagnoIii@lfg.com> wrote:
>
> Good morning Mrs. Fox,
>
> For good measure could you advise me as to which of the following medical providers would be associated with the Mayo Clinic and for which you have not treated with since October 2020 as noted below.
>
> - Dr. Blackburn
> - Dr. Brown
> - Dr. Kemp
> - Dr. Pilkington
> - Dr. Singer
> - Dr. Stern
> - Dr. Villanueva
>
> Thank you, Vince

<image001.png
>

**Vince Castagno**
LTD Technical Specialist II
Lincoln Financial Group
P.O. Box 2578
Omaha NE. 68108-9688

888-437-7611 Office
10328 Extension

disabilitydocuments@lfg.com

Follow us on:

<image002.png
>

<image003.png
>

<image004.png
>

<image005.png
>

<image006.png
>

<image007.jpg>

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 X 10328 and permanently delete the original and any copy of any e-mail and any printout thereof.

---

**From:** Keeta Fox <
**Sent:** Wednesday, April 28, 2021 3:55 PM
**To:** Castagno Iii, Vincent <Vincent.CastagnoIii@lfg.com>
**Subject:** Message

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Vince

Sorry I missed your call yesterday. Relative to Mayo I have not seen them since October 2020 when I was there. I sent you a recap of the diagnoses with key reports from each of the specialists in December 2020 I think. I was hoping the Mayo doctors reports would be enough and hopefully you did get them. If you need more than each of the specialists summaries with related diagnoses, can you let me know what specifically you need from each doctor. I will have to email each one with a specific request. Thanks.

Keeta Fox

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged,

confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| BAPTIST HEALTH<br>8701756 | **AUTHORIZATION TO RELEASE COPIES OF A MEDICAL RECORD** | Mail or Fax this request to:<br>Release of Information<br>2600 Stanley Gault Parkway Suite 101<br>Louisville, KY 40223<br>Phone: (502) 253-4820<br>Toll Free: (844) 764-7820<br>Fax: (502) 253-4829 |
|---|---|---|

**Please complete this form as instructed so we can help you receive the information you are requesting.**

Patient Name: FOX, KEETA Maiden / AKA: ________ Date of Birth: ________
Street Address: ________ Baptist Health MRN (optional): ________
City / State / Zip: ________ Telephone #: ________
Email Address: ________ Last four digits of SSN# ________

1. **I authorize my records to be released to *one* of the following (select a or b and select delivery method):**
   a. ☐ **Myself:** I request Baptist Health to release my protected health information to me using the information listed above.
   **Select delivery method for myself:** ☐ **My Chart** (patient portal) ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☐ **Encrypted Email**
   b. ☒ **Other person/organization:** I am the patient, or the legally authorized representative of the patient listed above and request Baptist Health to release my protected health information to the following:
   Person: ________ Organization: Lincoln Financial Group (c/o ReleasePoint)
   Street Address: PO Box 1390 St. Peters MO 63376
   Fax: ________ Telephone #: ________
   Email: providers@releasepoint.com
   **Select delivery method for other person/organization:** ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☒ **Encrypted Email**
2. **Purpose of Release/disclosure to other person/organization (not required if the records are being disclosed directly to patient):**
   ☐ Continuation of Care/Transfer of Care ☐ Social Security / Disability ☐ Attorney/Legal ☐ Personal Use ☐ Insurance ☒ Other (specify below)
   Claims - Disability Insurance
3. **I am authorizing records to be released from:**
   ☐ Baptist Hospital (specify location) BAPTIST HEALTH
   ☐ Baptist Physician Office (provider name and address of office required) ________
4. **For Dates of Service Requested:** from 01/09/2021 to Present **(if no dates are listed, default will be the past 12 months).**
5. **Please choose one of the following options:**
   ☒ Specific records such as lab results, x-ray reports, EKG, pathology report, billing etc. (please specify which records): all PHI, excluding x-ray films
   ☐ Package 1: **Key Documentation** within the medical record (includes, as applicable, history & physical, diagnostic information, discharge summary, operative note, consults, office visit notes, laboratory results, test reports, and ER notes for the location, provider, and dates listed above).
   ☐ Package 2: **All Documentation** within the medical record (includes Package 1 contents along with all other contents of the medical record such as nursing notes, flow sheets, medication administration records, and physician orders for the location, provider, and dates listed above).
6. I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about my behavioral or mental health services and treatment I have received for drug and alcohol abuse.
7. **Revoking (cancelling) authorization:** I may revoke (cancel) this authorization at any time. Revocations (cancellations) **must be made in writing** and sent to Baptist Health Release of Information Department at the address listed on this form. Revocations (cancellations) will not apply to information that has already been released. If this authorization was obtained as a condition of providing insurance coverage, the authorization will not apply to my insurance company to the extent the law provides my insurer with the right to contest a claim under the policy, or the policy itself. **This authorization will expire on** One year **(date). If no date is included, the authorization will expire one year from the date of signature.**
8. Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected.
9. This authorization is voluntary. I understand that Baptist Health will not base treatment, payment, enrollment, or eligibility for benefits on my signing this document.

**FOR INTERNAL USE ONLY**
If patient is unable to sign, secure consent of Legal Representative and indicate reason below:
☐ Minor ☐ Incapacitated ☐ Deceased
Proof of designation must be filed in the chart or sent with this request.

________
Signature of Patient

________
Signature of Legal Representative and Relationship to Patient

________
Date

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

April 28, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On March 30, 2021, April 13, 2021 and April 27, 2021, we requested your medical records from The Mayo Clinic, Dr. Backburn, Dr. Brown, Dr. Kemp, Dr. Pilkington, Dr. Singer, Dr. Stern and Dr. Villanueva . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 1, 2020 through the present from your noted medical providers.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Papa John's International, Inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 13, 2021, 15 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by June 12, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 12, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

ReleasePoint

## Medical Record Overview

**Date:** **April 26, 2021**

**Patient Name:** FOX, KEETA

**Records From:** DR MEAGAN HUELSMAN
231 KLEMPNER WAY
LOUISVILE, KY 40205
(502) 896-6355

**Request Scope:** From October 1, 2020 to Present

**Chart Range:** 12/01/2020 - 12/14/2020

**RP ID:** 7812915

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** V CASTAGNO
V CASTAGNO

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Dec 1 2020 | Dec 1 2020 | 4 | 2 |
| Operative Reports | Dec 1 2020 | Dec 14 2020 | 3 | 6 |
| Request Correspondence | | | 1 | 9 |
| | | **Total Page Count:** | 8 | |

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

54 yr. Female,

## DERM VISIT

**Date of Visit: 12/1/2020**
**Name:** Keeta R. Fox (77655) **Age:** 54 **DOB:**
**Last Appt**: 9/2/2020 Nurse Only - Suture Removal with Huelsman, Meagan
**Referring Physician:**
**PCP:** Gregory Potts
**Occupation:**

**Primary Insurance:** Blue Card Program
**Secondary Insurance:**

## Chief Complaint:

1) rash located on chest, lower left abdomen and has been present for 1 year(s). Signs and symptoms include redness, irritated, itching. Severity is moderate. The problem is comes and goes.
pt states Rheumatologist would like it Biopsied

## Problem log - Physician Use Only:

### Current Medications

Last Updated: 12/8/2020

| Name | Sig | Start Date | Discontinue Date |
|---|---|---|---|
| azathioprine 50 mg tablet | | | |
| betaine HCl 300 mg tablet | | | |
| BIOHM probiotic supplement | | | |
| cholestyramine (bulk) powder | | | |
| Claritin 10 mg tablet | | | |
| DHEA 25 mg capsule | | | |
| duloxetine 30 mg capsule,delayed release(DR/EC) | | | |
| duloxetine 60 mg capsule,delayed release(DR/EC) | | | |
| estradiol 0.01% (0.1 mg/gram) cream | | | |
| estradiol 0.05 mg/24 hr patch semiweekly | | | |
| fluocinonide 0.05% solution | Apply 1 a small amount to skin twice a day as needed apply a few drops to affected areas twice a day as needed | 8/31/2020 | |
| Integrative Y Formula | | | |
| ketoconazole 2% shampoo | use on scalp 3-4 times weekly. Let shampoo sit for 5 min then rinse | 8/5/2020 | |
| liposomal glutathione | | | |
| Magnesium (oxide/AA chelate) 300 mg capsule | | | |
| pepsin-amy-ox bile-pan-bet-pap 450-60 -32-32 mg tablet extended release | | | |
| pregnenolone 5mg capsule | | | |

54 yr. Female,

| Name | Sig | Start Date | Discontinue Date |
|---|---|---|---|
| progesterone micronized 100 mg capsule | | | |
| rhodiola rosea | | | |
| triple magnesium | | | |
| vitamin A 8,000 unit capsule | | | |

**Allergies**

Last Updated: 12/8/2020

| Name | Notes | Date Entered | Discontinue Date |
|---|---|---|---|
| Aspirin | Unknown | 1/14/2020 | |
| butabarbital | Unknown | 1/14/2020 | |

## Patient History:

### Medical History:

- Arthritis
- Lung disease (Fibroysios of the right lung)

**Alerts**

- Currently pregnant (if yes, enter # of weeks) - No
- Trying to become pregnant - No
- Currently breastfeeding - No
- Allergic to latex - No
- Allergic to lidocaine or other numbing medications - No
- Previously felt ill or passed out at the sight of blood and/or needles - No
- Antibiotics needed before procedures - No

### Skin History:

- - No significant skin history

**History of Skin Cancer** None

### Family History:

- - No Contributing Family History

### Surgical History:

### Smoking (QM 226):

Never smoker.

### Alcohol Screening (QM 431):

### Immunizations/Vaccine (QM 110, 111:

**Month** Oct

**Year** 2020

## Skin cancer log:

## Review of Systems:

**Are you currently experiencing any of the following:**

| | |
|---|---|
| **Constitutional** | no fever, chills, fatigue, or unexpected weight loss or gain |
| **Integumentary (and/or breast)** | no other rash or skin lesions, no new or changing moles |

54 yr. Female,

**Ear, nose, throat and mouth** no oral lesions

**Scribe** I, KG MA, am scribing for, and in the presence of Meagan Huelsman.

## General Exam:

Patient appears alert and oriented x3 and well developed, well nourished, and in no apparent distress.

Patient appears pleasant.

Examinations below found to be normal (except as noted on exam): Scalp and Body Hair, Head (including the Face), Eyelids and conjunctivae, Neck, Right upper extremity, Left upper extremity, Digits/Nails and Abdomen.

## Patient Photos:

**Patient Photo 1**



**Patient Photo 2**



## Visit Findings:

**Biopsy** Anatomic Location:
left lower abdomen

Problem 1: dermatitis located on scattered throughout body; left lower abdomen.
EXAM: erythematous scaly papules Qty: 2
ASSESSMENT: Dermatitis dermatitis vs lichen planus vs pleva vs lupus
PLAN: Biopsy (Punch) performed today Anatomic Location:
left lower abdomen, Consent obtained. All risks and complications reviewed. The patient was then anesthetized using 1% lidocaine with epinephrine and 8.4% NA Bicarbonate . A(n) 4mm punch biopsy was performed. One 4-0 Nylon suture (s) were used. Ointment and a bandaid were applied. Patient tolerated the procedure well. Bx taken from left lower abdomen

54 yr. Female

-recommended patch testing

to send note and path to Rheumatologist Dr. Steven Stern

**Final Comments:**

Patient/Guardian verbalized an understanding and agrees with treatment plan.

**Followup:**

Patient was instructed to follow-up in 2 week(s) for suture removal with nurse. Checked out by: jat Appointment scheduled.

**Scribe Signature:**

**Physician Scribe Attestation** I, Dr. Meagan Huelsman, personally performed the services described in the documentation as scribed by the assistant listed above in my presence, and confirm it is both accurate and complete.

**Notes**

**Procedures**

**Providers**

- Meagan Huelsman, MD

**Diagnosis Codes**

- D48.5 - Neoplasm of uncertain behavior of skin (238.2)

**Charges**

- 11104 - PUNCH BIOPSY; SINGLE

**Prescriptions Given**

54 yr. Female,

## SUTURE REMOVAL VISIT

### Suture Removal:

**Demographics**
Date: 12/14/2020
Name: Keeta Fox Age: 54 DOB: 11/6/1966

**Sutures removed by:** as,cma

**Suture/Staple Removal Procedure Details:** L lower abdomen: The patient returns post biopsy. The patient has had no problems at the surgical wound.All of the sutures were removed. The patient was reassured about the healing and nature of scarring. If there are any problems with the wound, the patient is advised to return to the office for evaluation.

**Follow Up Visit** Patient was instructed to follow-up . Checked out by: jat

**Suture Removal - Charges** Post Op - 99024 and Suture Removal V58.32

### Signature:



### Notes

### Procedures

### Providers

- Meagan Huelsman, MD

### Diagnosis Codes

- Z48.02 - Encounter for removal of sutures (V58.32)

### Charges

- 99024 - POSTOP FOLLOW UP VISIT RELATED TO ORIGINAL PX

### Prescriptions Given

54 yr. Female,

## DERMATOPATHOLOGY REPORT

**NAME:** Fox, Keeta R **RECORD NO:** 77655
**DATE OF BIOPSY:** 12/1/2020

**PATHOLOGY NO:** 20-6119-A
**REFERRING PHYSICIAN:** Huelsman, Meagan

Status:

**BLANK C:** DIAGNOSIS: Superficial perivascular and interstitial mixed inflammation, with papillary dermal edema (see comment)

COMMENT: These findings are not entirely specific. The presence of many eosinophils in some foci is suggestive of a hypersensitivity response such as superficial arthropod assault reaction or somewhat heavily inflamed urticaria (such as papular urticaria). Neither spongiotic dermatitis, lupus erythematosus, lichen planus nor PLEVA is observed. Clinical correlation is recommended.

MICROSCOPIC DESCRIPTION: This punch specimen exhibits superficial perivascular and interstitial lymphocytic inflammation with papillary dermal edema, minimal basilar vacuolopathy, a few foci of spongiosis, thin malpighian layer, and sparse mounds of parakeratosis. The infiltrate also contains scattered neutrophils and few scattered eosinophils with foci of high concentration. An Alcian blue stain is negative for increased mucin deposition, and a PAS stain is negative for fungus and for thick basement membrane zone. Controls stain appropriately.

Site: left lower abdomen
Clinical Impression:
Gross Description:
Received in formalina punch specimen of skin measuring .3 cm and submitted in 1 cassette(s).

12/4/2020 5:59 PM

**Coding:**
**CPT - Pathology Quantity** 1 1 1

**Dermatopathology (QM 397):**

**Notes**

**Procedures**

**Providers**

- Andrew J West, MD

**Diagnosis Codes**

54 yr. Female,

## Charges

- 88305 - LEVEL IV PATH, GROSS & MICRO EXAM
- 88312 - SPECIAL STAINS-GROUP I
- 88313 - SPECIAL STAINS-GROUP II

## Prescriptions Given

**Sender:** Medical Records at Dermatology Associates, P.S.C.

**Name:** Keeta Fox

**Date:** 04/25/2021

## Secure Fax Cover Sheet (Confidential PHI)

*This is our 1st delivery attempt.*

**To:** Lincoln Financial Group **From:** Medical Records at Dermatology Associates, P.S.C.

**Sender's Contact:**

Address: 2811 Klempner Way, Louisville KY 40205

Phone: 502-896-6355

Fax: 502-896-9813

*Optional: View, fill or sign a digital version of this fax by entering your unique access code **40BEC7** and fax number **213-884-4921** at: **view.medsender.com***

HIPAA compliance powered by MEDSENDER replace faxing, start medsending

Scan with your phone to view, fill & sign this record online

*If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender.*

# Quality Assurance Report

## Request Information

Report Date: April 26, 2021

**RP ID:** 7812915

Patient Name: FOX, KEETA

Provider Name: DERMATOLOGY ASSOCIATES

## Quality Assurance Information

Scope Requested: **From October 1, 2020 to Present**

Special Request:
medical rec- seen by: DR MEAGAN HUELSMAN

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Enclosed are all records supplied by medical facility
for requested dates of service

Chart Reviewed By: LBOMB

ReleasePoint

**Medical Record Overview**

**Date:** **April 26, 2021**

**Patient Name:** FOX, KEETA

**Records From:** DR FRANK BURNS
13324 SHELBYVILLE RD
LOUISVILLE, KY 40223
(502) 245-0305

**Request Scope:** From October 1, 2020 to Present

**Chart Range:** 10/06/2020 - 03/08/2021

**RP ID:** 7812914

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** V CASTAGNO
V CASTAGNO

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 6 2020 | Mar 8 2021 | 9 | 2 |
| Request Correspondence | | | 1 | 11 |

**Total Page Count:** 10

**Notes From QC:**

**MIDDLETOWN EYE CARE**
**Frank R. Burns, M.D.**

PATIENT: Keeta Fox
DATE OF BIRTH:
DATE: 03/08/2021 3:45 PM
DOCUMENT TYPE: Ophthalmology Chart Note
VISIT TYPE: Office Visit

General
Patient visit: Established patient

History of Present Illness:
1. 3 minutes of blurred (loss) VA
The 54 year old female presents for evaluation of 3 minutes of blurred (loss) VA.
Pt woke up this morning to use the restroom and suddenly for about 3 minutes she was not able to see anything, but bright white color.
Pt states since last vision is back to normal.

COVID screening is negative.

**Past Ocular History**

| Disease | Eye | Date Dx | Procedure | Eye | Date Px | Surgeon |
|---|---|---|---|---|---|---|
| Myopia | OS | | LASIK for distance | OS | 02/13/2018 | |
| Headache, migraine | | | | | | |
| Anxiety | | | | | | |
| twisted colon sx | | | | | | |

Past Medical/Surgical History
(Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Headache, migraine | | | | |
| Anxiety | | | | |
| twisted colon sx | | | | |

**Family History** (Reviewed, updated)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Hypertension | | N |
| Mother | | | | Diabetes mellitus | | N |

**Social History:** (Reviewed, updated)
Tobacco use reviewed.
Preferred language is English.
Tobacco use status: Current non-smoker.
Smoking status: Never smoker.

SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|
| | Never smoker | | | |

Medication Reconciliation

Medications reconciled today.

**Systemic Medications**

| Medication | Sig Description | Start Date | Stop Date |
|---|---|---|---|
| Adrena Soothe | | | |
| DRIZALMA SPRINKLE | | | |
| Imuran 50 mg tablet | take 1 tablet by oral route every day | | |

**Allergies**

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

Reviewed, no changes.

**Review of Systems**

| System | Neg/Pos | Details |
|---|---|---|
| ENMT | Negative | Sinus problems. |
| Cardio | Negative | Chest pressure or discomfort and Irregular heartbeat/palpitations. |
| GI | Negative | Nausea and Vomiting. |
| Allergic/Immuno | Negative | Environmental allergies and Seasonal allergies. |

Visual Acuity - Current Visit

**OD Distance & Intermediate**

| SC | CC | PH | Super PH | Int sc | Int cc | DVA Other |
|---|---|---|---|---|---|---|

**OD Near**

| SC | CC | PH | Other |
|---|---|---|---|
| J1 | | | |

**OD Comments**

| Correction | Method | Taken By | Comments |
|---|---|---|---|
| | Snellen | Tiffany Dobson | |

**OS Distance & Intermediate**

| SC | CC | PH | Super PH | Int sc | Int cc | Other |
|---|---|---|---|---|---|---|
| 20/20 | | | | | | |

**OS Near**

| SC | CC | PH | Other |
|---|---|---|---|

**OS Comments**

| Correction | Method | Taken By | Comments |
|---|---|---|---|
| | Snellen | Tiffany Dobson | |

**VA OU**

| DVA SC | DVA CC | Super PH | Int va SC | Int va CC | Nva SC | Nva CC |
|---|---|---|---|---|---|---|

**OU Comments**

| Correction | Method | Taken By | Comments |
|---|---|---|---|
| | Snellen | Tiffany Dobson | |

## Intraocular Pressure

IOP Summary:

| Date | Time | OD | OS | Method | Measured by | Dilated | Comment |
|---|---|---|---|---|---|---|---|
| 03/08/2021 | 4:05 PM | 16 | 16 | Applanation | Tiffany Dobson | | |

## Physical Examination

Patient's mood/affect is normal. Patient is oriented to person, place and time.

### External Examinations

Pupils:

| | |
|---|---|
| **OD** | pupils equal, round, reactive, no APD |
| **OS** | pupils equal, round, reactive, no APD |

Confrontational Visual Fields:

| | |
|---|---|
| **OD** | confrontation fields full to finger counting |
| **OS** | confrontation fields full to finger counting |

Motility:

| | |
|---|---|
| **OD** | EOM is full |
| **OS** | EOM is full |

Adnexa:

| | |
|---|---|
| **OD** | trace Dermatochalasis |
| **OS** | trace Dermatochalasis |

Eye Lids:

| | |
|---|---|
| **OD** | mild MGD |
| **OS** | mild MGD |

Slit Lamp Examination:

Conjunctiva:

| | |
|---|---|
| **OD** | white and quiet |
| **OS** | white and quiet |

Cornea:

| | |
|---|---|
| **OD** | normal endothelial, epithelial, stroma and tear film |
| **OS** | Well-healed LASIK flap |

Iris:

| | |
|---|---|
| **OD** | iris normal |
| **OS** | iris normal |

Anterior Chamber:

| | |
|---|---|
| **OD** | anterior chamber is deep and quiet |
| **OS** | anterior chamber is deep and quiet |

Lens:

| | |
|---|---|
| **OD** | clear lens capsule, cortex and nucleus |
| **OS** | clear lens capsule, cortex and nucleus |

## Fundus Examination

Vitreous:

| | | |
|---|---|---|
| | OD | vitreous clear |
| | OS | vitreous clear |

Optic Nerve:

| | | |
|---|---|---|
| | OD | flat, sharp, good color |
| | OS | flat, sharp, good color |

CD Ratio:

| | | |
|---|---|---|
| | OD | Vertical: .4 |
| | OS | Horizontal: .45<br>Vertical: .5 |

Macula:

| | | |
|---|---|---|
| | OD | flat, no hemorrhages, exudates, pigmentary changes, or no macular edema |
| | OS | flat, no hemorrhages, exudates, pigmentary changes, or no macular edema |

Retinal Vessels:

| | | |
|---|---|---|
| | OD | normal vessels |
| | OS | normal vessels |

Periphery:

| | | |
|---|---|---|
| | OD | flat x 360 degrees, no RD, no holes |
| | OS | flat x 360 degrees, no RD, no holes |

## Health Maintenance

**Refraction:** 02/03/2020
**IOP Check:** 03/08/2021
**Dilated Exam:** 02/03/2020

## Medication Prescribed Today

| Medication | Sig Description | Start Date | Stop Date | Comment |
|---|---|---|---|---|
| Imuran 50 mg tablet | take 1 tablet by oral route every day | | | |

## Ophthalmology Impression/Plan

| Detail Type | Description |
|---|---|
| Assessment | Ophthalmoplegic migraine, intractable (G43.B1). |
| Impression | Ophthalmoplegic migraine, intractable: G43.B1. |
| Plan | Discussed diagnosis in detail with patient. Advised patient of condition. Will continue to observe condition and or symptoms. No treatment is required at this time. Reassured patient today. |
| | |

**Follow up:**

| Status | Diagnosis | Eye | Followup | Order |
|---|---|---|---|---|
| ordered | Ophthalmoplegic migraine, intractable | | Return in PRN | Follow up |

| Status | Diagnosis | Time | Description |
|---|---|---|---|
| ordered | Ophthalmoplegic migraine, intractable | | Follow up |

Instructions/Education

| Status | Completed | Order | Reason | Comments |
|---|---|---|---|---|
| completed | 03/08/2021 | Impression/Plan | | Discussed diagnosis in detail with patient. Advised patient of condition. Will continue to observe condition and or symptoms. No treatment is required at this time. Reassured patient today. |

Signature: FRANK R. BURNS MD
*Provider:*
BURNS, FRANK R 03/08/2021 4:24 PM

Scribe: Tiffany Dobson

Document generated by: FRANK R. BURNS 03/08/2021

Electronically signed by FRANK R. BURNS MD on 03/08/2021 04:24 PM

**MIDDLETOWN EYE CARE**
**Frank R. Burns, M.D.**

PATIENT: Keeta Fox
DATE OF BIRTH:
DATE: 10/06/2020 2:30 PM
DOCUMENT TYPE: Ophthalmology Chart Note
VISIT TYPE: Office Visit

General
Patient visit: Established patient

History of Present Illness:
1. dry eye recheck and testing
The 53 year old female presents for a dry eye recheck and testing. Pt states she is currently being checked for Sjorgens. She has had recent bloodwork and has an app on 10/12/2020 at the Mayo Clinic. Pt is not currently using any ATs at this time, last used a couple of weeks ago in preperation for this visit and the Mayo visit. Pt notes currently she has trouble focusing and driving at night.
Speed Score--14/28
TearLab: OD 309, OS, 307
Inflammadry: OD slight positive, OS positive
2. COVID-19 screening--Negative

**Past Ocular History**

| Disease | Eye | Date Dx | Procedure | Eye | Date Px | Surgeon |
|---|---|---|---|---|---|---|
| Myopia | OS | | LASIK for distance | OS | 02/13/2018 | |
| Headache, migraine | | | | | | |
| Anxiety | | | | | | |

Past Medical/Surgical History
Reviewed, no changes. Last detailed document date:02/03/2020.
Family History
Reviewed, no changes. Last detailed document date:02/03/2020.
**Social History:**
Reviewed, no changes. Last detailed document date: 02/03/2020.
Medication Reconciliation
Medications reconciled today.
**Systemic Medications**

| Medication | Sig Description | Start Date | Stop Date |
|---|---|---|---|
| Adrena Soothe | | | |
| DRIZALMA SPRINKLE | | | |
| Liposomal Glutathione w/ Vit C | | | |

**Allergies**

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

Reviewed, no changes.

**Review of Systems**

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue and Fever. |
| ENMT | Negative | Sinus problems. |
| Respiratory | Negative | Cough. |
| GI | Negative | Nausea and Vomiting. |
| Neuro | Negative | Headache. |
| Allergic/Immuno | Negative | Environmental allergies, Food allergies and Seasonal allergies. |

Visual Acuity - Current Visit

**OD Distance & Intermediate**

| SC | CC | PH | Super PH | Int sc | Int cc | DVA Other |
|---|---|---|---|---|---|---|

**OD Near**

| SC | CC | PH | Other |
|---|---|---|---|
| J1+ -1 | | | |

**OD Comments**

| Correction | Method | Taken By | Comments |
|---|---|---|---|
| | | Michelle Harper | |

**OS Distance & Intermediate**

| SC | CC | PH | Super PH | Int sc | Int cc | Other |
|---|---|---|---|---|---|---|
| 20/20 | | | | | | |

**OS Near**

| SC | CC | PH | Other |
|---|---|---|---|

**OS Comments**

| Correction | Method | Taken By | Comments |
|---|---|---|---|
| | | Michelle Harper | |

**VA OU**

| DVA SC | DVA CC | Super PH | Int va SC | Int va CC | Nva SC | Nva CC |
|---|---|---|---|---|---|---|

**OU Comments**

| Correction | Method | Taken By | Comments |
|---|---|---|---|
| | | Michelle Harper | |

Intraocular Pressure

IOP Summary:

| Date | Time | OD | OS | Method | Measured by | Dilated | Comment |
|---|---|---|---|---|---|---|---|

10/06/2020 3:23 PM 12 11 Applanation Michelle Harper

## Physical Examination

Patient's mood/affect is normal. Patient is oriented to person, place and time.

### External Examinations

Adnexa:

| | | |
|---|---|---|
| | OD | trace Dermatochalasis |
| | OS | trace Dermatochalasis |
| Eye Lids: | | |
| | OD | lids and lashes normal |
| | OS | lids and lashes normal |

Slit Lamp Examination:

| | | |
|---|---|---|
| Conjunctiva: | | |
| | OD | white and quiet |
| | OS | white and quiet |
| Cornea: | | |
| | OD | 1+ SPK diffuse |
| | OS | trace SPK diffuse<br>Well-healed LASIK flap |
| Iris: | | |
| | OD | iris normal |
| | OS | iris normal |
| Anterior Chamber: | | |
| | OD | anterior chamber is deep and quiet |
| | OS | anterior chamber is deep and quiet |
| Lens: | | |
| | OD | clear lens capsule, cortex and nucleus |
| | OS | clear lens capsule, cortex and nucleus |

### Health Maintenance

**Refraction:** 02/03/2020
**IOP Check:** 10/06/2020
**Dilated Exam:** 02/03/2020

### Medication Prescribed Today

| Medication | Sig Description | Start Date | Stop Date | Comment |
|---|---|---|---|---|
| DRIZALMA SPRINKLE | | | | |
| Adrena Soothe | | | | |
| Liposomal Glutathione w/ Vit C | | | | |

### Ophthalmology Impression/Plan

| Detail Type | Description |
|---|---|
| Assessment | Keratoconjunct sicca, not specified as Sjogren's, bilateral (H16.223). |
| Impression | Keratoconjunct sicca, not specified as Sjogren's, bilateral: H16.223. |
| Plan | Dry eyes account for the patient's complaints. There are no objective signs or evidence of |

| | |
|---|---|
| | permanent corneal damage. Suggested continued PF ATs (sample of FreshKote given) use of artificial tears for symptomatic relief and warm compresses. TearLab OD 309, OS 307. Inflammadry: OD slight positive, OS positive. Discussed I-lux and punctum plugs, also Restasis. Pt declined to start steroid gtts. |
| | |

**Follow up:**

| Status | Diagnosis | Eye | Followup | Order |
|---|---|---|---|---|
| ordered | Keratoconjunct sicca, not specified as Sjogren's, bilateral | | Pt will call to schedule future appt. | Follow up |

| Status | Diagnosis | Time | Description |
|---|---|---|---|
| ordered | Keratoconjunct sicca, not specified as Sjogren's, bilateral | | Follow up |

## Instructions/Education

| Status | Completed | Order | Reason | Comments |
|---|---|---|---|---|
| completed | 10/06/2020 | Impression/Plan | | Dry eyes account for the patient's complaints. There are no objective signs or evidence of permanent corneal damage. Suggested continued PF ATs (sample of FreshKote given) use of artificial tears for symptomatic relief and warm compresses. TearLab OD 309, OS 307. Inflammadry: OD slight positive, OS positive. Discussed I-lux and punctum plugs, also Restasis. Pt declined to start steroid gtts. |




Signature: DAVID STRICKLAND MD
*Provider:*
STRICKLAND, DAVID 10/06/2020 3:32 PM

Scribe: Michelle Harper

Document generated by: David Strickland 10/06/2020

Electronically signed by David Strickland on 10/06/2020 03:32 PM

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

BURNS, DR FRANK
13324 SHELBYVILLE RD
Attn: Carmen
LOUISVILLE, KY 40223

Date: Apr 23, 2021

**Re: Long Term Disability Benefits**
Claim# 7812914 10310112
Claimant: FOX, KEETA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: APWGES

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From October 1, 2020 to Present**
**medical rec- seen by: DR FRANK BURNS**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7812914

RPID: 7812914

# Quality Assurance Report

## Request Information

Report Date: April 26, 2021

**RP ID:** 7812914

Patient Name: FOX, KEETA

Provider Name: BURNS, DR FRANK

## Quality Assurance Information

Scope Requested: **From October 1, 2020 to Present**

Special Request:
medical rec- seen by: DR FRANK BURNS

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: CRCAB

## ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

**Return To:** Vincent Castagno III



EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Papa John's International, Inc

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:
sit 3to4hrs stand 15mins walk ½hr to 1 hour

How many hours a day do you:
sit 8hRS stand 2hrs (incl shows) walk 45mins to 1hR 13hrs in bed

Do you take a nap during the day?
Yes______ No X

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? 13hrs

Do you require any assistive devices such as a:
cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 2 hours

Do you hold a valid driver's license?
Yes X No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 2 hours (my husband drives alot and I am a Passenger)

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Phone / Text

Do you have children?
Yes______ No X If Yes, what are their dates of birth ______

Do you need help caring for your children? N/A
Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? 4x
On the weekends? 1-2x

How often do you run errands? 4x a week incl my moms house down the street to give her shots, P.T

Please describe what errands you most commonly run: doctor's appt including [illegible]

00001 04/15/2021 01027650 005 076

Financial Group®



00000063 LFPL3HD1 00000686

How often do you get outdoors? Daily; sit on deck

Are you left or right hand dominant? Left X Right ____

Are you able to work in your garden? (limited) Yes X No ____

Are you able to work on your house? Yes X No ____

Are you able to wash your car? Yes ____ No X Too much exertion

How much time is spent daily on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours X 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours X 3+ hours

What activities do you perform on your home computer. Please check all that apply:
X Pay bills ____ Read news/articles X Use search engines X Send emails Webcasts listening
X Visit chat rooms ____ Photos Other: Research Sjogrens,

What computer software applications do you utilize. Please check all that apply:
X Word processing (Word) X Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: My husband uses it for his business

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Keeta | No |
| Carrying groceries into the house | Keeta | |
| Cooking meals | Keeta | |
| Cleaning after meals | Keeta + Dave | |
| Cleaning bathrooms | Keeta | |
| Vacuuming | Keeta | |
| Doing the laundry | Keeta + Dave | |
| Opening and responding to mail | Keeta | |
| Managing your finances | Keeta | |
| Balancing your checkbook | Keeta | |
| Bathing yourself | Keeta | |
| Styling your own hair | Keeta | |
| Getting dressed | Keeta | |
| Going up and down stairs | Keeta | |

Have you been confined to a hospital within the last 12 months? Yes X No ____ (cecal volvulus)

If Yes, please provide reason and hospital contact Information: Emergency Surgery
Nov 2020 for 1wk Surgeon Dr Anthony George JR

00001 04/15/2021 01027650 005 077

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE
*page 3 of 3*

How often do you travel or take vacation? 1X

Where do you go? How do you get there (transportation method)? February 2021 Florida (to get more sun and see if I felt better) Airplane trip

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No X

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No X

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

1) Severe fatigue, resulted in my termination while on disability
2) Left hand pain & tremors - hard to write or type very long
3) Orthostatic intolerance - high heart rate with exertion or stress
4) Chronic pain & low grade fevers
5) Sjogrens frequent "flares"
6) Neuropathy
7) Erythromelalgia "flares"
8) Cervical stenosis neck pain

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

1) After 13 hrs in bed, I wake up and lay in bed for 1 to 2 hrs. Check email, work on computer
2) Get shower Take medicines
3) Do mild house chores 4) Watch TV, spend time on computer
5) Physical Therapy exercises
6) Text, talk on phone w/ friends & family
7) Make dinner
8) Take medicine

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?
(502) 235-0765

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
(502) 418-8928 Dave Fox, Spouse

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Keith Fox Date: 4/11/21

Signature: Keith Fox

00000063 LFPL3HD1 00000687

00001 04/15/2021 01027650 005 078

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

**Return To:** Vincent Castagno III

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ______

00000063 LFPL3HD1 00000689

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Greg Potts
Specialty: General Practitioner
Address: 2002 Pip
Telephone No.: (502) 245-5900 Fax No.: (502) 245-5905

Name: Dr Steven Stern
Specialty: Rheumatology
Address: 100 E. Liberty St #700 Louisville, KY 40202
Telephone No. 502 583-5836 Fax No.: ( )

Name: Dr Martin Brown
Specialty: Neurology
Address: 401 E. Chestnut St. Suite 510 Johnson Harris 40202
Telephone No.: (502) 533-4329 Fax No.: ( )

Name: Dr Wolfgang Singer - see Mayo summary
Specialty: Neurology / Mayo
Address: 200 1st St SW Rochester, MN 55905
Telephone No. 507 284-2511 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Anthem Blue Cross/Blue Shield
Specialty:
Address: PO Box 105187 Atlanta, GA 30348
Telephone No.: 1-866-542-4468 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Walgreens
Specialty:
Address: 3300 Watterson Trail Louisville, KY 40299
Telephone No.: 502 491-8774 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

(see next page for add'l doctors)

00001 04/15/2021 01027650 005 080

SIGNATURE: Keith Fox DATE: 4/10/21

Additional Doctors:

Dr Jamie Kempf
Cardiology
3900 Kresge Way Ste 60
Louisville, KY 40207
(502) 893-7710

Dr Meagan Huelsman
Dermatology
281 Klempner Way
Louisville, KY 40205
(502) 896-6355

Dr Wayne Villanueva
Neurosurgeon
3900 Kresge Way Suite 51
Louisville, KY 40207

Dr Ethan Blackburn
Hand Surgeon
9880 Angies Way
Suite 230
Louisville, KY 40241

Dr Meganne Pilkington
Urogynecology
4123 Dutchmans Ln
Louisville, KY 40207
(502) 409-5600
Prescribed pelvic floor dysfunction therapy at Dunn Physical Therapy

Dr Frank Burns, Opthomology
13324 Shelbyville Rd
Louisville, KY 40223
(502) 245-0305

00000063 LFPL3HD1 00000690

00001 04/15/2021 01027650 005 081

April 11, 2021

To: Lincoln Life Assurance Company of Boston

From: Keeta Fox ( Claim #10310112)

Additional Doctors I have seen since October 1, 2020 include the following with a significant amount of time spent at Mayo Clinic in Rochester, MN where I was diagnosed with several things including Sjogrens and Baptist East Hospital in Louisville, Kentucky as detailed below. This includes an emergency surgery that removed over 12 inches of my intestines. My care at Mayo Clinic was overseen by Dr. Christopher Anstine, Internal Medicine specialist.

| Date | Doctor | Diagnoses | Comments |
|---|---|---|---|
| 10/16/2020 | Dr Wolfgang Singer (Mayo) | Orthostatic Intolerance | Includes a 35-beats per minute increase in heart rate upon standing when tested. This is similar to Postural Orthostatic Tachycardia but, based on my age, Orthostatic Intolerance was deemed a more appropriate diagnosis per Dr Singer |
| 10/15/2020 | Dr Thomas Osborne (Mayo) | Sjogren's Syndrome and Neuropathy | Systemic; Includes a significant number of symptoms |
| 10/28/2020 | Dr Jacob Stewart (Mayo) | Erythromelalgia | Includes significant pain and burning in hands and feet |
| 11/13/2020 | Dr Anthony George Jr. (Baptist East) | Cecum Volvulus (Emergency Surgery); removal of over 12 inches of intestines | Anemic for several weeks after surgery |
| 10/16/2020 | Dr Wolfgang Singer and Dr. Karna Sundsted (Mayo) | Central Sensitization Syndrome. Chronic Multifactorial Fatigue and Probable Fibromyalgia | Central Sensitization is a central nervous system response that amplifies sensation markedly (i.e. worsens symptoms and conditions detailed herein). Recommended 8-12 weeks of physical therapy to improve |

00001 04/15/2021 01027650 005 082

| | | | |
|---|---|---|---|
| | | | musculoskeletal symptoms |
| 11/17/2020 | Dr Jean Fox (Mayo) | Gastro motility issues and Pelvic Floor Dysfunction | Pelvic floor dysfunction therapy recommended and started in March 2021 in Louisville, Kentucky at Dunn Physical Therapy after recovery from Cecum Volvulus surgery |
| 10/26/2020 | Amber Klindworth, Physician's Assistant (Mayo) | Menopausal Vasomotor Symptoms and Vaginal Atrophy; Pelvic Floor Tension | Per Amber Klindworth, can make other symptoms and health conditions worse. |
| 12/23/2020 | Dr. Ethan Blackburn ( Louisville, KY) | Carpal Tunnel | Receiving steroid injections in hands to see if any relief of symptoms occurs |
| 12/1/2020 | Dr Meagan Huelsman, Dermatologist (Louisville, KY) | Ongoing rashes/urticaria and bruising | Received medicine for itching; recommended on going follow up for rashes |
| 01/25/2021 | Dr Marjorie Pilkington, Urogynecology ( Louisville, Kentucky) | Recommended by Mayo Clinic to evaluate on going blood in urine and chronic candida | Prescribed pelvic floor dysfunction therapy at Dunn Physical Therapy |

00001 04/15/2021 01027650 005 083

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

**Return to:** Vincent Castagno III

**EMPLOYEE/CLAIMANT NAME:** Keeta Fox **CLAIM #:** 10310112
**EMPLOYER:** Papa John's International, Inc **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Init.) ~~Keet~~ Fox, Keeta R | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Married |
| Spouse's Full Name and Date of Birth Dave Fox | Number of Children Ø | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Dave Fox Relationship to you? Spouse Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose? Yes, Certified Public Accountant

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per (Week)/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | 2/1 Begin Date | | |
| ☒ | ☐ | Severance or Employment Separation payment (provide Agreement) – 9 months | $ 5177.34 Gross $ 3,751.00 Net | 2/7 Pay Date | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Keeta Fox
**DATE:** 4/11/21 **EMPLOYEE'S SIGNATURE:** Keeta Fox

00001 04/15/2021 01027650 005 084

00000063 LFPL3HD1 00000692

Lincoln Financial Group®

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Keeta Fox Date of Birth:

Employer: Papa John's International, Inc Policy/Plan Sponsor No. 08 - 036548

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.
4) I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.
6) I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

**If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) Keeta Fox

(Address)

(Date) 4/11/21

***Please retain a copy for your records or one can be provided upon request.***

00001 04/15/2021 01027650 005 085


USA KY
Kentucky
DRIVER'S LICENSE
NOT FOR FEDERAL IDENTIFICATION
4d Lic. No.
142
4b Exp 12-07-2024
DL
3 DOB
1 FOX
2 KEETA RHENEE
JEFFERSON COUNTY

00001 04/15/2021 01027650 005 087

DocuSign Envelope ID: 9C169168-229C-40A3-880D-364A3F2574EB

# SEVERANCE AGREEMENT AND RELEASE

This Severance Agreement and Release (the "Agreement and Release"), dated as of December 14, 2020 is made by and between Keeta Fox (hereinafter "Employee") and Papa John's International, Inc. and Papa John's USA, Inc. (hereinafter "Papa John's") (collectively, the "Parties").

1. Employee's last day of employment shall be January 29, 2021 ("Separation Date").

2. On January 27, 2021, Employee provided medical documentation stating that she is unable to engage in any substantial gainful activity by reason of a medically determinable impairment which has lasted or can be expected to last for a continuous period of not less than 12 months.

3. If Employee executes this Agreement and Release on or before the expiration of the Consideration Period (as defined in Paragraph 16) and does not revoke the same, and specifically in consideration for Employee's Release of Claims contained in Paragraph 5 below and other promises set forth herein, Papa John's shall:

A. Pay Employee severance pay, in equal weekly installments based upon Employee's current base salary, for a period of nine (9) months following the Separation Date, less all applicable withholdings and deductions;

B. Should Employee elect COBRA continuation coverage of any health or dental benefits provided by Papa John's, Papa John's shall pay Employee's and any covered dependents' COBRA premiums for nine (9) months following the Separation Date;

C. Provide outplacement services to Employee from Right Management Consultants. It shall be Employee's obligation to contact Right Management Consultants at (502) 473-1515 to obtain these services. Employee must begin use of these services within ninety

00001 04/15/2021 01027650 005 088

(90) days of her Separation Date, unless she elects to begin prior to her Separation Date, and the services will be provided for a maximum period of six (6) months. Papa John's will pay the outplacement services provider directly for the cost of any services provided to Employee; and

D. Pay Employee a pro-rated portion of Employee's 2021 annual MIP bonus if all eligibility requirements are met and if the applicable performance metrics are achieved in the same manner and at the same time as other current employees; the pro-rata MIP bonus, if earned, shall be paid no later than March 15, 2022.

E. Employee acknowledges and agrees that the payments and benefits referenced in this Paragraph 3 are not for any services performed.

4. All benefits provided to Employee shall cease as of the Separation Date; provided, however, any vested amounts held in trust in the Papa John's 401(k) or Deferred Compensation plans for the benefit of Employee shall continue to be held in trust for Employee within the parameters of the existing plan. In addition, any stock options held by Employee that are vested as of the day of separation shall remain exercisable pursuant to the terms of the Papa John's International, Inc. stock ownership plan, under which such options were issued. Any and all performance-based awards will be governed by the terms of the applicable award agreement. For purposes of the Papa John's International, Inc. 2018 Omnibus Incentive Plan (the "Plan"), Employee's termination shall be due to a "Disability" as defined in the Plan.

5. Papa John's shall pay Employee any credited, but unused vacation time (3.5 days) as of the date employment ends pursuant to Papa John's vacation time policy in Employee's final paycheck.

6. Employee, for herself and her heirs, personal representatives, successors and assigns, does hereby release and forever discharge Papa John's, its successors, assigns, agents, representatives, employees, officers, directors, trustees, shareholders, insurers, reinsurers, and

00001 04/15/2021 01027650 005 089

any affiliated subsidiaries, corporations or related entities (the "Released Parties") of any type or nature, from any and all causes of action, claims, demands, suits, damages, sums of money, attorneys' fees, and/or judgments (hereinafter "damages") arising at any time prior to and through the date of the execution of this Agreement and Release which might have been asserted against Papa John's or any Released Party by Employee, or on her behalf, including but not limited to any which may have been asserted against Papa John's or any Released Party by or on behalf of Employee relating to her employment by Papa John's or the termination of her employment, including paid time off, profit sharing plans, stock option plans, severance plans, retirement plans or any benefit plans of any type or nature, any contract claims, and any claims for discrimination, harassment or whistleblowing of any type under any federal, state or local law or regulation, including, but not limited to, claims under the Age Discrimination in Employment Act of 1967, as amended, Title VII of the Civil Rights Act of 1964 and the Civil Rights Act of 1991, and the Family and Medical Leave Act, and the Americans with Disabilities Act, except for any claims arising under this Agreement and Release. Employee further represents that she has not filed any claims, complaints or charges against any Released Party with any local, state or federal court, agency or board, based on events related to her employment or otherwise prior to and including the date she signs this Agreement and Release and she will not file or otherwise institute any claims, complaints or charges against any Released Party seeking damages or other relief or otherwise assert any claims, complaints or charges that are lawfully released herein. Employee further hereby irrevocably and unconditionally waives any and all rights to recover any relief or damages concerning the claims, complaints, charges or entitlements that are lawfully released herein and that she will indemnify and hold the Released Parties harmless from all liabilities, claims, demands, costs, expenses and/or attorneys' fees incurred as a result of any such claims, complaints or charges. Notwithstanding the foregoing, nothing in this Agreement and Release prohibits or restricts Employee from filing a charge with the Equal Employment

00001 04/15/2021 01027650 005 090

DocuSign Envelope ID: 9C169168-229C-40A3-880D-364A3F2574EB

Opportunity Commission or other similar federal, state, or local agencies; however, Employee agrees to waive her right to recover any monetary damages against any of the Released Parties.

7. Employee understands and agrees that should any amount of the payment made to Employee by Papa John's under this Agreement and Release be deemed taxable, Employee is solely liable for any taxes of whatever kind due by reason of this payment of money, and should any state or federal tax authority determine that any or all of such payment constitutes income subject to federal or state taxes, including but not limited to income tax, or social security laws, then Employee agrees to indemnify and hold harmless Papa John's for any and all liability of whatever kind incurred by it on this payment, including, but not limited to taxes, levies, assessments, fines, interest, and penalties.

8. This Agreement and Release does not serve as a waiver of Employee's right or obligation to report under any Papa John's policy or procedure any matters relating to the company. The restrictions on disclosure in this Agreement and Release do not apply where disclosure is compelled by law. Employee acknowledges that notwithstanding the foregoing, nothing in this Agreement and Release or any other agreement that Employee may have with Papa John's restricts or prohibits Employee from initiating communications directly with, responding to any inquiries from, providing testimony before, providing confidential and proprietary information to, reporting possible violations of law, rule or regulation to, or from filing a claim or assisting with an investigation directly with a self-regulatory authority or a government agency or entity, or from making other disclosures that are protected under the whistleblower provisions of state or federal law or regulation, and Employee does not need to notify Papa John's that Employee has engaged in such conduct. Pursuant to 18 USC § 1833(b), Employee acknowledges and agrees that an individual may not be held liable under any criminal or civil federal or state trade secret law for disclosure of a trade secret: (i) made in confidence to a government official, either directly or indirectly, or to an attorney, solely for the purpose of

00001 04/15/2021 01027650 005 091

DocuSign Envelope ID: 9C169168-229C-40A3-880D-364A3F2574EB

reporting or investigating a suspected violation of law or (ii) in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal. Additionally, Employee understands that an individual suing an employer for retaliation based on the reporting of a suspected violation of law may disclose a trade secret to his or her attorney and use the trade secret information in the court proceeding, so long as any document containing the trade secret is filed under seal and the individual does not disclose the trade secret except pursuant to court order. Nothing in this Agreement and Release is intended to conflict with 18 USC § 1833(b) or create liability for disclosures of trade secrets that are expressly allowed by 18 USC § 1833(b). Notwithstanding the foregoing, Employee agrees to waive her right to recover monetary damages in any charge, complaint, or lawsuit filed by her or by anyone else on her behalf against the Released Parties.

9. Employee acknowledges that, during the course of her employment, she was exposed to information confidential and proprietary to Papa John's. Employee agrees that, unless otherwise required by law, she will not disclose to any third party any information that is confidential or proprietary to Papa John's, and that she has returned to Papa John's all documents containing any confidential or proprietary information relating to Papa John's, including all electronic files and any other mediums whatsoever. In the event Employee is notified she may be required by law to disclose any such information to a third party, Employee agrees to contact Papa John's Legal Department at least three (3) business days prior to the date of the proposed disclosure so that Papa John's may take any steps it deems necessary to evaluate and protect against such disclosure.

10. Employee agrees to abide by the terms of any and all agreements and obligations to Papa John's, including but not limited to any offer letter, Code of Ethics provision, policy, the Arbitration Agreement, the Confidentiality and Non-Competition Agreement, and/or

00001 04/15/2021 01027650 005 092

Confidentiality, Non-Disparagement and Dispute Resolution agreement, all the terms of which are reiterated and incorporated by reference herein.

11. Employee further warrants that she shall return any and all property of Papa John's, including but not limited to any computer and accessories, cell phone and accessories, pager, key card, office keys, corporate credit card, and telephone credit card to her supervisor no later than one month from the execution of this Agreement. Employee also warrants that, within one (1) month of the Separation Date, she will submit or has submitted, any outstanding expense reports to her supervisor for reimbursement. Papa John's and Employee agree that Papa John's may deduct any outstanding advances or other amounts owed to Papa John's from the amounts referenced in Paragraph 3 of this Agreement and Release.

12. Employee agrees to cooperate fully with Papa John's in all its business dealings and make herself available to Papa John's for participation in all business and/or legal proceedings, as needed by Papa John's. Employee agrees she will not voluntarily participate or testify in any proceeding adverse to Papa John's, except to the extent required by law. Employee agrees she will notify Papa John's within three (3) business days by contacting Papa John's Legal Department upon receipt of any subpoena compelling her testimony in any action involving Papa John's.

13. Employee further agrees not to disparage or make derogatory comments about Papa John's, its successors, agents, representatives, employees, officers, directors, trustees, shareholders, insurers, and any affiliated corporations or entities, and/or other officers or employees of Papa John's at any time after her employment with Papa John's ceases. This Agreement and Release shall not prevent Employee from making truthful statements should she be required by law to do so.

14. Employee will be eligible for future employment with Papa John's; however, should Employee apply for employment, Papa John's shall have no obligation to re-employ her.

00001 04/15/2021 01027650 005 093

DocuSign Envelope ID: 9C169168-229C-40A3-880D-364A3F2574EB

15. Papa John's and its representatives, hereby agree not to publish, discuss or release any information to any person concerning Employee's employment by Papa John's or the termination of her employment, except as required by law, and except that upon request for employment information, Papa John's will verify Employee's employment dates and position held. Employee agrees that from and after the date of the receipt of this Agreement and Release, Employee will not, directly or indirectly, provide to any person or entity any information concerning or relating to its terms and conditions, except: (i) to the extent specifically required by law or legal process or as authorized in writing by Papa John's; (ii) to Employee's tax advisors as may be necessary for the preparation of tax returns or other reports required by law; (iii) to Employee's attorneys as may be necessary to secure advice concerning this Agreement and Release; or (iv) to members of Employee's immediate family. Employee agrees that prior to disclosing such information under parts (ii), (iii), or (iv), Employee will inform the recipients that they are bound by the limitations of this section. Subsequent disclosure by any such recipients will be deemed to be a disclosure by Employee in breach of this Agreement and Release.

16. Employee first received this Agreement on December 14, 2020. The Parties declare each has carefully read this Agreement and Release. Employee was informed and understands that she had at least 21 days from receipt of this Agreement and Release to sign it ("Consideration Period") and that she has the right to and should consult with an attorney prior to executing this Agreement and Release. The Parties agree that no material changes have been made to this Agreement since Employee first received it.

17. It is understood and agreed this Agreement and Release does not and shall not constitute an admission by Papa John's of any violation of any law or right of Employee.

18. THIS AGREEMENT AND RELEASE AND THE DOCUMENTS REFERENCED HEREIN CONSTITUTE THE ENTIRE UNDERSTANDING AND

00001 04/15/2021 01027650 005 094

DocuSign Envelope ID: 9C169168-229C-40A3-880D-364A3F2574EB

AGREEMENT BETWEEN THE PARTIES AS TO THE SUBJECT MATTER HEREOF AND THE TERMS OF THIS AGREEMENT AND RELEASE MAY NOT BE WAIVED, MODIFIED OR SUPPLEMENTED EXCEPT IN WRITING BY ALL PARTIES HERETO. THE PARTIES FURTHER ACKNOWLEDGE THAT THIS AGREEMENT AND RELEASE MAY BE REVOKED WITHIN SEVEN (7) DAYS FROM THE EXECUTION HEREOF AND THAT THE AGREEMENT AND RELEASE SHALL NOT BECOME EFFECTIVE OR ENFORCEABLE UNTIL AFTER THIS SEVEN (7) DAY REVOCATION PERIOD HAS ENDED. EMPLOYEE AGREES THAT ANY REVOCATION SHALL BE SUBMITTED TO PAPA JOHN'S IN WRITING TO THE ATTENTION OF PAPA JOHN'S LEGAL DEPARTMENT BY NO LATER THAN 12:01 A.M. ON THE EIGHTH (8TH) CALENDAR DAY AFTER THE DATE BY WHICH EMPLOYEE HAS SIGNED THIS AGREEMENT AND RELEASE (THE "REVOCATION DEADLINE"). EMPLOYEE UNDERSTANDS AND AGREES THAT THIS AGREEMENT AND RELEASE SHALL BE NULL AND VOID AND HAVE NO LEGAL OR BINDING EFFECT WHATSOEVER IF EMPLOYEE SIGNS BUT THEN TIMELY REVOKES THE AGREEMENT AND RELEASE BEFORE THE REVOCATION DEADLINE AND EMPLOYEE WILL NOT BE ENTITLED TO THE BENEFITS SET FORTH IN PARAGRAPH 3.

19. With respect to the release in Paragraph 5 of this Agreement and Release, Employee agrees and understands that by signing this Agreement and Release, Employee is specifically releasing all claims under the Age Discrimination in Employment Act, as amended, 29 U.S.C. Section 621 et seq.

20. No waiver of a Party's rights will be effective unless such waiver is in writing signed by the waiving Party.

00001 04/15/2021 01027650 005 095

DocuSign Envelope ID: 9C169168-229C-40A3-880D-364A3F2574EB

21. The Parties have not relied on any representations, promises, or agreements of any kind made to them in connection with this Agreement and Release, except for those set forth in this Agreement and Release.

22. Should this Agreement and Release be held invalid or unenforceable (*in whole or in part*) with respect to any particular claims or circumstances, it shall remain fully valid and enforceable as to all other claims and circumstances.

23. This Agreement and Release shall be construed in accordance with the laws of the Commonwealth of Kentucky.

24. This Agreement and Release shall not be valid unless signed by both Parties. This Agreement and Release may be executed in counterparts, each of which shall be deemed to be an original and all of which together shall constitute the Agreement and Release. The Parties agree that this Agreement and Release shall be binding upon and inure to the benefit of Employee's assigns, heirs, executors and administrators as well as Papa John's, its parent, subsidiaries and affiliates and each of its and their respective officers, directors, employees, agents, predecessors, successors, purchasers, assigns, and representatives.

25. This Agreement and Release shall be deemed null and void if Employee fails to sign and return this Agreement and Release by 11:59 pm on February 5, 2021.

Keeta Fox
*Signature of Employee*

1/27/2021
*Date*

Keeta Fox
*Name Printed*

Papa John's USA, Inc.

DocuSigned by:
Marvin Boakye
B4989CFA6C334CB...

1/28/2021

00001 04/15/2021 01027650 005 096

DocuSign Envelope ID: 9C169168-229C-40A3-880D-364A3F2574EB

*Papa John's Representative* *Date*

Marvin Boakye

Chief People and Diversity Officer

*Papa John's Representative Name Printed* *Title*

00001 04/15/2021 01027650 005 097

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

00000063 LFPL3HD1 00000688

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ______________ Relationship Self

Signature of claimant or legal representative Keeta Fox Date: 4/11/2021

Date of Birth: ______ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

00001 04/15/2021 01027650 005 079

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

00000063 LFPL3HD1 00000693 E

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keita Fox

Name of legal representative, if applicable (print) ________ Relationship Self

Signature of claimant or legal representative Keita Fox Date: 4/11/21

Date of Birth: . ______ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original**

00001 04/15/2021 01027650 005 086

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

April 13, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On March 30, 2021 and April 12, 2021, we requested your medical records from Dr. Stern. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 1, 2020 through the present from your noted medical providers.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by June 12, 2021:

__ Activities Questionnaire Form
__ Authorization - Medical
__ Claimant Information Form

__ Claimant Supplementary Statement
__ SS Reimbursement Agreement
__ Authorization
__ Other

Papa John's International, Inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 13, 2021, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by June 12, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 12, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
SS Reimbursement Agreement
Authorization

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

**Return To:** Vincent Castagno III ______



EMPLOYEE/CLAIMANT NAME: Keeta Fox ______

CLAIM NO: 10310112 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Papa John's International, Inc ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®



How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________________
______________________________
______________________________
______________________________
______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________
______________________________
______________________________
______________________________
______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________ Date: ______________

Date of Birth: ______________ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

**Return To:** Vincent Castagno III

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________________________________ **DATE:** ________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

**Return to:** Vincent Castagno III

**EMPLOYEE/CLAIMANT NAME:** Keeta Fox **CLAIM #:** 10310112

**EMPLOYER:** Papa John's International, Inc **DATE OF BIRTH:** ____________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________________

DP 409

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

Lincoln Financial Group®

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Keeta Fox Date of Birth: ____________

Employer: Papa John's International, Inc Policy/Plan Sponsor No. 08 - 036548

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.
4) I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.
6) I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.

**B) Social Security benefits will be estimated if:**

1) I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

**If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) ____________________

(Address) ____________________

(Date) ____________________

***Please retain a copy for your records or one can be provided upon request.***

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: ____________ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original**

ReleasePoint

**Medical Record Overview**

**Date:** **April 12, 2021**

**Patient Name:** FOX, KEETA

**Records From:** LOUISVILLE GASTROENTEROLOGY ASSCS
1169 EASTERN PARKWAY, STE G58
LOUISVILLE, KY 40217
(502) 452-9567

**Request Scope:** From October 1, 2020 to Present

**Chart Range:** 09/12/2017 - 05/22/2020

**RP ID:** 7718109

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** V CASTAGNO
V CASTAGNO

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 16 2020 | May 22 2020 | 12 | 2 |
| Labs/Diagnostics | Sep 12 2017 | Feb 21 2020 | 23 | 14 |
| Non Medical/Other | | | 2 | 37 |
| Request Correspondence | | | 5 | 39 |

**Total Page Count:** 42

**Notes From QC:**

Per instuction send records we have on file

To: LINCOLN FINANCIAL

# Gastroenterology HEALTH PARTNERS

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

**Date:** 5/22/2020 11:15 AM

**Patient Name:** **KEETA R. FOX** **Gender:** Female
**Account #:** EAST14968 **DOB (age):** (53)

**Provider:** MICHAEL KREASE, DO

**Referring Physician:** GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**TELEMEDICINE FOLLOW UP VISIT: This visit was completed via telemedicine due to the coronavirus pandemic, for which the patient has given verbal consent.**

**Chief Complaint:** GI issues

**History of Present Illness:**

5/22/2020 KEETA FOX 53 11/6/1966 was contacted for telemedicine visit. 2 identifiers were used to identify the patient. Ms. Fox is a 53F following up regarding numerous GI issues. She was last seen in February of this year. The time she was having a lot of issues including diarrhea abdominal pain and dysphagia. She did have an EGD in February with empiric dilation. No stricture is noted. She did have a lot of retained food in her stomach as well. Since then she has been to Mayo Clinic. She was largely disappointed with them. She states she was diagnosed with chronic sensitization syndrome and that she would need to see a pain clinic. She was unsatisfied with this. Around that time in March she also began to have black stools. The Mayo Clinic wanted to set her up for an EGD and colonoscopy however she was traveling back to Kentucky. The black stools have since stopped. She is taking amitiza once daily for her constipation and it seems to be helping.

Couple of months ago she began seeing a natural medicine nurse practitioner. After thorough stool and urine evaluation she has been diagnosed with Mold illness disease. She is currently living in a hotel. She believes that she has mold in her house and her car. She is followed with rheumatologist to his told her to sell her house.

She is currently on the keto diet at the recommendation of her natural medicine nurse practitioner.

She has an upcoming appointment next week with the Cleveland clinic.

**Past Medical History**

**Medical Conditions:**
abd pain left sided
Anxiety disorder
Arthritis
Back pain
candida glabrata diagnosis given 01/2020
Candidal vulvovaginitis - since 09/2019 - current
Candidiasis of mouth - 11/2019 - current
cervix dysplasia
Colon Polyps
Depression
Fibrosis of lung - right side - mild
Hemorrhoids
Kidney Stones

neuropathy fingers and toes
Osteoarthritis
Stenosis of cervix
Stomach Ulcer

**Surgical Procedures:** No Prior Procedures

**Dx Studies:** Colonoscopy, 04/04/2018
Colonoscopy, 4/4/2018, Moderate diverticulosis of the sigmoid colon, Polyp (6 mm) in the proximal ascending colon. (Polypectomy), Polyp (7 mm) in the mid-ascending colon. (Polypectomy), Grade/Stage II internal hemorrhoids and There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal. BBPS 3/3/3=9
CT Abdomen, 09/12/2017
EGD, 2/21/2020, Normal mucosa in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. (Biopsy), Normal mucosa in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. (Biopsy H-Pylori) and Normal mucosa in the duodenum. (Biopsy)
EGD, 04/04/2018
EGD, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Medications:** Ambien 10 mg Take 1 tablet by mouth at bedtime
Amitiza 24 mcg Take 1 tablet by mouth twice a day with meals for 30 days
clonazepam 0.5 mg Take 2-3 tablet by mouth a month
Cymbalta 60 mg 1 daily
estradiol 0.05 mg/24 hr Apply as needed
ibuprofen 200 mg Take 1 capsule by mouth as needed
nystatin 100,000 unit/mL
progesterone micronized 200 mg Take 1 capsule by mouth once a day
promethazine 25 mg Take 1 tablet by mouth twice a day as needed
tramadol 50 mg Take 1 tablet by mouth as needed

**Allergies:** aspirin - unsure
butalbital-acetaminop-caf-cod - Minimal - stayed up all night

**Immunizations:** Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

## Social History

**Alcohol:** Heavy (multiple drinks daily). Moderate (1 drink daily).

**Tobacco:** Never smoker

**Drugs:** None

**Exercise:** 1-2 Times per Week.

**Marital Status:** Married

**Occupation:** SVP Finance, Papa Johns

**Family History:** No history of Colon Polyps, Crohn's Disease, Gastric Cancer, GI Cancer, Liver Disease, Pancreatitis, Stomach Cancer, Ulcerative Colitis
**Brother:** Diagnosed with Pancreatitis/Pancreatic Cancer;
**Grandmother:** Diagnosed with Colon Cancer, Colon Cancer - what age 70's;

## Review of Systems:

**Allergic/Immunologic:** *Denies* persistent infections, HIV exposure, strong allergic reactions or urticaria.
**Cardiovascular:** *Denies* ankle swelling, chest pain, irregular heart beat, shortness of breath.
**Constitutional:** *Denies* fatigue, fever, loss of appetite, weight loss, weight gain.
**ENMT:** *Denies* hearing loss, hoarseness, sore throat, nose bleeds.
**Endocrine:** *Denies* excessive thirst, cold intolerance, heat intolerance.
**Eyes:** *Denies* light sensitivity, eye pain, visual decline.
**Gastrointestinal:** *Complains of* **change in bowel habits**, **constipation**. *Denies* abdominal pain, belching, black stools, bloating, diarrhea, difficulty swallowing, painful swallowing, flatulence/rectal gas, heartburn/reflux, mucous in stools, nausea, painful stools, rectal bleeding, rectal protusions, rectal urgency, soiling/incontinence, vomiting, vomiting with blood.

**Genitourinary:** *Denies* blood in urine, burning urination.
**Hematologic/Lymphatic:** *Denies* easy bruising, prolonged bleeding, abnormal blood clotting.
**Integumentary:** *Denies* itching, jaundice, rash, suspicious lesions.
**Musculoskeletal:** *Denies* back pain, joint pain, muscle pain.
**Neurological:** *Denies* dizziness, fainting, frequent headaches, loss of consciousness.
**Psychiatric:** *Denies* anxiety/panic, depression, difficulty sleeping.
**Respiratory:** *Denies* coughing blood, chronic cough, painful breathing.

**Vital Signs:**

| Weight (lbs/oz) | Height (ft/in) | BMI |
|---|---|---|
| 143 / | 5 / 7 | 22.39 |

**Physical Exam:**

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.
*Communication:* normal speech patterns.
*Other:* Details.

**Skin:**

*Inspection:* no rashes, ulcers, icterus or other lesions; no clubbing or telangiectasias.

**Head/face:**

*Inspection:* no appearance of head trauma, normocephalic.
*Palpation:* no pain, normal range of motion.

**Respiratory:**

*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.

**Psychiatric:**

*Judgment/insight:* within normal limits.
*Memory:* within normal limits for recent and remote events.
*Mood and affect:* Mood and affect are appropriate, no agitation.

**Diagnosis:**

Bloating
Change in Bowel Habits
Dysphagia
Irritable bowel syndrome

**Impression:**

53F with numerous GI issues with no unifying diagnosis found thus far. Extensive evaluation that includes the Mayo Clinic. Her nurse practitioner has now diagnosed her with mold illness disease and she is currently living in a hotel room and on the keto diet. She also tried cholestyramine to help with this as well. She has an upcoming appointment with Cleveland clinic. She will have labs sent over to us from her nurse practitioner. She has received the lactose breath test for small intestinal bacterial overgrowth and she will repeat this. Her black stools have resolved. Follow-up in 3 months.

**Plan:** Follow up in 3 months

**Risk & Medical Necessity:** Diagnosis and management options are Multiple. The amount of data reviewed and/or ordered is Moderate. The level of risk is Moderate.

**This visit was rendered via real-time interactive audio and video telecommunications system, as a synchronous telemedicine service. We deemed this necessary given the current public health emergency and patient safety.**

MICHAEL KREASE, DO
Electronically signed on 5/22/2020 11:21:17 AM by MICHAEL KREASE, DO

To: LINCOLN FINANCIAL

Louisville Gastroenterology Associates, LLC
Gastroenterology • Liver Diseases • Gastrointestinal Endoscopy

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

| | | | |
|---|---|---|---|
| **Date:** | 2/19/2020 1:15 PM | | |
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (53) |
| **Provider:** | MICHAEL KREASE, DO | | |
| **Referring Physician:** | GREGORY J. POTTS, MD<br>2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393<br>(502) 240-5900 (phone)<br>(502) 240-5905 (fax) | | |
| **Chief Complaint:** | dysphagia | | |

**History of Present Illness:**

2/19/2020 KEETA FOX 53 11/6/1966 was seen in our Medical Arts office today for a follow up visit. Ms. Fox is a 53F presenting for follow-up evaluation. Since her last visit she is been having some new issues. She was diagnosed with oral candidiasis about 4 days ago. Her primary care physician has put her on nystatin swish and swallow. She now is having some trouble swallowing. She denies pain with swallowing. She denies food getting stuck, she does feel however that things are going down normally. She also has vaginal candidiasis and is worried that she could've candida all over.

She has no appetite. She has lost about 10 pounds. She has some dry heaves. She has no blood in her vomit. She has no blood in her stools.

She had an EGD and colonoscopy in 2018. She was found have a fundic gland polyp in the fundus of her stomach.

**Past Medical History**

**Medical Conditions:** abd pain left sided
Anxiety disorder
Arthritis
Back pain
cervix dysplasia
Colon Polyps
Depression
Hemorrhoids
Kidney Stones
neuropathy fingers and toes
Osteoarthritis
Stomach Ulcer

**Surgical Procedures:** No Prior Procedures

**Dx Studies:** Colonoscopy, 04/04/2018
Colonoscopy, 4/4/2018, Moderate diverticulosis of the sigmoid colon, Polyp (6 mm) in the proximal ascending colon. (Polypectomy), Polyp (7 mm) in the mid-ascending colon. (Polypectomy), Grade/Stage II internal hemorrhoids and There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal.
BBPS 3/3/3=9
CT Abdomen, 09/12/2017
EGD, 04/04/2018

To: LINCOLN FINANCIAL

<u>EGD</u>, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Medications:** Ambien 10 mg Take 1 tablet by mouth at bedtime
clonazepam 0.5 mg Take 2-3 tablet by mouth a month
duloxetine 30 mg Take 1 capsule by mouth once a day
estradiol 0.05 mg/24 hr Apply as needed
ibuprofen 200 mg Take 1 capsule by mouth as needed
nystatin 100,000 unit/mL
progesterone micronized 200 mg Take 1 capsule by mouth once a day
promethazine 25 mg Take 1 tablet by mouth twice a day as needed
tramadol 50 mg Take 1 tablet by mouth as needed

**Allergies:** aspirin - unsure
BUTALBITAL

**Immunizations:** Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

**Social History**

**Alcohol:** Heavy (multiple drinks daily). Moderate (1 drink daily).

**Tobacco:** Never smoker

**Drugs:** None

**Exercise:** 1-2 Times per Week.

**Marital Status:** Married

**Occupation:** SVP Finance, Papa Johns

**Family History:** No history of Colon Polyps, Crohn's Disease, Gastric Cancer, GI Cancer, Liver Disease, Pancreatitis, Stomach Cancer, Ulcerative Colitis
**Brother:** Diagnosed with Pancreatitis/Pancreatic Cancer;
**Grandmother:** Diagnosed with Colon Cancer, Colon Cancer - what age 70's;

**Review of Systems:**

**Allergic/Immunologic:** *Denies* persistent infections, HIV exposure, strong allergic reactions or urticaria.
**Cardiovascular:** *Complains of* **shortness of breath**. *Denies* ankle swelling, chest pain, irregular heart
**Eyes:** *Complains of* **<u>light sensitivity</u>**, **<u>visual decline</u>**. *Denies* eye pain.
**Gastrointestinal:** *Complains of* **<u>belching</u>**, **<u>change in bowel habits</u>**, **<u>difficulty swallowing</u>**, **<u>flatulence/rectal gas</u>**, **<u>nausea</u>**, **<u>vomiting</u>**. *Denies* abdominal pain, black stools, bloating, constipation, diarrhea, painful swallowing, heartburn/reflux, mucous in stools, painful stools, rectal bleeding, rectal protusions, rectal urgency, soiling/incontinence, vomiting with blood.
**Genitourinary:** *Denies* blood in urine, burning urination.
**Hematologic/Lymphatic:** *Denies* easy bruising, prolonged bleeding, abnormal blood clotting.
**Integumentary:** *Complains of* **<u>itching</u>**, **<u>rash</u>**. *Denies* jaundice, suspicious lesions.
**Musculoskeletal:** *Complains of* **<u>muscle pain</u>**. *Denies* back pain, joint pain.
**Neurological:** *Denies* dizziness, fainting, frequent headaches, loss of consciousness.
**Psychiatric:** *Complains of* **<u>anxiety/panic</u>**, **<u>depression</u>**, **<u>difficulty sleeping</u>**. .
**Respiratory:** *Denies* coughing blood, chronic cough, painful breathing.

**Vital Signs:**

| BP (mmHg) | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min |
|---|---|---|---|---|
| 118/76 | 142 / | 5 / 7 | 22.24 | 16 |

**Physical Exam:**

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.
*Communication:* normal speech patterns.

**Skin:**

To: LINCOLN FINANCIAL

EGD, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Medications:** Ambien 10 mg Take 1 tablet by mouth at bedtime
clonazepam 0.5 mg Take 2-3 tablet by mouth a month
duloxetine 30 mg Take 1 capsule by mouth once a day
estradiol 0.05 mg/24 hr Apply as needed
ibuprofen 200 mg Take 1 capsule by mouth as needed
nystatin 100,000 unit/mL
progesterone micronized 200 mg Take 1 capsule by mouth once a day
promethazine 25 mg Take 1 tablet by mouth twice a day as needed
tramadol 50 mg Take 1 tablet by mouth as needed

**Allergies:** aspirin - unsure
BUTALBITAL

**Immunizations:** Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

**Social History**

**Alcohol:** Heavy (multiple drinks daily). Moderate (1 drink daily).

**Tobacco:** Never smoker

**Drugs:** None

**Exercise:** 1-2 Times per Week.

**Marital Status:** Married

**Occupation:** SVP Finance, Papa Johns

**Family History:** No history of Colon Polyps, Crohn's Disease, Gastric Cancer, GI Cancer, Liver Disease, Pancreatitis, Stomach Cancer, Ulcerative Colitis
**Brother:** Diagnosed with Pancreatitis/Pancreatic Cancer;
**Grandmother:** Diagnosed with Colon Cancer, Colon Cancer - what age 70's;

**Review of Systems:**

**Allergic/Immunologic:** *Denies* persistent infections, HIV exposure, strong allergic reactions or urticaria.
**Cardiovascular:** *Complains of* **shortness of breath**. *Denies* ankle swelling, chest pain, irregular heart beat.
**Constitutional:** *Complains of* **fatigue**, **loss of appetite**, **weight loss**. *Denies* fever, weight gain.
**ENMT:** *Complains of* **hoarseness**. *Denies* hearing loss, sore throat, nose bleeds.
**Endocrine:** *Complains of* **cold intolerance**, **heat intolerance**. *Denies* excessive thirst.
**Eyes:** *Complains of* **light sensitivity**, **visual decline**. *Denies* eye pain.
**Gastrointestinal:** *Complains of* **belching**, **change in bowel habits**, **difficulty swallowing**, **flatulence/rectal gas**, **nausea**, **vomiting**. *Denies* abdominal pain, black stools, bloating, constipation, diarrhea, painful swallowing, heartburn/reflux, mucous in stools, painful stools, rectal bleeding, rectal protusions, rectal urgency, soiling/incontinence, vomiting with blood.
**Genitourinary:** *Denies* blood in urine, burning urination.
**Hematologic/Lymphatic:** *Denies* easy bruising, prolonged bleeding, abnormal blood clotting.
**Integumentary:** *Complains of* **itching**, **rash**. *Denies* jaundice, suspicious lesions.
**Musculoskeletal:** *Complains of* **muscle pain**. *Denies* back pain, joint pain.
**Neurological:** *Denies* dizziness, fainting, frequent headaches, loss of consciousness.
**Psychiatric:** *Complains of* **anxiety/panic**, **depression**, **difficulty sleeping**. .
**Respiratory:** *Denies* coughing blood, chronic cough, painful breathing.

**Vital Signs:**

| BP (mmHg) | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min |
|---|---|---|---|---|
| 118/76 | 142 / | 5 / 7 | 22.24 | 16 |

**Physical Exam:**

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.
*Communication:* normal speech patterns.

**Skin:**

*Inspection:* no rashes, ulcers, icterus or other lesions; no clubbing or telangiectasias.

**Head/face:**

*Inspection:* no appearance of head trauma, normocephalic.

**Eyes:**

*Conjunctivae/lids:* normal conjunctivae and lids.

**ENMT:**

*External:* normal external inspection of ears and nose.

**Neck:**

*Neck:* normal motion, central trachea.
*Thyroid:* normal size, consistency and position; no masses or tenderness.

**Respiratory:**

*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.
*Auscultation:* normal breath sounds; no rubs, wheezes, rales or rhonchi.

**Cardiovascular:**

*Auscultation:* normal rhythm, S1 and S2; no rubs, murmurs or gallop.
*Carotids:* normal pulse amplitude and rhythm, symmetrical; no bruits.

**Gastrointestinal/Abdomen:**

*Abdomen:* nontender, nondistended, with normoactive bowel sounds, and no masses or guarding, no resonance or tympany.
*Liver/Spleen:* no hepatosplenomegaly.
*Hernias:* no hernias appreciated.

**Musculoskeletal:**

*Gait/station:* normal gait and station.
*Digits/nails:* no clubbing, cyanosis, petechiae or other inflammatory conditions.
*RUE - Inspection/palpation:* no deformities.
*LUE - Inspection/palpation:* no deformities.
*RLE - Inspection/palpation:* no deformities.
*LLE - Inspection/palpation:* no deformities.

**Psychiatric:**

*Judgment/insight:* within normal limits.
*Mood and affect:* Mood and affect are appropriate, no agitation.

**Lymphatic:**

*Neck:* within normal limits.
*Groin:* not palpable.

**Neurologic:**

*Cranial nerves:* II-XII normal.

**Diagnosis:**

Dysphagia
Bloating
Fecal fluid leakage

**Impression:**

53F with oral candidiasis now presenting with dysphagia. We will set her up for an EGD. We will refill her promethazine for her nausea and dry heaves. She will get stool studies ordered through her primary care physician which she has not had collected yet. I have instructed her to have the results faxed over to our office. If symptoms persist we will set her up for a colonoscopy. Follow-up in 3 months.

**Plan:**

Renew promethazine 25 mg Take 1 tablet by mouth twice a day as needed
EGD Louisville Endoscopy Center *risks & benefits of procedure reviewed, including risks of anesthesia, bleeding, perforation, complications of peripheral i.v. placement and rarely even cardiopulmonary collapse and death*
Follow up in 3 months

**Risk & Medical Necessity:** Diagnosis and management options are Extensive. The amount of data reviewed and/or ordered is Moderate. The level of risk is Moderate.

MICHAEL KREASE, DO
Electronically signed on 2/19/2020 1:45:37 PM by MICHAEL KREASE, DO

To: LINCOLN FINANCIAL

Louisville Gastroenterology Associates, LLC
Gastroenterology • Liver Diseases • Gastrointestinal Endoscopy

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

| | | | |
|---|---|---|---|
| **Date:** | 1/16/2020 3:30 PM | | |
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (53) |
| **Provider:** | MICHAEL KREASE, DO | | |
| **Referring Physician:** | GREGORY J. POTTS, MD<br>2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393<br>(502) 240-5900 (phone)<br>(502) 240-5905 (fax) | | |
| **Chief Complaint:** | leakage and seepage of stool | | |

**History of Present Illness:**

1/16/2020 KEETA FOX 53 11/6/1966 was seen in our Medical Arts office today for a follow up visit. Ms. Fox is a 53F presenting for follow-up evaluation of a change in bowel habits. She states about 3 months ago her bowels changed. She began to go more frequently. It also began have a bad odor. She also set a lot of leakage and seepage. At times she feels like she never would need to stop wiping. This is cause her to have a lot of itching as well. Generally her stool is still solid however leakage and seepage is the biggest problem. She also is having a lot of gassy abdominal pains and some bloating. Her diet has not changed. There are no particular foods that seem to make these symptoms worse. She has no blood in her stools.

She had an EGD and colonoscopy in April doesn't 18. She had 2 sessile serrated adenomas. She is due for repeat in 2023.

She has never had any issues with hemorrhoids a low after her last colonoscopy she was told that she did have a hemorrhoid. She never feels hemorrhoids protrude. She has no children. She is not spend excessive amounts time on the commode.

She is currently being worked up for a rheumatologic issue possibly lupus.

**Past Medical History**

**Medical Conditions:** abd pain left sided
Anxiety disorder
Arthritis
Back pain
cervix dysplasia
Colon Polyps
Depression
Hemorrhoids
Kidney Stones
neuropathy fingers and toes
Osteoarthritis
Stomach Ulcer

**Surgical Procedures:** No Prior Procedures

**Dx Studies:** Colonoscopy, 4/4/2018, Moderate diverticulosis of the sigmoid colon, Polyp (6 mm) in the proximal ascending colon. (Polypectomy), Polyp (7 mm) in the mid-ascending colon. (Polypectomy), Grade/Stage II internal hemorrhoids and There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal.

BBPS 3/3/3=9
CT Abdomen, 09/12/2017
EGD, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Medications:** Ambien 10 mg Take 1 tablet by mouth at bedtime
clonazepam 0.5 mg Take 2-3 tablet by mouth a month
hydroxyzine HCl 10 mg Take 3-4 tablet by mouth a month
ibuprofen 200 mg Take 1 capsule by mouth as needed
omeprazole 40 mg Take capsule by mouth as needed
prednisone 1 mg Take 1 tablet by mouth once a day
tramadol 50 mg Take 1 tablet by mouth as needed

**Allergies:** aspirin - unsure
BUTALBITAL

**Immunizations:** Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

**Social History**

**Alcohol:** Heavy (multiple drinks daily). Moderate (1 drink daily).

**Tobacco:** Never smoker

**Drugs:** None

**Exercise:** 1-2 Times per Week.

**Marital Status:** Married

**Occupation:** SVP Finance, Papa Johns

**Family History:** No history of Colon Polyps, Crohn's Disease, Gastric Cancer, GI Cancer, Liver Disease, Pancreatitis, Stomach Cancer, Ulcerative Colitis
**Brother:** Diagnosed with Pancreatitis/Pancreatic Cancer;
**Grandmother:** Diagnosed with Colon Cancer, Colon Cancer - what age 70's;

**Review of Systems:**

**Allergic/Immunologic:** *Denies* persistent infections, HIV exposure, strong allergic reactions or urticaria.
**Cardiovascular:** *Denies* ankle swelling, chest pain, irregular heart beat, shortness of breath.
**Constitutional:** *Complains of* **fatigue**, **loss of appetite**. *Denies* fever, weight loss, weight gain.
**ENMT:** *Complains of* **hoarseness**. *Denies* hearing loss, sore throat, nose bleeds.
**Endocrine:** *Denies* excessive thirst, cold intolerance, heat intolerance.
**Eyes:** *Complains of* **light sensitivity**, **eye pain**. *Denies* visual decline.
**Gastrointestinal:** *Complains of* **abdominal pain**, **belching**, **bloating**, **change in bowel habits**, **difficulty swallowing**, **flatulence/rectal gas**, **heartburn/reflux**, **soiling/incontinence**. *Denies* black stools, constipation, diarrhea, painful swallowing, mucous in stools, nausea, painful stools, rectal bleeding, rectal protusions, rectal urgency, vomiting, vomiting with blood.
**Genitourinary:** *Denies* blood in urine, burning urination.
**Hematologic/Lymphatic:** *Denies* easy bruising, prolonged bleeding, abnormal blood clotting.
**Integumentary:** *Complains of* **itching**, **rash**. *Denies* jaundice, suspicious lesions.
**Musculoskeletal:** *Denies* back pain, joint pain, muscle pain.
**Neurological:** *Complains of* **frequent headaches**. *Denies* dizziness, fainting, loss of consciousness.
**Psychiatric:** *Complains of* **anxiety/panic**. *Denies* depression, difficulty sleeping.
**Respiratory:** *Complains of* **chronic cough**. *Denies* coughing blood, painful breathing.

**Vital Signs:**

| BP (mmHg) | Pulse (ppm) | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min |
|---|---|---|---|---|---|
| 124/70 | 68 | 148 / | 5 / 7 | 23.18 | 12 |

**Physical Exam:**

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.
*Communication:* normal speech patterns.

**Skin:**

*Inspection:* no rashes, ulcers, icterus or other lesions; no clubbing or telangiectasias.

**Head/face:**

*Inspection:* no appearance of head trauma, normocephalic.

**Eyes:**

*Conjunctivae/lids:* normal conjunctivae and lids.

**ENMT:**

*External:* normal external inspection of ears and nose.

**Neck:**

*Neck:* normal motion, central trachea.
*Thyroid:* normal size, consistency and position; no masses or tenderness.

**Respiratory:**

*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.
*Auscultation:* normal breath sounds; no rubs, wheezes, rales or rhonchi.

**Cardiovascular:**

*Auscultation:* normal rhythm, S1 and S2; no rubs, murmurs or gallop.
*Carotids:* normal pulse amplitude and rhythm, symmetrical; no bruits.

**Gastrointestinal/Abdomen:**

*Abdomen:* nontender, nondistended, with normoactive bowel sounds, and no masses or guarding, no resonance or tympany.
*Liver/Spleen:* no hepatosplenomegaly.
*Hernias:* no hernias appreciated.

**Musculoskeletal:**

*Gait/station:* normal gait and station.
*Digits/nails:* no clubbing, cyanosis, petechiae or other inflammatory conditions.
*RUE - Inspection/palpation:* no deformities.
*LUE - Inspection/palpation:* no deformities.
*RLE - Inspection/palpation:* no deformities.
*LLE - Inspection/palpation:* no deformities.

**Psychiatric:**

*Judgment/insight:* within normal limits.
*Mood and affect:* Mood and affect are appropriate, no agitation.

**Lymphatic:**

*Neck:* within normal limits.
*Groin:* not palpable.

**Neurologic:**

*Cranial nerves:* II-XII normal.

**Diagnosis:**

Abdominal pain - LLQ
Bloating
Change in Bowel Habits
Fecal fluid leakage

**Impression:**

53F with leakage and seepage of stool as well as gassy abdominal pains. We will perform the lactose breath test for small intestinal bacterial overgrowth as well as the sucrose C13 breath test. We will check her for celiac disease. I recommended a fiber supplement. We will also start Bentyl with meals. If these measures do not help she may benefit from hemorrhoid banding were leakage and seepage. Follow-up in 3 months.

**Plan:**

Lactulose Breath test for bacterial overgrowth - 91065
Sucrose C13 Breath test
Tissue Transglutaminase (tTg), IGA (Labcorp - 164640)
IGA total 001784
Educational Handout: Fiber

Fiber supplements daily
dicyclomine 10 mg Take 1 capsule by mouth three times a day before meals for 30 days
Follow up in 3 months

**Risk & Medical Necessity:** Diagnosis and management options are Extensive. The amount of data reviewed and/or ordered is Moderate. The level of risk is Moderate.

MICHAEL KREASE, DO
Electronically signed on 1/16/2020 4:06:09 PM by MICHAEL KREASE, DO

Labs/Diagnostics - 02/21/2020

To: LINCOLN FINANCIAL

Gastroenterology HEALTH PARTNERS

**Gastroenterology Health Partners**
In-Office Pathology Lab
2630 Grant Line Road New Albany, IN 47150
Phone 812-945-0145 x131 Fax 812-418-9883
www.gastrohealthpartners.com

## GI Pathology Report

| | | |
|---|---|---|
| Patient: **FOX, KEETA R.** | Physician: **MICHAEL KREASE DO** | Accession#: **GHP20-02000** |
| Age/Sex: 53/F | Louisville Endoscopy Center | Date Collected: 02/21/2020 |
| DOB: | 1400 Poplar Level Rd, Ste 2 | Date Received: 02/21/2020 |
| Phone#: | Louisville, KY 40217 | Date Reported: 02/24/2020 |
| MRN: EAST14968 | Referring Physician: GREGORY J POTTS | |
| | Referring Fax: 502-240-5905 | |

**ICD:R13.10**
**RULE OUT OPTIONS:**
A. Second Part Of The Duodenum: Celiac Sprue
B. Duodenal Bulb: Celiac Sprue

## Final Diagnosis

A. Second Part Of The Duodenum, Normal, Biopsy
**Benign non-ulcerated duodenal mucosa with preserved villous architecture.**
**No significant histopathology.**

B. Duodenal Bulb, Normal, Biopsy
**Benign non-ulcerated duodenal mucosa with preserved villous architecture.**
**No significant histopathology.**

C. Stomach, Antrum/Body, Normal, Biopsy
**Reactive gastropathy.**
**No evidence of increased inflammation or H. pylori organisms.**

D. Lower Third Of The Esophagus, Normal, Biopsy
**Benign non-ulcerated squamous mucosa with no significant histopathology.**
**Negative for intestinal metaplasia but no glandular mucosa present in biopsy.**
**No fungal organisms identified.**

E. Upper Third Of The Esophagus, Normal, Biopsy
**Benign non-ulcerated squamous mucosa with no significant histopathology.**
**Negative for intestinal metaplasia but no glandular mucosa present in biopsy.**
**No fungal organisms identified.**

F. Middle Third Of The Esophagus, Normal, Biopsy
**Benign non-ulcerated squamous mucosa with no significant histopathology.**
**Negative for intestinal metaplasia but no glandular mucosa present in biopsy.**
**No fungal organisms identified.**

## Gross Description

| Site | Description |
|---|---|
| A. Second Part Of The Duodenum, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Second Part Of The Duodenum. The specimen consists of a few fragments of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s). -Laura Yates HTL(ASCP) 02/21/2020 13:25" |
| B. Duodenal Bulb, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Duodenal Bulb. The specimen consists of a single fragment of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette (s).- Laura Yates HTL(ASCP) 02/21/2020 13:25 |

Medical Director: David E. Stapp M.D CAP#: 8040292 CLIA#: 15D0359485



**Sign Off Info** Reviewed and signed on **2/25/2020 8:15 AM** by **MICHAEL KREASE, DO**, Reviewed and signed on **2/25/2020 8:21 AM** by **Alicia Vanmeter LGA Triage**

Faxed on 4/1/2021 KEETA R. FOX, EAST14968,

Labs/Diagnostics - 02/21/2020

To: LINCOLN FINANCIAL

Gastroenterology HEALTH PARTNERS

**Gastroenterology Health Partners**
In-Office Pathology Lab
2630 Grant Line Road New Albany, IN 47150
Phone 812-945-0145 x131 Fax 812-418-9883
www.gastrohealthpartners.com

## GI Pathology Report

| Patient: **FOX, KEETA R.** | Physician: **MICHAEL KREASE DO** | Accession#: **GHP20-02000** |
|---|---|---|

## Gross Description

| Site | Description |
|---|---|
| C. Stomach, Antrum/Body, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Stomach, Antrum/Body. The specimen consists of several fragments of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).-Laura Yates HTL(ASCP) 02/21/2020 13:25 |
| D. Lower Third Of The Esophagus, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Lower Third Of The Esophagus. The specimen consists of a single fragment of tan tissue measuring up to 2 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).- Laura Yates HTL(ASCP) 02/21/2020 13:25 |
| E. Upper Third Of The Esophagus, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Upper Third Of The Esophagus. The specimen consists of a few fragments of tan tissue measuring up to 5 mm in maximum dimension. The material is submitted entirely in 1 cassette(s). -Laura Yates HTL(ASCP) 02/21/2020 13:25" |
| F. Middle Third Of The Esophagus, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Middle Third Of The Esophagus. The specimen consists of a single fragment of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).- Laura Yates HTL(ASCP) 02/21/2020 13:25 |

James Rizzo MD
Final Report Electronically signed on 02/24/2020 at 01:20 PM

**CPT CODES: 88305 X 6 ICD: 999.99, K29.70**

Medical Director: David E. Stapp M.D CAP#: 8040292 CLIA#: 15D0359485



**Sign Off Info** Reviewed and signed on **2/25/2020 8:15 AM** by **MICHAEL KREASE, DO**, Reviewed and signed on **2/25/2020 8:21 AM** by **Alicia Vanmeter LGA Triage**

Faxed on 4/1/2021 KEETA R. FOX, EAST14968,

Labs/Diagnostics - 02/21/2020

To: LINCOLN FINANCIAL

Louisville Endoscopy Center

*1400 POPLAR LEVEL RD*
*LOUISVILLE, KY 40217*
*PH: (502) 636-2003*
*FAX: (502-636-4032)*

## EGD Report

**Date:** 2/21/2020 7:30 AM

| | | | |
|---|---|---|---|
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (53) |
| **Endoscopist(s):** | MICHAEL KREASE, DO | **Instrument(s):** | GIF 867*(GIF H180J 0867) |


upper third of the esophagus


lower third of the esophagus


retained food in stomach


stomach antrum


pylorus


duodenal bulb


second part of the duodenum


retroflexed view of the cardia


incisura


middle third of the esophagus


upper third of the esophagus

| | |
|---|---|
| **Referring Physician:** | GREGORY J. POTTS, MD<br>2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393<br>(502) 240-5900 (phone)<br>(502) 240-5905 (fax) |
| **PCP:** | GREGORY J. POTTS, MD |
| **Anesthesia Provider:** | Bessie Christensen, CRNA |
| **Nurse(s):** | Lisa Courtney, RN (Pre-op phone call)<br>Amanda Carter, RN (Pre-Procedure)<br>Louise Shadwick, RN (Post-Procedure) |
| **Staff:** | Kristine Sledge-Delk, RN (Intra-Procedure)<br>John Nicholas, Endo Tech |
| **ASA Class:** | P2 - 2/21/2020 7:18 AM Bessie Christensen, CRNA |

**History of Present Illness:**

Ms. Fox is a 53F presenting for follow-up evaluation. Since her last visit she is been having some new issues. She was diagnosed with oral candidiasis about 4 days ago. Her primary care physician has put her on nystatin swish and swallow. She now is having some trouble swallowing. She denies pain with swallowing. She denies food getting stuck, she does feel however that things are going down normally. She also has vaginal candidiasis and is worried that she could've candida all over.

She has no appetite. She has lost about 10 pounds. She has some dry heaves. She has no blood in her vomit. She has no blood in her stools.

She had an EGD and colonoscopy in 2018. She was found have a fundic gland polyp in the fundus of her stomach.

**Administered Medications:** lidocaine 50 mg IV
propofol 500 mg IV

**Indications:** Dysphagia: 787.20 - R13.10

**Vital Signs:**

| *Weight (lbs/oz)* | *Height (ft/in)* | *BMI* |
|---|---|---|
| 143 / | 5 / 7 | 22.39 |

| *BP (mmHg)* | *Pulse (ppm)* | *Rhythm* | *Resp/min* | *Temp* | *SPO2 (%)* |
|---|---|---|---|---|---|
| 108/72 | 81 | Regular | 14 | 98.9 (F) | 98 |

**Physical Exam:**

*Physical exam was performed prior to anesthesia on 2/21/2020 at 7:21 AM.*

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.

**Respiratory:**

*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.
*Auscultation:* normal breath sounds; no rubs, wheezes, rales or rhonchi.

**Cardiovascular:**

*Auscultation:* normal rhythm, S1 and S2; no rubs, murmurs or gallop.

**Gastrointestinal/Abdomen:**

*Abdomen:* nontender, nondistended, with normoactive bowel sounds, and no masses or guarding, no resonance or tympany.
*Liver/Spleen:* no hepatosplenomegaly.

**Psychiatric:**

*Judgment/insight:* within normal limits.
*Mood and affect:* Mood and affect are appropriate, no agitation.

**Procedure:**

The procedure, indications, preparation and potential complications were explained to the patient, who indicated understanding and signed the corresponding consent forms. MAC Anesthesia was administered by the nurse anesthetist. Continuous pulse oximetry, blood pressure, and cardiac monitoring was done. Supplemental oxygen was used. Patient was placed in left lateral decubitus position and bite block secured in mouth. The endoscope was introduced through mouth and advanced under direct visualization until second part of the duodenum reached. The Z-line was noted at 41 centimeters. Patient tolerance to the procedure was good. The procedure was not difficult.

**Limitations/Complications:** There were no apparent limitations or complications

**Findings:**

| | | |
|---|---|---|
| *Esophagus* | *Mucosa* | Normal mucosa was noted in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. Cold forceps biopsies of the lower, middle, and upper esophagus were performed. |
| *Stomach* | *Mucosa* | Normal mucosa was noted in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. Cold forceps biopsies were performed for H. pylori |

| | | |
|---|---|---|
| | | assessment in the stomach antrum. IHC will be performed if indicated based on pathologists interpretation. |
| *Duodenum* | *Mucosa* | Normal mucosa was noted in the whole duodenum. Cold forceps biopsies were performed. |

**Impressions:**

- Normal mucosa in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. (Biopsy).
- Normal mucosa in the duodenum. (Biopsy).
- Normal mucosa in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. (Biopsy H-Pylori).

**Plan:** Patient to call office for pathology results in 7-10 days, (502) 452-9567
Biopsies were taken to rule out the presence of a bacterial stomach infection called Helicobacter pylori. If found on biopsy, antibiotics may be prescribed.
Significant amount of retained food noted in stomach, suspect a component of gastroparesis.
Continue neurologic workup for etiology of her other symptoms.

**Samples:**

Jar # 1 :
Biopsy in the second part of the duodenum
Findings: Normal, R/O Celiac Sprue
Test(s) requested: Histology

Jar # 2 :
Biopsy in the duodenal bulb
Findings: Normal, R/O Celiac Sprue
Test(s) requested: Histology

Jar # 3 :
Biopsy in the stomach antrum and stomach body
Findings: Normal, R/O H pylori
Test(s) requested: Histology

Jar # 4 :
Biopsy in the lower third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

Jar # 5 :
Biopsy in the upper third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

Jar # 6 :
Biopsy in the middle third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

**Pathology:** Pathology was sent to lab; patient will be notified via patient portal, mail or phone call.

MICHAEL KREASE, DO
Electronically signed on 2/21/2020 8:01:23 AM by MICHAEL KREASE, DO

## Common Results of SIBO Hydrogen and Methane Breath Tests*:



**High Hydrogen/No Methane (Supported)**

Patients who have symptoms such as bloating often will have high hydrogen production that increases dramatically throughout the test. Notice that the plot crosses the **dashed** line at 20 ppm which indicates a "supported" (positive) result for hydrogen.



**No Hydrogen/High Methane (Supported)**

Patients who have symptoms such as constipation often will have high methane production that is present at high levels during the entire length of the test. Notice that the plot is above the **dotted** line at 10 ppm which indicates a "supported" (positive) result for methane.



**High Hydrogen/High Methane (Supported)**

Patients who produce both methane and hydrogen often demonstrate this plot. This is due to the competing methanogens consuming the hydrogen gas to produce methane gas. The decrease in hydrogen with the increase in methane is indicative of this microbiome composition. This test would be a "supported" (positive) result for both hydrogen and methane.



**Low Hydrogen/Low Methane (Not Supported)**

Patients who have GI related symptoms that do not produce enough gas to surpass the clinical cutoff of either hydrogen (>20 ppm) or methane (>10 ppm) at or before 90 minutes (sample 7) often have this trend. Notice that the two plots do not cross either the **dashed** line for hydrogen or the **dotted** line for methane which indicates the test would be a "not supported" result for either gas production.



**No Hydrogen/No Methane; "Flatline Result" (Not Supported)**

Patients that do not produce any hydrogen or methane throughout the entire test but still present with GI related symptoms often have this plot. This may be due to hydrogen sulfide production from sulfur-reducing bacteria which the CDI breath test is not able to detect. This test would be a "not supported" result for either gas.



**High Hydrogen Baseline (Not Supported)**

Patients who do not fast properly will often have a plot that looks like this. The first few samples will begin with high hydrogen levels, slightly increase, and immediately decrease. The patient is recommended to retest when this occurs. This test would be a "not supported" result for either gas.

*These common test results are guidelines only and should be correlated with clinical information that is unavailable to Commonwealth Diagnostics International, Inc. (CDI). For questions and test interpretation, patients/clients should discuss their test results with their healthcare provider. The healthcare provider can assess clinical factors that may affect the interpretation of the test results and ensure that the test results correlate with a patient's symptoms and other related findings for diagnostic and treatment purposes.

MM-068 Rev C

Sign Off Info: Signed by LESLIE SAGESER On 2/19/2020 2:04 PM
Signed by MICHAEL KREASE On 2/11/2020 9:07 AM

Labs/Diagnostics - 01/20/2020

To: LINCOLN FINANCIAL

02.05.2020 16:54:56 Commonwealth Diagnostic International Inc. 03/4

Laboratory Director
Angela Steinhardt, MD

Contact Us:
39 Norman St.
Salem, MA 01970
Phone: 1-888-258-5966
Fax: 1-888-258-5973
customerservice@commdx.com
www.commdx.com

**INVALID BREATH TEST NOTIFICATION REPORT**

**Kit Type: SIBO 10 Tube Lactulose**

| | | | |
|---|---|---|---|
| **Patient Name:** | Keeta Fox | **Barcode:** | DX177142 |
| **Patient Date of Birth:** | | **Physician Name:** | Michael Krease |
| **Patient Address:** | | **Physician Address:** | 1169 Eastern Pkwy |
| **Patient City, State, Zip:** | | **Physician City, State, Zip:** | Louisville, KY 40217 |
| **Date of Collection:** | 1/20/2020 | **Date Test Received:** | 1/24/2020 |
| **Specimen Type:** | Breath Sample | **Date Issued:** | 2/5/2020 |

We regret to inform you that CDI received a test kit from the above named patient that was outside of our allowable criteria used to ensure our laboratory produces a valid test result. This patient may benefit from retaking this test. We apologize for any inconvenience that this may have caused, and we look forward to assisting you in the future.

CDI was unable to produce a valid test result for your patient due to the following reason(s):

**INVALID TEST DUE TO MULTIPLE INVALID SAMPLES**

Patient took the test on **1/20/2020** and our laboratory received the test samples on **1/24/2020**

The majority of the samples within the calculated range had a carbon dioxide correction factor of more than 2.50, which is above CDI's allowable valid sample cutoff. Due to this, a result cannot be calculated because there are not enough sample values.

As a courtesy, below is a general interpretation note that the provider may use along with the test data provided for this patient's samples to make a better informed decision as to whether or not to retest this patient. If you would like to order a new test kit, please contact our Customer Service Department via phone or email.

RESULT INTERPRETATION*

Your patient may benefit from a few key tips on collecting their sample properly: Insert the straw halfway down the tube at a minimum; inhale normally and exhale normally through the straw for a minimum of five (5) seconds; and then immediately cap the tube by twisting the cap back on securely without overtightening the cap.

*These test results should be correlated with clinical information that is unavailable to Commonwealth Diagnostics International, Inc. (CDI). For questions and test interpretation, patients/clients should discuss their test results with their healthcare provider. The healthcare provider can assess clinical factors that may affect the interpretation of the test results and ensure that the test results correlate with a patient's symptoms and other related findings for diagnostic and treatment purposes.

Reviewing Physician FRM-080 Ver C Laboratory Director

Sign Off Info: Signed by LESLIE SAGESER On 2/19/2020 2:04 PM
Signed by MICHAEL KREASE On 2/11/2020 9:07 AM

Faxed on 4/1/2021 KEETA R. FOX, EAST14968,

Labs/Diagnostics - 01/20/2020

To: LINCOLN FINANCIAL

02.05.2020 16:55:51 Commonwealth Diagnostic International Inc. 04/4

Laboratory Director
Angela Steinhardt, MD

Commonwealth Diagnostics International

Contact Us:
39 Norman St.
Salem, MA 01970
Phone: 1-888-258-5966
Fax: 1-888-258-5973
customerservice@commdx.com
www.commdx.com

## SMALL INTESTINAL BACTERIAL OVERGROWTH (SIBO) RESULT REPORT
### 10 SPECIMEN LACTULOSE TEST

**Patient Name:** Keeta Fox
**Patient Date of Birth:**
**Patient Address:**
**Patient City, State, Zip:**
**Date of Collection:** 1/20/2020
**Specimen Type:** Breath Sample

**Barcode:** DX177142
**Physician Name:** Michael Krease
**Physician Address:** 1169 Eastern Pkwy
**Physician City, State, Zip:** Louisville, KY 40217
**Date Test Received:** 1/24/2020
**Date Test Reported:** 2/5/2020




| | Sample | Sample | Hydrogen* | Methane* | Carbon (cf) |
|---|---|---|---|---|---|
| Small Intestine | Baseline | 1 | * | * | 4.01 |
| | 15 min. | 2 | * | * | 16.74 |
| | 30 min. | 3 | 0 | 0 | 1.76 |
| | 45 min. | 4 | 1 | 0 | 1.66 |
| | 60 min. | 5 | * | * | 5.13 |
| | 75 min. | 6 | 75 | 0 | 1.29 |
| | 90 min. | 7 | * | * | 3.67 |
| Colon | 105 min. | 8 | 93 | 0 | 2.36 |
| | 120 min. | 9 | 87 | 0 | 1.71 |
| | 135 min. | 10 | 75 | 0 | 1.48 |

* Hydrogen ($H_2$) and Methane ($CH_4$) values have been corrected for Carbon Dioxide ($CO_2$) content in each sample as a quality assurance measure to ensure sample validity.

Any Carbon Dioxide Correction Factor (cf) value over 2.50 is considered an invalid sample by the laboratory and is not included in the overall calculations of the test results.

***The highlighted 90 minute mark corresponds to the time that the substrate should transition from the small intestine into the colon.***

**Summary of 90 Minute Patient Results**

**Greatest difference over baseline for each trace gas are presented below:**

| | | | |
|---|---|---|---|
| Hydrogen ($H_2$) Production: | **N/A** | ppm | Normal < 20 ppm |
| Methane ($CH_4$) Production: | **N/A** | ppm | Normal < 10 ppm |
| Combined Gas ($H_2 + CH_4$) Production: | **N/A** | ppm | Normal < 15 ppm |

[1] **Based on the criteria used in this test, the presence of BACTERIAL OVERGROWTH is:**

**SEE ATTACHED NOTICE**

COMMENTS:

CDI was unable to determine a result because four or more samples were invalid within the calculated range.

These test results should be correlated with clinical information that is unavailable to Commonwealth Diagnostics International, Inc. (CDI). For questions and test interpretation, patients/clients should discuss their test results with their healthcare provider. The healthcare provider can assess clinical factors that may affect the interpretation of the test results and ensure that the test results correlate with a patient's symptoms and other related findings for diagnostic and treatment purposes.

This test was developed and its performance characteristics determined by Commonwealth Diagnostics International, Inc. (CDI). This test has not been cleared or approved by the US Food and Drug Administration (FDA), and the FDA does not require this test to go through premarket approval. This test is also listed as exempt on the CLIA edits. This test is used for clinical purposes and should not be regarded as investigational or for research.

Reference 1: Rezaie, A., Buresi, M., Lembo, A., Lin, H., McCallum, R., Rao, S., Pimentel, M. (2017). Hydrogen and Methane-Based Breath Testing in Gastrointestinal Disorders: The North American Consensus. The American Journal of Gastroenterology, 112(5), 775-784.

Angela Steinhardt

Reviewing Physician FRM-006 Ver C Laboratory Director

Sign Off Info: Signed by LESLIE SAGESER On 2/19/2020 2:04 PM
Signed by MICHAEL KREASE On 2/11/2020 9:07 AM

Faxed on 4/1/2021 KEETA R. FOX, EAST14968,

Labs/Diagnostics - 04/04/2018

To: LINCOLN FINANCIAL

Gastroenterology HEALTH PARTNERS

**Gastroenterology Health Partners**
In-Office Pathology Lab
2630 Grant Line Road New Albany, IN 47150
Phone 812-945-0145 x131 Fax 812-418-9883
www.gastrohealthpartners.com

## GI Pathology Report

| | | |
|---|---|---|
| Patient: **FOX, KEETA R.**<br>Age/Sex: 51/F<br>DOB:<br>Phone#: (502)235-0765<br>MRN: EAST14968 | Physician: **DOUGLAS A. BOYCE, MD**<br>Louisville Endoscopy Center<br>1400 Poplar Level Rd, Ste 2<br>Louisville, KY 40217<br>Referring Physician: GREGORY J POTTS<br>Referring Fax: 502-240-5905 | Accession#: **GHP18-03549**<br>Date Collected: 04/04/2018<br>Date Received: 04/04/2018<br>Date Reported: 04/05/2018 |

**ICD:R07.9, R10.32, K58.9, K31.7, K57.30, D12.2, K64.1**
**RULE OUT OPTIONS:**
A. Stomach Fundus: Dysplasia
B. Stomach Body: H pylori
C. Proximal Ascending Colon: Dysplasia
D. Mid-ascending Colon: Dysplasia

## Final Diagnosis

A. Stomach Fundus, Polyp, Biopsy
**Fundic gland polyp.**
**Negative for dysplasia.**
B. Stomach Body, Biopsy
**Antral type mucosa with mild chronic gastritis.**
**No Helicobacter pylori organisms identified on H&E.**
**No intestinal metaplasia or dysplasia identified.**
C. Proximal Ascending Colon, Polyp, Polypectomy
**Sessile serrated adenoma.**
D. Mid-ascending Colon, Polyp, Polypectomy
**Sessile serrated adenoma.**

## Gross Description

| Site | Description |
|---|---|
| A. Stomach Fundus, Polyp, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Stomach Fundus. The specimen consists of a few fragments of tan tissue measuring up to 3 mm in maximum dimension. The material is submitted entirely in 1 cassette (s). -Susan Becht HTL(ASCP) 04/04/2018 14:17" |
| B. Stomach Body, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Stomach Body. The specimen consists of a single fragment of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette (s).- Susan Becht HTL(ASCP) 04/04/2018 14:17 |
| C. Proximal Ascending Colon, Polyp, Polypectomy | "The specimen is received in formalin labeled with the patient's name and designated Proximal Ascending Colon. The specimen consists of a single fragment of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).- Susan Becht HTL(ASCP) 04/04/2018 14:17 |
| D. Mid-ascending Colon, Polyp, Polypectomy | "The specimen is received in formalin labeled with the patient's name and designated Mid-ascending Colon. The specimen consists of a single fragment of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).- Susan Becht HTL(ASCP) 04/04/2018 14:17 |

Medical Director: David E. Stapp M.D CAP#: 8040292 CLIA#: 15D0359485



**Sign Off Info** Reviewed and signed on **4/6/2018 1:16 PM** by **DOUGLAS BOYCE, MD**, Reviewed and signed on **4/9/2018 8:49 AM** by **Vanessa Murphy - LGA MA Team Lead**

Faxed on 4/1/2021 KEETA R. FOX, EAST14968,

Labs/Diagnostics - 04/04/2018

To: LINCOLN FINANCIAL

Gastroenterology HEALTH PARTNERS

**Gastroenterology Health Partners**
In-Office Pathology Lab
2630 Grant Line Road New Albany, IN 47150
Phone 812-945-0145 x131 Fax 812-418-9883
www.gastrohealthpartners.com

**GI Pathology Report**

| Patient: **FOX, KEETA R.** | Physician: **DOUGLAS A. BOYCE, MD** | Accession#: **GHP18-03549** |
|---|---|---|

David Rankin MD
Final Report Electronically signed on 04/05/2018 at 10:00 AM

**CPT CODES: 88305 X 4**

Medical Director: David E. Stapp M.D    CAP#: 8040292    CLIA#: 15D0359485



**Sign Off Info** Reviewed and signed on **4/6/2018 1:16 PM** by **DOUGLAS BOYCE, MD**, Reviewed and signed on **4/9/2018 8:49 AM** by **Vanessa Murphy - LGA MA Team Lead**

Faxed on 4/1/2021    KEETA R. FOX, EAST14968,

Labs/Diagnostics - 04/04/2018

To: LINCOLN FINANCIAL

Louisville Endoscopy Center

*1400 POPLAR LEVEL RD*
*LOUISVILLE, KY 40217*
*PH: (502) 636-2003*
*FAX: (502-636-4032)*

## EGD-Colonoscopy Report

| | | | |
|---|---|---|---|
| **Date:** | 4/4/2018 9:00 AM | | |
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (51) |
| **Endoscopist(s):** | DOUGLAS A. BOYCE, MD | | |


middle third of the esophagus


middle third of the esophagus


lower third of the esophagus


lower third of the esophagus


Normal mucosa in the stomach body


Polyp in the fundus


second part of the duodenum


third part of the duodenum


duodenal bulb


stomach antrum


stomach antrum pylorus


lower third of the esophagus


middle third of the esophagus

Labs/Diagnostics - 04/04/2018

To: LINCOLN FINANCIAL


rectum


sigmoid colon


Moderate diverticulosis of the sigmoid colon


proximal descending colon


mid-transverse colon


appendiceal orifice cecum


distal ascending colon


ileo-cecal valve


Polyp (6 mm) in the proximal ascending colon


after polyp removal


Polyp (7 mm) in the mid-ascending colon


after polyp removal


distal transverse colon


proximal descending colon


mid-descending colon


distal descending colon


mid-sigmoid colon


distal sigmoid colon


mid-sigmoid colon


distal sigmoid colon


rectosigmoid junction


distal sigmoid colon


rectum


Grade 2 internal hemorrhoids

**Referring Physician:** GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**PCP:** GREGORY J. POTTS, MD
**Anesthesia Provider:** Roseanne Tippmann, CRNA
**Nurse(s):** Barbara Boniakowski, RN (Pre-op phone call)
Debra Miller, RN (Pre-Procedure)

Faxed on 4/1/2021 KEETA R. FOX, EAST14968,

**Staff:** Jacqueline Wilson, RN (Intra-Procedure)
Joanne Costabell, RN (Post-Procedure)
Kyle Neltner, Endo Tech

**EGD Instrument(s):** GIF 867*(GIF H180J 0867)

**Colonoscopy Instrument(s):** CF 198*(CF H180AL 7198)

**ASA Class:** P1 - 4/4/2018 8:49 AM Roseanne Tippmann, CRNA

**History of Present Illness:**

See note on chart, no interval change.

**Administered Medications:** lidocaine 25 mg IV
propofol 400 mg IV

**EGD Indications:** Chest Pain: 786.50 - R07.9

**Colonoscopy Indications:** Abdominal pain - LLQ: 789.04 - R10.32
Irritable bowel syndrome: 564.1 - K58.9

**Vital Signs:**

| *Weight (lbs/oz)* | *Height (ft/in)* | *BMI* |
|---|---|---|
| 150 / | 5 / 7 | 23.49 |

| *BP (mmHg)* | *Pulse (ppm)* | *Rhythm* | *Resp/min* | *Temp* | *SPO2 (%)* |
|---|---|---|---|---|---|
| 107/61 | 71 | Regular | 22 | 98.8 (F) | 99 |

**Physical Exam:**

*Physical exam was performed prior to anesthesia on 4/4/2018 at 8:43 AM.*

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.

**Respiratory:**

*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.
*Auscultation:* normal breath sounds; no rubs, wheezes, rales or rhonchi.

**Cardiovascular:**

*Auscultation:* normal rhythm, S1 and S2; no rubs, murmurs or gallop.

**Gastrointestinal/Abdomen:**

*Abdomen:* nontender, nondistended, with normoactive bowel sounds, and no masses or guarding, no resonance or tympany.
*Liver/Spleen:* no hepatosplenomegaly.

**Psychiatric:**

*Judgment/insight:* within normal limits.
*Mood and affect:* Mood and affect are appropriate, no agitiation.

**General Procedure:**

The procedure, indications, preparation and potential complications were explained to the patient, who indicated understanding and signed the corresponding consent forms. MAC Anesthesia was administered. Continuous pulse oximetry, blood pressure, and cardiac monitoring was done. Supplemental oxygen was used.

# EGD

**EGD Procedure:**

Patient was placed in left lateral decubitus position. The endoscope was introduced through mouth and advanced under direct visualization until second part of the duodenum reached. Patient tolerance to the procedure was good. The procedure was not difficult.

**EGD Limitations/Complications:**

There were no apparent limitations or complications

**EGD Findings:**

| | | |
|---|---|---|
| *Esophagus* | Normal esophagus. | |
| *Stomach* | *Mucosa* | Normal mucosa was noted in the stomach body. Cold forceps biopsies were performed. |
| | *Protruding lesions* | A single sessile polyp of benign appearance was found in the fundus. Cold forceps biopsies were performed. |
| *Duodenum* | Normal duodenum. | |

# Colonoscopy

**Colonoscopy Procedure:**

This is a high risk patient undergoing a screening colonoscopy. Prior colonoscopy was performed This is first colonoscopy ago. The quality of preparation was good. Patient was placed in left lateral decubitus position. The colonoscope was introduced through rectum and advanced under direct visualization until cecum was reached. The cecal sling folds were seen. The appendiceal orifice and the ileo-cecal valve were identified. The terminal ileum was identified. The colonoscope was retroflexed within the rectum. Careful visualization was performed as the instrument was withdrawn. Patient tolerance to the procedure was excellent. The procedure was not difficult. Digital exam was normal.

**Colonoscopy Limitations/Complications:**

There were no apparent limitations or complications

**Colonoscopy Findings:**

| | |
|---|---|
| *Excavated lesions* | A few diverticula were seen in the sigmoid colon. Diverticulosis appeared to be of moderate severity. |
| *Protruding lesions* | A single sessile 6 mm polyp was found in the proximal ascending colon. A polypectomy was performed using a hot snare. The polyp was completely removed. |
| | A single sessile 7 mm polyp was found in the mid-ascending colon. A polypectomy was performed using a hot snare. The polyp was completely removed. |
| | Small grade 2 internal hemorrhoids were noted. |
| *Additional findings* | There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal. BBPS 3/3/3=9. |

**EGD Impressions:**

- Normal esophagus.
- Normal duodenum.
- Normal mucosa in the stomach body. (Biopsy).
- Polyp in the fundus. (Biopsy).

**Colonoscopy Impressions:**

- Moderate diverticulosis of the sigmoid colon.
- Polyp (6 mm) in the proximal ascending colon. (Polypectomy).
- Polyp (7 mm) in the mid-ascending colon. (Polypectomy).
- Grade 2 internal hemorrhoids.
- There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal. BBPS 3/3/3=9.

**Plan:** Await pathology results
All Bran Bran Buds Cereal and Fiber 1 Cereal: Mix in equal parts (i.e. 1/2c each) each cereal in a bowl and eat daily.
Follow up in 3-4 months

**Samples:**

Jar # 1 :

Biopsy in the stomach fundus
Findings: Polyp, R/O Dysplasia
Test(s) requested: Histology

Jar # 2 :
Biopsy in the stomach body
Findings: R/O H pylori
Test(s) requested: Histology

Jar # 3 :
Polypectomy in the proximal ascending colon
Findings: Polyp, R/O Dysplasia
Test(s) requested: Histology

Jar # 4 :
Polypectomy in the mid-ascending colon
Findings: Polyp, R/O Dysplasia
Test(s) requested: Histology

**Additional Notes:** Consider trial of Librax prn LLQ spasm if not improving.

**Pathology:** Pathology was sent to lab; patient will be notified via patient portal or mail.

DOUGLAS A. BOYCE, MD
Electronically signed on 4/4/2018 9:22:58 AM by DOUGLAS A. BOYCE, MD

**Louisville Gastroenterology Associates, LLC**

Gastroenterology • Liver Diseases • Gastrointestinal Endoscopy

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*

**Date:** 10/3/2017 7:45 AM

**Patient Name:** **KEETA R. FOX** **Gender:** Female
**Account #:** EAST14968 **DOB (age):** 50)

**Provider:** DOUGLAS A. BOYCE, MD

**Referring Physician:** GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**Chief Complaint:** Left side pain, chest pain

**History of Present Illness:**

October 3, 2017. Patient here for evaluation of left-sided discomfort. She is 50 years of age. She mentions problems with kidney stones.. She's had prior right sided kidney stone problems and more recently left-sided kidney stones.
She describes left sided discomfort, nausea, vomiting, over the past month or so. She had a visit to the local hospital, CAT scan was performed and showed sigmoid diverticular disease without diverticulitis.
She states that she was told she had blood in her urine.
Given her history of kidney stones, blood in the urine, left sided pain, she is due to followup with urology next week for repeat CAT scan with contrast. Apparently there is still some microscopic hematuria. She describes a catching sensation in the left abdomen. On further questioning some of this sounds more left flank related. She denied any history of diverticular disease. No prior diverticulitis. No rectal bleeding. She does mention long-standing mild irritable bowel syndrome worse if she is exercising. She states her mother has diverticulosis. There is a remote family history of colon cancer in a maternal grandmother. Patient herself is never had colonoscopy. She is modifying her diet somewhat, she states that her intestines feel somewhat sensitive which is somewhat new for her.
She told me that previously she had 3 kidney stones on the left but apparently followup imaging did not reflect this. Again, this is going to be sorted out when she sees urology next week.
She denies any liver, gallbladder or pancreas disease. She did say that last month she saw cardiology, she was having chest pain, cardiac workup was negative. She is mentioning some chest wall pressure, it sounds like they told her she may have had some esophageal or reflux-related problems. She denies any reflux, dysphagia. No prior tobacco use.
Currently she states that her left sided discomfort is mostly in the flank area. She denied any left pelvic, left anterior abdominal pain at the moment.

Formal report on her CAT scan without contrast, September 12, 2017 shows mild sigmoid diverticulosis without evidence of diverticulitis. Small simple liver cysts. Otherwise unremarkable CAT scan of the abdomen, pelvis.

**Past Medical History**

**Medical Conditions:** Arthritis
Back pain
Depression
Stomach Ulcer
**Surgical Procedures:** No Prior Procedures
**Dx Studies:** CT Abdomen, 09/12/2017
**Medications:** clonazepam 0.5 mg Take 2-3 tablet by mouth a month
hydroxyzine HCl 10 mg Take 3-4 tablet by mouth a month
**Allergies:** aspirin

**Immunizations:** Flu vaccine

**Social History**

**Alcohol:** Heavy (multiple drinks daily).
**Tobacco:** Never smoker
**Drugs:** None
**Marital Status:** Married
**Occupation:** SVP Finance, Papa Johns

**Family History** No history of Colon Polyps, Crohn's Disease, Gastric Cancer, GI Cancer, Liver Disease, Pancreatitis, Stomach Cancer, Ulcerative Colitis
**Brother:** Diagnosed with Pancreatitis/Pancreatic Cancer;
**Grandmother:** Diagnosed with Colon Cancer - what age?;

**Review of Systems:**

**Allergic/Immunologic:** *Denies* persistent infections, HIV exposure, strong allergic reactions or urticaria.
**Cardiovascular:** *Complains of* **chest pain**. *Denies* ankle swelling, irregular heart beat, shortness of breath.
**Constitutional:** *Complains of* **fatigue**. *Denies* fever, loss of appetite, weight loss, weight gain.
**ENMT:** *Denies* hearing loss, hoarseness, sore throat, nose bleeds.
**Endocrine:** *Denies* excessive thirst, cold intolerance, heat intolerance.
**Eyes:** *Denies* light sensitivity, eye pain, visual decline.
**Gastrointestinal:** *Complains of* **abdominal pain**, **diarrhea**, **flatulence/rectal gas**, **mucous in stools**, **painful stools**, **rectal bleeding**, **vomiting**. *Denies* belching, black stools, bloating, change in bowel habits, constipation, difficulty swallowing, painful swallowing, heartburn/reflux, nausea, rectal protusions, rectal urgency, soiling/incontinence, vomiting with blood.
**Genitourinary:** *Complains of* **blood in urine**. *Denies* burning urination.
**Hematologic/Lymphatic:** *Complains of* **easy bruising**. *Denies* prolonged bleeding, abnormal blood clotting.
**Integumentary:** *Denies* itching, jaundice, rash, suspicious lesions.
**Musculoskeletal:** *Complains of* **back pain, joint pain, muscle pain**. .
**Neurological:** *Complains of* **dizziness**, **frequent headaches**. *Denies* fainting, loss of consciousness.
**Psychiatric:** *Complains of* **anxiety/panic**. *Denies* depression, difficulty sleeping.
**Respiratory:** *Denies* coughing blood, chronic cough, painful breathing.

**Vital Signs:**

| BP (mmHg) | Pulse (ppm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min |
|---|---|---|---|---|---|---|
| 124/82 | 80 | Regular | 144 / | 5 / 7 | 22.55 | 20 |

**Physical Exam:**

**Constitutional:**
*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.

**Head/face:**
*Inspection:* no appearance of head trauma, normocephalic.

**Eyes:**
*Conjunctivae/lids:* normal conjunctivae and lids.
*Pupils/irises:* symmetrical, normoreactive to light, normal accommodation and size.

**ENMT:**
*External:* normal external inspection of ears and nose.
*Oropharynx:* normal tongue, hard and soft palate; posterior pharynx without erythema, exudate or lesions.

**Neck:**
*Neck:* normal motion, central trachea.
*Thyroid:* normal size, consistency and position; no masses or tenderness.

**Respiratory:**
*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.
*Percussion:* thorax normoresonant.
*Auscultation:* normal breath sounds; no rubs, wheezes, rales or rhonchi.

**Cardiovascular:**

*Auscultation:* normal rhythm, S1 and S2; no rubs, murmurs or gallop.
*Peripheral:* no edema, varicocities or cyanosis.

**Gastrointestinal/Abdomen:**

*Abdomen:* **mild left flank pain otherwise normal abdominal exam.**.
*Liver/Spleen:* no hepatosplenomegaly.
*Hernias:* no hernias appreciated.

**Psychiatric:**

*Mood and affect:* Mood and affect are appropriate, no agitiation.

**Neurologic:**

*Cranial nerves:* II-XII normal.
*Sensation:* normal sensation to touch.

**Diagnosis:**

Abdominal pain - LLQ
Chest Pain
Kidney stone
Irritable bowel syndrome

**Impression:**

50-year-old female, history of kidney stone disease, imaging reflecting left, sigmoid diverticulosis, remote family history colon cancer second-degree relative, hematuria presents with left flank discomfort.
Differential for left-sided pain includes kidney stone related-like issues versus diverticular disease.
She is somewhat tender on the left flank. Her abdominal exam seems rather benign.
She is 50 years of age, average risk for colon cancer. She needs colonoscopy for routine screening purposes based on age.
Also given the fact that she is having some left-sided symptoms, I recommended a colonoscopy rule out underlying malignancy.
Symptoms so far are not classic for diverticulitis, could she be having some diverticular spasm?
She does mention some recent chest wall discomfort, negative cardiac workup.
I also recommended upper endoscopy to rule out hiatal hernia, esophagitis.
At this time, she will followup with urology next week for further investigation into her hematuria, history of kidney stones and she states she will have a followup CAT scan with contrast.
She was instructed to contact our office to schedule EGD, colonoscopy at her convenience.
Further comments to follow after upcoming endoscopy and urology workup.

**Plan:** EGD and COLONOSCOPY LEC with Movi Prep
The patient/family is aware of the procedure, indications and risk of adverse medication reaction, bleeding post biopsy or polypectomy, potential perforation, need for transfusion, hospitalization, surgery and even possible death. They understand and elect to proceed.

**Risk & Medical Necessity:** Diagnosis and management options are Extensive. The amount of data reviewed and/or ordered is Extensive. The level of risk is Extensive.

DOUGLAS A. BOYCE, MD
Electronically signed on 10/3/2017 8:48:23 AM by DOUGLAS A. BOYCE, MD

To: LINCOLN FINANCIAL

## Laboratory Results

| | Latest Ref Rng & Units | 9/12/2017 |
|---|---|---|
| WBC | 4.50 - 10.70 10*3/mm3 | 8.63 |
| RBC | 3.90 - 5.20 10*6/mm3 | 3.84(L) |
| Hemoglobin | 11.9 - 15.5 g/dL | 13.1 |
| Hematocrit | 35.6 - 45.5 % | 38.4 |
| MCV | 80.5 - 98.2 fL | 100.0(H) |
| MCH | 26.9 - 32.0 pg | 34.1(H) |
| MCHC | 32.4 - 36.3 g/dL | 34.1 |
| RDW | 11.7 - 13.0 % | 11.8 |
| RDW-SD | 37.0 - 54.0 fl | 43.0 |
| MPV | 6.0 - 12.0 fL | 10.4 |
| Platelets | 140 - 500 10*3/mm3 | 206 |
| Neutrophil % | 42.7 - 76.0 % | 64.1 |
| Lymphocyte % | 19.6 - 45.3 % | 25.6 |
| Monocyte % | 5.0 - 12.0 % | 9.2 |
| Eosinophil % | 0.3 - 6.2 % | 0.7 |
| Basophil % | 0.0 - 1.5 % | 0.2 |
| Immature Grans % | 0.0 - 0.5 % | 0.2 |
| Neutrophils, Absolute | 1.90 - 8.10 10*3/mm3 | 5.53 |
| Lymphocytes, Absolute | 0.90 - 4.80 10*3/mm3 | 2.21 |
| Monocytes, Absolute | 0.20 - 1.20 10*3/mm3 | 0.79 |
| Eosinophils, Absolute | 0.00 - 0.70 10*3/mm3 | 0.06 |
| Basophils, Absolute | 0.00 - 0.20 10*3/mm3 | 0.02 |
| Immature Grans, Absolute | 0.00 - 0.03 10*3/mm3 | 0.02 |
| Glucose | 65 - 99 mg/dL | 98 |
| BUN | 6 - 20 mg/dL | 17 |
| Creatinine | 0.57 - 1.00 mg/dL | 0.90 |
| Sodium | 136 - 145 mmol/L | 141 |
| Potassium | 3.5 - 5.2 mmol/L | 3.6 |
| Chloride | 98 - 107 mmol/L | 100 |
| CO2 | 22.0 - 29.0 mmol/L | 29.7(H) |
| Calcium | 8.6 - 10.5 mg/dL | 8.8 |
| Total Protein | 6.0 - 8.5 g/dL | 7.4 |
| Albumin | 3.50 - 5.20 g/dL | 3.90 |
| ALT (SGPT) | 1 - 33 U/L | 12 |
| AST (SGOT) | 1 - 32 U/L | 16 |
| Alkaline Phosphatase | 39 - 117 U/L | 51 |
| Total Bilirubin | 0.1 - 1.2 mg/dL | 0.6 |
| eGFR Non African Amer | >60 mL/min/1.73 | 66 |
| Globulin | gm/dL | 3.5 |
| A/G Ratio | g/dL | 1.1 |
| BUN/Creatinine Ratio | 7.0 - 25.0 | 18.9 |
| Anion Gap | mmol/L | 11.3 |

| | Latest Ref Rng & Units | 9/12/2017 |
|---|---|---|
| Lipase | 13 - 60 U/L | 46 |
| HCG Qualitative | Indeterminate, Negative | Negative |

# CT Abdomen Pelvis Without Contrast [IMG784] (Order 117697620)

**Patient Name:** **Keeta R Fox**
DOB:
MRN: **8911342017**

Status: **Final result**

## PACS Images

Radiology Images

## Study Result

CT SCAN OF THE ABDOMEN AND PELVIS WITHOUT CONTRAST

CLINICAL HISTORY: Worsening left flank pain. History of kidney stones.

TECHNIQUE: Radiation dose reduction techniques were utilized, including automated exposure control and exposure modulation based on body size. Spiral CT images were acquired through the abdomen and pelvis with no oral or IV contrast and were reconstructed in 3 mm thick axial slices

COMPARISON: None

FINDINGS: There is a tiny approximately 11 mm diameter simple cyst in the posterior and inferior aspect of the right lobe of the liver. The liver is otherwise unremarkable. Both kidneys are normal in size and shape and show no hydronephrosis. There are no radiopaque calculi within either kidney or ureter. The spleen and pancreas and adrenal glands appear normal. The stomach and small and large bowel were not optimally evaluated due to the lack of oral and IV contrast, but appear grossly normal except for a few diverticuli in the sigmoid colon. There is no CT evidence of diverticulitis.

IMPRESSION:
Mild sigmoid diverticulosis without evidence of diverticulitis. Small simple liver cyst. Otherwise unremarkable CT scan of the abdomen and pelvis.

This report was finalized on 9/12/2017 4:34 PM by Dr. David Jolgren, MD.

## Imaging

CT Abdomen Pelvis Without Contrast (Order #117697620) on 9/12/2017 - Imaging Information

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **JOLGREN, DAVID L** | 9/12/2017 16:34 | 502-897-8121 | |

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 9/12/2017 16:12 | 9/12/2017 16:13 |

## External Results Report

Open External Results Report

## Encounter

View Encounter

## Reason For Exam

**Priority: STAT**

l flank pain, hematuria

Comments: NON-CONTRASTED STUDY

## Results Routing Tracking

View Results Routing Information

# CT Abdomen Pelvis Without Contrast [IMG784] (Order 117697620)

Imaging

Date: **9/12/2017** Department: **Baptist Health Louisville Emergency Department**
Released By/Authorizing: **Eric D Elder, PA (auto-released)**

## Order History

Inpatient

| **Date/Time** | **Action Taken** | **User** | **Additional Information** |
|---|---|---|---|
| 0000 | Result | Tobias Hogarth | In process |
| 09/12/17 1539 | Release | Eric D Elder, PA (auto-released) | From Order: 117697619 |
| 09/12/17 1634 | Result | Interface, Rad Results Enterprise In | Final |

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 Time Imaging | 1 occurrence | STAT | Hospital Performed |

## Start Date/Time

| Start Date | Start Time |
|---|---|
| 09/12/17 | 1540 |

## Comments

NON-CONTRASTED STUDY

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Will Oral Contrast be needed for this procedure?** | **No** | |
| **Exam reason**<br>Note: Enter reason for exam | **l flank pain, hematuria** | |
| **Pregnant?** | **No** | |

## Verbal Order Info

| Action | Created on | Order Mode | Entered by | Responsible Provider | Signed by | Signed on |
|---|---|---|---|---|---|---|
| Ordering | 09/12/17 1539 | Verbal with readback | Eric D Elder, PA | Tara L Odle, MD | Tara L Odle, MD | 09/15/17 1157 |

## Acknowledgement Info

| For | At | Acknowledged By | Acknowledged On |
|---|---|---|---|
| Placing Order | 09/12/17 1539 | Janet Degonda, RN | 09/12/17 1545 |

## Reprint Order Requisition

CT Abdomen Pelvis Without Contrast (Order #117697620) on 9/12/17

## Encounter-Level Cardiology Documents:

There are no encounter-level cardiology documents.

## Encounter

View Encounter

## Appointments for this Order

9/12/2017 4:05 PM - 30 min LOU ER CT 1 (Resource) Bh Lou Ct

## Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Eric D Elder, PA | 502-899-7646 | -- | -- |
| Authorizing Provider | Eric D Elder, PA | 502-899-7646 | -- | -- |
| Billing Provider | David L Jolgren, MD | 502-897-8121 | -- | -- |

## Linked Charges

| Charge | Code | Quantity | Modifiers | Diagnosis |
|---|---|---|---|---|
| HC CT ABD PELVIS WO CONTRAST | 74176 | 1 | | |
| CHG CT SCAN,ABDOMENT AND PELVIS,W/O CONTRAST | 74176 | 1 | | |
| CHG CT SCAN,ABDOMENT AND PELVIS,W/O CONTRAST | 74176 | 1 | | |
| CHG CT SCAN,ABDOMEN,W/O CONTRAST | 74150 | 1 | | |

## Order Transmittal Tracking

CT Abdomen Pelvis Without Contrast (Order #117697620) on 9/12/17

## Referred To

None

Non Medical/Other

To: LINCOLN FINANCIAL

Gastroenterology HEALTH PARTNERS

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

**Patient Information**

| | | | | | |
|---|---|---|---|---|---|
| Name: | FOX , KEETA | MRN: | EAST14968 | SSN: | |
| Address: | | Gender: | Female | Date of Birth: | |
| Employer: | | Home: | | Marital Status: | Married |
| Title: | | Cell: | | Guarantor: | KEETA R. FOX |
| Address: | | Work: | | Phone: | |
| Phone: | | Email: | | | |
| Providers: | KREASE, MICHAEL | Emergency Contact: | DAVE FOX | | |
| Referring Physicians: | POTTS, GREGORY J. | Phone | | | |
| | | Relationship: | Spouse | | |

**Primary Insurance Information**

| | | | |
|---|---|---|---|
| Carrier: | ANTHEM IN/KY | Policy#: | PJX638A22780 |
| Phone: | (888) 800-2309 | Group ID/Name: | 214000M0A1/ |
| Address: | PO BOX 105187<br>ATLANTA, GA 30348 | Plan ID/Name: | 161/ |
| Subscriber Name: | FOX, KEETA R. | Subscriber DOB: | 11/6/1966 |

Non Medical/Other

To: LINCOLN FINANCIAL

02.05.2020 16:54:20 Commonwealth Diagnostic International Inc. 01/4

CDI™

**From**

E-Mail: labteam@commdx.com Date: February 5, 2020 4:53 PM ET

**To** 0015024730586

**Subject: Test Result from Commonwealth Diagnostics International, Inc.**

Please see the accompanying test result for your patient on page three of this facsimile.

Commonwealth Diagnostics International, Inc.

39 Norman Street | Salem, MA 01970

Main Office Phone | 888-258-5966

Main Office Fax | 888-258-5973

Websites | CommDX.com | IBSchek.com

IMPORTANT: This facsimile, and any attached documents, are confidential, intended only for the intended recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient, you are notified that dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient, please notify the sender at the email address above and permanently delete this facsimile.

Sign Off Info: Signed by LESLIE SAGESER On 2/19/2020 2:04 PM
Signed by MICHAEL KREASE On 2/11/2020 9:07 AM

Faxed on 4/1/2021 KEETA R. FOX, EAST14968,

Request Corresponden

To: LINCOLN FINANCIAL

Gastroenterology HEALTH PARTNERS

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

# Fax

## Cover Page

**DATE:** 4/1/2021 10:10 AM
**FAX TO:** LINCOLN FINANCIAL - (213) 884-4921 (Fax)
**FROM:** Clora Parker LGA Medical Records
**SUBJECT:** KEETA R. FOX's Medical Records
**MESSAGE:**

**Please use and maintain all sensitive, privileged or restricted information in a strictly confidential manner. Confidential/privileged information includes, but is not limited to, sensitive and/or proprietary information concerning office business of Administration, patient medical information and protected health information, employee information or any other restricted information, data or material in any form.**

**If you are neither the intended recipient nor the employee/agent responsible for delivery to the intended recipient, you are hereby notified that disclosure of contents in any manner is strictly prohibited. Please notify the above sender if you received this information in error.**

**When the information associated with this fax cover sheet contains information related to Substance Use Disorder (SUD) it is protected under 42 CFR Part 2 which prohibits you from making any further disclosure of the Part 2 information without express written authorization of the patient to whom it pertains or as otherwise permitted by 42 CFR Part 2 regulation. A general authorization for the release of medical information is not sufficient for this purpose. A federal rule restricts any use of the information to criminally investigate or prosecute a SUD patient.**

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

00000028 LFPW6QO1 90000420

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative Keeta Fox

Date of Birth: ______ Claim Number: 10310112 Date: 8/7/2020

**A copy of this authorization will be considered as valid as the original**

pg. 1 Psychotherapy.2015

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keetra Fox

Name of legal representative, if applicable (print) ________ Relationship Self

Signature of claimant or legal representative Keetra Fox

Date of Birth: ________ Claim Number: 10310112 Date: 8/7/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
**Service Office:**
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

## Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | FOX, KEETA |
| RP ID: | 7718109 |
| Access Code: | LGASTR |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

# Quality Assurance Report

## Request Information

Report Date: April 12, 2021

**RP ID:** 7718109

Patient Name: FOX, KEETA

Provider Name: LOUISVILLE GASTROENTEROLOGY ASSCS

## Quality Assurance Information

Scope Requested: **From October 1, 2020 to Present**

Special Request:

Medical records within the time frame - Seen By:
LOUISVILLE GASTROENTEROLOGY ASSCS

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Per instuction send records we have on file

Chart Reviewed By: ADEPA

100 E Liberty St
Suite 700
Louisville, KY 40202-1439
Phone: (502) 583-5836
Fax: (502) 583-2266

**Kentuckiana Center for Better Bone and Joint Health**

# Fax

| | | | |
|---|---|---|---|
| **To:** | (No Name) | **From:** | Stephanie Britton |
| **Fax:** | 16033344198 | **Pages:** | 20 |
| **Re:** | | **Date:** | Apr 02, 2021 |

**Urgent** **For Review** **Please Comment** **Please Reply** **X For Information**

- **Comments:**

- **Confidential Protected Health Information Enclosed-Protected Health Care Information is personal and sensitive information related to a person's healthcare. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.**

  **Important Warning-This message is intended for the use by the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify the sender immediately and arrange for the return or destruction of these documents.**

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**KENTUCKIANA RHEUMATOLOGY**
**100 E LIBERTY ST STE 700**
**ATTN: MEDICAL RECORDS**
**LOUISVILLE, KY 40202**

Date: Mar 31, 2021

**Re: Long Term Disability Benefits**
Claim# 7718110 10310112
Claimant:
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: 395461

Dear option 8,1 MR,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From October 1, 2020 to Present**
**Medical records from DR STEVEN STERN - Seen By: KENTUCKIANA RHEUMATOLOGY**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Leizl Olanda
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7718110

RPID: 7718110

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

00000028 LFPW6QD1 00000420

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeton Fox

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Keeton Fox

Date of Birth: ______ Claim Number: 10310112 Date: 3/7/2020

**A copy of this authorization will be considered as valid as the original**



RPID: 7718110

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

00000026 LFPW6QD1 00000413

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ______________ Relationship Self

Signature of claimant or legal representative Keeta Fox

Date of Birth: ______ Claim Number: 10310112 Date: 8/7/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7718110

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

---

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | FOX, KEETA |
| RP ID: | 7718110 |
| Access Code: | 395461 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 7718110

# KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

| | |
|---|---|
| PATIENT: | Keeta Fox |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 3/10/2021 |
| VISIT TYPE: | Office Visit |

This 54 year old female presents for CTD f/u via VV

HPI DETAILS: This visit was conducted with the use of an interactive audio and video telecommunication system that permits real-time communication between patient and provider. Patient consent for this virtual visit was obtained before the visit and is on file electronically.
Patient location: Louisville, KY
Kentuckiana Rheumatology, Telehealth Provider: Dr. Steven Stern/Vickie Scholl MA

Ms. Fox has had her entire house cleaned to eliminate mold and is even replacing her furniture. She increased her AZA dose as we requested and unfortunately says she cannot tell any difference at all thus far. Advised her that we can increase it a little more as she has not maximized the dose yet and she is agreeable with this plan. She just returned from a month in Siesta Key and she says she didn't feel great but she did feel better. Her energy was better, fatigue was less, she had less nausea, mental status was better, and she was able to be active, such as being able to ride a bike. However, her joint pain wasn't any better and she had difficulty walking on the beach. She saw her ophthalmologist, Dr. Frank Burns, a couple of days ago for an acute episode of vision loss and he did not notice anything out of the ordinary. He told her it was likely an ophthalmological migraine. She wonders if she needs to worry about it and reassured her as long as it does not happen regularly to trust her ophthalmologist's opinion. Dr. Burns did tell her that she has dry eyes. She has painful bumps to the skin on the underside of her arms so she wonders if she has swollen lymph nodes. Advised her that this is possible. We are arranging for her to see Dr. Jeff Callen so he could do a biopsy when she is seen there. She is considering undergoing lymphatic massage and reassured her this is fine to do. She would also like to try sitting in a sauna but reminded her that it could flare up her erythromelalgia. She was declined an appointment at Johns Hopkins, probably because she has already had a comprehensive evaluation/workup at Mayo. She has been doing a lot of reading to try to find a diet which will help her feel better overall. She is using intermittent fasting, has eliminated alcohol, is drinking more water, and is eating primarily fruits and vegetables with very little meat. Reassured her it sounds like a reasonable diet. She has been looking into transcranial direct current stimulation as a treatment for her Sjogren's but it is not available in our area. She is happy to report the insurance company has overturned their decision and she has been approved for long term disability thanks to reports/letters from her doctors.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Anxiety | 1997 | |
| cecum globulus | | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| erythromelalgia | | |
| idiopathic emphysema | | |
| Kidney Stones | | |
| orthostatic intolerance | | |
| POTS syndrome | | |
| Pulmonary fibrosis | | |
| Sjogren's | | |
| small fiber neuropathy | | |
| Spinal stenosis/ neck | | |
| spongy dermatitis | | |

| Surgery/Treatment | Date | Comment |
|---|---|---|
| PT | | |
| Colectomy | | |
| 16" of colon and intestine removed | 11/16/2020 | |
| twisted colon surgery | 12/15/2020 | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| duloxetine 30 mg capsule,delayed release | take 3 capsule po q day | // | | 09/23/2020 | Y |
| estradiol | insert by vaginal route every week | // | | | Y |
| estradiol | take 1 tablet by oral route every day | // | | | Y |
| progesterone, micronized | take 4 capsule by oral route every day for 10 days in the evening | // | | | Y |
| MISC MEDS | Y formula herbal supplement once daily | // | 03/10/2021 | | Y |
| vitamin E | | // | | | Y |
| Imuran 50 mg tablet | take 1 tablet by oral route 2 times every day | // | 03/10/2021 | 03/10/2021 | Y |
| Imuran 50 mg tablet | take 1 tablet by oral route 3 times every day | // | | 03/10/2021 | Y |

## Allergies (Reviewed, no changes.)

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
| --- | --- | --- |
| Constitutional | Positive | Fatigue. |
| Respiratory | Negative | Cough and Dyspnea. |
| Cardio | Negative | Chest pain. |
| Integumentary | Positive | Rash. |

## Assessment/Plan

| # | Detail Type | Description |
| --- | --- | --- |
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | Plan Orders | She is to schedule a follow-up visit with Steven Stern MD in 8 Weeks. |
| | | |
| 2. | Assessment | Abnormal weight loss (R63.4). |
| | | |

ASSESSMENT DETAILS:
* Systemic involvement of connective tissue, unspecified (M35.9) ANA (+) 1:640 Homogenous, DS DNA Ab of 10 (nl up to 9), SSA Ab 1.1 (nl ,1.0) w/ normal lab assessment. Viral illness on top of her long standing issues that cleared w/ time and short burst of steroids. Looks to have a unique one of a kind immunologic condition w/ features of Pulmonary fibrosis, Gastroparesis, CIBO w/ steatorrhea, small fiber neuropathy, indistinct CNS changes w/ tremor w/ fatigue, POTS. Had recent w/u w/ myositis panel and a (+) Mi Ab. Repeat CVD assessment really unremarkable for CVD. SSA Ab barely not negative. Seen at Mayo and told she did indeed has SS, but they didn't have a disease explanation for all her symptoms in a single, unitary diagnostic process. They did doubt her small fiber neuropathy diagnosis, felt she did not have POTS, found no Autonomic NS abnormality and diagnosed a congenital frontal lobe CNS process for the neural symptoms. New diagnosis of Erythromelalgia made as well for finger pain. Has tender noeed to see all the final consultant notes. AZA 100 mg q day failed. Will maximize weight based dose.
AZA (10/20) 100 mg po pc q day (started by Mayo), increase to 150 mg

* Cecal Volvulus (10/20) with resection and appendectomy that showed pre-cancerous lesions.

* Cervical Stenosis, C5,6,7, seeing Dr. Villanueva.

* Sick Building Syndrome from water damage to her home. Trying to get it corrected. Still living in a hotel.

* Chronic Sensitization Syndrome, dx from Mayo Clinic (3/20).

PLAN DETAILS:
Maximize AZA to three tablets daily.

Letter dictated for Dr. Callen.

Labs just done and she will get us a copy.

F/U in eight weeks.

## Follow Up

| Reason | Timeframe | Comments |
|---|---|---|
| follow-up visit with Steven Stern MD in 8 Weeks | in 8 Weeks | |

## Orders:

IMMUNIZATIONS ORDERED OR ADMINISTERED TODAY:

| Immunization | Status | Administered By |
|---|---|---|
| MODERNA COVID19 VACCINE | Administered | |

FOLLOW-UP:

| Assessment | Follow-up | Reason | Timeframe | Comments |
|---|---|---|---|---|
| M35.9 | follow-up visit with Steven Stern MD in 8 Weeks | | in 8 Weeks | |

*Provider:*
Stern, Steven 03/12/2021 9:02 AM

---

Electronically signed by Steven Stern MD on 03/14/2021 09:23 PM

# KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

PATIENT: Keeta Fox
DATE OF BIRTH:
DATE OF VISIT: 1/27/2021
VISIT TYPE: Office Visit

This 54 year old female presents for CTD f/u

HPI DETAILS: Ms. Fox is planning a trip to Florida and has questions about her medical conditions and her medications and specifically whether she will be more sensitive to the sun. She has questions about supplements and discussed the pros and cons and what benefits she could expect from them. She says she plans to get started on an exercise program when she returns from her vacation. She is also researching clinical trials for Sjogren's treatment and is hopeful to be accepted into one. She reports she gets rashes that are awful and are followed by terrible bruising. She saw derm and a biopsy was taken which was noncontributory. Advised the patient to see derm as soon as the skin eruption occurs and a biopsy taken then should be diagnostic. Explained that what she is describing sounds like urticarial vasculitis. She wonders if her Imuran dose should be advanced but she has only been on two tablets daily for a month so advised her that it will take more time before the full benefits from the medication are realized.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Anxiety | 1997 | |
| cecum globulus | | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| erythromelalgia | | |
| idiopathic emphysema | | |
| Kidney Stones | | |
| orthostatic intolerance | | |
| POTS syndrome | | |
| Pulmonary fibrosis | | |
| Sjogren's | | |
| small fiber neuropathy | | |
| Spinal stenosis/ neck | | |
| spongy dermatitis | | |

| Surgery/Treatment | Date | Comment |
|---|---|---|
| PT | | |
| Colectomy | | |
| 16" of colon and intestine removed | 11/16/2020 | |
| twisted colon surgery | 12/15/2020 | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| duloxetine 30 mg capsule,delayed release | take 3 capsule po q day | // | | 09/23/2020 | Y |
| Imuran 50 mg tablet | take 1 tablet by oral route every day | // | 01/27/2021 | 01/27/2021 | Y |
| estradiol | insert by vaginal route every week | // | | | Y |
| estradiol | take 1 tablet by oral route every day | // | | | Y |
| progesterone, micronized | take 4 capsule by oral route every day for 10 days in the evening | // | | | Y |
| amitriptyline HCl | topical cream - apply prn | // | 01/27/2021 | | Y |
| MISC MEDS | Y formula herbal supplement once daily | // | | | Y |
| vitamin E | | // | | | Y |
| Imuran 50 mg tablet | take 1 tablet by oral route 2 times every day | // | | 01/27/2021 | Y |

## Allergies (Reviewed, no changes.)

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue, Fever. |
| ENMT | Positive | Dry mouth. |
| ENMT | Negative | Mouth ulcers. |
| Eyes | Positive | Dry eyes, Vision changes. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Cough. |
| Cardio | Positive | Chest pain, Irregular heartbeat/palpitations. |
| Cardio | Negative | Edema and Raynaud's. |
| GI | Positive | Abdominal pain. |
| GI | Negative | Heartburn. |
| GU | Positive | Back pain, Hematuria. |

| | | |
|---|---|---|
| GU | Negative | Genital ulcers. |
| Endocrine | Positive | Abnormal sleep pattern (Endocrine), Cold intolerance. |
| Neuro | Positive | Gait disturbance. |
| Psych | Positive | Anxiety, Depression. |
| Integumentary | Positive | Hives, Rash. |
| Integumentary | Negative | Hair loss and Psoriasis. |
| MS | Positive | Joint pain, Joint tenderness, Low back pain, Morning stiffness, Muscle cramping, Muscle weakness, Myalgia. |
| MS | Negative | Joint swelling and Neck pain. |
| Hema/Lymph | Positive | Lymphadenopathy. |
| Hema/Lymph | Negative | Easy bleeding. |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:04 PM | 103/72 | 90 | | 67.00 | 5.0 | 7.00 | 170.18 | 144.40 | 65.499 | 22.62 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | | |
| 2. | Assessment | Abnormal weight loss (R63.4). |
| | | |

ASSESSMENT DETAILS:

* Systemic involvement of connective tissue, unspecified (M35.9) ANA (+) 1:640 Homogenous, DS DNA Ab of 10 (nl up to 9), SSA Ab 1.1 (nl ,1.0) w/ normal lab assessment. Viral illness on top of her long standing issues that cleared w/ time and short burst of steroids. Looks to have a unique one of a kind immunologic condition w/ features of Pulmonary fibrosis, Gastroparesis, CIBO w/ steatorrhea, small fiber neuropathy, indistinct CNS changes w/ tremor w/ fatigue, POTS. Had recent w/u w/ myositis panel and a (+) Mi Ab. Repeat CVD assessment really unremarkable for CVD. SSA Ab barely not negative. Seen at Mayo and told she did indeed has SS, but they didn't have a disease explanation for all her symptoms in a single, unitary diagnostic process. They did doubt her small fiber neuropathy diagnosis, felt she did not have POTS, found no Autonomic NS abnormality and diagnosed a congenital frontal lobe CNS process for the neural symptoms. New diagnosis of Erythromealgia made as well for finger pain. Need to see all the final consultant notes. AZA 50 mg q day. failed, now on 2 weeks of 100 mg per day. Needs Letter for disability.
  AZA (10/20) 100 mg po pc q day (started by Mayo)

* Cecal Volvulus (10/20) with resection and appendectomy that showed pre-cancerous lesions.

* Cervical Stenosis, C5,6,7, seeing Dr. Villanueva.

* Sick Building Syndrome from water damage to her home. Trying to get it corrected. Still living in a hotel.

* Chronic Sensitization Syndrome, dx from Mayo Clinic (3/20).

PLAN DETAILS:
Suggested that she see Dr. Jeff Callen for an opinion.

Suggested that she use a paraffin wax bath for her Raynaud's type symptoms in the hands.

Suggested that she see the Lion's Eye Institute for her dry eyes.

Giving her Imuran one more month before adjusting the dose.

Lab check today

F/U in three months

## Orders:

LABS:

| Assessment | Test | Status |
|---|---|---|
| M25.50 | Copper, Serum | ordered |
| M25.50 | Vitamin B1 (Thiamine), Blood | ordered |
| M25.50 | Vitamin B12 and Folate | ordered |
| M25.50 | Vitamin B2, Whole Blood | ordered |
| M25.50 | Vitamin B3 | ordered |
| M25.50 | Vitamin B5 | ordered |
| M25.50 | Vitamin B6 | ordered |
| M25.50 | Vitamin B7 | ordered |
| M25.50 | Vitamin D, 25-Hydroxy | ordered |
| M25.50 | Zinc, Plasma or Serum | ordered |

*Provider:*
Stern, Steven 02/01/2021 12:46 PM

---

Electronically signed by Steven Stern MD on 02/02/2021 06:51 AM

# KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

PATIENT: Keeta Fox
DATE OF BIRTH:
DATE OF VISIT: 1/11/2021
VISIT TYPE: Office Visit

This 54 year old female presents for CTD f/u via VV

HPI DETAILS: This visit was conducted with the use of an interactive audio and video telecommunication system that permits real-time communication between patient and provider. Patient consent for this virtual visit was obtained before the visit and is on file electronically.
Patient location: Louisville, KY
Kentuckiana Rheumatology, Telehealth Provider: Dr. Steven Stern/Vickie Scholl MA

Ms. Fox had emergency surgery since we saw her last for a twisted colon. She is doing better but still has issues. She lost her job due to her health problems and would like to have our assistance to help her obtain her disability. She cannot use her PCP as he is the company doctor for the employer she was just terminated from. The Mayo doctors do not wish to become involved in her disability process. Advised her that we will assist her. She says she has not worked since February 4, 2020. She states the Imuran has not been working so Mayo is adjusting her dose up. Advised her that, based on her weight, she could take up to 175mg daily. She will be titrated up slowly until the appropriate dose is found. If it doesn't work for her then reassured her that there are other treatment options available.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Anxiety | 1997 | |
| cecum globulus | | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| erythromelalgia | | |
| idiopathic emphysema | | |
| Kidney Stones | | |
| orthostatic intolerance | | |
| POTS syndrome | | |
| Pulmonary fibrosis | | |

Sjogren's
small fiber neuropathy
Spinal stenosis/ neck
spongy dermatitis

| Surgery/Treatment | Date | Comment |
|---|---|---|
| PT | | |
| Colectomy | | |
| 16" of colon and intestine removed | 11/16/2020 | |
| twisted colon surgery | 12/15/2020 | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| duloxetine 30 mg capsule,delayed release | take 3 capsule po q day | // | | 09/23/2020 | Y |
| Imuran 50 mg tablet | take 1 tablet by oral route every day | // | | | Y |
| estradiol | insert by vaginal route every week | // | | | Y |
| estradiol | take 1 tablet by oral route every day | // | | | Y |
| progesterone, micronized | take 4 capsule by oral route every day for 10 days in the evening | // | | | Y |
| amitriptyline HCl | topical cream - apply prn | // | | | Y |
| MISC MEDS | Y formula herbal supplement once daily | // | | | Y |
| vitamin E | | // | | | Y |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Cough. |
| Cardio | Positive | Chest pain. |
| Integumentary | Positive | Rash. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |

| | | |
|---|---|---|
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | | |
| 2. | Assessment | Abnormal weight loss (R63.4). |
| | | |

ASSESSMENT DETAILS:
* Systemic involvement of connective tissue, unspecified (M35.9) ANA (+) 1:640 Homogenous, DS DNA Ab of 10 (nl up to 9), SSA Ab 1.1 (nl ,1.0) w/ normal lab assessment. Viral illness on top of her long standing issues that cleared w/ time and short burst of steroids. Looks to have a unique one of a kind immunologic condition w/ features of Pulmonary fibrosis, Gastroparesis, CIBO w/ steatorrhea, small fiber neuropathy, indistinct CNS changes w/ tremor w/ fatigue, POTS. Had recent w/u w/ myositis panel and a (+) Mi Ab. Repeat CVD assessment really unremarkable for CVD. SSA Ab barely not negative. Seen at Mayo and told she did indeed has SS, but they didn't have a disease explanation for all her symptoms in a single, unitary diagnostic process. They did doubt her small fiber neuropathy diagnosis, felt she did not have POTS, found no Autonomic NS abnormality and diagnosed a congenital frontal lobe CNS process for the neural symptoms. New diagnosis of Erythromealgia made as well for finger pain. Need to see all the final consultant notes. AZA 50 mg q day. failed, now on 2 weeks of 100 mg per day. Needs Letter for disability.
AZA (10/20) 100 mg po pc q day (started by Mayo)

* Cecal Volvulus (10/20) with resection and appendectomy that showed pre-cancerous lesions.

* Cervical Stenosis, C5,6,7, seeing Dr. Villanueva.

* Sick Building Syndrome from water damage to her home. Trying to get it corrected. Still living in a hotel.

* Chronic Sensitization Syndrome, dx from Mayo Clinic (3/20).

PLAN DETAILS:
Letter for Disability dictated.

*Provider:*
Stern, Steven 01/12/2021 3:24 PM

Electronically signed by Steven Stern MD on 01/13/2021 07:47 AM

# KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

| | |
|---|---|
| PATIENT: | Keeta Fox |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 11/30/2020 |
| VISIT TYPE: | Office Visit |

This 54 year old female presents for Mayo diagnosis of Sjögren's syndrome f/u via VV

## History of Present Illness

1. Mayo diagnosis of Sjögren's syndrome

HPI DETAILS: This visit was conducted with the use of an interactive audio and video telecommunication system that permits real-time communication between patient and provider. Patient consent for this virtual visit was obtained before the visit and is on file electronically.
Patient location: Louisville, KY
Kentuckiana Rheumatology, Telehealth Provider: Dr. Steven Stern/Vickie Scholl MA

Ms. Fox had a twisted colon surgery two weeks ago with 16" of her colon and intestine removed due to cecum globulus. She says she is recovering well. She was at Mayo in Minnesota for four weeks and diagnosed with Sjogren's, erythromelalgia, orthostatic intolerance with a positive tilt table test, and unidentified emphysema to the right lower lung. She says they did not diagnosed her with autonomic dysfunction but told her that she has chronic sensitization syndrome. She is now on Imuran 50mg qd for Sjogren's per Dr. Osborne at Mayo. She started it on October 26th and thus far is tolerating the medication just fine. She is also following with an ophthalmologist for her dry eyes. She has been given amitriptyline cream for flares of erythromelalgia. She has a rash on her chest and left hip which she feels is chronic mild shingles. She will be seen a dermatologist tomorrow for evaluation. She says it makes her feel bad all over when it flares up. She is hopeful she will be able to return to work in a few weeks but is fearful she will be terminated before then.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Anxiety | 1997 | |
| cecum globulus | | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| erythromelalgia | | |
| idiopathic emphysema | | |

Kidney Stones
orthostatic intolerance
POTS syndrome
Pulmonary fibrosis
Sjogren's
small fiber neuropathy
Spinal stenosis/ neck
spongy dermatitis

| Surgery/Treatment | Date | Comment |
|---|---|---|
| PT | | |
| Colectomy | | |
| 16" of colon and intestine removed | 11/16/2020 | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| duloxetine 30 mg capsule,delayed release | take 3 capsule po q day | // | | 09/23/2020 | Y |
| MISC MEDS ORAL TABLET | oxbile | // | 11/30/2020 | | Y |
| Imuran 50 mg tablet | take 1 tablet by oral route every day | // | | | Y |
| estradiol | insert by vaginal route every week | // | | | Y |
| estradiol | take 1 tablet by oral route every day | // | | | Y |
| progesterone, micronized | take 4 capsule by oral route every day for 10 days in the evening | // | | | Y |
| amitriptyline HCl | topical cream - apply prn | // | | | Y |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Cough. |
| Cardio | Negative | Chest pain. |
| Integumentary | Positive | Rash. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|

| | | |
|---|---|---|
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | | |
| 2. | Assessment | Abnormal weight loss (R63.4). |
| | | |

ASSESSMENT DETAILS:
* Systemic involvement of connective tissue, unspecified (M35.9) ANA (+) 1:640 Homogenous, DS DNA Ab of 10 (nl up to 9), SSA Ab 1.1 (nl ,1.0) w/ normal lab assessment. Viral illness on top of her long standing issues that cleared w/ time and short burst of steroids. Looks to have a unique one of a kind immunologic condition w/ features of Pulmonary fibrosis, Gastroparesis, CIBO w/ steatorrhea, small fiber neuropathy, indistinct CNS changes w/ tremor w/ fatigue, POTS. Had recent w/u w/ myositis panel and a (+) Mi Ab. Repeat CVD assessment really unremarkable for CVD. SSA Ab barely not negative. Seen at Mayo and told she did indeed has SS, but they didn't have a disease explanation for all her symptoms in a single, unitary diagnostic process. They did doubt her small fiber neuropathy diagnosis, felt she did not have POTS, found no Autonomic NS abnormality and diagnosed a congenital frontal lobe CNS process for the neural symptoms. New diagnosis of Erythromealgia made as well for finger pain. Need to see all the final consultant notes. Currently on AZA 50 mg q day. Will recheck at the 12 week mark and increase if needed at the end of 1/21.
AZA (10/20) 50 mg po pc q day (started by Mayo)

* Cecal Volvulus (10/20) with resection and appendectomy that showed pre-cancerous lesions.

* Cervical Stenosis, C5,6,7, seeing Dr. Villanueva.

* Sick Building Syndrome from water damage to her home. Trying to get it corrected. Still living in a hotel.

* Chronic Sensitization Syndrome, dx from Mayo Clinic (3/20).

PLAN DETAILS:
She will get a copy of her Mayo records to us.

Will await derm's pathology report in regards to the rash on her chest and hip.

F/U in late January

*Provider:*
Stern, Steven 12/07/2020 10:13 AM

Electronically signed by Steven Stern MD on 12/09/2020 09:17 AM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

March 31, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On March 30, 2021, we requested your medical records from Dr. Potts and Dr. Stern . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 1, 2020 through the present from your noted medical providers.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by June 12, 2021:

__ Activities Questionnaire Form
__ Authorization - Medical
__ Claimant Information Form

- ___ Claimant Supplementary Statement
- ___ SS Reimbursement Agreement
- ___ Authorization
- ___ Other

Papa John's International, Inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 13, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by June 12, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 12, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 473-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
SS Reimbursement Agreement
Authorization

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

**Return To:** Vincent Castagno III



EMPLOYEE/CLAIMANT NAME: Keeta Fox

CLAIM NO: 10310112 DATE OF BIRTH: ____

EMPLOYER/SPONSOR: Papa John's International, Inc

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ____ stand ____ walk ____

How many hours a day do you:

sit ____ stand ____ walk ____

Do you take a nap during the day?

Yes____ No ____

If Yes, for how long? ____ At what time of the day?____

How many hours a day do you spend in bed?____

Do you require any assistive devices such as a:

cane ____ walker____ crutches ____ wheelchair ____ other____

How long are you able to sit in a car?____

Do you hold a valid driver's license?

Yes____ No ____

If No, please explain: ____

If Yes, how long are you able to drive a car?____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____

Do you have children?

Yes____ No ____ If Yes, what are their dates of birth ____

Do you need help caring for your children?

Yes ____ No ____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes____ No ____ If Yes, please explain ____

How many times a day do you leave the house during the week? ____

On the weekends? ____

How often do you run errands? ____

Please describe what errands you most commonly run: ____

____

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________
______________________________
______________________________
______________________________
______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________
______________________________
______________________________
______________________________
______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________ Date: ______________

Date of Birth: ______________ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

**Return To:** Vincent Castagno III

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :(   ) ________ Fax No. :(   ) ________ Telephone No. :(   ) ________ Fax No. :(   ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________ **DATE:** ______________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

Lincoln Financial Group®

**Return to:** Vincent Castagno III

**EMPLOYEE/CLAIMANT NAME:** Keeta Fox **CLAIM #:** 10310112
**EMPLOYER:** Papa John's International, Inc **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

Lincoln Financial Group®

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Keeta Fox **Date of Birth:** ____________

**Employer:** Papa John's International, Inc **Policy/Plan Sponsor No.** 08 - 036548

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______________________________

**(Address)** ______________________________

**(Date)** ______________________________

***Please retain a copy for your records or one can be provided upon request.***

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-4198

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 10310112

**A copy of this authorization will be considered as valid as the original**

**From:**Doherty Cella Keane & Associates LLP <ssdilaw@dcklaw.com>
**Sent:**Sat, 13 Mar 2021 13:37:30 +0000
**To:**Castagno Iii, Vincent
**Subject:**Keeta Rhenee Fox, Claim Number: 10310112 INITIAL CLAIM FILED 3.13.21
**Attachments:**LTD Release Fox.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear Mr. Castagno:

The Social Security Disability Initial Claim for Ms. Fox has been filed with her local district office. Please allow four to six months for a disability decision at this level. I will notify you if a decision is rendered prior to the expiration of this period.

Pursuant to Social Security's rule change, we are now required to obtain a copy of the claimant's LTD medical file. I have enclosed the claimant's signed authorization. Please forward the medical portion of the file at your earliest opportunity.

Please do not hesitate to call at 1-800-211-4736 if you have any questions.

Sincerely,
Karen for Attorney Martin E. Keane

**Karen Lockwood**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Direct: 978.922.0411
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com

CELEBRATING 25 YEARS
DOHERTY CELLA KEANE, LLP

*****************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
*****************************************************************************

**AUTHORIZATION FOR RELEASE OF LONG-TERM
DISABILITY INFORMATION**

I hereby authorize Lincoln Life Assurance Company of Boston to release information from their long-term disability file to Martin E. Keane of 100 Cummings Center, Suite 335-N, Beverly, Massachusetts 01915 for use in my appeal for Social Security disability benefits.

Keeta Rhenee Fox
_______________________________________________
Keeta Rhenee Fox

Claim #: 10310112

03/05/2021
________________________
Date

# SEVERANCE AGREEMENT AND RELEASE

This Severance Agreement and Release (the "Agreement and Release"), dated as of December 14, 2020 is made by and between Keeta Fox (hereinafter "Employee") and Papa John's International, Inc. and Papa John's USA, Inc. (hereinafter "Papa John's") (collectively, the "Parties").

1. Employee's last day of employment shall be January 29, 2021 ("Separation Date").

2. On January 27, 2021, Employee provided medical documentation stating that she is unable to engage in any substantial gainful activity by reason of a medically determinable impairment which has lasted or can be expected to last for a continuous period of not less than 12 months.

3. If Employee executes this Agreement and Release on or before the expiration of the Consideration Period (as defined in Paragraph 16) and does not revoke the same, and specifically in consideration for Employee's Release of Claims contained in Paragraph 5 below and other promises set forth herein, Papa John's shall:

A. Pay Employee severance pay, in equal weekly installments based upon Employee's current base salary, for a period of nine (9) months following the Separation Date, less all applicable withholdings and deductions;

B. Should Employee elect COBRA continuation coverage of any health or dental benefits provided by Papa John's, Papa John's shall pay Employee's and any covered dependents' COBRA premiums for nine (9) months following the Separation Date;

C. Provide outplacement services to Employee from Right Management Consultants. It shall be Employee's obligation to contact Right Management Consultants at (502) 473-1515 to obtain these services. Employee must begin use of these services within ninety

(90) days of her Separation Date, unless she elects to begin prior to her Separation Date, and the services will be provided for a maximum period of six (6) months. Papa John's will pay the outplacement services provider directly for the cost of any services provided to Employee; and

D. Pay Employee a pro-rated portion of Employee's 2021 annual MIP bonus if all eligibility requirements are met and if the applicable performance metrics are achieved in the same manner and at the same time as other current employees; the pro-rata MIP bonus, if earned, shall be paid no later than March 15, 2022.

E. Employee acknowledges and agrees that the payments and benefits referenced in this Paragraph 3 are not for any services performed.

4. All benefits provided to Employee shall cease as of the Separation Date; provided, however, any vested amounts held in trust in the Papa John's 401(k) or Deferred Compensation plans for the benefit of Employee shall continue to be held in trust for Employee within the parameters of the existing plan. In addition, any stock options held by Employee that are vested as of the day of separation shall remain exercisable pursuant to the terms of the Papa John's International, Inc. stock ownership plan, under which such options were issued. Any and all performance-based awards will be governed by the terms of the applicable award agreement. For purposes of the Papa John's International, Inc. 2018 Omnibus Incentive Plan (the "Plan"), Employee's termination shall be due to a "Disability" as defined in the Plan.

5. Papa John's shall pay Employee any credited, but unused vacation time (3.5 days) as of the date employment ends pursuant to Papa John's vacation time policy in Employee's final paycheck.

6. Employee, for herself and her heirs, personal representatives, successors and assigns, does hereby release and forever discharge Papa John's, its successors, assigns, agents, representatives, employees, officers, directors, trustees, shareholders, insurers, reinsurers, and

any affiliated subsidiaries, corporations or related entities (the "Released Parties") of any type or nature, from any and all causes of action, claims, demands, suits, damages, sums of money, attorneys' fees, and/or judgments (hereinafter "damages") arising at any time prior to and through the date of the execution of this Agreement and Release which might have been asserted against Papa John's or any Released Party by Employee, or on her behalf, including but not limited to any which may have been asserted against Papa John's or any Released Party by or on behalf of Employee relating to her employment by Papa John's or the termination of her employment, including paid time off, profit sharing plans, stock option plans, severance plans, retirement plans or any benefit plans of any type or nature, any contract claims, and any claims for discrimination, harassment or whistleblowing of any type under any federal, state or local law or regulation, including, but not limited to, claims under the Age Discrimination in Employment Act of 1967, as amended, Title VII of the Civil Rights Act of 1964 and the Civil Rights Act of 1991, and the Family and Medical Leave Act, and the Americans with Disabilities Act, except for any claims arising under this Agreement and Release. Employee further represents that she has not filed any claims, complaints or charges against any Released Party with any local, state or federal court, agency or board, based on events related to her employment or otherwise prior to and including the date she signs this Agreement and Release and she will not file or otherwise institute any claims, complaints or charges against any Released Party seeking damages or other relief or otherwise assert any claims, complaints or charges that are lawfully released herein. Employee further hereby irrevocably and unconditionally waives any and all rights to recover any relief or damages concerning the claims, complaints, charges or entitlements that are lawfully released herein and that she will indemnify and hold the Released Parties harmless from all liabilities, claims, demands, costs, expenses and/or attorneys' fees incurred as a result of any such claims, complaints or charges. Notwithstanding the foregoing, nothing in this Agreement and Release prohibits or restricts Employee from filing a charge with the Equal Employment

Opportunity Commission or other similar federal, state, or local agencies; however, Employee agrees to waive her right to recover any monetary damages against any of the Released Parties.

7. Employee understands and agrees that should any amount of the payment made to Employee by Papa John's under this Agreement and Release be deemed taxable, Employee is solely liable for any taxes of whatever kind due by reason of this payment of money, and should any state or federal tax authority determine that any or all of such payment constitutes income subject to federal or state taxes, including but not limited to income tax, or social security laws, then Employee agrees to indemnify and hold harmless Papa John's for any and all liability of whatever kind incurred by it on this payment, including, but not limited to taxes, levies, assessments, fines, interest, and penalties.

8. This Agreement and Release does not serve as a waiver of Employee's right or obligation to report under any Papa John's policy or procedure any matters relating to the company. The restrictions on disclosure in this Agreement and Release do not apply where disclosure is compelled by law. Employee acknowledges that notwithstanding the foregoing, nothing in this Agreement and Release or any other agreement that Employee may have with Papa John's restricts or prohibits Employee from initiating communications directly with, responding to any inquiries from, providing testimony before, providing confidential and proprietary information to, reporting possible violations of law, rule or regulation to, or from filing a claim or assisting with an investigation directly with a self-regulatory authority or a government agency or entity, or from making other disclosures that are protected under the whistleblower provisions of state or federal law or regulation, and Employee does not need to notify Papa John's that Employee has engaged in such conduct. Pursuant to 18 USC § 1833(b), Employee acknowledges and agrees that an individual may not be held liable under any criminal or civil federal or state trade secret law for disclosure of a trade secret: (i) made in confidence to a government official, either directly or indirectly, or to an attorney, solely for the purpose of

reporting or investigating a suspected violation of law or (ii) in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal. Additionally, Employee understands that an individual suing an employer for retaliation based on the reporting of a suspected violation of law may disclose a trade secret to his or her attorney and use the trade secret information in the court proceeding, so long as any document containing the trade secret is filed under seal and the individual does not disclose the trade secret except pursuant to court order. Nothing in this Agreement and Release is intended to conflict with 18 USC § 1833(b) or create liability for disclosures of trade secrets that are expressly allowed by 18 USC § 1833(b). Notwithstanding the foregoing, Employee agrees to waive her right to recover monetary damages in any charge, complaint, or lawsuit filed by her or by anyone else on her behalf against the Released Parties.

9. Employee acknowledges that, during the course of her employment, she was exposed to information confidential and proprietary to Papa John's. Employee agrees that, unless otherwise required by law, she will not disclose to any third party any information that is confidential or proprietary to Papa John's, and that she has returned to Papa John's all documents containing any confidential or proprietary information relating to Papa John's, including all electronic files and any other mediums whatsoever. In the event Employee is notified she may be required by law to disclose any such information to a third party, Employee agrees to contact Papa John's Legal Department at least three (3) business days prior to the date of the proposed disclosure so that Papa John's may take any steps it deems necessary to evaluate and protect against such disclosure.

10. Employee agrees to abide by the terms of any and all agreements and obligations to Papa John's, including but not limited to any offer letter, Code of Ethics provision, policy, the Arbitration Agreement, the Confidentiality and Non-Competition Agreement, and/or

Confidentiality, Non-Disparagement and Dispute Resolution agreement, all the terms of which are reiterated and incorporated by reference herein.

11. Employee further warrants that she shall return any and all property of Papa John's, including but not limited to any computer and accessories, cell phone and accessories, pager, key card, office keys, corporate credit card, and telephone credit card to her supervisor no later than one month from the execution of this Agreement. Employee also warrants that, within one (1) month of the Separation Date, she will submit or has submitted, any outstanding expense reports to her supervisor for reimbursement. Papa John's and Employee agree that Papa John's may deduct any outstanding advances or other amounts owed to Papa John's from the amounts referenced in Paragraph 3 of this Agreement and Release.

12. Employee agrees to cooperate fully with Papa John's in all its business dealings and make herself available to Papa John's for participation in all business and/or legal proceedings, as needed by Papa John's. Employee agrees she will not voluntarily participate or testify in any proceeding adverse to Papa John's, except to the extent required by law. Employee agrees she will notify Papa John's within three (3) business days by contacting Papa John's Legal Department upon receipt of any subpoena compelling her testimony in any action involving Papa John's.

13. Employee further agrees not to disparage or make derogatory comments about Papa John's, its successors, agents, representatives, employees, officers, directors, trustees, shareholders, insurers, and any affiliated corporations or entities, and/or other officers or employees of Papa John's at any time after her employment with Papa John's ceases. This Agreement and Release shall not prevent Employee from making truthful statements should she be required by law to do so.

14. Employee will be eligible for future employment with Papa John's; however, should Employee apply for employment, Papa John's shall have no obligation to re-employ her.

15. Papa John's and its representatives, hereby agree not to publish, discuss or release any information to any person concerning Employee's employment by Papa John's or the termination of her employment, except as required by law, and except that upon request for employment information, Papa John's will verify Employee's employment dates and position held. Employee agrees that from and after the date of the receipt of this Agreement and Release, Employee will not, directly or indirectly, provide to any person or entity any information concerning or relating to its terms and conditions, except: (i) to the extent specifically required by law or legal process or as authorized in writing by Papa John's; (ii) to Employee's tax advisors as may be necessary for the preparation of tax returns or other reports required by law; (iii) to Employee's attorneys as may be necessary to secure advice concerning this Agreement and Release; or (iv) to members of Employee's immediate family. Employee agrees that prior to disclosing such information under parts (ii), (iii), or (iv), Employee will inform the recipients that they are bound by the limitations of this section. Subsequent disclosure by any such recipients will be deemed to be a disclosure by Employee in breach of this Agreement and Release.

16. Employee first received this Agreement on December 14, 2020. The Parties declare each has carefully read this Agreement and Release. Employee was informed and understands that she had at least 21 days from receipt of this Agreement and Release to sign it ("Consideration Period") and that she has the right to and should consult with an attorney prior to executing this Agreement and Release. The Parties agree that no material changes have been made to this Agreement since Employee first received it.

17. It is understood and agreed this Agreement and Release does not and shall not constitute an admission by Papa John's of any violation of any law or right of Employee.

18. THIS AGREEMENT AND RELEASE AND THE DOCUMENTS REFERENCED HEREIN CONSTITUTE THE ENTIRE UNDERSTANDING AND

AGREEMENT BETWEEN THE PARTIES AS TO THE SUBJECT MATTER HEREOF AND THE TERMS OF THIS AGREEMENT AND RELEASE MAY NOT BE WAIVED, MODIFIED OR SUPPLEMENTED EXCEPT IN WRITING BY ALL PARTIES HERETO. THE PARTIES FURTHER ACKNOWLEDGE THAT THIS AGREEMENT AND RELEASE MAY BE REVOKED WITHIN SEVEN (7) DAYS FROM THE EXECUTION HEREOF AND THAT THE AGREEMENT AND RELEASE SHALL NOT BECOME EFFECTIVE OR ENFORCEABLE UNTIL AFTER THIS SEVEN (7) DAY REVOCATION PERIOD HAS ENDED. EMPLOYEE AGREES THAT ANY REVOCATION SHALL BE SUBMITTED TO PAPA JOHN'S IN WRITING TO THE ATTENTION OF PAPA JOHN'S LEGAL DEPARTMENT BY NO LATER THAN 12:01 A.M. ON THE EIGHTH (8TH) CALENDAR DAY AFTER THE DATE BY WHICH EMPLOYEE HAS SIGNED THIS AGREEMENT AND RELEASE (THE "REVOCATION DEADLINE"). EMPLOYEE UNDERSTANDS AND AGREES THAT THIS AGREEMENT AND RELEASE SHALL BE NULL AND VOID AND HAVE NO LEGAL OR BINDING EFFECT WHATSOEVER IF EMPLOYEE SIGNS BUT THEN TIMELY REVOKES THE AGREEMENT AND RELEASE BEFORE THE REVOCATION DEADLINE AND EMPLOYEE WILL NOT BE ENTITLED TO THE BENEFITS SET FORTH IN PARAGRAPH 3.

19. With respect to the release in Paragraph 5 of this Agreement and Release, Employee agrees and understands that by signing this Agreement and Release, Employee is specifically releasing all claims under the Age Discrimination in Employment Act, as amended, 29 U.S.C. Section 621 et seq.

20. No waiver of a Party's rights will be effective unless such waiver is in writing signed by the waiving Party.

21. The Parties have not relied on any representations, promises, or agreements of any kind made to them in connection with this Agreement and Release, except for those set forth in this Agreement and Release.

22. Should this Agreement and Release be held invalid or unenforceable (*in whole or in part*) with respect to any particular claims or circumstances, it shall remain fully valid and enforceable as to all other claims and circumstances.

23. This Agreement and Release shall be construed in accordance with the laws of the Commonwealth of Kentucky.

24. This Agreement and Release shall not be valid unless signed by both Parties. This Agreement and Release may be executed in counterparts, each of which shall be deemed to be an original and all of which together shall constitute the Agreement and Release. The Parties agree that this Agreement and Release shall be binding upon and inure to the benefit of Employee's assigns, heirs, executors and administrators as well as Papa John's, its parent, subsidiaries and affiliates and each of its and their respective officers, directors, employees, agents, predecessors, successors, purchasers, assigns, and representatives.

25. This Agreement and Release shall be deemed null and void if Employee fails to sign and return this Agreement and Release by 11:59 pm on February 5, 2021.

[signature] 1/27/2021

*Signature of Employee* *Date*

Keeta Fox

*Name Printed*

Papa John's USA, Inc.

____________________ ____________________

*Papa John's Representative* *Date*

*Papa John's Representative Name Printed* *Title*

**From:**Debbie Quillin <Debra_Quillin@papajohns.com>
**Sent:**Thu, 4 Mar 2021 13:03:04 +0000
**To:**Castagno Iii, Vincent
**Subject:**RE: KEETA FOX / LFG LTD
**Attachments:**signed severance agreement 01272021.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Vincent,

I apologize for the delay in getting this to you. Please find attached Keeta's signed severance agreement. Please let me know if you need anything else.

Thanks,

DEBBIE QUILLIN
Benefits Administrator

**Office:** 502.261.4011
**Fax:** 502.261.4326
**Email:** debbie_quillin@papajohns.com
**Web:** www.papajohns.com
**Address:** 2002 Papa John's Blvd, Louisville, KY 40299

**From:** Castagno Iii, Vincent <Vincent.CastagnoIii@lfg.com>
**Sent:** Wednesday, February 24, 2021 12:12 PM
**To:** Debbie Quillin <Debra_Quillin@papajohns.com>
**Subject:** KEETA FOX / LFG LTD

Good afternoon Debbie,

Lincoln Financial is in the process of calculating Mr. Fox's initial Long Term Disability benefit but, prior to disbursement we require some additional information.

We have information which states that Mrs. Fox's was provided a severance payment. If you could please provide a copy of the signed severance agreement with Mrs. Fox in order for us to determine if the funds received by Mrs. Fox are considered "other income" under the Long Term Disability policy.

Thank you for your assistance, Vince



Vince Castagno
LTD Technical Specialist II
Lincoln Financial Group
P.O. Box 2578
Omaha NE. 68108-9688

888-437-7611 Office
10328 Extension

disabilitydocuments@lfg.com

Follow us on:




This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 X 10328 and permanently delete the original and any copy of any e-mail and any printout thereof.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---------- This communication is intended only for the use of the individual or entity named as the addressee. It may contain information that is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via email and delete this communication and its attachments without making any copies. Thank you for your cooperation.----------

**From:**Castagno Iii, Vincent
**Sent:**Fri, 26 Feb 2021 12:09:12 +0000
**To:**'Keeta Fox'
**Subject:**RE: Lincoln Financial

Good morning Mrs. Fox.

I have made the referral to our Social Security Disability assistance group. They are on a two to three business day turn around time but, typically call individuals back in one business day. So you may be contacted today based on the timing of this email.

Please bear with them during the initial conversation as I do not have an authorization to forward them the specifics of your claim. The referral I completed only provided them with your contact information, so you may be asked questions for which you would thought I provided information on.

I have attached their general contact information:

Doherty Cella Keane & Associates
100 Cummings Center suite 335-n
Beverly, MA. 01915
978-922-0411
800-211-4736

Thank you, Vince



Vince Castagno
LTD Technical Specialist II
Lincoln Financial Group
P.O. Box 2578
Omaha NE. 68108-9688

888-437-7611 Office
10328 Extension

disabilitydocuments@lfg.com

Follow us on:




This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 X 10328 and permanently delete the original and any copy of any e-mail and any printout thereof.

---

**From:** Keeta Fox <
**Sent:** Thursday, February 25, 2021 5:08 PM

**To:** Castagno Iii, Vincent <Vincent.CastagnoIii@lfg.com>
**Subject:** Re: Lincoln Financial

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Thanks Vince
I talk to my husband and I definitely want to use your law firm to help with the Social Security disability application process if you could start that referral for me that would be greatly appreciated thanks again so

Sent from my iPhone

On Feb 25, 2021, at 2:59 PM, Castagno Iii, Vincent <Vincent.CastagnoIii@lfg.com> wrote:

Good afternoon Mrs. Fox,

Please find my work email above and my direct contact information below.

It was nice to speak with you today.

Vince

| | | | |
|---|---|---|---|
| <image001.png> | **Vince Castagno**<br>LTD Technical Specialist II<br>Lincoln Financial Group<br>P.O. Box 2578<br>Omaha NE. 68108-9688 | 888-437-7611 Office<br>10328 Extension<br><br>disabilitydocuments@lfg.com | **Follow us on:**<br><br><image002.png><br><image003.png><br><image004.png><br><image005.png><br><image006.png> |

<image007.jpg>

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 X 10328 and permanently delete the original and any copy of any e-mail and any printout thereof.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (888) 437-7611 x10328
Fax No.: (603) 334-4198

## Social Security Assistance Program Vendor Referral

Vendor: Doherty and Associates

Claim #: 10310112
Employer Name: PAPA JOHN'S INTERNATIONAL, I NC
Claimant Name: KEETA FOX
Claimant SSN:
Claimant Address:
Claimant DOB:
Claimant DOD: 2/3/2020
Claimant Tel. #:
City:
Marital Status: U
State:
Diagnosis: Oth symptoms and signs w cognitive functions and awareness

Spouse DOB:
Funding: FI: YES ASO: NO
Number of Children < 19:
SS Offset: Primary: NO Family: NO

Level Of Last SS Denial: None
Claim Status: AP
Date of Last Denial:

Documentation Submitted:

Job Description: NO
Voc/Rehab Review: NO
TE&E: NO
Copies of SS decisions: NO
Medical Evidence (hospital records, narratives, IME's, test results, etc.): NO

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Instructions/Comments for Vendor:

The claimant has requested assistance with the ssd app process

Services Requested By: Vincent D. Castagno
Date: Friday, February 26, 2021

| Company | Name | Employee ID | Social Security Number | Job Title | Home Store or Dept ID | Store or Dept Description | Week Ending Paid | Salaried Regular Earnings | Hourly Regular Hours | Hourly Pay Rate | Hourly Regular Earnings | Overtime Hours | Overtime Earnings | Gross Pay Tips Not Included In Gross | Reported Tips | Gross Pay Tips Included In Gross | Net Pay | Shift/ Premium Pay Amounts | Paid Time Off Hours | Paid Time Off Earnings | Bonus Amounts | Other Misc Hours | Other Misc Pay | Other Misc pay description | Date of Paycheck |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 2/9/2020 | 5177.34 | | | | | | 5177.34 | | 5177.34 | 2754.23 | | | | | | | | 2/14/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 2/16/2020 | 1035.47 | | | | | | 1358.12 | | 1358.12 | 790.66 | | | | | | | | 2/21/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 2/16/2020 | | | | | | | | | | | | | | | | 322.65 | Qtrly Restricted Stock Div | 2/21/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 2/23/2020 | | | | | | | 38009.93 | | 38009.93 | 21958.32 | | | | 38009.93 | | | | 2/28/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 2/26/2020 | | | | | | | 10990.08 | | 10990.08 | | | | | | | 10990.08 | Stock Gain | 2/23/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 3/4/2020 | | | | | | | 16476.46 | | 16476.46 | | | | | | | 16476.46 | Stock Gain | 2/28/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 3/4/2020 | | | | | | | 11982.88 | | 11982.88 | | | | | | | 11982.88 | Stock Gain | 3/1/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 3/8/2020 | | | | | | | | | | | | | | | | | | 3/13/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 4/5/2020 | | | | | | | | | | | | | | | | | | 4/10/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 4/12/2020 | | | | | | | 155.48 | | 155.48 | 87.56 | | | | | | | | 4/17/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 5/10/2020 | | | | | | | | | | | | | | | | | | 5/15/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 5/10/2020 | | | | | | | 120629.54 | | 120629.54 | | | | | | | 120629.54 | Stock Gain | 5/8/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 5/17/2020 | | | | | | | 445.28 | | 445.28 | 185.19 | | | | | | 445.28 | Qtrly Restricted Stock Div | 5/22/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 5/17/2020 | | | | | | | 59815.14 | | 59815.14 | | | | | | | 59815.14 | Stock Gain | 5/11/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 5/24/2020 | 15532.02 | | | | | | 15532.02 | | 15532.02 | 9061.69 | | | | | | | | 5/29/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 6/7/2020 | 5177.34 | | | | | | 5177.34 | | 5177.34 | 3018.16 | | | | | | | | 6/12/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 6/14/2020 | 5177.34 | | | | | | 5177.34 | | 5177.34 | 3018.15 | | | | | | | | 6/19/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 7/12/2020 | | | | | | | | | | | | | | | | | | 7/17/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 8/9/2020 | | | | | | | | | | | | | | | | | | 8/14/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 8/16/2020 | | 08/10-08/16/20 | | | | | 445.28 | | 445.28 | 300.35 | | | | | | 445.28 | Qtrly Restricted Stock Div | 8/21/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 11/15/2020 | | 11/09-11/15/20 | | | | | 445.28 | | 445.28 | 131.79 | | | | | | 445.28 | Qtrly Restricted Stock Div | 11/20/2020 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 | Admin/Corporate Fin | 2/7/2021 | | 02/01-02/07/21 | | | | | 8801.49 | | 8801.49 | 5470.14 | | | 3624.15 | | | 5177.34 | Severance Pay | 2/12/2021 |

**From:**Sharon Kremer <Sharon_Kremer@papajohns.com>
**Sent:**Fri, 12 Feb 2021 21:02:43 +0000
**To:**Brooks, Tabitha
**Subject:**RE: LTD Appeal: CLAIM 10310112 KEETA FOX
**Attachments:**Wage Statement_2.11.21.xlsx

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Tabitha:

I apologize for the delay. I've attached a wage statement for Keeta in response to your request in item #1. Regarding item #2, Keeta did not accept this role and terminated her employment for reason of her disability on January 29, 2021.

Please let me know if you need anything else.

SHARON KREMER
Director of Benefits

**Office:** 502.261.4614
**Mobile:** 502.594.2885
**Email:** sharon_kremer@papajohns.com

**Web:** www.papajohns.com
**Address:** 2002 Papa John's Blvd, Louisville, KY 40299

---

**From:** Brooks, Tabitha <Tabitha.Brooks@lfg.com>
**Sent:** Friday, February 12, 2021 11:48 AM
**To:** Sharon Kremer <Sharon_Kremer@papajohns.com>
**Subject:** FW: LTD Appeal: CLAIM 10310112 KEETA FOX
**Importance:** High

Good morning,

I am following up to the below email. If you could please respond at your earliest convenience as we are waiting on this to proceed with the determination. Please let me know if you have any questions.

Thank you.

**Tabitha Brooks**
LTD Technical Specialist II

(877) 353-6404 ext 18183 Office

---

**From:** Brooks, Tabitha
**Sent:** Wednesday, February 10, 2021 2:58 PM
**To:** sharon_kremer@papajohns.com
**Subject:** LTD Appeal: CLAIM 10310112 KEETA FOX

Good afternoon,

We are in the final stages of rendering an appeal decision for Keeta and had some follow up questions. Please respond to the below questions. If you also have any additional questions or concerns, please don't hesitate to ask me.

1. Did Keeta receive her salary or any form of income from Papa Johns during February 4, 2020 through the present date? Is so, please provide copies of pay stubs so we can be sure to correctly calculate any offsets that may be involved.

2. Please advise of the decision made regarding the consulting role offered to Keeta that we discussed together a few weeks ago. If she accepted this role, we would need a copy of her salary amount and hours she is scheduled to work and the duration of this role. Again, this information is needed to determine appropriate payment calculations.

Thank you so much for your assistance.

**Tabitha Brooks**
LTD Technical Specialist II

**Lincoln Financial Group**
LincolnFinancial.com

(877) 353-6404 ext
18183 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---------- This communication is intended only for the use of the individual or entity named as the addressee. It may contain information that is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via email and delete this communication and its attachments without making any copies. Thank you for your cooperation.----------

| Company | Name | Employee ID | Social Security Number | Job Title | Home Store or Dept ID |
|---|---|---|---|---|---|
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |
| Papa John's USA, Inc. | Fox,Keeta R | 102136 | | SVP & Corporate Controller | 300109 |

| Store or Dept Description | Week Ending Paid | Salaried Regular Earnings | Hourly Regular Hours | Hourly Pay Rate | Hourly Regular Earnings | Overtime Hours | Overtime Earnings |
|---|---|---|---|---|---|---|---|
| Admin/Corporate Fin | 2/9/2020 | 5177.34 | | | | | |
| Admin/Corporate Fin | 2/16/2020 | 1035.47 | | | | | |
| Admin/Corporate Fin | 2/16/2020 | | | | | | |
| Admin/Corporate Fin | 2/23/2020 | | | | | | |
| Admin/Corporate Fin | 2/26/2020 | | | | | | |
| Admin/Corporate Fin | 3/4/2020 | | | | | | |
| Admin/Corporate Fin | 3/4/2020 | | | | | | |
| Admin/Corporate Fin | 3/8/2020 | | | | | | |
| Admin/Corporate Fin | 4/5/2020 | | | | | | |
| Admin/Corporate Fin | 4/12/2020 | | | | | | |
| Admin/Corporate Fin | 5/10/2020 | | | | | | |
| Admin/Corporate Fin | 5/10/2020 | | | | | | |
| Admin/Corporate Fin | 5/17/2020 | | | | | | |
| Admin/Corporate Fin | 5/17/2020 | | | | | | |
| Admin/Corporate Fin | 5/24/2020 | 15532.02 | | | | | |
| Admin/Corporate Fin | 6/7/2020 | 5177.34 | | | | | |
| Admin/Corporate Fin | 6/14/2020 | 5177.34 | | | | | |
| Admin/Corporate Fin | 7/12/2020 | | | | | | |
| Admin/Corporate Fin | 8/9/2020 | | | | | | |
| Admin/Corporate Fin | 8/16/2020 | | | | | | |
| Admin/Corporate Fin | 11/15/2020 | | | | | | |
| Admin/Corporate Fin | 2/7/2021 | | | | | | |

| Gross Pay Tips Not Included In Gross | Reported Tips | Gross Pay Tips Included In Gross | Net Pay | Shift/ Premium Pay Amounts | Paid Time Off Hours | Paid Time Off Earnings | Bonus Amounts | Other Misc Hours |
|---|---|---|---|---|---|---|---|---|
| 5177.34 | | 5177.34 | 2754.23 | | | | | |
| 1358.12 | | 1358.12 | 790.66 | | | | | |
| | | | | | | | | |
| 38009.93 | | 38009.93 | 21958.32 | | | | 38009.93 | |
| 10990.08 | | 10990.08 | | | | | | |
| 16476.46 | | 16476.46 | | | | | | |
| 11982.88 | | 11982.88 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 155.48 | | 155.48 | 87.56 | | | | | |
| | | | | | | | | |
| 120629.54 | | 120629.54 | | | | | | |
| 445.28 | | 445.28 | 185.19 | | | | | |
| 59815.14 | | 59815.14 | | | | | | |
| 15532.02 | | 15532.02 | 9061.69 | | | | | |
| 5177.34 | | 5177.34 | 3018.16 | | | | | |
| 5177.34 | | 5177.34 | 3018.15 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 445.28 | | 445.28 | 300.35 | | | | | |
| 445.28 | | 445.28 | 131.79 | | | | | |
| 8801.49 | | 8801.49 | 5470.14 | | | 3624.15 | | |

| Other Misc Pay | Other Misc pay description | Date of Paycheck |
|---|---|---|
| | | 2/14/2020 |
| | | 2/21/2020 |
| 322.65 | Qtrly Restricted Stock Div | 2/21/2020 |
| | | 2/28/2020 |
| 10990.08 | Stock Gain | 2/23/2020 |
| 16476.46 | Stock Gain | 2/28/2020 |
| 11982.88 | Stock Gain | 3/1/2020 |
| | | 3/13/2020 |
| | | 4/10/2020 |
| | | 4/17/2020 |
| | | 5/15/2020 |
| 120629.54 | Stock Gain | 5/8/2020 |
| 445.28 | Qtrly Restricted Stock Div | 5/22/2020 |
| 59815.14 | Stock Gain | 5/11/2020 |
| | | 5/29/2020 |
| | | 6/12/2020 |
| | | 6/19/2020 |
| | | 7/17/2020 |
| | | 8/14/2020 |
| 445.28 | Qtrly Restricted Stock Div | 8/21/2020 |
| 445.28 | Qtrly Restricted Stock Div | 11/20/2020 |
| 5177.34 | Severance Pay | 2/12/2021 |

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

February 17, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

***"Disability" or "Disabled"** means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   ***"Disability" or "Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is February 4, 2020 and your benefits begin on August 4, 2020. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylincolnportal.com on your computer or mobile device.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 556-3278
Secure Fax No.: (603) 334-5174

February 17, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed our review of your request for reconsideration for Long Term Disability (LTD) benefits and have determined that benefits are payable. Any benefits that may be payable will be sent under separate cover.

We will be requesting information periodically to evaluate your continued eligibility for benefits.

For further assistance, please contact Vincent Castagno III at (888) 437-7611 EXT 10328

If you have any questions regarding this matter, please contact me.

Sincerely,

Tabitha Brooks
Appeal Review Consultant
Phone No.: (844) 556-3278 Ext. 18183
Secure Fax No.: (603) 334-5174

**From:**Brooks, Tabitha
**Sent:**Fri, 12 Feb 2021 16:47:30 +0000
**To:**'sharon_kremer@papajohns.com'
**Subject:**FW: LTD Appeal: CLAIM 10310112 KEETA FOX
**amhorts nce:**High

Good morning,

I am following up to the below email. If you could please respond at your earliest convenience as we are waiting on this to proceed with the determination. Please let me know if you have any questions.

Thank you.

**Ts bltps i rooBk**
LTD Technical Specialist II

(877) 353-6404 ext 18183 Office

---

**From:** Brooks, Tabitha
**Sent:** Wednesday, February 10, 2021 2:58 PM
**To:** sharon_kremer@papajohns.com
**Subject:** LTD Appeal: CLAIM 10310112 KEETA FOX

Good afternoon,

We are in the final stages of rendering an appeal decision for Keeta and had some follow up questions. Please respond to the below questions. If you also have any additional questions or concerns, please don't hesitate to ask me.

1. Did Keeta receive her salary or any form of income from Papa Johns during February 4, 2020 through the present date? Is so, please provide copies of pay stubs so we can be sure to correctly calculate any offsets that may be involved.

2. Please advise of the decision made regarding the consulting role offered to Keeta that we discussed together a few weeks ago. If she accepted this role, we would need a copy of her salary amount and hours she is scheduled to work and the duration of this role. Again, this information is needed to determine appropriate payment calculations.

Thank you so much for your assistance.

**Tsbltps i rooBk**
LTD Technical Specialist II

**LIncoln FInsnclsl Grouh**
LincolnFinancial.com

(877) 353-6404 ext 18183
Office

**From:**Brooks, Tabitha
**Sent:**Wed, 10 Feb 2021 19:57:28 +0000
**To:**'sharon_kremer@papajohns.com'
**Subject:**LTD Appeal: CLAIM 10310112 KEETA FOX

Good afternoon,

We are in the final stages of rendering an appeal decision for Keeta and had some follow up questions. Please respond to the below questions. If you also have any additional questions or concerns, please don't hesitate to ask me.

1. Did Keeta receive her salary or any form of income from Papa Johns during February 4, 2020 through the present date? Is so, please provide copies of pay stubs so we can be sure to correctly calculate any offsets that may be involved.

2. Please advise of the decision made regarding the consulting role offered to Keeta that we discussed together a few weeks ago. If she accepted this role, we would need a copy of her salary amount and hours she is scheduled to work and the duration of this role. Again, this information is needed to determine appropriate payment calculations.

Thank you so much for your assistance.

**Tabitha Brooks**
LTD Technical Specialist II

**Lincoln Financial Group**
LincolnFinancial.com

(877) 353-6404 ext 18183
Office

**Oluyemisi Awobokun, M.D.**
**Board Certification Internal Medicine and Rheumatology**

**CLAIMANT NAME: Keeta Fox**
**ECN #: 166473-2**
**CLAIM #: 10310112**
**DATE OF LOSS: 02/04/2020**
**DATE OF REVIEW: 02/08/2021**
**CASE TYPE: Long-Term Disability**

**AP CONTACT:**

Dr Potts informed me that Ms. Fox was not formally diagnosed with a rheumatic disorder until the last quarter of the year 2020 after having visited multiple physicians including at least two visits to Mayo Clinic. He confirmed that she was formally diagnosed with Sjögren's syndrome and that she was gradually improving on immunosuppressive therapy. He also mentioned that she did have the complication of needing emergency bowel surgery in mid-November last year and that her surgeon did not want her to work for at least six weeks afterwards. The surgeons thought her bowel issues had most likely started several months prior and culminated in the medical condition which ultimately lead to her surgery. When I asked him if he thought she would require indefinite long-term disability he said he did not think so but that she was not able to work full time yet. He indicated that he had firsthand knowledge of her work ethic and that she was a hard worker who had diligently done her job for several months before she fell sick. He did not think she was a malingerer and that she was eager to return to work whenever she felt better and could safely do her job.

In this reviewer's opinion, considering the entire clinical picture, the provided documentation and peer conversation would support a level of impairment that would translate into restrictions and limitations from August 2020 to ongoing from a rheumatological standpoint. The claimant had a long and complicated medical history positive for multiple gastrointestinal disorders. It was stated that the claimant had a history of Lyme disease, IBS, and gastroparesis and had been utilizing holistic medications and supplements. She also had been exposed to ongoing mold issues. On 10/15/2020, the claimant was seen by a rheumatologist and was found to meet the criteria for Sjogren's syndrome. It was stated that they discussed possible trials of medications for ongoing redness present in the claimant's hands and she was advised to discuss possible IVIG with neurology. The treating provider indicated in a peer discussion that she was improving gradually on immunosuppressive therapy. Given the new diagnosis of Sjogren's syndrome and ongoing symptoms, it would be reasonable that the claimant would need total work restriction to allow for ongoing medical management and adjustment, as well as rest in order to safely return to work. Therefore, total work restriction would be indicated from August 2020 to ongoing and would be reasonable until 03/15/2021 to allow to re-evaluation.



Oluyemisi Awobokun, M.D.
Board Certified Internal Medicine
Board Certified Rheumatology
License: MD.36446 AL
License: M2252 TX
License: MD60732577 WA

**From:**Hollis, Tanasha <Tanasha.Hollis@genexservices.com>
**Sent:**Mon, 8 Feb 2021 22:24:59 +0000
**To:**VendorReferrals
**Subject:**K. Fox CL 10310112
**Attachments:**Addendum.pdf, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Attached please find the Addendum and Invoice for the above referenced claimant. Please advise if we can further assist you with this file.

Thanks for the referral,

**Tanasha Hollis**
*MetLife Quality Assurance Specialist*
Exam Coordinators Network, a division of Genex Services
**T**: 561-948-6272
**F**: 561-886-6562

****Please note my new email address: tanasha.hollis@genexservices.com***

**Access our portal at: View My Cases**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by

law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 101274** **Date** **2/8/2021**

***Bill To:***

**Tabitha Brooks**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

| | |
|---|---|
| **Claim #** | 10310112 |
| **Date of Loss:** | 2/4/2020 |
| **ECN #** | 166473-2 |
| **Account #** | |

**Claimant** Keeta Fox

| | | |
|---|---|---|
| 2/3/2021 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Oluyemisi O Awobokun, MD<br>Specialty: Rheumatology | $200.00 |
| | **SubTotal** | $200.00 |
| | **Final Invoice Total** | $200.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Terms: Net 30 days
Tax Id #: 95-3327434

**From:**Brooks, Tabitha
**Sent:**Mon, 1 Feb 2021 13:48:32 +0000
**To:**Brooks, Tabitha
**Subject:**FW: ECN Peer Review - 10310112 - K. Fox
**Importance:**High

**Tabitha Brooks**
LTD Technical Specialist II

(877) 353-6404 ext 18183 Office

---

**From:** Brooks, Tabitha
**Sent:** Monday, February 1, 2021 8:46 AM
**To:** 'Ropke, Anna' <Anna.Ropke@genexservices.com>
**Subject:** RE: ECN Peer Review - #10310112 - K. Fox
**Importance:** High

Good morning,

We received correspondence from the treating provider, Dr. Potts, regarding the inability to connect to discuss the claimant's condition. Because of the sensitive nature of this condition, could you please call Dr. Potts office and schedule a time that works for both parties to discuss this claim at the reviewer's earliest opportunity? Once done, please submit an addendum to review completed January 21, 2021 by Dr. Awobokun. Please let me know if you have any questions.

Thank you.

**Tabitha Brooks**
LTD Technical Specialist II

(877) 353-6404 ext 18183 Office

---

**From:** Brooks, Tabitha
**Sent:** Tuesday, January 12, 2021 12:45 PM
**To:** 'Ropke, Anna' <Anna.Ropke@genexservices.com>
**Subject:** RE: ECN Peer Review - #10310112 - K. Fox

Good afternoon,

My apologies. The provider to contact would be Dr. Gregory Potts at 502 452-9567. Please let me know if you have any other questions.

Thank you.

**Tabitha Brooks**
LTD Technical Specialist II

(877) 353-6404 ext 18183 Office

---

**From:** Ropke, Anna <Anna.Ropke@genexservices.com>
**Sent:** Tuesday, January 12, 2021 12:37 PM
**To:** Brooks, Tabitha <Tabitha.Brooks@lfg.com>
**Subject:** ECN Peer Review - #10310112 - K. Fox
**Importance:** High

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good afternoon,

I would quickly like to confirm if the provider listed on the referral, Dr. Thomas Osborn, at (507) 284-2511, is the correct physician for the reviewer to contact?

Please advise at your earliest convenience. Thank you!

**Anna Ropke**
*Services Coordinator*
Exam Coordinators Network, a division of Genex Services
**T**: 877-463-9463
**F**: 561-392-5881

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers'

compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

**From:**Keeta Fox <
**Sent:**Tue, 26 Jan 2021 10:53:16 -0500
**To:**Brooks, Tabitha;GJP
**Subject:**Lincoln Appeal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Tabitha

Thanks for the letter. We definitely need to discuss further including the following items
There are diagnosis missing from this I documented them in the summary letter I sent you and sent related proof from Mayo of the diagnosies. They include orthostatic intolerance, chroinc fatigue syndrome, fibromyalgia and chronic sensitiziation .
My rheumatologist (Dr Stephen Stern) is also writing a letter to Papa John's today saying I could not work for the last 12 months. I will send a copy when I get it. Your doc should talk to my rheumatologist

Also my GP ( Dr Greg Potts) who supports my disability tried to call the doctor multiple times and could never get them. How can this be finalized without talking to my primary care physician who knows how sick I have been?

Most importantly I was precluded from working by my surgeon Dr Anthony George) after the cecum volvulus surgery for 6 weeks. He also documented this was a chronic condition creating several symptoms. I am not sure how you can deny disability when I literally was not allowed to work by my surgeon. Your doc should talk to my surgeon as well.

Feel free to call me today to discuss further; I think if open lines of communication happen your doctor will understand the nature of my illnesses and related debilitating symptoms better.

Thanks in advance

Keeta Fox

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, January 25, 2021 8:29:27 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | 7pnlwzobwnjijhetdgrs_9797616.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 556-3278
Secure Fax No.: (603) 334-5174

January 25, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Papa John's International, Inc s Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the peer review, which is new or additional evidence in connection with your appeal. You may review the peer review, and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or February 14, 2021, we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by February 14, 2021 (21 days from the date of this letter), we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln s control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe

is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tabitha Brooks
Appeal Review Consultant
Phone No.: (844) 556-3278 Ext. 18183
Secure Fax No.: (603) 334-5174

Attachments: 10310112-MEDICAL-CP/PEER REVIEW-01.21.2021

**Oluyemisi Awobokun, M.D.**
**Board Certification Internal Medicine and Rheumatology**

**CLAIMANT NAME: Keeta Fox**
**ECN #: 166473-1**
**CLAIM #: 10310112**
**DATE OF LOSS: 02/04/2020**
**DATE OF REVIEW: 01/22/2021**
**CASE TYPE: Long-Term Disability**

**DIAGNOSIS:** Oth symptoms and signs w cognitive functions and

**MEDICAL RECORDS REVIEWED:**

1. 01/01/2020, Job Description, Papa John's
2. 09/29/2020, Occupational Analysis, Lincoln Financial Group
3. 07/24/2020, Claim Information, Lincoln Financial Group
4. 07/27/2020, Claim Information, Lincoln Financial Group
5. 07/29/2020, Claim Information, Lincoln Financial Group
6. 08/04/2020, Claim Information, Lincoln Financial Group
7. 08/26/2020, Claim Information, Lincoln Financial Group
8. 09/13/2020, ICP Memo, Paul Stander, MD
9. 10/05/2020, Appeal Referral, Lincoln Financial Group
10. 08/07/2020, Signed Medical Authorization, Keeta Fox
11. 08/26/2020, Signed Medical Authorization, Keeta Fox
12. 08/07/2020, Questionnaire, Keeta Fox
13. 08/10/2020, Questionnaire, Keeta Fox
14. 08/11/2020, Claimant Information Sheet, Keeta Fox
15. 12/07/2020, Appeal Letter, Keeta Fox
16. 01/22/2020, MRI Lumbar Spine, Elizabeth Dubose, MD
17. 01/28/2020, CT Chest, Abdomen, Pelvis, Andre Thebert, MD
18. 01/30/2020, MRI Brain, Elizabeth Dubose, MD
19. 11/13/2020, CT Abdomen and Pelvis, Anshu Shukla, MD
20. 01/08/2020, Lab Results, MyQuest
21. 01/16/2020, Progress Note, Michael Krease, DO
22. 01/20/2020, Lab Results, Illegible Signature
23. 02/05/2020, Medical History, Keeta Fox
24. 02/05/2020, SIBO Test Results, Michael Krease, DO
25. 02/06/2020, Lab Results, Johanna Harris, APRN
26. 02/06/2020, Neurology Consultation, Johanna Harris, APRN
27. 02/10/2020, Lab Results, Johanna Harris, APRN
28. 02/11/2020, Lab Results, Johanna Harris, APRN
29. 02/12/2020, Electrodiagnostic Studies, Martin Brown, MD
30. 02/19/2020, Progress Note, Michael Krease, DO
31. 02/21/2020, EGD report, Michael Krease, DO
32. 02/21/2020, Pathology Report, David Stapp, MD
33. 02/27/2020, Progress Note, Johanna Harris, APRN
34. 02/27/2020, Order Form, Illegible Signature
35. 02/29/2020, Nerve Fiber Density Report, Johanna Harris, APRN
36. 05/22/2020, Progress Note, Michael Krease, DO
37. 05/27/2020, Progress Note, Melissa Young, MD

38. 05/28/2020, Initial Assessment, Melissa Young, MD
39. 06/01/2020, Encounter Message, Rosalia Szitas, MA
40. 06/02/2020, Order, Melissa Young, MD
41. 06/02/2020, Encounter Message, Melissa Young, MD
42. 06/02/2020, Neurology Evaluation, Johanna Harris, APRN
43. 06/12/2020, Encounter Message, Colleen Allison, MA
44. 06/14/2020, Encounter Message, Rosalia Szitas, MA
45. 06/24/2020, Encounter Message, Rosalia Szitas, MA
46. 06/28/2020, Encounter Message, Melissa Young, MD
47. 06/29/2020, Encounter Message, Melissa Young, MD
48. 07/07/2020, Encounter Message, George Schatz, MD
49. 07/17/2020, Encounter Message, Melissa Young, MD
50. 07/16/2020, Encounter Message, Melissa Young, MD
51. 07/19/2020, Encounter Message, Sarah Ferreira, RD
52. 08/04/2020, Encounter Message, Colleen Allison, MA
53. 08/05/2020, Progress Note, Michael Krease, DO
54. 08/10/2020, Progress Note, Melissa Young, MD
55. 08/11/2020, Visit Summary, Melissa Young, MD
56. 10/15/2020, Progress Note, Thomas Osborn, MD
57. 10/16/2020, Progress Note, Wolfgang Singer, MD
58. 10/26/2020, Progress Note, Christopher Anstine, MD
59. 10/28/2020, Consultation, Jacob Stewart, MD
60. 10/30/2020, Consultation, Karna Sundsted, MD
61. 11/17/2020, Progress Note, Jean Fox, MD
62. 11/24/2020, Progress Note, Greg Potts, MD
63. 11/19/2020, Discharge Summary, Anthony George, MD
64. 11/13/2020, Hospital Documentation, Multiple Authors
65. Undated, Questionnaire, Keeta Fox

**HISTORY:**
The claimant is a 54-year-old female with a date of disability of 02/04/2020. The primary diagnosis was listed to be other symptoms and signs with cognitive functions.

On 08/05/2020, the claimant was evaluated via a telemedicine visit for ongoing abdominal pain, anxiety, arthritis, diverticulosis, and candidiasis of the mouth. It was stated that the claimant had ongoing complaints of gastrointestinal discomfort. She had undergone an EGD on 02/21/2020 which was normal. The claimant complained of belching, bloating, constipation, difficulty swallowing, painful swallowing, and flatulence.

On 08/10/2020, a telemedicine visit was conducted. It was stated that the claimant was currently living in a hotel after her home was mold tested and revealed ongoing mold. It was stated that the claimant was utilizing multiple holistic medications and supplements for her ongoing symptoms. She had been unable to complete a biotoxin profile as she continually dealt with constipation. The treating provider stated that the claimant had been healthy until the previous December and had been seen by pulmonary, cardiology, rheumatology, neurology, and gastroenterology for evaluation. She was also utilizing care of a functional medicine nurse practitioner. It was stated that the symptoms started after finding mold in her home and car which was caused by a pipe leak in her master shower. It was stated that she was working with a company to remediate the issue. The claimant had a history of IBS and gastroparesis. It was also stated that the claimant had a history of Lyme disease and was ANA positive.

On 10/15/2020, the claimant was seen for an evaluation of Sjogren's syndrome. The claimant had a longstanding complicated medical history. It was stated that she had been experiencing redness in her hands

and feet which she would sometimes use cold packs for. She did not have Raynaud's phenomenon, but her hands would turn red at times and the provider stated it sounded like erythromelalgia. She had a past history positive for Lyme's tests but had never been treated for Lyme disease. It was stated that laboratory testing revealed positive findings for Sjogren's syndrome antibody. The claimant did have a longstanding history of dry eyes and mouth with dental caries and she was utilizing eyedrops. Upon examination there were no major physical abnormalities. The provider stated that the claimant met the criteria for Sjogren's syndrome, but the exact nature of her neuropathy was unclear as it did not seem to be a sensory neuropathy. He discussed possible trials of Imuran, CellCept, or rituximab for erythromelalgia. The claimant was advised to discuss possible IVIG with neurology.

On 11/17/2020, a telemedicine visit stated that the claimant had been admitted to the hospital as she had been experiencing severe abdominal pain and was diagnosed with a cecal volvulus. The claimant had undergone an exploratory laparotomy with surgical resection of the cecum.

**RESPONSE TO REFERRAL QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Although not impairing, the primary diagnosis from a rheumatology standpoint would be M35.0 Sjogren's syndrome.

2. **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

K31.84, gastroparesis, K56.2 Volvulus, and A69.20 Lyme disease, unspecified.

3. **Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - AUGUST 2020to - ONGOING, and comment on the expected duration.**

In this reviewer's opinion, considering the entire clinical picture, the provided documentation would not support a level of impairment that would translate into restrictions and limitations from August 2020 to ongoing from a rheumatological standpoint.

a. **If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

In this reviewer's opinion, considering the entire clinical picture, the provided documentation would not support a level of impairment that would translate into restrictions and limitations from August 2020 to ongoing from a rheumatological standpoint. The claimant had a long and complicated medical history positive for multiple gastrointestinal disorders. It was stated that the claimant had a history of Lyme disease, IBS, and gastroparesis and had been utilizing holistic medications and supplements. She also had been exposed to ongoing mold issues. On 10/15/2020, the claimant was seen by a rheumatologist and was found to meet the criteria for Sjogren's syndrome. It was stated that they discussed possible trials of medications for ongoing redness present in the claimant's hands and she was advised to discuss possible IVIG with neurology. However, although the claimant had a multitude of symptoms and had undergone surgical intervention for a cecal volvulus in November 2020, the provided documentation was limited from a rheumatological standpoint to support restrictions and limitations for rheumatology.

4. **Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

In this reviewer's opinion, the treatment provided appeared to be consistent with the standard of care for the level of severity of the condition and there was no indication that the claimant had not been compliant.

5. **Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

In this reviewer's opinion, the provided documentation did not identify any nonmedical circumstances that would interfere with work-related activities.

**AP CONTACT:**

I called the alternate number listed (502-452-9567) on 1/12/2021 at 1:13 pm CST and spoke with Heather who provided an alternate number, 502-240-5900.

I called the alternate number listed (502-240-5900) on 1/12/2021 at 1:17 pm CST and spoke with Anna and left a message for a return call.

My staff received a return call from Dr. Potts on 1/15/2021 at 9:06 am CST and I was unavailable to take the call. A message was left requested a return call to an alternate number, 502-762-4156.

I called the alternate number listed (502-762-4156) on 1/18/2021 at 3:17 pm CST and left a message for a return call on Dr. Potts' voicemail.

Oluyemisi Awobokun, M.D.

Board Certified Internal Medicine

Board Certified Rheumatology

License: MD.36446 AL

License: M2252 TX

License: MD60732577 WA

5

ECN

Corporate Office

Exam Coordinators Network A division of Genex Services, LLC

Claimant Name: Keeta Fox
Claim Number: 10310112
Case Number: 166473-1

"I, Oluyemisi O Awobokun, MD, am a physician duly licensed to practice medicine in the State of AL, TX, WA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Signature of Physician Date 1/22/2021

Medical/Professional License # MD.36446 AL; M2252 TX; MD60732577 WA

MAYO CLINIC

**Name:** Keeta Fox

**DOB:** 11/06/1966 **MRN:** 12608867

# Messages & Letters

Name: Keeta Fox | DOB: 11/6/1966 | MRN: 12-608-867 | PCP:

## Message Center

Nurse Heather
01/06/2021 09:25 AM

RE: Visit Follow-Up Question

Mrs. Fox,

Dr. Anstine reviewed your message and states "Thank you for the message. In addition to Sjogren's the patient likely has symptoms of a post viral syndrome. Many infections including COVID have been associated with a long postviral syndrome likely secondary to central sensitization. New diagnosis of mitochondrial disease after the age of 40 is exceedingly rare. The patient has multiple other conditions that explain current symptomatology. At this time I would not recommend further workup for mitochondrial disease. I would recommend close follow-up with her rheumatologist for medication titrations and trial of alternate therapy if indicated. With central sensitization, chronic fatigue, and fibromyalgia it can take 6 months or more before patients see benefit from treatment."

Thank you for trusting your health care to Consultative Medicine Practice Care Team B at Mayo Clinic.

Best wishes,
Heather, RN
Nursing Support for Consultative Medicine Practice Care Team B

This record has been closed by the organization.

----- Message -----
From:Keeta Fox
Sent:1/2/2021 8:41 AM CST
To:Christopher V. Anstine
Subject:Visit Follow-Up Question

Hi Dr Anstine

Happy New Year. Hope you had good holidays

I am still not feeling very well after taking 100mg of Imuran now.

Any chance given my symptoms I could see Dr Gavrilova to assess mitochondrial disease. My symptoms seem very close to this and very similar to Covid long haulers disease I had a functional practitioner tell me I could have mitochondrial damage from my illness early in the year

Appreciate your consideration

This record has been closed by the organization.

---

Christopher V. Anstine
12/06/2020 07:27 PM

RE: Visit Follow-Up Question

Hello Mrs. Fox,

I am sorry to hear you required emergency surgery. My 10/26 note has been updated to reflect the diagnosis of fibromyalgia. Documentation has also been updated to reflect the change in testing interpretation between Dr. Fox's documentation 10/22 and 11/17.

I hope you have a speedy recovery. Please let me know if you have any other questions or concerns.

Thanks,

Kit Anstine. M.D.

This record has been closed by the organization.

----- Message -----
From:Keeta Fox
Sent:12/2/2020 12:25 PM CST
To:Christopher V. Anstine
Subject:Visit Follow-Up Question

Hi Dr Anstine
3 quick items:
November 13 had emergency surgery for cecum volvulus and will recover for 6 weeks. I Let Dr Fox know as well when I had my telehealth follow up visit. Also in that visit and her related notes say that the anorectal manometRY testing reveals findings consistent with pelvic floor dysfunction. Your notes on 10/26/20 state that I was negative for pelvic floor dysfunction. If you agree with Dr Fox will you change your notes accordingly. I will be sending these notes to my disability company later this week and want to make sure that all the notes are consistent with one another.

Also Dr Sundsted said I do meet the 2016 Rheumatology criteria for fibromyalgia. Should we adjust your notes to match as well?

Thanks much

Thanks much

This record has been closed by the organization.

---

Oldest message loaded from 10/31/2020

MyChart® licensed from Epic Systems Corporation, © 2021.
© 2021 Mayo Foundation for Medical Education and Research. All rights reserved.

**From:**Keeta Fox <
**Sent:**Mon, 18 Jan 2021 14:20:49 -0500
**To:**Brooks, Tabitha
**Subject:**Re: FW: Call with Keeta
**Attachments:**Post Viral Note.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Tabitha

My GP thought this communication from Mayo might be helpful to my appeal for LTD. They have increased my medication dosage for Sjogrens but still not helping. They think there could be a post viral syndrome component to this (like some are experiencing with COVID) that could take months to recover from. I just need to give it more time.

Also my GP tried to get in touch with the Lincoln doctor reviewing my case for 3 days last week with no luck. I want to make sure they connect soon.

Thanks and feel free to call with any questions

Keeta Fox(

On Fri, Jan 8, 2021 at 8:42 AM Brooks, Tabitha <Tabitha.Brooks@lfg.com> wrote:

-----Original Appointment-----
**From:** Brooks, Tabitha <Tabitha.Brooks@lfg.com>
**Sent:** Friday, January 8, 2021 8:35 AM
**To:** Brooks, Tabitha; Sharon Kremer
**Subject:** Call with Keeta
**When:** Friday, January 8, 2021 10:00 AM-10:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:**

(EXTERNAL EMAIL - USE CAUTION)

Good morning,

I have gone ahead and scheduled a meeting call for us to talk all together. Please let me know if this no longer works for you ladies.

Thank you.



Tabitha Brooks
Appeal Review Consultant
Lincoln Financial Group
Group Protection

877.353.6404 Office
18183 Extension
LincolnFinancial.com

Follow us on:

-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

Join meeting

**More ways to join:**

**Join from the meeting link**
https://lfg.webex.com/lfg/j.php?MTID=m7029728b06ee351d88002752a7822a90

**Join by meeting number**
Meeting number (access code): 180 043 7733
Meeting password: ipGgV27ePJ5

**Join by phone**

+1 3148881153 United States Toll
8662055379 United States Toll Free
Global call-in numbers | Toll-free calling restrictions

**Join from a video system or application**
Dial 1800437733@lfg.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

**Join using Microsoft Lync or Microsoft Skype for Business**

Dial 1800437733.lfg@lync.webex.com

If you are a host, click here to view host information.

Need help? Go to https://help.webex.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---------- This communication is intended only for the use of the individual or entity named as the addressee. It may contain information that is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender

immediately via email and delete this communication and its attachments without making any copies. Thank you for your cooperation.----------

**From:**Hollis, Tanasha <Tanasha.Hollis@genexservices.com>
**Sent:**Fri, 22 Jan 2021 18:38:23 +0000
**To:**VendorReferrals
**Subject:**K. Fox CL 10310112
**Attachments:**Peer Review.pdf, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Morning,

Attached please find the Peer Review and Invoice for the above referenced claimant. Please advise if we can further assist you with this file.

Thanks for the referral,

**Tanasha Hollis**
*MetLife Quality Assurance Specialist*
Exam Coordinators Network, a division of Genex Services
**T**: 561-948-6272
**F**: 561-886-6562

****Please note my new email address: tanasha.hollis@genexservices.com***

**Access our portal at: View My Cases**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by

law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 100114** **Date** **1/22/2021**

***ill o***

**Tabit a Broo s**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

| | |
|---|---|
| **Claim #** | 10310112 |
| **Date of Loss:** | 2/4/2020 |
| **ECN #** | 166473-1 |
| **Account #** | |

**Claimant** Keeta Fox

| | | |
|---|---|---|
| 1/11/2021 | Peer Review - Long Term Disability: Service<br>Provider: Oluyemisi O Awobokun, MD<br>Specialty: Rheumatology | $660.00 |
| | **SubTotal** | $660.00 |
| | **Final Invoice Total** | $660.00 |

***e it o***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**Oluyemisi Awobokun, M.D.**
**Board Certification Internal Medicine and Rheumatology**

**CLAIMANT NAME: Keeta Fox**
**ECN #: 166473-1**
**CLAIM #: 10310112**
**DATE OF LOSS: 02/04/2020**
**DATE OF REVIEW: 01/22/2021**
**CASE TYPE: Long-Term Disability**

**DIAGNOSIS:** Oth symptoms and signs w cognitive functions and

**MEDICAL RECORDS REVIEWED:**

1. 01/01/2020, Job Description, Papa John's
2. 09/29/2020, Occupational Analysis, Lincoln Financial Group
3. 07/24/2020, Claim Information, Lincoln Financial Group
4. 07/27/2020, Claim Information, Lincoln Financial Group
5. 07/29/2020, Claim Information, Lincoln Financial Group
6. 08/04/2020, Claim Information, Lincoln Financial Group
7. 08/26/2020, Claim Information, Lincoln Financial Group
8. 09/13/2020, ICP Memo, Paul Stander, MD
9. 10/05/2020, Appeal Referral, Lincoln Financial Group
10. 08/07/2020, Signed Medical Authorization, Keeta Fox
11. 08/26/2020, Signed Medical Authorization, Keeta Fox
12. 08/07/2020, Questionnaire, Keeta Fox
13. 08/10/2020, Questionnaire, Keeta Fox
14. 08/11/2020, Claimant Information Sheet, Keeta Fox
15. 12/07/2020, Appeal Letter, Keeta Fox
16. 01/22/2020, MRI Lumbar Spine, Elizabeth Dubose, MD
17. 01/28/2020, CT Chest, Abdomen, Pelvis, Andre Thebert, MD
18. 01/30/2020, MRI Brain, Elizabeth Dubose, MD
19. 11/13/2020, CT Abdomen and Pelvis, Anshu Shukla, MD
20. 01/08/2020, Lab Results, MyQuest
21. 01/16/2020, Progress Note, Michael Krease, DO
22. 01/20/2020, Lab Results, Illegible Signature
23. 02/05/2020, Medical History, Keeta Fox
24. 02/05/2020, SIBO Test Results, Michael Krease, DO
25. 02/06/2020, Lab Results, Johanna Harris, APRN
26. 02/06/2020, Neurology Consultation, Johanna Harris, APRN
27. 02/10/2020, Lab Results, Johanna Harris, APRN
28. 02/11/2020, Lab Results, Johanna Harris, APRN
29. 02/12/2020, Electrodiagnostic Studies, Martin Brown, MD
30. 02/19/2020, Progress Note, Michael Krease, DO
31. 02/21/2020, EGD report, Michael Krease, DO
32. 02/21/2020, Pathology Report, David Stapp, MD
33. 02/27/2020, Progress Note, Johanna Harris, APRN
34. 02/27/2020, Order Form, Illegible Signature
35. 02/29/2020, Nerve Fiber Density Report, Johanna Harris, APRN
36. 05/22/2020, Progress Note, Michael Krease, DO
37. 05/27/2020, Progress Note, Melissa Young, MD

38. 05/28/2020, Initial Assessment, Melissa Young, MD
39. 06/01/2020, Encounter Message, Rosalia Szitas, MA
40. 06/02/2020, Order, Melissa Young, MD
41. 06/02/2020, Encounter Message, Melissa Young, MD
42. 06/02/2020, Neurology Evaluation, Johanna Harris, APRN
43. 06/12/2020, Encounter Message, Colleen Allison, MA
44. 06/14/2020, Encounter Message, Rosalia Szitas, MA
45. 06/24/2020, Encounter Message, Rosalia Szitas, MA
46. 06/28/2020, Encounter Message, Melissa Young, MD
47. 06/29/2020, Encounter Message, Melissa Young, MD
48. 07/07/2020, Encounter Message, George Schatz, MD
49. 07/17/2020, Encounter Message, Melissa Young, MD
50. 07/16/2020, Encounter Message, Melissa Young, MD
51. 07/19/2020, Encounter Message, Sarah Ferreira, RD
52. 08/04/2020, Encounter Message, Colleen Allison, MA
53. 08/05/2020, Progress Note, Michael Krease, DO
54. 08/10/2020, Progress Note, Melissa Young, MD
55. 08/11/2020, Visit Summary, Melissa Young, MD
56. 10/15/2020, Progress Note, Thomas Osborn, MD
57. 10/16/2020, Progress Note, Wolfgang Singer, MD
58. 10/26/2020, Progress Note, Christopher Anstine, MD
59. 10/28/2020, Consultation, Jacob Stewart, MD
60. 10/30/2020, Consultation, Karna Sundsted, MD
61. 11/17/2020, Progress Note, Jean Fox, MD
62. 11/24/2020, Progress Note, Greg Potts, MD
63. 11/19/2020, Discharge Summary, Anthony George, MD
64. 11/13/2020, Hospital Documentation, Multiple Authors
65. Undated, Questionnaire, Keeta Fox

**HISTORY:**

The claimant is a 54-year-old female with a date of disability of 02/04/2020. The primary diagnosis was listed to be other symptoms and signs with cognitive functions.

On 08/05/2020, the claimant was evaluated via a telemedicine visit for ongoing abdominal pain, anxiety, arthritis, diverticulosis, and candidiasis of the mouth. It was stated that the claimant had ongoing complaints of gastrointestinal discomfort. She had undergone an EGD on 02/21/2020 which was normal. The claimant complained of belching, bloating, constipation, difficulty swallowing, painful swallowing, and flatulence.

On 08/10/2020, a telemedicine visit was conducted. It was stated that the claimant was currently living in a hotel after her home was mold tested and revealed ongoing mold. It was stated that the claimant was utilizing multiple holistic medications and supplements for her ongoing symptoms. She had been unable to complete a biotoxin profile as she continually dealt with constipation. The treating provider stated that the claimant had been healthy until the previous December and had been seen by pulmonary, cardiology, rheumatology, neurology, and gastroenterology for evaluation. She was also utilizing care of a functional medicine nurse practitioner. It was stated that the symptoms started after finding mold in her home and car which was caused by a pipe leak in her master shower. It was stated that she was working with a company to remediate the issue. The claimant had a history of IBS and gastroparesis. It was also stated that the claimant had a history of Lyme disease and was ANA positive.

On 10/15/2020, the claimant was seen for an evaluation of Sjogren's syndrome. The claimant had a longstanding complicated medical history. It was stated that she had been experiencing redness in her hands

and feet which she would sometimes use cold packs for. She did not have Raynaud's phenomenon, but her hands would turn red at times and the provider stated it sounded like erythromelalgia. She had a past history positive for Lyme's tests but had never been treated for Lyme disease. It was stated that laboratory testing revealed positive findings for Sjogren's syndrome antibody. The claimant did have a longstanding history of dry eyes and mouth with dental caries and she was utilizing eyedrops. Upon examination there were no major physical abnormalities. The provider stated that the claimant met the criteria for Sjogren's syndrome, but the exact nature of her neuropathy was unclear as it did not seem to be a sensory neuropathy. He discussed possible trials of Imuran, CellCept, or rituximab for erythromelalgia. The claimant was advised to discuss possible IVIG with neurology.

On 11/17/2020, a telemedicine visit stated that the claimant had been admitted to the hospital as she had been experiencing severe abdominal pain and was diagnosed with a cecal volvulus. The claimant had undergone an exploratory laparotomy with surgical resection of the cecum.

**RESPONSE TO REFERRAL QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Although not impairing, the primary diagnosis from a rheumatology standpoint would be M35.0 Sjogren's syndrome.

2. **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

K31.84, gastroparesis, K56.2 Volvulus, and A69.20 Lyme disease, unspecified.

3. **Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - AUGUST 2020to - ONGOING, and comment on the expected duration.**

In this reviewer's opinion, considering the entire clinical picture, the provided documentation would not support a level of impairment that would translate into restrictions and limitations from August 2020 to ongoing from a rheumatological standpoint.

a. **If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

In this reviewer's opinion, considering the entire clinical picture, the provided documentation would not support a level of impairment that would translate into restrictions and limitations from August 2020 to ongoing from a rheumatological standpoint. The claimant had a long and complicated medical history positive for multiple gastrointestinal disorders. It was stated that the claimant had a history of Lyme disease, IBS, and gastroparesis and had been utilizing holistic medications and supplements. She also had been exposed to ongoing mold issues. On 10/15/2020, the claimant was seen by a rheumatologist and was found to meet the criteria for Sjogren's syndrome. It was stated that they discussed possible trials of medications for ongoing redness present in the claimant's hands and she was advised to discuss possible IVIG with neurology. However, although the claimant had a multitude of symptoms and had undergone surgical intervention for a cecal volvulus in November 2020, the provided documentation was limited from a rheumatological standpoint to support restrictions and limitations for rheumatology.

4. **Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

In this reviewer's opinion, the treatment provided appeared to be consistent with the standard of care for the level of severity of the condition and there was no indication that the claimant had not been compliant.

5. **Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

In this reviewer's opinion, the provided documentation did not identify any nonmedical circumstances that would interfere with work-related activities.

**AP CONTACT:**

I called the alternate number listed (502-452-9567) on 1/12/2021 at 1:13 pm CST and spoke with Heather who provided an alternate number, 502-240-5900.

I called the alternate number listed (502-240-5900) on 1/12/2021 at 1:17 pm CST and spoke with Anna and left a message for a return call.

My staff received a return call from Dr. Potts on 1/15/2021 at 9:06 am CST and I was unavailable to take the call. A message was left requested a return call to an alternate number, 502-762-4156.

I called the alternate number listed (502-762-4156) on 1/18/2021 at 3:17 pm CST and left a message for a return call on Dr. Potts' voicemail.



Oluyemisi Awobokun, M.D.

Board Certified Internal Medicine

Board Certified Rheumatology

License: MD.36446 AL

License: M2252 TX

License: MD60732577 WA

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Keeta Fox
Claim Number: 10310112
Case Number: 166473-1

"I, Oluyemisi O Awobokun, MD, am a physician duly licensed to practice medicine in the State of AL, TX, WA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Signature of Physician Date 1/22/2021

Medical/Professional License # MD.36446 AL; M2252 TX; MD60732577 WA

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, January 8, 2021 2:35:19 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | 3l1cqh2dfnsbmc33lh2u_9707013.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

January 8, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please accept this correspondence as a summary to our January 8, 2021 telephone convesration.

As discussed, we acknowledge that your claim for LTD benefits is under review. In the interim, we understand that you may consider a Consultant Position, and although you would not work full-time, your employer would pay your full salary for this 3-month role.

During the time of this 3 month role, the claim would be considered closed. However, you may then pursue ongoing LTD benefits under the successive provision, which allows the claim to be reopened up to 6 months following the last date of work.

*Please note, that should this consultant role exceed *six* months, we would not be able to reopen this claim, but could help you with filing a new application.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 556-3278
Secure Fax No.: (603) 334-5174

January 5, 2021

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under (Customer) s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

On December 22, 2020 we received your request for appeal along with additional medical records from Mayo Clinic and Baptist East Hospital. We understand this is all of the information you intend to submit for our consideration of your LTD appeal.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical and assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than February 4, 2021. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Plan/ Policy.

I will be your assigned Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 18183.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln s response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tabitha Brooks
Appeal Review Consultant
Phone No.: (844) 556-3278 Ext. 18183
Secure Fax No.: (603) 334-5174

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 096 | Manager: CRAM, BRIAN | Case Mgr: CASTAGNO, VINCENT

Claimant Name: KEETA R FOX | Claim #: 10310112

Occupation (Job Title): SR. VICE PRESIDENT FINANCE. | Date Sent: 12/23/2020

Diagnosis: R41 Oth symptoms and signs w cognitive functions and awareness,

Date of Disability: 2/4/2020 | Date Benefits Began: 8/4/2020

Maximum Duration: 11/5/2033 | Paid Through: 8/3/2022

Date of Denial or (DB451): 10/5/2020 | Date Appeal Received: 12/22/2020

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: PAPA JOHN'S INTERNATIONAL, INC

Product: LTD | Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations
- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. | FAX No.

Account Specific or Unique Contract Issues / Additional Info:

December 7, 2020

To: Lincoln Life Assurance Company of Boston

Attn: Appeal Review Unit

From: Keeta Fox ( Claim #10310112) Keeta Fox

**Appeal**

I would like to appeal the denial of the long-term disability claim communicated in writing to me on October 6, 2020. The primary reason for this appeal includes additional diagnoses obtained from Mayo Clinic in Rochester, Minnesota and Baptist East Hospital in Louisville, Kentucky as detailed herein. This includes an emergency surgery that removed over 12 inches of my intestines that the surgeon said could have been the cause of several of my symptoms over the last year. This appeal has been reviewed and supported by my primary care physician, Dr Greg Potts.

The additional diagnoses obtained after denial of the long-term disability claim are summarized below. More details are outlined in the related doctors' notes attached. The symptoms I have experienced since February 2020 are also detailed herein and cross referenced to the related diagnoses I have now obtained. The medical assessment by Mayo Clinic includes the 4-week period starting October 12, 2020 and ending November 5, 2020. My care at Mayo Clinic was overseen by Dr. Christopher Anstine, Internal Medicine specialist. My doctors agree that regardless of my job responsibilities that I was unable to work during this time.

| Date | Doctor | Diagnoses | Comments |
|---|---|---|---|
| 10/16/2020 | Dr Wolfgang Singer | Orthostatic Intolerance | Includes a 35-beats per minute increase in heart rate upon standing when tested. This is similar to Postural Orthostatic Tachycardia but, based on my age, Orthostatic Intolerance was deemed a more appropriate diagnosis per Dr Singer |
| 10/15/2020 | Dr Thomas Osborne | Sjogren's Syndrome and Neuropathy | Includes a significant number of symptoms |
| 10/28/2020 | Dr Jacob Stewart | Erythromelalgia | Includes significant pain and burning in hands and feet |
| 11/13/2020 | Dr Anthony George Jr. | Cecum Volvulus (Emergency Surgery) | Per Dr. George, this could be the source of |

| | | | |
|---|---|---|---|
| | | | several of my chronic health issues including severe fatigue (that have gone undiagnosed for months to years). Surgery involved removal of cecum and over 12 inches of intestines. Dr's orders include 6-week recovery period without working; blood tests showed low Red Blood Count and Hemoglobin levels that will be monitored |
| 10/16/2020 | Dr Wolfgang Singer and Dr. Karna Sundsted | Central Sensitization Syndrome. Chronic Multifactorial Fatigue and Probable Fibromyalgia | Central Sensitization is a central nervous system response that amplifies sensation markedly (i.e. worsens symptoms and conditions detailed herein). Recommended 8-12 weeks of physical therapy to improve musculoskeletal symptoms |
| 11/17/2020 | Dr Jean Fox | Gastro motility issues and Pelvic Floor Dysfunction | Will reassess after recovery from cecum volvulus surgery discussed above; additional gastrointestinal studies could be performed after recovery from surgery. Pelvic floor dysfunction therapy recommended (local or 2 straight weeks at Mayo) after full recovery from Cecum Volvulus surgery |
| 11/13/2020 | Dr. Ethan Blackburn | Carpal Tunnel Possible Diagnosis | Received steroid injections in hands to see if any relief of symptoms occurs |

| | | | |
|---|---|---|---|
| 04/15/2020 | Dr Wayne Villanueva; confirmed by Dr Wolfgang Singer | Multi- Level Cervical Stenosis | Could contribute to neck and shoulder pain, hand pain and limited hand mobility |
| 10/26/2020 | Amber Klindworth, Physician's Assistant | Menopausal Vasomotor Symptoms and Vaginal Atrophy; Pelvic Floor Tension | Per Amber Klindworth, can make other symptoms and health conditions worse. |

**Current Status**

As of December 7, 2020, I am still on medical leave, but I am working on a return to work plan with my supervisor and primary care physician. This return to work plan assumes a full recovery in 6 weeks from the Cecum Volvulus surgery and an improvement in many symptoms associated with Sjogren's Syndrome, for which I have now started taking medication. This return to work plan assumes a return to work date in early 2021.

Thanks in advance for your review of this appeal that would include reinstating disability pay back to August 3rd, 2020, when the short-term disability ended.

**Note**

I reserve the right to further this appeal process with additional information if/as needed.

Name: Keeta Fox | DOB: 11/6/1966 | MRN: 12-608-867 | PCP:

# Appointment Details

## Notes

### Progress Notes

**Wolfgang Singer at 10/16/2020 4:00 PM**

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**
Mrs. Keeta Fox returns today accompanied by her husband to discuss tests results.

ASSESSMENT / PLAN

Went through the details of her testing and assessments this week, including impressions and recommendations by consultants in Rheumatology and Psychiatry. Her gastrointestinal evaluations and Internal Medicine review will be completed next week.

From a Neurology perspective, patient underwent thermoregulatory sweat testing which was unremarkable with normal sweat recruitment and distribution. She underwent autonomic reflex testing which showed no evidence of autonomic failure. There was symptomatic orthostatic tachycardia. There was also evidence of resting sweat activity at all sites, indicating a level of anxiety/sympathetic predominance. Cardiovascular exercise testing showed good peak VO2 max without evidence of cardiac or pulmonary impairment to exercise in spite of the patient developing fatigue, severe dyspnea, and nausea. Lab work was significant for mild macrocytosis, along with a borderline low vitamin B12 level; methylmalonic acid is currently still pending. Metabolic markers were all within normal range. Rheumatologic markers were significant for an elevated SS-A. ANA and other rheumatologic markers were negative. There was no evidence of a monoclonal protein. Celiac serology was negative. Tryptase was within normal range. 24 hour urine collection was notable for normal 24 hour urine volume at 2756 cc, but relatively low 24 hour urinary sodium excretion of only 85 mmol.

She was seen by Dr. Osborn in Rheumatology who determined that the patient meets definite criteria for Sjogren syndrome. He discussed potential immunomodulatory therapies with the patient for that. I understand that a final review is still pending.

She was also seen by Dr. Frye in Psychiatry. He did not feel that the patient's established major mood disorder is the main driver of current polysomatic symptoms, but does mention significant somatic symptom preoccupation. He mentions the possibility of increasing duloxetine to 120 mg. The possibility of cognitive behavioral therapy was also discussed.

We had a long discussion about these findings, results, and impressions to date. I discussed with her that as clinically suspected there is no evidence whatsoever of a small fiber neuropathy, and

similarly no clinical evidence of a large fiber neuropathy. Her autonomic nervous system function is largely normal, apart from the excessive heart rate increment with standing, suggesting a degree of orthostatic intolerance. We could identify a number of factors that would improve that. That includes the suboptimal urinary sodium excretion, and we discussed the importance of increasing salt intake for optimization of blood volume. She should continue to drink plenty of fluids as she is currently doing. We discussed that thigh-high compression garments or compressive abdominal binder would be helpful strategies in addition to that, and would certainly be much more helpful than her knee-high stockings. We also discussed that while she has been able to maintain and above average level of fitness in spite of her symptom complex, she has come down from a much higher level of fitness previously, and working on going back to more rigorous physical activity would likely be additionally helpful in a number of ways, including desensitization, optimization of blood volume, and optimization of the efficiency of the heart muscle. We discussed at length that I see no direct correlation between her diagnosis of Sjogren's syndrome and her orthostatic intolerance, as she has no evidence of an autonomic neuropathy. We also discussed that she falls out of the typical age range of patients with POTS, and the fact that her orthostatic intolerance came along with a large number of other symptoms and problems makes a term orthostatic intolerance a more appropriate descriptor of her orthostatic symptoms.

We also discussed that with her diagnosis of Sjogren syndrome we certainly have one component of her problems identified, but we also discussed that this diagnosis and her orthostatic intolerance alone cannot account for the multitude of symptoms she is experiencing. I did bring up the possibility of somatic symptom pre occupation, bodily hypervigilance, and central sensitization as potential contributing factors, but the patient quickly became tearful and upset about that suggestion. We discussed that many additional evaluations are currently still planned for her, and that I do not want to draw any conclusions without all necessary data at hand, and that I just wanted to bring up that possibility for discussion. She was very complimentary of the careful and efficient workup and care she has received to date, but still remains somewhat unhappy about our discussion about the topic of potential nonorganic contributors to her presentation. Again, we will see what additional factors we might be able to identify during her workup with Internal Medicine gastroenterology.

**DIAGNOSES**
**#1 Orthostatic intolerance**
**#2 Sjogren's syndrome**
**#3 Multiple somatic complaints**
**#4 Anxiety**
**#5 Multilevel cervical spinal stenosis**

I personally spent over half of a total 70 minutes face to face with the patient in counseling and discussion and/or coordination of care as described above.

PATIENT EDUCATION
Ready to learn, no apparent learning barriers were identified; learning preferences include listening. Explained diagnosis and treatment plan; patient expressed understanding of the content.

Name: Keeta Fox | DOB: 11/6/1966 | MRN: 12-608-867 | PCP:

# Appointment Details

## Notes

### Consults - Outpatient

**Thomas G Osborn at 10/15/2020 1:00 PM**

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**
Keeta Fox is a 53 y.o. female who presents for evaluation of . Sjogren syndrome

**HISTORY OF PRESENT ILLNESS**

Patient comes unaccompanied for the office visit. She is an excellent historian. She states she began developing dry mouth that was noticeable about 2-3 years ago. Around that time her ophthalmologist told her that she had care toe conjunctivitis sicca. She is using eyedrops since. She does carry water with her. She has had no history of significant bronchitis or pneumonias of late. She does have a lesion on her lungs thought to be just scar tissue. She has no significant shortness of breath and can climb 2 flights of stairs. She had kidney stone x1. She was told she had 2 or 3 more in her kidneys but has not passed any more. Was found to be oxalate crystals in her urine. She denies numbness or tingling in her fingers or feet. Her hands and feet turn red in the feel better with cold packs which she will sometimes put on her hands or feet at night. She does not have Raynaud's. Her hands do turn red at times. This sounds like erythromelalgia. She has past history of positive Lyme tests. She has never been treated for Lyme.

Family history positive for rheumatoid arthritis in her mother. Laboratory test positive for Sjogren syndrome a antibody. She states she had double-stranded DNA antibodies positive has mi 2 antibody positive on the Myo marker panel.
**REVIEW OF SYSTEMS**
REVIEW OF SYSTEMS
Fever: Low-grade
Night sweats: Occasional think she is in menopause however
Hepatitis:negative
Blood transfusion: negative
Tick: Animal exposure but positive Lyme test
Weight: Stable currently problems in the past had gastro paresis also had diarrhea
Fatigue: Positive with present illness no naps
Rash: Positive for rash on scalp and back of the head that she has been biopsied and she is told she has spongy dermatitis. She has had urticaria in the past.
Photo: negative
Raynaud's: negative
Hair: negative
Psoriasis negative

Dry eyes: Positive uses drops like Systane
Eye doctor: Positive for diagnosis of dry eyes
Dry Mouth: Positive carries water has positive water bottle signed today
Oral ulcers: negative lesions on her tongue not ulcer
LN: Small nodes come and go in her neck and axilla had 1 biopsy that was benign.
Neck: History of stiffness and some pain has been told she has stenosis
Cough, occasional dry wheezing, asthma: negative
Clots: negative
Fluid: negative
DOE: Do 2 flights of stairs
HBP: negative
Heart: negative for myocardial infarction, congestive heart failure or arrhythmia is but does have palpitations.
Dysphagia: Occasional
Reflux: negative
BM: Varies considerably is generally had irritable bowel with loose stools. She took ox bile by mouth and this improved. She has been diagnosed with gastroparesis in the past
Blood: in stool: But gets dark Tari look in stools occasionally
Noct: X3
Gravida: Gravida 0
vag. discharge, sores, ulcers: negative
Periods:. Stopped
Thyroid: negative
Diabetes: negative
Headache: New onset recently
Siezures: negative
Depression: Has been treated with Cymbalta
Morning stiffness: 10 minutes
Joint swelling: negative
Joint pain: Hand feet
LBP: Positive no radiation

OBJECTIVE

**PHYSICAL EXAM**
Physical Exam
Skin: No lesions
Mucosa: Moist no lesions
Conjunctiva: Moist and clear
Tympanic membranes: Clear bilaterally
LN: Negative in the neck supraclavicular axillary inguinal areas
Neck: Full rotation normal right lateral bending decreased left lateral bending with slight pain
Lungs: Clear to auscultation
Heart: Regular rate and rhythm no murmur
Carotids: No bruits
Abdomen: No bruits nontender
CVA: Not tender positive past medical history of stones
SI Joints: Not tender
Buttocks: Not tender
Greater Trochs: Not tender
Joints: Full range motion throughout, no joint swelling or tenderness of significance
DTR: 2+ biceps patellar and Achilles
Vib: Normal fingers knees and feet
Other:

ASSESSMENT / PLAN

#1 Sjogren syndrome
She meets the definite criteria for the 2002 American European criteria for Sjogren syndrome.
#2 Neuropathy
The exact nature this is not clear to me. Does not seem to be a sensory neuropathy in her feet as usually seen with Sjogren's.
#3 Erythromelalgia
Plan: Discussed the possibility of a trial of Imuran, CellCept, or rituximab. She asked about IVIG and I suggested that she take this up with Neurology.

Name: Keeta Fox | DOB: 11/6/1966 | MRN: 12-608-867 | PCP:

# Appointment Details

## Notes

### Consults - Outpatient

**Jacob R Stewart at 10/28/2020 8:20 AM**

**Attestation signed by Rachel Y Miest at 10/28/2020 5:03 PM**

I saw and evaluated the patient, participating in the key portions of the service. I reviewed the resident/fellow's note. I agree with the resident/fellow's findings and plan.

REFERRAL: Anstine, Christopher V., M.D.
200 1st St SW
Rochester, MN 55905-0001

Correspondence to: Jacob Stewart, M.D.
Supervised by: MIEST, RACHEL Y, Md
Patient seen and discussed with supervising consultant, who evaluated the patient and concurs with the assessment and plan.

SUBJECTIVE

**CHIEF COMPLAINT**
Concern for erythromelalgia

**HISTORY OF THE PRESENT ILLNESS**
Keeta Fox is a pleasant 53 y.o. female with history of Sjogren's syndrome who is seen in consultation at the request of Christopher V. Anstine, M.D. for Concern for erythromelalgia. History obtained from patient and review electronic medical record. Patient states that she was in her normal state of health until about 1 year ago when she began to have some burning and redness of her hands. She states that at times the hands would appear be red, feel mildly tight, and burn and this would be relieved with cold ice packs. She states that her hands and feet will feel both hot and cold. She states that for a time she would sleep with cold ice packs. Then approximately a months ago she had an episode of severe pain in her feet which felt like electrical shock. She states that this was 10/10 pain in severity. She also had this sensation the lesser degree in her hands, and this continued for 3 weeks causing her to go on disability from her work. She previously was high functioning working about 80 hours per week typing on the computer.

She states that since that time she has also had some redness, burning sensation in her feet which would improve with cool water. She feels that the symptoms have steadily been getting better since that three-week incident 8 weeks ago, now with symptoms about 5/10 severity which will come and go about every other day. Today she feels about 1/10 discomfort in her hands and 0/10 in the feet. She states that she now is only using some cold water at night and not using ice packs anymore.

She has not used any other topical therapies, but was placed on duloxetine 90 mg daily, which she did feel helped with her symptoms.

She otherwise at Mayo for workup of her Sjogren's syndrome as well as orthostatic dysfunction. She was previously diagnosed with a small fiber neuropathy, but her recent sweat test was negative, as well as unremarkable autonomic reflex testing.. She also feels some stiffness in her joints as well as the dry eyes and dry mouth. Additionally she has some fatigue, and feels that the fatigue and orthostatic symptoms are mostly what are preventing her from returning to work, although she continues to improve. As far as her Sjogren's, she carries a bottle of water with her, has been using eyedrops, and is starting Imuran with Rheumatology.

She also states that starting about 7 months ago she began to notice bruises mostly on her extremities. She denies seeing any rash or lesions or trauma previous to the bruising, and the bruises do seem to heal with some time slowly. She also states that she has a history of some sensitive skin and dermatitis, more recently with more itching and rashes. She has previously diagnosed with urticaria and was wondering about possible diagnosis of vasculitis. She does like to take hot showers but does try to use some moisturizer. She otherwise denies any other skin concerns.

**REVIEW OF SYSTEMS**
As per HPI, positive for fatigue, orthostatic symptoms, joint pain
-negative for fever, chills, shortness of breath

**PAST MEDICAL HISTORY**
No past history of skin cancer

**SOCIAL HISTORY**
From Louisville Kentucky

**FAMILY HISTORY**
Sister with history of malignant melanoma

OBJECTIVE

**PHYSICAL EXAM**
General: Normal body habitus. Awake, alert, in no acute distress.
Psych: appropriate mood and affect.
Eyes: No scleral injection or icterus. No eyelid abnormalities.
CV: Warm and well perfused, no bilateral lower extremity edema
Skin: I have examined the scalp, neck, chest, abdomen, back, bilateral upper extremities, and bilateral lower extremities, hands and feet. Exam is largely unremarkable. Some mild dry skin. Hands and feet appear within normal limits. Patient does show me some photographs of some mild erythema on the palms, fingers, and dorsal aspects of the hands and feet. Few resolving purpuric patches on patient's bilateral lower extremities and abdomen

ASSESSMENT / PLAN

**#1 Erythromelalgia**
**#2 Sjogren syndrome**
**#3 Mild xerosis**
Patient does have some atypical features including the electrical shock like sensation in bilateral hands and feet, but does fit clinical diagnosis of erythromelalgia with red, hot, burning intermittent episodes in the hands and feet relieved with cooling. Patient has had fairly extensive laboratory workup including unremarkable CBC, CMP, sed rate, TSH, largely unremarkable autoimmune panel except for slightly elevated SSA. Difficult to ascertain the degree of which her known Sjogren's

syndrome may be contributing to her symptoms. Overall reassuring the patient's symptoms seem to be improving.

We discussed in detail with the patient concerning the known etiology, natural history, and treatment of erythromelalgia. See below beneath patient Education for full details our discussion.

-recommended amitriptyline 2% ketamine 5% in lipoderm to be used up to 3 times daily to the hands and feet as needed. This prescription was provided
-agree with continuing duloxetine, may consider trial of gabapentin in the future if needed
-continue with moderation with cooling behaviors
-provided educational handouts and stepwise recommended treatment plan, see below
-for patient's mild dry skin and history of sensitive skin, also recommended gentle skin cares, moisturization. Education provided
-patient follow-up as needed

**#4 Purpura simplex**
We do not appreciate any evidence of urticaria or urticarial vasculitis. Most likely purpura simplex. Reassured the patient and will continue to monitor

**PATIENT EDUCATION**
All questions answered. Ready to learn. No apparent learning barriers were identified. Learning preferences include listening. Explained diagnosis and treatment plan; patient/guardian of patient expressed understanding of the content.

We covered the following:

1. Patient education - publications concerning this entity were shared with the patient
2. Prognosis - over time, the symptoms may worsen, stay the same, or get better. It happens about equal portions of people over time. In approximately 10%, patients may report resolution of symptoms
3. Patient support groups- The Erythromelalgia Association, chat groups on Google, Yahoo, other social media
4. Management -

The aim of management is to get back to as normal a style of life as possible. Our aim is to get erythromelalgia symptoms under control and also to learn to live with whatever is left. In our experience most patients can get acceptable control of their symptoms with lifestyle modifications and topical treatments; only a minority of patients need systemic medications.

Lifestyle changes -- avoid situations as much as practically possible that set off symptoms, while keeping a balance and trying to maintain a normal lifestyle. This is a difficult balance, but ideally, patients should be able to return to a normal style of life and not be inhibited by their symptoms.

Reassuringly, there is no evidence that episodes of erythromelalgia cause damage to the nerves or skin.

Cooling behaviors: Moderation is key.
* It is okay to use techniques that cool the affected areas for short periods of time (eg 5 minutes every 1-2 hours), but these should not be used for prolonged periods as they can damage the skin, vasculature and nerves in the affected area and in the long run make the pain worse and lead to complications.
* Also moderation in the technique used is advisable- avoid extreme behaviors. Cool water indirectly applied to skin is advisable - but not ice or very cold water directly applied to the skin. Examples that patients report that help include Chillow pillows but again, these should be used for short periods. http://www.chillow.com/chillow.html

Suggested activities: Many patients report that swimming is helpful to them.

Topical treatments that may help are as follows:

Each should be tried one at a time for a period of 2-4 weeks, if medication does not work then move on to the next medication.

It would be very helpful if you could let us know which of below you have found most helpful via the patient portal after approximately 3 months

Most of these prescriptions are compounded products: it is best to have compounded creams filled at Mayo Clinic as they are familiar with how to compound these specific ones

For the pain:
• A trial of amitriptyline 2% and ketamine 0.5% applied up to three times daily. Many patients report that this helps tremendously with their discomfort, but other patients say it does not work at all. If it does not work, a trial of giving a mixture with a higher concentration of ketamine such as 5% ketamine instead of 0.5% ketamine could be considered as a trial.
• Lidocaine patches - These are easiest to use on the top of the feet. You can try the over-the-counter 4% lidocaine patches (various brands) (no prescription needed) or the prescription 'Lidoderm' patches (5% lidocaine) for 12-24 hours, applied to the affected area (eg top of the feet)

- Other medications that could be tried in the future:
• Lidocaine 4% cream (over the counter)
• Trial of pain-relieving rub or patch (Ultra Strength BenGay Cream, Ultra Strength BenGay Pain Relieving Patch, others),
• Voltaren 1% gel applied four times a day
• Gabapentin ointment 6% in Aquaphor or Vanicream

For the redness:
Available over the counter:
• Afrin spray (oxymetazoline) 2-3 times daily to affected areas
• Preparation H (phenylephrine) applied 1-3 times daily to affected areas
Available by prescription:
• Topical brimonidine tartrate gel 0.05% (Mirvaso) (FDA approved for the redness of rosacea) could be tried- apply 1-3 times daily
• Topical Timolol
• Topical midodrine 0.2% in Vanicream applied TID (compounded only at Mayo Clinic)
• Oxymetazoline (prescription)

Systemic treatments:
All systemic treatments are associated with potential side-effects, and different people respond to different drugs. These are summarized in the manuscript
http://www.ncbi.nlm.nih.gov/pubmed/12003720

Drugs that have been reported to help include:
• Aspirin- Trial of aspirin (if not contraindicated) 325 mg daily x 1 month
Because a subset of patients respond to aspirin (particularly erythromelalgia associated with myeloproliferative disease), it is always worthwhile trying oral aspirin first for up to a month to see if that helps symptoms
• Gabapentin
• Pregabalin
• Venlaxafine
• Other drugs used for small fiber neuropathy
• Mexiletine
• Misoprostol

Prescriptions for the following medications were provided to the patient: Amitriptyline 2% ketamine 5%

All questions answered.

Fox, Keeta R (MR # 8911342017) DOB: Admission Date: 11/13/2020, Discharge Date: 11/19/2020

**Discharge Summary by George, Anthony Jr., MD at 11/19/20 1735**

| | | |
|---|---|---|
| Author: George, Anthony Jr., MD | Service: Surgery | Author Type: Physician |
| Filed: 11/20/20 1608 | Date of Service: 11/19/20 1735 | Creation Time: 11/20/20 1604 |
| Status: Signed | Editor: George, Anthony Jr., MD (Physician) | |

**Discharge Summary**

**Date of admission:** 11/13/2020

**Date of discharge:** 11/19/2020

**Final diagnosis:**

1. Cecal volvulus
2. Lower GI bleed

**Procedures performed during admission:**

1. Right hemicolectomy on 11/13/2020

**Consulting physicians:**

1. None

**Reason for admission:**

The patient is a pleasant 54-year-old female who presented to the emergency room with significant abdominal pain. CT scan of the abdomen and pelvis showed a cecal volvulus. She was admitted for definitive management.

**Hospital course:**

The patient was admitted on 11/13/2020 and taken to the operating room for cecal volvulus and underwent a right hemicolectomy. Postoperatively she was transferred to the floor where she did well. She had an expected postop ileus that slowly resolved and her diet was advanced.

She had a slow decrease in her H/H and then, when her bowel function returned, she had rectal bleeding indicating a lower GI bleed, likely from the anastomosis. Her H/H was carefully followed and remained completely stable for the last 3 days of her hospital stay. She never had lightheadedness nor dizziness or other symptoms of acute anemia.

On 11/19/2020 she was felt ready for discharge to home.

**Prescriptions:**

BAPTIST HEALTH®
MEDICAL GROUP

BAPTIST HEALTH MEDICAL GROUP GENERAL SURGERY
4001 KRESGE WY STE 200
LOUISVILLE KY 40207-4637
Phone: 502-895-1995
Fax: 502-895-6479

November 24, 2020

Greg J. Potts, MD
2002 Papa John's Blvd
Louisville KY 40299

Patient: **Keeta R Fox**
Date of Birth:
Date of Visit: **11/24/2020**

Dear Potts, Greg J., MD,

Keeta Fox was in my office today. Below are the relevant portions of my assessment and plan of care.

The encounter diagnosis was Postoperative visit.

The patient is recovering well from her exploratory laparotomy with right hemicolectomy for a cecal volvulus. She is recovering well but has not fully normalized her bowel function. There was fecalization of the distal small bowel noted intraoperatively suggesting a chronic condition that will delay recovery. This was discussed with her. She was advised to start a probiotic to see if it improves the gas. She was also advised to avoid heavy lifting for another 1 month. She will follow-up in 2 weeks.

**Potts, Greg J., MD**
**2002 Papa John's Blvd**
**LOUISVILLE KY 40299**

**BAPTIST HEALTH®**

**This document is designed to facilitate the continuity of care between organizations.**

**Keeta R Fox**
**Summary of Care Document**

**MRN: 8911342017**
Description: **Female DOB: 11/6/1966**

**Demographic Information**

| Race | Ethnicity | Preferred Language | Preferred Written Language |
|---|---|---|---|
| White or Caucasian | Not Hispanic or Latino | English | English |

**Patient Demographics**

| Patient Name | Sex | DOB | Address | Phone |
|---|---|---|---|---|
| Fox, Keeta R | Female | 11/6/19 66 | 9602 GUTENBERG RD LOUISVILLE KY 40299 | 502-235-0765 (Home) 502-235-0765 (Mobile) *Preferred* |

**Follow-up Information**

George, Anthony Jr., MD. Schedule an appointment as soon as possible for a visit in 1 week(s).

Specialty: General Surgery
Contact information:
4001 KRESGE WAY
STE 200
Louisville KY 40207
502-895-1995

**Encounter Diagnoses**

| | Comments |
|---|---|
| **Cecal volvulus (CMS/HCC)** - Primary | |
| **Small bowel obstruction (CMS/HCC)** | |

**Problem List**

| | Noted |
|---|---|
| **Cecal volvulus (CMS/HCC)** | 11/13/2020 |
| **Numbness and tingling of both legs** | 4/15/2020 |
| **Spinal stenosis in cervical region** | 4/15/2020 |

**Current Medications**

| | Sig |
|---|---|
| **azaTHIOprine (IMURAN) 50 MG tablet** | Take 50 mg by mouth Daily. |
| **DULoxetine (CYMBALTA) 30 MG capsule** | TK ONE C PO Q D TO BE TAKEN WITH 60MG |
| **DULoxetine (CYMBALTA) 60 MG capsule** | TK 1 C PO QD WITH 30MG STRENGTH. |
| **estradiol (CLIMARA) 0.05 MG/24HR patch** | Place 1 patch on the skin as directed by provider 2 (Two) Times a Week. |
| **MAGNESIUM PO** | Take by mouth 2 (two) times a day. |
| **progesterone (PROMETRIUM) 200 MG capsule** | TK ONE C PO Q HS |
| **Unable to find** | 1 (One) Time. Med Name: Oxbile bid |
| **Unable to find** | 1 (One) Time. Med Name: BETAINE HCl BID |
| **Unable to find** | 1 (One) Time. Med Name: LIPOSOMAL GLUTATHIONE DAILY |

**Facility-Administered Medications**

**Allergies**

| | Noted | Reactions |
|---|---|---|
| **Asa [aspirin]**<br>Unknown, mother told her not to take it. | 08/25/2017 | Other (See Comments) |
| **Butalbital-acetaminophen**<br>Took once for headaches and could not sleep at all | 01/28/2020 | Other (See Comments) |

**Vital Signs** Most recent update: 11/19/2020 9:54 AM

| BP | Ht | Wt | BMI |
|---|---|---|---|
| 101/63 (BP Location: Right arm, Patient Position: Lying) | 170.2 cm (67") | 62 kg (136 lb 11 oz) | 21.41 kg/m² |

**Patient Care Team**

| | Relationship | Specialty | Notifications | Start | End |
|---|---|---|---|---|---|
| **Potts, Greg J., MD**<br>FAM DOC PER PT | **PCP - General** | Sports Medicine | | 8/25/17 | |

**Social History**

**Flowsheet Rows (continued)**

| | Most Recent Value |
|---|---|
| Wear Glasses or Blind | — |
| Vision Management | — |
| Concentrating, Remembering or Making Decisions Difficulty | — |
| Concentration Management | — |
| Difficulty Communicating | — |
| Communication | — |
| Communication Management | — |
| Difficulty Eating/Swallowing | — |
| Eating/Swallowing | — |
| Eating/Swallowing Management | — |
| Walking or Climbing Stairs Difficulty | — |
| Mobility Management | — |
| Dressing/Bathing Difficulty | — |
| Dressing/Bathing Management | — |
| Doing Errands Independently Difficulty (such as shopping) | — |
| Errands Management | — |
| Equipment Currently Used at Home | none |
| Change in Functional Status Since Onset of Current Illness/Injury | — |

**Microbiology Results**

Procedure Component Value Units Date/Time

**COVID PRE-OP / PRE-PROCEDURE SCREENING ORDER (NO ISOLATION) - Swab, Nasopharynx [326078475]** (Normal) Collected: 11/13/20 0405

Specimen: Swab from Nasopharynx Updated: 11/13/20 0512

Narrative:

The following orders were created for panel order COVID PRE-OP / PRE-PROCEDURE SCREENING ORDER (NO ISOLATION) - Swab, Nasopharynx.

| Procedure | Abnormality | Status |
|---|---|---|
| Respiratory Panel PCR w/...[326078477] | Normal | Final result |

Please view results for these tests on the individual orders.

**COVID PRE-OP / PRE-PROCEDURE SCREENING ORDER (NO ISOLATION) - Swab, Nasopharynx [326078471]** Collected: 11/13/20 0346

Specimen: Swab from Nasopharynx

Narrative:

The following orders were created for panel order COVID PRE-OP / PRE-PROCEDURE SCREENING ORDER (NO ISOLATION) - Swab, Nasopharynx.

Procedure Abnormality Status

**Microbiology Results (continued)**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **PCR** | | | |
| | **Coronavirus 229E** | Not Detected | | |
| | **Coronavirus HKU1** | Not Detected | | |
| | **Coronavirus NL63** | Not Detected | | |
| | **Coronavirus OC43** | Not Detected | | |
| | **COVID19** | Not Detected | | |
| | **Human Metapneumovirus** | Not Detected | | |
| | **Human Rhinovirus/Enterovirus** | Not Detected | | |
| | **Influenza A PCR** | Not Detected | | |
| | **Influenza B PCR** | Not Detected | | |
| | **Parainfluenza Virus 1** | Not Detected | | |
| | **Parainfluenza Virus 2** | Not Detected | | |
| | **Parainfluenza Virus 3** | Not Detected | | |
| | **Parainfluenza Virus 4** | Not Detected | | |
| | **RSV, PCR** | Not Detected | | |
| | **Bordetella pertussis pcr** | Not Detected | | |
| | **Bordetella parapertussis PCR** | Not Detected | | |
| | **Chlamydophila pneumoniae PCR** | Not Detected | | |
| | **Mycoplasma pneumo by PCR** | Not Detected | | |

Narrative:

Fact sheet for providers: https://docs.biofiredx.com/wp-content/uploads/BFR0000-9067-RP2.1-EUA-Provider-Fact-Sheet-3.pdf

Fact sheet for patients: https://docs.biofiredx.com/wp-content/uploads/BFR0000-9066-RP2.1-EUA-Patient-Fact-Sheet-1.pdf

**Laboratory Test Results**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Basic Metabolic Panel [326615443]** | | **(Abnormal)** | | Collected: 11/18/20 0644 |

Lincoln/Fox 1976

**Laboratory Test Results (continued)**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Ratio** | | | |
| | **Anion Gap** | 6.5 | mmol/L | |

Narrative:
GFR Normal >60
Chronic Kidney Disease <60
Kidney Failure <15

---

**Basic Metabolic Panel [326615425] (Abnormal)** — Collected: 11/17/20 0750
Specimen: Blood — Updated: 11/17/20 0904

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Glucose** | 90 | mg/dL | |
| | **BUN** | 14 | mg/dL | |
| | **Creatinine** | 0.47 ˅ | mg/dL | |
| | **Sodium** | 141 | mmol/L | |
| | **Potassium** | 4.3 | mmol/L | |
| | **Chloride** | 106 | mmol/L | |
| | **CO2** | 28.7 | mmol/L | |
| | **Calcium** | 8.3 ˅ | mg/dL | |
| | **eGFR Non African Amer** | 138 | mL/min/1.73 | |
| | **BUN/Creatinine Ratio** | 29.8 ^ | | |
| | **Anion Gap** | 6.3 | mmol/L | |

Narrative:
GFR Normal >60
Chronic Kidney Disease <60
Kidney Failure <15

---

**Basic Metabolic Panel [326171349] (Abnormal)** — Collected: 11/16/20 0455
Specimen: Blood — Updated: 11/16/20 0704

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Glucose** | 97 | mg/dL | |
| | **BUN** | 20 | mg/dL | |
| | **Creatinine** | 0.44 ˅ | mg/dL | |
| | **Sodium** | 138 | mmol/L | |
| | **Potassium** | 3.9 | mmol/L | |
| | **Chloride** | 105 | mmol/L | |
| | **CO2** | 25.3 | mmol/L | |
| | **Calcium** | 8.2 ˅ | mg/dL | |
| | **eGFR Non African Amer** | 149 | mL/min/1.73 | |
| | **BUN/Creatinine Ratio** | 45.5 ^ | | |
| | **Anion Gap** | 7.7 | mmol/L | |

Narrative:
GFR Normal >60
Chronic Kidney Disease <60

**Laboratory Test Results (continued)**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Calcium** | 8.2 ⌄ | mg/dL | |
| | **eGFR Non African Amer** | 118 | mL/min/1.73 | |
| | **BUN/Creatinine Ratio** | 22.2 | | |
| | **Anion Gap** | 6.4 | mmol/L | |

Narrative:
GFR Normal >60
Chronic Kidney Disease <60
Kidney Failure <15

**CBC & Differential [326171314] (Abnormal)** Collected: 11/14/20 0453
Specimen: Blood Updated: 11/14/20 0550
Narrative:
The following orders were created for panel order CBC & Differential.

| Procedure | Abnormality | Status |
|---|---|---|
| CBC Auto Differential[326171316] | Abnormal | Final result |

Please view results for these tests on the individual orders.

**CBC & Differential [326073590] (Abnormal)** Collected: 11/13/20 0053
Specimen: Blood Updated: 11/13/20 0109
Narrative:
The following orders were created for panel order CBC & Differential.

| Procedure | Abnormality | Status |
|---|---|---|
| CBC Auto Differential[326078456] | Abnormal | Final result |

Please view results for these tests on the individual orders.

**CBC (No Diff) [327256319] (Abnormal)** Collected: 11/19/20 0658
Specimen: Blood from Hand, Right Updated: 11/19/20 0738

| Component | Value | Units |
|---|---|---|
| **WBC** | 7.12 | 10*3/mm3 |
| **RBC** | 2.55 ⌄ | 10*6/mm3 |
| **Hemoglobin** | 8.5 ⌄ | g/dL |
| **Hematocrit** | 25.7 ⌄ | % |
| **MCV** | 100.8 ^ | fL |
| **MCH** | 33.3 ^ | pg |
| **MCHC** | 33.1 | g/dL |
| **RDW** | 12.0 ⌄ | % |
| **RDW-SD** | 42.9 | fl |
| **MPV** | 9.7 | fL |
| **Platelets** | 214 | 10*3/mm3 |

**CBC (No Diff) [326615444] (Abnormal)** Collected: 11/18/20 0644
Specimen: Blood Updated: 11/18/20 0744

Lincoln/Fox 1978

**Laboratory Test Results (continued)**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **CBC (No Diff) [326615426] (Abnormal)**<br>Specimen: Blood | | | | Collected: 11/17/20 0750<br>Updated: 11/17/20 0843 |
| | **WBC** | 5.78 | 10^3/mm3 | |
| | **RBC** | **2.54 ˅** | 10^6/mm3 | |
| | **Hemoglobin** | **8.4 ˅** | g/dL | |
| | **Hematocrit** | **24.9 ˅** | % | |
| | **MCV** | **98.0 ^** | fL | |
| | **MCH** | **33.1 ^** | pg | |
| | **MCHC** | 33.7 | g/dL | |
| | **RDW** | **11.7 ˅** | % | |
| | **RDW-SD** | 41.9 | fl | |
| | **MPV** | 10.4 | fL | |
| | **Platelets** | 207 | 10^3/mm3 | |
| **CBC (No Diff) [326171350] (Abnormal)**<br>Specimen: Blood | | | | Collected: 11/16/20 0455<br>Updated: 11/16/20 0640 |
| | **WBC** | 7.99 | 10^3/mm3 | |
| | **RBC** | **2.71 ˅** | 10^6/mm3 | |
| | **Hemoglobin** | **9.1 ˅** | g/dL | |
| | **Hematocrit** | **26.5 ˅** | % | |
| | **MCV** | **97.8 ^** | fL | |
| | **MCH** | **33.6 ^** | pg | |
| | **MCHC** | 34.3 | g/dL | |
| | **RDW** | **11.7 ˅** | % | |
| | **RDW-SD** | 41.3 | fl | |
| | **MPV** | 10.9 | fL | |
| | **Platelets** | 184 | 10^3/mm3 | |
| **CBC Auto Differential [326171316] (Abnormal)**<br>Specimen: Blood | | | | Collected: 11/14/20 0453<br>Updated: 11/14/20 0550 |
| | **WBC** | **12.60 ^** | 10^3/mm3 | |
| | **RBC** | **3.65 ˅** | 10^6/mm3 | |
| | **Hemoglobin** | **11.9 ˅** | g/dL | |
| | **Hematocrit** | 35.4 | % | |
| | **MCV** | 97.0 | fL | |
| | **MCH** | 32.6 | pg | |
| | **MCHC** | 33.6 | g/dL | |
| | **RDW** | **11.7 ˅** | % | |
| | **RDW-SD** | 41.7 | fl | |
| | **MPV** | 10.5 | fL | |
| | **Platelets** | 200 | 10^3/mm3 | |
| | **Neutrophil %** | **81.8 ^** | % | |
| | **Lymphocyte %** | **8.5 ˅** | % | |
| | [illegible] | [illegible] | [illegible] | |

Lincoln/Fox 1979

**Laboratory Test Results (continued)**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Absolute** | | | |
| | **Basophils, Absolute** | 0.02 | 10*3/mm3 | |
| | **Immature Grans, Absolute** | **0.08 ^** | 10*3/mm3 | |
| | **nRBC** | 0.0 | /100 WBC | |
| **CBC Auto Differential [326078456] (Abnormal)** Specimen: Blood | | | | Collected: 11/13/20 0053 Updated: 11/13/20 0109 |
| | **WBC** | 4.72 | 10*3/mm3 | |
| | **RBC** | 4.03 | 10*6/mm3 | |
| | **Hemoglobin** | 13.3 | g/dL | |
| | **Hematocrit** | 41.1 | % | |
| | **MCV** | **102.0 ^** | fL | |
| | **MCH** | 33.0 | pg | |
| | **MCHC** | 32.4 | g/dL | |
| | **RDW** | **11.8 ˅** | % | |
| | **RDW-SD** | 45.2 | fl | |
| | **MPV** | 10.6 | fL | |
| | **Platelets** | 215 | 10*3/mm3 | |
| | **Neutrophil %** | **87.6 ^** | % | |
| | **Lymphocyte %** | **9.5 ˅** | % | |
| | **Monocyte %** | **2.3 ˅** | % | |
| | **Eosinophil %** | **0.0 ˅** | % | |
| | **Basophil %** | 0.0 | % | |
| | **Immature Grans %** | **0.6 ^** | % | |
| | **Neutrophils, Absolute** | 4.13 | 10*3/mm3 | |
| | **Lymphocytes, Absolute** | **0.45 ˅** | 10*3/mm3 | |
| | **Monocytes, Absolute** | 0.11 | 10*3/mm3 | |
| | **Eosinophils, Absolute** | 0.00 | 10*3/mm3 | |
| | **Basophils, Absolute** | 0.00 | 10*3/mm3 | |
| | **Immature Grans, Absolute** | 0.03 | 10*3/mm3 | |
| | **nRBC** | 0.0 | /100 WBC | |
| **Comprehensive Metabolic Panel [326078452] (Abnormal)** Specimen: Blood | | | | Collected: 11/13/20 0053 Updated: 11/13/20 0135 |
| | **Glucose** | **153 ^** | mg/dL | |
| | **BUN** | 17 | mg/dL | |
| | **Creatinine** | 0.69 | mg/dL | |

**Laboratory Test Results (continued)**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **eGFR Non African Amer** | 89 | mL/min/1.73 | |
| | **Globulin** | 2.7 | gm/dL | |
| | **A/G Ratio** | 1.8 | g/dL | |
| | **BUN/Creatinine Ratio** | 24.6 | | |
| | **Anion Gap** | 7.4 | mmol/L | |

Narrative:
GFR Normal >60
Chronic Kidney Disease <60
Kidney Failure <15

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Hemoglobin & Hematocrit, Blood [326615422] (Abnormal)** Specimen: Blood | | | | Collected: 11/16/20 1202 Updated: 11/16/20 1232 |
| | **Hemoglobin** | **8.8 ˅** | g/dL | |
| | **Hematocrit** | **26.4 ˅** | % | |
| **Lipase [326078453]** (Normal) Specimen: Blood | | | | Collected: 11/13/20 0053 Updated: 11/13/20 0135 |
| | Lipase | 27 | U/L | |
| **POC Glucose Once [326126575]** Specimen: Blood | | | | |
| **POC Glucose Once [326117274]** Specimen: Blood | | | | |
| **POC Urine Pregnancy Test [326117271]** Specimen: Urine | | | | |
| **Urinalysis With Microscopic If Indicated (No Culture) - Urine, Clean Catch [326078454] (Abnormal)** Specimen: Urine, Clean Catch | | | | Collected: 11/13/20 0204 Updated: 11/13/20 0216 |
| | **Color, UA** | Yellow | | |
| | **Appearance, UA** | Clear | | |
| | **pH, UA** | **8.5 ˄** | | |
| | **Specific Gravity, UA** | 1.020 | | |
| | **Glucose, UA** | Negative | | |
| | **Ketones, UA** | Negative | | |
| | **Bilirubin, UA** | Negative | | |
| | **Blood, UA** | **Trace !** | | |
| | **Protein, UA** | Negative | | |
| | **Leuk Esterase, UA** | Negative | | |
| | **Nitrite, UA** | Negative | | |
| | **Urobilinogen, UA** | 0.2 E.U./dL | | |
| **Urinalysis, Microscopic Only - Urine, Clean Catch [326078463] (Abnormal)** Specimen: Urine, Clean Catch | | | | Collected: 11/13/20 0204 Updated: 11/13/20 0217 |

Lincoln/Fox 1981

**Imaging Results (continued)**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **CT Abdomen Pelvis With Contrast [326078461]** | | | | Collected: 11/13/20 0313<br>Updated: 11/13/20 0332 |

Narrative:

CT ABDOMEN AND PELVIS WITH CONTRAST:

HISTORY: Acute abdominal pain, nonlocalized

TECHNIQUE: Multiple contiguous helical CT images of the abdomen and pelvis were obtained following the uneventful administration of intravenous contrast. Multiplanar reformatted images were reconstructed from the helical source data. Radiation dose reduction techniques were utilized, including automated exposure control and exposure modulation based on body size.

COMPARISON: CT abdomen and pelvis 01/28/2020, CT chest 01/28/2020

FINDINGS:

Lower chest: Stable aggregation of bullae in the right lung base. No pleural effusions.

Vasculature: Normal caliber abdominal aorta and branch vessels. Major venous structures are unremarkable.

Liver: Stable hepatic cysts.

Gallbladder and Bile Ducts: Normal appearance. No gallstones. No biliary ductal dilatation.

Spleen: Unremarkable.

Pancreas: Unremarkable.

Adrenals: Unremarkable.

Kidneys/Ureters/Bladder: Normal kidneys. No calculi or hydronephrosis. Unremarkable ureters and bladder.

GI Tract/Mesentery:The stomach is unremarkable. Markedly distended cecum measuring approximately 11 cm in greatest width and appears rotated along its axis, extending cephalad to the level of the liver. There are distended loops of distal small bowel with fecalization of content. There is colonic diverticulosis without evidence of diverticulitis. Normal appendix. No free or loculated fluid collections. No intraperitoneal free air.

**Imaging Results (continued)**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|

Impression:

1. Findings concerning for cecal volvulus with associated distal small bowel obstruction.
2. Other chronic findings, as above.

Findings discussed with Dr. Miller at 3:20 AM on 11/13/2020

This report was finalized on 11/13/2020 3:29 AM by Dr. Anshu Shukla, M.D.

**Immunizations**

No immunizations on file.

Name: Keeta Fox | DOB: 11/6/1966 | MRN: 12-608-867 | PCP:

# Appointment Details

Notes

## Consults - Outpatient

Karna K Sundsted at 10/30/2020 8:30 AM

**REFERRAL**
Christopher V. Anstine,*

**REASON FOR CONSULT**

Fatigue, pain symptoms, concern for central sensitization

**HISTORY OF PRESENT ILLNESS**
Ms. Keeta Fox is a 53 y.o. female who presents to the Fibromyalgia and Chronic Fatigue Clinic for evaluation of fatigue and unrefreshing sleep. This note is in collaboration with Jamie Hollander, RN. Please see the nurse note for additional intake history.

The patient is a very nice 53-year-old woman from Kentucky who is here undergoing a multi-specialty evaluation for a constellation of symptoms including but not limited to paresthesias, fatigue, cardiac palpitations, orthostasis, GI symptoms, hematuria and perimenopausal symptoms. She is referred for further diagnostic review regarding chronic fatigue syndrome, central sensitization, fibromyalgia.

Mrs. Fox describes experiencing neck, shoulder and knee pain 4-5 years ago. She was diagnosed with cervical spinal stenosis, and is also a runner, which was thought to account for some of the knee discomfort. Overall, she describes the symptoms as manageable, without impact on functionality.

In February of 2020 while typing at work, her hands locked and she experienced severe paresthesias and very painful shock-like sensations in her hands and feet. Thereafter, she had onset of a constellation of symptoms including gastrointestinal symptoms, orthostatic intolerance, cardiac palpitations, tinnitus, temperature dysregulation. These symptoms were fulminant for approximately 1.5-2 months, thereafter started to improve. She is left with migratory joint pain, most prominent in her hands, the index fingers. She has been diagnosed with erythromelalgia, also Sjogren's syndrome. Temperature dysregulation, cardiac palpitations, orthostasis and fatigue remain troubling symptoms.

Her fatigue seems to be slowly improving, although she has to pace herself and is not at usual activity levels. She has unrefreshing sleep and post exertional malaise. She denies brain fog, but does have orthostatic symptoms as above. Prior to onset of symptoms in February, she had some prolonged work stress. She is a senior vice-president of finance for a large restaurant chain.

She was started on duloxetine, which has been well tolerated and improved both pain and mood symptoms. She sees a psychiatrist and therapist locally. She maintains exercise including walking, although she is no longer running as previously.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**PHYSICAL EXAM**

**General:** Alert woman in no acute distress.
**Eyes:** extra-ocular movements intact. Anicteric.
**Mental:** Linear thought process with full and appropriate affect.
**Lymph:** No anterior or posterior cervical, supraclavicular adenopathy
**Heart:** Regular rate and rhythm. S1, S2. No MRG.
**Musculoskeletal:** No synovitis. Tender points per the RN examination 4/18.
**Extremities:** No lower extremity clubbing, cyanosis or edema.
**Gait:** Normal.

ASSESSMENT / PLAN

**#1 Chronic multifactorial fatigue**
**#2 Probable mild fibromyalgia component (meets 2016 American College of Rheumatology diagnostic criteria)**

FINDINGS:
Widespread Pain Index (WPI): 8/19
Symptom Severity (SS): 6/12
Tender Points: 4/18
Regions: 5/5
Depression Score (PHQ-9): 5/27
Anxiety Score (GAD-7): 3/21

The following criteria for fibromyalgia are present: widespread pain on both sides of the body (above and below the waist) and present for at least 3 months 5/5 regions

The following criteria for chronic fatigue syndrome are present: persisting more than or equal to 6 months, post-exertional malaise, unrefreshing sleep and orthostatic intolerance

SUMMARY IMPRESSIONS AND RECOMMENDATIONS:
1. Mrs. Fox technically meets the 2016 American College of Rheumatology diagnostic criteria for fibromyalgia. She does not have a diagnostic number of tender points to meet the older, 1990 criteria. Her pattern is somewhat atypical in that she does not have a chronic widespread pain syndrome, although does endorse migratory pain symptoms in all 5 regions assessed and has other symptoms potentially attributable to central sensitization. Her symptoms are improving, which is encouraging. We discussed the multiple manifestations of central sensitization.
2. Her fatigue is multifactorial. She has several features of chronic fatigue syndrome as defined in 2015 by the Institute of Medicine, but there are potentially contributive conditions such as Sjogren's syndrome.
3. She is very interested in treatment strategies and is a good candidate for the treatment program which covers comprehensive non-pharmacologic self-management strategies.
4. I have referred for biofeedback session with our specialized occupational therapist. I let her know we may not be able to achieve an appointment within the time she is in Rochester, and certainly this can be scheduled closer to home.
5. She is on duloxetine, and has achieved benefit with good tolerance. The FDA approved medications for fibromyalgia are discussed below, included for reference if needed in future, as I agree with continuing duloxetine for now.

DISCUSSION:
We had a detailed discussion about the biological concepts underlying central sensitization with regard to symptoms. Central sensitization syndrome is a central nervous system response to heightened stress that amplifies sensation markedly. This produces an augmentation of responsiveness of central neurons to input from unimodal and polymodal receptors, with altered sensory processing in the brain, and malfunctioning of antinociceptive mechanisms. Both top-down

and bottom-up mechanisms augment pain and sensitivity to a variety of peripheral stimuli, including physical exertion.

We also reviewed rehabilitative approaches for her symptoms, including lifestyle modifications that are a core component of these rehabilitative strategies. Studies have demonstrated that slowly progressive incremental physical reconditioning and cognitive behavioral retraining are most effective at improving fatigue.

I advised Ms. Fox complete the Fibromyalgia and Chronic Fatigue Treatment Program, which is our 8 hour self-management program that focuses on cognitive behavioral approaches, stress management, sleep hygiene, balanced lifestyle, moderation, energy conservation and graded exercise. She agreed to proceed with the program.

INTEGRATIVE MEDICINE
Health is comprised of physical, emotional, mental, spiritual, and community aspects. Physical health refers to conventional medical evaluations. Emotional health refers to active stress on health through the sympathetic nervous system. Mind/body therapies may decrease the physical effects of stress. Spiritual health refers to that which gives life a sense of meaning and purpose. Wellness comes by working within each of these areas in an integrative manner in conjunction with exercise and nutrition.

Paced breathing, such as in meditation, has been found to be helpful by some patients. Several mediation apps are available on Google Play and the iTunes App Stores. She should perform this 10- 15 minutes twice daily for a couple of months and then assess its utility. Utilizing calming visualizations, such as nature scenes, can enhance the effect of the paced-breathing exercises (YouTube search: meditation and nature). Mind/body therapies, such as yoga, tai chi, exercise, and biofeedback, can also decrease the physical effects of stress.

PSYCHIATRY AND PSYCHOLOGY
Advised working with a local psychologist for cognitive behavioral training regarding the central sensitization disorder, including ongoing education on how to improve coping and adaptation skills. CBT has been found to reduce the pain response and increase gray matter of the brain in fibromyalgia.
Important components of cognitive behavioral therapy are as follows

* Education reassurance;
* Focus on functional gains rather than fibromyalgia as a disease;
* Realistic goal setting;
* Lifelong self-management;
* Pacing and increasing activities;
* Managing sleep;
* Addressing cognitive dysfunction: use of daily planners, to do lists, attention techniques;
* Recognizing the role of stress in symptom development;
* Counteracting maladaptive thinking;
* Relapse and maintenance;
* Improved communication with others;
* Assertiveness training; and
* Use of medications.

The following websites may provide information for psychotherapists practicing cognitive behavioral therapy

www.healthgrades.com/psychiatry-directory
https://therapists.psychologytoday.com/rms/
http://www.findcbt.org/xFAT/

ONLINE CBT: http://web.internetpsykiatri.se/en/treatment/

Often the manifestations of central sensitization coexist with mood disorders such as depression and anxiety. When these conditions are present, they can amply some of the debilitating symptoms and complicate recovery. Therefore, we strongly encourage our patients to work with their local physicians when mood symptoms are present. She was additionally seen for psychiatry consultation by Dr. Frye here.

SLEEP

Recommend "No More Sleepless Nights Workbook," by Peter Hauri.

Ultimately, retraining of nocturnal hypersensitivity is the goal, rather than trying to eliminate any environmental stimuli, which would may prove to be an impossible task.

**General sleep hygiene practices:**

- Use the bedroom only for sleep and sex, not for reading or watching TV. Avoid using electronic devices for at least 1 hour before bedtime and avoid having a mobile device (e.g., cell phone) in the bedroom.
- Keep the room dark. May need to tape over/cover any visible LED lights.
- Try to make the bedroom as cool as tolerated, because the body takes cold as a sign that it's night and therefore that it's time to sleep. The optimal room temperature for sleep is around 60-68 degrees. This can also be promoted by taking a bath before bedtime (even if warm), or wearing a cooling cap at bedtime.
- Recommend bright light exposure for about 30 minutes at the patient's desired "get up" time every day. Outdoor light is always adequate, but some alarm clocks will slowly increase ambient light to simulate sunrise.
- Consider listening to white noise, such as a fan blowing.
- Keep active during the day. Exercise and get some fresh air.
- Stick to a routine of going to bed and getting up at the same time each day.
- Limit daytime naps to no more than 1 hour each day.
- Avoid caffeine late in the day.
- If you eat late at night, keep it light.
- Keep a healthy weight. Being overweight may cause tiredness during the day and may worsen sleep apnea.
- Try to reduce stress in your life by changing the things that cause stress.
- Keep a "to do" journal. Before you go to bed, write down all the things you are worrying about. Then write down what you can do tomorrow. Mark the other things as things to do later in the week. This will help clear your mind of worry.
- Arrange your medicine schedule with your provider so that you take any drugs that might make you sleepy in the evening and drugs that may interfere with sleep during the day.
- Avoid daily use of sleep medicines. You may become dependent on them or build up your tolerance to them so that they no longer work as well. Most sleeping pills should not be used for more than 2 weeks in a row. Could consider taking melatonin, 3 mg, about 2-4 hours prior to desired bedtime every day.
- Try not to focus on falling asleep. For example, don't keep checking the clock and worry about why you are not asleep yet. If you are awake for more than 30 minutes, leave the bed and do not go back to bed until you feel ready to sleep.
- Meditation/Relaxation techniques : http://marc.ucla.edu/body.cfm?id=22
- Consider looking into the SHUTi online program for behavioral management of insomnia. It instructs in sleep hygiene, relaxation techniques, cognitive and "stimulus control" strategies to enhance sleep. She will also be invited to submit electronic sleep logs, and receive individualized feedback and suggestions as to how to improve rest.
- Consider Dr. Andrew Weil's 4-7-8 breathing technique for sleep (https://www.youtube.com/watch?v=xUfl8zap4qU).

Insomnia unresponsive to the above may require referral to a sleep specialist.

PHYSICAL AND OCCUPATIONAL THERAPY
Many patients will benefit from a brief period of targeted physical therapy for 8-12 weeks to improve musculoskeletal symptoms. Additionally, occupational therapy can be helpful for relaxation, stress management, life skills, and energy conservation.

Referrals can be facilitated locally by the primary care provider.

MEDICATIONS
There is no evidence that pure opioids, such as morphine or oxycodone have any benefit in fibromyalgia. In addition, opioid-induced hyperalgesia is a serious concern, in which pain is

worsened by opioid use. Although Tramadol has moderate evidence for efficacy, adverse events, drug cross-reactions, and opioid-induced hyperalgesia argue against its consistent use.

Modest improvement of fibromyalgia has been observed with drugs targeting a diverse range of molecular mechanisms. However, no single drug has offered substantial efficacy. The heterogeneity of this disorder and widely varied responses to medications suggests existence of patient subgroups. As a result, therapies for fibromyalgia need to recognize the impact of central and peripheral aspects of the pathophysiology utilizing both medications and nonpharmacologic approaches.

From a medication perspective, FDA-approved medications for fibromyalgia include duloxetine, milnacipran, and pregabalin. Additional options (non-FDA approved) include gabapentin and the older tricyclic agents (amitriptyline, nortriptyline). Ideally it is best to start with a single medication and slowly titrate upwards to a therapeutic dose, attempting to minimize adverse effects. A combined medication approach can also be undertaken. The advantage of this approach is the use of two different medications with different mechanisms at lower doses to minimize side effects with potential additive benefit from an overall symptom standpoint.

A reasonable approach to medication initiation and titration is listed below. The rate of titration should be based on medication tolerability, presence of adverse effects, and the patient's sensitivity towards medications. Following medication initiation, a patient must be reevaluated by their local provider for efficacy and side effects.

FDA approved:
Duloxetine (SNRI): Best for pain + mood symptoms.
- Presently taking with good tolerance and therapeutic effect

Milnacipran (SNRI): Best for pain + mood symptoms.
- Start at 6.25-12.5 mg daily, increase over several weeks-to-months 25-50 mg
- Maximum dose: 100 mg twice daily

Pregabalin (Alpha-2-delta calcium channel ligand): Best for pain + sleep + paresthesia symptoms.
- Start at 25 mg daily, increase over several weeks-to-months to 50-75 mg
- Maximum dose: 225 mg twice daily

Non-FDA approved:
Gabapentin: Best for pain + sleep + paresthesia symptoms.
- Start at 100-300 mg nightly, increase over several weeks-to-months to 600 mg
- If efficacious, a morning or afternoon dose can be started with gradual uptitration
- Maximum dose: 2400 mg total per day

Amitriptyline or Nortriptyline: Best for pain + sleep + paresthesia symptoms.
- Start at 10 mg nightly, and increase over several weeks-to-months to 50 mg
- Maximum dose: 75 mg daily

COMBINED MEDICATION APPROACH
A combination of low dose SNRI (Duloxetine 30 mg daily, or Milnacipran 12.5-25 mg daily) along with a low dose of pregabalin or gabapentin (pregabalin 50-75 mg or gabapentin 300 mg at night) could be considered. The advantage of this approach is use of two different medications with different mechanisms at lower doses to minimize side effects with potential additive benefit from an overall symptom standpoint.

FOR DISCUSSION AT HOME
Understanding Chronic Pain: What to do about it in less than five minutes?
https://www.youtube.com/watch?v=RWMKucuejls

Total visit time greater than 70 minutes, with over 50% spent counseling with the patient and coordination of care activities described above.

Name: Keeta Fox | DOB: 11/6/1966 | MRN: 12-608-867 | PCP:

# Appointment Details

## Notes

### Progress Notes

**Jean C Fox at 11/17/2020 10:00 AM**

I had a non face-to-face video return visit with Ms. Fox today. With she is admitted to the hospital in her local community. She tells me that Friday she had severe abdominal pain ultimately had to go to the emergency room and was diagnosed with a cecal volvulus. She underwent exploratory laparotomy and surgical resection of her cecum in approximately 12 in of her terminal ileum. Her postoperative recovery has been going smoothly.

**ASSESSMENT / PLAN**

**#1 Gastric Motility Disorder**
A full gut transit study was undertaken and gastric emptying was minimally delayed (30% at 2 hours and 84% at 4 hours) small-bowel transit time was below the mean and colonic transit was normal.
**#2 Bloating Abdominal**
Anorectal manometry testing reveals findings consistent with pelvic floor dysfunction, however given her cecal volvulus in her resection I would like to reassess her after her 6 weeks convalescence and postoperative recovery. We discussed this and Ms. Fox will reconnect with me at that time to let me know how she is progressing. She was in the midst of doing her 48 hour stool collection when she developed the severe abdominal pain that ultimately turned out to be the cecal volvulus so she has not yet turned in her stool studies.

**BILLING:** Greater than 20 minutes spent in a combination of the following activities: reviewing records; interpreting test results; discussing and coordinating care with other team members; discussing plans with the patient and/or family on the telephone; reviewing care plan with local provider(s) on the telephone.

Name: Keeta Fox | DOB: | MRN: 12-608-867 | PCP:

# Appointment Details

## Notes

### Progress Notes

Christopher V. Anstine at 10/26/2020 11:00 AM

**This is a progress note documenting Mrs. Fox's evaluation at Mayo Clinic, coordinated through Consultative Medicine. Please see below for discussion and details of today's follow-up clinic visit addressing multiple concerns outlined below. Please see my initial consult note dated 10/21/2020 for further details on HPI and physical exam.**

**DIAGNOSES/RECOMMENDATIONS:**

**#1 Symptomatic Palpitations**
**#2 Orthostatic Intolerance**
**#3 New diagnosis Sjogren**
Reassuringly the patient's cardiac workup to date has been unremarkable. Despite reported decrease in overall exercise capacity she maintains good VO2 without any cardiopulmonary impairment exercise. Outside extensive cardiac testing has also been reassuring including a normal cardiac event monitor which demonstrated occasional sinus tachycardia. Autonomic reflex testing did not demonstrate any evidence of autonomic failure. She did however have evidence of symptomatic orthostatic tachycardia. Thermal regulatory sweat testing demonstrated normal sweat recruitment and distribution normal TST.
Symptomatic orthostatic intolerance has been described in the literature in the setting of Sjogren syndrome even in the absence of overt autonomic failure. However there are multiple clinical findings that could explain her orthostatic intolerance including multiple GI issues including frequent loose stools and a 25 lb weight loss over 6 weeks. In the setting of Sjogren's syndrome, menopause, and weight loss there may be a component of evolving central sensitization. This was discussed at length with Mrs. Fox. Would recommend continued hydration, liberalized salt intake, and use of thigh-high compression stockings and/or abdominal binder.

**#4 Multiple GI issues including esophageal candidiasis, nausea, loose stools, 25 lb weight loss, and motility disorder.**

Mrs. Fox met with gastroenterology. Full GI transit study demonstrated mild delayed gastric emptying and small bowel transit time. MR enterography was negative for bowel obstruction and was reviewed by Gastroenterology here at Mayo. Fecal fat and bile acids pending. Formal Gastroenterology recommendations pending.

ADDENDUM:

Patient met virtually with Dr. Fox in gastroenterology 11/17/2020. She is noted to have small-bowel transit time below the mean with normal colonic transit. Anorectal manometry testing was consistent with pelvic floor dysfunction. Please see Dr. Fox's documentation 11/17/2020 for full details and recommendations.

**#5 Dyspnea**
**#6 Emphysema, focal right lower lobe**

Patient met with pulmonology for evaluation of dyspnea an outside concern of pulmonary fibrosis. Focal area of emphysema noted in right lower lobe on imaging. This is likely related to a congenital abnormality. Patient was recommended to proceed with prophylactic interventions including appropriate influenza and pneumococcal immunizations, avoidance of inhaled irritants for potential infections, and prompt attention to emergent pulmonary symptoms for consideration to infections. Repeat pulmonary function studies and a CT scan in 2 or 3 years would be reasonable or sooner if she has new or progressive symptoms.

**#7 Headache**
**#8 Severe fatigue**
**#9 Paresthesias**
Mrs. Fox has severe fatigue which has limited her ability to participate in work. She reports pending 12-14 hours a day in bed. She maintained good exercise capacity although this has been significantly reduced from prior. Her constellation of symptoms could be related to evolving central sensitization and chronic multifactorial fatigue. Other than diagnosis of Sjogren's her laboratory and testing has been quite reassuring. Reassuringly she has benefited from a pend standpoint with initiation of duloxetine. Fatigue may also be associated with primary Sjogren syndrome. Notably the patient has also experienced a degree of malnutrition in the setting of severe weight loss which is likely contributing to her fatigue. I appreciate input from my colleagues in the central sensitization clinic for further evaluation. I encouraged her to discuss treatment for underlying Sjogren syndrome with rheumatology.

ADDENDUM:

Patient met with Dr. Sundsted in the central sensitization clinic. She meets criteria for both fibromyalgia and chronic multifactorial fatigue. Please see Dr. Sundsted's documentation 10/30/2020 for further details.

**#10 Query erythromelalgia**
**#11 Query chronic urticaria versus or urticarial vasculitis**
**#12 Easy bruising**
Patient has multiple features that could be consistent with arthralgia including swollen, erythematous, painful hands and feet that are reported to be hot. She does exhibit behaviors of trying to cool her extremities with ice packs. In fact she has taken ice packs to bed.
Evaluation of images brought today's clinic visit raise the question for urticaria. Both chronic urticaria and urticarial vasculitis have been described in the setting of primary Sjogren syndrome. Although not present on today's exam she describes easy bruising/purpura and nodules which raise the question for urticarial vasculitis. I am hesitant prescribed antihistamine for potential chronic urticaria as these may exacerbate sicca symptoms.

I appreciate dermatology input regarding potential erythromelalgia, urticarial rash, and easy bruising.

**#13 Urinary frequency, urgency, irritation**
**#14 Menopause**

Patient met with the Women's Health Clinic for evaluation of pelvic floor tension, vasomotor symptoms, and atrophic vaginitis in the setting of menopause. Please see Woman's Health note dated 10/26/2020 for full details of plan.

Painful bladder syndrome/interstitial cystitis has been well described in patients with Sjogren syndrome. This is certainly also a possibility. Appreciate input from the Women's Health Clinic for evaluation of menopause and menopausal symptoms which include decreased libido and urinary symptoms.

- Treatment for potential painful bladder syndrome should include elimination of bladder irritants from the diet which include caffeine, carbonation, and alcohol. Could consider physical therapy with trigger point massage, myofascial release, pelvic muscle relaxation. Stress management with cognitive behavioral therapy, yoga, meditation has been helpful. If conservative therapy is not beneficial could consider pharmacologic treatment with a neuropathic agent such as gabapentin, Lyrica, or nortriptyline.

**#15 Macrocytosis**
Mild macrocytosis without other CBC abnormalities. Thyroid function cascade, monoclonal gammopathy screen, and pernicious anemia cascade were unremarkable. Would favor monitoring with yearly CBC.

**#16 Microscopic hematuria**

Microscopic hematuria noted on urinalysis. On review of outside records this has been noted over the past 9 months. Will have the patient meet with Urology with cystoscopy and CT urogram.

**#17 Polyuria**

Patient will be meeting with nephrology in the setting of polyuria noted on outside testing. Given recent diagnosis of Sjogren's appreciate Nephrology input regarding potential involvement.

[X] All patients should follow with a local medical team, including a primary care physician. Medication refills should be addressed to a local medical team unless otherwise explicitly stated.

Total visit time was 30 minutes with greater than 50% spent with patient counseling and care coordination noted above.

**Answers for HPI/ROS submitted by the patient on 10/7/2020**
Fatigue: Yes
Fever: Yes
Night sweats: Yes
Visual problems: Yes
Persistent hoarse voice: Yes
Sinus congestion: Yes
Chest pain, pressure or tightness: Yes
Rapid or fluttering heart beats: Yes
Pain in the calf muscles when walking: Yes
Shortness of breath: Yes
Dry cough: Yes
Difficulty swallowing: Yes
Nausea: Yes
Constipation: Yes
Muscle pain/stiffness: Yes
Pain or stiffness in the joints: Yes
Back pain/stiffness: Yes
Skin rash: Yes
Headache: Yes
Light-headedness: Yes
Numbness or shooting pain in hands, arms, legs or feet: Yes
Weakness in arms and/or legs: Yes
Loss of balance or tendency to fall easily: Yes
Loud snoring: Yes
Stop breathing, choking, or gasping while asleep: Yes
Little interest or pleasure in doing things: Yes
Feeling nervous, anxious or on edge: Yes
Not being able to stop or control worrying: Yes
Enlarged lymph nodes: Yes
Bruises/bleeds easily: Yes
Frequent urination: Yes

- Pain with urination: Yes
  Urgency: Yes
  Incontinence (urine leakage): Yes
  Blood in urine: Yes

Keeton Fox

7020 1810 0000 5570 0121

U.S. POSTAGE PAID
FCM LG ENV
LOUISVILLE, KY
40299
DEC 07, 20
AMOUNT
$8.60
R2305P150708-25

1000 40742

Lincoln Life Assurance Co of Boston
Attn Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

# Billing Statement:

ReleasePoint

**Invoice Date: 12/02/2020** **Invoice #: 713209-447**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Nov 1 2020 and Nov 30 2020**

**L-TCMS** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 6754140<br>10310112 | FOX, KEETA<br>ANNA STONE, APRN-BC, PMHNP | Canceled | 08/06/20<br>V CASTAGNO | $ 4.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 4.00** |
| 6754142<br>10310112 | FOX, KEETA<br>MAYO CLINIC - JACKSONVILLE | Canceled | 11/19/20<br>V CASTAGNO | $ 4.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 4.00** |
| 6754143<br>10310112 | FOX, KEETA<br>LOUISVILLE GASTROENTEROLOGY A... | Complete | 07/30/20<br>V CASTAGNO | $ 8.00 | $ 0.00 | $ 0.00 | $ 0.00<br>28 | **$ 8.00** |
| 6759502<br>10310112 | FOX, KEETA<br>MELISSA YOUNG, NP | Canceled | 08/19/20<br>V CASTAGNO | $ 4.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 4.00** |
| 6759503<br>10310112 | FOX, KEETA<br>BAPTIST HEALTH | Canceled | 12/01/20<br>V CASTAGNO | $ 4.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 4.00** |
| 6759504<br>10310112 | FOX, KEETA<br>UNIVERSITY OF LOUISVILLE PHYSICI... | Complete | 08/03/20<br>V CASTAGNO | $ 8.00 | $ 0.00 | $ 0.00 | $ 0.00<br>53 | **$ 8.00** |
| 6849397<br>10310112 | FOX, KEETA<br>CLEVELAND CLINIC FOUNDATION | Complete | 09/15/20<br>V CASTAGNO | $ 8.00 | $ 68.44 | $ 0.00 | $ 0.00<br>79 | **$ 76.44** |

**ReleasePoint**

**Total Amount Due: $ 108.44**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

October 30, 2020

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Financial Group is providing you with an additional copy of our October 6, 2020 written communication.

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

Attachments: 10310112-DENY-FREEFORM-10.05.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

October 6, 2020

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are writing in regard to your claim for disability benefits. We have completed a thorough review of your eligibility for disability benefits and have determined that benefits are not payable. Papa John's International, Inc.'s Long Term Disability Policy requires that to receive benefits you must meet the following definition of disability:

***"Disability"*** *or* ***"Disabled"*** *means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

In order to evaluate whether or not you met the above definition of disability, we requested medical information from your physician(s), and then compared your restrictions and limitations to the requirements of your occupation. Your claim contains the following medical documentation:

- Dr. Potts¿ medical records dated January 16, 2020 through 07/29/20
- Dr. Stone's medical records dated April 1, 2020 through 07/04
- Mrs. Harris NP¿s medical records dated January 8, 2020 through June 2, 2020.
- Mrs. Young NP's medical records dated May 27, 2020 through August 11, 2020.

All of the medical evidence contained in your file was reviewed by a physician Board Certified in Internal Medicine who concluded from the medical evidence you have had a longstanding innumerable physical complaints and symptoms which are very disproportionate to the limited abnormalities found on exhaustive diagnostic evaluations. Taking into account the entire clinical picture, and based on the documentation in the records available, it would be reasonable that you would have some limited impairment in your ability to reliably perform your usual life and work activities during the period of February 1, 2020 through the present date. It would be reasonable that an accommodation for rest periods of a few minutes several times per hour when using your hands and fingers to operate a computer keyboard or other activities for prolonged periods. Based on the available medical evidence contained in your claim file no other restrictions or limitations are supported and it would be reasonable that you would be able to have sustained capacity to work full time with the restrictions noted above.

Please be advised that this medical finding was present ed to Dr. Potts' on September 23, 2020 for review and possible comment. We had asked for his response no later than October 3, 2020. As of the date of this letter Lincoln Financial Group has not received a response from Dr. Potts.

In addition to the medical reviews we also had an Occupational Analysis performed in order to establish the physical requirements of your Own Occupation as a Sr. Vice President of Finance. The findings of this analysis stated that your occupation as a Sr. Vice President of Finance is most often performed at the sedentary level in the National Economy, per the Department of Labor.

*"Sedentary Work - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."*

Based on the medical evidence contained in your claim file in relation to your occupation requirements, you do not meet your Policy's definition of disability. The medical evidence contained in your claim file does not support restrictions and limitation at such a severity level which would preclude you from the material and substantial duties of your own occupation as a Sr. Vice President of Finance. On this basis we must deny your claim for benefits.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional

information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Medical documentation including but, not limited to, your treating physician(s) office notes, test/exam results, surgical procedures records, CT scan reports, consulting physician reports, pharmacy records, physical and occupational therapy notes, hospital records, and discharge summaries and future ongoing treatment plan from any and all treating physicians, which supports your inability to perform the essential duties of your occupation for which you may be capable of and supports your continued disability from February 4, 2020 and beyond the date of this letter.

It is recommended that you provide any and all medical records from any and all medical providers you believe will support your claim for disability beyond.

*"Due to the impact of COVID-19, please be aware that Department of Labor has published guidance providing claimants 180 days and an additional 60 days past the announced end of the National Emergency or such other date announced by the Department of Labor in a future notification to file an appeal. While Lincoln will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as you can."*

*"If you had planned to provide additional information to support your claim but have been unable to do so in light of the COVID-19 emergency, please know that you may submit information for up to 90 days after the end of the California statewide State of Emergency. If that is the case, please contact me at the number below as soon as possible."*

Typically you would have 180 days to appeal this decision. Due to the impact of COVID-19, please be aware the Department of Labor has published guidance providing an additional 60 days past the "outbreak period" to appeal a claim. The "outbreak period" started March 1, 2020 and will end when the end of the National Emergency is announced or such other date is declared by the Department of Labor. While Lincoln Financial Group will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as possible.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents

relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

# Fax

| | | | |
|---|---|---|---|
| To: | Vincent Castagno | From: | The Cleveland Clinic Foundation |
| Fax: | 16033344198 | Fax: | |
| Company: | Lincoln Financial Group | Voice: | |

Date: 10/14/2020 11:12:47 AM
Subject: KEETA FOX(#37012646)

Comments:

This fax originated from a Biscom FAXCOM® Fax Server. Secure Document Delivery - Everytime. Visit us at www.biscom.com

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

| | |
|---|---|
| Date: | August 24, 2020 |
| To: | MELISSA YOUNG NP<br>551 E WASHINGTON ST<br>CHAGRIN FALLS OH 44022 |
| Attn: | Medical Records |
| Fax: | (216) 587-8043 |
| From: | Vincent Castagno III<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4198 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

August 24, 2020

Melissa Young Np
551 E WASHINGTON ST
CHAGRIN FALLS, OH 44022

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Melissa Young Np:

We are the Disability Claim Administrator for your patient, Keeta Fox.

To evaluate Ms. Fox's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2020 through the present

We ask that you provide this information by September 4, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4198 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fox allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 440-6118 Ext. 10328
Secure Fax No.: (603) 334-4198

Attachments: 10310112-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.18.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

00000028 LFPW6QD1 00000426

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeton Fox

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Keeton Fox

Date of Birth: ____________ Claim Number: 10310112 Date: 8/7/2020

**A copy of this authorization will be considered as valid as the original**

pg. 1 Psychotherapy.2015

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

00000028 LFPW8OD1 00000413

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative Keeta Fox

Date of Birth: ______ Claim Number: 10310112 Date: 8/7/2020

**A copy of this authorization will be considered as valid as the original.**

Cleveland Clinic

CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403

Fox, Keeta R
MRN: 87556385, DOB: , Sex: F
Visit date: 5/28/2020

## Distance Health

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/28/2020 4:30 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 542432484 | FHC Chag |

### Progress Notes

| Author | Status | Last Editor | Updated | Created |
|---|---|---|---|---|
| Melissa Young, MD | Signed | Melissa Young, MD | 6/1/2020 8:07 AM | 5/28/2020 4:31 PM |

This Team Access Model visit is a virtual encounter. It required patient-provider interaction for the medical decision making as documented below.

**FUNCTIONAL MEDICINE INITIAL ASSESSMENT**

Patient: Keeta R Fox
MRN: 87556385

ALLERGIES
Not on File

### Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • TriFortify Orange Gel (Researched Nutritionals) | Squeeze tube to fill 1 teaspoon, then swallow twice daily for 7 days prior to mycotoxin profile then once daily as tolerated | | |
| • MEDICATION, NON-DATABASE | Duloxetine Feb 24, 2020<br>90 mg<br>1 No -<br>Amitiza Mar 02, 2020<br>24 mcg<br>1 No -<br>Zolpidem Jan 15, 2020<br>10 mg<br>1 Yes -<br>Estrodiol Mar 07, 2020<br>.05 mg -<br>- -<br>Progesterone Mar 07, 2020<br>200 mg<br>1 Yes - | | |

Promethazine Mar
02, 2020
25 mg
1 No -
Clonazepam Jan
01, 1995
.5 mg -
No -
Extra Strength
Tylenol Feb 05,
2020 1000
mg 1
No -
Antibiotics

No current facility-administered medications for this visit.

No past medical history on file.

No past surgical history on file.

Social History

Tobacco Use
- Smoking status: Not on file

Substance Use Topics
- Alcohol use: Not on file
- Drug use: Not on file

**EVALUATION**

**MSQ: (LM)**

**Patient Entered Questionnaire**

**PROMIS Scale T-Scores -- HIGHER SCORES BETTER**

| PROMIS Global Health | 5/22/2020 | 5/22/2020 | 5/22/2020 |
|---|---|---|---|
| **Physical T-Score** | 32.4 | 32.4 | 32.4 |
| **Mental T-Score** | 31.3 | 31.3 | 31.3 |

**Depression Screening:**

| PHQ-9 | 5/22/2020 | 5/22/2020 | 5/22/2020 |
|---|---|---|---|
| **Score** | 6 | 6 | 6 |

**PHQ-9 Self-Harm (Item 9) response options:**

0 Not at all

1 Several days
2 More than half the days
3 Nearly every day

**PHQ-9 Levels:**
0-4 Minimal depression
5-9 Mild depression
10-14 Moderate depression
15-19 Moderately severe depression
20-27 Severe depression

**Patient Goals:**
**Health Goals-coordination of care, supplement recommendations, what are next steps for testing, treatment, team approach**

**What do you hope to achieve in your visit with us?:Provide overview of my health and start to challenge some of my diagnoses and experimental treatment plans. Would like to ultimately have a Cleveland Clinic Functional MD long termWhen was the last time you felt well?:Nov 2019Did something trigger your change in health?:Not sure what exact triggering event was; potential environmental exposure ( Found mold in house that is currently being remediated) and high stress job could be involved but career stress not new.What makes you feel better?:Accomplishing something each day, when possible ( I have low dopamine level per urine test so think feeling of accomplishing something each day helps) The sunshine, a good glass of wine ( have not had one in over 3 months) and sitting my pool hanging out with friends. which cannot happen right now. Going for a walk helpsWhat makes you feel worse?:Significant physical activity; conflict with husband and stress over house that is being torn up for mold remediation. When heart palpitations flair up then stress level goes up which in turn makes me feel worseHow does your condition affect you?:I am disabled from work with significant mental impact (severe mood swings and sadness I have never experienced before). Really tough in middle of Coronavirus pandemic and social distancing. Cannot see friends or family for supportWhat do you think is happening and why?:I do not know. My functional RNP thinks I have a chronic inflammatory response to something environmental. Currently remediating house due to positive mold testing through expert; living in hotel for 6 weeks but have not gotten better. Appears lower level mold in hotel. Going to consider more testing for mercury illness ( fillings in teeth) and Lyme disease testing through iGenex. Would like to get second opinion before proceeding. I know stress and diet have contributed and working on diet but stress harder to manageWhat do you feel needs to happen for you to get better?:An official diagnosis and a new treatment plan. The uncertainty makes this worse and my GP and my husband do not support potential current diagnoses at all. Psycolologically being back in my house after mold remediation would help. Would feel better if I could return to work but not physically able yet. Miss having a career**

**Current Health Concerns**

| Current Problem Name | Date Started | Priority | Severity | Prior Treatment | Success of Prior Treatment |
|---|---|---|---|---|---|
| Severe Fatigue | Feb 04, 2020 | 1 | Severe | No | n/a |
| Cold chills without fever | Dec 04, 2019 | 2 | Severe | No | n/a |
| Tremors | Feb 04, 2020 | 4 | Moderate | No | n/a |
| Gastroparesis ( constipation and nausea) | Feb 03, 2020 | 5 | Severe | Yes | Somewhat Successful |
| Muscle Rigidity | Feb 04, 2020 | 6 | Moderate | No | n/a |
| Skin Itching | Feb 10, 2020 | 7 | Severe | Yes | Not Successful |
| Small Fiber Neuropathy | Jan 13, 2020 | 8 | Moderate | No | Somewhat Successful |
| Electrical current sensation | Feb 04, 2020 | 9 | Moderate | No | n/a |

**Urinary discomfort May 11, 2020 10 Moderate No n/a**
**Insomnia Jan 01, 2020 11 Severe Yes Somewhat Successful**
**Depression/ Anxiety Jan 01, 2000 12 Severe Yes Somewhat Successful**
**Feverish feeling Jan 01, 2000 13 Moderate No n/a**
**Unusual aches and pains that move Jan 01, 2020 14 Moderate Yes Not Successful**
**Toothache pain Feb 17, 2020 16 Moderate No n/a**
**Mid Back Pressure Jan 01, 2000 17 Mild No n/a**
**Burning in hands Jun 01, 2019 18 Mild No n/a**
**Burning tongue Jul 01, 2019 19 Mild No n/a**
**Vaginal Candida Glabrata Jan 01, 1999 20 Moderate Yes Not Successful**
**Angular chelitis Aug 01, 2019 21 - Yes Not Successful**
**Heart Palpitaitons Sep 01, 2019 3 Moderate Yes Not Successful**
**Eye aches Jan 01, 2020 22 Moderate Yes Not Successful**
**Shortness of breath Feb 04, 2020 15 Mild No n/a**
**Sensitivity to Loud Music and Car Shaking Jan 20, 2020 23 Moderate No n/a**
**Night Sweats Jan 31, 2020 24 Moderate Yes Not Successful**
**Ringing in ears Dec 16, 2019 25 Moderate No n/a**
**skin rashes Dec 24, 2019 26 Moderate Yes Not Successful**
**Scalp Falliculitis Jun 01, 2018 27 Moderate Yes Somewhat Successful**

**HPI:**
This is a 53 year old female with a complicated history. She was healthy until last December. She has seen Pulmonary, Cardiology, Rheumatology, Neurology and gastroenterology for evaluation. She has been working with a Functional Medicine Nurse Practitioner in Louisville, KY

Symptoms started in Decembers 2019 with palpitations.
She has had mold exposure in her home, car and now in her hotel after moving out of her home due to mold.
Pipe leak in Master shower led to mold. She is working with a company to re-mediate.
ERMI perform at home to assess mold at home. Also had air testing which confirmed ERMI results.

She is Senior VP of Finance of Papa Johns but not currently able to work due health changes.

Supplements recommended by FM NP-has not yet started them-ox bile, micelle Vit A, magnesium glycinate, ammonia scavenger, coffee enemas, betaine hcl

**Birth:**
**NSVD**

**Triggers/Mediators:**

**Review of Systems:**
The remainder of the review of systems is noncontributory

**Family History - Parents and Grandparents**
**State of Health Current Age (or age at Death if deceased) Cause of death if deceased**
**Father Deceased 79 Unknown but suspect heart attack or aortic anurism burst**
**Mother Poor 81 -**
**Maternal grandmother Deceased 78 Colon Cancer**
**Maternal grandfather Deceased - Suicide**
**Paternal grandmother Deceased 50 Typhoid Fever**

**Paternal grandfatherDeceased 75 Unknown**
**Mother : Hypertension or high blood pressure, Obesity, Diabetes, Autoimmune disease, Arthritis, Anxiety, Depression, Allergies, Irritable bowel syndrome**
**Father : Heart disease, Hypertension or high blood pressure, Anxiety, Depression**
**Grandfathers : Heart disease, Obesity, Psychiatric disorders, Anxiety, Depression, Substance abuse**
**Grandmothers : Cancer, Arthritis, Psychiatric disorders, Depression**
**Family History-Siblings**

| State of Health | Current Age (or age at Death if deceased) | Cause of death if deceased |
|---|---|---|
| **Poor** | **62** | **-** |
| **Good** | **60** | **-** |
| **Good** | **57** | **-** |
| **Fair** | **50** | **-** |

**Sisters : Cancer, Hypertension or high blood pressure, Arthritis, Anxiety, Depression, Allergies**
**Other Family History**
**Other Diseases that run in the family:Severe depression; bipolar disorder in mother's family. My oldest sister also has microbacterium avian complex**
**Diagnostic study**

**Objective:**
There were no vitals taken for this visit.

**PHYSICAL EXAM:**
**VIRTUAL VISIT**

**Assessment**
***Assessment:***
Z77.120 Mold exposure (primary encounter diagnosis)
T64.81XS Toxic effect of mycotoxin, accidental or unintentional, sequela
Z77.018 Heavy metal exposure
R76.8 ANA positive
K59.00 Constipation, unspecified constipation type
R71.8 Elevated MCV
E71.19 MMA (methylmalonic aciduria) (HCC)
G62.9 Small fiber neuropathy
K90.49 Fat malabsorption
R19.5 Yeast in stool
R06.83 Snoring
R53.83 Fatigue, unspecified type
F41.8 Anxiety with depression
Z83.2 Family history of autoimmune disorder

**Initial Functional Medicine Assessment**

**Functional Medicine Outside Labs are scanned in the F Drive -labs reviewed during visit today**

**Underlying Causes:**
Toxins, possible infections, microbiome imbalance, food sensitives, immune dysregulation

**Today's Focus:**
nutritional deficiencies, gut balance, inflammation, toxins

**Nutritional Assessment**
High MCV, MMA elevated on organic acid testing
SAD but changed diet to GF, low carb four weeks ago
Had MRT Food Sensitivity Profile performed

**Digestive Function**
Gastroparesis
Hx IBS
Constipation on Amitiza
Used to be a runner and would have diarrhea when running
Yeast in stool
High fecal fat

**Inflammation/Immune Function**
Root canal recommended
Gingivitis
Hx Shingles
Small fiber neuropathy
Recurrent Candida glabrata and BV
Hospitalized for CMV 1984
UTI
Insomnia -takes Zolpidem
ANA positive
Mother has RA
Depression
Body aches, joint pains and aches,
Paraesthesia-better since starting Duloxetine
Sleep study (less than 6 months ago) negative but chronic snoring
Recurring feverish feeling but does not have elevated temperature

**Energy Production/Function:**
Fatigue
Intermittent Headache

**Detoxification Function**
Many Mercury amalgams
Renovations
Chemicals used in yard,
Mold exposures-home under remediation
More constipation with CSM
Used to take a lot Ibuprofen and tylenol

**Hormonal Function:**
Glucose 95, HBA1c 5.1
Menopause on HRT for hot flashes -weaning estradiol patch, Prometrium
Used to have cramping
Fibrocystic breast with 3 breast biopsies
Hx kidney stone
Anxiety

**Structural Function:**
OA neck, knees

Oral device for TMJ

**Plan and Lifestyle Prescription**

**Plan/Instructions/Resources:**
**TESTING RECOMMENDATIONS**
**Mycotoxin Evaluation**
1. Urine Mycotoxin Profile from Great Plains Labs. I recommend taking Researched Nutritionals Trifortify glutathione (or other liposomal glutathione supplement) one teaspoon (400-500 mg) two times daily for 7 days prior to collecting urine sample. It is available at https://store.healthylivingshop.com/ If you have access to a sauna, take a 30 minute sauna they day of the test collection as well.

2. Lactulose Breath Test for SIBO-ask your GI specialist if he would perform a 3 hour Lactulose breath test assessing for BOTH hydrogen and methane gas. You need to off antibiotics for 3-4 weeks before performing this test

NEXT STEPS:
IGENEX labs Lyme and Tick coinfection Profile

**OTHER RECOMMENDATIONS**
1. Send me ERMI results

**Possible Future Plans:**
UTE with DMSA provocation to assess for heavy metals
Complete Hormone Profile or DUTCH PLUS to assess hormone pathways, methylation and estrogen metabolism

**Follow up:**
**Please schedule a follow up visit with the following Caregivers:**
**Provider: 8weeks**

**LIFESTYLE PRESCRIPTION**
**Functional Nutrition:**
Elimination Diet
Anti candida diet-chronic yeast

**Sleep:**
Sleep goal for most adults is a minimum of **7-9 hours** nightly. Studies consistently show that less than 6 hours of sleep for even just a few nights can alter gene expression of over 700 different genes! This can lead to reduced immunity and altered hormone levels which can increase inflammation and cause weight gain, poor blood sugar regulation, memory problems and numerous other negative effects.

Please make sleep a priority. Be very protective of your sleep time and find a routine that works for you. Your body (and mind) will thank you!!!!

Sleep hygiene tips: Recommend no "screen activity" at least 1 hour before bed (no TV, computer monitor, iPad, Kindle, or Smart Phone usage). Sleep in a cool, dark room. No buzzing or binging objects in your bedroom except alarm clock. Try to get 7-8 hours of sleep per night.

**Exercise Prescription:**
Numerous studies confirm the benefits of regular moderate **aerobic exercise** (walking, swimming, elliptical machine, cycling, etc.) for 30 min 5 days per week (150 min goal).

**Resistance training** for 20 min twice weekly will also help build lean muscle mass, maintain bone mineral density, reduce body fat, and increase metabolic rate (helps you to burn calories more efficiently--even at rest).

**High intensity interval training**-Alternatively, some new research suggest very short, intense bursts of activity for just 4 minutes per day 3-4 times/week may be as effective (or even beter) than longer, low to moderate exercise sessions. If this appeals to you, please try the following:

Do 1 exercise such as jumping rope, running in place, Burpees or jump squats for 30-60 seconds as hard as you can. Use a timer to ensure you're at maximal intensity for the full minute. Do this for 60 seconds 4 separate times throughout the day. Alternate days that you do this taking a day off in between. Max 3-4 times a week. If you can go longer than 60 seconds you are not going hard enough!

If you choose to do the 4 bursts consecutively you must do something less strenuous (to allow the muscles time to recover) for 4 minutes before you repeat the next 60 second burst. If you cannot complete the next set of 60 seconds then you did not wait long enough for your muscle to recover. However, there is a benefit to dividing the 4 minutes bursts throughout the day vs. all at once.

**Stress Management:**
High Stress
Her mother is sick
Her sister has cancer
She has worked with a psychiatrist for over 10 years

1) Please look into this Heart Rate Variability BioFeedback Tool (www.heartmath.org). You can see the research that has been put into this very valuable tool under the Resources and Research tabs. This can be used as an app on your smart phone. You will need to buy a sensor that plugs right into the phone for about $100. First, get one of the Heart Math booklets off Amazon.com that fits your 'go to' emotion - Transforming Anger, Anxiety, Stress, Depression, or PTSD. Five minutes 3X a day is more effective than 15 minutes in one sitting.

2) A regular, daily meditation practice of at least 15-20 minutes will change your brain--as well as your genes! Preliminary studies demonstrate gene expression is modified in those who meditate regularly leading to down-regulation of pro-inflammatory genes. This results in reduced inflammation, as well as improvements in the body's response to stress via the hormone cortisol, in the intervention groups vs. the controls. Although more research is needed, these findings suggest a definite role for meditation in the treatment and prevention of chronic inflammatory conditions.

**Behavioral Health Therapist:**
If I recommended counseling or individual therapy, please schedule an individual appointment with our Functional Medicine Behavioral Health Therapist after your visit today. The Behavioral Health Therapist helps patients identify and understand feelings and behaviors, experience the process of making positive change, and gain healthy coping skills.

**Health Coaching:**
Please consider scheduling with our Center for Functional Medicine health coaches for a phone or virtual visit for accountability, goal setting and help with behavior change over the next 6-8 weeks to be successful with your goals. (216)-445-6900.

**Smart phone apps to begin a meditative practice:**

**Headspace** (free for first 10 days)

**Insight Meditation Timer**- (Free)-Great all-around app to use for guided meditations of many different types and lengths or just to use as a tool to time and track your meditation practice. This is my absolute favorite!

**Calm**- (Free)

**Walking Meditations**-($1.99)- Get your walk AND meditation done together. A good way to start out for individuals who feel they "just can't sit still" to begin a meditative practice.

**Medications/Supplements Recommended:**

**Medication orders placed this encounter**

*TriFortify Orange Gel (Researched Nutritionals)*

Sig: Squeeze tube to fill 1 teaspoon, then swallow twice daily for 7 days prior to mycotoxin profile then once daily as tolerated

Dispense:

I recommend the supplements from the **Cleveland Clinic Healthy Living Online Store at** https://store.healthylivingshop.com/ as we have thoroughly evaluated the research and use only highest quality supplements.

During the next **6-8 weeks** you'll be working on your diet plan discussed with our nutritionist, allowing for gentle detoxification and decreasing inflammation - while we are gathering your lab results and combining those with your complete history to formulate a very personalized treatment plan.

**LAB results:** Due to the complexity of the testing performed, we are **not** able to review labs via **MyChart** or over the phone, but please know, if any of your labs are critical **we will contact you**. Otherwise, we will review all your labs at your next visit.

We will go over a lot of information during your follow up visit - so please be well-rested and you may want to bring someone with you, if possible. Also make sure to **schedule with the nutritionist (this will not happen automatically).**

**Potential future labs:** Any Genova labs ordered take about 4 weeks to return. Do them as soon as possible so that we have the results before your next appointment. You can access them on the Genova website and it can be beneficial if you review them prior to your next visit. www.gdx.net. Read about NutrEval if this was ordered.

**Time spend with patient**:
I spent 60 minutes minutes of face-to-face time with the patient. At least 50% of this time was spent in counseling, explanation of diagnosis, planning of further management, and coordination of care.

Melissa Young, MD

**Patient Instructions**

**Patient Instructions by Melissa Young at 5/28/2020 6:00 PM**

Author: Melissa Young    Service: —    Author Type: Physician
Filed: 5/28/2020 6:02 PM    Encounter Date: 5/28/2020    Status: Addendum
Editor: Melissa Young (Physician)
Related Notes: Original Note by Melissa Young (Physician) filed at 5/28/2020 6:01 PM

**Initial Functional Medicine Assessment**

**Nutritional Assessment**
High MCV, MMA elevated on organic acid testing -to discuss B12 supplementation
SAD but changed diet to GF, low carb four weeks ago
Had MRT Food Sensitivity Profile performed

**Digestive Function**
Gastroparesis
Hx IBS
Constipation on Amitiza
Used to be a runner and would have diarrhea when running
Yeast in stool
High fecal fat

**Inflammation/Immune Function**
Root canal recommended
Gingivitis
Hx Shingles
Small fiber neuropathy
Recurrent Candida glabrata and BV
Hospitalized for CMV 1984
UTI
Insomnia -takes Zolpidem
ANA positive
Mother has RA
Depression
Body aches, joint pains and aches,
Paraesthesia-better since starting Duloxetine
Sleep study (less than 6 months ago) negative but chronic snoring
Recurring feverish feeling but does not have elevated temperature

**Energy Production/Function:**
Fatigue
Intermittent Headache

**Detoxification Function**
Many Mercury amalgams
Renovations
Chemicals used in yard,
Mold exposures-home under remediation

Patient Instructions (continued)

Patient Instructions by Melissa Young at 5/28/2020 6:00 PM (continued)

More constipation with CSM
Used to take a lot Ibuprofen and tylenol

**Hormonal Function:**
Glucose 95, HBA1c 5.1
Menopause on HRT for hot flashes -weaning estradiol patch, Prometrium
Used to have cramping
Fibrocystic breast with 3 breast biopsies
Hx kidney stone
Anxiety

**Structural Function:**
OA neck, knees
Oral device for TMJ

**Plan and Lifestyle Prescription**

**Plan/Instructions/Resources:**
**TESTING RECOMMENDATIONS**
**Mycotoxin Evaluation**
1. Urine Mycotoxin Profile from Great Plains Labs. I recommend taking Researched Nutritionals Trifortify glutathione (or other liposomal glutathione supplement) one teaspoon (400-500 mg) two times daily for 7 days prior to collecting urine sample. It is available at https://store.healthylivingshop.com/ If you have access to a sauna, take a 30 minute sauna they day of the test collection as well.

2. Lactulose Breath Test for SIBO-ask your GI specialist if he would perform a 3 hour Lactulose breath test assessing for BOTH hydrogen and methane gas. You need to off antibiotics for 3-4 weeks before performing this test

NEXT STEPS:
IGENEX labs Lyme and Tick coinfection Profile

**OTHER RECOMMENDATIONS**
1. Please send ERMI results

**Possible Future Plans:**
UTE with DMSA provocation to assess for heavy metals
Complete Hormone Profile or DUTCH PLUS to assess hormone pathways, methylation and estrogen metabolism

**Follow up:**
**Please schedule a follow up visit with the following Caregivers:**
**Provider: 8 weeks**

**LIFESTYLE PRESCRIPTION**
**Functional Nutrition:**

**Patient Instructions (continued)**

Patient Instructions by Melissa Young at 5/28/2020 6:00 PM (continued)

Elimination Diet
Anti candida diet-chronic yeast issues

**Sleep: snoring, sleep study negative**
Sleep goal for most adults is a minimum of **7-9 hours** nightly. Studies consistently show that less than 6 hours of sleep for even just a few nights can alter gene expression of over 700 different genes! This can lead to reduced immunity and altered hormone levels which can increase inflammation and cause weight gain, poor blood sugar regulation, memory problems and numerous other negative effects.

Please make sleep a priority. Be very protective of your sleep time and find a routine that works for you. Your body (and mind) will thank you!!!!

Sleep hygiene tips: Recommend no "screen activity" at least 1 hour before bed (no TV, computer monitor, iPad, Kindle, or Smart Phone usage). Sleep in a cool, dark room. No buzzing or binging objects in your bedroom except alarm clock. Try to get 7-8 hours of sleep per night.

**Exercise Prescription:**
Numerous studies confirm the benefits of regular moderate **aerobic exercise** (walking, swimming, elliptical machine, cycling, etc.) for 30 min 5 days per week (150 min goal).

**Resistance training** for 20 min twice weekly will also help build lean muscle mass, maintain bone mineral density, reduce body fat, and increase metabolic rate (helps you to burn calories more efficiently--even at rest).

**High intensity interval training**-Alternatively, some new research suggest very short, intense bursts of activity for just 4 minutes per day 3-4 times/week may be as effective (or even beter) than longer, low to moderate exercise sessions. If this appeals to you, please try the following:

Do 1 exercise such as jumping rope, running in place, Burpees or jump squats for 30-60 seconds as hard as you can. Use a timer to ensure you're at maximal intensity for the full minute. Do this for 60 seconds 4 separate times throughout the day. Alternate days that you do this taking a day off in between. Max 3-4 times a week. If you can go longer than 60 seconds you are not going hard enough!

If you choose to do the 4 bursts consecutively you must do something less strenuous (to allow the muscles time to recover) for 4 minutes before you repeat the next 60 second burst. If you cannot complete the next set of 60 seconds then you did not wait long enough for your muscle to recover. However, there is a benefit to dividing the 4 minutes bursts throughout the day vs. all at once.

**Stress Management:**
High Stress
Her mother is sick
Her sister has cancer
She has worked with a psychiatrist for over 10 years

1) Please look into this Heart Rate Variability BioFeedback Tool (www.heartmath.org). You can see the research that has been put into this very valuable tool under the Resources and Research tabs. This can be used as an app on your smart phone. You will need to buy a sensor that plugs right into the phone for about $100. First, get one of the Heart Math booklets off Amazon.com that fits your 'go to' emotion - Transforming

**Patient Instructions (continued)**

Patient Instructions by Melissa Young at 5/28/2020 6:00 PM (continued)

Anger, Anxiety, Stress, Depression, or PTSD. Five minutes 3X a day is more effective than 15 minutes in one sitting.

2) A regular, daily meditation practice of at least 15-20 minutes will change your brain--as well as your genes! Preliminary studies demonstrate gene expression is modified in those who meditate regularly leading to down-regulation of pro-inflammatory genes. This results in reduced inflammation, as well as improvements in the body's response to stress via the hormone cortisol, in the intervention groups vs. the controls. Although more research is needed, these findings suggest a definite role for meditation in the treatment and prevention of chronic inflammatory conditions.

**Behavioral Health Therapist:-patient works with a psychiatrist**
If I recommended counseling or individual therapy, please schedule an individual appointment with our Functional Medicine Behavioral Health Therapist after your visit today. The Behavioral Health Therapist helps patients identify and understand feelings and behaviors, experience the process of making positive change, and gain healthy coping skills.

**Health Coaching:**
Please consider scheduling with our Center for Functional Medicine health coaches for a phone or virtual visit for accountability, goal setting and help with behavior change over the next 6-8 weeks to be successful with your goals. (216)-445-6900.

**Smart phone apps to begin a meditative practice:**

**Headspace** (free for first 10 days)

**Insight Meditation Timer**- (Free)-Great all-around app to use for guided meditations of many different types and lengths or just to use as a tool to time and track your meditation practice. This is my absolute favorite!

**Calm**- (Free)

**Walking Meditations**-($1.99)- Get your walk AND meditation done together. A good way to start out for individuals who feel they "just can't sit still" to begin a meditative practice.

**Medications/Supplements Recommended:**

**Medication orders placed this encounter**
*TriFortify Orange Gel (Researched Nutritionals)*
Sig: Squeeze tube to fill 1 teaspoon, then swallow twice daily for 7 days prior to mycotoxin profile then once daily as tolerated
Dispense:

I recommend the supplements from the **Cleveland Clinic Healthy Living Online Store at** https://store.healthylivingshop.com/ as we have thoroughly evaluated the research and use only highest quality supplements.

During the next **6-8 weeks** you'll be working on your diet plan discussed with our nutritionist, allowing for gentle detoxification and decreasing inflammation - while we are gathering your lab results and combining those with your complete history to formulate a very personalized treatment plan.

Patient Instructions (continued)

Patient Instructions by Melissa Young at 5/28/2020 6:00 PM (continued)

**LAB results:** Due to the complexity of the testing performed, we are **not** able to review labs via **MyChart** or over the phone, but please know, if any of your labs are critical **we will contact you**. Otherwise, we will review all your labs at your next visit.

We will go over a lot of information during your follow up visit - so please be well-rested and you may want to bring someone with you, if possible. Also make sure to **schedule with the nutritionist (this will not happen automatically).**

**Potential future labs:** Any Genova labs ordered take about 4 weeks to return. Do them as soon as possible so that we have the results before your next appointment. You can access them on the Genova website and it can be beneficial if you review them prior to your next visit. www.gdx.net. Read about NutrEval if this was ordered.

Referring Provider

**Self**

Allergies as of 05/28/2020

No Known Allergies
**Date Verified:** 05/28/2020

Reason for Visit

**New Patient**

Diagnoses

| | Comments |
|---|---|
| **Mold exposure** - Primary | |
| **Toxic effect of mycotoxin, accidental or unintentional, sequela** | |
| **Heavy metal exposure** | |
| **ANA positive** | |
| **Constipation, unspecified constipation type** | |
| **Elevated MCV** | |
| **MMA (methylmalonic aciduria) (HCC)** | |
| **Small fiber neuropathy** | |
| **Fat malabsorption** | |
| **Yeast in stool** | |
| **Snoring** | |
| **Fatigue, unspecified type** | |
| **Anxiety with depression** | |
| **Family history of autoimmune disorder** | |

Orders (Some orders may appear duplicative but indicate data entry only)

## Orders (Some orders may appear duplicative but indicate data entry only) (continued)

**TriFortify Orange Gel (Researched Nutritionals) [1425197088]**

Electronically signed by: **Melissa Young on 05/28/20 1752** Status: **Active**
Ordering user: Melissa Young 05/28/20 1752 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

**Outpatient Encounter Meds: End of Enc- as of 5/28/2020**

**TriFortify Orange Gel (Researched Nutritionals)** — Squeeze tube to fill 1 teaspoon, then swallow twice daily for 7 days prior to mycotoxin profile then once daily as tolerated

**MEDICATION, NON-DATABASE**

| | | | | | | |
|---|---|---|---|---|---|---|
| Duloxetine | Feb 24, 2020 | 90 | mg | 1 | No | - |
| Amitiza | Mar 02, 2020 | 24 | mcg | 1 | No | - |
| Zolpidem | Jan 15, 2020 | 10 | mg | 1 | Yes | - |
| Estrodiol | Mar 07, 2020 | .05 | mg | - | - | - |
| Progesterone | Mar 07, 2020 | 200 | mg | 1 | Yes | - |
| Promethazine | Mar 02, 2020 | 25 | mg | 1 | No | - |
| Clonazepam | Jan 01, 1995 | .5 | mg | - | No | - |

Extra Strength Tylenol Feb 05, 2020 1000 mg 1
No -
Antibiotics
Rhodiola Rosea (90 capsules) Pure Encapsulations1 capsule once per day, Take between meals.
DHEA 5mg (60 capsules) Pure Encapsulations 1 capsule twice per day with meals
Pregnenolone 10mg (60 capsules) Pure Encapsulations- 1 capsule daily with meals

**Start Taking**

**TriFortify Orange Gel (Researched Nutritionals)** — Squeeze tube to fill 1 teaspoon, then swallow twice daily for 7 days prior to mycotoxin profile then once daily as tolerated

**Problem List as of 5/28/2020** Date Reviewed: **5/28/2020**

None

**Goals (5 Years of Data) as of 6/1/2020 at 8:07 AM**

None

## All Flowsheet Data (all recorded)

**Patient-Reported Data**

| Row Name | 05/22/20 1234 | 05/22/20 1236 |
|---|---|---|
| OTHER | | |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Little interest or pleasure in doing things | Several days (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Feeling down, depressed, or hopeless | Several days (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Trouble falling or staying asleep, or sleeping too much | Several days (Patient-Rptd) -patient at 05/22/20 1234 | — |

## All Flowsheet Data (all recorded) (continued)

### Patient-Reported Data (continued)

| Row Name | 05/22/20 1234 | 05/22/20 1236 |
|---|---|---|
| Feeling tired or having little energy | Several days (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Poor appetite or overeating | Several days (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Not at all (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Trouble concentrating on things, such as reading the newspaper or watching television | Not at all (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Moving or speaking so slowly that other people could have noticed Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Several days (Patient-Rptd) -patient at 05/22/20 1234 | — |
| In general, would you say your health is: | — | Poor (Patient-Rptd) -patient at 05/22/20 1236 |
| In general, would you say your quality of life is: | — | Poor (Patient-Rptd) -patient at 05/22/20 1236 |
| In general, how would you rate your physical health? | — | Poor (Patient-Rptd) -patient at 05/22/20 1236 |
| In general, how would you rate your mental health, including your mood and your ability to think? | — | Fair (Patient-Rptd) -patient at 05/22/20 1236 |
| In general, how would you rate your satisfaction with your social activities and relationships? | — | Fair (Patient-Rptd) -patient at 05/22/20 1236 |
| To what extent are you able to carry out your everyday physical activities such as walking, climbing stairs, carrying groceries, or moving a chair? | — | Completely (Patient-Rptd) -patient at 05/22/20 1236 |
| In the past 7 days, how would you rate your pain on average? | — | 7 (Patient-Rptd) -patient at 05/22/20 1236 |
| In the past 7 days, how would you rate your fatigue on average? | — | Very severe (Patient-Rptd) -patient at 05/22/20 1236 |
| In general, please rate how well you carry out your usual social activities and roles. (This includes activities at home, at work and in your community, and responsibilities as a parent, child, spouse, employee, friend, etc.) | — | Fair (Patient-Rptd) -patient at 05/22/20 1236 |
| In the past 7 days, how often have you been bothered by emotional problems such as feeling anxious, depressed or irritable? | — | Often (Patient-Rptd) -patient at 05/22/20 1236 |

## All Flowsheet Data (all recorded)

### Custom Formula Data

| Row Name | 05/22/20 1234 |
|---|---|
| OTHER | |
| PHQ-2 score | 2 -MU |
| PHQ-2 score | 2 -MU |
| Recorded by | [MU] MU 05/22/20 1234 |

Cleveland Clinic

CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403

Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 5/28/2020

## All Flowsheet Data (all recorded)

### MSPT PED Full Patient-Entered Data

| Row Name | 05/22/20 1234 | 05/22/20 1236 |
|---|---|---|
| PROMIS-10 Global Health | | |
| PROMIS-10 physical raw score | — | 9 -MU |
| Global Physical Health Raw Score | — | 9 -MU |
| PROMIS-10 physical T score | — | 32.4 -MU |
| Global Physical Health T Score | — | 32.4 -MU |
| PROMIS-10 Physical Health Percentile | — | 4 -MU |
| Global Physical Health Percentile | — | 4 -MU |
| PROMIS-10 mental raw score | — | 7 -MU |
| Global Mental Health Raw Score | — | 7 -MU |
| PROMIS-10 mental T score | — | 31.3 -MU |
| Global Mental Health T Score | — | 31.3 -MU |
| PROMIS-10 Mental Health Percentile | — | 3 -MU |
| Global Mental Health Percentile | — | 3 -MU |
| PROMIS-10 pain score | — | 2 -MU |
| 0-10 Standard Pain Scale | — | 2 -MU |
| Recorded by | | [MU] MU 05/22/20 1236 |
| PHQ-9 | | |
| PHQ-9 score | 6 -MU | — |
| PHQ-9 Score | 6 -MU | — |
| PHQ-2 Score | 2 -MU | — |
| Recorded by | [MU] MU 05/22/20 1234 | |



Lincoln/Fox 2026

Cleveland Clinic | CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403 | Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 5/28/2020

## All Flowsheet Data (all recorded)

### CCHS PDMP NARXCARE SCORES

| Row Name | 05/28/20 1616 | 06/01/20 0807 |
|---|---|---|
| OTHER | | |
| NARX Stimulants | 000 -CC | 000 -CC |
| NARX Sedatives | 000 -CC | 000 -CC |
| NARX Narcotics | 000 -CC | 000 -CC |
| NARX RISK SCORE | 000 NARxCHECK scores -CC | 000 NARxCHECK scores -CC |
| Recorded by | [CC] CC 05/28/20 1616 | [CC] CC 06/01/20 0807 |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type |
|---|---|---|---|
| CC | Cchs, Cchs Flow In | — | — |
| MU | User, Mychart | — | — |
| patient | Keeta R Fox | — | — |

### Encounter Status

Closed by Melissa Young, MD on 6/1/20 at 8:07 AM

**END OF REPORT**

*PREPAYMENT REQUIRED*

**Invoice**
37012646
September 07, 2020

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

MRO

Phone: **(610) 994-7500 Opt. 1**
Fax: **(610) 962-8421**

**Vincent Castagno**
Lincoln Financial Group
P.O. Box 7211
Group Disability Benefits, Lincoln Life Assurance Company of Boston
London, KY 40742

On 8/25/2020 the following healthcare provider received your request for copies of medical records:
**Chagrin Falls family Health Center**
551 East Washington Street
Chagrin Falls, OH 44022

You requested records for: KEETA FOX

This is your invoice for providing the copies of the medical records.

Your Reference ID:
10310112

MRO Request ID: 37012646
MRO Online Tracking Number: TCCF5H5TMCBPF

You can track and pay for your request online at:
**www.roilog.com**

Records consisting of more than 75 pages may be sent on CD-ROM.

Cancelled requests or unpaid invoices may be subject to a cancellation fee.

**Fees**

| | |
|---|---|
| Search and Retrieval Fee: | $20.42 |
| Number of Pages: | 19 |
| Tier 1: | $13.40 |
| Tier 2: | $6.21 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $0.00 |
| Sales Tax: | $0.00 |
| TOTAL: | $40.03 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | $40.03 |

**PAYMENT**

*You may pay this invoice online at:*
**www.roilog.com**
*You can send a check to:*
**MRO**
P.O. Box 6410,
Southeastern, PA 19398-6410
MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or return this invoice with the payment.*

By paying this invoice, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before paying this invoice. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. Upon presentation of a dispute, your payment of the invoice will be noted as made under protest pending resolution of the dispute presented. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for:**
**Chagrin Falls family Health Center.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

October 6, 2020

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are writing in regard to your claim for disability benefits. We have completed a thorough review of your eligibility for disability benefits and have determined that benefits are not payable. Papa John's International, Inc.'s Long Term Disability Policy requires that to receive benefits you must meet the following definition of disability:

***"Disability"*** *or* ***"Disabled"*** *means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

In order to evaluate whether or not you met the above definition of disability, we requested medical information from your physician(s), and then compared your restrictions and limitations to the requirements of your occupation. Your claim contains the following medical documentation:

- Dr. Potts medical records dated January 16, 2020 through 07/29/20
- Dr. Stone s medical records dated April 1, 2020 through 07/04
- Mrs. Harris NP s medical records dated January 8, 2020 through June 2, 2020.
- Mrs. Young NP s medical records dated May 27, 2020 through August 11, 2020.

All of the medical evidence contained in your file was reviewed by a physician Board Certified in Internal Medicine who concluded from the medical evidence you have had a longstanding innumerable physical complaints and symptoms which are very disproportionate to the limited abnormalities found on exhaustive diagnostic evaluations. Taking into account the entire clinical picture, and based on the documentation in the records available, it would be reasonable that you would have some limited impairment in your ability to reliably perform your usual life and work activities during the period of February 1, 2020 through the present date. It would be reasonable that an accommodation for rest periods of a few minutes several times per hour when using your hands and fingers to operate a computer keyboard or other activities for prolonged periods. Based on the available medical evidence contained in your claim file no other restrictions or limitations are supported and it would be reasonable that you would be able to have sustained capacity to work full time with the restrictions noted above.

Please be advised that this medical finding was present ed to Dr. Potts on September 23, 2020 for review and possible comment. We had asked for his response no later than October 3, 2020. As of the date of this letter Lincoln Financial Group has not received a response from Dr. Potts.

In addition to the medical reviews we also had an Occupational Analysis performed in order to establish the physical requirements of your Own Occupation as a Sr. Vice President of Finance. The findings of this analysis stated that your occupation as a Sr. Vice President of Finance is most often performed at the sedentary level in the National Economy, per the Department of Labor.

*"Sedentary Work - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."*

Based on the medical evidence contained in your claim file in relation to your occupation requirements, you do not meet your Policy's definition of disability. The medical evidence contained in your claim file does not support restrictions and limitation at such a severity level which would preclude you from the material and substantial duties of your own occupation as a Sr. Vice President of Finance. On this basis we must deny your claim for benefits.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional

information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Medical documentation including but, not limited to, your treating physician(s) office notes, test/exam results, surgical procedures records, CT scan reports, consulting physician reports, pharmacy records, physical and occupational therapy notes, hospital records, and discharge summaries and future ongoing treatment plan from any and all treating physicians, which supports your inability to perform the essential duties of your occupation for which you may be capable of and supports your continued disability from February 4, 2020 and beyond the date of this letter.

It is recommended that you provide any and all medical records from any and all medical providers you believe will support your claim for disability beyond.

*"Due to the impact of COVID-19, please be aware that Department of Labor has published guidance providing claimants 180 days and an additional 60 days past the announced end of the National Emergency or such other date announced by the Department of Labor in a future notification to file an appeal. While Lincoln will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as you can."*

*"If you had planned to provide additional information to support your claim but have been unable to do so in light of the COVID-19 emergency, please know that you may submit information for up to 90 days after the end of the California statewide State of Emergency. If that is the case, please contact me at the number below as soon as possible."*

Typically you would have 180 days to appeal this decision. Due to the impact of COVID-19, please be aware the Department of Labor has published guidance providing an additional 60 days past the outbreak period to appeal a claim. The outbreak period started March 1, 2020 and will end when the end of the National Emergency is announced or such other date is declared by the Department of Labor. While Lincoln Financial Group will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as possible.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents

relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

Evaluation Only. Created with Aspose.Words. Copyright 2003-2018 Aspose Pty Ltd.

**From:**status@releasepoint.com
**Sent:**Wed, 30 Sep 2020 09:43:11 -0700
**To:**Castagno Iii, Vincent
**Subject:**RP ID: 6759503 (L-TCMS) / Pol/Claim ID: 10310112 (FOX, KEETA) Hearing Date -- Order Suspended
**Importance:**High

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Name: FOX, KEETA
Policy/Claim/Cert: 10310112
RP ID: 6759503
Ins. Co: Lincoln Financial Group
Provider: BAPTIST HEALTH
Original Provider: DR JAMIE KEMP
TransID: 54459728
Identifier/Req by: V CASTAGNO
Identifier 2: V CASTAGNO
Identifier 3:
Case Mgr/Supp email:

Please be advised that ReleasePoint has suspended this order for the following reason:

MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME REQ AND/OR PROVIDER LISTED

E-MAIL NOTICE TO CUSTOMER REQUESTED: Please be advised, we received a response from the facility, stating there are no records found during the date requested from 01/01/2020 to present. We called the facility but we did not reach a live contact. Please advise on how to proceed.

Thank you.
Brandon

If you are returning an authorization: Email PDF images ONLY to authos@releasepoint.com with the RP# in the subject line -- scanned in 2-color black & white (not grayscale or full color)

For any additional policy status information, please contact customer service at .

Thank you.

------------------------------------------------------------------------------------------

The information contained in this electronic mail message is intended solely for the addressee stated above and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended

Created with an evaluation copy of Aspose.Words. To discover the full versions of our APIs please visit: https://products.aspose.com/words/

recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this electronic mail transmission is strictly prohibited.

If you have received this communication in error, please notify us immediately by e-mail to "status@releasepoint.com", and delete the original message.

ASPOSE
Your File Format APIs

Created with an evaluation copy of Aspose.Words. To discover the full versions of our APIs please visit: https://products.aspose.com/words/

Lincoln Financial Group®

# Occupational Analysis

**Date: 9/29/2020**
**Name: Keeta Fox**
**Claim Number: 10310112**
**Policy Holder: Papa John's International, Inc.**

An Occupational Analysis was completed to compare the job, SVP Corporate Controller (Sedentary), to the occupation in the National Economy, per the DOT of Vice President (189.117-034, Sedentary)/ONET 11-1011.00.

Documents Reviewed:

- Job Description

No restrictions or limitations were specified within the referral for review with this analysis.

The following resources were utilized in this comparison:

- OASYS
- ONET

The comparison to the position with the employer to the national economy is as follows:

**Essential Duties**:
Comparable between the employer and the National Economy, per the DOT, directs and coordinates activities of one or more departments, such as engineering, operations, or sales, or major division of business organization, and aids chief administrative officer in formulating and administering organization policies. Participates in formulating and administering company policies and developing long range goals and objectives. Directs and coordinates activities of department or division for which responsibility is delegated to further attainment of goals and objectives. Reviews analyses of activities, costs, operations, and forecast data to determine department or division progress toward stated goals and objectives.

Per employer, oversee all accounting areas. Position will provide senior leadership and direction to a team of approximately 80 people through 4 direct reports and will work cross-functionally with several business units and departments. The Corporate Controller will also be part of a team that creates and implements policies and procedures to identify, resolve and document accounting and finance issues in addition to creating procedures to make the close and reporting processes more efficient and accurate.

**Physical Demands**:
The employer indicates sedentary. Job demands include:

- Occasional stand, walk, reach with hands and arms, repetitive us (or motion) of arms and hands, bend and stoop, and lift up to 10 pounds.

The occupation is typically performed as sedentary in the National Economy, per the DOT. National Economy demand levels include:

Per the DOT:

- Occasional reaching, handling, fingering

Per ERI:

- Frequent keyboarding

**Summary**:
The employer requirements of the job are sedentary to that of the national requirements of the occupation. The occupation is most often performed at the sedentary level in the National Economy, per the DOT with occasional reaching, handling, fingering; frequent keyboarding.

I have not met with Ms. Fox for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

Electronically Signed

Lori Ashworth, MEd, CRC
Vocational Case Manager

**Title:** Vice President **DOT Code:** 189.117-034

Directs and coordinates activities of one or more departments, such as engineering, operations, or sales, or major division of business organization, and aids chief administrative officer in formulating and administering organization policies:

**Tasks**

1. Participates in formulating and administering company policies and developing long range goals and objectives.
2. Directs and coordinates activities of department or division for which responsibility is delegated to further attainment of goals and objectives.
3. Reviews analyses of activities, costs, operations, and forecast data to determine department or division progress toward stated goals and objectives.
4. Confers with chief administrative officer and other administrative personnel to review achievements and discuss required changes in goals or objectives resulting from current status and conditions.

**May Also Include:**

1. May perform duties of PRESIDENT (any industry) 189.117-026 during absence.
2. May serve as member of management committees on special studies.

DLU: 1988

## OCCUPATIONAL REQUIREMENTS

**Title:** Vice President **DOT Code:** 189.117-034
**Industry:** Any Industry

**Specific Vocational Preparation:** Level 8 (4 to 10 years)

**General Educational Development:** Reasoning Grades 13-14
Mathematics Grades 9-12

Language Grades 13-14

**Strength:** Sedentary — Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Frequently | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:**
Performing a variety of duties.
Directing, controlling, or planning activities of others.
Dealing with people.
Making judgments and decisions.

**Data:** 1 Coordinating
**People:** 1 Negotiating
**Things:** 7 Handling

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability Percentile) | 2 (67-89 Percentile) | 3+ (56 - 66 |
| Verbal Aptitude Percentile) | 2 (67-89 Percentile) | 3- (34 - 44 |
| Numerical Aptitude Percentile) | 2 (67-89 Percentile) | 3 (46 - 54 |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude Percentile) | 3 (34-66 Percentile) | 3 (46 - 54 |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☑ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☐ UPDATED MEDICAL WITH CLEAR R&L'S
- ☐ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Vincent D. Castagno DATE: Friday, September 25, 2020

## CLAIM BACKGROUND

Claimant Name: KEETA FOX Claim Number: 10310112

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☐ YES ☑ NO

Employer: PAPA JOHN'S INTERNATIONAL, INC

Change In DEF. Date: 08/04/2022

Pre-Disability Earnings: $22,435.14 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

Please perform an OA

| | | | | | |
|---|---|---|---|---|---|
| **Job Title:** | SVP Corporate Controller | **Job Code:** | F012 | **Grade** | |
| **Job Family:** | Finance | **Career Path/Job Link Level:** | | | |
| **Job Function:** | | **Career Level/Cluster:** | E1 | | |

**Job Function Summary:** **(from job family descriptions)**

**Job Purpose:** **(high-level summary of why position exists and what value it brings the organization)**

This position will oversee all accounting areas for Papa John's International, Inc., a public restaurant company with over 5,000 global units and a $2.7 Billion market cap. Position will provide senior leadership and direction to a team of approximately 80 people through 4 direct reports and will work cross-functionally with several business units and departments. The Corporate Controller will also be part of a team that creates and implements policies and procedures to identify, resolve and document accounting and finance issues in addition to creating procedures to make the close and reporting processes more efficient and accurate. This position will work closely with senior leaders throughout the company and will report to the Chief Financial Officer.

**Duties and Responsibilities:** **(5-8 key activities and decisions for which this role is accountable)**

- Oversee the tax department, including compliance, review, audits and planning
- Work closely with the CFO in various Finance, reporting, forecasting, and filing initiatives for the organization, including Forms 10-Q, 10-K and 8-K.
- Responsible for the preparation of the Company's earnings press releases
- Responsible for the Company's accounting close process
- Lead the capital budgeting process
- Lead process improvement initiatives and special projects throughout the Finance team
- Assess and implement new accounting standards and conclude on complex accounting matters
- Present to the audit committee of the board of directors
- Work effectively with external and internal auditors
- Maintain and enhance internal controls

**Functional Skills:**

- Strong analytical and critical thinking skills
- Strong knowledge of accounting processes and procedures and the impact on the business
- Proficient with financial systems; experience with Microsoft Office, Oracle Financials, HFM and Essbase a plus
- Good project management skills; must be able to prioritize and manage multiple projects at once
- Excellent communication and interpersonal skills; must possess the ability to motivate, manage and build high performance teams

**Education, Experience & Certifications**

- Bachelor's degree in Accounting or Finance required
- Experience managing large accounting functions in a public company required
- 15 or more years relevant Accounting and Finance experience required
- Multi-unit restaurant or retail industry experience preferred
- International accounting experience helpful
- "Big Four" or national accounting firm audit experience is preferred
- CPA a plus

SCOPE

| | |
|---|---|
| **Financial:** **(cost and/or revenue budget with exclusive authority)** | **Reporting relationship:** **(what position does this job report to?)** |

**Lincoln/Fox 2040**

| | Chief Financial Officer |
|---|---|

**Problem Solving, Analysis & Innovation:** **(provide 1-3 examples of typical problems encountered and solved by the role)**

- Accounting and reporting for transaction with Starboard, our biggest investor, which involved evaluating and documenting the technical accounting rules. This also included consulting with accounting firms on the accounting and reporting and tax impacts.
- Complex transaction with an international franchisee that included working with internal / external legal counsel, two accounting firms and a valuation firm to ensure appropriate accounting / disclosures for troubled debt restructuring, variable interest entity accounting for preferred shares granted by the franchisee.
- Analyzed technical accounting rules related to the consolidation of the National Marketing Fund. Determined consolidation was applicable and led the team on the applicable accounting, consolidation and reporting in a condensed amount of time to include in the Company's Securities Exchange Commission filing.

| **Key Internal Interactions:** **(Role/Job title and purpose/nature of interaction)** | **Key External Interactions:** **(Role/Job title and purpose/nature of interaction)** |
|---|---|
| Chief Executive Officer – Capital Budgeting and participate in audit committee meetings<br><br>Chief Legal & Risk Officer - consult on various matters, including insurance and litigation cases<br><br>VP Legal and Assistant Corporate Legal & Risk and various inhouse attorneys – Consult on Securities Exchange Commission (SEC) filings and review of significant contracts<br><br>Chief Insights & Technology Officer – consults on various IT initiatives, including Papa Rewards program<br><br>VP Safety & Security and Director of Global Risk Management – insurance programs, initiatives and trends<br><br>Other Executive team members – depending on the nature of the project / accounting needs | Assurance Partners with Ernst & Young – conduct the audit of Papa Johns<br><br>Tax Partner with Ernst & Young – reviews the federal income tax return and income tax disclosures<br><br>Director with Crowe – prepares the tax provision<br><br>Partners with Pwc – provides accounting and tax services<br><br>Partner with VRC – provides valuation services<br><br>Partner at Hogan Lovells – Consults on SEC filings |

**JOB PROFILE**

**PHYSICAL DEMANDS:**

While performing the duties of this job, the team member is regularly required to sit and talk or hear. The team member frequently is required to use hands to finger, handle, or feel. The team member is occasionally required to stand, walk, reach with hands and arms, repetitive us (or motion) of arms and hands, bend and stoop, and lift up to 10 pounds.

| **WORKING CONDITIONS:** | Working conditions are normal for an office environment | **ADA:** | Papa John's will make reasonable accommodation(s) in compliance with the Americans with Disabilities Act of 1990, including changes made by the ADA Amendments Act of 2008. |
|---|---|---|---|

**COMPETENCIES:** **(work habits, attitudes, personal characteristics, and behaviors that reflect how a person accomplishes the duties and responsibilities of his/her job.)**

**1. Customer Centric**
***Ensuring that superior customer value is being delivered by team members***

• Ensures that each team member clearly understands their role in delivering the customer service brand promise (e.g., within the corporate office or restaurant); Regularly checks assumptions with team members regarding service requirements; Communicates any changes in customer service requirements to team members, in a timely manner; Solicits feedback on the customer experience from a wide range of perspectives (e.g., team members, peers, vendors, operational and corporate office members) and integrates it into the service provided; Provides constructive feedback to team members to help sharpen their service delivery; Asks probing questions to clarify customer expectations

**2. Strive for Excellence**

***Optimizing own performance to achieve established goals***

• Sets personal performance goals that are clear and measurable (e.g., S.M.A.R.T. goals); Uses the big picture perspective to ensure that all personal goals are aligned to Papa John's corporate goals; Creates personal plans of action to deliver on established goals; Addresses any roadblocks or interruptions to obtaining results whenever possible; Delegates to team members when appropriate to help with the completion of tasks (e.g., given the appropriate experience, knowledge and skills); When necessary, escalates promptly to help resolve any personal performance issues

### Bias for Action

***Taking charge or responsibility in situations and ensuring things move forward***

• Encourages team members to take initiative and show persistence; Puts own "footprint" onto the work environment (e.g., the corporate office department or restaurant); Identifies the next step needed to move forward with problems that arise, and which team member needs to own it; Reacts promptly when team members' issues are brought to their attention; Ensures that each team member steps up to own their portion of the work; Identifies what decisions need to be made and who needs to make them, and escalates when necessary

### Managing Relationships

***Communicating for impact by continuously refining and polishing approach***

• Modifies style to meet the diverse needs of the audience (e.g., technical and non-technical); Anticipates challenging questions and prepares answers in advance; Takes the extra time to listen and deeply understand comments from team members; Leverages intelligence from internal networks to help customize communication to team members; Uses a genuine communication style that builds long-lasting relationships; Speaks with conviction in order to obtain buy-in from team members

### Driving Efficiencies

***Taking the established vision and creating the right plan of action***

• Turns the vision or strategy into an actionable plan for team members to follow; Plans ahead to achieve short and long-term targets (e.g., people, product, service, sales and image); Uses trends and historical data to build forecasts (e.g., daily, weekly, and quarterly); Identifies future problems and puts plans into place to mitigate them

• Ensures that project plans are executed on-time and within budget; Communicates the corporate objectives and clarifies how the team/department's initiatives will help to achieve them

## OTHER INFORMATION:

**Additional Requirements**

- Will require working non-traditional hours such as weekends, evenings, during holiday season, etc.
- Must have ability to compile and present information and presentations to internal and external audiences from time to time.
- Able to maintain a very high degree of confidentiality.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

| | |
|---|---|
| Date: | September 23, 2020 |
| To: | DR GREGORY POTTS<br>1169 EASTERN PARKWAY<br>SUITE G58<br>LOUSVILLE KY 40217 |
| Attn: | |
| Fax: | (502) 473-0586 |
| From: | Vincent Castagno III<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4198 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

September 23, 2020

Dr. Gregory Potts
1169 EASTERN PARKWAY
SUITE G58
LOUSVILLE, KY 40217

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Gregory Potts:

We are the Disability Claims Administrator for your patient, Mrs. Keeta Fox. On September 23, 2020, we completed a Board-Certified Physician review in Internal Medicine, in order to assist us determine Mrs. Fox s eligibility for continued long term disability benefits.

An authori ation to release information is on file.

Please review the attached medical synopsis and provide any comments you wish to have considered by October 3, 2020. Please indicate below whether you agree or disagree with the reviewing physician s opinion(s).

The Board-Certified Physician in Internal Medicine concluded from the available medical records the following supported restrictions and limitations:

Mrs. Fox has had a longstanding innumerable physical complaints and symptoms which are very disproportionate to the limited abnormalities found on exhaustive diagnostic evaluations. Taking into account the entire clinical picture, and based on the documentation in the records available, Mrs. Fox has some limited impairment in her ability to reliably perform her usual life and work activities from February 1, 2020 to the present. Mrs. Fox requires some accommodation for rest periods of a few minutes several times per hour when using her hands and fingers to operate a computer keyboard or other activities for prolonged periods. She has no other restrictions or limitations on other physical activities and has sustained capacity for full time work with the accommodations noted above.

Agree ______________________________ Disagree____________________

If we do not receive a response by October 3, 2020, we will make our determination based on the medical information contained in Mrs. Fox s claim file.

Signed______________________________ Date_________________________

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

**From:**Castagno Iii, Vincent
**Sent:**Wed, 23 Sep 2020 12:23:00 +0000
**To:**Debra_Quillin@papajohns.com
**Subject:**KEETA FOX / LFG LTD

Good morning Debra,

I am in the final stages of reviewing Mrs. Fox's application for Long Term Disability benefits and require an additional document. If you could please provide me with a copy of her Job Description.

Thank you for your assistance, Vince



Vince Castagno
LTD Technical Specialist II
Lincoln Financial Group
P.O. Box 7208
London, KY 40742

888-437-7611 Office
10328 Extension

disabilitydocuments@lfg.com

Follow us on:




This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 X 10328 and permanently delete the original and any copy of any e-mail and any printout thereof.

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 10310112 |

| | | | |
|---|---|---|---|
| **Referred By:** | Vincent Castagno | **Claimant DOB:** | |
| **Referral Date:** | 09/10/2020 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 09/25/2020 | **Medical/ Surgical Condition:** | Various medical conditions |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 02/03/2020 |
| **Report Date:** | 09/22/2020 | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 08/04/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The claimant has evidence to support diagnoses of Small Fiber Neuropathy (G60.8) and Cervical and Lumbar Degenerative Disk Disease (M50.30/M51.30) with Cervical Spinal Stenosis (M48.02)

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

The claimant has multiple comorbid symptoms including most prominently, Fatigue (R53.83), Paresthesias (tingling - R20.2), Tremors (R25.3), Dizzyness (R42), Headaches (R51), Chronic Pain (G89.29) and Carpal Tunnel Syndrome (G53).

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 02/01/20 to Present, and comment on the expected duration.**
**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

I reviewed the voluminous records provided to me, many of which are relatively old, and document that this is a 53 year old female with a history of a litany of physical complaints dating back to at least 2017 who ceased work in February, 2020 due to reported hand

tremors and pain and tingling. Her physical complaints and symptoms are innumerable and include, most prominently, neck, back, flank, abdominal and generalized pain, headaches, dizziness, dry eyes and mouth, fatigue, fevers, insomnia, shortness of breath, palpitations, anxiety, chest tightness, decreased appetite, and bowel changes including fecal incontinence. She has undergone multiple physical examinations and exhaustive laboratory, imaging, endoscopy and other diagnostic tests, and seen multiple specialty consultants, including at the Mayo Clinic and Cleveland Clinic, most of which have documented limited if any abnormalities. An EMG/NCV (electromyogram-nerve conduction velocity) study showed no evidence of muscle or large nerve fiber abnormalities, but a skin biopsy showed evidence of a small nerve fiber neuropathy which may explain her symptoms of tingling and pain in her hands and fingers. A cervical spine MRI also showed some evidence of stenosis (narrowing) of the opening through nerves pass from the spinal cord to the peripheral body at the level of C5-6, but not severe enough to warrant surgery or other intervention or to likely explain the symptoms in her hands and fingers. She also was evaluated by Integrative Medicine specialists who postulated that her symptoms are related to mold or other toxin exposure in her home and/or car and which was causing her to have Chronic Systemic Inflammatory Response Syndrome as a cause of many of her symptoms. This is a poorly defined and not widely accepted disorder in conventional medicine. The claimant's house and car were reportedly extensively renovated to eliminate mold and other possible toxins but without clear benefit. The claimant was also treated with the medication cholestyramine and EDTA nasal drops to rid her body of "toxins," along with other alternative medications, none of which is evidence-based or within the standard of care and did not clearly provide benefit. The claimant also had cultures taken of her nares (nasal passages), which, not surprisingly grew a number of bacterial organisms (there are bacteria in the nares of all people), and for which she was labelled as having chronic sinusitis, and for which she was then given potent antibiotics, all of which is also outside the standard of care.

In summary, this is a 53 year old female with longstanding innumerable physical complaints and symptoms which are very disproportionate to the limited abnormalities found on exhaustive diagnostic evaluations. Taking into account the entire clinical picture, and based on the documentation in the records available to me, the claimant has some limited impairment in her ability to reliably perform her usual life and work activities from 2/1/2020 to the present and going forward indefinitely. The claimant needs some accommodation for rest periods of a few minutes several times per hour when using her hands and fingers to operate a computer keyboard or other activities for prolonged periods. She has no other restrictions or limitations on other physical activities and has sustained capacity for full time work with the accommodations noted above, from 2/5/2020 to the present and going forward. It is quite likely, however, that the claimant will continue to have multiple physical symptoms and seek out additional physician evaluations and obtain additional diagnostic testing in the near future and I will be happy to review any further records that may provide evidence to support additional impairment or other restrictions and limitations on her physical activities.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

As noted above, there are numerous diagnoses given to the claimant that are not well substantiated or evidence -based. She was also given a variety of “alternative medicine treatments for which there is limited evidence of efficacy and outside the standard of care. Furthermore, use and interpretation of certain diagnostic tests (culture of the nasal passages) were inappropriate and/or outside the standard of care.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

No

**6. If AP contact may clarify any significant areas such as diagnosis, R&L’s, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:**

**Name: DR GREGORY POTTS Phone Number: 502 452 9567 ex Fax Number: 502-473-0586 Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter**

It is not necessary to contact this physician at this time since he gave recent feedback to another Peer Reviewer recently and the documentation in his records and the Capacity Forms he submitted is clear as to his assessment of the claimant.

**Additional Questions**

**1. For each impairing diagnosis that is supported by the medical evidence, please outline restrictions and limitations, including duration. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc.).**

The claimant has some limited impairment in her ability to reliably perform her usual life and work activities from 2/1/2020 to the present and going forward indefinitely. The claimant needs some accommodation for rest periods of a few minutes several times per hour when using her hands and fingers to operate a computer keyboard or other activities for prolonged periods.

**2. When clarifying the supported restrictions, please be sure to address sustained capacity for full time work.**

Yes, the claimant has sustained capacity for full time work from 2/1/2020 to the present and going forward indefinitely with some accommodation for rest periods when using her hands and fingers for prolonged periods.

**3. Please explain the results of any test results and (MRI? EMG? Etc?) how these results impact the restrictions?**

As noted above, virtually all of the claimant's exhaustive diagnostic test results are without significant abnormalities aside from the skin biopsy which demonstrated the small fiber neuropathy and the MRI scan of her neck which showed some evidence of spinal stenosis.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity.**

There is no clear evidence to support that side effects from any of the claimant's medications are a cause or contributor to impairment.

**Electronically signed:**

**Paul E. Stander, MD, MBA, FACP**
**Board Certified, Internal Medicine**

*PREPAYMENT REQUIRED*

**Invoice**
37012646
September 07, 2020

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

MRO

Phone: (610) 994-7500 Opt. 1
Fax: (610) 962-8421

**Vincent Castagno**
Lincoln Financial Group
P.O. Box 7211
Group Disability Benefits, Lincoln Life Assurance Company of Boston
London, KY 40742

On 8/25/2020 the following healthcare provider received your request for copies of medical records:

**Chagrin Falls family Health Center**
551 East Washington Street
Chagrin Falls, OH 44022

You requested records for: KEETA FOX

This is your invoice for providing the copies of the medical records.

Your Reference ID:
10310112

MRO Request ID: 37012646

MRO Online Tracking Number: TCCF5H5TMCBPF

You can track and pay for your request online at:
**www.roilog.com**

**Fees**

| | |
|---|---|
| Search and Retrieval Fee: | $20.42 |
| Number of Pages: | 19 |
| Tier 1: | $13.40 |
| Tier 2: | $6.21 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $0.00 |
| Sales Tax: | $0.00 |
| TOTAL: | $40.03 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | $40.03 |

Records consisting of more than 75 pages may be sent on CD-ROM.

Cancelled requests or unpaid invoices may be subject to a cancellation fee.

**PAYMENT**

*You may pay this invoice online at:*
**www.roilog.com**
*You can send a check to:*
**MRO**
P.O. Box 6410,
Southeastern, PA 19398-6410
MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or return this invoice with the payment.*

By paying this invoice, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before paying this invoice. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. Upon presentation of a dispute, your payment of the invoice will be noted as made under protest pending resolution of the dispute presented. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for:**
**Chagrin Falls family Health Center.**

ReleasePoint

**Medical Record Overview**

**Date:** **September 15, 2020**

**Patient Name:** FOX, KEETA

**Records From:** CLEVELAND CLINIC/CHAGRIN
551 E WASHINGTON ST
CHAGRIN FALLS, OH 44022
(440) 893-9393

**Request Scope:** From January 1, 2020 to Present

**Chart Range:** 05/27/2020 - 08/11/2020

**RP ID:** 6849397

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** V CASTAGNO
V CASTAGNO

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 27 2020 | Aug 11 2020 | 75 | 2 |
| Request Correspondence | | | 4 | 77 |

**Total Page Count:** 79

**Notes From QC:**

## MC Patient Msg

Encounter Messages

visit summary

| From | To | Sent and Delivered |
| --- | --- | --- |
| Melissa Young | Keeta R Fox | 8/11/2020 12:40 PM |

Last Read in MyChart
8/12/2020 12:40 PM by Keeta R Fox

**TGF beta 1 mildly elevated**
**IgeneX Lyme and Coinfection profile**
**Lyme Immunoblot IgM CDC positive**

**GPL Mycotoxin profile**
**Ochratoxin A positive**

**Underlying Causes:**
Toxins, possible infections, microbiome imbalance, food sensitives, immune dysregulation

**Today's Focus:**
Mold, lyme disease

**Nutritional Assessment**
High MCV, MMA elevated on organic acid testing
SAD but changed diet to GF, low carb four weeks ago
Had MRT Food Sensitivity Profile performed

**Digestive Function**
Gastroparesis
Hx IBS
Constipation on Amitiza
Used to be a runner and would have diarrhea when running
Yeast in stool
High fecal fat

**Inflammation/Immune Function**
Root canal recommended
Gingivitis
Hx Shingles
Small fiber neuropathy
Recurrent Candida glabrata and BV
Hospitalized for CMV 1984
UTI
Insomnia -takes Zolpidem
ANA positive
Mother has RA
Depression
Body aches, joint pains and aches,
Paraesthesia-better since starting Duloxetine
Sleep study (less than 6 months ago) negative but chronic snoring
Recurring feverish feeling but does not have elevated temperature

**Energy Production/Function:**

Encounter Messages (continued)

Fatigue
Intermittent Headache

**Detoxification Function**
Many Mercury amalgams
Renovations
Chemicals used in yard,
Mold exposures-home under remediation
More constipation with CSM
Used to take a lot Ibuprofen and tylenol

**Hormonal Function:**
Glucose 95, HBA1c 5.1
Menopause on HRT for hot flashes -weaning estradiol patch, Prometrium
Used to have cramping
Fibrocystic breast with 3 breast biopsies
Hx kidney stone
Anxiety

**Structural Function:**
OA neck, knees
Oral device for TMJ

**Plan and Lifestyle Prescription**

**Plan/Instructions/Resources:**
**Testing Recommendations:**
None

**Other Recommendations:**
Please schedule with Sandy Cooper, PA
Please alternate visits Dr. Young and Sandy Cooper, PA monthly

**Lyme Consult**
Dr Phillip DeMio
320 Orchardview Rd Ste 2
Seven Hills, OH 44131
Contact Information: (216) 901-0441

Look at a private practice setting one option is at the Ultrawellness Center in Lenox, MA
I believe all the physicians are experienced in treating Lyme Disease

**Follow up:**
**Please schedule a follow up visit with the following Caregivers:**
**Per CFM RD**

**LIFESTYLE PRESCRIPTION**
**Functional Nutrition:**
Per CFM RD

Encounter Messages (continued)

**Sleep:**
Sleep goal for most adults is a minimum of **7-9 hours** nightly.

**Exercise Prescription:**
Numerous studies confirm the benefits of regular moderate **aerobic exercise** (walking, swimming, elliptical machine, cycling, etc.) for 30 min 5 days per week (150 min goal).

**Stress Management**:
1) Please look into this Heart Rate Variability BioFeedback Tool (www.heartmath.org).

2) A regular, daily meditation practice of at least 15-20 minutes will change your brain--as well as your genes!

**Health Coaching:**
Please consider scheduling with our Center for Functional Medicine health coaches for a phone or virtual visit for accountability, goal setting and help with behavior change over the next 6-8 weeks to be successful with your goals. (216)-445-6900.

**Smart phone apps to begin a meditative practice:**

**Headspace** (free for first 10 days)

**Insight Meditation Timer**- (Free)-Great all-around app to use for guided meditations of many different types and lengths or just to use as a tool to time and track your meditation practice. This is my absolute favorite!

**Calm**- (Free)

**Walking Meditations**-($1.99)- Get your walk AND meditation done together. A good way to start out for individuals who feel they "just can't sit still" to begin a meditative practice.

**Medications/Supplements Recommended:**
No orders of the defined types were placed in this encounter.

I recommend the supplements from the **Cleveland Clinic Healthy Living Store Online Store at** https://store.healthylivingshop.com/ as we have thoroughly evaluated the research and use only highest quality supplements.

During the next **6-8 weeks** you'll be working on your diet plan discussed with our nutritionist, allowing for gentle detoxification and decreasing inflammation - while we are gathering your lab results and combining those with your complete history to formulate a very personalized treatment plan.

**LAB results:** Due to the complexity of the testing performed, we are **not** able to review labs via **MyChart** or over the phone, but please know, if any of your labs are critical **we will contact you.** Otherwise, we will review all your labs at your next visit.

Make sure to **schedule with the nutritionist (this will not happen automatically)** as you did with your first visit so that she can review nutritional aspects of your treatment plan.

By your 3rd visit, as things are improving, we will likely transition you to one of our very capable Certified Nurse Practitioners/Physician Assistants for further follow-up.

Encounter Messages (continued)

**Potential future labs:** Any Genova labs ordered take about 4 weeks to return. Do them as soon as possible so that we have the results before your next appointment. You can access them on the Genova website and it can be beneficial if you review them prior to your next visit. www.gdx.net. Read about NutrEval/GI Effects if this was ordered.

No questionnaire available.

**END OF REPORT**

## Distance Health

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 8/10/2020 2:30 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 556492320 | FHC Chag |

### Progress Notes

| Author | Status | Last Editor | Updated | Created |
|---|---|---|---|---|
| Melissa Young, MD | Signed | Melissa Young, MD | 8/11/2020 12:42 PM | 8/10/2020 2:37 PM |

**Virtual Follow-up Visit**

This Team Access Model visit is a virtual encounter. It required patient-provider interaction for the medical decision making as documented below.

There is no height or weight on file to calculate BMI.
RMR can't be calculated - Weight unrecorded in last 120 days.

ALLERGIES
Not on File

No past medical history on file.

No past surgical history on file.

### Social History

Tobacco Use
- Smoking status: Not on file

Substance Use Topics
- Alcohol use: Not on file
- Drug use: Not on file

**Functional Medicine Timeline**

**Patient Entered Questionnaire**

**PROMIS Scale T-Scores -- HIGHER SCORES BETTER**

| PROMIS Global Health | 7/13/2020 | 8/10/2020 | 8/10/2020 |
|---|---|---|---|
| **Physical T-Score** | 34.9 | 34.9 | 32.4 |
| **Mental T-Score** | 43.5 | 41.1 | 41.1 |

**Depression Screening:**

| PHQ-9 | 5/22/2020 | 5/22/2020 | 6/19/2020 |
|---|---|---|---|
| **Score** | 6 | 6 | 7 |

| PHQ-9 Self Harm | 5/22/2020 | 6/19/2020 |
|---|---|---|
| **Question 9** | Several days | Not at all |

**PHQ-9 Self-Harm (Item 9) response options:**
0 Not at all
1 Several days
2 More than half the days
3 Nearly every day

**PHQ-9 Levels:**
0-4 Minimal depression
5-9 Mild depression
10-14 Moderate depression
15-19 Moderately severe depression
20-27 Severe depression

**Subjective:**
**8/10/20 Dr. Young Distance Health**
She is living in a hotel after mold testing at home revealed ongoing mold after re-mediated
She is working with Larry Schwartz, an IEP
Working with a functional medicine nurse practitioner but doesn't feel it is the best fit and looking for guidance on next steps. Started compounded CSM, glutathione. Starting EDTA, Silver nasal spray. She is feeling overwhelmed.
She is concerns about possible POTS
Taking ox bile and betaine for constipation and unable to complete mycotoxin profile if she is constipated.
Sent labs today for review.
Ongoing fatigue

**5/28/20 Dr. Young Initial Visit**
**Patient Goals:**
**Health Goals-coordination of care, supplement recommendations, what are next steps for testing, treatment, team approach**

**What do you hope to achieve in your visit with us?:Provide overview of my health and start to challenge some of my diagnoses and experimental treatment plans. Would like to ultimately have a Cleveland Clinic Functional MD long termWhen was the last time you felt well?:Nov 2019Did something trigger your change in health?:Not sure what exact triggering event was; potential environmental exposure ( Found mold in house that is currently being remediated) and high stress job could be involved but career stress not new.What makes you feel better?:Accomplishing something each day, when possible ( I have low dopamine level per urine test so think feeling of accomplishing something each day helps) The sunshine, a good glass of wine ( have not had one in over 3 months) and sitting my pool hanging out with friends. which cannot happen right now. Going for a walk helpsWhat makes you feel worse?:Significant physical activity; conflict with husband and stress over house that is being torn up for mold remediation. When heart palpitations flair up then stress level goes up which in turn makes me feel worseHow does your condition affect you?:I am disabled from work with significant**

**mental impact (severe mood swings and sadness I have never experienced before). Really tough in middle of Coronavirus pandemic and social distancing. Cannot see friends or family for supportWhat do you think is happening and why?:I do not know. My functional RNP thinks I have a chronic inflammatory response to something environmental. Currently remediating house due to positive mold testing through expert; living in hotel for 6 weeks but have not gotten better. Appears lower level mold in hotel. Going to consider more testing for mercury illness ( fillings in teeth) and Lyme disease testing through iGenex. Would like to get second opinion before proceeding. I know stress and diet have contributed and working on diet but stress harder to manageWhat do you feel needs to happen for you to get better?:An official diagnosis and a new treatment plan. The uncertainty makes this worse and my GP and my husband do not support potential current diagnoses at all. Psycolologically being back in my house after mold remediation would help. Would feel better if I could return to work but not physically able yet. Miss having a career**

**Current Health Concerns**

| Current Problem Name | Date Started | Priority | Severity | Prior Treatment | Success of Prior Treatment |
|---|---|---|---|---|---|
| Severe Fatigue | Feb 04, 2020 | 1 | Severe | No | n/a |
| Cold chills without fever | Dec 04, 2019 | 2 | Severe | No | n/a |
| Tremors | Feb 04, 2020 | 4 | Moderate | No | n/a |
| Gastroparesis ( constipation and nausea) | Feb 03, 2020 | 5 | Severe | Yes | Somewhat Successful |
| Muscle Rigidity | Feb 04, 2020 | 6 | Moderate | No | n/a |
| Skin Itching | Feb 10, 2020 | 7 | Severe | Yes | Not Successful |
| Small Fiber Neuropathy | Jan 13, 2020 | 8 | Moderate | No | Somewhat Successful |
| Electrical current sensation | Feb 04, 2020 | 9 | Moderate | No | n/a |
| Urinary discomfort | May 11, 2020 | 10 | Moderate | No | n/a |
| Insomnia | Jan 01, 2020 | 11 | Severe | Yes | Somewhat Successful |
| Depression/ Anxiety | Jan 01, 2000 | 12 | Severe | Yes | Somewhat Successful |
| Feverish feeling | Jan 01, 2000 | 13 | Moderate | No | n/a |
| Unusual aches and pains that move | Jan 01, 2020 | 14 | Moderate | Yes | Not Successful |
| Toothache pain | Feb 17, 2020 | 16 | Moderate | No | n/a |
| Mid Back Pressure | Jan 01, 2000 | 17 | Mild | No | n/a |
| Burning in hands | Jun 01, 2019 | 18 | Mild | No | n/a |
| Burning tongue | Jul 01, 2019 | 19 | Mild | No | n/a |
| Vaginal Candida Glabrata | Jan 01, 1999 | 20 | Moderate | Yes | Not Successful |
| Angular chelitis | Aug 01, 2019 | 21 | - | Yes | Not Successful |
| Heart Palpitaitons | Sep 01, 2019 | 3 | Moderate | Yes | Not Successful |
| Eye aches | Jan 01, 2020 | 22 | Moderate | Yes | Not Successful |
| Shortness of breath | Feb 04, 2020 | 15 | Mild | No | n/a |
| Sensitivity to Loud Music and Car Shaking | Jan 20, 2020 | 23 | Moderate | No | n/a |
| Night Sweats | Jan 31, 2020 | 24 | Moderate | Yes | Not Successful |
| Ringing in ears | Dec 16, 2019 | 25 | Moderate | No | n/a |
| skin rashes | Dec 24, 2019 | 26 | Moderate | Yes | Not Successful |
| Scalp Falliculitis | Jun 01, 2018 | 27 | Moderate | Yes | Somewhat Successful |

**HPI:**
This is a 53 year old female with a complicated history. She was healthy until last December. She has seen Pulmonary, Cardiology, Rheumatology, Neurology and gastroenterology for evaluation. She has been working with a Functional Medicine Nurse Practitioner in Louisville, KY

Symptoms started in Decembers 2019 with palpitations.
She has had mold exposure in her home, car and now in her hotel after moving out of her home due to mold.

Pipe leak in Master shower led to mold. She is working with a company to re-mediate.
ERMI perform at home to assess mold at home. Also had air testing which confirmed ERMI results.

She is Senior VP of Finance of Papa Johns but not currently able to work due health changes.

Supplements recommended by FM NP-has not yet started them-ox bile, micelle Vit A, magnesium glycinate, ammonia scavenger, coffee enemas, betaine hcl

**Birth:**
**NSVD**

**Review of Systems:**
The remainder of the review of systems is noncontributory

**Review of Systems:**
The remainder of the review of systems is noncontributory

**Objective:**
Virtual

**Physical Exam:**
Virtual

**Assessment**
***Assessment:***
No diagnosis found.

**CURRENT Functional Medicine Assessment/ PLAN**

**TGF beta 1 mildly elevated**
**IgeneX Lyme and Coinfection profile**
**Lyme Immunoblot IgM CDC positive**

**GPL Mycotoxin profile**
**Ochratoxin A positive**

**Underlying Causes:**
Toxins, possible infections, microbiome imbalance, food sensitives, immune dysregulation

**Today's Focus:**
Mold, lyme disease

**Nutritional Assessment**
High MCV, MMA elevated on organic acid testing
SAD but changed diet to GF, low carb four weeks ago
Had MRT Food Sensitivity Profile performed

**Digestive Function**
Gastroparesis
Hx IBS
Constipation on Amitiza
Used to be a runner and would have diarrhea when running
Yeast in stool
High fecal fat

**Inflammation/Immune Function**
Root canal recommended
Gingivitis
Hx Shingles
Small fiber neuropathy
Recurrent Candida glabrata and BV
Hospitalized for CMV 1984
UTI
Insomnia -takes Zolpidem
ANA positive
Mother has RA
Depression
Body aches, joint pains and aches,
Paraesthesia-better since starting Duloxetine
Sleep study (less than 6 months ago) negative but chronic snoring
Recurring feverish feeling but does not have elevated temperature

**Energy Production/Function:**
Fatigue
Intermittent Headache

**Detoxification Function**
Many Mercury amalgams
Renovations
Chemicals used in yard,
Mold exposures-home under remediation
More constipation with CSM
Used to take a lot Ibuprofen and tylenol

**Hormonal Function:**
Glucose 95, HBA1c 5.1
Menopause on HRT for hot flashes -weaning estradiol patch, Prometrium
Used to have cramping
Fibrocystic breast with 3 breast biopsies
Hx kidney stone
Anxiety

**Structural Function:**
OA neck, knees
Oral device for TMJ

**Plan and Lifestyle Prescription**

**Plan/Instructions/Resources:**
**Testing Recommendations:**
None

**Other Recommendations:**
Please schedule with Sandy Cooper, PA
Please alternate visits Dr. Young and Sandy Cooper, PA monthly

**Lyme Consult**
Dr Phillip DeMio
320 Orchardview Rd Ste 2
Seven Hills, OH 44131
Contact Information: (216) 901-0441

Look at a private practice setting one option is at the Ultrawellness Center in Lenox, MA
I believe all the physicians are experienced in treating Lyme Disease

**Follow up:**
**Please schedule a follow up visit with the following Caregivers:**
**Per CFM RD**

**LIFESTYLE PRESCRIPTION**
**Functional Nutrition:**
Per CFM RD

**Sleep:**
Sleep goal for most adults is a minimum of **7-9 hours** nightly.

**Exercise Prescription:**
Numerous studies confirm the benefits of regular moderate **aerobic exercise** (walking, swimming, elliptical machine, cycling, etc.) for 30 min 5 days per week (150 min goal).

**Stress Management**:
1) Please look into this Heart Rate Variability BioFeedback Tool (www.heartmath.org).

2) A regular, daily meditation practice of at least 15-20 minutes will change your brain--as well as your genes!

**Health Coaching:**
Please consider scheduling with our Center for Functional Medicine health coaches for a phone or virtual visit for accountability, goal setting and help with behavior change over the next 6-8 weeks to be successful with your goals. (216)-445-6900.

**Smart phone apps to begin a meditative practice:**

**Headspace** (free for first 10 days)

**Insight Meditation Timer**- (Free)-Great all-around app to use for guided meditations of many different types and lengths or just to use as a tool to time and track your meditation practice. This is my absolute favorite!

**Calm**- (Free)

**Walking Meditations**-($1.99)- Get your walk AND meditation done together. A good way to start out for individuals who feel they "just can't sit still" to begin a meditative practice.

**Medications/Supplements Recommended:**
No orders of the defined types were placed in this encounter.

I recommend the supplements from the **Cleveland Clinic Healthy Living Store Online Store at** https://store.healthylivingshop.com/ as we have thoroughly evaluated the research and use only highest quality supplements.

During the next **6-8 weeks** you'll be working on your diet plan discussed with our nutritionist, allowing for gentle detoxification and decreasing inflammation - while we are gathering your lab results and combining those with your complete history to formulate a very personalized treatment plan.

**LAB results:** Due to the complexity of the testing performed, we are **not** able to review labs via **MyChart** or over the phone, but please know, if any of your labs are critical **we will contact you.** Otherwise, we will review all your labs at your next visit.

Make sure to **schedule with the nutritionist (this will not happen automatically)** as you did with your first visit so that she can review nutritional aspects of your treatment plan.

By your 3rd visit, as things are improving, we will likely transition you to one of our very capable Certified Nurse Practitioners/Physician Assistants for further follow-up.

**Potential future labs:** Any Genova labs ordered take about 4 weeks to return. Do them as soon as possible so that we have the results before your next appointment. You can access them on the Genova website and it can be beneficial if you review them prior to your next visit. www.gdx.net. Read about NutrEval/GI Effects if this was ordered.

**Time spend with patient**:
I spent 40 minutes minutes of time virtually with the patient. At least 50% of this time was spent in counseling, explanation of diagnosis, planning of further management, and coordination of care.

Melissa Young, MD

Referring Provider

**Self**

Allergies as of 08/10/2020

No Known Allergies
**Date Verified:** 08/10/2020

Reason for Visit

**Established Patient**

Diagnoses

Diagnoses (continued)

| | Comments |
|---|---|
| **Lyme disease** - Primary | |
| **Toxic effect of mycotoxin, accidental or unintentional, sequela** | |
| **Fatigue, unspecified type** | |

Outpatient Encounter Meds: End of Enc- as of 8/10/2020

| | |
|---|---|
| **TriFortify Orange Gel (Researched Nutritionals)** | Squeeze tube to fill 1 teaspoon, then swallow twice daily for 7 days prior to mycotoxin profile then once daily as tolerated |
| **MEDICATION, NON-DATABASE** | Duloxetine Feb 24, 2020 90 mg 1 No -<br>Amitiza Mar 02, 2020 24 mcg 1 No -<br>Zolpidem Jan 15, 2020 10 mg 1 Yes -<br>Estrodiol Mar 07, 2020 .05 mg - - -<br>Progesterone Mar 07, 2020 200 mg 1 Yes -<br>Promethazine Mar 02, 2020 25 mg 1 No -<br>Clonazepam Jan 01, 1995 .5 mg - No -<br>Extra Strength Tylenol Feb 05, 2020 1000 mg 1<br>No -<br>Antibiotics<br>Rhodiola Rosea (90 capsules) Pure Encapsulations1 capsule once per day, Take between meals.<br>DHEA 5mg (60 capsules) Pure Encapsulations 1 capsule twice per day with meals<br>Pregnenolone 10mg (60 capsules) Pure Encapsulations- 1 capsule daily with meals |

Problem List as of 8/10/2020 Date Reviewed: **8/10/2020**

None

Goals (5 Years of Data) as of 8/11/2020 at 12:42 PM

None

## All Flowsheet Data (all recorded)

Patient-Reported Data

| Row Name | 08/10/20 1101 |
|---|---|
| OTHER | |
| In general, would you say your health is: | Fair (Patient-Rptd) -patient at 08/10/20 1101 |
| In general, would you say your quality of life is: | Fair (Patient-Rptd) -patient at 08/10/20 1101 |
| In general, how would you rate your physical health? | Poor (Patient-Rptd) -patient at 08/10/20 1101 |
| In general, how would you rate your mental health, including your mood and your ability to think? | Good (Patient-Rptd) -patient at 08/10/20 1101 |
| In general, how would you rate your satisfaction with your social activities and relationships? | Good (Patient-Rptd) -patient at 08/10/20 1101 |
| To what extent are you able to carry out your everyday physical activities such as walking, climbing stairs, carrying groceries, or moving a chair? | Mostly (Patient-Rptd) -patient at 08/10/20 1101 |
| In the past 7 days, how would you rate your | 4 (Patient-Rptd) |

## All Flowsheet Data (all recorded) (continued)

### Patient-Reported Data (continued)

| Row Name | 08/10/20 1101 |
|---|---|
| pain on average? | -patient at 08/10/20 1101 |
| In the past 7 days, how would you rate your fatigue on average? | Very severe (Patient-Rptd) -patient at 08/10/20 1101 |
| In general, please rate how well you carry out your usual social activities and roles. (This includes activities at home, at work and in your community, and responsibilities as a parent, child, spouse, employee, friend, etc.) | Good (Patient-Rptd) -patient at 08/10/20 1101 |
| In the past 7 days, how often have you been bothered by emotional problems such as feeling anxious, depressed or irritable? | Sometimes (Patient-Rptd) -patient at 08/10/20 1101 |

## All Flowsheet Data (all recorded)

### MSPT PED Full Patient-Entered Data

| Row Name | 08/10/20 1101 |
|---|---|
| PROMIS-10 Global Health | |
| PROMIS-10 physical raw score | 9 -MU |
| Global Physical Health Raw Score | 9 -MU |
| PROMIS-10 physical T score | 32.4 -MU |
| Global Physical Health T Score | 32.4 -MU |
| PROMIS-10 Physical Health Percentile | 4 -MU |
| Global Physical Health Percentile | 4 -MU |
| PROMIS-10 mental raw score | 11 -MU |
| Global Mental Health Raw Score | 11 -MU |
| PROMIS-10 mental T score | 41.1 -MU |
| Global Mental Health T Score | 41.1 -MU |
| PROMIS-10 Mental Health Percentile | 19 -MU |
| Global Mental Health Percentile | 19 -MU |
| PROMIS-10 pain score | 3 -MU |
| 0-10 Standard Pain Scale | 3 -MU |
| Recorded by | [MU] MU 08/10/20 1101 |

Cleveland Clinic | CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403 | Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 8/10/2020

## All Flowsheet Data (all recorded)

### CCHS PDMP NARXCARE SCORES

| Row Name | 08/10/20 1419 |
|---|---|
| OTHER | |
| NARX Stimulants | 000 -CC |
| NARX Sedatives | 000 -CC |
| NARX Narcotics | 000 -CC |
| NARX RISK SCORE | 000 NARxCHECK scores -CC |
| Recorded by | [CC] CC 08/10/20 1419 |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type |
|---|---|---|---|
| CC | Cchs, Cchs Flow In | — | — |
| MU | User, Mychart | — | — |
| patient | Keeta R Fox | — | — |

### Encounter Status

Closed by Melissa Young, MD on 8/11/20 at 12:42 PM

........ **END OF REPORT**

Cleveland Clinic | CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403 | Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 8/4/2020

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 8/4/2020 10:28 AM | Melissa Young, MD | Med Functional Fhc Chagrin | 555467079 | FHC Chag |

### Encounter Messages

RE: Upcoming Appointment Question

| From | To | Sent and Delivered |
|---|---|---|
| Colleen Allison Ma | Keeta R Fox | 8/4/2020 10:29 AM |

Last Read in MyChart
8/10/2020 10:35 AM by Keeta R Fox

Hi Keeta,
It appears to be scheduled as in in-person visit. Please call 216-445-6900 to switch to Zoom.
Thank you

Upcoming Appointment Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 8/4/2020 10:28 AM |

Dr Young
My appointment next week will be tele heatlh if that is ok. I need to make sure it is set up as a zoom appointments. My reminder notices appear to be an in person appointment.
Thanks much,

No questionnaire available.

### All Flowsheet Data (all recorded)

CCHS PDMP NARXCARE SCORES

| Row Name | 08/04/20 1028 |
|---|---|
| OTHER | |
| NARX Stimulants | 000 -CC |
| NARX Sedatives | 000 -CC |
| NARX Narcotics | 000 -CC |
| NARX RISK SCORE | 000 NARxCHECK scores -CC |
| Recorded by | [CC] CC 08/04/20 1028 |

User Key (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type |
|---|---|---|---|
| CC | Cchs, Cchs Flow In | — | — |

Encounter Status

Closed by Colleen Allison Ma on 8/4/20 at 10:29 AM

**END OF REPORT**

Cleveland Clinic

CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403

Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 7/19/2020

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/19/2020 1:59 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 552701165 | FHC Chag |

### Encounter Messages

RE: Non-Urgent Medical Question

| From | To | Sent and Delivered |
|---|---|---|
| Sarah (Rd) Thomsen Ferreira, RD | Keeta R Fox | 7/21/2020 4:18 PM |

Last Read in MyChart
8/3/2020 1:39 PM by Keeta R Fox

Hi Keeta, thank you for your message.

When did the trouble swallowing begin?

I would not use the elemental diet for difficulty swallowing, but might consider using low-sugar smoothies/soups. Do you need some ideas for recipes that you could adapt with your current food list?

The Biocidin is often used as an element of a protocol for treatment of bacterial overgrowth, so I would defer to Dr. Young with that element of your question. It would be wise to decide on some treatment goals, ideally using breath testing to guide you. I had neglected to mention this to you, but you could ask Dr. Young where you could go for breath testing (did you complete the test yourself before, and is that why you had trouble with the sample)?

For the tea, here's the safety/dose info that I have: General: No clinical studies have evaluated the safety of pau d'arco in humans. Orally, the lapachol constituent of pau d'arco may cause severe nausea, vomiting, diarrhea, dizziness, anemia, and increased risk of bleeding when used in doses above 1.5 grams per day (91939). Cases of occupational asthma and dermatitis associated with exposure to sawdust from the pau d'arco tree and related species have been reported (92184).

Each teabag of Pau d'Arco contains 1.5g of tea. Although this wouldn't represent all active compound, using it once per day would be the conservative and safe route. You could also reuse the same teabag for 2-3 cups daily.

Keep me updated.

Sarah

Non-Urgent Medical Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 7/19/2020 1:59 PM |

This message is for Sarah

Hi Sarah wanted to let you know have done Iron and C reactive protein results; appear normal. Will send you and Dr Young the labs.

**Encounter Messages (continued)**

Also do like the Yellow Pau d' Arco tea. Do I need to limit how much i drink each day since medicinal? I have developed some trouble swallowing and a hoarse voice now so this is soothing. Also starting to have some trouble eating meat now as it is hard to swallow. This would be a good time to consider starting an Elemental diet now ( liquid only) for a few weeks. Know we discontinued due to Candida Glabrata. I am now taking boric acid capsules for that which often help. If I continue this treatment and add something like a Biocidin, as noted in your Elemental Fact sheet do you think I could go start back up with Elemental with new throat issues. Would you like for me to set up a follow up appointment to discuss further.

Thanks for your help.

No questionnaire available.

## All Flowsheet Data (all recorded)

**CCHS PDMP NARXCARE SCORES**

| Row Name | 07/19/20 1400 |
|---|---|
| OTHER | |
| NARX Stimulants | 000 -CC |
| NARX Sedatives | 000 -CC |
| NARX Narcotics | 000 -CC |
| NARX RISK SCORE | 000 NARxCHECK scores -CC |
| Recorded by | [CC] CC 07/19/20 1400 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type |
|---|---|---|---|
| CC | Cchs, Cchs Flow In | — | — |

**Encounter Status**

Open

**END OF REPORT**

Cleveland Clinic

CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403

Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 7/19/2020

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/19/2020 10:30 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 552714054 | FHC Chag |

### Encounter Messages

RE: Non-Urgent Medical Question

| From | To | Sent and Delivered |
|---|---|---|
| Colleen Allison Ma | Keeta R Fox | 7/20/2020 7:56 AM |

Last Read in MyChart
7/21/2020 8:31 PM by Keeta R Fox

Hi Keeta,

Typically we refer to Dr. Phillip DeMio. You can learn more about him here: https://drdemio.com/

Thank you

Non-Urgent Medical Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 7/19/2020 10:30 PM |

Hi Dr Young
Based on Igenex Lyme disease test I have been told I have Lyme disease (IGM positive but IGG not). Did you have the name of a Lyme expert I can talk to in order to get a second opinion. Any help is greatly appreciated. Thanks

No questionnaire available.

### Encounter Status

Open

**END OF REPORT**

Cleveland Clinic | CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403 | Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 7/16/2020

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/16/2020 2:32 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 552380224 | FHC Chag |

### Encounter Messages

RE: Non-Urgent Medical Question

| From | To | Sent and Delivered |
|---|---|---|
| Melissa Young | Keeta R Fox | 7/21/2020 7:09 AM |

Last Read in MyChart
7/21/2020 8:30 PM by Keeta R Fox

Hi Keteta, this is such a new area of medicine and not well known to many physician. This is a good plan- I didn't know Vanderbuilt had this department.

When did you send the article-I have not yet seen it.

If needed you can see one of the other functional medicine providers like Sandra Cooper, PA to discuss results since many are back and I do have a sooner opening-just an option.
Dr. Young

Non-Urgent Medical Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 7/16/2020 2:32 PM |

Thanks for follow up. Confirming with Kevin that I am still on a cancellation waiting list. Just so you are in the loop After my suspected Inappropriate Sinus Tachycardia diagnosis, coupled with previous small fiber neuropathy diagnosis, UL neurology wants me to go to Vanderbilt University's autonomic dysfunction group to explore a treatment plan for that as well. (Hence the article I sent you about SIBO, Pots, Mast Cell Activation Syndrome). I definitely want you to weigh in on MCAS vs CIRS; looks like they are in the same family of inflammatory syndromes and mold, Lyme and mercury can all be causes. Will hopefully talk soon. Blood lab work done today and Mycotoxin urine test results back, as I a sure you know so down to outstanding SIBO test.

No questionnaire available.

### Encounter Status

Open

**END OF REPORT**

Cleveland Clinic | CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403 | Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 7/15/2020

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/15/2020 10:25 AM | Melissa Young, MD | Med Functional Fhc Chagrin | 552064351 | FHC Chag |

### Encounter Messages

RE: Non-Urgent Medical Question

| From | To | Sent and Delivered |
|---|---|---|
| Melissa Young | Keeta R Fox | 7/16/2020 1:15 PM |

Last Read in MyChart
7/16/2020 2:17 PM by Keeta R Fox

You can list me as one your specialist but not primary care or primary provider
Please try to schedule a visit on a cancellation-we cannot review labs or treatment plans between visits due to complexity and time.
I think the breath test would be useful but do what you feel is best-

Dr. Young

Non-Urgent Medical Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 7/15/2020 10:25 AM |

Hi Dr Young
I am getting ready to finalize contract with Safe Start. Thanks for referral. I would like to put you as the primary medical practitioner along with my GP. Want to confirm you are ok with this . I am officially saying I have been diagnosed with CIRS. Think you agreed after seeing my test results ( more CIRS tests in process and will send when done). Have some more info to share on other diagnoses as well. Will send another update shortly related to that and will send all test results when I get all of them. They are starting to come back in. Lyme tests results still not back yet; been over 3 weeks. Still dont know what to do about SIBO test. Sarah was going to reach out to you and check since I hate coming off Ox bile given my stomach motility issues. I can do that early next week if you think it is time to come off SIBO. Thanks

No questionnaire available.

### All Flowsheet Data (all recorded)

CCHS PDMP NARXCARE SCORES

| Row Name | 07/15/20 1025 |
|---|---|
| OTHER | |
| NARX Stimulants | 000 -CC |
| NARX Sedatives | 000 -CC |
| NARX Narcotics | 000 -CC |

## All Flowsheet Data (all recorded) (continued)

### CCHS PDMP NARXCARE SCORES (continued)

| Row Name | 07/15/20 1025 |
|---|---|
| NARX RISK SCORE | 000 NARxCHECK scores -CC |
| Recorded by | [CC] CC 07/15/20 1025 |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type |
|---|---|---|---|
| CC | Cchs, Cchs Flow In | — | — |

### Encounter Status

Open

**END OF REPORT**

Cleveland Clinic | CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403 | Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 7/15/2020

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/15/2020 5:11 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 552204195 | FHC Chag |

### Encounter Messages

RE: Upcoming Appointment Question

| From | To | Sent and Delivered |
|---|---|---|
| Melissa Young | Keeta R Fox | 7/16/2020 1:16 PM |

Last Read in MyChart
7/17/2020 9:55 AM by Keeta R Fox

Hi Keeta,

I know it can be challenging but keep trying for a cancellation at an earlier date-we do get them!

Dr. Young

Upcoming Appointment Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 7/15/2020 5:11 PM |

Dr Young

I have a new suspected/ probable diagnosis from my Cardiologist. It is Inappropriate Sinus Tachycardia (IST), close cousin of POTS. She diagnosed that yesterday given my recent symptoms that include rapid ( above 100 bpm) heart rate without any activity. So now to recap I have CIRS, POTS and Small Fiber Neuropathy ( small fiber neuropathy and POTS go together in alot of incidences based on my research; think that is why my cardiologist diagnosed this pretty quickly). She wants me to go to a neurological specialist for more assessment, testing and treatment for POTS and Small Fiber Neuropathy ( I asked her if I could qualify for IVIG and she thinks I should qualify). Now through my research today I am learning SIBO and POTS often go together so I want to talk to you about next steps, if at all possible to get that testing done, while worried about coming off motility meds. And last but not least there is a new study POTS, SIBO and mast cell activation go together (think this is where the CIRS and Mold come into play). Maybe the pieces of this puzzle are all coming together. Is there any way we can have a brief appointment soon to discuss this further and next steps ( on a waiting list for cancellations but nothing so far). Really want to discuss with you before I proceed and I don't think I can wait til August 10th. Hopefully all this makes sense. Look forward to your response.

No questionnaire available.

### Encounter Status

Encounter Status (continued)

Open

**END OF REPORT**

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/7/2020 9:47 AM | Melissa Young, MD | Med Functional Fhc Chagrin | 550589212 | FHC Chag |

### Encounter Messages

RE: Non-Urgent Medical Question

| From | To | Sent and Delivered |
|---|---|---|
| George (Md) Schatz | Keeta R Fox | 7/7/2020 1:04 PM |

Last Read in MyChart
7/7/2020 1:57 PM by Keeta R Fox

Thank you for the Update.
I will ensure that Dr. Young receives this when she returns next week.
Dr. Schatz

Non-Urgent Medical Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 7/7/2020 9:47 AM |

Hi Doctor Young
Just wanted to let you know we did not pass the ERMI or HERTSMI test. Need to be below 2 for ERMI and we were 4.2; Hertsmi was 14 and we need to be below an 11. Will be reaching out to Larry Schwartz at Safestart. Hopefully he can help us get it fixed with his help.

No questionnaire available.

### All Flowsheet Data (all recorded)

**CCHS PDMP NARXCARE SCORES**

| Row Name | 07/07/20 0947 |
|---|---|
| OTHER | |
| NARX Stimulants | 000 -CC |
| NARX Sedatives | 000 -CC |
| NARX Narcotics | 000 -CC |
| NARX RISK SCORE | 000 NARxCHECK scores -CC |
| Recorded by | [CC] CC 07/07/20 0947 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type |
|---|---|---|---|
| CC | Cchs, Cchs Flow In | — | — |

### Encounter Status

Encounter Status (continued)

Open

**END OF REPORT**

Cleveland Clinic | CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403 | Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 6/29/2020

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/29/2020 1:17 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 549415862 | FHC Chag |

### Encounter Messages

RE: Test Result Question

| From | To | Sent and Delivered |
|---|---|---|
| Melissa Young | Keeta R Fox | 6/29/2020 3:07 PM |

Last Read in MyChart
7/13/2020 10:17 AM by Keeta R Fox

That is fine- glad you've had some relief. Dr. Young

Test Result Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 6/29/2020 1:17 PM |

Dr Young

Thanks so much for quick responses. On SIBO Test are you ok if we hold off for a few weeks? The oxbile and other supplements are helping so much with my bowel movements I would hate to mess that up right now. Hopefully that is ok. Thanks again.

No questionnaire available.

### Encounter Status

Open

**END OF REPORT**

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/28/2020 5:46 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 549263363 | FHC Chag |

### Encounter Messages

RE: Test Result Question

| From | To | Sent and Delivered |
|---|---|---|
| Melissa Young | Keeta R Fox | 6/29/2020 9:28 AM |

Last Read in MyChart
7/13/2020 10:18 AM by Keeta R Fox

Please avoid all digestive support supplements like ox bile, betaine, digestive enzymes for at least 5 day before the breath test. Also avoid anything that you typically take for a bowel movement like fiber, magnesium, laxatives, etc. as well. The others are fine. Dr. Young

Test Result Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 6/28/2020 5:46 PM |

Dr Young

Thanks for sending the SIBO test. Just want to confirm I can take now based on current medications : Oxbile, Betaine HCL, Ammonia Scavenger ( Vitamin B6, Phosphate and other proprietary blend,) Magnesium Glycinate , Mycellized Vitamin A, and Liposomal Glutathione. If these are ok will do the test this week. Thanks much.

No questionnaire available.

### All Flowsheet Data (all recorded)

#### CCHS PDMP NARXCARE SCORES

| Row Name | 06/28/20 1746 |
|---|---|
| OTHER | |
| NARX Stimulants | 000 -CC |
| NARX Sedatives | 000 -CC |
| NARX Narcotics | 000 -CC |
| NARX RISK SCORE | 000 NARxCHECK scores -CC |
| Recorded by | [CC] CC 06/28/20 1746 |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type |
|---|---|---|---|
| CC | Cchs, Cchs Flow In | — | — |

Encounter Status

Open

**END OF REPORT**

Cleveland Clinic

CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403

Fox, Keeta R
MRN: 87556385, DOB: , Sex: F
Visit date: 6/28/2020

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/28/2020 5:50 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 549263436 | FHC Chag |

### Encounter Messages

RE: Medication Question (Not Renewal)

| From | To | Sent and Delivered |
|---|---|---|
| Melissa Young | Keeta R Fox | 6/29/2020 9:30 AM |

Last Read in MyChart
7/13/2020 10:17 AM by Keeta R Fox

I don't have experience with magnet therapy but shouldn't be harmful-I think it is fine to try.
Nerve Control 911 -not sure about supporting nerve function, these are mostly calming herbs., typically safe.
If you are going to try it make sure they do third party testing of the product.

Dr. Young

Medication Question (Not Renewal)

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 6/28/2020 5:50 PM |

Hi Doctor Young
It's me again. Couple of potential medicine questions:

My friend swears by magnet therapy especially for bad chronic illnesses that include fibormyalgia. She really wants me to test some of her products she uses for free. Should I consider magnetic therapy at all?

Also just ordered a bottle of a supplment called Nerve Control 911. It is natural including ingredients like california poppy, passion flower, prickly pear and marshmallow root. Do you have any thoughts on a supplement like this . The inventor credits this with saving his mom's life but could be scam. Had a money back guarantee so thought I would try it .. What can it hurt but wanted to get your opinion first. Thanks much

No questionnaire available.

### Encounter Status

Open

**END OF REPORT**

Cleveland Clinic

CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403

Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 6/28/2020

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/28/2020 7:01 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 549264741 | FHC Chag |

### Encounter Messages

RE: Non-Urgent Medical Question

| From | To | Sent and Delivered |
|---|---|---|
| Melissa Young | Keeta R Fox | 6/29/2020 9:33 AM |

Last Read in MyChart
7/13/2020 10:17 AM by Keeta R Fox

**Mold Assessment:**
Contact **Larry Schwartz with Safestart Analytics.** He offers you a "virtual" consult for home inspection of water damage/mold. (847) 343-9055.
Also look for IEP in your area at www.ISEAI.org

I would first see what the ERMI and home inspection shows to know how to proceed.

Dr. Young

Non-Urgent Medical Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 6/28/2020 7:01 PM |

Dr Young
So sorry to bother you again. This is a big week. We get the results of our ERMI dust test for upstairs after remediation. Hoping we pass but if we don't we are coming up with a back up plan that includes moving out of the house and hiring a mold remediation specialist/consultant to help us. Couple questions:

Do you know any mold remediation consultants you recommend?

I read online that sun would help me significantly with my mold detox (in addition to the Chlorestyramine). Not sure if that is right or not. If it is correct, my husband and I would seriously consider relocating to Florida for a month or 2 while remediation work done (away from the ocean a little to avoid any red tide potential issues). Just don't want to make a rash decision like that if my research is not accurate. Appreciate any thoughts as we create our contingency plan. Thanks much!

No questionnaire available.

### Encounter Status

Open

## MC Get Medical Advice

**Contact Information**

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/24/2020 4:29 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 548705090 | FHC Chag |

**Call Documentation**

| Author | Status | Last Editor | Updated | Created |
|---|---|---|---|---|
| Colleen Allison Ma | Signed | Colleen Allison Ma | 6/24/2020 4:32 PM | 6/24/2020 4:32 PM |

Please place orders- will ship

| Author | Status | Last Editor | Updated | Created |
|---|---|---|---|---|
| Melissa Young, MD | Signed | Melissa Young, MD | 6/24/2020 4:39 PM | 6/24/2020 4:38 PM |

GenovaLBT ordered by request of patient

**Diagnoses**

| | Comments |
|---|---|
| **Irritable bowel syndrome with constipation** - Primary | |

**Orders (Some orders may appear duplicative but indicate data entry only)**

**FM BACTERIAL OVERGROWTH, BREATH [1436022552]**

Electronically signed by: **Melissa Young on 06/24/20 1638** Status: **Active**
Ordering user: Melissa Young 06/24/20 1638 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Other | OTHER(SPECIFY IN COMMENTS) | 06/24/20 1638 |

**Encounter Messages**

RE: Test Result Question

| From | To | Sent and Delivered |
|---|---|---|
| Rosalia Szitas MA | Keeta R Fox | 6/25/2020 8:56 AM |

Last Read in MyChart
6/29/2020 1:14 PM by Keeta R Fox

Dear Keeta R Fox

We have contacted Genova Diagnostics to request to have a 3 Hour SIBO Breath Test shipped to your home. Genova requires that patients register prior to shipping. They have e-mailed registration instructions to keetafox.us@gmail.com.

For more information about the test, please visit: https://www.gdx.net/product/bacterial-overgrowth-of-the-small-intestine-sibo-test.

**Genova Diagnostics gives you two options for billing.**

**Option 1: Cash Pay**
Pay $179 in full, without billing your insurance.
With this option you can either:
**a)** Pay the full amount upfront, or
**b)** Pay 25% upfront and then pay the remaining balance in three installments.

***- OR-***

**Option 2: Bill Insurance:**
Pay an "initial insurance payment" of $109. This amount is not covered by insurance.
Once Genova receives your sample and initial insurance payment, they will bill your insurance for the full list price of the test (Up to $2499). If your insurance covers the full balance, billing is complete and you will owe nothing additional. If there is any amount of the remaining balance that your insurance did not cover, Genova will send you a bill for whatever balance remains, up to $135 (A discounted rate).

- 40% of patients do not pay more than the initial installment.

- 1% of patients pay the full remaining balance

- 59% of patients land somewhere in the middle.

- We encourage you to check with your insurance company prior to completing testing.

IMPORTANT:
**The quoted test fees are a discounted rate for Cleveland Clinic patients. If you fail to address billing obligations from Genova Diagnostics as outlined above, the discounted rate EXPIRES and after 60 days you will be responsible for the "full list price" (which can be up to several thousand dollars). PLEASE do not ignore bills from Genova Diagnostics.**

If you have additional questions, please contact the billing department at Genova Diagnostics by calling 800-522-4762 or visit https://www.gdx.net/billing. Genova also has a “Patient Resource Center” that allows you to create a patient account (www.gdx.net/prc). In the resource center, you can access the following features:

> Pay Assist Billing Tool (which provides pricing and payment amounts)

> Online Payments

> Billing and Insurance Guidelines

> 24/7 access to test results

> Health Surveys

Encounter Messages (continued)

***Prices are set by Genova Diagnostics, NOT the Cleveland Clinic and are subject to change. All prices listed above are estimates.**

Thank you

Test Result Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 6/24/2020 4:29 PM |

Hi Doctor Young

My gastrointestinal doctor in Louisville did not have an account with Genova Diagnostics so I will need your help ordering the SIBO 3 hour breath test with lactulose. Sorry for delay but hoping you can help with this. Thanks so much!

No questionnaire available.

## All Flowsheet Data (all recorded)

### CCHS PDMP NARXCARE SCORES

| Row Name | 06/24/20 1629 |
|---|---|
| OTHER | |
| NARX Stimulants | 000 -CC |
| NARX Sedatives | 000 -CC |
| NARX Narcotics | 000 -CC |
| NARX RISK SCORE | 000 NARxCHECK scores -CC |
| Recorded by | [CC] CC 06/24/20 1629 |

User Key (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type |
|---|---|---|---|
| CC | Cchs, Cchs Flow In | — | — |

Encounter Status

Open

**END OF REPORT**

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/14/2020 1:45 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 546851651 | FHC Chag |

### Encounter Messages

**RE: Test Result Question**

| From | To | Sent and Delivered |
|---|---|---|
| Rosalia Szitas MA | Keeta R Fox | 6/15/2020 9:46 AM |

Last Read in MyChart
6/19/2020 2:31 PM by Keeta R Fox

You are welcome, have a great day

**RE: Test Result Question**

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 6/15/2020 9:29 AM |

Thanks so much!

**RE: Test Result Question**

| From | To | Sent and Delivered |
|---|---|---|
| Colleen Allison Ma | Keeta R Fox | 6/15/2020 9:23 AM |

Last Read in MyChart
6/15/2020 9:28 AM by Keeta R Fox

Your test should be the Great Plains Lab MycoTOX Profile (Mold Exposure) test. The cost of the test is $299.

**Test Result Question**

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 6/14/2020 1:45 PM |

Hi Dr Young
Planning on taking test Monday morning and just want to confirm this is just the mycotoxin test. ( instructions included for several tests but looks like only mycotoxin checked on form) Only one vile included so assume that is correct. Want to make sure my diet is appropriate and I make the right payment before taking and submitting test.
Thanks so much

No questionnaire available.

### All Flowsheet Data (all recorded)

**CCHS PDMP NARXCARE SCORES**

## All Flowsheet Data (all recorded) (continued)

### CCHS PDMP NARXCARE SCORES (continued)

| Row Name | 06/14/20 1345 |
|---|---|
| OTHER | |
| NARX Stimulants | 000 -CC |
| NARX Sedatives | 000 -CC |
| NARX Narcotics | 000 -CC |
| NARX RISK SCORE | 000 NARxCHECK scores -CC |
| Recorded by | [CC] CC 06/14/20 1345 |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type |
|---|---|---|---|
| CC | Cchs, Cchs Flow In | — | — |

### Encounter Status

Closed by Colleen Allison Ma on 6/15/20 at 9:23 AM

**END OF REPORT**

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/12/2020 10:17 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 546800950 | FHC Chag |

### Call Documentation

| Author | Status | Last Editor | Updated | Created |
|---|---|---|---|---|
| Colleen Allison Ma | Signed | Colleen Allison Ma | 6/15/2020 9:47 AM | 6/15/2020 9:42 AM |

Labs are in the F drive under "fox keeta Labcorp, Quest, Genova, Marcons 06.03.20.pdf"

Does she still need to do IGA and immunoglobin?

### Encounter Messages

RE: Test Result Question

| From | To | Sent and Delivered |
|---|---|---|
| Melissa Young | Keeta R Fox | 6/15/2020 2:10 PM |

Last Read in MyChart
7/11/2020 1:54 PM by Keeta R Fox

Hi kKeeta,

I have reviewed your blood work results twice and I did not see the IgA and Immunoglobulin level. I only see IgE.

Thanks,
Dr. Young

Test Result Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 6/12/2020 10:17 PM |

Hi Doctor Young

Just checking to see if you received a copy of my labs before I do the new blood work lab order. Want to confirm I still need to do that as I think the IGA and immunoglobin levels etc were already checked.

Also will be doing the urine mycotoxin test early next week as I have now been off the antibiotics for 7 days. Thanks much. Have a good weekend.

No questionnaire available.

### Encounter Status

Encounter Status (continued)

Open

**END OF REPORT**

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/2/2020 10:56 AM | Melissa Young, MD | Med Functional Fhc Chagrin | 544859409 | FHC Chag |

### Call Documentation

| Author | Status | Last Editor | Updated | Created |
|---|---|---|---|---|
| Melissa Young, MD | Signed | Melissa Young, MD | 6/2/2020 12:23 PM | 6/2/2020 12:20 PM |

Please send patient blood work orders

| Author | Status | Last Editor | Updated | Created |
|---|---|---|---|---|
| Colleen Allison Ma | Signed | Colleen Allison Ma | 6/2/2020 12:24 PM | 6/2/2020 12:24 PM |

Lab orders mailed

### Diagnoses

| | Comments |
|---|---|
| **Elevated MCV** - Primary | |
| **Heavy metal exposure** | |
| **Toxic effect of mycotoxin, accidental or unintentional, sequela** | |
| **Small fiber neuropathy** | |
| **Anxiety with depression** | |
| **Family history of autoimmune disorder** | |

### Orders (Some orders may appear duplicative but indicate data entry only)

#### COMPLEMENT COMPONENT 4A [1426730852]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

Future Order Information

| Expires |
|---|
| 6/2/2021 |

#### VEGF [1426730854]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

## Orders (Some orders may appear duplicative but indicate data entry only) (continued)

### VEGF [1426730854] (continued)

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | — | — |

**Future Order Information**

| Expires |
|---|
| 6/2/2021 |

### COMPLEMENT COMPONENT 3A [1426730855]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Discontinued**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard
Discontinued by: Mc, Lab Mu Oru In 08/01/20 0351 [Cancelled by Lab. Order expired in Lab. (Cancelled by Lab. Order expired in Lab.)]

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | 06/02/20 1223 |

### Omega Check [1426730857]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

**Future Order Information**

| Expires |
|---|
| 6/2/2021 |

### WHOLE BLOOD GLUTATHIONE LAB [1426730858]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

**Future Order Information**

| Expires |
|---|
| 6/2/2021 |

### IgG subclass 1,2,3,4 [1426730860]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

## Orders (Some orders may appear duplicative but indicate data entry only) (continued)

### IgG subclass 1,2,3,4 [1426730860] (continued)

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

**Future Order Information**

| Expires |
|---|
| 6/2/2021 |

### IgGtotal [1426730861]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Discontinued**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard
Discontinued by: Mc, Lab Mu Oru In 08/01/20 0351 [Cancelled by Lab. Order expired in Lab. (Cancelled by Lab. Order expired in Lab.)]

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| CSF | CSF LUMBAR PUNCTURE | 06/02/20 1223 |

### IgEtotal [1426730862]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

**Future Order Information**

| Expires |
|---|
| 6/2/2021 |

### IGM [1426730863]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

**Future Order Information**

| Expires |
|---|
| 6/2/2021 |

### IGA BLD [1426730864]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

## Orders (Some orders may appear duplicative but indicate data entry only) (continued)

### IGA BLD [1426730864] (continued)

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

**Future Order Information**

Expires
6/2/2021

### HOMOCYSTEINE [1426730865]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

**Future Order Information**

Expires
6/2/2021

### MERCURY BLD [1426730866]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

**Future Order Information**

Expires
6/2/2021

### LEAD BLOOD [1426730867]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

**Future Order Information**

Expires
6/2/2021

### ARSENIC BLD [1426730868]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**

## Orders (Some orders may appear duplicative but indicate data entry only) (continued)

### ARSENIC BLD [1426730868] (continued)

Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

**Future Order Information**

| Expires |
|---|
| 6/2/2021 |

### GGT BLD [1426730869]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

**Future Order Information**

| Expires |
|---|
| 6/2/2021 |

### MMA [1426730870]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

**Future Order Information**

| Expires |
|---|
| 6/2/2021 |

### FOLATE SERUM [1426730872]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

**Future Order Information**

| Expires |
|---|
| 6/2/2021 |

## Orders (Some orders may appear duplicative but indicate data entry only) (continued)

### VITAMIN B12 BLOOD [1426730873]

Electronically signed by: **Melissa Young on 06/02/20 1223** Status: **Active**
Ordering user: Melissa Young 06/02/20 1223 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | BLOOD | — |

### Future Order Information

| Expires |
|---|
| 6/2/2021 |

### Encounter Messages

RE: Non-Urgent Medical Question

| From | To | Sent and Delivered |
|---|---|---|
| Melissa Young | Keeta R Fox | 6/2/2020 12:20 PM |

Last Read in MyChart
6/22/2020 3:10 PM by Keeta R Fox

Hi keeta,

Please contact our department to be placed on the wait list.

If not drawn already, we should measure IgA and Immunoglobulins. If they are low then I have heard from colleagues (I have not used this treatment personally) that it can be helpful in some patients.

I can send you the lab orders to have drawn locally.

They would need to contact IgenX personally and I recommend asking to speak with the medical director about sensitivity and specificity of the testing. They ar every happy to discuss the testing with physicians. We have found to be very useful. Borrelia alters the immune sytem which impacts the testing and most importantly conventional testing for lyme (and coinfections) only assessed for one specie of borrelia and there are dozens. They assess for the infections in multiple different ways.

Best, Dr. Young

Non-Urgent Medical Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 6/2/2020 10:56 AM |

Hi Doctor Young
Couple of follow up questions if I could:

I scheduled an appointment for August 10th. Would love to follow up sooner if I could be put on a cancellation appointment opening list

Had a follow up appointment with my neurologist today (UL Neuroloy) and they had a couple questions:
First they are very glad I have connected with you at Cleveland Clinic. They think this is

Encounter Messages (continued)

the best route

Though they cannnot weigh in on CIRS if this is an anti inflammatory disease would IV IG injections be a good possible solution as well. They know it is used to treatt several auto immune diseases.They give them at UL neurology but only if insurance approves these. Have you used this treatment approach before?

They were somewhat familiar with Igenex lab and have had patients test positive for Lyme through this clinic.They wanted me to get some stats for them on what % of iGenex labs come back positive for Lyme ( Note they do recognize their testing for Lyme is somewhat limited). As an FYI I have a friend who said 2 of her friends now have Lymes and they both got them in Jefferson County, Kentucky where I live. Apparently there is an increase (was going to say uptick but decided against that word LOL) in Lymes for some reason. Just wanted to pass that along.

Thanks much.

No questionnaire available.

## All Flowsheet Data (all recorded)

### CCHS PDMP NARXCARE SCORES

| Row Name | 06/02/20 1056 |
|---|---|
| OTHER | |
| NARX Stimulants | 000 -CC |
| NARX Sedatives | 000 -CC |
| NARX Narcotics | 000 -CC |
| NARX RISK SCORE | 000 NARxCHECK scores -CC |
| Recorded by | [CC] CC 06/02/20 1056 |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type |
|---|---|---|---|
| CC | Cchs, Cchs Flow In | — | — |

### Encounter Status

Closed by Colleen Allison Ma on 6/2/20 at 12:24 PM

**END OF REPORT**

Cleveland Clinic

CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403

Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 6/2/2020

## MC Get Medical Advice

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/2/2020 7:21 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 545009219 | FHC Chag |

### Call Documentation

| Author | Status | Last Editor | Updated | Created |
|---|---|---|---|---|
| Colleen Allison Ma | Signed | Colleen Allison Ma | 6/3/2020 7:51 AM | 6/3/2020 7:51 AM |

Several labs in the F drive

### Encounter Messages

RE: Non-Urgent Medical Question

| From | To | Sent and Delivered |
|---|---|---|
| Melissa Young | Keeta R Fox | 6/3/2020 8:53 AM |

Last Read in MyChart
7/11/2020 1:54 PM by Keeta R Fox

Hi Keeta,

I reviewed what labs we have scanned and only see an IgE level. I'd appreciate if you could forward the results below to us again so I can review.

Dr. Young

Non-Urgent Medical Question

| From | To | Sent |
|---|---|---|
| Keeta R Fox | Melissa Young | 6/2/2020 7:21 PM |

Dr Young
Thanks so much for the quick response to my question. I believe I sent some lab work from Quest Diagnostics that showed Immunglobin and IGG,IGA levels. Hopefully you have it. I will let you check. If you did not get it I can send to you. If you did get it I will let you review the levels and we can go from there. Thanks much!

No questionnaire available.

### Encounter Status

Open

**END OF REPORT**

## MC Patient Msg

### Encounter Messages

kit

| From | To | Sent and Delivered |
|---|---|---|
| Rosalia Szitas MA | Keeta R Fox | 6/1/2020 12:09 PM |

Last Read in MyChart
6/14/2020 1:46 PM by Keeta R Fox

We have contacted The Great Plains Lab to have them drop ship a Mycotoxin kit to your home. You should receive it in 5-7 business days. Also you can send your results of the ERMI test to chagrinfunctionalmedicine@ccf.org.

Thank you

No questionnaire available.

**END OF REPORT**

## MC Patient Msg

### Encounter Messages

kit

| From | To | Sent and Delivered |
|---|---|---|
| Rosalia Szitas MA | Keeta R Fox | 6/1/2020 12:18 PM |

Last Read in MyChart
6/14/2020 1:46 PM by Keeta R Fox

Also The Great Plains would like you to wait 7 days after finishing your antibiotic before you complete the test.

Thanks again and take care

No questionnaire available.

**END OF REPORT**

## Distance Health

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/28/2020 4:30 PM | Melissa Young, MD | Med Functional Fhc Chagrin | 542432484 | FHC Chag |

### Progress Notes

| Author | Status | Last Editor | Updated | Created |
|---|---|---|---|---|
| Melissa Young, MD | Signed | Melissa Young, MD | 6/1/2020 8:07 AM | 5/28/2020 4:31 PM |

This Team Access Model visit is a virtual encounter. It required patient-provider interaction for the medical decision making as documented below.

**FUNCTIONAL MEDICINE INITIAL ASSESSMENT**

Patient: Keeta R Fox
MRN: 87556385

ALLERGIES
Not on File

### Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • TriFortify Orange Gel (Researched Nutritionals) | Squeeze tube to fill 1 teaspoon, then swallow twice daily for 7 days prior to mycotoxin profile then once daily as tolerated | | |
| • MEDICATION, NON-DATABASE | Duloxetine Feb 24, 2020 90 mg 1 No - Amitiza Mar 02, 2020 24 mcg 1 No - Zolpidem Jan 15, 2020 10 mg 1 Yes - Estrodiol Mar 07, 2020 .05 mg - - - Progesterone Mar 07, 2020 200 mg | | |

1 Yes -
Promethazine Mar 02, 2020
25 mg
1 No -
Clonazepam Jan 01, 1995
.5 mg -
No -
Extra Strength Tylenol Feb 05, 2020 1000 mg 1
No -
Antibiotics

No current facility-administered medications for this visit.

No past medical history on file.

No past surgical history on file.

Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Not on file |
| **Substance Use Topics** | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |

**EVALUATION**

**MSQ: (LM)**

**Patient Entered Questionnaire**

**PROMIS Scale T-Scores -- HIGHER SCORES BETTER**

| PROMIS Global Health | 5/22/2020 | 5/22/2020 | 5/22/2020 |
|---|---|---|---|
| **Physical T-Score** | 32.4 | 32.4 | 32.4 |
| **Mental T-Score** | 31.3 | 31.3 | 31.3 |

**Depression Screening:**

| PHQ-9 | 5/22/2020 | 5/22/2020 | 5/22/2020 |
|---|---|---|---|
| **Score** | 6 | 6 | 6 |

**PHQ-9 Self-Harm (Item 9) response options:**

| | |
|---|---|
| 0 | Not at all |
| 1 | Several days |
| 2 | More than half the days |
| 3 | Nearly every day |

**PHQ-9 Levels:**

| | |
|---|---|
| 0-4 | Minimal depression |
| 5-9 | Mild depression |
| 10-14 | Moderate depression |
| 15-19 | Moderately severe depression |
| 20-27 | Severe depression |

**Patient Goals:**
**Health Goals-coordination of care, supplement recommendations, what are next steps for testing, treatment, team approach**

**What do you hope to achieve in your visit with us?:Provide overview of my health and start to challenge some of my diagnoses and experimental treatment plans. Would like to ultimately have a Cleveland Clinic Functional MD long termWhen was the last time you felt well?:Nov 2019Did something trigger your change in health?:Not sure what exact triggering event was; potential environmental exposure ( Found mold in house that is currently being remediated) and high stress job could be involved but career stress not new.What makes you feel better?:Accomplishing something each day, when possible ( I have low dopamine level per urine test so think feeling of accomplishing something each day helps) The sunshine, a good glass of wine ( have not had one in over 3 months) and sitting my pool hanging out with friends. which cannot happen right now. Going for a walk helpsWhat makes you feel worse?:Significant physical activity; conflict with husband and stress over house that is being torn up for mold remediation. When heart palpitations flair up then stress level goes up which in turn makes me feel worseHow does your condition affect you?:I am disabled from work with significant mental impact (severe mood swings and sadness I have never experienced before). Really tough in middle of Coronavirus pandemic and social distancing. Cannot see friends or family for supportWhat do you think is happening and why?:I do not know. My functional RNP thinks I have a chronic inflammatory response to something environmental. Currently remediating house due to positive mold testing through expert; living in hotel for 6 weeks but have not gotten better. Appears lower level mold in hotel. Going to consider more testing for mercury illness ( fillings in teeth) and Lyme disease testing through iGenex. Would like to get second opinion before proceeding. I know stress and diet have contributed and working on diet but stress harder to manageWhat do you feel needs to happen for you to get better?:An official diagnosis and a new treatment plan. The uncertainty makes this worse and my GP and my husband do not support potential current diagnoses at all. Psycolologically being back in my house after mold remediation would help. Would feel better if I could return to work but not physically able yet. Miss having a career**

**Current Health Concerns**

| Current Problem Name | Date Started | Priority | Severity | Prior Treatment | Success of Prior Treatment |
|---|---|---|---|---|---|
| **Severe Fatigue** | **Feb 04, 2020** | **1** | **Severe** | **No** | **n/a** |
| **Cold chills without fever** | **Dec 04, 2019** | **2** | **Severe** | **No** | **n/a** |
| **Tremors** | **Feb 04, 2020** | **4** | **Moderate** | **No** | **n/a** |
| **Gastroparesis ( constipation and nausea)** | **Feb 03, 2020** | **5** | **Severe** | **Yes** | **Somewhat Successful** |
| **Muscle Rigidity** | **Feb 04, 2020** | **6** | **Moderate** | **No** | **n/a** |
| **Skin Itching** | **Feb 10, 2020** | **7** | **Severe** | **Yes** | **Not Successful** |
| **Small Fiber Neuropathy** | **Jan 13, 2020** | **8** | **Moderate** | **No** | **Somewhat Successful** |

**Electrical current sensation Feb 04, 2020 9 Moderate No n/a**
**Urinary discomfort May 11, 2020 10 Moderate No n/a**
**Insomnia Jan 01, 2020 11 Severe Yes Somewhat Successful**
**Depression/ Anxiety Jan 01, 2000 12 Severe Yes Somewhat Successful**
**Feverish feeling Jan 01, 2000 13 Moderate No n/a**
**Unusual aches and pains that move Jan 01, 2020 14 Moderate Yes Not Successful**
**Toothache pain Feb 17, 2020 16 Moderate No n/a**
**Mid Back Pressure Jan 01, 2000 17 Mild No n/a**
**Burning in hands Jun 01, 2019 18 Mild No n/a**
**Burning tongue Jul 01, 2019 19 Mild No n/a**
**Vaginal Candida Glabrata Jan 01, 1999 20 Moderate Yes Not Successful**
**Angular chelitis Aug 01, 2019 21 - Yes Not Successful**
**Heart Palpitaitons Sep 01, 2019 3 Moderate Yes Not Successful**
**Eye aches Jan 01, 2020 22 Moderate Yes Not Successful**
**Shortness of breath Feb 04, 2020 15 Mild No n/a**
**Sensitivity to Loud Music and Car Shaking Jan 20, 2020 23 Moderate No n/a**
**Night Sweats Jan 31, 2020 24 Moderate Yes Not Successful**
**Ringing in ears Dec 16, 2019 25 Moderate No n/a**
**skin rashes Dec 24, 2019 26 Moderate Yes Not Successful**
**Scalp Falliculitis Jun 01, 2018 27 Moderate Yes Somewhat Successful**

**HPI:**
This is a 53 year old female with a complicated history. She was healthy until last December. She has seen Pulmonary, Cardiology, Rheumatology, Neurology and gastroenterology for evaluation. She has been working with a Functional Medicine Nurse Practitioner in Louisville, KY

Symptoms started in Decembers 2019 with palpitations.
She has had mold exposure in her home, car and now in her hotel after moving out of her home due to mold. Pipe leak in Master shower led to mold. She is working with a company to re-mediate.
ERMI perform at home to assess mold at home. Also had air testing which confirmed ERMI results.

She is Senior VP of Finance of Papa Johns but not currently able to work due health changes.

Supplements recommended by FM NP-has not yet started them-ox bile, micelle Vit A, magnesium glycinate, ammonia scavenger, coffee enemas, betaine hcl

**Birth:**
**NSVD**

**Triggers/Mediators:**

**Review of Systems:**
The remainder of the review of systems is noncontributory

**Family History - Parents and Grandparents**
**State of Health Current Age (or age at Death if deceased) Cause of death if deceased**
**Father Deceased 79 Unknown but suspect heart attack or aortic anurism burst**
**Mother Poor 81 -**
**Maternal grandmother Deceased 78 Colon Cancer**
**Maternal grandfather Deceased - Suicide**

**Paternal grandmother Deceased 50 Typhoid Fever**
**Paternal grandfatherDeceased 75 Unknown**
**Mother : Hypertension or high blood pressure, Obesity, Diabetes, Autoimmune disease, Arthritis, Anxiety, Depression, Allergies, Irritable bowel syndrome**
**Father : Heart disease, Hypertension or high blood pressure, Anxiety, Depression**
**Grandfathers : Heart disease, Obesity, Psychiatric disorders, Anxiety, Depression, Substance abuse**
**Grandmothers : Cancer, Arthritis, Psychiatric disorders, Depression**
**Family History-Siblings**

| State of Health | Current Age (or age at Death if deceased) | Cause of death if deceased |
|---|---|---|
| **Poor** | **62** | **-** |
| **Good** | **60** | **-** |
| **Good** | **57** | **-** |
| **Fair** | **50** | **-** |

**Sisters : Cancer, Hypertension or high blood pressure, Arthritis, Anxiety, Depression, Allergies**
**Other Family History**
**Other Diseases that run in the family:Severe depression; bipolar disorder in mother's family. My oldest sister also has microbacterium avian complex**
**Diagnostic study**

**Objective:**
There were no vitals taken for this visit.

**PHYSICAL EXAM:**
**VIRTUAL VISIT**

**Assessment**
***Assessment:***
Z77.120 Mold exposure (primary encounter diagnosis)
T64.81XS Toxic effect of mycotoxin, accidental or unintentional, sequela
Z77.018 Heavy metal exposure
R76.8 ANA positive
K59.00 Constipation, unspecified constipation type
R71.8 Elevated MCV
E71.19 MMA (methylmalonic aciduria) (HCC)
G62.9 Small fiber neuropathy
K90.49 Fat malabsorption
R19.5 Yeast in stool
R06.83 Snoring
R53.83 Fatigue, unspecified type
F41.8 Anxiety with depression
Z83.2 Family history of autoimmune disorder

**Initial Functional Medicine Assessment**

**Functional Medicine Outside Labs are scanned in the F Drive -labs reviewed during visit today**

**Underlying Causes:**
Toxins, possible infections, microbiome imbalance, food sensitives, immune dysregulation

**Today's Focus:**

nutritional deficiencies, gut balance, inflammation, toxins

**Nutritional Assessment**
High MCV, MMA elevated on organic acid testing
SAD but changed diet to GF, low carb four weeks ago
Had MRT Food Sensitivity Profile performed

**Digestive Function**
Gastroparesis
Hx IBS
Constipation on Amitiza
Used to be a runner and would have diarrhea when running
Yeast in stool
High fecal fat

**Inflammation/Immune Function**
Root canal recommended
Gingivitis
Hx Shingles
Small fiber neuropathy
Recurrent Candida glabrata and BV
Hospitalized for CMV 1984
UTI
Insomnia -takes Zolpidem
ANA positive
Mother has RA
Depression
Body aches, joint pains and aches,
Paraesthesia-better since starting Duloxetine
Sleep study (less than 6 months ago) negative but chronic snoring
Recurring feverish feeling but does not have elevated temperature

**Energy Production/Function:**
Fatigue
Intermittent Headache

**Detoxification Function**
Many Mercury amalgams
Renovations
Chemicals used in yard,
Mold exposures-home under remediation
More constipation with CSM
Used to take a lot Ibuprofen and tylenol

**Hormonal Function:**
Glucose 95, HBA1c 5.1
Menopause on HRT for hot flashes -weaning estradiol patch, Prometrium
Used to have cramping
Fibrocystic breast with 3 breast biopsies
Hx kidney stone
Anxiety

**Structural Function:**

OA neck, knees
Oral device for TMJ

**Plan and Lifestyle Prescription**

**Plan/Instructions/Resources:**
**TESTING RECOMMENDATIONS**
**Mycotoxin Evaluation**
1. Urine Mycotoxin Profile from Great Plains Labs. I recommend taking Researched Nutritionals Trifortify glutathione (or other liposomal glutathione supplement) one teaspoon (400-500 mg) two times daily for 7 days prior to collecting urine sample. It is available at https://store.healthylivingshop.com/ If you have access to a sauna, take a 30 minute sauna they day of the test collection as well.

2. Lactulose Breath Test for SIBO-ask your GI specialist if he would perform a 3 hour Lactulose breath test assessing for BOTH hydrogen and methane gas. You need to off antibiotics for 3-4 weeks before performing this test

NEXT STEPS:
IGENEX labs Lyme and Tick coinfection Profile

**OTHER RECOMMENDATIONS**
1. Send me ERMI results

**Possible Future Plans:**
UTE with DMSA provocation to assess for heavy metals
Complete Hormone Profile or DUTCH PLUS to assess hormone pathways, methylation and estrogen metabolism

**Follow up:**
**Please schedule a follow up visit with the following Caregivers:**
**Provider: 8weeks**

**LIFESTYLE PRESCRIPTION**
**Functional Nutrition:**
Elimination Diet
Anti candida diet-chronic yeast

**Sleep:**
Sleep goal for most adults is a minimum of **7-9 hours** nightly. Studies consistently show that less than 6 hours of sleep for even just a few nights can alter gene expression of over 700 different genes! This can lead to reduced immunity and altered hormone levels which can increase inflammation and cause weight gain, poor blood sugar regulation, memory problems and numerous other negative effects.

Please make sleep a priority. Be very protective of your sleep time and find a routine that works for you. Your body (and mind) will thank you!!!!

Sleep hygiene tips: Recommend no “screen activity” at least 1 hour before bed (no TV, computer monitor, iPad, Kindle, or Smart Phone usage). Sleep in a cool, dark room. No buzzing or binging objects in your bedroom except alarm clock. Try to get 7-8 hours of sleep per night.

**Exercise Prescription:**
Numerous studies confirm the benefits of regular moderate **aerobic exercise** (walking, swimming, elliptical machine, cycling, etc.) for 30 min 5 days per week (150 min goal).

**Resistance training** for 20 min twice weekly will also help build lean muscle mass, maintain bone mineral density, reduce body fat, and increase metabolic rate (helps you to burn calories more efficiently--even at rest).

**High intensity interval training**-Alternatively, some new research suggest very short, intense bursts of activity for just 4 minutes per day 3-4 times/week may be as effective (or even beter) than longer, low to moderate exercise sessions. If this appeals to you, please try the following:

Do 1 exercise such as jumping rope, running in place, Burpees or jump squats for 30-60 seconds as hard as you can. Use a timer to ensure you're at maximal intensity for the full minute. Do this for 60 seconds 4 separate times throughout the day. Alternate days that you do this taking a day off in between. Max 3-4 times a week. If you can go longer than 60 seconds you are not going hard enough!

If you choose to do the 4 bursts consecutively you must do something less strenuous (to allow the muscles time to recover) for 4 minutes before you repeat the next 60 second burst. If you cannot complete the next set of 60 seconds then you did not wait long enough for your muscle to recover. However, there is a benefit to dividing the 4 minutes bursts throughout the day vs. all at once.

**Stress Management**:
High Stress
Her mother is sick
Her sister has cancer
She has worked with a psychiatrist for over 10 years

1) Please look into this Heart Rate Variability BioFeedback Tool (www.heartmath.org). You can see the research that has been put into this very valuable tool under the Resources and Research tabs. This can be used as an app on your smart phone. You will need to buy a sensor that plugs right into the phone for about $100. First, get one of the Heart Math booklets off Amazon.com that fits your 'go to' emotion - Transforming Anger, Anxiety, Stress, Depression, or PTSD. Five minutes 3X a day is more effective than 15 minutes in one sitting.

2) A regular, daily meditation practice of at least 15-20 minutes will change your brain--as well as your genes! Preliminary studies demonstrate gene expression is modified in those who meditate regularly leading to down-regulation of pro-inflammatory genes. This results in reduced inflammation, as well as improvements in the body's response to stress via the hormone cortisol, in the intervention groups vs. the controls. Although more research is needed, these findings suggest a definite role for meditation in the treatment and prevention of chronic inflammatory conditions.

**Behavioral Health Therapist:**
If I recommended counseling or individual therapy, please schedule an individual appointment with our Functional Medicine Behavioral Health Therapist after your visit today. The Behavioral Health Therapist helps patients identify and understand feelings and behaviors, experience the process of making positive change, and gain healthy coping skills.

**Health Coaching:**
Please consider scheduling with our Center for Functional Medicine health coaches for a phone or virtual visit for accountability, goal setting and help with behavior change over the next 6-8 weeks to be successful with your goals. (216)-445-6900.

**Smart phone apps to begin a meditative practice:**

**Headspace** (free for first 10 days)

**Insight Meditation Timer**- (Free)-Great all-around app to use for guided meditations of many different types and lengths or just to use as a tool to time and track your meditation practice. This is my absolute favorite!

**Calm**- (Free)

**Walking Meditations**-($1.99)- Get your walk AND meditation done together. A good way to start out for individuals who feel they "just can't sit still" to begin a meditative practice.

**Medications/Supplements Recommended:**

**Medication orders placed this encounter**

*TriFortify Orange Gel (Researched Nutritionals)*

Sig: Squeeze tube to fill 1 teaspoon, then swallow twice daily for 7 days prior to mycotoxin profile then once daily as tolerated

Dispense:

I recommend the supplements from the **Cleveland Clinic Healthy Living Online Store at** https://store.healthylivingshop.com/ as we have thoroughly evaluated the research and use only highest quality supplements.

During the next **6-8 weeks** you'll be working on your diet plan discussed with our nutritionist, allowing for gentle detoxification and decreasing inflammation - while we are gathering your lab results and combining those with your complete history to formulate a very personalized treatment plan.

**LAB results:** Due to the complexity of the testing performed, we are **not** able to review labs via **MyChart** or over the phone, but please know, if any of your labs are critical **we will contact you.** Otherwise, we will review all your labs at your next visit.

We will go over a lot of information during your follow up visit - so please be well-rested and you may want to bring someone with you, if possible. Also make sure to **schedule with the nutritionist (this will not happen automatically).**

**Potential future labs:** Any Genova labs ordered take about 4 weeks to return. Do them as soon as possible so that we have the results before your next appointment. You can access them on the Genova website and it can be beneficial if you review them prior to your next visit. www.gdx.net. Read about NutrEval if this was ordered.

**Time spend with patient**:
I spent 60 minutes minutes of face-to-face time with the patient. At least 50% of this time was spent in counseling, explanation of diagnosis, planning of further management, and coordination of care.

Melissa Young, MD

## Patient Instructions

**Patient Instructions by Melissa Young at 5/28/2020 6:00 PM**

Author: Melissa Young Service: — Author Type: Physician
Filed: 5/28/2020 6:02 PM Encounter Date: 5/28/2020 Status: Addendum
Editor: Melissa Young (Physician)
Related Notes: Original Note by Melissa Young (Physician) filed at 5/28/2020 6:01 PM

**Initial Functional Medicine Assessment**

**Nutritional Assessment**
High MCV, MMA elevated on organic acid testing -to discuss B12 supplementation
SAD but changed diet to GF, low carb four weeks ago
Had MRT Food Sensitivity Profile performed

**Digestive Function**
Gastroparesis
Hx IBS
Constipation on Amitiza
Used to be a runner and would have diarrhea when running
Yeast in stool
High fecal fat

**Inflammation/Immune Function**
Root canal recommended
Gingivitis
Hx Shingles
Small fiber neuropathy
Recurrent Candida glabrata and BV
Hospitalized for CMV 1984
UTI
Insomnia -takes Zolpidem
ANA positive
Mother has RA
Depression
Body aches, joint pains and aches,
Paraesthesia-better since starting Duloxetine
Sleep study (less than 6 months ago) negative but chronic snoring
Recurring feverish feeling but does not have elevated temperature

**Energy Production/Function:**
Fatigue
Intermittent Headache

**Detoxification Function**
Many Mercury amalgams
Renovations
Chemicals used in yard,

Patient Instructions (continued)

Patient Instructions by Melissa Young at 5/28/2020 6:00 PM (continued)

Mold exposures-home under remediation
More constipation with CSM
Used to take a lot Ibuprofen and tylenol

**Hormonal Function:**
Glucose 95, HBA1c 5.1
Menopause on HRT for hot flashes -weaning estradiol patch, Prometrium
Used to have cramping
Fibrocystic breast with 3 breast biopsies
Hx kidney stone
Anxiety

**Structural Function:**
OA neck, knees
Oral device for TMJ

## Plan and Lifestyle Prescription

**Plan/Instructions/Resources:**
**TESTING RECOMMENDATIONS**
**Mycotoxin Evaluation**
1. Urine Mycotoxin Profile from Great Plains Labs. I recommend taking Researched Nutritionals Trifortify glutathione (or other liposomal glutathione supplement) one teaspoon (400-500 mg) two times daily for 7 days prior to collecting urine sample. It is available at https://store.healthylivingshop.com/ If you have access to a sauna, take a 30 minute sauna they day of the test collection as well.

2. Lactulose Breath Test for SIBO-ask your GI specialist if he would perform a 3 hour Lactulose breath test assessing for BOTH hydrogen and methane gas. You need to off antibiotics for 3-4 weeks before performing this test

NEXT STEPS:
IGENEX labs Lyme and Tick coinfection Profile

**OTHER RECOMMENDATIONS**
1. Please send ERMI results

**Possible Future Plans:**
UTE with DMSA provocation to assess for heavy metals
Complete Hormone Profile or DUTCH PLUS to assess hormone pathways, methylation and estrogen metabolism

**Follow up:**
**Please schedule a follow up visit with the following Caregivers:**
**Provider: 8 weeks**

**LIFESTYLE PRESCRIPTION**

Patient Instructions (continued)

Patient Instructions by Melissa Young at 5/28/2020 6:00 PM (continued)

**Functional Nutrition:**
Elimination Diet
Anti candida diet-chronic yeast issues

**Sleep: snoring, sleep study negative**
Sleep goal for most adults is a minimum of **7-9 hours** nightly. Studies consistently show that less than 6 hours of sleep for even just a few nights can alter gene expression of over 700 different genes! This can lead to reduced immunity and altered hormone levels which can increase inflammation and cause weight gain, poor blood sugar regulation, memory problems and numerous other negative effects.

Please make sleep a priority. Be very protective of your sleep time and find a routine that works for you. Your body (and mind) will thank you!!!!

Sleep hygiene tips: Recommend no “screen activity” at least 1 hour before bed (no TV, computer monitor, iPad, Kindle, or Smart Phone usage). Sleep in a cool, dark room. No buzzing or binging objects in your bedroom except alarm clock. Try to get 7-8 hours of sleep per night.

**Exercise Prescription:**
Numerous studies confirm the benefits of regular moderate **aerobic exercise** (walking, swimming, elliptical machine, cycling, etc.) for 30 min 5 days per week (150 min goal).

**Resistance training** for 20 min twice weekly will also help build lean muscle mass, maintain bone mineral density, reduce body fat, and increase metabolic rate (helps you to burn calories more efficiently--even at rest).

**High intensity interval training**-Alternatively, some new research suggest very short, intense bursts of activity for just 4 minutes per day 3-4 times/week may be as effective (or even beter) than longer, low to moderate exercise sessions. If this appeals to you, please try the following:

Do 1 exercise such as jumping rope, running in place, Burpees or jump squats for 30-60 seconds as hard as you can. Use a timer to ensure you're at maximal intensity for the full minute. Do this for 60 seconds 4 separate times throughout the day. Alternate days that you do this taking a day off in between. Max 3-4 times a week. If you can go longer than 60 seconds you are not going hard enough!

If you choose to do the 4 bursts consecutively you must do something less strenuous (to allow the muscles time to recover) for 4 minutes before you repeat the next 60 second burst. If you cannot complete the next set of 60 seconds then you did not wait long enough for your muscle to recover. However, there is a benefit to dividing the 4 minutes bursts throughout the day vs. all at once.

**Stress Management**:
High Stress
Her mother is sick
Her sister has cancer
She has worked with a psychiatrist for over 10 years

1) Please look into this Heart Rate Variability BioFeedback Tool (www.heartmath.org). You can see the research that has been put into this very valuable tool under the Resources and Research tabs. This can be used as an app on your smart phone. You will need to buy a sensor that plugs right into the phone for about $100. First, get one of the Heart Math booklets off Amazon.com that fits your 'go to' emotion - Transforming

Patient Instructions (continued)

Patient Instructions by Melissa Young at 5/28/2020 6:00 PM (continued)

Anger, Anxiety, Stress, Depression, or PTSD. Five minutes 3X a day is more effective than 15 minutes in one sitting.

2) A regular, daily meditation practice of at least 15-20 minutes will change your brain--as well as your genes! Preliminary studies demonstrate gene expression is modified in those who meditate regularly leading to down-regulation of pro-inflammatory genes. This results in reduced inflammation, as well as improvements in the body's response to stress via the hormone cortisol, in the intervention groups vs. the controls. Although more research is needed, these findings suggest a definite role for meditation in the treatment and prevention of chronic inflammatory conditions.

**Behavioral Health Therapist:-patient works with a psychiatrist**
If I recommended counseling or individual therapy, please schedule an individual appointment with our Functional Medicine Behavioral Health Therapist after your visit today. The Behavioral Health Therapist helps patients identify and understand feelings and behaviors, experience the process of making positive change, and gain healthy coping skills.

**Health Coaching:**
Please consider scheduling with our Center for Functional Medicine health coaches for a phone or virtual visit for accountability, goal setting and help with behavior change over the next 6-8 weeks to be successful with your goals. (216)-445-6900.

**Smart phone apps to begin a meditative practice:**

**Headspace** (free for first 10 days)

**Insight Meditation Timer**- (Free)-Great all-around app to use for guided meditations of many different types and lengths or just to use as a tool to time and track your meditation practice. This is my absolute favorite!

**Calm**- (Free)

**Walking Meditations**-($1.99)- Get your walk AND meditation done together. A good way to start out for individuals who feel they "just can't sit still" to begin a meditative practice.

**Medications/Supplements Recommended:**

**Medication orders placed this encounter**
*TriFortify Orange Gel (Researched Nutritionals)*
Sig: Squeeze tube to fill 1 teaspoon, then swallow twice daily for 7 days prior to mycotoxin profile then once daily as tolerated
Dispense:

I recommend the supplements from the **Cleveland Clinic Healthy Living Online Store at** https://store.healthylivingshop.com/ as we have thoroughly evaluated the research and use only highest quality supplements.

During the next **6-8 weeks** you'll be working on your diet plan discussed with our nutritionist, allowing for gentle detoxification and decreasing inflammation - while we are gathering your lab results and combining those with your complete history to formulate a very personalized treatment plan.

## Patient Instructions (continued)

Patient Instructions by Melissa Young at 5/28/2020 6:00 PM (continued)

**LAB results:** Due to the complexity of the testing performed, we are **not** able to review labs via **MyChart** or over the phone, but please know, if any of your labs are critical **we will contact you**. Otherwise, we will review all your labs at your next visit.

We will go over a lot of information during your follow up visit - so please be well-rested and you may want to bring someone with you, if possible. Also make sure to **schedule with the nutritionist (this will not happen automatically).**

**Potential future labs:** Any Genova labs ordered take about 4 weeks to return. Do them as soon as possible so that we have the results before your next appointment. You can access them on the Genova website and it can be beneficial if you review them prior to your next visit. www.gdx.net. Read about NutrEval if this was ordered.

## Referring Provider

**Self**

## Allergies as of 05/28/2020

No Known Allergies
**Date Verified:** 05/28/2020

## Reason for Visit

**New Patient**

## Diagnoses

| | Comments |
|---|---|
| **Mold exposure** - Primary | |
| **Toxic effect of mycotoxin, accidental or unintentional, sequela** | |
| **Heavy metal exposure** | |
| **ANA positive** | |
| **Constipation, unspecified constipation type** | |
| **Elevated MCV** | |
| **MMA (methylmalonic aciduria) (HCC)** | |
| **Small fiber neuropathy** | |
| **Fat malabsorption** | |
| **Yeast in stool** | |
| **Snoring** | |
| **Fatigue, unspecified type** | |
| **Anxiety with depression** | |
| **Family history of autoimmune disorder** | |

## Orders (Some orders may appear duplicative but indicate data entry only)

## Orders (Some orders may appear duplicative but indicate data entry only) (continued)

**TriFortify Orange Gel (Researched Nutritionals) [1425197088]**

Electronically signed by: **Melissa Young on 05/28/20 1752** Status: **Active**
Ordering user: Melissa Young 05/28/20 1752 Ordering provider: Melissa Young
Authorized by: Melissa Young Ordering mode: Standard

**Outpatient Encounter Meds: End of Enc- as of 5/28/2020**

**TriFortify Orange Gel (Researched Nutritionals)** — Squeeze tube to fill 1 teaspoon, then swallow twice daily for 7 days prior to mycotoxin profile then once daily as tolerated

**MEDICATION, NON-DATABASE**

| | | | | | | |
|---|---|---|---|---|---|---|
| Duloxetine | Feb 24, 2020 | 90 | mg | 1 | No | - |
| Amitiza | Mar 02, 2020 | 24 | mcg | 1 | No | - |
| Zolpidem | Jan 15, 2020 | 10 | mg | 1 | Yes | - |
| Estrodiol | Mar 07, 2020 | .05 | mg | - | - | - |
| Progesterone | Mar 07, 2020 | 200 | mg | 1 | Yes | - |
| Promethazine | Mar 02, 2020 | 25 | mg | 1 | No | - |
| Clonazepam | Jan 01, 1995 | .5 | mg | - | No | - |

Extra Strength Tylenol Feb 05, 2020 1000 mg 1
No -
Antibiotics
Rhodiola Rosea (90 capsules) Pure Encapsulations1 capsule once per day, Take between meals.
DHEA 5mg (60 capsules) Pure Encapsulations 1 capsule twice per day with meals
Pregnenolone 10mg (60 capsules) Pure Encapsulations- 1 capsule daily with meals

**Start Taking**

**TriFortify Orange Gel (Researched Nutritionals)** — Squeeze tube to fill 1 teaspoon, then swallow twice daily for 7 days prior to mycotoxin profile then once daily as tolerated

**Problem List as of 5/28/2020** Date Reviewed: **5/28/2020**

None

**Goals (5 Years of Data) as of 6/1/2020 at 8:07 AM**

None

## All Flowsheet Data (all recorded)

**Patient-Reported Data**

| Row Name | 05/22/20 1234 | 05/22/20 1236 |
|---|---|---|
| OTHER | | |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Little interest or pleasure in doing things | Several days (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Feeling down, depressed, or hopeless | Several days (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Trouble falling or staying asleep, or sleeping too much | Several days (Patient-Rptd) -patient at 05/22/20 1234 | — |

## All Flowsheet Data (all recorded) (continued)

### Patient-Reported Data (continued)

| Row Name | 05/22/20 1234 | 05/22/20 1236 |
|---|---|---|
| Feeling tired or having little energy | Several days (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Poor appetite or overeating | Several days (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Not at all (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Trouble concentrating on things, such as reading the newspaper or watching television | Not at all (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all (Patient-Rptd) -patient at 05/22/20 1234 | — |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Several days (Patient-Rptd) -patient at 05/22/20 1234 | — |
| In general, would you say your health is: | — | Poor (Patient-Rptd) -patient at 05/22/20 1236 |
| In general, would you say your quality of life is: | — | Poor (Patient-Rptd) -patient at 05/22/20 1236 |
| In general, how would you rate your physical health? | — | Poor (Patient-Rptd) -patient at 05/22/20 1236 |
| In general, how would you rate your mental health, including your mood and your ability to think? | — | Fair (Patient-Rptd) -patient at 05/22/20 1236 |
| In general, how would you rate your satisfaction with your social activities and relationships? | — | Fair (Patient-Rptd) -patient at 05/22/20 1236 |
| To what extent are you able to carry out your everyday physical activities such as walking, climbing stairs, carrying groceries, or moving a chair? | — | Completely (Patient-Rptd) -patient at 05/22/20 1236 |
| In the past 7 days, how would you rate your pain on average? | — | 7 (Patient-Rptd) -patient at 05/22/20 1236 |
| In the past 7 days, how would you rate your fatigue on average? | — | Very severe (Patient-Rptd) -patient at 05/22/20 1236 |
| In general, please rate how well you carry out your usual social activities and roles. (This includes activities at home, at work and in your community, and responsibilities as a parent, child, spouse, employee, friend, etc.) | — | Fair (Patient-Rptd) -patient at 05/22/20 1236 |
| In the past 7 days, how often have you been bothered by emotional problems such as feeling anxious, depressed or irritable? | — | Often (Patient-Rptd) -patient at 05/22/20 1236 |

## All Flowsheet Data (all recorded)

### Custom Formula Data

| Row Name | 05/22/20 1234 |
|---|---|
| OTHER | |
| PHQ-2 score | 2 -MU |
| PHQ-2 score | 2 -MU |
| Recorded by | [MU] MU 05/22/20 1234 |

## All Flowsheet Data (all recorded)

### MSPT PED Full Patient-Entered Data

| Row Name | 05/22/20 1234 | 05/22/20 1236 |
|---|---|---|
| PROMIS-10 Global Health | | |
| PROMIS-10 physical raw score | — | 9 -MU |
| Global Physical Health Raw Score | — | 9 -MU |
| PROMIS-10 physical T score | — | 32.4 -MU |
| Global Physical Health T Score | — | 32.4 -MU |
| PROMIS-10 Physical Health Percentile | — | 4 -MU |
| Global Physical Health Percentile | — | 4 -MU |
| PROMIS-10 mental raw score | — | 7 -MU |
| Global Mental Health Raw Score | — | 7 -MU |
| PROMIS-10 mental T score | — | 31.3 -MU |
| Global Mental Health T Score | — | 31.3 -MU |
| PROMIS-10 Mental Health Percentile | — | 3 -MU |
| Global Mental Health Percentile | — | 3 -MU |
| PROMIS-10 pain score | — | 2 -MU |
| 0-10 Standard Pain Scale | — | 2 -MU |
| Recorded by | | [MU] MU 05/22/20 1236 |
| PHQ-9 | | |
| PHQ-9 score | 6 -MU | — |
| PHQ-9 Score | 6 -MU | — |
| PHQ-2 Score | 2 -MU | — |
| Recorded by | [MU] MU 05/22/20 1234 | |

## All Flowsheet Data (all recorded)

### CCHS PDMP NARXCARE SCORES

| Row Name | 05/28/20 1616 | 06/01/20 0807 |
|---|---|---|
| OTHER | | |
| NARX Stimulants | 000 -CC | 000 -CC |
| NARX Sedatives | 000 -CC | 000 -CC |
| NARX Narcotics | 000 -CC | 000 -CC |
| NARX RISK SCORE | 000 NARxCHECK scores -CC | 000 NARxCHECK scores -CC |
| Recorded by | [CC] CC 05/28/20 1616 | [CC] CC 06/01/20 0807 |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type |
|---|---|---|---|
| CC | Cchs, Cchs Flow In | — | — |
| MU | User, Mychart | — | — |
| patient | Keeta R Fox | — | — |

### Encounter Status

Closed by Melissa Young, MD on 6/1/20 at 8:07 AM

**END OF REPORT**

## MC Patient Msg

Encounter Messages

recommendations

| From | To | Sent and Delivered |
|---|---|---|
| Melissa Young | Keeta R Fox | 5/28/2020 6:02 PM |

Last Read in MyChart
7/11/2020 1:56 PM by Keeta R Fox

**Initial Functional Medicine Assessment**

**Nutritional Assessment**
High MCV, MMA elevated on organic acid testing -to discuss B12 supplementation
SAD but changed diet to GF, low carb four weeks ago
Had MRT Food Sensitivity Profile performed

**Digestive Function**
Gastroparesis
Hx IBS
Constipation on Amitiza
Used to be a runner and would have diarrhea when running
Yeast in stool
High fecal fat

**Inflammation/Immune Function**
Root canal recommended
Gingivitis
Hx Shingles
Small fiber neuropathy
Recurrent Candida glabrata and BV
Hospitalized for CMV 1984
UTI
Insomnia -takes Zolpidem
ANA positive
Mother has RA
Depression
Body aches, joint pains and aches,
Paraesthesia-better since starting Duloxetine
Sleep study (less than 6 months ago) negative but chronic snoring
Recurring feverish feeling but does not have elevated temperature

**Energy Production/Function:**
Fatigue
Intermittent Headache

**Detoxification Function**
Many Mercury amalgams
Renovations
Chemicals used in yard,
Mold exposures-home under remediation
More constipation with CSM
Used to take a lot Ibuprofen and tylenol

**Hormonal Function:**
Glucose 95, HBA1c 5.1
Menopause on HRT for hot flashes -weaning estradiol patch, Prometrium
Used to have cramping
Fibrocystic breast with 3 breast biopsies
Hx kidney stone
Anxiety

**Structural Function:**
OA neck, knees
Oral device for TMJ

**Plan and Lifestyle Prescription**

**Plan/Instructions/Resources:**
**TESTING RECOMMENDATIONS**
**Mycotoxin Evaluation**
1. Urine Mycotoxin Profile from Great Plains Labs. I recommend taking Researched Nutritionals Trifortify glutathione (or other liposomal glutathione supplement) one teaspoon (400-500 mg) two times daily for 7 days prior to collecting urine sample. It is available at https://store.healthylivingshop.com/ If you have access to a sauna, take a 30 minute sauna they day of the test collection as well.

2. Lactulose Breath Test for SIBO-ask your GI specialist if he would perform a 3 hour Lactulose breath test assessing for BOTH hydrogen and methane gas. You need to off antibiotics for 3-4 weeks before performing this test

NEXT STEPS:
IGENEX labs Lyme and Tick coinfection Profile

**OTHER RECOMMENDATIONS**
1. Please send ERMI results

**Possible Future Plans:**
UTE with DMSA provocation to assess for heavy metals
Complete Hormone Profile or DUTCH PLUS to assess hormone pathways, methylation and estrogen metabolism

**Follow up:**
**Please schedule a follow up visit with the following Caregivers:**
**Provider: 8 weeks**

**LIFESTYLE PRESCRIPTION**
**Functional Nutrition:**
Elimination Diet
Anti candida diet-chronic yeast issues

**Sleep: snoring, sleep study negative**

Encounter Messages (continued)

Sleep goal for most adults is a minimum of **7-9 hours** nightly. Studies consistently show that less than 6 hours of sleep for even just a few nights can alter gene expression of over 700 different genes! This can lead to reduced immunity and altered hormone levels which can increase inflammation and cause weight gain, poor blood sugar regulation, memory problems and numerous other negative effects.

Please make sleep a priority. Be very protective of your sleep time and find a routine that works for you. Your body (and mind) will thank you!!!!

Sleep hygiene tips: Recommend no "screen activity" at least 1 hour before bed (no TV, computer monitor, iPad, Kindle, or Smart Phone usage). Sleep in a cool, dark room. No buzzing or binging objects in your bedroom except alarm clock. Try to get 7-8 hours of sleep per night.

**Exercise Prescription:**
Numerous studies confirm the benefits of regular moderate **aerobic exercise** (walking, swimming, elliptical machine, cycling, etc.) for 30 min 5 days per week (150 min goal).

**Resistance training** for 20 min twice weekly will also help build lean muscle mass, maintain bone mineral density, reduce body fat, and increase metabolic rate (helps you to burn calories more efficiently--even at rest).

**High intensity interval training**-Alternatively, some new research suggest very short, intense bursts of activity for just 4 minutes per day 3-4 times/week may be as effective (or even beter) than longer, low to moderate exercise sessions. If this appeals to you, please try the following:

Do 1 exercise such as jumping rope, running in place, Burpees or jump squats for 30-60 seconds as hard as you can. Use a timer to ensure you're at maximal intensity for the full minute. Do this for 60 seconds 4 separate times throughout the day. Alternate days that you do this taking a day off in between. Max 3-4 times a week. If you can go longer than 60 seconds you are not going hard enough!

If you choose to do the 4 bursts consecutively you must do something less strenuous (to allow the muscles time to recover) for 4 minutes before you repeat the next 60 second burst. If you cannot complete the next set of 60 seconds then you did not wait long enough for your muscle to recover. However, there is a benefit to dividing the 4 minutes bursts throughout the day vs. all at once.

**Stress Management**:
High Stress
Her mother is sick
Her sister has cancer
She has worked with a psychiatrist for over 10 years

1) Please look into this Heart Rate Variability BioFeedback Tool (www.heartmath.org). You can see the research that has been put into this very valuable tool under the Resources and Research tabs. This can be used as an app on your smart phone. You will need to buy a sensor that plugs right into the phone for about $100. First, get one of the Heart Math booklets off Amazon.com that fits your 'go to' emotion - Transforming Anger, Anxiety, Stress, Depression, or PTSD. Five minutes 3X a day is more effective than 15 minutes in one sitting.

2) A regular, daily meditation practice of at least 15-20 minutes will change your brain--as well as your genes! Preliminary studies demonstrate gene expression is modified in those who meditate regularly leading to down-regulation of pro-inflammatory genes. This results in reduced inflammation, as well as improvements in the body's response to stress via the hormone cortisol, in the intervention groups vs. the controls. Although more research is needed, these findings suggest a definite role for meditation in the treatment and

prevention of chronic inflammatory conditions.

**Behavioral Health Therapist:-patient works with a psychiatrist**
If I recommended counseling or individual therapy, please schedule an individual appointment with our Functional Medicine Behavioral Health Therapist after your visit today. The Behavioral Health Therapist helps patients identify and understand feelings and behaviors, experience the process of making positive change, and gain healthy coping skills.

**Health Coaching:**
Please consider scheduling with our Center for Functional Medicine health coaches for a phone or virtual visit for accountability, goal setting and help with behavior change over the next 6-8 weeks to be successful with your goals. (216)-445-6900.

**Smart phone apps to begin a meditative practice:**

**Headspace** (free for first 10 days)

**Insight Meditation Timer**- (Free)-Great all-around app to use for guided meditations of many different types and lengths or just to use as a tool to time and track your meditation practice. This is my absolute favorite!

**Calm**- (Free)

**Walking Meditations**-($1.99)- Get your walk AND meditation done together. A good way to start out for individuals who feel they "just can't sit still" to begin a meditative practice.

**Medications/Supplements Recommended:**

**Medication orders placed this encounter**
*TriFortify Orange Gel (Researched Nutritionals)*
Sig: Squeeze tube to fill 1 teaspoon, then swallow twice daily for 7 days prior to mycotoxin profile then once daily as tolerated
Dispense:

I recommend the supplements from the **Cleveland Clinic Healthy Living Online Store at** https://store.healthylivingshop.com/ as we have thoroughly evaluated the research and use only highest quality supplements.

During the next **6-8 weeks** you'll be working on your diet plan discussed with our nutritionist, allowing for gentle detoxification and decreasing inflammation - while we are gathering your lab results and combining those with your complete history to formulate a very personalized treatment plan.

**LAB results:** Due to the complexity of the testing performed, we are **not** able to review labs via **MyChart** or over the phone, but please know, if any of your labs are critical **we will contact you.** Otherwise, we will review all your labs at your next visit.

We will go over a lot of information during your follow up visit - so please be well-rested and you may want to bring someone with you, if possible. Also make sure to **schedule with the nutritionist (this will not happen automatically).**

**Potential future labs:** Any Genova labs ordered take about 4 weeks to return. Do them as soon as possible so that we have the results before your next appointment. You can access them on the Genova website and

Encounter Messages (continued)

it can be beneficial if you review them prior to your next visit. www.gdx.net. Read about NutrEval if this was ordered.

No questionnaire available.

**END OF REPORT**

**Progress Notes - 05/27/2020**

Cleveland Clinic

CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403

Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 5/27/2020

## Telephone

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/27/2020 9:00 AM | Melissa Young, MD | Med Functional Fhc Chagrin | 543624986 | FHC Chag |

### Reason for Call

**Medication Update**

### Medications

Approved

Disp Refills Start End

**MEDICATION, NON-DATABASE**

Sig: Duloxetine Feb 24, 2020 90 mg 1 No -
Amitiza Mar 02, 2020 24 mcg 1 No -
Zolpidem Jan 15, 2020 10 mg 1 Yes -
Estrodiol Mar 07, 2020 .05 mg - - -
Progesterone Mar 07, 2020 200 mg 1 Yes -
Promethazine Mar 02, 2020 25 mg 1 No -
Clonazepam Jan 01, 1995 .5 mg - No -
Extra Strength Tylenol Feb 05, 2020 1000 mg 1 No -
Antibiotics
Rhodiola Rosea (90 capsules) Pure Encapsulations1 capsule once per day, Take between meals.
DHEA 5mg (60 capsules) Pure Encapsulations 1 capsule twice per day with meals
Pregnenolone 10mg (60 capsules) Pure Encapsulations- 1 capsule daily with meals

Class: Historical Med
Authorizing Provider: Ccf Provider
Ordering User: Rosalia Szitas MA

### Outpatient Encounter Meds: End of Enc- as of 5/27/2020

**MEDICATION, NON-DATABASE**

Duloxetine Feb 24, 2020 90 mg 1 No -
Amitiza Mar 02, 2020 24 mcg 1 No -
Zolpidem Jan 15, 2020 10 mg 1 Yes -
Estrodiol Mar 07, 2020 .05 mg - - -
Progesterone Mar 07, 2020 200 mg 1 Yes -
Promethazine Mar 02, 2020 25 mg 1 No -
Clonazepam Jan 01, 1995 .5 mg - No -
Extra Strength Tylenol Feb 05, 2020 1000 mg 1
No -
Antibiotics
Rhodiola Rosea (90 capsules) Pure Encapsulations1 capsule once per day, Take between meals.
DHEA 5mg (60 capsules) Pure Encapsulations 1 capsule twice per day with meals
Pregnenolone 10mg (60 capsules) Pure Encapsulations- 1 capsule daily with meals

### Preferred Pharmacy

E- WALGREENS DRUG STORE #15365 - LOUISVILLE, KY 40299-1173 - 8300 WATTERSON TRL - 502-491-8774
SEC OF HURSTBOURNE & WATTERSON 15365

Cleveland Clinic CCF CHAGRIN FALLS FHC
551 WASHINGTON ST
CHAGRIN FALLS OH 44022-4403

Fox, Keeta R
MRN: 87556385, DOB: Sex: F
Visit date: 5/27/2020

## Orders (Some orders may appear duplicative but indicate data entry only)

**MEDICATION, NON-DATABASE [1424477552]** Patient-reported historical medication

Ordering date: 05/27/20 0901 Authorized by: Ccf Provider
Ordering mode: Standard

### Allergies as of 05/27/2020

(Not on File)

## All Flowsheet Data (all recorded)

### CCHS PDMP NARXCARE SCORES

| Row Name | 05/27/20 0901 |
|---|---|
| OTHER | |
| NARX Stimulants | 000 -CC |
| NARX Sedatives | 000 -CC |
| NARX Narcotics | 000 -CC |
| NARX RISK SCORE | 000 NARxCHECK scores -CC |
| Recorded by | [CC] CC 05/27/20 0901 |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type |
|---|---|---|---|
| CC | Cchs, Cchs Flow In | — | — |

### Encounter Status

Closed by Rosalia Szitas Ma on 5/27/20 at 9:01 AM

**END OF REPORT**

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

| | |
|---|---|
| Date: | 9/14/2020 |
| Request Number: | 37121998 |
| Page Count: | 80 |

**Your requested medical records are attached.**

| | |
|---|---|
| Patient Name: | KEETA FOX |
| Medical Facility: | Cleveland Clinic Main Campus |
| Requester: | Anna Creer |
| Organization: | ReleasePoint, Inc./PORTAL |

Your reference number: 6849397

Thank you,

*MRO*
*MROcorp.com*

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

CLEVELAND CLINIC FOUNDATION
9500 EUCLID AVE MAIL CODE AB-7
ATTN: MEDICAL RECORDS
CLEVELAND, OH 44195

Date: Aug 28, 2020

**Re: Long Term Disability Benefits**
Claim# 6849397 10310112
Claimant: FOX, KEETA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: CCOH

Dear 216 444-5580,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From January 1, 2020 to Present**
**- Seen By: CLEVELAND CLINIC/CHAGRIN**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 986-3108 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Anna Margarita Creer
Disability Information Specialist
Phone No.: (213) 269-4243
Fax No: (213) 986-3108

6849397

RPTD: 6849397

6849397

Cleveland Clinic

# AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

**1. Patient Information:**

| | |
|---|---|
| Name *(First, Middle, Last)* FOX, KEETA | Cleveland Clinic Medical Record # E14049 857850 |
| Current Address | City State Zip |
| Last 4 Digits Social Security #/Email | Phone Number | Date of Birth 11/06/1966/ |

**2. Release Information F**

☐ Cleveland Clinic Ohio facilities **OR** ☒ Specify Cleveland Clinic Ohio facility(ies): CLEVELAND CLINIC FOUNDATION
☐ Cleveland Clinic Nevada facilities **OR** ☐ Cleveland Clinic Akron Physician Offices (PPG)

**NOTE:** *For release of medical records from Ashtabula County Medical Center (ACMC), Cleveland Clinic Akron General (CCAG), and Cleveland Clinic Florida, your request must be made directly to ACMC, CCAG or Cleveland Clinic Florida*

**3. Release Information To:**

**Name of Recipient** Lincoln Financial Group (c/o ReleasePoint) c/o ReleasePoint

**Address** PO Box 1390 **City/State** St. Peters MO **Zip** 63376

**Phone Number:** ( ) **Fax Number:** ( )

☐ **Release Information To MyChart Account (large requests over 50 pages will be delivered via alternate option selected below)**
☐ **Paper**
☒ **Secure electronic delivery (provide recipient's email)** providers@releasepoint.com
**Check delivery option desired**

**Purpose for Disclosure:** Claims - Disability Insurance
(Purpose for disclosure must be completed prior to processing; e.g. continuing care, personal use, legal)

**Dates of Service to Release (FROM):** 01/01/2020 **(TO):** Present

| | | |
|---|---|---|
| ☐ Office Visits | ☐ History & Physical | ☐ Physical/Occupational Therapy Reports |
| ☐ Emergency Department Reports | ☐ Cardiac Reports | ☐ Homecare Records |
| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ Radiation Oncology Records |
| ☐ Operative Reports | ☐ Radiology Reports | ☒ Other all PHI, excluding x-ray films FROM: 01/01/2020 TO: Present |

I, the undersigned, authorize Cleveland Clinic to release health information as indicated/described above. I understand and acknowledge that the requested health information may contain information regarding physical and mental illness, HIV test results or diagnosis, treatment of AIDS/AIDS-related conditions, and/or alcohol/drug abuse. **This authorization does not include permission to release outpatient Psychotherapy Notes as defined below.* Release of Psychotherapy Notes requires a separate authorization.**

**This authorization and consent will expire one year from the date of authorization written below**, unless revoked by me (or my legal representative) through written notice presented to Health Information Management (see contact information below). Any revocation will not apply to information that has already been released in response to this authorization. I understand that treatment, payment, enrollment, or eligibility for benefits will not be based on whether or not I sign this authorization.

After my health information is released, my information may be re-disclosed by the recipient and may no longer be protected by law. The recipient of my health information may be charged for the service of releasing medical information. There is no charge to send records directly to my health care provider.
**If Authorization is not complete, signed and dated, it may be returned and result in my information not being released until completed.**

Keeta Fox / Keeta Fox 08/26/2020
*Signature of Patient/Patient's Personal Representative*** *Printed Name* *Date Signed*

*Relationship, if not Patient*
**Psychotherapy Notes are defined as notes that document private, joint, group, or family counseling sessions that are separated from the rest of a patient's medical records.*
***If other than the patient's signature, a copy of legal paperwork verifying the patient's personal representative MUST accompany the request (e.g., court appointed guardian, durable power of attorney for health care). Exception: parent signing for a patient under the age of eighteen.*
***For a deceased patient, a court entry or order appointing a fiduciary, executor, or administrator, or letters of appointment received from Probate Court must accompany an authorization signed by the named individual. If the estate has not been probated, a death certificate is required to be submitted with the documents naming the administrator or executor of the estate.*

**Submit request to one of the following:**
(1) Health Information Management/Medical Record Department, Health Data Services Ab7, 9500 Euclid Avenue, Cleveland, OH 44195
(2) Fax: 1-216-587-8043
(3) Email: ROIOHIO@ccf.org
Questions? 1-216-444-5580

*NOTICE: If you send health information to Cleveland Clinic via email, please know that your message may be sent in an unencrypted email. An unencrypted Email means there is a risk that the information in the email and any attachments could potentially be read by a third party when it is sent through the internet.*

Revised 8/8/19

RPID: 6849397

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office.
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPTID: 6849397

# Quality Assurance Report

## Request Information

Report Date: September 15, 2020

**RP ID:** 6849397

Patient Name: FOX, KEETA

Provider Name: CLEVELAND CLINIC FOUNDATION

## Quality Assurance Information

Scope Requested: **From January 1, 2020 to Present**

Special Request:
- Seen By: CLEVELAND CLINIC/CHAGRIN

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: LRAMO

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Sun, 13 Sep 2020 23:59:00 +0000
**To:**Castagno Iii, Vincent
**Subject:**Claim Referral - Assignment Notification

Your referral request with requested specialty of Medicine - Internal or Family for claim number 10310112 has been assigned to Dr. Paul Stander. The anticipated due date for this request is 09/25/2020.

**From:**Debbie Quillin <Debra_Quillin@papajohns.com>
**Sent:**Mon, 17 Aug 2020 15:19:55 +0000
**To:**Dubois, Ashley
**Subject:**RE: LTD Salary Verification - Keeta Fox - LTD Claim 10310112
**Attachments:**Wage Statement.xlsx

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ashley,

Attached is a wage statement for Keeta. Her scheduled hours prior to her illness were 40 hours per week. Please let me know if you need anything else.

DEBBIE QUILLIN
Benefits Administrator

**Office:** 502.261.4011
**Fax:** 502.261.4326
**Email:** debbie_quillin@papajohns.com
**Web:** www.papajohns.com
**Address:** 2002 Papa John's Blvd, Louisville, KY 40299

**From:** Dubois, Ashley <Ashley.Dubois@lfg.com>
**Sent:** Friday, August 14, 2020 10:05 AM
**To:** Debbie Quillin <Debra_Quillin@papajohns.com>
**Subject:** LTD Salary Verification - Keeta Fox - LTD Claim 10310112

(EXTERNAL EMAIL - USE CAUTION)
Good Afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim Keeta Fox, with Emp ID 102136 and DOB

Please provide the following:
- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 02/04/2020.
- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,



**Ashley Dubois**
Service Processor
Financial Services

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

-
Ashley.dubois@LFG.com
LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---------- This communication is intended only for the use of the individual or entity named as the addressee. It may contain information that is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via email and delete this communication and its attachments without making any copies. Thank you for your cooperation.----------

| Name | Employee ID | Social Security Number | Week Ending Paid | Salaried Regular Earnings | Gross Pay Tips Not Included In Gross | Reported Tips | Gross Pay Tips Included In Gross | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Fox,Keeta R | 102136 | | 2/3/2019 | 5026.54 | 5026.54 | | 5026.54 | 2739.44 |
| Fox,Keeta R | 102136 | | 2/10/2019 | 5026.54 | 5026.54 | | 5026.54 | 2739.45 |
| Fox,Keeta R | 102136 | | 2/17/2019 | 5026.54 | 5286.42 | | 5286.42 | 2898.07 |
| Fox,Keeta R | 102136 | | 2/24/2019 | 5026.54 | 5026.54 | | 5026.54 | 2739.44 |
| Fox,Keeta R | 102136 | | 2/27/2019 | | 6665.28 | | 6665.28 | |
| Fox,Keeta R | 102136 | | 2/27/2019 | | 8876.44 | | 8876.44 | |
| Fox,Keeta R | 102136 | | 3/3/2019 | 5177.34 | 5177.34 | | 5177.34 | 2808.06 |
| Fox,Keeta R | 102136 | | 3/6/2019 | | 9010.56 | | 9010.56 | |
| Fox,Keeta R | 102136 | | 3/10/2019 | 5177.34 | 5177.34 | | 5177.34 | 2808.04 |
| Fox,Keeta R | 102136 | | 3/17/2019 | 5177.34 | 5177.34 | | 5177.34 | 2808.05 |
| Fox,Keeta R | 102136 | | 3/24/2019 | 5177.34 | 5177.34 | | 5177.34 | 2808.05 |
| Fox,Keeta R | 102136 | | 3/31/2019 | 5177.34 | 5177.34 | | 5177.34 | 2808.05 |
| Fox,Keeta R | 102136 | | 4/7/2019 | 5177.34 | 5177.34 | | 5177.34 | 2808.05 |
| Fox,Keeta R | 102136 | | 4/14/2019 | 5177.34 | 5177.34 | | 5177.34 | 2808.05 |
| Fox,Keeta R | 102136 | | 4/21/2019 | 5177.34 | 5177.34 | | 5177.34 | 2808.06 |
| Fox,Keeta R | 102136 | | 4/28/2019 | 5177.34 | 5177.34 | | 5177.34 | 2808.05 |
| Fox,Keeta R | 102136 | | 5/5/2019 | 5177.34 | 5177.34 | | 5177.34 | 2808.04 |
| Fox,Keeta R | 102136 | | 5/12/2019 | 5177.34 | 5177.34 | | 5177.34 | 2808.05 |
| Fox,Keeta R | 102136 | | 5/19/2019 | 5177.34 | 10499.99 | | 10499.99 | 6027.89 |
| Fox,Keeta R | 102136 | | 5/26/2019 | 5177.34 | 5177.34 | | 5177.34 | 3121.2 |
| Fox,Keeta R | 102136 | | 6/2/2019 | 5177.34 | 5177.34 | | 5177.34 | 3121.2 |
| Fox,Keeta R | 102136 | | 6/9/2019 | 5177.34 | 5177.34 | | 5177.34 | 3121.21 |
| Fox,Keeta R | 102136 | | 6/16/2019 | 5177.34 | 5177.34 | | 5177.34 | 3121.2 |
| Fox,Keeta R | 102136 | | 6/23/2019 | 5177.34 | 5177.34 | | 5177.34 | 3121.2 |
| Fox,Keeta R | 102136 | | 6/30/2019 | 5177.34 | 5177.34 | | 5177.34 | 3121.2 |
| Fox,Keeta R | 102136 | | 7/7/2019 | 5177.34 | 5177.34 | | 5177.34 | 3121.21 |
| Fox,Keeta R | 102136 | | 7/14/2019 | 5177.34 | 5177.34 | | 5177.34 | 3121.2 |
| Fox,Keeta R | 102136 | | 7/21/2019 | 5177.34 | 5177.34 | | 5177.34 | 3121.2 |
| Fox,Keeta R | 102136 | | 7/28/2019 | 5177.34 | 5177.34 | | 5177.34 | 3121.21 |
| Fox,Keeta R | 102136 | | 8/4/2019 | 5177.34 | 5177.34 | | 5177.34 | 3121.2 |
| Fox,Keeta R | 102136 | | 8/11/2019 | 5177.34 | 5177.34 | | 5177.34 | 3121.2 |
| Fox,Keeta R | 102136 | | 8/18/2019 | 5177.34 | 5499.99 | | 5499.99 | 3327.62 |
| Fox,Keeta R | 102136 | | 8/25/2019 | 5177.34 | 5177.34 | | 5177.34 | 3075.74 |
| Fox,Keeta R | 102136 | | 9/1/2019 | 5177.34 | 5177.34 | | 5177.34 | 3075.75 |
| Fox,Keeta R | 102136 | | 9/8/2019 | 5177.34 | 5177.34 | | 5177.34 | 3075.74 |
| Fox,Keeta R | 102136 | | 9/15/2019 | 5177.34 | 5177.34 | | 5177.34 | 3075.75 |
| Fox,Keeta R | 102136 | | 9/22/2019 | 5177.34 | 5177.34 | | 5177.34 | 3075.74 |
| Fox,Keeta R | 102136 | | 9/29/2019 | 5177.34 | 5177.34 | | 5177.34 | 3075.75 |
| Fox,Keeta R | 102136 | | 10/6/2019 | 5177.34 | 5177.34 | | 5177.34 | 3075.75 |
| Fox,Keeta R | 102136 | | 10/13/2019 | 5177.34 | 5177.34 | | 5177.34 | 3075.74 |
| Fox,Keeta R | 102136 | | 10/20/2019 | 5177.34 | 5177.34 | | 5177.34 | 3075.74 |
| Fox,Keeta R | 102136 | | 10/27/2019 | 5177.34 | 5177.34 | | 5177.34 | 3075.75 |
| Fox,Keeta R | 102136 | | 11/3/2019 | 5177.34 | 5177.34 | | 5177.34 | 3075.75 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fox,Keeta R | 102136 | | 11/10/2019 | 5177.34 | 5177.34 | 5177.34 | 3075.74 |
| Fox,Keeta R | 102136 | | 11/10/2019 | | 183239.2 | 183239.2 | |
| Fox,Keeta R | 102136 | | 11/17/2019 | 5177.34 | 5499.99 | 5499.99 | 3289.84 |
| Fox,Keeta R | 102136 | | 11/24/2019 | 5177.34 | 5177.34 | 5177.34 | 3075.74 |
| Fox,Keeta R | 102136 | | 12/1/2019 | 5177.34 | 5177.34 | 5177.34 | 3075.74 |
| Fox,Keeta R | 102136 | | 12/8/2019 | 5177.34 | 5177.34 | 5177.34 | 3075.74 |
| Fox,Keeta R | 102136 | | 12/15/2019 | 5177.34 | 5177.34 | 5177.34 | 3075.76 |
| Fox,Keeta R | 102136 | | 12/22/2019 | 5177.34 | 5177.34 | 5177.34 | 3075.74 |
| Fox,Keeta R | 102136 | | 12/29/2019 | 5177.34 | 5177.34 | 5177.34 | 2754.22 |
| Fox,Keeta R | 102136 | | 1/5/2020 | 5177.34 | 5177.34 | 5177.34 | 2754.24 |
| Fox,Keeta R | 102136 | | 1/12/2020 | 5177.34 | 5177.34 | 5177.34 | 2754.22 |
| Fox,Keeta R | 102136 | | 1/19/2020 | 5177.34 | 5177.34 | 5177.34 | 2754.23 |
| Fox,Keeta R | 102136 | | 1/26/2020 | 5177.34 | 5177.34 | 5177.34 | 2754.23 |
| Fox,Keeta R | 102136 | | 2/2/2020 | 5177.34 | 5177.34 | 5177.34 | 2754.23 |

| Bonus Amounts | Other Misc Hours | Other Misc Pay | Other Misc pay description | Date of Paycheck |
|---|---|---|---|---|
| | | | | 2/8/2019 |
| | | | | 2/15/2019 |
| | | 259.88 | Qtrly Restri | 2/22/2019 |
| | | | | 3/1/2019 |
| | | 6665.28 | Stock Gain | 2/23/2019 |
| | | 8876.44 | Stock Gain | 2/25/2019 |
| | | | | 3/8/2019 |
| | | 9010.56 | Stock Gain | 3/1/2019 |
| | | | | 3/15/2019 |
| | | | | 3/22/2019 |
| | | | | 3/29/2019 |
| | | | | 4/5/2019 |
| | | | | 4/12/2019 |
| | | | | 4/19/2019 |
| | | | | 4/26/2019 |
| | | | | 5/3/2019 |
| | | | | 5/10/2019 |
| | | | | 5/17/2019 |
| 5000 | | 322.65 | Qtrly Restri | 5/24/2019 |
| | | | | 5/31/2019 |
| | | | | 6/7/2019 |
| | | | | 6/14/2019 |
| | | | | 6/21/2019 |
| | | | | 6/28/2019 |
| | | | | 7/5/2019 |
| | | | | 7/12/2019 |
| | | | | 7/19/2019 |
| | | | | 7/26/2019 |
| | | | | 8/2/2019 |
| | | | | 8/9/2019 |
| | | | | 8/16/2019 |
| | | 322.65 | Qtrly Restri | 8/23/2019 |
| | | | | 8/30/2019 |
| | | | | 9/6/2019 |
| | | | | 9/13/2019 |
| | | | | 9/20/2019 |
| | | | | 9/27/2019 |
| | | | | 10/4/2019 |
| | | | | 10/11/2019 |
| | | | | 10/18/2019 |
| | | | | 10/25/2019 |
| | | | | 11/1/2019 |
| | | | | 11/8/2019 |

| | | |
|---|---|---|
| | | 11/15/2019 |
| 183239.2 | Stock Gain | 11/8/2019 |
| 322.65 | Qtrly Restri | 11/22/2019 |
| | | 11/29/2019 |
| | | 12/6/2019 |
| | | 12/13/2019 |
| | | 12/20/2019 |
| | | 12/27/2019 |
| | | 1/3/2020 |
| | | 1/10/2020 |
| | | 1/17/2020 |
| | | 1/24/2020 |
| | | 1/31/2020 |
| | | 2/7/2020 |

**Initial Payment Set up Worksheet**

| | | | |
|---|---|---|---|
| **Claimant's Name** | KEETA R FOX | **DOB** | |
| **Customer** | PAPA JOHN'S INTERNATIONAL, INC | | |
| **LTD Claim #** | 10310112 | **Work State:** | KY |
| **Associated Claims** | 9761441 Type STD | Type | |
| **Benefit End date of associated claims** | 8/3/2020 | | |
| **Contractual EP** | > END OF STD OR 180 DAYS | | |
| **LTD Benefit begin date** | 8/4/2020 | **DOD** 2/4/2020 | **AGE** 53 |
| **Max Benefit date** | 11/5/2033 | > of SSNRA age 67 or to age 65 (but not < 5 yrs) | |
| **Does policy include COLA provision** | No | **Eligibility intended** | Yes |

**Sources used to verify BME amount**

salary verification in doc list for PPE 02/02/20. BME CALC IS $5,177.34 WKLY * 52 WKS/ 12 MOS= $22,435.14

| | | | |
|---|---|---|---|
| **BME amount** | $22,435.14 | **Benefit percentage** | 60.00 |
| | | **Gross modal benefit** | $13,461.08 |
| **Benefit Begin date** | 8/4/2020 | | |
| **Approved thru date** | 8/3/2022 | 24 months own occupation | |

**Offsets entered**

| Type | Amount |
|---|---|
| N/A | |
| PER PHONE NOTE 2 | |
| | |

**Deductions entered** **Effective:** ______ **Through** ______

| Type | Amount | Type | Amount |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** N/A **State** N/A

**Completed by:** **ASHLEY DUBOIS**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

August 25, 2020

Ms. Keeta R. Fox
9602 GUTENBERG RD
LOUISVILLE, KY 40299

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Papa John's International, Inc. Group Disability Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the form indicated below and return them by September 9, 2020:

- (2) Authorization to Release Information Forms

You may return these documents to: vincent.castagnoiii@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

Attachments: 10310112-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.19.2020
10310112-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.24.2020

| BAPTIST HEALTH®<br>6759503 | **AUTHORIZATION TO RELEASE COPIES OF A MEDICAL RECORD** | Mail or Fax this request to:<br>Release of Information<br>2600 Stanley Gault Parkway Suite 101<br>Louisville, KY 40223<br>Phone: (502) 253-4820<br>Toll Free: (844) 764-7820<br>Fax: (502) 253-4829 |
|---|---|---|

**Please complete this form as instructed so we can help you receive the information you are requesting.**

Patient Name: FOX, KEETA Maiden / AKA: Cleary Date of Birth: 11/06/1966
Street Address: 9600 Gutenberg Rd Baptist Health MRN (optional):
City / State / Zip:
Email Address: Last four digits of SSN#

1. **I authorize** my records to be released to one of the following (select a or b and select delivery method):
   a. ☐ **Myself:** I request Baptist Health to release my protected health information to me using the information listed above.
   **Select delivery method for myself:** ☐ **My Chart** (patient portal) ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☐ **Encrypted Email**
   b. ☒ **Other person/organization:** I am the patient, or the legally authorized representative of the patient listed above and request Baptist Health to release my protected health information to the following:
   Person: ______ Organization: Lincoln Financial Group (c/o ReleasePoint)
   Street Address: PO Box 1390 St. Peters MO 63376
   Fax: ______ Telephone #: ______
   Email: providers@releasepoint.com
   **Select delivery method for other person/organization:** ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☒ **Encrypted Email**
2. **Purpose of Release/disclosure to other person/organization (not required if the records are being disclosed directly to patient):**
   ☐ Continuation of Care/Transfer of Care ☐ Social Security / Disability ☐ Attorney/Legal ☐ Personal Use ☐ Insurance ☒ Other (specify below)
   Claims - Disability Insurance
3. **I am authorizing records to be released from:**
   ☐ Baptist Hospital (specify location) BAPTIST HEALTH
   ☐ Baptist Physician Office (provider name and address of office required) ______
4. **For Dates of Service Requested:** from 01/01/2020 to Present **(if no dates are listed, default will be the past 12 months).**
5. **Please choose one of the following options:**
   ☒ Specific records such as lab results, x-ray reports, EKG, pathology report, billing etc. (please specify which records): all PHI, excluding x-ray films
   ☐ Package 1: **Key Documentation** within the medical record (includes, as applicable, history & physical, diagnostic information, discharge summary, operative note, consults, office visit notes, laboratory results, test reports, and ER notes for the location, provider, and dates listed above).
   ☐ Package 2: **All Documentation** within the medical record (includes Package 1 contents along with all other contents of the medical record such as nursing notes, flow sheets, medication administration records, and physician orders for the location, provider, and dates listed above).
6. I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about my behavioral or mental health services and treatment I have received for drug and alcohol abuse.
7. **Revoking (cancelling) authorization:** I may revoke (cancel) this authorization at any time. Revocations (cancellations) **must be made in writing** and sent to Baptist Health Release of Information Department at the address listed on this form. Revocations (cancellations) will not apply to information that has already been released. If this authorization was obtained as a condition of providing insurance coverage, the authorization will not apply to my insurance company to the extent the law provides my insurer with the right to contest a claim under the policy, or the policy itself. **This authorization will expire on** One year **(date). If no date is included, the authorization will expire one year from the date of signature.**
8. Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected.
9. This authorization is voluntary. I understand that Baptist Health will not base treatment, payment, enrollment, or eligibility for benefits on my signing this document.

**FOR INTERNAL USE ONLY**
If patient is unable to sign, secure consent of Legal Representative and indicate reason below:
☐ Minor ☐ Incapacitated ☐ Deceased
Proof of designation must be filed in the chart or sent with this request.

Keeta Fox
Signature of Patient

Signature of Legal Representative and Relationship to Patient

8/26/2020
Date

6849397

Cleveland Clinic

# AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

**1. Patient Information:**

| | |
|---|---|
| Name *(First, Middle, Last)* FOX, KEETA | Cleveland Clinic Medical Record # E14044557850 |
| Current Address | City State Zip |
| Last 4 Digits Social Security #\|Email | Phone Number / Date of Birth 11/06/1966/ |

**2. Release Information From (check all th**

☐ Cleveland Clinic Ohio facilities **OR** ☒ Specify Cleveland Clinic Ohio facility(ies): CLEVELAND CLINIC FOUNDATION
☐ Cleveland Clinic Nevada facilities **OR** ☐ Cleveland Clinic Akron Physician Offices (PPG)

**NOTE:** *For release of medical records from Ashtabula County Medical Center (ACMC), Cleveland Clinic Akron General (CCAG), and Cleveland Clinic Florida, your request must be made directly to ACMC, CCAG or Cleveland Clinic Florida*

**3. Release Information To:**

**Name of Recipient** Lincoln Financial Group (c/o ReleasePoint) c/o ReleasePoint

**Address** PO Box 1390 **City/State** St. Peters MO **Zip** 63376

**Phone Number:** ( ) **Fax Number:** ( )

☐ **Release Information To MyChart Account (large requests over 50 pages will be delivered via alternate option selected below)**
☐ **Paper**
☒ **Secure electronic delivery (provide recipient's email)** providers@releasepoint.com
**Check delivery option desired**

**Purpose for Disclosure:** Claims - Disability Insurance
(Purpose for disclosure must be completed prior to processing; e.g. continuing care, personal use, legal)

**Dates of Service to Release (FROM):** ________ **(TO):** ________

| | | |
|---|---|---|
| ☐ Office Visits | ☐ History & Physical | ☐ Physical/Occupational Therapy Reports |
| ☐ Emergency Department Reports | ☐ Cardiac Reports | ☐ Homecare Records |
| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ Radiation Oncology Records |
| ☐ Operative Reports | ☐ Radiology Reports | ☒ Other all PHI, excluding x-ray films FROM: 01/01/2020 TO: Present |

I, the undersigned, authorize Cleveland Clinic to release health information as indicated/described above. I understand and acknowledge that the requested health information may contain information regarding physical and mental illness, HIV test results or diagnosis, treatment of AIDS/AIDS-related conditions, and/or alcohol/drug abuse. **This authorization does not include permission to release outpatient Psychotherapy Notes as defined below.* Release of Psychotherapy Notes requires a separate authorization.**

**This authorization and consent will expire one year from the date of authorization written below**, unless revoked by me (or my legal representative) through written notice presented to Health Information Management (see contact information below). Any revocation will not apply to information that has already been released in response to this authorization. I understand that treatment, payment, enrollment, or eligibility for benefits will not be based on whether or not I sign this authorization.

After my health information is released, my information may be re-disclosed by the recipient and may no longer be protected by law. The recipient of my health information may be charged for the service of releasing medical information. There is no charge to send records directly to my health care provider.
**If Authorization is not complete, signed and dated, it may be returned and result in my information not being released until completed.**

Keeta Fox / Keeta Fox 08/26/2020
*Signature of Patient/Patient's Personal Representative*** *Printed Name* *Date Signed*

*Relationship, if not Patient*

**Psychotherapy Notes are defined as notes that document private, joint, group, or family counseling sessions that are separated from the rest of a patient's medical records.*
***If other than the patient's signature, a copy of legal paperwork verifying the patient's personal representative MUST accompany the request (e.g., court appointed guardian, durable power of attorney for health care). Exception: parent signing for a patient under the age of eighteen.*
***For a deceased patient, a court entry or order appointing a fiduciary, executor, or administrator, or letters of appointment received from Probate Court must accompany an authorization signed by the named individual. If the estate has not been probated, a death certificate is required to be submitted with the documents naming the administrator or executor of the estate.*

**Submit request to one of the following:**
(1) Health Information Management/Medical Record Department, Health Data Services Ab7 9500 Euclid Avenue, Cleveland, OH 44195
(2) Fax: 1-216-587-8043
(3) Email: ROIOHIO@ccf.org Questions? 1-216-444-5580

*NOTICE: If you send health information to Cleveland Clinic via email, please know that your message may be sent in an unencrypted email. An unencrypted Email means there is a risk that the information in the email and any attachments could potentially be read by a third party when it is sent through the internet.*

Revised 8/8/19

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, August 25, 2020 11:30:33 AM |
| To: | KEETA_FOX@PAPAJOHNS.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Papa John's International, Inc Claim No. 10310112 Keeta Fox |
| Attachments: | 72pvjgpgsu3wlauhsy5p_8908911.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

August 25, 2020

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Papa John s International, Inc. Group Disability Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the form indicated below and return them by September 9, 2020:

- (2) Authori ation to Release Information Forms

You may return these documents to: vincent.castagnoiii@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

Attachments: 10310112-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.19.2020
10310112-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.24.2020

| BAPTIST HEALTH 6759503 | AUTHORIZATION TO RELEASE COPIES OF A MEDICAL RECORD | Mail or Fax this request to: Release of Information 2600 Stanley Gault Parkway Suite 101 Louisville, KY 40223 Phone: (502) 253-4820 Toll Free: (844) 764-7820 Fax: (502) 253-4829 |
|---|---|---|

**Please complete this form as instructed so we can help you receive the information you are requesting.**

Patient Name: FOX, KEETA Maiden / AKA: ______ Date of Birth: ______
Street Address: ______ Baptist Health MRN (optional): ______
City / State / Zip: ______ Telephone #: ______
Email Address: ______ Last four digits of SSN# ______

1. **I authorize my records to be released to *one* of the following (select a or b and select delivery method):**

   a. ☐ **Myself:** I request Baptist Health to release my protected health information to me using the information listed above.

   **Select delivery method for myself:** ☐ **My Chart** (patient portal) ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☐ **Encrypted Email**

   b. ☒ **Other person/organization:** I am the patient, or the legally authorized representative of the patient listed above and request Baptist Health to release my protected health information to the following:

   Person: ______ Organization: Lincoln Financial Group (c/o ReleasePoint)
   Street Address: PO Box 1390 St. Peters MO 63376
   Fax: ______ Telephone #: ______
   Email: providers@releasepoint.com

   **Select delivery method for other person/organization:** ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☒ **Encrypted Email**

2. **Purpose of Release/disclosure to other person/organization (not required if the records are being disclosed directly to patient):**
   ☐ Continuation of Care/Transfer of Care ☐ Social Security / Disability ☐ Attorney/Legal ☐ Personal Use ☐ Insurance ☒ Other (specify below)
   Claims - Disability Insurance

3. **I am authorizing records to be released from:**
   ☐ Baptist Hospital (specify location) BAPTIST HEALTH
   ☐ Baptist Physician Office (provider name and address of office required) ______

4. **For Dates of Service Requested:** from 01/01/2020 to Present **(if no dates are listed, default will be the past 12 months).**

5. **Please choose one of the following options:**
   ☒ Specific records such as lab results, x-ray reports, EKG, pathology report, billing etc. (please specify which records): all PHI, excluding x-ray films

   ☐ Package 1: **Key Documentation** within the medical record (includes, as applicable, history & physical, diagnostic information, discharge summary, operative note, consults, office visit notes, laboratory results, test reports, and ER notes for the location, provider, and dates listed above).

   ☐ Package 2: **All Documentation** within the medical record (includes Package 1 contents along with all other contents of the medical record such as nursing notes, flow sheets, medication administration records, and physician orders for the location, provider, and dates listed above).

6. I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about my behavioral or mental health services and treatment I have received for drug and alcohol abuse.

7. **Revoking (cancelling) authorization:** I may revoke (cancel) this authorization at any time. Revocations (cancellations) **must be made in writing** and sent to Baptist Health Release of Information Department at the address listed on this form. Revocations (cancellations) will not apply to information that has already been released. If this authorization was obtained as a condition of providing insurance coverage, the authorization will not apply to my insurance company to the extent the law provides my insurer with the right to contest a claim under the policy, or the policy itself. **This authorization will expire on** One year **(date). If no date is included, the authorization will expire one year from the date of signature.**

8. Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected.

9. This authorization is voluntary. I understand that Baptist Health will not base treatment, payment, enrollment, or eligibility for benefits on my signing this document.

**FOR INTERNAL USE ONLY**
If patient is unable to sign, secure consent of Legal Representative and indicate reason below:
☐ Minor ☐ Incapacitated ☐ Deceased
Proof of designation must be filed in the chart or sent with this request.

______
Signature of Patient

______
Signature of Legal Representative and Relationship to Patient

______
Date

6849397

Cleveland Clinic **AUTHORIZATION TO DISCLOSE HEALTH INFORMATION**

| **1. Patient Information:** | | | |
|---|---|---|---|
| Name *(First, Middle, Last)* FOX, KEETA | | Cleveland Clinic Medical Record # | |
| Current Address | | City State Zip | |
| Last 4 Digits Social Security # | Email | Phone Number ( ) | Date of Birth |

**2. Release Information From (check all that apply):**

☐ Cleveland Clinic Ohio facilities **OR** ☒ Specify Cleveland Clinic Ohio facility(ies): CLEVELAND CLINIC FOUNDATION
☐ Cleveland Clinic Nevada facilities **OR** ☐ Cleveland Clinic Akron Physician Offices (PPG)

**NOTE:** *For release of medical records from Ashtabula County Medical Center (ACMC), Cleveland Clinic Akron General (CCAG), and Cleveland Clinic Florida, your request must be made directly to ACMC, CCAG or Cleveland Clinic Florida*

**3. Release Information To:**

**Name of Recipient** Lincoln Financial Group (c/o ReleasePoint) c/o ReleasePoint

**Address** PO Box 1390 **City/State** St. Peters MO **Zip** 63376

**Phone Number:** ( ) **Fax Number:** ( )

☐ **Release Information To MyChart Account (large requests over 50 pages will be delivered via alternate option selected below)**
☐ **Paper**
☒ **Secure electronic delivery (provide recipient's email)** providers@releasepoint.com
**Check delivery option desired**

**Purpose for Disclosure:** Claims - Disability Insurance
(Purpose for disclosure must be completed prior to processing; e.g. continuing care, personal use, legal)

**Dates of Service to Release (FROM):** ________ **(TO):** ________

| | | |
|---|---|---|
| ☐ Office Visits | ☐ History & Physical | ☐ Physical/Occupational Therapy Reports |
| ☐ Emergency Department Reports | ☐ Cardiac Reports | ☐ Homecare Records |
| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ Radiation Oncology Records |
| ☐ Operative Reports | ☐ Radiology Reports | ☒ Other all PHI, excluding x-ray films FROM: 01/01/2020 TO: Present |

I, the undersigned, authorize Cleveland Clinic to release health information as indicated/described above. I understand and acknowledge that the requested health information may contain information regarding physical and mental illness, HIV test results or diagnosis, treatment of AIDS/AIDS-related conditions, and/or alcohol/drug abuse. **This authorization does not include permission to release outpatient Psychotherapy Notes as defined below.* Release of Psychotherapy Notes requires a separate authorization.**

**This authorization and consent will expire one year from the date of authorization written below,** unless revoked by me (or my legal representative) through written notice presented to Health Information Management (see contact information below). Any revocation will not apply to information that has already been released in response to this authorization. I understand that treatment, payment, enrollment, or eligibility for benefits will not be based on whether or not I sign this authorization.

After my health information is released, my information may be re-disclosed by the recipient and may no longer be protected by law. The recipient of my health information may be charged for the service of releasing medical information. There is no charge to send records directly to my health care provider.
**If Authorization is not complete, signed and dated, it may be returned and result in my information not being released until completed.**

______________________ / ______________________ __/__/__
*Signature of Patient/Patient's Personal Representative*** *Printed Name* *Date Signed*

______________________
*Relationship, if not Patient*

**Psychotherapy Notes are defined as notes that document private, joint, group, or family counseling sessions that are separated from the rest of a patient's medical records.*
***If other than the patient's signature, a copy of legal paperwork verifying the patient's personal representative MUST accompany the request (e.g., court appointed guardian, durable power of attorney for health care). Exception: parent signing for a patient under the age of eighteen.*
***For a deceased patient, a court entry or order appointing a fiduciary, executor, or administrator, or letters of appointment received from Probate Court must accompany an authorization signed by the named individual. If the estate has not been probated, a death certificate is required to be submitted with the documents naming the administrator or executor of the estate.*

**Submit request to one of the following:**
(1) Health Information Management/Medical Record Department, Health Data Services Ab7, 9500 Euclid Avenue, Cleveland, OH 44195
(2) Fax: 1-216-587-8043
(3) Email: ROIOHIO@ccf.org
Questions? 1-216-444-5580

*NOTICE: If you send health information to Cleveland Clinic via email, please know that your message may be sent in an unencrypted email. An unencrypted Email means there is a risk that the information in the email and any attachments could potentially be read by a third party when it is sent through the internet.*

Revised 8/8/19

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

| | |
|---|---|
| Date: | August 24, 2020 |
| To: | MELISSA YOUNG NP<br>551 E WASHINGTON ST<br>CHAGRIN FALLS OH 44022 |
| Attn: | Medical Records |
| Fax: | (216) 587-8043 |
| From: | Vincent Castagno III<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4198 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 10310112<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

August 24, 2020

Melissa Young Np
551 E WASHINGTON ST
CHAGRIN FALLS, OH 44022

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Melissa Young Np:

We are the Disability Claim Administrator for your patient, Keeta Fox.

To evaluate Ms. Fox s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2020 through the present

We ask that you provide this information by September 4, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4198 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fox allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fox s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 440-6118 Ext. 10328
Secure Fax No.: (603) 334-4198

Attachments: 10310112-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.18.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

00000026 LFPW6QD1 00000420

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keetan Fox

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Keetan Fox

Date of Birth: ______ Claim Number: 10310112 Date: 8/7/2020

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

00000026 LFPW6QD1 00000413

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ____________ Relationship Self

Signature of claimant or legal representative Keeta Fox

Date of Birth: ____ Claim Number: 10310112 Date: 8/7/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

August 25, 2020

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On July 28, 2020, August 7, 2020 and August 28, 2020, we requested your medical records from Dr. Kemp and Dr. Young. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2020 through the present from your medical providers.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Papa John's International, Inc's LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than September 9, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

8701756

Cleveland Clinic

# AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

| **1. Patient Information:** | | |
|---|---|---|
| Name *(First, Middle, Last)* FOX, KEETA | | Cleveland Clinic Medical Record # |
| Current Address | | City State Zip |
| Last 4 Digits Social Security # | Email | Phone Number ( ) Date of Birth / |

**2. Release Information From (check all that apply):**

☐ Cleveland Clinic Ohio facilities **OR** ☒ Specify Cleveland Clinic Ohio facility(ies): BAPTIST HEALTH
☐ Cleveland Clinic Nevada facilities **OR** ☐ Cleveland Clinic Akron Physician Offices (PPG)

**NOTE:** *For release of medical records from Ashtabula County Medical Center (ACMC), Cleveland Clinic Akron General (CCAG), and Cleveland Clinic Florida, your request must be made directly to ACMC, CCAG or Cleveland Clinic Florida*

**3. Release Information To:**

| | | | |
|---|---|---|---|
| **Name of Recipient** | Lincoln Financial Group (c/o ReleasePoint) c/o ReleasePoint | | |
| **Address** PO Box 1390 | **City/State** St. Peters MO | | **Zip** 63376 |
| **Phone Number:** ( ) | **Fax Number:** ( ) | | |

☐ **Release Information To MyChart Account (large requests over 50 pages will be delivered via alternate option selected below)**
☐ **Paper**
☒ **Secure electronic delivery (provide recipient's email)** providers@releasepoint.com
**Check delivery option desired**

**Purpose for Disclosure:** Claims - Disability Insurance
(Purpose for disclosure must be completed prior to processing; e.g. continuing care, personal use, legal)

**Dates of Service to Release (FROM):** ____________ **(TO):** ____________

| | | |
|---|---|---|
| ☐ Office Visits | ☐ History & Physical | ☐ Physical/Occupational Therapy Reports |
| ☐ Emergency Department Reports | ☐ Cardiac Reports | ☐ Homecare Records |
| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ Radiation Oncology Records |
| ☐ Operative Reports | ☐ Radiology Reports | ☒ Other all PHI, excluding x-ray films FROM: 01/09/2021 TO: Present |

I, the undersigned, authorize Cleveland Clinic to release health information as indicated/described above. I understand and acknowledge that the requested health information may contain information regarding physical and mental illness, HIV test results or diagnosis, treatment of AIDS/AIDS-related conditions, and/or alcohol/drug abuse. **This authorization does not include permission to release outpatient Psychotherapy Notes as defined below.* Release of Psychotherapy Notes requires a separate authorization.**

**This authorization and consent will expire one year from the date of authorization written below**, unless revoked by me (or my legal representative) through written notice presented to Health Information Management (see contact information below). Any revocation will not apply to information that has already been released in response to this authorization. I understand that treatment, payment, enrollment, or eligibility for benefits will not be based on whether or not I sign this authorization.

After my health information is released, my information may be re-disclosed by the recipient and may no longer be protected by law. The recipient of my health information may be charged for the service of releasing medical information. There is no charge to send records directly to my health care provider.
**If Authorization is not complete, signed and dated, it may be returned and result in my information not being released until completed.**

_______________________/ _______________________ / /
*Signature of Patient/Patient's Personal Representative*** *Printed Name* *Date Signed*

_______________________
*Relationship, if not Patient*
**Psychotherapy Notes are defined as notes that document private, joint, group, or family counseling sessions that are separated from the rest of a patient's medical records.*
***If other than the patient's signature, a copy of legal paperwork verifying the patient's personal representative MUST accompany the request (e.g., court appointed guardian, durable power of attorney for health care). Exception: parent signing for a patient under the age of eighteen.*
***For a deceased patient, a court entry or order appointing a fiduciary, executor, or administrator, or letters of appointment received from Probate Court must accompany an authorization signed by the named individual. If the estate has not been probated, a death certificate is required to be submitted with the documents naming the administrator or executor of the estate.*

**Submit request to one of the following:**
(1) Health Information Management/Medical Record Department, Health Data Services Ab7, 9500 Euclid Avenue, Cleveland, OH 44195
(2) Fax: 1-216-587-8043
(3) Email: ROIOHIO@ccf.org
Questions? 1-216-444-5580

*NOTICE: If you send health information to Cleveland Clinic via email, please know that your message may be sent in an unencrypted email. An unencrypted Email means there is a risk that the information in the email and any attachments could potentially be read by a third party when it is sent through the internet.*

Revised 8/8/19

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

August 25, 2020

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Papa John s International, Inc. s Group Disability Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the form indicated below and return it in the envelope provided by September 9, 2020:

- Cleveland Clinic Foundation Authori ation to Release Information Form

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

Attachments: 10310112-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.24.2020

6849397

Cleveland Clinic

# AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

**1. Patient Information:**

| | |
|---|---|
| Name *(First, Middle, Last)*<br>FOX, KEETA | Cleveland Clinic Medical Record # |
| Current Address | City State Zip |
| Last 4 Digits Social Security # \| Email | Phone Number ( ) Date of Birth |

**2. Release Information From (check all that apply):**

☐ Cleveland Clinic Ohio facilities **OR** ☒ Specify Cleveland Clinic Ohio facility(ies): CLEVELAND CLINIC FOUNDATION
☐ Cleveland Clinic Nevada facilities **OR** ☐ Cleveland Clinic Akron Physician Offices (PPG)

**NOTE:** *For release of medical records from Ashtabula County Medical Center (ACMC), Cleveland Clinic Akron General (CCAG), and Cleveland Clinic Florida, your request must be made directly to ACMC, CCAG or Cleveland Clinic Florida*

**3. Release Information To:**

**Name of Recipient** Lincoln Financial Group (c/o ReleasePoint) c/o ReleasePoint

**Address** PO Box 1390 **City/State** St. Peters MO **Zip** 63376

**Phone Number:** ( ) **Fax Number:** ( )

☐ **Release Information To MyChart Account (large requests over 50 pages will be delivered via alternate option selected below)**
☐ **Paper**
☒ **Secure electronic delivery (provide recipient's email)** providers@releasepoint.com
**Check delivery option desired**

**Purpose for Disclosure:** Claims - Disability Insurance
(Purpose for disclosure must be completed prior to processing; e.g. continuing care, personal use, legal)

**Dates of Service to Release (FROM):** ______ **(TO):** ______

| | | |
|---|---|---|
| ☐ Office Visits | ☐ History & Physical | ☐ Physical/Occupational Therapy Reports |
| ☐ Emergency Department Reports | ☐ Cardiac Reports | ☐ Homecare Records |
| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ Radiation Oncology Records |
| ☐ Operative Reports | ☐ Radiology Reports | ☒ Other all PHI, excluding x-ray films FROM: 01/01/2020 TO: Present |

I, the undersigned, authorize Cleveland Clinic to release health information as indicated/described above. I understand and acknowledge that the requested health information may contain information regarding physical and mental illness, HIV test results or diagnosis, treatment of AIDS/AIDS-related conditions, and/or alcohol/drug abuse. **This authorization does not include permission to release outpatient Psychotherapy Notes as defined below.* Release of Psychotherapy Notes requires a separate authorization.**

**This authorization and consent will expire one year from the date of authorization written below**, unless revoked by me (or my legal representative) through written notice presented to Health Information Management (see contact information below). Any revocation will not apply to information that has already been released in response to this authorization. I understand that treatment, payment, enrollment, or eligibility for benefits will not be based on whether or not I sign this authorization.

After my health information is released, my information may be re-disclosed by the recipient and may no longer be protected by law. The recipient of my health information may be charged for the service of releasing medical information. There is no charge to send records directly to my health care provider.
**If Authorization is not complete, signed and dated, it may be returned and result in my information not being released until completed.**

______ / ______ / /
*Signature of Patient/Patient's Personal Representative*** *Printed Name* *Date Signed*

______
*Relationship, if not Patient*
**Psychotherapy Notes are defined as notes that document private, joint, group, or family counseling sessions that are separated from the rest of a patient's medical records.*
***If other than the patient's signature, a copy of legal paperwork verifying the patient's personal representative MUST accompany the request (e.g., court appointed guardian, durable power of attorney for health care). Exception: parent signing for a patient under the age of eighteen.*
***For a deceased patient, a court entry or order appointing a fiduciary, executor, or administrator, or letters of appointment received from Probate Court must accompany an authorization signed by the named individual. If the estate has not been probated, a death certificate is required to be submitted with the documents naming the administrator or executor of the estate.*

**Submit request to one of the following:**
(1) Health Information Management/Medical Record Department, Health Data Services Ab7, 9500 Euclid Avenue, Cleveland, OH 44195
(2) Fax: 1-216-587-8043
(3) Email: ROIOHIO@ccf.org
Questions? 1-216-444-5580

*NOTICE: If you send health information to Cleveland Clinic via email, please know that your message may be sent in an unencrypted email. An unencrypted Email means there is a risk that the information in the email and any attachments could potentially be read by a third party when it is sent through the internet.*

Revised 8/8/19

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

August 25, 2020

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Papa John s International, Inc. LTD Policy.

We are in the process of evaluating your claim for disability benefits but are unable to complete our investigation based on the information submitted. To make a determination, we require a copy of your medical records for the period of January 1, 2020 through the present date from Dr. Kemp and Dr. Young. This information has been requested from Dr. Kemp and Dr. Young and we have asked that it be returned to us by September 9, 2020. Once this information is received, it will be reviewed and a determination will be made.

Please contact Dr. Kemp and Dr. Young to encourage a response to our request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

| BAPTIST HEALTH<br>8701756 | **AUTHORIZATION TO RELEASE COPIES OF A MEDICAL RECORD** | Mail or Fax this request to:<br>Release of Information<br>2600 Stanley Gault Parkway Suite 101<br>Louisville, KY 40223<br>Phone: (502) 253-4820<br>Toll Free: (844) 764-7820<br>Fax: (502) 253-4829 |
|---|---|---|

**Please complete this form as instructed so we can help you receive the information you are requesting.**

Patient Name: FOX, KEETA Maiden / AKA: ______ Date of Birth: ______
Street Address: ______ Baptist Health MRN (optional): ______
City / State / Zip: ______ Telephone #: ______
Email Address: ______ Last four digits of SSN# ______

1. **I authorize my records to be released to *one* of the following (select a or b and select delivery method):**
   a. ☐ **Myself:** I request Baptist Health to release my protected health information to me using the information listed above.
   **Select delivery method for myself:** ☐ **My Chart** (patient portal) ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☐ **Encrypted Email**
   b. ☒ **Other person/organization:** I am the patient, or the legally authorized representative of the patient listed above and request Baptist Health to release my protected health information to the following:
   Person: ______ Organization: Lincoln Financial Group (c/o ReleasePoint)
   Street Address: PO Box 1390 St. Peters MO 63376
   Fax: ______ Telephone #: ______
   Email: providers@releasepoint.com
   **Select delivery method for other person/organization:** ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☒ **Encrypted Email**
2. **Purpose of Release/disclosure to other person/organization (not required if the records are being disclosed directly to patient):**
   ☐ Continuation of Care/Transfer of Care ☐ Social Security / Disability ☐ Attorney/Legal ☐ Personal Use ☐ Insurance ☒ Other (specify below)
   Claims - Disability Insurance
3. **I am authorizing records to be released from:**
   ☐ Baptist Hospital (specify location) BAPTIST HEALTH
   ☐ Baptist Physician Office (provider name and address of office required) ______
4. **For Dates of Service Requested:** from 01/09/2021 to Present **(if no dates are listed, default will be the past 12 months).**
5. **Please choose one of the following options:**
   ☒ Specific records such as lab results, x-ray reports, EKG, pathology report, billing etc. (please specify which records): all PHI, excluding x-ray films
   ☐ Package 1: **Key Documentation** within the medical record (includes, as applicable, history & physical, diagnostic information, discharge summary, operative note, consults, office visit notes, laboratory results, test reports, and ER notes for the location, provider, and dates listed above).
   ☐ Package 2: **All Documentation** within the medical record (includes Package 1 contents along with all other contents of the medical record such as nursing notes, flow sheets, medication administration records, and physician orders for the location, provider, and dates listed above).
6. I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about my behavioral or mental health services and treatment I have received for drug and alcohol abuse.
7. **Revoking (cancelling) authorization:** I may revoke (cancel) this authorization at any time. Revocations (cancellations) **must be made in writing** and sent to Baptist Health Release of Information Department at the address listed on this form. Revocations (cancellations) will not apply to information that has already been released. If this authorization was obtained as a condition of providing insurance coverage, the authorization will not apply to my insurance company to the extent the law provides my insurer with the right to contest a claim under the policy, or the policy itself. **This authorization will expire on** One year **(date). If no date is included, the authorization will expire one year from the date of signature.**
8. Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected.
9. This authorization is voluntary. I understand that Baptist Health will not base treatment, payment, enrollment, or eligibility for benefits on my signing this document.

**FOR INTERNAL USE ONLY**
If patient is unable to sign, secure consent of Legal Representative and indicate reason below:
☐ Minor ☐ Incapacitated ☐ Deceased
Proof of designation must be filed in the chart or sent with this request.

______
Signature of Patient

______
Signature of Legal Representative and Relationship to Patient

______
Date

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

August 20, 2020

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Papa John s International, Inc. Group Disability Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the form indicated below and return it in the envelope provided by September 9, 2020:

- Baptist Health Authori ation to Release Information Form

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

Attachments: 10310112-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.19.2020

| BAPTIST HEALTH 6759503 | AUTHORIZATION TO RELEASE COPIES OF A MEDICAL RECORD | Mail or Fax this request to: Release of Information 2600 Stanley Gault Parkway Suite 101 Louisville, KY 40223 Phone: (502) 253-4820 Toll Free: (844) 764-7820 Fax: (502) 253-4829 |
|---|---|---|

**Please complete this form as instructed so we can help you receive the information you are requesting.**

Patient Name: FOX, KEETA Maiden / AKA: ______ Date of Birth: ______
Street Address: ______ Baptist Health MRN (optional): ______
City / State / Zip: ______ Telephone #: ______
Email Address: ______ Last four digits of SSN# ______

1. **I authorize my records to be released to *one* of the following (select a or b and select delivery method):**

   a. ☐ **Myself:** I request Baptist Health to release my protected health information to me using the information listed above.

   **Select delivery method for myself:** ☐ **My Chart** (patient portal) ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☐ **Encrypted Email**

   b. ☒ **Other person/organization:** I am the patient, or the legally authorized representative of the patient listed above and request Baptist Health to release my protected health information to the following:

   Person: ______ Organization: Lincoln Financial Group (c/o ReleasePoint)
   Street Address: PO Box 1390 St. Peters MO 63376
   Fax: ______ Telephone #: ______
   Email: providers@releasepoint.com

   **Select delivery method for other person/organization:** ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☒ **Encrypted Email**

2. **Purpose of Release/disclosure to other person/organization (not required if the records are being disclosed directly to patient):**
   ☐ Continuation of Care/Transfer of Care ☐ Social Security / Disability ☐ Attorney/Legal ☐ Personal Use ☐ Insurance ☒ Other (specify below)
   Claims - Disability Insurance

3. **I am authorizing records to be released from:**
   ☐ Baptist Hospital (specify location) BAPTIST HEALTH
   ☐ Baptist Physician Office (provider name and address of office required) ______

4. **For Dates of Service Requested:** from 01/01/2020 to Present **(if no dates are listed, default will be the past 12 months).**

5. **Please choose one of the following options:**
   ☒ Specific records such as lab results, x-ray reports, EKG, pathology report, billing etc. (please specify which records): all PHI, excluding x-ray films

   ☐ Package 1: **Key Documentation** within the medical record (includes, as applicable, history & physical, diagnostic information, discharge summary, operative note, consults, office visit notes, laboratory results, test reports, and ER notes for the location, provider, and dates listed above).

   ☐ Package 2: **All Documentation** within the medical record (includes Package 1 contents along with all other contents of the medical record such as nursing notes, flow sheets, medication administration records, and physician orders for the location, provider, and dates listed above).

6. I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about my behavioral or mental health services and treatment I have received for drug and alcohol abuse.

7. **Revoking (cancelling) authorization:** I may revoke (cancel) this authorization at any time. Revocations (cancellations) **must be made in writing** and sent to Baptist Health Release of Information Department at the address listed on this form. Revocations (cancellations) will not apply to information that has already been released. If this authorization was obtained as a condition of providing insurance coverage, the authorization will not apply to my insurance company to the extent the law provides my insurer with the right to contest a claim under the policy, or the policy itself. **This authorization will expire on** One year **(date). If no date is included, the authorization will expire one year from the date of signature.**

8. Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected.

9. This authorization is voluntary. I understand that Baptist Health will not base treatment, payment, enrollment, or eligibility for benefits on my signing this document.

**FOR INTERNAL USE ONLY**
If patient is unable to sign, secure consent of Legal Representative and indicate reason below:
☐ Minor ☐ Incapacitated ☐ Deceased
Proof of designation must be filed in the chart or sent with this request.

______
Signature of Patient

______
Signature of Legal Representative and Relationship to Patient

______
Date

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

**Return To:** Vincent Castagno III

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH:

00000026 LFPW6QD1 00000414

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

(Probable Condition: POTS)

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr Greg Potts
Specialty: Primary Care
Address: 2002 Papa Johns Blvd Louisville, KY 40299
Telephone No. (502) 240-5900 Fax No. :( )

Name: DR Jamie Kemp
Specialty: Cardiology
Address: 3900 Kresge Way Ste 60 Louisville, KY 40207
Telephone No. (502) 893-7710 Fax No. :( )

Name: Dr Brown (Diagnosis Small Fiber)
Specialty: Neurology, Neuropathy
Address: 401 E Chestnut St Suite 510 Louisville, Ky 40202
Telephone No. 502 588-4800 Fax No. :( )
Johanna Harris, NP (502) 588-4829

Name: Dr Melissa Young
Specialty: Integrative Medicine, Cleveland Clinic
Address: 551 East Washington St. Chagrin Falls OH 44022
Telephone No. 440,893-9393 Fax No. :( )
(Diagnoses: Lyme Disease)

**MEDICAL INSURANCE CARRIER(S):**

Name: Anthem Blue Cross / Blue Shield
Specialty: —
Address: PO Box 105187 Atlanta, GA 30348
Telephone No. : (866) 542-4[illegible] Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: Walgreens
Specialty:
Address: 3300 Watterson Trail Louisville, Ky 40299
Telephone No. 502) 491-8774 Fax No. :( )

Name: PD Labs
Specialty: Compounding
Address: 401 Commercial Pkwy Cedar Park, TX 78613
Telephone No. 512) 219-0724 Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

Note: Now referred to Vanderbilt University Hospital for further POTs evaluation

SIGNATURE: Kurt Fox DATE: 8/11/2020

00000026 LFPW6QD1 00000415

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

**Return To:** Vincent Castagno III



EMPLOYEE/CLAIMANT NAME: Keeta Fox

CLAIM NO: 10310112 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Papa John's International, Inc

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

00000026 LFPW6QD1 00000410

How long are you able to:
sit 3to4 hours stand 15mins walk 1 hour

How many hours a day do you: incl showers, etc
sit 8hrs stand 2 hour walk 1hour 12 hrs in bed

Do you take a nap during the day?
Yes ________ No X

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? 12hours (sometimes more)

Do you require any assistive devices such as a:
cane ________ walker ________ crutches ________ wheelchair ________ other ________

How long are you able to sit in a car? 2 hours estimated

Do you hold a valid driver's license?
Yes X No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? 2 hours I guess but have not done that

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Phone / Text

Do you have children?
Yes ________ No X If Yes, what are their dates of birth ________

Do you need help caring for your children?
Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ________ No X If Yes, please explain ________

How many times a day do you leave the house during the week? 4x almost (1 a day) incl. doctor's visits

On the weekends? 1-2 X

How often do you run errands? 4X a week house

Please describe what errands you most commonly run: Moms' to give her meds/shots (required) [redacted] Kroger for Food, Walgreens, Get mail

Lincoln Financial Group®

**ACTIVITIES QUESTIONNAIRE**
*page 2 of 3*

How often do you get outdoors? Daily; sun feels good

Are you left or right hand dominant? Left X Right ____

Are you able to work in your garden? (some) Yes X No ____

Are you able to work on your house? (some) Yes X No ____

Are you able to wash your car? Yes ____ No X Too much standing + exertion

How much time is spent daily on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours X 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours X 3+ hours

What activities do you perform on your home computer. Please check all that apply:
X Pay bills X Read news/articles X Use search engines X Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
X Word processing (Word) X Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: My husband uses it for his company business

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Me/Keeta | No |
| Carrying groceries into the house | Me/Keeta | No |
| Cooking meals | Me/Keeta+Dave | No |
| Cleaning after meals | Me/Keeta+Dave | No |
| Cleaning bathrooms | Keeta+Dave Fox | No |
| Vacuuming | Keeta+Dave Fox | No |
| Doing the laundry | Keeta+Dave Fox | No |
| Opening and responding to mail | Keeta+Dave Fox | No |
| Managing your finances | Keeta+Dave Fox | No |
| Balancing your checkbook | Me/Keeta | No |
| Bathing yourself | Me/Keeta | No |
| Styling your own hair | Me/Keeta | No |
| Getting dressed | Me/Keeta | No |
| Going up and down stairs | Me/Keeta | No |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: ____

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE
page 3 of 3

How often do you travel or take vacation? None since Sept 2019

Where do you go? How do you get there (transportation method)? March travelled to Mayo Clinic via car for doctors/specialists visit (Hard to travel in car that long/a lot of pain)

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No X

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No X

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

00000028 LFPW6QD1 00000412

**Describe in your own words, what prevents you from engaging in any gainful employment.**

1) Severe fatigue w/ job that requires more than 8 hours a day of work, including speaking, presentations, leading meetings that would be hard with current fatigue and symptoms
2) Left hand pain/weakness when I write and type (this paperwork hard to complete)
3) Ongoing chronic pain, lightheadedness, high pulse rate, low grade fevers

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

1) Wake up and slowly start activities for 2 hours (break in shower, put on compression socks to try and help heart rate)
2) Do mild household chores - must stay near by with urinary and fecal incontinence symptoms (see back for rest)

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?
(502) 235-0765

**In the event we cannot reach you, please provide an alternate contact's name and telephone number.**
(502) 418-8928 Dave Fox, Spouse

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Keeta Fox

Date: 8/7/2020

Signature: Keeta Fox

Daily Activities:

3) Research chronic illness info, have doctors appointments (about 2x week, most telehealth)

* 4) Shop for groceries online or go to store (strict diet)

5) Cook 2 [illegible] times a week (crock pot, simple meals)

6) Order online food\meals rest of week

7) Strict daily medicine routine - 4 times a day

8) Coordinate getting mom's groceries delivered online

9) Go to moms 1x a week to give her her weekly shot or pick up her medical prescriptions

10) Text with friends and family

11) Do my laundry

12) Open mail / pay bills

* Going to grocery takes alot of my energy for the day

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

Return to: Vincent Castagno III

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ____

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married X Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Dave Fox DOB: ____

Do you have children or dependents*? Yes ____ No X
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ____ No: X
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Keeta Fox Date: 8/10/2020

00000028 LFPW6QD1 00000416

Lincoln Financial Group®

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

00000026 LFPW6QD1 00000417

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Keeta Fox ____ Date of Birth: ____

Employer: Papa John's International, Inc ____ Policy/Plan Sponsor No. 08 - 036548

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) X Keeta Fox

(Address) ____

(Date) 8/7/2020

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: Bachelors Degree Check if earned: ☐ GED ☐ HS Diploma
Vocational Training: Finance, Accts Certificate Program completed: ______
Associates Degree: ______ College: number of years: 4
Bachelor's Degree: BA /BS Major: Accounting Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______
Professional Training, License, Certificates(s): Certified Public Accountant
Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ______
List any other Training or Classes Attended or Plan to Attend: ______
Primary language spoken: English Other language(s) spoken fluently: —
Additional Skills, Hobbies & Volunteer Work ______
Did you serve in the Armed Forces? ☐ Y ☒ N From: ______ To: ______
Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Papa John's Department: Finance From: 5/2014 To: Current
Job Title(s): SVP Finance, Corporate Controller
Supervisory Experience ☒ Y ☐ N
Tasks/Duties/Physical Requirements (please be specific): Oversee several financial functions and dept's (Tax, Financial Reporting, General Accounting)

2. Company: Papa Johns Department: VP Finance From: 8/2005 To: 5/2014
Job Title(s): VP Finance
Supervisory Experience ☒ Y ☐ N
Tasks/Duties (please be specific): Planning & Analysis, Budgeting, Supervision of Team





00000026 LFPW6OD1 00000418

3. Company: Papa Johns Department: Finance From: 7/5/93 To: 8/2005
Job Title(s): Various Manager to Senior Director positions
Supervisory Experience ☒ Y ☐ N
Tasks/Duties (please be specific): Numerous finance functions including financial reporting, Planning + analysis, Acctg

4. Company: Ernst Young Department: Audit From: 9/88 To: 7/93
Job Title(s): Staff to Senior Accountant/Auditor
Supervisory Experience ☒ Y ☐ N
Tasks/Duties (please be specific): Audits of public + private companies and supervision of team members

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

00000026 LFPW6QD1 00000419

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☒ | Graphics Software | ☐ | ☐ |
| Internet | ☒ | ☒ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☒ | ☒ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☒ | ☒ | Project Management | ☐ | ☒ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

When working

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☒ 2-3 hours ☒ 3+ hours When working

How much time is spent daily on your home computer? ☒ None ☒ 1-2 hours ☐ 2-3 hours ☐ 3+ hours
Varies after work

Keyboarding/Typing Experience: ☒ Yes ☐ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: Keetafox.ws@gmail.com Work: Keeta.Fox@papajohns.com

SIGNATURE: Keeta Fox PHONE NO: 502, 235-0765



Lincoln/Fox 2175

# Claimant Assessment Form

**Lincoln Financial Group®**

Lincoln Life Assurance
Company of Boston
Disability Claims
P.O. Box 8200
Dover, NH 03821
Phone No.: 1-888-437-7611
Fax No.: (603) 422-7909

00000026 LFPW8QD1 00000421

**Return To:** Vincent Castagno III

EMPLOYEE/CLAIMANT NAME: Keeta Fox

CLAIM NO: 10310112

EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ______

*TO BE COMPLETED BY THE CLAIMANT*

Please answer the following questions completely and return the form to Lincoln Life Assurance Company of Boston.

Do you hold a valid driver's license? X yes ____ no
If no, please explain: ______

**Please provide a copy of your driver's license/state issued ID when returning form.**

Do you take a nap during the day? Yes ____ No X
If yes, for how long? ______ At what time of the day? ______
How many hours a day do you spend in bed? 12 hours (sometimes more)

Have you been confined to a hospital within the last 12 months? Yes ____ No X
If yes, please provide reason and hospital contact information:

______

Do you have children? Yes ____ No X Dates of Birth/children: ______
Do you need help caring for your children? Yes ____ No ____
Are you responsible for/assist with taking care of grandchildren? Yes ____ No N/A
If yes, please explain and provide grandchildren's ages: ______

______

Are you responsible for taking care of an elderly parent, grandparent or spouse?
Yes ____ No X If yes, please explain ______

How do you maintain contact with people or activities that matter most to you?

______

______

When was your last vacation? Sept 2019
How often do you take vacations? Used to take vacation 2x a year
Where do/did you go? Florida have not been on vacation since got sick in Dec 2019

Are there daily tasks which you require assistance completing? If yes, please explain how you complete them:

No

______

Are you currently working in any capacity (per diem, part time, fulltime)? Please explain:
No

Are you currently attending school or taking courses (including online): If yes, please explain:
No

Do you do any volunteer work? Please explain:
No

Do you participate in any hobbies or are you active in any social organization/church? Please explain:
No

00000026 LFPW6QD1 00000422

| Please circle how many times per week you do the following: | | Comments: |
|---|---|---|
| Eat at a restaurant | **0** 1 2 3 4 5 6 7 (times per week) | |
| See friends/family | 0 **1** 2 3 4 5 6 7 (times per week) | Mom required shot administration |
| Drive a car | 0 1 2 3 4 5 6 **7** (times per week) | |
| Go outdoors | 0 1 2 3 4 5 6 **7** (times per week) | |
| Exercise – Walk | 0 1 2 **3** 4 5 6 7 (times per week) | |
| Consume alcohol | **0** 1 2 3 4 5 6 7 (times per week) | |
| Manage finances | 0 1 **2** 3 4 5 6 7 (times per week) | |
| Run errands/Shop | 0 1 2 3 **4** 5 6 7 (times per week) | Includes required visits to my moms to give her weekly shots |

| Please indicate in a 24-hour period, how many times you: | | Comments: |
|---|---|---|
| Watch TV | hours per day 5 | |
| Use a computer/electronic device | hours per day 3 | |
| Play video games | hours per day 0 | |
| Read | hours per day 1 | |

Describe in your own words, your work environment; i.e. relationships with/support from peers/supervisor, workload expectations, productivity goals, and level of stress:

Workload + expectations are extremely high. At quarter end and year end generally work 7 days a week, with significant overtime. My level of responsibilities are very significant, with oversight of several finance groups. Alot of uncertainty with no permanent CFO in place yet, with others picking up more work as well to fill that Gap. Significant supervisory experience of several large teams, increases demands and workload well beyond an 8 hour day. Manage projects, lead presentations and meetings regularly

**Has your work environment changed in the last 12 months? If yes, please explain:**

No (other than no permanent CFO in place)

**Identify (if any) obstacles/aspects within your workplace that may affect your efforts to work:**

Amount of time required each day to do job effectively, not an 8 hour a day job. Left hand issues, create weakness + some tremors when writing/typing for extended time period

**Is there any type of employment or activity you might be interested, if able?**

Eventually want to go back full time when physically able

**Please describe your daily routine in as much detail as possible:**

1) wake up and slowly start activity after 1 hour or so (put on compression socks)
2) Do mild housekeeping chores
3) Shop for groceries online or go to store
4) Cook 3 times week (simple crock pot meals)
5) Order online food/meals most of week
6) Research potential chronic illness / doctors appts 2x week
7) Medicines 4x daily - strict schedule (some telehealth) strict diet

see back for continuation

Is there a daytime number where you can be reached in the event we have any questions regarding your responses? (502) 235-0765 Please indicate cell or landline. Cell

In the event we cannot reach you, please provide an alternate contact's name and telephone number:

Dawn Fox, Spouse

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this form or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photostatic copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Keith Fox Date: 8/7/2020

(A) On a very strict diet under medical advice / supervision
No sugar, no gluten, no processed foods

Daily Routine

8) Coordinate getting mom's groceries delivered online
9) Go to moms 1x a week to give her her weekly shot or pick up her medical prescriptions
10) Text with friends and family
11) Do my laundry
12) Open mail / pay bills


Kentucky
DRIVER'S LICENSE
DL

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

00000026 LFPW6QD1 00000420

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Keeta Fox

Date of Birth: ______ Claim Number: 10310112 Date: 8/7/2020

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

00000026 LFPW6QD1 00000413

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative Keeta Fox

Date of Birth: ______ Claim Number: 10310112 Date: 8/7/2022

**A copy of this authorization will be considered as valid as the original.**

**From:**status@releasepoint.com
**Sent:**Fri, 14 Aug 2020 15:27:29 -0700
**To:**Castagno Iii, Vincent
**Subject:**RP ID: 6759502 (L-TCMS) / Pol/Claim ID: 10310112 (FOX, KEETA) Hearing Date -- Order Suspended
**Importance:**High

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Name: FOX, KEETA
Policy/Claim/Cert: 10310112
RP ID: 6759502
Ins. Co: Lincoln Financial Group
Provider: MELISSA YOUNG, NP
Original Provider: MELISSA YOUNG NP
TransID: 54459728
Identifier/Req by: V CASTAGNO
Identifier 2: V CASTAGNO
Identifier 3:
Case Mgr/Supp email:

Please be advised that ReleasePoint has suspended this order for the following reason:

MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME REQ AND/OR PROVIDER LISTED

E-MAIL NOTICE TO CUSTOMER REQUESTED: Please be advised, there were no records found for the patient from 01/01/2020 to present. We called the provider to verify records, however, we were unable to get a live contact to assist us. Kindly advise us on how you'd like to proceed.

If you are returning an authorization: Email PDF images ONLY to authos@releasepoint.com with the RP# in the subject line -- scanned in 2-color black & white (not grayscale or full color)

For any additional policy status information, please contact customer service at .

Thank you.

-----------------------------------------------------------------------------------------

The information contained in this electronic mail message is intended solely for the addressee stated above and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this electronic mail transmission is strictly prohibited.

If you have received this communication in error, please notify us immediately by e-mail to

"status@releasepoint.com", and delete the original message.

**From:**Dubois, Ashley
**Sent:**Fri, 14 Aug 2020 14:05:04 +0000
**To:**Debra_Quillin@papajohns.com
**Subject:**LTD Salary Verification - Keeta Fox - LTD Claim 10310112

Good Afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim Keeta Fox, with Emp ID 102136 and DOB

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 02/04/2020.
- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,



**Aahsel y uboDa**
Service Processor
Financial Services

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

Aahsel i. uboDad @L icom
@DicosnFDnGncDGsicom

**Fossow ua on:**

**From:** DoNotReply@lfg.com
**Sent:** Wed, 12 Aug 2020 16:52:42 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 8/3/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 12 Aug 2020 16:52:42 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 8/3/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 12 Aug 2020 16:52:42 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 8/3/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 12 Aug 2020 16:52:42 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 8/3/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 12 Aug 2020 16:52:42 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 8/3/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 12 Aug 2020 16:52:42 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 8/3/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

August 8, 2020

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On July 27, 2020 and August 7, 2020, we requested your medical records from Dr. Kemp, Dr. Shah and Mrs. Young. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2020 through the present from your medical providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by September 9, 2020:

__ Activities Questionnaire Form
__ Authorization - Medical
__ Claimant Information Form

__ Claimant Supplementary Statement
__ Family Information Questionnaire
__ SS Reimbursement Agreement
__ Training Education Experience
__ Authorization
__ Other

Papa John's International, Inc's LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than September 9, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Authorization

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

**Return To:** Vincent Castagno III ______



EMPLOYEE/CLAIMANT NAME: Keeta Fox ______

CLAIM NO: 10310112 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Papa John's International, Inc ______

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

Lincoln Financial Group®



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ________________ Claim Number: 10310112 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

**Return To:** Vincent Castagno III

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________ **DATE:** ______________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

**Return to:** Vincent Castagno III

**EMPLOYEE/CLAIMANT NAME:** Keeta Fox **CLAIM #:** 10310112
**EMPLOYER:** Papa John's International, Inc **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

**Return to:** Vincent Castagno III

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ______________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ________________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ______________

Lincoln Financial Group®

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Keeta Fox **Date of Birth:** ____________

**Employer:** Papa John's International, Inc **Policy/Plan Sponsor No.** 08 - 036548

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____________________

**(Address)** ____________________

**(Date)** ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

4. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

5. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: __________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (    )** ______________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 10310112 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

ReleasePoint

**Medical Record Overview**

**Date:** **August 3, 2020**

**Patient Name:** FOX, KEETA

**Records From:** UNIVERSITY OF LOUISVILLE PHYSICIANS
401 E CHESTNUT ST STE 510
LOUISVILLE, KY 40202
(502) 589-0802

**RP ID:** 6759504

**Client ID:** 10310112

**Source:** L-TCMS

**Request Scope:** From January 1, 2020 to Present

**Req By:** V CASTAGNO
V CASTAGNO

**Chart Range:** 01/08/2020 - 06/02/2020

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 5 2020 | Jun 2 2020 | 10 | 2 |
| Labs/Diagnostics | Jan 8 2020 | Feb 27 2020 | 29 | 12 |
| Consultations | Feb 6 2020 | Feb 6 2020 | 7 | 41 |
| Non Medical/Other | | | 2 | 48 |
| Request Correspondence | | | 5 | 50 |

**Total Page Count:** 53

**Notes From QC:**

UofL Physicians

**ULP Neurology**
**401 E Chestnut St Ste 510**
**Louisville, KY 40202**
***Phone:**(502) 588-4800/**Fax:**(502) 588-4801*

**MRN:** 10000723135
**Encounter Date:** 06/02/2020 9:00AM
**Patient Information**
Keeta Fox

**DOB:**
**Phone: (H)**

**Patient's Name: Keeta Fox**
**Patient's DOB: 11/06/1966**

**Neurology Established Evaluation**

## Chief Complaint

Keeta Fox is a 53 year old, left-handed female seen for follow-up of Possible ALS.

## History of Present Illness

Ms. Keeta Fox is seen today as an established patient in the ULP Neuromuscular Clinic for multiple somatic complaints, some of which may be neurological. Back in 2017, patient saw cardiology for episodes of heart palpitations and chest pain (to touch). ECHO/stress testing was negative at that time. Episode recurred in 6/29/2019 and again in 12/5/2019. She saw cardiology again for the most recent episode and cardiac testing once again came back negative. She underwent a CT chest which showed mild pulmonary fibrosis. This caused a significant increase in anxiety and increased SOA, which was made worse with worsening anxiety. Around the time she was told the result of the first CT she began noticing tingling in her legs up to above knees and arms up to mid-forearm (symmetric). The tingling was constant, but seemed to calm when she wasn't focusing on it or with activity. Tingling seemed to progress to serial muscle twitching and a sensation like her great toes are being "pulled." Initially, she was concerned about ALS.

INTERVAL HISTORY:
Since her initial visit, she underwent skin biopsy consistent with small fiber neuropathy. She went to Mayo clinic and they diagnosed her with Central Sensitization Syndrome. She has been seeing a functional medicine NP locally and recently was seen by Cleveland Clinic's (CC) Integrative Medicine team. Cleveland Clinic diagnosed her with Chronic Inflammatory Response Syndrome which was a response to mold overgrowth in her living environment. They had the house remediated for mold and then found extensive mold in her car. She stopped driving the car about 2 weeks ago and has noticed an improvement in symptoms in that time. In addition to mold remediation, the patient has drastically changed her diet removing most sugars and processed foods. She also does not eat any tuber or root vegetables (carrots, potatoes, etc.). She works with a nutritionist a CC. Chronic constipation has improved with the addition of Ox Bile.

Patient continues to have muscle twitching but because she knows this is no ALS, she is less anxious and less aware of the twitching. She has paresthesias uncontrolled with duloxetine 90 mg/day. No weakness. Continues to have palpations as well.

Plan of care directed by CC include seeing a biologic dentist, starting vitamin A and magnesium glycolate, and undergoing Lyme and silver testing.

*(cont.)*
*Patient:* **Keeta R. Fox** *MRN:* **10000723135**

## Review of Systems

**General:** fatigue , but no fever.
**Eyes:** visual impairment needs to wear "cheaters" and blurred vision , but no diplopia.
**HEENT:** headache .
**Cardiovascular:** palpitations , but no hypertension.
**Respiratory:** dyspnea with anxiety, but no cough.
**Gastrointestinal:** constipation and abdominal pain lower
**Genitourinary:** urinary frequency and painful urination- burning, but continent of bladder
**Musculoskeletal:** paresthesias. no muscle weakness
**Skin/Soft Tissue :** no itching, rash or birth marks.
**Neurologic:** The neurologic Review of Systems is contained in detail in the History of Present Illness above.
**Psychiatric:** depression and anxiety .
**Endocrine:** no heat or cold intolerance.
**Hematologic/Lymphatic:** no unusual bleeding or bruising.

## Past Medical History

1. History of Bilateral carpal tunnel syndrome (G56.03)
2. History of Cervical spinal stenosis (M48.02)
3. History of Heavy metal poison. screen (Z13.88)
4. History of Multiple kidney stones (N20.0)
5. History of Yeast infection (B37.9)

## Surgical History

1. No history of surgery

## Family History

1. Family history of diabetes mellitus (Z83.3)
2. Family history of hypertension (Z82.49)
3. Family history of rheumatoid arthritis (Z82.61)
4. Family history of hypertension (Z82.49)
5. Family history of malignant melanoma (Z80.8)
6. Family history of bipolar disorder (Z81.8)
7. Family history of depression (Z81.8)
8. Family history of diabetes mellitus (Z83.3)
9. Family history of suicide (Z81.8)
   - several members

## Social History

- College graduate
- Daily alcohol use
  - 1/2 bottle wine daily (2/6/2020)
- High school graduate
- Lives independently with spouse
- Married
- Never a smoker
- Occupation
  - currently on FMLA; works Papa John Corporate controller (60-70 hr/week)
- Social alcohol use (Z78.9)

## Current Meds

1. Ambien 10 MG Oral Tablet; TAKE 0.5 TABLET Bedtime;
   Therapy: (Recorded:02Jun2020) to Recorded
2. Amitiza CAPS; 10mg once a day;
   Therapy: (Recorded:02Jun2020) to Recorded
3. Betaine HCl TABS; Take 1 tablet daily;

*(cont.)*
*Patient:* **Keeta R. Fox** *MRN:* **10000723135**

Therapy: (Recorded:02Jun2020) to Recorded

4. DULoxetine HCl - 30 MG Oral Capsule Delayed Release Particles; TAKE 3 CAPSULES BY MOUTH DAILY;
   Therapy: 13Feb2020 to (Evaluate:11Aug2020) Recorded
5. Estradiol 0.05 MG/24HR Transdermal Patch Twice Weekly;
   Therapy: 14Feb2020 to Recorded
6. Progesterone Micronized 200 MG Oral Capsule;
   Therapy: 14Feb2020 to Recorded

## Allergies

Aspirin TABS
butalbital

## Vitals

| | Recorded: 02Jun2020 08:35AM | Recorded: 27Feb2020 02:45PM |
|---|---|---|
| Height | 5 ft 7 in | 5 ft 7 in |
| Weight | 125 lb | 147 lb |
| BMI Calculated | 19.58 | 23.02 |
| BSA Calculated | 1.66 | 1.77 |
| Heart Rate | 82 | 94 |
| Respiration | 16 | 16 |
| Systolic | 116 | 116 |
| Diastolic | 86 | 84 |
| O2 Saturation | 99 | 97 |

## Results/Data

### Results

No recent results.

Reviewed:
SKIN BIOPSY (2/27/2020)
Left thigh: skin with significantly reduced ENFD consistent with small fiber neuropathy (3.98; abnormal <8.8)
Left calf: skin with significantly reduced ENFD consistent with small fiber neuropathy (3; <4.3)

## Physical Exam

Well developed, well nourished, well groomed alert and cooperative .
Normocephalic .
Normal respiratory effort.
peripheral vacular: no edema noted.
Skin inspection revealed no rashes or birthmarks.
Neurologic: Oriented to time, place and person. Intact recent and remote memory. Attention span and concentration are normal. Language, spontaneous speech and fund of vocabulary are normal. Fund of knowledge is normal. CNII: visual fields intact, no diplopia
Cranial Nerve III, IV, VI: Extraocular movements are full without nystagmus. Pupils are equal, round and reactive to light.
Cranial Nerve V: Normal facial sensation and strength of muscles of mastication.
Cranial Nerve VII: Facial movements are symmetric without weakness.
Cranial Nerve VIII: Auditory acuity is normal.
Cranial Nerve IX and X: Symmetric palatal movement.
Cranial Nerve XI: Sternocleidomastoid and trapezius are normal. No weakness.
Cranial Nerve XII: The tongue is midline without atrophy or fasciculations.
Muscoloskeletal/Motor: Normal muscle strength, tone, and bulk
Involuntary Movements: No resting, postural, or kinetic tremor, no other involuntary movements observed.
Examination of Sensation: Abnormal. (slightly reduced temperature sensation in the dorsum of the left foot compared to the right; vibration throughout)
Examination of Gait and Station: Normal. Walks on heel, toes and tandem without difficulty. Romberg negative.

*(cont.)*
*Patient:* **Keeta R. Fox** *MRN:* **10000723135**

Coordination: No cordination difficulties noted. **Assessment/Impression**

1. Systemic inflammatory response syndrome (SIRS) due to infection
2. Idiopathic small fiber sensory neuropathy (G60.8)
3. Paresthesias (R20.2)

**Discussion/Summary**

Patient/Family instructed to contact office for any questions, concerns or changes in neurological status.
Duration of the office visit was 45 minutes.
I used more than 50% of the time to teach and counsel the patient about referral recommendations, testing accuracies, and discussing plan of care and answer questions.

Keeta Fox is a 53 yo LHWF seen today for multiple somatic complaints, some of which may be neurological. Skin biopsy was consistent with small fiber neuropathy. Since her last appointment, she has been seen by a functional medicine NP locally, been evaluated at Mayo Clinic (diagnosed with Central Sensitization syndrome) and Cleveland clinic (diagnosed with chronic inflammatory response Syndrome). Had extensive mold remediation in her home and stopped driving her car d/t mold. She drastically changed her diet and has tried an experimental treatment for CIRS. House and car were found to have extensive mold. Over the last 2 weeks, she had improvement in symptoms. On limited physical exam today, the patient has no muscle weakness and only slightly reduced temperature sensation in the dorsum of the left foot compared to the right.

Continue to work with Cleveland Clinic for ongoing testing and treatment options.

Discussed Lyme testing at IgenX. I would like to see how many tests processed actually result "negative."

Provided patient with name of Integrative medicine provider, Kin Evans, APRN.

She will follow up in the neuromuscular clinic in 1 year or sooner if desired. The patient is encouraged to call the office in the meantime with any questions or concerns.

**Attestations**
This note does not require an Attending Attestation

**Signatures**
Electronically signed by : Johanna Harris, APRN; Jun 2 2020 10:41AM EST

# UofL Physicians

**ULP Neurology**
**401 E Chestnut St Ste 510**
**Louisville, KY 40202**
***Phone:**(502) 588-4800/**Fax:**(502) 588-4801*

**MRN:** 10000723135
**Encounter Date:** 02/27/2020 3:00PM
**Patient Information**
Keeta Fox

**DOB:**
**Phone: (H)**

**Chief Complaint**

Keeta Fox is a 53 year old, female seen SKIN BIOPSY . diffuse paresthesias with no evidence of large fiber neuropathy: query SMALL FIBER POLYNEUROPATHY.

**Procedure**

Indication: sensory disturbances without evidence of large fiber polyneuropathy; evaluate for small fiber polyneuropathy.

After obtaining informed consent, two areas were prepped in the usual sterile fashion: the left lateral thigh 20 cm below the iliac spine and the left lateral calf, 10 cm proximal to the lateral malleolus. Anesthesia was obtained with 1% lidocaine without epinephrine. A full thickness punch biopsy was obtained with a 3 mm punch biopsy device. Hemostasis was achieved with direct pressure. An adhesive bandage was applied to each site. Wound care discussed; patient should leave the bandage in place for 24 hours. The procedure was well-tolerated; there were no complications.
The patient was instructed to call for results in 2-3 weeks.

**Assessment**

1. Fasciculation (R25.3)
2. Paresthesias (R20.2)
3. Fatigue (R53.83)

**Attestations**

This note does not require an Attending Attestation

**Signatures**

Electronically signed by : Johanna Harris, APRN; Feb 27 2020 4:08PM EST

THERAPATH®
NEUROPATHOLOGY

2002241

Shaded fields are required

## TESTING OPTIONS

- ☒ Epidermal Nerve Fiber Density with amyloid stain (Core)
  - ☐ Add Sweat Gland Nerve Fiber Density (Comprehensive)
  - ☒ Add Sweat Gland Nerve Fiber Density if ENFD is normal (Complete)

**INDIVIDUAL TESTS**

- ☐ Congo Red Stain for Amyloidosis
- ☐ Epidermal Nerve Fiber Density – ENFD
- ☐ Sweat Gland Nerve Fiber Density – SGNFD

Provider signature [signature]

## SPECIMEN COLLECTION

DATE 2/27/2020 TIME 530 ☐ AM ☒ PM

Place of service (POS)
- ☒ Physician Office (POS 11)
- ☐ Outpatient Off Campus (POS 19)
- ☐ Hospital Inpatient (POS 21)*
- ☐ Outpatient On Campus (POS 22)*
- ☐ Ambulatory Surgery (POS 24)

*Hospital Facility Name ULP Neurology

*Hospital Discharge Date

## SUBMITTING FACILITY

**University of Louisville School of Medicine**

Choose the submitting physician below:

- J. Harris ✓
- M. Brown
- Other:

## PATIENT INFORMATION

| | | |
|---|---|---|
| FIRST NAME Keeta | MI | LAST NAME Fox. | SUF |
| SEX ☐ M ☒ F | DOB | ZIP |
| ADDRESS | | |
| CITY/STATE/ZIP See attached | | |
| PHONE # | MRN | |
| MD NAME | FOLLOW-UP | |

## BILLING INFORMATION

Attach a copy of the patient's face sheet, insurance card(s) and all secondary insurance information (if applicable)

| Primary | Secondary |
|---|---|
| PRIMARY INSURANCE | SECONDARY INSURANCE |
| ID/SUBSCRIBER/POLICY # See attached GROUP # | ID SUBSCRIBER/POLICY # GROUP # |
| PHONE # | PHONE # |
| INSURED'S NAME | INSURED'S NAME |
| EMPLOYER NAME PHONE # | EMPLOYER NAME PHONE # |

## CLINICAL INFORMATION

Attach a copy of applicable medical records and electrodiagnostic studies

Tingling / paresthesias BLE / BUE fluctuate intensity / with gastroparesis and cardiac autonomic dysfunction. ? POTS.

**Possible ICD-10 symptoms and diagnoses** *Ordering clinician should use the ICD-10 code that best describes the reason for performing the test, whether or not the code is listed on this requisition.*

- ☐ E11.40 – Type 2 diabetes mellitus with diabetic neuropathy, unspecified
- ☐ G60.3 – Idiopathic progressive neuropathy
- ☐ G60.8 – Other hereditary and idiopathic neuropathy
- ☐ G60.9 – Hereditary and idiopathic neuropathy, unspecified
- ☐ G62.9 – Polyneuropathy unspecified
- ☐ G64 – Other disorders of peripheral nervous system
- ☒ G90.09 – Other idiopathic peripheral autonomic neuropathy
- ☐ M79.2 – Neuralgia/neuritis – unspecified
- ☒ R20.2 – Paresthesia of skin
- ☐ R20.9 – Unspecified disturbances of skin sensation
- Other

**Write the patient name on the appropriate labels below, then peel off and apply to corresponding specimen vials for the body sites indicated.**

In keeping with the requirements of Medicaid and Medicare, it is the policy of Therapath Partners, LLC only to perform testing that is medically necessary for the diagnosis and treatment of patients.

TP0007 Rev 5.19

Ordering clinician should order only tests that are medically necessary for the diagnosis or treatment of the patient. Tests ordered should be single laboratory tests appropriate for the patient's medical condition.

| THERAPATH USE | | | | |
|---|---|---|---|---|
| CI | FE | FT | TE | DR |
| VR | A | B | C | D |

© 2019 Therapath Partners, LLC. All rights reserved. TP0007 MLS-20-0536.0 5.19

Appt 2/6/2020

**Keeta Fox**

**Medical History**

**February 5, 2020**

**Recent Diagnosis**

12/17/19 Focal bullous emphysematous changes in the posterior medial right low with associated interstitial fibrosis in the region (after 2 CT scans, one of heart on 12/ 6/ 2019 and one of chest12/17/19). After went to cardiologist with chest pressure/inflammation and heart palpitations (3rd episode in last few years)

Broke out in bad rash on chest and back and arm 12/23/19. Went to Baptist East Immediate Care; put me on prednisone. Have responded pretty well to prednisone. That treatment now over and other symptoms developed

Bronchodilator test results appeared good

EKG/ Stress Test good. Cardiac calcium score 0

Mild fibrosis on right lung. Have had a high-resolution CT scan. Seeing pulmonologist on February 24th. On first visit he was optimistic it was old scarring and will monitor. Negative for sleep apnea

Saw a gastrointestinal doctor for bowel leakage on January 16th (negative for celiac disease; testing for SIBO and other unhealthy bacteria; sucrose test negative)

CT scan on 1/16/20 due to bad headaches; results normal except for bilateral basal ganglia calcification. Headaches are a little better now

MRI of Neck and Lumbar Spine on January 22nd. Have severe cervical stenosis and 2 lumbar bulging discs (previously had per medical history below) but pain worsening

Saw rheumatologist (Dr Stern) in January; have ruled out all rheumatological diseases. He recommended I see a neurologist

January 28th High resolution CT scan of chest for pulmonologist (will review next appt) CT scan of abdomen; no significant findings

MRI of Brain in January to check for brain lesions (signs of multiple sclerosis); no lesions and no significant change from previous brain MRI in 2017

Candida yeast infection 1/23/20 (have had for 5 months). Was Taking fluconazole (did not work as this type of yeast infection is resistant) and then switched to terconazole vaginal cream .8%. Have completed and seems a little better (Candida glabrata yeast)

Started medical leave February 3rd with the new symptoms detailed below

**General Symptoms that are recently worsening:**

- Twitching that started in right foot and now has moved to both upper arms and behind shoulder blades

- Feels like someone is pulling on big toes
- Left hand weak; tremors in finger; makes it harder to write now (left-handed)
- Both feet hurt and burn (like several carpal tunnel that I have in both hands)
- Some hoarseness and mild discomfort when swallowing; feels a little strained to talk
- Facial itching
- Muscle tightness right outer leg first and then moved to both of my quad muscles
- Feel like I am losing strength in arms and legs
- High anxiety (taking Clonazepam)
- Cold Chills since early January
- Nausea- Have dry heaves

Dry Mouth
Loss of Appetite

**Other Symptoms since December**

- New rash on my left flank side
- Tingling in legs, hands feet, lip and tongue for last couple of weeks (moves around right leg and foot worse now)
- New rash on my left flank side (went away early February). Doctor had never seen anything like it
- Dry eyes and blurriness which is worsening; sensitive to light ; use sustane eye drops Saw Doctor Burns February 3rd; several eye dryness. Continue to use drops
- Headache every day for 3 months (prior to this never had headaches); getting a little better now
- Neck pain and stiffness (do have spinal stenosis)
- Last 3 months unusual bowel movements (increased number feels like not completely emptying my bowel; less control and leakage; horrible smell). Slightly cloudy urine and desire to urinate more (harder to hold)
- Light headed & dizzy
- Breathing can be somewhat labored; gives me a feeling of nervousness
- Dry cough; tickle in my throat
- Pressure/inflammation in chest wall. Heart palpitations every day; sensitive to loud bass music
- Angular cheilitis diagnosis earlier this year; doctor treating me with antifungal mouthwash (I have quite using it). Burning tongue off and on for 2 years
- Pressure in mid back (Feel like someone pushing out on back; have had about years but worsening)
- Lower left side pain; have had for about 2 years but worsening (see 2017 CT scan results)
- Diagnosed with carpal tunnel 2 months ago in both hands (burning at night); have had for a few years
- Have infection in scalp of little bumps; keeps recurring. Started 3 years ago. Dermatologist treating with topical antibiotic but did not clear up completely; have discontinued use but prednisone took care of it
- Menopausal (last period Nov 2018);
- Some Acid reflux symptoms for last year (responded to prednisone well)
- Vaginal dryness; Ob gyn put me on Premarin hormone cream. I took myself off of it when started feeling so bad

- Insomnia for about 3 months; Doctor has put me on Ambien now; bad snoring. Sometimes wake myself up gasping for air or having heart palpitations
- Sneezing several times a day (thought it was mild allergies)
- Feeling of fatigue and low-grade fever (have had low grade fever feeling for 10 plus years)
- 12/23/19 blood work Bun/ Creatine Ratio High 28 (also elevated in )6/19 bloodwork); Antinuclear antibodies direct Abnormal Positive 6 (also abnormal positive on 6/14/17 Positive 1:16) MCV runs high; MCH runs high

**Another Medical Conditions/ Diagnosis- 2017 and 2018**

- 2018 Burning Mouth Syndrome started when peri menopausal
- 2017 CT Brain Scan – Moderate torturous arties
- 6/14 /17 Saw foot doctor Dr Quill with significant foot pain; ran blood work looking for inflammation then
- July 2017 Saw a rheumatologist Dr Stern in 2017 for positive ANA test and other autoimmune disease markets
- 08/25/ 2017 Went to cardiologist for first time with previously mentioned symptoms- EKG and stress test fine
- CT abdomen from left side flank pain 9/12/17 mild diverticulosis; small simple liver cyst (11MM)
- Dermatologist Associates 3/18 review of bumps on scalp; has not cleared up. Treated as an infection with topical antibiotic. Biopsied swollen lymph node under arm. Results good
- June 2018 Diagnosed with carpal tunnel in both hands

**Current Medications**

Clonazepam- Anxiety as needed .5mg ( twice a day now)

Ambien for sleep 10 mg

Promethazine 25MG daily for nausea

Omeprazole 40MG for GERD as needed (have not needed since prednisone)

Prednisone for approx. 20 days (started on 60 Mgs per day and tapered down; complete now

Terconazole vaginal cream .8%.

Ibuprofen/ Tylenol for headache, body ache and feverish feeling

Tramadol as needed 50mg

Hyrdoxyzine- as needed 10mg (try to limit dose; couple times a month)

Eye Drops (Sustane or refresh)

Multi Vitamin

**Prior Medical History**

- At 19 went to hospital with cytomegalovirus
- In 30's several bouts of bronchitis (with no history of smoking)
- 2003-2004 several bouts of infection; infectious disease doctor could not diagnose and then stopped after a year or so
- 2003 Had an accident (bail of hay came off a truck and hit me when out running; it broke by left coracoid process and they later diagnosed me with spinal stenosis)
- Around 2015 diagnosed with shingles on chest; (felt a lot like the rash and general illness feeling I have now). Not sure if that was the right diagnosis; mild flares up over last few years with burning and itching of chest.
- Recent history of kidney stones (4 over the last 5 years)

**Family History/ Other General Matters**

- Grew up in a house that was heated by coal until about 15. Would sit on floor register all the time to stay warm
- Mom has rheumatoid arthritis (since late 30s)
- Sister has micro bacterium avian complex (and melanoma)

THERAPATH NEUROPATHOLOGY

Therapath
545 West 45th Street
New York, NY 10036
800-681-4338
www.therapath.com

# FINAL PATHOLOGY REPORT
## EPIDERMAL NERVE FIBER DENSITY

**PATIENT: FOX, KEETA**
*D.O.B:*
*AGE:* 53 *SEX:* F
*PHYSICIAN:* Johanna Harris NP
*COPY TO:*

**ACCESSION NUMBER: B20-01574**
*DATE COLLECTED:* 02/27/2020
*DATE RECEIVED:* 02/29/2020
*DATE REPORTED:* 03/17/2020

**Clinical History:**
G90.09, R20.2; Tingling/paresthesias BLE/BUE fluctuate intensity with gastroporesis and cardiac autonomic dysfunction. ? POTS.

**DIAGNOSIS:**

A. Lt Thigh, skin biopsy: **Skin with significantly reduced Epidermal Nerve Fiber Density, consistent with small fiber neuropathy.**

B. Lt Calf, skin biopsy: **Skin with significantly reduced Epidermal Nerve Fiber Density, consistent with small fiber neuropathy.**

Lt Thigh



Lt Calf



Each image above is magnified 400X and represents 3-4% of the total epidermis examined by the pathologist.

**MICROSCOPIC DESCRIPTION:**

A. Frozen sections are stained by the immunoperoxidase method for PGP9.5, a marker of nerve fibers. From the sections that have been examined, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are focal and this analysis does not exclude the diagnosis.

B. Frozen sections are stained by the immunoperoxidase method for PGP9.5, a marker of nerve fibers. From the sections that have been examined, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are focal and this analysis does not exclude the diagnosis.

**EPIDERMAL NERVE FIBER DENSITY TEST:**

| Specimen | Result Value | ABNORMAL | LOW NORMAL |
|---|---|---|---|
| A. Lt Thigh | 3.98 | < 8.3 | 8.3 - 9.1 |
| B. Lt Calf | 3 | < 4.3 | 4.3 - 5.3 |

THERAPATH
NEUROPATHOLOGY

Therapath
545 West 45th Street
New York, NY 10036
800-681-4338
www.therapath.com

**PATIENT: FOX, KEETA** **ACCESSION NUMBER: B20-01574**

**GROSS DESCRIPTION:**

A. Specimen received fixed in 2% PLP in one vial labeled "Lt Thigh". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.4 cm.

B. Specimen received fixed in 2% PLP in one vial labeled "Lt Calf". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.3 cm.

**Electronically Signed By:** **Ethan Stolzenberg MD**

**03/16/2020 23:40**

**INTERPRETATION OF RESULTS:**

The epidermal nerve fiber density (ENFD) of each sample is determined by using the published counting rules (Lauria G et al. Eur J Neurol 2005; 12:1-12 and Kennedy WR et al. in Dyck PJ, Thomas PK [eds] Peripheral Neuropathy, 4th ed. Philadelphia: WB Sanders, 2004. pp 869-95). The ENFD (fibers per millimeter of epidermal length) is first calculated by determining the number of epidermal fibers that cross the dermal epidermal junction divided by the epidermal length in each section and then calculating the average value from 5 sections.

The ENFD is compared to the values in specimens from normal control subjects as determined by Therapath. The lower limit of normal is defined as the 5th percentile of the age and gender specific normal control values. Lower ENFD values are considered to be significantly decreased and consistent with the diagnosis of small fiber neuropathy.

Values that are in the low normal range, between 10th percentile and 5th percentile, may be suspicious for early or mild neuropathy.

On occasion, the ENFD can be normal, but morphological examination reveals structural abnormalities such as axonal swelling or excessive branching. These are considered to be pre-degenerative changes that are also associated with small fiber neuropathy (Lauria et al, J Neurol Sci 1999; 164: 172-8; Lauria et al, Neurology 2003; 61: 631-6).

Small fiber neuropathies can be length-dependent or non-length dependent which includes multifocal disorders. Length dependent neuropathies usually begin in the feet with loss of sensation in a stocking distribution in the lower extremities. When the condition is more advanced, a glove-like loss in the upper extremities also may occur. Occasionally, patients with a length-dependent neuropathy can feel symptoms in the hands before the lower extremities. In non–length dependent neuropathies, symptoms may involve the trunk, face, arms, upper extremities, proximal limbs, or other focal areas. (Tavee et al, Cleve Clin J Med.2009; 76:297-305 and Hsieh, Acta Neurol Taiwan. 2010; 19:82-89).

The presence of normal ENFD does not by itself rule out a diagnosis of small fiber neuropathy. An abnormally reduced ENFD also does not indicate a particular cause for the neuropathy or predict a response to therapy. The diagnosis and treatment of any medical condition depends on the patient's clinical presentation and the results of all laboratory investigations as interpreted by the physician.

**Disclaimer:** This report may include laboratory-developed tests (LDTs). These assays were developed and their performance characteristics determined by Therapath. They have not been cleared or approved by the US Food and Drug Administration (FDA). The FDA does not require these tests to go through premarket FDA review. These tests are used for clinical purposes. They should not be regarded as investigational or for research. This laboratory is certified under Clinical Laboratory Improvement Amendments (CLIA) as qualified to perform high-complexity clinical laboratory testing.

Laboratory Director: Jamie A. Jacobsohn, MD

**CPT CODES:** 88305x2, 88314x2, 88356x2, 88342x2

**U of L Neurodiagnostics Lab**
**401 E. Chestnut St Suite 510**
**Louisville, KY 40202**
**502- 588-4800**

**Test Date:** 2/12/2020

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | Keeta Fox | **DOB:** | | **Physician:** | Martin Brown, MD |
| **Sex:** | Female | **Ht:** | 5' 7" | **Referring Physician:** | Johanna Harris, APRN |
| **Anticoagulation:** | | **Wt:** | 145 lbs. | **Technician:** | none |

**HISTORY:**
53yo WF with pes cavus and hammertoes is referred for neurodiagnostic testing due to her recent awareness of serial fasciculations in one of her intrinsic foot muscles. C-spine imaging reportedly shows severe narrowing of the C5/6 neuroforamen on the right. She reports generalized weakness but no weakness is detected on neuromuscular exam. Electrodiagnostic studies are designed to evaluate for neuropathy, plexopathy or radiculopathy.

**NEURODIAGNOSTIC IMPRESSION/FINDINGS:**
Nerve conduction studies were performed on the left arm and right leg and were normal. Needle EMG was performed on the left arm and the right leg and was notable for very mild neurogenic changes in an intrinsic foot muscle, the EDB. Needle exam was otherwise unremarkable.

ABNORMAL STUDY

There is limited electrodiagnostic evidence of a mild, very distal right peroneal mononeuropathy.

There is no electrodiagnostic evidence of a more diffuse neuropathy or of a plexopathy or radiculopathy.

**Martin Brown, MD**
Neuromuscular Medicine Program
Department of Neurology
University of Louisville

**Patient:** Fox, Keeta **Test Date:** 2/12/2020 

## Nerve Conduction Studies

### Anti Sensory Summary Table

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median Anti Sensory (2nd Digit)** | | | | | | | | | | | |
| Wrist | | 2.3 | <3.3 | 37.0 | >11 | Wrist | 2nd Digit | 2.3 | 14.0 | 61 | >48 |
| **Left Radial Anti Sensory (Base 1st Digit (Snuffbox))** | | | | | | | | | | | |
| Forearm | | 2.0 | <2.2 | 36.6 | >7 | Forearm | Base 1st Digit (Snuffbox) | 2.0 | 10.0 | 50 | |
| **Right Sup Peroneal Anti Sensory (Ant Lat Mall)** | | | | | | | | | | | |
| 14 cm | | 3.2 | <3.6 | 17.9 | >4.0 | 14 cm | Ant Lat Mall | 3.2 | 14.0 | 44 | |
| **Right Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | | 2.8 | <3.6 | 16.1 | >4.0 | Calf | Lat Mall | 2.8 | 14.0 | 50 | |
| **Left Ulnar Anti Sensory (5th Digit)** | | | | | | | | | | | |
| Wrist | | 2.6 | <3.1 | 45.1 | >10.0 | Wrist | 5th Digit | 2.6 | 14.0 | 54 | >48 |

### Motor Summary Table

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median Motor (Abd Poll Brev 8cm)** | | | | | | | | | | | |
| Wrist 8cm | | 3.5 | <4.5 | 9.1 | >4.1 | Elbow | Wrist 8cm | 4.1 | 20.3 | 50 | >49 |
| Elbow | | 7.6 | | 8.9 | | | | | | | |
| **Right Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle 8cm | | 5.0 | <6.5 | 6.7 | >1.3 | B Fib | Ankle 8cm | 7.3 | 28.5 | 39 | >38 |
| B Fib | | 12.3 | | 6.4 | | Poplt | B Fib | 2.7 | 10.5 | 39 | |
| Poplt | | 15.0 | | 6.3 | | | | | | | |
| **Right Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle 8cm | | 4.2 | <6.1 | 19.1 | >4.4 | Knee | Ankle 8cm | 10.9 | 40.0 | *37 | >39 |
| Knee | | 15.1 | | 10.7 | | | | | | | |
| **Left Ulnar Motor (Abd Dig Minimi 8cm)** | | | | | | | | | | | |
| Wrist 8cm | | 3.7 | <3.7 | 17.0 | >7.9 | B Elbow | Wrist 8cm | 3.4 | 19.0 | 56 | >50 |
| B Elbow | | 7.1 | | 15.8 | | A Elbow | B Elbow | 1.9 | 10.0 | 53 | |
| A Elbow | | 9.0 | | 14.8 | | | | | | | |

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Right Peroneal (Mrkrs) (EDB)** | | | | |
| | 58.94 | <59 | | <5.1 |
| **Right Tibial (Mrkrs) (Abd Hallucis)** | | | | |
| | 58.44 | <59 | | <5.7 |

## EMG

| Side | Muscle | Root | Ins Act | Fibs | Psw | Fsc | Amp | Dur | Poly | Recrt | Rate | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | PronatorTeres | C6-7 | Nml | None | None | None | Nml | Nml | 0 | Nml | Rapid | |
| Left | Infraspinatus | C5-6 | Nml | None | None | None | Nml | Nml | 0 | Nml | Rapid | |
| Left | FDI | C8-T1 | Nml | None | None | None | Nml | Nml | 0 | Nml | Rapid | |
| Left | Triceps | C6-7-8 | Nml | None | None | *Rare | Nml | Nml | 0 | Nml | Rapid | |
| Left | Ext Indicis | C7-8 | Nml | None | None | None | Nml | Nml | 0 | Nml | Rapid | |
| Right | AntTibialis | L4-5 | Nml | None | None | None | Nml | Nml | 0 | Nml | Rapid | |
| Right | BicepsFemS | L5-S1 | Nml | None | None | None | Nml | Nml | 0 | Nml | Rapid | |
| Right | Ext Dig Brev | L5, S1 | *Incr | None | *Rare | *Rare | *2+ | *1+ | 0 | *Sl Red | Rapid | |

**Patient:** Fox, Keeta **Test Date:** 2/12/2020 **Page** 3



**Patient:** Fox, Keeta **Test Date:** 2/12/2020 Page 4





















# ULP Neurology

401 E Chestnut St, Ste 510
Louisville,KY 40202
(502) 588-4800

**Patient:** Fox, Keeta R

**Age/Sex/DOB:** 53 yrs F
**EMRN:** 10000723135
**OMRN:** 10000723135
**Home:** (502) 235-0765
**Work:** (502) 261-7272

## Results

**Lab Accession #** KYO34043282912020
**Ordering Provider:** Harris, Johanna
**Performing Location:** KentuckyOne ULH Lab

**Collected:** 2/11/2020 1:12:00PM
**Resulted:** 2/11/2020 1:12:00PM
**Verified By:** Harris, Johanna
**Auto Verify:** N

**Vitamin B6, Plasma** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Vitamin B6 | 8.9 | Ug/L | | 2.0-32.8 |

This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or
approved by the Food and Drug Administration.
Performed At: BN LabCorp Burlington
1447 York Court Burlington, NC 272153361
Nagendra Sanjai MD Ph:8007624344

# ULP Neurology

**401 E Chestnut St, Ste 510**
**Louisville,KY 40202**
**(502) 588-4800**

**Patient:** Fox, Keeta R

**Age/Sex/DOB:** 53 yrs F
**EMRN:** 10000723135
**OMRN:** 10000723135
**Home:**
**Work:**

## Results

**Lab Accession #** KYO34043282852020
**Ordering Provider:** Harris, Johanna
**Performing Location:** KentuckyOne ULH Lab

**Collected:** 2/10/2020 8:07:00PM
**Resulted:** 2/10/2020 8:07:00PM
**Verified By:** Harris, Johanna
**Auto Verify:** N

**Heavy Metals Profile I, Blood ULH-042580** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Lead Blood | None Detected | ug/dL | | 0-4 |

Testing performed by Inductively coupled plasma/Mass Spectrometry.
Environmental Exposure:
WHO Recommendation <20
Occupational Exposure:
OSHA Lead Std 40
BEI 30

Detection Limit = 1

This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Arsenic Blood | 7 | Ug/L | | 2-23 |

This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.
Detection Limit = 1

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Mercury Blood | 1.5 | Ug/L | | 0.0-14.9 |

This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.
Environmental Exposure: <15.0
Occupational Exposure:
BEI - Inorganic Mercury: 15.0

Detection Limit = 1.0
Performed At: BN LabCorp Burlington
1447 York Court Burlington, NC 272153361
Nagendra Sanjai MD Ph:8007624344

# ULP Neurology

**401 E Chestnut St, Ste 510**
**Louisville,KY 40202**
**(502) 588-4800**

**Patient:** Fox, Keeta R

**Age/Sex/DOB:** 53 yrs F
**EMRN:** 10000723135
**OMRN:** 10000723135
**Home:**
**Work:**

## Results

**Lab Accession #** KYO34043296392020
**Ordering Provider:** Harris, Johanna
**Performing Location:** KentuckyOne ULH Lab

**Collected:** 2/10/2020 3:14:00PM
**Resulted:** 2/10/2020 3:14:00PM
**Verified By:** Harris, Johanna
**Auto Verify:** N

**Vitamin B1 (Thiamine), Blood**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Vitamin B1 Whl Bld | 130.3 | nMole/Liter | | 66.5-200.0 |

This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or
approved by the Food and Drug Administration.
Performed At: BN LabCorp Burlington
1447 York Court Burlington, NC 272153361
Nagendra Sanjai MD Ph:8007624344

# ULP Neurology

**401 E Chestnut St, Ste 510**
**Louisville,KY 40202**
**(502) 588-4800**

**Patient:** Fox, Keeta R

**Age/Sex/DOB:** 53 yrs F
**EMRN:** 10000723135
**OMRN:** 10000723135
**Home:** (502) 235-0765
**Work:** (502) 261-7272

## Results

**Lab Accession #** KYO34043296432020
**Ordering Provider:** Harris, Johanna
**Performing Location:** KentuckyOne ULH Lab

**Collected:** 2/6/2020 4:55:00PM
**Resulted:** 2/6/2020 4:55:00PM
**Verified By:** Harris, Johanna
**Auto Verify:** N

**PTH Intact** **Stage:** Final

| Test | Result | Units | Flag | Reference Range |
| --- | --- | --- | --- | --- |
| PTH Intact | 26 | pg/mL | | 12-88 |

# ULP Neurology

**401 E Chestnut St, Ste 510**
**Louisville,KY 40202**
**(502) 588-4800**

**Patient:** Fox, Keeta R

**Age/Sex/DOB:** 53 yrs F
**EMRN:** 10000723135
**OMRN:** 10000723135
**Home:**
**Work:**

## Results

**Lab Accession #** KYO34043282892020
**Ordering Provider:** Harris, Johanna
**Performing Location:** KentuckyOne ULH Lab

**Collected:** 2/6/2020 4:03:00PM
**Resulted:** 2/6/2020 4:03:00PM
**Verified By:** Harris, Johanna
**Auto Verify:** N

**Folate Level-ULH**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Folate Level | 36.4 | ng/mL | | 5.9-999.0 |

# ULP Neurology

**401 E Chestnut St, Ste 510**
**Louisville,KY 40202**
**(502) 588-4800**

**Patient:** Fox. Keeta R

**Age/Sex/DOB:** 53 yrs F
**EMRN:** 10000723135
**OMRN:** 10000723135
**Home:**
**Work:**

## Results

**Lab Accession #** KYO34043282872020
**Ordering Provider:** Harris, Johanna
**Performing Location:** KentuckyOne ULH Lab

**Collected:** 2/6/2020 3:15:00PM
**Resulted:** 2/6/2020 3:15:00PM
**Verified By:** Harris, Johanna
**Auto Verify:** N

**Vitamin B12 Level**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Vitamin B12 Level | 1378 | pg/mL | H | 180-914 |

# ULP Neurology

**401 E Chestnut St, Ste 510**
**Louisville,KY 40202**
**(502) 588-4800**

**Patient:** Fox, Keeta R

**Age/Sex/DOB:** 53 yrs F 06-Nov-1966
**EMRN:** 10000723135
**OMRN:** 10000723135
**Home:**
**Work:**

---

## Results

**Lab Accession #** KYO34043282952020
**Ordering Provider:** Harris, Johanna
**Performing Location:** KentuckyOne ULH Lab

**Collected:** 2/6/2020 3:03:00PM
**Resulted:** 2/6/2020 3:03:00PM
**Verified By:** Harris, Johanna
**Auto Verify:** N

**HCOC Urine Drug Screen** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Buprenorphine Screen, Urine | Negative | | | Negative |
| UDS Amp | Negative | | | Negative |

***DAU DRUG SCREEN TESTING***

*SCREEN+ Indicates Presumptive Positive*
Presumptive Positive results are not confirmed by GCMS.

The submitted specimen was tested for the presence of the following substances at or above the indicated detection limit.

Amphetamines > 1000 ng/mL Barbituates > 200 ng/mL
Benzodiazepines > 200 ng/mL Buprenorphine > 10 ng/mL
Cannabinoids > 100 ng/mL Cocaine > 300 ng/mL
Methadone > 300 ng/mL Opiates > 300 ng/mL

Oxycodone > 200 ng/mL

Results for clinical use only.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| UDS Barb | Negative | | | Negative |
| UDS Benzo | Negative | | | Negative |
| UDS Coc | Negative | | | Negative |
| UDS Meth | Negative | | | Negative |
| UDS Opi | Negative | | | Negative |
| UDS Oxy | Negative | | | Negative |
| UDS THC | Negative | | | Negative |

# ULP Neurology

**401 E Chestnut St, Ste 510**
**Louisville,KY 40202**
**(502) 588-4800**

**Patient:** Fox, Keeta R

**Age/Sex/DOB:** 53 yrs F
**EMRN:** 10000723135
**OMRN:** 10000723135
**Home:** (502) 235-0765
**Work:** (502) 261-7272

## Results

**Lab Accession #** KYO34043282772020
**Ordering Provider:** Harris, Johanna
**Performing Location:** KentuckyOne ULH Lab

**Collected:** 2/6/2020 2:52:00PM
**Resulted:** 2/6/2020 2:52:00PM
**Verified By:** Harris, Johanna
**Auto Verify:** N

**CMP Comprehensive Metabolic Panel-ULH**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Potassium Level | 3.6 | mmol/L | | 3.5-4.8 |
| Chloride Level | 102 | mmol/L | | 100-108 |
| Carbon Dioxide Level | 26.0 | mmol/L | | 22.0-30.0 |
| Anion Gap | 11.0 | | | 2.0-11.0 |
| Bilirubin Total | 0.9 | mg/dL | | 0.2-1.0 |
| A/G Ratio | 1.6 | | | 1.0-1.7 |
| ALT | 16 | Units/Liter | | <=24 |
| AST | 23 | Units/Liter | | 8-34 |
| Globulin | 3 | | | |
| Alk Phos | 39 | Units/Liter | | 25-105 |
| Bun/Creatinine | 15.8 | | | 6.0-22.0 |
| Calcium Level | 9.7 | mg/dL | | 8.4-10.2 |
| eGFR African | 96 | mL/min/1.73m2 | | >=60 |
| eGFR NonAfrican | 80 | mL/min/1.73m2 | | >=60 |
| Glucose Level | 93 | mg/dL | | 70-110 |
| Blood Urea Nitrogen | 12 | mg/dL | | 6-20 |
| Protein Total | 8.0 | Gram/dL | | 6.3-8.2 |
| Albumin Level | 4.9 | Gram/dL | H | 3.3-4.5 |
| Creatinine Level | 0.76 | mg/dL | | 0.44-1.03 |
| Sodium Level | 139 | mmol/L | | 135-143 |

# ULP Neurology

**401 E Chestnut St, Ste 510**
**Louisville,KY 40202**
**(502) 588-4800**

**Patient:** Fox, Keeta R

**Age/Sex/DOB:** 53 yrs F
**EMRN:** 10000723135
**OMRN:** 10000723135
**Home:**
**Work:**

## Results

**Lab Accession #** KYO34043282792020
**Ordering Provider:** Harris, Johanna
**Performing Location:** KentuckyOne ULH Lab

**Collected:** 2/6/2020 2:34:00PM
**Resulted:** 2/6/2020 2:34:00PM
**Verified By:** Harris, Johanna
**Auto Verify:** N

**CBC w/ Auto Diff (GL00177)-ULH** **Stage:** **Final**

Added by Discern Expert

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RBC | 4.31 | x10(6)/ul | | 3.77-5.16 |
| Hct | 42.6 | % | | 34.1-44.9 |
| Hgb | 14.8 | Gram/dL | | 11.2-15.7 |
| Platelet Count | 257 | x10(3)/ul | | 140-370 |
| MCH | 34.4 | pg | H | 25.6-32.2 |
| MCHC | 34.8 | Gram/dL | | 32.2-35.5 |
| MCV | 98.8 | fL | H | 79.4-94.8 |
| Slide Review | None | | | |
| Eos % | 0.1 | % | L | 0.7-6.0 |
| Mono # | 0.5 | x10(3)/ul | | 0.2-1.4 |
| Eos # | 0.0 | x10(3)/ul | | 0.0-0.6 |
| Mono % | 6.3 | % | | 5.0-12.5 |
| Baso % | 0.2 | % | | 0.0-3.0 |
| Baso # | 0.0 | x10(3)/ul | | 0.0-0.3 |
| RDW | 12.9 | % | | 11.7-15.2 |
| Neut % | 74.5 | % | H | 34.0-69.5 |
| Neut # | 6.1 | x10(3)/ul | H | 1.7-6.0 |
| Lymph % | 18.9 | % | L | 20.0-53.0 |
| Lymph # | 1.5 | x10(3)/ul | | 0.8-3.2 |
| MPV | 8.7 | fL | | 8.7-12.0 |
| WBC | 8.2 | x10(3)/ul | | 4.1-10.8 |
| nRBC | 0 | | L | 1-5 |

Heartland IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

**To:** **GREGORY J POTTS**
**POTTS, GREGORY MD**
**2002 PAPA JOHNS BOULEVARD**
**LOUISVILLE KY 40299**

| | |
|---|---|
| **Name:** | **KEETA R FOX** |
| **MRN #:** | **216404** |
| **Phone:** | **5022350765** |
| **DOB:** | |
| **Exam Start:** | **01/30/2020** |
| **Referring Phys.:** | **POTTS, GREGORY** |
| **Referring Phys Ph.:** | **5022405900** |
| **Referring Phys Fax:** | **5022405905** |

**Exam: MRI BRAIN W/WO CONTRAST 70553**
**70553,A9585**

MRI Brain WO W

INDICATION:
53-year-old female with headaches and blurred vision, and tingling all over the body. Evaluate for demyelinating disease.

TECHNIQUE:
MRI of the brain with and without IV contrast. 6.5 cc of Gadavist was administered intravenously.

COMPARISON:
Previous MRI of the brain with and without contrast dated 10/3/2017.

FINDINGS:
The ventricles are normal in size and configuration. There is no evidence of mass or mass effect. No abnormal foci of increased or decreased signal intensity visualized in the brain parenchyma. No restricted diffusion. Following the intravenous administration of gadolinium contrast material, there is no abnormal parenchymal enhancement.

The sellar and parasellar regions are unremarkable. Normal flow-void is identified within both intracranial internal carotid arteries, as well as in the basilar artery. The basilar artery is relatively small in caliber, but does contain normal flow void.

The 7th and 8th cranial nerve complexes and internal auditory canals are unremarkable.

The paranasal sinuses are significant for a cyst in the inferior left maxillary sinus measuring approximately 1.4 cm in diameter and demonstrating no significant change from the prior exam. The paranasal sinuses are otherwise unremarkable. The orbits, and the bony calvarium as imaged are unremarkable.

IMPRESSION:

1. No acute intracranial abnormality, and no significant change from the prior exam. No

Heartland IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

To: GREGORY J POTTS
POTTS, GREGORY MD
2002 PAPA JOHNS BOULEVARD
LOUISVILLE KY 40299

| | |
|---|---|
| Name: | KEETA R FOX |
| MRN #: | 216404 |
| Phone: | 5022350765 |
| DOB: | |
| Exam Start: | 01/30/2020 |
| Referring Phys.: | POTTS, GREGORY |
| Referring Phys Ph.: | 5022405900 |
| Referring Phys Fax: | 5022405905 |

**Exam: MRI BRAIN W/WO CONTRAST 70553
70553,A9585**

imaging evidence of demyelinating disease.
2. Probable retention cyst partly visualized in the inferior left maxillary sinus, with no significant change from the prior exam.

Signer Name: Elizabeth J. Dubose MD
Signed: 1/30/2020 10:43 AM
Workstation Name: BETHIR-PC
Radiology Specialists of Louisville

Potts, Gregory thank you for referring Fox, Keeta. If you have any questions regarding this report, please contact us at (502)584-7970.

**Interpreting Physician:**

Beth DuBose

**ELIZABETH DUBOSE**

**Signed: 01/30/2020 12:45 PM**

**CC:**

RSL Radiology Specialists of Louisville

**Thank you for visiting our imaging center.**

Auth Prov: Potts, Greg J.
2002 Papa John's Blvd
LOUISVILLE KY 40299

# BAPTIST HEALTH LOUISVILLE CT

## Imaging Result

| | | | |
|---|---|---|---|
| Name: **Fox, Keeta R** | DOB: | Sex: **Female** | Patient Class: **Outpatient** |
| Procedures Performed: **CT Abdomen Pelvis With Contrast** | Exam Date & Time: 01/28/2020 4:42 PM | MRN: 8911342017 | Diagnosis: Right lower quadrant pain |
| Performing Department: **BAPTIST HEALTH LOUISVILLE CT** 4000 KRESGE WAY LOUISVILLE KY 40207-4605 502-897-8100 | Accession Number: 2004300313 | Reason for Exam: right lower quadrant pain | PCP: Potts, Greg J. |

CT CHEST HI RESOLUTION, CT ABDOMEN PELVIS WITH CONTRAST

Radiation dose reduction techniques were utilized, including automated exposure control and exposure modulation based on body size.

CLINICAL INFORMATION: Abnormal CT scan of the chest, history of renal calculi.

COMPARISON: Outside CT scan of the chest 12/17/2019 and CT scan of the abdomen and pelvis 09/12/2017.

CT CHEST FINDINGS: There has been no interval change in the focal aggregate of bullae demonstrated within the right lower lobe periphery. No associated abnormality suggestive of bronchial atresia.

No acute pulmonary process has developed. No mass nor pleural effusion. The esophagus is satisfactory in appearance, heart size within normal limits. No pericardial abnormality. The aorta is normal in caliber. No mediastinal or hilar mass/lymphadenopathy.

CONCLUSION: Stable CT scan of the chest, similar to the outside examination 12/17/2019. There is an area of lung lucency with associated bullae within the right lower lobe. This may represent the result of bronchial atresia however no associated bronchial abnormality leading to this location can be identified.

CT OF THE ABDOMEN AND PELVIS FINDINGS: There are again demonstrated 2 hepatic cysts, the liver is otherwise normal in appearance. The gallbladder is satisfactory in appearance, no biliary duct dilatation. The pancreas and spleen as well as the adrenal glands are normal in appearance. Both kidneys demonstrate a symmetric satisfactory pattern of enhancement without mass, calculus nor obstructive uropathy. Diameter of the aorta is within normal limits. The bladder is collapsed. The uterus

is small in size, appropriate for age, both ovaries within normal limits and symmetric. No free air nor free intraperitoneal fluid.

There is diverticulosis of the colon. No small bowel abnormality is seen. The gastric contour is within normal limits. The appendix cannot be identified. Cecum is located low within the right pelvis.

CONCLUSION:
1. Diverticulosis of the colon.
2. No acute intra-abdominal abnormality.
3. Hepatic cysts.

This report was finalized on 1/29/2020 3:33 PM by Dr. Andre Thebert, M.D.

Signed By: Thebert, Andre R, MD on 1/29/2020 3:33 PM

Heartland IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

**To:** **GREGORY J POTTS**
**POTTS, GREGORY MD**
**2002 PAPA JOHNS BOULEVARD**
**LOUISVILLE KY 40299**

| | |
|---|---|
| **Name:** | **KEETA R FOX** |
| **MRN #:** | **216404** |
| **Phone:** | |
| **DOB:** | |
| **Exam Start:** | **01/22/2020** |
| **Referring Phys.:** | **POTTS, GREGORY** |
| **Referring Phys Ph.:** | **5022405900** |
| **Referring Phys Fax:** | **5022405905** |

**Exam:** **MRI LUMBAR SPINE WO CONTRAST**
**72148**
**72148**

MRI Spine Lumbar WO

INDICATION:
53-year-old female with back pain and numbness and tingling in the lower extremities bilaterally. Fecal incontinence. Evaluate for spinal stenosis.

TECHNIQUE:
MRI of the lumbar spine without IV contrast. T1 and T2-weighted images were acquired in multiple imaging planes.

COMPARISON:
MRI of the lumbar spine dated 11/21/2017.

FINDINGS:
The T12-S2 vertebrae are visualized. Vertebral bodies are normal in height and signal intensity. No spondylolysis or listhesis.

The conus terminates at the level of the L1 vertebral body and is unremarkable. The lumbar nerve roots layer normally in the dependent spinal canal.

L1-2, L2-3, L3-4: The discs are normal in appearance. The spinal canal and neural foramina are patent.

L4-5: Disc desiccation with a well-maintained disc height. 2 to 3 mm posterior and left posterolateral disc bulging appears mildly increased from the prior exam. Mild to moderate left and mild right ligamentum flavum hypertrophy and facet arthropathy.
Mild left foraminal stenosis without evidence of nerve root impingement.

L5-S1: Disc desiccation and approximately 5 mm broad-based central and slightly left paracentral protruding disc extending a short distance inferiorly. Disc appears to touch but does not definitely efface or displace the left S1 nerve root. Overall, the appearance is quite similar to the prior exam. Mild, bilateral facet arthropathy. Focus of increased signal along the dorsal margin the disc suggests an annular tear and is also

Heartland IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

**To:** **GREGORY J POTTS**
**POTTS, GREGORY MD**
**2002 PAPA JOHNS BOULEVARD**
**LOUISVILLE KY 40299**

| | |
|---|---|
| **Name:** | **KEETA R FOX** |
| **MRN #:** | **216404** |
| **Phone:** | |
| **DOB:** | |
| **Exam Start:** | **01/22/2020** |
| **Referring Phys.:** | **POTTS, GREGORY** |
| **Referring Phys Ph.:** | **5022405900** |
| **Referring Phys Fax:** | **5022405905** |

**Exam:** **MRI LUMBAR SPINE WO CONTRAST**
**72148**
**72148**

present on the prior exam.

The surrounding soft tissues, as imaged are unremarkable.

IMPRESSION:
1. At L5-S1, approximately 5 mm central and slightly left paracentral protruding disc extending a short distance inferiorly demonstrates no significant change. Disc touches, but does not definitely efface or displace the left S1 nerve root.
2. At L4-5, 2 to 3 mm posterior and left posterolateral disc bulging is mildly increased from the prior exam, with mild left foraminal stenosis. Left greater than right ligamentum flavum hypertrophy and facet arthropathy.

Signer Name: Elizabeth J. Dubose MD
Signed: 1/22/2020 10:28 AM
Workstation Name: BETHIR-PC
Radiology Specialists of Louisville

Potts, Gregory thank you for referring Fox, Keeta. If you have any questions regarding this report, please contact us at (502)584-7970.

**Interpreting Physician:**

**ELIZABETH DUBOSE**

**Signed: 01/22/2020 12:30 PM**

**CC:**

Heartland IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

**To:** GREGORY J POTTS
POTTS, GREGORY MD
2002 PAPA JOHNS BOULEVARD
LOUISVILLE KY 40299

| | |
|---|---|
| **Name:** | **KEETA R FOX** |
| **MRN #:** | **216404** |
| **Phone:** | |
| **DOB:** | |
| **Exam Start:** | **01/22/2020** |
| **Referring Phys.:** | **POTTS, GREGORY** |
| **Referring Phys Ph.:** | **5022405900** |
| **Referring Phys Fax:** | **5022405905** |

**Exam:** **MRI LUMBAR SPINE WO CONTRAST**
**72148**
**72148**

**Thank you for visiting our imaging center.**

MyQuest™

# FOX,KEETA R

DOB: 11/06/1966
Sex: F
Phone: (502) 235-0765
Patient ID: 41503

Age: 53
Fasting:

Specimen: WX074402Q
Requisition: 0123586
Lab Reference ID: PRO124864
Report Status: FINAL

Collected: 01/08/2020 14:43
Received: 01/09/2020 06:49
Reported: 01/10/2020 09:18

Client #: 7186
STERN,STEVEN H
KENTUCKIANA RHEUMATOLOGY
Phone: (502) 583-5836
Fax: (502) 583-2266

100 E LIBERTY ST STE 700
LOUISVILLE, KY 40202-1439

SPLIT 01/08/2020 FROM 0123585

## QUANTIFERON®-TB GOLD PLUS, 1 TUBE

| Analyte | Value | |
|---|---|---|
| QUANTIFERON®-TB GOLD PLUS, 1 TUBE<br>Negative test result. M. tuberculosis complex infection unlikely. | NEGATIVE | Reference Range: NEGATIVE |
| NIL | 0.02 | IU/mL |
| MITOGEN-NIL | 6.61 | IU/mL |
| TB1-NIL | 0.00 | IU/mL |
| TB2-NIL | 0.00 | IU/mL |

The Nil tube value reflects the background interferon gamma immune response of the patient's blood sample. This value has been subtracted from the patient's displayed TB and Mitogen results.

Lower than expected results with the Mitogen tube prevent false-negative Quantiferon readings by detecting a patient with a potential immune suppressive condition and/or suboptimal pre-analytical specimen handling.

The TB1 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper T-lymphocytes.

The TB2 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper and CD8+ cytotoxic T-lymphocytes.

For additional information, please refer to https://education.questdiagnostics.com/faq/FAQ204 (This link is being provided for informational/ educational purposes only.)

**Performing Sites**

CB Quest Diagnostics-Wood Dale, 1355 Mittel Blvd, Wood Dale, IL 60191-1024 Laboratory Director: Anthony V Thomas, M.D.

**Key**

Priority Out of Range ▲ Out of Range

These results have been sent to the person who ordered the tests. Your receipt of these results should not be viewed as medical advice and is not meant to replace discussion with your doctor or other healthcare professional.

Quest, Quest Diagnostics, the associated logo, Nichols Institute, Interactive Insights and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third party marks - ® and ™ - are the property of their respective owners. Privacy policy can be found at: http://questdiagnostics.com/home/privacy-policy/online-privacy.html. © 2019 Quest Diagnostics Incorporated. All rights reserved.

MyQuest™

# FOX,KEETA R

DOB: 11/08/1966
Sex: F
Phone: (502) 235-0765
Patient ID: 41503

Age: 53
Fasting:

Specimen: WX0558590
Requisition: 0123585
Lab Reference ID: PRO124864
Report Status: FINAL / SEE REPORT

Collected: 01/08/2020 14:41
Received: 01/08/2020 14:42
Reported: 01/17/2020 01:11

Client # 7186
STERN,STEVEN H
KENTUCKIANA RHEUMATOLOGY
Phone: (502) 583-5836
Fax: (502) 583-2266

100 E LIBERTY ST STE 700
LOUISVILLE, KY 40202-1439

MULTIPLE TESTING PRIORITIES; ROUTINE TESTING TO FOLLOW.

## ▲ URINALYSIS, COMPLETE

| Analyte | Value | |
|---|---|---|
| COLOR | YELLOW | Reference Range: YELLOW |
| APPEARANCE | CLEAR | Reference Range: CLEAR |
| SPECIFIC GRAVITY | 1.020 | Reference Range: 1.001-1.035 |
| PH | 5.5 | Reference Range: 5.0-8.0 |
| GLUCOSE | NEGATIVE | Reference Range: NEGATIVE |
| BILIRUBIN | NEGATIVE | Reference Range: NEGATIVE |
| KETONES | NEGATIVE | Reference Range: NEGATIVE |
| ▲ OCCULT BLOOD | TRACE | Reference Range: NEGATIVE |
| PROTEIN | NEGATIVE | Reference Range: NEGATIVE |
| NITRITE | NEGATIVE | Reference Range: NEGATIVE |
| LEUKOCYTE ESTERASE | NEGATIVE | Reference Range: NEGATIVE |
| WBC | NONE SEEN | Reference Range: < OR = 5 /HPF |
| RBC | 0-2 | Reference Range: < OR = 2 /HPF |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | Reference Range: < OR = 5 /HPF |
| BACTERIA | NONE SEEN | Reference Range: NONE SEEN /HPF |
| HYALINE CAST | NONE SEEN | Reference Range: NONE SEEN /LPF |

## ▲ DNA (DS) ANTIBODY

| Analyte | Value | |
|---|---|---|
| ▲ DNA (DS) ANTIBODY | 7 H | IU/mL |

```
IU/mL      Interpretation
< or = 4   Negative
5-9        Indeterminate
> or = 10  Positive
```

## MYOSITIS ASSESSR(TM) PLUS JO 1 ANTIBODY

| Analyte | Value | |
|---|---|---|
| PL 7 AUTOANTIBODIES | NOT DETECTED | Reference Range: NOT DETECTED |
| PL 12 AUTOANTIBODIES | NOT DETECTED | Reference Range: NOT DETECTED |
| MI 2 AUTOANTIBODIES | NOT DETECTED | Reference Range: NOT DETECTED |
| KU AUTOANTIBODIES | NOT DETECTED | Reference Range: NOT DETECTED |
| EJ AUTOANTIBODIES | NOT DETECTED | Reference Range: NOT DETECTED |
| OJ AUTOANTIBODIES | NOT DETECTED | Reference Range: NOT DETECTED |

| | | |
|---|---|---|
| SRP AUTOANTIBODIES | NOT DETECTED | Reference Range: NOT DETECTED |
| JO-1 ANTIBODY | <1.0 NEG | Reference Range: <1.0 NEG AI |

## COMPREHENSIVE METABOLIC PANEL

| Analyte | Value | |
|---|---|---|
| GLUCOSE<br>Fasting reference interval | 94 | Reference Range: 65-99 mg/dL |
| UREA NITROGEN (BUN) | 12 | Reference Range: 7-25 mg/dL |
| CREATININE<br>For patients >49 years of age, the reference limit for Creatinine is approximately 13% higher for people identified as African-American. | 0.65 | Reference Range: 0.50-1.05 mg/dL |
| eGFR NON-AFR. AMERICAN | 101 | Reference Range: > OR = 60 mL/min/1.73m2 |
| eGFR AFRICAN AMERICAN | 117 | Reference Range: > OR = 60 mL/min/1.73m2 |
| BUN/CREATININE RATIO | NOT APPLICABLE | Reference Range: 6-22 (calc) |
| SODIUM | 141 | Reference Range: 135-146 mmol/L |
| POTASSIUM | 3.9 | Reference Range: 3.5-5.3 mmol/L |
| CHLORIDE | 105 | Reference Range: 98-110 mmol/L |
| CARBON DIOXIDE | 26 | Reference Range: 20-32 mmol/L |
| CALCIUM | 9.6 | Reference Range: 8.6-10.4 mg/dL |
| PROTEIN, TOTAL | 7.3 | Reference Range: 6.1-8.1 g/dL |
| ALBUMIN | 4.6 | Reference Range: 3.6-5.1 g/dL |
| GLOBULIN | 2.7 | Reference Range: 1.9-3.7 g/dL (calc) |
| ALBUMIN/GLOBULIN RATIO | 1.7 | Reference Range: 1.0-2.5 (calc) |
| BILIRUBIN, TOTAL | 0.8 | Reference Range: 0.2-1.2 mg/dL |
| ALKALINE PHOSPHATASE | 48 | Reference Range: 33-130 U/L |
| AST | 14 | Reference Range: 10-35 U/L |
| ALT | 15 | Reference Range: 6-29 U/L |

## CRYOGLOBULIN SCR W/REFL TO CRYOGLOBULIN PANEL

| Analyte | Value |
|---|---|
| CRYOGLOBULIN, QL | NEGATIVE |

Reference Range:
NEGATIVE IN NORMAL
INDIVIDUALS

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

## LUPUS ANTICOAGULANT EVALUATION WITH REFLEX

| Analyte | Value |
|---|---|

**LUPUS ANTICOAGULANT** — Reference Range: NOT DETECTED

A Lupus Anticoagulant is not detected.

For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ01v2
(This link is being provided for informational/
educational purposes only.)

This interpretation is based on the following test results:

| | | |
|---|---|---|
| PTT-LA SCREEN | 27 | Reference Range: < OR = 40 sec |
| DRVVT SCREEN | 26 | Reference Range: < OR = 46 sec |

## CARDIOLIPIN AB (IGA,IGG,IGM)

| Analyte | Value | |
|---|---|---|
| CARDIOLIPIN AB (IGA) | <11 | APL |

| Value | Interpretation |
|---|---|
| < or = 11 | Negative |
| 12 - 20 | Indeterminate |
| 21 - 80 | Low to Medium Positive |
| >80 | High Positive |

| Analyte | Value | |
|---|---|---|
| CARDIOLIPIN AB (IGG) | <14 | GPL |

| Value | Interpretation |
|---|---|
| < or = 14 | Negative |
| 15 - 20 | Indeterminate |
| 21 - 80 | Low to Medium Positive |
| >80 | High Positive |

| Analyte | Value | |
|---|---|---|
| CARDIOLIPIN AB (IGM) | <12 | MPL |

| Value | Interpretation |
|---|---|
| < or = 12 | Negative |
| 13 - 20 | Indeterminate |
| 21 - 80 | Low to Medium Positive |
| >80 | High Positive |

**COMMENT**

The antiphospholipid antibody syndrome (APS) is a clinical-pathologic correlation that includes a clinical event (e.g. thrombosis, pregnancy loss, thrombocytopenia) and persistent positive antiphospholipid antibodies (IgM or IgG ACA >40 MPL/GPL, IgM or IgG anti-b2GPI antibodies or a lupus anticoagulant). International consensus guidelines for APS suggest waiting at least 12 weeks before retesting to confirm antibody persistence. The Systemic Lupus International Collaborating Clinics immunological classification criteria for systemic lupus erythematosus (SLE) include testing for isotype IgA, which has yet to be incorporated into APS criteria. Low level antiphospholipid antibodies may sometimes be detected in the setting of infection, drug therapy or aging.

## BETA 2 GLYCOPROTEIN I AB (IGG,IGA,IGM)

| Analyte | Value | |
|---|---|---|
| B2 GLYCOPROTEIN I (IGG)AB | <9 | Reference Range: < OR = 20 SGU |
| B2 GLYCOPROTEIN I (IGM)AB | <9 | Reference Range: < OR = 20 SMU |
| B2 GLYCOPROTEIN I (IGA)AB | <9 | Reference Range: < OR = 20 SAU |

## ANCA SCREEN WITH MPO AND PR3 WITH REFLEX TO ANCA TITER

| Analyte | Value |
|---|---|
| MYELOPEROXIDASE ANTIBODY | <1.0 AI |

```
Value        Interpretation
-----        --------------
<1.0         No Antibody Detected
> or = 1.0   Antibody Detected
```

Autoantibodies to myeloperoxidase (MPO) are commonly associated with the following small-vessel vasculitides: microscopic polyangiitis, polyarteritis nodosa, Churg-Strauss syndrome, necrotizing and crescentic glomerulonephritis and occasionally granulomatosis with polyangiitis (GPA, Wegener's). The perinuclear IFA pattern, (p-ANCA) is based largely on autoantibody to myeloperoxidase which serves as the primary antigen. These autoantibodies are present in active disease.

| | |
|---|---|
| PROTEINASE-3 ANTIBODY | <1.0 AI |

```
Value        Interpretation
-----        --------------
<1.0         No Antibody Detected
> or = 1.0   Antibody Detected
```

Autoantibodies to proteinase-3 (PR-3) are accepted as characteristic for granulomatosis with polyangiitis (GPA, Wegener's), and are detectable in 95% of the histologically proven cases. The cytoplasmic IFA pattern, (c-ANCA), is based largely on autoantibody to PR-3 which serves as the primary antigen. These autoantibodies are present in active disease.

## ANCA SCREEN WITH REFLEX TO TITER

| Analyte | Value | |
|---|---|---|
| ANCA SCREEN | NEGATIVE | Reference Range: NEGATIVE |

ANCA Screen includes evaluation for p-ANCA, c-ANCA and atypical p-ANCA. A positive ANCA screen reflexes to titer and pattern(s), e.g., cytoplasmic pattern (c-ANCA), perinuclear pattern (p-ANCA), or atypical p-ANCA pattern. c-ANCA and p-ANCA are observed in vasculitis, whereas atypical p-ANCA is observed in IBD (Inflammatory Bowel Disease). Atypical p-ANCA is detected in about 55% to 80% of patients with ulcerative colitis but only 5% to 25% of patients with Crohn's disease.

## CREATINE KINASE, TOTAL

| Analyte | Value | |
|---|---|---|
| CREATINE KINASE, TOTAL | 47 | Reference Range: 29-143 U/L |

## COMPLEMENT COMPONENT C3C

| Analyte | Value | |
|---|---|---|
| COMPLEMENT COMPONENT C3C | 143 | Reference Range: 83-193 mg/dL |

## COMPLEMENT COMPONENT C4C

| Analyte | Value | |
|---|---|---|
| COMPLEMENT COMPONENT C4C | 31 | Reference Range: 15-57 mg/dL |

| Analyte | Value | |
|---|---|---|
| SCL-70 ANTIBODY | <1.0 NEG | Reference Range: <1.0 NEG AI |

## SM AND SM/RNP ANTIBODIES

| Analyte | Value | |
|---|---|---|
| SM ANTIBODY | <1.0 NEG | Reference Range: <1.0 NEG AI |
| SM/RNP ANTIBODY | <1.0 NEG | Reference Range: <1.0 NEG AI |

## SJOGREN'S ANTIBODIES (SS-A,SS-B)

| Analyte | Value | |
|---|---|---|
| SJOGREN'S ANTIBODY (SS-A) | <1.0 NEG | Reference Range: <1.0 NEG AI |
| SJOGREN'S ANTIBODY (SS-B) | <1.0 NEG | Reference Range: <1.0 NEG AI |

## CENTROMERE B ANTIBODY

| Analyte | Value | |
|---|---|---|
| CENTROMERE B ANTIBODY | <1.0 NEG | Reference Range: <1.0 NEG AI |

## ANGIOTENSIN-1-CONVERTING ENZYME

| Analyte | Value | |
|---|---|---|
| ANGIOTENSIN-1-CONVERTING ENZYME | 14 | Reference Range: 9-67 U/L |

## ALDOLASE

| Analyte | Value | |
|---|---|---|
| ALDOLASE | 4.3 | Reference Range: < OR = 8.1 U/L |

**Performing Sites**
CB Quest Diagnostics-Wood Dale, 1355 Mittel Blvd, Wood Dale, IL 60191-1024 Laboratory Director: Anthony V Thomas, M.D.
EZ Quest Diagnostics/Nichols SJC-San Juan Capistrano,, 33608 Ortega Hwy, San Juan Capistrano, CA 92675-2042 Laboratory Director: Irina Maramica MD,PhD,MBA
SLI Quest Diagnostics-Nichols Valencia, 27027 Tourney Rd, Valencia, CA 91355-5386 Laboratory Director: Jon M Nakamoto M.D., Ph.D

**Key**
⬤ Priority Out of Range ▲ Out of Range

These results have been sent to the person who ordered the tests. Your receipt of these results should not be viewed as medical advice and is not meant to replace discussion with your doctor or other healthcare professional.
Quest, Quest Diagnostics, the associated logo, Nichols Institute, Interactive Insights and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third party marks - ® and ™ - are the property of their respective owners. Privacy policy can be found at: http://questdiagnostics.com/home/privacy-policy/online-privacy.html. © 2019

## C-REACTIVE PROTEIN

| Analyte | Value | |
|---|---|---|
| C-REACTIVE PROTEIN | 0.4 | Reference Range: <8.0 mg/L |

## SCL-70 ANTIBODY

UL Physicians

**ULP Neurology**
**401 E Chestnut St Ste 510**
**Louisville, KY 40202**
***Phone:****(502) 588-4800/****Fax:****(502) 588-4801*

**MRN:** 10000723135
**Encounter Date:** 02/06/2020 11:00AM
**Patient Information**
Keeta Fox

**DOB:**
**Phone: (H)**

**Patient's Name: Keeta Fox**
**Patient's DOB:**

**Neurology Consultation**

## Chief Complaint

Keeta Fox is a 53 year old, female seen for an evaluation of Possible ALS, she is self-referred.

## History of Present Illness

Ms. Keeta Fox is seen today as a new patient in the ULP Neuromuscular Clinic for multiple somatic complaints, some of which may be neurological. Patient accompanied by her husband who provides supplemental history and a 4 paged typed synopsis of her symptoms. Back in 2017, patient saw cardiology for episodes of heart palpitations and chest pain (to touch). ECHO/stress testing was negative at that time. Episode recurred in 6/29/2019 and again in 12/5/2019. She saw cardiology again for the most recent episode and cardiac testing once again came back negative. She underwent a CT chest which showed mild pulmonary fibrosis. This caused a significant increase in anxiety and increased SOA, which was made worse with worsening anxiety. Around the time she was told the result of the first CT she began noticing tingling in her legs up to above knees and arms up to mid-forearm (symmetric). The tingling was constant, but seemed to calm when she wasn't focusing on it or with activity. About 2 weeks ago, the tingling transitioned to serial muscle twitching and a sensation like her great toes are being "pulled." She appreciates serial twitching in her right foot (EDB) and the posterior aspect of both upper arm, left worse than right. She did a internet search for her symptoms and now worried she has ALS.

Twitching remains essentially unchanged: still present in her right foot and posterior upper arms, left worse than right. She thought she stopped drinking caffeine, but has actually been drinking 4-5 caffeinated waters/day (~12 oz each and 55 mg/each). Has generalized subjective muscle weakness. No muscle cramping or spasms.

Other complaints include cold chills (no fever), weight loss d/t decreased appetite and nausea and vomiting. Nausea and vomiting occurs with increased anxiety. She has blurred vision, dry eyes, headaches, strained voice, belching, facial itching, and shortness of breath with stairs and with anxiety.

She notes having bowel "leakage for about 4-5 months. Saw GI specialist and was found to be negative for Celiac. Current being evaluated for SIBO by Dr. Krease. No bladder issues. Had a rash on her chest in December which resolved with prednisone. Prednisone also seemed to improve other symptoms in general. Patient has also seen rheumatologist, Dr. Stern, and ruled out rheumatologic causes for symptoms.

See review of symptoms for further details.

## Review of Systems

*(cont.)*
*Patient:* **Keeta R. Fox** *MRN:* **10000723135**

**General:** weight loss decreased appetite; 8 pounds , chills and fatigue , but no fever.
**Eyes:** visual impairment needs to wear "cheaters", blurred vision and dry eyes, but no diplopia.
**HEENT:** difficulty swallowing belching , headache occipital and voice feels strained; facial itching.
**Cardiovascular:** dizziness , chest pain to palpation and palpitations , but no hypertension.
**Respiratory:** chest pain , dyspnea with walking steps and anxiety and no orthopnea, but no cough.
**Gastrointestinal:** nausea , vomiting , dyspepsia , abdominal pain left flank, chronic , incontinence of bowel and bowel leakage
**Genitourinary:** urinary frequency , but continent of bladder
**Musculoskeletal:** muscle pain both great toes "pull" present for many years, but worse in the last 2 months. muscle weakness general
**Skin/Soft Tissue :** rash resolved with prednisone and change in skin color skin turns red on feet and hands with warm water .
**Neurologic:** The neurologic Review of Systems is contained in detail in the History of Present Illness above.
**Psychiatric:** depression , anxiety and sleep disturbances 4-5 hours/night .
**Endocrine:** no heat or cold intolerance.
**Hematologic/Lymphatic:** no unusual bleeding or bruising.

## Past Medical History

- History of Bilateral carpal tunnel syndrome (G56.03)
- History of Cervical spinal stenosis (M48.02)
- History of Multiple kidney stones (N20.0)
- History of Yeast infection (B37.9)

## Surgical History

- No history of surgery

## Family History

- Family history of diabetes mellitus (Z83.3)
- Family history of hypertension (Z82.49)
- Family history of rheumatoid arthritis (Z82.61)
- Family history of hypertension (Z82.49)
- Family history of malignant melanoma (Z80.8)
- Family history of bipolar disorder (Z81.8)
- Family history of depression (Z81.8)
- Family history of diabetes mellitus (Z83.3)
- Family history of suicide (Z81.8)
  - several members

## Social History

- College graduate
- Daily alcohol use
- High school graduate
- Lives independently with spouse
- Married
- Never a smoker
- Occupation
  - currently on FMLA; works Papa John Corporate controller (60-70 hr/week)
- Social alcohol use (Z78.9)

## Current Meds

1. Ambien 10 MG Oral Tablet; TAKE 1 TABLET AT BEDTIME AS NEEDED;
   Therapy: (Recorded:06Feb2020) to Recorded
   Dispense: 30 Days ; #:30 Tablet; Refill: 3; DAW = N; Record; Last Updated By: Ashburn, Anson; 2/6/2020 11:04:14 AM
2. clonazePAM 0.5 MG Oral Tablet; TAKE 1 TABLET Twice daily PRN seizure cluster

menses;
Therapy: (Recorded:06Feb2020) to Recorded
Dispense: 8 Days ; #:15 Tablet; Refill: 0; DAW = N; Record; Last Updated By: Ashburn, Anson; 2/6/2020 11:04:14 AM

3. hydrOXYzine HCl - 10 MG Oral Tablet; takes a couple times a month;
   Therapy: (Recorded:06Feb2020) to Recorded
   Dispense: 0 Days ; #: Sufficient Tablet; Refill: 0; DAW = N; Record; Last Updated By: Ashburn, Anson; 2/6/2020 11:04:14 AM
4. Ibuprofen 200 MG Oral Tablet; PRN;
   Therapy: (Recorded:06Feb2020) to Recorded
   Dispense: 0 Days ; #: Sufficient Tablet; Refill: 0; DAW = N; Record; Last Updated By: Ashburn, Anson; 2/6/2020 11:04:14 AM
5. Multi For Her TABS; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:06Feb2020) to Recorded
   Dispense: 0 Days ; #: Sufficient Tablet; Refill: 0; DAW = N; Record; Last Updated By: Ashburn, Anson; 2/6/2020 11:04:14 AM
6. Omeprazole 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE BY MOUTH DAILY;
   Therapy: (Recorded:06Feb2020) to Recorded
   Dispense: 30 Days ; #:30 Capsule; Refill: 5; DAW = N; Record; Last Updated By: Ashburn, Anson; 2/6/2020 11:04:14 AM
7. predniSONE 20 MG Oral Tablet; TAKE 1 TABLET 3 TIMES DAILY;
   Therapy: (Recorded:06Feb2020) to Recorded
   Dispense: 0 Days ; #: Sufficient Tablet; Refill: 0; DAW = N; Record; Last Updated By: Ashburn, Anson; 2/6/2020 11:04:14 AM
8. Promethazine HCl - 25 MG Oral Tablet; PRN;
   Therapy: (Recorded:06Feb2020) to Recorded
   Dispense: 0 Days ; #: Sufficient Tablet; Refill: 0; DAW = N; Record; Last Updated By: Ashburn, Anson; 2/6/2020 11:04:14 AM
9. Terconazole 0.8 % Vaginal Cream; PRN;
   Therapy: (Recorded:06Feb2020) to Recorded
   Dispense: 0 Days ; #: Sufficient X 20 GM Tube; Refill: 0; DAW = N; Record; Last Updated By: Ashburn, Anson; 2/6/2020 11:04:14 AM
10. traMADol HCl - 50 MG Oral Tablet; PRN;
    Therapy: (Recorded:06Feb2020) to Recorded
    Dispense: 0 Days ; #: Sufficient Tablet; Refill: 0; DAW = N; Record; Last Updated By: Ashburn, Anson; 2/6/2020 11:04:14 AM

**Allergies**
Aspirin TABS

**Vitals**

| | Recorded: 06Feb2020 10:52AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 144 lb 2 oz |
| BMI Calculated | 22.57 |
| BSA Calculated | 1.76 |
| Heart Rate | 82 |
| Systolic | 106 |
| Diastolic | 82 |
| Respiration | 16 |
| O2 Saturation | 96 |

**Physical Exam**

General appearance: Abnormal. (anxious; tearful) uncomfortable and appears tired.

*(cont.)*
*Patient:* **Keeta R. Fox** *MRN:* **10000723135**

Normocephalic .
Normal respiratory effort.
Peripheral pulses are equal and symmetric.
Skin inspection revealed no rashes or birthmarks.
Neurologic: Oriented to time, place and person. Intact recent and remote memory. Attention span and concentration are normal. Language, spontaneous speech and fund of vocabulary are normal. Fund of knowledge is normal. CNII: visual fields intact, no diplopia
Cranial Nerve III, IV, VI: Extraocular movements are full without nystagmus. Pupils are equal, round and reactive to light.
Cranial Nerve V: Normal facial sensation and strength of muscles of mastication.
Cranial Nerve VII: Facial movements are symmetric without weakness.
Cranial Nerve VIII: Auditory acuity is normal.
Cranial Nerve IX and X: Symmetric palatal movement.
Cranial Nerve XI: Sternocleidomastoid and trapezius are normal. No weakness.
Cranial Nerve XII: The tongue is midline without atrophy or fasciculations.
Muscoloskeletal/Motor: Normal muscle strength, tone, and bulk pes cavus and hammer toes bilaterally.
Involuntary Movements: Abnormal. (serial fasciculations noted in the right EDB; high frequency, low amplitude tremor in both hands, left worse than right) An intention tremor was observed on the left.
Examination of Sensation: Abnormal. (slightly reduced temperature sensation in the right forearm, intact at the right hand, slightly reduced temperature sensation in the dorsum of the right foot; intact to pinprick and vibration throughout. ; -Romberg )
Examination of Gait and Station: Normal. Walks on heel, toes and tandem without difficulty. Romberg negative.
Examination of Reflexes:
Abnormal. Deep tendon reflexes: right brachioradialis 1+right bicep 2+, left bicep 2+, right tricep 2+, left tricep 2+, left brachioradialis 2+, right patella 2+, left patella 2+, right ankle jerk 2+ and left ankle jerk 2+. Toes downgoing bilaterally .
Hoffman's sign absent bilaterally.
Coordination: Finger to nose test showed no dysmetria. Rapid alternating movements were normal.

## Results/Data

Reviewed:
LABS (1/8/2020)
Quantiferon NEG
DNA (DS) AB 7 (H-indeterminate)
myositis panel NEG
CMP WNL
cryoglobulin MEGATIVE
LUPUS NEG
ANCA NEG
CPK 47
C3 143/C4 31
SSA/B NEG
ACE 14
aldolase 4.3
CRP 0.4

LABS (12/23/19)
TSH 1.33
A1C 5.3%
RF <10
HLA B27 NEG
vitamin D 46.3
***ANA POSITIVE (1:160- homogeneous pattern) ALSO POSITIVE IN 6/14/2017***
sed 6

MRI BRAIN W/WO (1/30/2020
1. No acute intracranial abnormality, and no significant change from the prior exam. No imaging evidence of demyelinating disease.
2. Probable retention cyst partly visualized in the inferior left maxillary sinus, with no significant change from the prior exam.

*(cont.)*
*Patient:* **Keeta R. Fox** *MRN:* **10000723135**

MRI C-SPINE WO (1/22/2020) ** IMAGES VIEW DIRECTLY**
1. C5-6 Moderate (?) spinal stenosis. Severe right and moderate left foraminal stenosis.
2. At C4-5, mild spinal stenosis and moderate right >left foraminal stenosis
3. C6-7, mild spinal stenosis. Moderately severe right and mod left foraminal stenosis.
4. Straightening of the usual cervical lordosis.

MRI LUMBAR (1/22/2020)
1. L5-S1 5 mm central and slightly left paracentral disc extending a short distance inferiorly demonstrates no significant change. Disc touches, but does not definitely efface or displace the left S1 nerve root.
2. L4-5, 2-3 mm posterior and left posterolateral disc bulging is mildly increased from prior exam, with mild foraminal stenosis. Left greater than right ligamentum flavum hypertrophy and facet arthropathy.
CT CHEST HIGH RES/CT ABD (1/28/2020)
Stable CT chest from 12/17/2019. There is an area of lung lucency with associated bullae within the right lower lobe. May represent bronchial atresia however no associated bronchial abnormality leading to this location can be identified. Diverticulosis of the colon. No acute intra-abdominal abnormality. Hepatic cysts.

## Assessment/Impression

1. Paresthesias (R20.2)
2. Fatigue (R53.83)
3. Fasciculation (R25.3)
4. Weakness generalized (R53.1)
5. Anxiety (F41.9)

## Orders

**Anxiety, Fasciculation, Fatigue, Paresthesias, Weakness generalized**

- Drug Test, General Toxicology, Urine Q91359; Status:Active; Requested for:06Feb2020;

**Fasciculation, Fatigue, Heavy metal poison. screen, Paresthesias, Weakness generalized**

- Heavy Metals Evaluation (B) Q7655; Status:Active; Requested for:06Feb2020;

**Fasciculation, Fatigue, Paresthesias, Weakness generalized**

- CBC (Includes DIFF/PLT) Q6399; Status:Active; Requested for:06Feb2020;
- Comprehensive Metabolic Panel Q10231; Status:Active; Requested for:06Feb2020;
- Copper Q363; Status:Active; Requested for:06Feb2020;
- FTA-ABS Q4112; [Do Not Release]; Status:Active; Requested for:06Feb2020;
- HIV-1/2 Antigen and Antibodies, Fourth Generation, with Reflexes Q91431; [Do Not Release]; Status:Active; Requested for:06Feb2020;
- HTLV I/II Antibody, w/Reflex to Confirmatory Assay Q36175; Status:Active; Requested for:06Feb2020;
- Lyme Disease Antibody with Reflex to Blot (IgG, IgM) Q6646; Status:Hold For - Manual Activation; Requested for:06Feb2020;
- Protein Electrophoresis, with Total Protein and Reflex to IFE, Serum Q10269; Status:Active; Requested for:06Feb2020;
- PTH, Intact and Calcium Q8837; Status:Active; Requested for:06Feb2020;
- Vitamin B1 (Thiamine), Blood, LC/MS/MS Q5042; Status:Active; Requested for:06Feb2020;
- Vitamin B12 and Folate Q7065; Status:Active; Requested for:06Feb2020;
- Vitamin B6, Plasma Q926; Status:Active; Requested for:06Feb2020;
- Vitamin E (Tocopherol) Q931; Status:Active; Requested for:06Feb2020;

**SocHx: Never a smoker**

- Tobacco Use Screening; Status:Complete; Done: 06Feb2020

## Discussion/Summary

Patient/Family instructed to contact office for any questions, concerns or changes in neurological status.

Keeta Fox is a 53 yo LHWF seen today for multiple somatic complaints, some of which may be neurological.

*(cont.)*
*Patient:* **Keeta R. Fox** *MRN:* **10000723135**

Symptoms reportedly began in December with chest pain and palpitations. Symptoms progressed and worsened when CT chest revealed mild pulmonary fibrosis. She states that her "nerves" (anxiety) significantly worsened while waiting to have repeat CT chest. Around the that time she also started having other symptoms like facial itching, nausea and vomiting, dizziness, chills, blurred vision, and tingling in her limbs. About 2 weeks ago, tingling transitioned to muscle twitching which she reports occurs in her right foot (EDB) and the posterior aspect of both upper arms (L>R). On physical exam, patient is visible very anxious (shaking and tearful). She has no appreciable muscle weakness but has very high arches and mild hammer toes. EDB on right reveals serial muscle twitching. Temperature sensation reduced in the right forearm and dorsum of right foot. Intact to pinprick and vibration throughout. Reflexes 2+ throughout but reduced at right brachioradialis. No Hoffmann's and downgoing toes.

Because of the generalized muscle weakness and muscle twitching, patient is concerned she has ALS. She also noted a pulling sensation of both great toes (L>R) this has actually been present for many years, but seems to be worse more recently. Bowel leakage, paresthesias, and rash is not typical of ALS. Physical exam reveals of serial fasciculation at the right EDB and NO muscle weakness. No hyperreflexia or pathologic reflexes noted. Clinically, this does not look like ALS.

She does have neck pain and some reduced temperature sensation in her right forearm with 1+brachioradialis reflex. She also has pes cavus (her father had similar) and mild hammer toes bilaterally. I would like patient to have NCV/EMG to evaluate for cervical radiculopathy (C5-6?) and neuropathy.

Reviewed images of C-Spine directly revealing Moderate spinal stenosis at C5-6. Severe right and moderate left foraminal stenosis. May refer patient to NES for evaluation.

Paresthesias with near normal physical exam could as represent a small fiber neuropathy. If EMG/NCV WNL, may consider skin biopsy in future.

Will request EMG/NCV completed by Dr. Iyer within the last year (CTS).

Encouraged patient to stop crossing legs (habitual right over left). Compression of the peroneal nerve could lead to sensory deficit and foot drop.

Rheumatologic work up with Dr. Stern was unrevealing despite consitently elevated ANA (1:160). Will check labs today for possible causes of paresthesias. I am most interested in vitamin B12/B6/ and folate.

When reviewing her diet, patient eats minimal calories, likely not enough to sustain basal metabolic rate. Yesterday she reported eating 80 cal protein shake and mashed potatoes. She also thought she was avoiding caffeine, but when the label was read, she is actually drinking about 200-250 mg of caffeine/day. I would like her to increase water intake to 70-90 oz/day. She also should focus on a diet low in refined sugar and processed foods.

She has a strong family history of depression, anxiety, and bipolar disorder. Several of her family members (>6) died from suicide. I believe many of her symptoms could be made worse by extreme anxiety like nausea/vomiting, shortness of breath, and fatigue. Fasciculations can also increase with anxiety. She has a psychiatrist managing her anxiety medication, but she may benefit from more focus on cognitive behavioral therapy.

Over 120 minutes were spent with the patient and her husband with >50% of that time face to face discussing and counseling them about differential diagnosis, testing results, symptoms management, and the above recommendations. She will follow up in the neuromuscular clinic after testing complete to review results. The patient is encouraged to call the office in the meantime with any questions or concerns.

**Attestations**
This note does not require an Attending Attestation

**Signatures**
Electronically signed by : Johanna Harris, APRN; Feb 12 2020 10:13AM EST
Electronically signed by : Johanna Harris, APRN; Feb 12 2020 10:28AM EST

# University Neurologists, PSC

## CONSENT TO OPERATION/PROCEDURE

Patient Name: Keta Fox Procedure Date: 2-27-2020

*NOTE: Cross out any paragraph that does not apply or to which consent is not given.*

I, Anson Ashburn CMA hereby authorize Dr. Johanna Harris or his/her assistant(s) to perform upon Keta Fox (patient) the following operation/procedure: Skin Biopsy

If any unforeseen condition arises in the course of the operation calling for, in the physician's judgment, any different procedure(s)/technique(s) from those I have consented to, I further request and authorize him/her to perform whatever procedure/technique he/she deems necessary and advisable.

The nature and purpose of the operation/procedure, possible alternative methods of treatment, risks involved in the treatment/receipt of blood or blood product transfusion, and the possibility of complications have been explained to me by ____________ (physician). I acknowledge that no guarantee or assurance is made as to the results that may be obtained.

I consent to the administration of anesthetic agents to be applied by or under the direction of Dr. ____________ and to the use of such anesthetics as he/she may deem advisable and to the nature and purpose of the anesthesia. Possible alternative methods of its administration, the risks involved and the possibility of complications have been fully explained to me. I acknowledge that no guarantee or assurance has been made as to the results that may be obtained.

I authorize this hospital or members of its attending staff to retain, preserve and use for scientific or treatment purposes, or dispose of at their convenience and at their sole discretion any specimens or tissues removed from my body. I waive any interest I may have or have had in such specimens or tissues.

I consent to the taking and publication of any photographs in the course of this operation for the purpose of advancing medical knowledge. I also consent to the admittance of observers to the operating room.

I understand blood or blood component transfusion may be required during treatment/surgery. The risks and benefits of this therapy as well as alternatives to transfusion have been explained to me.

I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONSENT TO THE OPERATION/ PROCEDURE. I ALSO CERTIFY THAT THE EXPLANATIONS THEREIN REFERRED TO WERE MADE AND THAT ALL BLANKS OR STATEMENTS REQUIRING INSERTION OR COMPLETION WERE FILLED IN AND THAT I CROSSED OUT ANY PARAGRAPH WHICH DID NOT APPLY OR TO WHICH I DID NOT CONSENT BEFORE I SIGNED.

2-27-2020 3:30 ☐ a.m. ☒ p.m.
Date and Time

Keta Fox
Signature of Patient

If patient is a minor or incompetent to give consent:

____________
Signature of guardian/person authorized to consent for patient

____________
Relationship to patient

Anson Ashburn CMA
Witness Name and Date

____________
Witness Name and Date

UofL Physicians

## GENERAL CONSENT FORM

PATIENT NAME: Keeta Fox Date of Birth: [redacted]

**Payment**. I authorize University of Louisville Physicians, Inc. (UofL Physicians) to submit claims on my behalf directly to Medicare/Medicaid/my private health insurance carrier. This means that UofL Physicians will direct payment for supplies and services provided. I understand that I am financially responsible to the provider(s) for the charges not paid or payable. I authorize you to release any information necessary to insurance carriers regarding illnesses and treatment to process claims.

Initials: KRF

**Consent for Treatment**. I consent for UofL Physicians to administer treatments, tests and/or diagnostic tests to treat my/the patient's injury/illness on an outpatient basis. I acknowledge there is no guarantee as to the outcome of any treatment I/the patient receives. In compliance with state law, as part of the care to be given a test may be performed for human immunodeficiency virus infection (HIV/AIDS), hepatitis, or other blood-borne infectious or communicable diseases if the doctor, APRN, or Physician Assistant orders the test for diagnostic purposes because of my/the patient's medical history, symptoms, or conditions.

Initials: KRF

**Electronic Prescription**. I understand UofL Physicians utilizes electronic prescribing technology and participates with SureScripts. SureScripts operates the Pharmacy Health Information Exchange, which facilitates the electronic transmission of prescription information between providers and pharmacists. SureScripts also provides prescription data on any medications, known as medication history, which are prescribed to me/the patient.

Initials: KRF

**Cell Phone Calls/Text and Emails**. As a service to our patients, we provide a courtesy appointment reminder calls/text and possibly other important calls that may be placed using a prerecorded message. By providing your cell phone number, you consent to receiving such calls at this number. By providing your email address you acknowledge that you may receive health care surveys and other health care related communications. You understand this is not to be used for provider communication and that email is not secure and can be intercepted and used by unauthorized persons.

**Involvement of Others in Care**. I authorize UofL Physicians to provide and discuss my/the patient's care and medical needs with the following persons:

| Name | Date of Birth | Relationship | Phone |
|---|---|---|---|
| Dane Fox | [redacted] | Husband | [redacted] |
| | | | |
| | | | |
| | | | |

**Patient Rights and Responsibilities**

I acknowledge receipt of the Patient Rights and Responsibilities ✓ Declined____

**Notice of Privacy Practices**

I acknowledge receipt of the Notice of Privacy Practices ✓ Declined____

**Minor Patient Photograph**

I consent for UofL Physicians to photograph the patient for identification purposes only ✓ Declined____

Keeta Fox 2/6/2020

**Patient/Parent/Legal Guardian/Legal Authorized Representative Signature** **Date**

**If Parent/Legal Guardian/Legal Authorized Representative, Print Name** ____________

REG-03
Revised January 30, 2017

ULP Neurology
401 E Chestnut St, Ste 510
Louisville,KY 40202
(502) 588-4800

---

**CONFIDENTIAL PATIENT INFORMATION**

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity name below.

**Date:** 07/31/2020
**Pages:** 53

**To:** Lincoln Financial
**Fax Number:** (213)884-4921

**From:** ULP Neurology (ULP Neurology)
**Phone:** (502) 588-4800

**Comment:**

**CONFIDENTIALITY NOTE**

This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone. Then either destroy this fax or return it to us by mail. Thank you.

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

UNIVERSITY OF LOUISVILLE PHYSICIANS
401 E CHESTNUT ST STE 510
ATTN: MEDICAL RECORDS
LOUISVILLE, KY 40202

Date: Jul 29, 2020

**Re: Long Term Disability Benefits**
Claim# 6759504 10310112
Claimant: FOX, KEETA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: UNI763

Dear MR option 6,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From January 1, 2020 to Present**
**MRS JOHANNA HARRIS NP - Seen By: UNIVERSITY OF LOUISVILLE PHYSICIANS**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Leizl Olanda
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

6759504

RPID: 6759504

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) Keeta Fox Relationship self

Signature of claimant or legal representative DocuSigned by: Keeta Fox 4CD5F6DC426741B...

Date of Birth: ______ Claim Number: 9761441 Date: 2/6/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 6759504

## Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | FOX, KEETA |
| RP ID: | 6759504 |
| Access Code: | UNI763 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 6759504

# Quality Assurance Report

## Request Information

Report Date: August 3, 2020

**RP ID:** 6759504

Patient Name: FOX, KEETA

Provider Name: UNIVERSITY OF LOUISVILLE PHYSICIANS

## Quality Assurance Information

Scope Requested: **From January 1, 2020 to Present**

Special Request:
MRS JOHANNA HARRIS NP - Seen By: UNIVERSITY OF LOUISVILLE PHYSICIANS

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: PBERM

**From:**Bloom, Kali
**Sent:**Tue, 4 Aug 2020 14:17:08 +0000
**To:**Castagno Iii, Vincent
**Cc:**Cram, Brian
**Subject:**Papa Johns FW: Update on Ms. Fox

Good Morning –

Could you please read through the below and advise? We need to make sure that any outreaches to Anna Stone cease effective immediately –

Thank you for your review and reply, I greatly appreciate it!



Kali Bloom
Senior Account Manager
Group Protection
Lincoln Financial Group

531-375-4092 - Office
412-742-3913 - Mobile

LincolnFinancial.com

Follow us on:




---

**From:** Sharon Kremer <Sharon_Kremer@papajohns.com>
**Sent:** Tuesday, August 4, 2020 10:00 AM
**To:** Bloom, Kali <Kali.Bloom@lfg.com>
**Subject:** Update on Ms. Fox

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Kali:

Just wanted to touch base regarding Keeta Fox's LTD claim review. She reached out to me over the weekend w/ some concerns that I felt obligated to pass along. She noted that she was interviewed last week by Vince Castagno (LTD Case Manager), and tried to make it clear that she is no longer seeing Anna Stone (functional nurse practitioner). She indicated that she had asked Vince to communicate with Greg Potts (PCP and "care coordinator"), along with Jamie Kemp (Cardiologist) and Dr. Young w/ the Cleveland Clinic. However, after her call with Vince, someone from Lincoln reached out again to Ms. Stone. According to Ms. Fox, Anna Stone charges her $200/hour every time she is asked to prepare disability related documentation. Ms. Fox indicated that she would hope Lincoln will discontinue their outreach to her and contact the previously noted providers as she cannot continue to pay for Ms. Stone's services.

She went on to say that she'll be moving away from Ms. Stone in the near future (she does not know it yet) and making Cleveland Clinic her primary for the specialized integrative medical services. They agreed with Ms. Stone's preliminary diagnosis and treatment plan and have all of her visit notes. However, they can only see her every 8 weeks for 1/2 hour at a time (assuming due to COVID).

There may be other providers in the mix as there are other referrals in play, but she shared all of this info w/ Vince. Just hoping this email will help discontinue Lincoln's outreach to Ms. Stone and redirect to Ms. Fox's current providers.

Thank you for your consideration!

PIZZA PAPA JOHN'S

SHARON KREMER
Director of Benefits

**Office:** 502.261.4614
**Mobile:** 502.594.2885
**Email:** sharon_kremer@papajohns.com

**Web:** www.papajohns.com
**Address:** 2002 Papa John's Blvd, Louisville, KY 40299

---------- This communication is intended only for the use of the individual or entity named as the addressee. It may contain information that is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via email and delete this communication and its attachments without making any copies. Thank you for your cooperation.----------

ReleasePoint

## Medical Record Overview

**Date:** **July 30, 2020**

**Patient Name:** FOX, KEETA

**Records From:** DR GREGORY POTTS
1169 EASTERN PARKWAY SUITE G58
LOUSVILLE, KY 40217
(502) 452-9567

**Request Scope:** From January 1, 2020 to Present

**Chart Range:** 01/16/2020 - 07/29/2020

**RP ID:** 6754143

**Client ID:** 10310112

**Source:** L-TCMS

**Req By:** V CASTAGNO
V CASTAGNO

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 16 2020 | Jul 29 2020 | 17 | 2 |
| Labs/Diagnostics | Jan 20 2020 | Feb 21 2020 | 3 | 19 |
| Non Medical/Other | | | 3 | 22 |
| Request Correspondence | | | 5 | 25 |
| | | **Total Page Count:** | 28 | |

**Notes From QC:**

used cb date on pgs 2-4

To: LINCOLN FINANCIAL

# Gastroenterology HEALTH PARTNERS

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

| | | | |
|---|---|---|---|
| **Date:** | 8/5/2020 10:15 AM | | |
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (53) |
| **Provider:** | MICHAEL KREASE, DO | | |
| **Referring Physician:** | GREGORY J. POTTS, MD<br>2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393<br>(502) 240-5900 (phone)<br>(502) 240-5905 (fax) | | |

**TELEMEDICINE FOLLOW UP VISIT: This visit was completed via telemedicine due to the coronavirus pandemic, for which the patient has given verbal consent.**

**Start Video Time:**

[Start Video Time]

**Stop Video Time:**

[Stop Video Time]

**Chief Complaint:**

**History of Present Illness:**

[ROS Wording]

**Past Medical History**

**Medical Conditions:** abd pain left sided
Anxiety disorder
Arthritis
Back pain
candida glabrata diagnosis given 01/2020
Candidal vulvovaginitis - since 09/2019 - current
Candidiasis of mouth - 11/2019 - current
cervix dysplasia
Colon Polyps
Depression
Fibrosis of lung - right side - mild
Hemorrhoids
Kidney Stones
neuropathy fingers and toes
Osteoarthritis
Stenosis of cervix
Stomach Ulcer

**Surgical Procedures:** No Prior Procedures

**Dx Studies:** Colonoscopy, 04/04/2018
Colonoscopy, 4/4/2018, Moderate diverticulosis of the sigmoid colon, Polyp (6 mm) in the proximal ascending colon. (Polypectomy), Polyp (7 mm) in the mid-ascending colon.

(Polypectomy), Grade/Stage II internal hemorrhoids and There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal. BBPS 3/3/3=9
CT Abdomen, 09/12/2017
EGD, 2/21/2020, Normal mucosa in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. (Biopsy), Normal mucosa in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. (Biopsy H-Pylori) and Normal mucosa in the duodenum. (Biopsy)
EGD, 04/04/2018
EGD, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Medications:** Ambien 10 mg Take 1 tablet by mouth at bedtime
clonazepam 0.5 mg Take 2-3 tablet by mouth a month
duloxetine 60 mg Take 1 capsule by mouth once a day
duloxetine 30 mg Take 1 capsule by mouth once a day WITH A 60 MG TABLET
ibuprofen 200 mg Take 1 capsule by mouth twice a day as needed
Mag Glycinate 100 mg Take 2 tablet by mouth once a day
progesterone micronized 200 mg Take 1 capsule by mouth once a day
promethazine 25 mg Take 1 tablet by mouth twice a day as needed
tramadol 50 mg Take 1 tablet by mouth as needed
vitamin A palmitate 15,000 unit Take 2 tablet by mouth once a day

**Allergies:** aspirin - unsure
butalbital-acetaminop-caf-cod - Minimal - stayed up all night

**Immunizations:** Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

## Social History

**Alcohol:** Heavy (multiple drinks daily). Moderate (1 drink daily).

**Tobacco:** Never smoker

**Drugs:** None

**Exercise:** 1-2 Times per Week.

**Caffeine:**

**Marital Status:** Married

**Occupation:** SVP Finance, Papa Johns

**Family History:** No history of Colon Polyps, Crohn's Disease, Gastric Cancer, GI Cancer, Liver Disease, Pancreatitis, Stomach Cancer, Ulcerative Colitis
**Brother:** Diagnosed with Pancreatitis/Pancreatic Cancer;
**Grandmother:** Diagnosed with Colon Cancer, Colon Cancer - what age 70's;

## Review of Systems:

**Allergic/Immunologic:** *Denies* persistent infections, HIV exposure, strong allergic reactions or urticaria.
**Cardiovascular:** *Denies* ankle swelling, chest pain, irregular heart beat, shortness of breath.
**Constitutional:** *Denies* fatigue, fever, loss of appetite, weight loss, weight gain.
**ENMT:** *Denies* hearing loss, hoarseness, sore throat, nose bleeds.
**Endocrine:** *Denies* excessive thirst, cold intolerance, heat intolerance.
**Eyes:** *Denies* light sensitivity, eye pain, visual decline.
**Gastrointestinal:** *Complains of* **belching**, **bloating**, **constipation**, **difficulty swallowing**, **painful swallowing**, **flatulence/rectal gas**. *Denies* abdominal pain, black stools, change in bowel habits, diarrhea, heartburn/reflux, mucous in stools, nausea, painful stools, rectal bleeding, rectal protusions, rectal urgency, soiling/incontinence, vomiting, vomiting with blood.
**Genitourinary:** *Denies* blood in urine, burning urination.
**Hematologic/Lymphatic:** *Denies* easy bruising, prolonged bleeding, abnormal blood clotting.
**Integumentary:** *Denies* itching, jaundice, rash, suspicious lesions.
**Musculoskeletal:** *Denies* back pain, joint pain, muscle pain.
**Neurological:** *Denies* dizziness, fainting, frequent headaches, loss of consciousness.
**Psychiatric:** *Denies* anxiety/panic, depression, difficulty sleeping.

**Respiratory:** *Denies* coughing blood, chronic cough, painful breathing.

**Vital Signs:**

| Weight (lbs/oz) | Height (ft/in) | BMI |
|---|---|---|
| 143 / | 5 / 7 | 22.39 |

**Physical Exam:**

**Diagnosis:**

**Impression:**

**Plan:**

**Risk & Medical Necessity:** Diagnosis and management options are Minimal. The amount of data reviewed and/or ordered is Minimal/None. The level of risk is Minimal.

**Notes:**

**This visit was rendered via real-time interactive audio and video telecommunications system, as a synchronous telemedicine service. We deemed this necessary given the current public health emergency and patient safety.**

MICHAEL KREASE, DO

To: LINCOLN FINANCIAL

# Gastroenterology HEALTH PARTNERS

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

**Date:** 5/22/2020 11:15 AM

**Patient Name:** **KEETA R. FOX** **Gender:** Female
**Account #:** EAST14968 **DOB (age):** (53)

**Provider:** MICHAEL KREASE, DO

**Referring Physician:** GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**TELEMEDICINE FOLLOW UP VISIT: This visit was completed via telemedicine due to the coronavirus pandemic, for which the patient has given verbal consent.**

**Chief Complaint:** GI issues

## History of Present Illness:

5/22/2020 KEETA FOX 53 11/6/1966 was contacted for telemedicine visit. 2 identifiers were used to identify the patient. Ms. Fox is a 53F following up regarding numerous GI issues. She was last seen in February of this year. The time she was having a lot of issues including diarrhea abdominal pain and dysphagia. She did have an EGD in February with empiric dilation. No stricture is noted. She did have a lot of retained food in her stomach as well. Since then she has been to Mayo Clinic. She was largely disappointed with them. She states she was diagnosed with chronic sensitization syndrome and that she would need to see a pain clinic. She was unsatisfied with this. Around that time in March she also began to have black stools. The Mayo Clinic wanted to set her up for an EGD and colonoscopy however she was traveling back to Kentucky. The black stools have since stopped. She is taking amitiza once daily for her constipation and it seems to be helping.

Couple of months ago she began seeing a natural medicine nurse practitioner. After thorough stool and urine evaluation she has been diagnosed with Mold illness disease. She is currently living in a hotel. She believes that she has mold in her house and her car. She is followed with rheumatologist to his told her to sell her house.

She is currently on the keto diet at the recommendation of her natural medicine nurse practitioner.

She has an upcoming appointment next week with the Cleveland clinic.

## Past Medical History

**Medical Conditions:** abd pain left sided
Anxiety disorder
Arthritis
Back pain
candida glabrata diagnosis given 01/2020
Candidal vulvovaginitis - since 09/2019 - current
Candidiasis of mouth - 11/2019 - current
cervix dysplasia
Colon Polyps
Depression
Fibrosis of lung - right side - mild
Hemorrhoids
Kidney Stones

neuropathy fingers and toes
Osteoarthritis
Stenosis of cervix
Stomach Ulcer

**Surgical Procedures:** No Prior Procedures

**Dx Studies:** Colonoscopy, 04/04/2018
Colonoscopy, 4/4/2018, Moderate diverticulosis of the sigmoid colon, Polyp (6 mm) in the proximal ascending colon. (Polypectomy), Polyp (7 mm) in the mid-ascending colon. (Polypectomy), Grade/Stage II internal hemorrhoids and There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal. BBPS 3/3/3=9
CT Abdomen, 09/12/2017
EGD, 2/21/2020, Normal mucosa in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. (Biopsy), Normal mucosa in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. (Biopsy H-Pylori) and Normal mucosa in the duodenum. (Biopsy)
EGD, 04/04/2018
EGD, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Medications:** Ambien 10 mg Take 1 tablet by mouth at bedtime
Amitiza 24 mcg Take 1 tablet by mouth twice a day with meals for 30 days
clonazepam 0.5 mg Take 2-3 tablet by mouth a month
Cymbalta 60 mg 1 daily
estradiol 0.05 mg/24 hr Apply as needed
Ibuprofen 200 mg Take 1 capsule by mouth as needed
nystatin 100,000 unit/mL
progesterone micronized 200 mg Take 1 capsule by mouth once a day
promethazine 25 mg Take 1 tablet by mouth twice a day as needed
tramadol 50 mg Take 1 tablet by mouth as needed

**Allergies:** aspirin - unsure
butalbital-acetaminop-caf-cod - Minimal - stayed up all night

**Immunizations:** Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

## Social History

**Alcohol:** Heavy (multiple drinks daily). Moderate (1 drink daily).

**Tobacco:** Never smoker

**Drugs:** None

**Exercise:** 1-2 Times per Week.

**Marital Status:** Married

**Occupation:** SVP Finance, Papa Johns

**Family History:** No history of Colon Polyps, Crohn's Disease, Gastric Cancer, GI Cancer, Liver Disease, Pancreatitis, Stomach Cancer, Ulcerative Colitis
**Brother:** Diagnosed with Pancreatitis/Pancreatic Cancer;
**Grandmother:** Diagnosed with Colon Cancer, Colon Cancer - what age 70's;

## Review of Systems:

**Allergic/Immunologic:** *Denies* persistent infections, HIV exposure, strong allergic reactions or urticaria.
**Cardiovascular:** *Denies* ankle swelling, chest pain, irregular heart beat, shortness of breath.
**Constitutional:** *Denies* fatigue, fever, loss of appetite, weight loss, weight gain.
**ENMT:** *Denies* hearing loss, hoarseness, sore throat, nose bleeds.
**Endocrine:** *Denies* excessive thirst, cold intolerance, heat intolerance.
**Eyes:** *Denies* light sensitivity, eye pain, visual decline.
**Gastrointestinal:** *Complains of* **change in bowel habits**, **constipation**. *Denies* abdominal pain, belching, black stools, bloating, diarrhea, difficulty swallowing, painful swallowing, flatulence/rectal gas, heartburn/reflux, mucous in stools, nausea, painful stools, rectal bleeding, rectal protusions, rectal urgency, soiling/incontinence, vomiting, vomiting with blood.

**Genitourinary:** *Denies* blood in urine, burning urination.
**Hematologic/Lymphatic:** *Denies* easy bruising, prolonged bleeding, abnormal blood clotting.
**Integumentary:** *Denies* itching, jaundice, rash, suspicious lesions.
**Musculoskeletal:** *Denies* back pain, joint pain, muscle pain.
**Neurological:** *Denies* dizziness, fainting, frequent headaches, loss of consciousness.
**Psychiatric:** *Denies* anxiety/panic, depression, difficulty sleeping.
**Respiratory:** *Denies* coughing blood, chronic cough, painful breathing.

**Vital Signs:**

| Weight (lbs/oz) | Height (ft/in) | BMI |
|---|---|---|
| 143 / | 5 / 7 | 22.39 |

**Physical Exam:**

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.
*Communication:* normal speech patterns.
*Other:* Details.

**Skin:**

*Inspection:* no rashes, ulcers, icterus or other lesions; no clubbing or telangiectasias.

**Head/face:**

*Inspection:* no appearance of head trauma, normocephalic.
*Palpation:* no pain, normal range of motion.

**Respiratory:**

*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.

**Psychiatric:**

*Judgment/insight:* within normal limits.
*Memory:* within normal limits for recent and remote events.
*Mood and affect:* Mood and affect are appropriate, no agitation.

**Diagnosis:**

Bloating
Change in Bowel Habits
Dysphagia
Irritable bowel syndrome

**Impression:**

53F with numerous GI issues with no unifying diagnosis found thus far. Extensive evaluation that includes the Mayo Clinic. Her nurse practitioner has now diagnosed her with mold illness disease and she is currently living in a hotel room and on the keto diet. She also tried cholestyramine to help with this as well. She has an upcoming appointment with Cleveland clinic. She will have labs sent over to us from her nurse practitioner. She has received the lactose breath test for small intestinal bacterial overgrowth and she will repeat this. Her black stools have resolved. Follow-up in 3 months.

**Plan:** Follow up in 3 months

**Risk & Medical Necessity:** Diagnosis and management options are Multiple. The amount of data reviewed and/or ordered is Moderate. The level of risk is Moderate.

**This visit was rendered via real-time interactive audio and video telecommunications system, as a synchronous telemedicine service. We deemed this necessary given the current public health emergency and patient safety.**

MICHAEL KREASE, DO
Electronically signed on 5/22/2020 11:21:17 AM by MICHAEL KREASE, DO

Louisville Endoscopy Center

*1400 POPLAR LEVEL RD*
*LOUISVILLE, KY 40217*
*PH: (502) 636-2003*
*FAX: (502-636-4032)*

# EGD Report

| | | | |
|---|---|---|---|
| **Date:** | 2/21/2020 7:30 AM | | |
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (53) |
| **Endoscopist(s):** | MICHAEL KREASE, DO | **Instrument(s):** | GIF 867*(GIF H180J 0867) |


upper third of the esophagus


lower third of the esophagus


retained food in stomach


stomach antrum


pylorus


duodenal bulb


second part of the duodenum


retroflexed view of the cardia


incisura


middle third of the esophagus


upper third of the esophagus

| | |
|---|---|
| **Referring Physician:** | GREGORY J. POTTS, MD<br>2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393<br>(502) 240-5900 (phone)<br>(502) 240-5905 (fax) |
| **PCP:** | GREGORY J. POTTS, MD |
| **Anesthesia Provider:** | Bessie Christensen, CRNA |
| **Nurse(s):** | Lisa Courtney, RN (Pre-op phone call)<br>Amanda Carter, RN (Pre-Procedure)<br>Louise Shadwick, RN (Post-Procedure) |
| **Staff:** | Kristine Sledge-Delk, RN (Intra-Procedure)<br>John Nicholas, Endo Tech |
| **ASA Class:** | P2 - 2/21/2020 7:18 AM Bessie Christensen, CRNA |

**History of Present Illness:**

Ms. Fox is a 53F presenting for follow-up evaluation. Since her last visit she is been having some new issues. She was diagnosed with oral candidiasis about 4 days ago. Her primary care physician has put her on nystatin swish and swallow. She now is having some trouble swallowing. She denies pain with swallowing. She denies food getting stuck, she does feel however that things are going down normally. She also has vaginal candidiasis and is worried that she could've candida all over.

She has no appetite. She has lost about 10 pounds. She has some dry heaves. She has no blood in her vomit. She has no blood in her stools.

She had an EGD and colonoscopy in 2018. She was found have a fundic gland polyp in the fundus of her stomach.

**Administered Medications:** lidocaine 50 mg IV
propofol 500 mg IV

**Indications:** Dysphagia: 787.20 - R13.10

**Vital Signs:**

| *Weight (lbs/oz)* | *Height (ft/in)* | *BMI* |
|---|---|---|
| 143 / | 5 / 7 | 22.39 |

| *BP (mmHg)* | *Pulse (ppm)* | *Rhythm* | *Resp/min* | *Temp* | *SPO2 (%)* |
|---|---|---|---|---|---|
| 108/72 | 81 | Regular | 14 | 98.9 (F) | 98 |

**Physical Exam:**

*Physical exam was performed prior to anesthesia on 2/21/2020 at 7:21 AM.*

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.

**Respiratory:**

*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.
*Auscultation:* normal breath sounds; no rubs, wheezes, rales or rhonchi.

**Cardiovascular:**

*Auscultation:* normal rhythm, S1 and S2; no rubs, murmurs or gallop.

**Gastrointestinal/Abdomen:**

*Abdomen:* nontender, nondistended, with normoactive bowel sounds, and no masses or guarding, no resonance or tympany.
*Liver/Spleen:* no hepatosplenomegaly.

**Psychiatric:**

*Judgment/insight:* within normal limits.
*Mood and affect:* Mood and affect are appropriate, no agitation.

**Procedure:**

The procedure, indications, preparation and potential complications were explained to the patient, who indicated understanding and signed the corresponding consent forms. MAC Anesthesia was administered by the nurse anesthetist. Continuous pulse oximetry, blood pressure, and cardiac monitoring was done. Supplemental oxygen was used. Patient was placed in left lateral decubitus position and bite block secured in mouth. The endoscope was introduced through mouth and advanced under direct visualization until second part of the duodenum reached. The Z-line was noted at 41 centimeters. Patient tolerance to the procedure was good. The procedure was not difficult.

**Limitations/Complications:** There were no apparent limitations or complications

**Findings:**

| | | |
|---|---|---|
| *Esophagus* | *Mucosa* | Normal mucosa was noted in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. Cold forceps biopsies of the lower, middle, and upper esophagus were performed. |
| *Stomach* | *Mucosa* | Normal mucosa was noted in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. Cold forceps biopsies were performed for H. pylori |

| | | |
|---|---|---|
| | | assessment in the stomach antrum. IHC will be performed if indicated based on pathologists interpretation. |
| *Duodenum* | *Mucosa* | Normal mucosa was noted in the whole duodenum. Cold forceps biopsies were performed. |

**Impressions:**

- Normal mucosa in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. (Biopsy).
- Normal mucosa in the duodenum. (Biopsy).
- Normal mucosa in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. (Biopsy H-Pylori).

**Plan:** Patient to call office for pathology results in 7-10 days, (502) 452-9567
Biopsies were taken to rule out the presence of a bacterial stomach infection called Helicobacter pylori. If found on biopsy, antibiotics may be prescribed.
Significant amount of retained food noted in stomach, suspect a component of gastroparesis.
Continue neurologic workup for etiology of her other symptoms.

**Samples:**

Jar # 1 :
Biopsy in the second part of the duodenum
Findings: Normal, R/O Celiac Sprue
Test(s) requested: Histology

Jar # 2 :
Biopsy in the duodenal bulb
Findings: Normal, R/O Celiac Sprue
Test(s) requested: Histology

Jar # 3 :
Biopsy in the stomach antrum and stomach body
Findings: Normal, R/O H pylori
Test(s) requested: Histology

Jar # 4 :
Biopsy in the lower third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

Jar # 5 :
Biopsy in the upper third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

Jar # 6 :
Biopsy in the middle third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

**Pathology:** Pathology was sent to lab; patient will be notified via patient portal, mail or phone call.

MICHAEL KREASE, DO
Electronically signed on 2/21/2020 8:01:23 AM by MICHAEL KREASE, DO

To: LINCOLN FINANCIAL

Louisville Gastroenterology Associates, LLC
Gastroenterology • Liver Diseases • Gastrointestinal Endoscopy

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

**Date:** 2/19/2020 1:15 PM

**Patient Name:** **KEETA R. FOX** **Gender:** Female

**Account #:** EAST14968 **DOB (age):** (53)

**Provider:** MICHAEL KREASE, DO

**Referring Physician:** GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**Chief Complaint:** dysphagia

**History of Present Illness:**

2/19/2020 KEETA FOX 53 11/6/1966 was seen in our Medical Arts office today for a follow up visit. Ms. Fox is a 53F presenting for follow-up evaluation. Since her last visit she is been having some new issues. She was diagnosed with oral candidiasis about 4 days ago. Her primary care physician has put her on nystatin swish and swallow. She now is having some trouble swallowing. She denies pain with swallowing. She denies food getting stuck, she does feel however that things are going down normally. She also has vaginal candidiasis and is worried that she could've candida all over.

She has no appetite. She has lost about 10 pounds. She has some dry heaves. She has no blood in her vomit. She has no blood in her stools.

She had an EGD and colonoscopy in 2018. She was found have a fundic gland polyp in the fundus of her stomach.

**Past Medical History**

**Medical Conditions:** abd pain left sided
Anxiety disorder
Arthritis
Back pain
cervix dysplasia
Colon Polyps
Depression
Hemorrhoids
Kidney Stones
neuropathy fingers and toes
Osteoarthritis
Stomach Ulcer

**Surgical Procedures:** No Prior Procedures

**Dx Studies:** Colonoscopy, 04/04/2018
Colonoscopy, 4/4/2018, Moderate diverticulosis of the sigmoid colon, Polyp (6 mm) in the proximal ascending colon. (Polypectomy), Polyp (7 mm) in the mid-ascending colon. (Polypectomy), Grade/Stage II internal hemorrhoids and There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal.
BBPS 3/3/3=9
CT Abdomen, 09/12/2017
EGD, 04/04/2018

EGD, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Medications:** Ambien 10 mg Take 1 tablet by mouth at bedtime
clonazepam 0.5 mg Take 2-3 tablet by mouth a month
duloxetine 30 mg Take 1 capsule by mouth once a day
estradiol 0.05 mg/24 hr Apply as needed
ibuprofen 200 mg Take 1 capsule by mouth as needed
nystatin 100,000 unit/mL
progesterone micronized 200 mg Take 1 capsule by mouth once a day
promethazine 25 mg Take 1 tablet by mouth twice a day as needed
tramadol 50 mg Take 1 tablet by mouth as needed

**Allergies:** aspirin - unsure
BUTALBITAL

**Immunizations:** Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

**Social History**

**Alcohol:** Heavy (multiple drinks daily). Moderate (1 drink daily).

**Tobacco:** Never smoker

**Drugs:** None

**Exercise:** 1-2 Times per Week.

**Marital Status:** Married

**Occupation:** SVP Finance, Papa Johns

**Family History:** No history of Colon Polyps, Crohn's Disease, Gastric Cancer, GI Cancer, Liver Disease, Pancreatitis, Stomach Cancer, Ulcerative Colitis
**Brother:** Diagnosed with Pancreatitis/Pancreatic Cancer;
**Grandmother:** Diagnosed with Colon Cancer, Colon Cancer - what age 70's;

**Review of Systems:**

**Allergic/Immunologic:** *Denies* persistent infections, HIV exposure, strong allergic reactions or urticaria.
**Cardiovascular:** *Complains of* **shortness of breath**. *Denies* ankle swelling, chest pain, irregular heart beat.
**Constitutional:** *Complains of* **fatigue**, **loss of appetite**, **weight loss**. *Denies* fever, weight gain.
**ENMT:** *Complains of* **hoarseness**. *Denies* hearing loss, sore throat, nose bleeds.
**Endocrine:** *Complains of* **cold intolerance**, **heat intolerance**. *Denies* excessive thirst.
**Eyes:** *Complains of* **light sensitivity**, **visual decline**. *Denies* eye pain.
**Gastrointestinal:** *Complains of* **belching**, **change in bowel habits**, **difficulty swallowing**, **flatulence/rectal gas**, **nausea**, **vomiting**. *Denies* abdominal pain, black stools, bloating, constipation, diarrhea, painful swallowing, heartburn/reflux, mucous in stools, painful stools, rectal bleeding, rectal protusions, rectal urgency, soiling/incontinence, vomiting with blood.
**Genitourinary:** *Denies* blood in urine, burning urination.
**Hematologic/Lymphatic:** *Denies* easy bruising, prolonged bleeding, abnormal blood clotting.
**Integumentary:** *Complains of* **itching**, **rash**. *Denies* jaundice, suspicious lesions.
**Musculoskeletal:** *Complains of* **muscle pain**. *Denies* back pain, joint pain.
**Neurological:** *Denies* dizziness, fainting, frequent headaches, loss of consciousness.
**Psychiatric:** *Complains of* **anxiety/panic**, **depression**, **difficulty sleeping**. .
**Respiratory:** *Denies* coughing blood, chronic cough, painful breathing.

**Vital Signs:**

| BP (mmHg) | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min |
|---|---|---|---|---|
| 118/76 | 142 / | 5 / 7 | 22.24 | 16 |

**Physical Exam:**

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.
*Communication:* normal speech patterns.

**Skin:**

| | |
|---|---|
| *Inspection:* | no rashes, ulcers, icterus or other lesions; no clubbing or telangiectasias. |
| **Head/face:** | |
| *Inspection:* | no appearance of head trauma, normocephalic. |
| **Eyes:** | |
| *Conjunctivae/lids:* | normal conjunctivae and lids. |
| **ENMT:** | |
| *External:* | normal external inspection of ears and nose. |
| **Neck:** | |
| *Neck:* | normal motion, central trachea. |
| *Thyroid:* | normal size, consistency and position; no masses or tenderness. |
| **Respiratory:** | |
| *Effort:* | normal chest excursion; no intercostal retraction or accessory muscle use. |
| *Auscultation:* | normal breath sounds; no rubs, wheezes, rales or rhonchi. |
| **Cardiovascular:** | |
| *Auscultation:* | normal rhythm, S1 and S2; no rubs, murmurs or gallop. |
| *Carotids:* | normal pulse amplitude and rhythm, symmetrical; no bruits. |
| **Gastrointestinal/Abdomen:** | |
| *Abdomen:* | nontender, nondistended, with normoactive bowel sounds, and no masses or guarding, no resonance or tympany. |
| *Liver/Spleen:* | no hepatosplenomegaly. |
| *Hernias:* | no hernias appreciated. |
| **Musculoskeletal:** | |
| *Gait/station:* | normal gait and station. |
| *Digits/nails:* | no clubbing, cyanosis, petechiae or other inflammatory conditions. |
| *RUE - Inspection/palpation:* | no deformities. |
| *LUE - Inspection/palpation:* | no deformities. |
| *RLE - Inspection/palpation:* | no deformities. |
| *LLE - Inspection/palpation:* | no deformities. |
| **Psychiatric:** | |
| *Judgment/insight:* | within normal limits. |
| *Mood and affect:* | Mood and affect are appropriate, no agitation. |
| **Lymphatic:** | |
| *Neck:* | within normal limits. |
| *Groin:* | not palpable. |
| **Neurologic:** | |
| *Cranial nerves:* | II-XII normal. |

**Diagnosis:**

Dysphagia
Bloating
Fecal fluid leakage

**Impression:**

53F with oral candidiasis now presenting with dysphagia. We will set her up for an EGD. We will refill her promethazine for her nausea and dry heaves. She will get stool studies ordered through her primary care physician which she has not had collected yet. I have instructed her to have the results faxed over to our office. If symptoms persist we will set her up for a colonoscopy. Follow-up in 3 months.

**Plan:**

Renew promethazine 25 mg Take 1 tablet by mouth twice a day as needed
EGD Louisville Endoscopy Center *risks & benefits of procedure reviewed, including risks of anesthesia, bleeding, perforation, complications of peripheral i.v. placement and rarely even cardiopulmonary collapse and death*
Follow up in 3 months

**Risk & Medical Necessity:** Diagnosis and management options are Extensive. The amount of data reviewed and/or ordered is Moderate. The level of risk is Moderate.



MICHAEL KREASE, DO
Electronically signed on 2/19/2020 1:45:37 PM by MICHAEL KREASE, DO

 To: LINCOLN FINANCIAL

Louisville Gastroenterology Associates, LLC
Gastroenterology • Liver Diseases • Gastrointestinal Endoscopy

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

| | | | |
|---|---|---|---|
| **Date:** | 1/16/2020 3:30 PM | | |
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (53) |
| **Provider:** | MICHAEL KREASE, DO | | |
| **Referring Physician:** | GREGORY J. POTTS, MD<br>2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393<br>(502) 240-5900 (phone)<br>(502) 240-5905 (fax) | | |
| **Chief Complaint:** | leakage and seepage of stool | | |

**History of Present Illness:**

1/16/2020 KEETA FOX 53 11/6/1966 was seen in our Medical Arts office today for a follow up visit. Ms. Fox is a 53F presenting for follow-up evaluation of a change in bowel habits. She states about 3 months ago her bowels changed. She began to go more frequently. It also began have a bad odor. She also set a lot of leakage and seepage. At times she feels like she never would need to stop wiping. This is cause her to have a lot of itching as well. Generally her stool is still solid however leakage and seepage is the biggest problem. She also is having a lot of gassy abdominal pains and some bloating. Her diet has not changed. There are no particular foods that seem to make these symptoms worse. She has no blood in her stools.

She had an EGD and colonoscopy in April doesn't 18. She had 2 sessile serrated adenomas. She is due for repeat in 2023.

She has never had any issues with hemorrhoids a low after her last colonoscopy she was told that she did have a hemorrhoid. She never feels hemorrhoids protrude. She has no children. She is not spend excessive amounts time on the commode.

She is currently being worked up for a rheumatologic issue possibly lupus.

**Past Medical History**

**Medical Conditions:** abd pain left sided
Anxiety disorder
Arthritis
Back pain
cervix dysplasia
Colon Polyps
Depression
Hemorrhoids
Kidney Stones
neuropathy fingers and toes
Osteoarthritis
Stomach Ulcer

**Surgical Procedures:** No Prior Procedures

**Dx Studies:** Colonoscopy, 4/4/2018, Moderate diverticulosis of the sigmoid colon, Polyp (6 mm) in the proximal ascending colon. (Polypectomy), Polyp (7 mm) in the mid-ascending colon. (Polypectomy), Grade/Stage II internal hemorrhoids and There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal.

BBPS 3/3/3=9
CT Abdomen, 09/12/2017
EGD, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Medications:** Ambien 10 mg Take 1 tablet by mouth at bedtime
clonazepam 0.5 mg Take 2-3 tablet by mouth a month
hydroxyzine HCl 10 mg Take 3-4 tablet by mouth a month
ibuprofen 200 mg Take 1 capsule by mouth as needed
omeprazole 40 mg Take capsule by mouth as needed
prednisone 1 mg Take 1 tablet by mouth once a day
tramadol 50 mg Take 1 tablet by mouth as needed

**Allergies:** aspirin - unsure
BUTALBITAL

**Immunizations:** Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

## Social History

**Alcohol:** Heavy (multiple drinks daily). Moderate (1 drink daily).

**Tobacco:** Never smoker

**Drugs:** None

**Exercise:** 1-2 Times per Week.

**Marital Status:** Married

**Occupation:** SVP Finance, Papa Johns

**Family History:** No history of Colon Polyps, Crohn's Disease, Gastric Cancer, GI Cancer, Liver Disease, Pancreatitis, Stomach Cancer, Ulcerative Colitis
**Brother:** Diagnosed with Pancreatitis/Pancreatic Cancer;
**Grandmother:** Diagnosed with Colon Cancer, Colon Cancer - what age 70's;

## Review of Systems:

**Allergic/Immunologic:** *Denies* persistent infections, HIV exposure, strong allergic reactions or urticaria.
**Cardiovascular:** *Denies* ankle swelling, chest pain, irregular heart beat, shortness of breath.
**Constitutional:** *Complains of* **fatigue**, **loss of appetite**. *Denies* fever, weight loss, weight gain.
**ENMT:** *Complains of* **hoarseness**. *Denies* hearing loss, sore throat, nose bleeds.
**Endocrine:** *Denies* excessive thirst, cold intolerance, heat intolerance.
**Eyes:** *Complains of* **light sensitivity**, **eye pain**. *Denies* visual decline.
**Gastrointestinal:** *Complains of* **abdominal pain**, **belching**, **bloating**, **change in bowel habits**, **difficulty swallowing**, **flatulence/rectal gas**, **heartburn/reflux**, **soiling/incontinence**. *Denies* black stools, constipation, diarrhea, painful swallowing, mucous in stools, nausea, painful stools, rectal bleeding, rectal protusions, rectal urgency, vomiting, vomiting with blood.
**Genitourinary:** *Denies* blood in urine, burning urination.
**Hematologic/Lymphatic:** *Denies* easy bruising, prolonged bleeding, abnormal blood clotting.
**Integumentary:** *Complains of* **itching**, **rash**. *Denies* jaundice, suspicious lesions.
**Musculoskeletal:** *Denies* back pain, joint pain, muscle pain.
**Neurological:** *Complains of* **frequent headaches**. *Denies* dizziness, fainting, loss of consciousness.
**Psychiatric:** *Complains of* **anxiety/panic**. *Denies* depression, difficulty sleeping.
**Respiratory:** *Complains of* **chronic cough**. *Denies* coughing blood, painful breathing.

## Vital Signs:

| BP (mmHg) | Pulse (ppm) | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min |
|---|---|---|---|---|---|
| 124/70 | 68 | 148 / | 5 / 7 | 23.18 | 12 |

## Physical Exam:

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.
*Communication:* normal speech patterns.

**Skin:**

*Inspection:* no rashes, ulcers, icterus or other lesions; no clubbing or telangiectasias.

**Head/face:**

*Inspection:* no appearance of head trauma, normocephalic.

**Eyes:**

*Conjunctivae/lids:* normal conjunctivae and lids.

**ENMT:**

*External:* normal external inspection of ears and nose.

**Neck:**

*Neck:* normal motion, central trachea.
*Thyroid:* normal size, consistency and position; no masses or tenderness.

**Respiratory:**

*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.
*Auscultation:* normal breath sounds; no rubs, wheezes, rales or rhonchi.

**Cardiovascular:**

*Auscultation:* normal rhythm, S1 and S2; no rubs, murmurs or gallop.
*Carotids:* normal pulse amplitude and rhythm, symmetrical; no bruits.

**Gastrointestinal/Abdomen:**

*Abdomen:* nontender, nondistended, with normoactive bowel sounds, and no masses or guarding, no resonance or tympany.
*Liver/Spleen:* no hepatosplenomegaly.
*Hernias:* no hernias appreciated.

**Musculoskeletal:**

*Gait/station:* normal gait and station.
*Digits/nails:* no clubbing, cyanosis, petechiae or other inflammatory conditions.
*RUE - Inspection/palpation:* no deformities.
*LUE - Inspection/palpation:* no deformities.
*RLE - Inspection/palpation:* no deformities.
*LLE - Inspection/palpation:* no deformities.

**Psychiatric:**

*Judgment/insight:* within normal limits.
*Mood and affect:* Mood and affect are appropriate, no agitation.

**Lymphatic:**

*Neck:* within normal limits.
*Groin:* not palpable.

**Neurologic:**

*Cranial nerves:* II-XII normal.

**Diagnosis:**

Abdominal pain - LLQ
Bloating
Change in Bowel Habits
Fecal fluid leakage

**Impression:**

53F with leakage and seepage of stool as well as gassy abdominal pains. We will perform the lactose breath test for small intestinal bacterial overgrowth as well as the sucrose C13 breath test. We will check her for celiac disease. I recommended a fiber supplement. We will also start Bentyl with meals. If these measures do not help she may benefit from hemorrhoid banding were leakage and seepage. Follow-up in 3 months.

**Plan:**

Lactulose Breath test for bacterial overgrowth - 91065
Sucrose C13 Breath test
Tissue Transglutaminase (tTg), IGA (Labcorp - 164640)
IGA total 001784
Educational Handout: Fiber

Fiber supplements daily
dicyclomine 10 mg Take 1 capsule by mouth three times a day before meals for 30 days
Follow up in 3 months

**Risk & Medical Necessity:** Diagnosis and management options are Extensive. The amount of data reviewed and/or ordered is Moderate. The level of risk is Moderate.



MICHAEL KREASE, DO
Electronically signed on 1/16/2020 4:06:09 PM by MICHAEL KREASE, DO

Labs/Diagnostics - 02/21/2020

To: LINCOLN FINANCIAL

Gastroenterology HEALTH PARTNERS

**Gastroenterology Health Partners**
In-Office Pathology Lab
2630 Grant Line Road New Albany, IN 47150
Phone 812-945-0145 x131 Fax 812-418-9883
www.gastrohealthpartners.com

## GI Pathology Report

| | | |
|---|---|---|
| Patient: **FOX, KEETA R.**<br>Age/Sex: 53/F<br>DOB:<br>Phone#:<br>MRN: EAST14968 | Physician: **MICHAEL KREASE DO**<br>Louisville Endoscopy Center<br>1400 Poplar Level Rd, Ste 2<br>Louisville, KY 40217<br>Referring Physician: GREGORY J POTTS<br>Referring Fax: 502-240-5905 | Accession#: **GHP20-02000**<br>Date Collected: 02/21/2020<br>Date Received: 02/21/2020<br>Date Reported: 02/24/2020 |

**ICD:R13.10**
**RULE OUT OPTIONS:**
A. Second Part Of The Duodenum: Celiac Sprue
B. Duodenal Bulb: Celiac Sprue

## Final Diagnosis

A. Second Part Of The Duodenum, Normal, Biopsy
**Benign non-ulcerated duodenal mucosa with preserved villous architecture.**
**No significant histopathology.**
B. Duodenal Bulb, Normal, Biopsy
**Benign non-ulcerated duodenal mucosa with preserved villous architecture.**
**No significant histopathology.**
C. Stomach, Antrum/Body, Normal, Biopsy
**Reactive gastropathy.**
**No evidence of increased inflammation or H. pylori organisms.**
D. Lower Third Of The Esophagus, Normal, Biopsy
**Benign non-ulcerated squamous mucosa with no significant histopathology.**
**Negative for intestinal metaplasia but no glandular mucosa present in biopsy.**
**No fungal organisms identified.**
E. Upper Third Of The Esophagus, Normal, Biopsy
**Benign non-ulcerated squamous mucosa with no significant histopathology.**
**Negative for intestinal metaplasia but no glandular mucosa present in biopsy.**
**No fungal organisms identified.**
F. Middle Third Of The Esophagus, Normal, Biopsy
**Benign non-ulcerated squamous mucosa with no significant histopathology.**
**Negative for intestinal metaplasia but no glandular mucosa present in biopsy.**
**No fungal organisms identified.**

## Gross Description

| Site | Description |
|---|---|
| A. Second Part Of The Duodenum, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Second Part Of The Duodenum. The specimen consists of a few fragments of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s). -Laura Yates HTL(ASCP) 02/21/2020 13:25" |
| B. Duodenal Bulb, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Duodenal Bulb. The specimen consists of a single fragment of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette (s).- Laura Yates HTL(ASCP) 02/21/2020 13:25 |

Medical Director: David E. Stapp M.D CAP#: 8040292 CLIA#: 15D0359485



**Sign Off Info** Reviewed and signed on **2/25/2020 8:15 AM** by **MICHAEL KREASE, DO**, Reviewed and signed on **2/25/2020 8:21 AM** by **Alicia Vanmeter LGA Triage**

Faxed on 7/28/2020 KEETA R. FOX, EAST14968, 11/6/1966

Labs/Diagnostics - 02/21/2020

To: LINCOLN FINANCIAL

Gastroenterology HEALTH PARTNERS

**Gastroenterology Health Partners**
In-Office Pathology Lab
2630 Grant Line Road New Albany, IN 47150
Phone 812-945-0145 x131 Fax 812-418-9883
www.gastrohealthpartners.com

## GI Pathology Report

| Patient: **FOX, KEETA R.** | Physician: **MICHAEL KREASE DO** | Accession#: **GHP20-02000** |
|---|---|---|

## Gross Description

| Site | Description |
|---|---|
| C. Stomach, Antrum/Body, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Stomach, Antrum/Body. The specimen consists of several fragments of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).-Laura Yates HTL(ASCP) 02/21/2020 13:25 |
| D. Lower Third Of The Esophagus, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Lower Third Of The Esophagus. The specimen consists of a single fragment of tan tissue measuring up to 2 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).- Laura Yates HTL(ASCP) 02/21/2020 13:25 |
| E. Upper Third Of The Esophagus, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Upper Third Of The Esophagus. The specimen consists of a few fragments of tan tissue measuring up to 5 mm in maximum dimension. The material is submitted entirely in 1 cassette(s). -Laura Yates HTL(ASCP) 02/21/2020 13:25" |
| F. Middle Third Of The Esophagus, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Middle Third Of The Esophagus. The specimen consists of a single fragment of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).- Laura Yates HTL(ASCP) 02/21/2020 13:25 |

James Rizzo MD
Final Report Electronically signed on 02/24/2020 at 01:29 PM

**CPT CODES: 88305 X 6 ICD: 999.99, K29.70**

Medical Director: David E. Stapp M.D CAP#: 8040292 CLIA#: 15D0359485



**Sign Off Info** Reviewed and signed on **2/25/2020 8:15 AM** by **MICHAEL KREASE, DO**, Reviewed and signed on **2/25/2020 8:21 AM** by **Alicia Vanmeter LGA Triage**

Faxed on 7/28/2020 KEETA R. FOX, EAST14968,

Labs/Diagnostics - 01/20/2020

To: LINCOLN FINANCIAL

02.05.2020 16:55:51 Commonwealth Diagnostic International Inc. 04/4

Laboratory Director
Angela Steinhardt, MD

Commonwealth Diagnostics International

Contact Us:
39 Norman St.
Salem, MA 01970
Phone: 1-888-258-5966
Fax: 1-888-258-5973
customerservice@commdx.com
www.commdx.com

## SMALL INTESTINAL BACTERIAL OVERGROWTH (SIBO) RESULT REPORT

### 10 SPECIMEN LACTULOSE TEST

**Patient Name:** Keeta Fox
**Patient Date of Birth:**
**Patient Address:**
**Patient City, State, Zip:**
**Date of Collection:** 1/20/2020
**Specimen Type:** Breath Sample

**Barcode:** DX177142
**Physician Name:** Michael Krease
**Physician Address:** 1169 Eastern Pkwy
**Physician City, State, Zip:** Louisville, KY 40217
**Date Test Received:** 1/24/2020
**Date Test Reported:** 2/5/2020




| | Sample Time | Sample Number | Hydrogen* (PPM) | Methane* (PPM) | Carbon Dioxide (cf) |
|---|---|---|---|---|---|
| Small Intestine | Baseline | 1 | * | * | 4.01 |
| | 15 min. | 2 | * | * | 16.74 |
| | 30 min. | 3 | 0 | 0 | 1.76 |
| | 45 min. | 4 | 1 | 0 | 1.66 |
| | 60 min. | 5 | * | * | 5.13 |
| | 75 min. | 6 | 75 | 0 | 1.29 |
| | 90 min. | 7 | * | * | 3.67 |
| Colon | 105 min. | 8 | 93 | 0 | 2.36 |
| | 120 min. | 9 | 87 | 0 | 1.71 |
| | 135 min. | 10 | 75 | 0 | 1.48 |

* Hydrogen ($H_2$) and Methane ($CH_4$) values have been corrected for Carbon Dioxide ($CO_2$) content in each sample as a quality assurance measure to ensure sample validity.

Any Carbon Dioxide Correction Factor (cf) value over 2.50 is considered an invalid sample by the laboratory and is not included in the overall calculations of the test results.

***The highlighted 90 minute mark corresponds to the time that the substrate should transition from the small intestine into the colon.***

**Summary of 90 Minute Patient Results**

**Greatest difference over baseline for each trace gas are presented below:**

| | | | |
|---|---|---|---|
| Hydrogen ($H_2$) Production: | **N/A** | ppm | Normal < 20 ppm |
| Methane ($CH_4$) Production: | **N/A** | ppm | Normal < 10 ppm |
| Combined Gas ($H_2 + CH_4$) Production: | **N/A** | ppm | Normal < 15 ppm |

[1] **Based on the criteria used in this test, the presence of BACTERIAL OVERGROWTH is:**

**SEE ATTACHED NOTICE**

COMMENTS:

CDI was unable to determine a result because four or more samples were invalid within the calculated range.

These test results should be correlated with clinical information that is unavailable to Commonwealth Diagnostics International, Inc. (CDI). For questions and test interpretation, patients/clients should discuss their test results with their healthcare provider. The healthcare provider can assess clinical factors that may affect the interpretation of the test results and ensure that the test results correlate with a patient's symptoms and other related findings for diagnostic and treatment purposes.

This test was developed and its performance characteristics determined by Commonwealth Diagnostics International, Inc. (CDI). This test has not been cleared or approved by the US Food and Drug Administration (FDA), and the FDA does not require this test to go through premarket approval. This test is also listed as exempt on the CLIA edits. This test is used for clinical purposes and should not be regarded as investigational or for research.

Reference 1: Rezaie, A., Buresi, M., Lembo, A., Lin, H., McCallum, R., Rao, S., Pimentel, M. (2017). Hydrogen and Methane-Based Breath Testing in Gastrointestinal Disorders: The North American Consensus. The American Journal of Gastroenterology, 112(5), 775-784.

Angela Steinhardt

Reviewing Physician FRM-006 Ver C Laboratory Director

Sign Off Info: Signed by LESLIE SAGESER On 2/19/2020 2:04 PM
Signed by MICHAEL KREASE On 2/11/2020 9:07 AM

Faxed on 7/28/2020 KEETA R. FOX, EAST14968, 11/6/1966

Non Medical/Other

To: LINCOLN FINANCIAL

02.05.2020 16:54:56 Commonwealth Diagnostic International Inc. 03/4

Laboratory Director
Angela Steinhardt, MD

CDI Commonwealth Diagnostics International

Contact Us:
39 Norman St.
Salem, MA 01970
Phone: 1-888-258-5966
Fax: 1-888-258-5973
customerservice@commdx.com
www.commdx.com

## INVALID BREATH TEST NOTIFICATION REPORT

**Kit Type: SIBO 10 Tube Lactulose**

| | | | |
|---|---|---|---|
| **Patient Name:** | Keeta Fox | **Barcode:** | DX177142 |
| **Patient Date of Birth:** | 11/6/1966 | **Physician Name:** | Michael Krease |
| **Patient Address:** | 9602 Gutenberg Rd | **Physician Address:** | 1169 Eastern Pkwy |
| **Patient City, State, Zip:** | Louisville, KY 40299 | **Physician City, State, Zip:** | Louisville, KY 40217 |
| **Date of Collection:** | 1/20/2020 | **Date Test Received:** | 1/24/2020 |
| **Specimen Type:** | Breath Sample | **Date Issued:** | 2/5/2020 |

We regret to inform you that CDI received a test kit from the above named patient that was outside of our allowable criteria used to ensure our laboratory produces a valid test result. This patient may benefit from retaking this test. We apologize for any inconvenience that this may have caused, and we look forward to assisting you in the future.

CDI was unable to produce a valid test result for your patient due to the following reason(s):

**INVALID TEST DUE TO MULTIPLE INVALID SAMPLES**

Patient took the test on 1/20/2020 and our laboratory received the test samples on 1/24/2020

The majority of the samples within the calculated range had a carbon dioxide correction factor of more than 2.50, which is above CDI's allowable valid sample cutoff. Due to this, a result cannot be calculated because there are not enough sample values.

As a courtesy, below is a general interpretation note that the provider may use along with the test data provided for this patient's samples to make a better informed decision as to whether or not to retest this patient. If you would like to order a new test kit, please contact our Customer Service Department via phone or email.

RESULT INTERPRETATION*

Your patient may benefit from a few key tips on collecting their sample properly: Insert the straw halfway down the tube at a minimum; inhale normally and exhale normally through the straw for a minimum of five (5) seconds; and then immediately cap the tube by twisting the cap back on securely without overtightening the cap.

*These test results should be correlated with clinical information that is unavailable to Commonwealth Diagnostics International, Inc. (CDI). For questions and test interpretation, patients/clients should discuss their test results with their healthcare provider. The healthcare provider can assess clinical factors that may affect the interpretation of the test results and ensure that the test results correlate with a patient's symptoms and other related findings for diagnostic and treatment purposes.

Reviewing Physician FRM-080 Ver C Laboratory Director

Sign Off Info: Signed by LESLIE SAGESER On 2/19/2020 2:04 PM
Signed by MICHAEL KREASE On 2/11/2020 9:07 AM

Faxed on 7/28/2020 KEETA R. FOX, EAST14968,

Non Medical/Other

To: LINCOLN FINANCIAL

02.05.2020 16:54:20 Commonwealth Diagnostic International Inc. 01/4

CDI™

**From**

E-Mail: labteam@commdx.com Date: February 5, 2020 4:53 PM ET

**To** 0015024730586

**Subject: Test Result from Commonwealth Diagnostics International, Inc.**

Please see the accompanying test result for your patient on page three of this facsimile.

Commonwealth Diagnostics International, Inc.

39 Norman Street | Salem, MA 01970

Main Office Phone | 888-258-5966

Main Office Fax | 888-258-5973

Websites | CommDX.com | IBSchek.com

IMPORTANT: This facsimile, and any attached documents, are confidential, intended only for the intended recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient, you are notified that dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient, please notify the sender at the email address above and permanently delete this facsimile.

Sign Off Info: Signed by LESLIE SAGESER On 2/19/2020 2:04 PM
Signed by MICHAEL KREASE On 2/11/2020 9:07 AM

Faxed on 7/28/2020 KEETA R. FOX, EAST14968,

Non Medical/Other

To: LINCOLN FINANCIAL

02.05.2020 16:54:26 Commonwealth Diagnostic International Inc. 02/4

## Common Results of SIBO Hydrogen and Methane Breath Tests*:




**High Hydrogen/No Methane (Supported)**
Patients who have symptoms such as bloating often will have high hydrogen production that increases dramatically throughout the test. Notice that the plot crosses the **dashed** line at 20 ppm which indicates a "supported" (positive) result for hydrogen.




**No Hydrogen/High Methane (Supported)**
Patients who have symptoms such as constipation often will have high methane production that is present at high levels during the entire length of the test. Notice that the plot is above the **dotted** line at 10 ppm which indicates a "supported" (positive) result for methane.




**High Hydrogen/High Methane (Supported)**
Patients who produce both methane and hydrogen often demonstrate this plot. This is due to the competing methanogens consuming the hydrogen gas to produce methane gas. The decrease in hydrogen with the increase in methane is indicative of this microbiome composition. This test would be a "supported" (positive) result for both hydrogen and methane.

**Low Hydrogen/Low Methane (Not Supported)**
Patients who have GI related symptoms that do not produce enough gas to surpass the clinical cutoff of either hydrogen (>20 ppm) or methane (>10 ppm) at or before 90 minutes (sample 7) often have this trend. Notice that the two plots do not cross either the **dashed** line for hydrogen or the **dotted** line for methane which indicates the test would be a "not supported" result for either gas production.




**No Hydrogen/No Methane; "Flatline Result" (Not Supported)**
Patients that do not produce any hydrogen or methane throughout the entire test but still present with GI related symptoms often have this plot. This may be due to hydrogen sulfide production from sulfur-reducing bacteria which the CDI breath test is not able to detect. This test would be a "not supported" result for either gas.




**High Hydrogen Baseline (Not Supported)**
Patients who do not fast properly will often have a plot that looks like this. The first few samples will begin with high hydrogen levels, slightly increase, and immediately decrease. The patient is recommended to retest when this occurs. This test would be a "not supported" result for either gas.




*These common test results are guidelines only and should be correlated with clinical information that is unavailable to Commonwealth Diagnostics International, Inc. (CDI). For questions and test interpretation, patients/clients should discuss their test results with their healthcare provider. The healthcare provider can assess clinical factors that may affect the interpretation of the test results and ensure that the test results correlate with a patient's symptoms and other related findings for diagnostic and treatment purposes.

MM-068 Rev C

Sign Off Info: Signed by LESLIE SAGESER On 2/19/2020 2:04 PM
Signed by MICHAEL KREASE On 2/11/2020 9:07 AM

Faxed on 7/28/2020 KEETA R. FOX, EAST14968,

Louisville Gastroenterology Associates, LLC

Gastroenterology • Liver Diseases • Gastrointestinal Endoscopy

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

# Fax
## Cover Page

**DATE:** 7/28/2020 2:47 PM
**FAX TO:** LINCOLN FINANCIAL - (213) 884-4921 (Fax)
**FROM:** Clora Parker LGA Medical Records
**SUBJECT:** KEETA R. FOX's Medical Records
**MESSAGE:**

**Please use and maintain all sensitive, privileged or restricted information in a strictly confidential manner. Confidential/privileged information includes, but is not limited to, sensitive and/or proprietary information concerning office business of Administration, patient medical information and protected health information, employee information or any other restricted information, data or material in any form.**

**If you are neither the intended recipient nor the employee/agent responsible for delivery to the intended recipient, you are hereby notified that disclosure of contents in any manner is strictly prohibited. Please notify the above sender if you received this information in error.**

**When the information associated with this fax cover sheet contains information related to Substance Use Disorder (SUD) it is protected under 42 CFR Part 2 which prohibits you from making any further disclosure of the Part 2 information without express written authorization of the patient to whom it pertains or as otherwise permitted by 42 CFR Part 2 regulation. A general authorization for the release of medical information is not sufficient for this purpose. A federal rule restricts any use of the information to criminally investigate or prosecute a SUD patient.**

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**LOUISVILLE GASTROENTEROLOGY ASSCS**
**1169 EASTERN PARKWAY, STE G58**
**ATTN: MEDICAL RECORDS / Jennifer**
**LOUISVILLE, KY 40217**

Date: Jul 27, 2020

**Re: Long Term Disability Benefits**
Claim# 6754143 10310112
Claimant: FOX, KEETA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: LGASTR

Dear OPT 3,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From January 1, 2020 to Present**
**Please provide all medical records for the timeframe - Seen by:**
**DR GREGORY POTTS**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

6754143

RPID: 6754143

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) Keeta Fox Relationship self

Signature of claimant or legal representative [DocuSigned by: Keeta Fox]

Date of Birth: ______ Claim Number: 9761441 Date: 2/6/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 6754143

## Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | FOX, KEETA |
| RP ID: | 6754143 |
| Access Code: | LGASTR |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 6754143

# Quality Assurance Report

## Request Information

Report Date: July 30, 2020

**RP ID:** 6754143

Patient Name: FOX, KEETA

Provider Name: LOUISVILLE GASTROENTEROLOGY ASSCS

## Quality Assurance Information

Scope Requested: **From January 1, 2020 to Present**

Special Request:
Please provide all medical records for the timeframe -
Seen by: DR GREGORY POTTS

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
used cb date on pgs 2-4

Chart Reviewed By: PBERM

## TCMS Referral Sheet

Lincoln Financial Group

| | | | |
|---|---|---|---|
| Claimant Name: | KEETA R FOX | DOB: | |
| Claim #: | 10310112 | Diagnosis: | R41 Oth symptoms and signs w cognitiv |
| Date of Disab: | 2/4/2020 | Customer: | PAPA JOHN'S INTERNATIONAL, INC |
| Office: | 0587 | Case Mgr: | Margaret LaBossiere |

### Employer Information

| | | | |
|---|---|---|---|
| ERISA?: | ERISA | Telephone: | (502) 261-4614 |
| | | Fax #: | |
| Customer Name: | Sharon Kremer | Special Handling: | |
| Address: | 2002 Papa Johns Blvd | | |
| | Louisville, KY 40299 | | |

Document Location

☑ Document List ☐ Correspondence ☐ Paper File

### Claims Management Reassignment

| | |
|---|---|
| Policyholder: | **Active** |
| Claim Status: | **Own Occ** |
| Post Appeal Claim Review: | **No** |
| Paid Under M&N: | **No** |
| Is M&N a Co-morbid: | **No** |

Reason for Referral:

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

July 28, 2020

Ms. Keeta R. Fox

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 10310112

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability benefits since February 11, 2020. Should your disability continue through the maximum benefit date, Short Term Disability benefits are payable through August 3, 2020.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the Short Term Disability benefit period, we will be reviewing your claim for consideration under Papa John's International, Inc's LTD Policy. Please note that receipt of Short Term Disability benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the Short Term Disability Plan and may require that we request additional information prior to making a claim determination.

Papa John's International, Inc's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

**Notice and Proof of Claim**

1. **Notice**

   a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.

b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.

2. **Proof**

a. Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end of the Elimination Period.

b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.

Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

On July 27, 2020, we requested your medical records from Dr. Potts, Dr. Shah and Mrs. Stone. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from January 1, 2020 through the present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

__ Activities Questionnaire Form
__ Authorization - Medical
__ Claimant Information Form
__ Family Information Questionnaire
__ SS Reimbursement Agreement
__ Training Education Experience
__ Authorization

__ Claimant Assessment Form
__ Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Papa John's International, Inc's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than September 9, 2020.

If you have any questions regarding this matter, please contact me.

Sincerely,

Vincent Castagno III
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 10328
Secure Fax No.: (603) 334-4198

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Authorization
Claimant Assessment Form

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

**Return To:** Vincent Castagno III ________________



EMPLOYEE/CLAIMANT NAME: Keeta Fox ________________

CLAIM NO: 10310112 ________________ DATE OF BIRTH: ________________

EMPLOYER/SPONSOR: Papa John's International, Inc ________________

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ________________ stand ________________ walk ________________

How many hours a day do you:

sit ________________ stand ________________ walk ________________

Do you take a nap during the day?

Yes________________ No ________________

If Yes, for how long? ________________ At what time of the day?________________

How many hours a day do you spend in bed?________________

Do you require any assistive devices such as a:

cane __________ walker__________ crutches __________ wheelchair __________ other__________

How long are you able to sit in a car?________________

Do you hold a valid driver's license?

Yes________________ No ________________

If No, please explain: ________________________________

If Yes, how long are you able to drive a car?________________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________________________________

Do you have children?

Yes__________ No __________ If Yes, what are their dates of birth ________________

________________

Do you need help caring for your children?

Yes __________ No __________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes__________ No __________ If Yes, please explain ________________

How many times a day do you leave the house during the week? ________________

On the weekends? ________________

How often do you run errands? ________________

Please describe what errands you most commonly run: ________________

________________________________

Lincoln Financial Group®



How often do you get outdoors? ______________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ___________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ___________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ________________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

_______________________________________________________________________________

_______________________________________________________________________________

Lincoln Financial Group®



How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in __any gainful employment__.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ____________________ Date: ____________________

Signature: ____________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ________________ Claim Number: 10310112 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

**Return To:** Vincent Castagno III

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________________ **DATE:** ____________________________________

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

**Return to:** Vincent Castagno III

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ______________

**Lincoln/Fox 2305**

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Keeta Fox **Date of Birth:** ____________

**Employer:** Papa John's International, Inc **Policy/Plan Sponsor No.** 08 - 036548

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____________________

**(Address)** ____________________

**(Date)** ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

EMPLOYEE/CLAIMANT NAME: Keeta Fox
CLAIM NO: 10310112
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: ( )** ______________

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4198

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 10310112 Date: ______________________

**A copy of this authorization will be considered as valid as the original**

# Claimant Assessment Form

Lincoln Financial Group®

Lincoln Life Assurance
Company of Boston
Disability Claims
P.O. Box 8200
Dover, NH 03821
Phone No.: 1-888-437-7611
Fax No.: (603) 422-7909

**Return To:** Vincent Castagno III

EMPLOYEE/CLAIMANT NAME: Keeta Fox

CLAIM NO: 10310112

EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ______

*TO BE COMPLETED BY THE CLAIMANT*

Please answer the following questions completely and return the form to Lincoln Life Assurance Company of Boston.

Do you hold a valid driver's license? ______ yes ______ no
If no, please explain: ______

**Please provide a copy of your driver's license/state issued ID when returning form.**

Do you take a nap during the day? Yes ______ No ______
If yes, for how long? ______ At what time of the day? ______
How many hours a day do you spend in bed? ______

Have you been confined to a hospital within the last 12 months? Yes ______ No ______
If yes, please provide reason and hospital contact information:
______

Do you have children? Yes ______ No ______ Dates of Birth/children: ______
Do you need help caring for your children? Yes ______ No______
Are you responsible for/assist with taking care of grandchildren? Yes______ No______
If yes, please explain and provide grandchildren's ages: ______
______

Are you responsible for taking care of an elderly parent, grandparent or spouse?
Yes ______ No ______ If yes, please explain ______

How do you maintain contact with people or activities that matter most to you?
______
______

When was your last vacation? ______
How often do you take vacations? ______
Where do/did you go? ______

Are there daily tasks which you require assistance completing? If yes, please explain how you complete them:
______
______
______

Are you currently working in any capacity (per diem, part time, fulltime)? Please explain:

______________________________________________________________________________

Are you currently attending school or taking courses (including online): If yes, please explain:

______________________________________________________________________________

______________________________________________________________________________

Do you do any volunteer work? Please explain:

______________________________________________________________________________

______________________________________________________________________________

Do you participate in any hobbies or are you active in any social organization/church? Please explain:

______________________________________________________________________________

______________________________________________________________________________

| **Please circle how many times per week you do the following:** | | **Comments:** |
|---|---|---|
| Eat at a restaurant | 0 1 2 3 4 5 6 7 (times per week) | |
| See friends/family | 0 1 2 3 4 5 6 7 (times per week) | |
| Drive a car | 0 1 2 3 4 5 6 7 (times per week) | |
| Go outdoors | 0 1 2 3 4 5 6 7 (times per week) | |
| Exercise | 0 1 2 3 4 5 6 7 (times per week) | |
| Consume alcohol | 0 1 2 3 4 5 6 7 (times per week) | |
| Manage finances | 0 1 2 3 4 5 6 7 (times per week) | |
| Run errands/Shop | 0 1 2 3 4 5 6 7 (times per week) | |

| **Please indicate in a 24-hour period, how many times you:** | | **Comments:** |
|---|---|---|
| Watch TV | hours per day ________ | |
| Use a computer/electronic device | hours per day ________ | |
| Play video games | hours per day ________ | |
| Read | hours per day ________ | |

**Describe in your own words, your work environment; i.e. relationships with/support from peers/supervisor, workload expectations, productivity goals, and level of stress:**

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

**Has your work environment changed in the last 12 months? If yes, please explain:**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

**Identify (if any) obstacles/aspects within your workplace that may affect your efforts to work:**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

**Is there any type of employment or activity you might be interested, if able?**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

**Please describe your daily routine in as much detail as possible:**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses? ______________________ Please indicate cell or landline.

In the event we cannot reach you, please provide an alternate contact's name and telephone number:
______________________________________________________________

______________________________________________________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photostatic copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ________________________________ Date: ________________

ANNA M. STONE PMHNP-BC APRN

## CONFIDENTIAL FAX TRANSMITTAL

DATE: July 4, 2020
TO: Robert Swotinsky, MD
FAX: 866.841.1415
FROM: Anna Stone, PMHNP-BC APRN
FAX: 866.450.9771
SUBJECT: Keeta Fox, Claimant
PAGES: 2, including this page

---

Dear Dr. Swotinsky:

Thank you for your letter requesting more information regarding Keeta Fox's medical status related to her disability claim. I apologize for taking a bit longer to respond than you requested and hope you received my message regarding timing.

It is my understanding that Ms. Fox's claim for short term disability is not based on the specific health issues to which your questions pertain. Accordingly, I am responding to your questions at this time with references in order to not incur additional expense to you or to her.

I appreciate your interest in Chronic Inflammatory Response Syndrome and understand that even though the condition is assessed and treated in an evidence-based manner, it is not widely studied or understood by many health care practitioners.

Before I provide references, I wish to clarify that the diagnostic code (R65.10) for SIRS (Systemic Inflammatory Response Syndrome) was listed in my previous documentation incorrectly. I apologize for that error. Ms. Fox does not have any evidence of this condition. CIRS, Chronic Inflammatory Response Syndrome, does not yet have its own diagnostic code.

I hope you find the references on the following page informative. If I can be of further assistance, please let me know.

Sincerely,

Anna Stone

Anna Stone

1355 Bardstown Road Suite 358 Louisville, KY 40204 • 502.931.5958 p • 866.450.9771 f • annastone@me.com

**Damp Indoor Spaces and Health Report**
IOM (2004)
https://www.ncbi.nlm.nih.gov/books/NBK215643/pdf/Bookshelf_NBK215643.pdf

**Mold-sensitivity in children with moderate-severe asthma is associated with HLA-DR and HLA-DQ**. (2010). Knutsen et. al.
https://onlinelibrary.wiley.com/doi/abs/10.1111/j.1398-9995.2010.02382.x

**Policyholders of America Research Committee Report** on Diagnosis and Treatment of Chronic Inflammatory Response Syndrome Caused by Exposure to the Interior Environment of Water-Damaged Buildings (2010) Shoemaker et. al.
https://www.survivingmold.com/docs/POA_MOLD_7_27_10_final.pdf

**Sick Building Syndrome in Water Damaged Buildings: Generalization of the Chronic Biotoxin-Associated Illness Paradigm to Indoor Toxigenic Fungi**. Shoemaker et. al.
https://www.vcstest.com/resources/research/sbs-wdb-chronic-biotoxin-illness.pdf

**Surviving Mold Website**
Ritchie Shoemaker, MD, is a recognized leader in the field of biotoxin related illness. CIRS (Chronic Inflammatory Response Syndrome) is a biotoxin related illness.
survivingmold.com

**WHO Guidelines for Indoor Dampness and Mould**
World Health Organization (2009)
https://www.euro.who.int/__data/assets/pdf_file/0017/43325/E92645.pdf

NOTICE: This message, including all attachments transmitted with it, is for the use of the addressee only. It may contain proprietary, confidential and/or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient, you must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message. If you believe you have received this message in error, please delete it and all copies of it from your system and notify the sender immediately by reply e-mail. Thank you.

1355 Bardstown Road Suite 358 Louisville, KY 40204 • 502.931.5958 p • 866.450.9771 f • annastone@me.com

From: 06/29/2020 08:37 #019 P.001

# Papa Cares

2002 Papa John's Blvd. Louisville, Kentucky 40299
Phone (502)-240-5900 Fax (502)-240-5905
Greg Potts M.D.

Date: 6/29/2020

To: Dr. Swotinsky

From: Dr. Potts

Fax#: 866 841 1415 Phone#:

Cover Sheet plus 5 pages

Comments: Please contact the office w/ any questions or concerns.

Thanks

**Confidential Health Information Enclosed.** Health care information is personal and sensitive. It is being faxed to you after appropriate authorization from the individual or under circumstances that do not require individual authorization. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the Individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and /or State law.

The information contained in this facsimile transmission is privileged and confidential and is intend only for use of the recipient listed above. If you are neither the intended recipient nor the employee agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error please notify us immediately by telephone at (502) 240-5900 to arrange the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this fax or to report problems with the transmission.

Robert Swotinsky, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866 841 1415

June 26, 2020

Greg Potts, MD
2002 Papa John's Blvd
Louisville, KY 40299
By fax: 502-240-5905

Re: Disability claim
Claimant Name: Keeta Fox
Claimant DOB:
Claim Number: 9761441

Dear Dr. Potts:

Thank you for submitting to Lincoln Financial the enclosed information on behalf of your patient Keeta Fox. This fax follows the message that I left with Anna earlier today. This fax has Ms. Fox's signed release form and my questions. I am faxing in case it is a more practical way to communicate during these challenging times.

By close of business 06/30/20, please call me at 978 337 4479 or fax back your responses to these questions:

*Q1. Rheumatologist Steven Stern MD did a workup for inflammatory rheumatologic conditions and, per his 04/22/20 office note, concluded there was none. Your 06/19/20 office note states, "there certainly is some type of inflammatory phenomenon going on in this patient." Have you diagnosed Ms. Fox as having an inflammatory disease or injury?*

☒ Yes. Her inflammatory disease or injury, and her diagnostic findings that confirm it, are:
I BELIEVE HER SFN IS FROM INFLAMMATORY CONDITION; SYMPTOMS ARE COMPOUNDED BY CERVICAL SPINE STENOSIS

☐ No ☐ I don't know/deferred

*Q2. Your 06/19/20 office note states the claimant has suspected gastroparesis. The insurer received GI office notes and test results from earlier in 2020, none of which reference gastroparesis. Have you diagnosed her with gastroparesis?*

☐ Yes. The diagnostic findings that have confirmed that Ms. Fox has gastroparesis are:
NO GI (DR KNEASE) EGD REPORT " SUSPECT A COMPONENT OF GASTROPARESIS" (SEE FAXED EGD REPORT)



GP

X No ☐ I don't know/deferred

*Q3. Your 06/19/20 note states that most of Ms. ~~Kit's~~ Fox symptoms are secondary to small fiber sensory neuropathy. That note lists symptoms, that include palpitations, diarrhea, painful urination, depression, anxiety, bruising, low back pain, etc. Which of her symptoms are secondary to small fiber sensory neuropathy? How does her small fiber sensory neuropathy account for those symptoms?*

A3. SHE HAS DISTAL EXTREMITY PARESTHESIA, NUMBNESS, & PAIN; AS WELL AS TREMORS, HEAT/COLD INTOLERANCE, FASICULATIONS.

*Q4. Are you able to comment on Ms. ~~Kit's~~ Fox's activity limitations/restrictions? For example, have you identified cognitive deficits, or impaired use of her arms and hands?*

☑ Yes. Her activity limitations/restrictions, and the supporting clinical findings, are:

AS ABOVE (IN QUESTION & ANSWER) AS WELL AS EASY FATIGUABILITY, ~~AS WELL~~ GP

☐ No ☐ I don't know/deferred

---

Lincoln Financial Group is willing to reimburse you for reasonable costs incurred in responding to requests for information. For questions about reimbursement, please contact Lincoln Financial's Lisa Hackney at 800-291-0112 x14127. Thank you for your assistance!

*-Electronically Signed-*

Robert Swotinsky MD
Bd Cert, Occupational Medicine
978 337 4479 c

Response(s) as noted above...
[signature]
Gregory Potts, MD
6/29/2020
Date

***** Please fax to 866 841 1415 *****

Enclosure: Signed release form
06/19/20 office note

Louisville Endoscopy Center

*1400 POPLAR LEVEL RD*
*LOUISVILLE, KY 40217*
*PH: (502) 636-2003*
*FAX: (502-636-4032)*

# EGD Report

**Date:** 2/21/2020 7:30 AM

| | | | |
|---|---|---|---|
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (53) |
| **Endoscopist(s):** | MICHAEL KREASE, DO | **Instrument(s):** | GIF 867*(GIF H180J 0867) |


upper third of the esophagus


lower third of the esophagus


retained food in stomach


stomach antrum


pylorus


duodenal bulb


second part of the duodenum


retroflexed view of the cardia


incisura


middle third of the esophagus


upper third of the esophagus

**Referring Physician:** GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**PCP:** GREGORY J. POTTS, MD

**Anesthesia Provider:** Bessie Christensen, CRNA

**Nurse(s):** Lisa Courtney, RN (Pre-op phone call)
Amanda Carter, RN (Pre-Procedure)
Louise Shadwick, RN (Post-Procedure)

**Staff:** Kristine Sledge-Delk, RN (Intra-Procedure)
John Nicholas, Endo Tech

**ASA Class:** P2 - 2/21/2020 7:18 AM Bessie Christensen, CRNA

Faxed on 2/21/2020 KEETA R. FOX, EAST14968,

**History of Present Illness:**

Ms. Fox is a 53F presenting for follow-up evaluation. Since her last visit she is been having some new issues. She was diagnosed with oral candidiasis about 4 days ago. Her primary care physician has put her on nystatin swish and swallow. She now is having some trouble swallowing. She denies pain with swallowing. She denies food getting stuck, she does feel however that things are going down normally. She also has vaginal candidiasis and is worried that she could've candida all over.

She has no appetite. She has lost about 10 pounds. She has some dry heaves. She has no blood in her vomit. She has no blood in her stools.

She had an EGD and colonoscopy in 2018. She was found have a fundic gland polyp in the fundus of her stomach.

**Administered Medications:** lidocaine 50 mg IV
propofol 500 mg IV

**Indications:** Dysphagia: 787.20 - R13.10

**Vital Signs:**

| *Weight (lbs/oz)* | *Height (ft/in)* | *BMI* |
|---|---|---|
| 143 / | 5 / 7 | 22.39 |

| *BP (mmHg)* | *Pulse (ppm)* | *Rhythm* | *Resp/min* | *Temp* | *SPO2 (%)* |
|---|---|---|---|---|---|
| 108/72 | 81 | Regular | 14 | 98.9 (F) | 98 |

**Physical Exam:**

*Physical exam was performed prior to anesthesia on 2/21/2020 at 7:21 AM.*

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.

**Respiratory:**

*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.
*Auscultation:* normal breath sounds; no rubs, wheezes, rales or rhonchi.

**Cardiovascular:**

*Auscultation:* normal rhythm, S1 and S2; no rubs, murmurs or gallop.

**Gastrointestinal/Abdomen:**

*Abdomen:* nontender, nondistended, with normoactive bowel sounds, and no masses or guarding, no resonance or tympany.
*Liver/Spleen:* no hepatosplenomegaly.

**Psychiatric:**

*Judgment/insight:* within normal limits.
*Mood and affect:* Mood and affect are appropriate, no agitation.

**Procedure:**

The procedure, indications, preparation and potential complications were explained to the patient, who indicated understanding and signed the corresponding consent forms. MAC Anesthesia was administered by the nurse anesthetist. Continuous pulse oximetry, blood pressure, and cardiac monitoring was done. Supplemental oxygen was used. Patient was placed in left lateral decubitus position and bite block secured in mouth. The endoscope was introduced through mouth and advanced under direct visualization until second part of the duodenum reached. The Z-line was noted at 41 centimeters. Patient tolerance to the procedure was good. The procedure was not difficult.

**Limitations/Complications:** There were no apparent limitations or complications

**Findings:**

| | | |
|---|---|---|
| Esophagus | *Mucosa* | Normal mucosa was noted in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. Cold forceps biopsies of the lower, middle, and upper esophagus were performed. |
| Stomach | *Mucosa* | Normal mucosa was noted in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. Cold forceps biopsies were performed for H. pylori |

| | | |
|---|---|---|
| | | assessment in the stomach antrum. IHC will be performed if indicated based on pathologists interpretation. |
| *Duodenum* | *Mucosa* | Normal mucosa was noted in the whole duodenum. Cold forceps biopsies were performed. |

**Impressions:**

- Normal mucosa in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. (Biopsy).
- Normal mucosa in the duodenum. (Biopsy).
- Normal mucosa in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. (Biopsy H-Pylori).

**Plan:** Patient to call office for pathology results in 7-10 days, (502) 452-9567
Biopsies were taken to rule out the presence of a bacterial stomach infection called Helicobacter pylori. If found on biopsy, antibiotics may be prescribed.
Significant amount of retained food noted in stomach, suspect a component of gastroparesis.
Continue neurologic workup for etiology of her other symptoms.

**Samples:**

Jar # 1 :
Biopsy in the second part of the duodenum
Findings: Normal, R/O Celiac Sprue
Test(s) requested: Histology

Jar # 2 :
Biopsy in the duodenal bulb
Findings: Normal, R/O Celiac Sprue
Test(s) requested: Histology

Jar # 3 :
Biopsy in the stomach antrum and stomach body
Findings: Normal, R/O H pylori
Test(s) requested: Histology

Jar # 4 :
Biopsy in the lower third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

Jar # 5 :
Biopsy in the upper third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

Jar # 6 :
Biopsy in the middle third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

**Pathology:** Pathology was sent to lab; patient will be notified via patient portal, mail or phone call.

MICHAEL KREASE, DO
Electronically signed on 2/21/2020 8:01:23 AM by MICHAEL KREASE, DO

Faxed on 2/21/2020 KEETA R. FOX, EAST14968,

**ICP Memo**

| **Customer Name** | **Claimant Name** | | **Claim Number** |
|---|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | Keeta Fox | | 9761441 |
| **Referred By:** | Anitra Massey | **Claimant DOB:** | |
| **Referral Date:** | 06/23/2020 | **Job Title:** | Sr. Vice President, Finance |
| **Due Date:** | 06/30/2020 | **Medical/ Surgical Condition:** | Primary impairing diagnosis unclear (SIRS dx related to mold) |
| **Referral Type:** | Priority File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | Customer Request | **Product Type:** | STD |
| **Other Considerations** | | **LDW:** | 02/03/2020 |
| **Report Date:** | 06/29/2020 | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 02/11/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

***Questions and Answers***

*Q1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s).*

| A1. | <u>Diagnosis</u> | <u>ICD-10 code</u> |
|---|---|---|
| 1. | Spinal stenosis, cervical | M48.02 |
| 2. | Spinal stenosis, lumbosacral region | M48.07 |

*Q2. If applicable, please identify clinically significant comorbid diagnosis(es) with ICD 10 code(s).*

| A2. | <u>Diagnosis</u> | <u>ICD-10 code</u> |
|---|---|---|
| 1. | Small fiber sensory neuropathy | G60.8 |

*Q3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 5/4/2020 to 7/31/2020, and comment on the expected duration.*

A3. Due to spinal stenosis, restricted from lifting/carrying more than 25 lbs and from overhead activities until 07/22/20.

*Q4. Treatment opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?*

A4. Ms. Stone has prescribed cholestyramine and EDTA nasal drops. It is unclear what she is prescribing these for. The records do not support a diagnosis for which cholestyramine or EDTA nasal drops are recommended as effective treatment per the evidence-based medical literature.

*Q5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g., workplace conflicts, child or elder care issues, or legal issues)?*
A5. The treating physician who is writing the claimant off work is an employee of that same company. Dr. Potts works at the company's in-house medical clinic as a primary care provider. The claimant is a senior vice president of that company. This relationship may bring non-medical circumstances into the decisionmaking process.

***Impairment Analysis***

A. By diagnosis

1. Small fiber sensory neuropathy

This is per the 02/27/20 skin biopsy. Small fiber sensory neuropathy is a disorder in which only the small sensory cutaneous nerves are affected. It can be an early form of diabetic neuropathy. In some people, no underlying cause is found. Small fiber sensory neuropathy can cause sensations such as pins-and-needles, tingling, and numbness as described by the claimant. Small fiber sensory neuropathy does not usually involve balance or muscle dysfunction, and thus does not manifest as a physical impairment. This is consistent with the submitted records, which present no abnormalities in balance or muscle function.

2. Spinal stenosis, cervical

The 01/22/20 MRI findings of foraminal narrowing and the neurosurgeon's impression that cervical spine surgery might be considered offer support for a clinically significant degree of spinal stenosis. The file lacks examination findings that clarify the degree of functional impairment, if any, involving the cervical spine. It is not unreasonable to restrict heavy and overhead lifting, lest such activity potentially further compromise the narrowing. In this respect, I suggest a 25 lb lift/carry restriction and avoiding overhead work. The prognosis for spinal stenosis is favorable as many patients improve over months. In this respect, restrictions are supported for up to six months after 01/22/20 (i.e., until 07/22/20), after which updated clinical information should be reviewed to clarify then-current impairment.

3. Lumbar stenosis, lumbar

For the same reasons as described for cervical stenosis, a 25 lb lift/carry restriction and avoid overhead work, supported until 07/22/20.

4. Inflammatory rheumatologic disease, r/o

The rheumatologist found that the claimant does not have an inflammatory rheumatologic disease.

5. Mold-related disease, r/o

A number of illnesses have been causally related to exposure to mold in buildings. These include rhinitis and asthma, allergic bronchopulmonary aspergillosis, allergic fungal sinusitis, and hypersensitivity pneumonitis.[i] The records do not indicate that the claimant has these conditions.

Psychiatric nurse practitioner Anna Stone opined per the 05/24/20 Restrictions Form that the claimant has systemic inflammatory response syndrome (SIRS) caused by mold exposure. Ms. Stone's opinion expresses a concept not described in the evidence-based medical literature. SIRS is a shock-related phenomenon in which the patient has two or more abnormalities in temperature, heart rate, respiration rate, or white blood cell count.[ii] The claimant's records do not indicate shock, nor do they indicate abnormalities in temperature, heart rate, respiration rate, or white blood cell count. That is, the claimant's records do not support a diagnosis of SIRS.

Ms. Stone has ordered HLA tests and nasal swab cultures and opined that these test results demonstrate mold-related disease. But, HLA tests serve to match organs for donor transplants, not to diagnose mold-related disease. And, the claimant's nasal swab cultures showed bacteria that are normally found in the noses of healthy, asymptomatic people, i.e., normal flora.

6. Gastroparesis, r/o

Gastroparesis is diagnosed by a gastric emptying test. The claimant has not had this test, has not been diagnosed as having gastroparesis, the claimant's treating GI doctor does not this she has gastroparesis, and the claimant is not treated for gastroparesis. In this respect, the record does not support that she is impaired from gastroparesis.

B. Summarized/combined impairment from the claimant's diagnoses

Due to spinal stenosis, restricted from lifting/carrying more than 25 lbs and from overhead activities until 07/22/20. Testing on 02/27/20 showed a small-fiber sensory neuropathy, a condition without associated, physical dysfunction. Other diagnoses and conditions have been suspected, not confirmed, and lack support. Rheumatologist Dr. Stern described the claimant's condition as "a unique one of a kind immunologic condition" (04/22/20), which is reflective of the lack of a diagnosis.

C. Further information that may clarify the condition(s)

There are references to the claimant having a cardiology workup in recent months. The file does not have those records.

***Summary of the Records***

The claimant is 53 years old. She worked as an executive – an important job, but not physically demanding.

The claimant stopped work on 02/04/20 while being evaluated for chronic numbness, tingling, fatigue, neck and back pain, headaches and other symptoms.

Last month, internist Jeffrey Grimes, MD, reviewed this claim on the insurer's behalf. Dr. Grimes' 05/26/20 assessment does not support impairment. After Dr. Grimes submitted that assessment, the insurer received two more office notes from Dr. Potts, and the claimant told the insurer that she expected to return to work, part-time work in August and then full-time. The insurer is asking for my occupational medicine review in anticipation of the 07/31/20 change date. The insurer has accepted the claim through then.

A. Diagnoses/conditions

1. Small fiber sensory polyneuropathy
2. Spinal stenosis, cervical

» 01/22/20. MRI, cervical spine. Ordered by Gregory Potts, MD.
- C5-6. Moderate spinal stenosis. Severe right and moderate left foraminal stenosis.
- C4-5. Mild spinal stenosis. Moderate right greater than left foraminal stenosis.
- C6-7. Mild spinal stenosis. Moderately severe right and moderate left foraminal stenosis.

» 02/27/20. Skin biopsy, left thigh and left calf. Ordered by neurology Johanna Harris NP. Abnormal results consistent with small fiber neuropathy.

» 03/11/20. Wayne Villanueva, MD. Neurosurgeon. I reviewed the MRIs and believe the cervical stenosis accounts for some but not all of her symptoms. I think she'll need cervical spine surgery at C5 and C6 at some point, but she should first see what the Mayo Clinic – Florida has to say about her widespread symptoms.

» 03/16/20. Jaimin Shah, MD. Neurology. On examination, the claimant has mildly increased but normal reflexes. Sensation is intact. She has slight weakness in her distal upper extremities, more so on the left. Her electrodiagnostic test results show no evidence of myopathy or a cervical radiculopathy. Her symptoms likely represent a central sensitization syndrome like fibromyalgia or chronic pain. Cervical myelopathy may be contributing, too. I recommend no further neurologic testing. The claimant started taking duloxetine for the small fiber sensory neuropathy.

The records after 03/16/20 list the duloxetine prescription and do not otherwise address small fiber sensory neuropathy or other neurologic conditions.

3. Spinal stenosis, lumbar

The claimant reports chronic low back pain. On 01/22/20, she had a lumbar MRI per order by family practitioner Dr. Potts. It showed an L5-S1 disc bulge, unchanged from 2017. The disk touched, but did not definitely efface or displace, the left S1 nerve root.

4. Inflammatory, rheumatologic disease, r/o

» 01/08/20. Steven Stern, MD. Rheumatology. Follow-up visit for a positive ANA. Normal physical exam findings. Rheumatologic blood tests had normal results, including CRP = 0.4 mg/L.

» 04/22/20. Dr. Stern. It does not appear from our testing and her complaints that she has an active inflammatory process that requires treatment from our office. Discharged.

» 06/19/20. Greg Potts, MD. Family medicine. In my opinion, "there certainly is some type of inflammatory phenomenon going on in this patient."

5. Mold-related disease, r/o

» 04/22/20. Steven Stern, MD. Rheumatology. The claimant moved out of her house while it is being tested for mold to rule that out as a cause of her problems.

» 05/04/20. Anna Stone, NP. Psychiatry. This note has no exam findings. It lists the claimant's symptoms, medications, and Ms. Stone's conclusions that the claimant has "chronic inflammatory response syndrome" caused by mold and other infections. Ms. Stone prescribed cholestyramine and nasal spray EDTA.[1] Attached to the Restrictions Form are lab test results:
- Microbiology Dx. Nasal culture and sensitivity. Positive for coagulase-negative staphylococci, Enterococci, and Klebsiella.
- LabCorp. HLA typing.[2]
- LabCorp. Blood tests for iron and other minerals, and certain vitamins and CRP. Normal results.

---

[1] EDTA is a chelating agent used to remove certain metals from the body. EDTA nasal sprays are recommended by some alternative medicine practitioners as a treatment for mold-related illness(es).
[2] HLA typing is used to match patients and donors for bone marrow and certain other organ transplants.

Ms. Stone sent this note with a Restrictions Form on which she stated the claimant has systemic inflammatory response syndrome.

» 05/22/20. Michael Krease, DO. GI. The claimant states her nurse practitioner has diagnosed her with "mold illness disease," is living in a hotel, believes she has mold in her house and her car, and a rheumatologist told her to sell her house.

6. Gastroparesis, r/o

A 02/21/20 endoscopy note by Michael Krease DO noted significant amounts of retained food in the stomach during endoscopy "suspect a component of gastroparesis." Dr. Krease did not perform a gastric emptying test (the diagnostic test for gastroparesis) and did not diagnose the claimant with gastroparesis. On 03/17/20, GI Dawn Francis, MD, wrote, "I do not think the patient has gastroparesis … I would not recommend that we do a gastroparesis study with a gastric emptying study."

B. Work fitness opinions and related information

1. 05/04/20. Anna Stone, NP. Psychiatry. The claimant has fatigue, systemic inflammatory response syndrome, constipation, chest pain, myalgia, etc. She cannot work a predictable schedule because of fatigue, rashes, chills, and myalgia. She has difficulty using her hand to write or type due to hand weakness, tremors, and pain. The findings that support this are her HLA blood test results and the nasal swab cultures that identify multiple sinus infections.

2. 05/26/20. Jeffery Grimes, MD. Internal medicine/MLS. Records review and discussions with attending providers Dr. Potts and Anna Stone, NP. Dr. Potts said that the claimant has fatigue caused by "sick building syndrome" and he had not seen her in three months due to COVID-19. Dr. Potts said the claimant has a high-stress job and he doesn't think she can do it, though she's improving. Ms. Stone told Dr. Grimes that she practices functional medicine which is different than traditional medicine,[3] and Ms. Stone's opinion is that the claimant has become very ill from mold in her house. Dr. Grimes' assessment based on the records and his discussion with the attending providers was that there is a lack of support for impairment.

***Peer-to-Peer Consultation***

1. Anna Stone, NP. Psychiatry. 502-931-5958 p, 866 450-9771 f.

[3] Functional medicine is a form of alternative medicine that encompasses a number of unproven and disproven methods and treatments.

Contact attempt #1. 10:52 am EST 06/26/20 t/c to 502-931-5958, l/m on Anna Stone v/m for cb.

Contact attempt #2. 1:10 p.m. EST 06/26/20 fax to A Stone NP with (1) her 05/05/20 fax with the Restrictions Form and lab test results, (2) the claimant's signed release form, and (3) my cover letter asking her by COB 06/30/20 to call me or fax back her responses to these questions:

*Q1. The 05/04/20 Restrictions Form states that the HLA typing by LabQuest supports a predisposition to biotoxin illness. I am familiar with HLA testing in the context of matching immune markers for organ transplants. Please clarify: How do the claimant's HLA type results indicate her predisposition to biotoxin illness? On what reference(s) is your opinion based?*

*Q2. On the 05/04/20 Restrictions Form, you indicated that the nasal culture identified "multiple sinus infections." As I read those test results, they indicate bacteria that are normally present in nasal swabs of healthy people. Please clarify: How do these test results indicate multiple sinus infections? Please identify the reference(s) on which your opinion is based.*

*Q3. The 05/24/20 Restrictions Form lists a diagnosis of systemic inflammatory response syndrome (SIRS). Per the medical literature, SIRS is a shock-related phenomenon in which the patient has two or more abnormalities in temperature, heart rate, respiration rate, or white blood cell count. We did not receive clinical findings demonstrating that the claimant is in shock, or that she has abnormalities of temperature, heart rate, respiration rate, or white blood cell count. Please clarify: What are the diagnostic criteria by which you determined that the claimant has SIRS? What are the claimant's SIRS-related diagnostic findings?*

*Q4. Have you identified in the claimant any mold-related disease or injury other than SIRS? If yes, what mold-related disease or injury have you diagnosed, and what are her diagnostic findings that confirm this disease or injury?*

Contact attempt #3. 4:01 p.m. EST 06/29/20 t/c to 502-931-5958, l/m on Anna Stone v/m for c/b.

2. Gregory Potts, MD. Family medicine. 502-240-5900 fax 502-240-5905.

Contact attempt #1. 2:20 p.m. EST 06/26/20 t/c to 502-240-5900. Anna said Dr. Potts would return to the office on 06/29. I l/m for c/b from Dr. Potts.

Contact attempt #2. At 4 p.m. EST 06/26/20, I faxed to Dr. Potts at 502-240-5905 the claimant's signed release form, his 06/19/20 note, and a cover letter asking for his response by COB 06/30/20 to these questions:

*Q1. Your 06/19/20 office note includes the statement, "there certainly is some type of inflammatory phenomenon going on in this patient." Have you diagnosed the claimant as*

*having an inflammatory disease or injury? If yes, what is the diagnosis, and what are the supporting clinical findings?*

*Q2. Your 06/19/20 office note states the claimant has suspected gastroparesis. The GI office notes and test results from earlier in 2020 do not reference gastroparesis. Have you diagnosed her with gastroparesis? Has she had a gastric emptying test to check for this diagnosis? If not, why not?*

*Q3. Your 06/19/20 note states that most of her symptoms are secondary to small fiber sensory neuropathy. That note lists a lot of symptoms, including palpitations, diarrhea, painful urination, depression, etc. Which of her symptoms are secondary to small fiber sensory neuropathy? Does she have activity limitations/restrictions due to her small fiber sensory neuropathy?*

*Q4. Are you able to comment on activity limitations/restrictions? For example, have you identified cognitive deficits or impaired use of her arms and hands?*

______________________

*** ELECTRONICALLY SIGNED ***

Robert Swotinsky MD
Bd Certified, Occupational Medicine

__________________________

***References***

[i] Hardin B, Kelman B, Saxon A. Adverse health effects associated with molds in the indoor environment. *J Occup Environ Med*. 2003;45:470.

[ii] Levy M, Fink M, Marshall J, et al. 2001 SCCM/ESICM/ACCP/ATS/SIS International Sepsis Definitions Conference. *Crit Care Med.* 2003;31:1250.

Lincoln Financial Group®

| | |
|---|---|
| **To:** | **Anna M Stone, APRN-BC PMHNP** |
| Company: | Anna M. Stone, APRN-BC PMHNP |
| Fax: | 866-450-9771 |
| Phone: | 603-334-0380 |
| **From:** | **Robert Swotinsky MD** |
| Fax: | 866 841 1415 |
| Phone: | 978 337 4479 |

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Friday, June 26, 2020 12:55:14 PM
**Number of pages including this cover sheet:** 17

# Robert Swotinsky, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

June 26, 2020

Anna M. Stone, APRN-BC PMHNP
1355 Bardstown Road Suite 358
Louisville KY 40204
By fax: 866-450-9771

| | |
|---|---|
| Re: | Disability claim |
| Claimant Name: | Keeta Fox |
| Claimant DOB: | |
| Claim Number: | 9761441 |

Dear Ms. Stone:

Thank you for submitting the enclosed information on behalf of your patient Keeta Fox, and for offering to respond to any questions about it. This fax follows the message that I left on your voice mail earlier today. This fax has Ms. Fox's signed release form and my questions. I am faxing in case it is a more practical way to communicate during these challenging times.

Please by close of business 06/30/20, please call me at 978 337 4479 or fax back your responses to these questions:

*Q1. The 05/04/20 Restrictions Form states that the HLA typing by LabQuest supports a predisposition to biotoxin illness. I am familiar with HLA testing in the context of matching immune markers for organ transplants. Please clarify: How do Ms. Fox's HLA type results indicate her predisposition to biotoxin illness? On what reference(s) is your opinion based?*

*A1.* ______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

*Q2. On the 05/04/20 Restrictions Form, you indicated that the nasal culture identified "multiple sinus infections." As I read those test results, they indicate bacteria that are normally present in nasal swabs of healthy people. Please clarify: How do these test results indicate multiple sinus infections? Please identify the reference(s) on which your opinion is based.*

*A2.* ______________________________________________________________

______________________________________________________________

______________________________________________________________

Claimant: Keeta Fox
Claim # 9761441

Letter to Anna Stone, NP
June 26, 2020

---

*Q3. The 05/24/20 Restrictions Form lists a diagnosis of systemic inflammatory response syndrome (SIRS). Per the medical literature, SIRS is a shock-related phenomenon in which the patient has two or more abnormalities in temperature, heart rate, respiration rate, or white blood cell count.[i] We did not receive clinical findings demonstrating that Ms. Fox is in shock, or that she has abnormalities of temperature, heart rate, respiration rate, or white blood cell count. Please clarify: What are the diagnostic criteria by which you determined that patient has systemic inflammatory response syndrome? What are Ms. Fox's SIRS-related diagnostic findings?*

*A3.* ______________________________

______________________________

______________________________

______________________________

*Q4. Have you identified in Ms. Fox any mold-related disease or injury other than SIRS? If yes, what mold-related disease or injury have you diagnosed, and what are her diagnostic findings that confirm this disease or injury?*

*A4.* ______________________________

______________________________

______________________________

______________________________

Lincoln Financial Group is willing to reimburse you for reasonable costs incurred in responding to requests for information. For questions about reimbursement, please contact Lincoln Financial's Lisa Hackney at 800-291-0112 x14127. Thank you for your assistance!

*-Electronically Signed-*

Robert Swotinsky MD
Bd Cert, Occupational Medicine
978 337 4479 c

Response(s) as noted above...

______________________ ____________
Anna Stone NP Date

***** Please fax to 866 841 1415 *****

Enclosure: Signed release form
05/05/20 fax from A Stone with Restrictions Form and lab test results



Secure Fax provided by Lincoln Financial Group to facilitate information privacy

---

[i] Levy M, Fink M, Marshall J, et al. 2001 SCCM/ESICM/ACCP/ATS/SIS International Sepsis Definitions Conference. *Crit Care Med.* 2003;31:1250.

# ANNA M. STONE APRN-BC PMHNP

## FAX TRANSMITTAL

| | |
|---|---|
| Date: | May 5, 2020 |
| To: | Lisa Hackney<br>Disability Case Manager |
| Fax: | (603) 334-0380 |
| From: | Anna Stone |
| Fax: | 866.450.9771 |
| Re: | Keeta Fox |
| Total Pages: | 12 including this cover page |

---

Dear Lisa:

Attached please find the Restrictions Form you requested for Keeta Fox.

I have also attached some additional notes and lab results. If you have any questions, please contact me. I want to assist in Keeta's disability claim in any way I can. She is working quite hard to get well.

Sincerely,

Anna Stone, APRN-BC, PMHNP
502.931.5958 phone

NOTICE: This message, including all attachments transmitted with it, is for the use of the addressee only. It may contain proprietary, confidential and/or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient, you must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message. If you believe you have received this message in error, please delete it and all copies of it from your system and notify the sender immediately by reply e-mail. Thank you.

1355 Bardstown Road Suite 358 Louisville, KY 40204 • 502.931.5958 ph • 866.450.9771 f • annastone@me.com

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Lisa Hackney

| Keeta Fox | | 9761441 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — March 13, 2020
   **DATE LAST TREATED** — May 1, 2020
   **NEXT OFFICE VISIT** — May 5, 2020

   Fatigue R53.83; SIRS R65.10; Constipation K59.00;
   Chest pain R07.9; Myalgia M79.1; Chills R68.83;
   Spinal Stenosis Cervial Region M48.02; Weakness L Hand R53.1
   ~~Rash R21; Fasciculation R25.3; Sinus Infection J32.9~~
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

Not applicable.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   Keeta has difficulty using her hand to write or type due to hand weakness, tremors, and pain.
   Fatigue, rashes, chills, and myalgia prevent her from being able to work an established or predictable set of hours.
   SIRS (Systemic Inflammatory Response Syndrome) contributes to fatigue and multiple sinus infections, among other symptoms.

4. **RESTRICTIONS IMPOSED FROM** May 4, 2020 **TO** July 31, 2020.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**
   SIRS is related to mold exposure in Keeta's home. Home is being remediated and physical effects of mold are being treated.
   Some lab reports have come in and others are pending. Once all results are in, a complete treatment plan will be created.
   Cholestyramine is being given to reduce toxic load on body resulting from mold exposure.
   I expect that Keeta may be able to return to work part time after 30-45 days and full time within 90 days. This is based on currently available medical information.

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   HLA-DR LabQuest 04.09.20 supports presence of genetic predisposition to biotoxin illness (SIRS) which accounts for many symptoms.
   Nares Cultures Microbiology DX 04.22.20 identifies multiple sinus infections.
   I expect that other labs and tests will provide additional objective evidence.

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** March 13, 2020 **TO** present.

| | | |
|---|---|---|
| Anna Stone | APRN Adult & Child Psychiatry | NPI 1306072590 |
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| 1355 Bardstown Road Suite 358 | 502-931-5958 | 866-450-9771 |
| **Street Address** | **Telephone Number** | **Fax Number** |
| Louisville, KY 40205 | [signature] | May 4, 2020 |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) Keeta Fox Relationship self

Signature of claimant or legal representative DocuSigned by: Keeta Fox

Date of Birth: ______ Claim Number: 9761441 Date: 2/6/2020

**A copy of this authorization will be considered as valid as the original.**

# Additional Notes

Keeta Fox
Claim Number 9761441

May 4, 2020

This document contains further information related to the Restrictions Form provided by Lincoln Financial Group.

Since March 13th, some lab results have been received and others are pending. Due to the Coronavirus Pandemic, obtaining health care takes longer. Not all diagnostic venues are open or fully functional.

- I have diagnosed Keeta with Chronic Inflammatory Response Syndrome (CIRS) which is a biotoxin illness. (SIRS R65.10)
- Environmental assessment of Keeta's home indicates the presence of mold that can be harmful to persons with a biotoxin illness.
- Keeta has multiple infections at this time, including:
  - Sinus infections: Enterococci, Klebsiella oxytoca, Staph Coagulase Neg [Fungal results pending]
  - Vaginal infections: Yeast (suspected)

## Top 5 Symptoms

- Fatigue
- Chills
- Tremors, L hand weakness
- Skin sensitivity (severe itching over entire body suspected due to yeast)
- Stiffness and rigidity of calf muscles

## Medications

- Duloxetine 90mg daily (prescribed by previous provider)
- Amitiza 24mcg (prescribed by previous provider)
- Zolpidem 10mg (prescribed by previous provider)
- Progesterone 200mg (prescribed by previous provider)
- Estradiol 0.05mg patch 2 x weekly (prescribed by previous provider)
- Cholestyramine 4G 4x daily in water or juice (off label use)
- Nasal Spray EDTA/Mucolox/Elemental Silver 25ppm/0.5%/ml 2 sprays each nostril 3 x daily

## Office Visits

- I have seen Keeta Fox in the office only once due to the pandemic. Keeta and I have interacted outside the office and by phone frequently since admission.
- All of the contents of this document have been discussed fully with her.
- This document serves as a compilation of my notes related to her care. We have discussed her diagnoses, how her illness and symptoms affect her ability to work and manage her household, and how treatment will proceed once additional lab results are received and evaluated.
- Test results are attached.

Anna Stone, APRN-BC, PMHNP, CHT
1355 Bardstown Road Suite 358 • Louisville, KY 40204 • annastone@me.com • 502.931.5958 p • 866.450.9771 f
*Adult & Child Psychiatry | Depth Psychology | Genetics | Biochemistry | Functional Medicine*

**LabCorp** **Patient Report**

**Specimen ID:** 092-305-0749-0
**Control ID:** 40066625539

**Acct #:** 16861555 **Phone:** (502) 931-5958 **Rte:** 00

**FOX, KEETA R.**

Anna M. Stone
2010 Cherokee Parkway #2
LOUISVILLE KY 40204

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** | **Date collected:** 04/01/2020 0842 Local | **Ordering:** A STONE |
| **Age(y/m/d):** 053/04/26 | **Date received:** 04/01/2020 | **Referring:** |
| **Gender:** F **SSN:** | **Date entered:** 04/01/2020 | **ID:** |
| **Patient ID:** | **Date reported:** 04/09/2020 1608 ET | **NPI:** 1306072590 |

**General Comments & Additional Information**
This is a courtesy copy of a laboratory report.

**Total Volume:** Not Provided **Fasting:** Yes

**Ordered Items**
HLA DRB1,3,4,5,DQB1 (IR); Iron and TIBC; Trans. Growth Fact. beta 1*; Vitamin A, Serum; C-Reactive Protein, Cardiac; Ceruloplasmin; Copper, Serum; Ferritin, Serum; Melanocyte Stimulating Hormone; Magnesium, RBC; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **HLA DRB1,3,4,5,DQB1 (IR)** | | | | | |
| DRB1 | | | | | 01 |
| | DRB1*04:01:01G | | | | |
| DRB1 | | | | | 01 |
| | DRB1*11:03:01G | | | | |

```
     The following alleles could not be ruled out:
     DR31*  04:01:01:01/04:01:01:02/04:01:01:03/04:242/04:243
            /04:248/04:254/04:257/04:266N/04:268/04:270/04:273
            /04:274/04:281/04:285/04:296
     DR31*  11:03:01/11:03:03/11:03:04/11:231/11:260
```

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| DRB3 | | | | | 01 |
| | DRB3*02:02:01G | | | | |
| DRB3 | | | | | 01 |
| | DRB3*- | | | | |

```
     The following alleles could not be ruled out:
     DR33*  02:02:01:01/02:02:01:02/02:02:01:03/02:02:01:04
            /02:02:01:05/02:02:01:06/02:02:01:07/02:02:01:08
            /02:02:11/02:02:12/02:02:14/02:02:15/02:02:16
            /02:02:17/02:02:18/02:02:20/02:02:22/02:02:23
            /02:02:24/02:28/02:29N/02:69/02:71/02:85/02:86/02:96
            /02:108/02:113/02:133
```

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| DRB4 | | | | | 01 |
| | DRB4*01:01:01G | | | | |
| DRB4 | | | | | 01 |
| | DRB4*- | | | | |

```
     The following alleles could not be ruled out:
     DR34*  01:01:01:01/01:01:01:03/01:03:01:01/01:03:01:02N
            /01:03:01:03/01:03:01:04/01:03:01:05/01:03:01:06
            /01:03:01:07/01:03:01:08/01:03:01:09/01:03:01:10
            /01:03:01:11/01:03:01:12/01:03:02/01:03:10/01:03:15
            /01:03:17/01:03:18/01:06/01:09/01:76/01:79/01:85
            /01:90/01:118/01:119
```

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| DRB5 | | | | | 01 |
| | DRB5*- | | | | |



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

LabCorp **Patient Report**

**Patient:** FOX, KEETA R. **DOB:** 11/06/1966 **Patient ID:** **Control ID:** 40066625539 **Specimen ID:** 092-305-0749-0 **Date collected:** 04/01/2020 0842 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| DRB5 | DRB5*- | | | | 01 |

HLA allele interpretation for all loci based on IMGT/HLA database version 3.38.0
This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.
HLA Lab CLIA ID Number 34D0954530

| | | | | | |
|---|---|---|---|---|---|
| DQB1 Allele 1 | DQB1*03:01:01G | | | | 01 |
| DQB1 Allele 2 | DQB1*03:02:01G | | | | 01 |

The following alleles could not be ruled out:

```
DQB1*  03:01:01:01/03:01:01:02/03:01:01:03/03:01:01:04
       /03:01:01:05/03:01:01:06/03:01:01:07/03:01:01:08
       /03:01:01:09/03:01:01:10/03:01:01:11/03:01:01:12
       /03:01:01:14/03:01:01:15/03:01:01:16/03:01:01:17
       /03:01:01:18/03:01:01:19/03:01:01:20/03:01:01:21Q
       /03:01:01:22/03:01:04/03:01:05/03:01:09/03:01:10
       /03:01:11/03:01:12/03:01:20/03:01:26/03:01:31
       /03:01:35/03:01:36/03:01:39/03:01:40/03:01:41
       /03:01:43/03:01:44/03:01:45/03:01:46/03:01:47/03:09
       /03:19:01:01/03:19:01:02Q/03:19:03/03:19:04/03:21
       /03:22:01/03:22:02/03:24/03:29/03:35/03:42/03:49
       /03:50/03:51/03:84N/03:94/03:115/03:116/03:164
       /03:165/03:169/03:182/03:191/03:196/03:198:01
       /03:198:02/03:206/03:241/03:243/03:246/03:253/03:264
       /03:266/03:276N/03:281/03:284/03:285/03:286/03:288
       /03:290/03:292/03:293/03:294/03:297/03:302/03:309
       /03:312/03:317:01/03:317:02/03:326/03:328/03:329
       /03:330/03:331/03:338N/03:340N/03:342/03:347/03:350
       /03:358N/03:360/03:370/03:373/03:376N/03:377/03:378
       /03:381/03:385N/03:394/03:396/03:400N/03:401/03:404
DQB1*  03:02:01:01/03:02:01:02/03:02:01:03/03:02:01:04
       /03:02:01:05/03:02:01:06/03:02:01:07/03:02:01:08
       /03:02:09/03:02:12/03:02:21/03:02:24/03:02:25
       /03:02:26/03:02:27/03:02:29/03:32/03:85/03:190
       /03:245/03:247/03:251/03:263/03:265/03:287/03:289
       /03:295/03:296/03:298/03:310N/03:315/03:321/03:324
       /03:343/03:345/03:348/03:349/03:364/03:368/03:369
       /03:379/03:383/03:386/03:392/03:403N/03:409/03:410
```

HLA Methodology — 01

HLA results were obtained using sequence based typing (SBT), sequence specific oligonucleotide probes (SSOP), and/or sequence specific primers (SSP) as needed to obtain the required resolution.
Please contact HLA Customer Service at 1-800-533-1037 if you have any questions.
Director of HLA Laboratory
Dr George C Maha, PhD

**Iron and TIBC**

| | | | | | |
|---|---|---|---|---|---|
| Iron Bind.Cap.(TIBC) | 295 | | ug/dL | 250 - 450 | |



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call
© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**LabCorp** **Patient Report**

Patient: FOX, KEETA R.
DOB: 11/06/1966 Patient ID: Control ID: 40066625539
Specimen ID: 092-305-0749-0
Date collected: 04/01/2020 0842 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| UIBC | 205 | | ug/dL | 131 - 425 | 02 |
| Iron | 90 | | ug/dL | 27 - 159 | 02 |
| Iron Saturation | 31 | | % | 15 - 55 | |
| **Trans. Growth Fact. beta 1*** | 1734 | | pg/mL | 867 - 6662 | 03 |

The result is reported in pg/mL. The assay range is approximately 98 to 400,000. The reference range for a healthy population is 867-6662. However it should be noted that these ranges are obtained from a limited population of apparently healthy adults and are not diagnostic thresholds.
*This test was developed and its performance characteristics determined by Viracor Eurofins. It has not been cleared or approved by the U.S. Food and Drug Administration.

**Vitamin A, Serum**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Vitamin A | 48.1 | | ug/dL | 20.1 - 62.0 | 04 |

Reference intervals for vitamin A determined from LabCorp internal studies. Individuals with vitamin A less than 20 ug/dL are considered vitamin A deficient and those with serum concentrations less than 10 ug/dL are considered severely deficient.
This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **C-Reactive Protein, Cardiac** | 0.39 | | mg/L | 0.00 - 3.00 | 02 |

Relative Risk for Future Cardiovascular Event
Low <1.00
Average 1.00 - 3.00
High >3.00

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Ceruloplasmin** | 29.5 | | mg/dL | 19.0 - 39.0 | 02 |
| **Copper, Serum** [A] | 130 | | ug/dL | 72 - 166<br>Detection Limit = 5 | 04 |
| **Ferritin, Serum** | 77 | | ng/mL | 15 - 150 | 02 |

**Melanocyte Stimulating Hormone**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | 15 | | pg/mL | 0 - 40 | 04 |

Results for this test are for research purposes only by the assay's manufacturer. The performance characteristics of this product have not been established. Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Magnesium, RBC** [B] | 5.2 | | mg/dL | 4.2 - 6.8 | 04 |



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call
© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**LabCorp** **Patient Report**

**Patient:** FOX, KEETA R.
**DOB:** 11/06/1966 **Patient ID:** **Control ID:** 40066625539 **Specimen ID:** 092-305-0749-0
**Date collected:** 04/01/2020 0842 Local

**Comments:**

[A] This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.

[B] This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.

| | | | |
|---|---|---|---|
| 01 | 2Q | LabCorp Burlington DNA<br>1440 York Court, Burlington, NC 27215-3361 | Dir: George Maha, PhD |
| 02 | CB | LabCorp Dublin<br>6370 Wilcox Road, Dublin, OH 43016-1269 | Dir: Vincent Ricchiuti, PhD |
| 03 | NEWXW | Viracor Eurofins<br>1001 NW Technology Drive, Lees Summit, MO 64086-5603 | Dir: Michelle Altrich, PhD |
| 04 | BN | LabCorp Burlington<br>1447 York Court, Burlington, NC 27215-3361 | Dir: Sanjai Nagendra, MD |

For inquiries, the physician may contact **Branch: 502-456-4700 Lab: 800-282-7300**



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call - -
© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

# Microbiology Dx

LABORATORY REPORT

19A CROSBY DRIVE SUITE 215
BEDFORD, MA 01730
Tel: (781)276-4956 * Fax: (781)275-6236

Dr. J.D. MUSTO, DABB
PRESIDENT & LAB DIRECTOR
CLIA ID# 22D2089996

| | | | |
|---|---|---|---|
| PATIENT: | FOX, KEETA ) | CLIENT: | ANNA STONE, PHD, APRN<br>1355 BARDSTOWN RD SUITE 358<br>LOUISVILLE, KY 40204 |
| D.O.B. /SEX: | 53Y F | | 600697 |
| DATE COLLECTED: | 04/15/2020 | DOCTOR: | A STONE |
| TIME COLLECTED: | | DATE REPORTED: | |
| DATE RECEIVED: | 04/18/2020 | DATE PRINTED: | 04/22/2020 |
| LAB NUMBER: | 14174718 | PATIENT ID: | |

PAGE: 1

** PARTIAL REPORT ** ** PARTIAL REPORT **

RESULTS

NARES CULTURE

SOURCE NARES

ORGANISM #1 STAPH COAG NEGATIVE-LARGE AMOUNT

MARCONS POSITIVE

-

MARCoNS is a multiple antibiotic resistant coag neg staph that reside in the deep nasal passages, is common in biotoxin illness, is a marker of low MSH and produce biofilms which form a barrier to immune defenses and anti-infection therapy. Biofilm production in bacteria, mold or yeast may account for some cases of chronic nasal and sinus congestion and inflammation. MARCoNS releases exotoxins which lead to increased inflammation (decreased MSH)and hemolysins which disrupt RBCs and endothelial cells. It may be colonized or cause infection. If test results indicate coag neg staph is present with two or more antibiotics from different classes showing Resistant or Intermediate, these results are classified as MARCoNS whether there is a large amount or small amount.
(Ref: Dr. Ritchie Shoemaker, 05/09/14)

SUSCEPTIBILITY #1

| ANTIBIOTIC NAME | INTERPRETATION |
|---|---|
| CIPROFLOXACIN | S |
| CLINDAMYCIN | R |
| ERYTHROMYCIN | S |
| GENTAMICIN | S |
| LEVOFLOXACIN | S |
| LINEZOLID(ZYVOX) | S |
| MOXIFLOXACIN | S |
| OXACILLIN(METHICILLIN) | S |
| PENICILLIN-G | R |
| QUINUP/DALFO(SYNERCID) | S |
| RIFAMPICIN | S |
| TETRACYCLINE(DOXYCYCLINE) | S |
| TIGECYCLINE | S |
| TRIMETH/SULFA(BACTRIM) | S |
| VANCOMYCIN | S |

S=Sensitive I=Intermediate R=Resistant

** PARTIAL REPORT **

CONTINUED ON NEXT PAGE

# Microbiology Dx

LABORATORY REPORT

19A CROSBY DRIVE SUITE 215
BEDFORD, MA 01730
Tel: (781)276-4956 * Fax: (781)275-6236

Dr. J.D. MUSTO, DABB
PRESIDENT & LAB DIRECTOR
CLIA ID# 22D2089996

| | | | |
|---|---|---|---|
| PATIENT: | FOX, KEETA | CLIENT: | ANNA STONE, PHD, APRN<br>1355 BARDSTOWN RD SUITE 358<br>LOUISVILLE, KY 40204 |
| D.O.B. /SEX: | 53Y F | | 600697 |
| DATE COLLECTED: | 04/15/2020 | DOCTOR: | A STONE |
| TIME COLLECTED: | | DATE REPORTED: | |
| DATE RECEIVED: | 04/18/2020 | DATE PRINTED: | 04/22/2020 |
| LAB NUMBER: | 14174718 | PATIENT ID: | |

PAGE: 2

** PARTIAL REPORT ** ** PARTIAL REPORT **

RESULTS

ORGANISM #2 ENTEROCOCCI SPS.-LARGE AMOUNT

SUSCEPTIBILTY #2

| ANTIBIOTIC NAME | INTERPRETATION |
|---|---|
| AMPICILLIN | S |
| LINEZOLID(ZYVOX) | S |
| PENICILLIN-G | S |
| QUINUP/DALFO(SYNERCID) | R |
| VANCOMYCIN | S |

S=Sensitive I=Intermediate R=Resistant

ORGANSIM #3 KLEBSIELLA OXYTOCA-LARGE AMOUNT

GRAM NEGATIVE ENTERIC RODS

SUSCEPTIBILTY#3

| ANTIBIOTIC NAME | INTERPRETATION |
|---|---|
| AMPICILLIN | R |
| AMPICILLIN/SULBACTAM | I |
| PIPERACILLIN/TAZOBACTAM | S |
| CEFAZOLIN | R |
| CEFTAZIDIME | S |
| CEFTRIAXONE | S |
| CEFEPIME | S |
| ERTAPENEM | S |
| IMIPENEM | S |
| GENTAMICIN | S |
| TOBRAMYCIN | S |
| CIPROFLOXACIN | S |
| LEVOFLOXACIN | S |
| TRIMETH/SULFA (BACTRIM) | S |

S=Sensitive I=Intermediate R=Resistant

FUNGAL PENDING

Fungal cultures are held for 1 month.
If any yeast or mold is isolated within the first 2 weeks it will be reported. The culture will be held for an additional 2 weeks for any other growth of yeast or mold.

BIOFILM ANALYSIS
ORGANISM-MARCONS WEAK 1+

** PARTIAL REPORT **

CONTINUED ON NEXT PAGE

# Microbiology Dx

LABORATORY REPORT

19A CROSBY DRIVE SUITE 215
BEDFORD, MA 01730
Tel: (781)276-4956 * Fax: (781)275-6236

Dr. J.D. MUSTO, DABB
PRESIDENT & LAB DIRECTOR
CLIA ID# 22D2089996

| | | | |
|---|---|---|---|
| PATIENT: | FOX, KEETA | CLIENT: | ANNA STONE, PHD, APRN<br>1355 BARDSTOWN RD SUITE 358<br>LOUISVILLE, KY 40204 |
| D.O.B. /SEX: | 53Y F | | 600697 |
| DATE COLLECTED: | 04/15/2020 | DOCTOR: | A STONE |
| TIME COLLECTED: | | DATE REPORTED: | |
| DATE RECEIVED: | 04/18/2020 | DATE PRINTED: | 04/22/2020 |
| LAB NUMBER: | 14174718 | PATIENT ID: | |

PAGE: 3

** PARTIAL REPORT ** ** PARTIAL REPORT **

RESULTS

STRONG, MODERATE, OR WEAK IS THE LEVEL OF BIOFILM PRODUCTION BY THE ORGANISM.

A bacterial biofilm is defined as a structural community of bacterial cells enclosed in a self-produced polymeric matrix adherent to an inert or living surface. Biofilm producing organisms are far more resistant to antimicrobial agents than organisms which do not produce biofilm. (Indian J. Crit. Care Med. 2013 Jul-Aug;17(4): (214-218) MARCoNS biofilm testing is a continuation of work started by Dr. R. Shoemaker in 2011.

** PARTIAL REPORT **

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) Keeta Fox Relationship self

Signature of claimant or legal representative Keeta Fox

Date of Birth ____ Claim Number: 9761441 Date: 2/6/2020

**A copy of this authorization will be considered as valid as the original.**

**Swotinsky, Robert**

| | |
|---|---|
| **From:** | swotinsky <swotinsky@comcast.net> |
| **Sent:** | Friday, June 26, 2020 1:14 PM |
| **To:** | Swotinsky, Robert |
| **Subject:** | FW: Innoport Webfax Notification |
| **Attachments:** | 18664509771.pdf |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: webfax@innoport.com
Date: 6/26/20 1:13 PM (GMT-05:00)
To: swotinsky@comcast.net
Subject: Innoport Webfax Notification

Transaction ID: 2035029995

Reference Code 1: 9761441

Request source: web
(Note: You can now send faxes via email. For detailed instructions, please refer to the Email-To-Fax Guide, which may be found by clicking on the link for "Guides" in the "support" section of the "help" menu.)

Recipient: 18664509771

Total number of page(s) transmitted: 17

Total duration: 10 minute(s)

Total cost: $ 0.60

Statistics:
success: 1/1 (100.0%)
failed: 0/1 (0.0%)
busy: 0/1 (0.0%)
no answer: 0/1 (0.0%)

To resend this transaction to some or all of the recipients, please go to the details for this Transaction ID in your outbound fax Activity Log.

To change your notification preferences, please go to the "Fax Sending" tab in your account profile.

The attached file contains the document that was faxed. If the transaction was sent to multiple recipients, the attached PDF file will only display the fax which was delivered to the first recipient.

Lincoln
Financial Group®

| | |
|---|---|
| **To:** | **Greg Potts MD** |
| Company: | Greg Potts, MD |
| Fax: | 502-240-5905 |
| Phone: | 502-240-5900 |
| **From:** | **Robert Swotinsky MD** |
| Fax: | 866 841 1415 |
| Phone: | 978 337 4479 |

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Friday, June 26, 2020 2:59:34 PM
**Number of pages including this cover sheet:** 07

Robert Swotinsky, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

June 26, 2020

Greg Potts, MD
2002 Papa John's Blvd
Louisville, KY 40299
By fax: 502-240-5905

| | |
|---|---|
| Re: | Disability claim |
| Claimant Name: | Keeta Fox |
| Claimant DOB: | |
| Claim Number: | 9761441 |

Dear Dr. Potts:

Thank you for submitting to Lincoln Financial the enclosed information on behalf of your patient Keeta Fox. This fax follows the message that I left with Anna earlier today. This fax has Ms. Fox's signed release form and my questions. I am faxing in case it is a more practical way to communicate during these challenging times.

By close of business 06/30/20, please call me at 978 337 4479 or fax back your responses to these questions:

*Q1. Rheumatologist Steven Stern MD did a workup for inflammatory rheumatologic conditions and, per his 04/22/20 office note, concluded there was none. Your 06/19/20 office note states, "there certainly is some type of inflammatory phenomenon going on in this patient." Have you diagnosed Ms. Fox as having an inflammatory disease or injury?*

☐ Yes. Her inflammatory disease or injury, and her diagnostic findings that confirm it, are:

________________________________________________

________________________________________________

☐ No ☐ I don't know/deferred

*Q2. Your 06/19/20 office note states the claimant has suspected gastroparesis. The insurer received GI office notes and test results from earlier in 2020, none of which reference gastroparesis. Have you diagnosed her with gastroparesis?*

☐ Yes. The diagnostic findings that have confirmed that Ms. Fox has gastroparesis are:

________________________________________________

________________________________________________

☐ No ☐ I don't know/deferred

*Q3. Your 06/19/20 note states that most of Ms. Kit's symptoms are secondary to small fiber sensory neuropathy. That note lists symptoms, that include palpitations, diarrhea, painful urination, depression, anxiety, bruising, low back pain, etc. Which of her symptoms are secondary to small fiber sensory neuropathy? How does her small fiber sensory neuropathy account for those symptoms?*

A3. ______________________________________________

______________________________________________

______________________________________________

*Q4. Are you able to comment on Ms. Kit's activity limitations/restrictions? For example, have you identified cognitive deficits, or impaired use of her arms and hands?*

☐ Yes. Her activity limitations/restrictions, and the supporting clinical findings, are:

______________________________________________

______________________________________________

☐ No ☐ I don't know/deferred

---

Lincoln Financial Group is willing to reimburse you for reasonable costs incurred in responding to requests for information. For questions about reimbursement, please contact Lincoln Financial's Lisa Hackney at 800-291-0112 x14127. Thank you for your assistance!

*-Electronically Signed-*

Robert Swotinsky MD
Bd Cert, Occupational Medicine
978 337 4479 c

Response(s) as noted above...

______________________ ____________
Gregory Potts, MD Date

***** Please fax to 866 841 1415 *****

Enclosure: Signed release form
06/19/20 office note

From: 06/19/2020 11:44 #004 P.002/034

Papa Cares

Date: 6/19/2020

Name: Keeta Fox
B/P: 99/68 P: 85 R: ___ T: 97.5 SaO2: 98% DOB: ___ Wght: 136 Hght: 67 Team Member #: 102136 BMI: 21.3 Waist: ___
Meds: Reviewed ___ Updated ___ No Change ___ ALLERGIES: ASA, Fioricet Hx anaphylaxis ___
CC: c/o follow up
PHYSICAL EXAM: Melatonin

HPI: Got to work c Cleaning Crew & A. Stone; Bouts of excessive fatigue / no stamina; diffuse intermittent tingly, numbness in all ext (hands > legs): ⊕ Thenar Ⓛ > Ⓡ hand; myalgia (LE's > UE); burning pain ant LE & quads

ROS: (Mark circle if wnl)
"hot & cold" diffuse
- GEN: weight changes, insomnia, fatigue, fever chills, night sweats — worse c ↑ activity p light work ↓ stamina
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury — diffuse weakness aching
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts — diffuse fasiculations
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, ~~dysphagia~~, ~~hoarseness~~
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, ~~DOE~~, PND, ~~orthopnea~~, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, ~~hematuria~~, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: ~~polyuria/dyspepsia/phagia~~, heat/cold intol, ↑skin tags, ~~dark patches~~
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations ___

PMH: [ ] unchged [✓] see note SH: [ ] unchged [✓] see note
FH: [ ] unchged [✓] see note HX Form From 6/19/20 Rev'd
Surg Hx: [ ] unchged [✓] see note Meds update on back
Rev'd/Updated Immunization/Preventive Screening

PHYSICAL EXAM:
- GEN: A&O, NAD, WD, ~~confused~~, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, ~~hemorrhage~~ — M
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: ~~swollen~~, exudates, ~~erythema~~
- MOUTH: teeth, gums, tongue, pale — shoddy Ⓛ ant
- NODES: ~~cervical~~, axillary, inguinal
- NECK: supple, stiff, ↓ROM, ~~thyroid nodule/enlarged/firm~~
- RESP: CTAB, tachypnea, dullness, fremitus, ~~wheezing~~, ~~rales~~, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 ~~murmurs~~, rubs
- VASC: 2+ PP, edema/ LLE, RLE, ~~varicosities~~, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing. — Bruise Ⓡ flank
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation — c hyper
- BACK: CVA tenderness, SLR neg, ~~paraspinal TTP~~, ~~spinal TTP~~
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl. bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: ___
TEST RESULTS Rev'd: ___
SCHEDULED LABS/TESTS: ___
RETURN to OFFICE: ___
REFERRAL ___

IMPRESSION: Also responsive and very alert & just back home p living in hotel for 6 wks due to mold clean up in home GP

PLAN: See Summary GP

PAGE 2/34 * RCVD AT 6/19/2020 11:43:03 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/4 * DNIS:6033340380 * CSID: * ANI:15022405905 * DURATION (mm-ss):14-22

MED/OTC:

DULOXETINE 90 mg QD
OXBILE 125 mg ii BID
BETAINE HCl 648 mg ii BID
Mg GLYCINATE 120 mg ii BID
MYCELLIZED Vit A ii gtts BID
Tri-Fortify Orange Liposomal Glutathione i Tsp BID
Cholestyramine powder i Tsp 2 times/Day

Papa Cares

2002 Papa John's Blvd. Louisville, Kentucky 40299
Phone (502) 240-5900 Fax (502) 240-5905
Greg Potts, M.D.

6/19/2020

Summary of today's visit with Mrs. Fox

**Impression/Plan:**

1) **Small Fiber Neuropathy (biopsy confirmed) -** In my medical opinion most of Mrs. Fox's symptoms are secondary to her SFN whether this is from mold "toxicity", some other etiology, and/or idiopathic. There is ongoing work-up and treatment as per Cleveland Clinic, local functional nurse practioner and this office.
2) **Sequelae of other inflammatory polyneuropathy**/Unspecified Inflammatory condition - Although there is potential debate of the diagnosis of Systemic Inflammatory Response Syndrome and/or Sick Building Syndrome there certainly is some type of inflammatory phenomenon going on in this patient. There is ongoing work-up and treatment as per Cleveland Clinic, local functional nurse practioner and this office.
3) **Cervical stenosis, multi-level** - certainly complicates her symptoms of #1 as per neurosurgeon's note (enclosed).
4) **Gastroparesis (suspected)** - could this represent an autonomic component to #1?

Addendum: Mrs. Fox is now also under the care of Dr. Melissa Young an Integrative Medicine physician at Cleveland Clinic.

[signature]

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) Keeta Fox Relationship self

Signature of claimant or legal representative Keeta Fox

Date of Birth. _ Claim Number: 9761441 Date: 2/6/2020

**A copy of this authorization will be considered as valid as the original.**

**To:** **Greg Potts MD**
Company: Greg Potts, MD
Fax: 502-240-5905
Phone: 502-240-5900

**From:** **Robert Swotinsky MD**
Company:
Fax:
Phone: 978 337 4479
Email:

**Sent:** 6/26/2020 3:00:33 PM
Duration: 00:08:38
Number dialed:
Remote ID: 5022405905
Result: Success
Pages: 7

Lincoln Financial Group®

**To:** **Greg Potts MD**
Company: Greg Potts, MD
Fax: 502-240-5905
Phone: 502-240-5900

**From:** **Robert Swotinsky MD**
Fax: 866 841 1415
Phone: 978 337 4479

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Friday, June 26, 2020 2:59:34 PM
**Number of pages including this cover sheet:** 07

Confirmation receipt generated by ROASW8 on 6/26/2020 5:15:34 PM.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 24 Jun 2020 14:21:10 +0000
**To:** ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 7/31/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 24 Jun 2020 14:21:10 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 7/31/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 24 Jun 2020 14:21:10 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 7/31/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 24 Jun 2020 14:21:10 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 7/31/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 24 Jun 2020 14:21:10 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sara
h_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 7/31/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 24 Jun 2020 14:21:10 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 7/31/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:**Sharon Kremer <Sharon_Kremer@papajohns.com>
**Sent:**Tue, 23 Jun 2020 17:58:52 +0000
**To:**Reyes, Omar;Bloom, Kali
**Subject:**RE: Ms. Fox - Claim Update

Hi Omar:

Yes, we're in alignment with you approving the claim for Ms. Fox to remain off work through 7/31/20 based on the provided medical documentation and Dr. Potts' recent assessment. At this point in time, Ms. Fox believes she will be able to RTW on a part-time basis (short-term) in August, and then back to her FT schedule. We understand that should her condition worsen and she has to remain off work, there is a separate claim review process for LTD.

Thank you,

PAPA JOHN'S

SHARON KREMER
Director of Benefits

**Office:** 502.261.4614
**Mobile:** 502.594.2885
**Email:** sharon_kremer@papajohns.com

**Web:** www.papajohns.com
**Address:** 2002 Papa John's Blvd, Louisville, KY 40299

---

**From:** Reyes, Omar <Omar.Reyes@lfg.com>
**Sent:** Tuesday, June 23, 2020 12:02 PM
**To:** Bloom, Kali <Kali.Bloom@lfg.com>; Sharon Kremer <Sharon_Kremer@papajohns.com>
**Subject:** RE: Ms. Fox - Claim Update

(EXTERNAL EMAIL - USE CAUTION)
Hi Sharon,

I spoke to the manager over our clinical team and we are directly sending the review over to one our internal CP's that will expedite the review. This is a separate review than the one previously as it was completed by a 3rd party vendor. We will also be asking the reviewer if there should be other speciality physicians that need to opine on the records in case internal medicine is not sufficient enough. It sounds like Dr. Potts has advised that the employee be out work through 7/31/20, correct? Would you like for us to approve the claim through that date?

I would also like to note that the STD maximum benefit date is 8/3/20 so we potentially could approve through that date to max out the benefit if you would like.

Last thing I would like to mention and to keep in mind is if this goes into LTD and the current review does not support, the LTD claim was be denied.

Omar Reyes, CLMS
LMB Claims Manager

Lincoln Financial Group
P.O. Box 7207
London, KY 40742

800.291.0112 Office
Ext. 13947

LincolnFinancial.com

Follow us on:

---

**From:** Bloom, Kali <Kali.Bloom@lfg.com>
**Sent:** Monday, June 22, 2020 4:02 PM
**To:** Sharon Kremer <Sharon_Kremer@papajohns.com>
**Cc:** Reyes, Omar <Omar.Reyes@lfg.com>; Bloom, Kali <Kali.Bloom@lfg.com>
**Subject:** RE: Ms. Fox - Claim Update

Hi Sharon,

I do see that this is with the clinical team and have asked Omar if we are able to request any prioritization. I know this is something he may have already requested for us but we will need his input as that escalation is one done within the claims team.

Omar – please advise and thank you!

Kali Bloom
Senior Account Manager
Group Protection
Lincoln Financial Group

531-375-4092 - Office
412-742-3913 - Mobile

LincolnFinancial.com

Follow us on:

**Upcoming Out of Office:**
7/2 (P.M. Only)
7/3 – Observation of Independence Day
7/10 – 7/17

Putting you first: Learn how at
Lincoln Financial Group's COVID-19 guidance hub.

**From:** Sharon Kremer <Sharon_Kremer@papajohns.com>
**Sent:** Monday, June 22, 2020 3:12 PM
**To:** Bloom, Kali <Kali.Bloom@lfg.com>
**Cc:** Reyes, Omar <Omar.Reyes@lfg.com>
**Subject:** RE: Ms. Fox - Claim Update

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Thank you, Kali. Any updates today?

SHARON KREMER
Director of Benefits

**Office:** 502.261.4614
**Mobile:** 502.594.2885
**Email:** sharon_kremer@papajohns.com
**Web:** www.papajohns.com
**Address:** 2002 Papa John's Blvd, Louisville, KY 40299

**From:** Bloom, Kali <Kali.Bloom@lfg.com>
**Sent:** Friday, June 19, 2020 3:11 PM
**To:** Sharon Kremer <Sharon_Kremer@papajohns.com>
**Cc:** Reyes, Omar <Omar.Reyes@lfg.com>; Bloom, Kali <Kali.Bloom@lfg.com>
**Subject:** Ms. Fox - Claim Update

(EXTERNAL EMAIL - USE CAUTION)
Good Afternoon Sharon,

We did receive the additional information from Dr. Potts. As Lisa is out of the office today, Omar requested another member of his team to get this sent over to our nurse resource for review. We anticipate that she will engage the physician that assisted with the prior review and are watching this closely. We have requested expedited treatment and will do so again if we see that this is referred to the physician for assistance.

Please know that we are doing everything we can to have this information reviewed as quickly as possible. We greatly appreciate you sharing any additional information that you may have and look forward to providing you with another update as soon as possible.

Thank you,



Kali Bloom
Senior Account Manager
Group Protection
Lincoln Financial Group

531-375-4092 - Office
412-742-3913 - Mobile

LincolnFinancial.com

Follow us on:

**Upcoming Out of Office:**
7/2 (P.M. Only)
7/3 – Observation of Independence Day
7/10 – 7/17




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---------- This communication is intended only for the use of the individual or entity named as the addressee. It may contain information that is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via email and delete this communication and its attachments without making any copies. Thank you for your cooperation.----------

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Papa Cares**

2002 Papa John's Blvd. Louisville, Kentucky 40299
Phone (502)-240-5900 Fax (502)-240-5905
Greg Potts M.D.

Date: 6/19/2020

To: Lisa Hackney

From: Greg Potts MD.

Fax#: 603-334-0380 Phone#:

Cover Sheet plus 30 pages

Comments: Please contact us with any questions or comments

Thanks.

**Confidential Health Information Enclosed.** Health care information is personal and sensitive. It is being faxed to you after appropriate authorization from the individual or under circumstances that do not require individual authorization. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and /or State law.

The information contained in this facsimile transmission is privileged and confidential and is intend only for use of the recipient listed above. If you are neither the intended recipient nor the employee agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error please notify us immediately by telephone at (502) 240-5900 to arrange the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this fax or to report problems with the transmission.

From: 06/19/2020 11:27 #003 P.002

Papa Cares

Date: 6/19/2020

Name: Keeta Fox

B/P: 99/68 P: 85 R: ___ T: 97.5 SaO2: 98% DOB: ___ Wght: 136 Hght: 67 Team Member #: 102136 BMI: 21.3 Waist: ___

Meds: Reviewed ___ Updated ___ No Change ___ ALLERGIES: ASA, Fioricet Hx anaphylaxis ___

CC: c/o follow up

PHYSICAL EXAM: Melatonin

HPI: Cont to work c̄ Clinical Chart & A. Stone; Bouts of fatigue / no stamina; diffuse intermittent tingly, numbness in all Ext (Hands > LE's); ⊕ Tremor Ⓛ > Ⓡ Hand; myalgia (LE's > UE); Burning pain Ant LE & Quads

ROS: (Mark circle if wnl) "Hot & Cold"

GEN: weight changes, insomnia, fatigue, fever chills, night sweats — worse c̄ ↑ activity p̄ 12° of light work ↓ stamina

Diffuse or variables aching — NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury

EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts

Diffuse fasiculation — EARS: pain, tinnitus, vertigo, wax, drainage

NOSE: sinus pressure, rhinorrhea, discharge, epistaxis

THROAT: sore, redness, ~~dysphagia~~, ~~hoarseness~~

RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis

CARDIAC: pain, palpitations, ~~DOE~~, PND, ~~orthopnea~~, syncope, heartburn, elev B/P

GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool

GU: diff/frequent/painful urination, dysuria, ~~hematuria~~, nocturia, hesitancy, ED

GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia

VASC: edema, claudication, cold extremities

SKIN: rash, lesion, pruritis, moles, ulcers

PSYCH: depression, anxiety, agitation, mood swings, panic

ENDOC: ~~polyuria/dyspepsia/phagia~~, heat/cold intol, ↑skin tags, ~~dark patches~~

MS: weakness, pain, stiffness, joint pain, LBP, ~~instability, falls~~

HEME: bleeding, fatigue, bruising, petechiae,

PAIN: (1-10 worst) locations ___

GEN: A&O, NAS, WD, ~~confused~~, fatigue, obesity

HEAD: normocephalic, atraumatic

EYES: conjunctiva clear, PERRLA, ~~hemorrhage~~ — M

EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L

NOSE: mucous, pale, boggy, ulcerated, sinus tenderness

THROAT: ~~swollen~~, exudates, ~~erythema~~

MOUTH: teeth, gums, tongue, pale — Shoddy Ⓛ Ant

NODES: cervical, axillary, inguinal

NECK: supple, stiff, ↓ROM, ~~thyroid nodule/enlarged/firm~~

RESP: CTAB, tachypnea, dullness, fremitus, ~~wheezing~~, ~~rales~~, rhonchi, stridor

CARDIAC: RRR, S1, S2, S3, S4 ~~murmurs~~, rubs

VASC: 2+ PP, edema/ LLE, RLE, ~~varicosities~~, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing, — Burning @ Flanks

ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding

NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation — c̄ Hyper

BACK: CVA tenderness, SLR neg, ~~paraspinal TTP~~, ~~spinal TTP~~

MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait

FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration

SKIN: no rashes, jaundice, normal nails, lumps, pale

~~RECTAL~~: mass, hemorrhoids, decreased tone, hemoccult

~~PROSTATE~~: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml

~~GYN~~: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl, bimanual nl,

~~BREAST~~: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule

PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others

MEMORY: nl, abnml, MMSE

PMH: [ ] unchged [✓] see note

SH: [ ] unchged [✓] see note

FH: [ ] unchged [✓] see note HX Form From 6/19/20 Rev'd

Surg Hx: [ ] unchged [✓] see note Meds update on back

Rev'd/Updated Immunization/Preventive Screening

IMPRESSION: Also on restrictive moderate very diet & just back home p̄ living in hotel for 6 wks due to mold clean up in home GP

TEACHING: ___

TEST RESULTS Rev'd: ___

SCHEDULED LABS/TESTS: ___

RETURN to OFFICE: ___

REFERRAL ___

PLAN: See Summary GP

PAGE 2/31 * RCVD AT 6/19/2020 11:26:02 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/3 * DNIS:6033340380 * CSID: * ANI:15022405905 * DURATION (mm-ss):16-53

MED / OTC :

DULOXETINE 90 mg QD
OXBILE 125 mg ii BID
BETAINE HCl 648 mg ii BID
Mg GLYCINATE 120mg ii BID
MYCELLIZED Vit A ii gtts BID
TRIFORTIFY ORANGE LIPOSOMAL GLUTATHIONE i Tsp BID
CHOLESTYRAMINE POWDER i Tsp 2 TIMES/DAY

Papa Cares

2002 Papa John's Blvd. Louisville, Kentucky 40299
Phone (502) 240-5900 Fax (502) 240-5905
Greg Potts, M.D.

6/19/2020

Summary of today's visit with Mrs. Fox

**Impression/Plan:**

1) **Small Fiber Neuropathy (biopsy confirmed) -** In my medical opinion most of Mrs. Fox's symptoms are secondary to her SFN whether this is from mold "toxicity", some other etiology, and/or idiopathic. There is ongoing work-up and treatment as per Cleveland Clinic, local functional nurse practioner and this office.
2) **Sequelae of other inflammatory polyneuropathy**/Unspecified Inflammatory condition - Although there is potential debate of the diagnosis of Systemic Inflammatory Response Syndrome and/or Sick Building Syndrome there certainly is some type of inflammatory phenomenon going on in this patient. There is ongoing work-up and treatment as per Cleveland Clinic, local functional nurse practioner and this office.
3) **Cervical stenosis, multi-level -** certainly complicates her symptoms of #1 as per neurosurgeon's note (enclosed).
4) **Gastroparesis (suspected) -** could this represent an autonomic component to #1?

Addendum: Mrs. Fox is now also under the care of Dr. Melissa Young an Integrative Medicine physician at Cleveland Clinic.

[signature]

From: 06/19/2020 11:29 #003 P.005

THERAPATH
NEUROPATHOLOGY

Therapath
545 West 45th Street
New York, NY 10036
800-681-4338
www.therapath.com

# FINAL PATHOLOGY REPORT
## EPIDERMAL NERVE FIBER DENSITY

**PATIENT: FOX, KEETA** | **ACCESSION NUMBER: B20-01574**

*D.O.B:* *AGE:* 53 *SEX:* F
*PHYSICIAN:* Johanna Harris NP
*COPY TO:*

*DATE COLLECTED:* 02/27/2020
*DATE RECEIVED:* 02/29/2020
*DATE REPORTED:* 03/17/2020

**Clinical History:**
G90.09, R20.2; Tingling/paresthesias BLE/BUE fluctuate intensity with gastroporesis and cardiac autonomic dysfunction. ? POTS.

**DIAGNOSIS:**

A. Lt Thigh, skin biopsy: **Skin with significantly reduced Epidermal Nerve Fiber Density, consistent with small fiber neuropathy.**

B. Lt Calf, skin biopsy: **Skin with significantly reduced Epidermal Nerve Fiber Density, consistent with small fiber neuropathy.**

Lt Thigh



Lt Calf



Each image above is magnified 400X and represents 3-4% of the total epidermis examined by the pathologist.

**MICROSCOPIC DESCRIPTION:**

A. Frozen sections are stained by the immunoperoxidase method for PGP9.5, a marker of nerve fibers. From the sections that have been examined, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are focal and this analysis does not exclude the diagnosis.

B. Frozen sections are stained by the immunoperoxidase method for PGP9.5, a marker of nerve fibers. From the sections that have been examined, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are focal and this analysis does not exclude the diagnosis.

**EPIDERMAL NERVE FIBER DENSITY TEST:**

| Specimen | Result Value | ABNORMAL | LOW NORMAL |
|---|---|---|---|
| A. Lt Thigh | 3.98 | < 8.3 | 8.3 - 9.1 |
| B. Lt Calf | 3 | < 4.3 | 4.3 - 5.3 |



PAGE 5/31 * RCVD AT 6/19/2020 11:26:02 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/3 * DNIS:6033340380 * CSID: * ANI:15022405905 * DURATION (mm-ss):16-53

THERAPATH
NEUROPATHOLOGY

Therapath
545 West 45th Street
New York, NY 10036
800-681-4338
www.therapath.com

**PATIENT: FOX, KEETA** **ACCESSION NUMBER: B20-01574**

**GROSS DESCRIPTION:**

A. Specimen received fixed in 2% PLP in one vial labeled "Lt Thigh". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.4 cm.

B. Specimen received fixed in 2% PLP in one vial labeled "Lt Calf". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.3 cm.

**Electronically Signed By:** **Ethan Stolzenberg MD**

**03/16/2020 23:40**

**INTERPRETATION OF RESULTS:**

The epidermal nerve fiber density (ENFD) of each sample is determined by using the published counting rules (Lauria G et al. Eur J Neurol 2005; 12:1-12 and Kennedy WR et al. in Dyck PJ, Thomas PK [eds] Peripheral Neuropathy. 4th ed. Philadelphia: WB Sanders, 2004. pp 869-95). The ENFD (fibers per millimeter of epidermal length) is first calculated by determining the number of epidermal fibers that cross the dermal epidermal junction divided by the epidermal length in each section and then calculating the average value from 5 sections.

The ENFD is compared to the values in specimens from normal control subjects as determined by Therapath. The lower limit of normal is defined as the 5th percentile of the age and gender specific normal control values. Lower ENFD values are considered to be significantly decreased and consistent with the diagnosis of small fiber neuropathy.

Values that are in the low normal range, between 10th percentile and 5th percentile, may be suspicious for early or mild neuropathy.

On occasion, the ENFD can be normal, but morphological examination reveals structural abnormalities such as axonal swelling or excessive branching. These are considered to be pre-degenerative changes that are also associated with small fiber neuropathy (Lauria et al, J Neurol Sci 1999; 164: 172-8; Lauria et al, Neurology 2003; 61: 631-6).

Small fiber neuropathies can be length-dependent or non-length dependent which includes multifocal disorders. Length dependent neuropathies usually begin in the feet with loss of sensation in a stocking distribution in the lower extremities. When the condition is more advanced, a glove-like loss in the upper extremities also may occur. Occasionally, patients with a length-dependent neuropathy can feel symptoms in the hands before the lower extremities. In non-length dependent neuropathies, symptoms may involve the trunk, face, arms, upper extremities, proximal limbs, or other focal areas. (Tavee et al, Cleve Clin J Med.2009; 76:297-305 and Hsieh, Acta Neurol Taiwan. 2010; 19:82-89).

The presence of normal ENFD does not by itself rule out a diagnosis of small fiber neuropathy. An abnormally reduced ENFD also does not indicate a particular cause for the neuropathy or predict a response to therapy. The diagnosis and treatment of any medical condition depends on the patient's clinical presentation and the results of all laboratory investigations as interpreted by the physician.

**Disclaimer:** This report may include laboratory-developed tests (LDTs). These assays were developed and their performance characteristics determined by Therapath. They have not been cleared or approved by the US Food and Drug Administration (FDA). The FDA does not require these tests to go through premarket FDA review. These tests are used for clinical purposes. They should not be regarded as investigational or for research. This laboratory is certified under Clinical Laboratory Improvement Amendments (CLIA) as qualified to perform high-complexity clinical laboratory testing.

Laboratory Director: Jamie A. Jacobsohn, MD

**CPT CODES:** 88305x2, 88314x2, 88356x2, 88342x2

BAPTIST HEALTH
MEDICAL GROUP

3900 KRESGE WAY
STE 51
LOUISVILLE KY 40207-4637
Phone: 502-259-5955
Fax: 502-259-5953

March 6, 2020

Greg J. Potts, MD
2002 Papa John's Blvd
Louisville KY 40299

Patient: **Keeta R Fox**
Date of Birth:
Date of Visit: **3/6/2020**

Dear Greg J. Potts, MD:

Thank you for referring Keeta Fox to me for evaluation. Below are the relevant portions of my assessment and plan of care.

**Encounter Diagnosis and Orders:**
Keeta was seen today for back pain and neck pain.

Diagnoses and all orders for this visit:

**Spinal stenosis in cervical region**
- MRI Thoracic Spine Without Contrast; Future
- XR spine cervical ap and lat w flex and ext; Future

**Cervical radiculopathy**
- MRI Thoracic Spine Without Contrast; Future
- XR spine cervical ap and lat w flex and ext; Future

**Numbness and tingling of both legs**
- MRI Thoracic Spine Without Contrast; Future
- XR spine cervical ap and lat w flex and ext; Future

**Numbness and tingling of both upper extremities**
- MRI Thoracic Spine Without Contrast; Future
- XR spine cervical ap and lat w flex and ext; Future

**Pain in thoracic spine**
- MRI Thoracic Spine Without Contrast; Future
- XR spine cervical ap and lat w flex and ext; Future

**Radiculitis due to displacement of disc, thoracic**
- MRI Thoracic Spine Without Contrast; Future
- XR spine cervical ap and lat w flex and ext; Future

If you have questions, please do not hesitate to call me. I look forward to following Keeta along with you.

Sincerely,

Laura M. Tudor, APRN

CC: No Recipients

BAPTIST HEALTH
MEDICAL GROUP

BAPTIST HEALTH MEDICAL GROUP NEUROSURGERY
3900 KRESGE WAY
STE 51
LOUISVILLE KY 40207-4637
Phone: 502-259-5955
Fax: 502-259-5953

March 11, 2020

Greg J. Potts, MD
2002 Papa John's Blvd
Louisville KY 40299

Patient: **Keeta R Fox**
Date of Birth:
Date of Visit: **3/11/2020**

Dear Greg J. Potts, MD,

Keeta Fox was in my office today. Below are the relevant portions of my assessment and plan of care.

Independent Review of Radiographic Studies:
I reviewed the recently completed thoracic MRI done on 3/9/2020 which was unremarkable. I did review the cervical MRI which did show rather severe cervical stenosis at C4-C5, C5-C6, and C6-C7. Her plain x-rays done 3/6/2020 shows severe disc space collapse at C5-C6 and some osteophytic disease from C3-C7. Lumbar MRI done on 1/22/2020 shows a left L5-S1 disc protrusion and disc bulging and foraminal stenosis at L4-L5. Agree with the reports.

Medical Decision Making:
Again, the cervical stenosis accounts for some but not all of her symptoms. I encouraged her to go to the Mayo Clinic and come back to see me afterwards. I think at some point she is going to need to have a cervical corpectomy at C5 and C6 but that would only address the problems related to the numbness and the tingling in the arms and the legs and the sense of weakness in the limbs, certainly not the heart palpitations or the gastroparesis or the slowness of her cognition. We will see her in a few weeks after that evaluation at the Mayo Clinic.
Keeta was seen today for numbness, neck pain, arm pain and extremity weakness.

Diagnoses and all orders for this visit:

**Spinal stenosis in cervical region**

**Numbness and tingling of both legs**

Return in about 5 weeks (around 4/15/2020).

If you have questions, please do not hesitate to call me. I look forward to following Keeta along with you.

Sincerely,

Wayne Villanueva, MD

CC: No Recipients

# KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

| | |
|---|---|
| PATIENT: | Keeta Fox |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 4/22/2020 |
| VISIT TYPE: | Office Visit |

This 53 year old female presents for SLE f/u via

HPI DETAILS: This visit was conducted with the use of an interactive audio and video telecommunication system that permits real-time communication between patient and provider. Patient consent for this virtual visit was obtained before the visit and is on file electronically.
Patient location: Louisville, KY 40299
Kentuckiana Rheumatology, Telehealth Provider: Dr. Steven Stern/Vickie Scholl MA

Ms. Fox was seen at Mayo for her pains and still doesn't have a good explanation for her many symptoms. They gave her a diagnosis of chronic sensitization syndrome. She has had other new diagnoses, including small fiber neuropathy and gastroparesis, since we saw her last. However, these problems were found by her local physicians, not at Mayo. She has been started on duloxetine for the small fiber neuropathy per neurology and Amitiza for constipation associated with her gastroparesis. She does feel like the duloxetine is helping her but she is hopeful to be able to stop Amitiza. She has severe cervical stenosis for which she sees Dr. Villanueva. She is not yet a candidate for surgery. She has recurrent yeast infections in her mouth and vagina and so she has started a supplement containing thyme and cloves in hopes this clears up the yeast infection. She is seeing an alternative health physician for help with this as her OB/GYN was unsuccessful in treating it. She is also having her house tested for mold to rule out that as a cause of her problems. She has actually moved out of her house while it is being searched for mold. She has idiopathic pulmonary fibrosis identified on a lung MRI but her pulmonologist told her that he doesn't believe it is active. She doesn't need to see him again unless she becomes symptomatic. Advised the patient that it does not appear from our testing and her complaints that she has an active inflammatory process which requires treatment from our office. Therefore we do not need to see her back unless she has new symptoms that need to be evaluated. Patient verbalized understanding.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Anxiety | 1997 | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| Kidney Stones | | |

Pulmonary fibrosis
Spinal stenosis/ neck

| Surgery/Treatment | Date | Comment |
|---|---|---|
| PT | | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| hydroxyzine HCl 10 mg tablet | | // | | | Y |
| clonazepam 0.5 mg tablet | take 1 tablet by oral route 2 times every day | // | | | Y |
| VITAMIN D3 | take one tablet daily | // | | | Y |
| tramadol 50 mg tablet | take 1 tablet by oral route every 6 hours as needed as needed | // | | | Y |
| omeprazole 40 mg capsule,delayed release | take 1 capsule by oral route every day before a meal | // | | | Y |
| CALCIUM | take one tablet daily | // | | | Y |
| Ambien 10 mg tablet | take 1 tablet by oral route every day at bedtime | // | | | Y |
| ibuprofen | take 1 tablet by oral route 3 times every day with food as needed | // | | | Y |
| Systane Complete 0.6 % eye drops | | // | | | Y |
| prednisone 1 mg tablet | take 4 tablet once daily | 01/08/2020 | | | N |
| duloxetine 30 mg capsule,delayed release | take 3 capsule po q day | // | | | Y |
| Amitiza 24 mcg capsule | take 1 capsule by oral route 2 times every day with food and water | // | | | Y |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Cardio | Positive | Chest pain, Irregular heartbeat/palpitations. |
| Neuro | Positive | Tingling. |
| Integumentary | Positive | Rash. |
| MS | Positive | Joint pain. |

## Disease Activity Measures

Pain Score: 4.0

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | Plan Orders | She is to schedule a follow-up visit with Steven Stern MD if symptoms worsen. |
| | | |

ASSESSMENT DETAILS:

* Systemic involvement of connective tissue, unspecified (M35.9) ANA (+) 1:640 Homogenous w/ normal lab assessment. Viral illness on top of her long standing issues that cleared w/ time and short burst of steroids. Looks to have a unique one of a kind immunologic condition w/ features of Pulmonary fibrosis, Gastroparesis, small fiber neuropathy, indistinct CNS changes w/ tremor w/ fatigue.

* Cervical Stenosis, C5,6,7, seeing Dr. Villaneuva.

* Sick Building Syndrome from water damage to her home. Trying to get it corrected.

* Chronic Sensitization Syndrome, dx from Mayo Clinic (3/20).

PLAN DETAILS:
No f/u needed in this office

## Pain Management Plan

Pain Scale: 4/10.

## Follow Up

| Reason | Timeframe | Comments |
|---|---|---|
| follow-up visit with Steven Stern MD if symptoms worsen | if symptoms worsen | |

## Orders:

FOLLOW-UP:

| Assessment | Follow-up | Reason | Timeframe | Comments |
|---|---|---|---|---|
| M35.9 | follow-up visit with Steven Stern MD if symptoms worsen | | if symptoms worsen | |

*Provider:*
Stern, Steven 04/23/2020 10:16 AM

Electronically signed by Steven Stern MD on 04/23/2020 01:41 PM

# Gastroenterology HEALTH PARTNERS

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD
LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**Date:** 5/22/2020 11:15 AM
**Patient Name:** **KEETA R. FOX**
**DOB (age):** (53)
**Provider:** MICHAEL KREASE, DO

Dear Dr. POTTS,

The patient was evaluated per your request today and below is a summary of the encounter.

**Reason for Consulation:** GI issues

**History of Present Illness:**

5/22/2020 KEETA FOX 53 : vas contacted for telemedicine visit. 2 identifiers were used to identify the patient. Ms. Fox is a 53F following up regarding numerous GI issues. She was last seen in February of this year. The time she was having a lot of issues including diarrhea abdominal pain and dysphagia. She did have an EGD in February with empiric dilation. No stricture is noted. She did have a lot of retained food in her stomach as well. Since then she has been to Mayo Clinic. She was largely disappointed with them. She states she was diagnosed with chronic sensitization syndrome and that she would need to see a pain clinic. She was unsatisfied with this. Around that time in March she also began to have black stools. The Mayo Clinic wanted to set her up for an EGD and colonoscopy however she was traveling back to Kentucky. The black stools have since stopped. She is taking amitiza once daily for her constipation and it seems to be helping.

Couple of months ago she began seeing a natural medicine nurse practitioner. After thorough stool and urine evaluation she has been diagnosed with Mold illness disease. She is currently living in a hotel. She believes that she has mold in her house and her car. She is followed with rheumatologist to his told her to sell her house.

She is currently on the keto diet at the recommendation of her natural medicine nurse practitioner.

She has an upcoming appointment next week with the Cleveland clinic.

**Diagnosis:**

Bloating
Change in Bowel Habits
Dysphagia
Irritable bowel syndrome

**Impression:**

53F with numerous GI issues with no unifying diagnosis found thus far. Extensive evaluation that includes the Mayo Clinic. Her nurse practitioner has now diagnosed her with mold illness disease and she is currently living in a hotel room and on the keto diet. She also tried cholestyramine to help with this as well. She has an upcoming appointment with Cleveland clinic. She will have labs sent over to us from her nurse practitioner. She has received the lactose breath test for small intestinal bacterial overgrowth and she will repeat this. Her black stools have resolved. Follow-up in 3 months.

**Plan:** Follow up in 3 months

Faxed on 5/22/2020 KEETA R. FOX, EAST14968, 11/6/1966

Thank you for allowing me to participate in the care of this patient.

Sincerely,

MICHAEL KREASE, DO
Electronically signed on 5/22/2020 11:21:17 AM by MICHAEL KREASE, DO

Louisville Endoscopy Center

*1400 POPLAR LEVEL RD*
*LOUISVILLE, KY 40217*
*PH: (502) 636-2003*
*FAX: (502-636-4032)*

## Transition of Care Summary

| | | | |
|---|---|---|---|
| **Date:** | 2/21/2020 7:30 AM | | |
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (53) |
| **Race:** | White | | |
| **Ethnicity:** | Not Hispanic or Latino | | |
| **Preferred Language:** | English | | |
| **Endoscopist(s):** | MICHAEL KREASE, DO | | |
| **Referring Physician:** | GREGORY J. POTTS, MD<br>2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393<br>(502) 240-5900 (phone)<br>(502) 240-5905 (fax) | | |
| **PCP:** | GREGORY J. POTTS, MD | | |
| **Anesthesia Provider:** | Bessie Christensen, CRNA | | |
| **Nurse(s):** | Lisa Courtney, RN (Pre-op phone call)<br>Amanda Carter, RN (Pre-Procedure)<br>Kristine Sledge-Delk, RN (Intra-Procedure) | | |
| **Staff:** | John Nicholas, Endo Tech | | |
| **Reason for Visit:** | Dysphagia: 787.20 - R13.10 | | |
| **Problems/Diagnoses:** | Benign neoplasm of ascending colon: 211.3 - D12.2, 4/4/2018, Active<br>Dvrtclos of lg int w/o perforation or abscess w/o bleeding: 562.10 - K57.30, 4/4/2018, Active<br>Polyp of stomach and duodenum: 211.1 - K31.7, 4/4/2018, Active<br>Second degree hemorrhoids: 455.0 - K64.1, 4/4/2018, Active<br>Abdominal pain - LLQ: 789.04 - R10.32, Active<br>Bloating: 787.3 - R14.0, Active<br>Change in Bowel Habits: 787.99 - R19.4, Active<br>Chest Pain: 786.50 - R07.9, Active<br>Dysphagia: 787.20 - R13.10, Active<br>Fecal fluid leakage: 787.60 - R15.9, Active<br>Irritable bowel syndrome: 564.1 - K58.9, Active<br>Kidney stone: 592.0 - N20.0, Active | | |
| **Medications:** | Ambien 10 mg Take 1 tablet by mouth at bedtime<br>clonazepam 0.5 mg Take 2-3 tablet by mouth a month<br>Cymbalta 60 mg 1 daily<br>estradiol 0.05 mg/24 hr Apply as needed<br>ibuprofen 200 mg Take 1 capsule by mouth as needed<br>nystatin 100,000 unit/mL<br>progesterone micronized 200 mg Take 1 capsule by mouth once a day<br>promethazine 25 mg Take 1 tablet by mouth twice a day as needed<br>tramadol 50 mg Take 1 tablet by mouth as needed | | |

Faxed on 2/21/2020 KEETA R. FOX, EAST14968,

**Allergies:** aspirin - unsure
butalbital-acetaminop-caf-cod - Minimal - stayed up all night

**Immunizations:** Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

**Tobacco:** Never smoker

**Procedures:** No Prior Procedures

**Diagnostic Studies:** Colonoscopy, 04/04/2018
Colonoscopy, 4/4/2018, Moderate diverticulosis of the sigmoid colon, Polyp (6 mm) in the proximal ascending colon. (Polypectomy), Polyp (7 mm) in the mid-ascending colon. (Polypectomy), Grade/Stage II internal hemorrhoids and There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal. BBPS 3/3/3=9
CT Abdomen, 09/12/2017
EGD, 04/04/2018
EGD, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Vital Signs:**

| BP (mmHg) | Pulse (ppm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min | Temp |
|---|---|---|---|---|---|---|---|
| 108/72 | 81 | Regular | 143 / | 5 / 7 | 22.39 | 14 | 98.9 (F) |
| | **SPO2 (%)** | | | | | | |
| | 98 | | | | | | |

**Orders:**

**Instruction**

- Patient to call office for pathology results in 7-10 days, (502) 452-9567.
- H-Pylori.

*Biopsies were taken to rule out the presence of a bacterial stomach infection called Helicobacter pylori. If found on biopsy, antibiotics may be prescribed.*

**Encounter Diagnoses:**
Dysphagia: 787.20 - R13.10, Active

**Functional/Cognitive Status:**
No functional/cognitive statuses

**Lab Results:**

| Test | 1/16/2020 | Units | Limits |
|---|---|---|---|
| Immunoglobulin A, Qn, Serum | | | |
| Immunoglobulin A, Qn, Serum | 279 | mg/dL | 87 - 352 |
| t-Transglutaminase (tTG) IgA | | | |
| t-Transglutaminase (tTG) IgA | <2 | U/mL | 0-3 |

Louisville Endoscopy Center

*1400 POPLAR LEVEL RD*
*LOUISVILLE, KY 40217*
*PH: (502) 636-2003*
*FAX: (502-636-4032)*

# EGD Report

**Date:** 2/21/2020 7:30 AM

**Patient Name:** **KEETA R. FOX** **Gender:** Female
**Account #:** EAST14968 **DOB (age):** (53)
**Endoscopist(s):** MICHAEL KREASE, DO **Instrument(s):** GIF 867*(GIF H180J 0867)


upper third of the esophagus


lower third of the esophagus


retained food in stomach


stomach antrum


pylorus


duodenal bulb


second part of the duodenum


retroflexed view of the cardia


incisura


middle third of the esophagus


upper third of the esophagus

**Referring Physician:** GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**PCP:** GREGORY J. POTTS, MD
**Anesthesia Provider:** Bessie Christensen, CRNA
**Nurse(s):** Lisa Courtney, RN (Pre-op phone call)
Amanda Carter, RN (Pre-Procedure)
Louise Shadwick, RN (Post-Procedure)
Kristine Sledge-Delk, RN (Intra-Procedure)
**Staff:** John Nicholas, Endo Tech

**ASA Class:** P2 - 2/21/2020 7:18 AM Bessie Christensen, CRNA

Faxed on 2/21/2020 KEETA R. FOX, EAST14968,

**History of Present Illness:**

Ms. Fox is a 53F presenting for follow-up evaluation. Since her last visit she is been having some new issues. She was diagnosed with oral candidiasis about 4 days ago. Her primary care physician has put her on nystatin swish and swallow. She now is having some trouble swallowing. She denies pain with swallowing. She denies food getting stuck, she does feel however that things are going down normally. She also has vaginal candidiasis and is worried that she could've candida all over.

She has no appetite. She has lost about 10 pounds. She has some dry heaves. She has no blood in her vomit. She has no blood in her stools.

She had an EGD and colonoscopy in 2018. She was found have a fundic gland polyp in the fundus of her stomach.

**Administered Medications:** lidocaine 50 mg IV
propofol 500 mg IV

**Indications:** Dysphagia: 787.20 - R13.10

**Vital Signs:**

| *Weight (lbs/oz)* | *Height (ft/in)* | *BMI* |
|---|---|---|
| 143 / | 5 / 7 | 22.39 |

| *BP (mmHg)* | *Pulse (ppm)* | *Rhythm* | *Resp/min* | *Temp* | *SPO2 (%)* |
|---|---|---|---|---|---|
| 108/72 | 81 | Regular | 14 | 98.9 (F) | 98 |

**Physical Exam:**

*Physical exam was performed prior to anesthesia on 2/21/2020 at 7:21 AM.*

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.

**Respiratory:**

*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.
*Auscultation:* normal breath sounds; no rubs, wheezes, rales or rhonchi.

**Cardiovascular:**

*Auscultation:* normal rhythm, S1 and S2; no rubs, murmurs or gallop.

**Gastrointestinal/Abdomen:**

*Abdomen:* nontender, nondistended, with normoactive bowel sounds, and no masses or guarding, no resonance or tympany.
*Liver/Spleen:* no hepatosplenomegaly.

**Psychiatric:**

*Judgment/insight:* within normal limits.
*Mood and affect:* Mood and affect are appropriate, no agitation.

**Procedure:**

The procedure, indications, preparation and potential complications were explained to the patient, who indicated understanding and signed the corresponding consent forms. MAC Anesthesia was administered by the nurse anesthetist. Continuous pulse oximetry, blood pressure, and cardiac monitoring was done. Supplemental oxygen was used. Patient was placed in left lateral decubitus position and bite block secured in mouth. The endoscope was introduced through mouth and advanced under direct visualization until second part of the duodenum reached. The Z-line was noted at 41 centimeters. Patient tolerance to the procedure was good. The procedure was not difficult.

**Limitations/Complications:** There were no apparent limitations or complications

**Findings:**

| | | |
|---|---|---|
| Esophagus | *Mucosa* | Normal mucosa was noted in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. Cold forceps biopsies of the lower, middle, and upper esophagus were performed. |
| Stomach | *Mucosa* | Normal mucosa was noted in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. Cold forceps biopsies were performed for H. pylori |

| | | |
|---|---|---|
| | | assessment in the stomach antrum. IHC will be performed if indicated based on pathologists interpretation. |
| *Duodenum* | *Mucosa* | Normal mucosa was noted in the whole duodenum. Cold forceps biopsies were performed. |

**Impressions:**

- Normal mucosa in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. (Biopsy).
- Normal mucosa in the duodenum. (Biopsy).
- Normal mucosa in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. (Biopsy H-Pylori).

**Plan:** Patient to call office for pathology results in 7-10 days, (502) 452-9567
Biopsies were taken to rule out the presence of a bacterial stomach infection called Helicobacter pylori. If found on biopsy, antibiotics may be prescribed.
Significant amount of retained food noted in stomach, suspect a component of gastroparesis.
Continue neurologic workup for etiology of her other symptoms.

**Samples:**

Jar # 1 :
Biopsy in the second part of the duodenum
Findings: Normal, R/O Celiac Sprue
Test(s) requested: Histology

Jar # 2 :
Biopsy in the duodenal bulb
Findings: Normal, R/O Celiac Sprue
Test(s) requested: Histology

Jar # 3 :
Biopsy in the stomach antrum and stomach body
Findings: Normal, R/O H pylori
Test(s) requested: Histology

Jar # 4 :
Biopsy in the lower third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

Jar # 5 :
Biopsy in the upper third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

Jar # 6 :
Biopsy in the middle third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

**Pathology:** Pathology was sent to lab; patient will be notified via patient portal, mail or phone call.

MICHAEL KREASE, DO
Electronically signed on 2/21/2020 8:01:23 AM by MICHAEL KREASE, DO

Faxed on 2/21/2020 KEETA R. FOX, EAST14968,

# Louisville Endoscopy Center

*1400 POPLAR LEVEL RD*
*LOUISVILLE, KY 40217*
*PH: (502) 636-2003*
*FAX: (502-636-4032)*

GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

| | |
|---|---|
| **Date:** | 2/21/2020 7:30 AM |
| **Patient Name:** | **KEETA R. FOX** |
| **DOB(age):** | (53) |
| **Provider:** | MICHAEL KREASE, DO |

Dear Dr. POTTS:

This patient was seen at our offices and below is a summary of the encounter:

**Findings:**

| | | |
|---|---|---|
| *Esophagus* | *Mucosa* | Normal mucosa was noted in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. Cold forceps biopsies of the lower, middle, and upper esophagus were performed. |
| *Stomach* | *Mucosa* | Normal mucosa was noted in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. Cold forceps biopsies were performed for H. pylori assessment in the stomach antrum. IHC will be performed if indicated based on pathologists interpretation. |
| *Duodenum* | *Mucosa* | Normal mucosa was noted in the whole duodenum. Cold forceps biopsies were performed. |

**Impressions:**

Normal mucosa in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. (Biopsy).

Normal mucosa in the duodenum. (Biopsy).

Normal mucosa in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. (Biopsy H-Pylori).

**Plan:** Patient to call office for pathology results in 7-10 days, (502) 452-9567
Biopsies were taken to rule out the presence of a bacterial stomach infection called Helicobacter pylori. If found on biopsy, antibiotics may be prescribed.

Thank you for allowing us to participate in the care of this patient.

Sincerely,

MICHAEL KREASE, DO
Electronically signed on 2/21/2020 7:48:03 AM by MICHAEL KREASE, DO

Faxed on 2/21/2020 KEETA R. FOX, EAST14968,

Louisville
Endoscopy
Center

*1400 POPLAR LEVEL RD*
*LOUISVILLE, KY 40217*
*PH: (502) 636-2003*
*FAX: (502-636-4032)*

## Transition of Care Summary

**Date:** 2/21/2020 7:30 AM

**Patient Name:** **KEETA R. FOX** **Gender:** Female

**Account #:** EAST14968 **DOB (age):** 53)

**Race:** White

**Ethnicity:** Not Hispanic or Latino

**Preferred Language:** English

**Endoscopist(s):** MICHAEL KREASE, DO

**Referring Physician:** GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**PCP:** GREGORY J. POTTS, MD

**Anesthesia Provider:** Bessie Christensen, CRNA

**Nurse(s):** Lisa Courtney, RN (Pre-op phone call)
Amanda Carter, RN (Pre-Procedure)
Louise Shadwick, RN (Post-Procedure)
Kristine Sledge-Delk, RN (Intra-Procedure)

**Staff:** John Nicholas, Endo Tech

**Reason for Visit:** Dysphagia: 787.20 - R13.10

**Problems/Diagnoses:**
Benign neoplasm of ascending colon: 211.3 - D12.2, 4/4/2018, Active
Dvrtclos of lg int w/o perforation or abscess w/o bleeding: 562.10 - K57.30, 4/4/2018, Active
Polyp of stomach and duodenum: 211.1 - K31.7, 4/4/2018, Active
Second degree hemorrhoids: 455.0 - K64.1, 4/4/2018, Active
Abdominal pain - LLQ: 789.04 - R10.32, Active
Bloating: 787.3 - R14.0, Active
Change in Bowel Habits: 787.99 - R19.4, Active
Chest Pain: 786.50 - R07.9, Active
Dysphagia: 787.20 - R13.10, Active
Fecal fluid leakage: 787.60 - R15.9, Active
Irritable bowel syndrome: 564.1 - K58.9, Active
Kidney stone: 592.0 - N20.0, Active

**Medications:**
Ambien 10 mg Take 1 tablet by mouth at bedtime
clonazepam 0.5 mg Take 2-3 tablet by mouth a month
Cymbalta 60 mg 1 daily
estradiol 0.05 mg/24 hr Apply as needed
ibuprofen 200 mg Take 1 capsule by mouth as needed
nystatin 100,000 unit/mL
progesterone micronized 200 mg Take 1 capsule by mouth once a day
promethazine 25 mg Take 1 tablet by mouth twice a day as needed
tramadol 50 mg Take 1 tablet by mouth as needed

**Allergies:** aspirin - unsure
butalbital-acetaminop-caf-cod - Minimal - stayed up all night

**Immunizations:** Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

**Tobacco:** Never smoker

**Procedures:** No Prior Procedures

**Diagnostic Studies:** Colonoscopy, 04/04/2018
Colonoscopy, 4/4/2018, Moderate diverticulosis of the sigmoid colon, Polyp (6 mm) in the proximal ascending colon. (Polypectomy), Polyp (7 mm) in the mid-ascending colon. (Polypectomy), Grade/Stage II internal hemorrhoids and There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal. BBPS 3/3/3=9
CT Abdomen, 09/12/2017
EGD, 04/04/2018
EGD, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Vital Signs:**

| BP (mmHg) | Pulse (ppm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min | Temp |
|---|---|---|---|---|---|---|---|
| 108/72 | 81 | Regular | 143 / | 5 / 7 | 22.39 | 14 | 98.9 (F) |
| | **SPO2 (%)** | | | | | | |
| | 98 | | | | | | |

**Orders:**

**Instruction**

- Patient to call office for pathology results in 7-10 days, (502) 452-9567.
- H-Pylori.

*Biopsies were taken to rule out the presence of a bacterial stomach infection called Helicobacter pylori. If found on biopsy, antibiotics may be prescribed.*

**Encounter Diagnoses:**
Dysphagia: 787.20 - R13.10, Active

**Functional/Cognitive Status:**
No functional/cognitive statuses

**Lab Results:**

| Test | 1/16/2020 | Units | Limits |
|---|---|---|---|
| Immunoglobulin A, Qn, Serum | | | |
| Immunoglobulin A, Qn, Serum | 279 | mg/dL | 87 - 352 |
| t-Transglutaminase (tTG) IgA | | | |
| t-Transglutaminase (tTG) IgA | <2 | U/mL | 0-3 |

Faxed on 2/21/2020 KEETA R. FOX, EAST14968,

Louisville Gastroenterology Associates, LLC
Gastroenterology • Liver Diseases • Gastrointestinal Endoscopy

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD
LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**Date:** 2/19/2020 1:15 PM
**Patient Name:** **KEETA R. FOX**
**DOB (age):** (53)
**Provider:** MICHAEL KREASE, DO

Dear Dr. POTTS,

The patient was evaluated per your request today and below is a summary of the encounter.

**Reason for Consulation:** dysphagia

**History of Present Illness:**

2/19/2020 KEETA FOX 53 11/6/1966 was seen in our Medical Arts office today for a follow up visit. Ms. Fox is a 53F presenting for follow-up evaluation. Since her last visit she is been having some new issues. She was diagnosed with oral candidiasis about 4 days ago. Her primary care physician has put her on nystatin swish and swallow. She now is having some trouble swallowing. She denies pain with swallowing. She denies food getting stuck, she does feel however that things are going down normally. She also has vaginal candidiasis and is worried that she could've candida all over.

She has no appetite. She has lost about 10 pounds. She has some dry heaves. She has no blood in her vomit. She has no blood in her stools.

She had an EGD and colonoscopy in 2018. She was found have a fundic gland polyp in the fundus of her stomach.

**Diagnosis:**

Dysphagia
Bloating
Fecal fluid leakage

**Impression:**

53F with oral candidiasis now presenting with dysphagia. We will set her up for an EGD. We will refill her promethazine for her nausea and dry heaves. She will get stool studies ordered through her primary care physician which she has not had collected yet. I have instructed her to have the results faxed over to our office. If symptoms persist we will set her up for a colonoscopy. Follow-up in 3 months.

**Plan:**

Renew promethazine 25 mg Take 1 tablet by mouth twice a day as needed
EGD Louisville Endoscopy Center *risks & benefits of procedure reviewed, including risks of anesthesia, bleeding, perforation, complications of peripheral i.v. placement and rarely even cardiopulmonary collapse and death*
Follow up in 3 months

Thank you for allowing me to participate in the care of this patient.

Sincerely,

Faxed on 2/19/2020 KEETA R. FOX, EAST14968,

MICHAEL KREASE, DO
Electronically signed on 2/19/2020 1:45:38 PM by MICHAEL KREASE, DO

From: 06/19/2020 11:41 #003 P.027

Gastroenterology HEALTH PARTNERS

Gastroenterology Health Partners
In-Office Pathology Lab
2630 Grant Line Road New Albany, IN 47150
Phone 812-945-0145 x131 Fax 812-418-9883
www.gastrohealthpartners.com

# GI Pathology Report

| Patient | Physician | Accession |
|---|---|---|
| Patient: **FOX, KEETA R.**<br>Age/Sex: 53/F<br>DOB:<br>Phone<br>MRN: EAST14968 | Physician: **MICHAEL KREASE DO**<br>Louisville Endoscopy Center<br>1400 Poplar Level Rd, Ste 2<br>Louisville, KY 40217<br>Referring Physician: GREGORY J POTTS<br>Referring Fax: 502-240-5905 | Accession#: **GHP20-02000**<br>Date Collected: 02/21/2020<br>Date Received: 02/21/2020<br>Date Reported: 02/24/2020 |

**ICD:R13.10**
**RULE OUT OPTIONS:**
A. Second Part Of The Duodenum: Celiac Sprue
B. Duodenal Bulb: Celiac Sprue

## Final Diagnosis

A. Second Part Of The Duodenum, Normal, Biopsy
**Benign non-ulcerated duodenal mucosa with preserved villous architecture.**
**No significant histopathology.**

B. Duodenal Bulb, Normal, Biopsy
**Benign non-ulcerated duodenal mucosa with preserved villous architecture.**
**No significant histopathology.**

C. Stomach, Antrum/Body, Normal, Biopsy
**Reactive gastropathy.**
**No evidence of increased inflammation or H. pylori organisms.**

D. Lower Third Of The Esophagus, Normal, Biopsy
**Benign non-ulcerated squamous mucosa with no significant histopathology.**
**Negative for intestinal metaplasia but no glandular mucosa present in biopsy.**
**No fungal organisms identified.**

E. Upper Third Of The Esophagus, Normal, Biopsy
**Benign non-ulcerated squamous mucosa with no significant histopathology.**
**Negative for intestinal metaplasia but no glandular mucosa present in biopsy.**
**No fungal organisms identified.**

F. Middle Third Of The Esophagus, Normal, Biopsy
**Benign non-ulcerated squamous mucosa with no significant histopathology.**
**Negative for intestinal metaplasia but no glandular mucosa present in biopsy.**
**No fungal organisms identified.**

## Gross Description

| Site | Description |
|---|---|
| A. Second Part Of The Duodenum, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Second Part Of The Duodenum. The specimen consists of a few fragments of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s). -Laura Yates HTL(ASCP) 02/21/2020 13:25" |
| B. Duodenal Bulb, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Duodenal Bulb. The specimen consists of a single fragment of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette (s).- Laura Yates HTL(ASCP) 02/21/2020 13:25 |

Medical Director: David E. Stapp M.D
CAP#: 8040292 CLIA#: 15D0359485

From: 06/19/2020 11:41 #003 P.028

Gastroenterology
HEALTH PARTNERS

Gastroenterology Health Partners
In-Office Pathology Lab
2630 Grant Line Road New Albany, IN 47150
Phone 812-945-0145 x131 Fax 812-418-9883
www.gastrohealthpartners.com

## GI Pathology Report

| Patient: FOX, KEETA R. | Physician: MICHAEL KREASE DO | Accession#: GHP20-02000 |
|---|---|---|

## Gross Description

| Site | Description |
|---|---|
| C. Stomach, Antrum/Body, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Stomach, Antrum/Body. The specimen consists of several fragments of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).-Laura Yates HTL(ASCP) 02/21/2020 13:25 |
| D. Lower Third Of The Esophagus, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Lower Third Of The Esophagus. The specimen consists of a single fragment of tan tissue measuring up to 2 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).- Laura Yates HTL(ASCP) 02/21/2020 13:25 |
| E. Upper Third Of The Esophagus, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Upper Third Of The Esophagus. The specimen consists of a few fragments of tan tissue measuring up to 5 mm in maximum dimension. The material is submitted entirely in 1 cassette(s). -Laura Yates HTL(ASCP) 02/21/2020 13:25" |
| F. Middle Third Of The Esophagus, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Middle Third Of The Esophagus. The specimen consists of a single fragment of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).- Laura Yates HTL(ASCP) 02/21/2020 13:25 |

James Rizzo MD
Final Report Electronically signed on 02/24/2020 at 01:29 PM

**CPT CODES: 88305 X 6** **ICD: 999.99, K29.70**

Medical Director: David E. Stapp M.D

CAP#: 8040292 CLIA#: 15D0359485

BAPTIST HEALTH®

**PATIENT: Fox, Keeta R**
DOB: 11/6/1966, 53 yrs, Female
MRN: 8911342017, CSN: 91077663448
ORDERING PROVIDER: POTTS, GREG J.
LOCATION: BH LOU Walk in Outpatient

**Fecal Occult Blood** (Final result)

| | Value | Range |
|---|---|---|
| **Fecal Occult Blood**<br>Resulting Lab: BH LOU LAB | Negative | Negative |

| | | | |
|---|---|---|---|
| ID: | 20V-052M0468 | Collected: | 2/21/2020 1842 |
| Verified On: | 2/21/2020 1948 | Received: | 2/21/2020 1842 |

**Ova and Parasite Examination** (Final result)

| | Value | Range |
|---|---|---|
| **Ova + Parasite Exam**<br>These results were obtained using wet preparation(s) and trichrome stained smear. This test does not include testing for Cryptosporidium parvum, Cyclospora, or Microsporidia. | Final report | |
| **Ova + Parasite Result 1**<br>No ova, cysts, or parasites seen.<br>One negative specimen does not rule out the possibility of a parasitic infection. | Comment | |

Resulting Lab: LABCORP
Comments:
Performed at: 01 LabCorp Dublin
6370 Wilcox Road, Dublin, OH 430161269
Lab Director: Vincent Ricchiuti PhD, Phone: 8002827300

| | | | |
|---|---|---|---|
| ID: | 20I -052A0229 | Collected: | 2/21/2020 1842 |
| Verified On: | 2/24/2020 2007 | Received: | 2/21/2020 1842 |

**Stool Culture** (Final result)

| | Value | Range |
|---|---|---|

BAPTIST HEALTH®

**PATIENT: Fox, Keeta R**
DOB: 11/6/1966, 53 yrs, Female
MRN: 8911342017, CSN: 91077663448
ORDERING PROVIDER: POTTS, GREG J.
LOCATION: BH LOU Walk In Outpatient

## Fecal Occult Blood (Final result)

| | Value | Range |
|---|---|---|
| **Fecal Occult Blood**<br>Resulting Lab: BH LOU LAB | Negative | Negative |

| | | | |
|---|---|---|---|
| ID: | 20V-052M0468 | Collected: | 2/21/2020 1842 |
| Verified On: | 2/21/2020 1948 | Received: | 2/21/2020 1842 |

## Ova and Parasite Examination (Final result)

| | Value | Range |
|---|---|---|
| **Ova + Parasite Exam**<br>These results were obtained using wet preparation(s) and trichrome stained smear. This test does not include testing for Cryptosporidium parvum, Cyclospora, or Microsporidia. | Final report | |
| **Ova + Parasite Result 1**<br>No ova, cysts, or parasites seen.<br>One negative specimen does not rule out the possibility of a parasitic infection. | Comment | |

Resulting Lab: LABCORP
Comments:
Performed at: 01 - LabCorp Dublin
6370 Wilcox Road, Dublin, OH 430161269
Lab Director: Vincent Ricchiuti PhD, Phone: 8002827300

| | | | |
|---|---|---|---|
| ID: | 20L-052A0229 | Collected: | 2/21/2020 1842 |
| Verified On: | 2/24/2020 2007 | Received: | 2/21/2020 1842 |

## Stool Culture (Final result)

| | Value | Range |
|---|---|---|
| **Salmonella/Shigella Screen** | Final report | |
| **Result 1**<br>No Salmonella or Shigella recovered. | Comment | |
| **Campylobacter Culture** | Final report | |
| **Result 1**<br>No Campylobacter species isolated. | Comment | |
| **E coli, Shiga toxin Assay** | Negative | Negative |

Resulting Lab: LABCORP
Comments:
Performed at: 01 - LabCorp Dublin
6370 Wilcox Road, Dublin, OH 430161269
Lab Director: Vincent Ricchiuti PhD, Phone: 8002827300

| | | | |
|---|---|---|---|
| ID: | 20L-052A0228 | Collected: | 2/21/2020 1842 |

**PATIENT: Fox, Keeta R**
**MRN: 8911342017 CSN: 91077663448**

| | | | |
|---|---|---|---|
| Verified On: | 2/25/2020 1508 | Received: | 2/21/2020 1842 |

**C. difficile PCR** (Final result)

| | Value | Range |
|---|---|---|
| **C. Difficile Toxins by PCR**<br>Resulting Lab: BH LOU LAB | Negative | Negative |

| | | | |
|---|---|---|---|
| ID: | 20V-052M0469 | Collected: | 2/21/2020 1842 |
| Verified On: | 2/21/2020 2033 | Received: | 2/21/2020 1842 |

**Fecal Lactoferrin** (Final result)

| | Value | Range |
|---|---|---|
| **Lactoferrin, Qual**<br>Resulting Lab: BH LOU LAB | Negative | Negative |

| | | | |
|---|---|---|---|
| ID: | 20V-052M0469 | Collected: | 2/21/2020 1842 |
| Verified On: | 2/21/2020 1950 | Received: | 2/21/2020 1842 |

Final Report

**Resulting Labs**

| | | |
|---|---|---|
| **BH LOU LAB** | BAPTIST HEALTH LOUISVILLE LABORATORY,<br>4000 Kresge Way, Louisville KY 40207<br>Director: Zaring, Robert A, MD | 502-897-8231 |
| **LABCORP** | LABCORP LAB, 6370 Wilcox Road, Dublin OH 43016<br>Director: Dr. Trainor, Lance D MD | 800-282-7300 |

*****END OF REPORT*****

# Papa Cares

2002 Papa John's Blvd. Louisville, Kentucky 40299
Phone (502)-240-5900 Fax (502)-240-5905
Greg Potts M.D.

Date: 6/19/2020

To: Lisa Hackney

From: Greg Potts MD.

Fax#: 603-334-0380 Phone#:

Cover Sheet plus ~~30~~ 33 pages please see additional 3 pages

Comments: Please contact us with any questions or comments

Thanks.

**Confidential Health Information Enclosed.** Health care information is personal and sensitive. It is being faxed to you after appropriate authorization from the individual or under circumstances that do not require individual authorization. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and /or State law.

The information contained in this facsimile transmission is privileged and confidential and is intend only for use of the recipient listed above. If you are neither the intended recipient nor the employee agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error please notify us immediately by telephone at (502) 240-5900 to arrange the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this fax or to report problems with the transmission.

2015

From: 06/19/2020 11:44 #004 P.002/034

Papa Cares

Date: 6/19/2020

Name: Keeta Fox
B/P: 99/68 P: 85 R: ___ T: 97.5 SaO2: 98% DOB: ___ Wght: 136 Hght: 67 Team Member #: 102136 BMI: 21.3 Waist: ___
Meds: Reviewed ___ Updated ___ No Change ___ ALLERGIES: ASA, Fioricet Hx anaphylaxis ___
CC: c/o follow up
PHYSICAL EXAM: Melatonin

HPI: Cont to work c Clearant Chart & A. Stone; Bouts of Recurrent Fatigue / No Stamina; Diffuse Intermittent Tingling, Numbness in All Ext (Hands > Legs). (+) Thenar (L) > (R) Wast; Myalgia (LE > UE) Burning Pain Ant LE & Quads

ROS: (Mark circle if wnl) "Hot & Cold"
- GEN: weight changes, insomnia, fatigue, fever chills, night sweats — Worse c ↑ Activity; "Orc" Light Work ↓ Stamina
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury — Diffuse Spells of Weakness Aching; Diffuse Fasiculations
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol, ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations ___

PMH: [ ] unchged [✓] see note
SH: [ ] unchged [✓] see note
FH: [ ] unchged [✓] see note HX Form From 6/19/20 Rev'd
Surg Hx: [ ] unchged [✓] see note Meds update on back
Rev'd/Updated Immunization/Preventive Screening

IMPRESSION: Also on Respiratory meds very alert & just back home p living in hotel due to mold clean up in home GP

PHYSICAL EXAM (continued):
- GEN: A&O, NAS, WD, confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage — M
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale — Shoddy (L) Ant
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing. — Bruise @ Flanks
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation — ↓ Hypfn
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl. bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: ___
TEST RESULTS Rev'd: ___
SCHEDULED LABS/TESTS: ___
RETURN to OFFICE: ___
REFERRAL ___
PLAN: See Summary GP

MED / OTC :

DULOXETINE 90 mg QD
OXBILE 125 mg ii BID
BETAINE HCl 648 mg ii BID
Mg GLYCINATE 120mg ii BID
MYCELLIZED Vit A ii gtts BID
TRI FORTIFY ORANGE LIPOSOMAL GLUTATHIONE i TSP BID
CHOLESTYRAMINE POWDER i TSP 2 TIMES/DAY

Papa Cares

2002 Papa John's Blvd. Louisville, Kentucky 40299
Phone (502) 240-5900 Fax (502) 240-5905
Greg Potts, M.D.

6/19/2020

Summary of today's visit with Mrs. Fox

**Impression/Plan:**

1) **Small Fiber Neuropathy (biopsy confirmed) -** In my medical opinion most of Mrs. Fox's symptoms are secondary to her SFN whether this is from mold "toxicity", some other etiology, and/or idiopathic. There is ongoing work-up and treatment as per Cleveland Clinic, local functional nurse practioner and this office.
2) **Sequelae of other inflammatory polyneuropathy**/Unspecified Inflammatory condition **-** Although there is potential debate of the diagnosis of Systemic Inflammatory Response Syndrome and/or Sick Building Syndrome there certainly is some type of inflammatory phenomenon going on in this patient. There is ongoing work-up and treatment as per Cleveland Clinic, local functional nurse practioner and this office.
3) **Cervical stenosis, multi-level** - certainly complicates her symptoms of #1 as per neurosurgeon's note (enclosed).
4) **Gastroparesis (suspected)** - could this represent an autonomic component to #1?

Addendum: Mrs. Fox is now also under the care of Dr. Melissa Young an Integrative Medicine physician at Cleveland Clinic.

THERAPATH
NEUROPATHOLOGY

**Therapath**
**545 West 45th Street**
**New York, NY 10036**
**800-681-4338**
www.therapath.com

# FINAL PATHOLOGY REPORT
## EPIDERMAL NERVE FIBER DENSITY

**PATIENT: FOX, KEETA** **ACCESSION NUMBER: B20-01574**

*D.O.B:* *AGE:* 53 *SEX:* F
*PHYSICIAN:* Johanna Harris NP
*COPY TO:*

*DATE COLLECTED:* 02/27/2020
*DATE RECEIVED:* 02/29/2020
*DATE REPORTED:* 03/17/2020

**Clinical History:**
G90.09, R20.2; Tingling/paresthesias BLE/BUE fluctuate intensity with gastroporesis and cardiac autonomic dysfunction. ? POTS.

**DIAGNOSIS:**

A. Lt Thigh, skin biopsy: **Skin with significantly reduced Epidermal Nerve Fiber Density, consistent with small fiber neuropathy.**

B. Lt Calf, skin biopsy: **Skin with significantly reduced Epidermal Nerve Fiber Density, consistent with small fiber neuropathy.**

Lt Thigh



Lt Calf



Each image above is magnified 400X and represents 3-4% of the total epidermis examined by the pathologist.

**MICROSCOPIC DESCRIPTION:**

A. Frozen sections are stained by the immunoperoxidase method for PGP9.5, a marker of nerve fibers. From the sections that have been examined, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are focal and this analysis does not exclude the diagnosis.

B. Frozen sections are stained by the immunoperoxidase method for PGP9.5, a marker of nerve fibers. From the sections that have been examined, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are focal and this analysis does not exclude the diagnosis.

**EPIDERMAL NERVE FIBER DENSITY TEST:**

| Specimen | Result Value | ABNORMAL | LOW NORMAL |
|---|---|---|---|
| A. Lt Thigh | 3.98 | < 8.3 | 8.3 - 9.1 |
| B. Lt Calf | 3 | < 4.3 | 4.3 - 5.3 |

THERAPATH
NEUROPATHOLOGY

Therapath
545 West 45th Street
New York, NY 10036
800-681-4338
www.therapath.com

**PATIENT: FOX, KEETA** **ACCESSION NUMBER: B20-01574**

## GROSS DESCRIPTION:

A. Specimen received fixed in 2% PLP in one vial labeled "Lt Thigh". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.4 cm.

B. Specimen received fixed in 2% PLP in one vial labeled "Lt Calf". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.3 cm.

**Electronically Signed By:** **Ethan Stolzenberg MD**

**03/16/2020 23:40**

## INTERPRETATION OF RESULTS:

The epidermal nerve fiber density (ENFD) of each sample is determined by using the published counting rules (Lauria G et al. Eur J Neurol 2005; 12:1-12 and Kennedy WR et al. in Dyck PJ, Thomas PK [eds] Peripheral Neuropathy. 4th ed. Philadelphia: WB Sanders, 2004. pp 869-95). The ENFD (fibers per millimeter of epidermal length) is first calculated by determining the number of epidermal fibers that cross the dermal epidermal junction divided by the epidermal length in each section and then calculating the average value from 5 sections.

The ENFD is compared to the values in specimens from normal control subjects as determined by Therapath. The lower limit of normal is defined as the 5th percentile of the age and gender specific normal control values. Lower ENFD values are considered to be significantly decreased and consistent with the diagnosis of small fiber neuropathy.

Values that are in the low normal range, between 10th percentile and 5th percentile, may be suspicious for early or mild neuropathy.

On occasion, the ENFD can be normal, but morphological examination reveals structural abnormalities such as axonal swelling or excessive branching. These are considered to be pre-degenerative changes that are also associated with small fiber neuropathy (Lauria et al, J Neurol Sci 1999; 164: 172-8; Lauria et al, Neurology 2003; 61: 631-6).

Small fiber neuropathies can be length-dependent or non-length dependent which includes multifocal disorders. Length dependent neuropathies usually begin in the feet with loss of sensation in a stocking distribution in the lower extremities. When the condition is more advanced, a glove-like loss in the upper extremities also may occur. Occasionally, patients with a length-dependent neuropathy can feel symptoms in the hands before the lower extremities. In non-length dependent neuropathies, symptoms may involve the trunk, face, arms, upper extremities, proximal limbs, or other focal areas. (Tavee et al, Cleve Clin J Med.2009; 76:297-305 and Hsieh, Acta Neurol Taiwan. 2010; 19:82-89).

The presence of normal ENFD does not by itself rule out a diagnosis of small fiber neuropathy. An abnormally reduced ENFD also does not indicate a particular cause for the neuropathy or predict a response to therapy. The diagnosis and treatment of any medical condition depends on the patient's clinical presentation and the results of all laboratory investigations as interpreted by the physician.

**Disclaimer:** This report may include laboratory-developed tests (LDTs). These assays were developed and their performance characteristics determined by Therapath. They have not been cleared or approved by the US Food and Drug Administration (FDA). The FDA does not require these tests to go through premarket FDA review. These tests are used for clinical purposes. They should not be regarded as investigational or for research. This laboratory is certified under Clinical Laboratory Improvement Amendments (CLIA) as qualified to perform high-complexity clinical laboratory testing.

Laboratory Director: Jamie A. Jacobsohn, MD

**CPT CODES:** 88305x2, 88314x2, 88356x2, 88342x2

BAPTIST HEALTH
MEDICAL GROUP

3900 KRESGE WAY
STE 51
LOUISVILLE KY 40207-4637
Phone: 502-259-5955
Fax: 502-259-5953

March 6, 2020

Greg J. Potts, MD
2002 Papa John's Blvd
Louisville KY 40299

Patient: **Keeta R Fox**
Date of Birth:
Date of Visit: **3/6/2020**

Dear Greg J. Potts, MD:

Thank you for referring Keeta Fox to me for evaluation. Below are the relevant portions of my assessment and plan of care.

**Encounter Diagnosis and Orders:**
Keeta was seen today for back pain and neck pain.

Diagnoses and all orders for this visit:

**Spinal stenosis in cervical region**
- MRI Thoracic Spine Without Contrast; Future
- XR spine cervical ap and lat w flex and ext; Future

**Cervical radiculopathy**
- MRI Thoracic Spine Without Contrast; Future
- XR spine cervical ap and lat w flex and ext; Future

**Numbness and tingling of both legs**
- MRI Thoracic Spine Without Contrast; Future
- XR spine cervical ap and lat w flex and ext; Future

**Numbness and tingling of both upper extremities**
- MRI Thoracic Spine Without Contrast; Future
- XR spine cervical ap and lat w flex and ext; Future

**Pain in thoracic spine**
- MRI Thoracic Spine Without Contrast; Future
- XR spine cervical ap and lat w flex and ext; Future

**Radiculitis due to displacement of disc, thoracic**
- MRI Thoracic Spine Without Contrast; Future
- XR spine cervical ap and lat w flex and ext; Future

If you have questions, please do not hesitate to call me. I look forward to following Keeta along with you.

Sincerely,

Laura M. Tudor, APRN

CC: No Recipients

BAPTIST HEALTH

MEDICAL GROUP

BAPTIST HEALTH MEDICAL GROUP NEUROSURGERY
3900 KRESGE WAY
STE 51
LOUISVILLE KY 40207-4637
Phone: 502-259-5955
Fax: 502-259-5953

March 11, 2020

Greg J. Potts, MD
2002 Papa John's Blvd
Louisville KY 40299

Patient: **Keeta R Fox**
Date of Birth:
Date of Visit: **3/11/2020**

Dear Greg J. Potts, MD,

Keeta Fox was in my office today. Below are the relevant portions of my assessment and plan of care.

Independent Review of Radiographic Studies:
I reviewed the recently completed thoracic MRI done on 3/9/2020 which was unremarkable. I did review the cervical MRI which did show rather severe cervical stenosis at C4-C5, C5-C6, and C6-C7. Her plain x-rays done 3/6/2020 shows severe disc space collapse at C5-C6 and some osteophytic disease from C3-C7. Lumbar MRI done on 1/22/2020 shows a left L5-S1 disc protrusion and disc bulging and foraminal stenosis at L4-L5. Agree with the reports.

Medical Decision Making:
Again, the cervical stenosis accounts for some but not all of her symptoms. I encouraged her to go to the Mayo Clinic and come back to see me afterwards. I think at some point she is going to need to have a cervical corpectomy at C5 and C6 but that would only address the problems related to the numbness and the tingling in the arms and the legs and the sense of weakness in the limbs, certainly not the heart palpitations or the gastroparesis or the slowness of her cognition. We will see her in a few weeks after that evaluation at the Mayo Clinic.
Keeta was seen today for numbness, neck pain, arm pain and extremity weakness.

Diagnoses and all orders for this visit:

**Spinal stenosis in cervical region**

**Numbness and tingling of both legs**

Return in about 5 weeks (around 4/15/2020).

If you have questions, please do not hesitate to call me. I look forward to following Keeta along with you.

Sincerely,

Wayne Villanueva, MD

CC: No Recipients

# KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

| | |
|---|---|
| PATIENT: | Keeta Fox |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 4/22/2020 |
| VISIT TYPE: | Office Visit |

This 53 year old female presents for SLE f/u via

HPI DETAILS: This visit was conducted with the use of an interactive audio and video telecommunication system that permits real-time communication between patient and provider. Patient consent for this virtual visit was obtained before the visit and is on file electronically.
Patient location: Louisville, KY 40299
Kentuckiana Rheumatology, Telehealth Provider: Dr. Steven Stern/Vickie Scholl MA

Ms. Fox was seen at Mayo for her pains and still doesn't have a good explanation for her many symptoms. They gave her a diagnosis of chronic sensitization syndrome. She has had other new diagnoses, including small fiber neuropathy and gastroparesis, since we saw her last. However, these problems were found by her local physicians, not at Mayo. She has been started on duloxetine for the small fiber neuropathy per neurology and Amitiza for constipation associated with her gastroparesis. She does feel like the duloxetine is helping her but she is hopeful to be able to stop Amitiza. She has severe cervical stenosis for which she sees Dr. Villanueva. She is not yet a candidate for surgery. She has recurrent yeast infections in her mouth and vagina and so she has started a supplement containing thyme and cloves in hopes this clears up the yeast infection. She is seeing an alternative health physician for help with this as her OB/GYN was unsuccessful in treating it. She is also having her house tested for mold to rule out that as a cause of her problems. She has actually moved out of her house while it is being searched for mold. She has idiopathic pulmonary fibrosis identified on a lung MRI but her pulmonologist told her that he doesn't believe it is active. She doesn't need to see him again unless she becomes symptomatic. Advised the patient that it does not appear from our testing and her complaints that she has an active inflammatory process which requires treatment from our office. Therefore we do not need to see her back unless she has new symptoms that need to be evaluated. Patient verbalized understanding.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
|---|---|---|
| Anxiety | 1997 | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| Kidney Stones | | |

Pulmonary fibrosis
Spinal stenosis/ neck

| Surgery/Treatment | Date | Comment |
|---|---|---|
| PT | | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
|---|---|---|---|---|---|
| hydroxyzine HCl 10 mg tablet | | // | | | Y |
| clonazepam 0.5 mg tablet | take 1 tablet by oral route 2 times every day | // | | | Y |
| VITAMIN D3 | take one tablet daily | // | | | Y |
| tramadol 50 mg tablet | take 1 tablet by oral route every 6 hours as needed as needed | // | | | Y |
| omeprazole 40 mg capsule,delayed release | take 1 capsule by oral route every day before a meal | // | | | Y |
| CALCIUM | take one tablet daily | // | | | Y |
| Ambien 10 mg tablet | take 1 tablet by oral route every day at bedtime | // | | | Y |
| ibuprofen | take 1 tablet by oral route 3 times every day with food as needed | // | | | Y |
| Systane Complete 0.6 % eye drops | | // | | | Y |
| prednisone 1 mg tablet | take 4 tablet once daily | 01/08/2020 | | | N |
| duloxetine 30 mg capsule,delayed release | take 3 capsule po q day | // | | | Y |
| Amitiza 24 mcg capsule | take 1 capsule by oral route 2 times every day with food and water | // | | | Y |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Cardio | Positive | Chest pain, Irregular heartbeat/palpitations. |
| Neuro | Positive | Tingling. |
| Integumentary | Positive | Rash. |
| MS | Positive | Joint pain. |

## Disease Activity Measures

Pain Score: 4.0

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | Plan Orders | She is to schedule a follow-up visit with Steven Stern MD if symptoms worsen. |
| | | |

ASSESSMENT DETAILS:

* Systemic involvement of connective tissue, unspecified (M35.9) ANA (+) 1:640 Homogenous w/ normal lab assessment. Viral illness on top of her long standing issues that cleared w/ time and short burst of steroids. Looks to have a unique one of a kind immunologic condition w/ features of Pulmonary fibrosis, Gastroparesis, small fiber neuropathy, indistinct CNS changes w/ tremor w/ fatigue.

* Cervical Stenosis, C5,6,7, seeing Dr. Villaneuva.

* Sick Building Syndrome from water damage to her home. Trying to get it corrected.

* Chronic Sensitization Syndrome, dx from Mayo Clinic (3/20).

PLAN DETAILS:

No f/u needed in this office

### Pain Management Plan

Pain Scale: 4/10.

### Follow Up

| Reason | Timeframe | Comments |
|---|---|---|
| follow-up visit with Steven Stern MD if symptoms worsen | if symptoms worsen | |

### Orders:

FOLLOW-UP:

| Assessment | Follow-up | Reason | Timeframe | Comments |
|---|---|---|---|---|
| M35.9 | follow-up visit with Steven Stern MD if symptoms worsen | | if symptoms worsen | |

*Provider:*

Stern, Steven 04/23/2020 10:16 AM

Electronically signed by Steven Stern MD on 04/23/2020 01:41 PM

TO: GREGORY J. POTTS

# Gastroenterology HEALTH PARTNERS

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD
LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**Date:** 5/22/2020 11:15 AM
**Patient Name:** **KEETA R. FOX**
**DOB (age):** (53)
**Provider:** MICHAEL KREASE, DO

Dear Dr. POTTS,

The patient was evaluated per your request today and below is a summary of the encounter.

**Reason for Consulation:** GI issues

**History of Present Illness:**

5/22/2020 KEETA FOX 53 11/6/1966 was contacted for telemedicine visit. 2 identifiers were used to identify the patient. Ms. Fox is a 53F following up regarding numerous GI issues. She was last seen in February of this year. The time she was having a lot of issues including diarrhea abdominal pain and dysphagia. She did have an EGD in February with empiric dilation. No stricture is noted. She did have a lot of retained food in her stomach as well. Since then she has been to Mayo Clinic. She was largely disappointed with them. She states she was diagnosed with chronic sensitization syndrome and that she would need to see a pain clinic. She was unsatisfied with this. Around that time in March she also began to have black stools. The Mayo Clinic wanted to set her up for an EGD and colonoscopy however she was traveling back to Kentucky. The black stools have since stopped. She is taking amitiza once daily for her constipation and it seems to be helping.

Couple of months ago she began seeing a natural medicine nurse practitioner. After thorough stool and urine evaluation she has been diagnosed with Mold illness disease. She is currently living in a hotel. She believes that she has mold in her house and her car. She is followed with rheumatologist to his told her to sell her house.

She is currently on the keto diet at the recommendation of her natural medicine nurse practitioner.

She has an upcoming appointment next week with the Cleveland clinic.

**Diagnosis:**

Bloating
Change in Bowel Habits
Dysphagia
Irritable bowel syndrome

**Impression:**

53F with numerous GI issues with no unifying diagnosis found thus far. Extensive evaluation that includes the Mayo Clinic. Her nurse practitioner has now diagnosed her with mold illness disease and she is currently living in a hotel room and on the keto diet. She also tried cholestyramine to help with this as well. She has an upcoming appointment with Cleveland clinic. She will have labs sent over to us from her nurse practitioner. She has received the lactose breath test for small intestinal bacterial overgrowth and she will repeat this. Her black stools have resolved. Follow-up in 3 months.

**Plan:** Follow up in 3 months

Faxed on 5/22/2020 KEETA R. FOX, EAST14968,

Thank you for allowing me to participate in the care of this patient.

Sincerely,

MICHAEL KREASE, DO
Electronically signed on 5/22/2020 11:21:17 AM by MICHAEL KREASE, DO

Louisville Endoscopy Center

*1400 POPLAR LEVEL RD*
*LOUISVILLE, KY 40217*
*PH: (502) 636-2003*
*FAX: (502-636-4032)*

## Transition of Care Summary

| | | | |
|---|---|---|---|
| **Date:** | 2/21/2020 7:30 AM | | |
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (53) |
| **Race:** | White | | |
| **Ethnicity:** | Not Hispanic or Latino | | |
| **Preferred Language:** | English | | |
| **Endoscopist(s):** | MICHAEL KREASE, DO | | |
| **Referring Physician:** | GREGORY J. POTTS, MD<br>2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393<br>(502) 240-5900 (phone)<br>(502) 240-5905 (fax) | | |
| **PCP:** | GREGORY J. POTTS, MD | | |
| **Anesthesia Provider:** | Bessie Christensen, CRNA | | |
| **Nurse(s):** | Lisa Courtney, RN (Pre-op phone call)<br>Amanda Carter, RN (Pre-Procedure) | | |
| **Staff:** | Kristine Sledge-Delk, RN (Intra-Procedure)<br>John Nicholas, Endo Tech | | |
| **Reason for Visit:** | Dysphagia: 787.20 - R13.10 | | |
| **Problems/Diagnoses:** | Benign neoplasm of ascending colon: 211.3 - D12.2, 4/4/2018, Active<br>Dvrtclos of lg int w/o perforation or abscess w/o bleeding: 562.10 - K57.30, 4/4/2018, Active<br>Polyp of stomach and duodenum: 211.1 - K31.7, 4/4/2018, Active<br>Second degree hemorrhoids: 455.0 - K64.1, 4/4/2018, Active<br>Abdominal pain - LLQ: 789.04 - R10.32, Active<br>Bloating: 787.3 - R14.0, Active<br>Change in Bowel Habits: 787.99 - R19.4, Active<br>Chest Pain: 786.50 - R07.9, Active<br>Dysphagia: 787.20 - R13.10, Active<br>Fecal fluid leakage: 787.60 - R15.9, Active<br>Irritable bowel syndrome: 564.1 - K58.9, Active<br>Kidney stone: 592.0 - N20.0, Active | | |
| **Medications:** | Ambien 10 mg Take 1 tablet by mouth at bedtime<br>clonazepam 0.5 mg Take 2-3 tablet by mouth a month<br>Cymbalta 60 mg 1 daily<br>estradiol 0.05 mg/24 hr Apply as needed<br>ibuprofen 200 mg Take 1 capsule by mouth as needed<br>nystatin 100,000 unit/mL<br>progesterone micronized 200 mg Take 1 capsule by mouth once a day<br>promethazine 25 mg Take 1 tablet by mouth twice a day as needed<br>tramadol 50 mg Take 1 tablet by mouth as needed | | |

**Allergies:** aspirin - unsure
butalbital-acetaminop-caf-cod - Minimal - stayed up all night

**Immunizations:** Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

**Tobacco:** Never smoker

**Procedures:** No Prior Procedures

**Diagnostic Studies:** Colonoscopy, 04/04/2018
Colonoscopy, 4/4/2018, Moderate diverticulosis of the sigmoid colon, Polyp (6 mm) in the proximal ascending colon. (Polypectomy), Polyp (7 mm) in the mid-ascending colon. (Polypectomy), Grade/Stage II internal hemorrhoids and There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal. BBPS 3/3/3=9
CT Abdomen, 09/12/2017
EGD, 04/04/2018
EGD, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Vital Signs:**

| BP (mmHg) | Pulse (ppm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min | Temp |
|---|---|---|---|---|---|---|---|
| 108/72 | 81 | Regular | 143 / | 5 / 7 | 22.39 | 14 | 98.9 (F) |
| | **SPO2 (%)** | | | | | | |
| | 98 | | | | | | |

**Orders:**

**Instruction**

- Patient to call office for pathology results in 7-10 days, (502) 452-9567.
- H-Pylori.

*Biopsies were taken to rule out the presence of a bacterial stomach infection called Helicobacter pylori. If found on biopsy, antibiotics may be prescribed.*

**Encounter Diagnoses:**
Dysphagia: 787.20 - R13.10, Active

**Functional/Cognitive Status:**
No functional/cognitive statuses

**Lab Results:**

| Test | 1/16/2020 | Units | Limits |
|---|---|---|---|
| Immunoglobulin A, Qn, Serum | | | |
| Immunoglobulin A, Qn, Serum | 279 | mg/dL | 87 - 352 |
| t-Transglutaminase (tTG) IgA | | | |
| t-Transglutaminase (tTG) IgA | <2 | U/mL | 0-3 |

Louisville Endoscopy Center

1400 POPLAR LEVEL RD
LOUISVILLE, KY 40217
PH: (502) 636-2003
FAX: (502-636-4032)

# EGD Report

| | | | |
|---|---|---|---|
| **Date:** | 2/21/2020 7:30 AM | | |
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (53) |
| **Endoscopist(s):** | MICHAEL KREASE, DO | **Instrument(s):** | GIF 867*(GIF H180J 0867) |


upper third of the esophagus


lower third of the esophagus


retained food in stomach


stomach antrum


pylorus


duodenal bulb


second part of the duodenum


retroflexed view of the cardia


incisura


middle third of the esophagus


upper third of the esophagus

**Referring Physician:** GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**PCP:** GREGORY J. POTTS, MD

**Anesthesia Provider:** Bessie Christensen, CRNA

**Nurse(s):** Lisa Courtney, RN (Pre-op phone call)
Amanda Carter, RN (Pre-Procedure)
Louise Shadwick, RN (Post-Procedure)

**Staff:** Kristine Sledge-Delk, RN (Intra-Procedure)
John Nicholas, Endo Tech

**ASA Class:** P2 - 2/21/2020 7:18 AM Bessie Christensen, CRNA

**History of Present Illness:**

Ms. Fox is a 53F presenting for follow-up evaluation. Since her last visit she is been having some new issues. She was diagnosed with oral candidiasis about 4 days ago. Her primary care physician has put her on nystatin swish and swallow. She now is having some trouble swallowing. She denies pain with swallowing. She denies food getting stuck, she does feel however that things are going down normally. She also has vaginal candidiasis and is worried that she could've candida all over.

She has no appetite. She has lost about 10 pounds. She has some dry heaves. She has no blood in her vomit. She has no blood in her stools.

She had an EGD and colonoscopy in 2018. She was found have a fundic gland polyp in the fundus of her stomach.

**Administered Medications:** lidocaine 50 mg IV
propofol 500 mg IV

**Indications:** Dysphagia: 787.20 - R13.10

**Vital Signs:**

| *Weight (lbs/oz)* | *Height (ft/in)* | *BMI* |
|---|---|---|
| 143 / | 5 / 7 | 22.39 |

| *BP (mmHg)* | *Pulse (ppm)* | *Rhythm* | *Resp/min* | *Temp* | *SPO2 (%)* |
|---|---|---|---|---|---|
| 108/72 | 81 | Regular | 14 | 98.9 (F) | 98 |

**Physical Exam:**

*Physical exam was performed prior to anesthesia on 2/21/2020 at 7:21 AM.*

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.

**Respiratory:**

*Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.
*Auscultation:* normal breath sounds; no rubs, wheezes, rales or rhonchi.

**Cardiovascular:**

*Auscultation:* normal rhythm, S1 and S2; no rubs, murmurs or gallop.

**Gastrointestinal/Abdomen:**

*Abdomen:* nontender, nondistended, with normoactive bowel sounds, and no masses or guarding, no resonance or tympany.
*Liver/Spleen:* no hepatosplenomegaly.

**Psychiatric:**

*Judgment/insight:* within normal limits.
*Mood and affect:* Mood and affect are appropriate, no agitation.

**Procedure:**

The procedure, indications, preparation and potential complications were explained to the patient, who indicated understanding and signed the corresponding consent forms. MAC Anesthesia was administered by the nurse anesthetist. Continuous pulse oximetry, blood pressure, and cardiac monitoring was done. Supplemental oxygen was used. Patient was placed in left lateral decubitus position and bite block secured in mouth. The endoscope was introduced through mouth and advanced under direct visualization until second part of the duodenum reached. The Z-line was noted at 41 centimeters. Patient tolerance to the procedure was good. The procedure was not difficult.

**Limitations/Complications:** There were no apparent limitations or complications

**Findings:**

| | | |
|---|---|---|
| Esophagus | *Mucosa* | Normal mucosa was noted in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. Cold forceps biopsies of the lower, middle, and upper esophagus were performed. |
| Stomach | *Mucosa* | Normal mucosa was noted in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. Cold forceps biopsies were performed for H. pylori |

assessment in the stomach antrum. IHC will be performed if indicated based on pathologists interpretation.

*Duodenum* *Mucosa* Normal mucosa was noted in the whole duodenum. Cold forceps biopsies were performed.

**Impressions:**

- Normal mucosa in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. (Biopsy).
- Normal mucosa in the duodenum. (Biopsy).
- Normal mucosa in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. (Biopsy H-Pylori).

**Plan:** Patient to call office for pathology results in 7-10 days, (502) 452-9567
Biopsies were taken to rule out the presence of a bacterial stomach infection called Helicobacter pylori. If found on biopsy, antibiotics may be prescribed.
Significant amount of retained food noted in stomach, suspect a component of gastroparesis.
Continue neurologic workup for etiology of her other symptoms.

**Samples:**

Jar # 1 :
Biopsy in the second part of the duodenum
Findings: Normal, R/O Celiac Sprue
Test(s) requested: Histology

Jar # 2 :
Biopsy in the duodenal bulb
Findings: Normal, R/O Celiac Sprue
Test(s) requested: Histology

Jar # 3 :
Biopsy in the stomach antrum and stomach body
Findings: Normal, R/O H pylori
Test(s) requested: Histology

Jar # 4 :
Biopsy in the lower third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

Jar # 5 :
Biopsy in the upper third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

Jar # 6 :
Biopsy in the middle third of the esophagus
Findings: Normal
Test(s) requested: Histology
Comments: r/o candida esophagitis

**Pathology:** Pathology was sent to lab; patient will be notified via patient portal, mail or phone call.

MICHAEL KREASE, DO
Electronically signed on 2/21/2020 8:01:23 AM by MICHAEL KREASE, DO

# Louisville Endoscopy Center

1400 POPLAR LEVEL RD
LOUISVILLE, KY 40217
PH: (502) 636-2003
FAX: (502-636-4032)

GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**Date:** 2/21/2020 7:30 AM
**Patient Name:** **KEETA R. FOX**
**DOB(age):** (53)
**Provider:** MICHAEL KREASE, DO

Dear Dr. POTTS:

This patient was seen at our offices and below is a summary of the encounter:

**Findings:**

| | | |
|---|---|---|
| *Esophagus* | *Mucosa* | Normal mucosa was noted in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. Cold forceps biopsies of the lower, middle, and upper esophagus were performed. |
| *Stomach* | *Mucosa* | Normal mucosa was noted in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. Cold forceps biopsies were performed for H. pylori assessment in the stomach antrum. IHC will be performed if indicated based on pathologists interpretation. |
| *Duodenum* | *Mucosa* | Normal mucosa was noted in the whole duodenum. Cold forceps biopsies were performed. |

**Impressions:**

Normal mucosa in the cricopharyngeus, lower third of the esophagus, middle third of the esophagus and upper third of the esophagus. (Biopsy).

Normal mucosa in the duodenum. (Biopsy).

Normal mucosa in the cardia, fundus, stomach body, antrum, pre-pyloric region, incisura of the stomach and pylorus. (Biopsy H-Pylori).

**Plan:** Patient to call office for pathology results in 7-10 days, (502) 452-9567
Biopsies were taken to rule out the presence of a bacterial stomach infection called Helicobacter pylori. If found on biopsy, antibiotics may be prescribed.

Thank you for allowing us to participate in the care of this patient.

Sincerely,

MICHAEL KREASE, DO
Electronically signed on 2/21/2020 7:48:03 AM by MICHAEL KREASE, DO

Faxed on 2/21/2020 KEETA R. FOX, EAST14968,

Louisville Endoscopy Center

*1400 POPLAR LEVEL RD*
*LOUISVILLE, KY 40217*
*PH: (502) 636-2003*
*FAX: (502-636-4032)*

# Transition of Care Summary

| | | | |
|---|---|---|---|
| **Date:** | 2/21/2020 7:30 AM | | |
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (53) |
| **Race:** | White | | |
| **Ethnicity:** | Not Hispanic or Latino | | |
| **Preferred Language:** | English | | |

**Endoscopist(s):** MICHAEL KREASE, DO

**Referring Physician:** GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**PCP:** GREGORY J. POTTS, MD

**Anesthesia Provider:** Bessie Christensen, CRNA

**Nurse(s):** Lisa Courtney, RN (Pre-op phone call)
Amanda Carter, RN (Pre-Procedure)
Louise Shadwick, RN (Post-Procedure)
Kristine Sledge-Delk, RN (Intra-Procedure)

**Staff:** John Nicholas, Endo Tech

**Reason for Visit:** Dysphagia: 787.20 - R13.10

**Problems/Diagnoses:**
Benign neoplasm of ascending colon: 211.3 - D12.2, 4/4/2018, Active
Dvrtclos of lg int w/o perforation or abscess w/o bleeding: 562.10 - K57.30, 4/4/2018, Active
Polyp of stomach and duodenum: 211.1 - K31.7, 4/4/2018, Active
Second degree hemorrhoids: 455.0 - K64.1, 4/4/2018, Active
Abdominal pain - LLQ: 789.04 - R10.32, Active
Bloating: 787.3 - R14.0, Active
Change in Bowel Habits: 787.99 - R19.4, Active
Chest Pain: 786.50 - R07.9, Active
Dysphagia: 787.20 - R13.10, Active
Fecal fluid leakage: 787.60 - R15.9, Active
Irritable bowel syndrome: 564.1 - K58.9, Active
Kidney stone: 592.0 - N20.0, Active

**Medications:**
Ambien 10 mg Take 1 tablet by mouth at bedtime
clonazepam 0.5 mg Take 2-3 tablet by mouth a month
Cymbalta 60 mg 1 daily
estradiol 0.05 mg/24 hr Apply as needed
ibuprofen 200 mg Take 1 capsule by mouth as needed
nystatin 100,000 unit/mL
progesterone micronized 200 mg Take 1 capsule by mouth once a day
promethazine 25 mg Take 1 tablet by mouth twice a day as needed
tramadol 50 mg Take 1 tablet by mouth as needed

**Allergies:** aspirin - unsure
butalbital-acetaminop-caf-cod - Minimal - stayed up all night

**Immunizations:** Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

**Tobacco:** Never smoker

**Procedures:** No Prior Procedures

**Diagnostic Studies:** Colonoscopy, 04/04/2018
Colonoscopy, 4/4/2018, Moderate diverticulosis of the sigmoid colon, Polyp (6 mm) in the proximal ascending colon. (Polypectomy), Polyp (7 mm) in the mid-ascending colon. (Polypectomy), Grade/Stage II Internal hemorrhoids and There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal. BBPS 3/3/3=9
CT Abdomen, 09/12/2017
EGD, 04/04/2018
EGD, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Vital Signs:**

| BP (mmHg) | Pulse (ppm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min | Temp |
|---|---|---|---|---|---|---|---|
| 108/72 | 81 | Regular | 143 / | 5 / 7 | 22.39 | 14 | 98.9 (F) |
| | SPO2 (%) | | | | | | |
| | 98 | | | | | | |

**Orders:**

**Instruction**

- Patient to call office for pathology results in 7-10 days, (502) 452-9567.
- H-Pylori.

*Biopsies were taken to rule out the presence of a bacterial stomach infection called Helicobacter pylori. If found on biopsy, antibiotics may be prescribed.*

**Encounter Diagnoses:**
Dysphagia: 787.20 - R13.10, Active

**Functional/Cognitive Status:**
No functional/cognitive statuses

**Lab Results:**

| Test | 1/16/2020 | Units | Limits |
|---|---|---|---|
| Immunoglobulin A, Qn, Serum | | | |
| Immunoglobulin A, Qn, Serum | 279 | mg/dL | 87 - 352 |
| t-Transglutaminase (tTG) IgA | | | |
| t-Transglutaminase (tTG) IgA | <2 | U/mL | 0-3 |

Faxed on 2/21/2020 KEETA R. FOX, EAST14968,

TO: GREGORY J. POTTS

Louisville Gastroenterology Associates, LLC
Gastroenterology • Liver Diseases • Gastrointestinal Endoscopy

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD
LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**Date:** 2/19/2020 1:15 PM
**Patient Name:** **KEETA R. FOX**
**DOB (age):** (53)
**Provider:** MICHAEL KREASE, DO

Dear Dr. POTTS,

The patient was evaluated per your request today and below is a summary of the encounter.

**Reason for Consulation:** dysphagia

**History of Present Illness:**

2/19/2020 KEETA FOX 53 11/6/1966 was seen in our Medical Arts office today for a follow up visit. Ms. Fox is a 53F presenting for follow-up evaluation. Since her last visit she is been having some new issues. She was diagnosed with oral candidiasis about 4 days ago. Her primary care physician has put her on nystatin swish and swallow. She now is having some trouble swallowing. She denies pain with swallowing. She denies food getting stuck, she does feel however that things are going down normally. She also has vaginal candidiasis and is worried that she could've candida all over.

She has no appetite. She has lost about 10 pounds. She has some dry heaves. She has no blood in her vomit. She has no blood in her stools.

She had an EGD and colonoscopy in 2018. She was found have a fundic gland polyp in the fundus of her stomach.

**Diagnosis:**

Dysphagia
Bloating
Fecal fluid leakage

**Impression:**

53F with oral candidiasis now presenting with dysphagia. We will set her up for an EGD. We will refill her promethazine for her nausea and dry heaves. She will get stool studies ordered through her primary care physician which she has not had collected yet. I have instructed her to have the results faxed over to our office. If symptoms persist we will set her up for a colonoscopy. Follow-up in 3 months.

**Plan:**

Renew promethazine 25 mg Take 1 tablet by mouth twice a day as needed
EGD Louisville Endoscopy Center *risks & benefits of procedure reviewed, including risks of anesthesia, bleeding, perforation, complications of peripheral i.v. placement and rarely even cardiopulmonary collapse and death*
Follow up in 3 months

Thank you for allowing me to participate in the care of this patient.

Sincerely,

Faxed on 2/19/2020 KEETA R. FOX, EAST14968,

MICHAEL KREASE, DO
Electronically signed on 2/19/2020 1:45:38 PM by MICHAEL KREASE, DO

Gastroenterology HEALTH PARTNERS

**Gastroenterology Health Partners**
In-Office Pathology Lab
2630 Grant Line Road New Albany, IN 47150
Phone 812-945-0145 x131 Fax 812-418-9883
www.gastrohealthpartners.com

## GI Pathology Report

| | | |
|---|---|---|
| Patient: **FOX, KEETA R.**<br>Age/Sex: 53/F<br>DOB:<br>Phone#:<br>MRN: EAST14968 | Physician: **MICHAEL KREASE DO**<br>Louisville Endoscopy Center<br>1400 Poplar Level Rd, Ste 2<br>Louisville, KY 40217<br>Referring Physician: GREGORY J POTTS<br>Referring Fax: 502-240-5905 | Accession#: **GHP20-02000**<br>Date Collected: 02/21/2020<br>Date Received: 02/21/2020<br>Date Reported: 02/24/2020 |

**ICD:R13.10**
**RULE OUT OPTIONS:**
A. Second Part Of The Duodenum: Celiac Sprue
B. Duodenal Bulb: Celiac Sprue

## Final Diagnosis

A. Second Part Of The Duodenum, Normal, Biopsy
**Benign non-ulcerated duodenal mucosa with preserved villous architecture.**
**No significant histopathology.**

B. Duodenal Bulb, Normal, Biopsy
**Benign non-ulcerated duodenal mucosa with preserved villous architecture.**
**No significant histopathology.**

C. Stomach, Antrum/Body, Normal, Biopsy
**Reactive gastropathy.**
**No evidence of increased inflammation or H. pylori organisms.**

D. Lower Third Of The Esophagus, Normal, Biopsy
**Benign non-ulcerated squamous mucosa with no significant histopathology.**
**Negative for intestinal metaplasia but no glandular mucosa present in biopsy.**
**No fungal organisms identified.**

E. Upper Third Of The Esophagus, Normal, Biopsy
**Benign non-ulcerated squamous mucosa with no significant histopathology.**
**Negative for intestinal metaplasia but no glandular mucosa present in biopsy.**
**No fungal organisms identified.**

F. Middle Third Of The Esophagus, Normal, Biopsy
**Benign non-ulcerated squamous mucosa with no significant histopathology.**
**Negative for intestinal metaplasia but no glandular mucosa present in biopsy.**
**No fungal organisms identified.**

## Gross Description

| Site | Description |
|---|---|
| A. Second Part Of The Duodenum, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Second Part Of The Duodenum. The specimen consists of a few fragments of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s). -Laura Yates HTL(ASCP) 02/21/2020 13:25" |
| B. Duodenal Bulb, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Duodenal Bulb. The specimen consists of a single fragment of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette (s).- Laura Yates HTL(ASCP) 02/21/2020 13:25 |

Medical Director: David E. Stapp M.D CAP#: 8040292 CLIA#: 15D0359485

From: 06/19/2020 11:55 #004 P.028/034

Gastroenterology
HEALTH PARTNERS

Gastroenterology Health Partners
In-Office Pathology Lab
2630 Grant Line Road New Albany, IN 47150
Phone 812-945-0145 x131 Fax 812-418-9883
www.gastrohealthpartners.com

## GI Pathology Report

| Patient: FOX, KEETA R. | Physician: MICHAEL KREASE DO | Accession#: GHP20-02000 |
|---|---|---|

## Gross Description

| Site | Description |
|---|---|
| C. Stomach, Antrum/Body, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Stomach, Antrum/Body. The specimen consists of several fragments of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).-Laura Yates HTL(ASCP) 02/21/2020 13:25 |
| D. Lower Third Of The Esophagus, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Lower Third Of The Esophagus. The specimen consists of a single fragment of tan tissue measuring up to 2 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).- Laura Yates HTL(ASCP) 02/21/2020 13:25 |
| E. Upper Third Of The Esophagus, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Upper Third Of The Esophagus. The specimen consists of a few fragments of tan tissue measuring up to 5 mm in maximum dimension. The material is submitted entirely in 1 cassette(s). -Laura Yates HTL(ASCP) 02/21/2020 13:25" |
| F. Middle Third Of The Esophagus, Normal, Biopsy | "The specimen is received in formalin labeled with the patient's name and designated Middle Third Of The Esophagus. The specimen consists of a single fragment of tan tissue measuring up to 4 mm in maximum dimension. The material is submitted entirely in 1 cassette(s).- Laura Yates HTL(ASCP) 02/21/2020 13:25 |

James Rizzo MD
Final Report Electronically signed on 02/24/2020 at 01:29 PM

**CPT CODES: 88305 X 6 ICD: 999.99, K29.70**

Medical Director: David E. Stapp M.D
CAP#: 8040292 CLIA#: 15D0359485

BAPTIST HEALTH®

PATIENT: Fox, Keeta R
DOB: 53 yrs, Female
MRN: 8911342017, CSN: 91077663448
ORDERING PROVIDER: POTTS, GREG J
LOCATION: BH LOU Walk in Outpatient

**Fecal Occult Blood** (Final result)

| | Value | Range |
|---|---|---|
| Fecal Occult Blood<br>Resulting Lab: BH LOU LAB | Negative | Negative |

ID: 20V-052M0468
Verified On: 2/21/2020 1948
Collected: 2/21/2020 1842
Received: 2/21/2020 1842

**Ova and Parasite Examination** (Final result)

| | Value | Range |
|---|---|---|
| **Ova + Parasite Exam**<br>These results were obtained using wet preparation(s) and trichrome stained smear. This test does not include testing for Cryptosporidium parvum, Cyclospora, or Microsporidia. | Final report | |
| **Ova + Parasite Result 1**<br>No ova, cysts, or parasites seen.<br>One negative specimen does not rule out the possibility of a parasitic infection. | Comment | |

Resulting Lab: LABCORP
Comments:
Performed at: 01 LabCorp Dublin
6370 Wilcox Road, Dublin, OH 430161269
Lab Director: Vincent Ricchiuti PhD, Phone: 8002827300

ID: 20I-052A0229
Verified On: 2/24/2020 2007
Collected: 2/21/2020 1842
Received: 2/21/2020 1842

**Stool Culture** (Final result)

| | Value | Range |
|---|---|---|

O:Potts, Greg J., MD COMPANY:

BAPTIST HEALTH®

PATIENT: Fox, Keeta R
DOB: 53 yrs, Female
MRN: 8911342017, CSN: 91077663448
ORDERING PROVIDER: POTTS, GREG J.
LOCATION: BH LOU Walk In Outpatient

## Fecal Occult Blood (Final result)

| | Value | Range |
|---|---|---|
| **Fecal Occult Blood** | Negative | Negative |

Resulting Lab: BH LOU LAB

| | | | |
|---|---|---|---|
| ID: | 20V-052M0468 | Collected: | 2/21/2020 1842 |
| Verified On: | 2/21/2020 1948 | Received: | 2/21/2020 1842 |

## Ova and Parasite Examination (Final result)

| | Value | Range |
|---|---|---|
| **Ova + Parasite Exam**<br>These results were obtained using wet preparation(s) and trichrome stained smear. This test does not include testing for Cryptosporidium parvum, Cyclospora, or Microsporidia. | Final report | |
| **Ova + Parasite Result 1**<br>No ova, cysts, or parasites seen.<br>One negative specimen does not rule out the possibility of a parasitic infection. | Comment | |

Resulting Lab: LABCORP
Comments:
Performed at: 01 - LabCorp Dublin
6370 Wilcox Road, Dublin, OH 430161269
Lab Director: Vincent Ricchiuti PhD, Phone: 8002827300

| | | | |
|---|---|---|---|
| ID: | 20L-052A0229 | Collected: | 2/21/2020 1842 |
| Verified On: | 2/24/2020 2007 | Received: | 2/21/2020 1842 |

## Stool Culture (Final result)

| | Value | Range |
|---|---|---|
| **Salmonella/Shigella Screen** | Final report | |
| **Result 1**<br>No Salmonella or Shigella recovered. | Comment | |
| **Campylobacter Culture** | Final report | |
| **Result 1**<br>No Campylobacter species isolated. | Comment | |
| **E coli, Shiga toxin Assay** | Negative | Negative |

Resulting Lab: LABCORP
Comments:
Performed at: 01 - LabCorp Dublin
6370 Wilcox Road, Dublin, OH 430161269
Lab Director: Vincent Ricchiuti PhD, Phone: 8002827300

| | | | |
|---|---|---|---|
| ID: | 20L-052A0228 | Collected: | 2/21/2020 1842 |

**PATIENT: Fox, Keeta R**
**MRN: 8911342017 CSN: 91077663448**

| | | | |
|---|---|---|---|
| Verified On: | 2/25/2020 1508 | Received: | 2/21/2020 1842 |

**C. difficile PCR** (Final result)

| | Value | Range |
|---|---|---|
| **C. Difficile Toxins by PCR**<br>Resulting Lab: BH LOU LAB | Negative | Negative |

| | | | |
|---|---|---|---|
| ID: | 20V-052M0469 | Collected: | 2/21/2020 1842 |
| Verified On: | 2/21/2020 2033 | Received: | 2/21/2020 1842 |

**Fecal Lactoferrin** (Final result)

| | Value | Range |
|---|---|---|
| **Lactoferrin, Qual**<br>Resulting Lab: BH LOU LAB | Negative | Negative |

| | | | |
|---|---|---|---|
| ID: | 20V-052M0469 | Collected: | 2/21/2020 1842 |
| Verified On: | 2/21/2020 1950 | Received: | 2/21/2020 1842 |

Final Report

**Resulting Labs**

| | | |
|---|---|---|
| **BH LOU LAB** | BAPTIST HEALTH LOUISVILLE LABORATORY,<br>4000 Kresge Way, Louisville KY 40207<br>Director: Zaring, Robert A, MD | 502-897-8231 |
| **LABCORP** | LABCORP LAB, 6370 Wilcox Road, Dublin OH 43016<br>Director: Dr. Trainor, Lance D MD | 800-282-7300 |

*****END OF REPORT*****

From: 06/19/2020 11:57 #004 P.032/034

Jun. 19. 2020 11:20AM Louisville Pulmonary Care No. 7408 P. 1/3

Louisville Pulmonary Care
4003 Kresge Way Ste. 312

# Home Sleep Study Report

**Patient's Name:** Kea Tax Fox
**DOB:**
**Study Date:** 1/20/20

Study Description: The Polysomnogram consisted of continuous airflow assessment Utilizing pressure transducer, Respiratory effort monitoring, Snore Monitoring and continuous Oximetry monitoring. It was scored using Medicare scoring guidelines.

**Results:**

Total recording time was 578 Min. Greatest desaturation was down to 85 %, and Patient spent 6.6 Min. of total recording time. With O2 set below 89 %, the overall AHI was 3.6 /hr, with AHI of 8.3 in the supine position. Patient has a total of — /hr Obstructive sleep apnea and 3.6 /hr hypopnea and 0 /mixed apnea 0 /hr central apnea, total snoring episodes was 6.

**Impression:** OSA ☐ Mild ☐ Mod ☐ Severe ☒ ~~with positional component~~ OSA only

☐ Sleep Related Hypoxemia ☐ Snoring

: Overall AHI is normal. Mild OSA in supine position only.

☐ CPAP in Lab Titration
☐ Night time Oximetry on CPAP
☐ Auto CPAP 5-20 and follow up in 4 weeks with compliance download
☐ Follow up with physician to discuss sleep study results and recommendations

Avoid supine sleep, consider use of OMAD (self-pay). If further concerns can do repeat testing with increased sleep in supine position to qualify for device, in-lab or HST.

call pt to tell no significant OSA

Date:

Interp Dr. Signature 1.22.20

1/23/2020 LM for pt.

Louisville Pulmonary Care, PLLC
4003 Kresge Way Ste. 312, louisville, KY. 40207
Tel (502)899-7377 Fax (502)8991972
www.lpcky.com

# Sleep Test Report

| | | | Study Date: 1/20/2020 |
|---|---|---|---|
| Patient Name: | Fox, Keeta | Recording Device: | Alice NightOne |
| Sex: | F | Height: | in. |
| D.O.B.: | | Weight: | lbs. |
| Age: | 53 years | B.M.I: | lb/in² |

| Times and Durations | | | |
|---|---|---|---|
| Lights off clock time: | 9:26:45 PM | Total Recording Time (TRT): | 578.2 minutes |
| Lights on clock time: | 7:04:57 AM | Time In Bed (TIB): | 578.2 minutes |

| Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| AHI | 3.6 | OAI | 0.0 | CAI | 0.0 | Lowest Desat | 85 |

AHI is the number of apneas and hypopneas per hour. OAI is the number of obstructive apneas per hour. CAI is the number of central apneas per hour. Lowest Desat is the lowest blood oxygen level that lasted at least 2 seconds.

| RESPIRATORY EVENTS | Index (#/hour) | Total # of Events | Mean duration (sec) | Max duration (sec) | # of Events by Position: Supine | Prone | Left | Right | Up |
|---|---|---|---|---|---|---|---|---|---|
| Central Apneas | 0.0 | 0 | 0.0 | 0.0 | 0 | 0 | 0 | 0 | 0 |
| Obstructive Apneas | 0.0 | 0 | 0.0 | 0.0 | 0 | 0 | 0 | 0 | 0 |
| Mixed Apneas | 0.0 | 0 | 0.0 | 0.0 | 0 | 0 | 0 | 0 | 0 |
| Hypopneas | 3.6 | 34 | 35.0 | 72.0 | 30 | 0 | 4 | 0 | 0 |
| Apneas + Hypopneas | 3.6 | 34 | 35.0 | 72.0 | 30 | 0 | 4 | 0 | 0 |
| Total | 3.6 | 34 | 35.0 | 72.0 | 30 | 0 | 4 | 0 | 0 |
| Time in Position | | | | | 217.9 | 0.2 | 84.0 | 237.9 | 24.1 |
| AHI in Position | | | | | 8.3 | 0.0 | 2.9 | 0.0 | 0.0 |

| Oximetry Summary | Dur. (min) | % TIB |
|---|---|---|
| <89 % | 6.6 | 1.1 |
| <85 % | 0.0 | 0.0 |
| <80 % | 0.0 | 0.0 |
| <70 % | 0.0 | 0.0 |
| Total Dur (min) < 0 | | min |
| Average (%) | | 93 |
| Total # of Desats | | 41 |
| Desat Index (#/hour) | | 4.4 |
| Desat Max (%) | | 7 |
| Desat Max dur (sec) | | 95.5 |
| Lowest SpO2 % during sleep | | 85 |
| Duration of Min SpO2 (sec) | | 22 |

| Heart Rate Stats | |
|---|---|
| Mean HR during sleep | 82.2 (BPM) |
| Highest HR during sleep | 130 (BPM) |
| Highest HR during TIB | 130 (BPM) |

| Snoring Summary | |
|---|---|
| Total Snoring Episodes | 61 |
| Total Duration with Snoring | 19.5 minutes |
| Mean Duration of Snoring | 19.1 seconds |
| Percentage of Snoring | 3.4 % |


All Night Graph
Stage
W
R
N1
N2
N3
SpO2,%
HR,BPM
CA,sec
OA,sec
MA,sec
HYPO,sec
Pos
9:26:45 PM
11 PM
12 AM
1 AM
2 AM
3 AM
4 AM
5 AM
6 AM
7 AM

**From:** DoNotReply@lfg.com
**Sent:** Thu, 11 Jun 2020 14:14:55 +0000
**To:** ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim# 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/4/2020. The claim has been approved through 5/3/2020. As of 5/4/2020 this claim is closed. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Thu, 11 Jun 2020 14:14:55 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim# 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/4/2020. The claim has been approved through 5/3/2020. As of 5/4/2020 this claim is closed. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Thu, 11 Jun 2020 14:14:55 +0000
**To:** ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim# 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/4/2020. The claim has been approved through 5/3/2020. As of 5/4/2020 this claim is closed. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Thu, 11 Jun 2020 14:14:55 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim# 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/4/2020. The claim has been approved through 5/3/2020. As of 5/4/2020 this claim is closed. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Thu, 11 Jun 2020 14:14:55 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim# 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/4/2020. The claim has been approved through 5/3/2020. As of 5/4/2020 this claim is closed. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Thu, 11 Jun 2020 14:14:55 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;STEVE_COKE@PAPAJOHNS.COM
**Subject:** Claim# 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/4/2020. The claim has been approved through 5/3/2020. As of 5/4/2020 this claim is closed. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 11, 2020

Ms. Keeta R. Fox

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 9761441

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Papa John's International, Inc's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Based on the information received, your claim has been denied and no benefits are payable.

To be eligible for benefits, the Plan requires that you meet the following definition of disability:

> ***"Disability"*** *or* ***"Disabled"****, with respect to Short Term Disability, means the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Job.*
>
> ***"Material and Substantial Duties"****, with respect to Short Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Job and cannot be reasonably eliminated or modified.*
>
> ***"Own Job"****, with respect to Short Term Disability, means the Covered Person's job that he was performing when his Disability or Partial Disability began.*

You submitted a claim for paresthesia, fecal incontinence, lumbar degenerative disc disease, insomnia, and tremors. Your claim file contains the following medical documentation:

- Medical Records from 1/8/2020-5/4/2020.

In order to assess any ongoing restrictions or limitations, your claim was reviewed by a Physician:

*On 1/8/20, Stephen Stern, MD, (Rheumatology) indicates antinuclear antibodies (ANA) positive 1:640 homogenous with normal basic lab assessment. The claimant has probable viral illness on top of long-standing issues that are clearing with time and with steroids.*

*On 1/16/20, the claimant underwent a colonoscopy, which showed moderate diverticulosis in the sigmoid colon and a polyp in the ascending colon was removed. The claimant has stage two internal hemorrhoids with otherwise normal colonoscopy. Diagnoses include abdominal pain, left lower quadrant, bloating, change in bowel habits, and fecal fluid leakage. Lab studies include IgA, lactose breath test, and sucrose C-13 breath tests are pending.*

*On 1/17/20, a pulmonary evaluation indicated the claimant has focal and subtle reticular changes in the right lower lobe, possibly postinflammatory. The claimant has bullous emphysema and cannot rule out cystic lung disease. The claimant is suspected for sleep apnea.*

*On 1/22/20, magnetic resonance imaging (MRI) of the cervical spine revealed C5-6 moderate spinal stenosis with severe right and moderate left foraminal stenosis. C4-5 showed mild spinal stenosis and moderate right greater than left foramina stenosis and C6-7 showed mild spinal stenosis moderately severe right at moderate left foraminal stenosis. MRI of the lumbar spine showed, at L5-S1, a 5 mm central slightly left paracentral protruding disc touches, but does not efface or displace the left S1 nerve root. At L4-5, a 2-3 mm posterior and left posterior lateral disc bulging with mild left foraminal stenosis. There was positive facet arthropathy.*

*On 1/28/20, computed tomography CT) scan of the chest was similar to exam of 12/17/2019. There was an area lucency at right lower lung associated with bulla. CT scan of the abdomen reveals 2 hepatic cysts within the liver with otherwise normal appearance. Diverticulosis of the colon was noted and no acute intra-abdominal abnormality.*

*On 1/30/20, MRI of the brain showed no acute intracranial abnormality and no changes from the previous exam in 2017. Retention cyst was partially visualized in the left maxillary sinus with no change from previous exam.*

*On 3/16/20, Jaimin Shah, MD, (Neurology) consult states the claimant is a 53 year old female with a three month history of multiple symptoms including migratory paresthesias, generalized paresthesias, fasciculations, headaches, fatigue, widespread pain syndrome and the symptoms of gastrointestinal dysmotility. On exam, she has mild hyperreflexia globally along with slight weakness in her distal upper extremities which is more severely affecting the left arm. It was likely in the upper motor neuron pattern of distribution. There are multiple different contributors to her symptoms. The first likely primary driver of her symptoms is central sensitization syndrome where the central nervous system amplified sensory input causing diffuse symptoms such as seen in fibromyalgia and chronic pain. Another contributor maybe cervical spondolytic myelopathy. Her electromyography (EMG) from the University of Louisville did not show superimposed mononeuropathies. The hyperreflexia could be within the spectrum of normal.*

*On 3/16/20, EMG study was normal. There was no evidence of the outer lower motor neuron disorder. There was no evidence of a left or right lumbosacral radiculopathy or large fiber peripheral neuropathy. There was no evidence of myopathy or cervical radiculopathy.*

*On 5/4/20, Anna Stone, NP completed Restrictions Form. The claimant has difficulty using your*

*hand to write or type due to him weakness, tremors, and pain. Fatigue, rashes, chills, and myalgias prevent her from being able to work and establish a predictable set of hours. Systemic inflammatory response syndrome contributes to fatigue and multiple sinus infections among other symptoms. Restrictions are from 5/4/20 to 7/31/20. She is expected to return to work after 30-45 days part-time and full-time within 90 days.*

*Undated Restrictions Form, completed by Gregory Potts, MD, indicates the claimant has multiple physical issues, mental stress, and exhaustion. Restrictions imposed from 2/3/20 to 3/31/20.*

*This claimant is a 53-year-old female who has seen multiple providers due for her conditions and symptoms. Although the claimant has an abnormal cervical MRI with degenerative changes, mild spinal stenosis, and foraminal stenosis, there is no documentation that would support any impairment. She had a normal EMG of upper and lower extremities.*

*In addition, there is no recent physical examination to support any impairment. She has seen pulmonary, gastroenterology, neurology, and rheumatology with diagnosis of diverticulosis, colon polyps, and bulbous emphysema with post inflammatory changes of the lung. However, there is no documentation of any of her conditions translate to or support any impairment. Therefore, restrictions and limitation are not applicable from 5/3/20 to ongoing.*

This claim determination reflects an evaluation of the claim facts and the Plan provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

*All office visit notes, treatment plans and prescription histories from all treating providers from February 3, 2020 through the present.*

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request

for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Hackney
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14127
Secure Fax No.: (603) 334-0380

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

5/26/2020

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | Keeta R Fox |
| | Client | : | LIBERTY MUTUAL INSURANCE CO - NH 92 |
| | Referred By | : | Hackney, Lisa |
| | Type of Review | : | Disability |
| | Type of Service | : | STD |
| | Claim Number: | : | 9761441 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 05/15/20 |
| Progress notes | Baptist Health | 01/15/20 |
| Progress notes | Kentuckiana Rheumatology | 01/08/20 |
| Progress notes | Louisville Gastroenterology Associates | 01/16/20 |
| Progress notes | Louisville Pulmonary Care | 01/17/20 |
| Progress notes | Mayo Clinic | 03/16/20-03/19/20 |
| Progress notes | G. Potts, MD | 01/21/20-02/07/20 & undated |
| Progress notes | A. Stone, APRN | 05/04/20 |
| MRI | Heartland Imaging | 01/22/20-01/30/20 |
| MRI | Mayo Clinic | 03/17/20 |
| CT | Baptist Health | 01/28/20 |
| EMG | Mayo Clinic | 03/16/20 |
| Lab | Baptist Health | 01/15/20 |
| Lab | LabCorp | 04/01/20 |
| Lab | Mayo Clinic | 03/17/20 |
| Lab | Microbiology Dx | 04/15/20 |
| Lab | Quest Diagnostic | 01/08/20 |
| Misc | | 02/06/20-05/05/20 |
| ROI | | 02/06/20 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Dr. Gregory Potts
2) DATE: 5/22/2020
3) TIME: 8:23 AM ET
4) PERSON SPOKEN WITH: Office Assistant
5) POSITION OF PERSON SPOKEN WITH: Office Assistant

SUMMARY OF CONVERSATION: I called the office and left a detailed message with the Office Assistant with a request for a return call.

TELECONFERENCE #2:

1) AP NAME: Dr. Gregory Potts
2) DATE: 5/22/2020
3) TIME: 8:55 AM ET
4) PERSON SPOKEN WITH: Dr. Gregory Potts
5) POSITION OF PERSON SPOKEN WITH: Physician

SUMMARY OF CONVERSATION: Dr. Potts states that Keeta Fox has significant fatigue which believed to be due to "Sick Building Syndrome." He states that she has had her house checked twice for mold and she has significant mold in her house. He states she has a polyneuropathy; however, her EMG has been normal. Dr. Potts states he has not seen the claimant in 3 months due to COVID-19. He states he spoke to her by telephone yesterday. He states she is seeing a "Functional Medicine" Nurse Practitioner. He states the claimant has an appointment at Cleveland Clinic in "Functional-Integrative" Medicine. Also, she sees a psychiatrist and Dr. Potts states the psychiatrist does not believe this is a primary mental health issue. Dr. Potts states she has a high stress job and does not believe she is capable of performing this position. He states she is improving; however, she is not to the level of having the functional capacity to perform gainful employment.

TELECONFERENCE #3:

1) AP NAME: Anna Stone
2) DATE: 5/22/2020
3) TIME: 9:25 AM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: I called the office and left a voicemail message with a detailed message including a request for a return call.

TELECONFERENCE #4:

1) AP NAME: Anna Stone
2) DATE: 5/22/2020

3) TIME: 11:50 AM ET
4) PERSON SPOKEN WITH: Anna Stone
5) POSITION OF PERSON SPOKEN WITH: Nurse Practitioner

SUMMARY OF CONVERSATION: Ms. Stone practices "Functional Medicine" which is not traditional standard Western Medicine. She believes that mold in the claimant's house has made her ill. She states this started in December when she spent 5 hours in a damp basement. She believes mold has caused a chronic inflammatory response syndrome. She states her major symptoms are fatigue, depression, left hand tremor, and constipation. She states she is staying in a hotel during remodeling. She admits the claimant has been very sad and depressed. She believes the claimant will be able to return to work in 30-60 days. She states the patient is very motivated to get well and return to work.

TELECONFERENCE #5:
1) AP NAME: Dr. Jaimin Shat
2) DATE: N/A
3) TIME: N/A

SUMMARY OF CONVERSATION: No phone call was made to Dr. Shah. He referred the claimant to psychiatry pain rehabilitation center. He found an essentially normal physical exam with a normal EMG. No call was needed.

**SUMMARY OF MEDICAL DOCUMENTATION**

On 1/8/20, Stephen Stern, MD, (Rheumatology) indicates antinuclear antibodies (ANA) positive 1:640 homogenous with normal basic lab assessment. The claimant has probable viral illness on top of long-standing issues that are clearing with time and with steroids.

On 1/16/20, the claimant underwent a colonoscopy, which showed moderate diverticulosis in the sigmoid colon and a polyp in the ascending colon was removed. The claimant has stage two internal hemorrhoids with otherwise normal colonoscopy. Diagnoses include abdominal pain, left lower quadrant, bloating, change in bowel habits, and fecal fluid leakage. Lab studies include IgA, lactose breath test, and sucrose C-13 breath tests are pending.

On 1/17/20, a pulmonary evaluation indicated the claimant has focal and subtle reticular changes in the right lower lobe, possibly postinflammatory. The claimant has bullous emphysema and cannot rule out cystic lung disease. The claimant is suspected for sleep apnea.

On 1/22/20, magnetic resonance imaging (MRI) of the cervical spine revealed C5-6 moderate spinal stenosis with severe right and moderate left foraminal stenosis. C4-5 showed mild spinal stenosis and moderate right greater than left foramina stenosis and C6-7 showed mild spinal stenosis moderately severe right at moderate left foraminal stenosis. MRI of the lumbar spine showed, at L5-S1, a 5 mm central slightly left paracentral protruding disc touches, but does not efface or displace the left S1 nerve root. At L4-5, a 2-3 mm posterior and left posterior lateral disc bulging with mild left foraminal stenosis. There was positive facet arthropathy.

On 1/28/20, computed tomography CT) scan of the chest was similar to exam of 12/17/2019. There was an area lucency at right lower lung associated with bulla. CT scan of the abdomen reveals 2 hepatic cysts within the liver with otherwise normal appearance. Diverticulosis of the colon was noted and no acute intra-abdominal abnormality.

On 1/30/20, MRI of the brain showed no acute intracranial abnormality and no changes from the previous exam in 2017. Retention cyst was partially visualized in the left maxillary sinus with no change from previous exam.

On 3/16/20, Jaimin Shah, MD, (Neurology) consult states the claimant is a 53 year old female with a three month history of multiple symptoms including migratory paresthesias, generalized paresthesias, fasciculations, headaches, fatigue, widespread pain syndrome and the symptoms of gastrointestinal dysmotility. On exam, she has mild hyperreflexia globally along with slight weakness in her distal upper extremities which is more severely affecting the left arm. It was likely in the upper motor neuron pattern of distribution. There are multiple different contributors to her symptoms. The first likely primary driver of her symptoms is central sensitization syndrome where the central nervous system amplified sensory input causing diffuse symptoms such as seen in fibromyalgia and chronic pain. Another contributor maybe cervical spondolytic myelopathy. Her electromyography (EMG) from the University of Louisville did not show superimposed mononeuropathies. The hyperreflexia could be within the spectrum of normal.

On 3/16/20, EMG study was normal. There was no evidence of the outer lower motor neuron disorder. There was no evidence of a left or right lumbosacral radiculopathy or large fiber peripheral neuropathy. There was no evidence of myopathy or cervical radiculopathy.

On 5/4/20, Anna Stone, NP completed Restrictions Form. The claimant has difficulty using your hand to write or type due to him weakness, tremors, and pain. Fatigue, rashes, chills, and myalgias prevent her from being able to work and establish a predictable set of hours. Systemic inflammatory response syndrome contributes to fatigue and multiple sinus infections among other symptoms. Restrictions are from 5/4/20 to 7/31/20. She is expected to return to work after 30-45 days part-time and full-time within 90 days.

Undated Restrictions Form, completed by Gregory Potts, MD, indicates the claimant has multiple physical issues, mental stress, and exhaustion. Restrictions imposed from 2/3/20 to 3/31/20.

## QUESTION

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

There is no impairing diagnosis(es).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s**

1. Cervical Degenerative Disc Disease, M50.30
2. Lumbar Degenerative Disc Disease, M51.30
3. Fatigue, R53.8

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 5/3/20 to - ongoing, and comment on the expected duration.**

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation**

This claimant is a 53-year-old female who has seen multiple providers due for her conditions and symptoms. Although the claimant has an abnormal cervical MRI with degenerative changes, mild spinal stenosis, and foraminal stenosis, there is no documentation that would support any impairment. She had a normal EMG of upper and lower extremities. In addition, there is no recent physical examination to support any impairment. She has seen pulmonary, gastroenterology, neurology, and rheumatology with diagnosis of diverticulosis, colon polyps, and bulbous emphysema with post inflammatory changes of the lung. However, there is no documentation of any of her conditions translate to or support any impairment. Therefore, restrictions and limitation are not applicable from 5/3/20 to ongoing.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

She has had an extensive work-up. The rheumatologist makes reference to her getting an MRI done when told there was nothing to treat by Cardiology. Also, he states she has missed neurology appointments. Neurosurgery consult was recommended by the Dr. Shah for her cervical spine evaluation. However, there is no documentation provided of a neurosurgery evaluation. In addition, she is seeing a nurse practitioner for some alternative medicine-type treatments, which does not seem to be consistent with the standard of care for the apparent level of severity of her condition.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There are no non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues) in the medical records provided.

**6. Is a DX of SIRS supported by the medical evidence on file? If yes, what is an appropriate treatment plan for this condition? If no, please provide an evidence based rationale.**

No. Systemic Inflammatory Response Syndrome (SIRS) is a clinical syndrome caused by dysregulated inflammation. SIRS may occur in several conditions related, or not, to infection. Severe infections leading to sepsis cause SIRS. Noninfectious conditions that maybe associated with SIRS include autoimmune disorders, pancreatitis, vasculitis, thromboembolism, burns, or surgery.

SIRS is defined by possessing any two of the criteria below:

1. Body temperature over 38 or under 36 degrees Celsius.
2. Heart rate greater than 90 beats/minute
3. Respiratory rate greater than 20 breaths/minute or partial pressure of $CO_2$ less than 32 mmHg
4. Leucocyte (WBC) count greater than 12,000 or less than 4,000 microliters or over 10% immature forms or bands (bandemia).

This claimant clearly does not have this condition. Ms. Anna Stone, NP discusses mold causing the claimant‘s illness, which leads one to think she was speaking of Chronic Inflammatory Response Syndrome (CIRS), which is not commonly used in traditional medical literature or Sick Building Syndrome/Building Induced Injury.

**7. Is a DX of central sensitization syndrome supported by the medical evidence on file? If yes, what is an appropriate treatment plan for this condition? If no, please provide an evidence based rationale.**

No. The medical evidence on file does not support this diagnosis for this claimant. There is no imaging or testing to prove this has occurred in this claimant. Central Sensitization Syndrome is a framework of theory of heightened response to sensory stimuli which is believed to occur in conditions such as fibromyalgia and chronic pain symptoms.

**8. Please outline any medical information not in the file that if it became available, could be helpful in further clarifying the medical necessity for restrictions/limitations. Please indicate the provider/s name, etc., and the time frame for such information if known.**

1. Neurosurgery evaluation.
2. Any physical therapy notes evaluating function.
3. The claimant’s psychiatry clinical notes.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,



Jeffery R. Grimes, M.D.
Board Certified: American Board of Internal Medicine; Geriatric Medicine and Addiction Medicine
Certified Medical Review Officer
American Society of Addiction Medicine
American College of Physicians
American College of Emergency Physicians
GA License # 58673

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**Invoice** **82114-1**

**Date of Invoice** 5/26/2020

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

LIBERTY MUTUAL INSURANCE CO - NH 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Lisa Hackney

**Case ID:** 9761441
**Referral ID:** 82114
**Name:** Keeta R Fox
**Employer:**
**Physician:** Jeffery Grimes
**Specialty:** Internal Medicine
**Svc Date:** 5/26/2020

| Item | Rate |
|---|---|
| Peer Review | $525.00 |

**Invoice Total** $525.00
**Receipt Total** $0.00
**Invoice Balance** $525.00

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC | KEETA FOX | 9761441 |

| | | | |
|---|---|---|---|
| **Referred By:** | Abigail Rockett | **Claimant DOB:** | |
| **Referral Date:** | 05/13/2020 | **Job Title:** | SR. VICE PRESIDENT FINANCE. |
| **Due Date:** | 05/28/2020 | **Medical/ Surgical Condition:** | Multiple various symptoms, possible central sensitization syndrome, SIRS |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | STD |
| **Other Considerations** | | **LDW:** | 02/03/2020 |
| **Report Date:** | | **DOD:** | 02/04/2020 |
| **Physical Demands:** | | **BBD:** | 02/11/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 5/3/20 to ongoing, and comment on the expected duration.
a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?

5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

**Name: Dr. Gregory Potts - Family Medicine Phone Number: 1 (502) 240 5900 ex ----- Fax Number: 1-502-240-5905**
Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter

Other Please also contact Anna Stone, APRN {Psychiatry} at phone # 502-931-5958, fax # 866-450-9771 and/or Dr. Shah {Neuromuscular} at Mayo clinic phone # 904-953-2000 as needed for discussion of DX, restrictions, and treatment.

**Additional Questions**

Other Is a DX of SIRS supported by the medical evidence on file? If yes, what is an appropriate treatment plan for this condition? If no, please provide an evidence based rationale.

Other Is a DX of central sensitization syndrome supported by the medical evidence on file? If yes, what is an appropriate treatment plan for this condition? If no, please provide an evidence based rationale.

Other Please outline any medical information not in the file that if it became available, could be helpful in further clarifying the medical necessity for restrictions/limitations. Please indicate the provider/s name, etc., and the time frame for such information if known.

Other Nurse referral on behalf of Lisa Hackney; Lisa.Hackney@lfg.com

**Other Comments**
Other Comments - null

Lincoln Financial Group®

Date: May 13, 2020

Subject: **Nursing Memorandum**

***Claim#***: 9761441

***Claimant***: Keeta Fox

***Clinical Assessment:*** Per s1, the clmt is 53 YO and ceased work 2/4/20 due to hand tremors. NDC reviewed an extensive volume of records on file which indicate the clmt reports a constellation of various progressive systems since 12/2019, including rash, back/flank pain, headaches, dry eyes/mouth, dizzy/lightheaded, fatigue, low grade fevers, cough, insomnia, shortness of breath, palpitations, numbness/tingling in the extremities, anxiety, chest tightness, decreased appetite, and bowel changes. The clmt is also noted to have bilateral carpal tunnel syndrome which she previously did not follow through with SX for, and at multiple OVs reports symptoms consistent with possible sleep apnea.

In 1/2020 clmt F/U with Dr. Stern {Rheumatology}, Dr. Krease {GI}, and Dr. Nidadavolu {Pulmonary} for ongoing symptoms and several tests were ordered including extensive labs to rule out autoimmune disease, specialized tests for Celiac disease {gluten allergy} and small bowel bacterial overgrowth, home sleep study, pulmonary function tests {normal} and high resolution CT scan of the chest, indicated after an abdominal CT scan in 12/2019 incidentally showed chronic lung disease changes. The clmt was also seen in the E.R. on 1/15/20 for worsening headache x 3 months; labs and head CT were normal and medications for migraine/nausea were prescribed. On 1/22/20 cervical MRI showed mild to moderate spinal canal narrowing and moderate to severe foraminal narrowing {in holes through which spinal nerves pass} at C5-7; lumbar MRI showed L5-S1 disc bulge unchanged, L4-5 disc bulge mildly increased from last exam, and chronic joint enlargement.

OVNs on file from Dr. Potts {Family med-FM} dated 1/21-2/3/20 are handwritten and largely illegible/difficult to decipher however indicate clmt F/U several times for neck pain, headaches, low back pain, fecal incontinence, blurry vision, muscle twitching, and abnormal sensation. AP noted testing was negative for Celiac disease, and MRI brain and abdominal CT scans were normal. Clmt was also referred to neurology, mayo clinic, other providers {cannot be deciphered}, prescribed Celexa {antidepressant}, and nerve conduction studies {EMG/NCS} were ordered. A RF by this AP 2/7/20 states all work is to be avoided due to multiple physical issues, which are listed.

On 3/16/20 clmt had a consult with Dr. Shah {Neuromuscular} at Mayo clinic, when she described her symptoms including tingling, muscle twitching, headaches, sudden sharp pains, fatigue, widespread muscle aches/cramps, progressive difficulty using left hand, and intermittent tremors. AP notes over 100 pages of records from prior evaluations were reviewed; endoscopy report from 2/21/20 was normal, rheumatology work up showed no specific findings, extensive labs were unrevealing, clmt has seen two neurologists and one EMG showed bilateral wrist and left elbow neuropathy {nerve damage} however a second EMG showed only very mild lower extremity neuropathy, brain/thoracic MRIs were unrevealing, a

neurosurgeon offered cervical decompression SX but wanted another opinion first, and skin biopsy is pending. AP notes the clmt's situation is very complicated with multiple different factors contributing, however likely explanation is central sensitization syndrome {neurological disorder where the body has a persistent sustained overreaction to pain} and cervical disease with mild increased reflexes and upper extremity weakness on exam. Plan was for pain rehab, refer to GI, refer to neurosurgery, and repeat EMG {results normal}. On 3/17/20 Dr. Francis {GI} opined the clmt possibly had pelvic floor dysfunction causing bowel symptoms, and recommended endoscopy/colonoscopy, labs, specialized MRI testing of the pancreas, liver, gallbladder, and small intestine and continue Amitiza for constipation. On 3/17/20 a pelvic MRI was normal.

LOV with Dr. Potts 3/25/20 AP notes the clmt is less anxious and tolerating Cymbalta {for depression/pain} however still has hand tremors, and ERTW date of 5/4/20 was given as AP notes it is difficult to get PT, specialist visits, or psych visit due to pandemic.

Records after that time include a RF, letter, and labs from APRN Stone {Psychiatry}. AP notes FOV 3/13/20, LOV 5/1/20, and NOV 5/5/20, clmt has been diagnosed with SIRS {systemic inflammatory response syndrome – whole body inflammatory state due to exaggerated response to an infection or trauma} and biotoxin illness from mold in her home, which is being treated. AP notes this DX contributes to fatigue, multiple sinus infections, and other symptoms, Cholestyramine {med typically used for high cholesterol} is being given to reduce toxic load on the body, and once all labs are resulted, a complete TX plan will be created. AP notes clmt has difficulty using hands to write or type due to weakness, tremors, and pain, and fatigue, rashes, chills, myalgia {muscle pain} prevent her from working established or predictable hours; restrictions are imposed until 7/31/20 and clmt may be able to RTW part time in 30-45 days and full time in 90 days. AP notes labs from 4/9/20 show a genetic predisposition to biotoxin illness that accounts for many of the clmt's symptoms, and nares culture from 4/22/20 shows multiple sinus infections. On a letter, AP again lists the clmt's infections, DX, and top 5 symptoms, and several extensive lab results from 4/2020 are also provided including blood work, nares culture, fungal cultures, and biofilm analysis.

In summary, the clmt has undergone extensive testing with several specialists for a multitude of persistent various symptoms since 1/2020 which has largely been normal with no concrete DX identified, however she was subsequently DX with a neurological pain syndrome per a neuromuscular specialist, as well as a whole-body inflammatory response syndrome due to mold exposure by a psychiatric specialist. Given the complexity of the clmt's overall condition, DXs, and medical information on file, recommend IM physician level of review to determine R/Ls beyond 5/3/20. After discussion, CS in agreement with action plan.

Abigail R., RN-BC, BSN, CCM

Nurse Disability Consultant, Lincoln Financial Group

# ANNA M. STONE APRN-BC PMHNP

## FAX TRANSMITTAL

| | |
|---|---|
| Date: | May 5, 2020 |
| To: | Lisa Hackney<br>Disability Case Manager |
| Fax: | (603) 334-0380 |
| From: | Anna Stone |
| Fax: | 866.450.9771 |
| Re: | Keeta Fox |
| Total Pages: | 12 including this cover page |

---

Dear Lisa:

Attached please find the Restrictions Form you requested for Keeta Fox.

I have also attached some additional notes and lab results. If you have any questions, please contact me. I want to assist in Keeta's disability claim in any way I can. She is working quite hard to get well.

Sincerely,

Anna Stone, APRN-BC, PMHNP
502.931.5958 phone

NOTICE: This message, including all attachments transmitted with it, is for the use of the addressee only. It may contain proprietary, confidential and/or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient, you must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message. If you believe you have received this message in error, please delete it and all copies of it from your system and notify the sender immediately by reply e-mail. Thank you.

1355 Bardstown Road Suite 358 Louisville, KY 40204 • 502.931.5958 ph • 866.450.9771 f • annastone@me.com

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Lisa Hackney

| Keeta Fox | | 9761441 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — March 13, 2020
   **DATE LAST TREATED** — May 1, 2020
   **NEXT OFFICE VISIT** — May 5, 2020

   Fatigue R53.83; SIRS R65.10; Constipation K59.00;
   Chest pain R07.9; Myalgia M79.1; Chills R68.83;
   Spinal Stenosis Cervial Region M48.02; Weakness L Hand R53.1
   ~~Rash R21; Fasciculation R25.3; Sinus Infection J32.9~~
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

Not applicable.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*** **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   Keeta has difficulty using her hand to write or type due to hand weakness, tremors, and pain.
   Fatigue, rashes, chills, and myalgia prevent her from being able to work an established or predictable set of hours.
   SIRS (Systemic Inflammatory Response Syndrome) contributes to fatigue and multiple sinus infections, among other symptoms.

4. **RESTRICTIONS IMPOSED FROM** May 4, 2020 **TO** July 31, 2020.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**
   SIRS is related to mold exposure in Keeta's home. Home is being remediated and physical effects of mold are being treated.
   Some lab reports have come in and others are pending. Once all results are in, a complete treatment plan will be created.
   Cholestyramine is being given to reduce toxic load on body resulting from mold exposure.
   I expect that Keeta may be able to return to work part time after 30-45 days and full time within 90 days. This is based on currently available medical information.

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   HLA-DR LabQuest 04.09.20 supports presence of genetic predisposition to biotoxin illness (SIRS) which accounts for many symptoms.
   Nares Cultures Microbiology DX 04.22.20 identifies multiple sinus infections.
   I expect that other labs and tests will provide additional objective evidence.

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** March 13, 2020 **TO** present.

| | | |
|---|---|---|
| Anna Stone | APRN Adult & Child Psychiatry | NPI 1306072590 |
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| 1355 Bardstown Road Suite 358 | 502-931-5958 | 866-450-9771 |
| **Street Address** | **Telephone Number** | **Fax Number** |
| Louisville, KY 40205 | [signature] | May 4, 2020 |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) Keeta Fox Relationship self

Signature of claimant or legal representative DocuSigned by: Keeta Fox 4F05F6D74287416

Date of Birth: ______ Claim Number: 9761441 Date: 2/6/2020

**A copy of this authorization will be considered as valid as the original.**

# Additional Notes

Keeta Fox
Claim Number 9761441

May 4, 2020

This document contains further information related to the Restrictions Form provided by Lincoln Financial Group.

Since March 13th, some lab results have been received and others are pending. Due to the Coronavirus Pandemic, obtaining health care takes longer. Not all diagnostic venues are open or fully functional.

- I have diagnosed Keeta with Chronic Inflammatory Response Syndrome (CIRS) which is a biotoxin illness. (SIRS R65.10)
- Environmental assessment of Keeta's home indicates the presence of mold that can be harmful to persons with a biotoxin illness.
- Keeta has multiple infections at this time, including:
    - Sinus infections: Enterococci, Klebsiella oxytoca, Staph Coagulase Neg [Fungal results pending]
    - Vaginal infections: Yeast (suspected)

## Top 5 Symptoms

- Fatigue
- Chills
- Tremors, L hand weakness
- Skin sensitivity (severe itching over entire body suspected due to yeast)
- Stiffness and rigidity of calf muscles

## Medications

- Duloxetine 90mg daily (prescribed by previous provider)
- Amitiza 24mcg (prescribed by previous provider)
- Zolpidem 10mg (prescribed by previous provider)
- Progesterone 200mg (prescribed by previous provider)
- Estradiol 0.05mg patch 2 x weekly (prescribed by previous provider)
- Cholestyramine 4G 4x daily in water or juice (off label use)
- Nasal Spray EDTA/Mucolox/Elemental Silver 25ppm/0.5%/ml 2 sprays each nostril 3 x daily

## Office Visits

- I have seen Keeta Fox in the office only once due to the pandemic. Keeta and I have interacted outside the office and by phone frequently since admission.
- All of the contents of this document have been discussed fully with her.
- This document serves as a compilation of my notes related to her care. We have discussed her diagnoses, how her illness and symptoms affect her ability to work and manage her household, and how treatment will proceed once additional lab results are received and evaluated.
- Test results are attached.

Anna Stone, APRN-BC, PMHNP, CHT
1355 Bardstown Road Suite 358 • Louisville, KY 40204 • annastone@me.com • 502.931.5958 p • 866.450.9771 f
*Adult & Child Psychiatry | Depth Psychology | Genetics | Biochemistry | Functional Medicine*

**LabCorp** **Patient Report**

**Specimen ID:** 092-305-0749-0
**Control ID:** 40066625539

**Acct #:** 16861555 **Phone:** (502) 931-5958 **Rte:** 00

**FOX, KEETA R.**

Anna M. Stone
2010 Cherokee Parkway #2
LOUISVILLE KY 40204

| **Patient Details** | **Specimen Details** | **Physician Details** |
|---|---|---|
| **DOB:** | **Date collected:** 04/01/2020 0842 Local | **Ordering:** A STONE |
| **Age(y/m/d):** 053/04/26 | **Date received:** 04/01/2020 | **Referring:** |
| **Gender:** F **SSN:** | **Date entered:** 04/01/2020 | **ID:** |
| **Patient ID:** | **Date reported:** 04/09/2020 1608 ET | **NPI:** 1306072590 |

**General Comments & Additional Information**
This is a courtesy copy of a laboratory report.

**Total Volume:** Not Provided **Fasting:** Yes

**Ordered Items**
HLA DRB1,3,4,5,DQB1 (IR); Iron and TIBC; Trans. Growth Fact. beta 1*; Vitamin A, Serum; C-Reactive Protein, Cardiac; Ceruloplasmin; Copper, Serum; Ferritin, Serum; Melanocyte Stimulating Hormone; Magnesium, RBC; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **HLA DRB1,3,4,5,DQB1 (IR)** | | | | | |
| DRB1 | DRB1*04:01:01G | | | | 01 |
| DRB1 | DRB1*11:03:01G | | | | 01 |

```
     The following alleles could not be ruled out:
     DRB1*   04:01:01:01/04:01:01:02/04:01:01:03/04:242/04:243
             /04:248/04:254/04:257/04:266N/04:268/04:270/04:273
             /04:274/04:281/04:285/04:296
     DRB1*   11:03:01/11:03:03/11:03:04/11:231/11:260
```

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| DRB3 | DRB3*02:02:01G | | | | 01 |
| DRB3 | DRB3*- | | | | 01 |

```
     The following alleles could not be ruled out:
     DRB3*   02:02:01:01/02:02:01:02/02:02:01:03/02:02:01:04
             /02:02:01:05/02:02:01:06/02:02:01:07/02:02:01:08
             /02:02:11/02:02:12/02:02:14/02:02:15/02:02:16
             /02:02:17/02:02:18/02:02:20/02:02:22/02:02:23
             /02:02:24/02:28/02:29N/02:69/02:71/02:85/02:86/02:96
             /02:108/02:113/02:133
```

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| DRB4 | DRB4*01:01:01G | | | | 01 |
| DRB4 | DRB4*- | | | | 01 |

```
     The following alleles could not be ruled out:
     DRB4*   01:01:01:01/01:01:01:03/01:03:01:01/01:03:01:02N
             /01:03:01:03/01:03:01:04/01:03:01:05/01:03:01:06
             /01:03:01:07/01:03:01:08/01:03:01:09/01:03:01:10
             /01:03:01:11/01:03:01:12/01:03:02/01:03:10/01:03:15
             /01:03:17/01:03:18/01:06/01:09/01:76/01:79/01:85
             /01:90/01:118/01:119
```

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| DRB5 | DRB5*- | | | | 01 |



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call - -
© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**LabCorp** **Patient Report**

Patient: FOX, KEETA R.
DOB: 1
Patient ID:
Control ID: 40066625539
Specimen ID: 092-305-0749-0
Date collected: 04/01/2020 0842 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| DRB5 | | | | | 01 |
| | DRB5*- | | | | |

HLA allele interpretation for all loci based on IMGT/HLA database version 3.38.0
This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.
HLA Lab CLIA ID Number 34D0954530

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| DQB1 Allele 1 | DQB1*03:01:01G | | | | 01 |
| DQB1 Allele 2 | DQB1*03:02:01G | | | | 01 |

The following alleles could not be ruled out:
DQB1* 03:01:01:01/03:01:01:02/03:01:01:03/03:01:01:04
/03:01:01:05/03:01:01:06/03:01:01:07/03:01:01:08
/03:01:01:09/03:01:01:10/03:01:01:11/03:01:01:12
/03:01:01:14/03:01:01:15/03:01:01:16/03:01:01:17
/03:01:01:18/03:01:01:19/03:01:01:20/03:01:01:21Q
/03:01:01:22/03:01:04/03:01:05/03:01:09/03:01:10
/03:01:11/03:01:12/03:01:20/03:01:26/03:01:31
/03:01:35/03:01:36/03:01:39/03:01:40/03:01:41
/03:01:43/03:01:44/03:01:45/03:01:46/03:01:47/03:09
/03:19:01:01/03:19:01:02Q/03:19:03/03:19:04/03:21
/03:22:01/03:22:02/03:24/03:29/03:35/03:42/03:49
/03:50/03:51/03:84N/03:94/03:115/03:116/03:164
/03:165/03:169/03:182/03:191/03:196/03:198:01
/03:198:02/03:206/03:241/03:243/03:246/03:253/03:264
/03:266/03:276N/03:281/03:284/03:285/03:286/03:288
/03:290/03:292/03:293/03:294/03:297/03:302/03:309
/03:312/03:317:01/03:317:02/03:326/03:328/03:329
/03:330/03:331/03:338N/03:340N/03:342/03:347/03:350
/03:358N/03:360/03:370/03:373/03:376N/03:377/03:378
/03:381/03:385N/03:394/03:396/03:400N/03:401/03:404
DQB1* 03:02:01:01/03:02:01:02/03:02:01:03/03:02:01:04
/03:02:01:05/03:02:01:06/03:02:01:07/03:02:01:08
/03:02:09/03:02:12/03:02:21/03:02:24/03:02:25
/03:02:26/03:02:27/03:02:29/03:32/03:85/03:190
/03:245/03:247/03:251/03:263/03:265/03:287/03:289
/03:295/03:296/03:298/03:310N/03:315/03:321/03:324
/03:343/03:345/03:348/03:349/03:364/03:368/03:369
/03:379/03:383/03:386/03:392/03:403N/03:409/03:410

HLA Methodology 01
HLA results were obtained using sequence based typing (SBT), sequence specific oligonucleotide probes (SSOP), and/or sequence specific primers (SSP) as needed to obtain the required resolution.
Please contact HLA Customer Service at 1-800-533-1037 if you have any questions.
Director of HLA Laboratory
Dr George C Maha, PhD

**Iron and TIBC**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Iron Bind.Cap.(TIBC) | 295 | | ug/dL | 250 - 450 | |



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call - -
© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**LabCorp** **Patient Report**

Patient: FOX, KEETA R. Specimen ID: 092-305-0749-0
DOB: Patient ID: Control ID: 40066625539 Date collected: 04/01/2020 0842 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| UIBC | 205 | | ug/dL | 131 - 425 | 02 |
| Iron | 90 | | ug/dL | 27 - 159 | 02 |
| Iron Saturation | 31 | | % | 15 - 55 | |
| **Trans. Growth Fact. beta 1*** | 1734 | | pg/mL | 867 - 6662 | 03 |

The result is reported in pg/mL. The assay range is approximately 98 to 400,000. The reference range for a healthy population is 867-6662. However it should be noted that these ranges are obtained from a limited population of apparently healthy adults and are not diagnostic thresholds.
*This test was developed and its performance characteristics determined by Viracor Eurofins. It has not been cleared or approved by the U.S. Food and Drug Administration.

**Vitamin A, Serum**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Vitamin A | 48.1 | | ug/dL | 20.1 - 62.0 | 04 |

Reference intervals for vitamin A determined from LabCorp internal studies. Individuals with vitamin A less than 20 ug/dL are considered vitamin A deficient and those with serum concentrations less than 10 ug/dL are considered severely deficient.
This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **C-Reactive Protein, Cardiac** | 0.39 | | mg/L | 0.00 - 3.00 | 02 |

Relative Risk for Future Cardiovascular Event

| | |
|---|---|
| Low | <1.00 |
| Average | 1.00 - 3.00 |
| High | >3.00 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Ceruloplasmin** | 29.5 | | mg/dL | 19.0 - 39.0 | 02 |
| **Copper, Serum** [A] | 130 | | ug/dL | 72 - 166 | 04 |

Detection Limit = 5

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Ferritin, Serum** | 77 | | ng/mL | 15 - 150 | 02 |
| **Melanocyte Stimulating Hormone** | 15 | | pg/mL | 0 - 40 | 04 |

Results for this test are for research purposes only by the assay's manufacturer. The performance characteristics of this product have not been established. Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Magnesium, RBC** [B] | 5.2 | | mg/dL | 4.2 - 6.8 | 04 |



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call
© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**LabCorp** **Patient Report**

**Patient:** FOX, KEETA R. **DOB:** **Patient ID:** **Control ID:** 40066625539 **Specimen ID:** 092-305-0749-0 **Date collected:** 04/01/2020 0842 Local

**Comments:**

[A] This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.

[B] This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.

| | | | |
|---|---|---|---|
| 01 | 2Q | LabCorp Burlington DNA<br>1440 York Court, Burlington, NC 27215-3361 | Dir: George Maha, PhD |
| 02 | CB | LabCorp Dublin<br>6370 Wilcox Road, Dublin, OH 43016-1269 | Dir: Vincent Ricchiuti, PhD |
| 03 | NEWXW | Viracor Eurofins<br>1001 NW Technology Drive, Lees Summit, MO 64086-5603 | Dir: Michelle Altrich, PhD |
| 04 | BN | LabCorp Burlington<br>1447 York Court, Burlington, NC 27215-3361 | Dir: Sanjai Nagendra, MD |

For inquiries, the physician may contact **Branch: 502-456-4700 Lab: 800-282-7300**



This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call - -

© 1995-2020 Laboratory Corporation of America® Holdings All Rights Reserved - Enterprise Report Version: 1.00

# Microbiology Dx

19A CROSBY DRIVE SUITE 215
BEDFORD, MA 01730
Tel: (781)276-4956 * Fax: (781)276-6236

LABORATORY REPORT

Dr. J.D. MUSTO, DABB
PRESIDENT & LAB DIRECTOR
CLIA ID# 22D2089996

| | | | |
|---|---|---|---|
| PATIENT: | FOX, KEETA | CLIENT: | ANNA STONE, PHD, APRN<br>1355 BARDSTOWN RD SUITE 358<br>LOUISVILLE, KY 40204<br>600697 |
| D.O.B. /SEX: | 53Y F | | |
| DATE COLLECTED: | 04/15/2020 | DOCTOR: | A STONE |
| TIME COLLECTED: | | DATE REPORTED: | |
| DATE RECEIVED: | 04/18/2020 | DATE PRINTED: | 04/22/2020 |
| LAB NUMBER: | 14174718 | PATIENT ID: | |

PAGE: 1

** PARTIAL REPORT ** ** PARTIAL REPORT **

RESULTS

**NARES CULTURE**

SOURCE NARES

ORGANISM #1 STAPH COAG NEGATIVE-LARGE AMOUNT

MARCONS POSITIVE

-

MARCoNS is a multiple antibiotic resistant coag neg staph that reside in the deep nasal passages, is common in biotoxin illness, is a marker of low MSH and produce biofilms which form a barrier to immune defenses and anti-infection therapy. Biofilm production in bacteria, mold or yeast may account for some cases of chronic nasal and sinus congestion and inflammation. MARCoNS releases exotoxins which lead to increased inflammation (decreased MSH)and hemolysins which disrupt RBCs and endothelial cells. It may be colonized or cause infection. If test results indicate coag neg staph is present with two or more antibiotics from different classes showing Resistant or Intermediate, these results are classified as MARCoNS whether there is a large amount or small amount.
(Ref: Dr. Ritchie Shoemaker, 05/09/14)

SUSCEPTIBILITY #1

| ANTIBIOTIC NAME | INTERPRETATION |
|---|---|
| CIPROFLOXACIN | S |
| CLINDAMYCIN | R |
| ERYTHROMYCIN | S |
| GENTAMICIN | S |
| LEVOFLOXACIN | S |
| LINEZOLID(ZYVOX) | S |
| MOXIFLOXACIN | S |
| OXACILLIN(METHICILLIN) | S |
| PENICILLIN-G | R |
| QUINUP/DALFO(SYNERCID) | S |
| RIFAMPICIN | S |
| TETRACYCLINE(DOXYCYCLINE) | S |
| TIGECYCLINE | S |
| TRIMETH/SULFA(BACTRIM) | S |
| VANCOMYCIN | S |

S=Sensitive I=Intermediate R=Resistant

** PARTIAL REPORT **

CONTINUED ON NEXT PAGE

# Microbiology Dx

LABORATORY REPORT

19A CROSBY DRIVE SUITE 215
BEDFORD, MA 01730
Tel: (781)276-4956 * Fax: (781)276-6236

Dr. J.D. MUSTO, DABB
PRESIDENT & LAB DIRECTOR
CLIA ID# 22D2089990

| | | | |
|---|---|---|---|
| PATIENT: | FOX, KEETA | CLIENT: | ANNA STONE, PHD, APRN<br>1355 BARDSTOWN RD SUITE 358<br>LOUISVILLE, KY 40204 |
| D.O.B. /SEX: | 53Y F | | 600697 |
| DATE COLLECTED: | 04/15/2020 | DOCTOR: | A STONE |
| TIME COLLECTED: | | DATE REPORTED: | |
| DATE RECEIVED: | 04/18/2020 | DATE PRINTED: | 04/22/2020 |
| LAB NUMBER: | 14174718 | PATIENT ID: | |

PAGE: 2

** PARTIAL REPORT ** ** PARTIAL REPORT **

## RESULTS

ORGANISM #2 ENTEROCOCCI SPS.-LARGE AMOUNT

SUSCEPTIBILTY #2

| ANTIBIOTIC NAME | INTERPRETATION |
|---|---|
| AMPICILLIN | S |
| LINEZOLID(ZYVOX) | S |
| PENICILLIN-G | S |
| QUINUP/DALFO(SYNERCID) | R |
| VANCOMYCIN | S |

S=Sensitive I=Intermediate R=Resistant

ORGANSIM #3 KLEBSIELLA OXYTOCA-LARGE AMOUNT

GRAM NEGATIVE ENTERIC RODS

SUSCEPTIBILTY#3

| ANTIBIOTIC NAME | INTERPRETATION |
|---|---|
| AMPICILLIN | R |
| AMPICILLIN/SULBACTAM | I |
| PIPERACILLIN/TAZOBACTAM | S |
| CEFAZOLIN | R |
| CEFTAZIDIME | S |
| CEFTRIAXONE | S |
| CEFEPIME | S |
| ERTAPENEM | S |
| IMIPENEM | S |
| GENTAMICIN | S |
| TOBRAMYCIN | S |
| CIPROFLOXACIN | S |
| LEVOFLOXACIN | S |
| TRIMETH/SULFA (BACTRIM) | S |

S=Sensitive I=Intermediate R=Resistant

**FUNGAL** **PENDING**

Fungal cultures are held for 1 month.
If any yeast or mold is isolated within the first 2 weeks
it will be reported. The culture will be held for an
additional 2 weeks for any other growth of yeast or mold.

**BIOFILM ANALYSIS**

ORGANISM-MARCONS **WEAK 1+**

** PARTIAL REPORT **

CONTINUED ON NEXT PAGE

# Microbiology Dx

LABORATORY REPORT

19A CROSBY DRIVE SUITE 215
BEDFORD, MA 01730
Tel: (781)276-4956 * Fax: (781)275-6236

Dr. J.D. MUSTO, DABB
PRESIDENT & LAB DIRECTOR
CLIA ID# 22D2089996

| | | | |
|---|---|---|---|
| PATIENT: | FOX, KEETA | CLIENT: | ANNA STONE, PHD, APRN<br>1355 BARDSTOWN RD SUITE 358<br>LOUISVILLE, KY 40204 |
| D.O.B. /SEX: | 53Y F | | 600697 |
| DATE COLLECTED: | 04/15/2020 | DOCTOR: | A STONE |
| TIME COLLECTED: | | DATE REPORTED: | |
| DATE RECEIVED: | 04/18/2020 | DATE PRINTED: | 04/22/2020 |
| LAB NUMBER: | 14174718 | PATIENT ID: | |

PAGE: 3

** PARTIAL REPORT ** ** PARTIAL REPORT **

RESULTS

STRONG, MODERATE, OR WEAK IS THE LEVEL OF BIOFILM PRODUCTION BY THE ORGANISM.

---

A bacterial biofilm is defined as a structural community of bacterial cells enclosed in a self-produced polymeric matrix adherent to an inert or living surface. Biofilm producing organisms are far more resistant to antimicrobial agents than organisms which do not produce biofilm. (Indian J. Crit. Care Med. 2013 Jul-Aug;17(4): (214-218) MARCoNS biofilm testing is a continuation of work started by Dr. R. Shoemaker in 2011.

** PARTIAL REPORT **

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | April 28, 2020 |
| To: | DR. ANNA STONE |
| Attn: | Medical Records |
| Fax: | (866) 450-9771 |
| From: | Lisa Hackney<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 9761441<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1. de septiembre de 2019, Liberty Life Assurance Company of Boston cambi su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto pla o recibir un Endoso que debe adjuntarse a su p li a una ve recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

April 28, 2020

Dr. Anna Stone

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 9761441
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Anna Stone:

We are the Disability Claim Administrator for your patient, Keeta Fox.

To evaluate Ms. Fox s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2020 through present ***

Completion of the Enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by May 4, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an individual s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Hackney
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14127
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
9761441-EMPLOYEE/CLAIMANT-02.06.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Lisa Hackney

| Keeta Fox | | 9761441 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

DocuSign Envelope ID: 796020A4-CCB6-4883-AE6C-C550FD42C0BA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) Keeta Fox Relationship self

DocuSigned by:
Keeta Fox
4E05F0DE4267416...

Signature of claimant or legal representative ____________________

Date of Birth: ____ Claim Number: 9761441 Date: 2/6/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. KEETA FOX

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

April 29, 2020

Ms. Keeta R. Fox

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 9761441

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Papa John's International, Inc's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On April 28, 2020, we requested medical records from your provider. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from April 1, 2020 through present from Dr. Stone

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Papa John's International, Inc's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than June 11, 2020 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Hackney
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14127
Secure Fax No.: (603) 334-0380

Attachments: Authori ation - Medical

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organi ations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authori ed representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organi ations providing claims management services.
**Description of the information that may be used or disclosed**: This Authori ation specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authori ation could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authori ation in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authori ation, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authori ation will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authori ing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authori ation. If I choose not to sign this authori ation, insurance coverage or claim payments may be denied or delayed.
This authori ation shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authori ation will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authori ation.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ______________ Claim Number: 9761441 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

**Fr o m:**::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**::::::::::::::::::::::::::::::Tue, 7 Apr 2020 13:51:27 +0000
**Tr m:**:::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 5/3/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**:::::::::::::::::::::::::::::::Tue, 7 Apr 2020 13:51:27 +0000
**Tr m:**::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**:::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 5/3/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**:::::::::::::::::::::::::::::::Tue, 7 Apr 2020 13:51:27 +0000
**Tr m:**::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**:::::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 5/3/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**::::::::::::::::::::::::::::::Tue, 7 Apr 2020 13:51:27 +0000
**Tr m:**::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**:::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 5/3/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**::::::::::::::::::::::::::::::Tue, 7 Apr 2020 13:51:27 +0000
**Tr m:**::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**::::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 5/3/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston’s name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm**::::::::::::::::::::::::::::::::Tue, 7 Apr 2020 13:51:27 +0000
**Tr m:**:::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm**:::::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 5/3/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | March 30, 2020 |
| To: | DR. GREGORY POTTS |
| Attn: | Medical Records |
| Fax: | (502) 240-5905 |
| From: | Lisa Hackney<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 9761441<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1. de septiembre de 2019, Liberty Life Assurance Company of Boston cambi su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto pla o recibir un Endoso que debe adjuntarse a su p li a una ve recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 30, 2020

Dr. Gregory Potts

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 9761441
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Gregory Potts:

We are the Disability Claim Administrator for your patient, Keeta Fox.

To evaluate Ms. Fox s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from March 15, 2020 through present ****

Completion of the Enclosed Forms:

__ Other

We ask that you provide this information by April 3, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an individual s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Hackney
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14127
Secure Fax No.: (603) 334-0380

Attachments: 9761441-EMPLOYEE/CLAIMANT-02.06.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) Keeta Fox Relationship self

Signature of claimant or legal representative DocuSigned by: Keeta Fox 4E05F0DE4267416...

Date of Birth: _____ Claim Number: 9761441 Date: 2/6/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 30, 2020

Dr. Gregory Potts

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 9761441
Claimant: Keeta Fox
Claimant D.O.B.: November 6, 1966

Dear Dr. Gregory Potts:

We are the Disability Claim Administrator for your patient, Keeta Fox.

To evaluate Ms. Fox's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 15, 2020 through present ****

- Completion of the Enclosed Forms:

___ Other

We ask that you provide this information by April 3, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Hackney
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14127
Secure Fax No.: (603) 334-0380

Attachments: 9761441-EMPLOYEE/CLAIMANT-02.06.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) Keeta Fox Relationship self

Signature of claimant or legal representative DocuSigned by: Keeta Fox

Date of Birth. ______ Claim Number: 9761441 Date 2/6/2020

**A copy of this authorization will be considered as valid as the original.**

Date: 3/25/2020 Papa Cares

Name: KEELA FOX
B/P: ___/___ P: ___ R: ___ T: ___ SaO2: ___ DOB: ___ Wght: ___ Hght: ___ Team Member #: 102136 BMI: ___ Waist: ___
Meds: Reviewed ___ Updated ___ No Change ___ ALLERGIES: ___ Hx anaphylaxis ___
CC: PHONE CONSULTATION/VISIT PHYSICAL EXAM: 30 MIN

HPI: D/w pt @ visit c̄ Mayo Clinic possible for pain mgmt in July there.
Symptoms sl ↓; less anxious & tolerating Cymbalta.
Mayo warned her about stress as an exacerbation.
Still c̄ hand tremors.

ROS: (Mark circle if wnl)
- GEN: weight changes, insomnia, fatigue, fever chills, night sweats
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol, ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations ___

PMH: [ ] unchged [ ] see note SH: [ ] unchged [ ] see note
FH: [ ] unchged [ ] see note HX Form From ___/___/___ Rev'd
Surg Hx: [ ] unchged [ ] see note
Rev'd/Updated Immunization/Preventive Screening

PHYSICAL EXAM:
- GEN: A&C, NAS, WD, confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl, bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: ___
TEST RESULTS Rev'd: ___
SCHEDULED LABS/TESTS: ___
RETURN to OFFICE: ___
REFERRAL ___

IMPRESSION: D/w pt @ RTW 5/4 → difficult to get any P.T., doctor visits, psych visits due to the pandemic.
PLAN:

[signature] 2015

MAYO CLINIC
4500 San Pablo Road
Jacksonville, Florida 32224

904-953-2000
mayoclinic.org

Gregory Potts, M.D.
Papa Cares
2002 Papa Johns Boulevard
Louisville KY 40299

March 19, 2020
RE: Keeta Fox
MC#: 12-608-867
DOB:

Dear Colleague:

Thank you very much for your referral of Mrs. Keeta Fox to Mayo Clinic. Clinical documentation completed at this time is attached or viewable in Mayo Clinic CareLink. Please note that any pending results or future clinical information will also be viewable in Mayo Clinic CareLink.

It is a pleasure participating in the care of your patient. Please let us know if we can be of further assistance at this time.

Sincerely,

Jaimin Shah, M.D.
Department of Neurology in Jacksonville, Florida
4500 SAN PABLO RD S
JACKSONVILLE FL 32224-1865
Dept: 904-953-2000

Enclosure(s)

Fox, Keeta (MRN 12-608-867)

Encounter Date: 03/19/2020

**Fox, Keeta**

**MRN: 12-608-867**

Letter (Out)
3/19/2020
Status: Open
Department of Neurology in Jacksonville, Florida

Provider: Shah, Jaimin S, M D (Neurology)

**Lab Results**

| Collected | Updated | Procedure | Result Status | Component | Value | Units |
|---|---|---|---|---|---|---|
| 03/17/2020 1130 | 03/17/2020 1148 | CBC with Differential, Blood [2222624342989] **(Abnormal)** Blood, Venous | Final result | **White Blood Cell Count** | 5.8 | x10(9)/L |
| | | | | **Erythrocytes** | 3.99 | x10(12)/L |
| | | | | **Hemoglobin** | 13.3 | g/dL |
| | | | | **Hematocrit** | 40.1 | % |
| | | | | **MCV** | **100.5** ^ | fL |
| | | | | **MCH** | **33.3** ^ | pg |
| | | | | **MCHC** | 33.2 | g/dL |
| | | | | **RDW CV** | **11.8** v | % |
| | | | | **RDW SD** | 43.7 | fL |
| | | | | **Platelet Count** | 235 | x10(9)/L |
| | | | | **Mean Platelet Volume** | 9.8 | fL |
| | | | | **Neutrophils %** | 57.8 | % |
| | | | | **Immature Granulocytes %** | 0.2 | % |
| | | | | **Lymphocytes %** | 31.2 | % |
| | | | | **Monocytes %** | 8.9 | % |
| | | | | **Eosinophils %** | 1.4 | % |
| | | | | **Basophils %** | 0.5 | % |
| | | | | **Neutrophils** | 3.38 | x10(9)/L |
| | | | | **Lymphocytes** | 1.82 | x10(9)/L |
| | | | | **Monocytes** | 0.52 | x10(9)/L |
| | | | | **Eosinophils** | 0.08 | x10(9)/L |
| | | | | **Basophils** | 0.0 | x10(9)/L |
| 03/17/2020 1130 | 03/17/2020 1229 | S-TSH (Thyroid-Stimulating Hormone - Sensitive) [2222624342991] Blood, Venous | Final result | **TSH, Sensitive, S** | 1.0 | mIU/L |
| 03/17/2020 1130 | 03/17/2020 1229 | T4 (Thyroxine), Free [2222624342993] Blood, Venous | Final result | **T4 (Thyroxine), Free, S** | 1.0 | ng/dL |
| 03/17/2020 1130 | 03/17/2020 1225 | Hemoglobin A1c [2222624342995] Blood, Venous | Final result | **Hemoglobin A1c, B** | 5.1 | % |
| | | | | **Estimated Average** | 100 | mg/dL |

| Collected | Updated | Procedure | Result Status | |
|---|---|---|---|---|
| | | | | Glucose |
| 03/17/2020 1130 | 03/17/2020 1216 | Comprehensive Metabolic Panel [2222624342997] Blood, Venous | Final result | Component / Value / Units<br>**Potassium, P** 4.8 mmol/L<br>**Sodium, P** 139 mmol/L<br>**Chloride, P** 104 mmol/L<br>**Bicarbonate, P** 24 mmol/L<br>**Anion Gap, P** 11<br>**BUN, P** 11 mg/dL<br>**Creatinine, P** 0.63 mg/dL<br>**eGFR Black** >90 mL/min/BSA<br>**eGFR Non-Black** >90 mL/min/BSA<br>**Calcium, Total, P** 9.3 mg/dL<br>**Glucose, P** 95 mg/dL<br>**Protein, Total, P** 7.2 g/dL<br>**Albumin, P** 4.6 g/dL<br>**Aspartate Aminotransferase (AST), P** 19 U/L<br>**Alkaline Phosphatase, P** 49 U/L<br>**Alanine Aminotransferase (ALT), P** 13 U/L<br>**Bilirubin, Total, P** 0.5 mg/dL |
| 03/17/2020 1130 | 03/17/2020 1404 | Ferritin [2222624342999] Blood, Venous | Final result | Component / Value / Units<br>**Ferritin, S** 59 mcg/L |
| 03/17/2020 1130 | 03/17/2020 1218 | Iron and Total Iron-Binding Capacity [2222624343001] Blood, Venous | Final result | Component / Value / Units<br>**Iron** 65 mcg/dL<br>**Total Iron Binding Capacity** 284 mcg/dL<br>**Percent Saturation** 23 % |
| 03/12/2020 1203 | 03/13/2020 0955 | T4, Free [2222610604817] | Final result | Component / Value<br>No component results |
| 03/12/2020 1203 | 03/13/2020 0955 | TSH [2222610604818] | Final result | Component / Value<br>No component results |
| 03/12/2020 1203 | 03/13/2020 0955 | T3 [2222610604819] | Final result | Component / Value<br>No component results |
| 02/21/2020 1842 | 03/13/2020 0955 | Occult Blood X 1, Stool - Stool, Per Rectum [2222610604823] | Final result | Component / Value<br>No component results |
| 02/21/ | 03/13/ | Fecal Lactoferrin - Stool, Per | Final result | Componen |

Fox, Keeta (MRN 12-608-867) Encounter Date: 03/19/2020

**Lab Results (continued)**

| Collected | Updated | Procedure | Result Status | | |
|---|---|---|---|---|---|
| 2020 1842 | 2020 0955 | Rectum [2222610604824] | | t | Value<br>No component results |

**Radiology Results** (Last 30 days)

| | | |
|---|---|---|
| 03/17/20 2039<br>Impression: | MR Abdomen Pelvis Enterography without and with IV Contrast<br>Normal MR enterography. No cause for bowel obstruction identified.<br>Normal pancreas. No biliary dilation. | Final result |
| 03/09/20 1605 | MRI THORACIC SPINE WO CONTRAST 72146-Outside MR Neuro | Final result |

**Pathology Results**

None

Patient Name:Fox, Keeta (MR # 12-608-867) DOB: Mayo Clinic

**Problem List** as of 3/19/2020

- **Paresthesia**
- **Cyst Sebaceous**
- **Follicular Cyst Of The Skin And Subcutaneous Tissue Unspecified**
- **Eye Disorder**
- **Zoster Without Complications**

Outpatient Medications

| | |
|---|---|
| **clonazePAM (KlonoPIN) 0.5 mg disintegrating tablet** | Take 0.5 mg by mouth daily. |
| **DULoxetine (CYMBALTA) 30 mg DR capsule** | Take 90 mg by mouth daily. |
| **lactobacillus combination no.4 (Probiotic) 3 billion cell capsule** | daily. |
| **lubiprostone (Amitiza) 24 mcg capsule** | Take 24 mcg by mouth daily. |
| **multivitamin (multivitamin) tablet** | daily. |
| **POLYETHYLENE GLYCOL ORAL POWDER, FOR MIRALAX,, WEIGHT NULL,** | Take 1 Scoop by mouth as needed. Few days a week |
| **polyethylene glycol-electrolytes (GoLYTELY) 236-22.74-6.74 -5.86 gram solution (Expired)** | Take 50% of prep night before by 10 pm and 50% of prep following morning starting at 0500 and finish before appointment, as directed. |
| **progesterone 200 mg capsule** | at bedtime. |
| **Rx ibuprofen (RX ADVIL,MOTRIN) 600 mg tablet** | every 6 (six) hours as needed. |
| **zolpidem (AMBIEN) 10 mg tablet** | Take 10 mg by mouth at bedtime. |

Allergies

| | Reactions | Deletion Reason |
|---|---|---|
| **Aspirin**<br>Unknown, mother told her not to take it | Other (see comments) | |
| **Butalbital-acetaminophen-caff**<br>insomnia | Other (see comments) | |

Medical

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety Generalized Disorder | — | — | Patient |
| Depressive Disorder | — | — | Patient |
| Headache | — | — | Patient |
| Irritable Bowel Syndrome Without Diarrhea | 2001 | — | Patient |
| Other Specified Health Status | Cervical stenosis; carpal tunnel | — | Patient |
| Stone Kidney | — | — | Patient |

Surgical

Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| UPPER GASTROINTESTINAL ENDOSCOPY | — | 02/21/2020 | Food in stomach. Otherwise normal | Provider |
| COLONOSCOPY | — | 2018 | Polyp removed; adenomatous. Family hx of colon CA; GM | Provider |

H&P by Shah, Jaimin S, M.D. at 3/16/2020 9:30 AM

Author: Shah, Jaimin S, M.D. Service: NEU (Neurology) Author Type: Physician
Filed: 3/16/2020 5:52 PM Encounter Date: 3/16/2020 Status: Signed
Editor: Shah, Jaimin S, M.D. (Physician)

**NEUROMUSCULAR CONSULTATION**

**REFERRING PROVIDER**
Gregory Potts, M.D.

**CHIEF COMPLAINT / REASON FOR VISIT**
Multiple neurologic symptoms, question of ALS

**HISTORY OF PRESENT ILLNESS**

This is a 53-year-old woman who is a Senior Vice President of Papa John's who presents for evaluation of multiple neurologic symptoms. She was accompanied today by her husband. Her symptoms essentially began in December of 2019. She began having symptoms of heart palpitations at that time. As a part of investigation for this, she had a cardiac MRI scan. This reportedly showed "focal bullous emphysematous changes in the posterior medial right lobe with associated interstitial fibrosis in the region. She reported learning about the findings of the scanned through a letter in the mail. She did not hear at that time from her physician regarding the findings. The news of possible pulmonary fibrosis was understandably quite distressing. She then went on to see a cardiologist and a pulmonologist and apparently had a negative workup with regard to a pulmonary or cardiac disorder. She was told based upon a high-resolution CT scan that the findings seen on her cardiac MRI were related to "old scarring. "

After this, she began to develop a number of different neurologic symptoms. This includes tingling in her arms and legs, muscle twitches, new onset headaches. She notes developing sudden sharp pains in her right head and around her left ankle. She also feels more fatigued, has widespread muscle aches and cramps, and tightness. She describes in particular cramps around the lateral aspect of her distal legs around the peroneus longus muscle. She also has had progressive difficulty with using her left hand and has intermittently developed tremors.

She also has noticed some gastrointestinal type of symptoms. She began developing more frequent bowel movements and apparently they appeared clean like. She then also has developed constipation. She had a. Earlier this year where she was having severe nausea. She saw a gastroenterologist to performed in endoscopy. The report from February 21, 2020 showed reported normal findings, and subsequent biopsies showed no significant findings apart from a sessile serrated adenoma in the colon. She also had testing for celiac disease which was negative. Per the patient's report, she was told that she had under adjusted food in her stomach on the endoscopy (not included in the report), and was told that she likely had gastric paresis. A gastric emptying study was not performed.

She also sought an opinion from a rheumatologist who performed an extensive laboratory investigation. This showed an elevated ANA but no other specific findings.

She has seen 2 neurologists regarding her symptoms as well. She saw Dr.Vasudeva Iyer, who performed an EMG nerve conduction study which reportedly showed evidence of bilateral median neuropathies at the wrists involving the sensory fibers as well as a left ulnar neuropathy at the elbow. She then saw Dr. Brown at University of Louisville. He performed an EMG nerve conduction studies. This apparently showed evidence of a very mild fibular neuropathy but no other significant findings. He obtain skin biopsy and extensive laboratory investigations. The laboratory investigations were unrevealing. Her skin biopsy results are pending at this time. She had an MRI of the cervical spine which showed multilevel stenosis. She then saw a neurosurgeon, Dr. Wayne Villanueva, who offered cervical decompression, but wanted another neurologic opinion from here prior to proceeding.

She had a friend who recently died from ALS, and then she became concerned that she may have had ALS. Other friends of suggested other neurologic diagnoses such as CIDP and multiple sclerosis.

**PAST MEDICAL AND SURGICAL HISTORY**

- Anxiety disorder for which she is seeing a psychiatrist

**SOCIAL HISTORY**

- Tobacco: None
- Alcohol: 2 glasses of wine daily until 2 months ago.
- Occupation: Senior Vice President of Papa John's

Place of residence:
9602 Gutenberg Rd
Louisville KY 40299-6238

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**ADDITIONAL FAMILY HISTORY**

Father died suddenly years ago, cause of death unclear.
Mother has rheumatoid arthritis

**REVIEW OF SYSTEMS**

REVIEW OF SYSTEMS

OBJECTIVE

**PHYSICAL EXAM**

BP 95/61 (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Large) | Pulse 94 | Temp 36.5 °C (Oral) | Ht 172.7 cm | Wt 62.6 kg | SpO2 98% | BMI 20.98 kg/m²

MENTAL STATUS: Alert. Attentive. Was able to provide own history and followed directions of the neurologic examination. Speech was fluent. Logical thought processes.

CRANIAL NERVES: Pupils equally round and reactive. No afferent pupillary defect. Extraocular muscles were intact. Facial sensation was symmetric. Eyelid closure and cheek puff strength were normal. Hearing intact bilaterally to finger rub. There was no dysathria. Palate elevated evenly. Tongue strength was normal. There was no tongue atrophy or fasciculation.

MOTOR EXAM: Muscle tone was normal. There may be very slight spasticity in her left arm. Muscle bulk was normal. There were no fasciculations. There was no tremor.

Manual muscle testing (Medical Research Council Scale):

| Muscle | R | L |
|---|---|---|
| Neck flexion | 5 | |
| Neck extension | 5 | |
| Deltoid | 5 | 5 |
| Biceps | 5 | 5 |

| | | |
|---|---|---|
| Triceps | 5 | 5- |
| Wrist extension | 5 | 5 |
| Wrist flexion | 5 | 5 |
| Extensor indicis proprius | 5 | 5 |
| Flexor pollicis longus | | |
| FDP 2,3 | | |
| FDP 4,5 | | |
| Abductor digiti minimi | 5- | 5- |
| First dorsal interosseus | 5- | 4+ |
| Abductor pollicis brevis | 4+ | 4+ |
| Lumbricals - median | | |
| Lumbricals - ulnar | | |
| Iliopsoas | 5 | 5 |
| Hip abduction | | |
| Hip adduction | | |
| Quadriceps | 5 | 5 |
| Hamstring | 5 | 5 |
| Ankle dorsiflexion | 5 | 5 |
| Ankle plantar flexion | 5 | 5 |
| Ankle eversion | | |
| Ankle inversion | | |
| Toe extension | 5 | 5 |

REFLEXES: (Mayo scale)

| Reflex | Right | Left |
|---|---|---|
| Jaw jerk | Neg | |
| Biceps | +1 | +1 |
| Triceps | +1 | +1 |
| Brachioradialis | +1 | +1 |
| Patellar | +1 | +1 |
| Gastrocnemius | +1 | +1 |
| Hoffman | Neg | Pos |
| Babinski | Down | Down |
| Palmomental | | |
| Snout | | |

SENSORY EXAM:
Normal light touch, pinprick, and vibration normal. Proprioception at the great toes questionablyy impaired.

COORDINATION:
Normal finger to nose finger testing.

GAIT:
Normal casual gait. Arm swing was normal. Stride length was normal. Tandem gait normal. Normal heel-toe walking

OTHER OBSERVATIONS:

**RECORD REVIEW**

Is the patient prior to the visit sent well over 100 pages of records from her different evaluations
I personally reviewed her cervical spine of the MRI performed this past January 2020. There was multilevel cervical degenerative disc disease causing spinal canal stenosis at C4-C5, C5-C6, and C6-C7. The cord was indented but there was no major cord compression. I did not see any cord signal change. Her brain and thoracic spine MRIs were unrevealing.

ASSESSMENT / PLAN

This is a 53-year-old woman who presents with a 3 month history of multiple symptoms including migratory paresthesias, generalized paresthesias, fasciculations, headaches, fatigue, widespread pain symptoms, and the symptoms of GI dysmotility. Her neurologic examination showed mild hyper reflexia globally along with some mild weakness in her distal upper extremities, more severely affecting the left arm is that was likely in an upper motor neuron pattern of distribution.
This is a very complicated situation. I think there are multiple different contributors to her symptoms. The 1st, likely the primary driver of her symptoms, is central sensitization syndrome. This could potentially explain most of her symptoms, including but not limited to widespread paresthesia, the myalgias, migratory paresthesias, and tremor. Another contributor may be cervical spondylitic myelopathy. She does have a mild degree of hyperreflexia and mild weakness in her upper extremities that follows an upper motor neuron pattern. The hyperreflexia could be within the spectrum of normal. This could explain some of the symptoms of her hand dysfunction and grip strength difficulties in her hands. There may also be superimposed mononeuropathies, however her recent EMG at University of Louisville did not show evidence of this.

Regarding her central sensitization disorder, I have referred her to the pain rehabilitation center.

Given her outside diagnosis of gastroparesis and her significant symptoms of constipation, I have referred her to Gastroenterology here. I would at this point do not see evidence of a neurologic disorder that might be causing the symptoms.

Regarding the findings of her cervical spine MRI and her examination findings are weakness, she is going to undergo an EMG nerve conduction study to evaluate for upper limb mononeuropathies, left cervical radiculopathy, and peripheral neuropathy.

I would like for her to see Neurosurgery regarding her cervical spine MRI findings.

Orders Placed This Encounter
Procedures

- Psychiatry and Psychology - Pain rehab center consult (clinic)

| | |
|---|---|
| Standing Status: | Future |
| Standing Expiration Date: | 3/16/2023 |
| Referral Priority: | Routine |
| Referral Type: | Behavioral Health |
| Referral Location: | Florida Region |
| Requested Specialty: | Psychiatry |
| Number of Visits Requested: | 1 |

- Gastroenterology and Hepatology - Motility consult (clinic)

*Previous hx:*
*She saw a gastroenterologist to performed in endoscopy. The report from February 21, 2020 showed reported normal findings, and subsequent biopsies showed no significant findings apart from a sessile serrated adenoma in the colon.*

| | |
|---|---|
| Standing Status: | Future |

| | |
|---|---|
| Standing Expiration Date: | 3/16/2023 |
| Referral Priority: | Routine |
| Referral Type: | Outpatient |
| Referral Location: | Florida Region |
| Requested Specialty: | Gastroenterology and Hepatology |
| Number of Visits Requested: | 1 |

I spent 35 out of 90 minutes on face-to-face counseling and coordination of care related to the above discussion.

Addendum:
I met with her following her EMG and reviewed the results. We discussed central sensitization syndrome in detail in this visit and reinforced the need for the consultation with the PRC. I do not recommend additional neurologic testing at this point.

Electronically Signed by Shah, Jaimin S, M.D. on 3/16/2020 5:52 PM

Consults - Outpatient by Francis, Dawn, M.D. at 3/17/2020 10:40 AM

| | | |
|---|---|---|
| Author: Francis, Dawn, M.D. | Service: GIH (Gastroenterology and Hepatology) | Author Type: Physician |
| Filed: 3/17/2020 4:11 PM | Encounter Date: 3/17/2020 | Status: Signed |
| Editor: Francis, Dawn, M.D. (Physician) | | |

History of Present Illness:
This is a 53-year-old female who is referred by Neurology for gastrointestinal symptoms. She was in her usual state of good health up until December of 2019 when she started developing multiple different symptoms. As it relates to her GI track she had an episode of significant vomiting and had an upper endoscopy performed in February of 2020 which showed retained food in the stomach. Based on this her gastroenterologist told her that she had gastroparesis. He started treating her with Amitiza and that improved her constipation as well as these symptoms. She currently is not having symptoms when she eats and is not having nausea or vomiting.

Several weeks ago she started to developed constipation. She had experiences a difficult time evacuating her rectum. If she has the sense that she needs to go to the bathroom and have a bowel movement will take her quite some time to be able to evacuate. She has had a colonoscopy in 2018 but she has not had 1 since she started developing constipation. She also noted that at times she would have clay-colored stools. Over the past 7 days she has had melena. She used to have diarrhea but now she has constipation predominantly. She has had some cross-sectional imaging with CT scan.

The diagnosis for underlying neurologic symptoms has not yet been made and she has ongoing workup.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**Review of Systems**
Constitutional: Positive for fatigue, loss of appetite and weight loss of more than 10 pounds.
Skin: Positive for skin rash.
Eyes: Positive for visual problems.
ENT: Positive for persistent hoarse voice.
Respiratory: Positive for sleep disturbances due to breathing.
Cardiovascular: Positive for chest pain, pressure or tightness, rapid or fluttering heart beat, pain in the calf

muscles when walking and shortness of breath when lying flat.
Gastrointestinal: Positive for abdominal (belly) pain or cramping, constipation, diarrhea, nausea and vomiting.
Genitourinary: Positive for urgency and frequent urination.
Hematologic: Positive for bruises or bleeds easily.
Musculoskeletal: Positive for arthralgias, back pain, pain or stiffness in the joints and muscle pain/stiffness.
Neurological: Positive for light-headedness, numbness or shooting pain in hands, arms, legs, or feet, excessive daytime sleepiness, headaches and weakness in arms or legs.
Psychiatric/Behavioral: Positive for excessive daytime sleepiness/tiredness, snores loudly, stop breathing, choking, or gasping while asleep, little interest or pleasure in doing things over past two weeks, feeling down, depressed, or hopeless over past two weeks, not being able to stop or control worrying over past two weeks and feeling nervous, anxious, or on edge in past two weeks.

OBJECTIVE

**Physical Exam**

Constitutional
  Appearance: She is well-developed.
HENT
  Head: Normocephalic and atraumatic.
Eyes
  Pupils: Pupils are equal, round, and reactive to light.
Neck
  Musculoskeletal: Normal range of motion.
Cardiovascular
  Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary
  Breath sounds: Normal breath sounds.
Abdominal
  General: Bowel sounds are normal.
  Palpations: Abdomen is soft.
Skin
  General: Skin is warm and dry.
Neurological
  Mental Status: She is alert and oriented to person, place, and time.
Psychiatric
  Behavior: Behavior normal.

ASSESSMENT / PLAN

1. Recent onset of melena. I have ordered an upper endoscopy and blood work.

2. Query gastroparesis. I do not think the patient has gastroparesis based on her symptoms. The only finding that she has had was upper endoscopy that showed retained food in the stomach. This is prior to starting Amitiza and at that time she was having a great deal of nausea and vomiting. Now she is not having the symptoms. Because she symptom free I would not recommend that we do a gastroparesis study with a gastric emptying study.

It is curious that she had the degree of symptoms that she had previously and she has other global symptoms. I recommended she have an MRCP and an MRenterography to evaluate further any issues of small bowel narrowing or pancreatic or biliary issues.

3. Constipation. The patient has treated with her constipation with Amitiza which she can continue. Since the symptom is fairly abrupt in onset I suspect it is due to pelvic floor dysfunction associated with her underlying neuromuscular symptoms. However, she has not had a colonoscopy since the symptoms developed so I have recommended that she have a colonoscopy to further review.

Dawn Francis, M.D.
3/17/2020

Electronically Signed by Francis, Dawn, M.D. on 3/17/2020 4:11 PM

General Information

**No case/log ID found**

## Op Notes

**3/16/2020**

No notes of this type exist for this encounter.

Procedures

EMG [2222623706528] Resulted: 03/16/20 1448, Result status: Final result

Ordering provider: Shah, Jaimin S, M.D. 03/16/20 1215 Order status: Completed
Resulted by: Kennelly, Kathleen D, M.D., Ph.D. Performed: 03/16/20 1215 - 03/16/20 1215
Accession number 13765235 Resulting lab: MC EMG
Signed by: Kennelly, Kathleen D, M.D., Ph.D. on 3/16/2020 2:49 PM
Narrative:
16-Mar-2020 Electromyography Final Report
Study Number: 1

EMG Consultant: Kennelly, Kathleen D. 127 or (78)3-8722
Referred by: SHAH, JAIMIN S (127 or (78)3-7637)
Referred for: Tingling in legs and arms
Referral Code: 060 063
RX: 001

SUMMARY: Prior to starting the procedure, the patient's identity was verified, pertinent available records were reviewed, the nature of the procedure was explained, the appropriate sites of the exam were confirmed directly with the patient, and a pre-procedure pause was performed for final verification of all of the above.

Nerve conduction studies on the left arm and right leg were normal except for a borderline slow fibular conduction velocity with no change with stimulation above versus below the fibular head. Concentric needle EMG was normal in muscles tested.

CLINICAL INTERPRETATION: Essentially normal study. There is no evidence of a lower motor neuron disorder, a left cervical or right lumbosacral radiculopathy, a large fiber peripheral neuropathy

or a myopathy on this study.

K. Kennelly (127 or (78)3-8722)

NERVE CONDUCTIONS Temperature: upper: 31.7, lower: 31.1 °C

```
               Record     Rep        Normal     Normal
Distal Normal  F-Wave F-Wave
Nerve       Type    Site        Stim Side Amp  Amp      CV CV     Lat
 Lat    Lat   Est
---------------------------------------------------------------------------
-----------------------
Fibular     Motor   EDB          R   3.7  (> 2.0)  41 (> 41) 4.3
 (< 6.6)     58.4
Tibial      Motor   AH          R   9.0  (> 4.0)  44 (> 40) 4.6
 (< 6.1) 53.5   56.0
Sural       Sensory Ankle        R   11   (> 6.0)  49 (> 40) 3.6
 (< 4.5)
Median      Motor   APB          L   9.8  (> 4.0)  49 (> 48) 3.9
 (< 4.5) 29.0   29.2
Ulnar       Motor   ADM         L   13.7 (> 6.0)  56 (> 51) 3.4
 (< 3.6) 29.1   25.5
Median      Sensory Wrist        L   166  (> 50.0)    (> 56) 1.8
 (< 2.3)
Median      Sensory Dig II       L   54   (> 15.0) 57 (> 56) 3.0
 (< 3.6)
Ulnar       Sensory Dig V       L   45   (> 10.0) 56 (> 54) 2.6
 (< 3.1)
Ulnar       Sensory Wrist       L   36   (> 15.0)    (> 55) 1.9
 (< 2.3)
```

NEEDLE EMG

```
             Ins Spont    MUP        Recruitment  Duration
Amplitude Phases
Muscle        Side Act Fib  Fasc Normal Activ Reduced Rapid Long Short
High Low  %    Turns
---------------------------------------------------------------------------
-----------------------
Lumbar
Paraspinal
(lower)     R   NL  0    0    NL

First dorsal
interosseous  L   NL  0    0    NL

Pronator
teres       L   NL  0    0    NL

Biceps
brachii     L   NL  0    0    NL

Deltoid     L   NL  0    0    NL
```

Procedures (continued)

| | | | | | |
|---|---|---|---|---|---|
| Triceps brachii | L | NL | 0 | 0 | NL |
| Tensor fasciae latae | R | NL | 0 | 0 | NL |
| Vastus medialis | R | NL | 0 | 0 | NL |
| Gastrocnemius (medial head) | R | NL | 0 | 0 | NL |
| Peroneus longus | R | NL | 0 | 0 | NL |
| Tibialis anterior | R | NL | 0 | 0 | NL |

** This interpretation has been electronically signed: Kennelly, Kathleen D., MD, PhD at 3/16/2020 2:47:49 PM EDT **

Image results for this order (below)

Patient Name:Fox, Keeta (MR # 12-608-867) DOB: -Mayo Clinic
Procedures (continued)

MAYO CLINIC

## Electromyography



Patient: Fox, Keeta
MRN: 12 608 867 3, FIN:

DOB:
Sex: F
Staff: Kennelly, Kathleen D. 127 or (78)3-8722

Study Date: 16-Mar-2020 01:00
Location: Mayo Clinic Hospital in Florida
Ordered by: SHAH, JAIMIN S

** Final Report **

Study Number: 1
Referred for: Tingling in legs and arms
Referral Code: 050 063
Referral Diagnosis: 001

**SUMMARY:**
Prior to starting the procedure, the patient's identity was verified, pertinent available records were reviewed, the nature of the procedure was explained, the appropriate sites of the exam were confirmed directly with the patient, and a pre-procedure pause was performed for final verification of all of the above

Nerve conduction studies on the left arm and right leg were normal except for a borderline slow fibular conduction velocity with no change with stimulation above versus below the fibular head. Concentric needle EMG was normal in muscles tested.

**CLINICAL INTERPRETATION:**
Essentially normal study. There is no evidence of a lower motor neuron disorder, a left cervical or right lumbosacral radiculopathy, a large fiber peripheral neuropathy or a myopathy on this study.

K. Kennelly (127 or (78)3-8722)

**NERVE CONDUCTIONS**

Temperature (°C): upper: 31.7
lower: 31.1

| Nerve | Type | Record Site | Rep Stim | Side | Amp | Normal Amp | CV | Normal CV | Distal Lat | Normal Lat | F-Wave Lat | F-Wave Est |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fibular | Motor | EDB | | R | 3.7 | (> 2.0) | 41 | (> 41) | 4.3 | (< 6.6) | | 58.4 |
| Tibial | Motor | AH | | R | 9.0 | (> 4.0) | 44 | (> 40) | 4.6 | (< 6.1) | 53.5 | 56.0 |
| Sural | Sensory | Ankle | | R | 11 | (> 6.0) | 49 | (> 40) | 3.6 | (< 4.5) | | |
| Median | Motor | APB | | L | 9.8 | (> 4.0) | 49 | (> 48) | 3.9 | (< 4.5) | 29.0 | 29.2 |
| Ulnar | Motor | ADM | | L | 13.7 | (> 6.0) | 56 | (> 51) | 3.4 | (< 3.6) | 29.1 | 25.5 |
| Median | Sensory | Wrist | | L | 166 | (> 50.0) | | (> 56) | 1.8 | (< 2.3) | | |
| Median | Sensory | Dig II | | L | 54 | (> 15.0) | 57 | (> 56) | 3.0 | (< 3.6) | | |
| Ulnar | Sensory | Dig V | | L | 45 | (> 10.0) | 56 | (> 54) | 2.6 | (< 3.1) | | |

MAYO CLINIC

## Electromyography



Patient: Fox, Keeta
MRN: 12 608 867 3, FIN:

| | | | |
|---|---|---|---|
| DOB: | | Study Date: | 16-Mar-2020 01:00 |
| Sex: | F | Location: | Mayo Clinic Hospital in Florida |
| Staff: | Kennelly, Kathleen D. 127 or (78)3-8722 | Ordered by: | SHAH, JAIMIN S |

**NERVE CONDUCTIONS**

Temperature (°C): upper: 31.7 lower: 31.1

| Nerve | Type | Record Site | Rep Stim | Side | Amp | Normal Amp | CV | Normal CV | Distal Lat | Normal Lat | F-Wave Lat | F-Wave Est |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ulnar | Sensory | Wrist | | L | 36 | (> 15.0) | | (> 55) | 1.9 | (< 2.3) | | |

**NEEDLE EMG**

| Muscle | Side | Ins Act | Spont Fib | Spont Fasc | MUP Normal | Activ | Recruitment Reduced | Recruitment Rapid | Duration Long | Duration Short | Amplitude High | Amplitude Low | Phases % | Phases Turns |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lumbar Paraspinal (lower) | R | NL | 0 | 0 | NL | | | | | | | | | |
| First dorsal interosseous | L | NL | 0 | 0 | NL | | | | | | | | | |
| Pronator teres | L | NL | 0 | 0 | NL | | | | | | | | | |
| Biceps brachii | L | NL | 0 | 0 | NL | | | | | | | | | |
| Deltoid | L | NL | 0 | 0 | NL | | | | | | | | | |
| Triceps brachii | L | NL | 0 | 0 | NL | | | | | | | | | |
| Tensor fasciae latae | R | NL | 0 | 0 | NL | | | | | | | | | |
| Vastus medialis | R | NL | 0 | 0 | NL | | | | | | | | | |
| Gastrocnemius (medial head) | R | NL | 0 | 0 | NL | | | | | | | | | |
| Peroneus longus | R | NL | 0 | 0 | NL | | | | | | | | | |
| Tibialis anterior | R | NL | 0 | 0 | NL | | | | | | | | | |

Patient Name:Fox, Keeta (MR # 12-608-867) DOB: -Mayo Clinic
Procedures (continued)

MAYO CLINIC

**Electromyography**
**Patient: Fox, Keeta**
**MRN: 12 608 867 3, FIN:**

Page 3 of 3

| | | | |
|---|---|---|---|
| **DOB:** | | **Study Date:** | **16-Mar-2020 01:00** |
| **Sex:** | r | **Location:** | **Mayo Clinic Hospital in Florida** |
| **Staff:** | **Kennelly, Kathleen D. 127 or (78)3-8722** | **Ordered by:** | **SHAH, JAIMIN S** |

** This interpretation has been electronically signed: Kennelly, Kathleen D., MD, PhD at 3/16/2020 2:47:49 PM Eastern Daylight Time**

**Narrative**

16-Mar-2020 Electromyography Final Report
Study Number: 1

EMG Consultant: Kennelly, Kathleen D. 127 or (78)3-8722
Referred by: SHAH, JAIMIN S (127 or (78)3-7637)
Referred for: Tingling in legs and arms
Referral Code: 060 063
RX: 001

SUMMARY: Prior to starting the procedure, the patient's identity was
verified, pertinent available
records were reviewed, the nature of the procedure was explained, the
appropriate sites of the
exam were confirmed directly with the patient, and a pre-procedure pause
was performed for final
verification of all of the above.

Nerve conduction studies on the left arm and right
leg were normal except for a borderline slow fibular conduction velocity
with no change with
stimulation above versus below the fibular head. Concentric needle EMG
was normal in muscles

Patient Name:Fox, Keeta (MR # 12-608-867) DOB: -Mayo Clinic

tested.

CLINICAL INTERPRETATION: Essentially normal study. There is no evidence of a lower motor neuron disorder, a left cervical or right lumbosacral radiculopathy, a large fiber peripheral neuropathy or a myopathy on this study.

K. Kennelly (127 or (78)3-8722)

NERVE CONDUCTIONS Temperature: upper: 31.7, lower: 31.1 °C

Record Rep Normal Normal
Distal Normal F-Wave F-Wave
Nerve Type Site Stim Side Amp Amp CV CV Lat
Lat Lat Est
-------------------------------------------------------------------------------------------

Fibular Motor EDB R 3.7 (> 2.0) 41 (> 41) 4.3
(< 6.6) 58.4
Tibial Motor AH R 9.0 (> 4.0) 44 (> 40) 4.6
(< 6.1) 53.5 56.0
Sural Sensory Ankle R 11 (> 6.0) 49 (> 40) 3.6
(< 4.5)
Median Motor APB L 9.8 (> 4.0) 49 (> 48) 3.9
(< 4.5) 29.0 29.2
Ulnar Motor ADM L 13.7 (> 6.0) 56 (> 51) 3.4
(< 3.6) 29.1 25.5
Median Sensory Wrist L 166 (> 50.0) (> 56) 1.8
(< 2.3)
Median Sensory Dig II L 54 (> 15.0) 57 (> 56) 3.0
(< 3.6)
Ulnar Sensory Dig V L 45 (> 10.0) 56 (> 54) 2.6
(< 3.1)
Ulnar Sensory Wrist L 36 (> 15.0) (> 55) 1.9
(< 2.3)

NEEDLE EMG

Ins Spont MUP Recruitment Duration
Amplitude Phases
Muscle Side Act Fib Fasc Normal Activ Reduced Rapid Long Short
High Low % Turns
-------------------------------------------------------------------------------------------

Lumbar
Paraspinal
(lower) R NL 0 0 NL

First dorsal
interosseous L NL 0 0 NL

Pronator
teres L NL 0 0 NL

Patient Name:Fox, Keeta (MR # 12-608-867) DOB: -Mayo Clinic

| | | | | | |
|---|---|---|---|---|---|
| Biceps brachii | L | NL | 0 | 0 | NL |
| Deltoid | L | NL | 0 | 0 | NL |
| Triceps brachii | L | NL | 0 | 0 | NL |
| Tensor fasciae latae | R | NL | 0 | 0 | NL |
| Vastus medialis | R | NL | 0 | 0 | NL |
| Gastrocnemius (medial head) | R | NL | 0 | 0 | NL |
| Peroneus longus | R | NL | 0 | 0 | NL |
| Tibialis anterior | R | NL | 0 | 0 | NL |

** This interpretation has been electronically signed: Kennelly, Kathleen D., MD, PhD at 3/16/2020 2:47:49 PM EDT **

**Reports**

PDF Report Document

**Pre- Hemodialysis Treatment**

No data to display

**During Hemodialysis Treatment**

No data to display

**Post Hemodialysis**

No data to display

MRI THORACIC SPINE WO CONTRAST 72146-Outside MR Neuro — Resulted: 03/16/20 0853, Result status: Final result

Performed: 03/09/20 1605 - 03/09/20 1605 — Accession number: IIMS55810649

Resulting lab: IIMS

Narrative:

This order has been created and auto-finalized to support the import of outside images. If available, original interpretation can be found on the Media Tab in Chart Review, in Document Viewer, or as an image in QREADS.

If a re-interpretation or overread is required please follow defined workflow.

MR Abdomen Pelvis Enterography without and with IV Contrast — Resulted: 03/18/20 0949, Result status: Final

Patient Name:Fox, Keeta (MR # 12-608-867) DOB: -Mayo Clinic

result

Ordering provider: Francis, Dawn, M.D. 03/17/20 1825
Performed: 03/17/20 2000 - 03/17/20 2039
Resulting lab: POWERSCRIBE360
Signed by: Sanyal, Rupan, M.D. on 3/18/2020 9:49 AM

Resulted by: Sanyal, Rupan, M.D.
Accession number: 14052189

Narrative:
EXAM: MR ABDOMEN PELVIS ENTEROGRAPHY WITHOUT AND WITH IV CONTRAST

COMPARISON: None

MR enterography was performed with oral and intravenous contrast as per protocol.

FINDINGS: The small bowel is normal in appearance. No bowel wall thickening, abnormal enhancement, adhesion or stricturing is identified. Terminal ileum is normal. The colon is normal.

SMA, celiac axis and IMA are patent. Portal venous system is patent.

Scattered hepatic cysts. No biliary dilation. No gallstones. Pancreas is normal in volume and signal characteristics. No ductal dilation or focal lesion.
Spleen, adrenals and kidneys are unremarkable. No lymphadenopathy. No ascites.

Bladder is distended. Uterus and adnexa are unremarkable.

No perianal fistula or abscess identified.

No destructive osseous lesion identified.

Impression:
Normal MR enterography. No cause for bowel obstruction identified.
Normal pancreas. No biliary dilation.

Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **SANYAL, RUPAN M.D.** | 3/18/2020 09:49 | 904-953-0070 | (78)3-9806 |

**END OF REPORT**

**Fr o m:**:::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**:::::::::::::::::::::::::::::::Thu, 12 Mar 2020 13:48:57 +0000
**Tr m:**:::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**::::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 3/31/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**::::::::::::::::::::::::::::::Thu, 12 Mar 2020 13:48:57 +0000
**Tr m:**::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**:::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 3/31/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**DoNotReply@lfg.com
**Sentm:**Thu, 12 Mar 2020 13:48:57 +0000
**Tr m:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 3/31/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**:::::::::::::::::::::::::::::::Thu, 12 Mar 2020 13:48:57 +0000
**Tr m:**:::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**:::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 3/31/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**:::::::::::::::::::::::::::::::Thu, 12 Mar 2020 13:48:57 +0000
**Tr m:**::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**::::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 3/31/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**::::::::::::::::::::::::::::::Thu, 12 Mar 2020 13:48:57 +0000
**Tr m:**:::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**::::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/4/2020. This claim is approved through 3/31/2020. This indicates an extension of benefits. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**:::::::::::::::::::::::::::::::Fri, 14 Feb 2020 16:19:43 +0000
**Tr m:**::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**::::::::::::::::::::::::::Claim# 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/4/2020. The claim has been approved through 3/17/2020. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**:::::::::::::::::::::::::::::::Fri, 14 Feb 2020 16:19:43 +0000
**Tr m:**::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**:::::::::::::::::::::::::Claim# 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/4/2020. The claim has been approved through 3/17/2020. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**::::::::::::::::::::::::::::::Fri, 14 Feb 2020 16:19:43 +0000
**Tr m:**:::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**::::::::::::::::::::::::Claim# 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/4/2020. The claim has been approved through 3/17/2020. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 14 Feb 2020 16:19:43 +0000
**To:** ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subject:** Claim# 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/4/2020. The claim has been approved through 3/17/2020. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**::::::::::::::::::::::::::::::::Fri, 14 Feb 2020 16:19:43 +0000
**Tr m:**::::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**:::::::::::::::::::::::::Claim# 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/4/2020. The claim has been approved through 3/17/2020. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**::::::::::::::::::::::::::::::::Fri, 14 Feb 2020 16:19:43 +0000
**Tr m:**::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**::::::::::::::::::::::::::Claim# 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/4/2020. The claim has been approved through 3/17/2020. The case manager for this claim is Lisa Hackney. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 6, 2020 |
| To: | DR. GREGORY POTTS |
| Attn: | Medical Records |
| Fax: | (502) 240-5905 |
| From: | Lisa Hackney<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 9761441<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 6, 2020

Dr. Gregory Potts

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 9761441
Claimant: Keeta Fox
Claimant D.O.B.

Dear Dr. Gregory Potts:

We are the Disability Claim Administrator for your patient, Keeta Fox.

To evaluate Ms. Fox's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through present ***

- Completion of the Enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by February 12, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual



PAGE 2/52 * RCVD AT 2/7/2020 3:24:01 PM [Eastern Standard Time] * SVR:VA1PWFAX401/14 * DNIS:6033340380 * CSID: * ANI:5022405905 * DURATION (mm-ss):15-52

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Hackney
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14127
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
9761441-EMPLOYEE/CLAIMANT-02.06.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

Return To: Lisa Hackney

Employee /Claimant Name: Keeta Fox
Date of Birth: ___
Claim Number: 9761441

To be completed by physician:

1. DATE FIRST TREATED – 5/29/19
   DATE LAST TREATED – 2/3/20
   NEXT OFFICE VISIT – in 2 wks - 3 wks

   See attached sheet — DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Multiple physical issues as above causing [illegible] mental stress, exhaustion

   All work to be avoided at this time.

4. RESTRICTIONS IMPOSED FROM 2/3/2020 TO 3/31/2020.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   Pt is continuing to see specialists c̄ testing
   Tentative RTW 4/1/2020 [illegible]

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   Persistent muscle fasciculations, ECT paresthesia, chronic & migraine pain, H/A; poor concentration, anxious

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 5/2019 TO current.

Extremity Paresthesia R53.1

Muscle Fasciculations R25.3

Blurry Vision H53.8

Fecal Incontinence r15.9

Headache r51

Cervical spinal stenosis m48.02

Lumbar degenerative disc disease m51.36

Insomnia g47.00

| | | |
|---|---|---|
| Greg Potts MD | | |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| | | |
| Street Address | Telephone Number | Fax Number |
| | [signature] | 2/7/20 |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) Keeta Fox Relationship self

Signature of claimant or legal representative Keeta Fox

Date of Birth: Claim Number: 9761441 Date: 2/6/2020

**A copy of this authorization will be considered as valid as the original.**

MAYO CLINIC

# Referral to Mayo Clinic

ASAP

**Patient Type** ☐ Domestic ☐ International

☐ **Rochester, Minnesota**
Phone Domestic 800-533-1564
International 507-284-8884
Fax Domestic 800-321-1368
International 507-538-7802

☐ **Phoenix/Scottsdale, Arizona**
Phone Domestic 866-629-6362
International 480-301-6539
Fax Domestic 480-301-4071
International 480-301-4071

☒ **Jacksonville, Florida**
Phone Domestic 800-634-1417
International 904-953-7000
Fax Domestic 904-953-~~0575~~ 0896
International 904-953-7329

## Referring Physician Information

Referring Physician Name: Dr. Greg Potts
Date (mm-dd-yyyy): 02-03-2020
Practice Name: Papa Cares
Referring Physician Email: greg-potts@papajohns.com
Office Address: 2002 Papa Johns Blvd.
City: Louisville
State (Required for Domestic Patient): Kentucky
ZIP Code (Required for Domestic Patient): 40299
NPI Number (Required for Domestic Patient): 1? 2450
Phone: 502 240 5900
Fax: 502 240 5905
Primary Care Physici...

## Patient Information

Mayo Clinic Number (optional)
Patient Name (First, Middle, Last): Keeta Fox
Birth Date (mm-dd-yyyy)
☐ Male ☒ Female
Address
State (Required for Domestic Patient)
ZIP Code (Required for
Home Phone
Alternate Phone ☐ Mobile ☐ Work ☐ Other
Maiden Name (optional)
Spou...
Patient Insurance Information (if available): Anthem ID# PJX638A22780
Does the ... ☐ Ye... ...eter? If yes, what language?
What is the request related to? ☐ Motor vehicle accident ☐ Litigation ☐ Work... compensation ☐ Not applicable

18006341417
Florida
Mayo

## Appointment Request

Clinical question to be answered. Submit any pertinent medical records.
Neuromuscular disorder. Exclude ALS

Indication or Diagnosis
Fasiculations & paresthesias of UE & LE; Blurry vision

Specialty Requested
Neurology

You will receive confirmation once the appointment is scheduled.
To refer via our secure online portal, please visit
www.mayoclinic.org/medical-professionals and click "Online Referrals."
*Thank you for referring your patient to Mayo Clinic.*

**Attention Mayo Clinic Staff**
This form collects information that is not part of the medical record. **For local storage only.**

©2019 Mayo Foundation for Medical Education and Research

MC0688-04rev0119

Papa Cares

Date: 2/3/20

Name: Keeta Fox

B/P: ___/___ P: ____ R: ____ T: ____ SaO2 ____ DOB: ____

Meds: Reviewed ____ Updated ____ No Change ____

CC: ____

HPI: C/o ↑ twitching (B) LE began calf → now (L) LE calf c̄ up into (L) lat thigh
⊖ sx in arms – "stopping to walk" & ↑ CTS sx

ROS: (Mark circle if wnl)

- ○ **GEN:** weight changes, insomnia, fatigue, fever chills, night sweats
- ○ **NEURO:** H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- ○ **EYES:** dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- ○ **EARS:** pain, tinnitus, vertigo, wax, drainage
- ○ **NOSE:** sinus pressure, rhinorrhea, discharge, epistaxis
- ○ **THROAT:** sore, redness, dysphagia, hoarseness
- ○ **RESP:** cough, sputum, dyspnea, wheeze SOA, hemoptysis
- ○ **CARDIAC:** pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- ○ **GI:** abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- ○ **GU:** diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- ○ **GYN:** peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- ○ **VASC:** edema, claudication, cold extremities
- ○ **SKIN:** rash, lesion, pruritis, moles, ulcers
- ○ **PSYCH:** depression, anxiety, agitation, mood swings, panic
- ○ **ENDOC:** polyuria/dyspepsia/phagia, heat/cold intol, ↑skin tags, dark patches
- ○ **MS:** weakness, pain, stiffness, joint pain, LBP, instability, falls
- ○ **HEME:** bleeding, fatigue, bruising, petechiae
- ○ **PAIN:** (1-10 worst) locations ____

PMH: [ ] unchged [ ] see note SH: [ ] unchged [ ] see note

FH: [ ] unchged [ ] see note HX Form From ___/___/___ Rev'd

Surg Hx: [ ] unchged [ ] see note

Rev'd/Updated Immunization/Preventive Screening

IMPRESSION:

1. Fasiculations (B) LE
2. Paresthesia (B) LE

PHYSICAL EXAM:

Wght: ____ Hght: ____ Team Member #: ____ BMI: ____ Waist: ____

ALLERGIES: ____ Hx anaphylaxis ____

- **GEN:** (A&O) (NAD) (WD), confused, fatigue, obesity
- ○ **HEAD:** normocephalic, atraumatic
- ○ **EYES:** conjunctiva clear, PERRLA, hemorrhage
- ○ **EARS:** AC>BC, TM bulging/retracted/dull, cerumen R/L
- ○ **NOSE:** mucous, pale, boggy, ulcerated, sinus tenderness
- ○ **THROAT:** swollen, exudates, erythema
- ○ **MOUTH:** teeth, gums, tongue, pale
- ○ **NODES:** cervical, axillary, inguinal
- ○ **NECK:** supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- ○ **RESP:** CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- ○ **CARDIAC:** RRR, S1, S2, S3, S4 murmurs, rubs
- ○ **VASC:** 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ○ **ABD:** soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- ○ **NEURO:** ~~gait unsteady~~, UE drift, (DTRs = bilat), (CN II-IX intact), sensation
- ○ **BACK:** ~~CVA tenderness~~, (SLR neg), ~~paraspinal TTP~~, ~~spinal TTP~~
- ○ **MS:** ~~joint swelling~~, warmth, ~~redness~~, ~~stiffness~~, (ROM) (strngth) (tone) (gait) WNL fasciculations full full
- ○ **FEET:** DM foot exam wnl, no lesion, sensation intact, no discoloration
- ○ **SKIN:** no rashes, jaundice, normal nails, lumps, pale
- ○ **RECTAL:** mass, hemorrhoids, decreased tone, hemoccult
- ○ **PROSTATE:** enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- ○ **GYN:** external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl, bimanual nl,
- ○ **BREAST:** nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- ○ **PSYCH:** appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- ○ **MEMORY:** nl, abnml, MMSE

TEACHING: T & F

TEST RESULTS Rev'd: ____

SCHEDULED LABS/TESTS: Tues [illegible] p 11am

RETURN to OFFICE: — [illegible] to [illegible]

REFERRAL ____

PLAN:

1. EMG/NCS (B) UE & LE
2. Contact Neuro ↑ [illegible]
3. Plan for Mayo [illegible]
4. Cerusa 20 qd (30)

2015 [signature]

PAGE 9/52 * RCVD AT 2/7/2020 3:24:01 PM [Eastern Standard Time] * SVR:VA1PWFAX401/14 * DNIS:6033340380 * CSID: * ANI:5022405905 * DURATION (mm-ss):15-52

Date: 1/29/2020

**Papa Care**

Name: Keith Fox
DOB: ____
B/P: ___/___ P: ___ R: ___ T: ___ SaO2: ___ Wght: ___ Hght: ___ BMI: ___ Waist: ___
Team Member #: 102136
Meds: Reviewed ___ Updated ___ No Change ___
ALLERGIES: ________ Hx anaphylaxis ___
CC: ________

HPI: Many issues
Dr pt ē visits
c̄ specialists

ROS: (Mark circle if wnl)

- ○ **GEN:** weight changes, insomnia, fatigue, fever chills, night sweats
- ○ **NEURO:** H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- ○ **EYES:** dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- ○ **EARS:** pain, tinnitus, vertigo, wax, drainage
- ○ **NOSE:** sinus pressure, rhinorrhea, discharge, epistaxis
- ○ **THROAT:** sore, redness, dysphagia, hoarseness
- ○ **RESP:** cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- ○ **CARDIAC:** pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- ○ **GI:** abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- ○ **GU:** diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- ○ **GYN:** peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- ○ **VASC:** edema, claudication, cold extremities
- ○ **SKIN:** rash, lesion, pruritis, moles, ulcers
- ○ **PSYCH:** depression, anxiety, agitation, mood swings, panic
- ○ **ENDOC:** polyuria/dyspepsia/phagia, heat/cold intol, ↑skin tags, dark patches
- ○ **MS:** weakness, pain, stiffness, joint pain, LBP, instability, falls
- ○ **HEME:** bleeding, fatigue, bruising, petechiae,
- ○ **PAIN:** (1-10 worst) locations ____

**PMH:** [ ] unchged [ ] see note **SH:** [ ] unchged [ ] see note
**FH:** [ ] unchged [ ] see note **HX Form From** ___/___/___ **Rev'd**
**Surg Hx:** [ ] unchged [ ] see note
**Rev'd/Updated** Immunization/Preventive Screening

**IMPRESSION:**
1. Blurry vision →
2. HA, [illegible]

**PHYSICAL EXAM:**

- **GEN:** A&O, NAD, WD, confused, fatigue, obesity
- ○ **HEAD:** normocephalic, atraumatic
- ○ **EYES:** conjunctiva clear, PERRLA, hemorrhage
- ○ **EARS:** AC>BC, TM bulging/retracted/dull, cerumen R/L
- ○ **NOSE:** mucous, pale, boggy, ulcerated, sinus tenderness
- ○ **THROAT:** swollen, exudates, erythema
- ○ **MOUTH:** teeth, gums, tongue, pale
- ○ **NODES:** cervical, axillary, inguinal
- ○ **NECK:** supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- ○ **RESP:** CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- ○ **CARDIAC:** RRR, S1, S2, S3, S4 murmurs, rubs
- ○ **VASC:** 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ○ **ABD:** soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- ○ **NEURO:** gait unsteady, UE drift, DTRs = bilat, CN II-IX intact sensation
- ○ **BACK:** CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- ○ **MS:** Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- ○ **FEET:** DM foot exam wnl, no lesion, sensation intact, no discoloration
- ○ **SKIN:** no rashes, jaundice, normal nails, lumps, pale
- ○ **RECTAL:** mass, hemorrhoids, decreased tone, hemoccult
- ○ **PROSTATE:** enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- ○ **GYN:** external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl, bimanual nl,
- ○ **BREAST:** nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- ○ **PSYCH:** appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- ○ **MEMORY:** nl, abnml, MMSE

**TEACHING:** ____
**TEST RESULTS Rev'd:** ____
**SCHEDULED LABS/TESTS:** ____
**RETURN to OFFICE:** ____
**REFERRAL** ____

**PLAN:**
1. Dr Burns 1/31 @ 11am
2. MM ē [illegible]

2015

Date: 1/28/2020

**Papa Care**

Name: Keeta Fox
B/P: 132/80 P: 96 R: ___ T: 98.7 SaO2: 98% DOB: ___ Wght: ___ Hght: ___ BMI: ___ Waist: ___ Team Member #: 102136
Meds: Reviewed · ___ Updated ___ No Change ___ ALLERGIES: ASA, Fioricet Hx anaphylaxis ___
CC: f/u review labs

HPI: multi issues prev c pt
rev MRI's c pt
↑ in blurry vision ) new onset
sees Dr Stern in Am
No surg option ? ⊖ cervic dz
CT chest today

PHYSICAL EXAM: see above

ROS: (Mark circle if wnl)

- ○ **GEN:** weight changes, insomnia, fatigue, fever chills, night sweats
- ○ **NEURO:** H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- ○ **EYES:** dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- ○ **EARS:** pain, tinnitus, vertigo, wax, drainage
- ○ **NOSE:** sinus pressure, rhinorrhea, discharge, epistaxis
- ○ **THROAT:** sore, redness, dysphagia, hoarseness
- ○ **RESP:** cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- ○ **CARDIAC:** pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- ○ **GI:** abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- ○ **GU:** diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- ○ **GYN:** peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- ○ **VASC:** edema, claudication, cold extremities
- ○ **SKIN:** rash, lesion, pruritis, moles, ulcers
- ○ **PSYCH:** depression, anxiety, agitation, mood swings, panic
- ○ **ENDOC:** polyuria/dyspepsia/phagia, heat/cold intol,
- ○ ↑skin tags, dark patches
- ○ **MS:** weakness, pain, stiffness, joint pain, LBP, instability, falls
- ○ **HEME:** bleeding, fatigue, bruising, petechiae,
- ○ **PAIN:** (1-10 worst) locations ___

**PMH:** [✓] unchged [ ] see note **SH:** [✓] unchged [ ] see note
**FH:** [✓] unchged [ ] see note **HX Form From** __/__/__ **Rev'd**
**Surg Hx:** [✓] unchged [ ] see note
**Rev'd/Updated** Immunization/Preventive Screening

- ○ **GEN:** A&O, NAS, WD, confused, fatigue, obesity
- ○ **HEAD:** normocephalic, atraumatic
- ○ **EYES:** conjunctiva clear, PERRLA, hemorrhage
- ○ **EARS:** AC>BC, TM bulging/retracted/dull, cerumen R/L
- ○ **NOSE:** mucous, pale, boggy, ulcerated, sinus tenderness
- ○ **THROAT:** swollen, exudates, erythema
- ○ **MOUTH:** teeth, gums, tongue, pale
- ○ **NODES:** cervical, axillary, inguinal
- ○ **NECK:** supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- ○ **RESP:** CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- ○ **CARDIAC:** RRR, S1, S2, S3, S4 murmurs, rubs
- ○ **VASC:** 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ○ **ABD:** soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- ○ **NEURO:** gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- ○ **BACK:** CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- ○ **MS:** Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- ○ **FEET:** DM foot exam wnl, no lesion, sensation intact, no discoloration
- ○ **SKIN:** no rashes, jaundice, normal nails, lumps, pale
- ○ **RECTAL:** mass, hemorrhoids, decreased tone, hemoccult
- ○ **PROSTATE:** enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- ○ **GYN:** external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl. bimanual nl,
- ○ **BREAST:** nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- ○ **PSYCH:** appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- ○ **MEMORY:** nl, abnml, MMSE

**TEACHING:**
**TEST RESULTS Rev'd:**
**SCHEDULED LABS/TESTS:**
**RETURN to OFFICE:**
**REFERRAL**

**IMPRESSION:**
(1) Blurry / Δ vision → to
(2) Cervical spinal stenosis c neck pain
(3) Lumbar disc protrusion c LBP
(4) Neurosurg notes → to pt to can after ? Dr

**PLAN:**
(1) To K Smith
(2) To Villanueva

2015

Date: 1/21/20

**Papa Cares**

Name: Keeta Fox
B/P: 130/77 P: 80 R: ___ T: 98.2 SaO2: 98% DOB: ______ Wght: ____ Hght: ____ Team Member #: 102136
Meds: Reviewed ___ Updated ___ No Change ___ ALLERGIES: ASA, Fioricet BMI: ____ Waist: ____
CC: c/o: neck pain & H/A Hx anaphylaxis ____

HPI: Pt states in 2013 dx'd c cervical stenosis p accident ↑ neck pain + H/A; UE sx without ... been dx'd ... CT

ROS: (Mark circle if wnl)

- GEN: weight changes, insomnia, fatigue, fever chills, night sweats
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol, ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations ____

PMH: [ ] unchged [ ] see note SH: [ ] unchged [ ] see note
FH: [ ] unchged [ ] see note HX Form From __/__/__ Rev'd
Surg Hx: [ ] unchged [ ] see note
Rev'd/Updated Immunization/Preventive Screening

PHYSICAL EXAM:

- GEN: A&O, NAS, WD, confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding
- NEURO: gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl, bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING: ____
TEST RESULTS Rev'd: ____
SCHEDULED LABS/TESTS: ____
RETURN to OFFICE: ____
REFERRAL ____

IMPRESSION:
① Cervical pain c Hx cervical spine stenosis
② LBP c fecal incontinence

PLAN:
Tell pt — ✓ MRI C spine + L-S spine

[signature]

2015

PAPA CARES, LLC
GREGORY POTTS, M.D.
2002 PAPA JOHNS BOULEVARD
LOUISVILLE, KY 40299 - (502) 240-5900
Ky. Lic. # 30295 - NPI # 1336182450

2/20/2020
8:00am

Name Keeta Fox DOB

Address Date 2/3/2020

℞ EMG/NCS Bilateral upper + lower extremities

DX: Paresthesia

☐ Do Not Substitute

Refill ______ Times In ______ Months

Greg Potts MD. /ACH

Heartland IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

**To:** **GREGORY J POTTS**
**POTTS, GREGORY MD**
**2002 PAPA JOHNS BOULEVARD**
**LOUISVILLE KY 40299**

| | |
|---|---|
| **Name:** | **KEETA R FOX** |
| **MRN #:** | **216404** |
| **Phone:** | |
| **DOB:** | |
| **Exam Start:** | **01/30/2020** |
| **Referring Phys.:** | **POTTS, GREGORY** |
| **Referring Phys Ph.:** | **5022405900** |
| **Referring Phys Fax:** | **5022405905** |

**Exam:** **MRI BRAIN W/WO CONTRAST 70553**
**70553,A9585**

1/31/2020
OK pt
to neuro
G

MRI Brain WO W

INDICATION:
53-year-old female with headaches and blurred vision, and tingling all over the body. Evaluate for demyelinating disease.

TECHNIQUE:
MRI of the brain with and without IV contrast. 6.5 cc of Gadavist was administered intravenously.

COMPARISON:
Previous MRI of the brain with and without contrast dated 10/3/2017.

FINDINGS:
The ventricles are normal in size and configuration. There is no evidence of mass or mass effect. No abnormal foci of increased or decreased signal intensity visualized in the brain parenchyma. No restricted diffusion. Following the intravenous administration of gadolinium contrast material, there is no abnormal parenchymal enhancement.

The sellar and parasellar regions are unremarkable. Normal flow-void is identified within both intracranial internal carotid arteries, as well as in the basilar artery. The basilar artery is relatively small in caliber, but does contain normal flow void.

The 7th and 8th cranial nerve complexes and internal auditory canals are unremarkable.

The paranasal sinuses are significant for a cyst in the inferior left maxillary sinus measuring approximately 1.4 cm in diameter and demonstrating no significant change from the prior exam. The paranasal sinuses are otherwise unremarkable. The orbits, and the bony calvarium as imaged are unremarkable.

IMPRESSION:

1. No acute intracranial abnormality, and no significant change from the prior exam. No

Heartland IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

**To:** **GREGORY J POTTS**
**POTTS, GREGORY MD**
**2002 PAPA JOHNS BOULEVARD**
**LOUISVILLE KY 40299**

| | |
|---|---|
| **Name:** | **KEETA R FOX** |
| **MRN #:** | **216404** |
| **Phone:** | |
| **DOB:** | |
| **Exam Start:** | **01/30/2020** |
| **Referring Phys.:** | **POTTS, GREGORY** |
| **Referring Phys Ph.:** | **5022405900** |
| **Referring Phys Fax:** | **5022405905** |

**Exam:** **MRI BRAIN W/WO CONTRAST 70553**
**70553,A9585**

imaging evidence of demyelinating disease.
2. Probable retention cyst partly visualized in the inferior left maxillary sinus, with no significant change from the prior exam.

Signer Name: Elizabeth J. Dubose MD
Signed: 1/30/2020 10:43 AM
Workstation Name: BETHIR-PC
Radiology Specialists of Louisville

Potts, Gregory thank you for referring Fox, Keeta. If you have any questions regarding this report, please contact us at (502)584-7970.

**Interpreting Physician:**

[signature]

**ELIZABETH DUBOSE**

**Signed: 01/30/2020 12:45 PM**

**CC:**

RSL Radiology Specialists of Louisville

**Thank you for visiting our imaging center.**

Kentuckiana Rheumatology
100 East Liberty Street
Louisville, KY, 40202

Fox, Keeta R
9602 Gutenburg Rd
Louisville, KY, 40299
Person #: 41503
Sex: F
DOB:

**Ordering:** Stern, Steven MD **Performing #:** QuestDiag **Location:** Kentuckiana Rheumatology

**Tests Ordered** : ANCA SCREEN WITH MPO AND PR3 WITH REFLEX TO ANCA TITER (70159), ALDOLASE (227), BETA 2 GLYCOPROTEIN I AB (IGG,IGA,IGM) (30340), ANGIOTENSIN-1-CONVERTING ENZYME (683), CARDIOLIPIN AB (IGA,IGG,IGM) (7352), CENTROMERE B ANTIBODY (16088), COMPLEMENT COMPONENT C3C (351), COMPLEMENT COMPONENT C4C (353), COMPREHENSIVE METABOLIC PANEL (10231), C-REACTIVE PROTEIN (4420), CREATINE KINASE, TOTAL (374), CRYOGLOBULIN SCREEN W/REFLEX TO CRYOGLOBULIN PROFI (37358), DNA (DS) ANTIBODY (255), JO-1 ANTIBODY (5810), LUPUS ANTICOAGULANT EVALUATION WITH REFLEX (7079), MYOSITIS ASSESSR(TM) PLUS$JO 1 AUTOANTIBODIES (10185), QUANTIFERON (R) TB GOLD, (INCUBATED) (16603), SCL-70 ANTIBODY (4942), SJOGREN'S ANTIBODIES (SS-A,SS-B) (7832), SM AND SM/RNP ANTIBODIES (7448), URINALYSIS, COMPLETE (5463)

**ALDOLASE (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| ALDOLASE | 4.3 | U/L | | < OR = 8.1 | |

**ANGIOTENSIN-1-CONVERTING ENZYME (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| ANGIOTENSIN-1-CONVERTING ENZYME | 14 | U/L | | 9-67 | |

**CARDIOLIPIN AB (IGA,IGG,IGM) (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| CARDIOLIPIN AB (IGA) | <11 | APL | | | Value Interpretation ----- -------------- < or = 11 Negative 12 - 20 Indeterminate 21 - 80 Low to Medium Positive >80 High Positive |
| CARDIOLIPIN AB (IGG) | <14 | GPL | | | Value Interpretation ----- -------------- < or = 14 Negative 15 - 20 Indeterminate 21 - 80 Low to Medium Positive >80 High Positive |
| CARDIOLIPIN AB (IGM) | <12 | MPL | | | Value Interpretation ----- -------------- < or = 12 Negative 13 - 20 Indeterminate 21 - 80 Low to Medium Positive >80 High Positive The antiphospholipid antibody syndrome (APS) is a clinical-pathologic correlation that includes a clinical event (e.g. thrombosis, pregnancy loss, thrombocytopenia) and persistent positive antiphospholipid antibodies (IgM or IgG ACA >40 MPL/GPL, IgM or IgG anti-b2GPI antibodies or a lupus anticoagulant). International consensus guidelines for APS suggest waiting at least 12 weeks before retesting to confirm antibody persistence. The Systemic Lupus International Collaborating Clinics immunological classification criteria for |

systemic lupus erythematosus (SLE) include testing for isotype IgA, which has yet to be incorporated into APS criteria. Low level antiphospholipid antibodies may sometimes be detected in the setting of infection, drug therapy or aging.

**CENTROMERE B ANTIBODY (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| CENTROMERE B ANTIBODY | <1.0 NEG | AI | | <1.0 NEG | |

**SJOGREN'S ANTIBODIES (SS-A,SS-B) (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| SJOGREN'S ANTIBODY (SS-A) | <1.0 NEG | AI | | <1.0 NEG | |
| SJOGREN'S ANTIBODY (SS-B) | <1.0 NEG | AI | | <1.0 NEG | |

**SM AND SM/RNP ANTIBODIES (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| SM ANTIBODY | <1.0 NEG | AI | | <1.0 NEG | |
| SM/RNP ANTIBODY | <1.0 NEG | AI | | <1.0 NEG | |

**SCL-70 ANTIBODY (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| SCL-70 ANTIBODY | <1.0 NEG | AI | | <1.0 NEG | |

**C-REACTIVE PROTEIN (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| C-REACTIVE PROTEIN | 0.4 | mg/L | | <8.0 | |

**COMPLEMENT COMPONENT C4C (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| COMPLEMENT COMPONENT C4C | 31 | mg/dL | | 15-57 | |

**COMPLEMENT COMPONENT C3C (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| COMPLEMENT COMPONENT C3C | 143 | mg/dL | | 83-193 | |

**DNA (DS) ANTIBODY (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| DNA (DS) ANTIBODY | 7 | IU/mL | H | | IU/mL Interpretation < or = 4 Negative 5-9 Indeterminate > or = 10 Positive |

**LUPUS ANTICOAGULANT EVALUATION WITH REFLEX (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| DRVVT SCREEN | 26 | sec | | < OR = 45 | |
| LUPUS ANTICOAGULANT | | | | NOT DETECTED | A Lupus Anticoagulant is not detected. For more information on this test, go to: http://education.questdiagnostics.com/faq/FAQ01v2 (This link is being provided for |

Patient: Fox, Keeta R, DOB:

informational/ educational purposes only.) - - - - - - -
- - - - - - - - - - - - - - -
- - - - - - - - - - - - - - -
- - - - - - - - - - - -
- - - - - - - This interpretation is based on the following test results:

| | | | | |
|---|---|---|---|---|
| PTT-LA SCREEN | 27 | sec | | < OR = 40 |

**URINALYSIS, COMPLETE (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| AMORPHOUS SEDIMENT | DNR | /HPF | | NONE OR FEW | |
| APPEARANCE | CLEAR | | | CLEAR | |
| BACTERIA | NONE SEEN | /HPF | | NONE SEEN | |
| BILIRUBIN | NEGATIVE | | | NEGATIVE | |
| CALCIUM OXALATE CRYSTALS | DNR | /HPF | | NONE OR FEW | |
| CASTS | DNR | /LPF | | NONE SEEN | |
| COLOR | YELLOW | | | YELLOW | |
| COMMENTS | DNR | | | | |
| CRYSTALS | DNR | /HPF | | NONE SEEN | |
| GLUCOSE | NEGATIVE | | | NEGATIVE | |
| GRANULAR CAST | DNR | /LPF | | NONE SEEN | |
| HYALINE CAST | NONE SEEN | /LPF | | NONE SEEN | |
| KETONES | NEGATIVE | | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | | NEGATIVE | |
| NITRITE | NEGATIVE | | | NEGATIVE | |
| NOTE | DNR | | | | |
| OCCULT BLOOD | TRACE | | A | NEGATIVE | |
| PH | 5.5 | | | 5.0-8.0 | |
| PROTEIN | NEGATIVE | | | NEGATIVE | |
| RBC | 0-2 | /HPF | | < OR = 2 | |
| RENAL EPITHELIAL CELLS | DNR | /HPF | | < OR = 3 | |
| SPECIFIC GRAVITY | 1.020 | | | 1.001-1.035 | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | /HPF | | < OR = 5 | |
| TRANSITIONAL EPITHELIAL CELLS | DNR | /HPF | | < OR = 5 | |
| TRIPLE PHOSPHATE CRYSTALS | DNR | /HPF | | NONE OR FEW | |
| URIC ACID CRYSTALS | DNR | /HPF | | NONE OR FEW | |
| WBC | NONE SEEN | /HPF | | < OR = 5 | |
| YEAST | DNR | /HPF | | NONE SEEN | |

**CRYOGLOBULIN SCR W/REFL TO CRYOGLOBULIN PANEL (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| CRYOGLOBULIN, QL | NEGATIVE | | | | Reference Range: NEGATIVE IN NORMAL INDIVIDUALS This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes. |

Patient: Fox, Keeta R, DOE

**CREATINE KINASE, TOTAL (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| CREATINE KINASE, TOTAL | 47 | U/L | | 29-143 | |

**COMPREHENSIVE METABOLIC PANEL (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| ALBUMIN | 4.6 | g/dL | | 3.6-5.1 | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | (calc) | | 1.0-2.5 | |
| ALKALINE PHOSPHATASE | 48 | U/L | | 33-130 | |
| ALT | 15 | U/L | | 6-29 | |
| AST | 14 | U/L | | 10-35 | |
| BILIRUBIN, TOTAL | 0.8 | mg/dL | | 0.2-1.2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | (calc) | | 6-22 | |
| CALCIUM | 9.6 | mg/dL | | 8.6-10.4 | |
| CARBON DIOXIDE | 26 | mmol/L | | 20-32 | |
| CHLORIDE | 105 | mmol/L | | 98-110 | |
| CREATININE | 0.65 | mg/dL | | 0.50-1.05 | For patients >49 years of age, the reference limit for Creatinine is approximately 13% higher for people identified as African-American. |
| eGFR AFRICAN AMERICAN | 117 | mL/min/1.73m2 | | > OR = 60 | |
| eGFR NON-AFR. AMERICAN | 101 | mL/min/1.73m2 | | > OR = 60 | |
| GLOBULIN | 2.7 | g/dL (calc) | | 1.9-3.7 | |
| GLUCOSE | 94 | mg/dL | | 65-99 | Fasting reference interval |
| POTASSIUM | 3.9 | mmol/L | | 3.5-5.3 | |
| PROTEIN, TOTAL | 7.3 | g/dL | | 6.1-8.1 | |
| SODIUM | 141 | mmol/L | | 135-146 | |
| UREA NITROGEN (BUN) | 12 | mg/dL | | 7-25 | |

**MYOSITIS ASSESSR(TM) PLUS JO 1 ANTIBODY (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| JO-1 ANTIBODY | <1.0 NEG | AI | | <1.0 NEG | |

**MYOSITIS ASSESSR(TM) PLUS JO 1 ANTIBODY (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| SRP AUTOANTIBODIES | NOT DETECTED | | | NOT DETECTED | |

**MYOSITIS ASSESSR(TM) PLUS JO 1 ANTIBODY (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| OJ AUTOANTIBODIES | NOT DETECTED | | | NOT DETECTED | |

**MYOSITIS ASSESSR(TM) PLUS JO 1 ANTIBODY (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|

Patient: Fox, Keeta R, DOB:

| | | | | | |
|---|---|---|---|---|---|
| EJ AUTOANTIBODIES | NOT DETECTED | | | NOT DETECTED | |

**MYOSITIS ASSESSR(TM) PLUS JO 1 ANTIBODY (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| KU AUTOANTIBODIES | NOT DETECTED | | | NOT DETECTED | |

**MYOSITIS ASSESSR(TM) PLUS JO 1 ANTIBODY (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| MI 2 AUTOANTIBODIES | NOT DETECTED | | | NOT DETECTED | |

**MYOSITIS ASSESSR(TM) PLUS JO 1 ANTIBODY (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| PL 12 AUTOANTIBODIES | NOT DETECTED | | | NOT DETECTED | |

**MYOSITIS ASSESSR(TM) PLUS JO 1 ANTIBODY (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| PL 7 AUTOANTIBODIES | NOT DETECTED | | | NOT DETECTED | |

**ANCA SCREEN WITH MPO AND PR3 WITH REFLEX TO ANCA TITER (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| PROTEINASE-3 ANTIBODY | <1.0 | AI | | | Value Interpretation ----- -------------- <1.0 No Antibody Detected > or = 1.0 Antibody Detected Autoantibodies to proteinase-3 (PR-3) are accepted as characteristic for granulomatosis with polyangiitis (GPA, Wegener's), and are detectable in 95% of the histologically proven cases. The cytoplasmic IFA pattern, (c-ANCA), is based largely on autoantibody to PR-3 which serves as the primary antigen. These autoantibodies are present in active disease. |

**ANCA SCREEN WITH MPO AND PR3 WITH REFLEX TO ANCA TITER (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| MYELOPEROXIDASE ANTIBODY | <1.0 | AI | | | Value Interpretation ----- -------------- <1.0 No Antibody Detected > or = 1.0 Antibody Detected Autoantibodies to myeloperoxidase (MPO) are commonly associated with the following small-vessel vasculitides: microscopic polyangiitis, polyarteritis nodosa, Churg-Strauss syndrome, necrotizing and crescentic glomerulonephritis and occasionally granulomatosis with polyangiitis (GPA, Wegener's). The perinuclear IFA pattern, (p-ANCA) is based largely on autoantibody to myeloperoxidase which serves |

as the primary antigen. These autoantibodies are present in active disease.

**ANCA SCREEN WITH MPO AND PR3 WITH REFLEX TO ANCA TITER (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| ANCA SCREEN | NEGATIVE | | | NEGATIVE | ANCA Screen includes evaluation for p-ANCA, c-ANCA and atypical p-ANCA. A positive ANCA screen reflexes to titer and pattern(s), e.g., cytoplasmic pattern (c-ANCA), perinuclear pattern (p-ANCA), or atypical p-ANCA pattern. c-ANCA and p-ANCA are observed in vasculitis, whereas atypical p-ANCA is observed in IBD (Inflammatory Bowel Disease). Atypical p-ANCA is detected in about 55% to 80% of patients with ulcerative colitis but only 5% to 25% of patients with Crohn's disease. |
| ATYPICAL P-ANCA TITER | DNR | titer | | <1:20 | |
| C-ANCA TITER | DNR | titer | | <1:20 | |
| P-ANCA TITER | DNR | titer | | <1:20 | |

**BETA 2 GLYCOPROTEIN I AB (IGG,IGA,IGM) (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| B2 GLYCOPROTEIN I (IGA)AB | <9 | SAU | | < OR = 20 | |

**BETA 2 GLYCOPROTEIN I AB (IGG,IGA,IGM) (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| B2 GLYCOPROTEIN I (IGM)AB | <9 | SMU | | < OR = 20 | |

**BETA 2 GLYCOPROTEIN I AB (IGG,IGA,IGM) (Collection Date: 01/08/2020 14:41, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| B2 GLYCOPROTEIN I (IGG)AB | <9 | SGU | | < OR = 20 | |

**QUANTIFERON(R)-TB GOLD PLUS, 1 TUBE (Collection Date: 01/08/2020 14:43, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| MITOGEN-NIL | 6.61 | IU/mL | | | |
| NIL | 0.02 | IU/mL | | | |
| QUANTIFERON(R)-TB GOLD PLUS, 1 TUBE | NEGATIVE | | | NEGATIVE | Negative test result. M. tuberculosis complex infection unlikely. |
| TB1-NIL | 0.00 | IU/mL | | | |
| TB2-NIL | 0.00 | IU/mL | | | The Nil tube value reflects the background interferon gamma immune response of the patient's blood sample. This value has been subtracted from the patient's displayed TB and Mitogen results. Lower than expected results with the Mitogen tube prevent false-negative QuantiFeron readings by detecting a patient with a potential immune suppressive condition and/or suboptimal pre-analytical specimen handling. The TB1 Antigen tube is coated with the M. tuberculosis-specific antigens |

designed to elicit responses from TB antigen primed CD4+ helper T-lymphocytes. The TB2 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper and CD8+ cytotoxic T-lymphocytes. For additional information, please refer to https://education.questdiagnostics.com/faq/FAQ204 (This link is being provided for informational/ educational purposes only.)

Attn Prov: Potts, Greg J.
2002 Papa John's Blvd
LOUISVILLE KY 40299

# BAPTIST HEALTH LOUISVILLE CT
## Imaging Result

| | | | |
|---|---|---|---|
| Name: **Fox, Keela R** | Room: | Sex: **Female** | Patient Class: **Outpatient** |
| Procedures Performed: **CT Abdomen Pelvis With Contrast** | Exam Date & Time: 01/28/2020 4:42 PM | MRN: 8911342017 | Diagnosis: Right lower quadrant pain |
| Performing Department: **BAPTIST HEALTH LOUISVILLE CT** 4000 KRESGE WAY LOUISVILLE KY 40207-4605 502-897-8100 | Accession Number: 2004300313 | Reason for Exam: right lower quadrant pain | PCP: Potts, Greg J. |

CT CHEST HI RESOLUTION, CT ABDOMEN PELVIS WITH CONTRAST

Radiation dose reduction techniques were utilized, including automated exposure control and exposure modulation based on body size.

CLINICAL INFORMATION: Abnormal CT scan of the chest, history of renal calculi.

COMPARISON: Outside CT scan of the chest 12/17/2019 and CT scan of the abdomen and pelvis 09/12/2017.

CT CHEST FINDINGS: There has been no interval change in the focal aggregate of bullae demonstrated within the right lower lobe periphery. No associated abnormality suggestive of bronchial atresia.

No acute pulmonary process has developed. No mass nor pleural effusion. The esophagus is satisfactory in appearance, heart size within normal limits. No pericardial abnormality. The aorta is normal in caliber. No mediastinal or hilar mass/lymphadenopathy.

CONCLUSION: Stable CT scan of the chest, similar to the outside examination 12/17/2019. There is an area of lung lucency with associated bullae within the right lower lobe. This may represent the result of bronchial atresia however no associated bronchial abnormality leading to this location can be identified.

CT OF THE ABDOMEN AND PELVIS FINDINGS: There are again demonstrated 2 hepatic cysts, the liver is otherwise normal in appearance. The gallbladder is satisfactory in appearance, no biliary duct dilatation. The pancreas and spleen as well as the adrenal glands are normal in appearance. Both kidneys demonstrate a symmetric satisfactory pattern of enhancement without mass, calculus nor obstructive uropathy. Diameter of the aorta is within normal limits. The bladder is collapsed. The uterus

is small in size, appropriate for age, both ovaries within normal limits and symmetric. No free air nor free intraperitoneal fluid.

There is diverticulosis of the colon. No small bowel abnormality is seen. The gastric contour is within normal limits. The appendix cannot be identified. Cecum is located low within the right pelvis.

CONCLUSION:
1. Diverticulosis of the colon.
2. No acute intra-abdominal abnormality.
3. Hepatic cysts.

This report was finalized on 1/29/2020 3:33 PM by Dr. Andre Thebert, M.D.

Signed By: Thebert, Andre R, MD on 1/29/2020 3:33 PM

Heartland IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

**To:** **GREGORY J POTTS**
**POTTS, GREGORY MD**
**2002 PAPA JOHNS BOULEVARD**
**LOUISVILLE KY 40299**

| | |
|---|---|
| **Name:** | **KEETA R FOX** |
| **MRN #:** | **216404** |
| **Phone:** | |
| **DOB:** | |
| **Exam Start:** | **01/22/2020** |
| **Referring Phys.:** | **POTTS, GREGORY** |
| **Referring Phys Ph.:** | **5022405900** |
| **Referring Phys Fax:** | **5022405905** |

**Exam:** **MRI CERVICAL SPINE WO CONTRAST**
**72141**
**72141**

MRI Spine Cervical WO

INDICATION:
53-year-old female with headaches and neck pain. Evaluate for cervical spine abnormality.

TECHNIQUE:
MRI of the cervical spine without IV contrast. T1 and T2-weighted images were acquired in multiple imaging planes.

COMPARISON:
None available.

FINDINGS:
The C1-T2 vertebrae are visualized. Vertebral bodies are normal in height. Mild reactive changes are seen in the vertebral body endplates adjacent to the C5-6 and C6-7 discs. Marrow signal intensity is otherwise within normal limits. Straightening of the usual cervical lordosis.

The cervical spinal cord appears normal in morphology and signal intensity. The imaged portions of the cerebellum, pons and brainstem are unremarkable.

C3: The disc is normal in appearance. The spinal canal and neural foramina are patent.

C3-4: No focal bulge or herniation. The spinal canal and neural foramina are patent

C4-5: Disc desiccation and loss of disc height. 2 to 3 mm posterior and right greater than left posterolateral disc bulging and right greater than left posterolateral spondylosis. Disc effaces the ventral thecal sac and mildly effaces the ventral cervical cord. Mild spinal stenosis, and moderate right greater than left foraminal stenosis.

C5-6: Disc desiccation and loss of disc height. 3 to 4 mm posterior and right greater than left posterolateral disc bulging as well as right greater than left posterolateral

Heartland IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

**To:** GREGORY J POTTS
POTTS, GREGORY MD
2002 PAPA JOHNS BOULEVARD
LOUISVILLE KY 40299

| | |
|---|---|
| **Name:** | **KEETA R FOX** |
| **MRN #:** | **216404** |
| **Phone:** | |
| **DOB:** | |
| **Exam Start:** | **01/22/2020** |
| **Referring Phys.:** | **POTTS, GREGORY** |
| **Referring Phys Ph.:** | **5022405900** |
| **Referring Phys Fax:** | **5022405905** |

**Exam: MRI CERVICAL SPINE WO CONTRAST**
**72141**
**72141**

spondylosis and uncovertebral joint hypertrophy. Disc effaces the ventral thecal sac and the ventral cervical cord. Moderate spinal stenosis, with severe right and moderate left foraminal stenosis.

C6-7: Disc desiccation and 3 to 4 mm central and slightly left paracentral disc effacing the ventral thecal sac and mildly effacing the ventral cervical. Mild spinal stenosis. Right greater than left posterolateral disc osteophyte complex, with moderately severe right and moderate left foraminal stenosis.

C7-T1: Mild annular disc bulging. The spinal canal and neural foramina are patent.

1/28/20
rev c pt
k

The surrounding soft tissues, as imaged are unremarkable.

IMPRESSION:

1. At C5-6, moderate spinal stenosis. Severe right and moderate left foraminal stenosis.
2. At C4-5, mild spinal stenosis and moderate right greater than left foraminal stenosis.
3. At C6-7, mild spinal stenosis. Moderately severe right and moderate left foraminal stenosis.
4. Straightening of the usual cervical lordosis.

Signer Name: Elizabeth J. Dubose MD
Signed: 1/22/2020 10:02 AM
Workstation Name: BETHIR-PC
Radiology Specialists of Louisville

Potts, Gregory thank you for referring Fox, Keeta. If you have any questions regarding this report, please contact us at (502)584-7970.

**Interpreting Physician:**

**ELIZABETH DUBOSE**

**Heartland IMAGING**

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

**To:** GREGORY J POTTS
POTTS, GREGORY MD
2002 PAPA JOHNS BOULEVARD
LOUISVILLE KY 40299

| | |
|---|---|
| **Name:** | **KEETA R FOX** |
| **MRN #:** | **216404** |
| **Phone:** | |
| **DOB:** | |
| **Exam Start:** | **01/22/2020** |
| **Referring Phys.:** | **POTTS, GREGORY** |
| **Referring Phys Ph.:** | **5022405900** |
| **Referring Phys Fax:** | **5022405905** |

**Exam:** **MRI CERVICAL SPINE WO CONTRAST**
**72141**
**72141**

**Signed: 01/22/2020 12:04 PM**

**CC:**

**Thank you for visiting our imaging center.**

**Heartland IMAGING**

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

**To:** **GREGORY J POTTS**
**POTTS, GREGORY MD**
**2002 PAPA JOHNS BOULEVARD**
**LOUISVILLE KY 40299**

| | |
|---|---|
| **Name:** | **KEETA R FOX** |
| **MRN #:** | **216404** |
| **Phone:** | |
| **DOB:** | |
| **Exam Start:** | **01/22/2020** |
| **Referring Phys.:** | **POTTS, GREGORY** |
| **Referring Phys Ph.:** | **5022405900** |
| **Referring Phys Fax:** | **5022405905** |

**Exam:** **MRI LUMBAR SPINE WO CONTRAST**
**72148**
**72148**

MRI Spine Lumbar WO

INDICATION:
53-year-old female with back pain and numbness and tingling in the lower extremities bilaterally. Fecal incontinence. Evaluate for spinal stenosis.

TECHNIQUE:
MRI of the lumbar spine without IV contrast. T1 and T2-weighted images were acquired in multiple imaging planes.

COMPARISON:
MRI of the lumbar spine dated 11/21/2017.

FINDINGS:
The T12-S2 vertebrae are visualized. Vertebral bodies are normal in height and signal intensity. No spondylolysis or listhesis.

The conus terminates at the level of the L1 vertebral body and is unremarkable. The lumbar nerve roots layer normally in the dependent spinal canal.

L1-2, L2-3, L3-4: The discs are normal in appearance. The spinal canal and neural foramina are patent.

L4-5: Disc desiccation with a well-maintained disc height. 2 to 3 mm posterior and left posterolateral disc bulging appears mildly increased from the prior exam. Mild to moderate left and mild right ligamentum flavum hypertrophy and facet arthropathy. Mild left foraminal stenosis without evidence of nerve root impingement.

L5-S1: Disc desiccation and approximately 5 mm broad-based central and slightly left paracentral protruding disc extending a short distance inferiorly. Disc appears to touch but does not definitely efface or displace the left S1 nerve root. Overall, the appearance is quite similar to the prior exam. Mild, bilateral facet arthropathy. Focus of increased signal along the dorsal margin the disc suggests an annular tear and is also

Heartland IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

| | | | |
|---|---|---|---|
| To: | GREGORY J POTTS<br>POTTS, GREGORY MD<br>2002 PAPA JOHNS BOULEVARD<br>LOUISVILLE KY 40299 | Name: | KEETA R FOX |
| | | MRN #: | [illegible] |
| | | Phone: | |
| | | DOB: | |
| | | Exam Start: | 01/22/2020 |
| | | Referring Phys.: | POTTS, GREGORY |
| | | Referring Phys Ph.: | 5022405900 |
| | | Referring Phys Fax: | 5022405905 |

**Exam:** **MRI LUMBAR SPINE WO CONTRAST**
**72148**
**72148**

1/28/20

present on the prior exam.

The surrounding soft tissues, as imaged are unremarkable.

IMPRESSION:
1. At L5-S1, approximately 5 mm central and slightly left paracentral protruding disc extending a short distance inferiorly demonstrates no significant change. Disc touches, but does not definitely efface or displace the left S1 nerve root.
2. At L4-5, 2 to 3 mm posterior and left posterolateral disc bulging is mildly increased from the prior exam, with mild left foraminal stenosis. Left greater than right ligamentum flavum hypertrophy and facet arthropathy.

Signer Name: Elizabeth J. Dubose MD
Signed: 1/22/2020 10:28 AM
Workstation Name: BETHIR-PC
Radiology Specialists of Louisville

Potts, Gregory thank you for referring Fox, Keeta. If you have any questions regarding this report, please contact us at (502)584-7970.

**Interpreting Physician:**

**ELIZABETH DUBOSE**

**Signed: 01/22/2020 12:30 PM**

**CC:**

RSL Radiology Specialists of Louisville

Heartland IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

**To:** GREGORY J POTTS
POTTS, GREGORY MD
2002 PAPA JOHNS BOULEVARD
LOUISVILLE KY 40299

| | |
|---|---|
| **Name:** | **KEETA R FOX** |
| **MRN #:** | **216404** |
| **Phone:** | |
| **DOB:** | |
| **Exam Start:** | **01/22/2020** |
| **Referring Phys.:** | **POTTS, GREGORY** |
| **Referring Phys Ph.:** | **5022405900** |
| **Referring Phys Fax:** | **5022405905** |

**Exam:** **MRI LUMBAR SPINE WO CONTRAST**
**72148**
**72148**

**Thank you for visiting our imaging center.**

# KENTUCKIANA RHEUMATOLOGY

100 E. Liberty St., Suite 700, Louisville, KY 40202
**Phone:** 502-583-5836 **Fax:** 502-583-2266

| | |
|---|---|
| PATIENT: | Keeta Fox |
| DATE OF BIRTH: | |
| DATE OF VISIT: | 1/8/2020 |
| VISIT TYPE: | Office Visit |

This 53 year old female presents for f/u

HPI DETAILS: Keeta Fox is a 53-year-old Papa Johns executive who works 60 hours per week. She was last seen in this office by Dana Mann, NP in July, 2017. She returns at this time for evaluation of a positive ANA test with complaints of a skin rash on her trunk and arms with pruritis and erythema for which she was seen in the ICC in early December. She was given Prednisone 60mg by the ICC, which she tapered down and off, taking her last pill yesterday. The rash cleared after a few days on the steroids. She has a longstanding rash to the back of her head for which she sees dermatology. They treat it with a topical ABX but she feels this is not the appropriate treatment plan. She also complains of severe left back/flank pain and chest pressure which has been present since December. She saw cardiology and their workup was WNL. When they told her there was nothing for them to treat from a cardiac standpoint, she went on her own and had an MRI run. Pulmonary fibrosis was reported as a result of this testing but she has not yet seen a pulmonologist for a plan of care. She has suffered with kidney stones for the past two years and has passed four of them. She has headaches, dry eyes but can make tears, foot and ankle issues for which she sees Dr. Quill, headaches for two months, dizziness/lightheadedness for several years which was diagnosed as arteritis per MRI. She was referred to neuro but she did not keep the appointment. She snores and wakes up gasping for air. She has had a feeling pressure in the mid back for the past 10 years. She has bilateral carpal tunnel and was scheduled for surgery but she cancelled it. She has fatigue, low grade fevers, dry mouth with a burning tongue, cough, insomnia, cough, SOB, palpitations, numbness and tingling, anxiety. She has pain at rest and at night which no activities improve and exercise exacerbates. She rates her pain at a level of 8 out of 10 on the VAS and states it impacts her ability to sleep and to focus at work. She is stressed, anxious, and has no appetite.

CONSTITUTIONALLY: Without any fever, chills or sweats. She reports she feels like she has a fever but her temperature is normothermic. She has had a five pound weight gain in the past six to 12 months.

PAST MEDICAL HISTORY: She has a new DX of pulmonary fibrosis via MRI but has not yet seen pulmonology. She has GERD/acid reflux. She is menopausal but stopped her ERT. She had a hysteroscopy with biopsy in April, 2018 and an axillary lymph node biopsy in March of 2019. She is on treatment for anxiety. She is G0, P0, M0 status and menopause occurred at age 53. Other past treatments include PT/dry needling. She fractured her coracoid process in 2004. She has never smoked.

FAMILY HISTORY: Mother with RA, OA, osteoporosis, low back pain. Sister with mycobacterium avium complex.

## Past Medical/Surgical History (Detailed)

| Disease/Disorder | Onset Date | Comments |
| --- | --- | --- |
| Anxiety | 1997 | |
| Chronic vaginal yeast infections | | |
| Cystic Breasts | | |
| Kidney Stones | | |
| Pulmonary fibrosis | | |
| Spinal sterosis/ neck | | |

| Surgery/Treatment | Date | Comment |
| --- | --- | --- |
| PT | | |

## Active Medications (Prior to visit today)

| Medication | Instructions | Start Date | Stop Date | Refilled | Elsewhere |
| --- | --- | --- | --- | --- | --- |
| hydroxyzine HCl 10 mg tablet | | // | | | Y |
| clonazepam 0.5 mg tablet | take 1 tablet by oral route 2 times every day | // | | | Y |
| VITAMIN D-400 | take one tablet daily | // | | | Y |
| tramadol 50 mg tablet | take 1 tablet by oral route every 6 hours as needed as needed | // | | | Y |
| omeprazole 40 mg capsule,delayed release | take 1 capsule by oral route every day before a meal | // | | | Y |
| CALCIUM | take one tablet daily | // | | | Y |
| Ambien 10 mg tablet | take 1 tablet by oral route every day at bedtime | // | | | Y |
| ibuprofen | take 1 tablet by oral route 3 times every day with food as needed | // | | | Y |
| Systane Complete 0.6 % eye drops | | // | | | Y |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
| --- | --- | --- | --- |
| ASPIRIN | | | |

## Family History

Reviewed, no changes.

## Social History

Tobacco use reviewed.

## Review of Systems

| System | Neg/Pos | Details |
| --- | --- | --- |
| Constitutional | Positive | Fatigue, Change in sleep habits. |
| Constitutional | Negative | Fever. |

| | | |
|---|---|---|
| ENMT | Positive | Dry mouth. |
| ENMT | Negative | Mouth ulcers. |
| Eyes | Positive | Dry eyes |
| Respiratory | Positive | Cough, Dyspnea. |
| Cardio | Positive | Chest pain, Irregular heartbeat/palpitations. |
| Cardio | Negative | Edema. |
| GI | Negative | Abdominal pain and Heartburn. |
| GU | Negative | Genital ulcers and Hematuria. |
| Neuro | Positive | Tingling, Numbness |
| Neuro | Negative | Gait disturbance. |
| Psych | Positive | Anxiety. |
| Psych | Negative | Depression. |
| Integumentary | Positive | Psoriasis, Rash. |
| Integumentary | Negative | Hives |
| MS | Positive | Back pain, Joint tenderness, Muscle cramping, Myalgia, Neck pain, Night-time or rest pain. |
| MS | Negative | Joint pain, Joint swelling, Low back pain, Morning stiffness, Muscle weakness and Muscular atrophy. |
| Hema/Lymph | Negative | Bruising. |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:31 PM | 119/80 | 89 | | 98.90 | 5.0 | 7.00 | 170.18 | 152.00 | 68.946 | 23.81 | | |

## Disease Activity Measures

Patient Global: 8.0
MD Global: 0.0
Pain Score: 7.5
RAPID 3: 15.5

## Physical Exam

EXAM DETAILS
GENERAL. Well developed well hydrated slim C female in no acute distress awake alert and oriented x 3 good historian. Anxious.

HEENT: without alopecia, facial rash, or oral ulceration PER. EOMI. Conjunctivae and sclerae were clear. Mouth has moist buccal mucosa, good salivary production without evidence of any oral lesion Parotid and submandibular glands are unremarkable.

Neck : without adenopathy, mass, or thyromegaly.

Lungs: clear to auscultation without adventitial breath sounds with normal percussion and respiratory rate.

Heart: Heart regular rate and rhythm without murmur, rub, gallop, or click.

Abdomen: was soft, nontender without any palpable organomegaly, mass, or aneurysm.

Extremities: without cyanosis, clubbing, or edema

Skin. is without rash.

MSK exam shows full range of motion to the small joints of the hands without thickening. Wrists maintain 85 ° of dorsi and palmar flexion. Elbows have full flexion and extension without olecranon change or effusion Shoulders can abduct past 90° with full rotation. TMJ's nontender Hips have good flexion and rotation. Knees are cool without effusions or thickening. Patient can flex to limits of calf to thigh with normal extension. Ankles have good motion in the true and subtalar joints. MTP's without squeeze or pinch tenderness. Strength is 5/5 in all distributions. Myofascial tender points in ant chest, upper back, outer buttocks, anserine bursae. Lumbar lordosis

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Systemic involvement of connective tissue, unspecified (M35.9). |
| | Impression | ANA (+) 1:640 Homogenous w/ normal basic lab assessment. Will complete autoimmune laboratory components for a CVD diagnosis. Hoping she had viral illnes on top of her long standing issues that is clearing w/ time and short burst of steroids. Helping her to continue her steroid taper.. |
| | Plan Orders | ALDOLASE to be performed, ANCA SCREEN WITH MPO AND PR3 WITH REFLEX TO ANCA TITER to be performed, ANGIOTENSIN-1-CONVERTING ENZYME to be performed, BETA 2 GLYCOPROTEIN I AB (IGG,IGA,IGM) to be performed, C-REACTIVE PROTEIN to be performed, CARDIOLIPIN AB (IGA,IGG,IGM) to be performed, CENTROMERE B ANTIBODY to be performed, COMPLEMENT COMPONENT C3C to be performed, COMPLEMENT COMPONENT C4C to be performed, COMPREHENSIVE METABOLIC PANEL to be performed, CREATINE KINASE, TOTAL to be performed, CRYOGLOBULIN SCREEN W/REFLEX TO CRYOGLOBULIN PROFI to be performed, DNA (DS) ANTIBODY to be performed, JO-1 ANTIBODY to be performed, LUPUS ANTICOAGULANT EVALUATION WITH REFLEX to be performed, MYOSITIS ASSESSR(TM) PLUS$JO 1 AUTOANTIBODIES to be performed, QUANTIFERON (R) TB GOLD, (INCUBATED) to be performed, SCL-70 ANTIBODY to be performed, SJOGREN'S ANTIBODIES (SS-A,SS-B) to be performed, SM AND SM/RNP ANTIBODIES to be performed and URINALYSIS, COMPLETE to be performed. She is to schedule a follow-up visit with Steven Stern MD in 2 Weeks. |
| | | |

PLAN DETAILS:
F/U in 2 weeks

## Pain Management Plan

Pain Scale: 8/10.

## Follow Up

| Reason | Timeframe | Comments |
|---|---|---|
| follow-up visit with Steven Stern MD in 2 Weeks | in 2 Weeks | |

## Medications

PRESCRIBED TODAY.

| Medication | Directions |
|---|---|
| prednisone 1 mg tablet | take 4 tablet once daily |

## Orders:

LABS:

| Assessment | Test | Status |
|---|---|---|
| M35.9 | ALDOLASE | ordered |
| M35.9 | ANCA SCREEN WITH MPO AND PR3 WITH REFLEX TO ANCA TITER | ordered |
| M35.9 | ANGIOTENSIN-1-CONVERTING ENZYME | ordered |
| M35.9 | BETA 2 GLYCOPROTEIN I AB (IGG,IGA,IGM) | ordered |
| M35.9 | C-REACTIVE PROTEIN | ordered |
| M35.9 | CARDIOLIPIN AB (IGA,IGG,IGM) | ordered |
| M35.9 | CENTROMERE B ANTIBODY | ordered |
| M35.9 | COMPLEMENT COMPONENT C3C | ordered |
| M35.9 | COMPLEMENT COMPONENT C4C | ordered |
| M35.9 | COMPREHENSIVE METABOLIC PANEL | ordered |
| M35.9 | CREATINE KINASE, TOTAL | ordered |
| M35.9 | CRYOGLOBULIN SCREEN W/REFLEX TO CRYOGLOBULIN PROFI | ordered |
| M35.9 | DNA (DS) ANTIBODY | ordered |
| M35.9 | JO-1 ANTIBODY | ordered |
| M35.9 | LUPUS ANTICOAGULANT EVALUATION WITH REFLEX | ordered |
| M35.9 | MYOSITIS ASSESSR(TM) PLUS$JO 1 AUTOANTIBODIES | ordered |
| M35.9 | QUANTIFERON (R) TB GOLD, (INCUBATED) | ordered |
| M35.9 | SCL-70 ANTIBODY | ordered |
| M35.9 | SJOGREN'S ANTIBODIES (SS-A,SS-B) | ordered |
| M35.9 | SM AND SM/RNP ANTIBODIES | ordered |
| M35.9 | URINALYSIS, COMPLETE | ordered |

IMMUNIZATIONS ORDERED OR ADMINISTERED TODAY:

| Immunization | Status | Administered By |
|---|---|---|
| Flu (split) (3 yrs or older) | Administered | |

FOLLOW-UP:

| Assessment | Follow-up | Reason | Timeframe | Comments |
|---|---|---|---|---|
| M35.9 | follow-up visit with Steven Stern MD in 2 Weeks | | in 2 Weeks | |

*Provider:*

Stern, Steven 01/16/2020 9:11 AM

BAPTIST HEALTH®

91075539417

**Fox, Keeta R #8911342017 (Acct:400002572395 CSN# 91075539417) (DOB 53 y.o. F) PCP: POTTS, G (502-240-5900)** **05 (Ready for Discharge)**

**ED Diagnosis**

| Diagnosis | Description | Comment |
|---|---|---|
| Final diagnosis | | |
| **Other headache syndrome** | Other headache syndrome | |

Associated Orders

BUTALBITAL-APAP-CAFFEINE 50-325-40 MG PO TABS

**Chief Complaint**

| Complaint | Comment |
|---|---|
| **Headache** | |

**Follow-up Information**

Schedule an appointment as soon as possible for a visit with Potts, Greg J., MD.
Specialty: Sports Medicine
Why: for continued evaluation of headaches
Contact information:
2002 Papa John's Blvd
Louisville KY 40299
502-240-5900

**Admission Information**

| | | | |
|---|---|---|---|
| **Unit/Bed:** | BH LOU EMERGENCY DEPT/05 | **Service:** | Emergency Medicine |
| **Admitting provider:** | | **Phone:** | |
| **Attending provider:** | | **Phone:** | |
| **PCP:** | Potts, Greg J., MD | **Phone:** | 502-240-5900 |
| **Admission dx:** | | **Patient class:** | Emergency |
| **Admission type:** | ER | | |

**Last ED Provider Note**

Gerughty, Jack, MD 1/15/2020 8:44 PM

**EMERGENCY DEPARTMENT ENCOUNTER**

**CHIEF COMPLAINT**
**Chief Complaint:** Headache
**History given by:** Pt
**History limited by:** None
Room Number: 05/05
PMD: Potts, Greg J., MD

GP

**HPI:**
Pt is a 53 y.o. female who presents complaining of a chronic posterior headache for 3 months that worsened today. She c/o associated nausea, chills, and tingling in her BUE and BLE. Pt denies fever, CP, SOA, cough, sore throat, abd pain, vomiting, weakness, and numbness. Pt has seen her PCP for her chronic headache he has scheduled her to have an upcoming brain MRI. Her PCP prescribed Tramadol but she states it is not

**Last ED Provider Note (continued)**

relieving her pain.

**Duration:** Worse today
**Onset:** gradual
**Timing:** constant
**Location:** posterior
**Intensity/Severity:** moderate
**Progression:** worsening
**Associated Symptoms:** nausea, chills, tingling in BLE and BUE
**Aggravating Factors:** none stated
**Alleviating Factors:** none stated
**Treatment before arrival:** pt has seen her PCP for her chronic HA

**PAST MEDICAL HISTORY**

Active Ambulatory Problems

| Diagnosis | Date Noted |
| --- | --- |
| • No Active Ambulatory Problems | |

Resolved Ambulatory Problems

| Diagnosis | Date Noted |
| --- | --- |
| • No Resolved Ambulatory Problems | |

Past Medical History:

| Diagnosis | Date |
| --- | --- |
| • Anxiety | |
| • Fibrosis of lung (CMS/HCC) | |
| • Kidney stone | |
| • Migraines | |

**PAST SURGICAL HISTORY**

Past Surgical History:

| Procedure | Laterality | Date |
| --- | --- | --- |
| • NO PAST SURGERIES | | |

**FAMILY HISTORY**

Family History

| Problem | Relation | Age of Onset |
| --- | --- | --- |
| • Coronary artery disease | Father | |
| • Rheum arthritis | Mother | |
| • Diabetes | Mother | |
| • Coronary artery disease *ADVANCED AGE* | Mother | |
| • Gallbladder disease | Sister | |
| • Pancreatitis | Brother | |

**SOCIAL HISTORY**

Social History

Socioeconomic History

| | |
| --- | --- |
| • Marital status: | Married |
| Spouse name: | Not on file |

**Last ED Provider Note (continued)**

| | |
|---|---|
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | Yes |
| *Comment: 1-2 glasses wine a night* | |
| • Drug use: | No |
| • Sexual activity: | Defer |
| Social History Narrative | |

*CAFFEINE USE: 1 DT SOFT DRINK DAILY.*

**ALLERGIES**
Asa [aspirin]

**REVIEW OF SYSTEMS**
Review of Systems
Constitutional: Positive for chills. Negative for fever.
HENT: Negative for sore throat.
Eyes: Negative.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for nausea. Negative for abdominal pain, diarrhea and vomiting.
Genitourinary: Negative for dysuria.
Musculoskeletal: Negative for neck pain.
Skin: Negative for rash.
Allergic/Immunologic: Negative.
Neurological: Positive for numbness ("tingling" in BLE and BUE) and headaches. Negative for weakness.
Hematological: Negative.
Psychiatric/Behavioral: Negative.
All other systems reviewed and are negative.

**PHYSICAL EXAM**
ED Triage Vitals

| Temp | Heart Rate | Resp | BP | SpO2 |
|---|---|---|---|---|
| 01/15/20 1759 **99.6 °F (37.6 °C)** | 01/15/20 1758 (!) 121 | 01/15/20 1758 **16** | -- | 01/15/20 1758 **96 %** |

| Temp src | Heart Rate Source | Patient Position | BP Location | FiO2 (%) |
|---|---|---|---|---|
| -- | -- | -- | -- | -- |

Physical Exam
Constitutional: She is oriented to person, place, and time. No distress.

**Last ED Provider Note (continued)**

HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
**No photophobia**
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Soft. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time. She has normal sensation and normal strength. Gait normal. GCS score is 15.
**No focal deficit**
Skin: Skin is warm and dry. No rash noted.
Psychiatric: Mood and affect normal.
Nursing note and vitals reviewed.

**LAB RESULTS**

Lab Results (last 24 hours)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|

**CBC & Differential [271074915]**
Specimen: Blood — Collected: 01/15/20 1814 — Updated: 01/15/20 1826
Narrative:
The following orders were created for panel order CBC & Differential.

| Procedure | Abnormality | Status |
|---|---|---|
| CBC Auto Differential[271074925] | Abnormal | Final result |

Please view results for these tests on the individual orders.

**Comprehensive Metabolic Panel [271074916]**
Specimen: Blood — Collected: 01/15/20 1814 — Updated: 01/15/20 1902

| Component | Value | Units |
|---|---|---|
| **Glucose** | 96 | mg/dL |
| **BUN** | 13 | mg/dL |
| **Creatinine** | 0.67 | mg/dL |
| **Sodium** | 141 | mmol/L |
| **Potassium** | 3.9 | mmol/L |
| **Chloride** | 100 | mmol/L |
| **CO2** | 26.6 | mmol/L |
| **Calcium** | 9.3 | mg/dL |
| **Total Protein** | 7.2 | g/dL |
| **Albumin** | 4.40 | g/dL |
| **ALT (SGPT)** | 13 | U/L |
| **AST (SGOT)** | 15 | U/L |
| **Alkaline Phosphatase** | 46 | U/L |
| **Total Bilirubin** | 0.9 | mg/dL |
| **eGFR Non African Amer** | 92 | mL/min/1.73 |
| **Globulin** | 2.8 | gm/dL |
| **A/G Ratio** | 1.6 | g/dL |
| **BUN/Creatinine Ratio** | 19.4 | |
| **Anion Gap** | 14.4 | mmol/L |

**Last ED Provider Note (continued)**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Narrative: GFR Normal >60<br>Chronic Kidney Disease <60<br>Kidney Failure <15 | | | | |
| **Sedimentation Rate [271074917]** (Normal)<br>Specimen: Blood | | | | Collected: 01/15/20 1814<br>Updated: 01/15/20 1859 |
| | **Sed Rate** | 7 | mm/hr | |
| **C-reactive Protein [271074918]** (Normal)<br>Specimen: Blood | | | | Collected: 01/15/20 1814<br>Updated: 01/15/20 1913 |
| | **C-Reactive Protein** | <0.03 | mg/dL | |
| **CBC Auto Differential [271074925]** (Abnormal)<br>Specimen: Blood | | | | Collected: 01/15/20 1814<br>Updated: 01/15/20 1826 |
| | **WBC** | 7.24 | 10*3/mm3 | |
| | **RBC** | 3.95 | 10*6/mm3 | |
| | **Hemoglobin** | 13.1 | g/dL | |
| | **Hematocrit** | 40.0 | % | |
| | **MCV** | 101.3 ^ | fL | |
| | **MCH** | 33.2 ^ | pg | |
| | **MCHC** | 32.8 | g/dL | |
| | **RDW** | 12.1 v | % | |
| | **RDW-SD** | 45.8 | fl | |
| | **MPV** | 9.3 | fL | |
| | **Platelets** | 202 | 10*3/mm3 | |
| | **Neutrophil %** | 61.9 | % | |
| | **Lymphocyte %** | 29.1 | % | |
| | **Monocyte %** | 7.5 | % | |
| | **Eosinophil %** | 0.8 | % | |
| | **Basophil %** | 0.4 | % | |
| | **Immature Grans %** | 0.3 | % | |
| | **Neutrophils, Absolute** | 4.48 | 10*3/mm3 | |
| | **Lymphocytes, Absolute** | 2.11 | 10*3/mm3 | |
| | **Monocytes, Absolute** | 0.54 | 10*3/mm3 | |
| | **Eosinophils, Absolute** | 0.06 | 10*3/mm3 | |
| | **Basophils, Absolute** | 0.03 | 10*3/mm3 | |
| | **Immature Grans, Absolute** | 0.02 | 10*3/mm3 | |
| | **nRBC** | 0.0 | /100 WBC | |

I ordered the above labs and reviewed the results

**RADIOLOGY**

CT Head Without Contrast

**Last ED Provider Note (continued)**

Preliminary Result
1. Small areas of benign-appearing mineralization in both cerebral hemispheres.
2. No acute process identified.

Radiation dose reduction techniques were utilized, including automated exposure control and exposure modulation based on body size.

I ordered the above noted radiological studies. Interpreted by radiologist. Reviewed by me in PACS.

**PROCEDURES**
Procedures

**PROGRESS AND CONSULTS**

6:09 PM
Labs and CT head ordered. Compazine and Toradol ordered for pain.

8:14 PM
Rechecked pt who is resting in NAD. Pt states her HA has improved with medication. Labs and CT head are unremarkable. Pt will be discharged. Pt understands and agrees with the plan, all questions answered.

**MEDICAL DECISION MAKING**
Results were reviewed/discussed with the patient and they were also made aware of online access. Pt also made aware that some labs, such as cultures, will not be resulted during ER visit and follow up with PMD is necessary.

**MDM**
Number of Diagnoses or Management Options

Amount and/or Complexity of Data Reviewed
Clinical lab tests: ordered and reviewed **(WBC: 7.24)**
Tests in the radiology section of CPT®: ordered and reviewed **(CT head is negative acute, small area of benign appearing mineralization )**
Decide to obtain previous medical records or to obtain history from someone other than the patient: yes
Review and summarize past medical records: yes

**DIAGNOSIS**
Final diagnoses:
Other headache syndrome

**Last ED Provider Note (continued)**

DISPOSITION
DISCHARGE

Patient discharged in stable condition.

Reviewed implications of results, diagnosis, meds, responsibility to follow up, warning signs and symptoms of possible worsening, potential complications and reasons to return to ER.

Patient/Family voiced understanding of above instructions.

Discussed plan for discharge, as there is no emergent indication for admission. Patient referred to primary care provider for BP management due to today's BP. Pt/family is agreeable and understands need for follow up and repeat testing. Pt is aware that discharge does not mean that nothing is wrong but it indicates no emergency is present that requires admission and they must continue care with follow-up as given below or physician of their choice.

FOLLOW-UP
No follow-up provider specified.

Medication List

New Prescriptions
butalbital-acetaminophen-caffeine 50-325-40 MG per tablet
Commonly known as: FIORICET, ESGIC
Take 1 tablet by mouth Every 6 (Six) Hours As Needed for Headache.

promethazine 25 MG tablet
Commonly known as: PHENERGAN
Take 1 tablet by mouth Every 6 (Six) Hours As Needed for Nausea or Vomiting.

Latest Documented Vital Signs:
As of 8:17 PM
BP- 116/69 HR- 93 Temp- 99.6 °F (37.6 °C) O2 sat- 95%

--
Documentation assistance provided by scribe Erin Hardy for Dr. Gerughty. Information recorded by the scribe was done at my direction and has been verified and validated by me.

Hardy, Erin
01/15/20 2017

Gerughty, Jack, MD
01/15/20 2044

**Results** (Last 1 results per order)
None

**Louisville Pulmonary Care**
4003 Kresge Way Suite 312
Louisville, KY 40207
Phone: (502) 899-7377
Fax: (502) 899-1972

**Keeta R. Fox** Female **Patient #:** 792170 **DOB:** (53 years)
**Date of Encounter:** 01/17/2020

January 17, 2020

Gregory Potts, LAT
2002 Papa Johns Blvd
Louisville, KY 40299

Dear Potts:

Thank you very much for requesting that I evaluate Keeta R. Fox. She was seen on 01/17/2020 in my office and below are my assessment and recommendations.

## History of Present Illness

The patient is a 53 year old female.

Patient is a 53-year-old, young, white female, never smoker who is a vice president at Papa John's referred by her primary care physician for evaluation of abnormal CAT scan showing incidental findings.

Patient brought me a comprehensive past medical history report which essentially shows a past medical history significant for chronic fatigue/insomnia, Anxiety issues. Recent abnormal ANAs being worked up by her new rheumatologist, Dr. Stern with no clear diagnosis yet, incidental CT calcium score testing showing findings in the right lower lobe needing a CT of the chest done in December 2019 showing some nonspecific focal bullous emphysematous changes in the right lower lobe along with nonspecific focal interstitial changes in the RLL. Patient complains of nonspecific chest tightness and pain along the sternal region.

She complains of no significant cough or sputum production other than some nasal congestion and need to clear her throat occasionally. Denies any prior history of recurrent pneumonias or respiratory failure requiring hospitalization. Had some bronchitis concerns as a kid, but no real diagnosis of asthma. Never diagnosed with COPD, never smoked or had occupational exposures previously.

Family history of rheumatoid arthritis in her mother. Sister with melanoma. No known lung cancer, concerns and no chronic lung disease as noted.

she also complains of loud snoring at night, excessive daytime sleepiness and unrefreshing sleep and is wondering if she has sleep apnea.

The notes, chest imaging reports and other documentation sent by the referring clinic were reviewed personally and summarised.

**Assessment & Plan**

**ILD (Interstitial lung disease)**
**Today's Impression:** Focal and subtle area of reticular changes in the RLL
? postinflammatory

Noted prior h/o chest trauma and possible rib contusion.
Pattern is not concerning for UIP and way too subtle for now
Will get a HRCT to document current changes for now

? CTD related ILD based on rheum work up being done by Dr.Sterns as well.

Serial imaging and PFT will be the plan
Current Plans:

- Screened for tobacco use (1000F) ()
- How to access health information online

**Bullous emphysema**
**Today's Impression:** Never smoker
Unclear etiology
Will get A1AT next visit

Cannot r/o cystic lung dz as well - Will see details based on HRCT

No obstruction on PFT. No indication for inhalers.
Current Plans:

**Suspected sleep apnea**
**Today's Impression:** Good clinical concern for OSA based on history and airway inspite of low BMI.
Will get a HST today
Current Plans:

Sincerely,

Vinay Nidadavolu MD
Pulmonary & Critical Care Medicine Date 01/17/2020

This document was reviewed, edited and signed electronically by Vinay Nidadavolu,MD

**Physicians Involved in your care:**

Gregory Potts, LAT 2002 Papa Johns Blvd Louisville, KY 40299 Phone: (502) 240-5900 Fax: (502) 240-5905



PAGE 44/52 * RCVD AT 2/7/2020 3:24:01 PM [Eastern Standard Time] * SVR:VA1PWFAX401/14 * DNIS:6033340380 * CSID: * ANI:5022405905 * DURATION (mm-ss):15-52

**Louisville Pulmonary Care**
4003 Kresge Way Suite 312
Louisville, KY 40207
Phone: (502) 899-7377
Fax: (502) 899-1972

**Keeta R. Fox** Female **Patient #:** 792170 **DOB:** 53 years)
**Date of Encounter:** 01/17/2020

**Reason for Visit**

The patient is a 53 year old female.

Patient is a 53-year-old, young, white female, never smoker who is a vice president at Papa John's referred by her primary care physician for evaluation of abnormal CAT scan showing incidental findings.

Patient brought me a comprehensive past medical history report which essentially shows a past medical history significant for chronic fatigue/insomnia, Anxiety issues. Recent abnormal ANAs being worked up by her new rheumatologist, Dr. Stern with no clear diagnosis yet, incidental CT calcium score testing showing findings in the right lower lobe needing a CT of the chest done in December 2019 showing some nonspecific focal bullous emphysematous changes in the right lower lobe along with nonspecific focal interstitial changes in the RLL. Patient complains of nonspecific chest tightness and pain along the sternal region.

She complains of no significant cough or sputum production other than some nasal congestion and need to clear her throat occasionally. Denies any prior history of recurrent pneumonias or respiratory failure requiring hospitalization. Had some bronchitis concerns as a kid, but no real diagnosis of asthma. Never diagnosed with COPD, never smoked or had occupational exposures previously.

Family history of rheumatoid arthritis in her mother. Sister with melanoma. No known lung cancer, concerns and no chronic lung disease as noted.

she also complains of loud snoring at night, excessive daytime sleepiness and unrefreshing sleep and is wondering if she has sleep apnea.

The notes, chest imaging reports and other documentation sent by the referring clinic were reviewed personally and summarised.

**History**

**Allergy**
- Aspirin *ANALGESICS - NonNarcotic* [Drug allergy]
- Fioricet/Codeine *ANALGESICS - OPIOID* [Drug allergy]
- Allergies Reconciled

**Past Medical**
- Abnormal CT lung screening (R91.8)
- Problems Reconciled

**Other Medical History**
- Anxiety Phreesia 01/17/2020
- GERD (gastroesophageal reflux disease) Phreesia 01/17/2020
- Insomnia Phreesia 01/17/2020
- Shortness of breath Phreesia 01/17/2020
- Unspecified Diagnosis

**Past Surgical**
- None Phreesia 01/17/2020

**Social**
- Tobacco Use: Never smoker Phreesia 01/17/2020
- Alcohol use: Moderate alcohol use Phreesia 01/17/2020
- No drug use Phreesia 01/17/2020
- Highest Education Level Attained: College graduate Phreesia 01/17/2020
- Exercise: 2 x week Phreesia 01/17/2020

**Family**
Myocardial Infarction: Father Phreesia 01/17/2020
Pulmonary Hypertension: Mother, Father Phreesia 01/17/2020
Obesity: Mother Phreesia 01/17/2020
Heart Disease: Mother, Father Phreesia 01/17/2020
Autoimmune disorder: Mother Phreesia 01/17/2020
Cancer: Sister Phreesia 01/17/2020
Diabetes: Mother Phreesia 01/17/2020

**Medications**
hydrOXYzine HCl (10MG Tablet, 1-2 Oral as needed) Active.
Refresh (1% Solution, Ophthalmic) Active.
predniSONE (1MG Tablet, Oral) Active. (taper currently taking 3mg daily)
Omeprazole (40MG Capsule DR, 1 Oral daily) Active.
Zolpidem Tartrate (5MG Tablet, 1 Oral at bedtime as needed for sleep) Active. (Ambien)
traMADol HCl (50MG Tablet, 1 Oral every six hours as needed) Active. (Ultram)
clonazePAM (0.5MG Tablet, Oral as needed) Active. (Klonopin)
Medications Reconciled.

**Health Maintenance**
Flu Vaccine (10/2019) PCP

**Review of Systems**
**General** Present- **Chills** and **Poor Appetite**. Not Present- Fever, Night Sweats and Weight Loss.
**Skin** Present- **Rash**. Not Present- Nail Changes.
**HEENT** Present- **Eye Pain, Hoarseness, Nasal Congestion** and **Sores in Mouth**. Not Present- Ear Pain, Post Nasal Drip and Recurrent Nose Bleeds.
**Respiratory** Present- **Chest Discomfort/Tightness, Cough, Shortness of Breath, Snoring, Trouble Falling Asleep** and **Wakes up from Sleep Wheezing or Short of Breath**. Not Present- Awakens Exhausted, Bloody sputum, Excessive Daytime Sleepiness and Wheezing.
**Cardiovascular** Present- **Chest Pain**. Not Present- Difficulty Breathing Lying Down, Palpitations and Swollen Ankles or Legs.
**Gastrointestinal** Present- **Frequent Heartburn** and **Indigestion**. Not Present- Belching and Difficulty Swallowing.
**Male Genitourinary** Not Present- Difficulty Emptying Bladder and Frequent Urination.
**Female Genitourinary** Present- **Frequent Urination**. Not Present- Difficulty Emptying Bladder and Pregnancy.
**Musculoskeletal** Not Present- Joint Swelling and Muscle Weakness.
**Neurological** Not Present- Difficulty Speaking and Seizures.
**Psychiatric** Present- **Anxiety**. Not Present- Depression.
**Endocrine** Not Present- Cold Intolerance and Excessive Sweating.
**Hematology** Not Present- Enlarged Lymph Nodes and Excessive bleeding.

**Vitals**
01/17/2020 08:51 AM
**Weight:** 150 lb, 1.28 oz **Height:** 67 in **Neck:** 13.5 in
**Body Surface Area:** 1.79 m² **Body Mass Index:** 23.51 kg/m²
**Pulse:** 91 (Regular) **Resp.:** 14 (Unlabored) **P. OX:** 96% (Room air)
**BP:** 112/76 Manual (Sitting, Left Arm, Standard)

**Physical Exam**
The physical exam findings are as follows:

**General**
**General Appearance - Anxious** (Tearful and very stressed that she has IPF), Well groomed and Consistent with stated age, Not in acute distress, Not Sickly.
**Build & Nutrition** - Well developed.
**Gait** - Ambulatory.
**Oxygen Therapy** - Breathing Room Air.
**Mental Status** - Alert.
**Orientation** - Oriented X4.
**Voice** - Normal.
**Health Status** - General Health Good.

**Head and Neck**
**Face**
**Global Assessment** - atraumatic.
**Neck**
**Global Assessment** - supple.
**Trachea** - midline.

**ENMT**
**Nose and Sinuses**
**External Inspection of the Nose** - symmetric. **Inspection of the nares - Bilateral** - nares are symmetric. **Nasal Mucosa - Bilateral** - Inspection reveals normal mucosa. **Nasal Septum** - Inspection reveals normal septum. **Turbinates** - Inspection reveals normal turbinates.
**Mouth and Throat**

**Oral Cavity/Oropharynx** - **Oropharynx** - Mallampati II and Normal uvula, no oral ulcers noted, pharyngeal discharge not present, no thrush present. **Tonsils** - **Characteristics** - **Bilateral** - no hypertrophy.

**Chest and Lung Exam**
**Inspection**
**Chest Wall** - Normal. **Shape** - Symmetric. **Movements** - Normal and Symmetrical. **Accessory muscles** - No use of accessory muscles in breathing.
**Percussion**
**Quality and Intensity** - Percussion normal.
**Palpation**
**Palpation of the chest reveals** - Non-tender.
**Auscultation**
**Breath sounds** - Normal and Clear. **Adventitious sounds** - No Adventitious sounds. **Vocal resonance** - Normal.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular. **Rate** - heart rate is normal. **Murmurs & Other Heart Sounds** - **Auscultation of the heart reveals** - No Murmurs. **Heart Sounds** - Normal heart sounds.

**Abdomen**
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - soft and non-tender.
**Auscultation** - Bowel sounds normal.

**Peripheral Vascular**
**Upper Extremity**
**Inspection** - **Bilateral** - Not Acrocyanotic, No Digital clubbing.
**Lower Extremity**
**Palpation** - **Edema** - **Left** - No edema. **Right** - No edema.

**Neurologic**
**Cranial Nerves** - Cranial Nerves III to XII grossly intact.
**Sensory** - Normal.
**Motor** - Normal.

**Lymphatic**
**General**
**Cervical Nodes** - Grossly normal bilaterally. **Supraclavicular Nodes** - Grossly normal bilaterally.

**Assessment & Plan**

**ILD (interstitial lung disease)**
**Today's Impression:** Focal and subtle area of reticular changes in the RLL
? postinflammatory

Noted prior h/o chest trauma and possible rib contusion.
Pattern is not concerning for UIP and way too subtle for now
Will get a HRCT to document current changes for now

? CTD related ILD based on rheum work up being done by Dr.Sterns as well.

Serial imaging and PFT will be the plan
Current Plans:

- Screened for tobacco use (1000F) ()
- How to access health information online

**Bullous emphysema**
**Today's Impression:** Never smoker
Unclear etiology
Will get A1AT next visit

Cannot r/o cystic lung dz as well - Will see details based on HRCT

No obstruction on PFT. No indication for inhalers.
Current Plans:

**Suspected sleep apnea**
**Today's Impression:** Good clinical concern for OSA based on history and airway inspite of low BMI.
Will get a HST today
Current Plans:

Vinay Nidadavolu, MD 01/17/2020
Date
This document was reviewed, edited and electronically signed by Vinay Nidadavolu, MD

Letter sent to requesting physician, Gregory Potts, LAT



PAGE 48/52 * RCVD AT 2/7/2020 3:24:01 PM [Eastern Standard Time] * SVR:VA1PWFAX401/14 * DNIS:6033340380 * CSID: * ANI:5022405905 * DURATION (mm-ss):15-52

To: GREGORY J. POTTS

Louisville Gastroenterology Associates, LLC
Gastroenterology • Liver Diseases • Gastrointestinal Endoscopy

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

GREGORY J. POTTS, MD
2002 PAPA JOHNS BLVD
LOUISVILLE, KY 40299-3393
(502) 240-5900 (phone)
(502) 240-5905 (fax)

**Date:** 1/16/2020 3:30 PM
**Patient Name:** **KEETA R. FOX**
**DOB (age):** (53)
**Provider:** MICHAEL KREASE, DO

Dear Dr. POTTS,

The patient was evaluated per your request today and below is a summary of the encounter.

**Reason for Consulation:** leakage and seepage of stool

**History of Present Illness:**

1/16/2020 KEETA FOX 53 11/6/1966 was seen in our Medical Arts office today for a follow up visit. Ms. Fox is a 53F presenting for follow-up evaluation of a change in bowel habits. She states about 3 months ago her bowels changed. She began to go more frequently. It also began have a bad odor. She also set a lot of leakage and seepage. At times she feels like she never would need to stop wiping. This is cause her to have a lot of itching as well. Generally her stool is still solid however leakage and seepage is the biggest problem. She also is having a lot of gassy abdominal pains and some bloating. Her diet has not changed. There are no particular foods that seem to make these symptoms worse. She has no blood in her stools.

She had an EGD and colonoscopy in April doesn't 18. She had 2 sessile serrated adenomas. She is due for repeat in 2023.

She has never had any issues with hemorrhoids a low after her last colonoscopy she was told that she did have a hemorrhoid. She never feels hemorrhoids protrude. She has no children. She is not spend excessive amounts time on the commode.

She is currently being worked up for a rheumatologic issue possibly lupus.

**Diagnosis:**

Abdominal pain - LLQ
Bloating
Change in Bowel Habits
Fecal fluid leakage

**Impression:**

53F with leakage and seepage of stool as well as gassy abdominal pains. We will perform the lactose breath test for small intestinal bacterial overgrowth as well as the sucrose C13 breath test. We will check her for celiac disease. I recommended a fiber supplement. We will also start Bentyl with meals. If these measures do not help she may benefit from hemorrhoid banding were leakage and seepage. Follow-up in 3 months.

**Plan:**

Lactulose Breath test for bacterial overgrowth - 91065
Sucrose C13 Breath test
Tissue Transglutaminase (tTg), IGA (Labcorp - 164640)
IGA total 001784
Educational Handout: Fiber
Fiber supplements daily
dicyclomine 10 mg Take 1 capsule by mouth three times a day before meals for 30 days
Follow up in 3 months



PAGE 49/52 * RCVD AT 2/7/2020 3:24:01 PM [Eastern Standard Time] * SVR:VA1PWFAX401/14 * DNIS:6033340380 * CSID: * ANI:5022405905 * DURATION (mm-ss):15-52

To: GREGORY J. POTTS

Thank you for allowing me to participate in the care of this patient.

Sincerely,

MICHAEL KREASE, DO
Electronically signed on 1/16/2020 4:06:10 PM by MICHAEL KREASE, DO



PAGE 50/52 * RCVD AT 2/7/2020 3:24:01 PM [Eastern Standard Time] * SVR:VA1PWFAX401/14 * DNIS:6033340380 * CSID: * ANI:5022405905 * DURATION (mm-ss):15-52

To: GREGORY J. POTTS

Louisville Gastroenterology Associates, LLC
Gastroenterology • Liver Diseases • Gastrointestinal Endoscopy

*1169 Eastern Parkway, Suite G-58*
*Louisville, Kentucky 40217*
*Phone: 502-452-9567*
*Fax: 502-473-0586*
*www.gastrohealthpartners.com*

## Transition of Care Summary

| | | | |
|---|---|---|---|
| **Date:** | 1/16/2020 3:30 PM | | |
| **Patient Name:** | **KEETA R. FOX** | **Gender:** | Female |
| **Account #:** | EAST14968 | **DOB (age):** | (53) |
| **Race:** | White | | |
| **Ethnicity:** | Not Hispanic or Latino | | |
| **Preferred Language:** | English | | |
| **Physician(s):** | MICHAEL KREASE, DO | | |
| **Referring Physician:** | GREGORY J. POTTS, MD<br>2002 PAPA JOHNS BLVD, LOUISVILLE, KY 40299-3393<br>(502) 240-5900 (phone)<br>(502) 240-5905 (fax) | | |

**Chief Complaint:** leakage and seepage of stool

**Problems/Diagnoses:**
Benign neoplasm of ascending colon: 211.3 - D12.2, 4/4/2018, Active
Dvrtclos of lg int w/o perforation or abscess w/o bleeding: 562.10 - K57.30, 4/4/2018, Active
Polyp of stomach and duodenum: 211.1 - K31.7, 4/4/2018, Active
Second degree hemorrhoids: 455.0 - K64.1, 4/4/2018, Active
Abdominal pain - LLQ: 789.04 - R10.32, Active
Bloating: 787.3 - R14.0, Active
Change in Bowel Habits: 787.99 - R19.4, Active
Chest Pain: 786.50 - R07.9, Active
Fecal fluid leakage: 787.60 - R15.9, Active
Irritable bowel syndrome: 564.1 - K58.9, Active
Kidney stone: 592.0 - N20.0, Active

**Medications:**
Ambien 10 mg Take 1 tablet by mouth at bedtime
clonazepam 0.5 mg Take 2-3 tablet by mouth a month
dicyclomine 10 mg Take 1 capsule by mouth three times a day before meals for 30 days
hydroxyzine HCl 10 mg Take 3-4 tablet by mouth a month
ibuprofen 200 mg Take 1 capsule by mouth as needed
omeprazole 40 mg Take capsule by mouth as needed
prednisone 1 mg Take 1 tablet by mouth once a day
tramadol 50 mg Take 1 tablet by mouth as needed

**Allergies:**
aspirin - unsure
BUTALBITAL

**Immunizations:**
Influenza, seasonal, injectable, 11/1/2019
Flu vaccine

**Tobacco:** Never smoker

**Procedures:** No Prior Procedures

**Diagnostic Studies:** Colonoscopy, 4/4/2018, Moderate diverticulosis of the sigmoid colon, Polyp (6 mm) in



PAGE 51/52 * RCVD AT 2/7/2020 3:24:01 PM [Eastern Standard Time] * SVR:VA1PWFAX401/14 * DNIS:6033340380 * CSID: * ANI:5022405905 * DURATION (mm-ss):15-52

the proximal ascending colon. (Polypectomy), Polyp (7 mm) in the mid-ascending colon. (Polypectomy), Grade/Stage II Internal hemorrhoids and There were no other noteworthy findings within the entire examined colon/terminal ileum and The cecum, appendiceal opening, cecal strap, ascending colon, hepatic flexure, transverse colon, splenic flexure, descending colon, sigmoid colon and rectum were otherwise normal.
BBPS 3/3/3=9
CT Abdomen, 09/12/2017
EGD, 4/4/2018, Normal mucosa in the stomach body. (Biopsy) and Polyp in the fundus. (Biopsy)

**Vital Signs:**

| BP (mmHg) | Pulse (ppm) | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min |
|---|---|---|---|---|---|
| 124/70 | 68 | 148 / | 5 / 7 | 23.18 | 12 |

**Orders:**

**Medication**

- dicyclomine 10 mg Capsule.
  *Take 1 capsule by mouth three times a day before meals for 30 days.*
  *Electronic prescription.*
  *(WALGREENS DRUG STORE #15365, QTY: 90 Ref: 11).*

**Follow Up**

- Follow up in 3 months.
  *Follow up in 3 months.*

Appointment
Follow-Up.
4/17/2020 12:45 PM.
LGA - OFFICE.
MICHAEL KREASE.

**Instruction**

- Fiber education handout.
  *Review educational handout on proper fiber intake.*
- Fiber supplements daily.
  *Fiber supplements daily.*

**Lab**

- Tissue Transglutaminase (tTg), IGA (Labcorp - 164640).
  *Perform at: Labcorp.*
- IGA total 001784.
  *IGA total 001784.*

**Diagnostic Studies**

- Lactulose Breath test for bacterial overgrowth - 91065.
- Sucrose C13 Breath test.
  *Perform at: Office.*

**Encounter Diagnoses:**
Abdominal pain - LLQ: 789.04 - R10.32, Active
Bloating: 787.3 - R14.0, Active
Change in Bowel Habits: 787.99 - R19.4, Active
Fecal fluid leakage: 787.60 - R15.9, Active

**Functional/Cognitive Status:**
No functional/cognitive statuses

**Lab Results:** No Electronic Results

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 6, 2020 |
| To: | DR. GREGORY POTTS |
| Attn: | Medical Records |
| Fax: | (502) 240-5905 |
| From: | Lisa Hackney<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 6 |
| RE: | Claim #: 9761441<br>Claimant: Keeta Fox<br><br>Papa John's International, Inc |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1. de septiembre de 2019, Liberty Life Assurance Company of Boston cambi su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto pla o recibir un Endoso que debe adjuntarse a su p li a una ve recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 6, 2020

Dr. Gregory Potts

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 9761441
Claimant: Keeta Fox
Claimant D.O.B.:

Dear Dr. Gregory Potts:

We are the Disability Claim Administrator for your patient, Keeta Fox.

To evaluate Ms. Fox s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through present ***

Completion of the Enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by February 12, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an individual s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Hackney
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14127
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
9761441-EMPLOYEE/CLAIMANT-02.06.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Lisa Hackney

| Keeta Fox | | 9761441 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________
   **DATE LAST TREATED** — ____________ ______________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

DocuSign Envelope ID: 796020A4-CCB6-4883-AE6C-C550FD42C0BA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) Keeta Fox Relationship self

Signature of claimant or legal representative DocuSigned by: Keeta Fox 4E05F0DE4267416...

Date of Birth: ______ Claim Number: 9761441 Date: 2/6/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ________________ Claim Number: 9761441 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. KEETA FOX

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 7, 2020

Ms. Keeta R. Fox

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 9761441

Dear Ms. Keeta Fox:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Papa John's International, Inc's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On February 6, 2020, we requested medical records from your provider. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 1, 2020 through present from Dr. Potts

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Papa John's International, Inc's STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than March 22, 2020 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Hackney
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14127
Secure Fax No.: (603) 334-0380

Attachments: Authori ation - Medical

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organi ations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authori ed representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organi ations providing claims management services.

**Description of the information that may be used or disclosed**: This Authori ation specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authori ation could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authori ation in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authori ation, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authori ation will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authori ing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authori ation. If I choose not to sign this authori ation, insurance coverage or claim payments may be denied or delayed.

This authori ation shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authori ation will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authori ation.

Name of claimant (print) ________________________________________

Name of legal representative, if applicable (print) ____________________________________ Relationship ____________________

Signature of claimant or legal representative ___________________________________________

Date of Birth: ____________________ Claim Number: 9761441 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**

DocuSign Envelope ID: 796020A4-CCB6-4883-AE6C-C550FD42C0BA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Keeta Fox

Name of legal representative, if applicable (print) Keeta Fox Relationship self

Signature of claimant or legal representative DocuSigned by: Keeta Fox 4E0DE0DE426741F

Date of Birth: ______ Claim Number: 9761441 Date: 2/6/2020

**A copy of this authorization will be considered as valid as the original.**

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**:::::::::::::::::::::::::::::::Thu, 6 Feb 2020 14:38:02 +0000
**Tr m:**::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**::::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**::::::::::::::::::::::::::::::::Thu, 6 Feb 2020 14:38:02 +0000
**Tr m:**::::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**::::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m::**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**:::::::::::::::::::::::::::::::Thu, 6 Feb 2020 14:38:02 +0000
**Tr m:**::::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**::::::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**:::::::::::::::::::::::::::::::Thu, 6 Feb 2020 14:38:02 +0000
**Tr m:**:::::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**::::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**:::::::::::::::::::::::::::::::Thu, 6 Feb 2020 14:38:02 +0000
**Tr m:**:::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**:::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston’s name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Fr o m:**:::::::::::::::::::::::::::::::DoNotReply@lfg.com
**Sentm:**::::::::::::::::::::::::::::::::Thu, 6 Feb 2020 14:38:02 +0000
**Tr m:**:::::::::::::::::::::::::::::::::::::
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Elisa_Teague@papajohns.com;JOE_SMITH@PAPAJOHNS.COM;sarah_walker@papajohns.com;sharon_kremer@papajohns.com
**Subjectm:**::::::::::::::::::::::::::::Claim # 9761441, KEETA FOX

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 9761441.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**From:**TelephonicIntake
**Sent:**Thu, 6 Feb 2020 01:37:07 +0000
**To:**'Debra_Quillin@papajohns.com';'Sarah_Walker@papajohns.com'
**Cc:**Hackney, Lisa
**Subject:**Claim Number 9761441; KEETA FOX

Good Afternoon,

We have received a claim for KEETA FOX. To assist us in processing this claim, please provide the following information.

Last Day Worked:

So that we may provide the best service possible, we ask that you provide this information within 24 hours so we may expedite the processing of the claim. **Please do not respond back to this email address.** When submitting this information, please do so to the attention of the case manager, Lisa Hackney at Lisa.Hackney@Lfg.Com or fax your information to (603) 334-0380.

Thank you,

Screening and Creation Unit
Lincoln Life Assurance Company of Boston