**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | | |
|---|---|---|
| **KEETA R. FOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:23-cv-00431-GNS** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER DEADLINES**

Plaintiff, Keeta R. Fox, and Defendant, The Lincoln National Life Insurance Company, file this *Joint Motion to Amend Scheduling Order Deadlines* and would show the Court as follows:

1. On November 1, 2023, the Court entered the Scheduling Order (document 13), containing the following deadlines:

- Motions for summary judgement shall be filed by **March 11, 2024**;
- Simultaneous briefs shall be filed by **April 8, 2024**; and
- Simultaneous responses shall be filed no later than **April 22, 2024**.

2. The Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of preparing and filing dispositive motions if the case will be resolved through settlement. Additionally, the Parties have scheduled this matter for mediation. However, the earliest date on the mediator's calendar that works for all parties is April 5, 2024. Accordingly, the Parties respectfully request that the Court enter an order extending the briefing schedule by 30 days after the April 5, 2024, mediation so the parties can fully explore settlement options and attend mediation without incurring the time and expense required for the parties' counsel to prepare dispositive motions.

3. Accordingly, Plaintiff and Defendant jointly propose that the remaining case deadlines be extended, such that:

- Cross-motions for summary judgement shall be filed by **May 6, 2024**;
- Simultaneous response briefs shall be filed by **June 3, 2024**; and
- Simultaneous reply briefs shall be filed no later than **June 17, 2024**.

4. The Parties request this extension in good faith and not for the purpose of undue delay. No party will be prejudiced by the granting of this request.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By: /s/Robert A. Florio
Robert A. Florio
1500 Story Avenue
Louisville KY 40206
PH: (502) 587-0228
Email: robertfloriolaw@outlook.com

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Robert A. Florio
Email: robertfloriolaw@outlook.com

February 29, 2024
Date

/s/ Iwana Rademaekers
Iwana Rademaekers