**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | | |
|---|---|---|
| **KEETA R. FOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:23-cv-00431-GNS** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER EXTENDING SCHEDULING ORDER DEADLINES**

On Motion to Amend Scheduling Order Deadlines, filed by the Parties, the Court being of the opinion that the requested extension is well taken, it is

ORDERED, that the remaining Scheduling Order deadlines are amended as follows:

- Cross-motions for summary judgement shall be filed by **May 6, 2024**;
- Simultaneous response briefs shall be filed by **June 3, 2024**; and
- Simultaneous reply briefs shall be filed no later than **June 17, 2024**.