**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:23-CV-00431-GNS-CHL**

**KEETA R. FOX,** **Plaintiff,**

**v.**

**LINCOLN NATIONAL LIFE INSURANCE CO.,** **Defendant.**

**ORDER**

Before the Court is the Joint Motion to Amend Scheduling Order Deadlines filed by the Parties. (DN 15.) In support of the motion, the Parties state that they have scheduled this matter for mediation on April 5, 2024. (*Id.*) Therefore, the Parties request an extension of deadlines to attend mediation without incurring time and expense on dispositive motions. (*Id.*) The Court finds that the requested extension is reasonable and grants the same.

Accordingly,

IT IS HEREBY ORDERED that

(1) Cross-motions for summary judgment shall be filed no later than **May 6, 2024**.

a. Simultaneous response briefs shall be filed no later than **June 3, 2024**.

b. Simultaneous reply briefs shall be filed no later than **June 17, 2024.**

(2) On or before **April 12, 2024**, the Parties shall jointly report on whether the matter was resolved at the private mediation. If the matter was not resolved, the report shall include (1) the Parties' respective positions on scheduling a status conference or *ex parte* calls regarding settlement with the undersigned; (2) whether settlement discussions remain ongoing; (3) any respective proposals for resolving the case; and (4) whether the Parties' require any amendments to the scheduling order. The report

shall not include the terms of any offers or demands. Any disagreement as to the Parties' positions on the topics to be included in the status report does not obviate the requirement that it be filed jointly. To the extent that the Parties disagree, they may state their disagreement in the report.

March 12, 2024

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record