**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | |
|---|---|
| **KEETA R. FOX,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO. 3:23-cv-00431-GNS-CHL** |
| **v.** | ) |
| | ) |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Keeta R. Fox and Defendant The Lincoln National Life Insurance Company hereby give notice that this case has settled. The parties are currently working on finalizing settlement documents and will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Respectfully submitted this 12th day of April 2024.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

**AND**

By: /s/Robert A. Florio
Robert A. Florio
1500 Story Avenue
Louisville KY 40206
PH: (502) 587-0228
Email: robertfloriolaw@outlook.com

COUNSEL FOR PLAINTIFF