**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **KEETA R. FOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:23-cv-00431-GNS** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Keeta R. Fox and Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 16th day of May 2024.

Respectfully submitted,

By: /s/Robert A. Florio
Robert A. Florio
1500 Story Avenue, Ste 2B
Louisville KY 40206
PH: (502) 587-0228
Email: rafliorioatty@hotmail.com

ATTORNEY FOR PLAINTIFF

**- AND -**

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT